**HALEY GUILIANO LLP**
JOSHUA V. VAN HOVEN (CSB No. 262815)
    E-Mail: joshua.vanhoven@hglaw.com
GREGORY J. LUNDELL (CSB No. 234941)
    E-Mail: greg.lundell@hglaw.com
111 N Market Street, Suite 900
San Jose, California 95113
Telephone: 669.213.1050
Facsimile: 669.500.7375

RICHARD T. MCCAULLEY  (applying *pro hac vice*)
    E-Mail: richard.mccaulley@hglaw.com
116 W. Hubbard, Unit 20
Chicago, Illinois 60654
Telephone: 312.330.8105

Attorneys for Plaintiff
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SURGICAL INSTRUMENT SERVICE COMPANY, INC., | Case No. 5:21-cv-03496 |
|---|---|
| Plaintiff, | **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| INTUITIVE SURGICAL, INC., | |
| Defendant. | |

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiff Surgical Instrument Service Company, Inc ("SIS"), discloses the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the Northern District of California:



Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned certifies that as of this date, SIS has no parent corporation and no publicly held corporation owns 10% or more of SIS stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named plaintiff, Greg Posdal, and Keith Posdal, there is no such interest to report.

Dated: May 10, 2021

**HALEY GUILIANO LLP**

By: /s/ *Joshua Van Hoven*
JOSHUA V. VAN HOVEN
joshua.vanhoven@hglaw.com
GREGORY J. LUNDELL
greg.lundell@hglaw.com
111 N. Market Street, Suite 900
San Jose, California 95113
Telephone: 669.213.1050
Facsimile: 669.500.7375

RICHARD T. MCCAULLEY  (applying *pro hac vice*)
richard.mccaulley@hglaw.com
116 W. Hubbard, Unit 20
Chicago, Illinois 60654
Telephone: 312.330.8105

*Attorneys for Plaintiff*
SURGICAL INSTRUMENT SERVICES COMPANY, INC.


111 N. Market St.
Suite 900
San Jose, CA 95113
United States of America

810290_1

- 2 -

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS