HALEY GUILIANO LLP
JOSHUA V. VAN HOVEN (CSB NO. 262,815)
  E-Mail: joshua.vanhoven@hglaw.com
GREGORY J. LUNDELL (CSB No. 234,941)
  E-Mail: greg.lundell@hglaw.com
111 N. Market Street, Suite 900
San Jose, California 95113
Telephone: 669.213.1050
Facsimile: 669.500.7375

RICHARD T. MCCAULLEY (*pro hac vice*)
  E-Mail: richard.mccaulley@hglaw.com
116 W. Hubbard, Suite 20
Chicago, Illinois 60654
Telephone: 312.330.8105

Attorneys for Plaintiff
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>INTUITIVE SURGICAL, INC.,<br><br>  Defendant. | Case No. 3:21-cv-03496-VC<br><br>**WITHDRAWAL OF STIPULATION FOR EXTENSION OF BRIEF SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS**<br><br>Hearing: September 30, 2021<br>Time: 2:00 p.m.<br>Courtroom: 4 – 17th Floor<br>Judge: Honorable Vince Chhabria<br><br>Complaint Filed: May 10, 2021 |

Pursuant to Local Rule 7-7(e), Plaintiff Surgical Instrument Service Company, Inc. ("SIS"), hereby submits the following Withdrawal of Stipulation for Extension of Brief Schedule Regarding Defendant's Motion to Dismiss (the "Withdrawal").

1. On August 6, 2021, Defendant Intuitive Surgical, Inc. ("Defendant") filed its Motion to Dismiss SIS's Complaint (ECF No. 37) (the "Motion").

2. On August 16, 2021, SIS and Defendant filed a Stipulation for Extension of Brief Schedule Regarding Defendant's Motion to Dismiss (ECF No. 47) (the "Stipulation"), proposing to extend SIS's time to oppose the motion to August 27 and Intuitive's reply to September 10.

3. Under Civil Local Rule 7-3, SIS's Opposition to Defendant's Motion (the "Opposition") is due today, August 20, 2021, 14 days after the Motion was filed.

4. SIS filed its Opposition at 5:14PM on August 20, 2021.

5. The Stipulation was not ruled on prior to SIS filing its Opposition, and accordingly, is moot.

NOW THEREFORE, SIS, by and through its counsel, hereby timely withdraws its Stipulation filed on August 16, 2021.

Dated: August 20, 2021

**HALEY GUILIANO LLP**

By: */s/ Joshua Van Hoven*
JOSHUA V. VAN HOVEN
joshua.vanhoven@hglaw.com
GREGORY J. LUNDELL
greg.lundell@hglaw.com
111 N. Market Street, Suite 900
San Jose, California 95113
Telephone: 669.213.1050
Facsimile: 669.500.7375

RICHARD T. MCCAULLEY
(*pro hac vice*)
richard.mccaulley@hglaw.com
116 W. Hubbard, Suite 20
Chicago, Illinois 60654
Telephone: 312.330.8105

*Attorneys for Plaintiff*
SURGICAL INSTRUMENT
SERVICES COMPANY, INC.