# Exhibit 4



# REBOTIX INSTRUMENT SERVICE:
# SUMMARY OF QUALITY AND RELIABILITY MEASURES

Rebotix: Economically and Ecologically Responsible - Safe Reuse

Intuitive-00049113

# BACKGROUND

The Da Vinci™ Surgical System is a surgical robot which is controlled by the actions of a physician. The Da Vinci™ Surgical robot has 3 surgical accessory arms, a camera, and a physician console. The surgical accessory arms have controllable surgical arms ("Wrists"). From the OEM the Wrist has a limited number of surgical uses.

The Rebotix repair is a specialized service process for the EndoWrist® instruments of the da Vinci® surgical robot to extend their safe and effective life beyond the ten uses enforced by the original equipment manufacturer.  The Rebotix™ Interceptor facilitates repair / service of the Wrists by providing a factory resettable use counter while maintaining the ability of the Da Vinci™ Surgical Robot to access all data in the OEM memory and to count uses as usual.

The "Wrist" instruments are not single use devices; the materials observed in the instruments are durable, long life materials as commonly used in other medical devices – and this is consistent with the manufacturer's regulatory submissions.  Rebotix life testing through many additional usage cycles indicated no trend of material deterioration or performance beyond normal tool wear of the steel surgical instrument "tips" (see testing described below).

The intended use, method of use, functionality, or performance of the instrument are not changed in any way by this service. The original data required by the machine to communicate with the instrument is not altered in any way. The machine will still recognize the model number, serial number, and instrument being used. The robot interacts with the serviced instrument identically and cannot be affected in any way by using the serviced instrument. Furthermore, the data read from the instrument is clearly displayed and verified by the user and robot prior to surgery; the robot never reads data from the instrument during surgery.

Intuitive-00049114

# QUALITY SYSTEM INFORMATION

The quality management system of design phase of the project has been approved by the notified body DQS Medizinprodukte GmbH according to ISO 13485:2003 (and also as an MDD 93/42/EEC MOD 5 compliant system although this is clearly not a requirement for service processes).

The quality management system of the service company has been approved and is currently certified by the notified body Global Group according to ISO 9001:2015.

# SERVICE PROCESS DEVELOPMENT

## Description of User Need and Usage

The da Vinci® S/Si instruments are sold with an arbitrary use counter which limits usage to a certain number of procedures. Upon reaching zero the instruments are "expired" and must be discarded. This service provides the ability to reset the use counter, extending the life of the instrument. The service process involves a complete evaluation, repair, and test of the instrument, including the distal/tool end.

The Rebotix service appliance was designed to universally fit in the da Vinci® S/Si Wrist Instruments, re-hosting the OEM chip and interfacing to the robot in the same manner. Therefore, the service does not affect the instruments form, fit or function.

The applicable products are outlined below (this list may be updated as new products are approved for repair) :

3

Intuitive-00049115

| REF | USES | DESCRIPTION |
|---|---|---|
| 420001 | 10 | Potts Scissors |
| 420003 | 100 | Small Clip Applier |
| 420006 | 10 | Large Needle Driver |
| 420007 | 10 | Round Tip Scissors |
| 420033 | 15 | Black Diamond Micro Forceps |
| 420036 | 10 | DeBakey Forceps |
| 420048 | 10 | Long Tip Forceps |
| 420049 | 10 | Cadiere Forceps |
| 420093 | 10 | ProGrasp Forceps |
| 420110 | 10 | PreCise Bipolar Forceps |
| 420121 | 15 | Fine Tissue Forceps |
| 420157 | 30 | Snap-fit™ Scalpel Instrument |

4

| 420171 | 10 | Micro Bipolar Forceps |
|---|---|---|
| 420172 | 10 | Maryland Bipolar Forceps |
| 420178 | 10 | Curved Scissors |
| 420179 | 10 | Hot Shears (Monopolar Curved Scissors ) |
| 420181 | 10 | Resano Forceps |
| 420183 | 10 | Permanent Cautery Hook |
| 420184 | 10 | Permanent Cautery Spatula |
| 420189 | 10 | Double Fenestrated Grasper |
| 420190 | 10 | Cobra Grasper |
| 420192 | 15 | Valve Hook |
| 420194 | 10 | Mega Needle Driver (Tapered) |
| 420203 | 10 | Pericardial Dissector |
| 420204 | 10 | Atrial Retractor |

Intuitive-00049117

| | | |
|---|---|---|
| 420205 | 10 | Fenestrated Bipolar Forceps |
| 420207 | 10 | Tenaculum Forceps |
| 420215 | 10 | Cardiac Probe Grasper |
| 420227 | 10 | PK® Dissecting Forceps |
| 420230 | 100 | Large Clip Applier |
| 420246 | 10 | Atrial Retractor Short Right |
| 420249 | 10 | Dual Blade Retractor |
| 420278 | 10 | Graptor (Grasping Retractor) |
| 420296 | 10 | Large SutureCut™ Needle Driver |
| 420309 | 10 | Mega™ SutureCut™ Needle Driver |
| 420318 | 10 | Small Graptor (Grasping Retractor) |
| 420327 | 100 | Medium-Large Clip Applier |
| 420344 | 10 | Curved Bipolar Dissector |

Intuitive-00049118

## Risk management

Risk management activities per ISO14971 standard were performed during the development, verification and validation of service processes, and continuing post-production monitoring of the Rebotix Serviced Wrists. The intent is to ensure the product is free from unacceptable safety concerns. The risk management process identifies, estimates, and evaluates the serviced product's safety risks, methods to control these risks, and to verify the effectiveness of these controls.  A detailed FMEA (Failure Modes and Effects Analysis) was performed covering the service process.

## Development Process

Extensive validation and safety testing occurred during the development of the service process (see below).  Both the development of the service process and the ongoing repair operations are performed under the appropriate certified quality systems.  A complete technical file describing qualification activities and independent testing was created, and informed the development of formal procedures to guide the service operations performed.

The following list of standards was considered and applied to the development process, and complied with where applicable:

| Standard # | Year | Title |
|---|---|---|
| EN 980 | 2008 | Symbols for use in the labelling of medical devices |
| EN 1041 | 2008 | Information supplied by the manufacturer of medical devices |
| EN ISO 10993-1 | 2009 | Biological evaluation of medical devices - Part 1: Evaluation and testing within a risk management process |
| EN ISO 10993-4 | 2009 | Biological evaluation of medical devices - Part 4: Selection of tests for interactions with blood |
| EN ISO 10993-5 | 2009 | Biological evaluation of medical devices - Part 5: Tests for in vitro cytotoxicity |

7

| EN ISO 10993-10 | 2010 | Biological Evaluation Of Medical Devices - Part 10: Tests For Irritation And Skin Sensitization |
|---|---|---|
| EN ISO 10993-11 | 2009 | Biological evaluation of medical devices - Part 11: Tests for systemic toxicity |
| EN ISO 10993-12 | 2012 | Biological evaluation of medical devices - Part 12: Sample preparation and reference materials |
| EN ISO 13485 | 2012 + AC : 2012 | Medical devices - Quality management systems - Requirements for regulatory purposes |
| EN ISO 14971 | 2012 | Application of risk management to medical devices |
| EN ISO 14937 | 2009 | Sterilization of health care products - General requirements for characterization of a sterilizing agent and the development, validation and routine control of a sterilization process for medical devices |
| EN ISO 17664 | 2004 | Sterilization of medical devices - Information to be provided by the manufacturer for the processing of resterilizable medical devices |
| EN ISO 17665-1 | 2006 | Sterilization of health care products – Moist Heat – Part 1:  Requirements for the development, validation and routine control of a sterilizer for medical devices (reference only) |
| EN ISO 17665-2 | 2009 | Sterilization of health care products – Moist Heat – Part 2:  Guidance on the application of ISO 17665-1 (reference only) |
| EN 60601-1 | 2006 | Medical electrical equipment - Part 1: General requirements for basic safety and essential performance |
| EN 60601-1-2 | 2007 | Medical electrical equipment - Part 1-2: General requirements for basic safety and essential performance - Collateral standard: Electromagnetic compatibility - Requirements and tests |
| EN 60601-2-2 | 2009 | Medical electrical equipment - Part 2-2: Particular requirements for the basic safety and essential performance of high frequency surgical equipment and high frequency surgical accessories |
| EN 62304 | 2006 | Medical device software - Software life-cycle processes |
| EN 62366 | 2008 | Medical devices - Application of usability engineering to medical devices |

Intuitive-00049120

# BIOLOGICAL EVALUATION

The material and microbiological characteristics of Wrists that have been serviced by Rebotix have been evaluated to determine whether the serviced devices demonstrate any Biocompatibility risk. It has been assumed that the OEM devices were marketed as Biocompatible.

Tests were conducted with Rebotix serviced devices to demonstrate compliance to the following standards:

| Test | Standard | Report # |
|------|----------|----------|
| ISO MEM Elution Assay with L-929 Mouse Fibroblast Cells | -ISO 10993-5:2009 Biological Evaluation of Medical Devices, Part 5: Tests for In Vitro Cytotoxicity.                    –ISO 10993-12:2012 Biological Evaluation of Medical Devices, Part 12:  Sample Preparation and Reference Materials. | 5107 and 5109 |
| ASTM Hemolysis-Extract Method (GLP) | -ASTM Guideline F619-03, reapproved 2008. Standard Practice for Extraction of Medical Plastics. 2012.   Annual Book of ASTM Standards, Volume 13.01:223-226  –ASTM Guideline F756-08.  Standard Practice for Assessment of Hemolytic Properties of Materials. 2012. Annual Book of ASTM Standards.  Volume 13.01: 354-358 | 4349 and 4350 |

9

Intuitive-00049121

| | | |
|---|---|---|
| | —ISO 10993-4:2002 and Amendment 1, 2006. Biological Evaluation of Medical Devices, Part 4- Selection of Tests for Interaction with Blood<br><br>- ISO 10993-12:2012 Biological Evaluation of Medical Devices, Part 12:  Sample Preparation and Reference Materials | |
| ISO Guinea Pig Maximization Sensitization Test (GLP-2 Extracts) | -ISO 10993-10:2010 Biological Evaluation of Medical Devices, Part 10-Tests for Irritation and Skin Sensitization. pp. 18-26<br><br> - ISO 10993-12:2012 Biological Evaluation of Medical Devices, Part 12:  Sample Preparation and Reference Materials | 5003 and 4981 |
| ISO Acute Systemic Injection Test (GLP-2 Extracts) | -ISO 10993-11:2006 Biological Evaluation of Medical Devices Part 11:  Tests for Systemic Toxicity.                         - ISO 10993- 12:2012 Biological Evaluation of Medical Devices, Part 12:  Sample Preparation and References Materials | 4498 and 4501 |
| ISO Intracutaneous Irritation Test (GLP-2 Extracts) | -ISO 10993-10:2010 Standard, Biological Evaluation of Medical Devices, Part 10-Tests for Irritation and Skin Sensitization. pp. 11-14 | 4316 and 4317 |

Intuitive-00049122

|  | - ISO 10993-12:2012 Biological Evaluation of Medical Devices, Part 12:  Sample Preparation and Reference Materials |  |
|---|---|---|

The test results revealed no unacceptable levels of toxicity or irritation, all test samples demonstrated the necessary biocompatibility characteristics necessary to confidently provide the serviced Wrists.

## Cleaning and sterilization

The serviced Wrist devices are not provided in a sterile condition. However, they do require cleaning and sterilization prior to clinical use per the OEM DFU. There are no changes to these processes, which are performed between surgeries at the hospital. In order to ensure that sterilization instructions remain valid for the Wrists serviced by Rebotix they have completed both cleaning and sterilization qualification studies. These studies were performed by a 3rd party specializing in the area of cleaning and sterilization processes. The final results demonstrate that the recommended procedures ensure adequate cleaning and sterilization for end users of the devices.

# ELECTRICAL AND ELECTROSURGICAL SAFETY

Electrical/Electrosurgical Safety testing has been conducted using a third party independent test lab to verify serviced Wrists meet environmental, safety and labeling applicable requirements.

Tests were performed using Rebotix serviced devices to demonstrate compliance to the Standards listed below:

Intuitive-00049123

| Standard Document | Description |
|---|---|
| IEC 60601-1:2005 + A1:2012 | Medical electrical equipment -- Part 1:<br><br>General requirements for basic safety and essential performance |
| IEC 60601-2-2:2009 | Medical electrical equipment -- Part 2-2:<br><br>Particular requirements for the basic safety and essential performance of high frequency surgical equipment and high frequency surgical accessories. |
| EN 60601-1-2:2007 | Medical electrical equipment. General requirements for basic safety and essential performance. Collateral standard. Electromagnetic compatibility. Requirements and tests |

The results demonstrate compliance with the applicable requirements of the aforementioned safety standards for medical devices.

Intuitive-00049124

# USABILITY ENGINEERING

The Rebotix Wrist service process has been designed in such a way as to have no impact on the exterior specification, connection, use application, user profile, or frequently used functions, when compared to the original devices produced by the OEM. We have considered the impact of the safety and labeling requirements for the end users. One additional challenge to the labeling integrity was conducted during the electrical safety testing by SGS. Those results demonstrated adequate legibility following an intentional rub down test.

# RELIABILITY/PERFORMANCE TEST SUMMARY

A worst case analysis was carried out to determine which Wrist ("Wrist") models should be used during performance and life testing. Although each tool end is unique, there are four basic mechanical function / tool end designs ("Tool End Design") – Scissors, Graspers, Needle Drivers and Non-Opening (tool ends that do not open and close).

In addition, certain Wrist models deliver RF energy ("Energized Wrist"). Energized Wrists are either Monopolar, Bipolar or PlasmaKinetic™ (PK™). For each Tool End Design, an Energized Wrist is considered worst case because RF energy represents a greater stress/challenge to the tool end.  Representative models were chosen based on Tool End Design, Energized Wrist models and general market popularity

Initially, a quantity of each representative model was characterized by their mechanical and functional properties. New OEM instruments were analyzed to provide baseline statistics and information. Examples of such statistics include, but were not limited to:

- Tool end range of motion
- Tool end functional performance (e.g. grasping performance & cutting performance)
- RF energy effectiveness

13

- Electrical safety testing
- General instrument condition
- Effective communication and use counting on the host system

Following the OEM characterization, instruments with one remaining use underwent the repair process. Immediately following the repair process the instruments were subjected to the same baseline testing to establish equivalence. Formal life testing was then conducted to simulate an additional 10 uses. The life testing subjected the instrument to 10 simulated surgical environments to test each aspect of the individual instruments functional capabilities. After each of the simulated uses, the instruments were subjected to the normal cleaning and sterilization procedures provided by the OEM. At different intervals, and at end-of-life, the instrument was subjected to the same battery of characterization testing. The testing showed no degradation in performance or condition of the instruments.  The formal protocols executed reside in the Rebotix technical file per the ISO 13485 quality system used for development; these files were independently reviewed by DQS, a certified EU notified body assessor for medical devices.

Additionally, Rebotix™ repeated this repair process and battery of testing on the same batch of instruments. This brought the total number of uses experienced by the instruments to 29. This includes the 9 original uses on the OEM device, 10 additional uses following first repair service, and another 10 uses following the second repair process. The reliability testing following two repair services showed no trend of degradation in the performance or condition of the instruments, therefore no further cycles under this formal protocol were conducted.

The test results revealed that all acceptance criteria have been achieved and the sample devices demonstrate sufficient performance and safety characteristics in order to confidently release the devices to distribution. Also, Rebotix has performed a worst-case verification test on the Flush Tube, a component of all Wrists, to ensure it has been adequately challenged in an effort to confirm the environmental conditions of use do not adversely affect the component and related performance expectations.

Intuitive-00049126

During further analysis for reliability, Rebotix™ disassembled OEM instruments and their components underwent material analysis by experts in medical device design and construction. The instrument's materials were surgical grade metals or well-established thermoplastics already being utilized in other multiple-use surgical instruments.

Following the formal testing described above, a smaller batch of representative models were subjected to over 50 cleaning and sterilization cycles to demonstrate the robust nature of the instrument's design. Similar inspection and testing was carried out on these, and as expected no indications of material degradation were observed.

# FUNCTIONAL VERIFICATION AND VALIDATION

## Approach

Rebotix™ conducted several compatibility and functional validations of the Interceptor chip replacement for use with the da Vinci® S and da Vinci® Si Surgical Systems. Such validations included utilizing OEM instruments to characterize the timing and types of communications between the instrument and the host system. These same instruments were then repaired, and the replacement chip installed. The repaired instruments were then subjected to the same characterization on the same host systems to validate their equivalence. These validations showed equivalence in all instrument models and on both the S and Si surgical Systems.

Functional testing included extensive formal protocols following regulatory expectations for medical device software testing (there is no software inside the instrument, but it interfaces to the software inside the robot itself via a simple data bus).  Reputable 3rd party experts were utilized to assure rigorous and independent validation.

15