**HALEY GUILIANO LLP**
JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: joshua.vanhoven@hglaw.com
GREGORY J. LUNDELL (CSB No. 234941)
E-Mail: greg.lundell@hglaw.com
111 N Market Street, Suite 900
San Jose, California 95113
Telephone: 669.213.1050
Facsimile: 669.500.7375

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard.mccaulley@hglaw.com
116 W. Hubbard, Unit 20
Chicago, IL 60654
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant*,
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> *Plaintiff/Counter-Defendant,* <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> *Defendant/Counterclaimant.* | Case No. 3:21-cv-03496-VC <br><br> Honorable Vince Chhabria <br><br> **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** <br><br> Complaint Filed:    May 10, 2021 |

  Pursuant to Fed. R. Civ. P. 26(c)(7) and the Civil Chambers Rules of Hon. Vince Chhabria, and following the Model Protective Order from this District, the Parties jointly request entry of the Proposed Stipulated Protective Order lodged herewith as Exhibit A.

  The Parties have met and conferred regarding the Proposed Protective Order, which is based on this District's Model Protective Order. The Parties have made certain revisions that deviate from this District's Model Protective Order and agree that the revisions, as indicated by

the redlined version lodged herewith as Exhibit B, are necessary given the complex nature of the issues of this case, the volume and nature of the discovery anticipated to be exchanged, and the sensitive nature of information to be exchanged. Additionally, the Parties submit that the deviations are necessary to bring the Proposed Protective Order into alignment with the protective order entered in a related case before this Court, namely, *In Re: Da Vinci Surgical Robot Antitrust Litigation*, Case No. 3:21-cv-03825-VC.

Accordingly, the Parties, by and through their undersigned counsel, jointly request and hereby move for entry of a Protective Order in this Case in the form set forth in the proposed Protective Order submitted concurrently herewith, or as otherwise deemed appropriated by the Court.

Dated: March 29, 2022                                    Respectfully submitted,

**HALEY GUILIANO LLP**

By: */s/ Gregory J. Lundell*
JOSHUA V. VAN HOVEN
joshua.vanhoven@hglaw.com
GREGORY J. LUNDELL
E-Mail: greg.lundell@hglaw.com
111 N Market Street, Suite 900
San Jose, California 95113

RICHARD T. MCCAULLEY
(*pro hac vice*)
E-Mail: richard.mccaulley@hglaw.com
116 W. Hubbard, Unit 20
Chicago, IL 60654

*Attorneys for Plaintiff/Counter-Defendant,*
SURGICAL INSTRUMENT SERVICE
COMPANY, INC.

| | |
|---|---|
| Dated: March 29, 2022 | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| | By: */s/ Michael S. Bailey*<br>KAREN HOFFMAN LENT (*Pro Hac Vice*)<br>Email: karen.lent@skadden.com<br>MICHAEL H. MENITOVE (*Pro Hac Vice*)<br>Email: michael.menitove@skadden.com<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2040<br><br>MICHAEL S. BAILEY (*Pro Hac Vice*)<br>Email: michael.bailey@skadden.com<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760<br><br>**ALLEN RUBY, ATTORNEY AT LAW**<br><br>ALLEN RUBY<br>Email: allen@allenruby.com<br>15559 Union Ave. #138<br>Los Gatos, CA 95032<br>Telephone: (408) 477-9690<br><br>*Attorneys for Defendant/Counterclaimant,*<br>INTUITIVE SURGICAL, INC. |

### *SIGNATURE ATTESTATION

I, Gregory Lundell, am the ECF User whose ID and password are being used to file the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER.** In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

| | |
|---|---|
| Dated: March 29, 2022 | */s/ Gregory J. Lundell*<br>Gregory J. Lundell |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2022, I caused a copy of the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**, to be electronically filed and served electronically via the Court's CM/ECF system, which will send automatically serve notice to all registered counsel of record.

Dated: March 29, 2022            _/s/ Mi Ung_
                                               Mi Ung