KATHRYN E. CAHOY (SBN 269482)
Email: kcahoy@cov.com
MATTHEW E. DELGADO (SBN 306999)
Email: mdelgado@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4735
Facsimile: + 1 (650) 632-4800

SONYA WINNER (SBN 200348)
Email: swinner@cov.com
ISAAC D. CHAPUT (SBN 326923)
Email: ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

ANDREW LAZEROW (*Pro Hac Vice* pending)
Email: alazerow@cov.com
ASHLEY E. BASS (*Pro Hac Vice* pending)
Email: abass@cov.com
COVINGTON & BURLING LLP
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

*Attorneys for Defendant*
*Intuitive Surgical, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br>         Plaintiff, <br>   vs. <br><br> INTUITIVE SURGICAL, INC., <br><br>         Defendant. | Case No.: 3:21-cv-03496-VC <br><br> **NOTICE OF APPEARANCE** <br><br> Judge: The Honorable Vince Chhabria |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Isaac D. Chaput of the law firm Covington & Burling LLP, Salesforce Tower, 415 Mission St., Suite 5400, San Francisco, CA 94105 enters an appearance in the above-captioned matter as counsel of record on behalf of Intuitive Surgical, Inc.  Mr. Chaput is admitted to practice in the United States District Court for the Northern District of California and is in good standing as a member of the bar of the State of California.

DATED:  March 31, 2022

Respectfully submitted,

COVINGTON & BURLING LLP

By:  */s/ Isaac D. Chaput*
Isaac D. Chaput

*Attorney for Intuitive Surgical Inc.*