**HALEY GUILIANO LLP**
JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: joshua.vanhoven@hglaw.com
GREGORY J. LUNDELL (CSB No. 234941)
E-Mail: greg.lundell@hglaw.com
111 N Market Street, Suite 900
San Jose, California 95113
Telephone: 669.213.1050
Facsimile: 669.500.7375

RICHARD T. MCCAULLEY  (*pro hac vice*)
E-Mail: richard.mccaulley@hglaw.com
116 W. Hubbard, Unit 20
Chicago, Illinois 60654
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant,*
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., *Plaintiff/Counter-Defendant*, v. INTUITIVE SURGICAL, INC., *Defendant/Counterclaimant.* | Case No. 3:21-cv-03496-VC  Honorable Vince Chhabria  **JOINT MOTION FOR ENTRY OF STIPULATED ESI ORDER**  Complaint Filed:    May 10, 2021 |

    Pursuant to Fed. R. Civ. P. 34 and the Civil Chambers Rules of Hon. Vince Chhabria, and following the Model ESI Order from this District, the Parties jointly request entry of the Proposed Stipulated Protective Order lodged herewith as Exhibit A.

    The Parties have met and conferred regarding the Proposed Stipulated ESI Order, which is based on this District's Model Stipulated ESI Order. The Parties have made certain revisions that deviate from this District's Model Stipulated ESI Order and agree that the revisions, as indicated by the redlined version lodged herewith as Exhibit B, are necessary given the complex nature of

the issues of this case, the volume and nature of the discovery anticipated to be exchanged, and the Parties' anticipated reliance on electronic discovery. Additionally, the Parties submit that the deviations are necessary to bring the Proposed Stipulated ESI Order into alignment with the Stipulated ESI Order entered in a related case before this Court, namely, *In Re: Da Vinci Surgical Robot Antitrust Litigation*, Case No. 3:21-cv-03825-VC.

Accordingly, the Parties, by and through their undersigned counsel, jointly request and hereby move for entry of a Stipulated ESI Order in this Case in the form set forth in the proposed Stipulated ESI Order submitted concurrently herewith, or as otherwise deemed appropriated by the Court.

Dated: April 1, 2022                              Respectfully submitted,

**HALEY GUILIANO LLP**

By: /s/ Gregory J. Lundell

JOSHUA V. VAN HOVEN
E-Mail: joshua.vanhoven@hglaw.com
GREGORY J. LUNDELL
E-Mail: greg.lundell@hglaw.com
111 N Market Street, Suite 900
San Jose, California 95113

RICHARD T. MCCAULLEY (*Pro Hac Vice*)
E-Mail: richard.mccaulley@hglaw.com
116 W. Hubbard, Unit 20
Chicago, Illinois 60654

*Attorneys for Plaintiff and Counter-Defendant,*
SURGICAL INSTRUMENT SERVICE
COMPANY, INC.

Dated: April 1, 2022   **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: */s/ Michael S. Bailey*

KAREN HOFFMAN LENT (*Pro Hac Vice*)
E-mail: karen.lent@skadden.com
MICHAEL H. MENITOVE (*Pro Hac Vice*)
E-mail: michael.menitove@skadden.com
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2040

MICHAEL S. BAILEY (*Pro Hac Vice*)
E-mail: michael.bailey@skadden.com
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

**ALLEN RUBY, ATTORNEY AT LAW**
ALLEN RUBY (CSB No. 47,109)
E-mail: allen@allenruby.com
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

*Attorneys for Defendant and Counterclaimant,*
INTUITIVE SURGICAL, INC.

**\*SIGNATURE ATTESTATION**

I, Gregory Lundell, am the ECF User whose ID and password are being used to file the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED ESI ORDER.** In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: April 1, 2022   */s/ Gregory J. Lundell*
Gregory J. Lundell

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2022, I caused a copy of the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED ESI ORDER** to be electronically filed and served electronically *via* the Court's CM/ECF system, which will automatically serve notice to all registered counsel of record.

Dated: April 1, 2022                    By: */s/ Karleigh Nguyen*
                                              Karleigh Nguyen