KATHRYN E. CAHOY (SBN 298777)
kcahoy@cov.com
MATTHEW E. DELGADO (SBN 306999)
mdelgado@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4735
Facsimile: + 1 (650) 632-4800

[Additional Parties and Counsel Listed on Signature Page]

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant. | Case No.: 3:21-cv-03496-VC <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE SCHEDULE** <br><br> Honorable Vince Chhabria |

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER
TO MODIFY CASE SCHEDULE**

WHEREAS, the Court entered a case schedule for the above-captioned action on August 23, 2021, which, among other deadlines, includes a date for completion of document production on April 29, 2022 and a further date for the completion of fact discovery on August 11, 2022. *See* ECF No. 53.

WHEREAS, at the Initial Case Management Conference, discovery was stayed pending resolution of Defendant Intuitive Surgical, Inc.'s ("Intuitive") motion to dismiss Surgical Instrument Service Company, Inc.'s ("SIS") Complaint. *See* ECF No. 42.

WHEREAS, the Court denied Intuitive's motion to dismiss in part on November 23, 2021. *See* ECF No. 70.

WHEREAS, following the motion to dismiss decision SIS and Intuitive have engaged in efforts to negotiate the scope of document productions and produce documents ahead of the April 29, 2022 document production deadline.

WHEREAS, while those discussions have been productive, SIS and Intuitive have not yet resolved all outstanding issues related to custodians, search terms, and the documents and data to be queried and need additional time either to resolve outstanding issues without Court intervention or to bring any issues on which they reach impasse to the Court's attention, and to serve any additional requests for production.

WHEREAS, SIS and Intuitive agree that an extension of approximately three months is in the best interest of judicial efficiency because, without the extension, SIS or Intuitive would have to bring issues to the Court that they anticipate being able to resolve with additional time.

WHEREAS, Intuitive and plaintiffs in the related consolidated cases captioned *In re: Da Vinci Surgical Robots Antitrust Litigation*, No. 3:21-CV-03825-VC, have also agreed to an extension of the case schedule in that matter of approximately three months, and it is in the best

interest of judicial efficiency to maintain these related cases on the same schedule to avoid duplicative discovery.

WHEREAS, SIS and Intuitive have not previously asked for an extension of the schedule and have requested the approximately three-month extension of dates that follow the production deadline with the intention that no further extensions will be necessary.

NOW THEREFORE, to ensure that all discovery and other pre-trial procedures can be completed efficiently and with minimal judicial resources, SIS and Intuitive propose extending the schedule by approximately three months, as indicated in Exhibit A hereto.

DATED: April 11, 2022                                  Respectfully Submitted,

ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, CA 95032
Tel: (408) 477-9690

KAREN HOFFMAN LENT (*Pro Hac Vice*)
karen.lent@skadden.com
MICHAEL H. MENITOVE (*Pro Hac Vice*)
michael.menitove@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
Fax: (212) 735-2040

MICHAEL S. BAILEY (*Pro Hac Vice*)
michael.bailey@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 371-7000
Fax: (202) 393-5760

By: /s/ Kathryn E. Cahoy
KATHRYN E. CAHOY (SBN 298777)
kcahoy@cov.com
MATTHEW E. DELGADO (SBN 306999)
mdelgado@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4735
Facsimile: + 1 (650) 632-4800

SONYA WINNER (SBN 200348)
swinner@cov.com
ISAAC D. CHAPUT (SBN 326923)
ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

ANDREW LAZEROW (*Pro Hac Vice*)
alazerow@cov.com
ASHLEY E. BASS (*Pro Hac Vice*)
abass@cov.com

3

        COVINGTON & BURLING LLP
        One City Center 850 Tenth Street NW
        Washington DC 20001-4956
        Telephone: + 1 (202) 662-6000
        Facsimile: + 1 (202) 662-6291

*Attorneys for Defendant* INTUITIVE SURGICAL, INC.

        By:  */s/ Richard T. McCaulley*
        JOSHUA V. VAN HOVEN
        joshua.vanhoven@hglaw.com
        GREGORY J. LUNDELL
        greg.lundell@hglaw.com
        111 N Market Street, Suite 900
        San Jose, California 95113

        RICHARD T. MCCAULLEY *(pro hac vice)*
        richard.mccaulley@hglaw.com
        116 W. Hubbard, Unit 20
        Chicago, IL 60654

*Attorneys for Plaintiff* SURGICAL INSTRUMENT SERVICE COMPANY, INC.

## [~~PROPOSED~~] ORDER

**It is hereby ordered** that the case schedule shall be amended as reflected in Exhibit A to the above stipulation.

The Court does not anticipate granting further extensions.

**It is so ordered.**

Dated: __April 14__, 2022



Hon. Vince Chhabria
United States District C[ourt]

GRANTED
Judge Vince Chhabria

## **ATTESTATION**

I, Kathryn E. Cahoy, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(h), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: April 11, 2022                      */s/ Kathryn E. Cahoy*
                                                                                                              Kathryn E. Cahoy

# EXHIBIT A
# PROPOSED REVISED SCHEDULE

| Event | Original Date | Proposed Date |
|---|---|---|
| Deadline to file motion to stay | August 13, 2021 | N/A. Deadline passed. |
| Deadline to file opposition to motion to stay | August 27, 2021 | N/A. Deadline passed. |
| Deadline for the parties to serve initial disclosures as required by Federal Rule of Civil Procedure 26(a) | August 25, 2021 | N/A. Deadline passed. |
| Deadline to file reply to motion to stay | September 3, 2021 | N/A. Deadline passed. |
| Hearing on motion to dismiss | September 30, 2021 | N/A. Deadline passed. |
| Deadline to complete initial ADR | November 9, 2021 | N/A. Deadline passed. |
| Deadline to complete substantial document production[1] | April 29, 2022 | July 29, 2022 |
| Joint CMC Statement due | July 6, 2022 | September 21, 2022 |
| Case Management Conference | July 13, 2022 | (At the Court's convenience) (Estimated September 28, 2022) |
| Deadline to complete fact discovery | August 11, 2022 | November 10, 2022 |
| Deadline to serve expert reports on all issues on which a party has the burden of proof | August 26, 2022 | December 1, 2022 |
| Deadline to serve opposing expert reports | September 26, 2022 | January 12, 2023 |
| Deadline to serve rebuttal expert reports | October 26, 2022 | February 23, 2023 |
| Deadline to file motions for summary judgment and any *Daubert* motion(s) | November 21, 2022 | March 23, 2023 |
| Deadline to file opposition to motion for summary judgment and opposition to any *Daubert* motion(s) | December 19, 2022 | April 20, 2023 |

---

[1] The parties agree that it is more efficient to require substantial rather than all document production by this deadline and have thus modified the language from the Court's original Order in this Proposed Revised Schedule.

1

2

| Event | Original Date | Proposed Date |
|---|---|---|
| Deadline to file reply in support of motion for summary judgment and reply in support of any *Daubert* motion(s) | January 9, 2023 | May 11, 2023 |
| Hearing on motion(s) for summary judgment and any *Daubert* motion(s) | February 9, 2023 | (At the Court's convenience) (Estimated June 8, 2023) |
| Joint CMC Statement due | March 1, 2023 | June 28, 2023 |
| Case Management Conference | March 8, 2023 | (At the Court's convenience) (Estimated July 5, 2023) |