**HALEY GUILIANO LLP**
JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: joshua.vanhoven@hglaw.com
GREGORY J. LUNDELL (CSB No. 234941)
E-Mail: greg.lundell@hglaw.com
111 N Market Street, Suite 900
San Jose, California 95113
Telephone: 669.213.1050
Facsimile: 669.500.7375

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard.mccaulley@hglaw.com
116 W. Hubbard, Unit 20
Chicago, IL 60654
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant*,
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SURGICIAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>*Defendant/Counterclaimant.* | Case No.  3:21-cv-03496-VC<br><br>Honorable Vince Chhabria<br><br>**NOTICE OF FILING OF JOINT STIPULATION AND PROPOSED ORDER REGARDING DEPOSITION PROTOCOL IN RELATED CASE**<br><br>Complaint Filed:      May 10, 2021 |

WHEREAS, fact discovery closes in this Case on November 10, 2022. *See* ECF No. 90.

WHEREAS, Plaintiff Surgical Instrument Service Company, Inc. ("SIS") and Defendant Intuitive Surgical, Inc. ("Intuitive"), as well as Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc., and King County Public Hospital District No. 1 (the "Hospital Plaintiffs") in *In Re: Da Vinci Surgical Robots Antitrust Litigation*, Case No. 3:21-CV-03825-VC (the "Related Case"), have engaged in discussions to facilitate an orderly process to take depositions in this Action and the Related Case prior to the discovery deadline.

WHEREAS, the parties have already begun scheduling depositions to ensure discovery can be complete by the November 10, 2022 deadline.

WHEREAS, SIS, the Hospital Plaintiffs, and Intuitive have collectively disclosed, pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), more than 50 individuals who are likely to have discoverable information that the parties may use to support their claims or defenses.

WHEREAS, to ensure that the parties can efficiently and effectively coordinate taking depositions in this Action and the Related Case, SIS, the Hospital Plaintiffs, and Intuitive propose that a protocol govern depositions, the proposed stipulated protocol agreed by all parties and having been filed in the Related Case as ECF No. 93.

NOW THEREFORE, SIS hereby submits the Joint Stipulation and [Proposed] Order Regarding Deposition Protocol filed in the Related Case for the Court's consideration, attached hereto as Attachment A.

Dated: September 12, 2022                    Respectfully submitted,

**HALEY GUILIANO LLP**

By: <u>/ Joshua V. Van Hoven /</u>

JOSHUA V. VAN HOVEN
joshua.vanhoven@hglaw.com
GREGORY J. LUNDELL
E-Mail: greg.lundell@hglaw.com
111 N Market Street, Suite 900
San Jose, California 95113

RICHARD T. MCCAULLEY
(*pro hac vice*)
E-Mail: richard.mccaulley@hglaw.com
116 W. Hubbard, Unit 20
Chicago, IL 60654

*Attorneys for Plaintiff/Counterdefendant,* SURGICAL INSTRUMENT SERVICE COMPANY, INC.

- 3 -

STIPULATED PROTECTVE ORDER
Case No. 3:21-cv-03496-VC

## CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2022, I caused a copy of the foregoing **NOTICE OF FILING OF JOINT STIPULATION AND PROPOSED ORDER REGARDING DEPOSITION PROTOCOL IN RELATED CASE**, to be electronically filed and served electronically via the Court's CM/ECF system, which will send automatically serve notice to all registered counsel of record.

Dated: September 12, 2022          _/ Joshua V. Van Hoven /_
                                                         Joshua V. Van Hoven