**HALEY GUILIANO LLP**
JOSHUA V. VAN HOVEN (CSB No. 262815)
   E-Mail: joshua.vanhoven@hglaw.com
GREGORY J. LUNDELL (CSB No. 234941)
   E-Mail: greg.lundell@hglaw.com
DONNY K. SAMPORNA (CSB No. 316456)
   E-Mail: donny.samporna@hglaw.com
111 N Market Street, Suite 900
San Jose, California 95113
Telephone: 669.213.1050
Facsimile: 669.500.7375

RICHARD T. MCCAULLEY (*pro hac vice*)
   E-Mail: richard.mccaulley@hglaw.com
8 E. Huron, 1004
Chicago, Illinois 60661
Telephone: 312.330.8105

Attorneys for Plaintiff
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant. | Case No. 3:21-cv-03496-VC <br><br> Honorable Vince Chhabria <br><br> **NOTICE OF APPEARANCE OF DONNY K. SAMPORNA FOR PLAINTIFF SURGICAL INSTRUMENT SERVICE COMPANY, INC.** |

Haley ▪ Guiliano
111 N. Market St.
Suite 900
San Jose, CA 95113
United States of America

NOTICE OF APPEARNACE OF
DONNY K. SAMPORNA
Case No. 21-cv-03496-VC

## TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Donny K. Samporna of Haley Guiliano LLP, 111 N. Market Street, Suite 900, San Jose, California 95113, Telephone (669) 213-1080, hereby enters an appearance as counsel of record in the above-captioned matter for Plaintiff Surgical Instrument Service Company, Inc. and requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the email address listed above.

Dated: September 22, 2022

HALEY GUILIANO LLP
By: /s/ *Donny Samporna*
JOSHUA V. VAN HOVEN
joshua.vanhoven@hglaw.com
GREGORY J. LUNDELL
greg.lundell@hglaw.com
DONNY K. SAMPORNA
donny.samporna@hglaw.com
111 N. Market Street, Suite 900
San Jose, California 95113
Telephone: 669.213.1050
Facsimile: 669.500.7375

RICHARD T. MCCAULLEY (*pro hac vice*)
richard.mccaulley@hglaw.com
8 E. Huron, 1004
Chicago, Illinois 60661
Telephone: 312.330.8105

*Attorneys for Plaintiff*
SURGICAL INSTRUMENT SERVICES COMPANY, INC.

Haley ▪ Guiliano
111 N. Market St.
Suite 900
San Jose, CA 95113
United States of America

- 2 -

NOTICE OF APPEARNACE OF
DONNY K. SAMPORNA
Case No. 3:21-cv-03496-VC

## CERTIFICATE OF SERVICE

On September 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

By: /s/ *Donny Samporna*
Donny K. Samporna

Haley • Guiliano
111 N. Market St.
Suite 900
San Jose, CA 95113
United States of America

- 3 -

NOTICE OF APPEARNACE OF
DONNY K. SAMPORNA
Case No. 3:21-cv-03496-VC