# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION,<br><br>Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL INCORPORATED,<br><br>Defendant. | Case No. 22-mc-80314-LJC<br><br>Case No. 21-CV-03496-VC<br>Case No. 21-CV-03825-VC<br>Case No. 21-CV-05198-VC<br>Case No. 21-CV-05266-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Vince Chhabria for consideration of whether the case is related to Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc., 21-CV-03496-VC.

**IT IS SO ORDERED.**

Dated: November 30, 2022

LISA J. CISNEROS
United States Magistrate Judge