**MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105

Attorneys for Plaintiff and Counter-Defendant,
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC. *Plaintiff/Counter-Defendant*, v. INTUITIVE SURGICAL, INC., *Defendant/Counterclaimant.* | Case No. 3:21-cv-03496-VC  Honorable Vince Chhabria  **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT SERVICE COMPANY, INC. AND [PROPOSED] ORDER**  Complaint Filed: May 10, 2021 |

1

PLEASE TAKE NOTICE that Plaintiff/Counter-Defendant Surgical Instrument Service Company, Inc. ("SIS") has retained McCaulley Law Group LLC to substitute as counsel for Haley Guiliano LLP in the above-captioned matter.

Withdrawing counsel for SIS are as follows:

>GREGORY J. LUNDELL
>Haley Guiliano LLP
>E-Mail: greg.lundell@hglaw.com
>111 N Market Street, Suite 900
>San Jose, California 95113
>(669) 213-1065
>
>DONNY SAMPORNA
>Haley Guiliano LLP
>E-Mail: Donny.samporna@hglaw.com
>111 N Market Street, Suite 900
>San Jose, California 95113
>(669) 213-1081
>
>REBECCA ROTHKOPF (*pro hac vice*)
>Haley Guiliano LLP
>E-Mail: rebecca.rothkopf@ hglaw.com
>75 Broad Street, Ste 1000
>New York, New York 10004
>(646) 973-2505

Counsel changing law firm affiliations and substituting as counsel for SIS, to whom all pleadings, orders and notices should be served, are as follows:

>JOSHUA V. VAN HOVEN (CSB No. 262815)
>McCaulley Law Group LLC
>E-Mail: josh@mccaulleylawgroup.com
>3001 Bishop Dr., Suite 300
>San Ramon, California 94583
>Telephone: (925) 302-5941
>
>RICHARD T. MCCAULLEY (*pro hac vice*)
>McCaulley Law Group LLC
>E-Mail: richard@mccaulleylawgroup.com
>180 N. Wabash Avenue, Suite 601
>Chicago, Illinois 60601
>Telephone: (312) 330-8105

The following attorneys accept this substitution of counsel:

Dated: March 2, 2023              **HALEY GUILIANO LLP**


By: /s/ Gregory J. Lundell_____
GREGORY J. LUNDELL


Dated: March 2, 2023              **MCCAULLEY LAW GROUP LLC**


By: /s/ Joshua Van Hoven_____
JOSHUA VAN HOVEN (CSB No. 262815)

3

**[PROPOSED] ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: _____, 2023

                                              _____
                                              Hon. Vince Chhabria
                                              United States District Court Judge

**FILER'S ATTESTATION**

I, Joshua Van Hoven, am the ECF User whose ID and password are being used to file this document.  I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: March 2, 2023                              */s/ Joshua Van Hoven*

                                                            Joshua Van Hoven