1  **MCCAULLEY LAW GROUP LLC**
   JOSHUA V. VAN HOVEN, (CSB No. 261815)
2  E-Mail: josh@mccaulleylawgroup.com
   3001 Bishop Dr., Suite 300
3  San Ramon, California 94583
   Telephone: 925.302.5941
4
   RICHARD T. MCCAULLEY (*pro hac vice*)
5  E-Mail: richard@ mccaulleylawgroup.com
   180 N. Wabash Avenue, Suite 601
6  Chicago, Illinois 60601
   Telephone: 312.330.8105
7
   *Attorneys for Plaintiff and Counter-Defendant,*
8  SURGICAL INSTRUMENT SERVICE COMPANY, INC.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 | SURGICAL INSTRUMENT SERVICE | Case No. 3:21-cv-03496-VC
   | COMPANY, INC.
12 |                              | Honorable Vince Chhabria
   |         *Plaintiff/Counter-Defendant,*
13 |                              | **DECLARATION OF JOSHUA VAN
   |     v.                       | HOVEN IN SUPPORT OF PLAINTIFF
14 |                              | SURGICAL INSTRUMENT SERVICE
   | INTUITIVE SURGICAL, INC.,    | COMPANY, INC.'S
15 |                              | ADMINISTRATIVE MOTION TO
   |         *Defendant/Counterclaimant.* | FILE UNDER SEAL MOTION AND
16 |                              | BRIEF
17
18                                  Judge: The Honorable Vince Chhabria

                                                    1                              DECLARATION RE ADMIN.
                                                                                   MOTION TO SEAL- BRIEF
                                                                                   Case No. 3:21-cv-03496-VC

I, JOSHUA VAN HOVEN, declare as follows:

I am an attorney at the law firm of MCCAULLEY LAW GROUP LLC, attorneys for Plaintiff SURGICAL INSTRUMENT SERVICE COMPANY, INC. ("SIS") in this matter. I have personal knowledge of the matters set forth herein, unless otherwise noted.

1. Attached as is a true and correct copy of Plaintiff's unredacted Motion for Partial Summary Judgment and Brief in Support.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED the 23rd day of March, 2023 in San Ramon, California.

*/s/ Joshua Van Hoven*
Joshua Van Hoven