1 | **MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN, (CSB No. 261815)
2 | E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
3 | San Ramon, California 94583
Telephone: 925.302.5941
4 |
5 | RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@ mccaulleylawgroup.com
6 | 180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
7 | Telephone: 312.330.8105

8 | *Attorneys for Plaintiff and Counter-Defendant,*
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC. | Case No. 3:21-cv-03496-VC |
| *Plaintiff/Counter-Defendant,* | Honorable Vince Chhabria |
| v. | **[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO FILE MOTION AND BRIEF UNDER SEAL** |
| INTUITIVE SURGICAL, INC., | |
| *Defendant/Counterclaimant.* | Judge: The Honorable Vince Chhabria |

1    Before the Court is Plaintiff Surgical Instrument Service, Inc.'s Administrative

2    Motion To File its Motion and Brief Under Seal.  Upon consideration of the Administrative

3    Motion, the unredacted motion and brief attached to the Administrative Motion is hereby

4    ORDERED sealed.

5

6    DATED: _____        _____

7                                                                            Vince Chhabria
                                                                             United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28