# Exhibit 1

Placeholder Document

Document Filed Under Seal