# Exhibit 2

Placeholder Document

Document Filed Under Seal