# Exhibit 4

Placeholder Document

Document Filed Under Seal