# Exhibit 5

Placeholder Document

Document Filed Under Seal