# Exhibit 6

Placeholder Document

Document Filed Under Seal