# Exhibit 7

Placeholder Document

Document Filed Under Seal