# Exhibit 8

Placeholder Document

Document Filed Under Seal