# Exhibit 9



Deposition of:
# Dr. T. Kim Parnell

*September 24, 2021*

In the Matter of:

# Rebotix Repair LLC v Intuitive Surgical, Inc.

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Case 3:21-cv-03496-AMO   Document 126-10   Filed 03/23/23   Page 3 of 4

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 1

1              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
2                    TAMPA DIVISION
3         Civil Case No. 8:20-cv-2274-T-33TGW
4    _____
5    REBOTIX REPAIR LLC,
6              Plaintiff,
7         vs.
8    INTUITIVE SURGICAL, INC.,
9              Defendant.
     _____
10
11
12
13          REMOTE VIDEOTAPED DEPOSITION OF
                  DR. T. KIM PARNELL
14
15
16          Friday, September 24, 2021
17                 8:07 a.m. PST
18
19
20
21
22
23
24
25   Court Reporter:  Michelle M. Boudreaux-Phillips, RPR

Case 3:21-cv-03496-AMO   Document 126-10   Filed 03/23/23   Page 4 of 4

Dr. T. Kim Parnell                           September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 98

1  you mean?
2     A   Yeah, it's of that order.  As part of the
3  procedure for each one, there is a specified time that
4  is set for it, but it's of that kind of level of time.
5     Q   According to the Rebotix process flow
6  estimates of how long various steps take, what's the
7  total that Rebotix prescribes as to how long an
8  inspection and repair and interceptor process should
9  all take total if the particular instrument is deemed
10 suitable for repair?
11    A   There's not a specific time, amount of time
12 given, as I recall.  I mean, it will certainly be very
13 dependent on steps that are needed.  It would typically
14 be, though, on the order of a few hours, but can vary,
15 certainly, depending on what repair steps and retesting
16 might be required.
17    Q   Do you have any estimate, not a guess, but do
18 you have an estimate based on facts as to how long it
19 customarily or typically takes to sharpen cutting
20 features of an EndoWrist instrument when the inspection
21 processes of Rebotix indicate that sharpening is
22 needed?
23    A   I know it's dependent on what is needed for a
24 particular device, but I can't give you a specific time
25 range there.  But -- other than to say some will need

Page 99

1  more than others depending on what's required.  Some
2  may need basically nothing additional associated with
3  sharpening, but many will, and those will depend on the
4  characteristics of the blade and the testing cuts.
5     Q   Could we go back, please, to that one sheet
6  3038, PR3038, about sharpening.  And if you'd look,
7  please, right at the last line, Dr. Parnell, it says,
8  "complete applicable paperwork and refer to" another
9  part of the process flow.  Do you see that?
10    A   Yes.
11    Q   Now, this circumstance here about "complete
12 applicable paperwork," in the process flow, there is
13 still -- whether the device needs sharpening or not,
14 there still are a number of inspections and cleanings
15 that would need to be done in every case; isn't that
16 true?  There may or may not need to be sharpening after
17 these 4.2 exercises are done, but there are still
18 things that need to occur under the process flow; isn't
19 that true?
20    A   That is true and it's a part of the
21 inspection documentation here, you know, series of
22 tests such as cables, cable adjustment, that sort of
23 thing, motion.  Yeah, there are a whole series of
24 things to evaluate.
25    Q   Do you know, then, what paperwork is

Page 100

1  referenced in 4.3, what applicable paperwork is
2  referred to here?
3     A   It's associated with documents that are a
4  part of the process.  For example, page 89 of my report
5  shows some examples of test record associated with
6  devices.  And you can see there some of the listing of
7  items and what is done for specific devices.
8     Q   Okay.
9         MR. RUBY:  It's 5 after 12.  There are
10 still people -- and we're in various time
11 frames.  I think the witness is entitled to
12 have lunch, and not to mention others.  What
13 if we -- Madam reporter, you need and deserve
14 a break, too.  Alan, you deserve a break.
15 How would anybody feel we took a break, say,
16 for 40 minutes to 12:45 and then return to
17 our duties?  Is anybody offended by that?
18        MR. ERWIG:  Sounds fine.
19        MR. RUBY:  Pardon me.  If that's okay,
20 then we'll be off the record.
21        THE VIDEOGRAPHER:  The time is now 12:05
22 p m.  We're going off the record.
23        (Lunch recess taken.)
24        THE VIDEOGRAPHER:  The time is now 12:53
25 p m.  We're back on the record.  This is the

Page 101

1  beginning of Media Unit 4.  Please continue.
2     Q   (By Mr. Ruby) All right.  Dr. Parnell, when
3  a -- when a surgeon using traditional laparoscopic
4  tools wants to control bleeding in a patient, what tool
5  does she use?
6     A   Was the question regarding bleeding?
7     Q   Yes.  If you didn't pick that up in the
8  question, maybe it was left off, do you want me to
9  repeat the question?
10    A   Sure.
11    Q   When a surgeon performing a traditional
12 laparoscopic surgery wants to control bleeding in her
13 patient, what laparoscopic instrument does she use?
14    A   Well, I'm not a medical doctor or surgeon,
15 but generally for things like that, the surgeon will
16 utilize some form of a -- of the clamp to close the
17 tissue and it may ultimately be sutured, possibly, but
18 there would be pressure applied.
19    Q   When a surgeon performing a traditional
20 endoscopic surgery wants to control bleeding in his
21 patient, what instrument would you expect him to use?
22    A   Again, with the disclaimer that I'm not a
23 medical doctor, but I would expect similar type of
24 instrument to be able to apply a clamp or some form of
25 pressure.

26 (Pages 98 - 101)