```
 1            UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   SURGICAL INSTRUMENT SERVICE      )
     COMPANY, INC.,                   )
 5                                    )
            Plaintiff,                )
 6                                    )
            vs.                       ) Case No.
 7                                    ) 3:21-CV-03496-VC
     INTUITIVE SURGICAL, INC.,        )
 8                                    )
            Defendant.                )
 9   _____ )
10
11
12        VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
13         DEPOSITION OF GREG POSDAL, 30(B)(1)
14
15            Tuesday, November 1, 2022
16       Remotely Testifying from Phoenix, Arizona
17
18
19
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 5541334-B
```

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4    SURGICAL INSTRUMENT SERVICE        )
      COMPANY, INC.,                     )
 5                                       )
              Plaintiff,                 )
 6                                       )
              vs.                        ) Case No.
 7                                       ) 3:21-CV-03496-VC
      INTUITIVE SURGICAL, INC.,          )
 8                                       )
              Defendant.                 )
 9    _____   )
10
11
12            Virtual videoconference video-recorded
13    deposition of GREG POSDAL, in the capacity of a
14    30(B)(1) witness, Remotely Testifying from Phoenix,
15    Arizona, on Tuesday, November 1, 2022, beginning at
16    11:14 a.m., PDT, and concluding at 2:36 p.m.,
17    pursuant to the stipulations of counsel thereof,
18    before Hanna Kim, CLR, Certified Shorthand Reporter,
19    No. 13083.
20
21
22
23
24
25
                                            Page  2
```

```
 1        REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:

 2

 3     For Plaintiff and the Witness:

 4             HALEY GUILIANO

 5             BY:  RICHARD T. McCAULLEY, ESQ.

 6             111 North Market Street, Suite 900

 7             San Jose, California 95113

 8             669.213.1071

 9             richard.mccaulley@hglaw.com

10

11     For Hospital Plaintiffs and the Proposed Class:

12             BONI, ZACK & SNYDER LLC

13             BY:  JOSHUA D. SNYDER, ESQ.

14             15 St. Asaphs Road

15             Bala Cynwyd, Pennsylvania 19004

16             610.822.0203

17             jsnyder@bonizack.com

18

19

20

21

22

23

24

25
```

Page 3

```
 1              REMOTE APPEARANCES OF COUNSEL:

 2

 3    For Defendant Intuitive Surgical:

 4            COVINGTON & BURLING LLP

 5            BY:  ISAAC D. CHAPUT, ESQ.

 6            BY:  AUSTIN MARTIN, ESQ.

 7            Salesforce Tower

 8            415 Mission Street, Suite 5400

 9            San Francisco, California 94105-2533

10            415.591.7020

11            ichaput@cov.com

12            amartin@cov.com

13

14    Also Present:

15            RAMON PERAZA, Videographer

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
 1          A.    I'm currently the president and CEO.

 2          Q.    What are your responsibilities at -- as

 3    president and CEO of SIS?

 4          A.    Corporate oversight mostly and managing

 5    the COO and severals [verbatim] under -- underneath    11:16:41

 6    me.

 7          Q.    Apart from the COO, who at SIS reports to

 8    you?

 9          A.    No one directly.  Actually, after we

10    installed the COO, they report to him and the COO    11:16:54

11    reports directly to me.

12          Q.    Okay.  Who is the COO?

13          A.    Brad Turnmire.

14          Q.    How long has Mr. Turnmire been with SIS?

15          A.    About a year.                             11:17:08

16          Q.    Prior to Mr. Turnmire joining, who

17    reported to you at -- at SIS?

18          A.    Most of the department managers.

19          Q.    And who are those individuals?

20          A.    Denise Posdal, Josh Foy, Keith Posdal, and  11:17:19

21    John Jarrette.

22          Q.    What is Denise Posdal's role?

23          A.    She's the operations manager, office

24    manager.

25          Q.    What is Josh Foy's role?                  11:17:53
```

Page 9

```
 1        A.   Head of the flexible repair lab, flexible
 2   endoscope repair lab.
 3        Q.   What is Keith Posdal's role?
 4        A.   Head of the used equipment and
 5   instrumentation.                                    11:18:08
 6        Q.   What is John Jarrette's?
 7        A.   Head of instrumentation.
 8        Q.   Who does Keith Johnson report to?
 9        A.   Me -- I'm sorry.  I missed that.
10        Q.   Does he currently report to you, or does   11:18:23
11   he report to the COO?
12        A.   He currently reports to me.
13        Q.   So the COO and Mr. Johnson report to you,
14   and then the other folks who were previously in your
15   reporting chain report to the COO now?              11:18:35
16        A.   That's correct.
17        Q.   Okay.  And Mr. Johnson is the SVP of
18   sales; is that correct?
19        A.   Yes.
20        Q.   Are Denise and Keith Posdal relations of   11:18:43
21   yours?
22        A.   Siblings.
23        Q.   How long have you been employed by SIS?
24        A.   Since 1983.  So 42 years, something like
25   that.  Is that -- is that right?                    11:19:04
```

Page 10

```
 1              No -- yeah.  Is it -- no, 41 years.
 2    40 years.  I don't know.
 3         Q.   I think it's around 40.
 4              What was your role when you first joined
 5    SIS?                                          11:19:22
 6         A.   I was in a -- a repair role and kind of a
 7    research and development role.  We added services.
 8    I added services to what we were currently
 9    repairing.
10         Q.   When did you become president and CEO?   11:19:34
11         A.   2000, I think.
12         Q.   Who was the president and CEO prior to
13    you?
14         A.   Robert Posdal, my father.
15         Q.   Describe for me SIS's business at -- at   11:19:47
16    the present.
17         A.   At the present, the great majority of our
18    business is -- is repair business, among a number of
19    different disciplines.
20         Q.   What disciplines does SIS provide repair   11:20:06
21    services in?
22         A.   Stainless steel instrumentation, specialty
23    instrumentation, frigid endoscopes, flexible
24    endoscopes, orthopaedic power instrumentation, video
25    instruments, and miscellaneous instruments.  I think   11:20:25
```

Page 11

1    I got them all.

2        Q.   Where, if anywhere, in -- in that list

3    does robotics fall?

4        A.   That's -- that's a separate department.

5    And one that's not currently performed in-house.        11:20:52

6        Q.   Okay.  Are there other departments that

7    SIS facilitates services for but are not performed

8    in-house?

9        A.   Previously mentioned harmonic scalpels,

10   PHACO handpieces, fiberoptic light cables, and some     11:21:14

11   overflow when we're beyond capacity.

12       Q.   When -- when you say "overflow when you're

13   beyond capacity," you're referring to the -- the

14   other categories that you mentioned previously?

15       A.   That's correct.                                11:21:40

16       Q.   So for the -- the list of disciplines that

17   you mentioned previously, in the ordinary course,

18   those -- those repair services are provided by SIS

19   employees; is that right?

20       A.   That's correct.                                11:21:59

21       Q.   When SIS uses subcontractors, does it

22   disclose to its customers that it has subcontracted?

23       A.   Not generally.

24       Q.   Why not?

25       A.   They don't -- they haven't asked.  They        11:22:11

Page 12

```
 1    don't necessarily care.

 2         Q.   Who are SIS's main competitors?

 3         A.   STERIS and Agiliti.

 4         Q.   Are STERIS and Agiliti also independent

 5    repair or service organizations?            11:22:32

 6         A.   They are.

 7         Q.   Does either STERIS or Agiliti have any

 8    original equipment manufacturing division?

 9         A.   I'm not aware.  The two corporations now

10    are enormous.  They -- they had bought up most of  11:22:49

11    our direct competitors.  The -- some of the bigger

12    ones that were direct competitors with us that are

13    now under those, STERIS and Agiliti flagships are

14    Northfield and IMS.  Those are probably the two

15    bigger ones.  Now they're rolled up under STERIS and  11:23:08

16    Agiliti, and they've got a whole host of product and

17    services that I'm -- I'm not completely familiar

18    with.

19         Q.   Does SIS have any original equipment

20    manufacturing that it performs?            11:23:29

21         A.   No.

22         Q.   Has SIS ever performed any original

23    equipment manufacturing?

24         A.   We've made some -- some trial pieces for

25    some people but no production.            11:23:43
```

                                                    Page 13

```
 1   instruments in 2012; right?

 2       A.   Or there about, yeah, I -- I wouldn't be

 3   certain on the date.

 4       Q.   And you decided to not move forward with

 5   that because of the chip; correct?              11:37:34

 6       A.   Correct.

 7            MR. SNYDER:  Objection.

 8   BY MR. CHAPUT:

 9       Q.   After 2012, did SIS consider trying to get

10   into the EndoWrist instrument business again before   11:37:44

11   the 2019 relationship with Rebotix?

12            MR. SNYDER:  Objection.

13            THE WITNESS:  Likely not in any serious

14   way.  Probably just more thoughts about this could

15   be lucrative.  We should probably look into it, but   11:38:02

16   nothing beyond that.

17   BY MR. CHAPUT:

18       Q.   How did SIS get into the relationship with

19   Rebotix to provide the reset process?

20            MR. McCAULLEY:  Objection.  Objection.   11:38:20

21   Form.

22            THE WITNESS:  Okay.

23            As -- as stated earlier, we had a long

24   lasting relationship with Benjamin Biomedical, which

25   has the same -- same individuals involved with it as   11:38:38
```

Page 23

```
 1    re- -- as Rebotix.  And I had seen them at one of
 2    the trade shows we were at, and they were displaying
 3    that new technology.
 4    BY MR. CHAPUT:
 5        Q.    When did that happen?                    11:38:57
 6        A.    Spring, early summer of 2019, I believe.
 7        Q.    What conference was it, or what trade show
 8    was it that you saw them?
 9        A.    I can't be certain, but it was probably
10    IAHCSMM, which is International Association of        11:39:18
11    Hospital Central Sterile and Materials Management.
12        Q.    The technology that they were displaying
13    at the trade show, was that the interceptor chip
14    technology?
15        A.    Yes.  I'm -- I'm not sure they were        11:39:39
16    displaying the technology; only the ability to
17    perform that service.
18        Q.    After the trade show, what happened next?
19            MR. McCAULLEY:  Objection.  Form.
20            THE WITNESS:  We initiated conversations.   11:39:59
21    I had told Mr. Gibson that this was something that
22    was in the back of our minds, and that the -- the
23    only thing preventing us from moving forward with
24    that was -- was the issue of the chip counter.  And
25    now that they had that resolved, we -- we felt        11:40:19
```

Page 24

```
 1   strongly that that was something that we could

 2   provide to our customers and -- and -- and be a

 3   great addition to what we were doing.

 4   BY MR. CHAPUT:

 5       Q.   And so, the -- the relationship with        11:40:42

 6   Rebotix was that SIS would source customers for the

 7   chip reset, and then Rebotix would perform the

 8   actual service and send the -- the devices back to

 9   SIS; is that basically how it worked?

10           MR. McCAULLEY:  Objection.                    11:41:00

11           THE WITNESS:  Initially, yes.  It was our

12   intent and -- and understanding on both parties that

13   we would like to bring that entire service in-house

14   as we do with almost every one of our other

15   services.  But in the ramp-up time, especially with  11:41:19

16   how quickly this process moved, we would have had

17   instruments for that service prior to our being set

18   up for it.  And that's -- that's how this program

19   got started.

20   BY MR. CHAPUT:                                        11:41:38

21       Q.   Were there other companies that were

22   sourcing customers for Rebotix at the same time as

23   SIS?

24       A.   I believe that Rebotix had reached out to

25   several more.  I didn't know until later who one of   11:42:00
```

Page 25

1   those was.  They had an agreement with them for a

2   period of a year, and we had to wait for that

3   agreement to end to start working with Rebotix.

4        Q.   What was the other company that had an

5   agreement with them?                              11:42:25

6        A.   I -- I -- I can't be a hundred percent

7   certain.  But I believe that was Restore Robotics,

8   or -- or whatever's Clif's company was at that time.

9   Not sure if it -- it was named that or not.

10       Q.   Was SIS's arrangement with Rebotix       11:42:42

11  exclusive, or was Rebotix allowed to have other

12  companies service customers for them?

13       A.   Again, we were in the beginning phases of

14  that.  But the discussions with Chris Gibson said

15  that their efforts had basically yielded no success  11:42:58

16  in their -- in -- in -- anyone else's ability to

17  sell this program.

18            We felt highly confident with our contacts

19  and our relationships and -- and our background that

20  we would be successful in this.  And so, we were in   11:43:14

21  discussions with them about getting to the point

22  where it would be exclusive again.

23            They -- I think they had some doubt

24  whether we could do that or not based on their

25  previous experiences, but we were confident once we   11:43:33

Page 26

```
 1   could show them that -- that we could provide this

 2   service accurately to customers, that we would be

 3   able to move towards a more permanent and exclusive

 4   relation -- relationship with them.

 5       Q.   Why was SIS confident that it would be        11:43:50

 6   successful in the EndoWrist reset business?

 7       A.   A number of reasons.  Being in the

 8   business for as long as we had, we knew there was an

 9   appetite for this service.  From customers, I think

10   there largely was concern.  I don't know if disdain    11:44:10

11   is too strong of a word about Intuitive and that the

12   customers didn't understand why these things were so

13   expensive, why they had limited lives, et cetera.

14          I think they -- they were clamoring for an

15   option.  And -- and we had some significant            11:44:35

16   relationships with -- with IDNs and GPOs and knew

17   what the potential savings to the hospitals could

18   look like.  And were -- were convinced that we'd be

19   able to do a great job of -- of bringing this to

20   market.                                                11:45:00

21       Q.   What customers expressed to you that they

22   didn't understand why EndoWrist instruments had

23   limited lives?

24       A.   Can you repeat that question.

25       Q.   Sure.                                         11:45:15
```

Page 27

```
 1          Q.   How long did you expect it to take for SIS
 2    to achieve the greater than a hundred million
 3    dollars in -- in annual revenue from the EndoWrist
 4    reset business?
 5          A.   I -- I don't know for certain.           12:01:29
 6          Q.   Did you have any expectation as to how
 7    that would -- how long that would take?
 8          A.   No.  We -- we knew it wouldn't be
 9    immediate.  And in -- and in all likelihood, with
10    the declining units in the Sis, it would have had --  12:01:46
11    largely had to do with how quickly can we get the Xi
12    up and running as well.
13          Q.   Has SIS gotten the Xi up and running yet?
14          A.   SIS has not attempted to get the S- -- the
15    Xi up and running yet.                               12:02:06
16          Q.   Has the Rebotix gotten the Xi up and
17    running yet?
18          A.   To my knowledge, no.
19          Q.   Has Restore gotten the Xi running up and
20    running yet?                                         12:02:20
21          A.   In terms of its ability to read, yes.  In
22    terms of replacing, I'm not certain.  I think it's
23    safe to say, in -- in 2019 or 2020, had the Si
24    program been rolling along and we didn't have --
25    encountered the -- the ob- -- obstruction of our    12:02:35
```

Page 38

```
 1   ability to do this, I think that would have pursued

 2   with far more vigor.

 3            It -- it seemed crazy to invest a lot of

 4   money if we didn't get past the -- Intuitive's

 5   effect on the hospital and their -- their ability to   12:02:58

 6   feel comfortable with -- with giving these items out

 7   for chip re- -- reset without, you know, losing

 8   their -- their service contracts with Intuitive.

 9        Q.   When did SIS start working with Restore?

10        A.   Don't know the exact date, but it was       12:03:30

11   likely in the middle of 2020.  It was after the

12   pandemic started rolling.

13        Q.   Does SIS still have any ongoing business

14   with Rebotix, setting aside Benjamin Bi- --

15   Biomedical, but Rebotix specifically?                 12:03:55

16        A.   Rebotix specifically, no.

17        Q.   Does SIS plan to enter into business again

18   with Rebotix specifically?

19        A.   Sure.  If we have multiple sources for

20   this service, we will use both of them.               12:04:07

21        Q.   Does SIS still plan to perform the service

22   in-house for the Xi, once that is up and running?

23        A.   I -- it -- it would be our -- our usual

24   business practice to do that.

25        Q.   Under what circumstances would you not do   12:04:35
```

Page 39

1    that?

2        A.   Under the current conditions, if -- if

3    hospitals are unwilling to jeopardize their service

4    agreements with Intuitive, it would be futile to

5    pursue that.                                    12:04:49

6        Q.   And if those current conditions were to

7    change, are there any circumstances under which SIS

8    would rely on service partners to perform the Xi

9    reset as opposed to doing it in-house?

10       A.   I would suppose that is a question similar  12:05:15

11   to the one we faced early on.  It -- if the -- if

12   the volume increased too rapidly, I believe we would

13   reach out to either/or of those to help supplement

14   the volume.

15       Q.   Does SIS currently offer its customers the  12:05:34

16   Si EndoWrist reset service?

17       A.   It's available.  It hasn't been pursued or

18   spoken about recently.

19       Q.   If a customer were to approach SIS,

20   would -- would the Si reset be performed by Restore  12:06:10

21   or Rebotix?

22       A.   Likely, Rebotix, but I wouldn't dis- -- I

23   wouldn't count out the ability to use Restore,

24   Rebotix for that as well.

25       Q.   For the EndoWrist reset services, how much  12:06:32

Page 40

1   did SIS pay to Rebotix for each service?

2        A.   I believe it was in the neighborhood of

3   $800 for the complete service, 8- or $900 for the

4   complete service.

5        Q.   Did SIS set its own prices that it charged   12:06:58

6   to customers for that service, or did it follow

7   Rebotix pricing?

8        A.   We relied upon Rebotix pricing at the

9   time.

10       Q.   If SIS had -- had moved forward and -- and   12:07:08

11  performed the service on its own, would it have

12  continued charging the same Rebotix prices, or would

13  SIS would have set its own prices?

14       A.   I would think it's hard to say at this

15  time.  I -- it would have to do with whether or not   12:07:25

16  we reached an agreement with Rebotix to -- to

17  consistently use their pricing and then the feedback

18  that we had gotten from our customers in terms of

19  the value of the service.

20       Q.   What feedback did SIS get from its           12:07:36

21  customers about the value of the service?

22       A.   That they were extremely happy with it.

23       Q.   Did SIS and Rebotix ever have a written

24  agreement?

25       A.   We were in the process of that.  Again,      12:08:08

Page 41

1    I -- this -- this all got shut down so quickly that

2    things just got put on the back burner.  So there

3    was an agreement written.  I don't believe there was

4    an agreement signed.  But there is a -- a verbal

5    understanding that -- that we would continue.        12:08:25

6            I think we were told by Rebotix that in

7    the very short period of time that we had provided

8    this service that we were the only ones that made --

9    made any meaningful headway, and they were excited

10   to move forward with us.                              12:08:42

11       Q.   When did Rebotix tell you that?

12       A.   It -- it had to be 2019/2020, probably the

13   second half of 2019.

14       Q.   So you mentioned a couple times this --

15   the program getting shut down or -- or similar        12:09:04

16   words.

17       A.   Mm-hmm.

18       Q.   What do you mean by that?

19       A.   I mean that the customers that we had

20   reached out to and some who had -- we had started to  12:09:15

21   work with already immediately received letters from

22   Intuitive.

23            Sometimes it was their local rep, to my

24   knowledge.  Other times it was Intuitive's legal

25   counsel sending a scary, threatening letter,          12:09:35

Page 42

```
 1   throwing around, you know, scary terms, like this

 2   may violate the FDA and their process, and -- and

 3   that the -- the -- the final threat was -- and --

 4   and those are my words; that -- that if they pursue

 5   this service, that Intuitive can stop servicing        12:10:00

 6   their equipment, will refuse to provide service

 7   to -- for the robots and potentially provide them

 8   with additional EndoWrists.

 9          I don't know of this directly, but I know

10   of a story that there are two hospitals, I believe     12:10:24

11   in the southeast, that decided to push back on that

12   and pursue it.  And one hospital was denied access

13   to new EndoWrists.

14          They said, Fine.  We'll get them from our

15   sister hospital.  And then the sister hospital was     12:10:42

16   threatened with not being able to purchase

17   additional EndoWrists there, either.  And all of our

18   customers and the people we talked to were very

19   afraid of having their robotic program shut down.

20      Q.   Did you speak to any customers directly        12:11:02

21   about the letters that they received from Intuitive?

22      A.   I did not.  I think I had some discussions

23   with Perry Kirwan at Banner about the existence of

24   these letters, and he was aware of them already.

25          So we probably had some discussions about       12:11:25
```

Page 43

```
 1    that.  I can't remember off the top of my head if I
 2    had any other specific conversations with any
 3    customers directly.
 4         Q.   What did you and Mr. Kirwan discuss?
 5         A.   The fact that they very much wanted to        12:11:40
 6    proceed with this program.  They knew it was a huge
 7    cost savings.  They -- they were confident and
 8    comfortable with the fact that it was safe and
 9    effective.
10             I don't recall at the time, although, I'm      12:11:52
11    pretty confident we -- we did provide that service
12    with them on a handful of instruments to test, and
13    that they put them back in service without any
14    issues whatsoever, and were comfortable to move
15    forward with this.                                       12:12:13
16             That's probably the only direct
17    conversation I had with Perry Kirwan about it.  I --
18    there's a lot of anecdotal information that came
19    through Keith Johnson in his discussions with Perry.
20         Q.   How did Mr. Kirwan become confident and       12:12:30
21    comfortable that the reset process was safe and
22    effective?
23         A.   As I mentioned, I believe we did some
24    samples for him, and he put them through a -- put
25    them back in service and had no issues with it.          12:12:42
```

Page 44

```
 1   them obviously did and that very shortly thereafter,

 2   after getting either letters or -- or calls or

 3   however they were contacted, with -- with some of

 4   the language in those letters, it effectively ending

 5   with -- and -- and we can refuse to service your        14:05:24

 6   robot, put them in a spot where they could not

 7   afford to take the risk and had to suck it up and

 8   continue to buy new EndoWrists from Intuitive.

 9   BY MR. SNYDER:

10        Q.   In -- in -- in your answer, when you were    14:05:42

11   referring to -- to customers, were you referring to

12   hospitals and hospital systems?

13        A.   Both.

14        Q.   And do any particular hospitals or

15   hospital systems come to mind?                          14:05:56

16        A.   Oh, a number of them.  Banner Health,

17   which I think is 33 hospitals -- now it -- it might

18   be more than that now, was very excited.  I -- I --

19   they had a number of robots.  They still had Sis.

20   They were very interested in this.  I think Piedmont    14:06:18

21   Health was one of them.  Kaiser Health.

22             Kaiser -- Kaiser had a system-wide

23   initiative, I think to -- that they voted on to

24   bring a significant contribution to their

25   facilities.  And a -- a woman named Brenda Paulson      14:06:37
```

Page 77

```
 1    brought this to the -- to this committee.  And it
 2    was awarded.  They -- they were awarded for, in
 3    different disciplines, part of this program.  And I
 4    think there was a -- a heading called Care
 5    Transformation and -- and the initiative to bring      14:07:01
 6    SIS EndoWrist repair to the facility and save them a
 7    large amount of money, won that award as -- as an
 8    initiative of the year before we even started it.
 9    That's how important, that's how much of an impact
10    financially that this would have brought to all our    14:07:21
11    customers.
12            So Legacy, Kaiser, Banner, Advocate
13    Aurora, Piedmont, a number -- SSM, a number of other
14    customers.  And most significantly, Vizient, who
15    wanted to bring this to all of their -- all of their   14:07:44
16    members.
17            And -- and we had a -- an agreement -- a
18    signed agreement with Vizient to be able to do this.
19    And, again, the savings totaled, you know,
20    potentially in the hundreds of millions.               14:07:55
21        Q.   And I -- I believe you used the acronym at
22    one point, "GPO"?  Is that --
23        A.   Group purchasing --
24        Q.   I'm sorry --
25            (Interruption in audio/video.)                 14:08:10
```

Page 78