*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
     SURGICAL INSTRUMENT SERVICE    )
 5   COMPANY, INC.,                 ) Case No.:
                                    ) 3:21-cv-03496-VC
 6             Plaintiff,           )
                                    ) Lead Case No.:
 7         vs.                      ) 3:21-cv-03825-VC
                                    )
 8   INTUITIVE SURGICAL, INC.,      ) Pages 1 to 65
                                    )
 9             Defendant            )
     _____)
10   IN RE: DA VINCI SURGICAL ROBOT )
     ANTITRUST LITIGATION           )
11   _____)
     THIS DOCUMENT RELATES TO:      )
12   ALL ACTIONS                    )
     _____)
13
14        *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
15                    DEPOSITION OF:
16                 KEITH ROBERT JOHNSON
17               IN HIS PERSONAL CAPACITY
18              THURSDAY, OCTOBER 27, 2022
19                     1:27 p.m.
20
21   REPORTED BY:
22   Vickie Blair
23   CSR No. 8940, RPR-CRR
24   JOB NO. 5539883
25   PAGES 1 - 68
```

Page 1

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1      Deposition of KEITH ROBERT JOHNSON, the witness, taken
 2      on behalf of the Defendant, on Thursday,
 3      October 27, 2022, 1:27 p.m., before VICKIE BLAIR,
 4      CSR No. 8940, RPR-CRR.
 5
 6      APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8      FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
        SERVICE CO. INC.:
 9
                HALEY GUILIANO LLP
10              BY JOSHUA VAN HOVEN, Partner
                111 North Market Street
11              Suite 900
                San Jose, California  95113
12              +1 669 213 1061
                joshua.vanhoven@hglaw.com
13
        FOR DEFENDANT INTUITIVE SURGICAL, INC.:
14
                COVINGTON & BURLING LLP
15              BY ISAAC D. CHAPUT, Associate
                415 Mission Street
16              Suite 5400
                San Francisco, California  94105-2533
17              +1 415 591 7020
                ichaput@cov.com
18
                COVINGTON & BURLING LLP
19              BY AUSTIN S. MARTIN, Associate
                One CityCenter
20              850 Tenth Street, NW
                Washington, D.C.  20001-4956
21              +1 202 662 5094
                amartin@cov.com
22
23
24
25
```

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    APPEARANCES OF COUNSEL VIA ZOOM: (Continued)
 2    FOR THE PROPOSED CLASS:
 3          BONI, ZACK & SNYDER LLC
            BY JOSHUA D. SNYDER, Partner
 4          15 St. Asaphs Road
            Bala Cynwyd, Pennsylvania  19004
 5          (610) 822-0203
            (610) 822-0206
 6          jsnyder@bonizack.com
 7    ALSO PRESENT:
 8          RAMON A. PERAZA, Videographer
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                    I N D E X
2
3    WITNESS              EXAMINATION                   PAGE
4     KEITH ROBERT JOHNSON
5                         (MR. CHAPUT)                     6
6                         (MR. SNYDER)                    47
7                         (MR. CHAPUT)                    58
8
9                     INFORMATION REQUESTED
10                           None
11         QUESTIONS INSTRUCTED BY COUNSEL NOT TO ANSWER
12                           None
13
14                       E X H I B I T S
15    EXHIBIT NO.   PAGE    DESCRIPTION
16    Exhibit 141    25   Email chain, Bates numbers
17                        SIS000366 and SIS000367
18    Exhibit 142    27   Spreadsheet, Bates number
19                        SIS000167
20    Exhibit 143    35   Si Recycling Program form, Bates
21                        number SIS196367
22    Exhibit 144    40   EndoWrist Recycling Program form,
23                        Bates numbers SIS146976 through
24                        SIS146978
25
```

Page 4

| | | | |
|---|---|---|---|
| 1 | Q | And what is SIS's annual net profit? | 13:31:44 |
| 2 | A | I'm not privy to that number. | 13:31:54 |
| 3 | Q | Who owns SIS? | 13:31:58 |
| 4 | A | Greg Posdal. | 13:32:07 |
| 5 | Q | You mentioned also earlier that SIS is one | 13:32:07 |
| 6 | | of three main competitors in its business.  Am I | 13:32:19 |
| 7 | | recalling that correctly? | 13:32:23 |
| 8 | A | Yes. | 13:32:24 |
| 9 | Q | Who are SIS's main competitors? | 13:32:24 |
| 10 | A | STERIS IMS and AgilityHealth. | 13:32:30 |
| 11 | Q | And are both STERIS and Agility national | 13:32:38 |
| 12 | | ISOs? | 13:32:50 |
| 13 | A | The IMS division of STERIS is an ISO, but | 13:32:51 |
| 14 | | STERIS is an $8 billion global sterilization company. | 13:32:58 |
| 15 | Q | Do any of SIS's customers also have | 13:33:03 |
| 16 | | contracts at the same time with either STERIS IMS or | 13:33:16 |
| 17 | | Agility or do customers typically contract only with | 13:33:23 |
| 18 | | one of the three organizations? | 13:33:25 |
| 19 | A | I think typically -- typically it would be | 13:33:26 |
| 20 | | one, but there is a lot of scenarios where two or three | 13:33:30 |
| 21 | | organizations work with a -- any given hospital or | 13:33:36 |
| 22 | | hospital system. | 13:33:38 |
| 23 | Q | Does SIS compete at all with companies | 13:33:38 |
| 24 | | like Benjamin Biomedical or Restore Robotics or | 13:33:47 |
| 25 | | MediVision? | 13:33:56 |

Page 9

```
 1    your answers about that timeline be roughly the same?    14:52:00
 2                 MR. CHAPUT:  Object to the form.            14:52:06
 3                 THE WITNESS:  Yes, I'm -- I'm -- I'm a      14:52:09
 4    sales guy, I'm looking for opportunities to sell.  This  14:52:11
 5    robotic program created an opportunity for SIS to        14:52:15
 6    substantially increase the revenue of our organization,  14:52:18
 7    a great opportunity, and that was what I -- I was -- I   14:52:20
 8    was pumped about the opportunity.                        14:52:24
 9    BY MR. SNYDER:                                           14:52:25
10         Q    Let's -- let's go -- let's go there next.      14:52:29
11    I just have a few questions.                             14:52:33
12                 This morning I believe you used the word    14:52:35
13    "monumental" in connection with the level of interest    14:52:41
14    in EndoWrist repair.                                     14:52:43
15                 Is that a word that you used in that        14:52:44
16    context, Mr. Johnson?                                    14:52:46
17         A    I believe I did, and I don't use that word     14:52:48
18    very often.                                              14:52:50
19         Q    And are -- are there -- are there key --       14:52:53
20    key moments or key events that you have in mind when     14:53:01
21    you refer to the monumental level of interest in         14:53:05
22    EndoWrist repair?                                        14:53:08
23                 MR. CHAPUT:  Object to the form.            14:53:11
24                 THE WITNESS:  Yeah, there's -- there's a    14:53:12
25    couple very distinct meetings that stick out in my       14:53:16
```

Page 50

```
 1    head, yes.                                              14:53:18

 2    BY MR. SNYDER:                                          14:53:20

 3         Q    And what -- what are those -- those           14:53:20

 4    meetings that stick out?                                14:53:26

 5         A    One of the biggest ones was the meeting       14:53:27

 6    that we had with Advocate Aurora in Wisconsin.  I'll    14:53:35

 7    just say this, in -- in -- in every meeting that I had, 14:53:46

 8    and I'm not saying some of them, I'm saying all of      14:53:50

 9    them, the -- the level of interest from the people that 14:53:52

10    I met with, which was always usually the C-suite, VP of 14:53:58

11    supply chain, VP of perioperative services, chief       14:54:02

12    robotic surgeon, one of those groups, every single one  14:54:07

13    of them was absolutely excited about this program.      14:54:10

14              Every one of them used the word               14:54:15

15    "hemorrhage;" almost all -- I won't say every one, a    14:54:17

16    majority of the people I meet with said "We hemorrhage  14:54:23

17    money to Intuitive Surgical.  We are looking for ways   14:54:28

18    to reduce costs."                                       14:54:30

19              They love the robot.  They do.  They all      14:54:31

20    love it.  They understand what it does.                 14:54:34

21              It's -- it's the -- the lack of being able    14:54:36

22    to bring these other services that we were offering to  14:54:37

23    the table to help them reduce their costs, and that was 14:54:41

24    what they were excited about.                           14:54:44

25         Q    A couple other names that came up earlier     14:54:51
```

Page 51

```
 1    today I wanted to ask about.                              14:54:54
 2              You testified about Vizient.                    14:54:56
 3              Do you recall that?                             14:54:57
 4        A    Uh-huh.                                          14:54:58
 5        Q    And what -- what is Vizient?                     14:54:58
 6        A    So Vizient is the largest health care GPO        14:55:01
 7    in the country.                                           14:55:09
 8        Q    What was Vizient's level of interest in          14:55:10
 9    EndoWrist repair?                                         14:55:12
10        A    I have met with the CEO of Vizient, the          14:55:18
11    chief customer officer of Vizient, in fact, the chief    14:55:21
12    customer officer of Vizient scheduled a meeting with     14:55:26
13    his six high level people that run the entire country   14:55:28
14    because that's how excited they were about this          14:55:32
15    program.                                                 14:55:35
16             They don't -- Vizient doesn't get any           14:55:36
17    value from Intuitive Surgical, they don't get admin     14:55:38
18    fees from Intuitive Surgical, they don't get anything  14:55:43
19    from Intuitive Surgical.                                 14:55:47
20             So the fact that SIS had a program that        14:55:50
21    could reduce costs to health care, help the hospitals  14:55:52
22    reduce their cost for robotic surgery, and they could  14:55:55
23    bring value to their customers in the robotic space was 14:55:58
24    an absolute home run for them.                           14:56:01
25        Q    And could -- can you describe generally         14:56:05
```

Page 52

```
 1    how large Vizient is?  I mean, you said they're the        14:56:11
 2    largest, but what does that mean?                          14:56:15
 3         A    Yeah, they represent, don't quote me             14:56:16
 4    specifically, but they represent somewhere between         14:56:19
 5    2,500 and 3,000 hospitals.                                 14:56:22
 6         Q    And what -- what's Vizient's geographic          14:56:24
 7    scope?                                                     14:56:29
 8         A    National, every state in the union.              14:56:29
 9         Q    Another -- another name that I believe           14:56:36
10    came up earlier today was Johns Hopkins.                   14:56:37
11              Did you mention Johns Hopkins?                   14:56:41
12         A    Yes.                                             14:56:43
13         Q    What do you recall about -- did you meet         14:56:43
14    with Johns Hopkins at any point?                           14:56:45
15         A    Yes.                                             14:56:48
16         Q    What do you recall about that meeting?           14:56:48
17         A    I could describe the gentleman to you            14:56:56
18    because I remember specifically what he looked like, I     14:56:57
19    believe he was the director of sourcing or the VP of       14:57:00
20    supply chain, and forgive me for not remembering his       14:57:04
21    title specifically, that meeting was teed up by the        14:57:08
22    Vizient director that -- the client executor that          14:57:13
23    managed that relationship with Johns Hopkins, and they     14:57:17
24    told them that they had a vendor that had a cost           14:57:19
25    savings program around robotic surgery.                    14:57:21
```

```
 1                  So me and one of my people spent an hour      14:57:24
 2     on the phone with him, he was all about it, he loved       14:57:26
 3     it, he -- we ended that call with him saying, "Keith,      14:57:32
 4     let me talk to legal and supply chain, we'll look over     14:57:37
 5     our contract, and we'll get back with you."                14:57:40
 6          Q    Now, you -- you've been in the -- in the         14:57:45
 7     industry about 25 years or so.                             14:57:48
 8                  Do I have that about right?                   14:57:50
 9          A    Yes, since about late '99.                       14:57:52
10          Q    Okay.  So since -- since '99, you've             14:57:54
11     gained a lot of experience.                                14:58:01
12                  Is that fair to say?                          14:58:02
13                  MR. CHAPUT:  Objection to form.               14:58:04
14     BY MR. SNYDER:                                             14:58:08
15          Q    Is it fair to say you're experienced in          14:58:08
16     the industry, Mr. Johnson?                                 14:58:10
17          A    I would say yes.                                 14:58:11
18          Q    And what's your view of Johns Hopkins'           14:58:12
19     level of sophisticated when it comes to patient safety?    14:58:17
20                  MR. CHAPUT:  Object to the form.              14:58:21
21                  THE WITNESS:  I don't think you would get     14:58:25
22     any higher.                                                14:58:26
23     BY MR. SNYDER:                                             14:58:30
24          Q    Move on to another name.                         14:58:32
25                  Another one I believe that came up is Mayo    14:58:33
```

Veritext Legal Solutions
866 299-5127

```
 1    Clinic.                                                    14:58:33

 2            Did I get that right?                              14:58:37

 3       A    Yes, sir.                                          14:58:38

 4       Q    And did you ever talk with or meet with            14:58:39

 5    the Mayo -- representatives of the Mayo Clinic?            14:58:41

 6       A    Yes.                                               14:58:44

 7       Q    And what -- was it an in-person meeting?           14:58:44

 8       A    They all took place over Zoom.                     14:58:50

 9       Q    Okay.  This is during the -- during the            14:58:52

10    pandemic?                                                  14:58:54

11       A    Yes, sir.                                          14:58:54

12       Q    And what -- what do you recall about that          14:58:56

13    Zoom meeting with the Mayo Clinic?                         14:58:58

14       A    The meetings have all gone the same, and I         14:59:07

15    say that with all honestly, they -- they have a vested     14:59:09

16    interest in finding ways to reduce costs on their          14:59:14

17    robotic surgery.  We explained to them the program,        14:59:17

18    they're excited about it.                                  14:59:21

19            And I didn't finish my statement before            14:59:22

20    about Johns Hopkins.                                       14:59:24

21            "Keith, this sounds great, let us do our           14:59:28

22    due diligence and we'll get back to you."  Every single    14:59:31

23    one of those groups have come back, either via email or    14:59:35

24    a phone call saying, "Keith, Intuitive does not allow      14:59:39

25    us, they will not allow us to do your program, our         14:59:44
```

Page 55

```
 1    contracts won't allow us to do it.  We're being told      14:59:47
 2    that this is void our warranty, we're being told this     14:59:51
 3    will void our service agreement.  As much as we want to   14:59:53
 4    do it, we -- we can't take the risk of being penalized    14:59:55
 5    or "being" -- I'm trying to think of the word they        14:59:58
 6    always use -- or -- "or the pressure we would get from    15:00:02
 7    Intuitive Surgical."                                      15:00:05
 8         Q    Okay.  And I want to come back to that in       15:00:08
 9    a -- in the next question, the question after this one.   15:00:11
10              But my first question is:  What, given          15:00:14
11    your several decades of experience in this industry,      15:00:17
12    what's your view of the Mayo Clinic's level of            15:00:22
13    sophistication when it comes to patient safety?           15:00:26
14              MR. CHAPUT:  Object to the form.                15:00:28
15              THE WITNESS:  I would say there's four          15:00:29
16    hospital systems in the U.S. that kind of standalone,     15:00:34
17    and I think if you asked anybody in health care, they     15:00:38
18    would say the Mayo Clinic, the Cleveland clinic, Johns    15:00:41
19    Hopkins, and Cedars-Sinai are probably the four most      15:00:46
20    renowned teaching, quality of care, standard of care      15:00:54
21    organizations in the U.S.                                 15:00:59
22    BY MR. SNYDER:                                            15:01:07
23         Q    And it's fair to say the Mayo Clinic            15:01:07
24    was -- was interested in EndoWrist repair?                15:01:10
25              MR. CHAPUT:  Object to the form.                15:01:13
```

Page 56