*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
    SURGICAL INSTRUMENT SERVICE    )
 5  COMPANY, INC.,                 ) Case No.:
                                   ) 3:21-cv-03496-VC
 6            Plaintiff,           )
                                   ) Lead Case No.:
 7       vs.                       ) 3:21-cv-03825-VC
                                   )
 8  INTUITIVE SURGICAL, INC.,      )
                                   )
 9            Defendant            )
    _____)
10  IN RE: DA VINCI SURGICAL ROBOT )
    ANTITRUST LITIGATION           )
11  _____)
    THIS DOCUMENT RELATES TO:      )
12  ALL ACTIONS                    )
    _____)
13
14
15         *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
16                30(b)(6) DEPOSITION OF:
17                 KEITH ROBERT JOHNSON
18               THURSDAY, OCTOBER 27, 2022
19            9:06 a.m. Mountain Standard Time
20
21  REPORTED BY:
22  Vickie Blair
23  CSR No. 8940, RPR-CRR
24  JOB NO. 5539883
25  PAGES 1 - 122
```

Page 1

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    Deposition of KEITH ROBERT JOHNSON, the witness, taken
 2    on behalf of the Defendant, on Thursday,
 3    October 27, 2022, 9:06 a.m. Mountain Standard Time,
 4    before VICKIE BLAIR, CSR No. 8940, RPR-CRR.
 5
 6    APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8    FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
      SERVICE CO. INC.:
 9
              HALEY GUILIANO LLP
10            BY JOSHUA VAN HOVEN, Partner
              111 North Market Street, Suite 900
11            San Jose, California  95113
              +1 669 213 1061
12            joshua.vanhoven@hglaw.com
13
14    FOR DEFENDANT INTUITIVE SURGICAL, INC.:
              COVINGTON & BURLING LLP
15            BY ISAAC D. CHAPUT, Associate
              415 Mission Street
16            Suite 5400
              San Francisco, California  94105-2533
17            +1 415 591 7020
18            ichaput@cov.com
              COVINGTON & BURLING LLP
19            BY AUSTIN S. MARTIN, Associate
              One CityCenter
20            850 Tenth Street, NW
              Washington, D.C.  20001-4956
21            +1 202 662 5094
22            amartin@cov.com
23
24
25
```

Veritext Legal Solutions
866 299-5127

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    APPEARANCES OF COUNSEL VIA ZOOM: (Continued)
 2    FOR THE PROPOSED CLASS:
 3            BONI, ZACK & SNYDER LLC
              BY JOSHUA D. SNYDER, Partner
 4            15 St. Asaphs Road
              Bala Cynwyd, Pennsylvania  19004
 5            (610) 822-0203
              (610) 822-0206
 6            jsnyder@bonizack.com
 7
 8    ALSO PRESENT:
 9            RAMON A. PERAZA, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                         I N D E X
 2
 3    WITNESS            EXAMINATION                    PAGE
 4     KEITH ROBERT JOHNSON
 5                       (MR. CHAPUT)                    7
 6
 7
 8                    INFORMATION REQUESTED
 9                            None
10
11
12       QUESTIONS INSTRUCTED BY COUNSEL NOT TO ANSWER
13                            None
14
15                        E X H I B I T S
16     EXHIBIT NO.   PAGE   DESCRIPTION
17    Exhibit 135     10    Defendant Intuitive Surgical,
18                          Inc.'s Notice of Deposition of
19                          Plaintiff Surgical Instrument
20                          Service Company, Inc., Pursuant to
21                          Fed. R. CIV. P. 30(b)(6)
22    Exhibit 136     57    Email chain with attachments,
23                          Bates numbers SIS095115 through
24                          SIS095139
25
```

```
 1    information did SIS have about Rebotix's capabilities      09:29:34

 2    when SIS started its relationship with Rebotix?            09:29:41

 3              MR. VAN HOVEN:  Objection to form.               09:29:45

 4              THE WITNESS:  Can you ask that again, I          09:29:46

 5    apologize.                                                 09:29:51

 6    BY MR. CHAPUT?                                             09:29:52

 7         Q    Sure.  Maybe I can make it a little more         09:29:52

 8    straightforward.                                           09:29:56

 9              What did SIS know about Rebotix's                09:29:57

10    capabilities when it entered into the EndoWrist repair     09:29:59

11    business?                                                  09:30:05

12              MR. VAN HOVEN:  Objection to form.               09:30:05

13              THE WITNESS:  So, based on our                   09:30:05

14    longstanding relationship with Benjamin Biomedical, and    09:30:11

15    the quality products that they had been providing to us    09:30:16

16    for, like I said, over 25 years, we had every belief       09:30:19

17    that the products and services they were providing were    09:30:24

18    quality, and we went down, visited the lab, made sure      09:30:27

19    that we understood and saw the product that they were      09:30:32

20    developing and the service that they were providing,       09:30:36

21    felt really good about it, and were excited about it,      09:30:39

22    and learned everything we could about their testing        09:30:42

23    practices and what they were doing, and really pretty      09:30:45

24    much everything inside and out about that program          09:30:49

25    before we took it to market.                               09:30:52
```

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1   BY MR. CHAPUT:                                            09:30:52
 2        Q    Have you ever observed the entirety of          09:30:56
 3   what Rebotix calls a repair of an EndoWrist?              09:31:01
 4        A    Yes.                                            09:31:07
 5             MR. VAN HOVEN:  Object to form.                 09:31:08
 6             THE WITNESS:  Yes.                              09:31:08
 7   BY MR. CHAPUT:                                            09:31:09
 8        Q    When did you observe that repair?               09:31:11
 9        A    I don't remember the specific dates, but        09:31:15
10   if I remember correctly, it was in the fall of '19.      09:31:24
11        Q    And would you describe for me the repair       09:31:30
12   process that Rebotix performed that you observed?        09:31:42
13        A    We observed the complete incoming              09:31:48
14   inspection process; we observed the chip replacement     09:31:55
15   process; and we also observed the complete outgoing      09:32:03
16   safety and function test of those devices.               09:32:08
17        Q    Starting with the complete incoming            09:32:12
18   inspection that you observed, what steps were involved   09:32:24
19   in that incoming inspection?                             09:32:27
20        A    Being that that device is a very simple        09:32:33
21   laparoscopic instrument, we observed the functionality   09:32:39
22   of that device, the strength of the pulleys, the         09:32:43
23   sharpness of the scissors, the -- the grasping strength  09:32:48
24   of the forceps, all of those safety and function to      09:32:53
25   make sure that those devices met the original intended   09:32:57
```

Page 24

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | did not take any other steps to confirm that the chip | 09:44:47 |
| 2 | replacement process did not impact the EndoWrist's | 09:44:51 |
| 3 | safety? | 09:44:53 |
| 4 |     A    Not that I'm aware of. | 09:45:01 |
| 5 |     Q    Did SIS ever enter into a written | 09:45:06 |
| 6 | agreement with Rebotix regarding this EndoWrist | 09:45:09 |
| 7 | service? | 09:45:12 |
| 8 |     A    I believe that we did. | 09:45:21 |
| 9 |     Q    And when -- when would that have happened? | 09:45:22 |
| 10 |     A    If I remember correctly, it was October of | 09:45:30 |
| 11 | '19. | 09:45:32 |
| 12 |     Q    Apart from the EndoWrist business that | 09:45:50 |
| 13 | you've been describing, has SIS had any other business | 09:45:53 |
| 14 | relationship with Rebotix specifically? | 09:45:55 |
| 15 |     A    Not that I know of. | 09:46:01 |
| 16 |     Q    Can you -- can you walk me through how the | 09:46:04 |
| 17 | Rebotix Repair service worked from the SIS customer's | 09:46:14 |
| 18 | perspective, please. | 09:46:18 |
| 19 |     A    Can -- can you elaborate what you mean? | 09:46:19 |
| 20 |     Q    Sure. | 09:46:26 |
| 21 | So how did a customer go about having a -- | 09:46:26 |
| 22 | an EndoWrist repaired through this SIS Rebotix program | 09:46:30 |
| 23 | that you've described? | 09:46:36 |
| 24 |     A    So the nature of our business, we're a | 09:46:36 |
| 25 | national company, so we work in all the regions around | 09:46:44 |

Page 32

```
1    the country, so we have team members and reps on the      09:46:48
2    ground, and we work with hospitals on a daily basis       09:46:51
3    picking up items and devices in need of service,          09:46:54
4    getting those to one of our labs, they are serviced and   09:46:57
5    then returned to the facility.                            09:47:02
6            So this Rebotix program that we were              09:47:03
7    providing fell right in line with what we were doing      09:47:05
8    every day.                                                09:47:10
9        Q   Was the service performed at one of SIS's         09:47:10
10   labs?                                                     09:47:16
11           MR. VAN HOVEN:  Objection to form.                09:47:18
12           THE WITNESS:  We were -- every discussion         09:47:19
13   we had was about bringing it in-house and doing it        09:47:27
14   ourselves.  In fact, a couple members of their team       09:47:29
15   came to Chicago and worked in our lab with us, and        09:47:37
16   our -- some of our technicians that were going to be      09:47:41
17   involved in this program were part of that, so we were    09:47:44
18   absolutely going to be doing this service in-house.       09:47:48
19   BY MR. CHAPUT:                                            09:47:51
20       Q   Okay.  So you said that you were "going to        09:47:51
21   be doing it in-house."                                    09:47:53
22           My question was:  Did SIS ever actually           09:47:54
23   perform the service in-house?                             09:47:57
24       A   No.                                               09:47:58
25       Q   So for all of the EndoWrist repairs that          09:48:00
```

Page 33

```
 1    testing process?                                          10:06:18
 2        A    I'm not involved in the engineering and          10:06:18
 3    the technical side of that, so what I'm personally        10:06:26
 4    providing is more of a customer feedback, customer        10:06:29
 5    thoughts, customer interest in that program, and what     10:06:35
 6    it would mean to health care.                             10:06:38
 7        Q    Describe for me the customer feedback and        10:06:39
 8    customer thoughts, customer interests in that program,    10:06:47
 9    please.                                                   10:06:50
10        A    How much time do we have?                        10:06:50
11        Q    Describe it at a high level to start with,       10:06:54
12    and we can --                                             10:06:58
13        A    Since this program started, the interest         10:07:01
14    from the hospital is monumental, through the roof.        10:07:03
15    The -- the interest in saving and reducing costs on       10:07:11
16    robotic surgery in the industry is something I've never   10:07:15
17    seen before in my 25 years of being in the surgical       10:07:17
18    business.                                                 10:07:22
19        Q    What hospitals have you spoken with about        10:07:23
20    the Xi program?                                           10:07:27
21        A    Would you like me to list them?                  10:07:29
22        Q    Yes, please.                                     10:07:35
23        A    This will be from the top of my head, so         10:07:36
24    I'll do the best I can, but well over -- the meetings     10:07:40
25    that we've had represent well over a thousand             10:07:46
```

Page 44

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | hospitals, probably. | 10:07:48 |
| 2 | Facility level, I'll just start to kind of | 10:07:53 |
| 3 | name them off regionally.  Legacy Health system in | 10:07:56 |
| 4 | Portland, Oregon; Providence health system in the West | 10:08:00 |
| 5 | Coast; Sutter Health; Kaiser Permanente; memorial care; | 10:08:04 |
| 6 | the UC system in California; Banner Health System; | 10:08:16 |
| 7 | Honor Health; Baylor Scott & White in Texas; the | 10:08:21 |
| 8 | university health systems across the country, from | 10:08:31 |
| 9 | Michigan to Duke to North Carolina; Mayo Clinic; | 10:08:35 |
| 10 | Cleveland Clinic; Advocate Aurora; Lahey Health System; | 10:08:50 |
| 11 | Boston Children's Medical Center. | 10:08:55 |
| 12 | I can't believe I'm remembering all this | 10:08:57 |
| 13 | off the top of my head. | 10:09:00 |
| 14 | Piedmont health system, Grady in Atlanta, | 10:09:02 |
| 15 | Johns Hopkins. | 10:09:13 |
| 16 | That's the bulk of the direct hospitals | 10:09:14 |
| 17 | that I can recall having direct conversations with; | 10:09:25 |
| 18 | there's obviously much more than that. | 10:09:27 |
| 19 | And then, in addition to that, all the | 10:09:29 |
| 20 | Vizient conversations we've had, I've presented to all | 10:09:33 |
| 21 | four regions of Vizient, which basically covers well | 10:09:41 |
| 22 | over 2,000 hospitals in the United States. | 10:09:45 |
| 23 | Q    Have you spoken with any of those | 10:09:48 |
| 24 | hospitals about the need for an EndoWrist repair | 10:10:09 |
| 25 | program to have FDA clearance? | 10:10:11 |

| | | |
|---|---|---|
| 1 | A    I don't know if I understand what you're | 10:10:20 |
| 2 | asking me. | 10:10:21 |
| 3 | Q    Have any of those hospitals told you that | 10:10:22 |
| 4 | they would be willing to purchase EndoWrist repair | 10:10:29 |
| 5 | services that were not cleared by the FT -- FDA? | 10:10:33 |
| 6 | MR. VAN HOVEN:  Objection to form. | 10:10:40 |
| 7 | MR. SNYDER:  Objection to form. | 10:10:42 |
| 8 | THE WITNESS:  So I've been in the repair | 10:10:42 |
| 9 | business for well over 20 years, repairs don't require | 10:10:44 |
| 10 | FDA clearance, and to my recollection, nobody in any of | 10:10:49 |
| 11 | my conversations every brought up FDA clearance on the | 10:10:58 |
| 12 | repair. | 10:11:01 |
| 13 | BY MR. CHAPUT: | 10:11:02 |
| 14 | Q    Does the Xi -- maybe let's -- let's step | 10:11:02 |
| 15 | back. | 10:11:05 |
| 16 | Does the Xi repair business that SIS is | 10:11:06 |
| 17 | exploring with Restore involve extending the number of | 10:11:12 |
| 18 | lives that an EndoWrist can be used for? | 10:11:18 |
| 19 | A    We are currently working on developing a | 10:11:20 |
| 20 | program to extend the life of Xi instruments. | 10:11:31 |
| 21 | Q    And is that the program that you have | 10:11:34 |
| 22 | spoken with hospitals about? | 10:11:36 |
| 23 | A    The initial conversations we had with | 10:11:47 |
| 24 | hospitals was around the repair program of Si. | 10:11:49 |
| 25 | We then went to our recovery program, | 10:11:57 |

Page 46

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | BY MR. CHAPUT: | 11:47:09 |
| 2 | Q   And this is an email from you to a couple | 11:47:09 |
| 3 | folks at Vizient; is that right? | 11:47:13 |
| 4 | A   Yes. | 11:47:16 |
| 5 | Q   And what is Vizient? | 11:47:21 |
| 6 | A   The largest GPO in the United States. | 11:47:26 |
| 7 | Q   SIS has a relationship with Vizient; is | 11:47:28 |
| 8 | that right? | 11:47:33 |
| 9 | A   Correct. | 11:47:33 |
| 10 | Q   How does that -- how does the Vizient | 11:47:33 |
| 11 | relationship work for SIS? | 11:47:42 |
| 12 | A   What -- what do you mean? | 11:47:46 |
| 13 | Q   So what I'm trying to get at is how does | 11:47:47 |
| 14 | SIS end up performing services for specific customers | 11:47:55 |
| 15 | in the -- who -- who rely on Vizient for -- as a GPO? | 11:48:02 |
| 16 | A   So Vizient -- Vizient contracts with | 11:48:07 |
| 17 | vendors from all aspects in a hospital, from toilet | 11:48:12 |
| 18 | paper to X-ray machines and security, they vet their | 11:48:16 |
| 19 | vendors, they go through a huge vetting process. | 11:48:23 |
| 20 | We are one of three vendors on Vizient | 11:48:25 |
| 21 | national contract in the instrument repair space, and | 11:48:29 |
| 22 | what they basically do is work with hospitals to find | 11:48:35 |
| 23 | ways to streamline services, reduce costs, and a lot of | 11:48:38 |
| 24 | other things, but that's really their main goal. | 11:48:45 |
| 25 | Q   Okay.  So a Vizient member can choose to | 11:48:49 |

| | | |
|---|---|---|
| 1 | enter into a contract with SIS for repair services or | 11:48:51 |
| 2 | it could choose another one of the Vizient service | 11:48:55 |
| 3 | providers; is that right? | 11:48:59 |
| 4 |     MR. VAN HOVEN:  Objection to form. | 11:49:00 |
| 5 |     THE WITNESS:  As far as I understand, | 11:49:00 |
| 6 | correct. | 11:49:05 |
| 7 | BY MR. CHAPUT: | 11:49:06 |
| 8 |     Q    What was the -- what was the reason for | 11:49:10 |
| 9 | your June 2020 email to Vizient that we're seeing in | 11:49:13 |
| 10 | Exhibit 137? | 11:49:19 |
| 11 |     A    I was given the opportunity present to the | 11:49:20 |
| 12 | national committee -- if I remember correctly, this was | 11:50:00 |
| 13 | a presentation to the national Vizient consultants that | 11:50:05 |
| 14 | bring cost savings opportunities to their members. | 11:50:13 |
| 15 |     Q    Got it. | 11:50:19 |
| 16 |     If you would turn, please, to the first | 11:50:20 |
| 17 | attachment to the email, which is the -- a one-page | 11:50:21 |
| 18 | document ending 140, and this has the title "Beyond | 11:50:25 |
| 19 | Repair Double Check." | 11:50:25 |
| 20 |     Do you recognize this document? | 11:50:34 |
| 21 |     A    Yes. | 11:50:39 |
| 22 |     Q    Does the beyond repair double check | 11:50:39 |
| 23 | program have anything to do with either da Vinci | 11:50:41 |
| 24 | surgical systems or EndoWrists? | 11:50:44 |
| 25 |     A    No. | 11:50:50 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | for identification and is attached | 12:24:02 |
| 2 | hereto.) | 12:24:02 |
| 3 | BY MR. CHAPUT: | 12:24:02 |
| 4 | Q    And this is an email chain between you and | 12:24:06 |
| 5 | John Ayers and others at MarinHealth; is that right? | 12:24:09 |
| 6 | A    Yes. | 12:24:13 |
| 7 | Q    Who is John Ayers? | 12:24:13 |
| 8 | A    John Ayers is the OR business manager at | 12:24:16 |
| 9 | MarinHealth. | 12:24:24 |
| 10 | Q    Did SIS market its ability to perform | 12:24:28 |
| 11 | endo -- repairs on EndoWrist instruments to | 12:24:31 |
| 12 | MarinHealth? | 12:24:35 |
| 13 | A    Yes. | 12:24:36 |
| 14 | Q    Did MarinHealth and Mr. Ayers ultimately | 12:24:37 |
| 15 | agree to use SIS to perform repairs on EndoWrist | 12:24:44 |
| 16 | instruments? | 12:24:48 |
| 17 | A    Yes, we did a lot of EndoWrists for | 12:24:49 |
| 18 | MarinHealth. | 12:24:53 |
| 19 | Q    Over what period? | 12:24:53 |
| 20 | A    I don't remember specifically, but I would | 12:24:55 |
| 21 | say 90 days-ish. | 12:25:02 |
| 22 | Q    And how many instruments did you service | 12:25:05 |
| 23 | for MarinHealth? | 12:25:07 |
| 24 | A    I would guess in the range of 50 to 60. | 12:25:08 |
| 25 | Q    Did you have a signed agreement with Marin | 12:25:15 |

Page 109

```
 1    for that business?                                        12:25:21
 2         A    Not initially, no, it was kind of a trial,      12:25:21
 3    we were doing a trial to make sure they liked it.         12:25:25
 4         Q    And you said "not initially."                   12:25:28
 5              Was there an agreement for that business        12:25:30
 6    that you entered into with MarinHealth later?             12:25:32
 7         A    There would have absolutely been an             12:25:35
 8    agreement in place until Intuitive shut us down.          12:25:37
 9         Q    If you would turn to the page ending 545,       12:25:40
10    there's an email in the middle of this page from you to  12:26:05
11    Mr. Ayers dated November 19, 2019.                        12:26:07
12         A    Okay.                                           12:26:16
13         Q    And in the middle of that email, you say        12:26:16
14    (as read):                                                12:26:16
15                   We are working with a large -- a           12:26:20
16              number of the largest health care               12:26:22
17              organizations in the U.S.                       12:26:23
18              And then you list Banner Health, Kaiser         12:26:24
19    Permanente, Legacy Health, Advocate Aurora Health, and   12:26:28
20    Piedmont Healthcare.                                      12:26:32
21              As of November 2019, was SIS providing          12:26:33
22    services to any of those organizations relating to        12:26:37
23    EndoWrist instruments?                                    12:26:43
24         A    All of them.                                    12:26:50
25         Q    And, in response, on Monday, November 25,       12:26:51
```

Page 110

```
 1    2019, Mr. Ayers wrote to you -- oh, I apologize, I was      12:27:06
 2    looking at the wrong email.                                 12:27:16
 3              If you would turn to page ending 544, I'm         12:27:18
 4    looking at the email from Mr. Ayers on November 25,         12:27:22
 5    2019, at 1:43 p.m. where he asks (as read):                 12:27:26
 6                    Keith, how do the other hospitals           12:27:30
 7                get past the Intuitive contract language        12:27:32
 8                regarding proprietary instruments?              12:27:34
 9                Do you see that question?                       12:27:37
10         A    What page was that again?                         12:27:38
11         Q    544.                                              12:27:47
12         A    Okay, yes, I see it.                              12:27:50
13         Q    And you responded in an email that same           12:27:53
14    day at 1:07 p.m. (as read):                                 12:27:57
15                    Our service is, quote, repairing,           12:28:01
16                unquote, an Intuitive instrument.  We are       12:28:04
17                not changing the instrument in any way          12:28:06
18                from its intended use or designed               12:28:09
19                functionality.                                  12:28:11
20                Do you see that statement?  This is on          12:28:13
21    543.                                                        12:28:19
22         A    Okay.  I was going the wrong direction.           12:28:20
23              Yes, I see it.                                    12:28:23
24         Q    Okay.  And what was the basis for your            12:28:24
25    statement that SIS was not changing the instrument in       12:28:27
```

Page 111

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | Q    Did SIS ever facilitate any EndoWrist | 12:34:41 |
| 2 | repair services for Vizient members? | 12:34:45 |
| 3 | A    Absolutely. | 12:34:47 |
| 4 | Q    Which -- which Vizient members were those? | 12:34:47 |
| 5 | A    Legacy, Legacy Health, Kaiser Permanente, | 12:34:52 |
| 6 | Piedmont, most of the our other big clients are | 12:35:06 |
| 7 | Premiere, they're not Vizient, so -- if you want -- if | 12:35:20 |
| 8 | you're asking me actual repairs done, I think those are | 12:35:24 |
| 9 | the three big ones. | 12:35:28 |
| 10 | MR. CHAPUT:  Okay.  So, Mr. Johnson, I | 12:35:39 |
| 11 | don't have any more questions at this point on the | 12:35:41 |
| 12 | 30(b)(6) notice.  We are going continue with your | 12:35:42 |
| 13 | deposition in your personal capacity, but we can go | 12:35:45 |
| 14 | ahead and take a break before we do that. | 12:35:48 |
| 15 | MR. SNYDER:  Isaac, Josh Snyder, I do have | 12:35:55 |
| 16 | a few questions, very few, but I'm happy to save them | 12:35:58 |
| 17 | all till the end in the interest of efficiency.  You | 12:36:01 |
| 18 | may cover them in the next part anyway. | 12:36:06 |
| 19 | MR. CHAPUT:  Sure, that's fine, Josh. | 12:36:08 |
| 20 | MR. SNYDER:  Thank you. | 12:36:11 |
| 21 | VIDEOGRAPHER PERAZA:  This is the end of | 12:36:12 |
| 22 | today's deposition of SIS by Mr. Keith Johnson.  We are | 12:36:14 |
| 23 | off the record at 12:36 p.m. | 12:36:17 |
| 24 | The total number of media used was four, | 12:36:21 |
| 25 | and will be retained by Veritext. | 12:36:25 |

Page 116