```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
     IN RE: DA VINCI SURGICAL          )
 5   ROBOT ANTITRUST LITIGATION        ) Case No.:
     _____   ) 3:21-cv-03825-VC
 6   THIS DOCUMENT RELATES TO:         )
     ALL CASES                         ) Pages 1 to 205
 7   _____   )
     SURGICAL INSTRUMENT SERVICE       )
 8   COMPANY, INC.,                    )
                                       )
 9              Plaintiff,             )
                                       )
10       vs.                           )
                                       )
11   INTUITIVE SURGICAL, INC.,         )
                                       )
12              Defendant.             )
     _____   )
13
14
15                      DEPOSITION OF:
16            CLIFTON EARL PARKER, VOLUME I
17               TUESDAY, OCTOBER 25, 2022
18             9:08 a.m. Eastern Daylight Time
19
20   REPORTED BY:
21   Vickie Blair
22   CSR No. 8940, RPR-CRR
23   JOB NO. 5541122
24
25   PAGES 1 - 207

                                              Page 1
```

```
 1    Deposition of CLIFTON EARL PARKER, the witness, taken on
 2    behalf of the Defendant, on Tuesday, October 25, 2022,
 3    9:08 a.m. Eastern Daylight Time, before VICKIE BLAIR,
 4    CSR No. 8940, RPR-CRR.
 5
 6    APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8    FOR THE WITNESS:
 9            JEFFREY L. BERHOLD, P.C.
              BY JEFF L. BERHOLD, Partner
10            1230 Peachtree Street
              Suite 1050
11            Atlanta, Georgia  30309
              404-872-3800
12            jeff@berhold.com
13    FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
      SERVICE CO. INC.:
14
              HALEY GUILIANO LLP
15            BY RICHARD T. MCCAULLEY, Partner
              111 North Market Street
16            Suite 900
              San Jose, California  95113
17            +1 669 213 1071
              richard.mccaulley@hglaw.com
18
              HALEY GUILIANO LLP
19            BY DONNY K. SAMPORNA, Associate
              111 North Market Street
20            Suite 900
              San Jose, California  95113
21            +1 669 213 1080
              donny.samporna@hglaw.com
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL VIA ZOOM:  (Continued)
 2   FOR DEFENDANT INTUITIVE SURGICAL, INC.:
 3            COVINGTON & BURLING LLP
              BY SONYA D. WINNER, Partner
 4            415 Mission Street
              Suite 5400
 5            San Francisco, California  94105-2533
              +1 415 591 7072
 6            swinner@cov.com
 7            COVINGTON & BURLING LLP
              BY ANNA BOBROW, Associate
 8            850 Tenth Street, NW
              Washington, D.C.  20001-4956
 9            +1 202 662 5948
              abobrow@cov.com
10
     INTERIM CO-LEAD COUNSEL FOR THE PROPOSED CLASS:
11
              SPECTOR ROSEMAN & KODROFF, P.C.
12            BY JEFFREY L. SPECTOR, Partner
              2001 Market Street
13            Suite 3420
              Philadelphia, Pennsylvania  19103
14            P: 215-496-0300
              jspector@srkattorneys.com
15
              SPECTOR ROSEMAN & KODROFF, P.C.
16            BY JEFFREY J. CORRIGAN, Partner
              2001 Market Street
17            Suite 3420
              Philadelphia, Pennsylvania  19103
18            P: 215-496-0300
              jcorrigan@srkattorneys.com
19
     ALSO PRESENT:
20
              RAMON A. PERAZA, Videographer
21
22
23
24
25

                                              Page 3
```

| | | |
|---|---|---|
| 1 | your ability to pursue option one? | 07:52:33 |
| 2 |     A    No. | 07:52:35 |
| 3 |     Q    Has anything been reported to you since | 07:52:35 |
| 4 | 2019 of Intuitive doing anything with your ability to | 07:52:38 |
| 5 | pursue option two? | 07:52:41 |
| 6 |     A    Yes. | 07:52:44 |
| 7 |     Q    And -- and what was that? | 07:52:44 |
| 8 |     A    The CEO of Panama City Surgery Center told | 07:52:47 |
| 9 | me that -- that Intuitive would not allow them to | 07:52:54 |
| 10 | purchase instruments from us, and then -- | 07:53:01 |
| 11 |     Q    The CEO of what company? | 07:53:08 |
| 12 |     A    Panama City Surgery Center. | 07:53:10 |
| 13 |     Q    Panama. | 07:53:12 |
| 14 |     And when was this? | 07:53:13 |
| 15 |     A    It's probably six or eight months ago, and | 07:53:14 |
| 16 | then he had another conver- -- they had another | 07:53:18 |
| 17 | conversation with me after that, and when he found out | 07:53:22 |
| 18 | that other people were purchasing instruments from us, | 07:53:28 |
| 19 | he said he was going to do it anyway. | 07:53:31 |
| 20 |     Q    So he has, in fact, purchased from you? | 07:53:32 |
| 21 |     A    In the last six months, they started back, | 07:53:34 |
| 22 | yes. | 07:53:38 |
| 23 |     Q    Okay.  And -- and is -- has he told you | 07:53:38 |
| 24 | that anything bad happened to him as a result of that? | 07:53:41 |
| 25 |     A    I don't know as a result of that, but he | 07:53:46 |

Page 39

| | | |
|---|---|---|
| 1 | has -- you'd have to ask him that, but I have been | 07:53:50 |
| 2 | given indication that he feels like something bad has | 07:53:59 |
| 3 | happened to them, don't know if it's as a result of | 07:54:02 |
| 4 | that; you'd have to ask him. | 07:54:05 |
| 5 |     Q    Any other accounts you've received since | 07:54:06 |
| 6 | 2019 relating to any other effort by Intuitive to | 07:54:15 |
| 7 | interfere with your ability to pursue either option one | 07:54:20 |
| 8 | or option two? | 07:54:23 |
| 9 |     A    Not anymore because they basically scared | 07:54:23 |
| 10 | every customer away and they stopped purchasing | 07:54:30 |
| 11 | instruments. | 07:54:34 |
| 12 |     Q    Are you unsuccessful in your ability to -- | 07:54:37 |
| 13 | in your -- are you unsuccessful in your efforts to sell | 07:54:41 |
| 14 | instruments? | 07:54:46 |
| 15 |     A    Unsuccessful, I'm not sure how to validate | 07:54:47 |
| 16 | that term.  We have sold considerably less than we were | 07:54:53 |
| 17 | selling when Intuitive started making threats against | 07:55:01 |
| 18 | hospitals. | 07:55:04 |
| 19 |     Q    And just to be clear, you have not | 07:55:05 |
| 20 | personally witnessed any threats to any hospitals; | 07:55:11 |
| 21 | correct? | 07:55:15 |
| 22 |     A    Well, no, I'm not in the discussion with | 07:55:15 |
| 23 | the Intuitive sales rep and the management at -- I | 07:55:17 |
| 24 | would never be in a situation -- | 07:55:21 |
| 25 |     Q    Has any hospital shared with you any | 07:55:24 |

| | | | |
|---|---|---|---|
| 1 | documentary evidence of Intuitive threatening them? | 07:55:26 |
| 2 |     A   They haven't given me documents, but | 07:55:31 |
| 3 | they've told me that they've cancelled their service | 07:55:39 |
| 4 | contracts. | 07:55:42 |
| 5 |     Q   But this is just things they've told you; | 07:55:42 |
| 6 | correct? | 07:55:46 |
| 7 |     A   Yes. | 07:55:46 |
| 8 |     Q   Going back to this slide, let's look at | 07:55:46 |
| 9 | the first slide -- the second slide that option one, | 07:55:53 |
| 10 | this has got a productions number at the bottom with | 07:55:57 |
| 11 | the last four numbers of 4922. | 07:55:59 |
| 12 |     Are you with me? | 07:56:00 |
| 13 |     A   Yes. | 07:56:02 |
| 14 |     Q   There's a ref- -- reference to a Las Vegas | 07:56:02 |
| 15 | facility. | 07:56:08 |
| 16 |     What is that? | 07:56:11 |
| 17 |     A   Kevin and I own an office in Las Vegas. | 07:56:11 |
| 18 |     Q   An office? | 07:56:17 |
| 19 |     A   Yes. | 07:56:21 |
| 20 |     Q   Is -- and what is the purpose of having | 07:56:21 |
| 21 | that office? | 07:56:26 |
| 22 |     A   To operate Restore Robotics Repairs. | 07:56:28 |
| 23 |     Q   So have you moved the operations from your | 07:56:34 |
| 24 | prior office to Las Vegas? | 07:56:38 |
| 25 |     A   Yes. | 07:56:40 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | "and internationally," so we did have -- we do have and | 12:49:48 |
| 2 | are looking for international distributors, as well. | 12:49:52 |
| 3 | BY MR. McCAULLEY: | 12:50:00 |
| 4 | Q    And do you have an understanding of | 12:50:00 |
| 5 | Restore's reputation in that market that you just | 12:50:02 |
| 6 | referred to? | 12:50:03 |
| 7 | A    I do. | 12:50:04 |
| 8 | Q    And what's that understanding? | 12:50:04 |
| 9 | A    They're one of the largest and most | 12:50:06 |
| 10 | respected medical device repair companies, and actually | 12:50:08 |
| 11 | when Kevin was the owner of MediVision, we did work | 12:50:14 |
| 12 | together, so we would do some of their repairs on their | 12:50:21 |
| 13 | EndoWrists -- I'm sorry, flexible scopes when they had | 12:50:28 |
| 14 | too much work to do or if they needed, you know, some | 12:50:31 |
| 15 | additional help, we were an additional resource for | 12:50:35 |
| 16 | them. | 12:50:38 |
| 17 | Q    I believe you also testified about the | 12:50:38 |
| 18 | complexity of repairing an EndoWrist. | 12:50:41 |
| 19 | Do you have an opinion as to whether or | 12:50:43 |
| 20 | not, with respect to the repair of the device itself, | 12:50:46 |
| 21 | SIS was qualified to repair EndoWrists? | 12:50:48 |
| 22 | MS. WINNER:  Objection to form.  Lack of | 12:50:53 |
| 23 | foundation. | 12:50:56 |
| 24 | THE WITNESS:  The EndoWrist repair is a | 12:50:56 |
| 25 | very simple repair, especially in comparison to the | 12:50:58 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | other repairs that SIS is involved with, so it's a -- | 12:51:03 |
| 2 | it's not near as complicated as, for example, a | 12:51:08 |
| 3 | flexible end scope. | 12:51:13 |
| 4 | MR. McCAULLEY: Thank you, thank you. | 12:51:16 |
| 5 | Mr. Parker, I don't have any further questions. | 12:51:18 |
| 6 | VIDEOGRAPHER PERAZA: Does anybody else | 12:51:25 |
| 7 | have any questions? | 12:51:26 |
| 8 | MS. WINNER: I have some additional | 12:51:27 |
| 9 | questions for the witness, if the plaintiffs are done. | 12:51:28 |
| 10 | MR. McCAULLEY: SIS is done. | 12:51:35 |
| 11 | MR. CORRIGAN: Yes, we're done, we'll | 12:51:38 |
| 12 | reserve time, as you did, just in case -- | 12:51:39 |
| 13 | MS. WINNER: Sure. | 12:51:42 |
| 14 | MR. CORRIGAN: -- if we have more | 12:51:43 |
| 15 | questions at the end. | 12:51:45 |
| 16 | MS. WINNER: Sure, that's fine. | 12:51:46 |
| 17 | | 12:51:47 |
| 18 | FURTHER EXAMINATION | 12:51:47 |
| 19 | BY MS. WINNER: | 12:51:47 |
| 20 | Q    Okay.  I just have some follow-up | 12:51:48 |
| 21 | questions on -- follow up on some of the questions that | 12:51:50 |
| 22 | Mr. Corrigan and Mr. McCaulley asked you, so I'll be | 12:51:54 |
| 23 | jumping around a bit.  If you're losing track of where | 12:51:56 |
| 24 | I'm jumping, just speak up and I'll -- I'll try to slow | 12:51:59 |
| 25 | down and clarify where I am; okay? | 12:52:05 |