SONYA D. WINNER (SBN 200348)
Email: swinner@cov.com
CORTLIN H. LANNIN (SBN 266488)
Email: clannin@cov.com
ISAAC D. CHAPUT (SBN 326923)
Email: ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, CA 95032
Tel: (408) 477-9690

*Attorneys for Defendant/Counterclaimant Intuitive Surgical Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> Plaintiff/Counterclaim-Defendant <br><br> vs. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant/Counterclaimant. | Case No.: 3:21-cv-03496-VC <br><br> **DECLARATION OF ASHLEY BASS IN SUPPORT OF INTUITIVE SURGICAL INC.'S MOTION TO EXCLUDE TESTIMONY OF DR. RUSSELL LAMB** <br><br> Judge: The Honorable Vince Chhabria |

I, Ashley Bass, declare as follows:

1. I am an attorney licensed to practice in the District of Columbia and am admitted to practice *pro hac vice* before this Court. I am a partner with the law firm of Covington & Burling LLP, counsel for Intuitive Surgical, Inc. ("Intuitive") in this matter. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently thereto.

2. Attached to this declaration as **Exhibit 1** is a true and correct copy of the Expert Report of Dr. Russell Lamb, served by Plaintiff/Counterclaim-Defendant Surgical Instrument Services Company, Inc. ("SIS") on Dec. 2, 2022.

3. Attached to this declaration as **Exhibit 2** is a true and correct copy of the Expert Antitrust Merits Rebuttal Report of Loren K. Smith, Ph.D., served by Defendant/Counterclaimant Intuitive Surgical, Inc. on Jan. 18, 2022.

4. Attached to this declaration as **Exhibit 3** is a true and correct copy of excerpts of the rough transcript of the deposition of Dr. Russell Lamb taken in this litigation on Mar. 20, 2023.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: March 23, 2023

*Ashley Bass*
ASHLEY BASS