# Exhibit 3

Placeholder Document

Document Filed Under Seal