**MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105

Attorneys for Plaintiff and Counter-Defendant,
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC. *Plaintiff/Counter-Defendant*, v. INTUITIVE SURGICAL, INC., *Defendant/Counterclaimant.* | Case No. 3:21-cv-03496-VC<br><br>Honorable Vince Chhabria<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT SERVICE COMPANY, INC. AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: May 10, 2021 |

1

PLEASE TAKE NOTICE that Plaintiff/Counter-Defendant Surgical Instrument Service Company, Inc. ("SIS") has retained McCaulley Law Group LLC to substitute as counsel for Haley Guiliano LLP in the above-captioned matter.

Withdrawing counsel for SIS are as follows:

> GREGORY J. LUNDELL
> Haley Guiliano LLP
> E-Mail: greg.lundell@hglaw.com
> 111 N Market Street, Suite 900
> San Jose, California 95113
> (669) 213-1065
>
> DONNY SAMPORNA
> Haley Guiliano LLP
> E-Mail: Donny.samporna@hglaw.com
> 111 N Market Street, Suite 900
> San Jose, California 95113
> (669) 213-1081
>
> REBECCA ROTHKOPF (*pro hac vice*)
> Haley Guiliano LLP
> E-Mail: rebecca.rothkopf@ hglaw.com
> 75 Broad Street, Ste 1000
> New York, New York 10004
> (646) 973-2505

Counsel changing law firm affiliations and substituting as counsel for SIS, to whom all pleadings, orders and notices should be served, are as follows:

> JOSHUA V. VAN HOVEN (CSB No. 262815)
> McCaulley Law Group LLC
> E-Mail: josh@mccaulleylawgroup.com
> 3001 Bishop Dr., Suite 300
> San Ramon, California 94583
> Telephone: (925) 302-5941
>
> RICHARD T. MCCAULLEY (*pro hac vice*)
> McCaulley Law Group LLC
> E-Mail: richard@mccaulleylawgroup.com
> 180 N. Wabash Avenue, Suite 601
> Chicago, Illinois 60601
> Telephone: (312) 330-8105

The following attorneys accept this substitution of counsel:

Dated: March 2, 2023                    **HALEY GUILIANO LLP**


By: /s/ *Gregory J. Lundell*
    GREGORY J. LUNDELL


Dated: March 2, 2023                    **MCCAULLEY LAW GROUP LLC**


By: /s/ *Joshua Van Hoven*
    JOSHUA VAN HOVEN (CSB No. 262815)

**[PROPOSED] ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: __March 29__, 2023

_____
Hon. Vince Chhabria
United States District Judge

IT IS SO ORDERED
Judge Vince Chhabria