# EXHIBIT 12
# Placeholder Document, Document Filed Under Seal