# EXHIBIT 16
# Placeholder Document, Document Filed Under Seal