# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

SURGICAL INSTRUMENT SERVICE
COMPANY, INC.,

                    Plaintiff/Counter-Defendant,

    vs.

INTUITIVE SURGICAL, INC.,

            Defendant/Counter-Plaintiff.

Case No. 3:21-cv-03496-VC

**[PROPOSED] ORDER RE: DEFENDANT/COUNTERCLAIM-PLAINTIFF INTUITIVE SURGICAL'S STATEMENT IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

Judge:  Hon. Vince Chhabria

This Court, having considered Intuitive Surgical Inc.'s ("Intuitive's") Statement in Support of Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, supporting exhibits, party declarations submitted in support of this administrative motion, and any arguments of counsel, rules as follows:

The Court finds that compelling reasons exist to support the filing under seal of the following portions of the following documents.  Accordingly, the following documents shall be filed under seal:

| Case | Document | Excerpt | Supporting Declaration | Ruling |
|------|----------|---------|------------------------|--------|
| *SIS* | SIS's Motion to consider Whether Another Party's Material Should Be Sealed, Exhibit 12 (Intuitive-02066979 – Intuitive-02067059) | Pages containing redacted information:<br><br>• Intuitive-02066986 – Intuitive-02066988<br>• Intuitive-02066991 – Intuitive-02066996<br>• Intuitive-02066999<br>• Intuitive-02067001 – Intuitive-02067003<br>• Intuitive-02067005 – Intuitive-02067007<br>• Intuitive-02067012 – Intuitive-02067013<br>• Intuitive-02067018 – Intuitive-02067023<br>• Intuitive-02067030 – Intuitive-02067031<br>• Intuitive-02067035 – Intuitive-02067036<br>• Intuitive-02067051 – Intuitive-02067053<br>• Intuitive-02067056 – Intuitive-02067059 | Declaration of Dr. Jaime Wong in Support of Defendant Intuitive Surgical's Statement in Support of Plaintiffs' Administrative Motions to Consider Whether Another Party's Materials Should be Sealed ("Wong Declaration in Support of Statement to Consider Sealing"), ¶ 5 | |
| *SIS* | SIS's Motion to Consider, Exhibit 16 (Intuitive- | Page Intuitive-00671210, redacted portions. | Wong Declaration in Support of Statement to Consider Sealing, ¶ 4, 5 | |

1

| 00671209 – Intuitive-00671220) | Page Intuitive-00671220, redacted portions. | | |
|---|---|---|---|

DATED: _____     By:_____
                                       Hon. Vince Chhabria
                                       United States District Judge
                                       Northern District of California

[PROPOSED] ORDER RE: INTUITIVE'S                              CASE NO. 3:21-cv-03496-VC
STATEMENT IN SUPPORT OF PLAINTIFF'S
ADMINISTRATIVE MOTION TO CONSIDER