1  Jeffrey M. Singletary, Bar No. 233528
   jsingletary@swlaw.com
2  Justin F. Mello, Bar No. 329514
   jmello@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Blvd, Suite 1400
4  Costa Mesa, California 92626-7689
   Telephone:  714.427.7000
5  Facsimile:  714.427.7799

6  Attorneys for Non-Party
   RESTORE ROBOTICS LLC
7

8  # UNITED STATES DISTRICT COURT
9  # FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 # SAN FRANCISCO DIVISION

11 | SURGICAL INSTRUMENT SERVICE COMPANY, INC., | Lead Case No. 3:21-CV-03496-VC |
   |---|---|
   | | Hon. Vince Chhabria |
   | | Dept. 5 |
   | Plaintiff/ Counterclaim-Defendant | |
   | | **DECLARATION OF CLIFTON PARKER IN RESPONSE TO DEFENDANT INTUITIVE SURGICAL, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f)** |
   | vs. | |
   | INTUITIVE SURGICAL, INC., | |
   | Defendant/ Counterclaim-Plaintiff. | |

I, Clifton Parker, declare as follows:

1.  I am over the age of eighteen years old and am the chief executive officer for non-party Restore Robotics LLC and its successor Restore Robotics Repairs LLC (collectively "Restore"). Restore is a small private company in the business of reselling, repairing, and remanufacturing EndoWrists for use with the da Vinci Surgical System. Restore has settled its own legal dispute with Intuitive and has no interest in the cases pending in this district. Unless otherwise indicated, I state the following of my own personal knowledge and, if called upon to do so, I could and would testify competently to the following.

2.  Pursuant to Civil Local Rules 7-11 and 79-5(f), Restore submits this declaration in response to Defendant Intuitive Surgical, Inc.'s ("Intuitive") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5(f). Based on my review of the materials, I understand that Intuitive has not filed, quoted, or cited any potentially confidential documents or testimony from Restore in the motions or briefs themselves. Instead, their expert reports contain quotations and citations to Restore's documents and testimony previously produced and designated confidential under the protective orders in *Restore Robotics v. Intuitive* (N.D. Fla.) and the cases against Intuitive pending in this district. Restore has completed a review of every one of the quotations and citations.

3.  Restore asks the Court to permit redaction from the expert reports of the quotations or references below to Restore's competitively sensitive information because publication would reveal its business plans, research processes, production methods, testing protocols, regulatory strategies, internal finances, pricing and cost information, and customer, vendor, distributor, and partner identities and agreements. Consistent with industry practice, Restore has always maintained its competitively sensitive information within a closely held group of individuals on a need-to-know basis. Restore has invested significant manpower and monetary

investment in developing its business, including research processes, production methods, testing protocols, and regulatory approvals and customer, vendor, distributor, and partner relationships.  Disclosure would give substantial assistance to potential competitors – allowing them to avoid potentially years of time and millions of dollars required to their launch their own business to compete with Restore.

4. From the spreadsheet provided by Intuitive, Restore has identified the quotations and citations in the table below requiring redaction to protect its competitively sensitive information.  Because quotations or references appear repetitively, and sometimes for different propositions, I include each instance from the Intuitive spreadsheet with the appropriate reasons for redaction for that particular use of the document or testimony for completeness and accuracy.

| | |
|---|---|
| Deposition of Kevin May 79 (November 3, 2022). | Production Methods |
| Deposition of Clifton Parker 130 (October 25, 2022). | Vendor Agreement |
| Restore-00027409-00027420 at 411 (Parker Dep. Ex. 130). | Cost Information |
| Deposition of Kevin May 100-101 (November 3, 2022). | Pricing Information |
| Schedule 10.0. | |

| | |
|---|---|
| Deposition of Clifton Parker 166-167 (October 25, 2022).<br><br>Deposition of Clifton Parker 43-45, 178-179 (October 25, 2022). Per Restore-00094918-00094956 at 922 (Parker Dep. Ex. 121) | Business Plans<br>(Partial Redaction) |
| Deposition of Kevin May 75-76 (November 3, 2022). | Business Plans<br>Internal Finance |
| Deposition of Clifton Parker 144 (October 25, 2022).<br><br>Deposition of Clifton Parker 172 (October 25, 2022). | Business Plans<br>Production Methods<br>Internal Finance |
| Deposition of Clifton Parker 174-175 (October 25, 2022). | Business Plans |
| Deposition of Clifton Parker 143-144 (October 25, 2022).<br><br>Deposition of Kevin May 117-118 (November 3, 2022).<br><br>Deposition of Clifton Parker 142 (October 25, 2022).<br><br>Deposition of Kevin May 75-76 (November 3, 2022).<br><br>Deposition of Kevin May 40 (November 3, 2022). May Dep. Ex. 155 (Restore- 00091199-206 at 199).<br><br>(cont. below) | Business Plans<br>Research Processes |

| | |
|---|---|
| Deposition of Kevin May 40 (November 3, 2022).<br><br>Deposition of Kevin May 60- 61 (November 3, 2022). | |
| Deposition of Kevin May 111 (November 3, 2022).<br><br>Deposition of Kevin May 99-101 (November 3, 2022).<br><br>Deposition of Clifton Parker 166-167 (October 25, 2022). | Business Plans |
| Deposition of Kevin May 114-115 (November 3, 2022).<br><br>Deposition of Kevin May 114 (November 3, 2022). | Business Plans (Partial Redaction) |
| Deposition of Clifton Parker 143-144 (October 25, 2022). | Business Plans |
| Restore-00086093, at -6100. | Production Methods<br>Regulatory Strategy<br>Agency Communications |
| Restore-00086093, at -6096-6100. | Production Methods<br>Regulatory Strategy<br>Agency Communications |

| | |
|---|---|
| Restore-00086093, at-6107–08. May Tr. 17:21- 18:25; 137:23-140:4. | Production Methods<br>Regulatory Strategy<br>Agency Communications |
| Restore-00086093 | Regulatory Strategy<br>Agency Communications |
| Restore-00089490, at -9495, -9498 | Production Methods |
| Restore-00001248, at -1256. | Regulatory Strategy<br>Agency Communications |
| Restore-00001248, at -1254 | Regulatory Strategy<br>Agency Communications |
| Restore-00001538. | Production Methods |
| Oct. 27, 2022 Keith Johnson 30(b)(6) Tr. at 46:14–47:3;<br>Nov. 3, 2022 Kevin May Tr. At 60:14–18; Oct. 25, 2022<br>Clif Parker Tr. at 31:15–22; | Business Plans |
| Restore- 00001538 at Restore-00001541-67. Restore-00001563-64. | Production Methods |
| Restore-00030379 at Restore-00030379; Restore-00001424 at Restore-00001424-31, 33-38; Restore-0001424 at Restore- 00001424-31, 39. | Production Methods |
| Restore-00060361; Restore- 00060362; Restore-00060365. | Testing Protocols |
| May 6, 2021 Kevin May Tr. at 41:10-50:4 | Testing Protocols |
| Restore-00089490 at Restore-00089495. | Production Methods |
| *See* Restore-00089490 at Restore-00089495, –98. | Production Methods |

| | |
|---|---|
| Restore-00001538 at Restore-00001562; Restore-00089490 at Restore-00089495 | Production Methods |
| Restore-00001538 at Restore-00001565<br>Restore- 00089490 at Restore-00089495<br>Restore-00001538 at Restore-00001565<br>Restore- 00089490 at Restore-00089495<br>Restore-00001538 at Restore-00001565<br>Restore- 00089490 at Restore-00089496 | Production Methods |
| Restore-00089490 at Restore-00089497–98. | Production Methods |
| Restore-00089490 at Restore-00089493. | Production Methods |
| Restore-00089490 at Restore-00089492 | Production Methods |
| Restore-00089490 at Restore-00089490.<br>*Id.* at Restore-00089491. | Production Methods |
| Restore-00086907 at<br>Restore-00086909–10.<br>Restore-00087401 at Restore-00087464. | Production Methods<br>Regulatory Strategy<br>Agency Communications |
| Restore-00086907 at Restore-00086912. | Production Methods<br>Regulatory Strategy<br>Agency Communications |
| Restore-00087861.<br>*Id.* at Restore-00087868–69.<br>Restore-00087861 at Restore-00087869.<br>Restore-00087861 at Restore-00087869 | Production Methods<br>Regulatory Strategy<br>Agency Communications |
| Restore-00086959.<br>*Id.* at Restore-00086965. | Production Methods<br>Regulatory Strategy<br>Agency Communications |

DECLARATION OF CLIFTON PARKER
3:21-CV-03496-VC

| | |
|---|---|
| Restore-00090136 at -162–63 | Production Methods |
| Restore-00087134. | Regulatory Strategy |
| Restore-00089490 at Restore-00089492–93 | Agency Communications |
| Restore-00089490 at Restore-00089492–93 | Production Methods (Partial Redaction) |
| Oct. 27, 2022 Keith Johnson 30(b)(6) Tr. at 46:14–47:3; Nov. 3, 2022 Kevin May Tr. at 60:14–18; Oct. 25, 2022 Clif Parker Tr. at 31:15–22; | Production Methods Business Plans |
| Restore- 00001538 at Restore-00001541-67; *id.* at Restore- 00001563-64. | Production Methods |
| Restore-00030379 at Restore-00030379; Restore- 00001424 at Restore-00001424-31, 33-38; Restore-0001424 at Restore- 00001424-31, 39. | Production Methods |
| Restore-00060361; Restore- 00060362; Restore-00060365. | Testing Protocols |
| May 6, 2021 Kevin May Tr. at 41:10-50:4 | Testing Protocols |
| AHP000528 | Regulatory Strategy Agency Communications |
| Restore-00089490 at Restore-00089495. | Production Methods |
| Restore-00089490 at Restore-00089495, –98. | Production Methods |
| Restore-00001538 at Restore-00001562; Restore-00089490 at Restore-00089495. | Production Methods |

DECLARATION OF CLIFTON PARKER
3:21-CV-03496-VC

| | |
|---|---|
| Restore-00001538 at Restore-00001565; Restore-00089490 at Restore-00089495.<br><br>Restore-00001538 at Restore-00001565; Restore-00089490 at Restore-00089495.<br><br>Restore-00001538 at Restore-00001565; Restore-00089490 at Restore-00089496. | Production Methods |
| Restore-00089490 at Restore-00089497–98. | Production Methods |
| Restore-00089490 at Restore-00089493. | Production Methods |
| Restore-00089490 at Restore-00089492 | Production Methods |
| Restore-00089490 at Restore-00089490.<br><br>*Id*. at Restore-00089491. | Production Methods |
| Restore-00086907 at Restore-00086912. | Testing Protocols<br><br>Regulatory Strategy |
| Restore-00087861.<br><br>*Id*. at Restore-00087868–69.<br><br>Restore-00087861 at Restore-00087869.<br><br>Restore-00087861 at Restore-00087869 | Testing Protocols<br><br>Regulatory Strategy<br><br>Agency Communications |
| Restore-00086959.<br><br>*Id*. at Restore-00086965. | Testing Protocols<br><br>Regulatory Strategy<br><br>Agency Communications |
| Restore-00025717 | Production Methods |
| Restore-00026026; Restore-00026027<br><br>Restore-00025717;<br><br>May 13, 2021 West Gordon Tr. at 201:20-25, 212:12-24<br><br>Restore-00025717 | Production Methods |

| | |
|---|---|
| May 13, 2021 West Gordon Tr. at 110:17-112:14, 123:21-124:5; *see id.* at 124:16-125:5. | Internal Finances (Partial Redaction) |
| May 13, 2021 West Gordon Tr. at 117:15-119:18. | Production Methods |
| Deposition of Kevin May at 50:7-16. | Production Methods |
| Deposition of Kevin May, Exhibit 155 at Restore-0091199; Kevin May at 51:6- 53:1; Deposition of Kevin May at 89:10-25; Deposition of Kevin May at 60:9-25. | Business Plans |
| Deposition of Kevin May at 75:17-76:1; 96:13-97:8. | Business Plans Research Processes |
| W. Gordon depo. (*Restore*) tr., 208:2-12; 209:8-20; 210:16-25; 223:21-224:11. W. Gordon depo. (*Restore*) tr., 54:18-55:11. | Production Methods |
| Parker (Oct. 25, 2022) depo. tr., 160:14-161:3. | Production Methods |
| Restore-0089493- 95. Restore-0089495- 96. Restore-0089496. Restore- 0089496-97. | Testing Protocols Regulatory Strategy |
| May (11/3/2022) Dep Tr. 50:8-16 Parker (10/25/2022) Dep. Tr. 156:14-18) May (11/3/2022) Dep. Tr. 118:1-5 | Business Plans Research Processes |

| | |
|---|---|
| Parker (10/25/2022) Dep. Tr. 156:14-18 | |
| May (11/3/2022) Dep. Tr. 113:19-23. | Business Plans |
| May (11/3/2022) Dep. Tr. 114:12-22 | Production Methods |
| AHP000527 | Production Methods<br>Testing Protocols<br>Regulatory Strategies<br>Agency Communications |
| AHP000527 | Production Methods<br>Testing Protocols<br>Regulatory Strategies<br>Agency Communications |
| AHP000527 | Production Methods<br>Testing Protocols<br>Regulatory Strategies<br>Agency Communications |
| AHP000527 | Production Methods<br>Testing Protocols<br>Regulatory Strategies<br>Agency Communications |
| AHP000527 | Production Methods<br>Testing Protocols<br>Regulatory Strategies<br>Agency Communications |
| AHP000527 | Regulatory Strategies<br>Agency Communications |

| | |
|---|---|
| AHP000527 | Production Methods |
| | Regulatory Strategies |
| | Agency Communications |
| Restore-00086093, at -6100. | Production Methods |
| Ibid. at -6096-6100. | Testing Protocols |
| | Regulatory Strategies |
| | Agency Communications |
| Restore-00086093, at -6107-08. | Production Methods |
| May Tr. 17:21-18:25; 137:23-140:4. | Regulatory Strategies |
| Restore-00086093 | Agency Communications |
| . | |
| Restore-00001248, at -1256; | Regulatory Strategies |
| AHP000527, at -0534. | Agency Communications |
| AHP000527, at -0528; | Regulatory Strategies |
| | Agency Communications |
| Restore-00089490, at -9495, -9498; | Production Methods |
| May Tr. 80:8-14; 102:4-7. | Business Plans |
| May Tr. 137:23-140:4. | Regulatory Strategies |
| Restore-00001248, at -1256. | Regulatory Strategies |
| Restore-00001248, at -1254. | Agency Communications |
| Restore-00001248, at -1254 | Regulatory Strategies |
| | Agency Communications |
| Restore-00001248, at -1249; | Regulatory Strategies |
| | Agency Communications |

DECLARATION OF CLIFTON PARKER
3:21-CV-03496-VC

| | |
|---|---|
| Restore-00112674, at -683<br><br>Ferreira Dep. (Nov. 10, 2022) Tr. at 193:16-195:13. | Regulatory Strategies<br><br>Agency Communications |
| Deposition of Kevin May at 235 (May 8, 2021) (Restore Robotics and Robotics Repair LLC v. Intuitive Surgical, Inc., No. 5:19-cv-55 (N.D. Fla.) | Partner Identification |
| Deposition of Kevin May at 250:11-23 (May 8, 2021) (Restore Robotics and Robotics Repair LLC v. Intuitive Surgical, Inc., No. 5:19-cv-55 (N.D. Fla.) | Business Plans<br><br>Partner Identification |
| Deposition of Kevin May at 128:11-129:11 (May 6, 2021) (Restore Robotics and Robotics Repair LLC v. Intuitive Surgical, Inc., No. 5:19-cv-55 (N.D. Fla.) | Testing Protocols |
| Deposition of Kevin May at 50:8-16 (November 3, 2022) | Business Plans<br><br>Research Processes |

5. Restore has not disclosed the documents and information above to any third party because it would allow competitors to make use of Restore's extensive efforts to resell, repair, and remanufacture EndoWrists. Disclosure would provide competitors with a significant head start in their own efforts. Moreover, disclosure of some information would reveal internal finances and ownership structure of a private company that have no bearing on the litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1  Executed: March 30, 2023                    _____
2                                              Clifton Parker

Snell & Wilmer
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA  92626-7689