# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>　　　　　　　　Plaintiff/<br>　　　　　Counterclaim-Defendant<br><br>　vs.<br><br><br>INTUITIVE SURGICAL, INC.,<br><br>　　　　　　　　Defendant/<br>　　　　　Counterclaimant. | Case No.: 3:21-cv-03496-VC<br><br>**DECLARATION OF EXPERT WITNESS LOREN K. SMITH, PH.D. IN SUPPORT OF INTUITIVE SURGICAL, INC.'s OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: The Honorable Vince Chhabria |

I, LOREN K. SMITH, declare as follows:

1. I have been retained by Intuitive's attorneys as an economic expert in this case. I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently thereto.

2. Attached to this declaration as Exhibit 1 is a true and correct copy of my expert antitrust merits rebuttal report (dated January 18, 2023) in this matter. I hereby incorporate my expert report and the opinions stated within, by reference herein.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  April 11, 2023

_____
LOREN K. SMITH