# Cahoy Dec. Ex. 2

```
                                                                Page 1
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   _____
                                    )
 6   IN RE:  DA VINCI SURGICAL      )
     ROBOT ANTITRUST LITIGATION     )
 7   _____) Lead Case No. 3:21-cv-03825-VC
     THIS DOCUMENT RELATES TO:      )
 8   ALL CASES                      )
     _____)
 9                                  )
     SURGICAL INSTRUMENT SERVICE    )
10   COMPANY, INC.,                 )
                                    ) Case No. 3:21-cv-03496-VC
11            Plaintiff,            )
                                    )
12        vs.                       )
                                    )
13   INTUITIVE SURGICAL, INC.,      )
                                    )
14            Defendants.           )
     _____)
15
16   ** HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY **
17       REMOTE VIDEOTAPED DEPOSITION OF RYAN SHAW
18              Wednesday, October 19, 2022
19                     Volume I
20
21   Reported by:
     NADIA NEWHART
22   CSR No. 8714
23   Job No. 5507276
24   PAGES 1 - 260
25
```

Page 27

1   Q   There are no high-level differences that
2   you're aware of, as you sit here today?
3   A   There are definitely indifferences;
4   otherwise, we wouldn't have made another generation
5   system, but I just don't recall those differences at
6   the time.
7   Q   And do you know what the Si(r) is?
8   A   My understanding is a refurbished Si system.
9   Q   Do you know what the -- before we get into
10  that, is it refurbished from what?
11          MS. CAHOY:  Objection to form.
12          THE WITNESS:  What is --
13  BY MR. MAIDA:
14  Q   Sure.  I'll rephrase.
15          You said the Si(r) is a refurbished system.
16          How is it refurbished?
17  A   I do not know.  I was not close to the
18  refurbishing of that product.
19  Q   Do you know, again at a high level, what the
20  difference is between the Si and the Si(r)?
21  A   I do not.  I was not close to that one
22  specifically.
23  Q   Okay.  What are the differences between the
24  Si and the X model?
25  A   The Si and the X?

1      Q    Yep.
2      A    So high level differences between the Si and
3  the X are better vision for the surgeon, new
4  software capabilities for the X system, using the
5  fourth generation instrumentation, so same
6  instrumentation as da Vinci Xi and some differences
7  in access to the patient.  We talked about getting
8  access for different surgeries.  Access was also
9  greater on the X system because of the arm
10 architecture.
11          The surgeon console, which is where the
12 surgeon sits and performs the surgery, was very
13 different, not just the vision but also the controls
14 and everything that they did to control the system.
15     Q    Do you know what the difference is between
16 the Si(r) and the X model are?
17     A    I do not recall.  I would assume they're
18 similar because it's a refurbished Si.
19     Q    What is the differences between the Si(r) and
20 the Xi?
21     A    Similarly to the differences between the Si
22 and the Xi as mentioned.  So the Si second
23 generation system was more limited in range of
24 motion, instrument capabilities, advanced vision
25 imaging, many of the things mentioned.

HIGHLY CONFIDENTIAL

Page 29

1        X generation 4 had more capabilities than Si
2    and Xi has more capabilities than X, as mentioned.
3        Q   Do all Si models have the four capable arms?
4            MS. CAHOY:  Objection to form.
5            THE WITNESS:  Is your question whether the Si
6    system -- maybe repeat the question so I understand
7    it.
8    BY MR. MAIDA:
9        Q   Sure.  How many surgically capable arms does
10   the Si have?
11       A   Hmmm.  The -- from what I recall, the Si
12   system has options for three arms or four arms.
13       Q   And is it true that -- that all Si(r) models
14   have four arms?
15           MS. CAHOY:  Objection to form.
16           THE WITNESS:  I do not recall if every one
17   had four arms.
18   BY MR. MAIDA:
19       Q   The X has four arms, correct?
20       A   Correct.
21       Q   And the Xi has four arms?
22       A   Correct.  Both have four arms.
23       Q   Intuitive no longer sells the S, correct?
24       A   Correct.
25       Q   Intuitive no longer sells the Si, correct?

Page 136

1    they evaluated that and if it was feasible.
2            One thing that's a big difference between
3    system generations are the upgradeability based on
4    the architecture.  If the architecture is not able
5    to receive the upgrade, that's one of a number of
6    reasons why a next generation system is actually
7    developed to enable the upgrades that couldn't be
8    done on a prior generation system.
9    BY MR. MAIDA:
10       Q   Okay.  But sitting here today, you can't tell
11   one way or the other whether Intuitive did any
12   testing on whether it could expand the stapling
13   portfolio on the Si?
14           MS. CAHOY:  Objection to form.
15           THE WITNESS:  Not that I recall at the
16   moment, no.
17   BY MR. MAIDA:
18       Q   Okay.  What is platform modularity?
19       A   So platform modularity was something with 4th
20   generation systems that customers had asked for
21   which is, can I use, for example, the surgeon
22   console where the surgeon sits?  Can I use that
23   surgeon console on different systems and switch the
24   surgeon console?
25           Because sometimes they use two surgeon

Page 137

1    consoles if they're teaching, and so modularity
2    means they could take one surgeon console and bring
3    it to another system and plug it in and it actually
4    works and communicates with that system.
5         So customers asked for this because they
6    wanted to be able to use their capital between
7    different rooms and plug it in and not have to buy a
8    whole 'nother piece of capital for the other room.
9       Q   What is 3D HD vision?
10      A   Three-dimensional high definition vision.
11      Q   Was 3D HD available on the Si?
12      A   I believe so, but it was not as good.  So HD,
13   as you know like with your TV, there's 720p, 1080p
14   so the -- the details matter.  It was different
15   vision quality between the systems.
16      Q   So was the X system's 3D HD vision better?
17          MS. CAHOY:  Objection to form.
18          THE WITNESS:  So that's a qualitative
19   question for customers, but we believe, based on the
20   specs between the 3rd generation Si and 4th
21   generation X, that the specs between the two had
22   better specs.
23   BY MR. MAIDA:
24      Q   Did Intuitive conduct any studies on whether
25   it could install this improved vision on the Si

1      same function as the one being discontinued so that
2      they have an alternate, correct.
3      BY MR. MAIDA:
4          Q   And -- okay.  These are the alternatives that
5      Intuitive provided the -- the customer, right?
6          A   Yeah.  These look like the suggested
7      alternatives for the customer.
8          Q   We can set aside this document.  Oh,
9      actually, before we set it aside --
10         A   Uh-huh.
11         Q   Excuse me.  I do have a couple more
12     questions.
13             Let's look at the -- the second page of the
14     letter that bears the Bates stamp 4507.
15         A   Okay.
16         Q   It says (as read):
17             "Intuitive is committed to our
18             maintenance and service contracts
19             through at least 2024 or the
20             timeframe stated in your current
21             contract, whichever is later.
22             Beyond 2024 or after your service
23             contract expires, Intuitive will
24             continue repairs on a time and
25             material basis as parts are

Page 173

1        available."
2        Do you see that?
3    A   I do.
4    Q   So beyond 2024, Intuitive does not plan to
5    service the da Vinci Si except for time and material
6    basis as parts available, correct?
7        MS. CAHOY:  Objection to form.
8        THE WITNESS:  So what it states is that they
9    will -- we will service contracts through at least
10   2024 or the time frame stated in the current
11   contract which could be later.  Beyond 2024, we'll
12   continue to service the system on time and material.
13   BY MR. MAIDA:
14   Q    What's time and material?
15   A    Time and material means if the system needs
16   to be serviced, if something breaks, that it will be
17   repaired and charged based on the material used and
18   the time required to fix it.
19   Q    So Intuitive will regularly service the Si up
20   to 2024 or the end of a customer's contract,
21   correct?
22       MS. CAHOY:  Objection to form.
23       THE WITNESS:  So it's not that Intuitive will
24   regularly service through 2024.  The service
25   packages offered by Intuitive include a number of

Page 174

1    different things.  So what it's stating in the
2    document is the service packages will only be
3    available until 2024 or a later date based on the
4    contract and then based on that will just do
5    repairs.  So it's more about the service offerings,
6    not whether or not they will repair the system.
7    BY MR. MAIDA:
8        Q    It says (as read):
9             "Intuitive will continue repairs on
10            a time and material basis as parts
11            are available," correct?
12       A    Yes.
13       Q    So there could be -- so, for example, if some
14   parts are not available at the time, Intuitive will
15   not be able to service an Si robot, correct?
16            MS. CAHOY:  Objection to form.
17            THE WITNESS:  Yeah, so third-party suppliers
18   supply our parts.  If a third-party supplier does
19   not have that part available for us anymore to
20   repair, then no, we would not be able to repair that
21   part of the system if we cannot get that part.
22            MR. MAIDA:  Okay.  We can set this document
23   aside.
24            Let's go ahead and look at envelope 11A which
25   we're going to mark as Exhibit 63A.

Page 260

1   I, the undersigned, a Certified Shorthand Reporter
2   of the State of California, do hereby certify:
3       That the foregoing proceedings were taken
4   before me at the time and place herein set forth;
5   that any witnesses in the foregoing proceedings,
6   prior to testifying, were administered an oath; that
7   a record of the proceedings was made by me using
8   machine shorthand which was thereafter transcribed
9   under my direction; that the foregoing transcript is
10  a true record of the testimony given.
11      Further, that if the foregoing pertains to the
12  original transcript of a deposition in a Federal
13  Case, before completion of the proceedings, review
14  of the transcript [x ] was [ ] was not requested.
15      I further certify that I am neither financially
16  interested in the action nor a relative or employee
17  of any attorney or any party to this action.
18      IN WITNESS WHEREOF, I have this date subscribed
19  my name.

21  Dated: November 3, 2022

                                    *Nadia Newhart* (signature)
                                    NADIA NEWHART
                                    CSR NO. 8714