# Cahoy Dec. Ex. 9

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4   IN RE: DA VINCI SURGICAL ROBOT    ) Lead Case No.:
     ANTITRUST LITIGATION,             ) 3:21-cv-03825-VC
 5   ------------------------------------)
     THIS DOCUMENT RELATES TO:          )
 6   ALL CASES                          )
     ------------------------------------)
 7
 8   SURGICAL INSTRUMENT SERVICE        )
     COMPANY, INC.,                     ) Case No.
 9                                      ) 3:21-cv-03496-VC
                  Plaintiff,            )
10                                      )
           vs.                          )
11                                      )
     INTUITIVE SURGICAL, INC.,          )
12                                      )
                  Defendant.            )
13   ------------------------------------)
14
15      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
16
17    REMOTE PROCEEDINGS OF THE VIDEOTAPED DEPOSITION OF
18              INTUTITIVE SURGICAL, INC.,
19         BY AND THROUGH ITS 30(B)(6) DESIGNEE,
20                      GRANT DUQUE
21              TUESDAY, NOVEMBER 8, 2022
22
23   REPORTED BY NANCY J. MARTIN
24   CSR. NO. 9504, RMR, RPR
25   PAGES 1 - 75
```

Page 20

1    Q.  Sure.  So there's an electronic use counter
2    in SI instruments; is that right?
3    A.  That's correct.
4    Q.  And is that functionality implemented within
5    SI instruments on the Dallas chip?
6    A.  The information is stored on the Dallas chip.
7    Q.  And how does the Dallas chip within an SI
8    instrument receive power?
9    A.  So the Dallas chip requires a hard wire
10   electrical connection to the system, and that's when
11   it receives its power.
12           There are -- the Dallas chip itself is
13   assembled onto a PCA -- a printed circuit board, PCB,
14   that has within it four pogo pins.
15           Those four pogo pins, when an instrument is
16   installed on a system, they engage and make electro
17   connections through the sterile adapter that connect
18   it to the rest of the system.
19   Q.  And through the -- through one or more of
20   those pogo pins, does the Dallas chip of an SI
21   instrument communicate with an SI system?
22   A.  Can you state that one more time?  I
23   apologize.
24   Q.  Sure.  The Dallas chip of an SI instrument
25   communicates with an SI system; correct?

Page 21

1    A.  Correct.
2    Q.  Does it communicate with the system through
3 one or more of those pogo pins that you were
4 discussing?
5    A.  Yes, it does.
6    Q.  Does the Dallas chip communicate with any
7 components of the SI instrument?
8        MS. CAHOY:  Objection to form.
9        THE WITNESS:  Can you elaborate on the
10 question?
11 BY MR. VAN HOVEN:
12    Q.  Sure.  So we just confirmed that the Dallas
13 chip of an SI instrument communicates with the SI
14 system; right?
15    A.  Correct.
16    Q.  I'm wondering, does the Dallas chip actually
17 communicate with any other components within the SI
18 instrument?
19        MS. CAHOY:  Objection to form.
20        THE WITNESS:  Not that I'm aware.
21 BY MR. VAN HOVEN:
22    Q.  There's a discussion of RFID in this slide.
23        Do you see that?
24    A.  I do see that.
25    Q.  Was the Dallas chip of the SI instrument

Page 22

1    replaced with an RFID chip for XI instruments?
2        A.   Not initially.  What I'm reading on this
3    slide indicates that we -- and depicts both the Dallas
4    chip in addition to an RFID tag.
5        Q.   At some point, did XI instruments move purely
6    to having an RFID chip without a Dallas chip?
7        A.   Yes.
8        Q.   When did that happen?
9        A.   Apparently we're looking at the CDR stage.
10   So this is a CDR.  So certainly before FDR, which had
11   been the next design phase review, the Dallas -- I'm
12   guessing the Dallas chip would have been removed by
13   then.  We did not launch with the Dallas chip
14   initially on XI.
15       Q.   How does the -- how does the RFID chip of XI
16   instruments receive power?
17       A.   So the RFID chip, it's a passive device.  And
18   so it's powered when it's in proximity to an RFID --
19   it's powered via an antenna that's a part of its
20   assembly, but it gets its power when it interfaces
21   with an RFID reader.
22       Q.   And in the case of an XI system and XI
23   instrument, is that RFID reader located at an arm of
24   the system?
25       A.   The RFID reader necessarily has to be on the

Page 30

1   Ted Walker.  Who is Ted Walker?
2        A.   Ted Walker is a long-tenured engineer,
3   electrical engineer.
4        Q.   The sentence that starts with Rod, it says,
5   "Rod plans to ask Sal for a decision about whether
6   encryption is needed."
7             Do you see that?
8        A.   I do see that.
9        Q.   Do you know, was encryption implemented on
10  the XI RFID chip for instruments?
11       A.   I do, and yes, there was.
12       Q.   On the first release of the products?
13       A.   As I'm aware, yes.
14       Q.   Are you aware of any time when encryption was
15  not provided on released XI instruments on the RFID
16  tags?
17       A.   I am not aware of any on instruments.
18       Q.   The next sentence appears -- it says "Ted."
19  It appears to be referring to Ted Walker; is that
20  right?
21       A.   "Ted said" after --
22       Q.   Yeah.
23       A.   That would make sense, yes.
24       Q.   So it appears that Ted Walker said "the most
25  important thing is to prevent people from reprocessing

Page 35

1   Q. Do you have an understanding of what making a
2   knockoff would be referring to in the context of an XI
3   instrument?
4   A. I interpret that as making copy, copy
5   instruments.
6   Q. Essentially a third party building a new
7   instrument and passing it off as an Intuitive
8   instrument?
9   A. That's my interpretation of the knockoff,
10  yes.
11  Q. To your knowledge, has any third party ever
12  made a knockoff of an XI instrument?
13  A. I am not aware of that happening.
14  Q. To your knowledge, has anyone ever made a
15  knockoff of an SI instrument?
16  A. Not to my knowledge.
17  Q. To your knowledge, has anyone ever reset a
18  use counter for a device to be used past its set lives
19  for an SI instrument?
20  A. I'm aware of the modification that was done
21  through those RMA instruments where they bypassed
22  certain portions of the Dallas chip to add lives.
23      MR. VAN HOVEN: I'm going to load as
24  Exhibit 267 tab 51.
25      (Deposition Exhibit 267 was marked for

1    counterfeiting.  Do you see that?
2         A.   I do.
3         Q.   That's the -- I guess Mr. Mustufa provides a
4    definition of "counterfeiting" here also?
5         A.   He does.
6         Q.   And that's a -- as we discussed for
7    Exhibit 266, that's a situation where a third party
8    builds a new instrument?
9         A.   That would be my interpretation, yes.
10        Q.   And then finds a way for that new instrument
11   to be accepted by XI system; right?
12        A.   That's right.
13        Q.   And then the next sentence, do you see that
14   Mr. Mustufa refers to, "We'd like to make both of
15   these difficult with the security features on our
16   tag"?
17        A.   I see that.
18        Q.   Do you have understanding of what it would
19   mean to make it difficult to do reprocessing with the
20   security features on a tag?
21             MS. CAHOY:  Objection to form.
22             THE WITNESS:  I know from a design intent
23   standpoint, we want to prevent any tampering of our
24   Dallas chip or our RFID tag because of safety
25   concerns; that that data, if corrupted or adulterated,

1      can pose a safety risk to the patient.
2      BY MR. VAN HOVEN:
3          Q.  And here they're not -- they're talking about
4      reprocessing and counterfeiting; right?
5          A.  Correct.
6          Q.  They're not talking about corrupting data,
7      are they?
8              MS. CAHOY:  Objection to form.
9              THE WITNESS:  It's not mentioned explicitly.
10     BY MR. VAN HOVEN:
11         Q.  To your knowledge, has the data of an XI
12     instrument ever been corrupted in the field?
13         A.  Not that I'm aware.
14         Q.  The next sentence, Mr. Mustufa refers to
15     "Reprocessing seems the more likely threat."
16             Do you see that?
17         A.  I do see that, yes.
18         Q.  What do you understand that to be referring
19     to?
20         A.  In the context of this E-mail, following the
21     two options, 1 and 2, reprocessing or counterfeiting,
22     it seems to be identifying that the reprocessing
23     scenario is more likely.
24         Q.  And for SI, at least under that definition of
25     "reprocessing," that's actually happened; right?

Page 48

1  what a nonsafety related feature is in the context of
2  C1?
3      A.  I can give an example.  An example would be
4  that the instrument be of a certain color; right?
5  It's a requirement that we need as a design input when
6  we're doing the design, but they're not identified as
7  having any safety mitigation or safety-critical
8  function.
9      Q.  And so are C1-type codes, by definition, not
10 safety related features?
11         MS. CAHOY:  Objection to form.
12         THE WITNESS:  I'm defaulting to the notes
13 here.  They're not risk based requirements.  They're
14 nonsafety related.  They're not identified as
15 safety-critical risks.
16 BY MR. VAN HOVEN:
17     Q.  And is that at least one reason why C1-type
18 code failures are subject to 85 percent reliability
19 and 85 percent confidence testing?
20     A.  Yes.
21     Q.  The next category is C2.  And it looks like
22 those have 90 percent reliability and -- I'm sorry.
23 90 percent confidence and 90 percent reliability
24 requirements.
25     A.  That's right.

HIGHLY CONFIDENTIAL

Page 49

1    Q.  Are you able to, by comparison, describe the
2  difference between a 90/90 requirement versus an
3  85/85, what that means from a testing perspective?
4       MS. CAHOY:  Objection to form.
5       THE WITNESS:  Can you restate the question?
6  BY MR. VAN HOVEN:
7    Q.  Sure.  I understand that 90 and 90 are higher
8  numbers than 85 and 85; right?
9    A.  Uh-huh.
10   Q.  Generally I understand that's a more
11  stringent safety requirement; is that right?
12   A.  That's right.
13   Q.  Are you able to quantify that difference
14  between a 90/90 versus an 85/85?
15       MS. CAHOY:  Objection to form.  Outside the
16  scope.
17       THE WITNESS:  It can be quantified.  I don't
18  know that I can quantify it by calculation off the top
19  of my head.  But generally speaking, a 90/90
20  confidence and reliability is having higher confidence
21  that the device will be 90 percent reliable.  So if
22  you have 100 units, then 90 of those will pass.
23  BY MR. VAN HOVEN:
24   Q.  And what about the 90 percent confidence?
25  What does that mean?

1     A.  It's a term used as part of our Weibull
2  calculation, how confident you are about that
3  projected reliability number.
4     Q.  That 90 out of 100 number?
5     A.  Right.  How confident -- so the 90 out of 100
6  is the reliability number, but how confident are you
7  that that number is -- will be true.  So having higher
8  confidence is certainly better.
9     Q.  Got it.  So if we look at the C3, a
10  95 percent reliability would mean that 95 percent of
11  the units don't fail; right?
12         MS. CAHOY:  Objection to form.  Outside the
13  scope.
14         THE WITNESS:  So similar to the C2, you have
15  a -- when I was comparing the C1 to C2.
16         The comparison between C3 and C2 is you have
17  higher confidence that you are going to have higher
18  reliability.  95 percent reliability, meaning if you
19  have 100 units, then 95 percent -- or 95 of those
20  100 will pass.
21  BY MR. VAN HOVEN:
22     Q.  And it looks like on the far right comments,
23  Column C2 and C3 are grouped together?
24     A.  I see that, yes.
25     Q.  And it states that C2 and C3 are applicable

Page 51

1   to safety critical life test requirements; is that
2   right?
3       A.  That's correct.
4       Q.  And then it says "that have additional
5   mitigations to limit patient-user risk."
6           Do you have an understanding of what
7   additional mitigations to limit user-patient risk are?
8       A.  I do.
9       Q.  What's that?
10      A.  So if we identify something that has a
11  safety-critical -- if there is a mitigation in
12  place -- I can give an example.  If there is a hazard
13  that we've identified that an instrument should only
14  be used with an accessory installed, then we've
15  identified that as a high risk because it could pose a
16  hazard to the patient.
17          One mitigation or response to having that
18  risk factor is to add some sort of visual indicator so
19  that it's obvious to the user that that accessory is
20  not installed.
21          So that, in essence, would be a mitigation.
22  So that would be the difference between -- so if we
23  had a mitigation that was designed in, then that would
24  qualify for a C2 versus a C3, where we do not have any
25  mitigation.

Page 72

1       C E R T I F I C A T E
2           I do hereby certify that the aforesaid testimony
3       was taken before me, pursuant to notice, at the time
4       and place indicated; that said deponent was by me duly
5       sworn to tell the truth, the whole truth, and nothing
6       but the truth; that the testimony of said deponent was
7       correctly recorded in machine shorthand by me and
8       thereafter transcribed under my supervision with
9       computer-aided transcription; that the deposition is a
10      true and correct record of the testimony given by the
11      witness; and that I am neither of counsel nor kin to
12      any party in said action, nor interested in the
13      outcome thereof.
14
                    *[signature]*
15      _____
                    Nancy J. Martin, RMR, CSR
16
17      Dated:  November 17, 2022
18
19
20
21      (The foregoing certification of this transcript does
22      not apply to any reproduction of the same by any
23      means, unless under the direct control and/or
24      supervision of the certifying shorthand reporter.)
25