# Cahoy Dec. Ex. 17

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5    CIVIL ACTION NO. 3:21-cv-03825-VC
 6
 7    IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION
 8
 9    THIS DOCUMENT RELATES TO: ALL CASES
10    SURGICAL INSTRUMENT SERVICE COMPANY, INC.,
11                    Plaintiff,
12    vs.
13    INTUITIVE SURGICAL, INC.,
14                    Defendant.
15
16           CONFIDENTIAL ATTORNEYS' EYES ONLY
17          REMOTE VIDEO 30(b)(6) DEPOSITION OF
18                 INTUITIVE SURGICAL, INC.
19            (THROUGH DEPONENT, NICKY GOODSON)
20                    November 16, 2022
21
22    REPORTED BY:   Laura H. Nichols
23                   Certified Realtime Reporter,
24                   Registered Professional
25                   Reporter and Notary Public
```

1        Q.    Anyone else?
2        A.    The initial request was also
3   supported by Patrick Flanagan.
4        Q.    Anyone else?
5        A.    To my recollection, those were the
6   two primary requesters for the program.
7        Q.    What is your understanding of
8   refurbishment within the context of Project Dragon?
9        A.    Within the context of Project Dragon,
10  refurbishment is the replacement of worn components
11  on an expired Xi instrument to return to like-new
12  performance.
13       Q.    Would it include -- let me begin
14  again.
15             Would refurbishment also include
16  inspection to determine whether any components
17  needed to be replaced to return the device to
18  like-new performance?
19             MS. CAHOY:  Objection to form.
20       A.    The refurbishment of a given
21  instrument would be based off a standard
22  replacement recipe based on risk -- higher risk
23  wear items.
24       Q.    (BY MR. MCCAULLEY:)  Let me -- you
25  said standard replacement -- and I missed the next

1                         C E R T I F I C A T E

4     STATE OF ALABAMA
5     JEFFERSON COUNTY

7                I hereby certify that the above and
8     foregoing deposition was taken down by me in
9     stenotypy, and the questions and answers thereto
10    were reduced to typewriting under my supervision,
11    and that the foregoing represents a true and
12    correct transcript of the deposition given by said
13    witness upon said hearing, to the best of my
14    ability.
15                I further certify that I am neither
16    of counsel nor of kin to the parties to the action,
17    nor am I in anywise interested in the result of
18    said cause.

21            /s/ LAURA H. NICHOLS
              Commissioner-Notary Public, State of AL
22            ACCR License No. 3, Exp. 9/30/2023
              GA CCR No. 2714, Exp. 4/1/2023
23            TN LCR No. 679, Exp. 6/30/2023
              Transcript Certified on 11/17/2022