# Cahoy Dec. Ex. 18

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
     IN RE: DA VINCI SURGICAL       )
 5   ROBOT ANTITRUST LITIGATION     ) Case No.:
     _____ ) 3:21-cv-03825-VC
 6   THIS DOCUMENT RELATES TO:      )
     ALL CASES                      ) Pages 1 to 260
 7   _____ )
     SURGICAL INSTRUMENT SERVICE    )
 8   COMPANY, INC.,                 )
                                    )
 9              Plaintiff,          )
                                    )
10         vs.                      )
                                    )
11   INTUITIVE SURGICAL, INC.,      )
                                    )
12              Defendant.          )
     _____ )
13
14       *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
15              30(b)(1) DEPOSITION OF:
16                   COLIN MORALES
17                 NOVEMBER 1, 2022
18                     8:58 a.m.
19
20
21   REPORTED BY:
22   Vickie Blair
23   CSR No. 8940, RPR-CRR
24   JOB NO. 5507318
25   PAGES 1 - 260
```

Page 172

1      Q     Yes.  There's a --
2      A     Oh, yeah, I see it.  "Maintain leadership
3  position."
4      Q     Okay.  So the -- the first, like, larger
5  chunk of text under that states (as read):
6               If a large player were to enter with
7           reprogramming or refurbishing, we have
8           lost our leadership position in this
9           segment of robotics.
10              So is it safe to say that Intuitive was,
11 at this point, contemplating that a third party would
12 enter the market to refurbish EndoWrists?
13              MR. LANNIN:  Object to the form.
14              THE WITNESS:  Well, I think, you know,
15 what we were seeing is we were seeing instruments in
16 our data that indicated that they were being -- the
17 lives were being extended on them, so that was kind of
18 the first indicator.
19              And just because there's someone that's
20 doing that doesn't mean that that's a good product or a
21 bad product, it just means that something was
22 happening.
23              I think project Dragon was a program or
24 initiative to explore the feasibility of being able to
25 perform refurbishment on instruments, and, at the end

Page 173

1  of the day when we went through all of this work and --
2  and exploration, you know, the goal was to provide, you
3  know, a lower cost, you know, product and lower per
4  procedure cost, and -- and then be able to pass that,
5  you know, savings on to the -- to the -- to the
6  customer, and also have a financial impact internally.
7           At the end of the day when this whole
8  thing was said and done, it didn't make sense, and --
9  and it didn't make sense for a lot of reasons, and
10 the -- the -- the biggest challenge here was the -- all
11 of the logistic work that was required in order to
12 obtain an instrument, bring it back, ensure it was
13 properly sterilized, disassemble, reassemble,
14 repackage, and go through all that.
15          And so, you know, what in- -- what
16 Intuitive was doing, and -- and what other companies
17 were doing were different and, again, at the end of the
18 day, it didn't make sense, it didn't make financial
19 sense, it didn't make, you know, performance sense,
20 and -- and so the project didn't launch.
21 BY MS. ETHERIDGE:
22      Q     The next sentence in that little paragraph
23 says (as read):
24               Our users could vilify us for not
25          extending lives or refurbishing sooner.

Page 260

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

        I, Vickie Blair, CSR No. 8940, RPR-CRR, in and for the State of California, do hereby certify:

        That, prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify as to the truth, the whole truth, and nothing but the truth;

        That said deposition was taken before me at the time and place therein set forth, and was taken down by me stenographically and thereafter transcribed via computer-aided transcription under my direction and is a true record of the testimony given;

        I further certify I am neither counsel for, nor related to, any party to said action, nor interested in the outcome thereof;

        IN WITNESS WHEREOF, I have hereto subscribed my name this 9th day of November, 2022.

*Vickie Blair*

_____

Vickie Blair, CSR No. 8940, RPR-CRR