# Cahoy Dec. Ex. 19

Page 1

```
 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                     TAMPA DIVISION
             CIVIL CASE NO. 8:20-cv-2274-T-33TGW
 3
 4
      REBOTIX REPAIR LLC,
 5
                 Plaintiff,
 6
      -vs-
 7
      INTUITIVE SURGICAL, INC.,
 8
                 Defendant.
 9                                           /
10
11    * * * * * * * * * * * * * * * * * * * * * * * *
                       HIGHLY CONFIDENTIAL
12
13    VIDEOTAPED
      DEPOSITION OF:      CHRIS GIBSON
14
      DATE TAKEN:         TUESDAY, JUNE 22, 2021
15
      TIME:               10:04 A.M. - 6:15 P.M.
16
      PLACE:              BY VIDEOCONFERENCE
17
      REPORTED BY:        CARMEN THOMAS, REGISTERED
18                        PROFESSIONAL REPORTER AND
                          NOTARY PUBLIC
19
20    * * * * * * * * * * * * * * * * * * * * * * * *
21
22
23
24
25
```

Case 3:21-cv-03496-AMO   Document 137-22   Filed 04/13/23   Page 3 of 4

Highly CONF Chris Gibson                June 22, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 65

1     Q     -- safely?

2           MR. ERWIG:  Sorry.

3           Object to the form and lacks foundation.

4           THE WITNESS:  I don't know.

5    BY MS. LENT:

6     Q     Did you ever tell any customers how many
7    times they could expect to be able to reset the usage
8    counter on an EndoWrist?

9     A     I think we told them exactly what I said,
10   that we can reset the counter an unlimited number of
11   times, but not all EndoWrists will be available for the
12   repair process because some of them will be so badly
13   damaged or something else is wrong with them where they
14   will not be a candidate for the repair service.

15    Q     Did you have a rule of thumb that you used
16   for the number of times you expected a particular
17   EndoWrist to be able to be reset?

18           MR. ERWIG:  Objection to form.

19           THE WITNESS:  No, I don't believe so.
20        Because that is typically related to how the
21        surgeon uses the different instruments in
22        procedures.

23   BY MS. LENT:

24    Q     Do you know whether any customer sent the
25   same EndoWrist to Rebotix Repairs more than once to have

Case 3:21-cv-03496-AMO   Document 137-22   Filed 04/13/23   Page 4 of 4
Highly CONF Chris Gibson   June 22, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 219

1      CERTIFICATE OF OATH
2
3
4      I, Carmen J. Thomas, Registered Professional Reporter, Notary Public, State of Florida, certify that witness, CHRIS GIBSON, appeared via videoconference on
5      the 22nd day of June, 2021 and was duly sworn.
6      WITNESS my hand and official seal this 23rd day of June, 2021.
7
8
9
10
11
       *Carmen J. Thomas* (signature)
12
13     Carmen J. Thomas,
       Registered Professional Reporter
       Notary Public, State of Florida
14     MY COMMISSION #GG 125902
       EXPIRES November 16, 2021
15
16
17
18
19
20
21
22
23
24
25