Cahoy Dec. Ex. 26

Page 1

1           UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
2                  TAMPA DIVISION
3
4   REBOTIX REPAIR LLC,                )
                                       )
5        Plaintiff,                    )
                                       ) CIVIL ACTION FILE
6   vs.                                )
                                       ) NO. 8:20-cv-02274
7   INTUITIVE SURGICAL, INC.,          )
                                       )
8        Defendant.                    )
9
10              ATTORNEYS EYES ONLY
11       VIRTUAL VIDEOTAPED DEPOSITION OF
12                STAN HAMILTON
13             Friday, June 4, 2021
14                  9:08 a.m.
15
16       Robin K. Ferrill, CCR-B-1936, RPR
17
18
19
20
21
22
23
24
25

Case 3:21-cv-03496-AMO   Document 137-29   Filed 04/13/23   Page 3 of 4

AEO Stan Hamilton                                                June 4, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 166

1    is how it's described.
2         Q.   Is -- strike that.
3              Is the original Rebotix Panama now defunct?
4              MR. ERWIG:  Form.
5         A.   Is Rebotix Panama dissolved?  Yes, it is.
6    And it's closed down when we moved everything back to
7    the U.S. and focused on U.S.  It was just too much to
8    keep running.  All the focus, once we decided we had
9    the green light to go after the U.S. market, it was
10   so much larger and so much more significant.  The
11   legal issues had been resolved that created the
12   concern to begin with.
13             And so yes, it was -- all emphasis went on
14   the U.S. market after that.  We actually brought
15   equipment back from there, back to the U.S. so we
16   would have adequate equipment for what was --
17   appeared to be rapidly ramping up volume based on the
18   contracts that we had.  And so yes.
19        Q.   (By Mr. Ruby) Was the original Rebotix LLC
20   at some point dissolved?
21        A.   Yes.
22        Q.   And when was that?
23        A.   I don't know the exact date.  Again, I
24   think we're talking about 2016, somewhere in 20 -- I
25   don't know the exact date, but that would have been,

C E R T I F I C A T E

STATE OF GEORGIA  )
                  ) ss.:
FULTON COUNTY     )

I, Robin Ferrill, Certified Court Reporter within the State of Georgia, do hereby certify:

That Stan Hamilton, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of June, 2021.

_____
ROBIN K. FERRILL, RPR