# Cahoy Dec. Ex. 39

Page 1

ATTORNEYS' EYES ONLY

1

1      IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF FLORIDA
2               PANAMA CITY DIVISION
3
4  RESTORE ROBOTICS LLC and
   RESTORE ROBOTICS REPAIRS
5  LLC,
                                   CIVIL ACTION FILE
6           Plaintiffs,
                                   NO. 5:19-cv-55-TKW-MJF
7      vs.
8  INTUITIVE SURGICAL, INC.,
9           Defendant.
   ~~~~~~~~~~~~~~~~~~~~~~~~~
10
11
        REMOTE VIDEO 30(b)(6) DEPOSITION OF
12              RESTORE ROBOTICS LLC
                       and
13         RESTORE ROBOTICS REPAIRS LLC
                     THROUGH
14          CLIFTON "CLIF" EARL PARKER
                       AND
15   CLIFTON "CLIF" EARL PARKER, INDIVIDUALLY
16
17
                    May 4, 2021
18
                    9:59 a.m.
19
20
                 7506 Holly Circle
21           Panama City Beach, Florida
22
23
24        S. Julie Friedman, CCR-B-1476
25

Case 3:21-cv-03496-AMO Document 137-41 Filed 04/13/23 Page 3 of 9
AEO 30(b)(6) Clifton Earl Parker May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 204

1  repairs of robotic instruments, you know, we have the
2  right to do that; and secondarily, if --
3            Well, let me finish the -- the first part.
4  If we're doing robotic repairs of instruments on
5  behalf of our customers, hospitals who own those
6  instruments, we have the right to do repairs; and
7  secondarily, for any instruments that we own, if we
8  want to reset the counter on those, those, we would
9  need a 510(k) in order to do that.
10      Q.   Well, do you believe that without a --
11 a -- an agreement with Rebotix, that you have the
12 right to use the interceptor technology in your
13 business?
14      A.   I do not have the right to use Rebotix
15 interceptor technology without their permission.

[remainder of page redacted]



Case 3:21-cv-03496-AMO   Document 137-41   Filed 04/13/23   Page 5 of 9
AEO 30(b)(6) Clifton Earl Parker                       May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 213



Case 3:21-cv-03496-AMO Document 137-41 Filed 04/13/23 Page 6 of 9
AEO 30(b)(6) Clifton Earl Parker  May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 214



Case 3:21-cv-03496-AMO   Document 137-41   Filed 04/13/23   Page 7 of 9
AEO 30(b)(6) Clifton Earl Parker                          May 4, 2021
Restore Robotics LLC v Intuitive Surgical
Page 215



Page 216

```
 2      Q.    I mean, I'm right.  Restore is not
 3   registered with the FDA?
 4      A.    That's correct.
 5      Q.    Has Restore ever been registered with the
 6   FDA?
 7      A.    It has not.
 8      Q.    Have you ever told anybody that Restore
 9   was registered with the FDA?
10      A.    No.
```

Page 254

C E R T I F I C A T E

STATE OF GEORGIA:

COUNTY OF FULTON:

     I hereby certify the foregoing transcript was taken down, as stated in the caption, and the questions and answers thereto were reduced to typewriting under my direction; that the foregoing pages 1 through 253 represent a true, complete, and correct transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

     This, the 5th day of May, 2021.

*S. Julie Friedman*

S. JULIE FRIEDMAN, CCR-B-1476