# Cahoy Dec. Ex. 51

```
 1                 UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5    IN RE: DA VINCI SURGICAL        )
      ROBOT ANTITRUST LITIGATION      )Lead Case No.
 6                                     )3:21-cv-03825-VC
                                       )
 7    THIS DOCUMENT RELATES TO ALL    )
      CASES                            )
 8                                     )
                                       )
 9    SURGICAL INSTRUMENT SERVICE      )Case No.
      COMPANY, INC.,                   )3:21-cv-03496-VC
10                                     )
                   Plaintiff,          )
11                                     )
             v.                        )
12                                     )
      INTUITIVE SURGICAL, INC.,        )
13              Defendants.            )
                                       )
14
15
16
17          REMOTE VIDEO RECORDED DEPOSITION OF
18                  MICHAEL BURKE, M.D.
19             Tuesday, September 27, 2022
20
21
22
23
24    REPORTED BY:  RENEE HARRIS, CSR, CCR, RPR
      JOB NO. 5490765
25    PAGES:  1 - 146
```

Page 1

```
 1        A.  No.

 2        Q.  Have you ever discussed the lawsuit with

 3   colleagues of yours?

 4        A.  No.

 5        Q.  Dr. Burke, when did you first join Valley    09:16:10

 6   Medical?

 7        A.  August of 1984.

 8        Q.  And at some point, you became the

 9   chairman of the department of surgery; correct?

10        A.  A couple of times, actually, yeah.          09:16:25

11        Q.  When did you first become chairman of the

12   department of surgery at Valley?

13        A.  1988.

14        Q.  And if I refer to Valley Medical Center

15   as "Valley," will you understand what I'm talking     09:16:44

16   about?

17        A.  Yes.

18        Q.  That's the hospital where you were

19   employed for a number of years?

20        A.  Correct.                                     09:16:52

21        Q.  So you first became chairman of the

22   department of surgery at Valley in 1988; how long

23   did you remain the chairman?

24        A.  It was a two-year term, I think.  Yeah.

25        Q.  And you said you became the chairman of      09:17:14
```

Page 15

```
1    the department of surgery again at some point;
2    correct?
3         A.   Yes, in I think 2002.
4         Q.   And how long did you remain chairman at
5    that point?                                      09:17:25
6         A.   Until I retired in January.
7         Q.   And you retired in January of 2022?
8         A.   Correct.
9         Q.   So you were the chairman of the
10   department of surgery at Valley Medical for      09:17:44
11   approximately 20 years?
12        A.   That's correct.
13        Q.   What responsibilities did you have as the
14   director of -- or as the chairman of the
15   department of surgery?                           09:18:06
16        A.   Well, it's kind of a -- we have monthly
17   meetings to inform the staff of operations in the
18   hospital, and it was pretty broad from the
19   standpoint of what we covered in those meetings.
20            We did not involve issues with gynecology  09:18:27
21   or orthopaedics as they had their own
22   subdivisions.
23        Q.   And who ran the gynecological
24   subdivision?
25        A.   Over what period of time?  I mean,      09:18:51
```

Page 16

■ ████████████████████

■ ██████████  ████████████

■ █████████████  ██████████

■ ████████████████████

■ ████████████████  █████  ████████

■ █████████████████████

■ █████████████████████

■ █████

9     BY MS. CAHOY:

10        Q.  I believe you testified previously that          09:50:24

11    you were involved in developing the credentials

12    for robotic privileges; is that correct?

13        A.  Correct.

14        Q.  Was it a requirement of the hospital that

15    surgeons with robotic privileges also have          09:50:34

16    privileges to perform the basic procedure, either

17    open or laparoscopically?

18        A.  Yes.

19        Q.  And why did the hospital have that

20    requirement to -- to your knowledge?          09:50:49

21        A.  Well, if the procedure runs into

22    complications, you have to open the patient and

23    complete the procedure.  So the answer is you have

24    to be trained on how to handle a potential

25    complication.          09:51:05

Page 38

```
 1          Q.  Why would a surgeon need to have

 2     credentials to perform the basic procedure

 3     laparoscopically?

 4          A.  For the same reasons.

 5          Q.  Are there any other reasons that -- that      09:51:18

 6     you considered it important that surgeons have

 7     privileges to perform the basic procedure, either

 8     open or laparoscopically?

 9          A.  I think the foundation of any surgical

10     procedure is the capability to do it open.  So        09:51:52

11     that if you deploy any minimally invasive

12     protocol, whether it's laparoscopic or robotics,

13     that your fallback position is that you can do it

14     open.

15             MS. CAHOY:  So I -- let's pull up Tab           09:52:19

16         20 -- or Tab 55.  And I believe we're

17         starting here with defense Exhibit 49.

18             So if we could -- Paul, if you could

19         please mark Tab 55 as defense Exhibit 49.

20             (Exhibit 49 was received and marked           09:52:43

21             for identification on this date and is

22             attached hereto.)

23     BY MS. CAHOY:

24          Q.  And, Dr. Burke, you may need to refresh

25     your screen as soon as Paul gets this uploaded so     09:52:52
```

Page 39

1        A.   The ports were a little bit larger, the

2   -- which required a different instrument through

3   each of the arms, so we'd have to have stock of

4   all of that equipment.

14        Q.   And you said the advances in the

15   technology had improved.   What are examples of          10:22:44

16   ways in which you thought the technology had

17   improved in the Xi, as compared to the Si?

18        MR. BATEMAN:   Objection.

19        Mischaracterizes testimony.

20        THE WITNESS:   Well, we had better             10:23:03

21        articulating instrumentation.   We had vessel

22        sealers that were an improvement.   Eventually

23        staplers came online, articulating staplers.

24        Over the course of the process, they were all

25        more valuable.                                 10:23:25

Page 59



Page 97



Page 98



Page 110



Page 114



Page 115



Page 116

```
 1   STATE OF CALIFORNIA     )
 2                           (     Ss.
 3   COUNTY OF LOS ANGELES   )
 4           I, RENEE HARRIS, do hereby certify that I
 5    am a licensed Certified Shorthand Reporter, duly
 6    qualified and certified as such by the State of
 7    California;
 8       That prior to being examined, the witness named
 9    in the foregoing deposition was by me duly sworn
10    to testify to tell the truth, the whole truth, and
11    nothing but the truth;
12       That the said deposition was by me recorded
13    stenographically;
14       And the foregoing pages constitute a full,
15    true, complete and correct record of the testimony
16    given by the said witness;
17           That I am a disinterested person, not
18    being in any way interested in the outcome of said
19    action, or connected with, nor related to any of
20    the parties in said action, or to their respective
21    counsel, in any manner whatsoever.
22           DATED: October 12, 2022
23
24           Renee Harris, CSR, CCR, RPR
             CA CSR No. 14168,
25           NJ CRR No. 30XI00241200; RPR
```

                                        Page 143