# Cahoy Dec. Ex. 95

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
    IN RE: DA VINCI SURGICAL        )
 5  ROBOT ANTITRUST LITIGATION      ) Case No.:
    _____ ) 3:21-cv-03825-VC
 6  THIS DOCUMENT RELATES TO:       )
    ALL CASES                       ) Pages 1 to 205
 7  _____ )
    SURGICAL INSTRUMENT SERVICE     )
 8  COMPANY, INC.,                  )
                                    )
 9            Plaintiff,            )
                                    )
10       vs.                        )
                                    )
11  INTUITIVE SURGICAL, INC.,       )
                                    )
12            Defendant.            )
    _____ )
13
14
15                     DEPOSITION OF:
16             CLIFTON EARL PARKER, VOLUME I
17                TUESDAY, OCTOBER 25, 2022
18             9:08 a.m. Eastern Daylight Time
19
20  REPORTED BY:
21  Vickie Blair
22  CSR No. 8940, RPR-CRR
23  JOB NO. 5541122
24
25  PAGES 1 - 207

                                                    Page 1
```



Page 31

```
 7              MR. BERHOLD:  Objection.                    07:42:56
 8      BY MS. WINNER:                                      07:43:00
 9           Q    No?                                       07:43:00
10           A    No.                                       07:43:01
11           Q    What were you referring to?               07:43:01
12           A    Remanufacturing has to do with how you    07:43:02
13      modify an instrument that you plan to resell.  If it's  07:43:10
14      an instrument that is owned by the hospital and the 07:43:17
15      hospital wants to have that instrument repaired and 07:43:21
16      reset, then that's not considered remanufacturing;  07:43:23
17      that's considered a repair.                         07:43:30
18           Q    And that's your position; correct?        07:43:31
19           A    That's my position; that's the same       07:43:33
20      position that Kevin, who handles our regulatory     07:43:37
21      affairs, has come to following the guidance of the FDA  07:43:42
22      blue book memorandum, and he can speak more to that 07:43:47
23      than I can, I'm not an expert on this, going by what 07:43:51
24      I've been told by him, and --                       07:43:54
25           Q    Where is -- sorry.                        07:43:57
```

Page 32

```
1    STATE OF CALIFORNIA      )
2                             )  ss.
3    COUNTY OF LOS ANGELES    )
4              I, Vickie Blair, CSR No. 8940, RPR-CRR, in
5    and for the State of California, do hereby certify:
6              That, prior to being examined, the witness
7    named in the foregoing deposition was by me duly sworn
8    to testify as to the truth, the whole truth, and
9    nothing but the truth;
10             That said deposition was taken before me
11   at the time and place therein set forth, and was taken
12   down by me stenographically and thereafter transcribed
13   via computer-aided transcription under my direction and
14   is a true record of the testimony given;
15             I further certify I am neither counsel
16   for, nor related to, any party to said action, nor
17   interested in the outcome thereof;
18             IN WITNESS WHEREOF, I have hereto
19   subscribed my name this 4th day of November, 2022.
20
21
22
23
24             [Signature: Vickie Blair]
25             Vickie Blair, CSR No. 8940, RPR-CRR
```

Page 205