**MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN, (CSB No. 261815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@ mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant,*
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC. *Plaintiff/Counter-Defendant,* v. INTUITIVE SURGICAL, INC., *Defendant/Counterclaimant.* | Case No. 3:21-cv-03496-AMO <br><br> Honorable Araceli Martinez-Olguin <br><br> **MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 156)** |

In accordance with this District's ECF filing procedures, Plaintiff requests that the Court remove the public version of PLAINTIFF SURGICAL INSTRUMENT SERVICE COMPANY, INC.'S OPPOSITION TO INTUITIVE'S MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT from the public docket at Dkt. 156.  The redaction of the brief is being updated at the request of Defendant Intuitive Surgical, Inc.  The ECF HelpDesk has been contacted and has temporarily removed the public brief and its associated exhibits from the public docket and is awaiting this Court's order to permanently remove Dkt. 156 from the docket.

There are no other modifications to the brief and the originally filed exhibits are being refiled along with the updated brief.  In addition, for purposes of allowing the Court

1  to review the up-to-date redaction of the brief (Dkt. 155-2) filed with SIS's
2  ADMINISTRATIVE MOTION TO FILE OPPOSITION AND REPLY BRIEF UNDER
3  SEAL (Dkt. 155), an updated version of the Administrative Motion, Brief (showing
4  redactions) and associated exhibits is also being filed.

Dated: May 10, 2023   **MCCAULLEY LAW GROUP LLC**

By: */s/ Joshua Van Hoven*
   JOSHUA V. VAN HOVEN
   E-Mail: josh@mccaulleylawgroup.com
   3001 Bishop Dr., Suite 300
   San Ramon, California 94583
   Telephone: 925.302.5941

   RICHARD T. MCCAULLEY (*pro hac vice*)
   E-Mail: richard@ mccaulleylawgroup.com
   180 N. Wabash Avenue, Suite 601
   Chicago, Illinois 60601
   Telephone: 312.330.8105

   *Attorneys for SURGICAL INSTRUMENT SERVICE COMPANY, INC.*