**MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN, (CSB No. 261815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@ mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant,*
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>*Defendant/Counterclaimant.* | Case No. 3:21-cv-03496-AMO<br><br>Honorable Araceli Martinez-Olguin<br><br>**[PROPOSED] ORDER RE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 156)** |

1  Before the Court is Plaintiff Surgical Instrument Service Company, Inc.'s MOTION
2  TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 156).  Upon consideration of
3  the Motion and finding good cause, the Court hereby grants the Motion and orders that Dkt.
4  156 be removed from the docket for this matter.
5
6  DATED: _____   _____
7                                                                                Honorable Araceli Martinez-Olguin
                                                                                   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28