```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   SURGICAL INSTRUMENT SERVICE      )
     COMPANY, INC.,                   )
 5                                    )
            Plaintiff,                )
 6                                    )
            vs.                       ) Case No.
 7                                    ) 3:21-CV-03496-VC
     INTUITIVE SURGICAL, INC.,        )
 8                                    )
            Defendant.                )
 9   _____ )
10
11
12        VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
13          DEPOSITION OF GREG POSDAL, 30(B)(1)
14
15              Tuesday, November 1, 2022
16        Remotely Testifying from Phoenix, Arizona
17
18
19
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 5541334-B
```

                                                    Page 1

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

4   SURGICAL INSTRUMENT SERVICE        )
    COMPANY, INC.,                     )
5                                      )
            Plaintiff,                 )
6                                      )
            vs.                        ) Case No.
7                                      ) 3:21-CV-03496-VC
    INTUITIVE SURGICAL, INC.,          )
8                                      )
            Defendant.                 )
9   _____   )

10

11

12           Virtual videoconference video-recorded

13   deposition of GREG POSDAL, in the capacity of a

14   30(B)(1) witness, Remotely Testifying from Phoenix,

15   Arizona, on Tuesday, November 1, 2022, beginning at

16   11:14 a.m., PDT, and concluding at 2:36 p.m.,

17   pursuant to the stipulations of counsel thereof,

18   before Hanna Kim, CLR, Certified Shorthand Reporter,

19   No. 13083.

20

21

22

23

24

25

                                            Page  2

```
 1        REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:

 2

 3    For Plaintiff and the Witness:

 4              HALEY GUILIANO

 5              BY:  RICHARD T. McCAULLEY, ESQ.

 6              111 North Market Street, Suite 900

 7              San Jose, California 95113

 8              669.213.1071

 9              richard.mccaulley@hglaw.com

10

11    For Hospital Plaintiffs and the Proposed Class:

12              BONI, ZACK & SNYDER LLC

13              BY:  JOSHUA D. SNYDER, ESQ.

14              15 St. Asaphs Road

15              Bala Cynwyd, Pennsylvania 19004

16              610.822.0203

17              jsnyder@bonizack.com

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1              REMOTE APPEARANCES OF COUNSEL:

 2

 3    For Defendant Intuitive Surgical:

 4            COVINGTON & BURLING LLP

 5            BY:  ISAAC D. CHAPUT, ESQ.

 6            BY:  AUSTIN MARTIN, ESQ.

 7            Salesforce Tower

 8            415 Mission Street, Suite 5400

 9            San Francisco, California 94105-2533

10            415.591.7020

11            ichaput@cov.com

12            amartin@cov.com

13

14    Also Present:

15            RAMON PERAZA, Videographer

16

17

18

19

20

21

22

23

24

25

                                        Page 4
```

1        A.    Head of the flexible repair lab, flexible

2    endoscope repair lab.

3        Q.    What is Keith Posdal's role?

4        A.    Head of the used equipment and

5    instrumentation.                                        11:18:08

6        Q.    What is John Jarrette's?

7        A.    Head of instrumentation.

8        Q.    Who does Keith Johnson report to?

9        A.    Me -- I'm sorry.  I missed that.

10       Q.    Does he currently report to you, or does   11:18:23

11   he report to the COO?

12       A.    He currently reports to me.

13       Q.    So the COO and Mr. Johnson report to you,

14   and then the other folks who were previously in your

15   reporting chain report to the COO now?                  11:18:35

16       A.    That's correct.

17       Q.    Okay.  And Mr. Johnson is the SVP of

18   sales; is that correct?

19       A.    Yes.

20       Q.    Are Denise and Keith Posdal relations of  11:18:43

21   yours?

22       A.    Siblings.

23       Q.    How long have you been employed by SIS?

24       A.    Since 1983.  So 42 years, something like

25   that.  Is that -- is that right?                        11:19:04

                                                    Page 10

1              No -- yeah.  Is it -- no, 41 years.

2    40 years.  I don't know.

3         Q.    I think it's around 40.

4              What was your role when you first joined

5    SIS?                                              11:19:22

6         A.    I was in a -- a repair role and kind of a

7    research and development role.  We added services.

8    I added services to what we were currently

9    repairing.

10        Q.    When did you become president and CEO?    11:19:34

11        A.    2000, I think.

12        Q.    Who was the president and CEO prior to

13   you?

14        A.    Robert Posdal, my father.

15        Q.    Describe for me SIS's business at -- at    11:19:47

16   the present.

17        A.    At the present, the great majority of our

18   business is -- is repair business, among a number of

19   different disciplines.

20        Q.    What disciplines does SIS provide repair    11:20:06

21   services in?

22        A.    Stainless steel instrumentation, specialty

23   instrumentation, frigid endoscopes, flexible

24   endoscopes, orthopaedic power instrumentation, video

25   instruments, and miscellaneous instruments.  I think    11:20:25

Page 11

1     I got them all.

2          Q.   Where, if anywhere, in -- in that list

3     does robotics fall?

4          A.   That's -- that's a separate department.

5     And one that's not currently performed in-house.     11:20:52

6          Q.   Okay.  Are there other departments that

7     SIS facilitates services for but are not performed

8     in-house?

9          A.   Previously mentioned harmonic scalpels,

10    PHACO handpieces, fiberoptic light cables, and some    11:21:14

11    overflow when we're beyond capacity.

12         Q.   When -- when you say "overflow when you're

13    beyond capacity," you're referring to the -- the

14    other categories that you mentioned previously?

15         A.   That's correct.                             11:21:40

16         Q.   So for the -- the list of disciplines that

17    you mentioned previously, in the ordinary course,

18    those -- those repair services are provided by SIS

19    employees; is that right?

20         A.   That's correct.                             11:21:59

21         Q.   When SIS uses subcontractors, does it

22    disclose to its customers that it has subcontracted?

23         A.   Not generally.

24         Q.   Why not?

25         A.   They don't -- they haven't asked.  They     11:22:11

Page 12

1    those was.  They had an agreement with them for a

2    period of a year, and we had to wait for that

3    agreement to end to start working with Rebotix.

4        Q.   What was the other company that had an

5    agreement with them?                                    11:42:25

6        A.   I -- I -- I can't be a hundred percent

7    certain.  But I believe that was Restore Robotics,

8    or -- or whatever's Clif's company was at that time.

9    Not sure if it -- it was named that or not.

10       Q.   Was SIS's arrangement with Rebotix            11:42:42

11   exclusive, or was Rebotix allowed to have other

12   companies service customers for them?

13       A.   Again, we were in the beginning phases of

14   that.  But the discussions with Chris Gibson said

15   that their efforts had basically yielded no success    11:42:58

16   in their -- in -- in -- anyone else's ability to

17   sell this program.

18            We felt highly confident with our contacts

19   and our relationships and -- and our background that

20   we would be successful in this.  And so, we were in    11:43:14

21   discussions with them about getting to the point

22   where it would be exclusive again.

23            They -- I think they had some doubt

24   whether we could do that or not based on their

25   previous experiences, but we were confident once we    11:43:33

Page 26

1    could show them that -- that we could provide this

2    service accurately to customers, that we would be

3    able to move towards a more permanent and exclusive

4    relation -- relationship with them.

5        Q.    Why was SIS confident that it would be          11:43:50

6    successful in the EndoWrist reset business?

7        A.    A number of reasons.  Being in the

8    business for as long as we had, we knew there was an

9    appetite for this service.  From customers, I think

10   there largely was concern.  I don't know if disdain   11:44:10

11   is too strong of a word about Intuitive and that the

12   customers didn't understand why these things were so

13   expensive, why they had limited lives, et cetera.

14          I think they -- they were clamoring for an

15   option.  And -- and we had some significant            11:44:35

16   relationships with -- with IDNs and GPOs and knew

17   what the potential savings to the hospitals could

18   look like.  And were -- were convinced that we'd be

19   able to do a great job of -- of bringing this to

20   market.                                                11:45:00

21       Q.    What customers expressed to you that they

22   didn't understand why EndoWrist instruments had

23   limited lives?

24       A.    Can you repeat that question.

25       Q.    Sure.                                         11:45:15

Page 27

1            What SIS customers expressed to you that

2    they didn't understand why EndoWrist instruments had

3    limited lives?

4        A.   I personally probably didn't have any of

5    those conversations.  Those were largely Keith        11:45:27

6    Johnson conversations.  So I had no direct

7    conversations about those.

8        Q.   Would -- would your answer be the same

9    about customers that expressed a lack of

10   understanding about why EndoWrist instruments are so  11:45:49

11   expensive?

12       A.   I would imagine.  Yes.

13       Q.   You mentioned that SIS was planning to

14   perform the EndoWrist reset process in-house

15   eventually; is that right?                            11:46:11

16       A.   That's correct.

17       Q.   What steps would SIS needed to have taken

18   in order to be able to provide that service

19   in-house?

20       A.   We had discussions with Rebotix at the      11:46:20

21   time.  We had set up for a training period, where --

22   whereby Rebotix personnel would come to our lab,

23   help train our people.

24            Again, the great majority of what would go

25   into this service from our perspective, from -- from  11:46:42

Page 28

1    our strength, was the fact that we've repaired

2    instruments similar this whole time.  The only thing

3    different was the chip.  So we really needed to kind

4    of get familiar with the processes surrounding the

5    chip component on the replacement and then be taught          11:47:01

6    the rest of their policies and procedures for

7    testing and evaluating those devices.

8         Q.   So I think you said you had discussions

9    with Rebotix about all of that.  But did -- did any

10   of those steps -- did SIS ever actually ever take           11:47:22

11   any of those steps, to -- so let -- let -- let --

12   let's do it this way.

13            Did the -- that training period that you

14   mentioned, did that ever happened?

15        A.   It did not.                                        11:47:32

16        Q.   Okay.

17        A.   It did not.  We were assembling the

18   components we needed.  There were some specialized

19   devices, one that was mentioned earlier and that was

20   the device to open the EndoWrists undamaged.               11:47:46

21            So we purchased the -- the items we needed

22   for that.  Some, like I said, were specific.  Some

23   were merely tools.  And so, we were in the process

24   of gathering all of that.

25        Q.   When was SIS in the process of gathering           11:48:02

Veritext Legal Solutions
866 299-5127

1    all of that?

2         A.   I -- I can't say for sure.  My best

3    recollection would be about the middle of 2019, I

4    suppose.

5         Q.   Did SIS ever get familiar with the                11:48:17

6    processes surrounding the chip component of the

7    replacement?

8         A.   Not beyond the initial discussion with

9    Chris Gibson and -- and a couple after that.  We did

10   have Greg Fiegel up to our lab.  He walked through       11:48:42

11   the process with a customer of -- or answered

12   questions regarding EndoWrist repair with a customer

13   that was visiting.

14        Q.   What customer?

15        A.   It was Banner Healthcare.                         11:49:01

16             Let me make a note here.  I'm not certain

17   if it was Greg Fiegel.  They may have sent someone

18   else up.  I don't recall.  It -- it -- it could have

19   been Greg Fiegel.  It could have been somebody else.

20        Q.   Okay.  Apart from the training period,           11:49:26

21   acquiring the tools that you mentioned, any other

22   steps that SIS would have needed to take in order to

23   perform the EndoWrist reset process in-house?

24        A.   Just the training with the -- what

25   robotics had established as their parameters for        11:49:48

                                                            Page 30

```
 1    ability to do this, I think that would have pursued
 2    with far more vigor.
 3              It -- it seemed crazy to invest a lot of
 4    money if we didn't get past the -- Intuitive's
 5    effect on the hospital and their -- their ability to    12:02:58
 6    feel comfortable with -- with giving these items out
 7    for chip re- -- reset without, you know, losing
 8    their -- their service contracts with Intuitive.
 9        Q.   When did SIS start working with Restore?
10        A.   Don't know the exact date, but it was       12:03:30
11    likely in the middle of 2020.  It was after the
12    pandemic started rolling.
13        Q.   Does SIS still have any ongoing business
14    with Rebotix, setting aside Benjamin Bi- --
15    Biomedical, but Rebotix specifically?                 12:03:55
16        A.   Rebotix specifically, no.
17        Q.   Does SIS plan to enter into business again
18    with Rebotix specifically?
19        A.   Sure.  If we have multiple sources for
20    this service, we will use both of them.               12:04:07
21        Q.   Does SIS still plan to perform the service
22    in-house for the Xi, once that is up and running?
23        A.   I -- it -- it would be our -- our usual
24    business practice to do that.
25        Q.   Under what circumstances would you not do    12:04:35
```

Page 39

1    that?

2         A.   Under the current conditions, if -- if

3    hospitals are unwilling to jeopardize their service

4    agreements with Intuitive, it would be futile to

5    pursue that.                                    12:04:49

6         Q.   And if those current conditions were to

7    change, are there any circumstances under which SIS

8    would rely on service partners to perform the Xi

9    reset as opposed to doing it in-house?

10        A.   I would suppose that is a question similar  12:05:15

11   to the one we faced early on.  It -- if the -- if

12   the volume increased too rapidly, I believe we would

13   reach out to either/or of those to help supplement

14   the volume.

15        Q.   Does SIS currently offer its customers the  12:05:34

16   Si EndoWrist reset service?

17        A.   It's available.  It hasn't been pursued or

18   spoken about recently.

19        Q.   If a customer were to approach SIS,

20   would -- would the Si reset be performed by Restore  12:06:10

21   or Rebotix?

22        A.   Likely, Rebotix, but I wouldn't dis- -- I

23   wouldn't count out the ability to use Restore,

24   Rebotix for that as well.

25        Q.   For the EndoWrist reset services, how much  12:06:32

Page 40

1    did SIS pay to Rebotix for each service?

2         A.   I believe it was in the neighborhood of

3    $800 for the complete service, 8- or $900 for the

4    complete service.

5         Q.   Did SIS set its own prices that it charged      12:06:58

6    to customers for that service, or did it follow

7    Rebotix pricing?

8         A.   We relied upon Rebotix pricing at the

9    time.

10        Q.   If SIS had -- had moved forward and -- and      12:07:08

11   performed the service on its own, would it have

12   continued charging the same Rebotix prices, or would

13   SIS would have set its own prices?

14        A.   I would think it's hard to say at this

15   time.  I -- it would have to do with whether or not      12:07:25

16   we reached an agreement with Rebotix to -- to

17   consistently use their pricing and then the feedback

18   that we had gotten from our customers in terms of

19   the value of the service.

20        Q.   What feedback did SIS get from its             12:07:36

21   customers about the value of the service?

22        A.   That they were extremely happy with it.

23        Q.   Did SIS and Rebotix ever have a written

24   agreement?

25        A.   We were in the process of that.  Again,        12:08:08

Page 41

```
 1    I -- this -- this all got shut down so quickly that
 2    things just got put on the back burner.  So there
 3    was an agreement written.  I don't believe there was
 4    an agreement signed.  But there is a -- a verbal
 5    understanding that -- that we would continue.          12:08:25
 6            I think we were told by Rebotix that in
 7    the very short period of time that we had provided
 8    this service that we were the only ones that made --
 9    made any meaningful headway, and they were excited
10    to move forward with us.                               12:08:42
11        Q.   When did Rebotix tell you that?
12        A.   It -- it had to be 2019/2020, probably the
13    second half of 2019.
14        Q.   So you mentioned a couple times this --
15    the program getting shut down or -- or similar        12:09:04
16    words.
17        A.   Mm-hmm.
18        Q.   What do you mean by that?
19        A.   I mean that the customers that we had
20    reached out to and some who had -- we had started to  12:09:15
21    work with already immediately received letters from
22    Intuitive.
23            Sometimes it was their local rep, to my
24    knowledge.  Other times it was Intuitive's legal
25    counsel sending a scary, threatening letter,          12:09:35
```

Page 42

1    throwing around, you know, scary terms, like this

2    may violate the FDA and their process, and -- and

3    that the -- the -- the final threat was -- and --

4    and those are my words; that -- that if they pursue

5    this service, that Intuitive can stop servicing          12:10:00

6    their equipment, will refuse to provide service

7    to -- for the robots and potentially provide them

8    with additional EndoWrists.

9              I don't know of this directly, but I know

10   of a story that there are two hospitals, I believe       12:10:24

11   in the southeast, that decided to push back on that

12   and pursue it.  And one hospital was denied access

13   to new EndoWrists.

14             They said, Fine.  We'll get them from our

15   sister hospital.  And then the sister hospital was       12:10:42

16   threatened with not being able to purchase

17   additional EndoWrists there, either.  And all of our

18   customers and the people we talked to were very

19   afraid of having their robotic program shut down.

20        Q.   Did you speak to any customers directly         12:11:02

21   about the letters that they received from Intuitive?

22        A.   I did not.  I think I had some discussions

23   with Perry Kirwan at Banner about the existence of

24   these letters, and he was aware of them already.

25             So we probably had some discussions about       12:11:25

Page 43

1    that.  I can't remember off the top of my head if I

2    had any other specific conversations with any

3    customers directly.

4         Q.   What did you and Mr. Kirwan discuss?

5         A.   The fact that they very much wanted to          12:11:40

6    proceed with this program.  They knew it was a huge

7    cost savings.  They -- they were confident and

8    comfortable with the fact that it was safe and

9    effective.

10             I don't recall at the time, although, I'm       12:11:52

11   pretty confident we -- we did provide that service

12   with them on a handful of instruments to test, and

13   that they put them back in service without any

14   issues whatsoever, and were comfortable to move

15   forward with this.                                         12:12:13

16             That's probably the only direct

17   conversation I had with Perry Kirwan about it.  I --

18   there's a lot of anecdotal information that came

19   through Keith Johnson in his discussions with Perry.

20        Q.   How did Mr. Kirwan become confident and          12:12:30

21   comfortable that the reset process was safe and

22   effective?

23        A.   As I mentioned, I believe we did some

24   samples for him, and he put them through a -- put

25   them back in service and had no issues with it.            12:12:42

Page 44

```
 1    with everyone --

 2            MR. McCAULLEY:  Yes.

 3            MR. SNYDER:  -- I'll get -- I'll jump in.

 4                    EXAMINATION

 5    BY MR. SNYDER:                              13:57:40

 6        Q.   Mr. Posdal, thanks for being here today.

 7    To reintroduce myself, I'm Josh Snyder, counsel for

 8    the hospitals plaintiffs and the Proposed Class.  I

 9    won't go back through everything that was the

10    subject of your testimony today, but I have a few    13:57:56

11    areas that I'm hoping to clarify or expand on.

12        A.   Okay.

13        Q.   To start, do you recall earlier today

14    testifying about Intuitive's use counter for its

15    EndoWrist?                                  13:58:16

16        A.   Yes.

17        Q.   And I -- I made a note that you referred

18    to that use counter at one point as arbitrary.  Did

19    I take that down word correctly?

20        A.   I believe you did.                 13:58:26

21        Q.   And why -- why did you describe

22    Intuitive's EndoWrist use counter as arbitrary?

23        A.   I -- I guess there were a couple of

24    reasons.  The -- the main reason is that this

25    device, outside of the counter, is substantially   13:58:46
```

Page 72

1    equivalent to instruments that we've repaired for

2    decades.  There's -- there's no meaningful or

3    significant difference.  I think we allowed for the

4    fact that -- that it differs from some monopolar

5    instrumentation, in that it has a couple of wires          13:59:08

6    that help steer and direct the distal tip.

7            Also, that that is not unlike services

8    that we perform every day on flexible endoscopes.

9    And the fact that with a little bit of research, it

10   shows that Intuitive requested 510(k) clearance on         13:59:30

11   these instruments claiming substantial equivalence

12   to existing instruments in the field.

13           Those two things together, our experience

14   with instrumentation and what generally goes wrong

15   with it, what it needs to put it back into shape,          13:59:53

16   all led us to believe that these instruments were

17   made for -- potentially for many more uses than the

18   ten that they were allowed to use.  And -- and I

19   think another factor is, some of the very EndoWrists

20   that Intuitive provides have up to a hundred uses.         14:00:17

21   They're made of the same materials.  It -- it -- it

22   seems -- it -- it seems impossible to believe

23   that -- that some instruments that they could set

24   for a hundred uses are significantly different from

25   the ones that they're setting for ten based on             14:00:36

1    reprocessing and things like that.

2         Q.   Is it fair -- is it fair for me to view

3    your answer as including the word "arbitrary" to

4    encompass issues of patients' safety?

5              MR. CHAPUT:  Objection.                    14:01:00

6    BY MR. SNYDER:

7         Q.   In other words, do you -- do you -- I'll

8    pause.

9              MR. CHAPUT:  Objection.

10   BY MR. SNYDER:                                       14:01:12

11        Q.   Well, let me ask it this way:

12             Do you believe the use counter is

13   arbitrary when it comes to patient's safety?

14             MR. CHAPUT:  Objection to form.

15             THE WITNESS:  I -- I -- I believe it is    14:01:22

16   arbitrary, and -- and let me, I guess, take that a

17   step further.

18             Depending on how the instrument is used.

19   If the instrument is used properly, if it's

20   reprocessed properly, if no excessive force or       14:01:39

21   anything is used during surgery or somehow damaged

22   in reprocessing, the instrument would seem to be

23   safe for multiple uses as are all of the other

24   instruments that we provide service to.

25             That being said, if any of those          14:02:06

Page 74

1    situations occurred, if there was damage during

2    procedure, if it was damaged during reprocessing, if

3    it was dropped on the floor, slammed in a case cart,

4    any of those things, it -- it could be damaged on

5    the very first time.  They either -- it -- it could        14:02:24

6    have nine uses on it, that -- that definitely

7    wouldn't have any meaning because the instrument was

8    damaged beyond its a repair -- its ability to

9    function properly.

10           So all things being correct in use and            14:02:38

11   reprocessing and our experience with other

12   instrumentation, it would seem that ten uses was far

13   too low of a -- an arbitrary number to be assigned

14   to the -- to the number of uses that this instrument

15   would be safe for use.  Again, could damage it on         14:03:00

16   the very first time you use it or -- or before.

17   BY MR. SNYDER:

18       Q.   That -- that's helpful.

19            On a slightly different but related topic,

20   you testified that -- I believe that the opportunity       14:03:14

21   to SIS in EndoWrist repair was in the tens of

22   millions potentially in excess of $100 million a

23   year.

24            Did I get that right?

25       A.   Yes.                                              14:03:30

Page 75

```
 1                THE WITNESS:  Yes, it is.

 2    BY MR. SNYDER:

 3        Q.    Am I right that Mr. Johnson for SIS was

 4    the primary person involved in those discussions?

 5        A.    That is accurate.                    14:11:55

 6        Q.    How long have you worked with Mr. Johnson?

 7        A.    I believe since 2018.

 8        Q.    And did -- did Mr. Johnson ever report to

 9    you that hospitals were expressing safety concerns

10    about repaired EndoWrists?                     14:12:17

11                MR. CHAPUT:  Object to the form.

12                THE WITNESS:  No.

13    BY MR. SNYDER:

14        Q.    Do you have any other reason to think that

15    hospitals have expressed to SIS safety concerns with  14:12:25

16    respect to repaired EndoWrists?

17                MR. CHAPUT:  Object to the form.

18                THE WITNESS:  No.

19    BY MR. SNYDER:

20        Q.    Do you recall closer to the beginning of   14:12:43

21    the day, Intuitive's counsel asked a series of

22    questions about Rebotix's testing of EndoWrists?  Do

23    you recall that generally?

24        A.    Yes, I do.

25        Q.    And think -- thinking back to that         14:13:00
```

```
 1    testimony, my overall question is:  Why was SIS

 2    comfortable relying on Rebotix's testing of

 3    EndoWrists?

 4              MR. CHAPUT:  Object to the form.

 5              THE WITNESS:  I think we were comfortable    14:13:19

 6    because, number one, we have experience in the

 7    repair of devices, similar to the EndoWrist.  And we

 8    had viewed their process.  And it was an adequate

 9    process regarding the physical repair of the

10    equipment.                                            14:13:45

11              In terms of the -- replacing the counter,

12    it was, to my knowledge, a very simple process of

13    soldering an additional component to add lives,

14    nothing more.  The robotic could communicate with

15    the EndoWrist, still see the model number, the       14:14:09

16    serial number.  The only thing that would change

17    were the number of available lives on it.

18              It's not an, from a mechanical standpoint,

19    an overly complicated device.  Once the robot reads

20    that information, there's no exchange, to my         14:14:24

21    knowledge, of any electronic information.  It

22    becomes a manual process.  The robot guides the --

23    the EndoWrist.  It becomes a mechanical instrument,

24    one that we are infinitely familiar with.

25    BY MR. SNYDER:                                        14:14:42
```

Page 83

1      Q.   And did SIS consider developing its own

2  testing programs at any point for EndoWrists?

3      A.   As I stated earlier, I -- we were in the

4  process of setting up training with the Rebotix

5  process.  At that point, we would work with Rebotix      14:15:00

6  and suggest any potential improvements in testing,

7  in verification, any of those things, anything that

8  we could add with our 50 years of experience

9  repairing medical devices.

10     Q.   Go -- going back a -- a few questions, I      14:15:21

11 asked you about SIS's view that EndoWrist repair

12 could be even in excess of $100 million per year

13 opportunity.  Does that -- do you recall that

14 generally, Mr. Posdal?

15     A.   Yes, I do.                                     14:15:41

16     Q.   And it's -- it's fair to say, I think,

17 that S -- SIS didn't achieve anything close to that

18 level of success with its EndoWrist repair business?

19     A.   It is fair to say that.

20     Q.   Why -- why didn't it achieve that level of    14:16:01

21 success?

22          MR. CHAPUT:  Object to form.

23          THE WITNESS:  It's simply the hospitals,

24 through whatever communication by Intuitive, had

25 decided it wasn't worth risking shutting down their    14:16:17

Page 84

```
 1    their legal department, iterated the terms of their
 2    agreement and then ended by saying, if they found
 3    out that the customer was using a third party to do
 4    anything to these EndoWrists, that they may well not
 5    perform a service call when the customer was in          14:17:54
 6    need.  And -- and basically -- basically iterating
 7    that their robot may be inoperable if they choose to
 8    work with a third party.
 9         Q.   Thank -- thank you.
10              If -- if there hadn't been the -- the         14:18:12
11    quick shut down, was SIS prepared to scale up its
12    EndoWrist repair business?
13         A.   Absolute- --
14              MR. CHAPUT:  Object to the form.
15              THE WITNESS:  Absolutely.                      14:18:24
16    BY MR. SNYDER:
17         Q.   How so?
18         A.   We had already set aside some room.  We
19    had started purchasing equipment.  We had the
20    expertise in-house to take care of all of the           14:18:34
21    testing, if -- if we got to that point.  In the
22    beginning, we were able to send to Rebotix that --
23    that process would have happened, whether it was
24    continuing through Rebotix or transitioned to the
25    work in-house.  And most of it was the -- we were       14:18:55
```

Page 86

1    planning to bring it all in-house with the exception

2    of purchasing the actual chip, the -- the -- the

3    additional component from Rebotix.  And they were

4    fine with that process.

5           Q.    Thank -- thank you.                    14:19:14

6                 I have just a question or two on an

7    exhibit, which I'm going to try to pub- -- introduce

8    now.

9                 Hopefully this works.

10                Okay.  It should -- should be showing up.   14:20:10

11          A.    What number is it?

12          Q.    So this will be Plaintiffs' 10 -- 107.

13                (Previously marked Deposition Exhibit 107

14                was referenced.)

15   BY MR. SNYDER:                                       14:20:22

16          Q.    And --

17                MR. CHAPUT:  I don't see it there.

18                MR. SNYDER:  So if -- there are a few

19   different folders.  The one that has your name and

20   then marked exhibits, it's actually at the -- the    14:20:34

21   top because it's earl- -- an earlier number than the

22   defense exhibits.

23                THE WITNESS:  Yeah, I don't -- I don't

24   have that yet.  Let me try refreshing it again.

25                I don't see it.  Is that just me?  Does   14:20:53

Veritext Legal Solutions
866 299-5127

1     Q.   Great.

2          MR. SNYDER:   Thank you, Mr. Posdal.

3     That's all I have at this time.

4          THE WITNESS:   You're welcome.

5                    EXAMINATION                    14:25:27

6     BY MR. McCAULLEY:

7     Q.   Mr. Posdal, I just had a few questions.

8     Earlier on in the day, I think in the context of

9     your deposition on behalf of the company, you

10    testified that you were aware of testing that        14:25:38

11    Rebotix had done that indicated EndoWrists were

12    capable of being used up to a certain amount of uses

13    at least.

14         Do you recall that?

15    A.   I do.                                            14:25:57

16    Q.   And I believe it was up to 50 uses; is

17    that correct?

18         MR. CHAPUT:   Object to form.

19         THE WITNESS:   I believe in that report,

20    and I -- I don't know for certain, I think it said   14:26:07

21    in excess of 50.   I -- I don't recall the exact

22    verbiage, but 50 was mentioned there.

23    Q.   And did you rely on those tests in

24    evaluating your decision to participate with Rebotix

25    in repairing EndoWrists, resetting the counter?      14:26:20

Page 90

```
 1              MR. CHAPUT:  Object to form.

 2              THE WITNESS:  We did.  We had a

 3    longstanding relationship with them in the other

 4    specialties that we had mentioned previously and

 5    relied on their expertise in -- in this to be the      14:26:37

 6    same -- the -- the same quality and -- and

 7    evaluation.

 8    BY MR. McCAULLEY:

 9         Q.  Did you trust Rebotix?

10              MR. CHAPUT:  Object to the form.            14:26:50

11              THE WITNESS:  We did.  We -- like I said,

12    we had a ten-year plus relationship with them.  They

13    serviced the number of devices that -- that -- that,

14    again, are far more complex than the EndoWrists that

15    we're discussing here today.                          14:27:05

16         MR. McCAULLEY:  Thank you.  I don't have

17    anything further, Isaac.

18                   FURTHER EXAMINATION

19    BY MR. CHAPUT:

20         Q.  Okay, Mr. Posdal, I have just a few           14:27:13

21    additional questions.

22              So first, there was some -- you -- you

23    testified in response to some questions Mr. Snyder

24    asked about this phrase "substantial equivalence."

25              Do you recall that testimony?               14:27:31
```

Page 91