*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
                   UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION


     SURGICAL INSTRUMENT SERVICE     )
     COMPANY, INC.,                  ) Case No.:
                                     ) 3:21-cv-03496-VC
                Plaintiff,           )
                                     ) Lead Case No.:
            vs.                      ) 3:21-cv-03825-VC
                                     )
     INTUITIVE SURGICAL, INC.,       )
                                     )
                Defendant            )
     _____ )
     IN RE: DA VINCI SURGICAL ROBOT  )
     ANTITRUST LITIGATION            )
     _____ )
     THIS DOCUMENT RELATES TO:       )
     ALL ACTIONS                     )
     _____ )



            *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
                   30(b)(6) DEPOSITION OF:
                     KEITH ROBERT JOHNSON
                  THURSDAY, OCTOBER 27, 2022
               9:06 a.m. Mountain Standard Time


     REPORTED BY:
     Vickie Blair
     CSR No. 8940, RPR-CRR
     JOB NO. 5539883
     PAGES 1 - 122
```

Page 1

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    Deposition of KEITH ROBERT JOHNSON, the witness, taken
 2    on behalf of the Defendant, on Thursday,
 3    October 27, 2022, 9:06 a.m. Mountain Standard Time,
 4    before VICKIE BLAIR, CSR No. 8940, RPR-CRR.
 5
 6    APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8    FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
      SERVICE CO. INC.:
 9
              HALEY GUILIANO LLP
10            BY JOSHUA VAN HOVEN, Partner
              111 North Market Street, Suite 900
11            San Jose, California  95113
              +1 669 213 1061
12            joshua.vanhoven@hglaw.com
13
14    FOR DEFENDANT INTUITIVE SURGICAL, INC.:
              COVINGTON & BURLING LLP
15            BY ISAAC D. CHAPUT, Associate
              415 Mission Street
16            Suite 5400
              San Francisco, California  94105-2533
17            +1 415 591 7020
18            ichaput@cov.com
              COVINGTON & BURLING LLP
19            BY AUSTIN S. MARTIN, Associate
              One CityCenter
20            850 Tenth Street, NW
              Washington, D.C.  20001-4956
21            +1 202 662 5094
22            amartin@cov.com
23
24
25
```

Page 2

```
 1    devices.                                                 09:27:44
 2         Q    And, when you say "repair," what services      09:27:44
 3    were performed on the EndoWrists as part of that         09:27:48
 4    repair?                                                  09:27:55
 5         A    We were taking the EndoWrists, inspect --      09:28:03
 6    inspecting for functionality and safety, and adding      09:28:08
 7    additional lives to extend the life of that device.     09:28:13
 8         Q    And how did you add additional lives to       09:28:17
 9    extend the life of the device?                          09:28:21
10         A    We installed a new chip to add 10             09:28:23
11    additional lives to that device.                        09:28:30
12         Q    Prior to the EndoWrist business, had SIS      09:28:32
13    ever worked with Rebotix Repair?                        09:28:40
14         A    That's kind of a trick question, but I        09:28:42
15    guess the answer to your question is no.                09:28:56
16         Q    Why do you feel that's a trick question?      09:28:58
17         A    Well, that organization is owned by           09:29:00
18    Benjamin Biomedical, which we have had a 25- to 30-year 09:29:02
19    relationship with.                                      09:29:08
20         Q    Okay.  So you had previously worked with      09:29:09
21    another company that's related to Rebotix, but you had  09:29:15
22    not worked with Rebotix specifically; is that correct?  09:29:17
23         A    We worked with the parent company of that     09:29:22
24    organization, yes.                                      09:29:27
25         Q    Focusing specifically on Rebotix, what        09:29:27
```

Page 22

| | | |
|---|---|---|
| 1 | information did SIS have about Rebotix's capabilities | 09:29:34 |
| 2 | when SIS started its relationship with Rebotix? | 09:29:41 |
| 3 | MR. VAN HOVEN: Objection to form. | 09:29:45 |
| 4 | THE WITNESS: Can you ask that again, I | 09:29:46 |
| 5 | apologize. | 09:29:51 |
| 6 | BY MR. CHAPUT? | 09:29:52 |
| 7 | Q    Sure.  Maybe I can make it a little more | 09:29:52 |
| 8 | straightforward. | 09:29:56 |
| 9 | What did SIS know about Rebotix's | 09:29:57 |
| 10 | capabilities when it entered into the EndoWrist repair | 09:29:59 |
| 11 | business? | 09:30:05 |
| 12 | MR. VAN HOVEN:  Objection to form. | 09:30:05 |
| 13 | THE WITNESS:  So, based on our | 09:30:05 |
| 14 | longstanding relationship with Benjamin Biomedical, and | 09:30:11 |
| 15 | the quality products that they had been providing to us | 09:30:16 |
| 16 | for, like I said, over 25 years, we had every belief | 09:30:19 |
| 17 | that the products and services they were providing were | 09:30:24 |
| 18 | quality, and we went down, visited the lab, made sure | 09:30:27 |
| 19 | that we understood and saw the product that they were | 09:30:32 |
| 20 | developing and the service that they were providing, | 09:30:36 |
| 21 | felt really good about it, and were excited about it, | 09:30:39 |
| 22 | and learned everything we could about their testing | 09:30:42 |
| 23 | practices and what they were doing, and really pretty | 09:30:45 |
| 24 | much everything inside and out about that program | 09:30:49 |
| 25 | before we took it to market. | 09:30:52 |

Veritext Legal Solutions
866 299-5127

```
1    BY MR. CHAPUT:                                              09:30:52
2         Q    Have you ever observed the entirety of            09:30:56
3    what Rebotix calls a repair of an EndoWrist?                09:31:01
4         A    Yes.                                              09:31:07
5              MR. VAN HOVEN:   Object to form.                  09:31:08
6              THE WITNESS:   Yes.                               09:31:08
7    BY MR. CHAPUT:                                              09:31:09
8         Q    When did you observe that repair?                 09:31:11
9         A    I don't remember the specific dates, but          09:31:15
10   if I remember correctly, it was in the fall of '19.         09:31:24
11        Q    And would you describe for me the repair          09:31:30
12   process that Rebotix performed that you observed?           09:31:42
13        A    We observed the complete incoming                 09:31:48
14   inspection process; we observed the chip replacement        09:31:55
15   process; and we also observed the complete outgoing         09:32:03
16   safety and function test of those devices.                  09:32:08
17        Q    Starting with the complete incoming               09:32:12
18   inspection that you observed, what steps were involved      09:32:24
19   in that incoming inspection?                                09:32:27
20        A    Being that that device is a very simple           09:32:33
21   laparoscopic instrument, we observed the functionality      09:32:39
22   of that device, the strength of the pulleys, the            09:32:43
23   sharpness of the scissors, the -- the grasping strength     09:32:48
24   of the forceps, all of those safety and function to         09:32:53
25   make sure that those devices met the original intended      09:32:57
```

Page 24

```
 1    the country, so we have team members and reps on the       09:46:48
 2    ground, and we work with hospitals on a daily basis        09:46:51
 3    picking up items and devices in need of service,           09:46:54
 4    getting those to one of our labs, they are serviced and    09:46:57
 5    then returned to the facility.                             09:47:02
 6              So this Rebotix program that we were             09:47:03
 7    providing fell right in line with what we were doing       09:47:05
 8    every day.                                                 09:47:10
 9         Q    Was the service performed at one of SIS's        09:47:10
10    labs?                                                      09:47:16
11              MR. VAN HOVEN:  Objection to form.               09:47:18
12              THE WITNESS:  We were -- every discussion        09:47:19
13    we had was about bringing it in-house and doing it         09:47:27
14    ourselves.  In fact, a couple members of their team        09:47:29
15    came to Chicago and worked in our lab with us, and         09:47:37
16    our -- some of our technicians that were going to be       09:47:41
17    involved in this program were part of that, so we were     09:47:44
18    absolutely going to be doing this service in-house.        09:47:48
19    BY MR. CHAPUT:                                             09:47:51
20         Q    Okay.  So you said that you were "going to       09:47:51
21    be doing it in-house."                                     09:47:53
22              My question was:  Did SIS ever actually          09:47:54
23    perform the service in-house?                              09:47:57
24         A    No.                                              09:47:58
25         Q    So for all of the EndoWrist repairs that         09:48:00
```