*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION


 SURGICAL INSTRUMENT SERVICE     )
 COMPANY, INC.,                  ) Case No.:
                                 ) 3:21-cv-03496-VC
           Plaintiff,            )
                                 ) Lead Case No.:
      vs.                        ) 3:21-cv-03825-VC
                                 )
 INTUITIVE SURGICAL, INC.,       ) Pages 1 to 65
                                 )
           Defendant             )
 _____ )
 IN RE: DA VINCI SURGICAL ROBOT  )
 ANTITRUST LITIGATION            )
 _____ )
 THIS DOCUMENT RELATES TO:       )
 ALL ACTIONS                     )
 _____ )


          *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
                      DEPOSITION OF:
                  KEITH ROBERT JOHNSON
                 IN HIS PERSONAL CAPACITY
               THURSDAY, OCTOBER 27, 2022
                        1:27 p.m.


 REPORTED BY:
 Vickie Blair
 CSR No. 8940, RPR-CRR
 JOB NO. 5539883
 PAGES 1 - 68
```

Page 1

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    Deposition of KEITH ROBERT JOHNSON, the witness, taken
 2    on behalf of the Defendant, on Thursday,
 3    October 27, 2022, 1:27 p.m., before VICKIE BLAIR,
 4    CSR No. 8940, RPR-CRR.
 5
 6    APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8    FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
      SERVICE CO. INC.:
 9
              HALEY GUILIANO LLP
10            BY JOSHUA VAN HOVEN, Partner
              111 North Market Street
11            Suite 900
              San Jose, California  95113
12            +1 669 213 1061
              joshua.vanhoven@hglaw.com
13
      FOR DEFENDANT INTUITIVE SURGICAL, INC.:
14
              COVINGTON & BURLING LLP
15            BY ISAAC D. CHAPUT, Associate
              415 Mission Street
16            Suite 5400
              San Francisco, California  94105-2533
17            +1 415 591 7020
              ichaput@cov.com
18
              COVINGTON & BURLING LLP
19            BY AUSTIN S. MARTIN, Associate
              One CityCenter
20            850 Tenth Street, NW
              Washington, D.C.  20001-4956
21            +1 202 662 5094
              amartin@cov.com
22
23
24
25


                                                         Page 2
```

```
 1    your answers about that timeline be roughly the same?    14:52:00
 2                MR. CHAPUT:  Object to the form.             14:52:06
 3                THE WITNESS:  Yes, I'm -- I'm -- I'm a       14:52:09
 4    sales guy, I'm looking for opportunities to sell.  This  14:52:11
 5    robotic program created an opportunity for SIS to        14:52:15
 6    substantially increase the revenue of our organization,  14:52:18
 7    a great opportunity, and that was what I -- I was -- I   14:52:20
 8    was pumped about the opportunity.                        14:52:24
 9    BY MR. SNYDER:                                           14:52:25
10        Q    Let's -- let's go -- let's go there next.       14:52:29
11    I just have a few questions.                             14:52:33
12                This morning I believe you used the word     14:52:35
13    "monumental" in connection with the level of interest    14:52:41
14    in EndoWrist repair.                                     14:52:43
15                Is that a word that you used in that         14:52:44
16    context, Mr. Johnson?                                    14:52:46
17        A    I believe I did, and I don't use that word      14:52:48
18    very often.                                              14:52:50
19        Q    And are -- are there -- are there key --        14:52:53
20    key moments or key events that you have in mind when     14:53:01
21    you refer to the monumental level of interest in         14:53:05
22    EndoWrist repair?                                        14:53:08
23                MR. CHAPUT:  Object to the form.             14:53:11
24                THE WITNESS:  Yeah, there's -- there's a     14:53:12
25    couple very distinct meetings that stick out in my       14:53:16
```

```
 1      head, yes.                                              14:53:18
 2      BY MR. SNYDER:                                          14:53:20
 3          Q    And what -- what are those -- those            14:53:20
 4      meetings that stick out?                                14:53:26
 5          A    One of the biggest ones was the meeting        14:53:27
 6      that we had with Advocate Aurora in Wisconsin.  I'll    14:53:35
 7      just say this, in -- in -- in every meeting that I had, 14:53:46
 8      and I'm not saying some of them, I'm saying all of      14:53:50
 9      them, the -- the level of interest from the people that 14:53:52
10      I met with, which was always usually the C-suite, VP of 14:53:58
11      supply chain, VP of perioperative services, chief       14:54:02
12      robotic surgeon, one of those groups, every single one  14:54:07
13      of them was absolutely excited about this program.      14:54:10
14               Every one of them used the word                14:54:15
15      "hemorrhage;" almost all -- I won't say every one, a    14:54:17
16      majority of the people I meet with said "We hemorrhage  14:54:23
17      money to Intuitive Surgical.  We are looking for ways   14:54:28
18      to reduce costs."                                       14:54:30
19               They love the robot.  They do.  They all       14:54:31
20      love it.  They understand what it does.                 14:54:34
21               It's -- it's the -- the lack of being able     14:54:36
22      to bring these other services that we were offering to  14:54:37
23      the table to help them reduce their costs, and that was 14:54:41
24      what they were excited about.                           14:54:44
25          Q    A couple other names that came up earlier      14:54:51
```

| | | |
|---|---|---|
| 1 | today I wanted to ask about. | 14:54:54 |
| 2 | You testified about Vizient. | 14:54:56 |
| 3 | Do you recall that? | 14:54:57 |
| 4 | A    Uh-huh. | 14:54:58 |
| 5 | Q    And what -- what is Vizient? | 14:54:58 |
| 6 | A    So Vizient is the largest health care GPO | 14:55:01 |
| 7 | in the country. | 14:55:09 |
| 8 | Q    What was Vizient's level of interest in | 14:55:10 |
| 9 | EndoWrist repair? | 14:55:12 |
| 10 | A    I have met with the CEO of Vizient, the | 14:55:18 |
| 11 | chief customer officer of Vizient, in fact, the chief | 14:55:21 |
| 12 | customer officer of Vizient scheduled a meeting with | 14:55:26 |
| 13 | his six high level people that run the entire country | 14:55:28 |
| 14 | because that's how excited they were about this | 14:55:32 |
| 15 | program. | 14:55:35 |
| 16 | They don't -- Vizient doesn't get any | 14:55:36 |
| 17 | value from Intuitive Surgical, they don't get admin | 14:55:38 |
| 18 | fees from Intuitive Surgical, they don't get anything | 14:55:43 |
| 19 | from Intuitive Surgical. | 14:55:47 |
| 20 | So the fact that SIS had a program that | 14:55:50 |
| 21 | could reduce costs to health care, help the hospitals | 14:55:52 |
| 22 | reduce their cost for robotic surgery, and they could | 14:55:55 |
| 23 | bring value to their customers in the robotic space was | 14:55:58 |
| 24 | an absolute home run for them. | 14:56:01 |
| 25 | Q    And could -- can you describe generally | 14:56:05 |

Page 52

```
1    how large Vizient is?  I mean, you said they're the        14:56:11
2    largest, but what does that mean?                          14:56:15
3         A    Yeah, they represent, don't quote me             14:56:16
4    specifically, but they represent somewhere between         14:56:19
5    2,500 and 3,000 hospitals.                                 14:56:22
6         Q    And what -- what's Vizient's geographic          14:56:24
7    scope?                                                     14:56:29
8         A    National, every state in the union.              14:56:29
9         Q    Another -- another name that I believe           14:56:36
10   came up earlier today was Johns Hopkins.                   14:56:37
11             Did you mention Johns Hopkins?                   14:56:41
12        A    Yes.                                             14:56:43
13        Q    What do you recall about -- did you meet         14:56:43
14   with Johns Hopkins at any point?                           14:56:45
15        A    Yes.                                             14:56:48
16        Q    What do you recall about that meeting?           14:56:48
17        A    I could describe the gentleman to you            14:56:56
18   because I remember specifically what he looked like, I     14:56:57
19   believe he was the director of sourcing or the VP of       14:57:00
20   supply chain, and forgive me for not remembering his       14:57:04
21   title specifically, that meeting was teed up by the        14:57:08
22   Vizient director that -- the client executor that          14:57:13
23   managed that relationship with Johns Hopkins, and they     14:57:17
24   told them that they had a vendor that had a cost           14:57:19
25   savings program around robotic surgery.                    14:57:21
```

Veritext Legal Solutions
866 299-5127