SONYA D. WINNER (SBN 200348)
Email: swinner@cov.com
CORTLIN H. LANNIN (SBN 266488)
Email: clannin@cov.com
ISAAC D. CHAPUT (SBN 326923)
Email: ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

*Attorneys for Defendant/Counterclaimant
Intuitive Surgical, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> Plaintiff/Counterclaim-Defendant <br><br> vs. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant/Counterclaimant. | Case No.: 3:21-cv-03496-AMO-LB <br><br> **SUPPLEMENTAL DECLARATION OF ANDREW LAZEROW IN SUPPORT OF INTUITIVE SURGICAL, INC.'S MOTION TO EXCLUDE TESTIMONY OF PHILIP J. PHILLIPS** |

I, ANDREW LAZEROW, declare as follows:

1. I am an attorney licensed to practice in the District of Columbia and Maryland and am admitted to practice *pro hac vice* before this Court. I am a partner with the law firm of Covington & Burling LLP, counsel for Intuitive Surgical, Inc. ("Intuitive") in this matter. I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently thereto.

2. Attached to this supplemental declaration as **Exhibit 17** is a true and correct copy of certain excerpts of the deposition of Philip J. Phillips taken in this litigation on March 10, 2023.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: May 11, 2023         By: _____
                                ANDREW LAZEROW