# EXHIBIT 17

```
 1   UNITED STATES DISTRICT COURT

 2   FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3   SAN FRANCISCO DIVISION

 4

 5    - - - - - - - - - - - - - - - - - - -x

 6   SURGICAL INSTRUMENT SERVICE COMPANY, INC.,

 7                      Plaintiff,

 8          -against-

 9   INTUITIVE SURGICAL, INC.,

10                      Defendant.

11    - - - - - - - - - - - - - - - - - - -x

12                   Virtual Zoom Deposition

13                   March 10, 2023

                     9:00 a.m.

14

15

16        VIRTUAL VIDEO DEPOSITION of PHILIP J.

17   PHILLIPS, in the above-entitled action, held

18   at the above time and place, taken before

19   Jeremy Richman, a Shorthand Reporter and

20   Notary Public of the State of New York,

21   pursuant to the Federal Rules of Civil

22   Procedure, and stipulations between Counsel.

23

24              *      *      *

25
```

Veritext Legal Solutions
866 299-5127

```
1                   P. PHILLIPS
2        Q.    Okay.  Does -- but am I right      09:21:43
3   that statements that FDA officials made       09:21:46
4   on the topic of the regulatory status         09:21:49
5   of extending the uses of EndoWrists is        09:21:54
6   something that would impact your              09:21:57
7   opinions, correct?                            09:22:00
8        A.    Well, I would certainly            09:22:02
9   consider those in rendering opinions,         09:22:04
10  yes.                                          09:22:06
11       Q.    Okay.  And you didn't              09:22:06
12  consider any of the statements that FDA       09:22:08
13  officials made in submitting -- when          09:22:10
14  you submitted your opening report;            09:22:12
15  isn't that right?                             09:22:15
16       A.    Unless there's any opinions        09:22:16
17  here, and I don't recall off the top of       09:22:18
18  my head, unless there's any opinions          09:22:19
19  that actually reflected some statements       09:22:21
20  that reviewers or other FDA officials         09:22:23
21  had made, I would agree with your             09:22:26
22  statement.                                    09:22:28
23       Q.    All right.  So if I read your      09:22:28
24  report from front to back, and I don't        09:22:31
25  see you, see you referencing a                09:22:34
```

Veritext Legal Solutions
866 299-5127

```
 1                   P. PHILLIPS
 2     statement by an FDA official on the        09:22:36
 3     topic of extending the usages of an        09:22:38
 4     EndoWrist, then it's fair that, to         09:22:43
 5     conclude you did not consider those        09:22:47
 6     statements in forming your opinions in     09:22:48
 7     this opening report?                       09:22:50
 8          A.   Yes.                             09:22:53
 9          Q.   Under Depositions, you have      09:22:53
10     listed two depositions, do you see         09:22:58
11     that?                                      09:23:02
12          A.   Yes.                             09:23:03
13          Q.   Who is Mark Johnson and Ted      09:23:14
14     Clairborne in terms of their               09:23:17
15     affiliation?                               09:23:18
16          A.   I believe they're Intuitive      09:23:19
17     employees, I don't know their actual       09:23:22
18     titles.                                    09:23:23
19          Q.   So in preparing your opening     09:23:26
20     report, you did not review the             09:23:29
21     deposition of Greg Posdal; is that         09:23:31
22     right?                                     09:23:37
23          A.   I believe that's correct, I      09:23:37
24     did not.                                   09:23:38
25          Q.   You did not review the           09:23:38
```

Page 29

```
 1                    P. PHILLIPS
 2      creating a code.                        09:31:29
 3               So the product code database   09:31:31
 4      itself is quite a diverse group of      09:31:31
 5      codes that have varied meaning          09:31:35
 6      depending upon the actual reviewers,    09:31:37
 7      for the most part reviewers and lower   09:31:41
 8      level administers that create them.     09:31:44
 9          Q.    In your consulting practice,  09:31:45
10      do you periodically look at the product 09:31:47
11      codes on FDA's website?                 09:31:51
12          A.    Yes.                          09:31:55
13          Q.    Why do you do that?           09:31:56
14          A.    Because it does represent     09:31:57
15      groupings of devices, categorization of 09:31:59
16      devices.  But again, with the           09:32:04
17      limitation that I understand that those 09:32:07
18      product codes are not terribly precise. 09:32:08
19          Q.    And you know those product    09:32:10
20      codes have a category that says         09:32:13
21      "submission," right?                    09:32:17
22          A.    I'm a little confused with    09:32:19
23      what you're saying.                     09:32:22
24          Q.    Well, when you pull up, when  09:32:23
25      you go to that database, which you do   09:32:24
```

Page 38

```
 1                    P. PHILLIPS
 2      comply with FDA requirements, if at        10:27:40
 3      all?                                       10:27:42
 4                  MR. MCCAULLEY:  Objection to   10:27:44
 5        form.                                    10:27:45
 6          A.    Well, I would want to be         10:27:45
 7      aware of any product codes that are        10:27:48
 8      being created.  But again, that            10:27:49
 9      wouldn't necessarily determine what my     10:27:52
10      advice would be.                           10:27:54
11          Q.    Why would you want to be         10:27:55
12      aware of the product codes that have       10:27:56
13      been created?                              10:27:58
14          A.    Well, you can just see that      10:27:59
15      again what a reviewer and administrator    10:28:01
16      at FDA have done, or how they perhaps      10:28:05
17      viewed a particular situation.  Again,     10:28:08
18      I wouldn't necessarily believe that        10:28:10
19      that represents FDA's official position    10:28:12
20      because product codes are created very     10:28:14
21      informally.  But I would like to be        10:28:17
22      aware of it.                               10:28:19
23          Q.    And let's say you did exactly    10:28:21
24      that.  They told you what I told you       10:28:24
25      they wanted to do.  And you went to the    10:28:27
```

Page 81

P. PHILLIPS

| | | |
|---|---|---|
| 1 | | |
| 2 | down to whether they were making any | 10:33:35 |
| 3 | significant changes to the OEM's | 10:33:37 |
| 4 | device.  That would be the determining | 10:33:39 |
| 5 | factor. | 10:33:41 |
| 6 | But there could be other | 10:33:43 |
| 7 | questions that could be raised as well | 10:33:45 |
| 8 | that would be extremely relevant to | 10:33:48 |
| 9 | making the decision as to whether a | 10:33:50 |
| 10 | 510(k) is an appropriate filing. | 10:33:52 |
| 11 | Q.    But what steps would you | 10:33:56 |
| 12 | take, would you recommend, for example, | 10:33:58 |
| 13 | that they go and consult any particular | 10:34:00 |
| 14 | regulation? | 10:34:04 |
| 15 | A.    Well, again, it's more | 10:34:07 |
| 16 | complicated than we can just simply | 10:34:08 |
| 17 | talk about in a few minutes.  In this | 10:34:11 |
| 18 | particular case, you have to determine | 10:34:16 |
| 19 | what activities the company is engaged | 10:34:18 |
| 20 | in and how FDA regulates those | 10:34:20 |
| 21 | activities. | 10:34:23 |
| 22 | If the company maintains that | 10:34:25 |
| 23 | they are simply doing servicing of a | 10:34:26 |
| 24 | device and returning it back to the | 10:34:30 |
| 25 | healthcare provider or the hospital and | 10:34:31 |

Page 87

```
 1                    P. PHILLIPS
 2    that they've not made any significant      10:34:33
 3    changes to the device, then that's one     10:34:35
 4    particular path that you would have to     10:34:39
 5    travel to develop the documentation to     10:34:40
 6    support whatever the final position is.    10:34:44
 7              If the company is making         10:34:45
 8    significant changes to the device, if      10:34:47
 9    they acknowledge that the changes they     10:34:49
10    made are significant, then they may be     10:34:52
11    either a remanufacturer or perhaps even    10:34:53
12    a manufacturer.  And then there's a        10:34:56
13    whole other set of questions that have     10:35:01
14    to be asked because a significant          10:35:02
15    change could result in a nonsubstantial    10:35:04
16    equivalent determination and not being     10:35:06
17    eligible to go to market by way of a       10:35:08
18    510(k).                                    10:35:11
19              It depends upon the              10:35:13
20    circumstances and there's a lot of         10:35:15
21    different circumstances that could         10:35:17
22    affect an outcome of this type of a        10:35:20
23    situation.                                 10:35:21
24         Q.    Why does it depend on the       10:35:22
25    circumstances?                             10:35:24
```

Page 88

P. PHILLIPS

1

2      A.     What is the company engaged       10:35:25

3   in?  Are they relabelling the product?     10:35:28

4   Are they offering the product for sale      10:35:31

5   as part of their catalog?  Have they        10:35:34

6   made significant changes to the device?     10:35:37

7   All of these things are extremely           10:35:38

8   important decisions before you can          10:35:40

9   advise a client as to what it is that       10:35:43

10  they should actually do.                    10:35:46

11      Q.     And if the company comes to       10:35:47

12  you and says we're making a significant     10:35:50

13  change to an OEM's device, at that          10:35:52

14  point you need tell them they need to       10:36:02

15  get a 510(k); is that fair?                 10:36:04

16      A.     No, that's not fair.  I would     10:36:07

17  question the basis for how they             10:36:09

18  concluded the change is significant.        10:36:11

19  If a company wants to be subject to         10:36:12

20  higher regulation than is required by       10:36:15

21  law, I've helped some companies do that     10:36:16

22  on occasion.  But generally speaking        10:36:18

23  what I would first do is dive a little      10:36:24

24  deeper as to why they believe that a        10:36:26

25  particular change that they've made is      10:36:28

Veritext Legal Solutions
866 299-5127

```
 1                    P. PHILLIPS
 2     are very egregious examples that are so      11:47:12
 3     clear.  A company remanufactures to the      11:47:18
 4     extent that the device doesn't look          11:47:19
 5     anything like the original device.  It       11:47:21
 6     would have to be something very              11:47:23
 7     extreme.  Otherwise, I would suggest         11:47:25
 8     responding and addressing the issues         11:47:26
 9     and I do that quite frequently.              11:47:27
10         Q.    What is the process, to your       11:47:29
11     knowledge, about how, that the FDA goes      11:47:31
12     through to get approval to, internally       11:47:35
13     to send an "It Has Come to Our               11:47:38
14     Attention" letter, do you know?              11:47:41
15         A.    Well, there's, again, let me       11:47:42
16     tell you, there's been a recent             11:47:45
17     reorganization within CDRH, and Christy      11:47:47
18     Foreman is aware of that as well.  So        11:47:51
19     we're both perhaps living a couple           11:47:53
20     years ago where it was a slightly            11:47:55
21     different organizational structure.          11:47:57
22              But the individuals that are        11:47:58
23     responsible for taking compliance            11:47:59
24     actions, they do have delegation of          11:48:01
25     authority.  So not just anyone can send      11:48:04
```

Page 154

```
 1                    P. PHILLIPS
 2     one of those letters.                      11:48:07
 3             So that does represent the         11:48:07
 4     views of the organization, but there       11:48:09
 5     are ways of either challenging those       11:48:12
 6     letters, they all have contacts and        11:48:14
 7     dates associated with when you're          11:48:17
 8     supposed to respond.  And depending        11:48:18
 9     upon what the outcome of that is, you      11:48:21
10     can always go to a higher level, appeal    11:48:24
11     any kind of a decision that FDA is         11:48:26
12     making.                                    11:48:28
13         Q.    Does FDA today have the          11:48:29
14     authority to determine whether a           11:48:31
15     particular activity is remanufacturing?    11:48:33
16         A.    Yes, they have the authority     11:48:39
17     to make that decision, yes.                11:48:40
18         Q.    Okay.  Did you see in the        11:48:41
19     course of your work in this matter any     11:48:43
20     "It Has Come to Your Attention"            11:48:45
21     letters?                                   11:48:47
22         A.    Not that I recall.               11:48:47
23         Q.    Would an "It Has Come to Your    11:48:49
24     Attention" letter being sent to Rebotix    11:48:54
25     change your opinions in this matter?       11:48:57
```

Page 155

```
1                    P. PHILLIPS
2    didn't mean to confuse you.            14:14:02
3              There's no application before 14:14:03
4    them, I understand, I have no problem,  14:14:06
5    you're saying the FDA would want to     14:14:08
6    know from the company why it thinks     14:14:10
7    they're engaged in servicing and what   14:14:15
8    it is they're doing, that's what you're 14:14:17
9    telling me, right?                      14:14:18
10        A.    Yes.                         14:14:18
11        Q.    Okay.  And, but when it comes 14:14:19
12   time for FDA to decide is this activity 14:14:22
13   a significant change that brings it     14:14:25
14   into the realm of remanufacturing, the  14:14:27
15   FDA is going to look, is going to make  14:14:29
16   that decision based on the activities   14:14:32
17   that are actually being performed on    14:14:34
18   the device.                             14:14:35
19             Do you agree with me on that? 14:14:36
20        A.    Yes.                         14:14:38
21        Q.    Do you have tab 22 in front  14:14:38
22   of you?                                 14:14:45
23        A.    That's not the one you       14:14:49
24   requested, right, it's still in the     14:14:51
25   box?                                    14:14:52
```

Page 261

```
 1                    P. PHILLIPS
 2        labeled REBOTIX175417 through 418.    16:23:19
 3               (Exhibit 268, marked for       16:23:27
 4        identification, Bates stamped         16:23:27
 5        REBOTIX175417 through 418.)           16:23:28
 6          A.    I have that in front of me    16:23:28
 7   now.                                       16:23:29
 8          Q.    Okay.  This document you did  16:23:30
 9   not review in advance of submitting        16:23:34
10   your opening expert report in this         16:23:39
11   matter, correct?                           16:23:41
12          A.    Yeah, I believe that's        16:23:42
13   correct.                                   16:23:43
14          Q.    And I believe you cited it in 16:23:43
15   your rebuttal report, but let me just      16:23:47
16   look.                                      16:23:56
17               Yes, you included it in        16:23:57
18   Exhibit 1 in your rebuttal.                16:23:59
19          A.    Okay.                         16:24:01
20                                              16:24:02
21                                              16:24:07
22                                              16:24:11
23                                              16:24:15
24                                              16:24:19
25                                              16:24:19
```

Page 359

1                    P. PHILLIPS



2                                              16:24:19
3                                              16:24:23
4                                              16:24:25
5                                              16:24:26
6                                              16:24:27
7                                              16:24:30
8                                              16:24:32
9                                              16:24:33
10                                             16:24:34
11                                             16:24:37
12                                             16:24:39
13                                             16:24:39
14                                             16:24:43
15                                             16:24:44
16                                             16:24:48
17                                             16:24:51
18                                             16:24:53
19                                             16:24:54
20                                             16:24:57
21                                             16:24:58
22                                             16:24:59
23                                             16:25:01
24                                             16:25:07
25                                             16:25:09

Page 360

1               P. PHILLIPS



2                                       16:25:12
3                                       16:25:12
4                                       16:25:13
5                                       16:25:15
6                                       16:25:16
7                                       16:25:19
8                                       16:25:19
9                                       16:25:20
10                                      16:25:20
11                                      16:25:23
12                                      16:25:25
13                                      16:25:28
14                                      16:25:30
15                                      16:25:32
16                                      16:25:35
17                                      16:25:37
18                                      16:25:37
19                                      16:25:38
20                                      16:25:47
21                                      16:25:50
22                                      16:25:51
23                                      16:25:51
24                                      16:25:52
25                                      16:25:54

                                        Page 361

P. PHILLIPS



| | |
|---|---|
| 1 | |
| 2 | 16:25:55 |
| 3 | 16:25:59 |
| 4 | 16:25:59 |
| 5 | 16:26:00 |
| 6 | 16:26:00 |
| 7 | 16:26:04 |
| 8 | 16:26:05 |
| 9 | 16:26:08 |
| 10 | 16:26:10 |
| 11 | 16:26:14 |
| 12 | 16:26:14 |
| 13 | 16:26:15 |
| 14 | 16:26:15 |
| 15 | 16:26:16 |
| 16 | 16:26:20 |
| 17 | 16:26:22 |
| 18 | 16:26:25 |
| 19 | 16:26:26 |
| 20 | 16:26:28 |
| 21 | 16:26:28 |
| 22 | 16:26:29 |
| 23 | 16:26:33 |
| 24 | 16:26:36 |
| 25 | 16:26:37 |

Page 362

```
 1              P. PHILLIPS
 2                                    16:26:42
 3                                    16:26:43
 4                                    16:26:46
 5                                    16:26:46
 6                                    16:27:01
 7                                    16:27:04
 8        Q.    Did you see anywhere in the    16:27:05
 9   files of anything you reviewed in this    16:27:12
10   matter where you saw that SIS made a      16:27:14
11   determination on whether or not it was    16:27:19
12   required to obtain FDA clearance or       16:27:20
13   approval to reset da Vinci S EndoWrist    16:27:22
14   instruments?                              16:27:26
15        A.    Well, I know that they         16:27:26
16   believed they were simply engaged in      16:27:28
17   repair activities.  I'm not exactly       16:27:30
18   sure of internal documentation, is that   16:27:32
19   what you're asking about?                 16:27:35
20        Q.    Yeah.  Did you see internal    16:27:36
21   documentation where they came to that     16:27:38
22   conclusion you're talking about?          16:27:41
23        A.    No.                            16:27:43
24        Q.    In your box there should be a  16:27:44
25   tab 3, you might want to use the box      16:27:49
```

Page 363

```
 1                   P. PHILLIPS
 2      that type of a determination.              17:27:22
 3           Q.    So that statement is not        17:27:23
 4      false and misleading?                      17:27:25
 5           A.    Well, no, I believe it is       17:27:27
 6      false and misleading to make those         17:27:29
 7      types of statements.  Because again,       17:27:30
 8      what was the purpose of making the         17:27:34
 9      statement?  There's a point that's         17:27:35
10      being made, yes, the statement may look    17:27:37
11      relatively benign, but I think you need    17:27:39
12      to look at it in the complete context      17:27:41
13      of the overall communication.              17:27:43
14           Q.    And did you look at the         17:27:44
15      overall communication in which this        17:27:45
16      statement was made?                        17:27:46
17           A.    No, I looked at what was        17:27:48
18      quoted from the complaint.                 17:27:52
19           Q.    And then the last one says in   17:27:52
20      this Paragraph 97, "Intuitive also         17:27:56
21      states that, quote, any modification to    17:27:59
22      allow for use of a da Vinci product        17:28:01
23      beyond its useful life exceeds the         17:28:03
24      scope of the original clearance by         17:28:05
25      expanding the FDA cleared indications      17:28:08
```

Page 420

```
 1

 2                      CERTIFICATION

 3

 4

 5        I, JEREMY RICHMAN, a Notary Public for and

 6     within the State of New York, do hereby

 7     certify:

 8        That the witness whose testimony as herein

 9     set forth, was duly sworn by me; and that the

10     within transcript is a true record of the

11     testimony given by said witness.

12        I further certify that I am not related to

13     any of the parties to this action by blood or

14     marriage, and that I am in no way interested

15     in the outcome of this matter.

16        IN WITNESS WHEREOF, I have hereunto set my

17     hand this 19th day of March, 2023.

18

19

20

21

22     JEREMY RICHMAN

23                     *       *       *

24

25
```

Page 430