# EXHIBIT 13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4

5

6

7                                    )

   SURGICAL INSTRUMENT SERVICE )

8  COMPANY, INC.,                    )

                                     )

9                                    )

         Plaintiff,          ) Case No. 3:21-cv-03496-VC

10                                   )

           vs.                       )

11                                   )

   INTUITIVE SURGICAL, INC.,   )

12                                   )

                                     )

13                                   )

         Defendant.                  )

14   _____    )

15

16  HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY DEPOSITION OF:

17                 KURT HUMPHREY

18             WEDNESDAY, MARCH 15, 2023

19             10:25 A.M. (MST)

20

21

22

23

24  Reported by:   GINA M. CLOUD

25                 CSR No. 6315

                                              Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              Deposition of KURT HUMPHREY, the witness,

 2     taken on behalf of the Defendants, on Wednesday,

 3     March 15, 2023, 10:25 A.M., MST, via Virtual Zoom,

 4     pursuant to NOTICE.

 5

 6     APPEARANCES OF COUNSEL:

 7

 8     FOR PLAINTIFFS:

 9

                    MCCAULLEY LAW GROUP
10                  BY:  JOSHUA VAN HOVEN, ESQ.
                    116 W. Hubbard
11                  Unit 20
                    Chicago, Illinois 60654
12                  (312)330-8105
                    joshua.vanhoven@hglaw.com

13

       FOR DEFENDANTS:

14

                    COVINGTON & BURLING LLP
15                  BY:  KATHRYN CAHOY, ESQ.
                         MIRIAM ARGHAVANI, ESQ.
16                  Salesforce Tower
                    415 Mission Street
17                  Suite 5400
                    San Francisco, California 94105-2533
18                  (415) 591-6000
                    Kcahoy@cov.com

19

20     ALSO PRESENT:

21                  Scott Slater, Videographer

22

23

24

25

                                              Page  2
```

1      Laguna Niguel, California, Wednesday, March 15, 2023

2                      10:25 a.m. (MST)

3

4           THE VIDEOGRAPHER:  Good morning.  We are on

5      the record at 10:25 a.m., Mountain Daylight Time, on      09:25:28

6      March 15, 2023.

7           Please note that this deposition is being

8      conducted virtually.  The quality of the recording

9      depends on the quality of camera and Internet

10     participants.                                             09:25:45

11          Audio and video recording will continue to

12     take place unless all parties agree to go off the

13     record.

14          This is Media Unit 1 of the video-recorded

15     deposition of Kurt Humphrey, taken by Counsel for         09:25:56

16     Defendants in the matter of Surgical Instrument

17     Service Company, Inc., versus Intuitive Surgical,

18     Inc., filed in the United States District Court,

19     Northern District of California, San Francisco

20     Division.  Case number 3:21-cv-03496-VC.                  09:26:12

21          This deposition is being conducted remotely

22     with the witness located in Colorado Springs,

23     Colorado.

24          My name is Scott Slater representing

25     Veritext Legal Solutions and I am the videographer.       09:26:34

Page 4

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    industry dealing with the development of commercial

 2    products, these are the key factors that generally

 3    determine the parameters for design of any product or

 4    system.

 5        Q.   I want to drill down on the meaning of those    13:48:03

 6    a little bit as you use them here.  So based on your

 7    experience generally when you say

 8    performance/reliability, can that -- can

 9    performance/reliability needs be different in

10    different contexts?                                      13:48:19

11        A.   Certainly.  I would I guess go back to my

12    prior experience in military and aerospace avionics

13    products, as well as automotive products.  They have

14    varying degrees of performance requirements,

15    reliability requirements, depending upon the            13:48:52

16    application.

17        Q.   So it depends on -- the performance or

18    reliability requirements for given products depend on

19    the application in part?

20        A.   Yes.                                            13:49:05

21        Q.   Depending on the application, could

22    performance/reliability requirements include certain

23    memory parameters?

24        A.   Yes, it can --

25        Q.   What about -- sorry, I didn't mean to           13:49:27
```

Page 97

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    interrupt you.  I thought you were done.

2         A.    Memory size, access times, and reliability.

3         Q.    The last one you said was reliability.

4         A.    Yes.  I'm not sure if that was included in

5    your question or not, but it certainly is a big        13:49:58

6    factor.

7         Q.    Is another factor processing power or do you

8    include that as something subsumed within access

9    times?

10        A.    No.  I mean, bandwidth, data rates are       13:50:15

11   certainly -- can certainly be important in some

12   application.

13        Q.    What about consistency on detection of

14   electrical contacts, is that encompassed in what you

15   mean by reliability?                                    13:50:39

16        A.    Yes.

17        Q.    So consistency on detection of electrical

18   contacts could be a factor in design choice?

19        A.    Certainly.  I mean, the packaging for

20   microelectronics of the connections between            13:51:07

21   components in systems, whether they're on printed

22   circuit boards or mounted in the systems, I mean

23   depending on the application, certainly electrical

24   connectivity for any electronic product is important.

25        Q.    And then the next key factor you list is     13:51:34

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1         I, GINA M. CLOUD, a certified shorthand

2   reporter for the State of California, do hereby

3   certify:

4      that prior to being examined, the witness named in

5   the foregoing deposition, was by me duly sworn to

6   testify the truth, the whole truth, and nothing but

7   the truth pursuant to Section No. 2093 of the Code of

8   Civil Procedure;

9      That said deposition was taken before me pursuant

10   to notice, at the time and place therein set forth,

11   and was taken down by me in shorthand and thereafter

12   reduced to typewriting via computer-aided

13   transcription under my direction;

14      I further certify that I am neither counsel for,

15   nor related to, any party to said action, nor in

16   anywise interested in the outcome thereof.

17      IN WITNESS WHEREOF, I have hereunto subscribed my

18   name this 20th day of March, 2023.

19

20

21                   GINA M. CLOUD

22                   CSR No. 6315

23

24

25

Page 145