1  Jeffrey M. Singletary, Bar No. 233528
   jsingletary@swlaw.com
2  Justin F. Mello, Bar No. 329514
   jmello@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Blvd, Suite 1400
4  Costa Mesa, California 92626-7689
   Telephone:   714.427.7000
5  Facsimile:   714.427.7799

6  Attorneys for Non-Party
   RESTORE ROBOTICS LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>Plaintiff/Counterclaim-Defendant<br><br>vs.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant/Counterclaim-Plaintiff. | Lead Case No. 3:21-CV-03496-AMO<br>Hon. Araceli Martínez-Olguín<br>Courtroom 10<br><br>**DECLARATION OF CLIFTON PARKER IN RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RESTORE ROBOTICS (ECF No. 153)** |
|---|---|

I, Clifton Parker, declare as follows:

1. I am over the age of eighteen years old and am the chief executive officer for non-party Restore Robotics LLC and its successor Restore Robotics Repairs LLC (collectively "Restore"). Restore is a small private company in the business of reselling, repairing, and remanufacturing EndoWrists for use with the da Vinci Surgical System. Restore has settled its own legal dispute with Intuitive and has no interest in the cases pending in this district. Unless otherwise indicated, I state the following of my own personal knowledge and, if called upon to do so, I could and would testify competently to the following.

2. Pursuant to Civil Local Rules 7-11 and 79-5(f), Restore submits this declaration in response to Plaintiff's ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RESTORE ROBOTICS (ECF No. 153). Based on my review of the materials provided by Plaintiff, I understand that the instant motion includes confidential information that is the subject of multiple administrative motions filed previously by the parties. I hereby reference and incorporate the prior declarations filed in response to those motions. Restore maintains that there are compelling reasons for maintaining the confidentiality of that information.

3. Restore has also completed a review of the redactions in the instant motion and asks the Court to permit the limited redactions to Restore's competitively sensitive information because publication would reveal its business plans, research processes, product development, production methods, regulatory strategies, and internal finances. Consistent with industry practice, Restore has always maintained its competitively sensitive information within a closely held group of individuals on a need-to-know basis. Restore has invested significant manpower and monetary investment in developing its business, including research processes, production methods, testing protocols, and regulatory strategies and customer, vendor, distributor, and partner relationships. Disclosure would give

- 2 -   DECLARATION OF CLIFTON PARKER
3:21-CV-03496-AMO

1  substantial assistance to potential competitors – allowing them to avoid potentially
2  years of time and millions of dollars required to their launch their own business to
3  compete with Restore.  Thus, there are compelling reasons for maintaining the
4  confidentiality of that information with the very limited redactions identified in the
5  table below.

| | |
|---|---|
| Expert Report of Kurt Humphrey<br>Pages 13-14 | Business Plans<br>Research Processes |
| Expert Report of Dr. T. Kim Parnell (March 1, 2023)<br>Pages 110-111<br>Restore-00086093 – Restore-00086120 | Testing Protocols<br>Production Methods<br>510(k) Submission<br>Regulatory Strategy<br>**\* See ECF No. 140 at 6 and ECF No. 140-2.** |
| Expert Report of Dr. T. Kim Parnell (March 1, 2023)<br>Page 112 | Production Methods |
| Deposition of Clifton Parker (October 25, 2022)<br>Pages 141-142 | Business Plans<br>Research Process<br>Product Development |

| Deposition of Kevin May (November 3, 2022) Page 60 | Business Plans |
| --- | --- |
| Deposition of Kevin May (November 3, 2022) Pages 75-76 | Business Plans<br>Internal Finances |
| Deposition of Kevin May (November 3, 2022) Pages 89-90 | Business Plans<br>Research Process<br>Product Development |
| Deposition of Kevin May (November 3, 2022) Pages 89-90 | Business Plans<br>Research Process<br>Product Development |

4. Restore has not disclosed the documents and information above to any third party because it would allow competitors to make use of Restore's extensive efforts to resell, repair, and remanufacture EndoWrists. Disclosure would provide competitors with a significant head start in their own efforts. Moreover, disclosure of some information would reveal internal finances of a private company that have no bearing on the litigation.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.

4  Executed: May 11, 2023        _____
5                                        Clifton Parker