# Exhibit 11

```
 1
 2   UNITED STATES DISTRICT COURT
 3   FOR THE NORTHERN DISTRICT OF CALIFORNIA
 4   SAN FRANCISCO DIVISION
 5    - - - - - - - - - - - - - - - - - - -x
 6   SURGICAL INSTRUMENT SERVICE COMPANY, INC.,
 7                      Plaintiff,
 8         -against-
 9   INTUITIVE SURGICAL, INC.,
10                      Defendant.
11    - - - - - - - - - - - - - - - - - - -x
12                 Virtual Zoom Deposition
13                    March 8, 2023
                      9:00 a.m. CST
14
15
16      VIRTUAL VIDEO DEPOSITION of RICHARD BERO,
17   in the above-entitled action, held at the
18   above time and place, taken before Jeremy
19   Richman, a Shorthand Reporter and Notary
20   Public of the State of New York, pursuant to
21   the Federal Rules of Civil Procedure, and
22   stipulations between Counsel.
23
24              *      *      *
25
```

Page 1

|    |                                                             |           |
|----|-------------------------------------------------------------|-----------|
| 1  | R. BERO                                                     |           |
| 2  | have happened but for the allegations;                      | 11:34:02  |
| 3  | is that fair?                                               | 11:34:03  |
| 4  | A.   Yes, yeah, I can't remember                            | 11:34:05  |
| 5  | if I used the "but-for" in my report or                     | 11:34:07  |
| 6  | not, but yeah.  I'm very familiar with                      | 11:34:09  |
| 7  | that, yeah, I understand what you're                        | 11:34:14  |
| 8  | saying.                                                     | 11:34:15  |
| 9  | Q.   Okay, great.  So to return to                          | 11:34:15  |
| 10 | the question, are you making any                            | 11:34:17  |
| 11 | assumptions about what Rebotix's sales                      | 11:34:19  |
| 12 | would have been in the but-for world?                       | 11:34:22  |
| 13 | A.   Well, I guess, inherently,                             | 11:34:30  |
| 14 | I'm assuming that Rebotix would have                        | 11:34:43  |
| 15 | achieved certain levels of sales                            | 11:34:46  |
| 16 | dependent upon, you know, which model,                      | 11:34:51  |
| 17 | if you will, they would have sold to                        | 11:34:58  |
| 18 | SIS.  And, you know, as I talk about, I                     | 11:35:02  |
| 19 | have the two different models, the                          | 11:35:10  |
| 20 | in-house model and then the distributor                     | 11:35:12  |
| 21 | model.  And the in-house model would be                     | 11:35:13  |
| 22 | Rebotix selling chips directly to SIS.                      | 11:35:16  |
| 23 | A distributor model would be Rebotix                        | 11:35:24  |
| 24 | providing the services, as well as the                      | 11:35:30  |
| 25 | chip, the repair service as well as the                     | 11:35:34  |

Page 92

|   |   |   |
|---|---|---|
| 1 | R. BERO | |
| 2 | chip, to SIS and its customers. | 11:35:35 |
| 3 | So that's, I guess, | 11:35:40 |
| 4 | inherently assuming Rebotix would have | 11:35:42 |
| 5 | made those sales. Unless, to the other | 11:35:45 |
| 6 | extent, Restore was in a position where | 11:35:49 |
| 7 | it was the one that was supplying the | 11:35:51 |
| 8 | chips, whether or not it was the X/Xi | 11:35:55 |
| 9 | or whether it was also the S, Si chip. | 11:35:58 |
| 10 | Q.   So are you assuming that in | 11:36:06 |
| 11 | the but-for world, that Rebotix would | 11:36:10 |
| 12 | only sell to SIS, either through an | 11:36:13 |
| 13 | in-house model or through a distributor | 11:36:16 |
| 14 | model? | 11:36:18 |
| 15 | A.   I'm not assuming that they | 11:36:18 |
| 16 | only would have sold to SIS. But | 11:36:20 |
| 17 | certainly, SIS would have been, likely, | 11:36:26 |
| 18 | the majority of their sales for these | 11:36:31 |
| 19 | kinds of, certain products or services. | 11:36:35 |
| 20 | Essentially, the interceptor chip. | 11:36:41 |
| 21 | Q.   And you haven't, for example, | 11:36:43 |
| 22 | forecasted what the sales of Rebotix | 11:36:48 |
| 23 | might be in the but-for world, correct? | 11:36:52 |
| 24 | A.   I haven't forecasted what | 11:36:56 |
| 25 | Rebotix's sales would have been in the, | 11:37:00 |

Page 93

|    |                                                    |          |
|----|----------------------------------------------------|----------|
| 1  | R. BERO                                            |          |
| 2  | no, other than to the extent, again --             | 11:37:05 |
| 3  | do you mean separate from SIS?                     | 11:37:08 |
| 4  | Q.    Yes.                                         | 11:37:10 |
| 5  | A.    No, I haven't specifically                   | 11:37:11 |
| 6  | done that.  Although my understanding              | 11:37:14 |
| 7  | is that Rebotix would have been making             | 11:37:17 |
| 8  | the majority of their sales through                | 11:37:21 |
| 9  | SIS, simply because of their -- well, I            | 11:37:24 |
| 10 | mean, based on my understanding of the             | 11:37:30 |
| 11 | relationship and how they were, both               | 11:37:33 |
| 12 | parties, were approaching that                     | 11:37:37 |
| 13 | relationship.                                      | 11:37:38 |
| 14 | Q.    Are you making any                           | 11:37:38 |
| 15 | assumptions about what Restore's sales             | 11:37:43 |
| 16 | would have been in the but-for world?              | 11:37:46 |
| 17 | A.    It would be similar to                       | 11:37:47 |
| 18 | Rebotix.  So depending on who, whether             | 11:37:57 |
| 19 | it was Restore or Rebotix, had the                 | 11:38:05 |
| 20 | capability for the X and Xi chip, and,             | 11:38:07 |
| 21 | you know, also depending upon whether              | 11:38:13 |
| 22 | or not the added RFID encryption on the            | 11:38:17 |
| 23 | X and Xi EndoWrists was legal or not,              | 11:38:24 |
| 24 | that would, perhaps, factor into who               | 11:38:31 |
| 25 | was actually, you know, whether it was             | 11:38:34 |

Page 94

| | | |
|---|---|---|
| 1 | R. BERO | |
| 2 | Restore, Rebotix or a combination of | 11:38:37 |
| 3 | both, making the sales.  So I haven't | 11:38:40 |
| 4 | specifically tried to parse that out. | 11:38:42 |
| 5 | We don't know. | 11:38:47 |
| 6 | Q.  You're not assuming, though, | 11:38:52 |
| 7 | that Restore only would have sold, you | 11:38:54 |
| 8 | know, for example, chips to SIS in the | 11:38:58 |
| 9 | but-for world, correct?  And had no | 11:39:01 |
| 10 | other sales? | 11:39:07 |
| 11 | A.  I'm not assuming Restore | 11:39:09 |
| 12 | would have sold just to SIS and had no | 11:39:12 |
| 13 | other sales.  No, I'm not assuming | 11:39:16 |
| 14 | that.  I mean, perhaps they would have, | 11:39:20 |
| 15 | but I'm not assuming that necessarily, | 11:39:24 |
| 16 | no. | 11:39:27 |
| 17 | MR. VAN HOVEN:  Ashley, | 11:39:32 |
| 18 | whenever we get to an appropriate | 11:39:33 |
| 19 | time, it would be a good time to | 11:39:37 |
| 20 | take a break. | 11:39:39 |
| 21 | MS. BASS:  We can take one | 11:39:39 |
| 22 | now, that's good. | 11:39:42 |
| 23 | MR. VAN HOVEN:  Okay. | 11:39:43 |
| 24 | THE VIDEOGRAPHER:  Time is | 11:39:44 |
| 25 | 11:39 a.m. Central time on March 8, | 11:39:45 |

Page 95

|    |            |          |
|----|------------|----------|
| 1  | R. BERO    |          |
| 2  | Q.   And did you undertake any | 13:58:00 |
| 3  | analyses to compare the proposed | 13:58:02 |
| 4  | Intuitive EndoWrists refurbishment | 13:58:04 |
| 5  | pilot program to the process that SIS | 13:58:09 |
| 6  | undertakes on EndoWrists? | 13:58:11 |
| 7  | A.   I did not -- I'm not sure | 13:58:20 |
| 8  | that would be possible.  Other than -- | 13:58:24 |
| 9  | no, I obviously saw the reference to | 13:58:40 |
| 10 | the documents and the testimony and so | 13:58:41 |
| 11 | forth, but I didn't do an independent | 13:58:43 |
| 12 | comparison. | 13:58:47 |
| 13 | Q.   And would you agree that -- | 13:58:51 |
| 14 | A.   I'm not sure that would be | 13:58:52 |
| 15 | possible. | 13:58:53 |
| 16 | Q.   Sorry, I didn't mean to talk | 13:58:54 |
| 17 | over you, can you -- are you done on | 13:58:56 |
| 18 | that one? | 13:58:59 |
| 19 | A.   Yeah, I just said I don't | 13:59:00 |
| 20 | know that that would be possible, and | 13:59:02 |
| 21 | quite frankly, I wouldn't be the person | 13:59:03 |
| 22 | to do that.  If it were possible. | 13:59:05 |
| 23 | Q.   And you note here that the | 13:59:10 |
| 24 | SIS data that you mentioned, that data | 13:59:16 |
| 25 | was limited, correct? | 13:59:18 |

Page 160