UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>　　　　　　　　　　Plaintiff/<br>　　　　　　　　Counterclaim-Defendant<br><br>　vs.<br><br>INTUITIVE SURGICAL, INC.,<br><br>　　　　　　　　　　Defendant/<br>　　　　　　　　　Counterclaimant. | Case No.: 3:21-cv-03496-AMO-LB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION OF DEFENDANT INTUITIVE SURGICAL, INC. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) REGARDING INTUITIVE'S DAUBERT REPLIES**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

Upon consideration of Intuitive Surgical, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5(f) Regarding Intuitive's *Daubert* Replies, IT IS HEREBY ORDERED that the Clerk shall file the following materials attached to the Motion to Consider in accord with the Court's rulings indicated below.

### Motion to Exclude Testimony of Philip J. Phillips

| Attach. No. | Document | Designating Part(ies) | Portions Designated | Ruling |
|---|---|---|---|---|
| 1 | Reply Brief In Support of Motion to Exclude Testimony of Philip J. Phillips | Rebotix | Redacted portions on page 7 | |
| 1 | Reply Brief In Support of Motion to Exclude Testimony of Philip J. Phillips | Alliance | Redacted portions on pages 8–9 | |
| 2 | Ex. 17 to Lazerow Supplemental Declaration in Support of Motion to Exclude Testimony of Philip J. Phillips (Philip J. Phillips Deposition Excerpts) | Rebotix | Redacted portions on pages 359–363 | |

### Motion to Exclude Testimony of Kurt Humphrey

| Attach. No. | Document | Designating Part(ies) | Portions Designated | Ruling |
|---|---|---|---|---|
| 3 | Reply Brief In Support of Motion to Exclude Testimony of Kurt Humphrey | Rebotix | Redacted portions of pages 1, and 6–7 | |

### Motion to Exclude Testimony of T. Kim Parnell

| Attach. No. | Document | Designating Part(ies) | Portions Designated | Ruling |
|---|---|---|---|---|
| 4 | Reply Brief In Support of Motion to Exclude Testimony of T. Kim Parnell | Rebotix | Redacted portions of pages i, and 4–6 | |

**Motion to Exclude Testimony of Richard Bero**

| Attach. No. | Document | Designating Part(ies) | Portions Designated | Ruling |
|---|---|---|---|---|
| 5 | Reply Brief In Support of Motion to Exclude Testimony of Richard Bero | Rebotix | Redacted portions of pages 1 and 6 | |
| 5 | Reply Brief In Support of Motion to Exclude Testimony of Richard Bero | Restore | Redacted portions of page 6 | |
| 5 | Reply Brief In Support of Motion to Exclude Testimony of Richard Bero | Stryker | Redacted portions of page 7 | |

**IT IS SO ORDERED.**

DATED: _____          By:_____
                                                                                  HON. ARACELI MARTÍNEZ-OLGUÍN
                                                                                  United States District Judge

2

[PROPOSED] ORDER RE: INTUITIVE'S ADMINISTRATIVE MOTION TO CONSIDER UNDER CIVIL LOCAL RULE 79-5
- CASE NO. 3:21-cv-03496-AMO-LB