SONYA D. WINNER (SBN 200348)
Email: swinner@cov.com
CORTLIN H. LANNIN (SBN 266488)
Email: clannin@cov.com
ISAAC D. CHAPUT (SBN 326923)
Email: ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

*Attorneys for Defendant/Counterclaimant
Intuitive Surgical, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> Plaintiff/Counterclaim-Defendant <br><br> vs. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant/Counterclaimant. | Case No.: 3:21-cv-03496-AMO-LB <br><br> **SUPPLEMENTAL DECLARATION OF KATHRYN E. CAHOY IN SUPPORT OF INTUITIVE'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT AND CROSS-MOTION FOR SUMMARY JUDGEMENT** <br><br> Judge: The Honorable Araceli Martínez-Olguín |

I, KATHRYN E. CAHOY, declare as follows:

I am an attorney licensed to practice in California and am admitted to practice before this Court. I am a partner with the law firm of Covington & Burling LLP, counsel for Intuitive Surgical, Inc. ("Intuitive") in this matter. I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently hereto.

The exhibits attached to this declaration are numbered sequentially with the exhibits attached to my declaration in support of Intuitive's Motion for Summary Judgement and Cross-Motion for Summary Judgment dated April 13, 2023 (the "Cahoy Declaration").

There are no **Exhibits 1 – 96** attached to this declaration.

97. Attached to this declaration as **Exhibit 97** is a true and correct copy of excerpts of the transcript of the deposition of Imron Zafar taken in this litigation on November 1, 2022.

98. Attached to this declaration as **Exhibit 98** is a true and correct copy of a letter from Mark Trumbore, Assistant Director, Division of General Surgery Devices, Office of Product Evaluation and Quality, FDA Center for Devices and Radiological Health, to Kunal Gunjal, Sr. Regulatory Affairs Specialist, Intuitive Surgical, Inc., dated August 15, 2022, regarding 510(k) submission K214095. The letter is available on the FDA website at https://www.accessdata.fda.gov/cdrh_docs/pdf21/K214095.pdf.

99. Attached to this declaration as **Exhibit 99** is a true and correct copy of excerpts of the transcript of the deposition of Dr. Greta Valentine Bernier taken in this litigation on November 7, 2022.

100. There is no **Exhibit 100** attached to this declaration.

101. Attached to this declaration as **Exhibit 101** is a true and correct copy of excerpts of the transcript of the deposition of Dr. Dipen Maun taken in this litigation on November 8, 2022.

102. Attached to this declaration as **Exhibit 102** is a true and correct copy of excerpts of the transcript of the deposition of Dr. John Francis taken in this litigation on October 14, 2022.

103. There is no **Exhibit 103** attached to this declaration.

104. Attached to this declaration as **Exhibit 104** is a true and correct copy of excerpts of the transcript of the deposition of Keith Robert Johnson, 30(b)(6) designee for Surgical Instrument Service

Company, Inc., taken in this litigation on October 27, 2022.  Additional excerpts of this transcript were filed as Exhibit 29 to the Cahoy Declaration.

      I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  May 25, 2023                       By: */s/ Kathryn E. Cahoy*

                                                       KATHRYN E. CAHOY

2

CAHOY SUPPLEMENTAL DECLARATION IN SUPPORT OF INTUITIVE'S
OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGEMENT      Case No. 3:21-cv-03496-AMO-LB