# Cahoy Supp. Dec. Ex. 97

# DOCUMENT FILED UNDER SEAL IN ITS ENTIRETY