# Cahoy Supp. Dec. Ex. 102

```
 1              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
     IN RE:  DA VINCI SURGICAL ROBOT
 4   ANTITRUST LITIGATION
 5   _____
 6
                              Lead Case No.: 3:21-cv-03825-VC
 7   _____
 8   THIS DOCUMENT RELATES TO:
     ALL CASES
 9   _____
10   SURGICAL INSTRUMENT SERVICE
     COMPANY, INC.,
11
                   Plaintiff,
12
     vs.                 Case No.: 3:21-cv-03496-VC
13
     INTUITIVE SURGICAL, INC.,
14
                   Defendant.
15   _____
16
17          REMOTE VIDEOTAPED DEPOSITION OF
18                 JOHN FRANCIS, M.D.
19
20
                   Pages 1 through 70
21
                Friday, October 14, 2022
22                3:03 p.m. - 4:26 p.m.
23
24
               Stenographically Reported By:
25             Denise Sankary, RPR, RMR, CRR
```

Page 1

```
 1     REMOTE APPEARANCES:
 2
       On behalf of Plaintiff:
 3
             COHEN MILSTEIN SELLERS & TOLL, PLLC
 4           88 Pine Street, 14th Floor
             New York, New York 10005
 5           212-838-7745
             BY:  CHRISTOPHER BATEMAN, ESQUIRE
 6           cbateman@cohenmilstein.com
 7
 8
       On behalf of Defendant:
 9
             COVINGTON & BURLING, LLP
10           Salesforce Tower
             415 Mission Street, Suite 5400
11           San Francisco, California 94105
             415-591-7020
12           BY:  ISAAC CHAPUT, ESQUIRE
             ichaput@cov.com
13           BY:  PAUL STRAUCH, ESQUIRE
             pstrauch@cov.com
14
15
16
       ALSO PRESENT:
17
             Michael Peterman, Videographer
18
19
20
21
22
23
24
25
```

1               Do you understand that?
2        A.   Yes.
3        Q.   Any reason that you can't give full and
4    accurate testimony today?
5        A.   No.
6        Q.   Great.  Would you describe for me,
7    briefly, please, your medical training?
8        A.   Briefly, I was trained in human medicine
9    at Michigan State University from 1994 to 1998.  I
10   transitioned to residency training in general
11   surgery with the now-Spectrum Group -- formerly, it
12   was Granick  -- in general surgery from 1998 to 2003
13   and left there and started private practice in 2003.
14       Q.   And since 2003, you've been a general
15   surgeon at Unity Healthcare at The Lafayette
16   Surgical Clinic; is that right?
17       A.   That's correct.
18       Q.   And for how long have you had an
19   affiliation with Franciscan Alliance?
20       A.   For about the same amount of time.
21       Q.   Okay.  Am I correct that you were the
22   chief of surgery for Franciscan from 2010 to 2020?
23       A.   That's correct.
24       Q.   And just briefly, what were your
25   responsibilities as the chief of surgery for

1   remember exactly when I started performing
2   operations on patients, but somewhere in that range.
3        Q.   Approximately how many procedures have you
4   performed using the da Vinci?
5        A.   It's going to be getting close to a
6   thousand now.
7        Q.   When you first began using the da Vinci
8   system, were you skeptical about the system, or what
9   were you -- what was your perspective on it?
10       A.   Yes.  I was trained in open surgeries and
11  laparoscopy, and I did not initially see any value
12  to adding an interface like robotics.  Once I
13  started using it and realized that there was dual
14  vision that you could use versus a single eye, the
15  three-dimensional aspects was quite a bit -- I would
16  say it got easier to assess tissue and perform
17  certain procedures.
18            In addition to that, I found that less
19  trauma to the patients occurred because you were
20  touching fewer amounts of tissue, and as a result,
21  the patients recovered quicker with less pain.  And
22  initially, I was skeptical of that, but after
23  performing several different types of procedures,
24  realized that that actually was true for a majority,
25  if not all of the patients.

Page 11

1      Q.   And when you say that there was less
2  trauma to the patients when using the da Vinci
3  system, are you comparing it to laparoscopy, open,
4  or both?
5      A.   Both.
6      Q.   Do you perform hernia repairs using the --
7  excuse me.  Let me rephrase.
8           Do you perform hernia repairs at
9  Franciscan?
10     A.   Yes.
11     Q.   And do you perform hernia repairs using
12  the da Vinci system?
13     A.   Yes.
14     Q.   Have you performed hernia repairs using
15  laparoscopic -- laparoscopic techniques?
16     A.   Yes.
17     Q.   Have you performed hernia repairs using
18  open techniques?
19     A.   Yes.
20     Q.   Are there -- excuse me.
21          You mentioned that you're -- you're
22  currently using the da Vinci Xi system; is that
23  correct?
24     A.   That's correct.
25     Q.   Have you used in the da Vinci systems in

Page 12

1    the past?
2         A.   I was trained on the da Vinci Si system
3    initially, and then as soon as the Xi system was
4    available, we immediately switched to that system.
5         Q.   And why is that?
6         A.   Improved technology.
7         Q.   What are the benefits to the Xi compared
8    to the Si?
9         A.   A few of the benefits include easier
10   transition of instruments, better range of motion
11   for the arms, less movement of the machine in terms
12   of repositioning during an operation, greater range
13   in terms of the amount of space you can do an
14   operation when it comes to abdominal or peritoneal
15   approaches.  So ease of use, greater flexibility,
16   and actually, more efficient use of the machine.
17        Q.   When you first see a patient, what are the
18   steps that you take to -- to figure out the best
19   treatment for that individual?
20        A.   Well, first, you have to make a diagnosis
21   on what the issue might be, whether it's a
22   surgically corrected procedure or not, or surgically
23   corrected disease process, and once you see that it
24   can be operated on in an appropriate manner and if
25   the operation is necessary, then you discuss it with

Page 13

```
 1                CERTIFICATE OF REPORTER
 2
 3    STATE OF FLORIDA
 4
 5              I, DENISE SANKARY, Registered Merit
 6    Reporter, do hereby certify that I was authorized
 7    to and did stenographically report the foregoing
 8    Remote Videotaped of JOHN FRANCIS, M.D.; pages 1
 9    through 66; that a review of the transcript was
10    requested; and that the transcript is a true
11    record of my stenographic notes.
12              I FURTHER CERTIFY that I am not a
13    relative, employee, attorney, or counsel of any
14    of the parties, nor am I a relative or employee
15    of any of the parties' attorneys or counsel
16    connected with the action, nor am I financially
17    interested in the action.
18              Dated this 1st day of November, 2022.
19
20
21
                  DENISE SANKARY, RPR, RMR, CRR
22
23
24
25
```

Page 68