# Cahoy Supp. Dec. Ex. 104

# DOCUMENT FILED UNDER SEAL IN ITS ENTIRETY