SONYA D. WINNER (SBN 200348)
Email: swinner@cov.com
CORTLIN H. LANNIN (SBN 266488)
Email: clannin@cov.com
ISAAC D. CHAPUT (SBN 326923)
Email: ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

*Attorneys for Defendant/Counterclaimant
Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>Plaintiff/ Counterclaim-Defendant<br><br>vs.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant/ Counterclaimant. | Case No.: 3:21-cv-03496-AMO-LB<br><br>**NOTICE OF EXHIBIT TO ADMINISTRATIVE MOTION OF INTUITIVE SURGICAL, INC. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 130]**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

Attached to this filing is a sealed exhibit to Intuitive Surgical, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, Dkt. No. 130 ("Motion to Consider"). This exhibit is referenced in the Proposed Order regarding the Motion to Consider, Dkt. No. 130-55, and is a sealed version of Exhibit 10 to the Declaration of Andrew Lazerow in Support of Intuitive's Motion to Exclude Testimony of Jean Sargent, Dkt. No. 117-11.  Intuitive recently identified that the exhibit was inadvertently omitted from the original under seal filings.  Plaintiff, the party whose confidential information was implicated by the exhibit, was timely served with copies of the exhibit on March 24, 2023 – the date on which Intuitive's Motion to Consider was filed.

DATED:  6/13/23

By:  */s/ Kathryn E. Cahoy*
       KATHRYN E. CAHOY

*Attorney for Intuitive Surgical, Inc.*

*Additional Counsel for Intuitive Surgical, Inc.*

ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

KAREN HOFFMAN LENT (*Pro Hac Vice*)
Email: karen.lent@skadden.com
MICHAEL H. MENITOVE (*Pro Hac Vice*)
Email: michael.menitove@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2040

KATHRYN E. CAHOY (SBN 298777)
Email: kcahoy@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

SONYA WINNER (SBN 200348)
Email: swinner@cov.com
CORTLIN H. LANNIN (SBN 266488)
Email: clannin@cov.com
ISAAC D. CHAPUT (SBN 326923)
Email: ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ANDREW LAZEROW (*Pro Hac Vice*)
Email: alazerow@cov.com
ASHLEY E. BASS (*Pro Hac Vice*)
Email: abass@cov.com
JOHN KENDRICK (*Pro Hac Vice*)
Email: jkendrick@cov.com

|   |   |
|---|---|
| 1 | |
| 2 | COVINGTON & BURLING LLP |
|   | One City Center 850 Tenth Street NW |
| 3 | Washington DC 20001-4956 |
|   | Telephone: (202) 662-6000 |
| 4 | Facsimile: (202) 662-6291 |