UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., et al., | Case No.  21-cv-03496-AMO |
| Plaintiffs, | **ORDER RE SEALING** |
| v. | |
| INTUITIVE SURGICAL, INC., | |
| Defendant. | |

The parties filed 19 administrative motions to seal related to the briefing and evidence offered in support of the pending cross-motions for summary judgment or partial summary judgment.  ECF 122, 123, 124, 125, 130, 133, 136, 138, 149, 150, 151, 152, 153, 154, 155, 161, 171, 173, 178.  The Court **ORDERS** the parties to prepare a single proposed order that brings together in a single chart all the documents or portions of documents sought to be sealed.  The chart should be organized in the following format:

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | | | |
| | | | |

//

//

//

//

The proposed order must be filed on the docket at or before noon PT on August 31, 2023.  A Word version of the proposed order must be submitted concurrently by email to amopo@cand.uscourts.gov.

     **IT IS SO ORDERED.**

Dated: August 21, 2023

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**