SONYA D. WINNER (SBN 200348)
Email: swinner@cov.com
CORTLIN H. LANNIN (SBN 266488)
Email: clannin@cov.com
ISAAC D. CHAPUT (SBN 326923)
Email: ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile:  (415) 591-6091

ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

*Attorneys for Defendant/Counterclaimant*
INTUITIVE SURGICAL, INC.

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>Plaintiff/Counterclaim-Defendant<br><br>vs.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant/Counterclaimant. | Case No.:  3:21-cv-03496-AMO-LB<br><br>**INTUITIVE SURGICAL, INC.'S RESPONSE TO THE COURT'S SUMMARY JUDGMENT EVIDENTIARY CLARITY REQUESTS**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

Intuitive Surgical, Inc., submits the following in response to the Court's Evidentiary Clarity requests at the motions hearing held September 7, 2023.  Page citations are to the ECF pagination. Publicly filed docket citations with no page citations reflect that a document was filed under seal in its entirety.

**REQUEST:** FDA messages to third-party service providers, including Rebotix, SIS, and any others.

| Exhibit | Description | Publicly Filed Docket Entry | Sealed Docket Entry |
|---|---|---|---|
| Cahoy Ex. 10 | Expert Report of Christy Foreman (submitted in this case) | ECF No. 137-13 at 38–52 (¶¶ 102–142); 54–57 (¶¶ 149–154, 157); 72–79 (¶¶ 217–235); 80–82 (¶¶ 242–245), and record materials cited and quoted therein | ECF No. 138-3 at 38–52 (¶¶ 102–142); 54–57 (¶¶ 149–154, 157); 72–79 (¶¶ 217–235); 80–82 (¶¶ 242–245), and record materials cited and quoted therein |
| Cahoy Ex. 22 | Emails re "Rebotix AI Letter Conference Call Follow-Up" (REBOTIX077729 – REBOTIX077734) | ECF No. 137-25 | ECF No. 138-11 at 6 |
| Cahoy Ex. 23 | Email from FDA to Ryan Burke (REBOTIX171058) | ECF No. 137-26 | ECF No. 138-12 at 2 |
| Cahoy Ex. 31 | Emails between BPI Medical, Rebotix, and FDA re EndoWrists (BPI000331 – BPI000337) | ECF No. 137-34 | ECF No. 138-18 at 5–8 |
| Cahoy Ex. 32 | FDA Deficiency Letter re Rebotix "Remanufactured EndoWrists" (REBOTIX171030 – REBOTIX171057) | ECF No. 137-35 | ECF No. 138-19 at 2–29 |
| Cahoy Ex. 34 | Emails re "Request for More Information on Rebotix Repair Repairing/Servicing Activities" (REBOTIX146948 – REBOTIX146955) | ECF No. 137-36 | ECF No. 138-20 at 2; 6–9 |

| Exhibit | Description | Publicly Filed Docket Entry | Sealed Docket Entry |
|---|---|---|---|
| Cahoy Ex. 35 | FDA Letter No. CPT2000126 to Rebotix (REBOTIX175417 – REBOTIX175418) | ECF No. 137-37 | ECF No. 138-21 at 2–3 |
| Cahoy Ex. 37 | Emails re "Rebotix Repair, LLC re Document Number CPT200126" (REBOTIX175839 – REBOTIX175843) | ECF No. 137-39 | ECF No. 138-23 at 2–6 |
| Cahoy Ex. 38 | Emails re "Restore Robotics -- Request for More Information (Restore-00001248 – Restore-00001256) | ECF No. 137-40 | ECF No. 138-24 at 2–10 |
| Cahoy Ex. 41 | FDA Deficiency Letter re Iconocare 8mm Monopolar Curved Scissors (AHP000527 – AHP000537) | ECF No. 137-43 | ECF No. 138-27 at 2–12 |
| Cahoy Ex. 42 | Emails re Iconocare Deficiency Notice (Restore-00086093 – Restore-00086120) | ECF No. 137-44 | ECF No. 138-28 at 2–7; 9–26; 28–29 |
| Cahoy Ex. 64 | Emails re "Rebotix Repair, LLC re Document Number CPT200126" (REBOTIX175710 – REBOTIX175730) | ECF No. 137-47 at 2–10; 12–21 | N/A |

**REQUEST:   Statement from Intuitive's experts that third-party EndoWrist Modifications constituted remanufacturing.**

| Exhibit | Description | Publicly Filed Docket Entry | Sealed Docket Entry |
|---|---|---|---|
| Cahoy Ex. 10 | Expert Report of Christy Foreman (submitted in this case) | ECF No. 137-13 at 10–11 (¶ 16(b)); 52–57 (¶¶ 143–154); 60–66 (¶¶ 165–193); 68–72 (¶¶ 200–216); 89 (¶ 266); 90–91 (¶ 270) | ECF No. 138-3 at 10–11 (¶ 16(b)); 52–57 (¶¶ 143–154); 60–66 (¶¶ 165–193); 68–72 (¶¶ 200–216); 89 (¶ 266); 90–91 (¶ 270) |

**REQUEST:** Statements from Intuitive and its experts stating that EndoWrist use limits are appropriate.

| Exhibit | Description | Publicly Filed Docket Entry | Sealed Docket Entry |
|---|---|---|---|
| Rosa Decl. | Declaration of David Rosa | ECF No. 137-2 at 5–9 (¶¶ 22–35); 11–12 (¶ 45) | N/A |
| Cahoy Ex. 5 | Excerpts of the Deposition of Margaret Marie Nixon (Oct. 7, 2022) (taken in this case) | ECF No. 137-10 at 5–8 | N/A |
| Cahoy Ex. 10 | Expert Report of Christy Foreman (submitted in this case) | ECF No. 137-13 at 10–12 (¶ 16(b), (d)); 31–38 (¶¶ 75–101); 79–82 (¶¶ 236–245), and record materials cited and quoted therein | ECF No. 138-3 at 10–12 (¶ 16(b), (d)); 31–38 (¶¶ 75–101); 79–82 (¶¶ 236–245), and record materials cited and quoted therein |
| Cahoy Ex. 66 | Excerpts of the Deposition of Disha Peswani (Oct. 6, 2022) (taken in this case) | ECF No. 137-49 at 3–12 | N/A |
| Cahoy Ex. 73 | Excerpts of the Deposition of Nickola "Nicky" Goodson, 30(b)(6) designee for Intuitive (Oct. 27, 2022) (taken in this case) | ECF No. 137-52 at 4–6 | N/A |
| Cahoy Ex. 75 | Expert Report of Dr. Robert D. Howe (submitted in this case) | ECF No. 137-54 at 11–12 (¶¶ 16–17); 37–44 (¶¶ 62–74), and record materials cited and quoted therein | ECF No. 136-2 at 11–12 (¶¶ 16–17); 37–44 (¶¶ 62–74), and record materials cited and quoted therein ECF No. 138-31 at 11–12 (¶¶ 16–17); 37–44 (¶¶ 62–74), and record materials cited and quoted therein |
| Smith Ex. 1 | Expert Antitrust Merits Rebuttal Report of Dr. Loren K. Smith (submitted in this case) | ECF No. 137-6 at 25–27 (¶¶ 32–33); 95–96 (¶ 144); 100–102 (¶¶ 151–152), and record materials cited and quoted therein | ECF No. 138-45 at 25–27 (¶¶ 32–33); 95–96 (¶ 144); 100–102 (¶¶ 151–152), and record materials cited and quoted therein |

**REQUEST:** Record evidence of Iconocare's 510(k) clearance.

| Exhibit | Description | Publicly Filed Docket Entry | Sealed Docket Entry |
|---|---|---|---|
| Cahoy Ex. 10 | Expert Report of Christy Foreman (submitted in this case) | ECF No. 137-13 at 41–51 (¶¶ 111–38); 56 (¶¶ 152–53), and record materials cited and quoted therein | ECF No. 138-3 at 41–51 (¶¶ 111–38); 56 (¶¶ 152–53), and record materials cited and quoted therein |
| Cahoy Ex. 75 | Expert Report of Dr. Robert D. Howe (submitted in this case) | ECF No. 137-54 at 75–76 (¶¶ 138–140), and record materials cited and quoted therein | ECF No. 136-2 at 75–76 (¶¶ 138–140), and record materials cited and quoted therein<br>ECF No. 138-31 at 75–76 (¶¶ 138–140), and record materials cited and quoted therein |
| Cahoy Ex. 40 | Iconocare 510(k) Clearance (SIS357813 – SIS357818) | ECF No. 137-42 | ECF No. 138-26 |

DATED: September 11, 2023

By: */s/ Kathryn E. Cahoy*
  KATHRYN E. CAHOY
  *Attorney for Intuitive Surgical, Inc.*

*Additional Counsel for Intuitive Surgical, Inc.*

ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

KAREN HOFFMAN LENT (*Pro Hac Vice*)
Email: karen.lent@skadden.com
MICHAEL H. MENITOVE (*Pro Hac Vice*)
Email: michael.menitove@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2040

JOSHUA HILL (SBN 250842)
JHill@paulweiss.com

KATHRYN E. CAHOY (SBN 298777)
Email: kcahoy@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

SONYA WINNER (SBN 200348)
Email: swinner@cov.com
CORTLIN H. LANNIN (SBN 266488)
Email: clannin@cov.com
ISAAC D. CHAPUT (SBN 326923)
Email: ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON, LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ANDREW LAZEROW (*Pro Hac Vice*)
Email: alazerow@cov.com
ASHLEY E. BASS (*Pro Hac Vice*)
Email: abass@cov.com
JOHN KENDRICK (*Pro Hac Vice*)
Email: jkendrick@cov.com
COVINGTON & BURLING LLP
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291