SONYA D. WINNER (SBN 200348)
Email: swinner@cov.com
CORTLIN H. LANNIN (SBN 266488)
Email: clannin@cov.com
ISAAC D. CHAPUT (SBN 326923)
Email: ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

*Attorneys for Defendant
Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 3:21-cv-03825-AMO-LB<br>Case No.: 3:21-cv-03496-AMO-LB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY PROTECTIVE ORDER**<br><br>Judge: The Honorable Araceli Martínez-Olguín |
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br>　　　　　　　　Plaintiff/<br>Counterclaim-Defendant<br>　　　　　　vs.<br>INTUITIVE SURGICAL, INC.,<br>　　　　　　　　Defendant/<br>Counterclaimant. | |

Pursuant to Paragraph 13.1 of the Stipulated Modified Protective Order entered on November 23, 2022 (Dkt. No. 109) in Lead Case No. 3:21-CV-03825-AMO-LB and entered on September 22, 2023 (Dkt. No. 197) in Case. No. 3:21-cv-03496-AMO-LB (hereinafter "Protective Order"), Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc., and King County Public Hospital District No. 1 (the "Hospital Plaintiffs"), Plaintiff Surgical Instrument Service Company, Inc. ("SIS"), and Defendant Intuitive Surgical, Inc. ("Intuitive") hereby stipulate to modify the Protective Order to replace one of the Intuitive in-house attorneys named in the Protective Order.  The Parties have attached a declaration explaining why this new amendment deviates from the model order, pursuant to pages 7-8 of the Court's standing order for civil cases.  Also attached as Exhibit 1 is a clean version of the Stipulated Modified Protective Order incorporating all the changes identified below.

The amendment to the Proposed Order is listed below. Additions are marked in **red and bolded**, and deletions are marked with strikethrough.

**Paragraph 7.3 is modified as follows:**

7.3     <u>Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," "HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY," and/or "PROTECTED HEALTH INFORMATION" Information or Items.</u> Unless otherwise ordered by the Court or permitted in writing by the Designating Party or Non-Party, a Receiving Party may disclose any information or item designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," "HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY," and/or "PROTECTED HEALTH INFORMATION" only to the people and entities permitted to receive "CONFIDENTIAL" information as designated in paragraph 7.2 and in accordance with the requirements set forth in the paragraph, except that "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," "HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY," and/or "PROTECTED HEALTH INFORMATION" information or items shall not be disclosed to the Receiving Party or a Receiving Party's officers, directors, managers, and employees, including In-House Counsel. Any summaries, abstracts, digests or analyses of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information prepared by an individual listed in Sections 7.2(A) or (C) may also be shared with certain in-house counsel for the parties provided that (1)

1

customer identifiable information or other competitively sensitive information is redacted from any such summaries, abstracts, digests or analyses and (2) each such in-house attorney shall sign the Acknowledgement. The in-house counsel who may review such redacted analyses are the following: ~~Scott Mosko~~ **Gary Loeb** and Kara Andersen Reiter from Intuitive, W. Patrick Downes from Franciscan Alliance and David Smith from Public Hospital District No 1 of King County d/b/a Valley Medical. For the avoidance of doubt, "HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY" information may not be disclosed to the Receiving Party or a Receiving Party's officers, directors, managers, and employees, including In-House Counsel, even in such a redacted summary format.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 6, 2023

By: */s/ Kathryn E. Cahoy*
    KATHRYN E. CAHOY

*Attorney for Intuitive Surgical, Inc.*

*Additional Counsel for Intuitive Surgical, Inc.*

ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

KAREN HOFFMAN LENT (*Pro Hac Vice*)
Email: karen.lent@skadden.com
MICHAEL H. MENITOVE (*Pro Hac Vice*)
Email: michael.menitove@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2040

JOSHUA HILL (SBN 250842)
JHill@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON, LLP

KATHRYN E. CAHOY (SBN 298777)
Email: kcahoy@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

SONYA D. WINNER (SBN 200348)
Email: swinner@cov.com
CORTLIN H. LANNIN (SBN 266488)
Email: clannin@cov.com
ISAAC D. CHAPUT (SBN 326923)
Email: ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ANDREW LAZEROW (*Pro Hac Vice*)
Email: alazerow@cov.com

2

| | |
|---|---|
| 535 Mission Street, 24th Floor<br>San Francisco, California 94105<br>Telephone: (628) 432-5100<br>Facsimile:  (628) 232-3101 | ASHLEY E. BASS (*Pro Hac Vice*)<br>Email: abass@cov.com<br>JOHN KENDRICK (*Pro Hac Vice*)<br>Email: jkendrick@cov.com<br>COVINGTON & BURLING LLP<br>One City Center 850 Tenth Street NW<br>Washington DC 20001-4956<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291 |
| DATED:  December 6, 2023 | By:  */s/ Michael J. Boni*<br>       MICHAEL J. BONI<br><br>Michael J. Boni<br>Joshua D. Snyder (*pro hac vice*)<br>John E. Sindoni (*pro hac vice*)<br>BONI, ZACK & SNYDER LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>Tel: 610-822-0200<br>Fax: 610-822-0206<br>Email: mboni@bonizack.com<br>jsnyder@bonizack.com<br>jsindoni@bonizack.com |

*Counsel for Plaintiffs and the Proposed Class*

| | |
|---|---|
| Manuel J. Dominguez (*pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>11780 U.S. Highway One, Suite N500<br>Palm Beach Gardens, FL 33408<br>Tel: 561-515-2604<br>Fax: 561-515-1401<br>Email: jdominguez@cohenmilstein.com | Jeffrey J. Corrigan (*pro hac vice*)<br>Jeffrey L. Spector (*pro hac vice*)<br>Icee N. Etheridge (*pro hac vice*)<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Tel: 215-496-0300<br>Fax: 215-496-6611<br>Email: jcorrigan@srkattorneys.com<br>       jspector@srkattorneys.com<br>       ietheridge@srkattorneys.com |
| Benjamin D. Brown (SBN 202545)<br>Daniel McCuaig (*pro hac vice*)<br>Zachary Glubiak (*pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave., Suite 500 | Brent W. Landau (*pro hac vice*)<br>Jeannine M. Kenney (*pro hac vice*)<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br>Tel: 215-985-3270 |

3

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY PROTECTIVE ORDER

Case No. 3:21-cv-03825-AMO-LB
Case No. 3:21-cv-03496-AMO-LB

Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
Email: bbrown@cohenmilstein.com
        dmccuaig@cohenmilstein.com
        zglubiak@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: 212-838-7797
Fax: 212-838-7745
Email: cbateman@cohenmilstein.com

Fax: 215-985-3271
Email: blandau@hausfeld.com
       jkenney@hausfeld.com

Reena A. Gambhir (*pro hac vice*)
HAUSFELD LLP
888 16th St NW
Washington, DC 20006
Tel: 202-540-7145
Fax: 202-540-7201
Email: rgambhir@hausfeld.com

Samuel Maida (SBN 333835)
Gary I. Smith, Jr. (SBN 344865)
HAUSFELD LLP
600 Montgomery Street, Suite 3200 San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com
       gsmith@hausfeld.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

DATED:  December 6, 2023

By:  /s/ *Joshua V. Van Hoven*
     JOSHUA V. VAN HOVEN

JOSHUA V. VAN HOVEN
josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

RICHARD T. MCCAULLEY (pro hac vice)
richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for Plaintiff Surgical Instrument Service Company, Inc.*

ATTESTATION PER LOCAL RULE 5-1(i)(3)

The e-filing attorney hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

DATED: December 6, 2023

By: */s/ Kathryn E. Cahoy*
    KATHRYN E. CAHOY

*Attorney for Intuitive Surgical, Inc.*

5

# [PROPOSED] ORDER

**It is hereby ordered** that the Protective Order is modified as set forth above.

**IT IS SO ORDERED.**

DATED: _____, 2023       By: /s/_____
                                            The Honorable Araceli Martínez-Olguín
                                            United States District Court Judge

6

JOINT STIPULATION AND [PROPOSED] ORDER TO          Case No. 3:21-cv-03825-AMO-LB
MODIFY PROTECTIVE ORDER                            Case No. 3:21-cv-03496-AMO-LB

# CERTIFICATE OF SERVICE

I, Kathryn E. Cahoy, hereby certify that I caused to be filed electronically a true and correct copy of the foregoing document via the Northern District of California's ECF on December 6, 2023

By: */s/ Kathryn E. Cahoy*
    KATHRYN E. CAHOY

    *Attorney for Intuitive Surgical, Inc.*