| | |
|---|---|
| SONYA D. WINNER (SBN 200348)<br>Email: swinner@cov.com<br>CORTLIN H. LANNIN (SBN 266488)<br>Email: clannin@cov.com<br>ISAAC D. CHAPUT (SBN 326923)<br>Email: ichaput@cov.com<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091 | ALLEN RUBY (SBN 47109)<br>allen@allenruby.com<br>ALLEN RUBY, ATTORNEY AT LAW<br>15559 Union Ave. #138<br>Los Gatos, California 95032<br>Telephone: (408) 477-9690 |

*Attorneys for Defendant*
*Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 3:21-cv-03825-AMO-LB<br>Case No.: 3:21-cv-03496-AMO-LB<br><br>**DECLARATION OF KATHRYN E. CAHOY IN SUPPORT OF JOINT STIPULATION TO MODIFY PROTECTIVE ORDER**<br><br>Judge: The Honorable Araceli Martínez-Olguín |
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br>     Plaintiff/<br>Counterclaim-Defendant<br>     vs.<br>INTUITIVE SURGICAL, INC.,<br>     Defendant/<br>Counterclaimant. | |

I, KATHRYN E. CAHOY, declare as follows:

1. The parties propose one amendment to the previously granted Stipulated Modified Protective Order. The proposed amendment updates the name of Intuitive's in-house counsel to Gary Loeb.

2. The proposed amendment is in paragraph 7.3, which is modified to replace the name of Intuitive's former in-house attorney, Scott Mosko, with Gary Loeb, a current Intuitive in-house attorney.

3. In compliance with the Court's standing orders, the parties previously submitted redline versions of the Stipulated Modified Protective Order identifying all deviations from the Northern District of California model protective order. These redlines can be found at Dkt. No. 105.2 in Lead Case No. 3:21-CV-03825-AMO-LB and Dkt. No. 107.2 in Case. No. 3:21-cv-03496-AMO-LB.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 6th day of December, 2023, in Palo Alto, California.

By: /s/ Kathryn E. Cahoy
       KATHRYN E. CAHOY

1

DECLARATION IN SUPPORT OF JOINT           Case No. 3:21-cv-03825-AMO-LB
STIPULATION TO MODIFY PROTECTIVE ORDER    Case No. 3:21-cv-03496-AMO-LB