**MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN, (CSB No. 261815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@ mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant,*
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>*Defendant/Counterclaimant.* | Case No. 3:21-cv-03496-AMO<br><br>Honorable Araceli Martínez-Olguín<br><br>[PROPOSED] **ORDER RE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 156)** |

1    Before the Court is Plaintiff Surgical Instrument Service Company, Inc.'s MOTION

2    TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 156).  Upon consideration of

3    the Motion and finding good cause, the Court hereby grants the Motion and orders that Dkt.

4    156 be removed from the docket for this matter.

5

6    DATED:    February 23, 2024

     Honorable Araceli Martínez-Olguín

7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE
MOTION TO REMOVE DKT. 156
Case No. 3:21-cv-03496-AMO