Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS &
TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 3:21-cv-03825-AMO-LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY THE CLASS CERTIFICATION BRIEFING SCHEDULE AND SET CASE MANAGEMENT CONFERENCE AND STATEMENT DEADLINES**<br><br>Judge: Honorable Araceli Martínez-Olguín |

STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY THE CLASS CERTIFICATION BRIEFING SCHEDULE AND SET CASE MANAGEMENT CONFERENCE AND STATEMENT DEADLINES

Case No.: 3:21-cv-03825-AMO-LB

1    Pursuant to Local Civil Rule 6-2, Plaintiffs Larkin Community Hospital, Franciscan Alliance,
2  Inc., King County Public Hospital District No. 1, d/b/a Valley Medical Center ("Hospital Plaintiffs"),
3  Surgical Instrument Service Company, Inc. ("SIS") and Defendant Intuitive Surgical, Inc. (collectively,
4  "the Parties") hereby stipulate as follows and respectfully request that the Court endorse this stipulation
5  with an order, consistent with the September 28, 2023 Order Modifying the Class Certification Briefing
6  Schedule, further modifying the class certification briefing deadlines, and scheduling a Case
7  Management Statement ("CMS") and Case Management Conference ("CMC"):

8    WHEREAS, on June 23, 2023, this Court granted the Parties' stipulation to modify the class
9  certification briefing schedule (ECF No. 206), with Plaintiffs' motion for class certification due October
10 27, 2023, Defendant's opposition brief due December 6, 2023, and Plaintiffs' reply brief due January 12,
11 2024;

12   WHEREAS, the Court held a hearing on the Parties' Cross-Motions for Summary Judgment and
13 Intuitive's *Daubert* motions on September 7, 2023;

14   WHEREAS, on September 20-22, 2023, the Parties conferred and agreed, subject to Court
15 approval, to defer class certification briefing until after the Court had ruled on the pending summary
16 judgment motions;

17   WHEREAS, on September 28, 2023, the Court issued an order concerning the Parties'
18 stipulation vacating the September 28, 2023 CMS deadline and adjourning the October 5, 2023 CMC
19 until a date convenient to the Court after it ruled on the pending summary judgment and *Daubert*
20 motions, and further modifying the class certification briefing schedule (ECF No. 222): 1) Plaintiffs'
21 motion for class certification due 45 days after the Court ruled on the pending cross-summary judgment
22 motions, 2) Defendant's opposition brief due 45 days after the deadline to file the motion for class
23 certification, and 3) Plaintiffs' reply brief due 35 days after the deadline for Defendant to file its
24 opposition to the motion for class certification (the "Stipulation");

25   WHEREAS, the Court issued rulings on the Parties' Cross-Motions for Summary Judgment and
26 *Daubert* motions on March 31, 2024 (the "Orders") and indicated that it would "discuss a proposed
27 schedule for class certification at a future date" (ECF No. 232 at fn. 6);

28

1

STIPULATION AND [PROPOSED] ORDER TO FURTHER  
MODIFY THE CLASS CERTIFICATION BRIEFING  
SCHEDULE AND SET CASE MANAGEMENT  
CONFERENCE AND STATEMENT DEADLINES

Case No.: 3:21-cv-03825-AMO-LB

WHEREAS, as a result of the actual timing of the Orders, Intuitive has requested, and plaintiffs have agreed, to add three additional weeks to the schedule set forth for briefing class certification in the Stipulation;

NOW THEREFORE, the Parties have agreed consistent with the Stipulation and the parties' discussions since the Orders, subject to the Court's approval, to the following schedule:[1]

| Event | Proposed Date |
|---|---|
| Case Management Statement | May 23, 2024 |
| Case Management Conference | May 30, 2024 |
| Deadline to file motion for class certification | June 6, 2024 |
| Deadline to file opposition to motion for class certification | July 23, 2024 |
| Deadline to file reply in support of motion for class certification | August 27, 2024 |
| Class certification hearing | October 10, 2024 |

DATED: April 11, 2024                    By:  /s/ Jeffrey J. Corrigan
                                              JEFFREY J. CORRIGAN

Manuel J. Dominguez (*pro hac vice*)          Jeffrey J. Corrigan (*pro hac vice*)
COHEN MILSTEIN SELLERS &                      Jeffrey L. Spector (*pro hac vice*)
TOLL PLLC                                     Icee N. Etheridge (*pro hac vice*)
11780 U.S. Highway One, Suite N500            SPECTOR ROSEMAN & KODROFF, P.C.
Palm Beach Gardens, FL 33408                  2001 Market Street, Suite 3420
Tel: 561-515-2604                             Philadelphia, PA 19103
Fax: 561-515-1401                             Tel: 215-496-0300
Email: jdominguez@cohenmilstein.com           Fax: 215-496-6611
                                              Email: jcorrigan@srkattorneys.com
                                                     jspector@srkattorneys.com
                                                     ietheridge@srkattorneys.com

Benjamin D. Brown (SBN 202545)                Jeannine M. Kenney (*pro hac vice*)
Daniel McCuaig (*pro hac vice*)               HAUSFELD LLP

---

[1] While SIS will participate in the CMS and CMC, the dates in connection with the class certification motion do not apply to the SIS litigation.

Zachary Glubiak (*pro hac vice*)
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave., Suite 500
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
Email: bbrown@cohenmilstein.com
       dmccuaig@cohenmilstein.com
       zglubiak@cohenmilstein.com

325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: 215-985-3270
Fax: 215-985-3271
Email: jkenney@hausfeld.com

Christopher J. Bateman (*pro hac vice*)
COHEN MILSTEIN SELLERS &
TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: 212-838-7797
Fax: 212-838-7745
Email: cbateman@cohenmilstein.com

Reena A. Gambhir (*pro hac vice*)
HAUSFELD LLP
888 16th St NW
Washington, DC 20006
Tel: 202-540-7145
Fax: 202-540-7201
Email: rgambhir@hausfeld.com

Samuel Maida (SBN 333835)
Gary I. Smith, Jr. (SBN 344865)
HAUSFELD LLP
600 Montgomery Street, Suite 3200 San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com
       gsmith@hausfeld.com

*Interim Co-Lead Counsel for Hospital Plaintiffs and the Proposed Class*

Michael J. Boni
Joshua D. Snyder (*pro hac vice*)
John E. Sindoni (*pro hac vice*)
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

*Counsel for Hospital Plaintiffs and the Proposed Class*

3
STIPULATION AND [PROPOSED] ORDER TO FURTHER
MODIFY THE CLASS CERTIFICATION BRIEFING
SCHEDULE AND SET CASE MANAGEMENT
CONFERENCE AND STATEMENT DEADLINES

Case No.: 3:21-cv-03825-AMO-LB

| | |
|---|---|
| DATED: April 11, 2024 | By: /s/Richard T. McCaulley<br>JOSHUA V. VAN HOVEN<br>JOSHUA V. VAN HOVEN, (CSB No. 261815)<br>MCCAULLEY LAW GROUP LLC<br>3001 Bishop Dr., Suite 300<br>San Ramon, California 94583<br>Telephone: 925.302.5941<br>E-Mail: josh@mccaulleylawgroup.com<br><br>RICHARD T. MCCAULLEY (*pro hac vice*)<br>180 N. Wabash Avenue, Suite 601<br>Chicago, Illinois 60601<br>Telephone: 312.330.8105<br>E-Mail: richard@mccaulleylawgroup.com<br><br>*Attorneys for* SURGICAL INSTRUMENT SERVICE COMPANY, INC. |
| DATED: April 11, 2024 | By:  /s/ Kathryn E. Cahoy<br>     KATHRYN E. CAHOY<br><br>*Attorney for Intuitive Surgical, Inc.* |

| *Additional Counsel for Intuitive Surgical, Inc.* | KATHRYN E. CAHOY (SBN 298777)<br>Email: kcahoy@cov.com |
|---|---|
| ALLEN RUBY (SBN 47109)<br>allen@allenruby.com<br>ALLEN RUBY, ATTORNEY AT LAW<br>15559 Union Ave. #138<br>Los Gatos, California 95032<br>Telephone: (408) 477-9690 | COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, California 94306-2112<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800 |
| KAREN HOFFMAN LENT (*Pro Hac Vice*)<br>Email: karen.lent@skadden.com<br>MICHAEL H. MENITOVE (*Pro Hac Vice*)<br>Email: michael.menitove@skadden.com<br>SKADDEN, ARPS, SLATE,<br> MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2040<br><br>JOSHUA HILL (SBN 250842)<br>JHill@paulweiss.com | SONYA D. WINNER (SBN 200348)<br>Email: swinner@cov.com<br>CORTLIN H. LANNIN (SBN 266488)<br>Email: clannin@cov.com<br>ISAAC D. CHAPUT (SBN 326923)<br>Email: ichaput@cov.com<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091 |

4
STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY THE CLASS CERTIFICATION BRIEFING SCHEDULE AND SET CASE MANAGEMENT CONFERENCE AND STATEMENT DEADLINES

Case No.: 3:21-cv-03825-AMO-LB

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP<br>535 Mission Street, 24th Floor<br>San Francisco, California 94105<br>Telephone: (628) 432-5100<br>Facsimile:  (628) 232-3101 | ANDREW LAZEROW (*Pro Hac Vice*)<br>Email: alazerow@cov.com<br>ASHLEY E. BASS (*Pro Hac Vice*)<br>Email: abass@cov.com<br>JOHN KENDRICK (*Pro Hac Vice*)<br>Email: jkendrick@cov.com<br>COVINGTON & BURLING LLP<br>One City Center 850 Tenth Street NW<br>Washington DC 20001-4956<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291 |

5

STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY THE CLASS CERTIFICATION BRIEFING SCHEDULE AND SET CASE MANAGEMENT CONFERENCE AND STATEMENT DEADLINES

Case No.: 3:21-cv-03825-AMO-LB

**ATTESTATION PER LOCAL RULE 5-1(i)(3)**

The e-filing attorney hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

DATED: April 11, 2024                              By:  */s/Andrew Lazerow*
                                                                    ANDREW LAZEROW

                                                                    *Attorney for Intuitive Surgical, Inc.*

6

STIPULATION AND [PROPOSED] ORDER TO FURTHER
MODIFY THE CLASS CERTIFICATION BRIEFING
SCHEDULE AND SET CASE MANAGEMENT
CONFERENCE AND STATEMENT DEADLINES

Case No.: 3:21-cv-03825-AMO-LB

# [PROPOSED] ORDER

IT IS SO ORDERED that the foregoing Stipulation and [Proposed] Order to Further Modify the Class Certification Briefing Schedule and Set Case Management Conference and Statement Deadlines is approved.

Dated _____, 2024

BY THE COURT:

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

7

STIPULATION AND [PROPOSED] ORDER TO FURTHER
MODIFY THE CLASS CERTIFICATION BRIEFING
SCHEDULE AND SET CASE MANAGEMENT
CONFERENCE AND STATEMENT DEADLINES

Case No.: 3:21-cv-03825-AMO-LB