Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 3:21-cv-03496-AMO-LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY THE CLASS CERTIFICATION BRIEFING SCHEDULE AND SET CASE MANAGEMENT CONFERENCE AND STATEMENT DEADLINES**<br><br>Judge: Honorable Araceli Martínez-Olguín |

STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY THE CLASS CERTIFICATION BRIEFING SCHEDULE AND SET CASE MANAGEMENT CONFERENCE AND STATEMENT DEADLINES

Case No.: 3:21-cv-03496-AMO-LB

1  Pursuant to Local Civil Rule 6-2, Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc., King County Public Hospital District No. 1, d/b/a Valley Medical Center ("Hospital Plaintiffs"), Surgical Instrument Service Company, Inc. ("SIS") and Defendant Intuitive Surgical, Inc. (collectively, "the Parties") hereby stipulate as follows and respectfully request that the Court endorse this stipulation with an order, consistent with the September 28, 2023 Order Modifying the Class Certification Briefing Schedule, further modifying the class certification briefing deadlines, and scheduling a Case Management Statement ("CMS") and Case Management Conference ("CMC"):

WHEREAS, on June 23, 2023, this Court granted the Parties' stipulation to modify the class certification briefing schedule (ECF No. 206), with Plaintiffs' motion for class certification due October 27, 2023, Defendant's opposition brief due December 6, 2023, and Plaintiffs' reply brief due January 12, 2024;

WHEREAS, the Court held a hearing on the Parties' Cross-Motions for Summary Judgment and Intuitive's *Daubert* motions on September 7, 2023;

WHEREAS, on September 20-22, 2023, the Parties conferred and agreed, subject to Court approval, to defer class certification briefing until after the Court had ruled on the pending summary judgment motions;

WHEREAS, on September 28, 2023, the Court issued an order concerning the Parties' stipulation vacating the September 28, 2023 CMS deadline and adjourning the October 5, 2023 CMC until a date convenient to the Court after it ruled on the pending summary judgment and *Daubert* motions, and further modifying the class certification briefing schedule (ECF No. 222): 1) Plaintiffs' motion for class certification due 45 days after the Court ruled on the pending cross-summary judgment motions, 2) Defendant's opposition brief due 45 days after the deadline to file the motion for class certification, and 3) Plaintiffs' reply brief due 35 days after the deadline for Defendant to file its opposition to the motion for class certification (the "Stipulation");

WHEREAS, the Court issued rulings on the Parties' Cross-Motions for Summary Judgment and *Daubert* motions on March 31, 2024 (the "Orders") and indicated that it would "discuss a proposed schedule for class certification at a future date" (ECF No. 232 at fn. 6);

1

STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY THE CLASS CERTIFICATION BRIEFING SCHEDULE AND SET CASE MANAGEMENT CONFERENCE AND STATEMENT DEADLINES

Case No.: 3:21-cv-03496-AMO-LB

WHEREAS, as a result of the actual timing of the Orders, Intuitive has requested, and plaintiffs have agreed, to add three additional weeks to the schedule set forth for briefing class certification in the Stipulation;

NOW THEREFORE, the Parties have agreed consistent with the Stipulation and the parties' discussions since the Orders, subject to the Court's approval, to the following schedule:[1]

| Event | Proposed Date |
|---|---|
| Case Management Statement | May 23, 2024 |
| Case Management Conference | May 30, 2024 |
| Deadline to file motion for class certification | June 6, 2024 |
| Deadline to file opposition to motion for class certification | July 23, 2024 |
| Deadline to file reply in support of motion for class certification | August 27, 2024 |
| Class certification hearing | October 10, 2024 |

DATED: April 11, 2024                          By:  /s/ Jeffrey J. Corrigan
                                                    JEFFREY J. CORRIGAN

Manuel J. Dominguez (*pro hac vice*)           Jeffrey J. Corrigan (*pro hac vice*)
COHEN MILSTEIN SELLERS &                       Jeffrey L. Spector (*pro hac vice*)
TOLL PLLC                                      Icee N. Etheridge (*pro hac vice*)
11780 U.S. Highway One, Suite N500             SPECTOR ROSEMAN & KODROFF, P.C.
Palm Beach Gardens, FL 33408                   2001 Market Street, Suite 3420
Tel: 561-515-2604                              Philadelphia, PA 19103
Fax: 561-515-1401                              Tel: 215-496-0300
Email: jdominguez@cohenmilstein.com            Fax: 215-496-6611
                                               Email: jcorrigan@srkattorneys.com
                                                      jspector@srkattorneys.com
                                                      ietheridge@srkattorneys.com

Benjamin D. Brown (SBN 202545)                 Jeannine M. Kenney (*pro hac vice*)
Daniel McCuaig (*pro hac vice*)                HAUSFELD LLP

---

[1] While SIS will participate in the CMS and CMC, the dates in connection with the class certification motion do not apply to the SIS litigation.

| | |
|---|---|
| Zachary Glubiak (*pro hac vice*)<br>COHEN MILSTEIN SELLERS &<br>TOLL PLLC<br>1100 New York Ave., Suite 500<br>Washington, DC 20005<br>Tel: 202-408-4600<br>Fax: 202-408-4699<br>Email: bbrown@cohenmilstein.com<br>  dmccuaig@cohenmilstein.com<br>  zglubiak@cohenmilstein.com | 325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br>Tel: 215-985-3270<br>Fax: 215-985-3271<br>Email: jkenney@hausfeld.com |
| Christopher J. Bateman (*pro hac vice*)<br>COHEN MILSTEIN SELLERS &<br>TOLL PLLC<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>Tel: 212-838-7797<br>Fax: 212-838-7745<br>Email: cbateman@cohenmilstein.com | Reena A. Gambhir (*pro hac vice*)<br>HAUSFELD LLP<br>888 16th St NW<br>Washington, DC 20006<br>Tel: 202-540-7145<br>Fax: 202-540-7201<br>Email: rgambhir@hausfeld.com |
| | Samuel Maida (SBN 333835)<br>Gary I. Smith, Jr. (SBN 344865)<br>HAUSFELD LLP<br>600 Montgomery Street, Suite 3200 San Francisco, CA 94111<br>Tel: 415-633-1908<br>Fax: 415-358-4980<br>Email: smaida@hausfeld.com<br>  gsmith@hausfeld.com |

*Interim Co-Lead Counsel for Hospital Plaintiffs and the Proposed Class*

Michael J. Boni
Joshua D. Snyder (*pro hac vice*)
John E. Sindoni (*pro hac vice*)
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

*Counsel for Hospital Plaintiffs and the Proposed Class*

3

STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY THE CLASS CERTIFICATION BRIEFING SCHEDULE AND SET CASE MANAGEMENT CONFERENCE AND STATEMENT DEADLINES

Case No.: 3:21-cv-03496-AMO-LB

| | | |
|---|---|---|
| DATED: April 11, 2024 | By: | /s/Richard T. McCaulley |

JOSHUA V. VAN HOVEN
JOSHUA V. VAN HOVEN, (CSB No. 261815)
MCCAULLEY LAW GROUP LLC
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941
E-Mail: josh@mccaulleylawgroup.com

RICHARD T. MCCAULLEY (*pro hac vice*)
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105
E-Mail: richard@mccaulleylawgroup.com

*Attorneys for* SURGICAL INSTRUMENT SERVICE COMPANY, INC.

DATED: April 11, 2024         By: /s/ Kathryn E. Cahoy
                                   KATHRYN E. CAHOY

*Attorney for Intuitive Surgical, Inc.*

*Additional Counsel for Intuitive Surgical, Inc.*

ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

KAREN HOFFMAN LENT (*Pro Hac Vice*)
Email: karen.lent@skadden.com
MICHAEL H. MENITOVE (*Pro Hac Vice*)
Email: michael.menitove@skadden.com
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2040

JOSHUA HILL (SBN 250842)
JHill@paulweiss.com

KATHRYN E. CAHOY (SBN 298777)
Email: kcahoy@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

SONYA D. WINNER (SBN 200348)
Email: swinner@cov.com
CORTLIN H. LANNIN (SBN 266488)
Email: clannin@cov.com
ISAAC D. CHAPUT (SBN 326923)
Email: ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

4

STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY THE CLASS CERTIFICATION BRIEFING SCHEDULE AND SET CASE MANAGEMENT CONFERENCE AND STATEMENT DEADLINES

Case No.: 3:21-cv-03496-AMO-LB

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP<br>535 Mission Street, 24th Floor<br>San Francisco, California 94105<br>Telephone: (628) 432-5100<br>Facsimile:  (628) 232-3101 | ANDREW LAZEROW (*Pro Hac Vice*)<br>Email: alazerow@cov.com<br>ASHLEY E. BASS (*Pro Hac Vice*)<br>Email: abass@cov.com<br>JOHN KENDRICK (*Pro Hac Vice*)<br>Email: jkendrick@cov.com<br>COVINGTON & BURLING LLP<br>One City Center 850 Tenth Street NW<br>Washington DC 20001-4956<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291 |

STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY THE CLASS CERTIFICATION BRIEFING SCHEDULE AND SET CASE MANAGEMENT CONFERENCE AND STATEMENT DEADLINES

Case No.: 3:21-cv-03496-AMO-LB

**[PROPOSED] ORDER**

IT IS SO ORDERED that the foregoing Stipulation and [Proposed] Order to Further Modify the Class Certification Briefing Schedule and Set Case Management Conference and Statement Deadlines is approved.

Dated _____ April 15, 2024                      BY THE COURT:

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge