1 | Kenneth A. Gallo (*pro hac vice*)
　 | Paul D. Brachman (*pro hac vice*)
2 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
　 | 2001 K Street, NW
3 | Washington, DC  20006-1047
　 | Telephone:  (202) 223-7300
4 | Facsimile:  (202) 204-7420
　 | Email: kgallo@paulweiss.com
5 | Email: pbrachman@paulweiss.com

6 | William B. Michael (*pro hac vice*)
　 | Crystal L. Parker (*pro hac vice*)
7 | Daniel A. Crane (*pro hac vice*)
　 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
8 | 1285 Avenue of the Americas
　 | New York, NY 10019-6064
9 | Telephone:  (212) 373-3000
　 | Facsimile:  (212) 757-3990
10 | Email: wmichael@paulweiss.com
　 | Email: cparker@paulweiss.com
11 | Email: dcrane@paulweiss.com

12 | Joshua Hill Jr. (SBN 250842)
　 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
13 | 535 Mission Street, 24th Floor
　 | San Francisco, CA 94105
14 | Telephone:  (628) 432-5100
　 | Facsimile:  (628) 232-3101
15 | Email: jhill@paulweiss.com

16 | *Attorneys for Defendant Intuitive Surgical, Inc.*

17 | [Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>　　　　Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTUITIVE SURGICAL, INC.,<br><br>　　　　Defendant/Counterclaimant. | Case No.:  3:21-CV-03496-AMO-LB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REDACTIONS TO PROVISIONALLY FILED ORDER RE: CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:  The Honorable Araceli Martínez-Olguín |

1  Pursuant to the Court's Order Regarding Cross Motions for Summary Judgment (ECF No. 204) ("the Order"), Plaintiff Surgical Instrument Service Company, Inc. and Defendant Intuitive Surgical, Inc. (collectively the "Parties"), stipulate as follows:

The Court's Order required the Parties to meet and confer with each other "and any appropriate non-parties" about the submission of a new proposed redacted version of the Order that incorporates the Court's separate ruling on the administrative motions to seal (ECF No. 205).

The Parties have now met and conferred among themselves and with non-parties Rebotix Repairs and Restore Robotics and have determined that no redactions to the Order are needed. Counsel for Rebotix Repairs and Restore Robotics confirmed that they do not seek to seal any portions of the Order.

The Parties therefore stipulate that the Order Regarding Cross Motions for Summary Judgment may be unsealed and request that the Court enter an Order to that effect.

Additionally, although the Court did not expressly direct the parties to address the sealing of the Court's Order Regarding Motions to Exclude Expert Witnesses (ECF No. 203), the Parties plan to follow a similar process for that order and update the Court accordingly.

Dated: April 22, 2024

By: /s/ *Richard T. McCaulley*
RICHARD T. MCCAULLEY

Joshua V. Van Hoven (CSB No. 261815)
**MCCAULLEY LAW GROUP LLC**
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941
E-Mail: josh@mccaulleylawgroup.com

Richard T. McCaulley (*pro hac vice*)
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105
Email: richard@mccaulleylawgroup.com

*Attorneys for Surgical Instrument Service Company, Inc.*

| | |
|---|---|
| Dated:  April 22, 2024 | By: /s/ *Kathryn E. Cahoy* <br> KATHRYN E. CAHOY <br><br> Kenneth A. Gallo (*pro hac vice*) <br> Paul D. Brachman *(pro hac vice)* <br> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** <br> 2001 K Street, NW <br> Washington, DC  20006-1047 <br> Telephone:  (202) 223-7300 <br> Facsimile:  (202) 204-7420 <br> Email: kgallo@paulweiss.com <br> Email: pbrachman@paulweiss.com <br><br> William B. Michael (*pro hac vice*) <br> Crystal L. Parker (*pro hac vice*) <br> Daniel A. Crane (*pro hac vice*) <br> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** <br> 1285 Avenue of the Americas <br> New York, NY 10019-6064 <br> Telephone:  (212) 373-3000 <br> Facsimile:  (212) 757-3990 <br> Email: wmichael@paulweiss.com <br> Email: cparker@paulweiss.com <br> Email: dcrane@paulweiss.com <br><br> Joshua Hill Jr. (SBN 250842) <br> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** <br> 535 Mission Street, 24th Floor <br> San Francisco, CA 94105 <br> Telephone:  (628) 432-5100 <br> Facsimile:  (628) 232-3101 <br> Email: jhill@paulweiss.com <br><br> Sonya D. Winner (SBN 200348) <br> **COVINGTON & BURLINGTON LLP** <br> 415 Mission Street, Suite 5400 <br> San Francisco, California 94105-2533 <br> Telephone:  (415) 591-6000 <br> Facsimile:  (415) 591-6091 <br> Email: swinner@cov.com <br><br> Kathryn E. Cahoy (SBN 298777) <br> **COVINGTON & BURLING LLP** <br> 3000 El Camino Real <br> 5 Palo Alto Square, 10th Floor <br> Palo Alto, California 94306-2112 <br> Telephone: (650) 632-4700 <br> Facsimile: (650) 632-4800 <br> Email: kcahoy@cov.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Andrew Lazerow (*Pro Hac Vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
allen@allenruby.com
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

Attorneys for *Defendant*
*Intuitive Surgical, Inc.*

STIPULATION AND [PROPOSED] ORDER RE: REDACTIONS TO SUMM. J. ORDER

3

Case No. 3:21-cv-03496-AMO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2024          By: _____
                                          The Honorable Araceli Martínez-Olguín
                                          United States District Judge

# ATTESTATION PER LOCAL RULE 5-1(i)(3)

The e-filing attorney hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: April 22, 2024 By: /s/ *Kathryn E. Cahoy*
KATHRYN E. CAHOY

# CERTIFICATE OF SERVICE

On April 22, 2024, I caused a copy of the Joint Stipulation and [Proposed] Order Regarding Redactions to Provisionally Filed Order Re: Cross Motions for Summary Judgment to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dated: April 22, 2024         By: /s/ *Kathryn E. Cahoy*
                                  KATHRYN E. CAHOY