UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant. | Case No. 21-cv-03496-AMO<br><br>**ORDER**<br><br>Re: Dkt. No. 218 |

On March 31, 2024, the Court issued its Order Regarding Cross Motions for Summary Judgment. ECF 204 ("Order"). The Order required the Parties to meet and confer with each other "and any appropriate non-parties" about the submission of a new proposed redacted version of the Order that incorporates the Court's separate ruling on the administrative motions to seal. *Id.* Thereafter, the parties gave notice to the Court that no redactions to the Order are needed, and they jointly requested that the Court unseal the Order. ECF 218. The Court **GRANTS** the stipulation and instructs the Clerk to unseal ECF 204.

In the parties' stipulation, they additionally state that they will follow a similar process regarding the proposed redaction of the Court's Order Regarding Motions to Exclude Expert Witnesses. *Id.* (citing ECF 203). The Court appreciates the parties' efforts to complete this task absent direct instructions to that effect. No later than 11:59 a.m. on May 3, 2024, the parties

//
//
//
//
//

**SHALL** submit a new proposed redacted version of Order Regarding Motions to Exclude Expert Witnesses that incorporates the Court's ruling on the administrative motions to seal.

**IT IS SO ORDERED.**

Dated: April 29, 2024

_____
**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**