Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
                                          )
 5   IN RE: DA VINCI SURGICAL ROBOT        )LEAD LEAD CASE
     ANTITRUST LITIGATION,                 )NO.:
 6                                         )3:21-cv-03825-VC
     THIS DOCUMENT RELATES TO:             )
 7   ALL CASES.                            )
     _____)
 8                                         )
     SURGICAL INSTRUMENT SERVICE           )CASE NO.
 9   COMPANY, INC,                         )3:21-cv-03496-VC
                                           )
10                    Plaintiff,           )
                                           )
11             v.                          )
                                           )
12   INTUITIVE SURGICAL, INC.,             )
                                           )
13                    Defendant.           )
     _____)
14              DEPOSITION OF ROBERT HOWE
15                      VOLUME I
16          REMOTELY IN BOSTON, MASSACHUSETTS
17              FRIDAY, FEBRUARY 24, 2023
18
19
20
21
22
23
24   REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                    CSR NO. 14125
25   JOB NO.:       5754439
```

Page 2

1              UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                  SAN FRANCISCO DIVISION
4
                                        )
5   IN RE: DA VINCI SURGICAL ROBOT      )LEAD CASE NO.:
    ANTITRUST LITIGATION,                )
6                                       )3:21-CV-03825-VC
    THIS DOCUMENT RELATES TO:            )
7   ALL CASES.                           )
    _____     )
8
9
10
11
12       DEPOSITION OF ROBERT HOWE, VOLUME I
13       TAKEN ON BEHALF OF THE PLAINTIFF
14       REMOTELY VIA ZOOM VIDEOCONFERENCING, IN
15       BOSTON, MASSACHUSETTS, BEGINNING AT
16       9:24 A.M. AND ENDING AT 4:03 P.M., ON
17       FRIDAY, FEBRUARY 24, 2023, BEFORE
18       NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND
19       REPORTER NUMBER 14125.
20
21
22
23
24
25

```
 1                  A P P E A R A N C E S
 2
 3     FOR THE PLAINTIFF, SURGICAL INSTRUMENT SERVICE
       COMPANY, INC:
 4
           HALEY GUILIANO, LLP
 5         BY:  JOSH VAN HOVEN, ESQ.
           111 NORTH MARKET STREET
 6         SUITE 900
           SAN JOSE, CALIFORNIA  95113
 7         (669) 213-1061
           JOSHUA.VANHOVEN@HGLAW.COM
 8
           - AND -
 9
           SPECTOR ROSEMAN & KODROFF, P.C.
10         BY:  JEFFREY R. CORRIGAN, ESQ.
           TWO COMMERCE SQUARE
11         2001 MARKET STREET
           SUITE 3420
12         PHILADELPHIA, PENNSYLVANIA  19103
           (215) 496-0300
13         JCORRIGAN@SRKATTORNEYS.COM.
14
       FOR THE PROPOSED CLASS, HOSPITAL PLAINTIFFS:
15
           BONI, ZACK & SNYDER, LLC
16         BY:  JOSHUA SNYDER, ESQ.
           BY:  JOHN SINDONI, ESQ.
17         15 ST. ASAPHS ROAD
           BALA CYNWYD, PENNSYLVANIA  19004
18         (610) 822-0200
           JSNYDER@BONIZACK.COM
19         JSINDONI@BONIZACK.COM
20
       FOR THE DEFENDANTS, INTUITIVE SURGICAL, INC.:
21
           COVINGTON & BURLING, LLP
22         BY:  ISAAC CHAPUT, ESQ.
           415 MISSION STREET
23         FLOOR 54
           SAN FRANCISCO, CALIFORNIA  94105
24         (415) 591-6000
           ICHAPUT@COV.COM
25
```

```
                                                        Page 4
 1                    A P P E A R A N C E S
 2
 3      ALSO PRESENT:
 4          FRANKIE MATUS, VIDEOGRAPHER;
 5          KIM PARNELL, PLAINTIFF'S EXPERT
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 30

1    for many years.  Certainly during my, you know,
2    university training and graduate school.
3         Q.   What do you mean it's so fundamental --
4         A.   I was -- sorry, it goes back further than
5    that.  Every freshman physics class considers
6    pulleys, so that would be my first year of college
7    that I formally looked at forces and motions and
8    pulleys.
9         Q.   And through your education and your work,
10   have you seen pulleys in a number of devices in
11   addition to EndoWrists?
12        A.   Yes.
13        Q.   What are some examples of those?
14        A.   Well, I'll start with some of the
15   beautiful mechanical designs from Dr. Ken Salisbury,
16   who invented the EndoWrist.  He's perhaps the best
17   designer of cable drive systems that I'm familiar
18   with.  One great example is the PHANToM haptic
19   interface.  This revolutionized the force feedback
20   field for human-machine interfaces.  It uses what
21   are called capstan drives and pulleys in order to
22   provide high gear ratios from small electric motors
23   with essentially no friction and backlash.  I can go
24   on, if you like, and offer more examples.
25        Q.   Would it be fair to say that you have

Page 31

1   probably seen hundreds of devices that have pulleys
2   of some sort?
3           MR. CHAPUT:  Object to the form.
4       A.  Yes.
5       Q.  And I believe you talked about a -- I
6   don't know if it's Mr. or Dr. Salisbury designing a
7   pulley system.
8           Is that true?
9       A.  I do.
10      Q.  What is your understanding of when your
11  design was initially done?
12      A.  In the 1990s.
13      Q.  You also -- the -- said the Si EndoWrist
14  instruments have pins or dogs?
15      A.  I did.
16      Q.  What's your understanding of the function
17  of a pin or dog in an Si EndoWrist instrument?
18      A.  So they're located some distance from the
19  center of rotation of the disk and pulley, and they
20  interlock with a mating hole on the drive side of
21  the robot, and they enable the application of forces
22  from the motor drive to the disk, and thus generate
23  a torque around the axis of the pulley or disk.
24      Q.  And when you talk about application of
25  forces from the motor drive to the disk, that's via