# Patent Notice

This page serves as notice under 35 U.S.C. § 287(a) of various United States Patents associated with the products listed below. The products and patent numbers shown below may not be all-inclusive. Other patents may protect both the products listed below and other products and services commercialized by Intuitive Surgical, Inc. Additional patents are pending.

Granted patents and published U.S. patent applications may be viewed at the United States Patent and Trademark Office website.

Published international patent applications that designate the United States of America may be viewed at the World Intellectual Property Organization website.

### da Vinci Surgical System (Models IS1000 and IS1200)

5792135, 5797900, 5976122, 6063095, 6132368, 6244809, 6246200, 6312435, 6331181, 6346072, 6364888, 6371952, 6394998, 6424885, 6441577, 6451027, 6459926, 6491691, 6491701, 6493608, 6565554, 6587750, 6645196, 6671581, 6684129, 6699177, 6714839, 6766204, 6799065, 6817974, 6866671, 6871117, 6905491, 6951535, 6991627, 6994703, 7025064, 7048745, 7074179, 7083571, 7087049, 7118582, 7125403, 7155315, 7204844, 7333642, 7357774, 7865266, 8068649

### da Vinci S Surgical System (Model IS2000)

5792135, 5797900, 5976122, 6063095, 6132368, 6244809, 6246200, 6312435, 6331181, 6346072, 6364888, 6371952, 6394998, 6424885, 6441577, 6451027, 6459926, 6491691, 6491701, 6493608, 6565554, 6587750, 6645196, 6671581, 6684129, 6699177, 6714839,

This site uses cookies for personalization, measuring site traffic, and providing an optimal user experience. Click 'Accept' to opt into this enhanced experience or 'Reject' to reject all cookies except essential cookies required for the website to function.

Cookie Settings

Reject    Accept

5792135, 5797900, 5976122, 6063095, 6132368, 6244809, 6246200, 6312435, 6331181, 6346072, 6364888, 6371952, 6394998, 6424885, 6441577, 6451027, 6459926, 6491691, 6491701, 6493608, 6522906, 6565554, 6587750, 6645196, 6671581, 6684129, 6699177, 6714839, 6766204, 6783524, 6785593, 6799065, 6799088, 6817972, 6817974, 6836703, 6866671, 6871117, 6892112, 6905491, 6951535, 6991627, 6994703, 7025064, 7048745, 7066926, 7074179, 7083571, 7087049, 7118582, 7125403, 7155315, 7204844, 7276065, 7333642, 7357774, 7756036, 7757028, 7865266, 8054752, 8068649, 8100133, 8343045, 8545515, 8838270, 8888690, 8888789, 9138284, 9254178, 9259276, 9283050

### da Vinci Xi Surgical System (Model IS4000)

5792135, 5797900, 5976122, 6063095, 6132368, 6244809, 6246200, 6312435, 6331181, 6346072, 6364888, 6371952, 6394998, 6424885, 6441577, 6451027, 6459926, 6491691, 6491701, 6493608, 6522906, 6565554, 6587750, 6645196, 6671581, 6684129, 6699177, 6714839, 6766204, 6785593, 6799065, 6799088, 6817974, 6836703, 6866671, 6871117, 6892112, 6905491, 6951535, 6991627, 6994703, 7025064, 7027892, 7048745, 7066926, 7074179, 7083571, 7087049, 7118582, 7125403, 7155315, 7204844, 7276065, 7333642, 7357774, 7865266, 8068649, 8100133, 8343045, 8545515, 8888690, 8888789, 9138284, 9254178, 9259276, 9283050, 9308937, 9358074

### Single-Site System, Instruments, and Accessories (da Vinci Si and da Vinci Xi Surgical Systems)

8545515, 8551115, 8888789, 9254178, 9283050

### 8 mm Endowrist Instruments (da Vinci, da Vinci S, da Vinci Si, and da Vinci Xi Surgical Systems)

5792135, 5797900, 5976122, 6312435, 6331181, 6371952, 6394998, 6491691, 6491701, 6866671, 6991627

### 5 mm Endowrist Instruments (da Vinci, da Vinci S, and da Vinci Si Surgical Systems)

6331181, 6491691, 6491701, 6817974, 6866671, 6991627, 9339341

### Endowrist Stapler System (da Vinci Si and da Vinci Xi Surgical Systems)

6312435, 6331181, 6491701, 6699235, 6866671, 6991627, 7066926

### Accessories (da Vinci, da Vinci S, da Vinci Si, and da Vinci Xi Surgical Systems)

6132368, 6346072, 9138284

This site uses cookies for personalization, measuring site traffic, and providing an optimal user experience. Click 'Accept' to opt into this enhanced experience or 'Reject' to reject all cookies except essential cookies required for the website to function.

Company

For Important Safety Information, indications for use, risks, full cautions and warnings, please refer to www.intuitive.com/safety.

Home  >  Company  >  Legal  >  Patent Notice

Products & Services

Healthcare Professionals

Patients

About

Cookies
Privacy Policy
Terms of Use
Sitemap

Copyright © 2023 Intuitive Surgical. All Rights Reserved. Product names are trademarks or registered trademarks of Intuitive Surgical or their respective owners. See www.intuitive.com/trademarks.

PN 1040659 REV B 07/20

This site uses cookies for personalization, measuring site traffic, and providing an optimal user experience. Click 'Accept' to opt into this enhanced experience or 'Reject' to reject all cookies except essential cookies required for the website to function.