```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4   IN RE: DA VINCI SURGICAL ROBOT    ) Lead Case No.:
     ANTITRUST LITITGATION,            ) 3:21-cv-03825-VC
 5   ------------------------------------)
     THIS DOCUMENT RELATES TO:         )
 6   ALL CASES                         )
     ------------------------------------)
 7
 8   SURGICAL INSTRUMENT SERVICE       )
     COMPANY, INC.,                    ) Case No.
 9                                     ) 3:21-cv-03496-VC
                   Plaintiff,          )
10                                     )
           vs.                         )
11                                     )
     INTUITIVE SURGICAL, INC.,         )
12                                     )
                   Defendant.          )
13   ------------------------------------)
14
15       ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
16
17    REMOTE PROCEEDINGS OF THE VIDEOTAPED DEPOSITION OF
18           GRANT DUQUE, IN HIS PERSONAL CAPACITY
19                TUESDAY, NOVEMBER 8, 2022
20
21
22
23   REPORTED BY NANCY J. MARTIN
24   CSR. NO. 9504, RMR, RPR
25   PAGES 1 - 178
```

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4   IN RE: DA VINCI SURGICAL ROBOT    ) Lead Case No.:
     ANTITRUST LITIGATION,             ) 3:21-cv-03825-VC
 5   ------------------------------------)
     THIS DOCUMENT RELATES TO:          )
 6   ALL CASES                          )
     ------------------------------------)
 7
 8   SURGICAL INSTRUMENT SERVICE        )
     COMPANY, INC.,                     ) Case No.
 9                                      ) 3:21-cv-03496-VC
                    Plaintiff,          )
10                                      )
          vs.                           )
11                                      )
     INTUITIVE SURGICAL, INC.,          )
12                                      )
                    Defendant.          )
13   ------------------------------------)
14
15       ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
16
17                        - - -
18              Tuesday, November 8, 2022
19                        - - -
20      Videotaped Remote Deposition of GRANT DUQUE,
21   beginning at 9:04 A.M., before Nancy J. Martin, a
22   Registered Merit Reporter, Certified Shorthand
23   Reporter.  All parties appeared remotely.
24
25
```

HIGHLY CONFIDENTIAL

Page 3

1  A P P E A R A N C E S :
2
   DANIEL MCCUAIG, ESQ.
3  COHEN MILSTEIN SELLERS & TOLL PLLC
   1100 New York Avenue NW 5th Floor
4  Washington, D.C.  20005
   dmccuaig@cohenmilstein.com
5  (202) 408-4600
   Counsel for the hospital plaintiffs
6
7
   KATHRYN E. CAHOY, ATTORNEY AT LAW
8  COVINGTON & BURLING LLP
   3000 El Camino Real
9  5 Palo Alto Square
   Palo Alto, California  94306
10 (650) 632-4735
   kcahoy@cov.com
11 Counsel for Intuitive Surgical Inc.
12
13 JOSHUA VAN HOVEN, ESQ.
   HALEY GUILIANO LLP
14 111 North Market Street
   Suite 900
15 San Jose, California  95113
   (669) 213-1080
16 joshua.vanhoven@hglaw.com
   Counsel for Surgical Instrument Service, Incorporated
17
18 ALSO PRESENT:
19 BEN PELTA-HELLER, LEGAL VIDEOGRAPHER
20
21
22
23
24
25


Page 4

I N D E X

| | TESTIMONY OF GRANT DUQUE | PAGE |
|---|---|---|
| | BY MR. VAN HOVEN | 6 |
| | BY MS. CAHOY | 170 |
| | BY MR. VAN HOVEN | 172 |

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 238 | LinkedIn profile | 9 |
| Exhibit 239 | (Skipped) | |
| Exhibit 240 | E-mail dated 10-26-16 | 30 |
| Exhibit 241 | Life testing document | 36 |
| Exhibit 242 | (Skipped.) | |
| Exhibit 243 | E-mail dated 10-30-17 | 52 |
| Exhibit 244 | TLTP Guidance and Best Practices | 53 |
| Exhibit 245 | (Skipped.) | |
| Exhibit 246 | E-mail dated 2-21-19 | 71 |
| Exhibit 247 | Quality Review Board - Base/Core I&A | 74 |
| Exhibit 248 | E-mail dated 3-21-19 | 86 |
| Exhibit 249 | RMA Analysis for possible life extension (2017-18) | 88 |
| Exhibits 250 thru 256 | (Skipped.) | |
| Exhibit 257 | E-mail chain dated 6-12-19 | 118 |

Page 5

1                          E X H I B I T S

2     NUMBER                DESCRIPTION                    PAGE

3     Exhibit 258         E-mail chain dated 7-12-19       129

4     Exhibit 259         (Skipped.)

5     Exhibit 260         E-mail chain dated 4-27-17       134

6     Exhibit 261         (Skipped.)

7     Exhibit 262         (Skipped.)

8     Exhibit 263         E-mail chain dated 9-24-18       150

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 17

1   Q.  And approximately what period did you work as
2   a design engineer prior to product launch on Gen 2 or
3   S instruments?
4   A.  Sorry.  Can you rephrase that or repeat that
5   question, please.
6   Q.  Sure.  We discussed before that there was a
7   period of time as a design engineer where you may work
8   with the instrument before it launches.
9   A.  Okay.
10  Q.  And I'm asking about during what time period
11  did you work on Gen 2 or S instruments as a design
12  engineer before they launched?
13  A.  I see.  Before IS2000 launched, which was
14  approximately 2005, I was working on S instruments
15  specifically less than a year.
16  Q.  Because Gen 2 or S launched shortly after you
17  joined the design engineering group; is that right?
18  A.  Not -- not accurate.  I'm having trouble
19  answering that question because the work on IS1200
20  dovetailed into IS2000.
21  Q.  Got it.  And at some point, what was the next
22  generation of instruments that launched while you were
23  working as a design engineer?
24  A.  So there was a system launch of SI, but the
25  instruments -- the S instruments were the same.

HIGHLY CONFIDENTIAL

Page 18

1           The next instruments that we worked on --
2      that I was working on were different types of
3      instruments on that same platform.
4           Q.  So just to unpack that, there was a system
5      launch of SI at some point; is that right?
6           A.  Correct.
7           Q.  And approximately when was that system
8      launch?
9           A.  Approximately 2008.
10          Q.  And at the time of that launch, the
11     instruments used with the SI were the same as the
12     S instruments?
13          A.  Correct.
14          Q.  At some point was there an update to the
15     instruments used with the SI system?
16              MS. CAHOY:  Objection to form.
17              THE WITNESS:  Please rephrase the question or
18     repeat the question, please.
19     BY MR. VAN HOVEN:
20          Q.  Sure.  At some point after the launch of the
21     SI system, was there an update to the -- to the
22     instruments from the original S instruments that were
23     used with that system?
24          A.  Not specifically.
25          Q.  Is there a generation or a group of

Page 19

1     instruments labeled as IS3000?
2          A.   There is.
3          Q.   What are IS3000 instruments?
4          A.   So when we launched the SI platform, which is
5     a system release, they were designated as IS3000.
6     There was some instruments that were only compatible,
7     newly -- new instruments, new instrument types that
8     were only compatible with that 3000 generation.
9          Q.   Got it.  So there were some instruments that
10    were essentially IS2000 instruments that would work
11    with the new SI system; is that right?
12         A.   Correct.
13         Q.   And those were relabeled as IS3000 for
14    purposes of sale with the SI system?
15              MS. CAHOY:  Objection to form.
16              THE WITNESS:  Can you -- can you rephrase the
17    question?  I don't understand the question.
18    BY MR. VAN HOVEN:
19         Q.   What don't you understand about the question?
20         A.   You mentioned relabeling, were they
21    relabeled --
22         Q.   Oh, okay.  Got it.  So I don't mean a
23    physical label on the product.  I'm talking about the
24    name as IS2000 or IS3000.
25              Does that distinction make sense to you,

Page 20

1      those product names?
2           A.   The instruments themselves were not renamed,
3      or they weren't changed at all.  They were just
4      compatible with the 3000 generation.
5           Q.   And I guess for those -- the ones that
6      previously worked with the S system, the set of
7      instruments that previously worked with the S system,
8      that would also be used in the SI system; correct?
9           A.   Can you say that one more time?  Sorry.
10          Q.   Yeah.  There was a set of instruments that
11     were previously used with the IS2000 or S system.
12          A.   Okay.
13          Q.   And that were also then used with the IS3000
14     or SI system; correct?
15          A.   That's correct.
16          Q.   Were the instruments -- I guess even
17     though they -- so those instruments were the same
18     physically; correct?
19          A.   That's correct.
20          Q.   And I'm just asking were the -- for purposes
21     of use with the SI or IS3000 systems, were those
22     instruments referred to as IS3000 instruments, or were
23     they still called IS2000 instruments?
24          A.   They were both.  So they're still referred to
25     as IS2000 instruments internally.  We may have changed

Page 21

1   their designation to be IS2000/3000.
2       Q.  Got it.  And then there was also then a set
3   of instruments that was entirely new for use with the
4   IS3000?
5       A.  That's correct.
6       Q.  And I guess I'd like to talk a little bit
7   about the instruments themselves.  Let's start with
8   the IS2000.
9       A.  Okay.
10      Q.  Am I correct that the -- an IS2000 instrument
11  will attach to an arm of an S robot?
12      A.  That's correct.
13      Q.  And it has a number -- I guess four discs
14  that -- on the instrument?
15      A.  There are four input discs on the back end of
16  the instrument.
17      Q.  And those interface with mating parts on the
18  robot?
19      A.  They interface with an adapter accessory
20  component in between the instrument and the system
21  arm.
22      Q.  And the system arm includes motors that, via
23  the adapter and disc, initiate movements within the
24  instrument?
25      A.  That's correct.

1          A.   Yes, that's correct.
2          Q.   And do the yaw and grip inputs -- do cables
3     couple from the input discs to the distal end of the
4     instrument?
5          A.   Can you rephrase that question?
6          Q.   Sure.  Is it okay to refer to kind of yaw and
7     grip collectively because they function in a
8     complimentary manner?
9          A.   It depends on what you're talking about, but
10    yes.
11         Q.   And are there -- I guess could you describe
12    for the XI the cables that connect from the yaw and
13    grip input discs to the distal end of the instrument.
14         A.   Okay.  So for yaw and grip, they are cable
15    pulley systems.  And so the input discs are
16    essentially acting as pulleys.  A cable must wrap
17    around those pulleys.
18              So there's a cable section at the back end,
19    proximal end of the instrument.  That then is
20    connected via a hypotube, which is basically a
21    stainless steel, metal tube, for the straight
22    section that -- for the section of cable of the drive
23    train that isn't required to go through a loop.  So
24    it's the straight section.
25              At the distal end, where the cable drive has

Page 41

1   to connect through the wrist, there is another section
2   of cable.  That cable is routed through the pitch axis
3   joint and then to a series of eyelet pulleys to route
4   the cables through the wrist in a compact manner and
5   then terminates in a way that's constrained to one of
6   the pulleys on the yaw or grip joints.
7           And then you have a return cable that
8   basically comes back down a similar path back to the
9   other side of the input disc at the back end of the
10  instrument.
11      Q.  Got it.  In that -- when we're talking about
12  the cables for the yaw, grip, and roll, is that what's
13  being referred to here as -- in terms of cable
14  failures?
15          MS. CAHOY:  Objection to form.
16          THE WITNESS:  We have cable failures.  Some
17  of those cable failures could be the cables that we're
18  discussing.  There are other cables in the instrument.
19  So depending on the context.
20  BY MR. VAN HOVEN:
21      Q.  What other cables are there in the
22  instrument?
23          MS. CAHOY:  Objection to form.
24          THE WITNESS:  For some instruments that have
25  cautery energy capability, we have cables -- or wires

Page 49

1    Q.   This document states that, "The materials
2    used in the distal portion of the S/SI 8mm instruments
3    are identical to those used in the equivalent versions
4    of the XI 8mm instruments."
5         Do you see that?
6    A.   I see it.
7    Q.   What are you referring to there?
8    A.   The materials used in the distal portion.  So
9    that would refer to the wrist components, the grip
10   components, the pulleys, pins, and cables and
11   (inaudible).
12   Q.   So as of the time of this document in 2016,
13   are you saying that those components in the S and SI
14   are identical to the components in the XI?
15        MS. CAHOY:  Objection to form.
16        THE WITNESS:  I can't recount that offhand
17   off the top of my head.
18   BY MR. VAN HOVEN:
19   Q.   That's what you were saying in 2016 here?
20        MS. CAHOY:  Objection to form.
21        THE WITNESS:  I'm reading.  "Instruments for
22   SI and XI platforms are similar in many regards.  The
23   materials used in the distal portion of the S/SI 8mm
24   instruments are identical to those used in the
25   equivalent versions of XI 8mm instruments."

Page 50

1          So this statement is referring to the
2     materials.
3     BY MR. VAN HOVEN:
4          Q.   That those are identical?
5          A.   That's correct.
6          Q.   If we go to the next page, there's a
7     reference to geometric similarities between the S/SI,
8     XI 8mm instruments?
9          A.   I see it.
10         Q.   The next sentence there explains that, "The
11    cable paths through the wrists of the instruments and
12    to the cable attachment points on the various joint
13    output pulleys for yaw, grip, and pitch are designed
14    to be identical."
15              Do you see that?
16         A.   "Are designed to be identical."  I do see
17    that, yes.
18         Q.   What do you mean there?
19         A.   "Cable paths through the wrists of the
20    instruments and to the cable attachment points on the
21    various joint output pulleys for yaw, grip, and pitch
22    are designed to be identical."
23              Um, that the -- I mean, essentially that
24    statement, the cable paths at the joint at the wrists
25    were designed to be identical.

Page 51

1    Q.   What does it mean for something to be
2    designed to be identical?
3    A.   The statement here is to speak to cable path.
4    Q.   And that those are designed to be identical
5    as between the S/SI versus the XI?
6    A.   That's correct.
7    Q.   Then finally it talks -- "Although the
8    proximal cable routing through the back end."
9         Do you see that --
10   A.   I do see that.
11   Q.   -- paragraph?
12   A.   I do.
13   Q.   What's your understanding of what that
14   paragraph was referring to?
15   A.   It speaks to the differences between XI and
16   SI, which are mainly in the cable path in the back end
17   of the instruments.
18   Q.   But by "cable path in the back end," you're
19   talking about the portion of the cable path at the
20   proximal end of the instrument?
21   A.   Yes.
22   Q.   But there are some similarities, including
23   equivalently sized clamping pulley dip -- diameters.
24        Do you see that?
25   A.   I see that, yes.

Page 52

1    Q.   What is that referring to?

2    A.   The clamping pulleys are what the cables

3    spool around on the input discs.

4    Q.   And those are equivalently sized between the

5    S/SI and XI?

6    A.   That's correct.

7    Q.   Why is that?

8    A.   It was -- it was the design intent to keep

9    that Q ratio between the input and the output the

10   same.

11   Q.   There's also a reference to idler pulleys

12   that are comparatively sized.

13        Do you see that?

14   A.   I do.

15   Q.   What is an idler pulley?

16   A.   Sure.  An idler pulley is not acting in the

17   drive train gear ratio.  It is an idler.  Meaning it's

18   there passively, but it's there to re-route the cables

19   for -- to get the cable path onto the important parts

20   of the drive train.

21        MR. VAN HOVEN:  Mr. DuQue, it seems like

22   we've been -- unless you guys want to soldier on

23   through another document, this might be a good time

24   for a 10-minute break.

25        MS. CAHOY:  Yes.