```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4                         ---oOo---
 5    IN RE: DA VINCI SURGICAL            Lead Case No.
      ROBOT ANTITRUST LITIGATION,         3:21-cv-03825-VC
 6                                  /
 7    SURGICAL INSTRUMENT SERVICE
      COMPANY, INC.,
 8
            Plaintiff,
 9    vs.                                 No. 3:31-cv-03496-VC
10    INTUITIVE SURGICAL, INC.,
11          Defendant.
      _____/
12
13
14
15       (HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY)
16           VIDEOTAPED VIRTUAL VIDEOCONFERENCE
17      DEPOSITION OF SHARATHCHANDRA "SHARK" SOMAYAJI
18                   November 4, 2022
19
20
21
22
23    Reported by:  Kimberly L. Avery, CSR No. 5074
24    Job No. 5563382
25    Pages:  1 - 150
```

```
 1                    I N D E X
 2                                                    PAGE
 3   EXAMINATION BY MR. VAN HOVEN                     8
 4   EXAMINATION BY MR. GLUBIAK                       141
 5
 6
 7
 8
 9
10                    E X H I B I T S
11   PLAINTIFF'S                                      PAGE
12   Exhibit 201    LinkedIn profile for              13
                    Sharathchandra Somayaji
13
     Exhibit 203    E-mail chain ending with          41
14                  e-mail dated August 2,
                    2017 from Don Brandt to
15                  Mike Prindiville, et al.
                    Intuitive-00602553 - 556
16
     Exhibit 205    E-mail dated August 28,           45
17                  2017 from Shark Somayaji
                    to Jennifer Peterson
18                  Intuitive-00602580
19   Exhibit 206    Document entitled "In Re:        50
                    da Vinci Surgical Robot
20                  Antitrust Litigation,
                    Electronic File Exhibit
21                  Placeholder"
22   Exhibit 207    E-mail chain ending with          51
                    e-mail dated January 29,
23                  2018 from Shark Somayaji
                    to Karpaga Sundari, et al.
24                  Intuitive-00602758 - 2759
25
```

E X H I B I T S

| | PLAINTIFF'S | | PAGE |
|---|---|---|---|
| Exhibit 208 | Document entitled "Xi 8mm Instrument SW files" Intuitive-00602760 - 2779 | | 53 |
| Exhibit 211 | E-mail chain ending with e-mail dated February 5, 2018 from Shark Somayaji to Peter Russo, et al. Intuitive-00990665 - 666 | | 65 |
| Exhibit 212 | E-mail chain ending with e-mail dated March 14, 2018 from Shark Somayaji to Sumona Adhya, et al. Intuitive-00214902 - 4903 | | 82 |
| Exhibit 213 | E-mail chain ending with E-mail dated March 14, 2018 from Shark Somayaji to Sumona Adhya, et al. Intuitive-00991239 - 1240 | | 84 |
| Exhibit 216 | E-mail chain ending with e-mail dated March 14, 2018 from Shark Somayaji to Sumona Adhya, et al. Intuitive-00991241 - 1242 | | 91 |
| Exhibit 217 | E-mail chain ending with e-mail dated September 6, 2019 from Shark Somayaji to Andrew Penfold, et al. Intuitive-00999076 | | 93 |
| Exhibit 218 | E-mail chain ending with e-mail dated August 10, 2016 from Shark Somayaji to Bob Desantis Intuitive-02067770 - 7772 | | 103 |
| Exhibit 220 | E-mail chain ending with e-mail dated October 21, 2019 from Shark Somayaji to Probal Mitra, et al. Intuitive-00999771 - 775 | | 112 |

|   |   | E X H I B I T S |   |
|---|---|---|---|
|   | PLAINTIFF'S |   | PAGE |
|   | Exhibit 223 | E-mail chain ending with e-mail dated January 22, 2020 from Shark Somayaji to Kevin Li, et al. Intuitive-01001554 - 555 | 125 |
|   | Exhibit 224 | Atmel Summary Datasheet Intuitive-00999731 - 742 | 130 |
|   | Exhibit 227 | E-mail chain ending with e-mail dated May 28, 2020 from Cliff Bargar to Shark Somayaji, et al. Intuitive01004230 - 4231 | 134 |
|   | Exhibit 228 | Intuitive document entitled "Product Cybersecurity System Architecture, Skywalker" Intuitive-01004232 - 4239 | 139 |
|   | Exhibit 229 | E-mail chain ending with e-mail dated March 30, 2020 from Nhut Diep to Shark Somayaji, et al. Intuitive-01002987 - 2989 | 142 |
|   | Exhibit 230 | E-mail chain ending with e-mail dated July 9, 2020 from Shark Somayaji to Aurorae Tran, et al. Intuitive-01005095 - 5096 | 146 |

1          VIDEOTAPED VIRTUAL VIDEOCONFERENCE
2       DEPOSITION OF SHARATHCHANDRA "SHARK" SOMAYAJI
3
4       BE IT REMEMBERED, that pursuant to Notice, and on
5   the 4th day of November 2022, commencing at the hour of
6   11:32 a.m., via videotaped virtual videoconference,
7   before me, Kimberly L. Avery, a Certified Shorthand
8   Reporter, personally appeared SHARATHCHANDRA "SHARK"
9   SOMAYAJI, produced as a witness in said action, and
10  being by me first duly sworn, was thereupon examined as
11  a witness in said cause.
12
13                      ---o0o---
14  APPEARANCES:
15  For the Plaintiffs Surgical Instrument Service Company,
    Inc.:
16
            JOSHUA V. VAN HOVEN, ESQ.
17          Haley Guiliano, LLP
            111 N. Market Street, Suite 900
18          San Jose, California 95113
            (669) 213-1050
19          Joshua.vanhoven@hglaw.com
20
    For the Plaintiffs and Proposed Class:
21
            ZACHARY GLUBIAK, ESQ.
22          Cohen Milstein Sellers & Toll, PLLC
            1100 New York Avenue NW
23          5th Floor
            Washington, DC 20005
24          (202) 408-4600
            Zglubiak@cohenmilstein.com
25

```
 1   For the Defendant Intuitive Surgical, Inc.; and
     Sharathchandra "Shark" Somayaji:
 2
             KATHRYN ELIZABETH CAHOY, ESQ.
 3           Covington & Burling, LLP
             3000 El Camino Real
 4           5 Palo Alto Square
             Palo Alto, California 94306
 5           (650) 632-4700
             Kcahoy@cov.com
 6
 7   Also Present:
 8           Frankie Matus, Videographer
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1   at the time.
2        Q.   And -- and who is Gabe Loring?
3        A.   Gabe Loring is an engineer in the
4   equipment team.
5        Q.   And it appears that you got some          14:25
6   information that led you to conclude that
7   bypassing lives applies to Si only.
8             Do you see that?
9        A.   That is correct.
10       Q.   And then it states, "Xi is impossible     14:25
11  according to them."
12            Do you see that?
13       A.   That is correct.
14       Q.   What did you mean by "Xi is impossible
15  according to them"?                                 14:25
16       A.   I am trying to imply that changing the
17  lives of Xi instruments is impossible.
18       Q.   Does -- do Si instruments have an RFID
19  tag?
20       A.   No, they do not.                          14:25
21       Q.   Do they have a chip that includes a use
22  counter?
23       A.   Yes, they do.
24       Q.   Is the chip of the Si instrument that
25  includes the use counter different than the chip    14:26

Page 109

1    of an Xi instrument that includes a use counter?
2        A.   That's correct.
3        Q.   What are those differences?
4        A.   We're getting into more nerding --
5    nerding.                                              14:26
6             So, the Si instrument has something called
7    a Dallas chip, Dallas one-wire chip -- sorry, Kim,
8    I'll be slow -- have a Dallas one-wire chip.  And
9    they have four mechanical pins called pogo pins.
10   These are pins that move in and out, that make the   14:26
11   connection to the robot.  They have a physical
12   connection.  They don't have power source.  They
13   need to talk to the robot to deliver power, and
14   then they need to communicate to the robot through
15   the physical mechanical pogo pins.                   14:27
16             In case of --
17             THE REPORTER:  Are you saying pogo pins?
18             THE WITNESS:  Pogo, P-O-G-O, pins.
19             In case of Xi instruments, we have an RFID
20   chip which does not have any electrical or           14:27
21   mechanical connection other than it is talking
22   through RF energy to the robot.
23   BY MR. VAN HOVEN:
24       Q.   Got it.
25             And is it your understanding that there's  14:27