HIGHLY CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5    SURGICAL INSTRUMENT SERVICE         )
      COMPANY, INC.,                      )
 6                                        )
                  Plaintiff,              )
 7                                        )
                      VS.                 ) CASE NO.:
 8                                        ) 3:21-cv-03496-VC
                                          )
 9    INTUITIVE SURGICAL, INC.,           )
                                          )
10                Defendant.              )
      _____)
11
12
13
14       - - HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - -
15
16       VIDEOTAPED ZOOM DEPOSITION OF MAXWELL MENG, M.D.
17                       March 7, 2023
18
19                         --ooOoo--
20
21
22
23
24    JOB NO.: 5782454
25    REPORTED BY: MICHELLE MEDEL SABADO, RPR, CRR, CSR #7423
```

Page 1

```
 1            VIDEOTAPED ZOOM DEPOSITION OF MAXWELL MENG,
 2   M.D., TAKEN ON BEHALF OF PLAINTIFF, COMMENCING AT 9:38
 3   A.M., TUESDAY, MARCH 7, 2023, AT SAN FRANCISCO,
 4   CALIFORNIA, BEFORE MICHELLE MEDEL SABADO, RPR, CRR, CSR
 5   #7423.
 6
 7
 8
 9
10   APPEARANCES OF COUNSEL:
11   (ALL PARTIES APPEARING REMOTELY)
12
13   FOR PLAINTIFF:
14                  HALEY GUILIANO, LLP
                    BY: JOSHUA V. VAN HOVEN, ESQ.
15                  111 North Market Street, Suite 900
                    San Jose, California 95113
16                  669.213.1050.
                    joshua.vanhoven@hglaw.com
17
18   FOR DEFENDANT:
19                  ALLEN RUBY, ATTORNEY AT LAW
                    BY: ALLEN RUBY, ESQ.
20                  15559 Union Avenue, #138
                    Los Gatos, California 95032
21                  408.477.9690
                    allen@allenruby.com
22
23
24
25
```

Page 2

```
 1
 2    APPEARANCES OF COUNSEL (CONTINUED):
 3
 4                     COVINGTON & BURLING, LLP
                       BY: CORTLIN H. LANNIN, ESQ.
 5                         MARIAM AZHAR, ESQ.
                       Salesforce Tower
 6                     415 Mission Street, Suite 5400
                       San Francisco, California 94105
 7                     415.591.6000.
                       clannin@cov.com
 8                     mazhar@cov.com
 9
10
11    Also Present:
12    ANTHONY GULINO - THE VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                  Page 3
```

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A  Well, I think all sterilized instruments | 10:39 |
| 2 | can't be stored forever and there's a time at which they | |
| 3 | need to be used by. | |
| 4 | Q  And -- and that's part of the OR and | |
| 5 | reprocessing department process to keep track of when | 10:40 |
| 6 | they were sterilized and when they're next used? | |
| 7 | A  Correct. | |
| 8 | Q  Any -- any other examples of OR equipment | |
| 9 | that has expiration dates? | |
| 10 | A  Not that I can think of right now. | 10:40 |
| 11 | Q  And then you talked about limited numbers of | |
| 12 | lives or -- or limited amount of use or something I -- I | |
| 13 | don't -- but are there other devices not -- that don't | |
| 14 | have expiration dates that have other limitations in | |
| 15 | their surgical use over time? | 10:40 |
| 16 | A  Such as the EndoWrist? | |
| 17 | Q  That would be an example. | |
| 18 | A  That is an example, yes. | |
| 19 | Q  Do you have any other examples like that? | |
| 20 | A  Not that -- not that I can think of right | 10:41 |
| 21 | now. | |
| 22 | Q  How long have you been practicing medicine, | |
| 23 | Dr. Meng? | |
| 24 | A  Twenty-five-ish years. | |
| 25 | Q  In those 25 years, you can't think of another | 10:41 |

| | | |
|---|---|---|
| 1 | example of a limited use or limited lifetime device that | 10:41 |
| 2 | you've seen? | |
| 3 |     A    Well, I think one potential example is a Endo | |
| 4 | GIA stapler. | |
| 5 |     Q    What is the nature of the limitation on use | 10:41 |
| 6 | or life for the -- for an Endo GIA stapler? | |
| 7 |     A    I think it may be six fires or seven, in that | |
| 8 | ballpark range. | |
| 9 |     Q    Do you know who the manufacturer is of the | |
| 10 | Endo GIA stapler that you're thinking of? | 10:42 |
| 11 |     A    It may be Valleylab. | |
| 12 |     Q    Valleylab? | |
| 13 |     A    Yeah, but I think they -- that's part of a | |
| 14 | bigger company.  I can't remember offhand the | |
| 15 | manufacturer. | 10:42 |
| 16 |     Q    An Endo GIA stapler is not something that | |
| 17 | attaches to a -- Intuitive da Vinci system? | |
| 18 |     A    It is not. | |
| 19 |     Q    What happens when the Endo GIA stapler, I | |
| 20 | guess ex -- lets off all of its fires? | 10:42 |
| 21 |     A    We get a new one. | |
| 22 |     Q    It won't work for any more? | |
| 23 |     A    It could work but our guidance is certain | |
| 24 | limited uses then we get a new stapler. | |
| 25 |     Q    Any other examples other than a Endo GIA | 10:43 |

Page 41

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | stapler for limited use or limited lifetime of devices | 10:43 |
| 2 | that you've seen or heard of in your 25 years of medical | |
| 3 | practice? | |
| 4 |     A    I think the stapler would be the one that we | |
| 5 | use a fair amount and would be a good example of that. | 10:43 |
| 6 |     Q    I understand that be may be a good example | |
| 7 | but I'm just asking in -- in all of your 25 years of | |
| 8 | medical practice, are there any other examples that you | |
| 9 | can think of other than EndoWrists and an Endo GIA | |
| 10 | stapler? | 10:43 |
| 11 |     A    No. | |
| 12 |     Q    I'd like to go back to your Exhibit -- it was | |
| 13 | Exhibit 10.  I think I'm putting it on your screen again. | |
| 14 |     A    Correct. | |
| 15 |     Q    If you want to go down to paragraph 17 and | 10:44 |
| 16 | take a look at that and let me know when you're ready to | |
| 17 | discuss that paragraph, and anything else you want to | |
| 18 | look at before you discuss that paragraph. | |
| 19 |     (Document reviewed by the witness.) | |
| 20 |     THE WITNESS:  Okay. | 10:44 |
| 21 | BY MR. VAN HOVEN: | |
| 22 |     Q    First, I -- I'd like to -- so this is talking | |
| 23 | about limits for use so we call that -- we'll call those | |
| 24 | use limits, is that fair? | |
| 25 |     A    Fair. | 10:44 |

Page 42