Page 1

1                  UNITED STATES DISTRICT COURT
2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                     SAN FRANCISCO DIVISION
   IN RE: DA VINCI SURGICAL          )
4  ROBOT ANTITRUST LITIGATION        ) Case No.:
   _____   ) 3:21-cv-03825-VC
5  THIS DOCUMENT RELATES TO:         )
   ALL CASES                         ) Pages 1 to 70
6  _____   )
   SURGICAL INSTRUMENT SERVICE       )
7  COMPANY, INC.,                    )
                                     )
8              Plaintiff,            )
                                     )
9         vs.                        )
                                     )
10 INTUITIVE SURGICAL, INC.,         )
                                     )
11        Defendant.                 )
   _____  )
12
13
14        *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
15              30(b)(6) DEPOSITION OF:
16                   COLIN MORALES
17            WEDNESDAY, NOVEMBER 9, 2022
18                     4:02 p.m.
19
20
21 REPORTED BY:
22 Vickie Blair
23 CSR No. 8940, RPR-CRR
24 JOB NO. 5507318
25 PAGES 1 - 70

Page 2

```
 1      Deposition of COLIN MORALES, the witness, taken on
 2      behalf of the Proposed Class, on Wednesday,
 3      November 9, 2022, 4:02 p.m., before VICKIE BLAIR,
 4      CSR No. 8940, RPR-CRR.
 5      APPEARANCES OF COUNSEL VIA ZOOM:
 6      FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
        SERVICE CO. INC.:
 7
                HALEY GUILIANO LLP
 8              BY JOSHUA VAN HOVEN, Partner
                111 North Market Street, Suite 900
 9              San Jose, California  95113
                +1 669 213 1061
10              joshua.vanhoven@hglaw.com
11      FOR DEFENDANT INTUITIVE SURGICAL, INC.:
12              COVINGTON & BURLING LLP
                BY CORTLIN H. LANNIN, Partner
13              415 Mission Street, Suite 5400
                San Francisco, California  94105-2533
14              +1 415 591 7078
                clannin@cov.com
15
        FOR THE PROPOSED CLASS:
16
                SPECTOR ROSEMAN & KODROFF, P.C.
17              BY JEFFREY L. SPECTOR, Partner
                2001 Market Street, Suite 3420
18              Philadelphia, Pennsylvania  19103
                P: 215-496-0300
19              jspector@srkattorneys.com
20              SPECTOR ROSEMAN & KODROFF, P.C.
                BY ICEE N. ETHERIDGE, Associate
21              2001 Market Street, Suite 3420
                Philadelphia, Pennsylvania  19103
22              P: 215-496-0300
                ietheridge@srkattorneys.com
23
        ALSO PRESENT:
24
                WILL DAVIS, Videographer
25              CHRIS McWILLIAMS, Videographer
```

Page 3

1                    I N D E X

2

3    WITNESS              EXAMINATION              PAGE

4     COLIN MORALES

5                         (MR. VAN HOVEN)           7

6                         (MS. ETHERIDGE)          61

7

8

9                 INFORMATION REQUESTED

10                       None

11

12     QUESTIONS INSTRUCTED BY COUNSEL NOT TO ANSWER

13                       None

14

15                    E X H I B I T S

16    EXHIBIT NO.  PAGE   DESCRIPTION

17   Exhibit 135      7  Plaintiffs' Notice of Remote Rule

18                       30(b)(6) Deposition of Defendant

19                       Intuitive Surgical, Inc.

20   Exhibit 136     11  PowerPoint deck, Bates numbers

21                       Intuitive-00147379 through

22                       Intuitive-00147412

23   Exhibit 137     27  Email chain, Bates number

24                       Intuitive-00983157

25

```
 1              E X H I B I T S (Continued)

 2    EXHIBIT NO.   PAGE   DESCRIPTION

 3   Exhibit 138     30   Email chain, Bates numbers

 4                        Intuitive-01068046 through

 5                        Intuitive-01068051

 6   Exhibit 139     35   Email chain, Bates numbers

 7                        Intuitive-00603990 and

 8                        Intuitive-00603991

 9   Exhibit 140     39   Electronic File Exhibit

10                        Placeholder, File Name: Tab L2 -

11                        Intuitive-00603992.xlsx

12   Exhibit 141     40   Various spreadsheets and charts

13   Exhibit 142     47   Email, Bates number

14                        Intuitive-00626596

15   Exhibit 143     49   Gen4 Instrument Refurbishment

16                        Pilot, Bates numbers

17                        Intuitive-00626597 and

18                        Intuitive-00626616

19

20

21

22

23

24

25
```

Page 52

1    instrument.

2    BY MR. VAN HOVEN:

3         Q     Got it.

4               And I think let's -- I just want to unpack

5    a couple things there.

6               When you're doing a comparison of the

7    COGS, that's C-o-g-s or cost of goods sold; is that

8    right?

9         A     Yes.

10        Q     When you're talking about a comparison of

11   the COGS, you're comparing the new build COGS and the

12   total COGS refurb?

13        A     That's --

14              MR. LANNIN:  Objection.

15              THE WITNESS:  Sorry.

16   BY MR. VAN HOVEN:

17        Q     Is that correct?

18              MR. LANNIN:  Same objection.

19              You can answer.

20              THE WITNESS:  Yes, I'm comparing the two

21   there.

22   BY MR. VAN HOVEN:

23        Q     And the new build COGS is essentially the

24   cost of goods sold for a brand new manufactured

25   instrument?

1          MR. LANNIN:  Object to the form.

2          THE WITNESS:  Well, it looks like -- I'm

3     sorry, ask that question again.

4     BY MR. VAN HOVEN:

5          Q     And the new build COGS is essentially the

6     cost of goods sold for a brand new manufactured

7     instrument?

8          MR. LANNIN:  Object to the form.

9          THE WITNESS:  Yes.

10    BY MR. VAN HOVEN:

11         Q     Whereas the total COGS refurb, including

12    disposal is the cost of goods sold for an instrument

13    that's been retrieved and refurbished?

14         MR. LANNIN:  Object to the form.

15         THE WITNESS:  Yes.

16    BY MR. VAN HOVEN:

17         Q     And I note that there's a "Refurbishment

18    Yield" row.

19         Do you have an understanding what that is?

20         A     Yes.

21         Basically not every instrument that comes

22    back would necessarily be able to be refurbished,

23    depending on the condition, how many sterilization

24    cycles it went through, et cetera, so there's a lot of

25    things that could effect.