

☰

**CUSTOMER LOGIN**

# QUALITY. VALUE. INTEGRITY.



☰

**CUSTOMER LOGIN**

SIS is a surgical instrument and device repair company that was founded by a veteran and former OR Nurse in 1971. Working alongside surgeons, he discovered the need for high-quality, customized instrumentation – laying the foundation for our company. Over the past 50 years, SIS has continued to expand and evolve with the medical industry and its ever-changing needs.

Our goal has always been to provide unparalleled service to healthcare facilities across the country. We pride ourselves on the personalized service we offer to each of our customers.

Every action we take is aimed at making your job easier – from the widest range of repair services, to doing the job right the first time, every time. Through continuous innovation, process improvement and an unwavering desire to be the best, SIS brings you the greatest value in repair services.



*SIS founder, Robert Posdal (right), at Alexian Brothers Hospital's School of Nursing in Chicago, Illinois (1956).*

3/21/23, 4:53 PM	Case 3:21-cv-03496-AMO Document 232-38 Filed 05/17/24 Page 33 of 177
Case 3:21-cv-03496-AMO Document 222-38 Filed 05/28/24 Page 33 of 77
Surgical Instrument Service Company, SIS USA | About Us



☰

**CUSTOMER LOGIN**

https://sis-usa.com/about/	3/7



CUSTOMER LOGIN

- We constantly work to improve patient care.
- Every team member is trained to think about the customer first.

## RESPONSIBILITY

- We are always ready to go above and beyond.
- We are committed to being an environmentally friendly company.
- We partner with charitable organizations.

## DEDICATION

- For every problem, we suggest a solution.
- We set specific goals and meet (or exceed) them.
- We are accountable and committed to delivering excellence.



healthcare industry.

- We listen and respond to the specific needs of our customers.

## INTEGRITY

- We always speak honestly with our customers.
- We stand behind our work and stay true to our commitments.
- We believe in doing the right thing the first time, every time.

## FUN

- We always strive to make our customers happy.
- Our customers can feel how much we enjoy being here—it's contagious.
- We focus on making all of our training interactive and fun!



**CUSTOMER LOGIN**



☰

CUSTOMER LOGIN

**Toll free:** 800-747-8044
**Phone:** 630-221-1988
**Fax:** 630-221-1948

**Find Us:** 151 N. Brandon Drive
Glendale Heights, IL 60139

SURGICAL INSTRUMENT SERVICE CO. ©2019