```
                    UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION


   SURGICAL INSTRUMENT SERVICE     )
   COMPANY, INC.,                  ) Case No.:
                                   ) 3:21-cv-03496-VC
             Plaintiff,            )
                                   ) Lead Case No.:
        vs.                        ) 3:21-cv-03825-VC
                                   )
   INTUITIVE SURGICAL, INC.,       ) Pages 1 to 65
                                   )
             Defendant             )
   _____  )
   IN RE: DA VINCI SURGICAL ROBOT  )
   ANTITRUST LITIGATION            )
   _____  )
   THIS DOCUMENT RELATES TO:       )
   ALL ACTIONS                     )
   _____  )


           *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
                        DEPOSITION OF:
                     KEITH ROBERT JOHNSON
                   IN HIS PERSONAL CAPACITY
                  THURSDAY, OCTOBER 27, 2022
                          1:27 p.m.


   REPORTED BY:
   Vickie Blair
   CSR No. 8940, RPR-CRR
   JOB NO. 5539883
   PAGES 1 - 68
```

Page 1

```
 1    Deposition of KEITH ROBERT JOHNSON, the witness, taken
 2    on behalf of the Defendant, on Thursday,
 3    October 27, 2022, 1:27 p.m., before VICKIE BLAIR,
 4    CSR No. 8940, RPR-CRR.
 5
 6    APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8    FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
      SERVICE CO. INC.:
 9
              HALEY GUILIANO LLP
10            BY JOSHUA VAN HOVEN, Partner
              111 North Market Street
11            Suite 900
              San Jose, California  95113
12            +1 669 213 1061
              joshua.vanhoven@hglaw.com
13
      FOR DEFENDANT INTUITIVE SURGICAL, INC.:
14
              COVINGTON & BURLING LLP
15            BY ISAAC D. CHAPUT, Associate
              415 Mission Street
16            Suite 5400
              San Francisco, California  94105-2533
17            +1 415 591 7020
              ichaput@cov.com
18
              COVINGTON & BURLING LLP
19            BY AUSTIN S. MARTIN, Associate
              One CityCenter
20            850 Tenth Street, NW
              Washington, D.C.  20001-4956
21            +1 202 662 5094
              amartin@cov.com
22
23
24
25
                                                    Page 2
```

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    APPEARANCES OF COUNSEL VIA ZOOM: (Continued)
 2    FOR THE PROPOSED CLASS:
 3           BONI, ZACK & SNYDER LLC
              BY JOSHUA D. SNYDER, Partner
 4            15 St. Asaphs Road
              Bala Cynwyd, Pennsylvania  19004
 5            (610) 822-0203
              (610) 822-0206
 6            jsnyder@bonizack.com
 7    ALSO PRESENT:
 8            RAMON A. PERAZA, Videographer
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                         I N D E X
2

3    WITNESS              EXAMINATION                  PAGE

4     KEITH ROBERT JOHNSON

5                          (MR. CHAPUT)                  6

6                          (MR. SNYDER)                 47

7                          (MR. CHAPUT)                 58

8

9                     INFORMATION REQUESTED

10                           None

11        QUESTIONS INSTRUCTED BY COUNSEL NOT TO ANSWER

12                           None

13

14                        E X H I B I T S

15    EXHIBIT NO.   PAGE    DESCRIPTION

16    Exhibit 141    25   Email chain, Bates numbers

17                        SIS000366 and SIS000367

18    Exhibit 142    27   Spreadsheet, Bates number

19                        SIS000167

20    Exhibit 143    35   Si Recycling Program form, Bates

21                        number SIS196367

22    Exhibit 144    40   EndoWrist Recycling Program form,

23                        Bates numbers SIS146976 through

24                        SIS146978

25
```

Page 4

| | | | |
|---|---|---|---|
| 1 | Q | And what is SIS's annual net profit? | 13:31:44 |
| 2 | A | I'm not privy to that number. | 13:31:54 |
| 3 | Q | Who owns SIS? | 13:31:58 |
| 4 | A | Greg Posdal. | 13:32:07 |
| 5 | Q | You mentioned also earlier that SIS is one | 13:32:07 |
| 6 | | of three main competitors in its business.  Am I | 13:32:19 |
| 7 | | recalling that correctly? | 13:32:23 |
| 8 | A | Yes. | 13:32:24 |
| 9 | Q | Who are SIS's main competitors? | 13:32:24 |
| 10 | A | STERIS IMS and AgilityHealth. | 13:32:30 |
| 11 | Q | And are both STERIS and Agility national | 13:32:38 |
| 12 | | ISOs? | 13:32:50 |
| 13 | A | The IMS division of STERIS is an ISO, but | 13:32:51 |
| 14 | | STERIS is an $8 billion global sterilization company. | 13:32:58 |
| 15 | Q | Do any of SIS's customers also have | 13:33:03 |
| 16 | | contracts at the same time with either STERIS IMS or | 13:33:16 |
| 17 | | Agility or do customers typically contract only with | 13:33:23 |
| 18 | | one of the three organizations? | 13:33:25 |
| 19 | A | I think typically -- typically it would be | 13:33:26 |
| 20 | | one, but there is a lot of scenarios where two or three | 13:33:30 |
| 21 | | organizations work with a -- any given hospital or | 13:33:36 |
| 22 | | hospital system. | 13:33:38 |
| 23 | Q | Does SIS compete at all with companies | 13:33:38 |
| 24 | | like Benjamin Biomedical or Restore Robotics or | 13:33:47 |
| 25 | | MediVision? | 13:33:56 |

Page 9

|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | your answers about that timeline be roughly the same?        | 14:52:00 |
| 2  |     MR. CHAPUT: Object to the form.      | 14:52:06 |
| 3  |     THE WITNESS: Yes, I'm -- I'm -- I'm a | 14:52:09 |
| 4  | sales guy, I'm looking for opportunities to sell. This       | 14:52:11 |
| 5  | robotic program created an opportunity for SIS to            | 14:52:15 |
| 6  | substantially increase the revenue of our organization,      | 14:52:18 |
| 7  | a great opportunity, and that was what I -- I was -- I       | 14:52:20 |
| 8  | was pumped about the opportunity.                            | 14:52:24 |
| 9  | BY MR. SNYDER:                                               | 14:52:25 |
| 10 |   Q   Let's -- let's go -- let's go there next. | 14:52:29 |
| 11 | I just have a few questions.                                 | 14:52:33 |
| 12 |     This morning I believe you used the word | 14:52:35 |
| 13 | "monumental" in connection with the level of interest        | 14:52:41 |
| 14 | in EndoWrist repair.                                         | 14:52:43 |
| 15 |     Is that a word that you used in that | 14:52:44 |
| 16 | context, Mr. Johnson?                                        | 14:52:46 |
| 17 |   A   I believe I did, and I don't use that word | 14:52:48 |
| 18 | very often.                                                  | 14:52:50 |
| 19 |   Q   And are -- are there -- are there key -- | 14:52:53 |
| 20 | key moments or key events that you have in mind when         | 14:53:01 |
| 21 | you refer to the monumental level of interest in             | 14:53:05 |
| 22 | EndoWrist repair?                                            | 14:53:08 |
| 23 |     MR. CHAPUT: Object to the form.      | 14:53:11 |
| 24 |     THE WITNESS: Yeah, there's -- there's a | 14:53:12 |
| 25 | couple very distinct meetings that stick out in my           | 14:53:16 |

Page 50

| | | |
|---|---|---|
| 1 | head, yes. | 14:53:18 |
| 2 | BY MR. SNYDER: | 14:53:20 |
| 3 | Q   And what -- what are those -- those | 14:53:20 |
| 4 | meetings that stick out? | 14:53:26 |
| 5 | A   One of the biggest ones was the meeting | 14:53:27 |
| 6 | that we had with Advocate Aurora in Wisconsin.  I'll | 14:53:35 |
| 7 | just say this, in -- in -- in every meeting that I had, | 14:53:46 |
| 8 | and I'm not saying some of them, I'm saying all of | 14:53:50 |
| 9 | them, the -- the level of interest from the people that | 14:53:52 |
| 10 | I met with, which was always usually the C-suite, VP of | 14:53:58 |
| 11 | supply chain, VP of perioperative services, chief | 14:54:02 |
| 12 | robotic surgeon, one of those groups, every single one | 14:54:07 |
| 13 | of them was absolutely excited about this program. | 14:54:10 |
| 14 | Every one of them used the word | 14:54:15 |
| 15 | "hemorrhage;" almost all -- I won't say every one, a | 14:54:17 |
| 16 | majority of the people I meet with said "We hemorrhage | 14:54:23 |
| 17 | money to Intuitive Surgical.  We are looking for ways | 14:54:28 |
| 18 | to reduce costs." | 14:54:30 |
| 19 | They love the robot.  They do.  They all | 14:54:31 |
| 20 | love it.  They understand what it does. | 14:54:34 |
| 21 | It's -- it's the -- the lack of being able | 14:54:36 |
| 22 | to bring these other services that we were offering to | 14:54:37 |
| 23 | the table to help them reduce their costs, and that was | 14:54:41 |
| 24 | what they were excited about. | 14:54:44 |
| 25 | Q   A couple other names that came up earlier | 14:54:51 |

Page 51

| | | |
|---|---|---|
| 1 | today I wanted to ask about. | 14:54:54 |
| 2 | You testified about Vizient. | 14:54:56 |
| 3 | Do you recall that? | 14:54:57 |
| 4 | A    Uh-huh. | 14:54:58 |
| 5 | Q    And what -- what is Vizient? | 14:54:58 |
| 6 | A    So Vizient is the largest health care GPO | 14:55:01 |
| 7 | in the country. | 14:55:09 |
| 8 | Q    What was Vizient's level of interest in | 14:55:10 |
| 9 | EndoWrist repair? | 14:55:12 |
| 10 | A    I have met with the CEO of Vizient, the | 14:55:18 |
| 11 | chief customer officer of Vizient, in fact, the chief | 14:55:21 |
| 12 | customer officer of Vizient scheduled a meeting with | 14:55:26 |
| 13 | his six high level people that run the entire country | 14:55:28 |
| 14 | because that's how excited they were about this | 14:55:32 |
| 15 | program. | 14:55:35 |
| 16 | They don't -- Vizient doesn't get any | 14:55:36 |
| 17 | value from Intuitive Surgical, they don't get admin | 14:55:38 |
| 18 | fees from Intuitive Surgical, they don't get anything | 14:55:43 |
| 19 | from Intuitive Surgical. | 14:55:47 |
| 20 | So the fact that SIS had a program that | 14:55:50 |
| 21 | could reduce costs to health care, help the hospitals | 14:55:52 |
| 22 | reduce their cost for robotic surgery, and they could | 14:55:55 |
| 23 | bring value to their customers in the robotic space was | 14:55:58 |
| 24 | an absolute home run for them. | 14:56:01 |
| 25 | Q    And could -- can you describe generally | 14:56:05 |

```
 1   how large Vizient is?  I mean, you said they're the      14:56:11
 2   largest, but what does that mean?                        14:56:15
 3         A     Yeah, they represent, don't quote me         14:56:16
 4   specifically, but they represent somewhere between       14:56:19
 5   2,500 and 3,000 hospitals.                               14:56:22
 6         Q     And what -- what's Vizient's geographic      14:56:24
 7   scope?                                                   14:56:29
 8         A     National, every state in the union.         14:56:29
 9         Q     Another -- another name that I believe       14:56:36
10   came up earlier today was Johns Hopkins.                 14:56:37
11               Did you mention Johns Hopkins?               14:56:41
12         A     Yes.                                         14:56:43
13         Q     What do you recall about -- did you meet     14:56:43
14   with Johns Hopkins at any point?                         14:56:45
15         A     Yes.                                         14:56:48
16         Q     What do you recall about that meeting?       14:56:48
17         A     I could describe the gentleman to you        14:56:56
18   because I remember specifically what he looked like, I   14:56:57
19   believe he was the director of sourcing or the VP of     14:57:00
20   supply chain, and forgive me for not remembering his     14:57:04
21   title specifically, that meeting was teed up by the      14:57:08
22   Vizient director that -- the client executor that        14:57:13
23   managed that relationship with Johns Hopkins, and they   14:57:17
24   told them that they had a vendor that had a cost         14:57:19
25   savings program around robotic surgery.                  14:57:21
```

Page 53

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
1              So me and one of my people spent an hour        14:57:24
2    on the phone with him, he was all about it, he loved      14:57:26
3    it, he -- we ended that call with him saying, "Keith,     14:57:32
4    let me talk to legal and supply chain, we'll look over    14:57:37
5    our contract, and we'll get back with you."               14:57:40
6         Q    Now, you -- you've been in the -- in the        14:57:45
7    industry about 25 years or so.                            14:57:48
8              Do I have that about right?                     14:57:50
9         A    Yes, since about late '99.                      14:57:52
10        Q    Okay.  So since -- since '99, you've            14:57:54
11   gained a lot of experience.                               14:58:01
12             Is that fair to say?                            14:58:02
13             MR. CHAPUT:  Objection to form.                 14:58:04
14   BY MR. SNYDER:                                            14:58:08
15        Q    Is it fair to say you're experienced in         14:58:08
16   the industry, Mr. Johnson?                                14:58:10
17        A    I would say yes.                                14:58:11
18        Q    And what's your view of Johns Hopkins'          14:58:12
19   level of sophisticated when it comes to patient safety?   14:58:17
20             MR. CHAPUT:  Object to the form.                14:58:21
21             THE WITNESS:  I don't think you would get       14:58:25
22   any higher.                                               14:58:26
23   BY MR. SNYDER:                                            14:58:30
24        Q    Move on to another name.                        14:58:32
25             Another one I believe that came up is Mayo      14:58:33
```

Page 54

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Clinic. | 14:58:33 |
| 2 | Did I get that right? | 14:58:37 |
| 3 | A    Yes, sir. | 14:58:38 |
| 4 | Q    And did you ever talk with or meet with | 14:58:39 |
| 5 | the Mayo -- representatives of the Mayo Clinic? | 14:58:41 |
| 6 | A    Yes. | 14:58:44 |
| 7 | Q    And what -- was it an in-person meeting? | 14:58:44 |
| 8 | A    They all took place over Zoom. | 14:58:50 |
| 9 | Q    Okay.  This is during the -- during the | 14:58:52 |
| 10 | pandemic? | 14:58:54 |
| 11 | A    Yes, sir. | 14:58:54 |
| 12 | Q    And what -- what do you recall about that | 14:58:56 |
| 13 | Zoom meeting with the Mayo Clinic? | 14:58:58 |
| 14 | A    The meetings have all gone the same, and I | 14:59:07 |
| 15 | say that with all honestly, they -- they have a vested | 14:59:09 |
| 16 | interest in finding ways to reduce costs on their | 14:59:14 |
| 17 | robotic surgery.  We explained to them the program, | 14:59:17 |
| 18 | they're excited about it. | 14:59:21 |
| 19 | And I didn't finish my statement before | 14:59:22 |
| 20 | about Johns Hopkins. | 14:59:24 |
| 21 | "Keith, this sounds great, let us do our | 14:59:28 |
| 22 | due diligence and we'll get back to you."  Every single | 14:59:31 |
| 23 | one of those groups have come back, either via email or | 14:59:35 |
| 24 | a phone call saying, "Keith, Intuitive does not allow | 14:59:39 |
| 25 | us, they will not allow us to do your program, our | 14:59:44 |

Page 55

```
 1   contracts won't allow us to do it.  We're being told      14:59:47
 2   that this is void our warranty, we're being told this     14:59:51
 3   will void our service agreement.  As much as we want to   14:59:53
 4   do it, we -- we can't take the risk of being penalized    14:59:55
 5   or "being" -- I'm trying to think of the word they        14:59:58
 6   always use -- or -- "or the pressure we would get from    15:00:02
 7   Intuitive Surgical."                                      15:00:05
 8        Q    Okay.  And I want to come back to that in       15:00:08
 9   a -- in the next question, the question after this one.   15:00:11
10             But my first question is:  What, given          15:00:14
11   your several decades of experience in this industry,      15:00:17
12   what's your view of the Mayo Clinic's level of            15:00:22
13   sophistication when it comes to patient safety?           15:00:26
14             MR. CHAPUT:  Object to the form.                15:00:28
15             THE WITNESS:  I would say there's four          15:00:29
16   hospital systems in the U.S. that kind of standalone,     15:00:34
17   and I think if you asked anybody in health care, they     15:00:38
18   would say the Mayo Clinic, the Cleveland clinic, Johns    15:00:41
19   Hopkins, and Cedars-Sinai are probably the four most      15:00:46
20   renowned teaching, quality of care, standard of care      15:00:54
21   organizations in the U.S.                                 15:00:59
22   BY MR. SNYDER:                                            15:01:07
23        Q    And it's fair to say the Mayo Clinic            15:01:07
24   was -- was interested in EndoWrist repair?                15:01:10
25             MR. CHAPUT:  Object to the form.                15:01:13
```

Page 56