```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
     SURGICAL INSTRUMENT SERVICE     )
 5   COMPANY, INC.,                  ) Case No.:
                                     ) 3:21-cv-03496-VC
 6              Plaintiff,           )
                                     ) Lead Case No.:
 7         vs.                       ) 3:21-cv-03825-VC
                                     )
 8   INTUITIVE SURGICAL, INC.,       )
                                     )
 9              Defendant            )
     _____)
10   IN RE: DA VINCI SURGICAL ROBOT  )
     ANTITRUST LITIGATION            )
11   _____)
     THIS DOCUMENT RELATES TO:       )
12   ALL ACTIONS                     )
     _____)
13
14
15          *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
16                  30(b)(6) DEPOSITION OF:
17                   KEITH ROBERT JOHNSON
18                THURSDAY, OCTOBER 27, 2022
19             9:06 a.m. Mountain Standard Time
20
21   REPORTED BY:
22   Vickie Blair
23   CSR No. 8940, RPR-CRR
24   JOB NO. 5539883
25   PAGES 1 - 122
```

Page 1

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
1    Deposition of KEITH ROBERT JOHNSON, the witness, taken
2    on behalf of the Defendant, on Thursday,
3    October 27, 2022, 9:06 a.m. Mountain Standard Time,
4    before VICKIE BLAIR, CSR No. 8940, RPR-CRR.
5
6    APPEARANCES OF COUNSEL VIA ZOOM:
7
8    FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
     SERVICE CO. INC.:
9
            HALEY GUILIANO LLP
10          BY JOSHUA VAN HOVEN, Partner
            111 North Market Street, Suite 900
11          San Jose, California  95113
            +1 669 213 1061
12          joshua.vanhoven@hglaw.com
13
14   FOR DEFENDANT INTUITIVE SURGICAL, INC.:
            COVINGTON & BURLING LLP
15          BY ISAAC D. CHAPUT, Associate
            415 Mission Street
16          Suite 5400
            San Francisco, California  94105-2533
17          +1 415 591 7020
18          ichaput@cov.com
            COVINGTON & BURLING LLP
19          BY AUSTIN S. MARTIN, Associate
            One CityCenter
20          850 Tenth Street, NW
            Washington, D.C.  20001-4956
21          +1 202 662 5094
22          amartin@cov.com
23
24
25
```

Page 2

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    APPEARANCES OF COUNSEL VIA ZOOM: (Continued)
 2    FOR THE PROPOSED CLASS:
 3         BONI, ZACK & SNYDER LLC
           BY JOSHUA D. SNYDER, Partner
 4         15 St. Asaphs Road
           Bala Cynwyd, Pennsylvania  19004
 5         (610) 822-0203
           (610) 822-0206
 6         jsnyder@bonizack.com
 7
 8    ALSO PRESENT:
 9         RAMON A. PERAZA, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

I N D E X

| WITNESS | EXAMINATION | PAGE |
|---|---|---|
| KEITH ROBERT JOHNSON | | |
| | (MR. CHAPUT) | 7 |

INFORMATION REQUESTED

None

QUESTIONS INSTRUCTED BY COUNSEL NOT TO ANSWER

None

E X H I B I T S

| EXHIBIT NO. | PAGE | DESCRIPTION |
|---|---|---|
| Exhibit 135 | 10 | Defendant Intuitive Surgical, Inc.'s Notice of Deposition of Plaintiff Surgical Instrument Service Company, Inc., Pursuant to Fed. R. CIV. P. 30(b)(6) |
| Exhibit 136 | 57 | Email chain with attachments, Bates numbers SIS095115 through SIS095139 |

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | information did SIS have about Rebotix's capabilities | 09:29:34 |
| 2 | when SIS started its relationship with Rebotix? | 09:29:41 |
| 3 | MR. VAN HOVEN: Objection to form. | 09:29:45 |
| 4 | THE WITNESS: Can you ask that again, I | 09:29:46 |
| 5 | apologize. | 09:29:51 |
| 6 | BY MR. CHAPUT? | 09:29:52 |
| 7 | Q Sure. Maybe I can make it a little more | 09:29:52 |
| 8 | straightforward. | 09:29:56 |
| 9 | What did SIS know about Rebotix's | 09:29:57 |
| 10 | capabilities when it entered into the EndoWrist repair | 09:29:59 |
| 11 | business? | 09:30:05 |
| 12 | MR. VAN HOVEN: Objection to form. | 09:30:05 |
| 13 | THE WITNESS: So, based on our | 09:30:05 |
| 14 | longstanding relationship with Benjamin Biomedical, and | 09:30:11 |
| 15 | the quality products that they had been providing to us | 09:30:16 |
| 16 | for, like I said, over 25 years, we had every belief | 09:30:19 |
| 17 | that the products and services they were providing were | 09:30:24 |
| 18 | quality, and we went down, visited the lab, made sure | 09:30:27 |
| 19 | that we understood and saw the product that they were | 09:30:32 |
| 20 | developing and the service that they were providing, | 09:30:36 |
| 21 | felt really good about it, and were excited about it, | 09:30:39 |
| 22 | and learned everything we could about their testing | 09:30:42 |
| 23 | practices and what they were doing, and really pretty | 09:30:45 |
| 24 | much everything inside and out about that program | 09:30:49 |
| 25 | before we took it to market. | 09:30:52 |

Page 23

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
1    BY MR. CHAPUT:                                          09:30:52

2         Q    Have you ever observed the entirety of        09:30:56

3    what Rebotix calls a repair of an EndoWrist?            09:31:01

4         A    Yes.                                          09:31:07

5              MR. VAN HOVEN:  Object to form.               09:31:08

6              THE WITNESS:  Yes.                            09:31:08

7    BY MR. CHAPUT:                                          09:31:09

8         Q    When did you observe that repair?             09:31:11

9         A    I don't remember the specific dates, but      09:31:15

10   if I remember correctly, it was in the fall of '19.    09:31:24

11        Q    And would you describe for me the repair      09:31:30

12   process that Rebotix performed that you observed?       09:31:42

13        A    We observed the complete incoming             09:31:48

14   inspection process; we observed the chip replacement    09:31:55

15   process; and we also observed the complete outgoing     09:32:03

16   safety and function test of those devices.              09:32:08

17        Q    Starting with the complete incoming           09:32:12

18   inspection that you observed, what steps were involved  09:32:24

19   in that incoming inspection?                            09:32:27

20        A    Being that that device is a very simple       09:32:33

21   laparoscopic instrument, we observed the functionality  09:32:39

22   of that device, the strength of the pulleys, the        09:32:43

23   sharpness of the scissors, the -- the grasping strength 09:32:48

24   of the forceps, all of those safety and function to     09:32:53

25   make sure that those devices met the original intended  09:32:57
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | did not take any other steps to confirm that the chip | 09:44:47 |
| 2 | replacement process did not impact the EndoWrist's | 09:44:51 |
| 3 | safety? | 09:44:53 |
| 4 |     A    Not that I'm aware of. | 09:45:01 |
| 5 |     Q    Did SIS ever enter into a written | 09:45:06 |
| 6 | agreement with Rebotix regarding this EndoWrist | 09:45:09 |
| 7 | service? | 09:45:12 |
| 8 |     A    I believe that we did. | 09:45:21 |
| 9 |     Q    And when -- when would that have happened? | 09:45:22 |
| 10 |     A    If I remember correctly, it was October of | 09:45:30 |
| 11 | '19. | 09:45:32 |
| 12 |     Q    Apart from the EndoWrist business that | 09:45:50 |
| 13 | you've been describing, has SIS had any other business | 09:45:53 |
| 14 | relationship with Rebotix specifically? | 09:45:55 |
| 15 |     A    Not that I know of. | 09:46:01 |
| 16 |     Q    Can you -- can you walk me through how the | 09:46:04 |
| 17 | Rebotix Repair service worked from the SIS customer's | 09:46:14 |
| 18 | perspective, please. | 09:46:18 |
| 19 |     A    Can -- can you elaborate what you mean? | 09:46:19 |
| 20 |     Q    Sure. | 09:46:26 |
| 21 | So how did a customer go about having a -- | 09:46:26 |
| 22 | an EndoWrist repaired through this SIS Rebotix program | 09:46:30 |
| 23 | that you've described? | 09:46:36 |
| 24 |     A    So the nature of our business, we're a | 09:46:36 |
| 25 | national company, so we work in all the regions around | 09:46:44 |

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | the country, so we have team members and reps on the | 09:46:48 |
| 2 | ground, and we work with hospitals on a daily basis | 09:46:51 |
| 3 | picking up items and devices in need of service, | 09:46:54 |
| 4 | getting those to one of our labs, they are serviced and | 09:46:57 |
| 5 | then returned to the facility. | 09:47:02 |
| 6 | So this Rebotix program that we were | 09:47:03 |
| 7 | providing fell right in line with what we were doing | 09:47:05 |
| 8 | every day. | 09:47:10 |
| 9 | Q   Was the service performed at one of SIS's | 09:47:10 |
| 10 | labs? | 09:47:16 |
| 11 | MR. VAN HOVEN:  Objection to form. | 09:47:18 |
| 12 | THE WITNESS:  We were -- every discussion | 09:47:19 |
| 13 | we had was about bringing it in-house and doing it | 09:47:27 |
| 14 | ourselves.  In fact, a couple members of their team | 09:47:29 |
| 15 | came to Chicago and worked in our lab with us, and | 09:47:37 |
| 16 | our -- some of our technicians that were going to be | 09:47:41 |
| 17 | involved in this program were part of that, so we were | 09:47:44 |
| 18 | absolutely going to be doing this service in-house. | 09:47:48 |
| 19 | BY MR. CHAPUT: | 09:47:51 |
| 20 | Q   Okay.  So you said that you were "going to | 09:47:51 |
| 21 | be doing it in-house." | 09:47:53 |
| 22 | My question was:  Did SIS ever actually | 09:47:54 |
| 23 | perform the service in-house? | 09:47:57 |
| 24 | A   No. | 09:47:58 |
| 25 | Q   So for all of the EndoWrist repairs that | 09:48:00 |

Page 33

```
1    testing process?                                        10:06:18
2         A    I'm not involved in the engineering and       10:06:18
3    the technical side of that, so what I'm personally      10:06:26
4    providing is more of a customer feedback, customer      10:06:29
5    thoughts, customer interest in that program, and what   10:06:35
6    it would mean to health care.                           10:06:38
7         Q    Describe for me the customer feedback and     10:06:39
8    customer thoughts, customer interests in that program,  10:06:47
9    please.                                                 10:06:50
10        A    How much time do we have?                     10:06:50
11        Q    Describe it at a high level to start with,    10:06:54
12   and we can --                                           10:06:58
13        A    Since this program started, the interest      10:07:01
14   from the hospital is monumental, through the roof.      10:07:03
15   The -- the interest in saving and reducing costs on     10:07:11
16   robotic surgery in the industry is something I've never 10:07:15
17   seen before in my 25 years of being in the surgical     10:07:17
18   business.                                               10:07:22
19        Q    What hospitals have you spoken with about     10:07:23
20   the Xi program?                                         10:07:27
21        A    Would you like me to list them?               10:07:29
22        Q    Yes, please.                                  10:07:35
23        A    This will be from the top of my head, so      10:07:36
24   I'll do the best I can, but well over -- the meetings   10:07:40
25   that we've had represent well over a thousand           10:07:46
```

Page 44

```
 1   hospitals, probably.                                   10:07:48
 2           Facility level, I'll just start to kind of     10:07:53
 3   name them off regionally.  Legacy Health system in     10:07:56
 4   Portland, Oregon; Providence health system in the West 10:08:00
 5   Coast; Sutter Health; Kaiser Permanente; memorial care;10:08:04
 6   the UC system in California; Banner Health System;     10:08:16
 7   Honor Health; Baylor Scott & White in Texas; the       10:08:21
 8   university health systems across the country, from     10:08:31
 9   Michigan to Duke to North Carolina; Mayo Clinic;       10:08:35
10   Cleveland Clinic; Advocate Aurora; Lahey Health System;10:08:50
11   Boston Children's Medical Center.                      10:08:55
12           I can't believe I'm remembering all this       10:08:57
13   off the top of my head.                                10:09:00
14           Piedmont health system, Grady in Atlanta,      10:09:02
15   Johns Hopkins.                                         10:09:13
16           That's the bulk of the direct hospitals        10:09:14
17   that I can recall having direct conversations with;    10:09:25
18   there's obviously much more than that.                 10:09:27
19           And then, in addition to that, all the         10:09:29
20   Vizient conversations we've had, I've presented to all 10:09:33
21   four regions of Vizient, which basically covers well   10:09:41
22   over 2,000 hospitals in the United States.             10:09:45
23      Q    Have you spoken with any of those              10:09:48
24   hospitals about the need for an EndoWrist repair       10:10:09
25   program to have FDA clearance?                         10:10:11
```

Page 45

```
 1          A    I don't know if I understand what you're        10:10:20
 2   asking me.                                                  10:10:21
 3          Q    Have any of those hospitals told you that       10:10:22
 4   they would be willing to purchase EndoWrist repair          10:10:29
 5   services that were not cleared by the FT -- FDA?            10:10:33
 6               MR. VAN HOVEN:  Objection to form.              10:10:40
 7               MR. SNYDER:  Objection to form.                 10:10:42
 8               THE WITNESS:  So I've been in the repair        10:10:42
 9   business for well over 20 years, repairs don't require      10:10:44
10   FDA clearance, and to my recollection, nobody in any of    10:10:49
11   my conversations every brought up FDA clearance on the     10:10:58
12   repair.                                                     10:11:01
13   BY MR. CHAPUT:                                              10:11:02
14          Q    Does the Xi -- maybe let's -- let's step        10:11:02
15   back.                                                       10:11:05
16               Does the Xi repair business that SIS is         10:11:06
17   exploring with Restore involve extending the number of      10:11:12
18   lives that an EndoWrist can be used for?                    10:11:18
19          A    We are currently working on developing a        10:11:20
20   program to extend the life of Xi instruments.               10:11:31
21          Q    And is that the program that you have           10:11:34
22   spoken with hospitals about?                                10:11:36
23          A    The initial conversations we had with           10:11:47
24   hospitals was around the repair program of Si.              10:11:49
25               We then went to our recovery program,           10:11:57
```

Page 46

| | | |
|---|---|---|
| 1 | BY MR. CHAPUT: | 11:47:09 |
| 2 | Q    And this is an email from you to a couple | 11:47:09 |
| 3 | folks at Vizient; is that right? | 11:47:13 |
| 4 | A    Yes. | 11:47:16 |
| 5 | Q    And what is Vizient? | 11:47:21 |
| 6 | A    The largest GPO in the United States. | 11:47:26 |
| 7 | Q    SIS has a relationship with Vizient; is | 11:47:28 |
| 8 | that right? | 11:47:33 |
| 9 | A    Correct. | 11:47:33 |
| 10 | Q    How does that -- how does the Vizient | 11:47:33 |
| 11 | relationship work for SIS? | 11:47:42 |
| 12 | A    What -- what do you mean? | 11:47:46 |
| 13 | Q    So what I'm trying to get at is how does | 11:47:47 |
| 14 | SIS end up performing services for specific customers | 11:47:55 |
| 15 | in the -- who -- who rely on Vizient for -- as a GPO? | 11:48:02 |
| 16 | A    So Vizient -- Vizient contracts with | 11:48:07 |
| 17 | vendors from all aspects in a hospital, from toilet | 11:48:12 |
| 18 | paper to X-ray machines and security, they vet their | 11:48:16 |
| 19 | vendors, they go through a huge vetting process. | 11:48:23 |
| 20 | We are one of three vendors on Vizient | 11:48:25 |
| 21 | national contract in the instrument repair space, and | 11:48:29 |
| 22 | what they basically do is work with hospitals to find | 11:48:35 |
| 23 | ways to streamline services, reduce costs, and a lot of | 11:48:38 |
| 24 | other things, but that's really their main goal. | 11:48:45 |
| 25 | Q    Okay.  So a Vizient member can choose to | 11:48:49 |

Page 87

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
1    enter into a contract with SIS for repair services or      11:48:51
2    it could choose another one of the Vizient service         11:48:55
3    providers; is that right?                                  11:48:59
4             MR. VAN HOVEN:  Objection to form.                11:49:00
5             THE WITNESS:  As far as I understand,             11:49:00
6    correct.                                                   11:49:05
7    BY MR. CHAPUT:                                             11:49:06
8        Q    What was the -- what was the reason for           11:49:10
9    your June 2020 email to Vizient that we're seeing in       11:49:13
10   Exhibit 137?                                               11:49:19
11       A    I was given the opportunity present to the        11:49:20
12   national committee -- if I remember correctly, this was    11:50:00
13   a presentation to the national Vizient consultants that    11:50:05
14   bring cost savings opportunities to their members.         11:50:13
15       Q    Got it.                                           11:50:19
16            If you would turn, please, to the first           11:50:20
17   attachment to the email, which is the -- a one-page        11:50:21
18   document ending 140, and this has the title "Beyond        11:50:25
19   Repair Double Check."                                      11:50:25
20            Do you recognize this document?                   11:50:34
21       A    Yes.                                              11:50:39
22       Q    Does the beyond repair double check               11:50:39
23   program have anything to do with either da Vinci           11:50:41
24   surgical systems or EndoWrists?                            11:50:44
25       A    No.                                               11:50:50
```

Page 88

| | | |
|---|---|---|
| 1 | for identification and is attached | 12:24:02 |
| 2 | hereto.) | 12:24:02 |
| 3 | BY MR. CHAPUT: | 12:24:02 |
| 4 | Q   And this is an email chain between you and | 12:24:06 |
| 5 | John Ayers and others at MarinHealth; is that right? | 12:24:09 |
| 6 | A   Yes. | 12:24:13 |
| 7 | Q   Who is John Ayers? | 12:24:13 |
| 8 | A   John Ayers is the OR business manager at | 12:24:16 |
| 9 | MarinHealth. | 12:24:24 |
| 10 | Q   Did SIS market its ability to perform | 12:24:28 |
| 11 | endo -- repairs on EndoWrist instruments to | 12:24:31 |
| 12 | MarinHealth? | 12:24:35 |
| 13 | A   Yes. | 12:24:36 |
| 14 | Q   Did MarinHealth and Mr. Ayers ultimately | 12:24:37 |
| 15 | agree to use SIS to perform repairs on EndoWrist | 12:24:44 |
| 16 | instruments? | 12:24:48 |
| 17 | A   Yes, we did a lot of EndoWrists for | 12:24:49 |
| 18 | MarinHealth. | 12:24:53 |
| 19 | Q   Over what period? | 12:24:53 |
| 20 | A   I don't remember specifically, but I would | 12:24:55 |
| 21 | say 90 days-ish. | 12:25:02 |
| 22 | Q   And how many instruments did you service | 12:25:05 |
| 23 | for MarinHealth? | 12:25:07 |
| 24 | A   I would guess in the range of 50 to 60. | 12:25:08 |
| 25 | Q   Did you have a signed agreement with Marin | 12:25:15 |

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | for that business? | 12:25:21 |
| 2 | A   Not initially, no, it was kind of a trial, | 12:25:21 |
| 3 | we were doing a trial to make sure they liked it. | 12:25:25 |
| 4 | Q   And you said "not initially." | 12:25:28 |
| 5 | Was there an agreement for that business | 12:25:30 |
| 6 | that you entered into with MarinHealth later? | 12:25:32 |
| 7 | A   There would have absolutely been an | 12:25:35 |
| 8 | agreement in place until Intuitive shut us down. | 12:25:37 |
| 9 | Q   If you would turn to the page ending 545, | 12:25:40 |
| 10 | there's an email in the middle of this page from you to | 12:26:05 |
| 11 | Mr. Ayers dated November 19, 2019. | 12:26:07 |
| 12 | A   Okay. | 12:26:16 |
| 13 | Q   And in the middle of that email, you say | 12:26:16 |
| 14 | (as read): | 12:26:16 |
| 15 | We are working with a large -- a | 12:26:20 |
| 16 | number of the largest health care | 12:26:22 |
| 17 | organizations in the U.S. | 12:26:23 |
| 18 | And then you list Banner Health, Kaiser | 12:26:24 |
| 19 | Permanente, Legacy Health, Advocate Aurora Health, and | 12:26:28 |
| 20 | Piedmont Healthcare. | 12:26:32 |
| 21 | As of November 2019, was SIS providing | 12:26:33 |
| 22 | services to any of those organizations relating to | 12:26:37 |
| 23 | EndoWrist instruments? | 12:26:43 |
| 24 | A   All of them. | 12:26:50 |
| 25 | Q   And, in response, on Monday, November 25, | 12:26:51 |

Page 110

```
 1   2019, Mr. Ayers wrote to you -- oh, I apologize, I was    12:27:06
 2   looking at the wrong email.                               12:27:16
 3            If you would turn to page ending 544, I'm        12:27:18
 4   looking at the email from Mr. Ayers on November 25,       12:27:22
 5   2019, at 1:43 p.m. where he asks (as read):               12:27:26
 6                Keith, how do the other hospitals            12:27:30
 7            get past the Intuitive contract language         12:27:32
 8            regarding proprietary instruments?               12:27:34
 9            Do you see that question?                        12:27:37
10       A    What page was that again?                        12:27:38
11       Q    544.                                             12:27:47
12       A    Okay, yes, I see it.                             12:27:50
13       Q    And you responded in an email that same          12:27:53
14   day at 1:07 p.m. (as read):                               12:27:57
15                Our service is, quote, repairing,            12:28:01
16            unquote, an Intuitive instrument.  We are        12:28:04
17            not changing the instrument in any way           12:28:06
18            from its intended use or designed                12:28:09
19            functionality.                                   12:28:11
20            Do you see that statement?  This is on           12:28:13
21   543.                                                      12:28:19
22       A    Okay.  I was going the wrong direction.          12:28:20
23            Yes, I see it.                                   12:28:23
24       Q    Okay.  And what was the basis for your           12:28:24
25   statement that SIS was not changing the instrument in     12:28:27
```

Page 111

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | Q Did SIS ever facilitate any EndoWrist | 12:34:41 |
| 2 | repair services for Vizient members? | 12:34:45 |
| 3 | A Absolutely. | 12:34:47 |
| 4 | Q Which -- which Vizient members were those? | 12:34:47 |
| 5 | A Legacy, Legacy Health, Kaiser Permanente, | 12:34:52 |
| 6 | Piedmont, most of the our other big clients are | 12:35:06 |
| 7 | Premiere, they're not Vizient, so -- if you want -- if | 12:35:20 |
| 8 | you're asking me actual repairs done, I think those are | 12:35:24 |
| 9 | the three big ones. | 12:35:28 |
| 10 | MR. CHAPUT: Okay. So, Mr. Johnson, I | 12:35:39 |
| 11 | don't have any more questions at this point on the | 12:35:41 |
| 12 | 30(b)(6) notice. We are going continue with your | 12:35:42 |
| 13 | deposition in your personal capacity, but we can go | 12:35:45 |
| 14 | ahead and take a break before we do that. | 12:35:48 |
| 15 | MR. SNYDER: Isaac, Josh Snyder, I do have | 12:35:55 |
| 16 | a few questions, very few, but I'm happy to save them | 12:35:58 |
| 17 | all till the end in the interest of efficiency. You | 12:36:01 |
| 18 | may cover them in the next part anyway. | 12:36:06 |
| 19 | MR. CHAPUT: Sure, that's fine, Josh. | 12:36:08 |
| 20 | MR. SNYDER: Thank you. | 12:36:11 |
| 21 | VIDEOGRAPHER PERAZA: This is the end of | 12:36:12 |
| 22 | today's deposition of SIS by Mr. Keith Johnson. We are | 12:36:14 |
| 23 | off the record at 12:36 p.m. | 12:36:17 |
| 24 | The total number of media used was four, | 12:36:21 |
| 25 | and will be retained by Veritext. | 12:36:25 |