```
                    UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION


   IN RE: DA VINCI SURGICAL          )
   ROBOT ANTITRUST LITIGATION        ) Case No.:
   _____   ) 3:21-cv-03825-VC
   THIS DOCUMENT RELATES TO:         )
   ALL CASES                         ) Pages 1 to 205
   _____   )
   SURGICAL INSTRUMENT SERVICE       )
   COMPANY, INC.,                    )
                                     )
              Plaintiff,             )
                                     )
         vs.                         )
                                     )
   INTUITIVE SURGICAL, INC.,         )
                                     )
              Defendant.             )
   _____ )



                       DEPOSITION OF:
                CLIFTON EARL PARKER, VOLUME I
                  TUESDAY, OCTOBER 25, 2022
                9:08 a.m. Eastern Daylight Time


   REPORTED BY:
   Vickie Blair
   CSR No. 8940, RPR-CRR
   JOB NO. 5541122

   PAGES 1 - 207
```

Page 1

```
 1    Deposition of CLIFTON EARL PARKER, the witness, taken on
 2    behalf of the Defendant, on Tuesday, October 25, 2022,
 3    9:08 a.m. Eastern Daylight Time, before VICKIE BLAIR,
 4    CSR No. 8940, RPR-CRR.
 5
 6    APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8    FOR THE WITNESS:
 9            JEFFREY L. BERHOLD, P.C.
              BY JEFF L. BERHOLD, Partner
10            1230 Peachtree Street
              Suite 1050
11            Atlanta, Georgia  30309
              404-872-3800
12            jeff@berhold.com
13    FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
      SERVICE CO. INC.:
14
              HALEY GUILIANO LLP
15            BY RICHARD T. MCCAULLEY, Partner
              111 North Market Street
16            Suite 900
              San Jose, California  95113
17            +1 669 213 1071
              richard.mccaulley@hglaw.com
18
              HALEY GUILIANO LLP
19            BY DONNY K. SAMPORNA, Associate
              111 North Market Street
20            Suite 900
              San Jose, California  95113
21            +1 669 213 1080
              donny.samporna@hglaw.com
22
23
24
25
                                                      Page 2
```

```
 1    APPEARANCES OF COUNSEL VIA ZOOM:  (Continued)
 2    FOR DEFENDANT INTUITIVE SURGICAL, INC.:
 3          COVINGTON & BURLING LLP
            BY SONYA D. WINNER, Partner
 4          415 Mission Street
            Suite 5400
 5          San Francisco, California  94105-2533
            +1 415 591 7072
 6          swinner@cov.com
 7          COVINGTON & BURLING LLP
            BY ANNA BOBROW, Associate
 8          850 Tenth Street, NW
            Washington, D.C.  20001-4956
 9          +1 202 662 5948
            abobrow@cov.com
10
      INTERIM CO-LEAD COUNSEL FOR THE PROPOSED CLASS:
11
            SPECTOR ROSEMAN & KODROFF, P.C.
12          BY JEFFREY L. SPECTOR, Partner
            2001 Market Street
13          Suite 3420
            Philadelphia, Pennsylvania  19103
14          P: 215-496-0300
            jspector@srkattorneys.com
15
            SPECTOR ROSEMAN & KODROFF, P.C.
16          BY JEFFREY J. CORRIGAN, Partner
            2001 Market Street
17          Suite 3420
            Philadelphia, Pennsylvania  19103
18          P: 215-496-0300
            jcorrigan@srkattorneys.com
19
      ALSO PRESENT:
20
            RAMON A. PERAZA, Videographer
21
22
23
24
25

                                               Page 3
```

| | | |
|---|---|---|
| 1 | your ability to pursue option one? | 07:52:33 |
| 2 |     A    No. | 07:52:35 |
| 3 |     Q    Has anything been reported to you since | 07:52:35 |
| 4 | 2019 of Intuitive doing anything with your ability to | 07:52:38 |
| 5 | pursue option two? | 07:52:41 |
| 6 |     A    Yes. | 07:52:44 |
| 7 |     Q    And -- and what was that? | 07:52:44 |
| 8 |     A    The CEO of Panama City Surgery Center told | 07:52:47 |
| 9 | me that -- that Intuitive would not allow them to | 07:52:54 |
| 10 | purchase instruments from us, and then -- | 07:53:01 |
| 11 |     Q    The CEO of what company? | 07:53:08 |
| 12 |     A    Panama City Surgery Center. | 07:53:10 |
| 13 |     Q    Panama. | 07:53:12 |
| 14 | And when was this? | 07:53:13 |
| 15 |     A    It's probably six or eight months ago, and | 07:53:14 |
| 16 | then he had another conver- -- they had another | 07:53:18 |
| 17 | conversation with me after that, and when he found out | 07:53:22 |
| 18 | that other people were purchasing instruments from us, | 07:53:28 |
| 19 | he said he was going to do it anyway. | 07:53:31 |
| 20 |     Q    So he has, in fact, purchased from you? | 07:53:32 |
| 21 |     A    In the last six months, they started back, | 07:53:34 |
| 22 | yes. | 07:53:38 |
| 23 |     Q    Okay. And -- and is -- has he told you | 07:53:38 |
| 24 | that anything bad happened to him as a result of that? | 07:53:41 |
| 25 |     A    I don't know as a result of that, but he | 07:53:46 |

Page 39

```
 1   has -- you'd have to ask him that, but I have been        07:53:50
 2   given indication that he feels like something bad has     07:53:59
 3   happened to them, don't know if it's as a result of       07:54:02
 4   that; you'd have to ask him.                              07:54:05
 5       Q    Any other accounts you've received since         07:54:06
 6   2019 relating to any other effort by Intuitive to         07:54:15
 7   interfere with your ability to pursue either option one   07:54:20
 8   or option two?                                            07:54:23
 9       A    Not anymore because they basically scared        07:54:23
10   every customer away and they stopped purchasing           07:54:30
11   instruments.                                              07:54:34
12       Q    Are you unsuccessful in your ability to --       07:54:37
13   in your -- are you unsuccessful in your efforts to sell   07:54:41
14   instruments?                                              07:54:46
15       A    Unsuccessful, I'm not sure how to validate       07:54:47
16   that term.  We have sold considerably less than we were   07:54:53
17   selling when Intuitive started making threats against     07:55:01
18   hospitals.                                                07:55:04
19       Q    And just to be clear, you have not               07:55:05
20   personally witnessed any threats to any hospitals;        07:55:11
21   correct?                                                  07:55:15
22       A    Well, no, I'm not in the discussion with         07:55:15
23   the Intuitive sales rep and the management at -- I        07:55:17
24   would never be in a situation --                          07:55:21
25       Q    Has any hospital shared with you any             07:55:24
```

Page 40

|   |   |   |
|---|---|---|
| 1 | documentary evidence of Intuitive threatening them? | 07:55:26 |
| 2 | A They haven't given me documents, but | 07:55:31 |
| 3 | they've told me that they've cancelled their service | 07:55:39 |
| 4 | contracts. | 07:55:42 |
| 5 | Q But this is just things they've told you; | 07:55:42 |
| 6 | correct? | 07:55:46 |
| 7 | A Yes. | 07:55:46 |
| 8 | Q Going back to this slide, let's look at | 07:55:46 |
| 9 | the first slide -- the second slide that option one, | 07:55:53 |
| 10 | this has got a productions number at the bottom with | 07:55:57 |
| 11 | the last four numbers of 4922. | 07:55:59 |
| 12 | Are you with me? | 07:56:00 |
| 13 | A Yes. | 07:56:02 |
| 14 | Q There's a ref- -- reference to a Las Vegas | 07:56:02 |
| 15 | facility. | 07:56:08 |
| 16 | What is that? | 07:56:11 |
| 17 | A Kevin and I own an office in Las Vegas. | 07:56:11 |
| 18 | Q An office? | 07:56:17 |
| 19 | A Yes. | 07:56:21 |
| 20 | Q Is -- and what is the purpose of having | 07:56:21 |
| 21 | that office? | 07:56:26 |
| 22 | A To operate Restore Robotics Repairs. | 07:56:28 |
| 23 | Q So have you moved the operations from your | 07:56:34 |
| 24 | prior office to Las Vegas? | 07:56:38 |
| 25 | A Yes. | 07:56:40 |

Page 41

|    |                                                                    |           |
|----|--------------------------------------------------------------------|-----------|
| 1  | "and internationally," so we did have -- we do have and            | 12:49:48  |
| 2  | are looking for international distributors, as well.               | 12:49:52  |
| 3  | BY MR. McCAULLEY:                                                  | 12:50:00  |
| 4  |    Q   And do you have an understanding of | 12:50:00 |
| 5  | Restore's reputation in that market that you just                  | 12:50:02  |
| 6  | referred to?                                                       | 12:50:03  |
| 7  |    A   I do.                         | 12:50:04  |
| 8  |    Q   And what's that understanding? | 12:50:04 |
| 9  |    A   They're one of the largest and most | 12:50:06 |
| 10 | respected medical device repair companies, and actually            | 12:50:08  |
| 11 | when Kevin was the owner of MediVision, we did work                | 12:50:14  |
| 12 | together, so we would do some of their repairs on their            | 12:50:21  |
| 13 | EndoWrists -- I'm sorry, flexible scopes when they had             | 12:50:28  |
| 14 | too much work to do or if they needed, you know, some              | 12:50:31  |
| 15 | additional help, we were an additional resource for                | 12:50:35  |
| 16 | them.                                                              | 12:50:38  |
| 17 |    Q   I believe you also testified about the | 12:50:38 |
| 18 | complexity of repairing an EndoWrist.                              | 12:50:41  |
| 19 | Do you have an opinion as to whether or                            | 12:50:43  |
| 20 | not, with respect to the repair of the device itself,              | 12:50:46  |
| 21 | SIS was qualified to repair EndoWrists?                            | 12:50:48  |
| 22 | MS. WINNER: Objection to form. Lack of                             | 12:50:53  |
| 23 | foundation.                                                        | 12:50:56  |
| 24 | THE WITNESS: The EndoWrist repair is a                             | 12:50:56  |
| 25 | very simple repair, especially in comparison to the                | 12:50:58  |

Page 174

| | | |
|---|---|---|
| 1 | other repairs that SIS is involved with, so it's a -- | 12:51:03 |
| 2 | it's not near as complicated as, for example, a | 12:51:08 |
| 3 | flexible end scope. | 12:51:13 |
| 4 | MR. McCAULLEY: Thank you, thank you. | 12:51:16 |
| 5 | Mr. Parker, I don't have any further questions. | 12:51:18 |
| 6 | VIDEOGRAPHER PERAZA: Does anybody else | 12:51:25 |
| 7 | have any questions? | 12:51:26 |
| 8 | MS. WINNER: I have some additional | 12:51:27 |
| 9 | questions for the witness, if the plaintiffs are done. | 12:51:28 |
| 10 | MR. McCAULLEY: SIS is done. | 12:51:35 |
| 11 | MR. CORRIGAN: Yes, we're done, we'll | 12:51:38 |
| 12 | reserve time, as you did, just in case -- | 12:51:39 |
| 13 | MS. WINNER: Sure. | 12:51:42 |
| 14 | MR. CORRIGAN: -- if we have more | 12:51:43 |
| 15 | questions at the end. | 12:51:45 |
| 16 | MS. WINNER: Sure, that's fine. | 12:51:46 |
| 17 | | 12:51:47 |
| 18 | FURTHER EXAMINATION | 12:51:47 |
| 19 | BY MS. WINNER: | 12:51:47 |
| 20 | Q    Okay. I just have some follow-up | 12:51:48 |
| 21 | questions on -- follow up on some of the questions that | 12:51:50 |
| 22 | Mr. Corrigan and Mr. McCaulley asked you, so I'll be | 12:51:54 |
| 23 | jumping around a bit. If you're losing track of where | 12:51:56 |
| 24 | I'm jumping, just speak up and I'll -- I'll try to slow | 12:51:59 |
| 25 | down and clarify where I am; okay? | 12:52:05 |