I

115TH CONGRESS
1ST SESSION

# H. R. 2430

To amend the Federal Food, Drug, and Cosmetic Act to revise and extend the user-fee programs for prescription drugs, medical devices, generic drugs, and biosimilar biological products, and for other purposes.

————————

## IN THE HOUSE OF REPRESENTATIVES

MAY 16, 2017

Mr. WALDEN (for himself, Mr. PALLONE, Mr. BURGESS, and Mr. GENE GREEN of Texas) introduced the following bill; which was referred to the Committee on Energy and Commerce

————————

# A BILL

To amend the Federal Food, Drug, and Cosmetic Act to revise and extend the user-fee programs for prescription drugs, medical devices, generic drugs, and biosimilar biological products, and for other purposes.

1 *Be it enacted by the Senate and House of Representa-*
2 *tives of the United States of America in Congress assembled,*

3 **SECTION 1. SHORT TITLE.**

4 This Act may be cited as the ''FDA Reauthorization
5 Act of 2017''.

6 **SEC. 2. TABLE OF CONTENTS.**

7 The table of contents for this Act is as follows:

Sec. 1. Short title.

2

Sec. 2. Table of contents.

### TITLE I—FEES RELATING TO DRUGS

Sec. 101. Short title; finding.
Sec. 102. Authority to assess and use drug fees.
Sec. 103. Reauthorization; reporting requirements.
Sec. 104. Sunset dates.
Sec. 105. Effective date.
Sec. 106. Savings clause.

### TITLE II—FEES RELATING TO DEVICES

Sec. 201. Short title; findings.
Sec. 202. Definitions.
Sec. 203. Authority to assess and use device fees.
Sec. 204. Reauthorization; reporting requirements.
Sec. 205. Conformity assessment pilot program.
Sec. 206. Reauthorization of review.
Sec. 207. Electronic format for submissions.
Sec. 208. Savings clause.
Sec. 209. Effective date.
Sec. 210. Sunset clause.

### TITLE III—FEES RELATING TO GENERIC DRUGS

Sec. 301. Short title; finding.
Sec. 302. Definitions.
Sec. 303. Authority to assess and use human generic drug fees.
Sec. 304. Reauthorization; reporting requirements.
Sec. 305. Sunset dates.
Sec. 306. Effective date.
Sec. 307. Savings clause.

### TITLE IV—FEES RELATING TO BIOSIMILAR BIOLOGICAL PRODUCTS

Sec. 401. Short title; finding.
Sec. 402. Definitions.
Sec. 403. Authority to assess and use biosimilar fees.
Sec. 404. Reauthorization; reporting requirements.
Sec. 405. Sunset dates.
Sec. 406. Effective date.
Sec. 407. Savings clause.

### TITLE V—REAUTHORIZATION OF OTHER PROGRAMS

Sec. 501. Reauthorization of provision relating to exclusivity of certain drugs containing single enantiomers.
Sec. 502. Reauthorization of pediatric humanitarian device exceptions.
Sec. 503. Reauthorization of the critical path public-private partnerships.
Sec. 504. Reauthorization of pediatric device consortia.
Sec. 505. Reauthorization of orphan grants program.
Sec. 506. Reauthorization of inspection program.
Sec. 507. Reauthorization of pediatric study of drugs.

3

TITLE VI—ADDITIONAL PROVISIONS

Sec. 601. Technical corrections.

# TITLE I—FEES RELATING TO DRUGS

**SEC. 101. SHORT TITLE; FINDING.**

(a) SHORT TITLE.—This title may be cited as the "Prescription Drug User Fee Amendments of 2017".

(b) FINDING.—The Congress finds that the fees authorized by the amendments made in this title will be dedicated toward expediting the drug development process and the process for the review of human drug applications, including postmarket drug safety activities, as set forth in the goals identified for purposes of part 2 of subchapter C of chapter VII of the Federal Food, Drug, and Cosmetic Act, in the letters from the Secretary of Health and Human Services to the Chairman of the Committee on Health, Education, Labor, and Pensions of the Senate and the Chairman of the Committee on Energy and Commerce of the House of Representatives, as set forth in the Congressional Record.

**SEC. 102. AUTHORITY TO ASSESS AND USE DRUG FEES.**

(a) TYPES OF FEES.—

(1) IN GENERAL.—Section 736(a) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 379h(a)) is amended—

1       (A) in the matter preceding paragraph (1),
2    by striking "fiscal year 2013" and inserting
3    "fiscal year 2018";
4       (B) in the heading of paragraph (1), by
5    striking "AND SUPPLEMENT";
6       (C) in paragraph (1), by striking "or a
7    supplement" and "or supplement" each place
8    either appears;
9       (D) in paragraph (1)(A)—
10          (i) in clause (i), by striking "(c)(4)"
11       and inserting "(c)(5)"; and
12          (ii) in clause (ii), by striking "A fee
13       established" and all that follows through
14       "are required." and inserting the following:
15       "A fee established under subsection (c)(5)
16       for a human drug application for which
17       clinical data (other than bioavailability or
18       bioequivalence studies) with respect to
19       safety or effectiveness are not required for
20       approval.";
21       (E) in the heading of paragraph (1)(C), by
22    striking "OR SUPPLEMENT";
23       (F) in paragraph (1)(F)—
24          (i) in the heading, by striking "OR IN-
25       DICATION"; and

5

1       (ii) by striking the second sentence;

2       (G) by striking paragraph (2) (relating to

3   a prescription drug establishment fee);

4       (H) by redesignating paragraph (3) as

5   paragraph (2);

6       (I) in the heading of paragraph (2), as so

7   redesignated, by striking "PRESCRIPTION DRUG

8   PRODUCT FEE" and inserting "PRESCRIPTION

9   DRUG PROGRAM FEE";

10      (J) in subparagraph (A) of such paragraph

11  (2), by amending the first sentence to read as

12  follows: "Except as provided in subparagraphs

13  (B) and (C), each person who is named as the

14  applicant in a human drug application, and

15  who, after September 1, 1992, had pending be-

16  fore the Secretary a human drug application or

17  supplement, shall pay the annual prescription

18  drug program fee established for a fiscal year

19  under subsection (c)(5) for each prescription

20  drug product that is identified in such a human

21  drug application approved as of October 1 of

22  such fiscal year.";

23      (K) in subparagraph (B) of such para-

24  graph (2)—

1                (i) in the heading of subparagraph

2              (B), by inserting after "EXCEPTION" the

3              following: "FOR CERTAIN PRESCRIPTION

4              DRUG PRODUCTS"; and

5                (ii) by striking "A prescription drug

6              product shall not be assessed a fee" and

7              inserting "A prescription drug program fee

8              shall not be assessed for a prescription

9              drug product"; and

10          (L) by adding at the end of such para-

11         graph (2) the following:

12              "(C) LIMITATION.—A person who is

13              named as the applicant in an approved human

14              drug application shall not be assessed more

15              than 5 prescription drug program fees for a fis-

16              cal year for prescription drug products identi-

17              fied in such approved human drug applica-

18              tion.".

19         (2) CONFORMING AMENDMENT.—Subparagraph

20         (C) of section 740(a)(3) of the Federal Food, Drug,

21         and Cosmetic Act (21 U.S.C. 379j–12(a)(3)) is

22         amended to read as follows:

23              "(C) LIMITATION.—An establishment shall

24              be assessed only one fee per fiscal year under

25              this section.".

1     (b) FEE REVENUE AMOUNTS.—Subsection (b) of sec-

2 tion 736 of the Federal Food, Drug, and Cosmetic Act

3 (21 U.S.C. 379h) is amended to read as follows:

4     "(b) FEE REVENUE AMOUNTS.—

5         "(1) IN GENERAL.—For each of the fiscal years

6         2018 through 2022, fees under subsection (a) shall,

7         except as provided in subsections (c), (d), (f), and

8         (g), be established to generate a total revenue

9         amount under such subsection that is equal to the

10         sum of—

11             "(A) the annual base revenue for the fiscal

12             year (as determined under paragraph (3));

13             "(B) the dollar amount equal to the infla-

14             tion adjustment for the fiscal year (as deter-

15             mined under subsection (c)(1));

16             "(C) the dollar amount equal to the capac-

17             ity planning adjustment for the fiscal year (as

18             determined under subsection (c)(2));

19             "(D) the dollar amount equal to the oper-

20             ating reserve adjustment for the fiscal year, if

21             applicable (as determined under subsection

22             (c)(3));

23             "(E) the dollar amount equal to the addi-

24             tional direct cost adjustment for the fiscal year

25             (as determined under subsection (c)(4)); and

1                 "(F) additional dollar amounts for each

2         fiscal year as follows:

3                 "(i) $20,077,793 for fiscal year 2018;

4                 "(ii) $21,317,472 for fiscal year 2019;

5                 "(iii) $16,953,329 for fiscal year

6         2020;

7                 "(iv) $5,426,896 for fiscal year 2021;

8         and

9                 "(v) $2,769,609 for fiscal year 2022.

10         "(2) TYPES OF FEES.—Of the total revenue

11 amount determined for a fiscal year under para-

12 graph (1)—

13         "(A) 20 percent shall be derived from

14         human drug application fees under subsection

15         (a)(1); and

16         "(B) 80 percent shall be derived from pre-

17         scription drug program fees under subsection

18         (a)(2).

19         "(3) ANNUAL BASE REVENUE.—For purposes

20 of paragraph (1), the dollar amount of the annual

21 base revenue for a fiscal year shall be—

22         "(A) for fiscal year 2018, $878,590,000;

23         and

24         "(B) for fiscal years 2019 through 2022,

25         the dollar amount of the total revenue amount

1        established under paragraph (1) for the pre-

2        vious fiscal year, not including any adjustments

3        made under subsection (c)(3) or (c)(4).''.

4    (c) ADJUSTMENTS; ANNUAL FEE SETTING.—Sub-

5 section (c) of section 736 of the Federal Food, Drug, and

6 Cosmetic Act (21 U.S.C. 379h) is amended to read as fol-

7 lows:

8    ''(c) ADJUSTMENTS; ANNUAL FEE SETTING.—

9        ''(1) INFLATION ADJUSTMENT.—

10          ''(A) IN GENERAL.—For purposes of sub-

11          section (b)(1)(B), the dollar amount of the in-

12          flation adjustment to the annual base revenue

13          for each fiscal year shall be equal to the prod-

14          uct of—

15              ''(i) such annual base revenue for the

16              fiscal year under subsection (b)(1)(A); and

17              ''(ii) the inflation adjustment percent-

18              age under subparagraph (B).

19          ''(B) INFLATION ADJUSTMENT PERCENT-

20          AGE.—The inflation adjustment percentage

21          under this subparagraph for a fiscal year is

22          equal to the sum of—

23              ''(i) the average annual percent

24              change in the cost, per full-time equivalent

25              position of the Food and Drug Administra-

10

 1  tion, of all personnel compensation and
 2  benefits paid with respect to such positions
 3  for the first 3 years of the preceding 4 fis-
 4  cal years, multiplied by the proportion of
 5  personnel compensation and benefits costs
 6  to total costs of the process for the review
 7  of human drug applications (as defined in
 8  section 735(6)) for the first 3 years of the
 9  preceding 4 fiscal years; and

10      ''(ii) the average annual percent
11  change that occurred in the Consumer
12  Price Index for urban consumers (Wash-
13  ington-Baltimore, DC-MD-VA-WV; Not
14  Seasonally Adjusted; All items; Annual
15  Index) for the first 3 years of the pre-
16  ceding 4 years of available data multiplied
17  by the proportion of all costs other than
18  personnel compensation and benefits costs
19  to total costs of the process for the review
20  of human drug applications (as defined in
21  section 735(6)) for the first 3 years of the
22  preceding 4 fiscal years.

23  ''(2) CAPACITY PLANNING ADJUSTMENT.—

24      ''(A) IN GENERAL.—For each fiscal year,
25  after the annual base revenue established in

11

1 subsection (b)(1)(A) is adjusted for inflation in

2 accordance with paragraph (1), such revenue

3 shall be adjusted further for such fiscal year, in

4 accordance with this paragraph, to reflect

5 changes in the resource capacity needs of the

6 Secretary for the process for the review of

7 human drug applications.

8 ''(B) INTERIM METHODOLOGY.—

9 ''(i) IN GENERAL.—Until the capacity

10 planning methodology described in sub-

11 paragraph (C) is effective, the adjustment

12 under this paragraph for a fiscal year shall

13 be based on the product of—

14 ''(I) the annual base revenue for

15 such year, as adjusted for inflation

16 under paragraph (1); and

17 ''(II) the adjustment percentage

18 under clause (ii).

19 ''(ii) ADJUSTMENT PERCENTAGE.—

20 The adjustment percentage under this

21 clause for a fiscal year is the weighted

22 change in the 3-year average ending in the

23 most recent year for which data are avail-

24 able, over the 3-year average ending in the

25 previous year, for—

1            ''(I) the total number of human
2        drug applications, efficacy supple-
3        ments, and manufacturing supple-
4        ments submitted to the Secretary;
5            ''(II) the total number of active
6        commercial investigational new drug
7        applications; and
8            ''(III) the total number of formal
9        meetings scheduled by the Secretary,
10        and written responses issued by the
11        Secretary in lieu of such formal meet-
12        ings, as identified in section I.H of
13        the letters described in section 101(b)
14        of the Prescription Drug User Fee
15        Amendments of 2017.
16        ''(C) CAPACITY PLANNING METHOD-
17    OLOGY.—
18            ''(i) DEVELOPMENT; EVALUATION
19        AND REPORT.—The Secretary shall obtain,
20        through a contract with an independent ac-
21        counting or consulting firm, a report evalu-
22        ating options and recommendations for a
23        new methodology to accurately assess
24        changes in the resource and capacity needs
25        of the process for the review of human

13

drug applications. The capacity planning
methodological options and recommenda-
tions presented in such report shall utilize
and be informed by personnel time report-
ing data as an input. The report shall be
published for public comment no later than
the end of fiscal year 2020.

"(ii) ESTABLISHMENT AND IMPLE-
MENTATION.—After review of the report
described in clause (i) and any public com-
ments thereon, the Secretary shall estab-
lish a capacity planning methodology for
purposes of this paragraph, which shall—

"(I) replace the interim method-
ology under subparagraph (B);

"(II) incorporate such ap-
proaches and attributes as the Sec-
retary determines appropriate; and

"(III) be effective beginning with
the first fiscal year for which fees are
set after such capacity planning meth-
odology is established.

"(D) LIMITATION.—Under no cir-
cumstances shall an adjustment under this
paragraph result in fee revenue for a fiscal year

1       that is less than the sum of the amounts under

2       subsections (b)(1)(A) (the annual base revenue

3       for the fiscal year) and (b)(1)(B) (the dollar

4       amount of the inflation adjustment for the fis-

5       cal year).

6       ''(E) PUBLICATION IN FEDERAL REG-

7       ISTER.—The Secretary shall publish in the Fed-

8       eral Register notice under paragraph (5) the fee

9       revenue and fees resulting from the adjustment

10      and the methodologies under this paragraph.

11      ''(3) OPERATING RESERVE ADJUSTMENT.—

12       ''(A) INCREASE.—For fiscal year 2018 and

13       subsequent fiscal years, the Secretary may, in

14       addition to adjustments under paragraphs (1)

15       and (2), further increase the fee revenue and

16       fees if such an adjustment is necessary to pro-

17       vide for not more than 14 weeks of operating

18       reserves of carryover user fees for the process

19       for the review of human drug applications.

20       ''(B) DECREASE.—If the Secretary has

21       carryover balances for such process in excess of

22       14 weeks of such operating reserves, the Sec-

23       retary shall decrease such fee revenue and fees

24       to provide for not more than 14 weeks of such

25       operating reserves.

15

1        "(C) NOTICE OF RATIONALE.—If an ad-
2    justment under subparagraph (A) or (B) is
3    made, the rationale for the amount of the in-
4    crease or decrease (as applicable) in fee revenue
5    and fees shall be contained in the annual Fed-
6    eral Register notice under paragraph (5) estab-
7    lishing fee revenue and fees for the fiscal year
8    involved.

9        "(4) ADDITIONAL   DIRECT   COST   ADJUST-
10   MENT.—

11       "(A) IN GENERAL.—The Secretary shall,
12   in addition to adjustments under paragraphs
13   (1), (2), and (3), further increase the fee rev-
14   enue and fees—

15           "(i)   for   fiscal   year   2018,   by
16       $8,730,000; and

17           "(ii) for fiscal year 2019 and subse-
18       quent fiscal years, by the amount deter-
19       mined under subparagraph (B).

20       "(B) AMOUNT.—The amount determined
21   under this subparagraph is—

22           "(i) $8,730,000, multiplied by

23           "(ii) the Consumer Price Index for
24       urban consumers (Washington-Baltimore,
25       DC-MD-VA-WV; Not Seasonally Adjusted;

All Items; Annual Index) for the most re-
cent year of available data, divided by such
Index for 2016.

"(5) ANNUAL FEE SETTING.—The Secretary
shall, not later than 60 days before the start of each
fiscal year that begins after September 30, 2017—

"(A) establish, for the next fiscal year,
human drug application fees and prescription
drug program fees under subsection (a), based
on the revenue amounts established under sub-
section (b) and the adjustments provided under
this subsection; and

"(B) publish such fee revenue and fees in
the Federal Register.

"(6) LIMIT.—The total amount of fees charged,
as adjusted under this subsection, for a fiscal year
may not exceed the total costs for such fiscal year
for the resources allocated for the process for the re-
view of human drug applications.".

(d) FEE WAIVER OR REDUCTION.—Section 736(d) of
the Federal Food, Drug, and Cosmetic Act (21 U.S.C.
379h(d)) is amended—

(1) in paragraph (1)—

(A) by inserting "or" at the end of sub-
paragraph (B);

17

1     (B) by striking subparagraph (C); and

2     (C) by redesignating subparagraph (D) as

3     subparagraph (C);

4     (2) by striking paragraph (3) (relating to use of

5     standard costs);

6     (3) by redesignating paragraph (4) as para-

7     graph (3); and

8     (4) in paragraph (3), as so redesignated—

9         (A) in subparagraphs (A) and (B), by

10        striking "paragraph (1)(D)" and inserting

11        "paragraph (1)(C)"; and

12        (B) in subparagraph (B)—

13            (i) by striking clause (ii);

14            (ii) by striking "shall pay" through

15            "(i) application fees" and inserting "shall

16            pay application fees"; and

17            (iii) by striking "; and" at the end

18            and inserting a period.

19    (e) EFFECT OF FAILURE TO PAY FEES.—Section

20    736(e) of the Federal Food, Drug, and Cosmetic Act (21

21    U.S.C. 379h(e)) is amended by striking "all fees" and in-

22    serting "all such fees".

23    (f) LIMITATIONS.—Section 736(f)(2) of the Federal

24    Food, Drug, and Cosmetic Act (21 U.S.C. 379h(f)(2)) is

25    amended by striking "supplements, prescription drug es-

18

1 tablishments, and prescription drug products'' and insert-
2 ing ''prescription drug program fees''.

3     (g) CREDITING AND AVAILABILITY OF FEES.—Sec-
4 tion 736(g) of the Federal Food, Drug, and Cosmetic Act
5 (21 U.S.C. 379h(g)) is amended—

6         (1) in paragraph (3)—

7             (A) by striking ''2013 through 2017'' and
8             inserting ''2018 through 2022''; and

9             (B) by striking ''and paragraph (4) of this
10             subsection''; and

11         (2) by striking paragraph (4).

12     (h) ORPHAN DRUGS.—Section 736(k) of the Federal
13 Food, Drug, and Cosmetic Act (21 U.S.C. 379h(k)) is
14 amended by striking ''product and establishment fees''
15 each place it appears and inserting ''prescription drug pro-
16 gram fees''.

**SEC. 103. REAUTHORIZATION; REPORTING REQUIREMENTS.**

18     Section 736B of the Federal Food, Drug, and Cos-
19 metic Act (21 U.S.C. 379h–2) is amended—

20         (1) in subsection (a)(1)—

21             (A) in the matter before subparagraph (A),
22             by striking ''2013'' and inserting ''2018''; and

23             (B) in subparagraph (A), by striking ''Pre-
24             scription Drug User Fee Amendments of 2012''

19

1 and inserting "Prescription Drug User Fee
2 Amendments of 2017";

3 (2) in subsection (b), by striking "2013" and
4 inserting "2018"; and

5 (3) in subsection (d), by striking "2017" each
6 place it appears and inserting "2022".

**SEC. 104. SUNSET DATES.**

8 (a) AUTHORIZATION.—Sections 735 and 736 of the
9 Federal Food, Drug, and Cosmetic Act (21 U.S.C. 379g;
10 379h) shall cease to be effective October 1, 2022.

11 (b) REPORTING REQUIREMENTS.—Section 736B of
12 the Federal Food, Drug, and Cosmetic Act (21 U.S.C.
13 379h–2) shall cease to be effective January 31, 2023.

14 (c) PREVIOUS SUNSET PROVISION.—Effective Octo-
15 ber 1, 2017, subsections (a) and (b) of section 105 of the
16 Food and Drug Administration Safety and Innovation Act
17 (Public Law 112–144) are repealed.

**SEC. 105. EFFECTIVE DATE.**

19 The amendments made by this title shall take effect
20 on October 1, 2017, or the date of the enactment of this
21 Act, whichever is later, except that fees under part 2 of
22 subchapter C of chapter VII of the Federal Food, Drug,
23 and Cosmetic Act shall be assessed for all human drug
24 applications received on or after October 1, 2017, regard-
25 less of the date of the enactment of this Act.

20

SEC. 106. SAVINGS CLAUSE.

Notwithstanding the amendments made by this title, part 2 of subchapter C of chapter VII of the Federal Food, Drug, and Cosmetic Act, as in effect on the day before the date of the enactment of this title, shall continue to be in effect with respect to human drug applications and supplements (as defined in such part as of such day) that on or after October 1, 2012, but before October 1, 2017, were accepted by the Food and Drug Administration for filing with respect to assessing and collecting any fee required by such part for a fiscal year prior to fiscal year 2018.

# TITLE II—FEES RELATING TO DEVICES

SEC. 201. SHORT TITLE; FINDINGS.

(a) SHORT TITLE.—This title may be cited as the ''Medical Device User Fee Amendments of 2017''.

(b) FINDINGS.—The Congress finds that the fees authorized under the amendments made by this title will be dedicated toward expediting the process for the review of device applications and for assuring the safety and effectiveness of devices, as set forth in the goals identified for purposes of part 3 of subchapter C of chapter VII of the Federal Food, Drug, and Cosmetic Act in the letters from the Secretary of Health and Human Services to the Chairman of the Committee on Health, Education, Labor, and

1 Pensions of the Senate and the Chairman of the Com-
2 mittee on Energy and Commerce of the House of Rep-
3 resentatives, as set forth in the Congressional Record.

**SEC. 202. DEFINITIONS.**

5 Section 737 of the Federal Food, Drug, and Cosmetic
6 Act (21 U.S.C. 379i) is amended—

7 (1) by redesignating paragraphs (8) through
8 (13) as paragraphs (9) through (14), respectively;

9 (2) by inserting after paragraph (7) the fol-
10 lowing new paragraph:

11 ''(8) The term 'de novo classification request'
12 means a request made under section 513(f)(2)(A)
13 with respect to the classification of a device.'';

14 (3) in subparagraph (D) of paragraph (10) (as
15 redesignated by paragraph (1)), by striking ''and
16 submissions'' and inserting ''submissions, and de
17 novo classification requests''; and

18 (4) in paragraph (11) (as redesignated by para-
19 graph (1)), by striking ''2011'' and inserting
20 ''2016''.

**SEC. 203. AUTHORITY TO ASSESS AND USE DEVICE FEES.**

22 (a) TYPES OF FEES.—Section 738(a) of the Federal
23 Food, Drug, and Cosmetic Act (21 U.S.C. 379j(a)) is
24 amended—

22

1    (1) in paragraph (1), by striking "fiscal year
2  2013" and inserting "fiscal year 2018"; and
3    (2) in paragraph (2)—
4        (A) in subparagraph (A)—
5            (i) in the matter preceding clause (i),
6        by striking "October 1, 2012" and insert-
7        ing "October 1, 2017";
8            (ii) in clause (viii), by striking "2"
9        and inserting "3.4"; and
10           (iii) by adding at the end the fol-
11       lowing new clause:
12           "(xi) For a de novo classification re-
13       quest, a fee equal to 30 percent of the fee
14       that applies under clause (i)."; and
15       (B) in subparagraph (B)(v)(I), by striking
16   "or premarket notification submission" and in-
17   serting "premarket notification submission, or
18   de novo classification request".
19  (b) FEE AMOUNTS.—Section 738(b) of the Federal
20 Food, Drug, and Cosmetic Act (21 U.S.C. 379j(b)) is
21 amended to read as follows:
22  "(b) FEE AMOUNTS.—
23      "(1) IN GENERAL.—Subject to subsections (c),
24   (d), (e), and (h), for each of fiscal years 2018
25   through 2022, fees under subsection (a) shall be de-

1    rived from the base fee amounts specified in para-
2    graph (2), to generate the total revenue amounts
3    specified in paragraph (3).

4    ''(2) BASE FEE AMOUNTS SPECIFIED.—For
5    purposes of paragraph (1), the base fee amounts
6    specified in this paragraph are as follows:

| ''Fee Type | Fiscal Year 2018 | Fiscal Year 2019 | Fiscal Year 2020 | Fiscal Year 2021 | Fiscal Year 2022 |
|---|---|---|---|---|---|
| Premarket Application ..................... | $294,000 | $300,000 | $310,000 | $328,000 | $329,000 |
| Establishment Registration ............... | $4,375 | $4,548 | $4,760 | $4,975 | $4,978 |

7    ''(3) TOTAL REVENUE AMOUNTS SPECIFIED.—
8    For purposes of paragraph (1), the total revenue
9    amounts specified in this paragraph are as follows:
10           ''(A) $183,280,756 for fiscal year 2018.
11           ''(B) $190,654,875 for fiscal year 2019.
12           ''(C) $200,132,014 for fiscal year 2020.
13           ''(D) $211,748,789 for fiscal year 2021.
14           ''(E) $213,687,660 for fiscal year 2022.''.
15   (c) ANNUAL FEE SETTING; ADJUSTMENTS.—Section
16   738(c) of the Federal Food, Drug, and Cosmetic Act (21
17   U.S.C. 379j(c)) is amended—
18           (1) in paragraph (1), by striking ''2012'' and
19   inserting ''2017'';
20           (2) in paragraph (2)—
21                   (A) in subparagraph (A), by striking
22           ''2014'' and inserting ''2018'';

24

1       (B) by striking subparagraph (B) and in-
2    serting the following new subparagraph:
3       ''(B) APPLICABLE INFLATION ADJUST-
4    MENT.—The applicable inflation adjustment for
5    fiscal year 2018 and each subsequent fiscal
6    year is the product of—
7          ''(i) the base inflation adjustment
8       under subparagraph (C) for such fiscal
9       year; and
10         ''(ii) the product of the base inflation
11      adjustment under subparagraph (C) for
12      each of the fiscal years preceding such fis-
13      cal year, beginning with fiscal year 2016.'';
14      (C) in subparagraph (C), in the heading,
15   by striking ''TO TOTAL REVENUE AMOUNTS'';
16   and
17      (D) by amending subparagraph (D) to
18   read as follows:
19      ''(D) ADJUSTMENT TO BASE FEE
20   AMOUNTS.—For each of fiscal years 2018
21   through 2022, the Secretary shall—
22         ''(i) adjust the base fee amounts spec-
23      ified in subsection (b)(2) for such fiscal
24      year by multiplying such amounts by the

25

applicable inflation adjustment under sub-
paragraph (B) for such year; and

"(ii) if the Secretary determines nec-
essary, increase (in addition to the adjust-
ment under clause (i)) such base fee
amounts, on a uniform proportionate basis,
to generate the total revenue amounts
under subsection (b)(3), as adjusted for in-
flation under subparagraph (A).''; and

(3) in paragraph (3)—

(A) by striking "2014 through 2017" and
inserting "2018 through 2022"; and

(B) by striking "further adjusted" and in-
serting "increased".

(d) SMALL BUSINESSES; FEE WAIVER AND FEE RE-
DUCTION REGARDING PREMARKET APPROVAL FEES.—
Section 738(d) of the Federal Food, Drug, and Cosmetic
Act (21 U.S.C. 379j(d)) is amended—

(1) in paragraph (1), by striking "specified in
clauses (i) through (v) and clauses (vii), (ix), and
(x)" and inserting "specified in clauses (i) through
(vii) and clauses (ix), (x), and (xi)"; and

(2) in paragraph (2)(C)—

(A) by striking "supplement, or" and in-
serting "supplement,"; and

26

1          (B) by inserting ", or a de novo classifica-
2          tion request" after "class III device".

3     (e) SMALL BUSINESSES; FEE REDUCTION REGARD-
4 ING PREMARKET NOTIFICATION SUBMISSIONS.—Section
5 738(e)(2)(C) of the Federal Food, Drug, and Cosmetic
6 Act (21 U.S.C. 379j(e)(2)(C)) is amended by striking
7 "50" and inserting "25".

8     (f) FEE WAIVER OR REDUCTION.—

9          (1) REPEAL.—Section 738 of the Federal Food,
10     Drug, and Cosmetic Act (21 U.S.C. 379j) is amend-
11     ed by striking subsection (f).

12          (2) CONFORMING CHANGES.—

13          (A) Section 515(c)(4)(A) of the Federal
14          Food, Drug, and Cosmetic Act (21 U.S.C.
15          360e(c)(4)(A)) is amended by striking "738(h)"
16          and inserting "738(g)".

17          (B) Section 738 of the Federal Food,
18          Drug, and Cosmetic Act (21 U.S.C. 379j), as
19          amended by paragraph (1), is further amend-
20          ed—

21               (i) by redesignating subsections (g)
22          through (l) as subsections (f) through (k);
23               (ii) in subsection (a)(2)(A), by strik-
24          ing "(d), (e), and (f)" and inserting "(d)
25          and (e)"; and

27

1               (iii) in subsection (a)(3)(A), by strik-

2               ing "and subsection (f)".

3    (g) EFFECT OF FAILURE TO PAY FEES.—Subsection

4 (f)(1), as redesignated, of section 738 of the Federal

5 Food, Drug, and Cosmetic Act (21 U.S.C. 379j) is amend-

6 ed—

7        (1) by striking "or periodic reporting con-

8        cerning a class III device" and inserting "periodic

9        reporting concerning a class III device, or de novo

10       classification request"; and

11       (2) by striking "all fees" and inserting "all

12       such fees".

13    (h) CONDITIONS.—Subsection (g)(1)(A), as redesig-

14 nated, of section 738 of the Federal Food, Drug, and Cos-

15 metic Act (21 U.S.C. 379j) is amended by striking

16 "$280,587,000" and inserting "$320,825,000".

17    (i) CREDITING AND AVAILABILITY OF FEES.—Sub-

18 section (h), as redesignated, of section 738 of the Federal

19 Food, Drug, and Cosmetic Act (21 U.S.C. 379j) is amend-

20 ed—

21       (1) in paragraph (3)—

22           (A) by striking "2013 through 2017" and

23           inserting "2018 through 2022"; and

28

1         (B) by striking ''subsection (c)'' and all

2         that follows through the period at the end and

3         inserting ''subsection (c).''; and

4       (2) by striking paragraph (4).

5 **SEC. 204. REAUTHORIZATION; REPORTING REQUIREMENTS.**

6       (a) PERFORMANCE REPORTS.—Section 738A(a) of

7 the Federal Food, Drug, and Cosmetic Act (21 U.S.C.

8 379j–1(a)) is amended—

9         (1) in paragraph (1)—

10             (A) in subparagraph (A)—

11                 (i) by striking ''2013'' and inserting

12               ''2018''; and

13                 (ii) by striking ''the Medical Device

14               User Fee Amendments of 2012'' and in-

15               serting ''Medical Device User Fee Amend-

16               ments of 2017''; and

17             (B) in subparagraph (B), by striking ''the

18             Medical Device User Fee Amendments of

19             2012'' and inserting ''Medical Device User Fee

20             Amendments of 2017''; and

21         (2) in paragraph (2), by striking ''2013

22       through 2017'' and inserting ''2018 through 2022''.

23       (b) REAUTHORIZATION.—Section 738A(b) of the

24 Federal Food, Drug, and Cosmetic Act (21 U.S.C. 379j–

25 1(b)) is amended—

29

1        (1) in paragraph (1), by striking ''2017'' and

2     inserting ''2022''; and

3        (2) in paragraph (5), by striking ''2017'' and

4     inserting ''2022''.

**SEC. 205. CONFORMITY ASSESSMENT PILOT PROGRAM.**

6     (a) IN GENERAL.—Section 514 of the Federal Food,

7  Drug, and Cosmetic Act (21 U.S.C. 360d) is amended by

8  adding at the end the following:

9     ''(d) PILOT ACCREDITATION SCHEME FOR CON-

10  FORMITY ASSESSMENT.—

11        ''(1) IN GENERAL.—The Secretary shall estab-

12     lish a pilot program under which—

13           ''(A) testing laboratories may be accred-

14        ited, by accreditation bodies meeting criteria

15        specified by the Secretary, to assess the con-

16        formance of a device with certain standards rec-

17        ognized under this section; and

18           ''(B) subject to paragraph (2), determina-

19        tions by testing laboratories so accredited that

20        a device conforms with such standard or stand-

21        ards shall be accepted by the Secretary for pur-

22        poses of demonstrating such conformity under

23        this section unless the Secretary finds that a

24        particular such determination shall not be so

25        accepted.

1 ''(2) SECRETARIAL REVIEW OF ACCREDITED

2 LABORATORY DETERMINATIONS.—The Secretary

3 may—

4 ''(A) review determinations by testing lab-

5 oratories accredited pursuant to this subsection,

6 including by conducting periodic audits of such

7 determinations or processes of accredited bodies

8 or testing laboratories and, following such re-

9 view, taking additional measures under this

10 Act, such as suspension or withdrawal of ac-

11 creditation of such testing laboratory under

12 paragraph (1)(A) or requesting additional infor-

13 mation with respect to such device, as the Sec-

14 retary determines appropriate; and

15 ''(B) if the Secretary becomes aware of in-

16 formation materially bearing on safety or effec-

17 tiveness of a device assessed for conformity by

18 a testing laboratory so accredited, take such ad-

19 ditional measures under this Act as the Sec-

20 retary determines appropriate, such as suspen-

21 sion or withdrawal of accreditation of such test-

22 ing laboratory under paragraph (1)(A), or re-

23 questing additional information with regard to

24 such device.

25 ''(3) IMPLEMENTATION AND REPORTING.—

1          "(A) PUBLIC MEETING.—The Secretary

2     shall publish in the Federal Register a notice of

3     a public meeting to be held no later than Sep-

4     tember 30, 2018, to discuss and obtain input

5     and recommendations from stakeholders regard-

6     ing the goals and scope of, and a suitable

7     framework and procedures and requirements

8     for, the pilot program under this subsection.

9          "(B) PILOT PROGRAM GUIDANCE.—The

10     Secretary shall—

11             "(i) not later than September 30,

12         2019, issue draft guidance regarding the

13         goals and implementation of the pilot pro-

14         gram under this subsection; and

15             "(ii) not later than September 30,

16         2021, issue final guidance with respect to

17         the implementation of such program.

18          "(C) PILOT PROGRAM INITIATION.—Not

19     later than September 30, 2020, the Secretary

20     shall initiate the pilot program under this sub-

21     section.

22          "(D) REPORT.—The Secretary shall make

23     available on the website of the Food and Drug

24     Administration an annual report on the

1  progress of the pilot program under this sub-
2  section.

3  ''(4) SUNSET.—As of October 1, 2022—

4      ''(A) the authority for accreditation bodies
5  to accredit testing laboratories pursuant to
6  paragraph (1)(A) shall cease to have force or
7  effect;

8      ''(B) the Secretary—

9          ''(i) may not accept a determination
10         pursuant to paragraph (1)(B) made by a
11         testing laboratory after such date; and

12         ''(ii) may accept such a determination
13         made prior to such date;

14     ''(C) except for purposes of accepting a de-
15  termination described in subparagraph (B)(ii),
16  the Secretary shall not continue to recognize
17  the accreditation of testing laboratories accred-
18  ited under paragraph (1)(A); and

19     ''(D) the Secretary may take actions in ac-
20  cordance with paragraph (2) with respect to the
21  determinations made prior to such date and
22  recognition of the accreditation of testing lab-
23  oratories pursuant to determinations made
24  prior to such date.''.

1  SEC. 206. REAUTHORIZATION OF REVIEW.

2  Section 523 of the Federal Food, Drug, and Cosmetic

3  Act (21 U.S.C. 360m) is amended—

4      (1) in subsection (a)(3)—

5          (A) in subparagraph (A), by striking

6      clauses (ii) and (iii) and inserting the following:

7              "(ii) a device classified under section

8          513(f)(2) or designated under section

9          515C(d); or

10             "(iii) a device that is of a type, or

11         subset of a type, listed as not eligible for

12         review under subparagraph (B)(iii).";

13         (B) by striking subparagraph (B) and in-

14     serting the following:

15             "(B) DESIGNATION FOR REVIEW.—The

16     Secretary shall—

17             "(i) issue draft guidance on the fac-

18         tors the Secretary will use in determining

19         whether a class I or class II device type, or

20         subset of such device types, is eligible for

21         review by an accredited person, includ-

22         ing—

23             "(I) the risk of the device type,

24         or subset of such device type; and

25             "(II) whether the device type, or

26         subset of such device type, is perma-

34

nently implantable, life sustaining, or
life supporting;

"(ii) not later than 24 months after
the date on which the Secretary issues
such draft guidance, finalize such guid-
ance; and

"(iii) beginning on the date such guid-
ance is finalized, designate and post on the
Internet website of the Food and Drug Ad-
ministration, an updated list of class I and
class II device types, or subsets of such de-
vice types, and the Secretary's determina-
tion with respect to whether each such de-
vice type, or subset of a device type, is eli-
gible or not eligible for review by an ac-
credited person under this section based on
the factors described in clause (i)."; and

(C) by adding at the end the following:

"(C) INTERIM RULE.—Until the date on
which the updated list is designated and posted
in accordance with subparagraph (B)(iii), the
list in effect on the date of enactment the Med-
ical Device User Fee Amendments of 2017 shall
be in effect.";

(2) in subsection (b)—

1          (A) in paragraph (2)—

2               (i) by striking subparagraph (D); and

3               (ii) by redesignating subparagraph

4          (E) as subparagraph (D); and

5          (B) in paragraph (3)—

6               (i) by redesignating subparagraph (E)

7          as subparagraph (F);

8               (ii) in subparagraph (F) (as so redes-

9          ignated), by striking "The operations of"

10         and all that follows through "it will—"

11         and inserting "Such person shall agree, at

12         a minimum, to include in its request for

13         accreditation a commitment to, at the time

14         of accreditation, and at any time it is per-

15         forming any review pursuant to this sec-

16         tion—"; and

17               (iii) by inserting after subparagraph

18         (D) the following new subparagraph:

19         "(E) The operations of such person shall

20        be in accordance with generally accepted profes-

21        sional and ethical business practices."; and

22     (3) in subsection (c), by striking "2017" and

23  inserting "2022".

1  SEC. 207. ELECTRONIC FORMAT FOR SUBMISSIONS.

2      Section 745A(b) of the Federal Food, Drug, and Cos-
3  metic Act (21 U.S.C. 379k–1(b)) is amended by adding
4  at the end the following new paragraph:

5      "(3) PRESUBMISSIONS AND SUBMISSIONS SOLE-
6      LY IN ELECTRONIC FORMAT.—

7          "(A) IN GENERAL.—Beginning on such
8          date as the Secretary specifies in final guidance
9          issued under subparagraph (C), presubmissions
10         and submissions for devices described in para-
11         graph (1) (and any appeals of action taken by
12         the  Secretary  with  respect  to  such
13         presubmissions or submissions) shall be sub-
14         mitted solely in such electronic format as speci-
15         fied by the Secretary in such guidance.

16         "(B) DRAFT GUIDANCE.—The Secretary
17         shall, not later than October 1, 2019, issue
18         draft guidance providing for—

19             "(i) any further standards for the
20             submission by electronic format required
21             under subparagraph (A);

22             "(ii) a timetable for the establishment
23             by the Secretary of such further standards;
24             and

1                "(iii) criteria for waivers of and ex-

2                emptions from the requirements of this

3                subsection.

4           "(C) Final guidance.—The Secretary

5           shall, not later than 12 months after the close

6           of the public comment period on the draft guid-

7           ance issued under subparagraph (B), issue final

8           guidance described in clauses (i) through (iii) of

9           such subparagraph.".

**10 SEC. 208. SAVINGS CLAUSE.**

11     Notwithstanding the amendments made by this title,

12 part 3 of subchapter C of chapter VII of the Federal Food,

13 Drug, and Cosmetic Act (21 U.S.C. 379i et seq.), as in

14 effect on the day before the date of the enactment of this

15 title, shall continue to be in effect with respect to the sub-

16 missions listed in section 738(a)(2)(A) of such Act (as de-

17 fined in such part as of such day) that on or after October

18 1, 2012, but before October 1, 2017, were accepted by

19 the Food and Drug Administration for filing with respect

20 to assessing and collecting any fee required by such part

21 for a fiscal year prior to fiscal year 2018.

**22 SEC. 209. EFFECTIVE DATE.**

23     The amendments made by this title shall take effect

24 on October 1, 2017, or the date of the enactment of this

25 Act, whichever is later, except that fees under part 3 of

1 subchapter C of chapter VII of the Federal Food, Drug,
2 and Cosmetic Act shall be assessed for all submissions list-
3 ed in section 738(a)(2)(A) of such Act received on or after
4 October 1, 2017, regardless of the date of the enactment
5 of this Act.

**SEC. 210. SUNSET CLAUSE.**

7 (a) AUTHORIZATION.—Sections 737 and 738 of the
8 Federal Food, Drug, and Cosmetic Act (21 U.S.C. 739i;
9 739j) shall cease to be effective October 1, 2022.

10 (b) REPORTING REQUIREMENTS.—Section 738A (21
11 U.S.C. 739j–1) of the Federal Food, Drug, and Cosmetic
12 Act (regarding reauthorization and reporting require-
13 ments) shall cease to be effective January 31, 2023.

14 (c) PREVIOUS SUNSET PROVISION.—

15 (1) IN GENERAL.—Effective October 1, 2017,
16 section 207(a) of the Medical Device User Fee
17 Amendments of 2012 (Public Law 112–144) is re-
18 pealed.

19 (2) CONFORMING AMENDMENT.—The Food and
20 Drug Administration Safety and Innovation Act
21 (Public Law 112–144) is amended in the table of
22 contents in section 2 by striking the item relating to
23 section 207.

# TITLE III—FEES RELATING TO GENERIC DRUGS

**SEC. 301. SHORT TITLE; FINDING.**

(a) SHORT TITLE.—This title may be cited as the "Generic Drug User Fee Amendments of 2017".

(b) FINDING.—The Congress finds that the fees authorized by the amendments made in this title will be dedicated to human generic drug activities, as set forth in the goals identified for purposes of part 7 of subchapter C of chapter VII of the Federal Food, Drug, and Cosmetic Act, in the letters from the Secretary of Health and Human Services to the Chairman of the Committee on Health, Education, Labor, and Pensions of the Senate and the Chairman of the Committee on Energy and Commerce of the House of Representatives, as set forth in the Congressional Record.

**SEC. 302. DEFINITIONS.**

Section 744A of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 379j–41) is amended—

(1) in paragraph (1)(B), by striking "application for a positron emission tomography drug." and inserting "application—

"(i) for a positron emission tomography drug; or

40

    1          "(ii) submitted by a State or Federal

    2         governmental entity for a drug that is not

    3         distributed commercially.";

    4      (2) by redesignating paragraphs (5) through

    5  (12) as paragraphs (6) through (13), respectively;

    6  and

    7      (3) by inserting after paragraph (4) the fol-

    8  lowing:

    9      "(5) The term 'contract manufacturing organi-

  10  zation facility' means a manufacturing facility of a

  11  finished dosage form of a drug approved pursuant to

  12  an abbreviated new drug application, where such

  13  manufacturing facility is not identified in an ap-

  14  proved abbreviated new drug application held by the

  15  owner of such facility or an affiliate of such owner

  16  or facility.".

  17  **SEC. 303. AUTHORITY TO ASSESS AND USE HUMAN GE-**

  18          **NERIC DRUG FEES.**

  19  (a) TYPES OF FEES.—Section 744B(a) of the Fed-

  20  eral Food, Drug, and Cosmetic Act (21 U.S.C. 379j–

  21  42(a)) is amended—

  22      (1) in the matter preceding paragraph (1), by

  23  striking "fiscal year 2013" and inserting "fiscal year

  24  2018";

1 (2) in paragraph (1), by adding at the end the
2 following:

3   "(E) SUNSET.—This paragraph shall cease
4   to be effective October 1, 2022.";

5 (3) in paragraph (2)—

6   (A) by amending subparagraph (C) to read
7   as follows:

8   "(C) NOTICE.—Not later than 60 days be-
9   fore the start of each of fiscal years 2018
10   through 2022, the Secretary shall publish in the
11   Federal Register the amount of the drug mas-
12   ter file fee established by this paragraph for
13   such fiscal year."; and

14   (B) in subparagraph (E)—

15    (i) in clause (i)—

16     (I) by striking "no later than the
17     date" and inserting "on the earlier
18     of—

19      "(I) the date";

20     (II) by striking the period and
21     inserting "; or"; and

22     (III) by adding at the end the
23     following:

42

1          "(II) the date on which the drug
2              master file holder requests the initial
3              completeness assessment."; and
4          (ii) in clause (ii), by striking "notice
5              provided for in clause (i) or (ii) of subpara-
6              graph (C), as applicable" and inserting
7              "notice provided for in subparagraph (C)";
8      (4) in paragraph (3)—
9          (A) in the heading, by striking "AND
10     PRIOR APPROVAL SUPPLEMENT";
11         (B) in subparagraph (A), by striking "or a
12     prior approval supplement to an abbreviated
13     new drug application";
14         (C) by amending subparagraphs (B) and
15     (C) to read as follows:
16         "(B) NOTICE.—Not later than 60 days be-
17     fore the start of each of fiscal years 2018
18     through 2022, the Secretary shall publish in the
19     Federal Register the amount of the fees under
20     subparagraph (A) for such fiscal year.
21         "(C) FEE DUE DATE.—The fees required
22     by subparagraphs (A) and (F) shall be due no
23     later than the date of submission of the abbre-
24     viated new drug application or prior approval
25     supplement for which such fee applies.";

43

1     (D) in subparagraph (D)—

2         (i) in the heading, by inserting ", IS

3 WITHDRAWN PRIOR TO BEING RECEIVED,

4 OR IS NO LONGER RECEIVED" after "RE-

5 CEIVED"; and

6         (ii) by striking "The Secretary shall"

7 and all that follows through the period and

8 inserting the following:

9     "(i) APPLICATIONS NOT CONSIDERED

10 TO HAVE BEEN RECEIVED AND APPLICA-

11 TIONS WITHDRAWN PRIOR TO BEING RE-

12 CEIVED.—The Secretary shall refund 75

13 percent of the fee paid under subparagraph

14 (A) for any abbreviated new drug applica-

15 tion that the Secretary considers not to

16 have been received within the meaning of

17 section 505(j)(5)(A) for a cause other than

18 failure to pay fees, or that has been with-

19 drawn prior to being received within the

20 meaning of section 505(j)(5)(A).

21     "(ii) APPLICATIONS NO LONGER RE-

22 CEIVED.—The Secretary shall refund 100

23 percent of the fee paid under subparagraph

24 (A) for any abbreviated new drug applica-

25 tion if the Secretary initially receives the

44

1 application under section 505(j)(5)(A) and
2 subsequently determines that an exclusivity
3 period for a listed drug should have pre-
4 vented the Secretary from receiving such
5 application, such that the abbreviated new
6 drug application is no longer received with-
7 in the meaning of section 505(j)(5)(A).'';

8 (E) in subparagraph (E), by striking ''or
9 prior approval supplement''; and

10 (F) in the matter preceding clause (i) of
11 subparagraph (F)—

12 (i) by striking ''2012'' and inserting
13 ''2017''; and

14 (ii) by striking ''subsection (d)(3)''
15 and inserting ''subsection (d)(2)'';

16 (5) in paragraph (4)—

17 (A) in subparagraph (A)—

18 (i) in the matter preceding clause (i)
19 and in clause (iii), by striking '', or in-
20 tended to be identified, in at least one ge-
21 neric drug submission that is pending or''
22 and inserting ''in at least one generic drug
23 submission that is'';

24 (ii) in clause (i), by striking ''or in-
25 tended to be identified in at least one ge-

45

1    neric drug submission that is pending or''
2    and inserting ''in at least one generic drug
3    submission that is'';

4         (iii) in clause (ii), by striking ''pro-
5    duces,'' and all that follows through ''such
6    a'' and inserting ''is identified in at least
7    one generic drug submission in which the
8    facility is approved to produce one or more
9    active pharmaceutical ingredients or in a
10   Type II active pharmaceutical ingredient
11   drug master file referenced in at least one
12   such''; and

13        (iv) in clause (iii), by striking ''to fees
14   under both such clauses'' and inserting
15   ''only to the fee attributable to the manu-
16   facture of the finished dosage forms''; and

17   (B) by amending subparagraphs (C) and
18   (D) to read as follows:

19        ''(C) NOTICE.—Within the timeframe spec-
20   ified in subsection (d)(1), the Secretary shall
21   publish in the Federal Register the amount of
22   the fees under subparagraph (A) for such fiscal
23   year.

24        ''(D) FEE DUE DATE.—For each of fiscal
25   years 2018 through 2022, the fees under sub-

46

1 paragraph (A) for such fiscal year shall be due

2 on the later of—

3   ''(i) the first business day on or after

4   October 1 of each such year; or

5   ''(ii) the first business day after the

6   enactment of an appropriations Act pro-

7   viding for the collection and obligation of

8   fees for such year under this section for

9   such year.'';

10 (6) by redesignating paragraph (5) as para-

11 graph (6); and

12 (7) by inserting after paragraph (4) the fol-

13 lowing:

14  ''(5) GENERIC DRUG APPLICANT PROGRAM

15 FEE.—

16   ''(A) IN GENERAL.—A generic drug appli-

17   cant program fee shall be assessed annually as

18   described in subsection (b)(2)(E).

19   ''(B) AMOUNT.—The amount of fees estab-

20   lished under subparagraph (A) shall be estab-

21   lished under subsection (d).

22   ''(C) NOTICE.—Within the timeframe spec-

23   ified in subsection (d)(1), the Secretary shall

24   publish in the Federal Register the amount of

1          the fees under subparagraph (A) for such fiscal
2          year.
3              ''(D) FEE DUE DATE.—For each of fiscal
4          years 2018 through 2022, the fees under sub-
5          paragraph (A) for such fiscal year shall be due
6          on the later of—
7                  ''(i) the first business day on or after
8              October 1 of each such fiscal year; or
9                  ''(ii) the first business day after the
10             date of enactment of an appropriations Act
11             providing for the collection and obligation
12             of fees for such fiscal year under this sec-
13             tion for such fiscal year.''.
14     (b) FEE REVENUE AMOUNTS.—Section 744B(b) of
15 the Federal Food, Drug, and Cosmetic Act (21 U.S.C.
16 379j–42(b)) is amended—
17         (1) in paragraph (1)—
18             (A) in subparagraph (A)—
19                  (i) in the heading, by striking ''2013''
20             and inserting ''2018'';
21                  (ii) by striking ''2013'' and inserting
22             ''2018'';
23                  (iii) by striking ''$299,000,000'' and
24             inserting ''$493,600,000''; and

48

1     (iv) by striking "Of that amount" and

2    all that follows through the end of clause

3    (ii); and

4    (B) in subparagraph (B)—

5     (i) in the heading, by striking "2014

6    THROUGH 2017" and inserting "2019

7    THROUGH 2022";

8     (ii) by striking "2014 through 2017"

9    and inserting "2019 through 2022";

10     (iii) by striking "paragraphs (2)

11    through (4)" and inserting "paragraphs

12    (2) through (5)"; and

13     (iv) by striking "$299,000,000" and

14    inserting "$493,600,000"; and

15  (2) in paragraph (2)—

16    (A) in the matter preceding subparagraph

17    (A)—

18     (i) by striking "paragraph (1)(A)(ii)

19    for fiscal year 2013 and paragraph (1)(B)

20    for each of fiscal years 2014 through

21    2017" and inserting "such paragraph for a

22    fiscal year"; and

23     (ii) by striking "through (4)" and in-

24    serting "through (5)";

1        (B) in subparagraph (A), by striking "Six

2 percent" and inserting "Five percent";

3        (C) by amending subparagraphs (B) and

4 (C) to read as follows:

5        "(B) Thirty-three percent shall be derived

6 from fees under subsection (a)(3) (relating to

7 abbreviated new drug applications).

8        "(C) Twenty percent shall be derived from

9 fees under subsection (a)(4)(A)(i) (relating to

10 generic drug facilities). The amount of the fee

11 for a contract manufacturing organization facil-

12 ity shall be equal to one-third the amount of the

13 fee for a facility that is not a contract manufac-

14 turing organization facility. The amount of the

15 fee for a facility located outside the United

16 States and its territories and possessions shall

17 be $15,000 higher than the amount of the fee

18 for a facility located in the United States and

19 its territories and possessions.";

20        (D) in subparagraph (D)—

21        (i) by striking "Fourteen percent"

22 and inserting "Seven percent";

23        (ii) by striking "not less than $15,000

24 and not more than $30,000" and inserting

25 "$15,000"; and

1           (iii) by striking ", as determined" and

2           all that follows through the period at the

3           end and inserting a period; and

4      (E) by adding at the end the following:

5     "(E)(i) Thirty-five percent shall be derived

6 from fees under subsection (a)(5) (relating to

7 generic drug applicant program fees). For pur-

8 poses of this subparagraph, if a person has af-

9 filiates, a single program fee shall be assessed

10 with respect to that person, including its affili-

11 ates, and may be paid by that person or any

12 one of its affiliates. The Secretary shall deter-

13 mine the fees as follows:

14           "(I) If a person (including its affili-

15           ates) owns at least one but not more than

16           5 approved abbreviated new drug applica-

17           tions on the due date for the fee under this

18           subsection, the person (including its affili-

19           ates) shall be assessed a small business ge-

20           neric drug applicant program fee equal to

21           one-tenth of the large size operation ge-

22           neric drug applicant program fee.

23           "(II) If a person (including its affili-

24           ates) owns at least 6 but not more than 19

25           approved abbreviated new drug applica-

1 tions on the due date for the fee under this
2 subsection, the person (including its affili-
3 ates) shall be assessed a medium size oper-
4 ation generic drug applicant program fee
5 equal to two-fifths of the large size oper-
6 ation generic drug applicant program fee.
7    ''(III) If a person (including its affili-
8 ates) owns 20 or more approved abbre-
9 viated new drug applications on the due
10 date for the fee under this subsection, the
11 person (including its affiliates) shall be as-
12 sessed a large size operation generic drug
13 applicant program fee.
14    ''(ii) For purposes of this subparagraph,
15 an abbreviated new drug application shall be
16 deemed not to be approved if the applicant has
17 submitted a written request for withdrawal of
18 approval of such abbreviated new drug applica-
19 tion by April 1 of the previous fiscal year.''.
20    (c) ADJUSTMENTS.—Section 744B(c) of the Federal
21 Food, Drug, and Cosmetic Act (21 U.S.C. 379j–42(c)) is
22 amended—
23        (1) in paragraph (1)—
24            (A) by striking ''2014'' and inserting
25        ''2019'';

52

1    (B) by inserting "to equal the product of
2    the total revenues established in such notice for
3    the prior fiscal year multiplied" after "a fiscal
4    year,"; and

5    (C) by striking the flush text following
6    subparagraph (C); and

7    (2) in paragraph (2)—

8    (A) by striking "2017" each place it ap-
9    pears and inserting "2022";

10   (B) by striking "the first 3 months of fis-
11   cal year 2018" and inserting "the first 3
12   months of fiscal year 2023"; and

13   (C) by striking "Such fees may only be
14   used in fiscal year 2018.".

15   (d) ANNUAL FEE SETTING.—Section 744B(d) of the

16   Federal Food, Drug, and Cosmetic Act (21 U.S.C. 379j–

17   42(d)) is amended—

18   (1) by striking paragraphs (1) and (2) and in-
19   serting the following:

20   "(1) FISCAL YEARS 2018 THROUGH 2022.—Not
21   more than 60 days before the first day of each of
22   fiscal years 2018 through 2022, the Secretary shall
23   establish the fees described in paragraphs (2)
24   through (5) of subsection (a), based on the revenue

53

1    amounts established under subsection (b) and the
2    adjustments provided under subsection (c).'';

3    (2) by redesignating paragraph (3) as para-
4    graph (2); and

5    (3) in paragraph (2) (as so redesignated), in
6    the matter preceding subparagraph (A), by striking
7    ''fees under paragraphs (1) and (2)'' and inserting
8    ''fee under paragraph (1)''.

9    (e) IDENTIFICATION OF FACILITIES.—Section
10   744B(f) of the Federal Food, Drug, and Cosmetic Act (21
11   U.S.C. 379j–42(f)) is amended—

12   (1) by striking paragraph (1);

13   (2) by redesignating paragraphs (2) through
14   (4) as paragraphs (1) through (3), respectively;

15   (3) in paragraph (1) (as so redesignated)—

16   (A) by striking ''paragraph (4)'' and in-
17   serting ''paragraph (3)''; and

18   (B) by striking ''Such information shall''
19   and all that follows through the end of subpara-
20   graph (B) and inserting ''Such information
21   shall, for each fiscal year, be submitted, up-
22   dated, or reconfirmed on or before June 1 of
23   the previous fiscal year.''; and

24   (4) in paragraph (2), as so redesignated—

54

1 　　　　　(A) in the heading, by striking "CONTENTS
2 　　　　OF NOTICE" and inserting "INFORMATION RE-
3 　　　　QUIRED TO BE SUBMITTED";
4 　　　　　(B) in the matter preceding subparagraph
5 　　　　(A), by striking "paragraph (2)" and inserting
6 　　　　"paragraph (1)";
7 　　　　　(C) in subparagraph (A), by striking "or
8 　　　　intended to be identified";
9 　　　　　(D) in subparagraph (D), by striking
10 　　　　"and" at the end;
11 　　　　　(E) in subparagraph (E), by striking the
12 　　　　period and inserting "; and"; and
13 　　　　　(F) by adding at the end the following:
14 　　　　　"(F) whether the facility is a contract
15 　　　　manufacturing organization facility.".
16 　(f) EFFECT OF FAILURE TO PAY FEES.—Section
17 744B(g) of the Federal Food, Drug, and Cosmetic Act
18 (21 U.S.C. 379–42(g)) is amended—
19 　　　(1) in paragraph (1), by adding at the end the
20 　　　following: "This paragraph shall cease to be effective
21 　　　on October 1, 2022.";
22 　　　(2) in paragraph (2)(C)(ii), by striking "of
23 　　　505(j)(5)(A)" and inserting "of section
24 　　　505(j)(5)(A)"; and
25 　　　(3) by adding at the end the following:

1    ''(5) GENERIC DRUG APPLICANT PROGRAM

2    FEE.—

3           ''(A) IN GENERAL.—A person who fails to

4       pay a fee as required under subsection (a)(5) by

5       the date that is 20 calendar days after the due

6       date, as specified in subparagraph (D) of such

7       subsection, shall be subject to the following:

8              ''(i) The Secretary shall place the per-

9           son on a publicly available arrears list.

10             ''(ii) Any abbreviated new drug appli-

11          cation submitted by the generic drug appli-

12          cant or an affiliate of such applicant shall

13          not be received, within the meaning of sec-

14          tion 505(j)(5)(A).

15             ''(iii) All drugs marketed pursuant to

16          any abbreviated new drug application held

17          by such applicant or an affiliate of such

18          applicant shall be deemed misbranded

19          under section 502(aa).

20             ''(B) APPLICATION OF PENALTIES.—The

21      penalties under subparagraph (A) shall apply

22      until the fee required under subsection (a)(5) is

23      paid.''.

24    (g) LIMITATIONS.—Section 744B(h)(2) of the Fed-

25 eral Food, Drug, and Cosmetic Act (21 U.S.C. 379–

56

1 42(h)(2)) is amended by striking "for Type II active phar-

2 maceutical ingredient drug master files, abbreviated new

3 drug applications and prior approval supplements, and ge-

4 neric drug facilities and active pharmaceutical ingredient

5 facilities".

6 (h) CREDITING AND AVAILABILITY OF FEES.—Sec-

7 tion 744B(i) of the Federal Food, Drug, and Cosmetic Act

8 (21 U.S.C. 379–42(i)) is amended—

9 (1) in paragraph (2)—

10 (A) by striking subparagraph (C) (relating

11 to fee collection during first program year);

12 (B) in subparagraph (D)—

13 (i) in the heading, by striking "IN

14 SUBSEQUENT YEARS"; and

15 (ii) by striking "(after fiscal year

16 2013)"; and

17 (C) by redesignating subparagraph (D) as

18 subparagraph (C); and

19 (2) in paragraph (3), by striking "fiscal years

20 2013 through 2017" and inserting "fiscal years

21 2018 through 2022".

22 (i) INFORMATION ON ABBREVIATED NEW DRUG AP-

23 PLICATIONS OWNED BY APPLICANTS AND THEIR AFFILI-

24 ATES.—Section 744B of the Federal Food, Drug, and

1 Cosmetic Act (21 U.S.C. 379–42) is amended by adding
2 at the end the following:

3     "(o) INFORMATION ON ABBREVIATED NEW DRUG
4 APPLICATIONS OWNED BY APPLICANTS AND THEIR AF-
5 FILIATES.—

6         "(1) IN GENERAL.—By April 1 of each year,
7     each person that owns an abbreviated new drug ap-
8     plication, or any affiliate of such person, shall sub-
9     mit, on behalf of the person and its affiliates, to the
10     Secretary a list of—

11         "(A) all approved abbreviated new drug
12         applications owned by such person; and

13         "(B) if any affiliate of such person also
14         owns an abbreviated new drug application, all
15         affiliates that own any such abbreviated new
16         drug applications and all approved abbreviated
17         new drug applications owned by any such affil-
18         iate.

19         "(2) FORMAT AND METHOD.—The Secretary
20     shall specify in guidance the format and method for
21     submission of lists under this subsection.".

22 **SEC. 304. REAUTHORIZATION; REPORTING REQUIREMENTS.**

23     Section 744C of the Federal Food, Drug, and Cos-
24 metic Act (21 U.S.C. 379j–43) is amended—

25         (1) in subsection (a)—

58

1            (A) by striking "2013" and inserting
2        "2018"; and

3            (B) by striking "Generic Drug User Fee
4        Amendments of 2012" and inserting "Generic
5        Drug User Fee Amendments of 2017";

6        (2) in subsection (b), by striking "2013" and
7    inserting "2018"; and

8        (3) in subsection (d), by striking "2017" each
9    place it appears and inserting "2022".

**SEC. 305. SUNSET DATES.**

11    (a) AUTHORIZATION.—Sections 744A and 744B of
12 the Federal Food, Drug, and Cosmetic Act (21 U.S.C.
13 379j–41; 379j–42) shall cease to be effective October 1,
14 2022.

15    (b) REPORTING REQUIREMENTS.—Section 744C of
16 the Federal Food, Drug, and Cosmetic Act (21 U.S.C.
17 379j–43) shall cease to be effective January 31, 2023.

18    (c) PREVIOUS SUNSET PROVISION.—Effective Octo-
19 ber 1, 2017, subsections (a) and (b) of section 304 of the
20 Food and Drug Administration Safety and Innovation Act
21 (Public Law 112–144) are repealed.

**SEC. 306. EFFECTIVE DATE.**

23    The amendments made by this title shall take effect
24 on October 1, 2017, or the date of the enactment of this
25 Act, whichever is later, except that fees under part 7 of

1 subchapter C of chapter VII of the Federal Food, Drug,
2 and Cosmetic Act shall be assessed for all abbreviated new
3 drug applications received on or after October 1, 2017,
4 regardless of the date of the enactment of this Act.

**SEC. 307. SAVINGS CLAUSE.**

6     Notwithstanding the amendments made by this title,
7 part 7 of subchapter C of chapter VII of the Federal Food,
8 Drug, and Cosmetic Act, as in effect on the day before
9 the date of the enactment of this title, shall continue to
10 be in effect with respect to abbreviated new drug applica-
11 tions (as defined in such part as of such day) that on or
12 after October 1, 2012, but before October 1, 2017, were
13 received by the Food and Drug Administration within the
14 meaning of 505(j)(5)(A) of such Act (21 U.S.C.
15 355(j)(5)(A)), prior approval supplements that were sub-
16 mitted, and drug master files for Type II active pharma-
17 ceutical ingredients that were first referenced with respect
18 to assessing and collecting any fee required by such part
19 for a fiscal year prior to fiscal year 2018.

# TITLE IV—FEES RELATING TO BIOSIMILAR BIOLOGICAL PRODUCTS

**SEC. 401. SHORT TITLE; FINDING.**

24     (a) SHORT TITLE.—This title may be cited as the
25 ''Biosimilar User Fee Amendments of 2017''.

1    (b) FINDING.—The Congress finds that the fees au-
2  thorized by the amendments made in this title will be dedi-
3  cated to expediting the process for the review of biosimilar
4  biological product applications, including postmarket safe-
5  ty activities, as set forth in the goals identified for pur-
6  poses of part 8 of subchapter C of chapter VII of the Fed-
7  eral Food, Drug, and Cosmetic Act, in the letters from
8  the Secretary of Health and Human Services to the Chair-
9  man of the Committee on Health, Education, Labor, and
10  Pensions of the Senate and the Chairman of the Com-
11  mittee on Energy and Commerce of the House of Rep-
12  resentatives, as set forth in the Congressional Record.

**SEC. 402. DEFINITIONS.**

14    (a) ADJUSTMENT FACTOR.—Section 744G(1) of the
15  Federal Food, Drug, and Cosmetic Act (21 U.S.C. 379j–
16  51(1)) is amended to read as follows:

17        ''(1) The term 'adjustment factor' applicable to
18      a fiscal year is the Consumer Price Index for urban
19      consumers (Washington-Baltimore, DC-MD-VA-WV;
20      Not Seasonally Adjusted; All items; Annual Index)
21      for October of the preceding fiscal year divided by
22      such Index for October 2011.''.

23    (b) BIOSIMILAR BIOLOGICAL PRODUCT.—Section
24  744G(3) of the Federal Food, Drug, and Cosmetic Act
25  (21 U.S.C. 379j–51(3)) is amended by striking ''means

61

1 a product'' and inserting ''means a specific strength of
2 a biological product in final dosage form''.

**SEC. 403. AUTHORITY TO ASSESS AND USE BIOSIMILAR**
3
4 **FEES.**

5 (a) TYPES OF FEES.—Section 744H(a) of the Fed-
6 eral Food, Drug, and Cosmetic Act (21 U.S.C. 379j–
7 52(a)) is amended—

8 (1) in the matter preceding paragraph (1), by
9 striking ''fiscal year 2013'' and inserting ''fiscal year
10 2018'';

11 (2) in the heading of paragraph (1), by striking
12 ''BIOSIMILAR'' and inserting ''BIOSIMILAR BIOLOGI-
13 CAL PRODUCT'';

14 (3) in paragraph (1)(A)(i), by striking
15 ''(b)(1)(A)'' and inserting ''(c)(5)'';

16 (4) in paragraph (1)(B)(i), by striking
17 ''(b)(1)(B) for biosimilar biological product develop-
18 ment'' and inserting ''(c)(5) for the biosimilar bio-
19 logical product development program'';

20 (5) in paragraph (1)(B)(ii), by striking ''annual
21 biosimilar biological product development program
22 fee'' and inserting ''annual biosimilar biological
23 product development fee'';

24 (6) in paragraph (1)(B)(iii), by striking ''an-
25 nual biosimilar development program fee'' and in-

62

1    serting "annual biosimilar biological product devel-
2    opment fee";

3        (7) in paragraph (1)(B), by adding at the end
4    the following:

5            "(iv) REFUND.—If a person submits a
6        marketing application for a biosimilar bio-
7        logical product before October 1 of a fiscal
8        year and such application is accepted for
9        filing on or after October 1 of such fiscal
10       year, the person may request a refund
11       equal to the annual biosimilar development
12       fee paid by the person for the product for
13       such fiscal year. To qualify for consider-
14       ation for a refund under this clause, a per-
15       son shall submit to the Secretary a written
16       request for such refund not later than 180
17       days after the marketing application is ac-
18       cepted for filing.";

19       (8) in paragraph (1)(C), by striking "for a
20   product effective October 1 of a fiscal year by," and
21   inserting "for a product, effective October 1 of a fis-
22   cal year, by,";

23       (9) in paragraph (1)(D)—

24           (A) in clause (i) in the matter preceding
25       subclause (I), by inserting ", if the person seeks

63

1 to resume participation in such program," be-

2 fore "pay a fee";

3  (B) in clause (i)(I), by inserting after

4 "grants a request" the following: "by such per-

5 son"; and

6  (C) in clause (i)(II), by inserting after

7 "discontinued)" the following: "by such per-

8 son";

9 (10) in the heading of paragraph (1)(E), by

10 striking "BIOSIMILAR DEVELOPMENT PROGRAM";

11 (11) in the heading of subparagraph (F) of

12 paragraph (1), by striking "BIOSIMILAR DEVELOP-

13 MENT PROGRAM FEES" and inserting "BIOSIMILAR

14 BIOLOGICAL PRODUCT DEVELOPMENT FEES";

15 (12) in paragraph (1)(F)—

16  (A) in the heading of subparagraph (F), by

17 striking "BIOSIMILAR DEVELOPMENT PRO-

18 GRAM" before "FEES"; and

19  (B) by amending clause (i) to read as fol-

20 lows:

21   "(i) REFUNDS.—Except as provided

22   in subparagraph (B)(iv), the Secretary

23   shall not refund any initial or annual bio-

24   similar biological product development fee

25   paid under subparagraph (A) or (B), or

64

1          any reactivation fee paid under subpara-
2          graph (D).'';

3      (13) in paragraph (2)—

4          (A) in the heading of paragraph (2), by

5      striking "AND SUPPLEMENT";

6          (B) by amending subparagraphs (A) and

7      (B) to read as follows:

8          "(A) IN GENERAL.—Each person that sub-

9      mits, on or after October 1, 2017, a biosimilar

10     biological product application shall be subject to

11     the following fees:

12         "(i) A fee established under sub-

13         section (c)(5) for a biosimilar biological

14         product application for which clinical data

15         (other than comparative bioavailability

16         studies) with respect to safety or effective-

17         ness are required for approval.

18         "(ii) A fee established under sub-

19         section (c)(5) for a biosimilar biological

20         product application for which clinical data

21         (other than comparative bioavailability

22         studies) with respect to safety or effective-

23         ness are not required for approval. Such

24         fee shall be equal to half of the amount of

25         the fee described in clause (i).

65

1                 "(B) RULE OF APPLICABILITY; TREAT-

2           MENT OF CERTAIN PREVIOUSLY PAID FEES.—

3           Any person who pays a fee under subparagraph

4           (A), (B), or (D) of paragraph (1) for a product

5           before October 1, 2017, but submits a bio-

6           similar biological product application for that

7           product after such date, shall—

8                 "(i) be subject to any biosimilar bio-

9              logical product application fees that may

10            be assessed at the time when such bio-

11            similar biological product application is

12            submitted; and

13                 "(ii) be entitled to no reduction of

14            such application fees based on the amount

15            of fees paid for that product before Octo-

16            ber 1, 2017, under such subparagraph (A),

17            (B), or (D).";

18           (C) in the heading of subparagraph (D),

19    by striking "OR SUPPLEMENT"; and

20           (D) in subparagraphs (C) through (F)—

21                 (i) by striking "or supplement" each

22            place it appears; and

23                 (ii) in subparagraph (D), by striking

24            "or a supplement"; and

66

1    (14) by amending paragraph (3) to read as fol-

2  lows:

3    "(3) BIOSIMILAR BIOLOGICAL PRODUCT PRO-

4  GRAM FEE.—

5        "(A) IN GENERAL.—Each person who is

6        named as the applicant in a biosimilar biologi-

7        cal product application shall pay the annual bio-

8        similar biological product program fee estab-

9        lished for a fiscal year under subsection (c)(5)

10       for each biosimilar biological product that—

11            "(i) is identified in such a biosimilar

12            biological product application approved as

13            of October 1 of such fiscal year; and

14            "(ii) as of October 1 of such fiscal

15            year, does not appear on a list, developed

16            and maintained by the Secretary, of dis-

17            continued biosimilar biological products.

18        "(B) DUE DATE.—The biosimilar biologi-

19        cal product program fee for a fiscal year shall

20        be due on the later of—

21            "(i) the first business day on or after

22            October 1 of each such year; or

23            "(ii) the first business day after the

24            enactment of an appropriations Act pro-

67

viding for the collection and obligation of
fees for such year under this section.

"(C) ONE FEE PER PRODUCT PER YEAR.—
The biosimilar biological product program fee
shall be paid only once for each product for
each fiscal year.

"(D) LIMITATION.—A person who is
named as the applicant in a biosimilar biologi-
cal product application shall not be assessed
more than 5 biosimilar biological product pro-
gram fees for a fiscal year for biosimilar bio-
logical products identified in such biosimilar bi-
ological product application.".

(b) FEE REVENUE AMOUNTS.—Subsection (b) of sec-
tion 744H of the Federal Food, Drug, and Cosmetic Act
(21 U.S.C. 379j–52) is amended to read as follows:

"(b) FEE REVENUE AMOUNTS.—

"(1) FISCAL YEAR 2018.—For fiscal year 2018,
fees under subsection (a) shall be established to gen-
erate a total revenue amount equal to the sum of—

"(A) $45,000,000; and

"(B) the dollar amount equal to the fiscal
year 2018 adjustment (as determined under
subsection (c)(4)).

1         "(2) SUBSEQUENT FISCAL YEARS.—For each of

2 the fiscal years 2019 through 2022, fees under sub-

3 section (a) shall, except as provided in subsection

4 (c), be established to generate a total revenue

5 amount equal to the sum of—

6         "(A) the annual base revenue for the fiscal

7     year (as determined under paragraph (4));

8         "(B) the dollar amount equal to the infla-

9     tion adjustment for the fiscal year (as deter-

10     mined under subsection (c)(1));

11         "(C) the dollar amount equal to the capac-

12     ity planning adjustment for the fiscal year (as

13     determined under subsection (c)(2)); and

14         "(D) the dollar amount equal to the oper-

15     ating reserve adjustment for the fiscal year, if

16     applicable (as determined under subsection

17     (c)(3)).

18         "(3) ALLOCATION OF REVENUE AMOUNT

19 AMONG FEES; LIMITATIONS ON FEE AMOUNTS.—

20         "(A) ALLOCATION.—The Secretary shall

21     determine the percentage of the total revenue

22     amount for a fiscal year to be derived from, re-

23     spectively—

1                   "(i) initial and annual biosimilar de-

2           velopment fees and reactivation fees under

3           subsection (a)(1);

4                   "(ii) biosimilar biological product ap-

5           plication fees under subsection (a)(2); and

6                   "(iii) biosimilar biological product pro-

7           gram fees under subsection (a)(3).

8       "(B) LIMITATIONS ON FEE AMOUNTS.—

9 Until the first fiscal year for which the capacity

10 planning adjustment under subsection (c)(2) is

11 effective, the amount of any fee under sub-

12 section (a) for a fiscal year after fiscal year

13 2018 shall not exceed 125 percent of the

14 amount of such fee for fiscal year 2018.

15       "(C) BIOSIMILAR BIOLOGICAL PRODUCT

16 DEVELOPMENT FEES.—The initial biosimilar bi-

17 ological product development fee under sub-

18 section (a)(1)(A) for a fiscal year shall be equal

19 to the annual biosimilar biological product de-

20 velopment fee under subsection (a)(1)(B) for

21 that fiscal year.

22       "(D) REACTIVATION FEE.—The reactiva-

23 tion fee under subsection (a)(1)(D) for a fiscal

24 year shall be equal to twice the amount of the

25 annual biosimilar biological product develop-

1    ment fee under subsection (a)(1)(B) for that

2    fiscal year.

3    ''(4) ANNUAL BASE REVENUE.—For purposes

4    of paragraph (2), the dollar amount of the annual

5    base revenue for a fiscal year shall be the dollar

6    amount of the total revenue amount for the previous

7    fiscal year, excluding any adjustments to such rev-

8    enue amount under subsection (c)(3).''.

9    (c) ADJUSTMENTS; ANNUAL FEE SETTING.—Section

10   744H of the Federal Food, Drug, and Cosmetic Act (21

11   U.S.C. 379j–52) is amended—

12       (1) by redesignating subsections (c) through (h)

13   as subsections (d) through (i), respectively;

14       (2) in subsections (a)(2)(F) and (g), by striking

15   ''subsection (c)'' and inserting ''subsection (d)'';

16       (3) in subsection (a)(4)(A), by striking ''sub-

17   section (b)(1)(F)'' and inserting ''subsection (c)(5)'';

18   and

19       (4) by inserting after subsection (b) the fol-

20   lowing:

21   ''(c) ADJUSTMENTS; ANNUAL FEE SETTING.—

22       ''(1) INFLATION ADJUSTMENT.—

23           ''(A) IN GENERAL.—For purposes of sub-

24       section (b)(2)(B), the dollar amount of the in-

25       flation adjustment to the annual base revenue

1      for each fiscal year shall be equal to the prod-

2      uct of—

3              ''(i) such annual base revenue for the

4              fiscal year under subsection (b); and

5              ''(ii) the inflation adjustment percent-

6              age under subparagraph (B).

7      ''(B) INFLATION ADJUSTMENT PERCENT-

8      AGE.—The inflation adjustment percentage

9      under this subparagraph for a fiscal year is

10     equal to the sum of—

11            ''(i) the average annual percent

12            change in the cost, per full-time equivalent

13            position of the Food and Drug Administra-

14            tion, of all personnel compensation and

15            benefits paid with respect to such positions

16            for the first 3 years of the preceding 4 fis-

17            cal years, multiplied by the proportion of

18            personnel compensation and benefits costs

19            to total costs of the process for the review

20            of biosimilar biological product applications

21            (as defined in section 744G(13)) for the

22            first 3 years of the preceding 4 fiscal

23            years; and

24            ''(ii) the average annual percent

25            change that occurred in the Consumer

72

1          Price Index for urban consumers (Wash-

2          ington-Baltimore, DC-MD-VA-WV; Not

3          Seasonally Adjusted; All items; Annual

4          Index) for the first 3 years of the pre-

5          ceding 4 years of available data multiplied

6          by the proportion of all costs other than

7          personnel compensation and benefits costs

8          to total costs of the process for the review

9          of biosimilar biological product applications

10          (as defined in section 744G(13)) for the

11          first 3 years of the preceding 4 fiscal

12          years.

13      ''(2) CAPACITY PLANNING ADJUSTMENT.—

14          ''(A) IN GENERAL.—Beginning with the

15      fiscal year described in subparagraph

16      (B)(ii)(II), the Secretary shall, in addition to

17      the adjustment under paragraph (1), further in-

18      crease the fee revenue and fees under this sec-

19      tion for a fiscal year to reflect changes in the

20      resource capacity needs of the Secretary for the

21      process for the review of biosimilar biological

22      product applications.

23          ''(B) CAPACITY PLANNING METHOD-

24      OLOGY.—

73

1         "(i) DEVELOPMENT; EVALUATION
2     AND REPORT.—The Secretary shall obtain,
3     through a contract with an independent ac-
4     counting or consulting firm, a report evalu-
5     ating options and recommendations for a
6     new methodology to accurately assess
7     changes in the resource and capacity needs
8     of the process for the review of biosimilar
9     biological product applications. The capac-
10    ity planning methodological options and
11    recommendations presented in such report
12    shall utilize and be informed by personnel
13    time reporting data as an input. The re-
14    port shall be published for public comment
15    not later than September 30, 2020.

16        "(ii) ESTABLISHMENT AND IMPLE-
17    MENTATION.—After review of the report
18    described in clause (i) and receipt and re-
19    view of public comments thereon, the Sec-
20    retary shall establish a capacity planning
21    methodology for purposes of this para-
22    graph, which shall—

23            "(I) incorporate such approaches
24        and attributes as the Secretary deter-
25        mines appropriate; and

74

1              ''(II) be effective beginning with
2                   the first fiscal year for which fees are
3                   set after such capacity planning meth-
4                   odology is established.

5         ''(C) LIMITATION.—Under no cir-
6    cumstances shall an adjustment under this
7    paragraph result in fee revenue for a fiscal year
8    that is less than the sum of the amounts under
9    subsections (b)(2)(A) (the annual base revenue
10   for the fiscal year) and (b)(2)(B) (the dollar
11   amount of the inflation adjustment for the fis-
12   cal year).

13        ''(D) PUBLICATION IN FEDERAL REG-
14   ISTER.—The Secretary shall publish in the Fed-
15   eral Register notice under paragraph (5) the fee
16   revenue and fees resulting from the adjustment
17   and the methodologies under this paragraph.

18   ''(3) OPERATING RESERVE ADJUSTMENT.—

19        ''(A) INTERIM APPLICATION; FEE REDUC-
20   TION.—Until the first fiscal year for which the
21   capacity planning adjustment under paragraph
22   (2) is effective, the Secretary may, in addition
23   to the adjustment under paragraph (1), reduce
24   the fee revenue and fees under this section for
25   a fiscal year as the Secretary determines appro-

1 priate for long-term financial planning pur-
2 poses.

3 "(B) GENERAL APPLICATION AND METH-
4 ODOLOGY.—Beginning with the first fiscal year
5 for which the capacity planning adjustment
6 under paragraph (2) is effective, the Secretary
7 may, in addition to the adjustments under
8 paragraphs (1) and (2)—

9 "(i) reduce the fee revenue and fees
10 under this section as the Secretary deter-
11 mines appropriate for long-term financial
12 planning purposes; or

13 "(ii) increase the fee revenue and fees
14 under this section if such an adjustment is
15 necessary to provide for not more than 21
16 weeks of operating reserves of carryover
17 user fees for the process for the review of
18 biosimilar biological product applications.

19 "(C) FEDERAL REGISTER NOTICE.—If an
20 adjustment under subparagraph (A) or (B) is
21 made, the rationale for the amount of the in-
22 crease or decrease (as applicable) in fee revenue
23 and fees shall be contained in the annual Fed-
24 eral Register notice under paragraph (5) estab-

1    lishing fee revenue and fees for the fiscal year

2    involved.

3        ''(4) FISCAL YEAR 2018 ADJUSTMENT.—

4            ''(A) IN GENERAL.—For fiscal year 2018,

5        the Secretary shall adjust the fee revenue and

6        fees under this section in such amount (if any)

7        as needed to reflect an updated assessment of

8        the workload for the process for the review of

9        biosimilar biological product applications.

10           ''(B) METHODOLOGY.—The Secretary shall

11       publish under paragraph (5) a description of

12       the methodology used to calculate the fiscal

13       year 2018 adjustment under this paragraph in

14       the Federal Register notice establishing fee rev-

15       enue and fees for fiscal year 2018.

16           ''(C) LIMITATION.—No adjustment under

17       this paragraph shall result in an increase in fee

18       revenue and fees under this section in excess of

19       $9,000,000.

20       ''(5) ANNUAL FEE SETTING.—For fiscal year

21   2018 and each subsequent fiscal year, the Secretary

22   shall, not later than 60 days before the start of each

23   such fiscal year—

24           ''(A) establish, for the fiscal year, initial

25       and annual biosimilar biological product devel-

77

1             opment fees and reactivation fees under sub-

2             section (a)(1), biosimilar biological product ap-

3             plication fees under subsection (a)(2), and bio-

4             similar biological product program fees under

5             subsection (a)(3), based on the revenue

6             amounts established under subsection (b) and

7             the adjustments provided under this subsection;

8             and

9                 ''(B) publish such fee revenue and fees in

10             the Federal Register.

11                 ''(6) LIMIT.—The total amount of fees assessed

12   for a fiscal year under this section may not exceed

13   the total costs for such fiscal year for the resources

14   allocated for the process for the review of biosimilar

15   biological product applications.''.

16     (d) APPLICATION FEE WAIVER FOR SMALL BUSI-

17 NESS.—Subsection (d)(1) of section 744H of the Federal

18 Food, Drug, and Cosmetic Act (21 U.S.C. 379j–52), as

19 redesignated by subsection (c)(1), is amended—

20                 (1) by striking subparagraph (B);

21                 (2) by striking ''shall pay—'' and all that fol-

22   lows through ''application fees'' and inserting ''shall

23   pay application fees''; and

24                 (3) by striking ''; and'' at the end and inserting

25   a period.

1    (e) EFFECT OF FAILURE TO PAY FEES.—Subsection

2 (e) of section 744H of the Federal Food, Drug, and Cos-

3 metic Act (21 U.S.C. 379j–52), as redesignated by sub-

4 section (c)(1), is amended by striking ''all fees'' and in-

5 serting ''all such fees''.

6    (f) CREDITING AND AVAILABILITY OF FEES.—Sub-

7 section (f) of section 744H of the Federal Food, Drug,

8 and Cosmetic Act (21 U.S.C. 379j–52), as redesignated

9 by subsection (c)(1), is amended—

10        (1) in paragraph (2)—

11            (A) by striking subparagraph (C) (relating

12        to fee collection during first program year) and

13        inserting the following:

14            ''(C) COMPLIANCE.—The Secretary shall

15        be considered to have met the requirements of

16        subparagraph (B) in any fiscal year if the costs

17        described in such subparagraph are not more

18        than 15 percent below the level specified in

19        such subparagraph.''; and

20            (B) in subparagraph (D)—

21                (i) in the heading, by striking ''IN

22            SUBSEQUENT YEARS''; and

23                (ii) by striking ''(after fiscal year

24            2013)''; and

1    (2) in paragraph (3), by striking ''2013

2    through 2017'' and inserting ''2018 through 2022''.

**3  SEC. 404. REAUTHORIZATION; REPORTING REQUIREMENTS.**

4    Section 744I of the Federal Food, Drug, and Cos-

5    metic Act (21 U.S.C. 379j–53) is amended—

6        (1) in subsection (a)—

7            (A) by striking ''2013'' and inserting

8            ''2018''; and

9            (B) by striking ''Biosimilar User Fee Act

10           of 2012'' and inserting ''Biosimilar User Fee

11           Amendments of 2017'';

12       (2) in subsection (b), by striking ''2013'' and

13       inserting ''2018'';

14       (3) by striking subsection (d);

15       (4) by redesignating subsection (e) as sub-

16       section (d); and

17       (5) in subsection (d), as so redesignated, by

18       striking ''2017'' each place it appears and inserting

19       ''2022''.

**20  SEC. 405. SUNSET DATES.**

21   (a) AUTHORIZATION.—Sections 744G and 744H of

22   the Federal Food, Drug, and Cosmetic Act, as amended

23   by section 403 of this Act, shall cease to be effective Octo-

24   ber 1, 2022.

80

1    (b) REPORTING REQUIREMENTS.—Section 744I of
2 the Federal Food, Drug, and Cosmetic Act, as amended
3 by section 404 of this Act, shall cease to be effective Janu-
4 ary 31, 2023.

5    (c) PREVIOUS SUNSET PROVISION.—

6       (1) IN GENERAL.—Effective October 1, 2017,
7    section 404 of the Food and Drug Administration
8    Safety and Innovation Act (Public Law 112–144) is
9    repealed.

10      (2) CONFORMING AMENDMENT.—The Food and
11   Drug Administration Safety and Innovation Act
12   (Public Law 112–144) is amended in the table of
13   contents in section 2 by striking the item relating to
14   section 404.

**SEC. 406. EFFECTIVE DATE.**

16   The amendments made by this title shall take effect
17 on October 1, 2017, or the date of the enactment of this
18 Act, whichever is later, except that fees under part 8 of
19 subchapter C of chapter VII of the Federal Food, Drug,
20 and Cosmetic Act shall be assessed for all biosimilar bio-
21 logical product applications received on or after October
22 1, 2017, regardless of the date of the enactment of this
23 Act.

1 SEC. 407. SAVINGS CLAUSE.

2    Notwithstanding the amendments made by this title,
3 part 8 of subchapter C of chapter VII of the Federal Food,
4 Drug, and Cosmetic Act, as in effect on the day before
5 the date of the enactment of this title, shall continue to
6 be in effect with respect to biosimilar biological product
7 applications and supplements (as defined in such part as
8 of such day) that were accepted by the Food and Drug
9 Administration for filing on or after October 1, 2012, but
10 before October 1, 2017, with respect to assessing and col-
11 lecting any fee required by such part for a fiscal year prior
12 to fiscal year 2018.

# 13  TITLE V—REAUTHORIZATION OF
# 14  OTHER PROGRAMS

15 SEC. 501. REAUTHORIZATION OF PROVISION RELATING TO
16           EXCLUSIVITY OF CERTAIN DRUGS CON-
17           TAINING SINGLE ENANTIOMERS.

18    Section 505(u)(4) of the Federal Food, Drug, and
19 Cosmetic Act (21 U.S.C. 355(u)(4)) is amended by strik-
20 ing ''2017'' and inserting ''2022''.

21 SEC. 502. REAUTHORIZATION OF PEDIATRIC HUMANI-
22           TARIAN DEVICE EXCEPTIONS.

23    Section 520(m)(6)(A)(iv) of the Federal Food, Drug,
24 and Cosmetic Act (21 U.S.C. 360j(m)(6)(A)(iv)) is
25 amended by striking ''2017'' and inserting ''2022''.

1  **SEC. 503. REAUTHORIZATION OF THE CRITICAL PATH PUB-**
2  **LIC-PRIVATE PARTNERSHIPS.**

3      Section 566(f) of the Federal Food, Drug, and Cos-
4  metic Act (21 U.S.C. 360bbb–5(f)) is amended by striking
5  ''2013 through 2017'' and inserting ''2018 through
6  2022''.

7  **SEC. 504. REAUTHORIZATION OF PEDIATRIC DEVICE CON-**
8  **SORTIA.**

9      Section 305(e) of Pediatric Medical Device Safety
10  and Improvement Act of 2007 (Public Law 110–85; 42
11  U.S.C. 282 note) is amended by striking ''2013 through
12  2017'' and inserting ''2018 through 2022''.

13  **SEC. 505. REAUTHORIZATION OF ORPHAN GRANTS PRO-**
14  **GRAM.**

15      Section 5(c) of the Orphan Drug Act (21 U.S.C.
16  360ee(c)) is amended by striking ''2013 through 2017''
17  and inserting ''2018 through 2022''.

18  **SEC. 506. REAUTHORIZATION OF INSPECTION PROGRAM.**

19      Section 704(g)(11) of the Federal Food, Drug, and
20  Cosmetic Act (21 U.S.C. 374(g)(11)) is amended by strik-
21  ing ''October 1, 2017'' and inserting ''October 1, 2022''.

22  **SEC. 507. REAUTHORIZATION OF PEDIATRIC STUDY OF**
23  **DRUGS.**

24      Section 409I(e)(1) of the Public Health Service Act
25  (42 U.S.C. 284m(e)(1)) is amended by striking ''2013
26  through 2017'' and inserting ''2018 through 2022''.

# TITLE VI—ADDITIONAL PROVISIONS

### SEC. 601. TECHNICAL CORRECTIONS.

(a) Section 3075(a) of the 21st Century Cures Act (Public Law 114–255) is amended—

(1) in the matter preceding paragraph (1), by striking "as amended by section 2074" and inserting "as amended by section 3102"; and

(2) in paragraph (2), by striking "section 2074(1)(C)" and inserting "section 3102(1)(C)".

(b) Section 506G(b)(1)(A) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 356g(b)(1)(A)) is amended by striking "identity" and inserting "identify".

(c) Section 505F(b) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 355g(b)) is amended by striking "randomized" and inserting "traditional".

(d) Section 505F(d) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 355g(d)) is amended by striking "2" and inserting "3".

(e) Effective as of the enactment of the 21st Century Cures Act (Public Law 114–255)—

(1) section 3051(a) of such Act is amended by striking "by inserting after section 515B" and inserting "by inserting after section 515A"; and

1 　　　(2) section 515C of the Federal Food, Drug,
2 　　and Cosmetic Act (21 U.S.C. 360e–3), as inserted
3 　　by such section 3051(a), is redesignated as section
4 　　515B.

5 　　　(f) Section 515B(f)(2) of the Federal Food, Drug,
6 and Cosmetic Act (21 U.S.C. 360e–3(f)(2)), as redesig-
7 nated by subsection (d)(2) of this section, is amended by
8 striking ''a proposed guidance'' and inserting ''a draft
9 version of that guidance''.

10 　　　(g) Section 513(b)(5)(D) of the Federal Food, Drug,
11 and Cosmetic Act (21 U.S.C. 360c(b)(5)(D)) is amended
12 by striking ''medical device submissions'' and inserting
13 ''medical devices that may be specifically the subject of
14 a review by a classification panel''.

○