# CONGRESS.GOV

## H.R.7253 - Clarifying Remanufacturing to Protect Patient Safety Act of 2022
117th Congress (2021-2022)

**Sponsor:** Rep. Peters, Scott H. [D-CA-52] (Introduced 03/28/2022)
**Committees:** House - Energy and Commerce
**Latest Action:** House - 03/29/2022 Referred to the Subcommittee on Health.  (All Actions)
**Tracker:**   Introduced

Summary(1)  Text(1)  **Actions(3)**  Titles(2)  Amendments(0)  Cosponsors(3)  Committees(1)  Related Bills(0)

Bill History – Congressional Record References

**3** results for All Actions | Compact View

○ Actions Overview[1]   ○ All Actions Except Amendments[3]   ⦿ All Actions[3]

**Action By**

☐ House [3]

**House Committees**

☐ Energy and Commerce [1]

| Date | All Actions |
|---|---|
| 03/29/2022 | Referred to the Subcommittee on Health.<br>Action By: Committee on Energy and Commerce |
| 03/28/2022 | Referred to the House Committee on Energy and Commerce.<br>Action By: House of Representatives |
| 03/28/2022 | Introduced in House<br>Action By: House of Representatives |