## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

1

1

2              FOOD AND DRUG ADMINISTRATION (FDA)

3

4                          WORKSHOP

5                             ON

6    REFURBISHING, RECONDITIONING, REBUILDING, REMARKETING,

7       REMANUFACTURING, AND SERVICES OF MEDICAL DEVICES

8

9                  Thursday, October 27, 2016

10

11

12

13                   FDA White Oak Campus

14               10903 New Hampshire Avenue

15               Silver Spring, Maryland 20993

16

17

18   Reported by:   Nate Riveness

19                 Capital Reporting Company

20

21

22

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

2

1               A P P E A R A N C E S

2    Valerie Flournoy, FDA

3    William Maisel, FDA

4    Bryan Benesch, FDA

5    Robert Sauer, FDA

6    Diane Mitchell, FDA

7    STAKEHOLDER PRESENTERS

8    Peter Weems, Director of Policy and Strategy, Medical

9         Imaging & Technology Alliance (MITA)

10   David Anbari, Vice President & General Manager, Mobile

11        Instrument Service and Repair Inc.

12   Tara Federici, Vice President, Technology and

13        Regulatory Affairs, AdvaMed

14   Barbara Maguire, MBA, CCE, Vice President, Quality and

15             Geisinger Clinical Engineering, ISS

16        Solutions

17   Robert Kerwin, General Counsel, International

18        Association of Medical Equipment Remarketers and

19        Servicers (IAMERS)

20   Mark Leahey, JD, MBA, President and CEO, Medical

21        Device Manufacturers Association (MDMA)

22   Tim McGeath, Senior Vice President and General

# Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

                                                                    3

1         Counsel, TriMedx

2                   APPEARANCES (continued)

3     Katie Ambrogi, Attorney Advisor, Office of Policy

4         Planning, U.S. Federal Trade Commission

5     Mary Logan, JD, CAE, President AAMI

6     PANEL 1 PANELISTS:

7     David Anbari, Vice President & General Manager, Mobile

8         Instrument Service and Repair Inc.

9     Pat Baird, MBA, MS Patient Safety, Head of Global

10        Software Standards, Philips

11    Hans Beinke, VP, US Quality and Technology, Siemens

12        Healthcare

13    Mark Bruley, CCE, EIT, Vice President, Accident &

14        Forensic Investigation, ECRI Institute

15    Robin Hemphill, MD, MPH, Acting, Assistant Deputy

16        Under Secretary for Health for Quality, Safety &

17        Value, VA National Center for Patient Safety

18    Kanchana Iyer, MS, Senior Regulatory Affairs

19        Specialist, PENTAX of America, Inc.

20    Mark Leahey, JD, MBA, President and CEO, Medical

21        Device Manufacturers Association

22    Wanda Legate, VP Sales and Marketing, Tri Imaging

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

4

1                    APPEARANCES (Continued)

2    Scot Mackeil, CBET, Senior Anesthesia Biomedical

3         Engineer, Massachusetts General Hospital

4    Rob Moorey, FACHE, Vice President, South Division

5         TriMedx

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

                                                              5

1                    TABLE OF CONTENTS

2    AGENDA ITEM                                    PAGE

3    Welcome and Introductions

4         Valerie Flournoy                           8

5    Opening Remarks

6         William Maisel                             9

7    History of FDA Involvment with Refurbishing

8    Reconditioning, Rebuilding, Remarketing,

9    Remanufacturing, and Servicing of Medical

10   Devices Performed by Third-Party Entities

11   And Original Equipment Manufacturers

12        Bryan Benesch                             15

13   Working Definitions and Overview of

14   Stakeholder Perspectives

15        Robert Sauer                              21

16   Stakeholder Presentations

17        Peter Weems                               32

18        David Anbari                              44

19        Tara Frederici                            60

20        Barbara McQuire                           69

21        Robert Kerwin                             79

22        Mark Leahey                               92

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

6

1                TABLE OF CONTENTS (continued)

2   AGENDA ITEM                                      PAGE

3   Stakeholder Presenters (continued)

4       Tim McGeath                                  98

5       Katie Ambrogi                               113

6       Mary Logan                                  124

7   LUNCH

8   Panel Discussion 1:  Benefits and Risks

9   Associated with Refurbishing, Reconditioning,

10  Rebuilding, Remarketing, Remanufacturing, and

11  Servicing Activities

12      David Anbari                                168

13      Pat Baird                                   144

14      Hans Beinke

15      Mark Bruley                                 161

16      Robin Hemphill                              157

17      Kanchana Iyer

18      Mark Leahey

19      Wanda Legate

20      Scot Mackeil                                165

21      Rob Moorey

22  Q&A                                             173

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

7

1                    TABLE OF CONTENTS (continued)

2    AGENDA ITEM                                      PAGE

3    BREAK

4    Presentation by Participants                     229

5    Wrap-up

6         Sean Boyd                                   275

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

8

```
 1              P R O C E E D I N G S

 2   OPENING REMARKS

 3              MS. FLOURNOY:  So, I am Valerie Flournoy.

 4   I'm the Deputy Director for the Division of

 5   Manufacturing Quality in the Office of Compliance

 6   CDRH.  I thank you all for coming here today.  And so

 7   I am going to give you some housekeeping information

 8   for you.

 9              So, you know about ordering the box lunch

10   and as we told you that we had to get orders and we

11   will be talking with the Sodexo (ph) after this to

12   determine like when lunch how it is easiest for you

13   all that have not paid, how we can facilitate it much

14   more easier than the long lines.  But any time if you

15   need any type of assistance there are supposed to have

16   tags and it is really pink, not red, if you would just

17   raise your hand or ask one of us anything, we'll be

18   able to assist you with your questions if we can or

19   direct you to the proper person.  If you aren't

20   already the restrooms are if you go out the door and

21   go to your right and all the way to the wall past the

22   dexo and to the right down the hall there's a men's
```

1    and ladies restrooms are, except where some of the

2    overflow rooms are where there is only one bathroom

3    stall.

4            Some of these sessions allow for questions

5    and answers.  So the people that are on the webcast we

6    do have an email mailbox and you see it

7    thirdpartyserviceworkshop@FDA.hhs.gov can forward your

8    questions and our moderator will read the questions

9    off to our panel.  Those of you that are sitting in

10   the overflow rooms, we have index cards and we will

11   bring the index cards to you and we will pick them up

12   and bring the questions in here for our moderators to

13   read.

14           So just enjoy.  Right now I'd like to

15   introduce Dr. William Maisel.  He's the Deputy

16   Director for Science and Chief Scientist for the

17   Center of Devices and Radiological Health that will

18   provide the Welcome.

19   WELCOME

20           DR. MAISEL:  Thanks Valerie.  And good

21   morning.  On behalf of FDA and CDRH welcome to our

22   workshop and we very much appreciate you being here.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

1   It is a pretty amazing time to be involved in the

2   medical device industry.  We have devices that can

3   help blind patients to see, paraplegic patients to

4   walk, we have heart valves that can be implanted

5   through a thin catheter without open heart surgery.

6   Just last month we approved the world's first

7   artificial pancreas that can control both low and high

8   blood glucose levels; pretty amazing innovation.

9           We've seen innovation and creativity in

10  digital health.  Many of you have a smart phone in

11  your pocket.  Some of you may have some of your health

12  information on there.  We have patients who can

13  control their medical devices literally from their

14  pocket.

15          We've seen incredible innovation in device

16  design and materials and manufacturing; the burgeoning

17  of 3-D printing.  And it is not just technology that

18  has evolved.  It is healthcare delivery that has

19  evolved.  And many of you are health organizations and

20  patients are facing cost pressures, a lot of attention

21  on cost effectiveness and value.

22          And so in this environment it seems very

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

1   timely to talk about refurbishing, reconditioning,

2   rebuilding, remarketing, remanufacturing and servicing

3   of medical devices.  And as an aside it might be our

4   longest workshop title ever.

5           [Laughter]

6           And clearly these functions serve a critical

7   role.  And we recognize the importance of these

8   activities not only to the health of the healthcare

9   ecosystem but also to the health of our patients.

10          At the outset I'd also really like to

11  acknowledge that we are aware of many organizations

12  and many professionals who perform these activities

13  very well whether it be an independent service

14  organization, an original equipment manufacturer, a

15  healthcare facility, biomedical or clinical engineers,

16  healthcare technology management professionals or

17  other entities.

18          But we've also heard from various

19  stakeholders who have sometimes expressed concerns

20  about the quality, safety and continued effectiveness

21  of medical devices that have been subject to one or

22  more of these activities.  And we're really here to

12

1    get your perspective on these things.

2            We've heard about some stakeholders, for

3    example, have expressed concerns about the use of

4    unqualified personnel to perform service, maintenance,

5    refurbishment and device alterations on equipment and

6    that the work performed may not adequately be

7    documented.  We've heard from others that have noted

8    the difficulty in gaining access to device

9    specifications, access to service equipment and

10   replacement parts needed to assure that the work being

11   performed returns the device to the proper state.

12           And these are not just theoretical concerns.

13   We've seen real world examples of improperly serviced

14   and refurbished medical devices such as those

15   involving radiological products and endoscopes that

16   can result in disabled device safety features,

17   improper unexpected device operation and most

18   importantly that could have a negative impact on the

19   safety of our patients or on the operators of these

20   devices.

21           We've also heard about some of the best

22   practices.  We've heard about some organizations and

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

13

1    individuals that use these best practices to overcome

2    and address some of these challenges that I just

3    mentioned such as having a quality management system,

4    training that assures that individuals performing

5    these activities have adequate knowledge, skill and

6    experience, and a focus on providing high quality

7    service that restores or maintains devices to their

8    original or intended specifications.

9            What is clear is that FDA can't and

10   shouldn't tackle these challenges alone.  We want to

11   hear from you.  We want you to share your thoughts,

12   your perspectives, your insights, your experiences and

13   your ideas and that is why we are here over the next

14   two days.

15           The design of this workshop includes

16   presentations from stakeholders, panel discussions on

17   key issues and an opportunity for you to share your

18   viewpoints on each of these topics.  And we'll be

19   discussing what's currently being done to assure

20   patient safety and what gaps, if any, need to be

21   addressed.

22           Ultimately it is our hope to identify common

14

1  ground and consensus around some of the best practices

2  for these activities.

3             I should note that while I mentioned

4  endoscopes the reprocessing of reusable medical

5  devices is not within the scope of this workshop.  The

6  Agency has taken a number of actions and steps to

7  strengthen the reprocessing of reusable medical

8  devices and we won't be discussing that topic further

9  here today.

10            And ultimately there is one common purpose

11 that unites each of us in this room and that is our

12 desire to focus on the health and well-being of our

13 patients and on the individuals that use these

14 products.  We are here to listen to you so that

15 together we can map out what, if anything, should be

16 done; what additional actions or steps as a community

17 we should think about taking.  And importantly this is

18 really the beginning of the dialogue; not the end.

19 And so there will be additional opportunities beyond

20 this workshop for public input on any actions or

21 things that the Agency thinks should be the next steps

22 following this workshop.

15

1        So again thank you for being here.  We look

2    forward to a productive two days.  And now it is my

3    distinct pleasure and honor to introduce our next

4    speaker who is Bryan Benesch.  Bryan is the Deputy

5    Director for Regulatory Oversight and Analysis in our

6    Division of Analysis and Program Operations in our

7    Office of Compliance; and he's really a walking

8    history book about FDA and these activities.  And so

9    you should be looking forward and I am looking forward

10   to hearing from Bryan about our history of regulation

11   in this area.

12   HISTORY OF FDA INVOLVEMENT WITH REFURBISHING,

13   RECONDITIONING, REBUILDING, REMARKETING,

14   REMANUFACTURING, AND SERVICING OF MEDICAL DEVICES

15   PERFORMED BY THIRD-PARTY ENTITIES AND ORIGINAL

16   EQUIPMENT MANUFACTURERS

17        MR. BENESCH:  Thank you, Dr. Maisel.

18        So in the beginning FDA published its first

19   guidance on refurbishers and reconditioners way back

20   in 1987 in something called a compliance policy guide

21   which is what our field organization would follow and

22   these were public documents so manufacturers and other

16

1  regulated entities were aware of it.  And back in 1987

2  our policy was that reconditioners and rebuilders were

3  basically subject to all requirements.  They had to

4  register every year.  At that time registration was

5  free.  If they were doing something to a product that

6  required a 510(k) they needed to follow one; they had

7  to comply with the labeling requirements in the 801;

8  they were subject to inspection; they had to comply

9  with GMPs and DR (device reporting).  So in the

10 beginning of the process we treated refurbishers and

11 reconditioners no different than a manufacturer.

12        Then the quality system regulation came

13 along.  And there was a decision in '93 to update what

14 was then the CGMPs and we wanted to codify basically

15 what the policy was.  And so the proposed rule

16 included third-party servicers and refurbishers as

17 being subject to all of the proposed changes in the

18 new quality system regulation.

19        Well, there were a lot of comments about

20 this; there was a lot of contentious discussions about

21 it.  And it got to the point where this particular

22 subject could have derailed the proposed rule from

17

1    becoming final.  So the Agency based on the comments

2    and the advisory committee meeting decided not to

3    include this change in the final rule.

4              So when the final rule for the quality

5    system regulation was published it said FDA believes

6    that persons who perform such functions as a servicer

7    or refurbisher meet the definition of a manufacturer

8    but that we've elected to address this in a separate

9    rulemaking later this year, 1996.  And a separate

10   rulemaking would also cover third-party service

11   organizations.  So 20 years ago.

12             So 1997 we actually published what is known

13   as Advance Notice of Public Rulemaking which is sort

14   of the pre-step of having a proposed rule.  And this

15   is where the refurbisher, reconditioner, servicers,

16   all that verbiage comes from.  We had 89 public

17   comments.  We didn't do anything subsequent to

18   receiving those comments except the following:  So the

19   ANPR said FDA's announcing its intention to review and

20   if necessary to revise or amend the compliance policy

21   guide that was issued in 1987 and the regulatory

22   requirements related to remarketing of used medical

18

1    devices and the persons who refurbish, recondition,

2    rebuild, service and remarket such devices.  At that

3    time no one could agree what the right term was.  And

4    I think we are still at that point where nobody really

5    knows what the best term to use for this particular

6    situation is.

7         We also went on to say we believe evolving

8    industry practices warrant reevaluation of the current

9    policy and the application of certain regulatory

10   requirements in order to ensure that particular

11   remarketed devices meet suitable performance

12   requirements for their intended use and are as safe as

13   the originally marketed finished devices.  So 20 years

14   ago we said the same thing that Dr. Maisel basically

15   just re-indicated.

16        We went on to indicate what sections of the

17   law we felt these entities needed to be subject to and

18   it dealt with the same things, you know, recalls,

19   labeling, quality, medical device reporting, the

20   medical device tracking; and then because there are

21   radiologic health products involved the imaging

22   equipment x-rays, et cetera, all of those sections in

19

1    the electronic product radiation control portions of

2    the act.

3            After that meeting there was a lot of

4    discussion as to how to proceed and whether or not the

5    Agency should promulgate a regulation or whether or

6    not there should be a voluntary process.  So FDA

7    joined with AAMI and there was a public meeting, two

8    days, in September of 1998 to discuss what the best

9    approach would be.

10            Out of that meeting there came a task force

11   which met for about a year that had representatives

12   from all of the affected parties and they drafted a

13   report, a joint medical device industry proposed

14   alternative to the regulation of servicers,

15   refurbishers and remarketers.  The proposal suggested

16   that there be voluntary controls that the industry

17   itself would administer and monitor so that FDA would

18   not have an official role.  Some of those things that

19   were proposed at the time was a voluntary registration

20   process; I believe a voluntary certification process

21   so that user facilities that were using these parties

22   would understand that they had met a basic level of

20

1   understanding as to how to appropriately refurbish and

2   service the products.  That report was submitted to

3   FDA I believe in late '99 or maybe the following year.

4           Then we decided we had to do a little

5   housekeeping.  So we still had that 1987 compliance

6   policy guide that was still out there saying that we

7   were going to continue to regulate refurbishers and

8   reconditioners.  But since we had said in the preamble

9   of the final quality system regulation that we were

10  going to not do that we issued a notice saying that

11  basically we're withdrawing all regulatory oversight

12  of refurbisher and servicers with the exception of the

13  overarching Food, Drug and Cosmetic Act requirements

14  that if there is a public health issue we can still

15  assert our authority.

16          Since 1998 no one has had to register with

17  us, no one has been subject to inspection except for

18  cause if there is a concern that you are not really

19  refurbishing but you are actually remanufacturing a

20  device because you are changing the intended use.  So

21  the industry has not really had any involvement with

22  FDA except our interactions with some of the trade

Case 3:21-cv-03496-AWC Document 122-4 Filed 03/27/24 Page 21 of 282

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

1    associations since 1998.

2              So here we are today.  So in March we

3    published the request for comment about this subject.

4    We got 177 comments, more than twice what we got 20

5    years ago.  And we are here today to talk about what

6    those comments said and some of the other issues that

7    were raised.

8              Now I was here 20 years ago.  So I'm one of

9    the few people that have been through this process for

10   quite some time.  In fact I was here in 1987.

11             Now I have the pleasure of introducing Rob

12   Sauer.  Rob is a Policy Analyst in CBH's Office of In

13   Vitro Diagnostics and Radiologic Health.  Rob has

14   experience as a reviewer of pre-market submissions and

15   compliance issues for both medical devices and

16   radiation emitting electronic products.  Rob will be

17   presenting working definitions for this meeting and an

18   overview of stakeholder input to date.  And I believe

19   we were going to post the definitions.

20             Rob?

21   WORKING DEFINITIONS AND OVERVIEW OF STAKEHOLDER

22   PERSPECTIVES

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

22

1          MR. SAUER:  Thank you.  So I will be

2    presenting working definitions today.  And in the

3    agenda everyone received on the second page you should

4    find a copy of those working definitions.

5          So Mr. Benesch just finished reviewing the

6    history of FDA's involvement on this issue.  And I now

7    have the opportunity to review some of the more recent

8    history in this space.

9          First I'll go over some working definitions

10   that were developed for the purposes of this workshop

11   and then I'll review some of the other feedback we've

12   received.

13          In March we proposed and requested feedback

14   on definitions for six different terms that relate to

15   the topic of today's workshop.  The terms were

16   recondition, service, repair, refurbish, remanufacture

17   and remarket.  We requested feedback on these terms

18   because we've encountered people applying them

19   differently and we want to know how people are

20   actually using them.  We also wanted to know if there

21   were any activities that we hadn't considered that we

22   should consider and also to establish working

23

1    definitions for the purposes of this workshop.

2           On the next few slides I'll list these

3    working definitions; they are changed slightly from

4    the definitions proposed in the FR Notice.  And these

5    changes were made based on the comments we received

6    and to improve clarity.  We don't think that we had

7    enough information or feedback to provide a final and

8    comprehensive set of definitions and we realize that

9    clarifications may be needed as we go forward with

10   next steps.

11          So just to make sure we are all clear on

12   what these definitions are.  They are working

13   definitions for today.  They are not new regulatory

14   definitions.  And if you are speaking at this workshop

15   and you want to use these terms in a way other than

16   how they are defined that is okay.  Please just be

17   clear about that to avoid any confusion.  And as I

18   mentioned revisions, clarifications and distinctions

19   may be necessary going forward.

20          So the first definition we have here is

21   remanufacture.  And so that is to process, condition,

22   renovate, repackage, restore or any other acts done to

24

1    a finished device that significantly changes the

2    finished devices performance or safety specifications

3    or intended use.  This is only slightly modified from

4    the FR notice and that is because there was a typo.

5    This is intended to reflect what is in the CFR and on

6    here it should.

7            The next set of definitions is recondition,

8    refurbish and rebuild.  And so here we have restores a

9    medical device to the OEM's original specification or

10   to be like new.  The device may be brought to current

11   specifications if this change does not significantly

12   change the finished device's performance or safety

13   specifications or intended use.  That is to contrast

14   it with remanufacturing.  And this could include the

15   repair of components, installation of certain software

16   or hardware updates that do not change the intended

17   use of the original device and replacement of worn

18   parts.

19           We received a lot of feedback that the

20   definitions we provided for recondition and refurbish

21   were too similar.  So we agreed and we combined them

22   for the purposes of this workshop.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

25

1        In addition the original definition of

2    recondition had a piece that stated under certain

3    circumstances the device could be brought to current

4    specifications and many commenters pointed out that

5    that was ambiguous and so we inserted the second

6    bullet here to make it clear that we are trying to

7    distinguish it from remanufacturing.

8        And certainly further distinctions can be

9    made, for example we could further define like new or

10   OEM specifications, or current versus original

11   specifications.  Here in particular we felt that more

12   of a discussion would be useful to make these

13   distinctions.  We intentionally made this definition

14   broad so it can be usable in this workshop.  And again

15   there may be many ways to break this down into a final

16   definition but that is beyond the scope of the reasons

17   we were coming up with definitions for today.

18        The next definition we have, service.  We

19   view service as repair and maintenance essentially.

20   And this definition the biggest change is that we've

21   clarified that maintenance is preventative or routine.

22   So the definition we have here is repair and/or

26

1   preventative maintenance of one or more parts in a

2   finished device after distribution for purposes of

3   returning it to the safety and performance

4   specifications established by the OEM and to meet its

5   original intended use.  Servicing cannot change the

6   intended use of the device from its original purpose.

7   Again we are trying to distinguish this from

8   remanufacturing here.  And again this is a very broad

9   term.

10        And what I'd like to point out is that

11   servicing doesn't say anything about the overall state

12   of the device.  If you service a device, you may only

13   be working on a single component and/or a few

14   components.  And this is in contrast with

15   refurbishing, reconditioning or rebuilding where you

16   are describing something about the state of the whole

17   device.

18        Here we have our definition for repair.  And

19   it is to return a component to original specifications

20   including replacing non-working components or parts

21   outside of routine or periodic upkeep for the current

22   owner of the device.  Again we don't view this as

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

27

1   implying anything about the state of the device

2   overall.  Repair work may be isolated to a particular

3   component and not consider the overall state of the

4   device.  With that being said repair is one of several

5   activities that may be needed to recondition,

6   refurbish or rebuild medical devices.

7          Lastly we have remarket.  This was not

8   changed from the FR Notice.  And this is the act of

9   facilitating the transfer of a previously owned device

10  from one party to another by sale, donation, gift or

11  lease.

12         And I just want to remind everyone that

13  these are only working definitions for today's

14  workshop.  They are not new regulatory definitions and

15  if you are using these terms in a different way than

16  we have defined them here, again, that is okay but

17  please just be clear about it.

18         So now I'd like to present some of the

19  stakeholder feedback we received in response both to

20  the FR Notice and also unsolicited feedback we've

21  received.  And so first I'd like to talk about some of

22  the feedback on the importance of service quality.

28

1        We've received feedback that quality service

2   maintains device conformance with specifications and

3   performance standards.  Quality service resolves

4   unintended or improper device function and doesn't

5   contribute to the recurrence of these problems.  And

6   lastly quality service should produce sufficient

7   information for the facility or anyone servicing the

8   device in the future to know the service history and

9   current device configuration.

10       We received lots of feedback on contributing

11  factors to quality service and I've listed some of

12  those themes here: we have quality management systems,

13  training, availability and use of quality replacement

14  parts, and access to device specific information.

15       So we received feedback that organizations

16  that have implemented a quality system may be better

17  suited to perform some of these activities.  And that

18  there are certifications available that may be

19  relevant, these include ISO 9001 and ISO 13485.

20       In addition to broad comments about the

21  quality system there were examples provided and those

22  include supplier qualification and process validation

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

29

1 and service documentation. And we think those examples

2 in particular could be related to some of the other

3 themes that were brought to our attention.

4 　　　　Another theme was training and this was that

5 service personnel should only work on those devices

6 for which they have adequate knowledge, skill,

7 training and experience. And this is really going to

8 vary. It is going to vary on the complexity of the

9 medical device. It may change between different

10 models. And it could depend on the type of service

11 needed.

12 　　　　Next we have replacement parts. There was

13 concern that low quality parts may lead to repeated or

14 additional device malfunction and the need for re-

15 service or repair of the device sooner. Some

16 stakeholders expressed concerns about the limited

17 availability of certain replacement parts.

18 　　　　And then lastly we have device specific

19 information. And so not all device specifications or

20 test procedures are publically available or able to be

21 measured with generally available test equipment and

22 that limits some people's ability to do what they

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

1    believe is a quality job.  And device specific

2    equipment may be needed to perform certain types of

3    service or testing.

4           And then we also just wanted to point out

5    here that manufacturers of radiation emitting

6    electronic products have additional requirements about

7    information that manufacturers have to provide that

8    don't apply to medical devices generally.

9           So to summarize we propose some working

10   definitions here.  They are for clarity; they are not

11   new regulatory definitions.  Some of the themes we saw

12   in the stakeholder feedback we received included the

13   importance of a quality management system, the

14   importance of proper training, the availability and

15   use of quality replacement parts, and access to device

16   specific information.

17          And in the workshop today and tomorrow we

18   hope to expand on this feedback and learn more.

19          Thank you.

20          CAPT. MITCHELL:  Good morning and welcome

21   again.  My name is Diane Mitchell and I am the

22   Assistant Director for Science in the Center for

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

31

1    Devices and Radiological Health.

2            We are now going to begin the stakeholder

3    presentation section so I'm going to ask the people

4    who are presenting to come up to the table while I

5    give some housekeeping remarks.

6            So during this section each speaker is going

7    to have 15 minutes to talk and there is no Q & A

8    during this section.  We actually will be timing the

9    speakers and so we have a timer up here but we also

10   have a timer in person, Astin Ross, and she has a

11   yellow card for 13 minutes and a red card for 15

12   minutes.  Astin I'm going to ask you to sit a little

13   bit closer over here.

14           The speakers, I'm going to ask that when we

15   call the speakers, they do come up to the podium for

16   the presentation.

17           And if those in the back cannot hear the

18   speaker if you wouldn't mind just raising your hand

19   and that way the speaker knows that they need to do a

20   little bit of an adjustment.  So thank you for that.

21           I'm going to introduce each speaker by name

22   and title but I will tell you that I have had the

32

1    opportunity to read the bios and CVs of these speakers

2    and I just want to make a comment that each of these

3    speakers brings a wealth of knowledge to this

4    discussion that we will be having today.

5            So with no further ado our first speaker is

6    going to be Peter Weems.  He is the Director of Policy

7    and Strategy affiliated with Medical Imaging &

8    Technology Alliance, MITA.  Peter, thank you very

9    much.

10   STAKEHOLDER PRESENTERS

11           MR. WEEMS:  Thank you.  Good morning.  My

12   name is Peter Weems.  I'm with the Medical Imaging &

13   Technology Alliance, also known as MITA.  We are the

14   leading trade association representing the

15   manufacturers, medical imaging equipment and radio

16   pharmaceuticals.

17           I'd like to start by thanking the Food and

18   Drug Administration for holding this public workshop

19   and for their continued engagement on the very

20   important topic of proper servicing of medical

21   devices.

22           I'd also like to thank the other

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

33

1   stakeholders for coming together today and tomorrow to

2   discuss the issues facing the industry and how we can

3   best ensure patient safety and effective device

4   performance.

5           As manufacturers our member companies are

6   responsible for the innovation, original design,

7   manufacture, packaging, labeling, assembling and

8   upgrading of medical devices.  Manufactures or OEMs

9   also often provide servicing activities for installed

10  devices both their own and those originally

11  manufactured by other companies.  Whether or not the

12  OEM is also the entity which services a device it has

13  a stake in all service activities.

14          Improper servicing presents significant

15  concerns including creating challenges such as

16  difficulties in future OEM provided servicing

17  operations and the potential for significant periods

18  of downtime if poor service must be remedied,

19  difficulties in providing future field upgrades or

20  field corrections to the device if improper parts have

21  been used or if the device has otherwise been altered.

22  Lack of required regulatory reporting and incomplete

34

1    device history does not allow for tracking of

2    significant events, root cause investigation or

3    prevention of adverse events.  Further there are

4    concerns about voiding existing device certifications

5    such as UL certifications and liability concerns if a

6    device causes injury, damage, or other significant

7    problems.

8         Because our member companies and their

9    service departments regularly encounter these and

10   other challenges we have raised this issue with the

11   FDA several times over the past few years.  In raising

12   this issue our goal is to ensure the performance of

13   these activities always results in the safe and

14   effective operation of medical devices.

15        We believe that the most efficient method

16   for ensuring this would be to extend regulatory

17   oversight including minimum quality, safety and

18   regulatory requirements to all entities which service

19   medical devices.  And just to be clear when I say

20   service I mean the entire bucket of activities listed,

21   it is just shorter to say it that way than the entire

22   paragraph of things we are talking about today.

1    Further I'd like to state right now very

2  clearly and unambiguously that it is not our position

3  that performance of these activities should be limited

4  to only the original equipment manufacturers.  It is

5  not our goal to limit competition or drive anyone out

6  of business.  I will repeat this later in the

7  presentation because it is true and because it is

8  something we firmly believe.

9    We recognize that many third-parties

10  including in-house hospital engineering teams,

11  Independent Service Organizations and others are

12  currently performing quality service.  There is, of

13  course, the problem of right now, only service

14  activities performed by an OEM are regulated by the

15  FDA.

16    As discussed earlier non-OEM service

17  activities do not have the same oversight and are not

18  held to the same quality, safety and regulatory

19  requirements.  This is an important problem because

20  performance of these activities within a quality

21  system by properly trained personnel using qualified

22  properly sourced parts greatly reduces the risk of

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

36

1   harm to the patient or operator and greatly improves

2   the performance of the device.

3           This matters to us for two main reasons:

4   patient safety and device performance.  It was because

5   of patient need that medical imaging equipment exists.

6   For this reason the patient is the most important

7   stakeholder in device servicing.  Safe and effective

8   operation of medical imagining equipment allows for

9   views into anatomical structure and physiological

10  function of the patient which are otherwise impossible

11  barring surgical intervention.  Patients and

12  healthcare providers count on the safe, effective and

13  reliable operation of medical devices.  If medical

14  devices do not perform properly or do not perform at

15  all due to improper servicing patients may not be able

16  to receive the care they need and healthcare

17  professionals are unable to do their job effectively.

18          In general there are two main ways that harm

19  can be caused due to improper servicing:  First,

20  direct bodily harm resulting from improper functioning

21  of the device due to mechanical, maintenance or

22  calibration issues such as excessive radiation from

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

37

1  incorrectly calibrated equipment or physical injury

2  from mechanical failure.  There is also the risk of

3  health care associated infections such as infections

4  resulting from improperly sealed ultrasound

5  transducers.  Patients, operators, physicians and

6  anyone else in close proximity or in contact with the

7  device may be subject to this kind of harm.

8        Less noticeable however is indirect harm

9  which may result from delayed diagnosis or

10  misdiagnosis due to poor image quality.  For example

11  images of non-diagnostic quality due to miscalibration

12  resulting in tumors not being visible.  This kind of

13  harm is unique to diagnostic equipment including

14  medical imaging devices.

15        I will repeat patient has the most at stake

16  if the device fails to perform in a safe and effective

17  manner due to improper servicing.  Patients should be

18  able to assume an equivalent level of safety and

19  efficacy regardless of service provider.  Performance

20  of these activities within a quality system by

21  properly trained personnel using qualified properly

22  sourced parts greatly reduces the risk of harm to the

38

1  patient.

2        So as was mentioned earlier there were a

3  number of comments received to the docket.  I read all

4  of them.  And I think there was a lot of very

5  interesting material there for discussion but there

6  were also a lot of misconceptions I think about the

7  manufacturer's goal and interest in this.  And I would

8  like to take the opportunity to clear up a couple of

9  misconceptions.

10       First it is not our position the performance

11  of these activities should be limited to only OEMs.

12  Many third-parties including hospital service teams,

13  Independent Service Organizations and other are

14  currently performing quality service.

15       Second it is not our belief that applying

16  QSR to third-party servicers would be unduly

17  burdensome and we believe that it is a reasonable

18  expectation.  The QSR is scalable meaning it applies

19  to large entities with considerable resources as well

20  as small entities with more limited resources.

21  Further certain elements of the QSR may or may not be

22  applicable depending on the nature of the activity

39

1    being performed.  As an example the document controls

2    element would look very different in practice for a $1

3    billion enterprise and a $1 million enterprise.

4    However, the same principles would apply.

5            Finally a major misconception that we'd like

6    to clear up is that we are not asking for a solution

7    to a problem that doesn't exist.  We are, in fact,

8    asking for a solution to a known and ongoing problem.

9            Improper servicing unfortunately has led to

10   a number of incidents.  Through public comments,

11   meetings with the FDA, MDR submission and other means

12   the device industry has submitted numerous examples of

13   improper servicing that posed serious problems for

14   patient safety and device performance.

15           Now the FDA has only given me 15 minutes to

16   speak so I can't go through all of the examples I have

17   sitting on my desk but I did bring along a couple.

18           Right here is an improper part in an

19   angiographic power injector system.  This was

20   discovered during a recent service call and it was

21   observed that a third-party service vendor had

22   inappropriately substituted a wood screw, like the

40

1    kind you would find at Home Depot or in a drawer in

2    your garage for what is a sophisticated very strong

3    turret.  So an angiographic power injector of this

4    kind can inject fluid at pressures of up to 1200 psi

5    which is very powerful.  So if this substituted wood

6    screw were to break or otherwise fail during a

7    procedure the turret would break free potentially

8    causing the turret and the connected syringe to act as

9    dangerous projectiles injuring or even killing anybody

10   in the room.  Additionally this improper part could

11   cause vibrations during the injection thereby leading

12   to ancillary issues such as delay of procedure and

13   eventual diagnosis due to unexpected equipment

14   behavior.

15            Next up I have an example of an improperly

16   serviced MRI system.  As you can see here there was a

17   bit of an explosion.  What happened here was a third

18   party service subcontractor hired by an onsite

19   contractor was working at a customer site trouble

20   shooting an MRI system.  The servicer was working in

21   the service panel on the MRI with the power on when an

22   ARC flash occurred resulting in burns to the

41

1   contractor.  The blast knocked him back and onto the

2   floor.  Other people in the vicinity said that the

3   event sounded like an explosion.  The event also

4   resulted in approximately half of the hospital losing

5   power.   It is not known with total certainty what the

6   servicer was doing at the time of the event or what

7   caused the event to occur.  He was going to be hooking

8   up a power monitor to the system but at what stage of

9   that process he was in is unknown.  He could have been

10  checking the voltages prior to connecting the monitor

11  or performing some other trouble shooting activity.

12  It is known, however, that he did not have on his ARC

13  flash personal protector equipment or PPE at the time

14  of the event.  The PPE itself would not have prevented

15  the incident of occurring but it would have prevented

16  or lessened the severity of the injuries that

17  occurred.  This is an example of inadequate training

18  and non-compliance which resulted in bodily harm,

19  equipment damage and loss of power to a major medical

20  facility.

21          Here you can see an improperly service

22  nuclear medicine camera, the kind that looks at your

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

42

 1    heart.  In this instance an OEM was contracted by a

 2    dealer who is dealing with a customer complaint about

 3    this nuclear medicine camera.  The customer had been

 4    using a third-party servicer which improperly serviced

 5    their device and was now refusing to return and

 6    correct the issue.  With respect to the improper power

 7    connection of the cooling system the way in which the

 8    system was connected violates the manufacturer's power

 9    and grounding isolation scheme potentially

10    compromising patient safety and device performance.

11    Further this issue could have lead to the detector

12    overheating and pixels failing.  These modifications

13    also violate the nationally recognized test lab

14    listing of this device.  This resulted in such great

15    degradation to the detector head that the customer

16    could not use the device.

17            Also with this device several pixels on the

18    camera had been masked.  And what this means is that

19    when the device would have been used significant parts

20    of the heart would not have been visible on the image.

21    Also the cooling unit was improperly connected to

22    external power bypassing the systems isolated power

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

43

1    and grounding system potentially compromising patient

2    safety and device performance.  You can see that here

3    where this entire box has been disconnected and put

4    outside of the nuclear medicine camera.  It is right

5    there on the floor.  Obviously this is not how it is

6    supposed to be.

7              So here with the pixels when adjacent pixels

8    are removed a portion of the imaging detector is lost.

9    So portions of the heart would not be imaged meaning a

10   heart defect could go undetected by the reviewing

11   physician.  When the pixel fails the system uses data

12   from adjacent pixels surrounding the failed pixel to

13   extrapolate.  If two adjacent pixels are bad then the

14   system does not have a complete sampling of data.  The

15   resulting image would have had a blurred spot

16   resulting in lower diagnostic quality.

17             Now as I mentioned we have a number of

18   examples and I presume that others will discuss some

19   of these examples during other presentations but I

20   think it is very important to point out that these

21   examples are not representative of the entire problem.

22   And the reason for that, the reason we cannot

44

1    understand the entire scope of this problem is because

2    currently there is no requirement that every problem

3    be reported.  And until that requirement exists there

4    is absolutely no way that we can understand the scope

5    of the issue and no way that we can address the issue.

6            So in conclusion it is our strong belief

7    that controls should not be voluntary.  All entities

8    should be required to have an appropriately scaled

9    quality system adequate to the activity being

10   performed, meet minimum quality, safety, and

11   regulatory requirements and have proper oversight.  We

12   believe that the best and most efficient method for

13   ensuring this would be for the FDA to extend currently

14   existing regulation and oversight to all entities

15   which service medical devices.

16           Thank you.

17           CAPT. MITCHELL:  Thank you, Peter.

18           Our next speaker will be David Anbari, the

19   Vice President and General Manager of Mobile

20   Instrument Service and Repair, Incorporated.

21           MR. ANBARI:  Good morning.  And thank you

22   for the opportunity to present at today's workshop.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

45

1         I'm commenting on behalf of companies that

2    repair surgical equipment for healthcare providers

3    nationwide.  To be clear with respect to the

4    definitions that were discussed earlier we are not

5    remanufacturers, we are not remarketers but we

6    probably fall into the other three categories.

7         Unlike most of the other presenters today

8    I'm presenting not from the perspective of a trade

9    association or an industry group.  We don't have one

10   today.  Instead we have a loose consortium of three of

11   the largest nationwide surgical equipment repair

12   companies in the United States.

13        We have collaborated to prepare these

14   comments.  They reflect the consensus views of our

15   organizations today.  We do intend down the road to

16   form an industry that can focus on education, advocacy

17   and advancement of our businesses in general.

18        So on behalf of my colleagues who happen to

19   also be my very direct competitors we'd like to share

20   our collective views with you today.

21        Like the FDA, like the device manufacturers,

22   like virtually everyone in this room and everyone

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

46

1  watching we share a commitment to patient safety above

2  all else.  That is our number one priority.  And it is

3  achieved today, that patient safety is, through the

4  multi-layered regulatory scheme that exists.  It

5  includes governmental oversight from the FDA, the

6  Center for Medicare and Medicaid Services; it includes

7  quasi-governmental regulation through the Joint

8  Commission and organizations like AAMI and ISO.  And

9  it includes industry organizations again AAMI falls in

10  that category, so does the International Association

11  for Central Services and Materials Management who sets

12  forth guidelines for surgical equipment, the AORN and

13  physician led organizations like the Gastroenterology

14  Association.  This current oversight framework is

15  ultimately what governs both what we do as independent

16  device servicers and what the manufacturers do in

17  keeping their equipment in great working condition.

18  And beyond that we all share the concern for public

19  health that it could be our loved one who is on the

20  table and we want to ensure that the equipment works

21  properly.

22          So much like OEMs we have invested heavily

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

47

1    in quality management systems.  With each maintenance

2    or repair event that takes place we ensure the device

3    works the way it was originally intended to.  And

4    according to the data we are both doing a pretty good

5    job, both the OEMs and the independent service

6    organizations.

7            The first point of control with respect to

8    the use of a device and ensuring that it works

9    correctly is the clinical staff in a provider

10   organization who tests the device prior to its use in

11   a surgical procedure.  Regardless of whether an ISO or

12   manufacturer performs service it is that test and that

13   review process prior to the use of a device that

14   ensures nothing gets used on a patient unless it is

15   truly patient ready.

16           But more according to a recent survey that

17   was update by ECRI we are both doing a good job

18   because there are very, very few reported incidents of

19   failure of devices that results in an adverse patient

20   outcome over the past ten years worth of data that

21   they searched.  We're talking about 96 out of yearly

22   2.1 million reports that they looked at of adverse

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

48

1    impacts with less than .005 percent incidents.  And

2    that doesn't account for the hundreds of millions of

3    devices that we repair successfully both OEMs and ISOs

4    every year.  But more importantly in these numbers

5    there is no statistical difference between the

6    performance of ISOs or OEMs in terms of adverse impact

7    to patients.  We are both doing an effective job.

8         So at this point our belief is that there is

9    really no evidence to support that there is a problem

10   here that needs to be solved.  And thousands of

11   provider organizations, hospitals, surgery centers,

12   doctors' offices and clinics vote every single day by

13   continuing to use our independent services that that

14   is their preferred method of obtaining service and

15   repair on their surgical equipment.

16        We think it is important for you to

17   understand why they make that choice and why patient

18   safety would be compromised if they were to choose

19   differently.  So our industry maintains tens of

20   millions of surgical devices annually, devices that

21   are critical to healing patients and used by surgeons

22   every single day.  These devices include stainless

49

1 steel instruments, laparoscopic minimally invasive

2 surgical instruments, powered surgical equipment, both

3 rigid and flexible endoscopes and case carts that are

4 used for the transport of equipment throughout the OR

5 and central sterile processing departments.

6          One highly unique aspect of our service is

7 that we deliver most of our services on location at

8 the hospital's physical facility.  We bring fully

9 equipped mobile service labs right to the hospital's

10 door and we provide convenient local expert access to

11 our health care solutions.  This minimizes the

12 downtime for the equipment in the OR and our proximity

13 to end users gives us a unique ability to help those

14 end users improve the way that they care for and the

15 way that they handle those devices on a daily basis.

16 That results in reduced damage to that equipment and

17 making it more patient ready on a daily basis.  It

18 enables us to be proactive in providing preventative

19 maintenance services; services that avoid failures of

20 the device when it is in the operating room.  When we

21 detect a dull, damaged or misaligned device we can

22 correct it before it ever reaches a surgeon's hands.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

50

1   We thus help improve patient safety by ensuring that

2   the OEM's devices work correctly each and every time.

3           Another critical aspect of our service is

4   that we make it easy to maintain equipment through

5   this on-location approach to service.  Because we

6   service devices from hundreds of different

7   manufacturers the hospital can contract with one

8   provider to ensure that all of its equipment is

9   maintained properly.  This significantly streamlines

10  their operations, reduces their costs and makes

11  preventative maintenance more accessible.  The

12  alternative would be contracting with literally

13  hundreds of device manufacturers for direct service

14  resulting in significant disruption to their

15  operations.

16          With patient safety at the top of mind we

17  help OEMs ensure that their equipment is always

18  patient ready.  And that is why we employ quality

19  management systems.  The basis for our quality

20  management industry wide is to return a device to its

21  original operating condition.   We do not modify

22  devices as a part of our service.  So all of the

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

51

1  advantages that are inherent in the manufacturer's

2  quality systems, manufacturing processes, et cetera,

3  those are all retained in the device post service.

4          To achieve this we think it comes to three

5  key components.  First off training; much like

6  manufacturers we operate training programs that use

7  apprenticeship based training and often times include

8  individuals who have been employees of or contractors

9  for device manufacturers in their prior careers.  It

10  also includes clinicians, so we are able to bring an

11  actual end-user experience and end-user perspective to

12  the maintenance of these devices.

13          Secondly, we source only new, unused parts

14  and components from a robust global marketplace.  With

15  today's technology we can safety ensure that a

16  component is an exact match for the OEM's component

17  using the exact same type of materials as the OEM

18  used.

19          And finally we quality check every single

20  device against specifications or measurements that

21  we've taken off of a new unused manufacturer's device.

22  We incorporate these multiple quality checks

52

1    throughout our repair process so that we detect any

2    deficiency in a repair or any abnormality in the

3    device prior to its completion.  We also check the

4    device as a final quality assurance check to ensure

5    that it operates to its original approved

6    specification.  In some cases the quality checks that

7    we apply are greater than those that manufacturers

8    themselves apply.  A manufacturer assumes that their

9    parts employed by their technician is going to result

10   in a proper repair.  We have to go above that standard

11   and test final device in a semi clinical setting so

12   that we can ensure it operates the way it is supposed.

13   As evidence of these quality management systems most

14   of our firms, if not all, are certified to ISO

15   standards, in some cases we are certified to multiple

16   standards.  It is the same reason that we are granted

17   liability insurance and make that investment the same

18   as what manufacturers do for those never sentinel

19   events.  Despite these investments some manufacturers

20   continue to argue that only they can complete a repair

21   effectively.

22            In the comments provided by the device

53

1  manufacturers and I'm certain we'll see more of them

2  today you'll see photographs of damaged equipment

3  that's been repaired improperly.  These are anecdotal

4  examples; they don't reflect the tens of thousands of

5  repairs that are affected properly.  Like OEMs we have

6  a file cabinet at every one of our companies loaded

7  with photographs of repairs that were completed

8  improperly, either deliberately or as a band-aid in an

9  effort to rush a device back to the operating room so

10  that a case could be completed.

11         We've included in those examples devices

12  that were repaired by manufacturers exclusively and

13  when they came to us they had failed for various

14  reasons:  wear and tear and parts or through their

15  just normal use of the device.

16         So one could argue if we are already doing

17  these things, if we are already implementing quality

18  systems and we're already doing a good job what is the

19  risk of FDA oversight?  And we feel that the answer to

20  that question lies in our value to our customers.  Our

21  industry is typically thought of as repair guys

22  because that is our heritage for over four decades of

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

54

1    consistent service.  But today we deliver tens of

2    thousands of hours of consulting, training and

3    advisory services to healthcare professionals

4    nationwide.  Our education programs are proactive,

5    they help providers reduce damage to equipment before

6    they create it thus bringing down their cost for

7    repairs but also providing better patient care and

8    improving the readiness of those devices in the

9    operating room.

10           Through our equipment expertise we help

11   ensure compliance with the manufacturer's instructions

12   for use and multi-society guidelines with respect to

13   how devices are to be used and reprocessed.  And in

14   cases where manufacturer has changed the design of a

15   device or changed the instructions for use of a device

16   or how it is to be reprocessed we help educate the

17   industry, the healthcare providers and individuals

18   that support them on how those changes impact them and

19   how they can ensure compliance.

20           In many ways we are helping manufacturers

21   ensure that devices are used and reprocessed as

22   intended.

Case 3:21-cv-03496-AMO   Document 172-4   Filed 03/27/24   Page 55 of 282

55

1          My company, speaking on my behalf, has

2     attempted to forge partnerships with a number of

3     manufacturers over our time period.  We've had various

4     levels of success with that but none of them has

5     endured the test of time largely because our

6     commercial interests and their commercial conflict at

7     some point.

8          The biggest benefit that providers do see

9     from working with Independent Service Organizations is

10    clearly financial.  By reducing repairs and helping

11    them learn how to not damage their equipment we

12    significantly can reduce their spend on repairs.  At

13    the same time we help improve the efficiency of their

14    operating room.

15         And with the advent of the Affordable Care

16    Act and pressure on the financial performance of

17    provider organizations being able to help them improve

18    efficiency and drive top line revenue is of top mind

19    concern.

20         We help extend the useful life of devices

21    which helps them avoid premature replacement; it is an

22    area where we simply aren't aligned with most

56

1    equipment manufacturers who are incented to drive the

2    sales of their devices.  We can dramatically impact

3    the replacement of devices through preventative

4    maintenance, through proper repairs but also by

5    maintaining perfectly good equipment that's been

6    declared obsolete by a manufacturer.  So we still

7    maintain devices that are no longer maintained by

8    manufacturers simply because they've upgraded the

9    technology.

10           Most providers that we work with choose to

11   invest a portion of the savings that we help them

12   achieve on repairs and in reduced replacement spend to

13   invest in better and more proactive preventative

14   maintenance programs.  That helps them avoid future

15   failures in the operating room and helps improve

16   patient safety.

17           And again the local presence of our people

18   on a national scale helps promote routine maintenance

19   that would otherwise be nearly impossible for a

20   manufacturer to deliver at the scale that we do.

21           What concerns us as an industry is with

22   these clear benefits and evident benefits from what we

57

1    do there is no evidence of a quality problem, why

2    raise the cost?  Why implement a regulatory system or

3    oversight system that would potentially degrade any of

4    these benefits that we provide with no clear

5    indication of a benefit?

6            We believe the key is for the FDA and others

7    to promote a robust marketplace that offers providers

8    choices.  The robust market for Independent Service

9    Organization regulates itself.  First off poorly

10   designed devices, devices that don't function that are

11   manufactured by a manufacturer are quickly removed

12   from the market.  Independent Service Organizations

13   that don't do an effective job repairing on a

14   consistent basis or servicing on a consistent basis

15   they're driven from business.  This happens because

16   providers have a choice when they choose where to

17   source repairs.  And most importantly the multi-

18   layered oversight structure that exists today with

19   government, quasi-government, and trade associations

20   and industry groups provides more than sufficient

21   oversight and guidelines to direct healthcare

22   providers.  It is the strength of the market and

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

58

1    existing oversight framework that ensures patient

2    safety and is the reason we see as strong performance

3    as we do as evidenced in the ECRI study.

4         So the question becomes how can the FDA help

5    the industry as a whole advance.  We believe the

6    answer does lie in cooperation.  It involves promoting

7    cooperation with OEMs and other service organizations

8    while protecting the confidential information of both

9    entities.  It involves making parts and service

10   information available to everyone that works on these

11   devices.  It involves ending the prospect or ending

12   bundling of sales of capital equipment with

13   maintenance contracts which can result in predatory

14   pricing that does nothing more than drives down

15   competition.  It involves removing unnecessary locks

16   and technology that are placed in devices today that

17   do nothing to serve the actual use of the device in

18   its clinical efficacy and instead simply serves to

19   block third party organizations from being able to

20   access the device.  In the extreme it could involve

21   promoting manufacturers working directly with and

22   certifying third party organizations.

59

1        But the current multi-layered regulatory

2   framework provides adequate oversight.  The answer is

3   thus not in regulating the market but it is in guiding

4   the market and not losing track of the advantages that

5   I've discussed today.

6        We shouldn't put the risk to benefits of

7   that local responsive service being able to handle

8   repairs from multiple manufacturers' devices, helping

9   control capital spending and avoid premature failure

10  of devices and premature and unnecessary replacement

11  of devices and ensuring that the critical advice and

12  advocacy that we bring to healthcare organizations on

13  a day-to-day basis nationwide doesn't end.  Losing

14  these benefits is not automatic but there are often

15  unintended consequences of oversight and regulation

16  that limits competition in the marketplace.

17        Considering that there is no clear evidence

18  of a difference between the performance of reputable

19  service organizations, independents and manufacturers

20  we believe the risks are too great.  And the fact is

21  that it remains the potential for a de facto OEM

22  monopoly with respect the service of their devices in

60

1   the extreme.

2         The greater risk to patient safety is to

3   eliminate all of the good things that we bring to

4   healthcare providers who choose to work with our

5   organizations on a daily basis to lose those to the

6   unintended consequences of regulation.  So on behalf

7   of the companies that I work with and compete with on

8   a daily basis we support patient safety and we also

9   support cost efficiency in the marketplace.

10         Thank you very much for your time.

11         MS. MITHCELL:  Thank you, David.

12         Tara Federici, the Vice President of

13   Technology and Regulatory Affairs from AdvaMed will

14   now speak.

15         MS. FEDERICI:  Thank you.  Good morning.  My

16   name is Tara Federici.  I'm the Vice President of

17   Technology and Regulatory Affairs at AdvaMed.

18         AdvaMed advocates for a legal and regulatory

19   environment that advances health care by assuring

20   patient access to safe and effective devices.

21         By way of explanation in my comments today

22   I'll be using the term servicing to broadly refer to

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

61

1    all of the R words that we're focused on here today.

2            OEMs are mandated by FDA to design their

3    devices under strict quality system regulation

4    requirements to ensure their safe and effective use.

5    The QSR requirements were establishes by the Safe

6    Medical Devices Act of 1990 after a lengthy

7    congressional investigation into device safety issues.

8    When the quality system rule was implemented as we've

9    already heard third-party service providers were

10   exempted from the same level of regulation and

11   scrutiny.  As a result patients and providers my

12   falsely believe all devices are as safe and effective

13   as the OEMs are capable of making them.  I would note

14   that since the passage of SMDA 26 years ago many

15   devices have become significantly more complex.

16           AdvaMed's members manufacture and may

17   service their own devices and some may also act as

18   third-party service providers for devices made by

19   other companies.  Many OEMs publish service manuals or

20   make them available for sale to biomedical technicians

21   at healthcare facilities and to other third parties

22   and they may similarly make their replacement parts

62

1    available.  OEMs may also offer training to third

2    party entities to service their equipment.  Other OEMs

3    may service their own equipment and may not make

4    manuals or copyrighted parts available as this could

5    disclose trade secret information to competitors.  In

6    short are companies who use a variety of business

7    approaches and models all of which are appropriate and

8    are designed to ensure that products are safe and

9    effective for patients.

10           AdvaMed has three overriding concerns

11   relating to the safe and effective performance of

12   devices and third-party repair.  First device repairs

13   are being performed by untrained personnel who may not

14   be using the necessary specialized equipment, are

15   performing the needed calibration and testing to

16   ensure that the product is safe and effective before

17   it is returned to use.  Second, device replacement

18   parts or components of unknown providence such as

19   those cannibalized from non-functional equipment or

20   manufactured by third-party entities claiming OEM

21   device compatibility are being used in the repair of

22   devices.  Use of these defective parts can result in

1   adulterated devices.  Last, device repairs are being

2   performed without required compliance with core

3   servicing standards to which OEMs are held under the

4   QSR.  Standards which AdvaMed believes are essential

5   for the safety and efficacy of medical devices.

6           That said we believe many third-parties

7   already meet many of the key elements of the QSR

8   because they understand the benefits of implementing a

9   quality system both for their business and for

10  patients.  Importantly the QSR is risk based and

11  scalable.  It applies to all device manufacturers no

12  matter their size from the very smallest device

13  manufacturers with a handful of employees to the very

14  largest.  Patients have the most to lose if devices

15  fail to perform safely and effectively.  And all three

16  of the situations I just mentioned can significantly

17  impact patient safety.

18          Although some have argued there is no

19  evidence of unsafe devices related to third-party

20  repair, over the course of just three years AdvaMed

21  has become aware of at least 137 MDRs for just three

22  device categories.  This is despite the fact that many

64

1    OEMs do not currently report MDRs associated with

2    third-party repair and that it is difficult for OEMs

3    to detect problems related to third-party repair.

4    Because third parties are not required to mark the

5    devices they service or to identify the components

6    they use the end user may not know that the failed

7    device was serviced by a third party.

8           In addition third parties are not required

9    to submit MDRs.  As a result all the reportable events

10   are associated with the OEM rather than the third

11   party.  Another reason that MDRs associated with third

12   parties are low.  Often the use of non-OEM parts or

13   unauthorized repairs is discovered serendipitously by

14   the OEM.  A common scenario is that a device has a

15   difficult to repair failure and is sent to the OEM for

16   repair.  Once at the OEM site the OEM discovers

17   mismatched serial number parts or internal forensics

18   logs would show unauthorized repair.

19          For all these reasons adverse events related

20   to the use of non-OEM parts or repairs by third

21   parties are going unnoticed and uncounted.  AdvaMed's

22   member companies have assessed the risks associated

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

65

1   with third party repair and found increased safety and

2   performance failures due to devices being modified or

3   used in unapproved configurations.  If non-validated

4   parts or configurations are added to a device the

5   previously validated performance of the device now

6   becomes unknown.  This can impact the safe use of the

7   device.  Products which are altered from what was

8   initially cleared or approved may be considered

9   adulterated under FDA's current regulations.

10          Third party activities can also cause other

11  intended consequences.  Examples include non-valid

12  interactions between hardware timing circuits and

13  software or firmware timing responses in devices in

14  unapproved OEM configurations.  These unapproved

15  configurations can result when substituting parts from

16  one OEM approved and tested device into a different

17  OEM approved and tested device.

18          Some third party repairs may allow a device

19  to pass functional testing and operate normally in a

20  nominal mode.  However, when the device is stressed to

21  it edge conditions the unapproved configurations can

22  result in unpredictable device behavior.

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

1          OEMs and OEM qualified servicers are aware

2     of all updates and product changes and test the

3     devices according to current specifications using

4     validated processes.  As a result OEMs and their

5     qualified partners are more equipped to limit the

6     risks associated with service.  Importantly as

7     required by the QSR the OEM has the most current

8     device master record which is linked to the original

9     documentation in the design history file.  Information

10    about reliability is needed to make decisions for what

11    should be replaced when the device is being serviced

12    and to understand the expected life of the device.

13          In contrast, third parties have no

14    requirement to analyze service reports with

15    appropriate statistical methodologies to determine

16    when events need to be reported and then to actually

17    report them to FDA.  This adversely affects public

18    health as it prevents both the OEM and FDA from having

19    important information about device performance issues

20    that could require a correction or a removal.

21          By comparison OEM technicians conduct

22    repairs using documents written by the device's design

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

67

1  engineers and use tools created by the design team.

2  Third parties may not be using the latest

3  documentation and may have to rely on trial and error

4  for product repair.  OEM technicians frequently repair

5  many of the same items per day while third parties may

6  have limited exposure to many different types of

7  devices.

8          Some OEM products require in excess of 90

9  custom tools along with a custom programmer.  It is

10  not clear how third parties are disassembling or

11  reassembling these products and what impact the use of

12  non-custom tools has on device performance and safety.

13          For these reasons AdvaMed believes repair of

14  devices whether performed by OEMs or third parties

15  should be subject to FDA regulation and oversight by

16  key elements of the QSR.

17          As I mentioned earlier the QSR is scalable

18  and risk based thus certain elements of the QSR may

19  not be applicable to third parties depending on the

20  nature of the activity they are performing.

21          AdvaMed outlined the key elements of the QSR

22  we believe apply to third party repair in our docket

68

1    comments.  However briefly at a high level we believe

2    third parties should obtain training related to the

3    level of repair they are performing, have access to

4    proper OEM approved equipment, components and service

5    manuals related to the level of repair they are

6    performing, establish processes to control purchasing

7    of qualified components and maintain device history

8    records for repairs, inspection and testing.  In

9    general third parties that are OEM qualified would

10   have access to all the elements I just mentioned.

11            In closing OEMs are already subject to and

12   meeting all of the requirements of the QSR to ensure

13   the safety and effectiveness of devices for patients

14   and users alike.  Notably if an OEM used parts from an

15   unauthorized supplier or relied on untrained personnel

16   for repair the affected devices could be considered

17   adulterated and could be subject to field action.  But

18   third parties continue not to be subject to QSR

19   potentially imperils patient and users.  It seems to

20   us that QSR requirements in the safety and

21   effectiveness of devices is equally applicable to

22   third-party repair thus ensuring the safety and

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

69

1    effectiveness of devices for users and patients.

2           Thank you for the opportunity to share our

3    views on this topic.

4           CAPT. MITCHELL:  Our next speaker will be

5    Barbara Maguire, the Vice President, Quality and

6    Geisinger Clinical Engineering ISS solutions.

7           Now before Barbara speaks I'll just give you

8    a heads up that we will be taking a break just before

9    ten o'clock for 15 minutes for planning purposes.

10          MS. MCGUIRE:  Good morning.  My name is

11   Barbara McGuire and on behalf of the American College

12   of Clinical Engineering I would like to thank the FDA

13   for this opportunity to present the viewpoint of the

14   clinical engineering community on this very important

15   topic.

16          Numerous colleagues from ACCE have

17   contributed to this presentation and I'd like to

18   particularly thank Malcolm Ridgway, Alan Lipschultz

19   and Mark Bruley for their contributions.

20          I'm here today representing the ACCE

21   viewpoint.  I currently work as Vice President of

22   Quality at ISS Solutions.  We are owned by Geisinger

70

1  Health System.  We provide clinical engineering and IT

2  services to both healthcare and non-healthcare

3  clients.  Geisinger Health System is also our largest

4  client in clinical engineering.  So I have the unique

5  position of running an in-house clinical engineering

6  service at Geisinger Health System and then also

7  overseeing the quality of the services that we provide

8  as an ISO to our clients outside of Geisinger.

9        We've partnered successfully with many of

10  the manufacturers who are represented here in this

11  room and we think that is an important part of the

12  services that we provide to patients.  We invest a lot

13  of time and resources into ensuring that the services

14  we provide are of the highest quality.

15        As I said I'm representing ACCE today so I

16  just wanted to briefly mention the mission of the ACCE

17  is to establish a standard of confidence and promote

18  excellence in the clinical engineering practice and to

19  promote the safe and effective application of science

20  and technology in patient care.  So we represent just

21  over 750 members and we've been around since 1990.

22        I wanted to start out by noting one of the

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

71

1    FDA's priorities is to use real world evidence in

2    making regulatory decision making.  So that is what

3    ACCE attempted to do in their presentation is to point

4    out this real world evidence.

5            With respect to the additional regulation of

6    servicers the position of ACCE is that the vast

7    majority of servicers are already regulated mainly

8    through CMS as well as through other agencies.  And

9    that third parties as well who are working within the

10   healthcare organizations are also as a secondary

11   measure subject to the same regulations by the

12   healthcare organizations that they work for.

13           So for example we have a laser service

14   company that we use extensively and they readily

15   provide to us the credentials for their servicers,

16   documentation that they inspect to manufacturer's

17   guidelines.  And we ask for the same information from

18   any company who is servicing critical equipment at our

19   facilities.  We also review the credentials and

20   quality programs for all vendors who come on site or

21   who work on our equipment.  And we expect them to have

22   this program in place.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

72

1          Thirdly it is the ACCE's position that

2   additional regulation would be redundant and even

3   counterproductive to providing the highest level of

4   patient safety.

5          There are three basic reasons for the ACCE's

6   position.  One related to the real world evidence is

7   that since this is the FDA's own standard for decision

8   making we think this is the most important and no

9   evidence has been presented showing significant

10  patient safety issues related to equipment service.

11         There are also many possible downsides to

12  additional regulation.  Likely downsides include

13  higher cost for healthcare institutions; elimination

14  of some in-house and third-party servicers due to this

15  additional burden; and this would decrease competition

16  and decrease the choices available to healthcare

17  organizations.

18         Some of the arguments that have been

19  proposed in support of added regulation we feel are

20  not topics under jurisdiction of the FDA and these are

21  arguments such as increasing fair trade and correcting

22  a liability imbalance.

73

1          First I'll address the issue of the real

2     world evidence.  Here we are looking for statistics,

3     not just anecdotal evidence.  So despite the small

4     number of anecdotal reports we feel that there is an

5     insufficient level of evidence of service related

6     incidents to justify any additional regulation.  The

7     primary body of this evidence are the seven studies

8     listed here.  So notably there is one from the UK,

9     their Medicines and Health Care Products Regulatory

10    Agency which is an executive agency of their

11    Department of Health.  And when they classify the

12    primary cause they found that improved maintenance was

13    tenth on the list of causes after much more common

14    ones related to the design of equipment, labeling,

15    packaging, improved QA.

16          The 2012 study done by the Joint Commission

17    reviewed 1526 responses and found none that were

18    related to maintenance omissions.  There was also a

19    2013 analysis of sentinel event data covering the

20    period 2004 to 2011 and showed that the sentinel

21    events caused by maintenance omissions were between

22    0.14 to 0.74 per million.

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

74

1        And in 2014 Aramark data was presented over

2    a ten year period which was analyzed and showed only

3    six incidents traced back to maintenance.  And these

4    were spread across stakeholders and did not show a

5    higher incidence from third-party servicers.

6        Details of all these studies will be covered

7    as well in later panels and were also included in the

8    ACCE's docket comments.

9        I wanted to note though the two studies done

10   by ECRI which actually showed a decrease since this

11   issue was last looked at in 1998.  The review

12   completed in 1998 demonstrated less than a quarter of

13   one percent incident of service related patient issue.

14   They recently repeated a similar analysis and the data

15   showed a decrease to .005 percent.

16       Many have pointed out that the low incidence

17   may be due to significant underreporting.  But we feel

18   that there are already sufficient requirements for

19   reporting under the SMDA and FDA regulations which

20   require user facilities to report incidents.  OEMs are

21   also required by 21 CFR to report malfunctions of a

22   device that would be likely to cause or contribute to

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

75

1    death or serious injury.

2              Even if we assume there is significant

3    underreporting if the incidence were doubled it would

4    not be significant enough to warrant action from the

5    FDA.

6              However, there are opportunities for

7    improving reporting such as getting buy-in from the

8    different sector organizations to try to encourage

9    further reporting to address this.

10             We could forge a consensus on what should be

11   reported; better standardize the format of reporting

12   and the method, identify who should receive the

13   reports to ensure that confidentiality is preserved

14   and look at how to analyze as the overall data and

15   statistics on an industry wide basis so that we are

16   all working with the same information.

17             The second part I'd like to address are the

18   likely downsides due to added regulation.  So the

19   additional regulation would certainly increase the

20   cost of onsite service.  This may result in reduced

21   levels of onsite service which could cause delays in

22   repairing of devices and therefore delayed patient

76

1  care.  Higher hospital expenses would reduce capital

2  that would be available to acquire additional devices.

3  And reduced onsite support would also reduce other

4  safety enhancing services that are currently provided

5  by those onsite resources.

6          So the overall effect would be to increase

7  hospital costs and therefore increase the cost of

8  health care.  Some organizations could comply but

9  their costs would still increase.  Even if they are

10  meeting the existing requirements it would mean

11  another registration, another set of audits and some

12  would not be able to bear the cost of this and would

13  cease to function.

14          So why is this so important?  The value of

15  onsite technical support really enhances patient care.

16  There is faster response time by having individuals

17  who are right there onsite with the clinicians.  The

18  people onsite are best able to troubleshoot systems of

19  multiple devices that might come from multiple

20  manufacturers.  They provide support for clinical

21  staff even during procedures.  They can work on

22  integrating equipment from multiple stakeholders.

77

1  Onsite servicers can also provide ongoing training for

2  clinical staff and input into systemic improvements

3  that would prevent further incidents.  Onsite staff

4  can also provide input into capital planning to

5  encourage standardization and efficiency down the

6  road.

7          Addressing the third point that some of the

8  issues are outside the jurisdiction of the FDA.  The

9  issue of the uneven playing field we feel is a

10  complaint or issue that belongs in the purview of the

11  FTC instead.  And the liability imbalance is a

12  judicial issue that should not be addressed here.

13          There are many issues which differentiate

14  the environment in which the manufacturers and third-

15  party servicers must function in; mainly that we

16  already must comply with CMS, Department of Health,

17  and local regulatory inspection requirements.  The

18  fact that we are exempt from one regulation that the

19  manufacturers are subject to is not by itself a reason

20  to impose that on onsite servicers.

21          In summary additional regulation of

22  servicers would be redundant and the evidence does not

78

1  show that patient safety would be improved.  There is

2  no real world evidence of significant level of

3  problems.  There is no prospect of significant

4  benefits from added regulation, and the potential

5  downsides are significant including the increasing

6  cost of health care.

7        Instead our recommendations are that the FDA

8  continue to work to encourage collaboration from the

9  manufacturers and the onsite servicers including

10  things like education and training, and encourage more

11  community based initiatives such as these that many of

12  the manufacturers and stakeholders are already

13  involved in successfully.  And this involves efforts

14  to standardize maintenance documentation, to work on

15  interoperability between various devices, and to

16  encourage further voluntary reporting so that there is

17  no concern about missing evidence.

18        Also to encourage manufacturers to provide

19  better support to users after the sale we feel as

20  clinical engineers that that would be the single most

21  significant improvement that we'd like to see that

22  would help us to improve patient safety.  If we have

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

79

1    access to good documentation at the same level that

2    the manufacturers provide to their own servicers,

3    access to parts, and access to training that that

4    would really help to improve patient care.

5           So we'd like the FDA to encourage ongoing

6    collaboration between manufacturers and the healthcare

7    technology management community and not to impose

8    additional regulations on third-party servicers.

9           I thank you for your attention.

10          CAPT. MITCHELL:  Thank you, Barbara.

11          We will now be hearing from Robert Kerwin,

12   General Counsel from the International Association of

13   Medical Equipment Remarketers and Servicers [IAMERS].

14          MR. KERWIN:  Thank you.  I'm the last

15   speaker before your break.  I'm only grateful I'm not

16   the last speaker before lunch.  So, yes, my name is

17   Robert Kerwin on behalf of the International

18   Association of Medical Equipment Remarketers and

19   Servicers for which it has by my privilege to serve as

20   General Counsel for 20 years.

21          We wish to thank the FDA for this

22   opportunity to participate in a workshop and as with

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

80

1   the prior speaker we hope there will be future

2   opportunities for workshops of this type and

3   collaboration and that the FDA consider this type of

4   engagement well into the future for all stakeholders.

5            Because our association name is a little

6   long I'll be referring to it as we refer to it as

7   IAMERS.  A few words about IAMERS, for almost 24 years

8   now IAMERS has been the leading voice of secondary

9   diagnostic imaging marketplace.  All IAMERS members

10  are diagnostic imaging industry members.  We note this

11  as there are some companies here today who focus on

12  the sale and service of endoscopic devices.  The

13  imaging modality of IAMERS members are MRI, CT,

14  ultrasound, nuclear medicine and general radiography.

15  IAMERS members include original equipment

16  manufacturers such as GE, Siemens, Toshiba, and

17  Philips.  The majority of IAMERS members are made up

18  of small independents including servicers, re-

19  conditioners of systems and parts, re-manufacturers

20  and brokers.  Many are alumni of OEMs and have started

21  their own businesses.

22            In 1993 IAMERS was founded to encourage

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

81

1   adherence to the highest standards of ethics and

2   professional practice, to fulfill the demand for used

3   and refurbished medical equipment.  We've been busy

4   these last 23 years.  Among the things which separate

5   us from other organizations is that we require our

6   members to adhere to a code of ethics.  This just

7   isn't lip service.  If a complaint is raised by a

8   hospital or group medical practice or other IAMERS

9   members the complaint is considered by the ethics

10  committee.  Adverse determinations have resulted in

11  very public reprimands or expulsions.  No member is

12  excluded from this requirement.

13          We maintain a robust educational agenda for

14  our members which occurs at every meeting we have.  In

15  the past we've conducted programs on FDA inspections,

16  UDI [Unique Device Identifier] requirements, reporting

17  of adverse events and many other areas which impact

18  our members and we were fortunate to have Mr. Benesch

19  participate and we've been fortunate to have Mark

20  Leahey participate and many other important

21  representatives of the industry.

22          Our president Diana Upton has traveled the

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

82

1    country encouraging our members to pursue best

2    practices and ISO compliance certification.  We've

3    been fortunate to have as we mentioned the FDA

4    participate in our annual meetings and programs.  We

5    hope the FDA will continue to participate.

6            We've also been fortunate to have other

7    contributors from the Center for Medicaid, Medicare

8    and Medicaid devices, the Department of Commerce,

9    other original equipment manufacturers.  IAMERS has a

10   proud tradition of education and outreach and we wish

11   to do more.

12           At our annual meeting in May of this past

13   year our members adopted recommendations for best

14   practices on meeting customer requirements and patient

15   safety.  All members are expected to employ quality

16   management in their organizational structure,

17   policies, procedures, processes and records.  Quality

18   management will be adopted regardless of whether the

19   member is a broker, servicer, remanufacturer, re-

20   conditioner or original equipment manufacturer.  These

21   recommendations were unanimously adopted at the

22   suggestion of the IAMERS best practices committee both

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

83

1    here and with our European members.  The committee had

2    recommended it as a diverse group who had reviewed

3    quality objectives, quality policy inventory

4    management, customer complaints and data management.

5    And of course there is more work to be done.

6            In a recent meeting with FDA we discussed

7    IAMERS concerns and also IAMERS recommendations and

8    frankly we welcome further suggestions to the extent

9    the FDA has them.

10           IAMERS members are committed to quality.

11   IAMERS members represent viable solutions for

12   hospitals, group medical practices and other

13   healthcare providers.  Indeed IAMERS believes it meets

14   or exceeds the service expectations of the imagining

15   centers they serve.  Not only do our members live

16   where they often provide the service but they service

17   geographic areas underserved by other OEMs including

18   rural America.  IAMERS subscribes to a big tent

19   theory.  If you are a medical imaging company and

20   committed to quality and comply with IAMERS standards

21   you will be welcome as a member.

22           Pre-owned doesn't mean safety concerns.  In

84

1    2009 the FDA issued in response to an IAMERS request a

2    letter to advise as to what post-market adverse events

3    had been submitted to the FDA associated with

4    refurbished or remarketed devices.  Though a diligent

5    search was conducted at the FDA's official records for

6    Fiscal Years 2007 to 2008 which included I am told

7    400,000 reports related devices; that search revealed

8    no pattern of adverse events or incidents indicating

9    that refurbished or remarketed devices have been

10   associated with or contributed to a death, serious

11   injury, or malfunction.  We have no reason to believe

12   that this has changed in the ensuing years.

13           It may prove convenient for some to show

14   pictures of equipment without attribution,

15   unattributed except to nameless independents and to

16   suggest that certain levels of uneven performance are

17   being implemented and to claim that minimum

18   requirements are not being met.  Although convenient

19   to use such anecdotal evidence in a market that

20   demands exactitude and quantification we find such

21   supposed evidence less than helpful as well as a

22   resolution of whatever concerns.  We are confident the

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

85

1   FDA will not regulate by anecdote.

2          Not every healthcare provider is in a

3   position to purchase new equipment.  IAMERS members

4   provide important options for healthcare providers in

5   a marketplace where revenue is not keeping track with

6   growing costs.  Purchasing from an IAMERS member is a

7   safe solution for equipment, parts, and service.

8   Independent sellers and servicers who are IAMERS

9   members are often as mentioned alumni from OEMs and

10  operate successful small businesses.  They enjoy a

11  strong reputation in diagnostic imaging.  And how do

12  we know this?  We know this because the OEMs

13  themselves use IAMERS members.  It is common for an

14  OEM to contract with IAMERS members for the supply and

15  parts as well as service as well as assisting in the

16  installing, uninstalling, transporting and storing of

17  equipment.  It is therefore important to note that the

18  greatest outlet for equipment taken in trade by the

19  OEMs appears to us to be IAMERS members involved in

20  the secondary equipment.

21          Notwithstanding our strong reputation at

22  MITA's request for more regulation seems to exist as

86

1    Mr. Weems has indicated MITA has meet with the FDA

2    since 2014 to express concerns about levels of

3    performance.  In an August 5, 2015, a MITA PowerPoint

4    that we obtained in a FOIA request MITA acknowledged

5    that there is greater pressure on hospitals to drive

6    cross training and therefore a greater opportunity for

7    alternative service providers; that would be IAMERS

8    members.  MITA advocated that all service providers

9    should register with the FDA as they have advocated

10   here today.  That is not something I recall hearing

11   when IAMERS met with MITA two days earlier to discuss

12   the situation and to discuss in general our interest

13   in collaboration.

14          I note they say not to polarize but we seek

15   collaboration.  The section of the PowerPoint entitled

16   examples is, however, blank.  We were pleased,

17   therefore, to observe MITA's submission that it is

18   impossible to provide a statistically valid analysis

19   of the extent of the problems.

20          Our members have reminded me several times

21   including today we service better unless of course

22   AIAT information is not readily provided.  We could

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

87

1   show cannibalized equipment from devices that had been

2   worked on by independents.  We've declined to do so.

3   As mentioned OEM members frequently rely on IAMERS

4   members to fulfill their contractual obligations and

5   that speaks loudly in the marketplace.

6          Query then if the IAMERS member is working

7   independently for healthcare providers on service

8   calls and later in the week at the request of the OEM

9   assisting the OEM's own healthcare provider

10  relationships is it really appropriate to now claim a

11  lack of uniform performance.  OEMs frequently, indeed

12  very frequently, purchase parts from IAMERS members.

13         So I submit IAMERS members are necessary and

14  important contributors to the healthcare ecosystem and

15  no one knows it better than the OEMs.

16         We are confident that the FDA will not

17  regulate by anecdote and hope the FDA and the attorney

18  from the FTC who are present here today will recognize

19  that there may possibly, possibly be something more

20  afoot than claims of uniform performance.  The

21  motivation may well have competitive origins.

22         So let's look at the market snapshot.  One

1  industry study has reported that in 2014 General

2  Electric, Philips, Siemens accounted for 70% of the

3  diagnostic imaging system market.  That study also

4  reported that in 2014 original equipment manufacturers

5  including all other OEMs accounted for all by 9.7% of

6  the diagnostic imaging system revenue market shares.

7  We are concerned that healthcare providers may down

8  the road if further regulations and further activities

9  take place see fewer options and reluctantly be pushed

10  to buy new equipment when that may not be the

11  appropriate decision for their organization.  As we've

12  noted not every hospital group practice can afford new

13  equipment.  And the presence and success of secondary

14  service providers is essential to the marketplace.

15          Our concerns about the marketplace were

16  further stoked with the July announcement by GE of its

17  intention to enforce software license limitations.  As

18  you know when hospitals and group medical practices

19  purchase or lease imaging equipment the return on

20  income commonly anticipates a resale on the secondary

21  market with no additional license cost to the new

22  purchaser.  In July, just a few months ago, GE issued

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

89

1  a letter sent to independent brokers of used

2  healthcare equipment stating that unless otherwise

3  explicitly stated by GE Health Care in writing

4  software that is not part of the equipment's base

5  system standard software is non-transferrable and only

6  the original equipment purchaser has a non-exclusive

7  landed license to use such software.  In these

8  statements GE has advised of its intention in the not

9  too distant -- in subsequent statements I should say

10  to undertake imaging equipment work in a cloud based

11  platform.  It is not entirely clear to us how this may

12  be done and how AIAT responsibilities for the

13  applicable modalities will be observed.  This license

14  limitation was not to my knowledge previously enforced

15  and may well come as a surprise to healthcare

16  providers who purchased imaging equipment a few years

17  ago and expect to seek a certain price in the

18  marketplace, a price which now must take into account

19  potential relicensing costs.

20         IAMERS member have noted to me the chilling

21  effect that it already has on their GE equipment

22  sales.  We are concerned that this position if

90

1    enforced in an already high marketplace will increase

2    substantially licensing costs in the secondary imaging

3    market.  We are looking at whether these license

4    restrictions are being enforced only as to some

5    stakeholders but are not being enforced to other

6    stakeholders.  We are looking at whether this license

7    limitation enforcement is in the totality of the

8    circumstance an appropriate activity.  We have sent a

9    letter to General Electric in July to put our

10   questions and concerns in writing.  It is now almost

11   November and we are awaiting a reply.

12          I love movies and in particular enjoy the

13   movie Independence Day.  I haven't seen the sequel.

14   In any event there is a scene in which I am reminded

15   in which the U.S. President played adroitly by Bill

16   Pullman has an exchange with the captured alien who is

17   attacking the earth.  Pullman asks the alien, what do

18   you want us to do?  And the alien as some of you may

19   know ominously says "die".  Okay.  This is an

20   obviously dramatic reference made just to draw

21   attention because we are concerned that MITA as they

22   are advancing their rulemaking initiative when coupled

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

1   with the license limitations may limit healthcare

2   provider options, in effect, the continued existence

3   of independents.  We hope that concern is badly

4   misplaced.

5            We believe, however, that the FDA would

6   fairly and appropriately examine the initiative, the

7   evidence behind the initiative and whether compelling

8   evidence exists for a change, not to regulate by

9   anecdote.  We will be separately looking at the

10  situation and hope the FTC does as well.

11           We have a hope for a different future; a

12  future of collaboration and cooperation.  I, too, was

13  at the Joint Committee meeting of the task force in

14  1997.  And that included some who are on the dais

15  today including MITA, including the American College

16  of Clinical Engineering, although I will say that I

17  had understood that that was an interim report and

18  Malcolm Ridgway who is here could probably speak to

19  that because I know he too was involved.  In any event

20  it is our hope that the future is one of

21  collaboration, one of training, that training is

22  accessible to the independents.

92

1          It has been an honor of appearing here.  And

2     we note that when the meeting and the FDA occurred in

3     1997 the joint task force that all who participated,

4     participated in a respectful way at which issues were

5     addressed and consensus development took place.

6     Perhaps it is time to reconstitute a committee of this

7     type.

8          Having spoken to our President Diana Upton

9     earlier today I'm confident that IAMERS would

10    participate if the paramount issues are patient safety

11    and health care costs.

12         Thank you.

13         CAPT. MITCHELL:  Thank you, Rob.

14         We are now going to break.  According to our

15    computers up here we have 9:59; it will be for 15

16    minutes.  And then we will come back.

17         Thank you.

18    BREAK

19    STAKEHOLDER PRESENTERS (continued)

20         CAPT. MITCHELL:  So we are going to continue

21    now with our stakeholder presentations.  And our next

22    stakeholder is Mark Leahey, the President and CEO of

# Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

93

1   Medical Device Manufacturers Association, MDMA.

2           And Mark Leahey will be here in just a

3   minute.

4           Thank you Mark.

5           MR. LEAHEY:  And the good news is I only

6   plan to speak for about five to seven minutes so we'll

7   still be on time.

8           But thanks very much to FDA and to all of

9   you for coming here today.

10          My name is Mark Leahey.  I'm the President

11  and CEO of the Medical Device Manufacturers

12  Association.  We are a trade group here based in D.C.,

13  we represent about 300 primarily small to midsize

14  medical technology companies from very sophisticated

15  products to very simple products and we try to be

16  their eyes and ears here in Washington.  And the

17  ultimate objective is to ensure that patients have

18  timely access to safe and effective products.

19          Again just hearing a lot of discussion this

20  morning I'm actually encouraged that there seems to be

21  a lot of alignment from all the parties up here about

22  the focus on patient safety.  We heard from Dr. Maisel

94

1  at the outset some of the key themes here that I think

2  have been reiterated throughout out the panelists.

3          The first being that you need to make sure

4  that there is a quality system and elements of a

5  quality system in place for both the OEMs and third-

6  party servicers.  Again, let me say at the outset we

7  have small companies, medium size companies; some of

8  these are OEMs, service providers; some of them use

9  third parties, some of them third-parties to OEMs.  So

10 we do represent I think the totality of the ecosystem

11 here.  And let me also say that there are absolutely a

12 significant number of high quality service providers

13 and no one is trying to somehow suggest that the OEMs

14 are the only ones who can do this right.  That is

15 simply not the case.

16          We also aren't here to suggest that somehow

17 we want to increase costs.  And it is interesting a

18 lot of the presentations here about cost, cost, cost

19 and I agree we should keep this within the parameters

20 of what the FDA's jurisdiction is which is safety and

21 efficacy.  So I think moving forward we'd all do

22 better in not bringing up issues about market dynamics

Case 3:21-cv-03496-AMO Document 122-44 Filed 03/27/24 Page 95 of 282

95

1    because I think we do need to focus on the impact on

2    patient and having validated systems in place, et

3    cetera.

4            And then finally we certainly wouldn't want

5    as it relates to patient safety don't want to do

6    anything that would limit options and servicing in

7    geographic areas.  Again, this is an area we want to

8    make sure that patients and the hospitals have access

9    to the service they need to ensure again collectively

10   everybody in this room wants to focus on making sure

11   the patient is best served.

12           So what I'd like to do is try to discuss

13   what I hear are the three things that seem to be

14   consistent thus far in the earlier speakers and I echo

15   hope that we can have a very thoughtful and cordial

16   and meaningful discussion over the next two days here

17   and hopefully end at a place where there are common

18   themes that emerge and then again thus far a few that

19   I've heard is again that high performing third-party

20   servicers whether they be the OEMs or the third

21   parties have quality system in place.  It is scalable

22   as Tara said but I think to somehow suggest you are

1  doing a great job of servicing and you don't have

2  elements of a quality system I think that would be

3  hard pressed to make that case.

4       The second element that I think we've heard

5  all the parties speak about is that you need to have

6  adequate and appropriate training.  And again I think

7  everybody here has talked about that that is a key

8  element for both the OEMs and the third parties and

9  again I'm sure there is variation within the OEMs

10 about how they perform and there is variation in the

11 third parties.  But adequate training and appropriate

12 training is another core element.  And again these are

13 things that I think all the speakers thus far have

14 raised and also the folks at FDA.

15       And then the third element I think is the

16 importance of validated parts.  And I am not

17 suggesting that all of the parts have to come from the

18 OEM.  We've heard that again if you have systems in

19 place and you can manufacture parts or source parts

20 that are validated that meet the specs and

21 conformance, absolutely they should be able to be used

22 in the marketplace.  I don't think anybody up here has

1    suggested otherwise.

2         So when you look at those three elements

3    here of: elements of a quality system, appropriate

4    training and, validly sourced parts again there is

5    alignment there and I guess the question I have is if

6    we all agree that these are the things that need to be

7    done that are being done; not validating that they are

8    being done seems to be you know that missing element

9    here.

10        And what that solution, and what that

11   validation looks like hopefully we'll discuss in the

12   next two days.  I'm sure we have a variety of ideas

13   but to somehow suggest that we all agree these three

14   things are important, but we don't want to you know it

15   is kind of that trust but verify doctrine that I think

16   is important for us to consider as we move forward

17   here.  And I hope that as we have this discussion we

18   can find the right size approach here to address these

19   issues to make sure that patients are being best

20   served.

21        And again I think the key here, to close on

22   and I told you I'd be under five minutes so certainly

Case 3:21-cv-03496-WHO Document 127-4 Filed 03/23/24 Page 98 of 282

98

1  have about 13 to give back, again no one is

2  suggesting, particularly coming from a group that

3  represents many small manufacturers, that we want to

4  do anything to limit choice, competition, et cetera.

5  But again if this is about the patient having elements

6  of a quality system, adequate training, and a

7  validated source parts and being able to again

8  validate that those systems, those elements are in

9  place I think is critical.

10          So I look forward to the discussion of the

11  next two days and I am confident, maybe I'm the

12  eternal optimist here but we can all find an area of

13  agreement, alignment, and really just solidify the

14  best practices that many in the industry are already

15  doing and make sure that we have consistency across

16  the board.

17          So thanks very much.

18          CAPT. MITCHELL:  Thank you, Mark.

19          We will now hear from Tim McGeath, Senior

20  Vice President and General Counsel, TriMedx.

21          MR. McGEATH:  I can't promise five to seven

22  minutes but I'll do my best to speed it up.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

99

1          Thank you and good morning.  On behalf of

2     TriMedx I'm please to have the opportunity to address

3     the FDA and interested stakeholders on the important

4     issues on review at this workshop.

5          As was evident by the large volume of

6     comments there are many divergent opinions as to the

7     need for some level of additional regulation or

8     involvement by FDA regarding medical device service.

9          We at TriMedx believe all can agree that the

10    imperatives of patient safety and quality should drive

11    the conversation.  And for that reason we applaud the

12    FDA for looking at this issue.

13         My focus today is on service and repair.  In

14    short we believe that there is a definite place in the

15    market and a need for third-party service

16    organizations such as TriMedx; that third parties and

17    in-house departments can and do service and repair

18    equipment safely and effectively and that increased

19    collaboration between the parties is essential to

20    providing safe high quality and cost effective patient

21    care.

22         First I want to briefly introduce TriMedx.

100

1    TriMedx was formed in 1998 out of the clinical

2    engineering department at Saint Vincent Hospital in

3    Indianapolis under the premise that there was a more

4    efficient way to manage a hospital's diverse and

5    growing inventory of complex medical equipment.

6    TriMedx is one of the country's largest third party

7    provider of healthcare technology management services

8    serving approximately 240 hospitals and 1,800

9    healthcare providers across 34 states.

10          We like to say that TriMedx was created from

11   healthcare to serve the needs of healthcare.  TriMedx

12   maintains data for more than 1.4 million pieces of

13   medical equipment and employs nearly 1,500 associates

14   nationwide.

15          Our model is to serve as an extension of an

16   in-house clinical engineering team with a goal of

17   using our size, scale, and concentrated expertise to

18   provide a more robust level of service than many

19   individual hospitals or systems are able to provide on

20   their own.

21          We all know that providing that providing

22   the highest quality patient care is the most important

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

101

1    part of our job.  I want to state that point very

2    clearly because all of our comments stem from that

3    critical underlying premise.

4            I would now like to briefly address the

5    benefits of a holistic equipment management approach

6    through an Independent Service Organization or ISO

7    which we believe has relevance to the discussion at

8    hand.  While our perspective is that of an ISO

9    certainly TriMedx is not alone in this space.  Many of

10   our comments apply equally to other ISOs and in-house

11   departments in many cases.

12           There are compelling reasons for holistic

13   equipment management service and repair program.

14   First it is a very provider centric approach to

15   managing medical devices.  As opposed to dealing

16   directly with several vendors of the service of a

17   hospital's diverse inventory, providers are able to

18   rely on a single accountable organization to manage

19   all such issues and seamlessly maintain required

20   service information in one comprehensive database.

21   ISOs can often leverage scale to better meet provider

22   needs.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

102

1           Second, from accountability perspective

2    persons providing equipment repair and service via an

3    in-house or comprehensive ISO model are part of the

4    hospital's team and far more accountable to

5    physicians, the clinical staff, and perhaps most

6    importantly to patients.  Their continuous onsite

7    presence allows them to participate in hospital safety

8    environment care meetings and provide clinicians with

9    the comfort of knowing that a member of their clinical

10   engineering team could jump in on a moment's notice.

11          A third-party's responsiveness; it is simply

12   not feasible for an OEM to have trained technicians in

13   close proximity to every hospital.  ISOs and in-house

14   models results in boots on the ground enabling them to

15   regularly round on hospital equipment and positioning

16   them to address issues in real time either on their

17   own or by coordinating service from OEMs or other

18   outside parties when needed.

19          Finally, a fourth factor is cost and

20   competition.  A competitive market is critical to keep

21   costs down and further drive the efficiencies

22   necessary in today's healthcare industry.  The cost

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

103

1    associated with the exclusive use of an OEM to service

2    equipment can be significantly higher than an in-house

3    or ISO model.  A medium size facility can spend three

4    to five million dollars per year in equipment

5    maintenance and repair and a modest size system could

6    easily spend five to ten times that amount.  It would

7    not be unusual for 60 to 70% of a hospital or system

8    spend to be on high margin service contracts in non-

9    contracted parts and labor even though the in-house

10   team may perform the bulk of the PM and repair work.

11            Importantly these costs we talk about

12   contribute to the country's already over burdened

13   health care expenditure with healthcare in general

14   making up roughly 17.5% of the GDP.  It is clear that

15   an effective equipment management program is key to

16   reducing costs, optimizing services, and ultimately

17   freeing up the financial resources that can be

18   redirected to focus on other areas that are critical

19   delivery and better patient care and serving those in

20   need.

21            As I will mention in order for ISOs and in-

22   house models to be successful there must be increased

104

1   collaboration with OEMs including appropriate access

2   to training, parts, supplies and service manuals.

3           Assuming the cited benefits of a third-party

4   service model the question then is whether ISOs and

5   in-house teams can provide quality services in a

6   manner that enhances patient care.  A consistent theme

7   in comments by OEMs dealt with safety and the

8   potential for patient harm when service is performed

9   by third parties.  However, despite claims to the

10  contrary and beyond isolated examples there are

11  neither data nor trends showing an increase in patient

12  harm when it is serviced by third parties.  ISOs and

13  in-house department can equally point to isolated

14  incidents of failed equipment operations which

15  resulted from service by an OEM.

16          Recent studies performed by the ECRI

17  Institute indicated from 2006 to 2015 0.005 percent of

18  reported incidents were related to post-market

19  services compared to 0.2 percent from 1977 to 1998.

20  You've heard that statistic cited by a few other

21  speakers.  Failure rate is extremely low suggesting

22  that there is not a systemic problem that the FDA

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

105

1 needs to address.  And certainly no problem has been

2 identified that relates to who performed the service.

3          We'll also hear from AAMI about its recent

4 adverse events survey.  Its evidence and conclusion

5 also support the notion that there is not a greater

6 risk when service is performed by third parties.

7          Finally other unbiased parties such as the

8 joint commission did not identify evidence of more

9 significant public health or safety concerns in

10 connection with third party servicing of medical

11 devices.

12          Of the issues we do see, many result from

13 user error rather than an error by the servicer of the

14 equipment.  These findings may be attributed to the

15 fact that many ISOs have already developed and

16 implemented robust quality programs in response to the

17 existing regulatory and accreditation framework.

18 Organized programs like that of TriMedx have policies

19 and procedures that align with the federal, state, and

20 hospital required regulations and standards pertaining

21 to medical equipment management and record retention

22 to ensure compliance, equipment efficacy, and safety.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

106

1         Our hospital customers are subject to

2    continued review by government authorities including

3    CMS, state departments of health, as well as

4    accreditation bodies.  These regulations and

5    accreditation requirements have shaped policies and

6    programs we maintain.  Governing procedures such as

7    inventory management, preventative maintenance

8    scheduling, alert and recall management, incident

9    investigations, and a risk based supplier quality

10   management program.  In addition our organization's

11   quality regulatory teams routinely conduct surveys and

12   audits to test the program's quality standards, verify

13   adherence to policies and procedures and ensure our

14   customers are always well prepared and in compliance.

15         We agree with the comments of our competitor

16   Aramark that when servicing activities are conducted

17   by highly trained personnel in accordance with

18   established standards practices and requirements of

19   our regulated healthcare customers such activities are

20   safe and effective way to maintain medical devices.

21         Adding further regulatory oversight or

22   requirements for utilization of OEM services to this

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

107

1  list will not necessarily improve quality of care and

2  patient safety but it will likely increase overall

3  costs.

4         Accordingly, TriMedx firmly believes the

5  existing regulatory and accreditation framework to

6  which in-house departments and third party service

7  providers must comply is sufficient to address patient

8  safety and qualify imperatives.

9         As discussed end users service, repair and

10 maintenance of equipment is currently subject to a

11 multi-layered regulatory and accreditation framework.

12 TriMedx must constantly assure that its services

13 comply with applicable law so that our customers by

14 extension always remain in compliance.  We take this

15 obligation very seriously.

16        We appreciate that FDA is charged with

17 regulating the safety and efficacy of many types of

18 equipment used to provide patient care.  However, we

19 believe that the current system under the watchful eye

20 of accreditation bodies and CMS is sufficient to

21 ensure that equipment is maintained in the manner that

22 results in safe and high quality patient care.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

108

1          Further, the lack of empirical evidence to

2    suggest a significant amount of adverse events caused

3    by device services not performed by manufacturers

4    supports the belief that there is no need for

5    additional potentially redundant regulation by FDA.

6          Still if it is determined that additional

7    regulation is needed, such a determination should be

8    made with caution prompted by verifiable data and

9    should not have the unintentional effect of stifling

10   competition and adding further unnecessary cost to

11   health care.  At a minimum there should be a focused

12   effort to understand what the potential problem is

13   that needs to be solved before we try to solve it.

14          At TriMedx we enjoy strong collaborative

15   relationships with many OEMs.  In our view these OEMs

16   see the forest through the trees and recognized that

17   although we compete at some level working with third

18   parties, indeed all parties in the care continuum

19   leads to efficient service and ensures high quality

20   healthcare delivery.  Several OEMs collaborate with

21   TriMedx by offering training courses for our

22   technicians, negotiating discounts on service

109

1   contracts and labor, and providing seamless access to

2   parts, service manuals, and materials to name just a

3   few things.

4           However some OEMs serve as blockers and in

5   certain cases we believe engage in anti-competitive

6   practices.  Such practices can frustrate the

7   preferences of healthcare providers who ultimately are

8   prevented from implementing a comprehensive in-house

9   program or from purchasing the same services from

10  qualified ISOs.  The end result is an increase in the

11  overall cost of health care and a diversion of the

12  health care dollar that could otherwise be allocated

13  to enhancing the patient experience, improving

14  population health, or serving the disadvantaged.

15          These anti-competitive practices take many

16  forms.  We have seen OEMs tie agreements for ongoing

17  service and maintenance to the original purchase of

18  equipment, refuse to sell parts unless those parts or

19  repairs are provided by OEM service personnel, refuse

20  to provide service manuals, and even attempt to

21  preclude a purchaser or its agents from performing

22  maintenance or repair on its equipment.  Some OEMs go

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

110

1    so far as to pressure purchasers not to use third

2    party service providers under unsubstantiated outcome

3    claims.

4          In the past few months alone we documented

5    communications from at least 18 different OEMs with

6    the following statements or claims.  Number one, that

7    only OEMs are qualified to service equipment and that

8    they will not sell service parts but also do not offer

9    training programs of any kind.  Two, that they refuse

10   to train any third party employees and this refusal is

11   often tied to a restriction on the purchase of parts.

12   Three, that they refuse to train or work with anyone

13   related to a third party.  And four, even blanket

14   communications categorizing all third parties as

15   unqualified and raising the specter of safety concerns

16   without substantiation.

17          This behavior is deceiving and distracting

18   to the goals we have as an industry.  The FDA can help

19   break down the walls that certain OEMs have put up.

20   One outcome of this inquiry should be to address OEM

21   practices that restrict healthcare providers or their

22   chosen third party providers from reasonable access to

111

1   training, service manuals, parts and diagnostic

2   software.

3          Some stakeholders express concern that third

4   parties may use unqualified personnel to provide

5   maintenance and repair services or do not use properly

6   sourced parts.  At TriMedx we budget and spend large

7   sums on training our technical personnel both through

8   internal programs and through OEM or other qualified

9   third party training.  Many of our technicians have

10  OEM backgrounds.  If OEMs believe a lack of qualified

11  trained third party personnel is a problem then they

12  should agree to provide training to those who will pay

13  a fair price for it and agree to protect the

14  manufacturer's proprietary information.  It is neither

15  an answer or accurate to claim that an OEM is the only

16  party qualified to perform service.  Thinly veiled

17  excuses intended merely to protect profits or restrict

18  competition can no longer be tolerated.

19         Manufacturers cannot have it both ways. They

20  cannot claim a lack of qualified third party personnel

21  yet specifically deny access to training, parts or

22  even service manuals when a third party is acting as

112

1    agent for its hospital customer.

2           In sum we believe the one key outcome of

3    this inquiry should be to address OEM practices that

4    restrict the abilities of third parties and in-house

5    departments from reasonable and affordable access to

6    the training and tools needed to safely and

7    effectively service and repair medical equipment.

8           Collaboration is key and market competition

9    is necessary to drive innovation cost reduction.

10          Another outcome should be consideration of

11   appropriate standards to address legitimate concerns.

12   TriMedx welcomes the opportunity to work with all

13   interested parties to develop appropriate training,

14   quality or certification standards that can serve as

15   industry guidelines.

16          We urge the FDA to assess the above-

17   mentioned issues and clarify the scope of the existing

18   body of applicable law.  We believe that to hold the

19   third party service provider accountable to the same

20   standards crafted for manufacturers would ignore how

21   the marketplace has evolved and the complex set of end

22   user regulatory requirements already in play.  Simply

113

1    adding further regulatory oversight or requirements

2    for utilization of OEM services will not improve

3    patient safety but it will increase costs and may

4    unintentionally reinforce anti-competitive positions a

5    number of OEMs have taken.

6         We recommend clear requirements on access to

7    service and parts and related materials so that

8    healthcare providers can meet the regulatory

9    requirements to which they are subject regardless of

10   whether service is provided by an in-house team or an

11   ISO.

12        Thank you for the opportunity to participate

13   in this important discussion.

14        CAPT. MITCHELL:  Thank you, Tim.

15        We will now hear from Katie Ambrogi,

16   Attorney Advisor Office of Policy Planning, U.S.

17   Federal Trade Commission.

18        MS. AMBROGI:  Thank you.  I have to give a

19   partial disclaimer today that I do not speak for the

20   Commission at large or any individual commissioner.

21   But my comments today do draw heavily on the work of

22   FTC staff and reflect staff's general approach to the

114

1    interplay between competition and regulation.

2         I appreciate the opportunity to speak on the

3    FDA's efforts to study the medical device industry and

4    healthcare community that repair medical devices

5    including all the other terms that we've heard here

6    today.  I may use some shorthand like presenters

7    before me.

8         The FDA should be commended for its work on

9    evaluating this important issue and for opening up

10   this dialogue to industry stakeholders.  At the outset

11   we would urge folks here to consider the significant

12   benefits to competition including price, access, and

13   quality as the agency continues to examine the need

14   for regulatory action and to narrowly tailor any

15   potential future regulations to those addressing well-

16   founded patient safety concerns.

17        Let me take a step back and provide a little

18   context for the FTC's interest here.  At the FTC we

19   were founded in part due to a belief that competition

20   is at the core of America's economy and vigorous

21   competition among sellers in an open marketplace gives

22   consumer the benefits of lower prices, higher quality

115

1    products and services, and increased innovation.

2         The FTC is charged under the FTC act with

3    preventing unfair methods of competition and unfair or

4    deceptive acts.  While the commission is primarily a

5    law enforcement agency it has long recognized that

6    competition may also be affected by the actions of

7    public entities including regulators and legislators.

8    Because of the importance of healthcare and

9    competition to the economy and to consumer welfare

10   competition in healthcare markets has long been a

11   focus of FTC advocacy, research and of course law

12   enforcement.

13        But each federal agency has a role to play

14   when assessing regulation and furthering competition

15   mission through its practices.  In fact, recognizing

16   the vital role of competition to U.S. consumers and

17   the economy in April 2016 President Obama issued an

18   Executive Order to increase competition.  That order

19   stated that promoting competitive markets must be a

20   shared priority across the federal government.  It

21   explained that executive departments and agencies can

22   contribute to that goal by competitive rulemaking and

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

116

1    regulations and by eliminating regulations that create

2    barriers or limit competition without corresponding

3    benefits to the American public.

4             Indeed these things are consistent with

5    long-standing FTC advocacy and outreach.  Through

6    written comments in agency to agency relationships we

7    have encouraged legislators, sector regulators and

8    other policy makers to integrate competition

9    principles into decision making processes so that law,

10   rules and policies incorporate competition principles

11   to advance the interest of consumers and citizens.

12            To that end we thank the FDA for hearing our

13   policy perspective today and respectfully suggest that

14   the FDA as it evaluates the need for potential

15   regulations incorporate the role of competition in its

16   analysis and avoid unneeded or unduly burdensome

17   impediments or barriers to competition that

18   importantly would not have countervailing benefits.

19            It may be helpful as these complex issues

20   are considered to evaluate the following framework.

21   First, what is the likely impact of any proposed

22   regulation?  Second, what specific and evidence based

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

117

1    justification exist for any regulation that may affect

2    competition?  Third, are there any alternatives to

3    broad proposals that would fulfill the important

4    public policy goals including patient health and

5    safety without restricting competition or unduly

6    burdening legitimate business activity?

7              I'll turn to each of these principles in

8    turn.  First the FDA may examine the benefit to

9    healthcare providers to having alternative providers

10   for servicing and repair of medical devices.

11   Hospitals today can face significant expenses across

12   the board including the expense of medical device

13   repair.  One study published on AdvaMed's website

14   estimates that spending on medical devices and in

15   vitro diagnostics was over $171 billion or 5.9% of the

16   total national health expenditures in 2013.  And the

17   Association for the Advancement of Medical

18   Instrumentation has conservatively estimated the

19   medical device service aftermarket at about $50

20   billion per year.  Third parties, that is either

21   independent service organizations or employed in-house

22   teams, today may serve as viable alternatives that

118

1    compete against OEMs to provide servicing, repair, and

2    refurbishment of medical devices and equipment to

3    customers.

4            Now certainly there are legitimate

5    competitive reason why a healthcare provider would

6    choose to purchase both medical devices and repair

7    services from an OEM including potential discounts

8    from receiving products and services together,

9    convenience or any specialized expertise that OEM may

10   have.  Indeed the ability to choose to contract with a

11   vertically integrated OEM can be considered a form of

12   competition in and of itself.

13           Nonetheless the public record also has

14   evidence of customers benefiting from in-house or ISO

15   providers competing against OEMs in the form of lower

16   prices, expanded offerings, quality, service, and

17   access.  For example one large public healthcare

18   system cited that its biomedical engineering program

19   which gives in-house support for medical technology

20   systems collectively saved the organization $3 million

21   in Fiscal Year 2015.  Another large health provider

22   stated in its public comment on the FDA docket that it

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

119

1  realizes significant savings through the use of a

2  large third-party medical repair company and the

3  savings it derives from the use of that third party

4  entity allows it to invest in improving its care

5  delivery model.

6         Yet another mid-sized healthcare systems

7  public comment likewise explained that unnecessarily

8  mandating medical devices and equipment to be repaired

9  or serviced by an OEM or third party outside of the

10 organization that owns the equipment does not best

11 serve patients, adds to the cost of care, and

12 increases unnecessary resources.  That evidence as

13 well as other comments in the record suggests that

14 some healthcare providers are benefiting from

15 meaningful competition from in-house service teams and

16 ISOs and that high quality third party repair groups

17 which employ knowledgeable and trained professionals

18 can offer providers significant savings and expand

19 access to these services.

20        Second on the issue of specific

21 justifications for any future potential regulation

22 folks may wish to continue to closely analyze the

120

1  available empirical evidence to determine the extent

2  to which health and safety problems are verifiable and

3  connected to OEM or non-OEM repair.

4          The FDA announced that it is evaluating the

5  issue of medical device service and repair in part

6  because some in the industry have expressed concerns

7  about quality safety and continued effectiveness of

8  medical devices subject to service by both OEMs and

9  third-parties.  And indeed the FDA's mission is to be

10 responsible for public health by assuring the safety,

11 efficacy, and security of medical devices as well as

12 drugs or other products.

13         Certainly patient health and safety is of

14 critical importance.  The FTC frequently grapples with

15 health and safety concerns raised in the context of

16 our anti-trust work and we often turn to independent

17 experts, clinical and economic, to ensure that we are

18 getting the analysis right.

19         Evidence of specific safety issues as well

20 as identifying the root cause of such issues will best

21 guide policy decisions.  To that end the FDA correctly

22 put the question to stakeholders; what evidence exists

121

1   regarding actual problems with the safety and/or

2   performance of devices?  We take note of the comments

3   in the public record and the statements here today

4   that data on faulty or flawed repairs are difficult to

5   collect and so may be unavailable for stakeholders and

6   the FDA to study.  And certainly several responders to

7   the public record submitted comments presenting

8   examples of certain medical devices that do not appear

9   to have been serviced correctly leading to concern on

10  the part of some stakeholders.

11          At the same time the public record also has

12  comments by organizations on whether medical device

13  repair has resulted in safety risks to patients.   For

14  example the ECII Institute which monitors medical

15  device problems and hazards and which has been talked

16  about by others this morning conducted database

17  searches spanning the last ten years and based on

18  those searches does not believe that a safety problem

19  exists for servicing, maintenance and repair of

20  medical devices by OEMs or third party organizations.

21  In addition the Joint Commission having conducted a

22  large scale hospital survey including such issues in

122

1  2012 said that it has no knowledge of any

2  statistically significant level of safety problems

3  resulting from the activities of any kind of

4  maintenance or service provider.

5         So we would urge that to the extent that

6  such information is available that stakeholders

7  continue to seek out and thoroughly study independent

8  sources of data and information to determine the

9  existence and degree of legitimate safety concerns

10  tied to servicing and repair of such devices.

11         Third if the FDA ultimately determines that

12  regulation is needed here we would encourage any

13  regulation to be narrowly tailored to remedy the

14  evidence based source of patient harm.  Such an effort

15  would examine exactly where and how the compromised

16  conduct occurs and work with stakeholders to construct

17  solutions designed to address that specific conduct.

18  For example in the public record some OEMs expressed

19  concern that they did not know whether an ISO had

20  worked on one of its devices and so did not know what

21  was done or when to change it from its original state.

22  If such behavior has indeed led to health and safety

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

123

1   risks one suggestion also made in the public comments

2   was that OEM devices repaired by a third party could

3   be labeled to indicate that the repair had been

4   performed.

5           Other suggestions offered that ISOs could be

6   made to notify customers that they are not an OEM

7   authorized service provider and they could be

8   prevented from using registered OEM trademarks that

9   may confuse or mislead.

10          Such provisions which focus on improving

11  communication and potentially giving more information

12  to the customer would be less restrictive alternatives

13  to broad prohibitions on ISOs or in-house groups

14  competing in the after-market.  And indeed the FTC

15  through our consumer protection arm has long worked to

16  ensure that any advertisement in any industry are

17  truthful and not misleading.

18          It is also worth considering as others have

19  mentioned whether there is existing governance in this

20  field and whether additional regulation would be

21  constructive.  To the extent that organizations are

22  already regulated or overseen in certain aspects of

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

124

1   medical device repair and servicing one may consider

2   whether additional regulation would add anything

3   additional to the mix.

4           The goal of narrowly tailoring regulations

5   is first to cure any legitimate harm while preserving

6   the benefits of competition.

7           In conclusion we once again appreciate the

8   opportunity to be heard on this issue and commend the

9   FDA for bringing together such a wide variety of

10  stakeholders.  We welcome future participation and

11  discussion and other organizations as this continues.

12          Thank you.

13          CAPT. MITCHELL:  Thank you, Katie.

14          We will now hear from Mary Logan, President

15  and CEO of the Association for the Advancement of

16  Medical Instrumentation, AAMI.

17          MS. LOGAN:  Thank you.  This is my last

18  public appearance today and tomorrow as AAMI's

19  President and CEO because I'm retiring at the end of

20  the year.  So I'm going to say something at the end of

21  my remarks but I want to start my remarks by doing

22  something really fun.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

125

1          I went to my first baseball game,

2    professional baseball game when I was nine at Wrigley

3    Field so that is what I am going to say, "GO CUBS".

4          [Laughter]

5          I think most people here know who AAMI is

6    but I wanted to put a slide in the record for anyone

7    who might not.  AAMI is an association, but we are not

8    a trade association, we really could be a charitable

9    organization, a 501(c) (3) because we don't do

10   lobbying or advocacy.

11         What makes people want to participate in

12   AAMI is that we are all about the technology.  Our

13   focus is on the technology itself and the whole

14   community of people who work with healthcare

15   technology.  Our members are all tech oriented.  So

16   sometimes nurses, sterile processing professionals,

17   physicians, other clinicians, healthcare technology

18   management professionals, technology folks who are in

19   the C-suite in healthcare delivery, medical device

20   manufacturers, distributors, parts companies, ISOs,

21   refurbishers, third party repair.  We have the gamut.

22   That makes this issue really interesting for us, also

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

1    very complex.

2         We normally don't submit comments to the

3    Federal Register for the many, many opportunities that

4    we could because we normally don't have anything to

5    say.  We might file a letter reminding people to

6    remember person safety is really paramount.

7         In this instance we wrote a very lengthy

8    comment because we thought that we had a unique

9    perspective of speaking to the whole industry, the

10   whole service industry rather than to any one of its

11   component parts.  So it is a lengthy document.

12        The survey that was mentioned earlier is

13   attached to that.  AAMI was asked by the Joint

14   Commission to perform that survey unrelated to this

15   particular docket item.

16        So our focus, our mission is advancing

17   safety in healthcare technology.  So it is all about

18   the safety and performance of the technology itself.

19        We are primarily known for standards

20   development and the next slide I'm going to show will

21   explain why we are primarily known for that.  We also

22   do a lot of education, training.  Our foundation has a

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

127

1   lot of focus on patient safety initiatives and we

2   address other technology oriented issues like

3   wireless, cyber security.  We are a convener and I

4   think we have become perhaps as well known as a

5   convener as a standards developer because to quote Pat

6   Baird from Philips we are known as Switzerland because

7   we don't advocate for anyone position or another.

8   We're a great place for people to come together to

9   develop consensus and to try to find common ground.

10          We also do a lot of publications and we have

11  staff here.  Our publication staff are here today, we

12  are always looking for ideas for new issues to write

13  about.  So if you have suggestions for that, please

14  let us know.

15          And personnel certifications; a lot of you

16  might not know that we are ANSI accredited as a

17  personnel certification organization for our BMet

18  certification.  So we have a certification program

19  that verifies the credentials of the biomedical

20  equipment technicians.

21          These are select examples of AAMI standards

22  in this space.  And tomorrow at the end of the day I'm

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

1 on a panel with five minutes to talk about standards.

2 So I'll do a little bit more about those but I wanted

3 everybody to see the overall scope of our standards

4 development program. And we have over 10,000

5 volunteers who help serve as the subject experts and

6 help write the standards.

7 There are a number of standards that apply

8 to service. So when I speak of service, repair, and

9 refurbishment I am using all of those definitions just

10 referring to the service industry in a very broad way.

11 As a result of this docket we have a brand new

12 committee that will have its first meeting in December

13 to develop definitions. It was really clear in

14 looking at the comments submitted and in the questions

15 that the FDA asked that there is a need for

16 standardized definitions. So we have approval from

17 ANSI to start a committee to develop the definitions.

18 So we hope that many of you will want to join and

19 participate in that activity.

20 We also have a new committee that is going

21 to be looking at a standard for acquisition of

22 technology. So I think you are going to see more and

129

1    more standards being developed on the service side as

2    opposed to on the manufacturing side.  Very strong and

3    many standards on the manufacturing side and the

4    industry side; not as many on the service side and

5    there is a great need for more which I'll say a little

6    bit more about tomorrow.

7              Interestingly electrical safety,

8    sterilization, industrial sterilization, quality

9    systems has been mentioned earlier, risk management,

10   cyber security, network risk management, and software

11   are all areas where AAMI standards could apply to

12   service.

13             This is the cover of the most recent issue

14   of our peer review publication BINT.  And it is about

15   this issue.  So it is a very jazzy cover and Sean

16   stand up for just a minute.  Sean Loughlin is VP of

17   communication at AAMI, if you don't have a copy of

18   this, if you are not an AAMI member or you missed it,

19   Sean has copies, you can see him at lunch and he'll be

20   happy to give you a copy.

21             The common thread of every single person who

22   participates in AAMI on this issue and every other is

130

1   I care about patient safety; that is what makes the

2   staff at AAMI inspired to come to work every day

3   because that is really what it is all about.  That is

4   the common ground.

5           There is a lot of other common ground though

6   with this issue in spite of the cover which is also

7   very true.  There is common ground that folks who work

8   on technology should be trained properly; that onsite

9   support has great value; that people should have the

10  right credentials and qualifications before they work

11  on equipment no matter who they work for; that

12  sourcing of parts is very important and access to

13  validated parts is real important; access to

14  information; access to the information that people

15  need to be able to assess what is going on with a

16  device, to be able to repair it, to be able to

17  troubleshoot it, and to be able to know if there is

18  actually something wrong with a device for purposes of

19  a full life cycle improving the design, updating a

20  design.

21          Whether or not the folks in this room and

22  folks who are listening out in the field would agree

131

1  with this you are all inextricably linked of that life

2  cycle of the device itself.  And the feedback of good

3  information among all of you is essential to patient

4  safety.

5          Process validation, I think everyone would

6  agree process validation is something that where there

7  is common ground.

8          There are differences of opinion about

9  whether there is a problem, whether there is evidence,

10  what the extent of the problem is, the cause of it,

11  and interestingly there is a pretty significant

12  difference of opinion about whether or not there

13  should be additional regulation.  Normally AAMI

14  members share a view that additional regulation is not

15  a good thing.  Folks like standards as an alternative

16  to regulation across the spectrum.

17          On this issue there is a divide and I think

18  this slide, it is going to be a little hard for you to

19  read the details but I think you can get the sense of

20  it.  This slide says it all to me.  So this is from a

21  Systems Engineering textbook from when Wil Vargas on

22  our staff went to engineering school and the title is

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

132

1    "Dream Airplanes" and its photos of the drawings are

2    of dream airplanes from the prospective of the

3    engineer and what group the engineer worked in.  So

4    you have the fuselage group, the controls group, the

5    hydraulics group, the service group, the wing group,

6    et cetera, et cetera.  And the airplane looks very

7    different depending on what group the engineer works

8    in.  I'm a big proponent of systems engineering and

9    systems thinking because unless you have everyone in

10   their full life cycle together in the room solving a

11   problem you are going to create an airplane that looks

12   like this.

13            And that sometimes happens with regulations

14   as well.  Sometimes when the FDA doesn't get the

15   perspective of all the stakeholders what they end up

16   with as a regulation might look like it came from the

17   loft group or the stress group or the power plant

18   group instead of an airplane that everyone has

19   imagined together.

20            So AAMI's primary role and the role that I

21   envision, easy for me to say because I'm a short timer

22   now, is building from the common ground.  Since I have

133

1   been at AAMI and before I came to AAMI there was a

2   consistent drum beat from healthcare delivery

3   organizations on the service side of the business that

4   AAMI needed to do something to help with the problem

5   of industry and service organizations not seeing eye-

6   to-eye on the supportability issues around medical

7   devices.

8           So we were crazy enough to have a forum last

9   year on supportability.  And this artwork you can find

10  on our website or if you see Patrick, where are you,

11  Patrick Bernat from my staff was the host of that

12  event if you want to learn more about it.  We had in

13  an artist map the discussions and map the common

14  ground.  This particular slide shows the "we believe

15  that" statements.  This one shows the building from

16  the common ground.  It was an event that was attended

17  by both industry and folks from healthcare delivery

18  all again with that common goal, that common interest

19  of advancing the safety of technology.

20          As a result we have now a supportability

21  task force and that supportability task force has two

22  immediate deliverables.  One to define and fill the

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

134

1    gaps in terminology.  The language used by service

2    organizations and manufacturers is very different.  So

3    one of the things they are working on is filling that

4    gap to have the common understanding of terms.  Their

5    other deliverable is to have a template for service

6    level agreements which should help industry and

7    healthcare delivery organizations.

8              I mentioned we have two new standards

9    committees that are starting up, they are both meeting

10   in December -- two new standards that will be

11   developed by our EQ committee.  One to work on the

12   definitions that are part of this docket.  So thank

13   you FDA for identifying that there was a need for

14   definitions.  We think our committee can define the

15   terms better than the regulators can.  Sorry FDA.

16   We'd like to see that done in a standard.  Another

17   committee on acquisitions.

18             We also think there is a lot more that AAMI

19   can do.  The cover story from the October issue of

20   BINT really laid out all the issues.  We need more

21   articles like that to identify where other areas where

22   we can find common ground as well as annual conference

# Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

135

1 sessions, webinars and whatever else any of you from

2 our community might suggest that we can do, please let

3 us know.

4        If you are interested in being a part of the

5 standards work, Amanda Benedict, her email address is

6 on this slide, would be the person to contact.  She

7 needs you, she welcomes you.

8        The supportability task force, Patrick is

9 here, you can speak with him at a break or send him an

10 email as well.

11        So I want to just take one moment of

12 personal privilege since this is my last public

13 meeting.  I'm retiring at the end of the year.  And

14 the search committee that has been working hard all

15 year has named my successor, Rob Jensen who is a

16 senior leader at MITRE, MITRE's health IT practice --

17 health IT business will be joining AAMI on November 14

18 and I hope that you all will be as wonderfully

19 supportive of Rob's success as you have been of mine.

20 It has been such a privilege to get to know all of

21 you, to serve you and to be in this space of convening

22 people to do their best work.  I am going to miss

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

136

1    that.

2              Thank you.

3              CAPT. MITCHELL: Thank you, Mary.

4              Just hold on for a few minutes.  In just a

5    few minutes we are going to go ahead and break.

6              Let me just first say thank you to all the

7    panelists.  It is clear from this first session that

8    it is really, really helpful to have everyone together

9    talking to understand the depth and breadth and

10   complexity of this issue.

11             Certainly we have differing opinions but as

12   many people have already identified there are some

13   commonalities.  I just want to highlight a couple.

14             One is the value of the ISOs, the importance

15   of collaboration and cooperation.  And finally that

16   each and every patient encounter should be both

17   successful and safe.

18             And lastly but not least is that decision

19   making should be based on data.

20             So with that I want to give you some

21   instructions for lunch and then because we are

22   convening early I'm going to ask that you all come

137

1  back at 12:30 instead of a 12:00 to 1:00 lunch.  So I

2  hope that is going to work for everyone.

3           With regard to lunch you've all pre-ordered

4  in different ways.  Some of you have paid and some of

5  you have not.  When you go outside you will find three

6  lines.  If you have exact change, $11.00 you are in

7  one line.  If you are going to use a charge card you

8  are in another line.  And if you don't have exact

9  change but you do have cash you are in another line.

10  And then if you've paid already, I didn't get told

11  about that one but I assume that there is another

12  line.

13           [Laughter]

14           Thank you very much for your attendance this

15  morning and we'll see you at 12:30.

16  LUNCH

17           CAPT. BOYD:  So welcome back to our

18  workshop.  My name is Sean Boyd.  I'm the Deputy

19  Director for Regulatory Affairs in CRH's Office of

20  Compliance.  And I'm just going to lay out an

21  introduction of what this afternoon's program holds.

22           But before we get to that we are going to

138

1   continue the discussion of lunch.  Tomorrow to avoid

2   some of the issues that we had today the vendor is

3   going to be available during the break this afternoon

4   to take preorders and payment for lunch tomorrow.  We

5   anticipate the break is going to be between 2:00 and

6   2:30 based on adjusting our schedule so if you would

7   like to preorder today you can go and do that this

8   afternoon.  They'll also arrive earlier tomorrow

9   morning by 7:00 a.m. so that you'll have an

10  opportunity to do that early tomorrow morning.

11          Moving on with our program; this afternoon

12  we have a panel on the benefits and risks associated

13  with refurbishing, rebuilding, remarketing,

14  remanufacturing, and servicing activities.  The panel

15  session will have presentations from each of the three

16  stakeholder groups represented that include

17  manufacturers, service providers and hospital end

18  users and engineers.  Each group is going to present

19  their viewpoints regarding the benefits and risk

20  surrounding these activities with medical devices.

21          And following their presentations the floor

22  will be open to questions and you may address the

139

1    panel as a whole or individual speakers on the panel.

2           Following the panel again we are going to

3    have a short break and continue with presentations by

4    workshop participants.  Due to the overwhelming

5    interest in this workshop and in speaking during the

6    event we've pre-scheduled several speakers for the

7    session and with time permitting the floor may open to

8    the audience as well.  Each presenter that has been

9    allocated time will have five minutes this afternoon

10   to make their remarks.

11          So thank you again for being here.

12          And with that I'm going to allow Pam Scott

13   to moderate this session.

14          MS. SCOTT:  Good afternoon.  Again thank you

15   all for attending this important workshop.  So we are

16   going to get right into our next session, Panel Number

17   1.  And at this time what I'm going to do is I'm going

18   to introduce our panelists.  And I hope that I

19   pronounce all my names correctly.  If I don't please

20   feel free to correct me.

21          And I'm going to give just a bit of an

22   overview, just a quick snapshot of the bio of the

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

140

1    wonderful expertise and knowledge that we have as a

2    part of our first panel this afternoon.

3              We have Mr. Pat Baird.  He is the head of

4    Global Software Standards with Philips.  Mr. Baird has

5    extensive background in risk management and chaired

6    international conferences on medical device risk

7    management in 2011 and 2012.  He has chaired and

8    served as a member on numerous technical committees

9    focused on medical device safety.  He also serves as

10   an adjunct instructor for topics such as insurance

11   cases, risk management, human factors, and software

12   validations.

13             Next on our panel we have Mr. Mark Leahey.

14   He is the President and CEO for the Medical Device

15   Manufacturers Association.  Again this is the national

16   trade association that represents medical technology

17   companies.  His current responsibilities include

18   advocating on behalf of the entrepreneurial sector of

19   the medical device industry to Congress as well as

20   federal and state agencies.  Mr. Leahey has a

21   background and experience in both law and business.

22             We have Ms. Kanchana Iyer; did I get it

141

1  right?  Almost, close.  Kanchana I believe that is

2  better Iyer.  She is a Senior Regulatory Affair

3  Specialist at PENTAX Medical and Endoscopic Imaging

4  Company.  She is a biomedical engineer with background

5  in biomaterials, computational modeling and tissue

6  engineering.  She formerly served at FDA as a lead

7  reviewer within our Office of Device Evaluation as

8  well as a Regulatory Communications Project Manager in

9  the Office of Communication and Education.

10          We also have on our panel Mr. Hans Beinke.

11  He is the Vice President of U.S. Quality and

12  Technology with Siemens Health Care.  He has been in

13  the pharmaceutical and medical device industries for

14  nearly 40 years.  He has extensive background in

15  pharmaceutical development, clinical trials, medical

16  device, environmental health and safety, quality,

17  regulatory and clinical affairs.

18          We also have Mr. Scot Mackeil.  He is a

19  Senior Anesthesia Biomed at the Massachusetts General

20  Hospital in Boston, Massachusetts.  Mr. Mackeil

21  obtained his CBET certification in 1994 and is

22  currently responsible for providing technical support

142

1    to staff in the Departments of Anesthesia, Surgery and

2    Perioperative medicine in direct support of patient

3    care activities.  He also performs preventative

4    maintenance and repair on medical equipment and

5    systems throughout the OR and anesthetizing locations

6    around the hospital campus.

7           We have Mr. Mark Bruley who is a Biomedical

8    Engineer and Vice President for Accident and Forensic

9    Investigations at ECRI Institute.  Since 1982 he has

10   been responsible for ECRI's accident and forensic

11   investigation program.  He has published extensively

12   and lectured on medical device accident and

13   investigation, health care and medical device problem

14   reporting programs and a wide variety of patient

15   safety topics.

16          We also have on our panel this afternoon Dr.

17   Robin Hemphill.  She serves as the acting Assistant

18   Deputy Under Secretary for Health for Quality, Safety

19   & Value at the VA National Center for Patient Safety.

20   Dr. Hemphill has extensive experience in emergency

21   medicine, disaster preparedness and healthcare

22   quality.  She currently focuses her efforts on

143

1  aligning the VA's quality, safety and value offices as

2  well as developing a strategic plan to build process

3  improvement on top of a foundation of patient safety.

4  　　　　We have Ms. Wanda Legate.  She is a partner

5  and serves as the Vice President of Sales and

6  Marketing at Tri Imaging Solutions.  She has over 20

7  years of experience in the diagnostic imaging industry

8  both with an OEM as well as independent providers.

9  Throughout her career Ms. Legate has held various

10  management positions with a focus on customer service,

11  sales and creating a market presence.

12  　　　　We have Mr. David Anbari.  He is Vice

13  President and General Manager for National Sales and

14  Operations at Mobile Instrument Service and Repair.

15  Mr. Anbari leads a team of field service and repair

16  engineers and technicians in the delivery of services

17  to healthcare facilities nationwide.  He blends a

18  respect for the technical elements of the central

19  sterile environment as well as the materials

20  management, biomed and operating room environments

21  with over 24 years of business focus operations

22  management expertise.

144

1          And we have Mr. Rob Moorey who serves as

2     Division Vice President for TriMedx, LLC, a service

3     organization in healthcare.  He leads the East Coast

4     or the East Central Division and he has over 20 years

5     of experience leading operations for industry,

6     spearheading many initiatives that have delivered

7     sustainable programs and serving on international

8     medical mission efforts and consulting to Catholic

9     Health Care in Haiti on the structure of their

10    national service organization.

11         This concludes the introduction of all of

12    our panel members.  And at this time I am going to

13    hand it over to Mr. Baird to begin our discussion with

14    the first presentation.

15    PANEL 1 PANELISTS:

16    BENEFITS AND RISKS ASSOCIATED WITH REFURBISHING,

17    RECONDITIONING, REBUILDING, REMARKETING,

18    REMANUFACTURING, AND SERVICING ACTIVITIES

19         MR. BAIRD:  Great.  Thank you.

20         Okay.  So first of all I'd like to just sort

21    of thank the other members of this panel for helping

22    me put together this presentation to begin with.  We

# Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

145

1    had a couple of iterations clarifying some things.

2            And then I also wanted to mention that my

3    wife is a technical writer and occasionally I will

4    pick not quite the right word and she'll correct me

5    immediately and I know that while some of these

6    definitions for manufacturing, refurbishment, et

7    cetera, they are not finalized.  I'm sure sometime

8    during my presentation I'm going to use a little

9    different word than what it needs to be in the end.

10   And so I'm trying to get across to you the intent of

11   what we're trying to do even if sometimes I pick just

12   the wrong word by a little bit.

13           And really we are focusing on the big

14   picture risks.  Of course there is going to be some

15   difference in risk say from a servicing activity than

16   a remanufacturing, remarketing activity.  The main

17   focus is on some of the key drivers beneath that.

18           So I always like to start with some take

19   aways, just to say this is what I'm going to be

20   talking about.  To me this is a patient safety issue.

21   My background is in risk management and patient

22   safety.  My background is in making customers as happy

146

1   as possible in a safe and effective way.  This is a

2   patient safety issue.  That is why I'm participating

3   here.

4           Another thing that has been touched on

5   briefly but I want to go a little bit deeper is what

6   I'm calling the invisibility factor.  I should have

7   actually called it invisibility factors because there

8   are many ways in which things aren't obvious and that

9   is driving certain behaviors and that is driving

10  certain conclusions.  So I'll talk about that in a

11  little bit.

12          I also wanted to mention that when I walked

13  in the doors today I thought that I was at a AAMI

14  conference because Mary Logan was talking in the

15  morning and I recognized about a half dozen HTM

16  (health technology management) professionals from

17  this.  So it is like, oh, yes, these are people that I

18  already know and I want to be clear on this is that

19  lots of service providers are doing the right things

20  and have good controls in place.  There are other

21  service providers that don't appear to have some of

22  these capabilities.  And as a manufacturer I know that

1    the service activities that are done by any

2    manufacturer aren't 100% perfect all of the time.

3    Completely taken and understand that.  One think that

4    I like on the manufacturing side though is that we

5    have non-conformances and CAPAs and things to detect

6    problems as quickly as we can and act on them and put

7    the things in place.  This is one thing that I

8    actually like about quality management systems is that

9    continuous improvement and including those things.

10            Also wanted to mention as part of the take

11   aways from this is the documentation and the reporting

12   of things back to the OEMs.  I'll go a little deeper

13   on another slide about this.  But this is one of those

14   things where having a holistic picture of the health

15   of individual product and how well is it performing is

16   being skewed, is being clouded by not having all of

17   the information that we could have.  That of course

18   could lead to more safety and performance issues.

19            So I do want to talk about the benefits of

20   sort of good servicing practices.  Obviously devices

21   will last longer, right, if they are serviced and

22   maintained appropriately.  Not only do they last

148

1  longer but there is a longer mean time between

2  failures, right, so it doesn't have to go back in the

3  shop so often.

4         Competition; there was some discussion about

5  competition.  When I talk to other manufacturers we're

6  all for competition on these things.  That is how our

7  economy works.  I was talking to a small company a few

8  months ago and they had brought up the broader

9  geographic coverage and this was a small manufacturer

10  who is very happy to be a small manufacturer.  And

11  they had a good product, they wanted to take and

12  expand into other regions but they don't have the

13  infrastructure to set up the service depots; they

14  don't have those things.  So as we are having these

15  discussions they are like make it clear I am relying

16  on ISOs to support my business model.  This allows me

17  to go into new areas that I wouldn't be able to get to

18  otherwise.  I love this stuff.

19         And then also back to that we have a cloudy

20  picture of what's going on but the OEMs have

21  responsibility to take action when we see an uptick in

22  certain kinds of complaints, certain kinds of

149

1    failures, et cetera.  And when we have all of that

2    information back in our hands we get a much fuller

3    picture of the health of the device and where we need

4    to work on things.

5            So again this is a patient safety issue.  I

6    view the world as patient safety.  Regulations exist

7    because if you have untrained personnel, you have

8    uncalibrated test equipment, you are buying parts from

9    unapproved supplier; there is a risk there.  And to me

10   that risk is the same no matter who the person is

11   doing this.  And so if regulation is important for

12   safe and effective products shouldn't it apply to

13   everyone that is doing those types of activities.

14           So going just a little bit deeper into risk,

15   again this is about patient safety, it is about

16   product performance.  If the device isn't performing

17   as it should, well then healthcare professionals can't

18   do their jobs.  The device isn't meeting all of its

19   specs and the patient is the person in the crosshairs

20   when it comes to safe and effective matters.

21           I've been on some of my own devices in my

22   past life.  I've been on some competitor's devices.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

150

1    And I shouldn't have to worry about whether or not

2    there is an equivalent level of safety depending on

3    who it is that last touched that device.

4           Additionally talking about sort of that

5    documentation on the manufacturing side we keep track

6    of all the changes made to an individual device.  We

7    know the service history for all of these things.  And

8    if some things happen that we don't know about next

9    time it comes back to our shop we might end up doing

10    the wrong thing.  If parts get swapped out back and

11    forth between different devices there is a certain

12    traceability.  On many designs it doesn't matter.  On

13    some designs, on some situations it really matters

14    that this subassembly only works with this version of

15    that subassembly.

16           Additionally if we can't trace those

17    products, if we do have a field issue, if we do need

18    to take and communicate to all of our customers some

19    people are going to get missed because we have

20    incomplete records about some of those devices, about

21    where those devices have been.

22           Some of the contributing factors to these

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

151

1  things really comes down to the complexity of these

2  medical devices.  Things are a lot more complex than

3  they used to be.  And so there is that extra level of

4  training, that extra level of understanding that you

5  need to do.  Some of this complexity comes in just the

6  components themselves.  Sometimes the components are

7  very unique or made of special materials.  You can't

8  just reverse engineer something.  I have used the

9  example in the past of there is a part that looks

10  relatively innocuous but there are some features on it

11  that as a manufacturer I control to within a couple of

12  thousandths of an inch.  If someone else has reverse

13  engineered this part think that they've made a

14  comparable part but don't know one particular

15  dimension is really, really critical well then they

16  are going to miss some of the safety features; they're

17  going to miss some of the aspect of that design.

18          Also some specialized knowledge depending on

19  the type of the device.  Obviously equipment that

20  emits radiation, things with big magnets, there is

21  extra physics involved with some of these things.

22  Even for something as straight forward as an infusion

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

152

1  pump, there are some interface things between how the

2  sensors interact with the tubing and that is not

3  necessarily common knowledge.  You might think you

4  know how this thing works but there is actually

5  another level of understanding that needs to happen.

6          And I also wanted to mention, highlight this

7  last point particularly with the rise of hospital

8  acquired infections cleaning agents, disinfecting

9  agents have changed over time.  The type of material

10  selection that goes into some of these devices, some

11  of these components can be really, really important.

12  And just because the thing is the right shape and has

13  the right couple thousandths of an inch as I was

14  mentioning before and fits right in doesn't mean that

15  it is actually going to hold up in this clinical

16  environment with some of the chemicals that are out

17  there.

18          I happen to be extremely sensitive to this

19  topic of HAIs [Healthcare Associated Infections], I'm

20  just admitting my bias, because I lost my mother to

21  one.  And so I'm trying to be really, really careful

22  when it comes to how do we make things as robust as we

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

153

1    can for the current healthcare environment.  And if

2    you don't know those material factors that is going to

3    be a problem.

4            So I talked about invisibility before and we

5    did have some discussion, well, there was an abundance

6    of discussion earlier through multiple speakers on

7    this issue doesn't really show up in the complaints,

8    this issues doesn't show up in the MAUDE database.

9    And so there is some discussion about whether or not

10   things are being reported, there is underreported, et

11   cetera.  I know from my life of two incidences that

12   were filed as MDRs happened I believe within 12 months

13   of each other where medical intervention was required

14   to prevent catastrophic outcomes to two different

15   patients.  So I think that we should take a really

16   hard look at whatever data sources that we are using

17   and making sure that we do know the extent of the

18   problem.

19           I also think that there is a challenge on

20   how do I tag this inside of MDRs so that someone that

21   is trying to do data mining later knows what to look

22   for and the key word that my department is using is

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

154

1  that the same or different than the key word that my

2  competitor is using.  And so maybe something that we

3  can take and talk about is is there a common taxonomy

4  that we should take and use to identify some of these

5  items so that we can truly see how big of an issue it

6  is.

7         Another part of the invisibility it is not

8  just about the underreporting as it were but it is

9  also when performing some of these repairs and

10  performance of these process steps if -- you can take

11  a look at the processes say I don't see the value in

12  this, I'm going to save time, I'm going to skip this

13  step.  Sometimes I completely understand you don't

14  understand why you need to do something so I'm under

15  time pressure, let me skip that thing.  Let me go buy

16  a cheaper part from some other supplier because it

17  looks the same, I measured it, they are the same

18  dimensions.  And there are subtle things in there that

19  aren't visible to the person performing the service

20  that actually end up being rather significant.

21         There are changes to the design over time.

22  And there are some configuration management issues

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

155

1    which OEMs have to take and deal with those headaches

2    all of the time but that's part of our job is managing

3    those configurations and knowing that this part really

4    is just compatible with this version of that other

5    part.

6            And then finally for the invisibility

7    factors sometimes when there is an error in servicing

8    and it's the OEMs or ISOs or whomever the error might

9    not get detected right away.  It might be not until

10   months later that the thing manifests itself.  My

11   examples about the disinfecting agents; it takes time

12   for those chemical to take and attack the plastics and

13   make the plastic brittle and then suddenly you see a

14   spike in the number of complaints related to broken

15   things.  It could take a while for the effects to

16   accumulate or it could be that this one particular

17   feature is put in for a certain situation.  That is

18   not a situation you run into everyday in the hospital.

19   But it is part of the bounds of how the device

20   performs.  I'm thinking hot days, humid days, heat and

21   transport kind of uses where the device just sitting

22   there might perform perfectly but because of some of

156

1  these configurations issues, because of some of these

2  other errors, you don't really notice that something

3  bad has happened until you are in that situation.

4         And then it was mentioned before I wanted to

5  mention again is that Image RA actually has a nice

6  guidance document on running the HTM departments.  I

7  did a quick check last night sort of bouncing what I

8  would think would be in the QSRs that are appropriate

9  for servicing of devices against what this guidance

10  document says.  And about 80% of what I think the QSRS

11  for good servicing would be are including in this

12  already.  And so I thought it was very interesting

13  that across the pond they sort of have these things in

14  place.

15         And thank you very much.

16         MS. SCOTT:  I failed to mention that of our

17  panelists Pat actually represented the OEMs.

18         Now I believe for the hospital end users and

19  engineers I believe some of you were going to split

20  that up in terms of the presentation.  So do we want

21  to start with, so we have 15 minutes for that whole

22  segment so you all probably would have about five

157

1  minutes each.  So Mark do you want to start -- note

2  Mark Bruley, Mark Bruley do you want to start out that

3  segment or we can have Scot Mackeil or Robin or Dr.

4  Hemphill?  Well, let's start with Dr. Hemphill.  It

5  seems like you may be ready.

6         DR. HEMPHILL:  All right.  You can see we

7  really organized on this one.

8         Just a couple of thoughts and this is from

9  the section for the hospital end user and engineers.

10  So as you can imagine from a VA perspective I would

11  try and speak to really sort of a high level of issue

12  and how we try to think about these and very much how

13  we're trying to learn as new technologies come in.  So

14  you know VA is a large integrated healthcare system

15  and we are trying to serve upwards of nine million

16  lives in that system.  So it is a broad portfolio in

17  technology that is being brought into the system and a

18  very skilled set of health technology managers,

19  biomedical engineers that we try to train effectively,

20  maintain their skill sets and then help them do their

21  jobs.  And when we think about technologies we view

22  them very much as a continuum of activity.  So we are

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

158

1    really trying to think all the way from how is the

2    manufacturing thinking, designing, testing their own

3    systems.  So it goes from that design and build into

4    use life cycle management and ultimately you might say

5    age out, so to retirement.

6            Now when we think about retirement we think

7    of them in terms of old stuff that certainly might be

8    perfectly appropriate for people to reuse, refurbish.

9    And then things that we'd be concerned about and we

10   always wonder if something is a really design flaw, a

11   bad design flaw how do we ensure that that doesn't

12   really ever get into a reusable market.  And again we

13   feel sometimes there is not always good eyes on that

14   to really track those through time and effort to say

15   this is something we wouldn't want to use.  And we see

16   examples of this so I often bring it into your real

17   life.  If there is a problem with a phone that has an

18   exploding battery and you can't figure out how to fix

19   that I think most of us probably don't want a

20   refurbished one of those at this point.  So again,

21   this same kind of thinking.

22           Now from our perspective in the VA we're

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

159

1  very much trying to imagine life cycle management of

2  amazingly robust and complex technologies.  And we

3  understand that many of the manufacturers they test

4  these in the environment as they know it and

5  understand it but it is almost impossible for somebody

6  to think of all the ways once we bring it into a

7  myriad of hospital systems that that device is going

8  to interact with the environments that are now facing

9  it.  So I kind of call that the complexity of bringing

10  these devices in here.

11         We feel that the biomedical engineering

12  community along with clinicians are going to be an

13  amazing set of eyes and ears to tell you how those

14  things are engaging and interfacing with systems in

15  unexpected ways as well as expected ways.  So in many

16  instances we do have an expectation that the

17  manufacturers are going to bring in devices and they

18  will be the people who will put those into our

19  systems.  But we also have seen instances where the

20  manufacturers themselves have not always put them in

21  correctly despite their own people or their own

22  contractors.  And really our own biomedical engineers

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

160

1    are the ones who were able to find that and really do

2    the deep root causes which then inform our own

3    systems.

4            So that again is very much, it is a high

5    level view I know but it is the sense of how we're

6    trying to think of these things and learn from them.

7            I'm going to end just very quickly with the

8    sense of from our perspective transparency is critical

9    for us both in what the manufacturers believe their

10   designs are, our ability to learn from what they think

11   is imperative for how their systems work.  We then can

12   look and say how is this applying, is it working as

13   you expected, that key question that we often don't

14   ask.

15           And then we want to report systems back up

16   and we think it is imperative to create better

17   reporting systems across that continuum and life cycle

18   so that we learn from refurbishing, we learn from what

19   doctors are seeing.  I still worry that when we say

20   we're not seeing enough examples of how equipment

21   fails either as it comes into the system new or how it

22   gets brought back in once it has been fixed,

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

161

1  refurbished, reused, is more a lack of awareness and

2  thinking about this device isn't working as it is

3  supposed to rather than a lack of problems with the

4  devices themselves.

5         Again from the clinician's perspective I was

6  never really taught to think this way about is this

7  device working as expected.  And so as an ER doctor if

8  you give us an ultrasound we'll break it in a day

9  because we are like a bunch of children but if it

10  breaks early is that because I misused it, I

11  miscleaned it or is there really a problem within the

12  device itself.  I wasn't taught to think that way and

13  we are very much trying to redo our thinking to say

14  the simple question in a complex world is this device

15  working as anticipated, as designed, as we thought it

16  would.  And if not how do we get the wealth of

17  experience internally and externally reporting it

18  through systems which I think transparency is critical

19  to make it work better.

20         And I'll stop there.

21         MR. BRULEY:  Hi, I'm Mark Bruley with ECRI

22  Institute.  I'll give a few perspectives before we get

# Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

162

1   another set of thoughts from Scot Mackeil from the

2   clinical, the setting itself and the Biomed programs.

3           In regard to adverse events, accidents,

4   injuries and deaths with medical devices based on the

5   work I've been reading and doing over the decades

6   about 80% of the adverse events are caused by you name

7   it whether it is user error, use error, or what I call

8   the technique of use and as opposed to issues related

9   to servicing, maintenance, refurbishing and so forth.

10          One of the things that Dr. Hemphill and Pat

11  Baird just mentioned was about consistency in

12  reporting and getting better data and information.  It

13  may have been forgotten but about eight years ago AAMI

14  had a committee on establishing a uniform taxonomy for

15  labeling the types of repairs that were needed for

16  medical devices.  I was on that committee.  And

17  perhaps that could be reinvigorated if another AAMI

18  committee wants to take a look at that again. And it

19  was developed in collaboration with some of the FDA

20  staff that are in CDRH.

21          The inspection and preventative maintenance

22  of medical devices has been interesting in its

163

1  development over the years.  One of the things that I

2  think has really advanced the safety of medical

3  technology in the clinical setting has been the

4  education and certification of biomedical engineering

5  equipment technicians by AAMI over the last 20 years

6  or more.  We now have I forget how many thousands of

7  certified biomedical engineering or equipment

8  technicians in a variety of subfields including

9  clinical lab and I think there is radiation as well.

10 And those certifications and that education has gone a

11 long way to I think prevent adverse events that may

12 have been caused by inappropriate service in the

13 clinical setting itself.

14          One other thing to consider when you are

15 looking at a medical device and its failure as Dr.

16 Hemphill had suggested in being able to destroy an

17 ultrasound probe within a day when we investigate an

18 adverse event we consider four basic interfaces

19 between the device in question and the rest of the

20 world.  We consider the interface between the user and

21 the device where the device this is mainly for capital

22 equipment but it can also be applied to the single use

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

164

1    disposables, the interface between the device and the

2    user where the user programs it or applies it to the

3    patient for monitoring care or therapy and in many

4    cases the device provides information back to the user

5    concerning the patient's status or other diagnostic

6    information.  There is then the link between the

7    product itself and the patient which is a variable

8    biological system.  The device provides diagnosis of

9    therapy and treatment, sometimes the patient provides

10   information on biophysical signals back to the device.

11   But then with the exception of a tongue depressor can

12   you think of a single medical device adverse event

13   that involves a single stand alone medical device.

14   What about a Pulse Oximeter?  You have the piece of

15   capital equipment, you have connecting cable which

16   could be made by a third party, you have the probe,

17   those are three devices from three potentially

18   different manufacturers.  A critical care ventilator

19   with the heater humidifier, the ventilator, the trach

20   tube and then the big piece of capital equipment.

21   Virtually all medical devices used in the clinical

22   setting are connected to some other medical device.

165

1    And the cause of the adverse event has to consider

2    whether it was, in fact, the accessory device from a

3    different vendor that caused the adverse event.

4            And the fourth interface aside from the

5    user, the patient, the accessory devices is the

6    hospital setting itself which frequently provides

7    unique power, water, treated water, and sometimes

8    unique reprocessing and sterilization conditions for

9    that product.  If you take the medical device out of

10   that system of four interfaces and simply test it in

11   most cases in our experience it checks out fine and

12   works according to specifications.  So when we analyze

13   problem reports that come in to ECRI Institute or that

14   we look at in various databases we consider those four

15   interfaces when trying to assess what bucket that

16   report may go into in regard to a generic range of

17   causes.

18           So I'll stop there.  I do want to touch base

19   with the AAMI people later about the work that was

20   done eight years ago related to the taxonomy.  And

21   please see me afterwards.  And if you don't have the

22   information, this predates Mary's coming at AAMI.  I

166

1    can get it to you.

2          Scot?

3          MR. MACKEIL:  Okay.  Thank you.  I'm a

4    little out of my element here because we are not

5    wearing hats, masks, and blue pajamas today.  But as a

6    Biomed in a thousand bed academic medical center I'm

7    taking care of 66 to 70 something ORs depending on the

8    state of closures, renovations.  And I carry what is

9    called the BAT phone, the Biomedical Assistance

10   Telephone.  And I am responding to the needs of

11   caregivers immediately in real time.  We have a team

12   of biomeds that I can call over a voice IP(Internet

13   Protocol) device and a kit will arrive in the room and

14   the doctor, nurse, anesthesiologist will be looking at

15   us for an immediate solution.

16          One of the most important tools that we can

17   have is the knowledge of these devices.  We really,

18   really need complete comprehensive service manuals

19   because that's how we develop the knowledge that we

20   have to apply to the context of the problem and meet

21   the needs of the caregivers immediately.

22          We like to have a ready source of parts

167

1  available for immediate use.  For example I carry in a

2  pouch on my belt the flow centers for the Apollo

3  anesthesia machine and we'll actually if they have a

4  flow sensor issue and the screen is grayed out and

5  they are not getting gas values the anesthesiologists

6  get really antsy.  So I can do that gas sensor, flow

7  sensor exchange in less than 30 seconds.  And that is

8  very important because what I do for the

9  anesthesiologist and the anesthesia machines is an

10  example of what I would call the best practice in our

11  industry.  I have full training from Drager.  I have a

12  full set of tools.  I have all the parts that I need.

13  I have a laptop loaded with diagnostic software.  And

14  working on these anesthesia machines is a natural as

15  breathing, pardon the pun.

16          But in another scenario certain other pieces

17  of equipment, you know energy device X, the

18  manufacturer absolutely will not share their service

19  manual with me.  I can't get into the service mode and

20  when I'm called to the room I said well maybe we can

21  reboot it, maybe it will power up and start and work

22  correctly.  But that is not the service model that I

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

168

1    like to provide to our caregivers.

2          So to me empowering -- being a biomed here

3    and asking our industry to empower us to provide care

4    for our caregivers and their patients is the most

5    important job that I can be doing because when I walk

6    into the operating room to provide assistance to the

7    doctors and nurses in support of their providing

8    patient care I'm standing there with them and standing

9    behind me are all of you.  So I really need you all on

10   my team helping me and all the other biomeds like me

11   to do what we do.

12         And that is the most important benefit that

13   I could give the FDA and all of you today because by

14   helping me and my coworkers provide our services to

15   doctors and nurses and their patients we reduce the

16   risk to our patients that need our services.

17         So with that I will hand it back over to the

18   next speaker.

19         MS. SCOTT:  Okay.  Wonderful.  So now we

20   will move on to our representatives from ISOs and I'm

21   going to ask maybe Ms. Legate if you'd like to start

22   out and then we will move -- oh, we are going to start

169

1    out with Mr. Anbari.  Excellent.

2             MR. ANBARI:  No slides that is the good

3    news.  Real briefly I'll try to get us caught up a

4    little bit.  The Independent Service Organizations

5    that are represented on this panel are showing up on

6    the screen.  They include myself, Wanda and Rob.

7    We've collaborated in advance of the meeting to try

8    and come up with a consensus view from our perspective

9    as Independent Service Organizations on how we look at

10   the risks and the benefits.

11            And I think as we've already established

12   through a variety of the stakeholder presentations and

13   the discussion here clearly nothing is more paramount

14   than the patient safety and positive outcomes from

15   their healthcare experience.

16            The devices have to be safe and they have to

17   yield positive outcomes.  And I think the reality of

18   healthcare is that there are risks inherent every time

19   a device is invented, every time it gets used, every

20   time it gets services, every time it gets reprocessed.

21   And those risks are fundamentally the same risks

22   whether an Independent Service Organization is working

170

1    with a device or whether a manufacturer is.

2            There is ample anecdotal evidence that we've

3    talked about previously.  There's obviously some good

4    data to support the fact that ISOs and OEMs do an

5    equally good job at performing servicing events.

6            I recognize there is also some question

7    about whether there is underreporting that takes place

8    but the evidence in the data that exists today

9    certainly supports the fact that we do a pretty good

10   job as it stands today both manufacturers and

11   Independent Service Organizations.  And in large part

12   that is due to the protocols that exist in a hospital

13   requiring self testing and testing of devices prior to

14   their use along with the quality systems and the

15   regulatory frame work that sits on the top of our

16   industries today.

17           In terms of the benefits a robust

18   competitive marketplace helps manage costs and I know

19   there has been discussion earlier today about the fact

20   that perhaps costs don't belong in this part of the

21   conversation.  And perhaps reprocessing activities

22   don't belong in this conversation, certainly not for

171

1   single use devices but for multiple use devices.  And

2   I think the challenge that we all face as an industry

3   is balancing the fact that you can't just look at

4   risk.  You have to look at the benefits and you have

5   to look at the overall system that these devices exist

6   within.  So to suggest that cost is irrelevant when it

7   is fundamental to as a benefit of these third-party

8   activities in driving preventative maintenance and in

9   creating the funding so that there can be local

10  responsive service is really to not look at the issue

11  in its entirety.

12          Preventative maintenance does save lives.

13  Deficient equipment is detected and it can be

14  addressed before it causes harm to a patient.  And

15  that competitive marketplace that we operate in is

16  what allows Independent Service Organizations to

17  provide more than just the repair and maintenance

18  services that they provide but to really help coach

19  end users, clinical engineers, and clinicians alike on

20  how they can most effectively avoid damage to

21  equipment and keep it in top working order.

22          That convenience factor of local service

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

172

1   representatives can't be understated, not just from

2   the perspective of what my company does, but from the

3   perspective of imaging solution providers, from the

4   perspective of clinical engineering organizations both

5   in-house and out sourced organizations; local presence

6   matters and helps improve safety.

7           So taking an aggregate we look at it like

8   this.  We think the evidence is less than convincing;

9   we think that there is clear evidence of the benefits

10  that Independent Service Organizations provide to the

11  healthcare system and to clinicians and that that

12  robust marketplace really manages itself and maintains

13  itself and drives out poor performers.

14          As has been stated previously and in a

15  number of presentations we think the key really does

16  lie in cooperation and in guiding the market as

17  opposed to regulating it or overseeing it with a heavy

18  hand.  By promoting cooperation we think that we can

19  do better than where things are today which is in a

20  pretty good place.

21          The unintended consequences of regulation or

22  oversight that is applied improperly or without

173

1    thorough thought put too much at risk for the benefit

2    that we believe exists based on the evidence.

3           And that really is the sort of consensus

4    view of the Independent Service Organizations.

5           Back to the moderator's table.

6           MS. SCOTT:  Okay.  Excellent.

7           So with that I'm going to hand it over to

8    the audience to ask if there are any specific

9    questions for our panelists at this time.  Any

10   questions from the audience?

11          If you have questions please feel free to

12   come to the microphones in the middle aisles.

13   Q&A

14          MS. FEDERICI:  Hi, Tara Federici with

15   AdvaMed.  I heard Dr. Maisel state at the beginning of

16   the workshop that reprocessing of reusable devices is

17   outside the scope but Mr. Anbari brought in the idea

18   of single use reprocessing of single use devices.  And

19   I would just point out that FDA agreed to add to the

20   MedWatch form a checkbox so that we could capture data

21   related to problems with reprocessing of single use

22   devices.  So that might be an option that we should be

174

1    thinking about in this particular instance.

2            I also have a question for Mark Bruley.  You

3    cited today, your report, your analysis of adverse

4    events has been cited and I'm just curious if you can

5    explain the methodology of the report and then whether

6    you looked at adverse events reported by OEMs,

7    facilities and third parties?

8            MR. BRULEY:  Sure.  That was part of my five

9    minutes for later but I'll be happy to address some of

10   it now.  We looked at -- all of our strategies for

11   doing the analysis is contained in our submitted

12   comments if those have been read.  It says all the

13   text string and search terms that we use and we looked

14   at the MAUDE database using ECRI Institute's search

15   engine that we put on the MAUDE database.  Considering

16   the size of that database it is very difficult to use

17   the FDA's online system for looking at large text

18   strings and then downloading the hits because you are

19   limited to 500 hits per search.

20           We looked at the health devices, alerts,

21   tracker database which covers recalls for medical

22   devices and potential reasons for them.  We looked at

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

175

1    the National Library of Medicine PubMed database.  And

2    we looked at ECRI Institute's confidential contracted

3    investigations that we've been performing.  But we did

4    limit all of this to the last ten years.

5              The data that are in the reports include

6    third parties, OEMs and the hospital as well.

7              MS. FEDERICI:  I don't know if you are aware

8    but FDA just recently released a report saying 90% of

9    facilities aren't reporting --

10             MS. SCOTT:  Can you move a little bit closer

11   to the microphone so those who are online --

12             MS. FEDERICI:  I'm just curious if you are

13   aware that FDA just released a report stating that 90%

14   of facilities aren't reporting appropriately.

15             MR. BRULEY:  Did everyone hear the question

16   about the FDA's recently released report suggesting

17   that 90% of healthcare facilities are not reporting to

18   the MDR MedWatch MAUDE system.  I'm familiar with the

19   MedWatch system.  I changed the reporting law in 1998

20   because had certain provisions in the original

21   legislation not been included the system would be dead

22   because FDA was going to be publishing hospital's

176

1  names on the internet in regard to all the MAUDE

2  reports and that wasn't the intent of the original

3  legislation.

4         Subsequent to the MDR 1990 regulations there

5  was a development of the MedSun program.  Are you

6  familiar with MedSun?  Yeah.  Which is a more focused

7  program, gives more feedback to the hospitals based on

8  the reports that they submit, similar to the NEISS,

9  National Electronic Injury Surveillance System that

10 CPSC (Consumer Product Safety Comission) runs for

11 consumer products.  And so they are looking at a group

12 of hospitals that are more tied in to the concept of

13 reporting medical technology related failures with

14 capital equipment as well as with single use and

15 disposable products including reprocessed products.

16        As far as the issues of underreporting let's

17 look at that for a minute.  If a manufacturer has any

18 inkling that an adverse event that has come in through

19 the MedWatch system or the MAUDE MDR system if there

20 is any inkling that the problem was related to

21 inadequate servicing by the hospital itself or a third

22 party or a faulty third party repair part it is in

177

1    their interest and they have every incentive to state

2    so in their comments in the MAUDE report.  It is to

3    their best interest to deflect attention to them in

4    their design and marketing of that product.  So I

5    don't see that there from a standpoint of

6    manufacturers underreporting that they are

7    underreporting in that regard.

8            In addition it was mentioned earlier today

9    and sort of glossed over that there is supposed to be

10   routine analysis of the manufacturer's service records

11   by the manufacturer themselves.  Well, if that is

12   being done and if the analysis is properly assessing

13   whether a need for service related to a problematic

14   servicing could have caused or contributed to a

15   patient injury or death then why are they not

16   reporting it themselves; they can do so voluntarily.

17   They do not have to have report initially coming from

18   the hospital in order to report to the FDA MAUDE

19   system.

20           So unless there is someone else out there

21   that has done a lot of data searching I don't know of

22   any other database that is available with data yet

178

1    that can be compared and contrasted to the work that

2    ECRI Institute did this year and what I did 19 years

3    ago for the previous conference on this.

4         MS. FEDERICI:  Well, I invite my colleagues

5    to comment.  Part of the challenge is if OEMS are not

6    getting those reports --

7         MR. BRULEY:  Can you speak up for the

8    microphone.

9         MS. FEDERICI: I invite my colleagues to

10   comment.  Part of the challenge is OEMs aren't getting

11   those reports either.

12        MR. BRULEY:  My comment was about the

13   service records that they have in their own system

14   that can be another source of data.

15        MS. SCOTT:  And I think Scot wanted to --

16   I'm sorry, we'll let Hans go and then Scot you had a

17   comment as relates to the last question.

18        MR. BEINKE:  Yeah, I would agree with that.

19   We are analyzing our service reports.  The issue is

20   when we're now out of the service picture and we don't

21   have visibility to that.  So the report that you've

22   done honestly I haven't gone through it to look at the

179

1   methodology.  I'm hard pressed to believe it includes

2   all events.  And I will also go on to point out that

3   industry is not interested only in things that lead to

4   harm and injury.  We are interested in other MDRs, we

5   are interested in trending.  And unless we have links

6   to all this information we can't do what we are

7   required to do.  And it is not just what we are

8   required to do; it is the bottom line of what that

9   leads to which we've all agreed on which is the safety

10  to the patient.

11          MR. MACKEIL:  You know speaking from the

12  level of the workbench I've been a biomed for a long

13  time and I know a lot of biomeds.  And when it comes

14  to getting involved with things like the safety

15  reporting system in the hospital knowing what the

16  MAUDE database even is, knowing that the Safe Medical

17  Device Act even exists you know for a lot of biomeds

18  that are working today it is so far down on their list

19  of concerns and priorities because you are really

20  working hard to keep up to get to the next service

21  call to take care of the next piece of business.  The

22  demands are absolutely incredible.  And I've been

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

180

1   online looking at the MAUDE reporting system and it is

2   not the easiest thing in the world to do.

3          In the hospital we have all this mandatory

4   education that we have to do, blood borne pathogens,

5   fire safety, all this other stuff.  It is amazing what

6   you have to do to meet your annual education quota and

7   then you start getting the nasty-grams.  You haven't

8   filled out your health stream documentation.

9          If we really want to get this data from the

10  workbench up to this level I would suggest we have to

11  do more education that penetrates much deeper to the

12  level that I work at and maybe come up with an easier

13  to use system that looks more like a work order that

14  biomeds are more familiar with.  I hate to say it but

15  I could do a much better job reporting on things that

16  I see and I know about the MAUDE database and where it

17  is.  But a lot of biomeds just aren't there and if you

18  really want to improve this reporting I would suggest

19  that the FDA go there and start working with biomeds

20  and raising awareness of this.  I don't know of a

21  hardworking biomedical engineer that if you explain

22  the necessity and the reasons that they wouldn't

181

1    become diligent about doing this type of thing.

2          So that is the comment that I would put

3    forth.  And if anyone has anything else to say on that

4    line I'd be interested in hearing it.

5          MS. GEORGE:  I was going to actually

6    continue in this topic so if I could interject because

7    I do like your idea of what you are saying.  I'm

8    Elizabeth George with Philips.

9          One of the things that I am just curious

10   about from not from the OEMs because I know their

11   answers but as an OEM one of the things we have

12   obviously we have our MAUDE reports but that is a

13   really tiny, tiny, tiny, tiny bit of information that

14   we have as a manufacturer.  We have all of our service

15   reports which talks about installation, which includes

16   all those issues that you talked about when we screw

17   up when we install it; it includes all the parts that

18   we replace.  We do trending on that.  Every time a

19   hospital calls us and says this doesn't work we have a

20   complaint we have reams and reams and reams and reams

21   of data on our own products.  And only a miniscule

22   amount of those go to the FDA as a MAUDE report.  But

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

1  when the FDA comes in and looks at us the first thing

2  they do is pull that data and they ask have you been

3  trending it.  And 90 -- I'm probably off, at least 75%

4  of our recalls if not more have nothing to do with a

5  MAUDE report; they are a trended issue for a failure.

6          So the question I actually have for you guys

7  is just what you are saying is how can we get that

8  data of all the wonderful service activities, the

9  fabulous highly qualified service people are doing

10  work but we don't know that you are replacing parts

11  because you may be buying them from us or from

12  somebody else.  We don't know that you've serviced

13  that part.  And that data you only have a slice of the

14  data on that product.  We have all of the places that

15  you are not working on and that might be the amount of

16  data that could tip us to fix or improve the quality

17  of our product sooner.

18          So I am just curious as to what your

19  thoughts are on how keep the FDA out of it, they don't

20  need to get all that data, they don't want all that

21  data.  They get enough data as it is.  The

22  manufacturers would like to have that data to help

183

1  improve the quality of the product, make the issues

2  better, maybe help you guys service it better.

3          DR. HEMPHILL:  I have a simple thought but

4  I'm an ER doctor so we try to keep things very simple.

5  So something that we've tried to do is we are really

6  trying to understand how you help people report,

7  report anything.  And so to the point made by Scot is

8  if the reporting system is hidden and you can't get to

9  it, you are not going to get reports.  And if it is

10  hard to use because its 30 pages long you are not

11  going to -- people just say never mind.

12          So we try to have an entry system into

13  reporting for the VA that is based on a couple of

14  pretty simple concepts.  One is is it an adverse

15  event.  But we also do near miss.  So we are really

16  trying to redo people's thinking so you say you know

17  dodged a bullet or wow, better lucky than good, which

18  is a mantra we have.  You start saying that was a near

19  miss, not just wow we got away with it, that is a near

20  miss.  And the next question then is to prime people

21  to say was this related to a device you were using and

22  if so, check the box.  So simple form to enter, easy

# Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

1  to get to, check the box it might have been related to

2  what you were using and now you already have the

3  ability to say okay let's go dig deeper.

4          Now do we share that with -- I mean if we

5  find enough concern then yes we put those into our

6  MAUDE MedSun and other databases so that it can get up

7  and then we engage very quickly with the FDA to say

8  are you seeing this, what are you seeing and try to

9  help us with this.

10          I don't have a great model for engaging with

11  the industry itself because the more you fracture your

12  time you really, there is just so much to be looking

13  at with each day.  But again I think that if we have

14  ways to think about sharing that information certainly

15  we can share some with what we send to the FDA.  We

16  will bring in manufacturers when we are really

17  concerned and try to begin that conversation early

18  because we do have an awfully big system to look at to

19  try to help figure out trends early on.

20          MR. BRULEY:  This is Mark Bruley again.  To

21  Scot's point about the process of reporting they do

22  have to differentiate that from a patient safety

185

1    standpoint certainly almost all adverse events may

2    have some aspect of risk to patients as it relates to

3    cause or contributed to specific injury or the

4    potential for an injury.  But to the reporting issue

5    biomeds would have to go through and should be going

6    through the risk management departments at the

7    hospitals.  And they work in collaboration with risk

8    managers and those haven't really been mentioned here

9    yet.  The role of risk manager in reporting to the

10   FDA, that is where most of the reports come from from

11   the field itself.  The injuries and deaths are

12   separate from malfunctions.  Now malfunction may well

13   be related to improper service as we've seen with

14   perhaps some of the anecdotes here.  But if you are

15   talking more about patient safety you are really

16   looking at the injuries and deaths.  And although we

17   looked at all issues as it is pointed out in our

18   submitted comments to the FDA and our strategies for

19   doing that.  But from a process standpoint the biomeds

20   typically do have to collaborate with risk managers to

21   get the reports to FDA whether it is with the MedSun

22   hospitals for which I think there are 316 hospitals

186

1    that are bought into that system or it is with the

2    rest of the healthcare institutions across the

3    country.  So if you are talking about potentially

4    educating on better reporting you need to include risk

5    managers.

6           MS. SOCTT:  We are going to take one more

7    question from the floor, then I have a question from

8    online and then we will jump back to the floor again.

9           MR. LIPSCHULTZ:  So I submitted this

10   question via an email, then I realized you were going

11   to do it on a microphone so you may be able to pull

12   that one out of the queue if that's where it is.

13          MS. SCOTT:  Okay.

14          MR. LIPSCHULTZ:  This question is primarily

15   for the manufacturers.

16          MS. SCOTT:  Could you state your name and

17   affiliation.  I'm sorry.

18          MR. LIPSCHULTZ:  Oh, I'm sorry.  Alan

19   Lipschultz, President of Health Care Technology

20   Consulting and I come primarily from a clinical

21   engineering background.  So this is really aimed at

22   the manufacturers particularly looking at those

187

1    products for which there is not a complete service

2    manual that is available to third party servicers.

3    And the issue is that when you become aware, actually

4    it applies to all manufacturer when you become aware

5    of parts that third party servicers are replacing in

6    the field with non-manufacturer parts that is causing

7    a problem A or B but they are doing activities that

8    you didn't recommend or maybe because there is a lack

9    of information in the field and that users are doing

10   and that you are seeing is causing a problem with your

11   devices then you have a residual risk that should play

12   into your risk management strategy.  And if there is a

13   residual risk then you should have some sort of

14   strategy to mitigate that risk.  And I'm questioning

15   whether or not there is a way -- any reason why you

16   then couldn't issue a service advisory or safety

17   advisory not aimed at clinicians but aimed at the

18   people who are the root of the problem, namely you

19   have third party servicers that gives them information

20   in terms that we are aware that a particular part is

21   being replaced by and some of these are available if

22   you look at the advertisements you can see which

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

1  companies are advertising parts to replace yours, my

2  point is if the people who are doing the service in

3  the field are aware of the risk involved with it then

4  they may think twice about it and that is a way for

5  manufacturers to mitigate the risk.

6          Second comment/question regarding making it

7  easy to report problems in general.  The only way from

8  -- that I see to do that is to start talking about

9  standards in terms of how we code problems as third

10  party servicers.  It is coded in a standardized manner

11  and have data interchange protocols to be able to say

12  that this is something that should be reported to the

13  manufacturer, let's shoot it off, we had a service

14  event so that the right information goes automatically

15  to the manufacturer and you don't have to start then

16  retyping it all into a whole separate form.  And these

17  protocols can be set up in advance; work through the

18  risk management department it is not being worked

19  exactly how you'd do it but you can make it automatic

20  and it is a lot easier to make it work.

21          MS. SCOTT:  Go ahead.  Scot.

22          MR. MACKEIL:  You know that is an excellent

189

1    point when you talked about coding and standards.  You

2    know if we are trying to identify, track and trend

3    service error events I could see where that would go

4    but how would we turn that into a way to educate my

5    colleagues about how to recognize what is a service

6    error event and what level of service error event is

7    reportable.   It is a very large broad topic but if it

8    was properly defined and standardized I know I could

9    do it.  And I do think it is an important thing

10   because we recognize and code different types of

11   reports now.  But you know service errors that one

12   needs some work.

13          MS. SCOTT:  Did any of our panelists want to

14   tackle the first part of our participant's question.

15          MR. BEINKE:  The question about the

16   advisories I think is what -- is that what you are

17   referring to?

18          MS. SCOTT:  Yes.

19          MR. BEINKE:  I mean I think we would be

20   hesitant and I'm speaking for my company to send out a

21   general advisory for kind of an incident over here or

22   an incident over here.  I think that would create a

190

1    lot of confusion and suggest a general problem.  So

2    our issues are more one offs and how to communicate on

3    that specific issue.  I think we do, you're right,

4    have an issue of needing to communicate the problem

5    that goes with some of these unapproved parts or

6    improperly validated parts.  But in terms of an

7    advisory I think generally that probably doesn't make

8    sense unless we see that there is a general trend to

9    use X instead of Y.

10           MS. SCOTT:  Okay.  Anyone else from our

11   panel who would like to address that question; the

12   last question?

13           Okay.  I'm going to jump to a question from

14   online.

15           We have Tom Quinn who is the President of

16   MRA and his question starts out with the MITA

17   representative and some OEMs are reporting safety

18   issues involving ISOs.  His question is did these OEMs

19   or MITA file a 3500, a radiation overdose form, a

20   trade complaint or any notification of these safety

21   issues which are of such importance in this workshop?

22   If not, why?

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

191

1          MR. BEINKE:  I mean again that's a very

2     general question and I think it depends on the

3     specific situation.  Again speaking for my company

4     when we have some of these events I would not say

5     generally but we have filed trade complaints when we

6     think that it is significant enough or we have

7     communicated with the so-called offenders.

8          I don't know if anybody else from industry

9     wants to comment.

10          MR. BRULEY:  I'm not from industry but the

11     question ties into the comment I had that there is

12     nothing keeping manufacturers from based on their own

13     analysis separately reporting service related errors

14     to the FDA via MAUDE or any of the other avenues.

15          MS. SCOTT:  Okay.  I did see some people

16     standing in the back of the room so I'm going to jump

17     to our back microphone.

18          MS. KAY:  My name is Janet Kay (ph) and I

19     work for Intrega Life Sciences and we would be

20     considered an OEM in this conversation.  So for the

21     ISOs we've actually had some great engagement with

22     ISOs ourselves with my company and we think they do

192

1    provide a great service.  We do struggle a little bit

2    with the things we're talking about training, using

3    validated parts, we like you guys to use parts that we

4    use in our products as we validate with.  So for those

5    gentlemen that are on the board or on the panel that

6    are from the ISOs what are your thoughts about quality

7    agreements; you working with the OEMs to develop a

8    kind of agreement with that OEM so one we know who you

9    are, we know what products you are working on that are

10   outs and then we could work towards agreements about

11   how you get trained, recertification on your training

12   and that you are using validated parts.  Your thoughts

13   on that?

14            MR. ANBARI:  So I mentioned in the

15   stakeholder presentation that I did that we have

16   approached over our 40 years of business virtually

17   every major manufacturer of instrumentation and

18   devices in the marketplace to try and establish some

19   form of a partnership.  In some cases that has

20   resulted in our ability to buy parts directly from

21   them.  In 99% of the cases it's resulted in no, that

22   is too much of a direct threat to our commercial

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

193

1    interests, we need to maintain our devices because

2    that's what we do.  We have piloted very strong

3    strategic partnerships on very complex devices with

4    manufacturers where we essentially said because your

5    market share Mr. Manufacturer is so low when we have

6    our customers come to us out of convenience and out of

7    availability because we are there in the hospital

8    everyday and bring us one of your devices we would

9    like to be able to send that to you directly.  We are

10   happy to pay whatever price you tell us we need to pay

11   and we're going to handle it as a pass through with

12   our customers.  And the reason that we wanted to do

13   that was because of the convenience and the overall

14   relationship with the healthcare provider facility.

15   Unfortunately within 90 days of establishing

16   relationships like that they end up going wrong and it

17   is largely because of sales and commercial interests

18   on the part of the manufacturers.

19           I will tell you any manufacturer that would

20   like to work with us to establish that type of

21   relationship we are more than happy to have those

22   conversations and by no means certainly should those

194

1    be considered to be exclusivity.  And that is not a

2    sales pitch, that is simply saying our industry as a

3    whole speaking at least for the surgical device repair

4    companies I think we are all wide open to finding ways

5    to work with manufacturers and some of us; to be fair

6    about it a number of my competitors do have some good

7    relationships.  We just haven't been able to get one

8    that has lasted.

9            MS. KAY:  Do you have a comment, sir?

10           MR. MOOREY:  Actually I do.  I've been in

11   this industry for a long time, worked for some of the

12   larger Independent Service Organizations.  I can tell

13   you these are already happening; they've been

14   happening for my entire career.  It is in our best

15   interest to seek out those people that are going to

16   have the biggest impact on our customers and find ways

17   to work collaboratively.  And I can tell you we have

18   some very strategic partnerships where the OEM is

19   actually sitting at the table as part of my team in

20   some of these discussions.  So that is where we are in

21   healthcare today.  We have to have those types of

22   relationships; it can't be us or them.  Many of the

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

195

1   OEMs are realizing that they need us and part of their

2   strategy for service is by utilizing our local

3   service, our local talent.  So I'll tell you there's

4   already in place, we are already working through that.

5          MS. KAY:  That's great.  May I have a

6   follow-up?

7          MS. SCOTT:  Yes, go ahead.

8          MS. KAY:  So then if that is true for the

9   biomeds are you guys doing anything on the hospital

10  side then to ensure that when --

11         MS. SCOTT:  I'm going to ask that you speak

12  into the microphone though so people online can hear

13  you.  Thank you.

14         MS. KAY:  I apologize.  So is at the

15  hospital side though with biomed then are you doing

16  anything on your side as these ISOs are coming into

17  your hospital because you know people are coming and

18  going in hospitals all the time.  Are you aware of who

19  is touching equipment and that person that is touching

20  that equipment is truly certified to touch that

21  equipment?

22         MR. MACKEIL:  So one of the interesting

196

1   duties that I perform are what I call vendor support

2   and escort calls.  And it is a pretty common thing and

3   it is usually originated because I've had a service

4   call encounter with a caregiver on a piece of

5   technology and we've decided that the solution to this

6   problem is to bring in the manufacturer to repair the

7   device.  So I've already talked to that rep on the

8   phone.  It is usually somebody that I know very well

9   and have had a long standing relationship with,

10   someone like Dave Young from Philips who takes care of

11   my IE 33s, the hardest work in biomed in the world by

12   the way and Dave shows up, I get him into scrubs, we

13   bring him to the cardiac OR and we deal with this

14   problem.  And I may have to go off and do a couple of

15   other things but when he calls me and says Scott, it

16   is all set, all right, Dave, I'll meet you back there,

17   you can run me through it and I'll sign your service

18   order.  So after I sign his service order I have to go

19   close the work order that I opened to call him on and

20   I'll type in a description of what Dave did.

21        So we are very closely monitoring what our

22   third parties and manufacturers and ISOs are doing.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

197

1  But I treat them equally regardless of what badge they

2  are wearing.  I work with them.  I make sure that they

3  are doing what they are supposed to do.  I support

4  them. I get them stuff.  You know I get them in, I get

5  them out.  I help them with parking.  In some cases

6  just the other day one of my C elements went down

7  because the pendant broke and the pain management

8  doctors were frantic because they need this C element.

9  I called up my rep and I said I've got a broken

10 pendant, I know we are under contract.  He drove by

11 the hospital with a pendant.  I ran out and grabbed

12 it.  And he talked me through it on the phone how to

13 install it and we did the whole work order and

14 paperwork trail, so yes, we are really watching what

15 is going on and making sure that the right things

16 happen and all the documentation is done.  I mean that

17 is something that is common in my workday.

18          Does that answer your question?

19          MS. KAY:  It does.  Thank you very much.

20 Thank you.

21          MS. SCOTT:  Wanda, do you have a response.

22          MS. LEGATE:  Can I just touch on the first

198

1 part of her question about the quality metric with

2 ISOs and things like that. You know we're from the

3 parts industry. So but I can tell you that we have

4 high quality metrics with our customers. They are

5 requiring that of us. So for example if we go into an

6 agreement with a customer, one of the first things

7 they ask for what is going to be your DOA (dead on

8 arrival) rate. I think the biggest thing as I've

9 listened to all of this is around the ISO you'd be

10 surprised how many independent companies are going

11 through ISO certification or have already been there.

12 And so when you talk about the CAPAs and things like

13 that, we are already doing those things. So I think

14 we are a lot further along than I think maybe the FDA

15 realizes and maybe some of the OEMs realizes. But at

16 the end of the day we do have those metrics or we

17 wouldn't be in business.

18          MS. SCOTT: Okay.

19          MR. BEINKE: Can I ask a question?

20          Yeah, I have no doubt that you are far along

21 and many of you are. The question I was more

22 interested in is the upfront part, not the monitoring

199

1   part and watching what is taking place and make sure

2   that it is appropriate, but you know in industry we

3   refer to it as supplier controls.  So you pick an ISO

4   and what is the process for qualifying that ISO.  So

5   you can have a certification.  I mean a lot of times

6   people talk about oh, I'm ISO certified but that

7   doesn't necessarily mean that they have the specifics

8   for the service or the product that they are providing

9   so I'm just curious as to how you go about supplier

10   controls, the ISO being the supplier to the hospital.

11          MS. LEGATE:  Well, for us being a supplier

12   to hospitals, most of the hospitals have their own

13   quality management system.  We have to pass those

14   requirements just like we do with OEMs.  So we

15   currently do business with several of the OEMs and we

16   went through their quality process, we are actually

17   going through stage two of our ISO now.  We are still

18   a young company.  I have been in this business for

19   over 25 years.  The previous company that I worked for

20   we've been 13485, ISO 9001 so I think all of that is

21   mandated by our customers which are the ISOs that are

22   going through quality.  But also the OEMs; we do a lot

200

1    of business with OEMs.

2             MR. BEINKE:  So they would provide

3    documentation that they have training for this

4    product, that product and the next product?

5             MS. LEGATE:  Absolutely.  Again I'm just on

6    the parts side of the business.  I'm not on the

7    service.

8             MR. BEINKE:  Yeah.

9             MR. MOOREY:  I'll add to that.  I'll say

10   hospitals are already required to ascertain the

11   competency of people doing work in their facilities.

12   That is part of requirement for regulatory

13   accreditation.  So they are already going through that

14   process.  In my particular case my company and some of

15   my competitors sitting in the audience today we sit in

16   the place of our customers.  So instead of them having

17   somebody do that we take on that responsibility and we

18   absolutely have the responsibility to ensure that

19   folks we are using meet those requirements within that

20   hospital so that they can receive their accreditation.

21            MS. SCOTT:  Any other comments from the

22   panel?  Scot?

201

1          MR. MACKEIL:  Yes, you know the

2    qualifications of vendors is something that takes

3    place at a little higher level than where I sit but I

4    know we do have extensive controls we use the Vendor

5    Mate Process, everybody

6          has to be vetted.  And at my particular

7    level when I go on a vendor escort and support call

8    the relationship between the company and myself has

9    already been well established.  But I know that there

10   are significant controls in place at the

11   administrative level.  And it is pretty rigorous where

12   I work.  We just don't let anyone in the door.  But

13   the relationships we do have with both manufacturers

14   and third parties are absolutely essential to what we

15   do and we really definitely need to make that better.

16          MS. SCOTT:  Okay.  We are going to move back

17   to our audience for another question.

18          MR. LESLIE:  I'm Mike Leslie.  I'm Vice

19   President of Regulatory Compliance and Quality for

20   Roche Diagnostics here in the U.S.  And as I've

21   listened to the first panel discussion this morning

22   and then this panel this afternoon I've heard about

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

202

1  four things that I think are very kind of repetitive.

2  And so first thing a lot of good dialogue and I have

3  not heard a single thing that I've really disagreed

4  with from an opinion standpoint so that's good.

5          One of the things though that I keep hearing

6  is an issue around competitive advantage or

7  disadvantage with the OEMs and the ISOs.  Another one

8  is associated with cost.  Another one then is around

9  the data that would justify change.  And then the last

10  one is everybody is agreeing that patient safety is

11  number one.

12          So I guess as I look at the purpose of being

13  here today and what we're trying to accomplish the

14  first one around competitive advantage or disadvantage

15  really the FDA had no oversight and really very, very

16  little care into the competitive landscape that is out

17  in the marketplace.  So to me it is kind of not worth

18  talking about any further.

19          The second thing when I look at the cost we

20  are absolutely right.  This is the medical device

21  industry.  You know we are not manufacturing bottle

22  caps, picture frames, bicycles; this is an expensive

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

1  industry.  People rely on these devices to sustain or

2  to help them live healthy lives.  And because of that

3  there is going to be cost associated with it.  The FDA

4  exists for a reason.  That oversight is there for a

5  reason to protect public health.  And that is not

6  cheap for anybody to do.

7       The last one then around issues with saying

8  to .005% or whatever and that OEMs do well, the ISOs

9  do well, then I'm -- my next question is do we

10  regulate everything.  So why not all post-market

11  support?  Why are we doing anything if everybody does

12  everything okay now?  Which the FDA, of course, is not

13  going to agree with.

14       So my point to this is that if we are really

15  doing that good as an ISO provider or from an OEM

16  provider I don't understand what the issues are of

17  being registered with the FDA, having a compliant

18  quality system, following the QSRs, all the reporting

19  accountabilities that are there so that we can all

20  ensure patient safety.  That's what we are here to

21  talk about.

22       And the competitive landscape, the dollars,

# Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

204

1   all of that, yeah, that is true but that is not the

2   focus.  The focus is patient safety.  The FDA holds

3   the OEM manufacturer accountable for that device no

4   matter who works on it.  So our ability to know where

5   that device is, what's happened to it, any spare

6   parts, any issues, the FDA doesn't look the other way

7   and say oh, well, hey, an ISO was taking care of that

8   instrument, well, you don't have to worry about it

9   anymore.  ISOs play a very vital role in the

10  healthcare of the United States.  For the smaller

11  medical device manufacturers, there was an example

12  earlier where you don't have the resources; you do

13  have to partner with an ISO organization.  But the FDA

14  doesn't say okay, well, you know what since they're

15  providing that service you are off the hook for MDR

16  reporting, you are off the hook for trending parts and

17  complaint investigation and corrections and removals

18  because this other company does it; that is not the

19  case and it never will be the case.  So everybody

20  playing by the same rules so that we can make the

21  overall health system better and compliant and help us

22  generate more input into better designs and more

205

1   technology is what we should all be here for.

2           So I don't understand what the issue is of

3   having a compliant quality system in your

4   organization, being registered with the FDA and being

5   open to the same audits and same scrutiny as everybody

6   else.  I don't know why we are stuck on that.  And if

7   you could help answer that I would appreciate it.

8           MR. ANBARI:  Yeah, I mean look I think as a

9   practical matter if you are going to impose oversight

10  and you are going to impose rules that are the same

11  rules that apply to a manufacturer you also have to

12  level the playing field with respect to the technology

13  that is available to Independent Service Organizations

14  to deliver the service.  And if that means making

15  parts available, documentation available, reporting

16  available to the third party in addition to the third

17  party making reporting available to the OEM; it is all

18  helpful.  And it is one way that this could be

19  approached.

20          But the bottom line is that without -- when

21  you impose the oversight without also addressing the

22  structural changes that effect the level of

206

1  competitiveness and competition that is in the market

2  hospitals will spend more for, in their total cost of

3  ownership, for equipment.  It will cost them more to

4  repair it.  They will be driven to replace it more

5  regularly as they reduce preventative maintenance on a

6  regular basis. And frankly they are going to be forced

7  in, we've seen it time and time again, they get forced

8  into upgrades of perfectly good equipment because a

9  manufacturer has decided we've moved on to the next

10 generation now, we think it is better, and we are

11 telling you Mr. GI doctor you'll be able to find

12 polyps better because they are high definition.  I

13 mean that is the practical reality of how the

14 competition comes into play.  And oversight and

15 regulation will have a cost.  And I think that is

16 really what the fundamental question is is we're

17 balancing those costs and those benefits.

18         MR. LESLIE:  But again the competitive piece

19 FDA doesn't have jurisdiction.

20         MR. ANBARI:  They have to have.

21         MR. LESLIE:  They don't have jurisdiction

22 over that.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

207

1          MR. ANBARI:  No, the point is if you look at

2     --

3          MR. LESLIE:  I don't disagree with what you

4     are saying; so fine the ISO then you are going to

5     maintain this piece of equipment for the next ten

6     years that the manufacturer is not responsible for or

7     is no longer supporting.  How is that not still

8     subject to post market review and MDR reporting, any

9     corrections, anything else associated with that

10    instrument.  That is what we are talking about.  That

11    is what we are talking about the regulations covering,

12    making sure that all of that data continues to flow

13    into both industry and into the Agency.

14         MR. ANBARI:  Yeah, I mean changing reporting

15    requirements and saying you should report whatever the

16    event is or whatever it might be, that is one of those

17    potential outcomes from this process.  And I think

18    that is part of what people are exploring.

19         MR. BEINKE:  Can I make a comment on this

20    regulatory oversight.  We've said it I don't know how

21    many times today but we haven't really said what that

22    means.  I think the FDA has some flexibility in terms

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

208

1   of what that looks like.  There are various costs for

2   registration.  FDA looks at risk base and determines

3   what their inspection schedule is going to be.  So if

4   you are making pacemakers it is one thing, maybe if

5   you are service providers it is something else.  So I

6   find it a little bit difficult to understand this fear

7   of the unknown.  I mean it has not been defined and so

8   I'm not sure at this point what that cost implication

9   would actually be and I think -- I guess I have some

10  trust in FDA that they are going to hear all of this

11  and look at it and gauge what level is appropriate.

12          MR. MOOREY:  Well, I'd like to add I'm not

13  sure where this perception comes that we are not

14  already regulated.  I mean if you look at the

15  healthcare industry as a total I mean we have every

16  three years an inspection agency is coming in to

17  certify the hospital and the program that is being

18  run.  In that is a flurry of policies and procedures

19  that we need to measure up to to show data that we are

20  complying to those things.  We have the same

21  requirements if we are replacing a tube we have to

22  fill out the same paperwork, if it is a major imaging

209

1    repair there is a physicist coming behind us just like

2    they do at the OEM to certify that device meets that.

3    There already is regulations.  CMS is providing

4    guides, the state departments of health already

5    providing regulation. What you are talking about is

6    additional regulation. And the question is why?  Where

7    is the data that shows that this is required?

8           MS. SCOTT:  I'm going to jump in here.  We

9    are going to get into more of the discussion related

10   to challenges as it relates to this overall issue on

11   day two in some of our other panel discussions.  So I

12   do want to encourage us to refocus our questions now

13   in terms of the particular focus for this particular

14   panel discussion which are the benefits and risks

15   associated with refurbishing, reconditioning,

16   rebuilding, remarketing and remanufacturing and

17   servicing activities.  So if we could refocus the

18   discussion to really focus in on the benefits and

19   risks at this point.

20          We will take two more questions and then we

21   are probably going to need to wrap up our session.

22          MR. GRIMES:  Hi, my name is Steve Grimes.  I

210

1   am the principle consultant for Strategic Health Care

2   Technology Associates in the Boston area.  And I've

3   been in this industry, clinical engineer for over 40

4   years now working either with probably about 20 years

5   Independent Service Organizations another ten years

6   working as a clinical engineer director of academic

7   health centers and also was probably another ten years

8   as a consultant.  So I've had fairly extensive

9   experience on the supplier and the advising side.  I'm

10  also involved in the AAMI standards group that Mary

11  Logan was referencing earlier that does equipment

12  management standards or establishes equipment

13  management standards.  So one of the things we are

14  looking at coming up is the acquisition of medical

15  technology.

16          Couple of things that I just wanted to point

17  out is with respect to the benefits and the risks one

18  of the things I think is very important from the

19  standpoint of those of us who were involved as

20  healthcare technology managers running the programs

21  that manage the technology in hospitals and when I

22  talk about managing the technology, it is not --

211

1   servicing is certainly a part of it but we are also

2   involved in the acquisition and the training and the

3   ultimate disposal of the technology.  When it comes to

4   service it is important for me to be able to have

5   access to a wide variety of tools in terms of

6   resources, the manufacturer service, Independent

7   Service Organizations, in-house staff and I apply

8   those based on what I think the particular problem or

9   the particular issue warrants; what type of risk is

10  involved and what type of resources are appropriate to

11  apply to it.

12          One of the concerns I do have is I certainly

13  have seen that there have been regulations not put

14  forward fortunately by the FDA but other government

15  agencies have established regulations often without

16  having looked at the evidence to demonstrate that

17  there was in fact a problem that needed to be solved.

18  And as a consequence one of the challenges we face is

19  that we are having to apply resources that we could

20  otherwise use to address the real problems in our

21  industry, solving real issues, you know making the

22  environment safer to meet regulations which frankly

212

1   often there's no real merit in addressing those

2   regulations.  There is no evidence that again they are

3   really solving a problem.  It is one of the

4   challenges.

5          And then just the other point that I

6   originally wanted to make is that there are -- I'm not

7   sure how familiar on the OEM side they are with

8   respect to the kind of documentation that we maintain.

9   All hospitals are required to maintain an inventory of

10  all of the medical equipment in their organizations

11  and the service on that medical equipment and in that

12  we include what parts are used on each piece of

13  equipment, the nature of the service and often code

14  the equipment as to what the nature of the service

15  was.  Was it a maintenance related issue; was it a

16  user related or process related problem; was it a

17  spontaneous failure?  Again the idea being each of

18  those problems has a different type of mitigation.  If

19  it is a maintenance related problem then we change the

20  way we were doing maintenance or who is performing the

21  maintenance.  If it is a use related problem then it

22  may involve some additional training.  But these

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

213

1    systems, these documentation systems do exist in each

2    institution.  And there are perhaps venues that we

3    could look at in sharing this information.  It

4    certainly would be beneficial I'm sure for the

5    manufacturers to have access to the kind of

6    information, the data that we collect.  And I know

7    from my standpoint it would be useful for us to have

8    access to the information that manufacturers have in

9    terms of the service and reliability of their

10   equipment.

11          There are forums, PEMI has a, it was

12   mentioned earlier a supportability work group or task

13   force where manufacturers and members of the

14   healthcare provider community work together to talk

15   about how to effectively exchange information and

16   provide support of the technology that it out there.

17   And also the equipment management company that I was

18   referring to that is a part of the standards group

19   would be another example of another area that we

20   perhaps could talk about how do we come up with ways

21   of standardizing this information in a way that it can

22   be conveyed to manufacturers in ways that it would be

214

1    useful to them but also perhaps make use of

2    information manufacturers would be willing to provide

3    us.

4            So that was my comment.  Thank you very

5    much.

6            MS. SCOTT:  Any comment from the panel?

7            Okay.  We'll have one more question from the

8    floor in here.  And I believe we also have another

9    question -- if there is anyone else online who has

10   additional questions please feel free to email those

11   questions to the email address that is posted online.

12   And we will take one more question from the floor and

13   if there are any other questions from those online

14   please feel free to email that question.

15           MR. RIDGWAY:  Thank you.  My name is Malcolm

16   Ridgway.  I've been around for a while.  I see an

17   opportunity to come together here.  Just very quickly

18   not every piece of equipment if it is not working

19   properly and safely can injure a patient.  So for

20   those items that have the potential to injure a

21   patient if they are not working properly and safely

22   what we can come together on is defining how to test

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

215

1    that it is, in fact, working properly and safely and

2    then everyone who signs off after maintaining the

3    equipment for its scheduled maintenance or whether it

4    is repair will certify to the user this equipment is

5    working properly and safely according to the proscribe

6    procedure that we come together and put out there.  I

7    think this will work.  There is a complicated way of

8    doing that called failure modes and effects analysis.

9    But cut right through that there is a way of defining

10   a subset of equipment, call it critical equipment or

11   whatever you will and let's have an agreed set of

12   procedures on how you establish the safety and

13   performance effectiveness of that device and use that

14   as a test that the equipment is left the way it should

15   be for the user.  And I would suggest that whether you

16   use manufacturer part or another part the proof test

17   that's a good part is whether or not you can bring the

18   equipment to the point where it is working properly

19   and safely.

20            And I think that is something both sides of

21   the house could get together and work on that.

22            Thank you.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

                                                              216

1          MS. SCOTT:  Scot?

2          MR. MACKEIL:  So Mr. Ridgway really hit the

3    nail on the head here.  One of the things that I do in

4    my job is every day I have to face a doctor or a nurse

5    or a team leader and bring to them a piece of

6    equipment that's been in my lab at my workbench and

7    say Janice, it is all set.  And she'll say in her

8    British accent, well thank you luv.  Janice is one of

9    the toughest nurses in the world and she is a very

10   hard clinician to make happy.  But that is part of my

11   job; that is what I do.

12         As a biomed I really depend on the

13   manufacturers providing me the documentation, the test

14   procedures.  And one of the tough things is some of

15   these procedures aren't really that black and white,

16   they are difficult to follow on the workbench.  I have

17   a certain set of industry standard test equipment and

18   I'm going to bring a piece of equipment out of my bag

19   here as an example just for fun if I can find it.  So

20   this is a little test cable and I built this as a

21   result of reading a service manual and in the service

22   manual the manufacturer literally described how to

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

217

1  build out of electronic components what most of us

2  know as an electrosurgical analyzer.  It was written

3  like they didn't have a clue that biomeds didn't have

4  electrosurgical analyzers out in the world.  And

5  another piece in this bag this is brilliant, this came

6  from J&J and it allows me to plug into the front of

7  their harmonic scalpel, connect my electrosurgical

8  analyzer go through the settings and see quantified

9  values throughout the range of that device's function.

10  So when I go back to Janice and I say Janice your

11  harmonica scalpel is all set, you know I tested it and

12  I'm going to put it back in OR 34 for you I know that

13  because of the really excellent procedure that was

14  written on that manual it is laid out step by step and

15  this device, this little dongle allows me to perfectly

16  quantify the function of that device before I return

17  it.  You know this is an example of the way it should

18  be.  And from my world at the workbench I want to

19  bring perfectly functioning and safe devices back to

20  my caregivers.  That is my job; that is what I do.

21          MR. RIDGWAY:  And to dream a little bit if

22  it was really a critical device like an MRI wouldn't

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

218

1  it have been nice if it was built in and there was an

2  idiot light at the front of the MRI that says if this

3  light is green; it is working as it should.  I don't

4  think I'll live to see that day but I think that is

5  what we should move towards.

6          Thank you.

7          MS. SCOTT:  I do want to mention that we had

8  one question received online that was really focused

9  more toward again ISO regulation and so we are going

10  to save that question for later.  We have documented

11  it but we are going to save it for the later

12  discussions.

13          And I did want to ask one more question that

14  we had and I think it is a good question and I'd like

15  to ask at least one representative from an OEM, one

16  representative from the hospital, end users and

17  engineers, and one representative from the ISOs to

18  give your feedback related to this question.

19          How do you approach risk mitigation and how

20  can servicers and OEMs work together to mitigate risk?

21          MR. BAIRD:  Could you repeat the first

22  question because it sounds really big.

219

1          MS. SCOTT:  How do you approach risk

2     mitigation and I guess from an OEM's perspective how

3     in general do you approach risk mitigation if we put

4     it in the framework of this workshop in terms of

5     repair and refurbishing and risk association with this

6     whole general issue.  Does that help?

7          MR. MOOREY:  I'd be happy to jump in there

8     from the ISO perspective.  So I'll speak from my

9     experience.  We have a quality department whose job is

10    to do nothing but review the data and look at trends.

11    When we have those trends, we see alarming trends we

12    do deep dives and we develop CAPAs against those as an

13    organization to make sure we address those.

14          From a vendor side we have a whole

15    department that does nothing but quality vendor

16    analysis.  They do site surveys; they do analysis of

17    them to make sure that the parts are coming in.  They

18    look at the data to see if we have higher failure

19    rates; those type of things.  And they are engaging

20    with our suppliers to make sure they are supplying us

21    the type of parts, the quality of parts, the

22    timeliness of parts that we need in order to support

220

1    our customers.

2           And then ultimately like I said we are

3    surveyed every three years at each of our sites from a

4    regulatory perspective to assess our total program

5    effectiveness.  I can tell you, all of my competitors

6    will tell you this we meet on a regular basis, if not

7    weekly, certainly on a monthly, quarterly and annual

8    basis to review our program and provide them with

9    metrics so they have the data to assess are we doing

10   what we say we do.  And if we are not, then we work

11   together to create those correction plans to address

12   those.

13          DR. HEMPHILL:  So I can try a little bit on

14   that one because it is a big issue.  We're trying to

15   and whether it is devices or other things we're trying

16   to think you know what do high reliability

17   organizations do and in part it is measures that

18   matter and things that you can look at that are

19   supposed to be those kind of early warning systems.

20   I mean we would have said that today's problems are

21   yesterday's unmanaged risks.  So yet through all the

22   noise how do you figure out what's really truly a risk

221

1    that you should be trying to do.  I think we would

2    look at this from a couple of different ways.  In

3    terms of equipment that we have in our systems that

4    we've been using for a while we really are trying to

5    get the human intelligence system because sometimes we

6    think by the time it's an obvious trend it is actually

7    already a big issue, is to really give them easy ways

8    to say this just doesn't feel right, it doesn't seem

9    right and allow them the ability to report through

10   those systems so that we can try to do a deeper dive

11   on equipment.  And so that would really be for

12   anything in the system.  Are you feeling like this

13   isn't working quite right?  And then if we see that --

14   and is it happening there, then could it be happening

15   everywhere.  Where else do we have those pieces of

16   equipment?

17           But in terms of what we really would like to

18   think of in terms of bringing equipment into our

19   system that's where we really want to try and say to a

20   manufacturer what are you seeing in your own systems

21   already.  I mean everything that you design most

22   people feel like they've made some tradeoffs in design

222

1   and feature.  Where do you worry about some of the

2   things that don't work quite as or where you've seen a

3   few vulnerabilities.  We understand that it is very

4   difficult to make a perfect device, a perfect piece of

5   equipment.  And again getting back to what I said

6   before and assuming that that piece of equipment is

7   going to seamlessly weave into what is an almost

8   infinite number of systems, people, and just sort of

9   processes.  But if we know some of your areas of

10   vulnerability and if we can sort of also try limits of

11   use testing in some cases we are better prepared for

12   the things that we know aren't perfect about these

13   systems that you are designing already.  And so we

14   think of this under a broad heading of purchasing for

15   safety which is how do we work with many of you to

16   figure out your systems, what you know about them,

17   what you don't know about them, test them a little bit

18   in advance but then also create those early systems to

19   get word back to you about what's working or not

20   working well for us.  Easy to say, very hard to do.

21   But again you want a green light on an MRI.  I would

22   never trust the light.

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

1          [Laughter.]

2          I'd be like is the light working.  And so it

3    still gets back to that but what you said was right.

4    I mean how can we create a better awareness of what

5    right looks like whether or not I'm bringing it in to

6    begin with or whether or not it is in that life cycle

7    of use and re-use.  And that has to be kind of a

8    transparent system of this is what right looks like.

9    And this is how you would know a year from now that it

10   still is what right looks like.  So that I know it is

11   going south, I can get somebody in the moment, my

12   biomedical engineer to help me figure out how it is

13   going south, bring in manufacturers to also help us

14   figure this out.  But certainly for the point that we

15   are also using other companies to help us with some of

16   our refurbishing, reprocessing they need to know what

17   a right looks like as well so that we all have a

18   shared mental model of this machine is working as

19   designed.

20          MR. BEINKE:  I mean I like much of what Rob

21   and Robin said.  I mean especially what Rob said it

22   sounds like what we do as manufacturers.  You know we

224

1  have a systematic approach to evaluating the data that

2  we have and we have a feedback loop and it forces us

3  to analyze and react to that.  This is a key point to

4  exactly what we're as OEMs trying to point out.  If we

5  are missing segment of data then we can't

6  appropriately do that.  We can't do the mitigations

7  that you ask about.  So for us it is incredibly

8  important that we get all of the information so that

9  we can have that feedback loop and do the mitigations

10  as necessary.

11       MR. ANBARI:  And similarly from an

12  independent service repair organization we take a true

13  enterprise approach to how we manage risk and mitigate

14  risk I should say.  For us it is less about detection

15  and it is more about prevention.  And it reflects the

16  way that we handle our sourcing; it reflects the way

17  that we handle our staffing and training of our

18  technicians, it reflects the way that we handle our

19  repair process with interim quality control checks and

20  the quality control technologies that we use and it

21  reflects the way frankly that we even return the

22  device back to the hospital knowing that sometimes

225

 1    shippers aren't the most gentle of all creatures.  But

 2    we really look at the risks across the entire spectrum

 3    of our services and have mitigation programs that we

 4    put in place that are appropriate to that very stage

 5    whether it is sourcing and how we select suppliers,

 6    how we ensure that materials are the same as what a

 7    manufacturer used, or in many case from a sourcing

 8    standpoint trying to identify the same sources that

 9    were used by a manufacturer.

10            So in some cases that works.  In other cases

11    it doesn't.  But regardless it is about that

12    enterprise level strategy that we take from top to

13    bottom.

14            MS. IYER:  I'd like to make a comment.  So

15    I've had an interesting experience being on the

16    research side of medical device development and now

17    being with an OEM I work very closely with those who

18    perform the research and the engineering behind it.

19    And so sometimes when the device is very early in

20    concept you sometimes lose sight of what the ultimate

21    fate of that device will be.  But we as the OEM we

22    carry that with us throughout the life cycle of that

226

1   device no matter who touches that device.  And during

2   this panel today I hear themes about what is the

3   intended use of the device, what are potential errors

4   and use errors, risk mitigation, risk management

5   strategies; these are all things that we have to take

6   into consideration before we can market a device.

7   There are already formal mechanisms in place.  And I

8   think ultimately what we need to do is work together

9   to leverage the mechanisms we already have in place

10  keeping in mind that the ultimate goal that all of us

11  share is patient safety.

12          Thank you.

13          MS. SCOTT: And Mark.

14          MR. LEAHEY:  And just a final point.  And

15  again I think to touch on what Hans said is just

16  having that complete service record of knowing every

17  hand that touches the product so we can make sure that

18  it all feeds into the same quality system.  And maybe

19  David you just said you are more focused on

20  prospective I guess but I think at the outset you

21  talked about a file cabinet of OEMs of poor service.

22  I just would like to ask when you have that file

227

1   cabinet do you provide that information back to the

2   OEM or does the hospital report that?  Has that file

3   cabinet been reported and if so, who gets that

4   information?

5           MR. ANBARI:  We routinely provide when we

6   find inappropriate repairs we routinely provide those

7   photos back to our customers.  And we don't always,

8   like the manufacturers we don't always know the

9   service history because customers are fickle and they

10  tend to move from service provider to service provider

11  at times.  We know our history with it and we have

12  that visibility and we can certainly provide them

13  insights.  But we use those images for two purposes.

14  One, we do provide it back to the customer so that to

15  the extent that they've had someone else working on

16  the equipment or working with the equipment they can

17  coach them.  But more importantly the majority, the

18  overwhelming majority of the damage that we see is the

19  direct result of wear and tear or inappropriate use of

20  the device in some way whether it is in use or

21  reprocessing and we use those pictures and that

22  imagery to be able to create a story that we go back

228

1    to talk to the customers about about how they can

2    avoid those kinds of problems in the future.

3              So in many ways if the information were to

4    flow back to the manufacturers it would flow back

5    through the customer as opposed to directly through us

6    at this point in time.

7              MR. LEAHEY:  Great.  And again I think

8    getting that totality it is important to make sure

9    that that information gets to everybody and you just

10   acknowledged that when you service it you don't even

11   know who serviced it before you which demonstrates

12   that although the hospitals may have requirements in

13   place to document all the servicing it is clearly not

14   being implemented across the board consistently right

15   now.

16             MS. SCOTT:  Okay.  Well, I'd like to thank

17   our panel for this afternoon.  This concludes Panel 1

18   this afternoon.  We are going to take a ten minute

19   break.  I would like to ask for those participants who

20   registered to present for the session this afternoon

21   if you are confirmed to present for the session this

22   afternoon please come to the front at this point for

229

1    additional instructions.

2              And with that again I thank our panelist and

3    we will have our ten minute break.

4    BREAK

5              MS. SCOTT:  Thank you.  Again for those who

6    registered to present this afternoon we ask that you

7    can go ahead and you can begin to line up at either

8    the front or the back microphone.

9              Okay.  Excellent.

10             When you do come to the microphone again I

11   ask that you state your name and affiliation.  We're

12   going to jump back and forth between the two

13   microphones.  We will start with the front microphone.

14   Then we'll go to the back microphone.  Then we'll come

15   back to the front microphone.  And we'll keep

16   alternating like that.  Okay.

17   PRESENTATIONS BY PARTICIPANTS

18             MR. McBRIDE:  Good afternoon.  My name is

19   Jeff McBride.  I am the President of Red Lion Medical

20   Safety, Inc.  Red Lion has been in business for 38

21   years.  We are an ISO and we service anesthesia

22   machines biomedical equipment and medical gas and

230

1    vacuum systems in hospitals and healthcare facilities

2    from Washington, D.C. up through New York City.

3              In the late 1990's Red Lion Medical Safety

4    was the lead plaintiff in a lawsuit against a major

5    OEM in the medical equipment field.  We filed the

6    lawsuit against the OEM for restriction of trade,

7    monopolization of the service market.  This case was

8    settled out of Court in 2000.

9              Here we are now 16 years later and Red Lion

10   Medical again is the lead plaintiff in another lawsuit

11   against a successor OEM for restriction of trade,

12   monopolization of the market; some of the same exact

13   plaintiffs, some of the same exact arguments, some of

14   the same exact problems against essentially the same

15   exact OEM.  We did not want to have to file this

16   lawsuit but they gave us no choice.  It seems very

17   clear that the OEM is using this as a bully pulpit to

18   force the competition out of business.

19             By not supporting the ISOs the OEMs can

20   create the appearance that the ISOs are not trained

21   properly, that we do not have the technical expertise

22   to service the medical equipment and that we cannot

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

231

1    obtain parts.  This stance by some OEMs can as one

2    writer put it cause patient harm indirectly by not

3    providing the parts in a timely manner some equipment

4    goes months without repairs.  Some ISOs are being

5    charged a flat rate of $1000 for an overnight shipment

6    of parts.  Currently for a one week training class by

7    a manufacturer it is in excess of $15,000 for one

8    machine.  To put that in perspective my son is

9    currently going to a university and is working on his

10   Bachelors degree.  For two semesters, 32 weeks, it

11   costs approximately $12,000; $3,000 less than what it

12   costs to take this one week training class.

13          Some of the manufacturers will provide

14   access to training classes only on a limited basis;

15   they will provide a class just for ISOs.  If there are

16   not enough ISOs registered for the class they will

17   cancel this class.  By using these tactics they can

18   force ISOs into losing service contracts because we do

19   not have proper training.

20          There are some OEMs that charge for dial-in

21   tech support.  Before you can even start a technical

22   conversation you have to provide them with a credit

232

1    card.  The cost for this can be $675 per hour and it

2    is based on 15 minute increments.

3            These increased costs have to be passed on

4    to the customers who eventually pass them on to the

5    patients.  During the time that Red Lion has been in

6    business we have not had any major incidents that have

7    caused patient harm.  Red Lion ensures that our

8    technicians are factory trained and we only use OEM

9    parts.

10            I have read several reports from the

11   manufacturers and their leading associations.  I noted

12   that they identify numerous instances that third party

13   companies or ISOs have improperly repaired equipment.

14   However, I did not see one instance reported that the

15   OEM made a mistake.  Do they not make mistakes as

16   well?

17            In closing even though the ISOs have to pay

18   a higher cost for training, parts, shipping, and

19   technical support, we can still provide a better

20   customer service and at a cheaper price.  If the FDA

21   is truly concerned about patient safety and the

22   increased costs of health care I would recommend that

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

233

1  they take a closer look at how the manufacturers

2  impact and support the Independent Service

3  Organizations and third party service providers.

4       Thank you.

5       DR. HEMPHILL:  Robin Hemphill again from the

6  Veterans Health Administration.  I am struck a little

7  bit by a lot of things that are coming out of this

8  discussion.  And I try to have that inform comments

9  about how we are trying to approach things.  It is

10 striking to me that at the beginning of my career, I

11 would have said I came to work with a pen and that

12 felt like it was about all I needed, along with a

13 scalpel.  And I don't think I am dating myself

14 entirely by sounding like a dinosaur because how

15 things have changed has been almost explosive.

16       So as we look at the thing that we begin to

17 try and track and trend certainly the interaction of

18 devices as they come into our system, and I mean

19 really all devices, and I would also throw in there

20 the sense of medical IT, same type of thing, its

21 interface with people, end users as us, our patients

22 and then the other environment around it is really an

234

1  area of enormous growth for us.  And we are still

2  trying to get our arms around it.  So when I say what

3  keeps me awake at night it is very much this exploding

4  world of fascinating technology and the double-edged

5  sword that it really is for us; all of the promise

6  but, of course, much of the peril.

7         So we are trying very, very hard to get arms

8  around it and understand it and so again that gets

9  back to the reporting systems and the importance of

10 them.  Providers today still struggle greatly with the

11 sense that we contribute to medical harm.  And we

12 still as providers are often in a lot of denial about

13 that.  And yet more and more data comes out and we

14 still often deny, deny, deny; we don't have a problem.

15        So I feel like we are going through the five

16 stages of death and dying; making our way finally to

17 acceptance.  We have a lot of errors that we make and

18 so I would encourage again this group across both the

19 front-end OEM as well as the providers and those who

20 use it and then those who try to fix it and keep it up

21 I think the absence of data is not an absence of a

22 problem.  I think we are still widely underestimating

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

235

1   that.  So we are trying to collect that information as

2   much as we can and understand when is it the device,

3   when is it the provider, when is it a mix.

4          We are also committed to in the next couple

5   of months to try and understand across our enterprise

6   what is the history of devices and how they are being

7   reused so that we can get to that sense of when is

8   even the way we try to reprocess or refurbish or fix

9   up when is that contributing to some of the harms.  We

10   hope to be working with the FDA in trying to create

11   those systems of reporting.

12          But again as frightening as that can be to

13   report our problems both when you bring something in

14   and they are brand new as well as when they are

15   getting used throughout the life cycle, as frightening

16   as that is we can't fix what we don't know about.

17   We're going to try and commit as an enterprise in the

18   system from the VA to understand and report to FDA as

19   wonderful partners for us and to manufacturers when we

20   can; and we will try and expand that knowledge into

21   how we're reusing, reprocessing; so in other words,

22   that life cycle in between that cycle and get that

236

1  information and make it as transparent as we can as

2  well.  But certainly we need partners who are willing

3  to hear those messages.

4          Thank you.

5          MR. BRULEY:  Thank you.  And good afternoon.

6  I'm Mark Bruley, Vice President for Accident and

7  Forensic Investigation at ECRI Institute.

8          FDA's proposed rule request for comment

9  seeks to aid them in exploring the issues of medical

10  devices that are subjected to post market activities

11  performed by original equipment manufacturers and

12  third parties including the hospitals themselves.

13          ECRI Institute's response focused on FDA's

14  question number two on evaluation of risk with these

15  third party and OEM activities.  And to paraphrase

16  that question asked what evidence exists regarding

17  actual problems with safety and/or performance of

18  devices from activities of refurbishing, servicing, et

19  cetera.  Specific examples should be submitted.

20          Let us begin with the tenant that specific

21  examples and anecdotes are not data.  Regulation that

22  affects the safety and cost-effectiveness of the

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

237

1    application of medical technology to patient care must

2    not be entered into without evidence of a problem that

3    needs to be remediated.

4           So let's look at the data both from the 1997

5    FDA regulatory initiative on this topic and for the

6    past ten years.  ECRI Institute has nearly five

7    decades of experience monitoring problems with hazards

8    of medical devices and is well qualified to speak to

9    the issues of what evidence exists.

10          To answer the question on evaluation of risk

11   we conducted extensive searches spanning ten years

12   from 2006 to 2015 of FDA's MAUDE database, ECRI

13   Institute's Health Devices Alerts Tracker Recall

14   database, National Library of Medicine PubMed database

15   and ECRI Institute's confidential contracted

16   investigations of medical device incidents that have

17   caused serious injury and death.  We used extensive

18   key word and text string search strategies to identify

19   records that describe problems with capital medical

20   equipment related to refurbishing, reconditioning,

21   rebuilding, et cetera.  We omitted from the analysis

22   reports on prostheses, implants, reagents, and

238

1  disposable devices.  Our search strategy of

2  denominators for the data are in our comments

3  submitted to the FDA.  The current search strategies

4  are similar to those performed in 1998 that I

5  presented at an FDA AAMI conference about the 1997

6  proposed regulations.

7         At the 1998 conference I presented the data

8  from our analysis from FDA's then 18 year old device

9  experience network and at that time the two year old

10  MAUDE database.  More than 750,000 records were

11  searched; approximately 137,000 which is 19% of these

12  were related to capital equipment.  Of those reports

13  for capital equipment spanning 20.5 years 241 relevant

14  reports were found representing 0.17 of those capital

15  equipment reports.  There was no evidence that a

16  safety problem existed that needed to be addressed by

17  regulatory action.

18         FDA at that conference was then asked what

19  it found in their analysis.  They too said they could

20  find no evidence that a safety problem existed. That

21  is in 1998.

22         In the current ten year analysis we searched

239

1   more than 3,600,000 records of combined MAUDE health

2   devices alerts and ECRI Institutes Accident

3   Investigation case files.  There was nothing in

4   PubMed.  Of those more than 2,115,000 related to

5   capital equipment.  Based on searching for possible

6   relevance thousands of reports were then read.  We

7   found a total of 96 relevant reports out of the

8   2,115,000 records.  That is an incidence of as

9   mentioned before 0.005%.

10          That incidence related to the theme of this

11   workshop is now two orders of magnitude smaller than

12   what was found in 1998.  Based on the results of ECRI

13   Institutes detailed searches spanning the past ten

14   years and on our monitoring of medical device problems

15   for more than 40 years we do not believe that a safety

16   problem exists with refurbishment, remanufacturing,

17   servicing, maintenance and repair of medical devices

18   by either third parties or OEMs.

19          We see no valid argument for an FDA

20   regulatory initiative on the premise that there is a

21   history of safety or performance problems that are

22   compromising patient safety.

240

1          Thank you.

2          MR. SCHNEIDER:  Hi, Rich Schneider from

3    TriMedx.

4          I wanted to spend my five minutes really

5    reemphasizing some of the key benefits and address

6    some risks that we've heard today.

7          The first one is really around

8    responsiveness.  ISOs like TriMedx or in-house

9    clinical engineering programs really act as an arm of

10   the hospital of our customer.  We don't go around

11   wearing TriMedx badge, logos on our shirts; we are

12   seen as partners and part of the hospital.  What that

13   allows us to do by being co-located within the

14   hospital is really improve responsiveness.  So when a

15   mission critical device is hard down because we are

16   there we can get that device back up and running

17   within hours.  Most of them are done within four

18   hours, within 24 hours over 95% of hard down mission

19   critical devices are back up and running.  That

20   addresses really provider satisfaction but most

21   importantly patient safety.  So that is a key benefit

22   that ISOs provide to our customers.

241

1          From a cost perspective, we heard a lot

2     about cost savings as well.  And we can't minimize

3     that.  A lot of hospitals have financial difficulty

4     and they need these cost savings in order to provide a

5     service to their patients, an effective service to

6     their patients.

7          From a risk perspective obviously mitigating

8     risk is key.  And at TriMedx, I think you've heard

9     this a couple of times today, we put in place quality

10    management program where we have an internal audit

11    team that goes out to each of our hospital sites and

12    reviews the processes and documentations that our

13    engineers go through.

14         We also have a supplier quality program

15    where we are going out and visiting our partners who

16    provide us parts and do third party repairs for us to

17    ensure that we are providing that quality necessary.

18         Why are we doing this?  Obviously patient

19    care, patient safety is number one.  Number two is if

20    we didn't do it we'd be out of business.  So it is

21    important for us to do it from a pure business

22    perspective.

242

1              And third I think you heard this earlier and

2    I really want to emphasize this is that we are

3    regulated.  We are regulated, maybe not directly, but

4    through our customer, through the hospital.  Hospitals

5    are regulated by the CMS, we've got Joint Commission

6    auditors coming in, we've got state health regulators

7    coming in.  If we don't provide that service, if we

8    don't document our repairs and preventive maintenance

9    properly and on time those hospitals will be seen at

10   fault, we'll be seen at fault.  And they'll either be

11   fined or put out of business and we can't let that

12   happen.

13             So to me we don't need that additional

14   regulation by the FDA.  What we need is the walls to

15   be knocked down between the hospitals, the ISOs, the

16   in-house clinical engineering programs and the OEMs.

17   At TriMedx we have some great OEM partnerships.  Some

18   other OEMs really don't want to work with us.  And we

19   need the training, we need the access to parts to

20   really provide service to the hospitals and improve

21   patient safety and care.

22             Thank you.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

243

1          MR. LERSCH:  Good afternoon.  My name is

2     Jeff Lersch.  I'm the Vice President of sales at Karl

3     Storz Endoscopy America.  Karl Storz for those who do

4     not know is a worldwide leader in the production and

5     sale of medical instruments and devices including a

6     broad range of reusable rigid and flexible endoscopes,

7     instruments, camera systems and other accessory

8     devices used by healthcare providers to conduct

9     minimally invasive medical procedures.

10          On behalf of Karl Storz I'd like to thank

11     the FDA for hosting this public workshop to gather

12     insight on this critically important patient issue.

13          During my brief comments this afternoon I

14     will provide Karl Storz' perspective on the benefits

15     and risks associated with the five R's as I refer to

16     them in a regulated versus unregulated environment.

17          In the current unregulated environment of

18     device repair Karl Storz believes for specific

19     categories of products the risk to patients outweigh

20     the benefits being realized by other stakeholders.  In

21     our filing to the docket we surfaced evidence that

22     substantiates what can happen when a patient critical

244

1    or semi-critical device is repaired by a third party

2    in unregulated environment.  Patient critical devices

3    can be defined as a device which comes in contact with

4    blood or sterile tissue including mucous membranes.

5    Patient semi-critical devices work hand in hand with

6    and are necessary for patient critical devices to

7    perform a medical procedure.

8         The common thread in each of the examples we

9    surfaced in our submission was that somebody other

10   than Karl Storz opened and actually repaired the

11   device compromising its integrity.  And lastly in each

12   of the instances we surfaced there was an adverse

13   patient outcome.

14        Two examples in particular further amplify

15   the need to change the status quo.  In the first which

16   was included in our submission material from the outer

17   sheath of an endoscope flaked off inside a patient and

18   an investigation concluded that the insulation cover

19   material was different from the material Karl Storz

20   uses in its manufacturing and repair processes.  The

21   hospital that sent the device to Karl Storz confirmed

22   that it had used a third party repair company to

245

1    service the device.

2           More recently we received a flexible

3    endoscope that had been repaired by a third party.

4    Our investigation revealed that a chewing gum like

5    substance, no kidding, had been used to repair the

6    shaft where it connects to the handle.

7           Both of these examples demonstrate why

8    standards for repairing medical devices must be

9    established and that regulatory oversight is required

10   to drive accountability.

11          Another concern is a lack of labeling.  ISOs

12   currently are not required to clearly label devices

13   they modify leaving users with a false perception that

14   a device adheres to OEM and for that matter applicable

15   FDA standards.  As mentioned third parties are not

16   required to document or report their 5 R activities so

17   there is no mechanism for any stakeholder to know who

18   has repaired a device, what modifications were made to

19   the device and how the device performs versus original

20   OEM specifications.

21          This begs the question how is this lack of

22   information in the best interest of patient safety.

246

1          Conversely OEMs are required to document and

2    report all activities associated with their devices

3    establishing standards and initiating regulatory

4    oversight for all parties will level the playing

5    field, drive accountability and have a positive impact

6    on patient care.

7          Karl Storz strongly believes the FDA can, in

8    fact, develop and implement a regulatory framework

9    that protects the proprietary interests of OEMs,

10   preserves a vibrant third party repair marketplace,

11   and above all else protect patient safety.

12         DR. BITTLEMAN:  Thank you Jeff.  Sorry, we

13   have to move on.  That was your five minutes.  Thank

14   you.

15         MR. FRANCOEUR:  Thank you.  My name is Dave

16   Francoeur.  I've been in the healthcare profession for

17   greater than 30 years.  I've worked in every facet of

18   this industry possible, insurance, OEM, in-house,

19   third party, done it all.  I've had thousands of

20   technicians that reported to me through the career.

21   I've had millions of work orders that have been

22   processed under my indirect or direct responsibility,

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

247

1    a lot of which was responsibility for the quality.

2           I want to first start out by saying we have

3    to understand the way I work on things it is around

4    understanding the why.  So why are we here?   And my

5    perspective I feel that we are here because we are

6    focused on patient safety.  Well if we are truly

7    focused on patient safety then we are going to have to

8    break down the walls because whether we want to admit

9    it or not cost and competitiveness are definitely two

10   factors that are causing the problem for the reason

11   why we are sitting here today.

12          Second thing that's an issue that I think we

13   need to address is we're here because we are either

14   going to ensure increased or improved patient safety.

15   Well obviously we don't know which of those it is

16   because again if we did I don't think we'd be sitting

17   here today.  So the fact of the matter is I think we

18   have to decide what it is that we are trying to

19   achieve and how we are going to do that.  And the only

20   way it is going to happen is if we break the walls

21   down between the OEMs and non-OEMs because really

22   whether you are in-house or ISO doesn't really matter

Case 3:21-cv-03496-AWC Document 1272444 Filed 03/52/37234 Page 248 of 282

248

1  because you are not OEM.  And as I said I've worked

2  for OEMs in the past.

3          Next think I want to say is that I've

4  changed my view a little bit just since I've been here

5  today and over the day.  I think there may be some

6  merit to some sort of validation which shows and

7  demonstrates there's somebody that is working on a

8  piece of equipment that has some level of criteria and

9  the ability to make sure that they can work on those

10 pieces of equipment.  I don't disagree with that.  But

11 the fact of the matter is the challenge we are going

12 to have is how are we going to measure that.  And how

13 are we going to monitor that.

14         Next thing I'll say is that if you are going

15 to go down that road then we have to make sure it is

16 on both sides because I do believe regardless of

17 whether your paycheck comes from OEM or comes from In-

18 house or comes from ISO or comes from wherever it

19 comes from, whether your training comes from an ISO or

20 independent third party group or someplace else the

21 fact of the matter is the skill and the level that the

22 person who sits in front of that piece of equipment is

249

1   only as good as that person that is there at that

2   time.  And I can demonstrate time and time again it

3   doesn't matter again where you paycheck comes from or

4   where your training comes from because if you are

5   going to circumvent the system, if you are not going

6   to do it because you're not the type of person that is

7   going to do it in the first place it is really not

8   going to matter where your training came from or your

9   paycheck comes from.

10          So with that I would just say that the

11  benefits would be if we all did come together and we

12  truly did do what we're professing we say we want to

13  do in this room which is to increase patient safety

14  then lets break down the walls and make that happen.

15          But the challenges are going to be to figure

16  out how we are going to do that because we don't have

17  the tools that we need, we're not willing to share the

18  information back and forth, and so much as the OEMs

19  have told us on numerous occasions if they had the

20  data they could make decision, well then let's do it

21  the other way, give us the data and let us help you

22  make the decisions.

250

1          So all I'm saying is we can sit here and

2     banter this forever; it is never going to change

3     unless we decide to change it.  So I'll just throw

4     that out there.  With that that is my perspective and

5     I appreciate your time.

6          MR. GREEN:  My name is Thomas Green.  And

7     I'm the President and Owner of Paragon Service located

8     in Michigan.  My company services, we're an ISO.

9     Actually we were the very first anesthesia ISO in the

10    country.  We were the second anesthesia refurbisher in

11    the country.  We are also distributor of anesthesia

12    equipment.

13         And I wanted to get up and speak because

14    I've heard some things I really don't like hearing

15    right now.  And I wasn't going to speak but I'm going

16    to.

17         There are some things bantered around that

18    are gray areas.  You want to hear facts well first of

19    all I'm going to speak on behalf of Thomas Green of

20    Paragon Service.  Tomorrow I'm on a panel.  I'm going

21    to be representing ISOs but I want to speak on my

22    behalf today.

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

251

1          I have been in the anesthesia equipment

2    business for over 35 years and 26 years ago I started

3    Paragon Service.  You want to talk about critical

4    equipment, anesthesia equipment.  It doesn't work,

5    people die.  You want to hear facts, 15 to 20,000

6    service procedures have been performed by my little

7    company; we've sold between two and three thousand

8    refurbished anesthesia machines, thousands of patient

9    monitors; no returns.  No adverse events.  No patient

10   harm.

11          You want to hear stats.  No patient harm.

12   And yet we have to stand here today and hear that ISOs

13   and refurbishers are unsafe.  Mark can talk about his

14   statistics of five thousands of a percent including

15   OEMs.

16          Here is an example of a company that has no

17   patient harm.  Yet we are here today.  This is crazy.

18   Needing further regulation; MITA just wants this to

19   put us out of business and increase their costs

20   period.

21          ISOs are safe, fast responding and can do it

22   forty to fifty percent less than OEMs.  They don't

# Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

252

1    like us.  Further FDA regulation will not improve the

2    statistics of Paragon Service.  26 years from now we

3    are still going to have no patient harm and we don't

4    need the FDA to regulate us.

5           Thank you.

6           MS. WILLIAMS:  That is going to be hard to

7    follow.

8           [Laughter]

9           Good afternoon.  My name is Nicole Williams.

10   I'm a microbiologist and Vice President of Medical

11   Optics.  We are a third party repair company out of

12   Tamarac, Florida.

13          I've actually been doing this for over 16

14   years.  I know it doesn't look it by my young exterior

15   and so I've also worked for the OEMs and ISO so I see

16   this from both points of view.

17          It is as the day has gone by today I had a

18   little speech prepared but it is very hostile and I

19   think this subject is always going to be a hostile

20   thing.  And it doesn't have to be.  I've been actually

21   disavowed by my previous OEM.  They are like we'll at

22   least pretend she doesn't work there anymore which

253

1  why?  I have that knowledge; it doesn't go away just

2  because I don't work there anymore.  I am a

3  microbiologist; I'm all about effects control and

4  patient safety.  And that is what is important.  And

5  that is what everyone is forgetting with the fighting

6  that has been going on today.

7          What is important is that there are very,

8  very good companies here that do very, very good work.

9  And there are companies that do very, very bad work.

10  There are people that replace stuff with bubble gum in

11  their garage.  And there are people like my company

12  who are ISO certified by both 9001 and 13485 that do

13  material compatibility on every part that touches a

14  patient, every part.  And I will gladly show anyone

15  the test report for that because I make sure it

16  happens, because that is important.

17          We do reprocessing testing on everything.

18  We also have huge complaint procedures just like you

19  are required to if you are ISO regulated.  If they

20  come in and check you then you have to have everything

21  that you do.  I don't know why this is a surprise to

22  everyone here and why we are having a battle.  It

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

254

1    needs to be fixed.  It is important.  It is money.  I

2    don't care what anybody says, it is.  All you have to

3    do is cooperate.  If Olympus would like to have our

4    repair data, I will happily give it to them.  I have a

5    lovely online program where my customers can log in

6    and see it.  This is not a surprise.

7              We do this, third parties care about their

8    patients.  We are more fit to represent our hospitals

9    than some OEMs.  We do better training.  One OEM in

10   this room I went to do training with their supposed

11   clinicals and they made me do their clinical training

12   because they didn't know the product.  It is very

13   important.  Customers need training.  They need those

14   special things that the ISOs give them that the OEMs

15   do not.  You have other things to worry about; let us

16   worry about the customer service.

17             And honestly we can rehash the same thing

18   over and over again but I feel like this is what we

19   are going to talk about for two days and not get

20   anything done.

21             Maybe you need an Italian up there and we'll

22   just take a vote and figure it out.  Now my boss is

255

1  going to be mad at me because it is nothing I wrote

2  down and made him read today.

3          [Laughter]

4          Sorry, Frank, because I know you are

5  watching me right now.

6          So in closing since I've said nothing that I

7  was supposed to say in the first place, I think that

8  we can make this work.  We don't need to have FDA

9  regulations if everyone has their 13485, everyone does

10  what they are supposed to do and we all share a little

11  bit of information.  There is enough business to go

12  around for everyone and it is for the betterment of

13  the hospital.

14          Thank you.

15          MR. BEINKE:  I'm Hans Beinke with Siemens

16  Healthcare.  I don't have anything too formal

17  prepared.  Just a couple of notes that I took as we

18  went through the session today.

19          First thing I thank FDA for organizing this.

20  I think it is valuable.  One of the speakers just said

21  that he's modified his thinking by some of the

22  comments here.  I've certainly learned some things.

256

1   So I want to thank everybody that's provided comments.

2        Again as has already been said I think Mark

3   Leahey said it first there is a lot of agreement in

4   this room.  And I think that is what we need to focus

5   on.  I think there is a lot of detail that we need to

6   get to and there is some work to get there.  I think

7   FDA has a lot to consider.

8        We've said it and I'll say it again this is

9   not about trying to put ISOs out of business.  I

10   suspect that most, if not everyone in this room, there

11   is not an issue.  I think it is others that we need to

12   be concerned about.  And that is true for OEMs as

13   well.  We have good players, we have bad players.  We

14   have regulations to keep up with what they do.

15        So I don't hate ISOs.

16        To reiterate what we've said, what we do

17   believe as OEMs is that you should have a quality

18   system and again many people in this room have a

19   documented quality system.  So I think for those

20   people that is covered.

21        I think one of the areas I do worry about is

22   the reporting.  We need that reporting so that we can

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

257

1  do trending.  And I think we need to have better

2  communication in that area.

3          I do think that we have a need for

4  regulatory oversight.  I think patients and again this

5  is not something that hasn't already been said

6  patients should be able to assume that there is no

7  difference, they walk into the hospital, they are

8  treated and they don't have to sit there and worry

9  about who did the service.  And again I think that

10  there are many, many good players.

11          We need to protect ourselves; ISOs, OEMs,

12  industry in general by making sure that we are

13  constantly driving quality.

14          We talked about anecdotal information.  I

15  think there is some truth to that because we don't

16  have access to all of the information but I will

17  remind you for the person that it is anecdotal it's

18  important for that individual.  We can't dismiss

19  everything as anecdotal.  There are people behind

20  this.

21          Also there has been a lot of talk about

22  event reporting, harm, death; we need more than just

258

1    that.  We need again to be able to do the trending.

2            Now, I'll mention just some statements that

3    have been made that I either want to comment on or

4    have some resistance to.

5            The statement has been made a couple of

6    times that this person used to work for an OEM.  I

7    think there may be some help there but I don't think

8    that is the end of it.  Our OEM service providers are

9    trained and trained and trained again.  We have new

10   products.  Those new products require new training.

11   So great that there are some prior OEMs in ISOs and

12   hospitals; it is not the end of the process.

13           Only a few problems.  I don't see us

14   regulating OEMs or I don't think that the ISOs or the

15   hospitals should be regulated by some belief criteria

16   that the level is too low to regulate.  I mean if that

17   were the case then maybe we should all have a

18   submittal to FDA and if we were below a certain

19   criteria, we are off the hook, we are not regulated.

20   What about tomorrow?

21           There was a presentation or mention at least

22   that there is going to be some tomorrow about

259

1   standards.  I am a fan of standards.  We've worked

2   within MITA to develop some standards.  But a standard

3   on the shelf doesn't do much.  What is the oversight

4   to see that it has been implemented and that it has

5   been implemented properly?

6           Also there were some statements that said

7   our organization is committed to quality.  I've never

8   heard an organization say they are not committed to

9   quality.  Quality is number one.  Oh, well, for our

10  organization it is number two.  Okay.

11          The other thing and I said it earlier up

12  here what is regulation?  Don't have a knee jerk

13  reaction and say it is terrible.  I think we have work

14  to do to decide how much makes sense.

15          And finally a steal from Mark Leahey again

16  trust is great but verify.

17          Thank you.

18          MS. SCOTT:  Are there any others from the

19  people who actually registered to present who have not

20  yet come to the microphone?

21          Okay.  If not, we can move on.  I think

22  there was at least Scot Mackeil wanted to present this

260

1   afternoon, he has a few more words he'd like to share,

2   so go ahead Scot.

3           If there are any others from the audience

4   who would like to share, again, you would only have

5   five minutes to share a perspective if you would like

6   to, you may come to one of the two microphones.

7           MR. MACKEIL:  My name is Scot Mackeil and

8   I'm a Senior Biomed at Mass General Hospital.  And I

9   am a quality system.

10          We spoke today of benefits and risk.  In my

11  36 year biomed career I worked in many roles.  I work

12  in the OR at a thousand bed academic medical center.

13  I worked 19 years in a financially disadvantaged

14  community hospital.  I worked ten years as a clinical

15  lab equipment specialist and refurbisher for regional

16  ISOs and equipment remarketers.

17          From my workbench I have seen many benefits

18  and risks as technology and economics are connected to

19  patient care and safety.  In years past the level of

20  corroboration between biomeds and manufacturers in our

21  industry was much better.  Today it is increasingly

22  difficult as collaboration is in short supply.

261

1          The words liability and proprietary are used

2     to build walls between manufacturers and servicers.

3     When discussing benefits and risks let's focus on

4     patient safety, caregivers, healthcare systems and

5     leave the wall building out of our conversation.  And

6     the cause of patient safety and equitable and

7     affordable care we can all be stronger together.

8          It is common for biomed to be called to the

9     point of care to resolve emergent technology problems.

10    Biomeds are often able to respond immediately,

11    mitigate risk and solve problems with little delay.

12         In scenario A biomed is empowered by the

13    manufacturers.  He studied the comprehensive factory

14    service manual, had training, can access diagnostics,

15    has parts, the issue is quickly resolved, care is

16    resumed, risk to the patient is minimized.

17         Biomed B in scenario B is denied access to

18    these resources, the device's role, the treatment is

19    essential yet the biomed must say I'm sorry doctor I

20    think it is broken; we have to take it out of service.

21    I'll call the company, we might be able to get them

22    here early next week or I'll have to get this boxed up

262

1    and send it to the factory.  I'll see if I can get a

2    loaner and I'll get this fixed as soon as I can.

3              In Scenario B the doctor must stop, modify

4    or limit the procedure and the patient's care is

5    impacted.  Risk factors multiply.  The patient may not

6    have received the treatment they needed or the case

7    may need to be rescheduled.  Other cases that depend

8    on this device must be modified, cancelled or

9    rebooked.  Schedules and care of many patients and

10   caregivers are impacted as the ripples of the failure

11   spread out.

12             The manufacturer provides service for the

13   device by generating service revenue.  The hospital

14   experiences risk to patient care and safety and

15   downtown while the device was out of service.

16             Which scenario does the FDA see as being

17   more beneficial for the patient?  Can the FDA see

18   changing its regulatory framework so that biomed A

19   scenario is tomorrow's standard?

20             Today I'm asking the FDA not to impose

21   regulations that would limit or restrict a biomed's

22   ability or choices in servicing the needs of my

263

1    caregivers.  I'm asking the FDA along with medical

2    equipment manufacturers to empower biomeds and

3    clinical engineers who are your customers, your

4    colleagues and allies.  I would also ask for

5    recognition of the value brought to the industry by

6    our trusted third party service providers and similar

7    stakeholders.  Delivering safe affordable equitable

8    healthcare with less risk benefits all of us and is

9    tied to a simple equation.  Healthcare dollars do the

10   most good when they are spent directly on care.

11          To the FDA from my perspective at the

12   workbench I must have ability, choices of third party

13   services and collaborative relationships with

14   manufacturers to safely serve the needs of caregivers.

15   The combination of manufacturer's reps like my buddy

16   Dave Young from Philips and our industry's third party

17   ISOs and vendors is essential to me because it allows

18   me to present the best options to safely and

19   affordably meet the needs of my caregivers.

20          Moving forward I would ask the FDA for at

21   least this:  Please settle the issues around service

22   manuals in the industry, define what must be in them,

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

1   adopt industry standards for service manuals content

2   and preventative maintenance procedures and require

3   that service manuals along with access code software

4   and repair parts be available to biomeds without

5   question.

6          Lastly I speak to the FDA as my regulatory

7   partner and to manufacturers as your customer, I need

8   both of you on my team when I am at the bedside or on

9   the workbench.  You are both valued partners that can

10  contribute to patient safety and affordable equitable

11  care by empowering biomeds with knowledge and support

12  as we serve our clinicians with a shared goal.

13         This is from Jeff Cooper, the founder of my

14  department, and this is what we should be doing: To

15  provide outstanding innovative technology services,

16  solutions and systems for excellence in patient care

17  and to ensure that technology never harms a patient.

18         Thank you very much.

19         MS. HORN:  Hi everybody.  My name is Heidi

20  Horn.  I'm the Vice President of Clinical Engineering

21  Service at SSM Health.  SSM Health is a non-profit

22  Catholic health system based out of Saint Louis.  We

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

265

1   have about 21 hospitals now, actually a couple more as

2   of today.  And we are providing, my clinical

3   engineering service department has about 110 clinical

4   engineers, biomeds and imaging technicians who provide

5   obviously clinical equipment maintenance and

6   management services to all of our hospitals system

7   wide.  I've been in this business for about 18 years.

8          So a couple of things that I wanted to bring

9   up that I know other people have brought up but I

10  wanted to make sure that it was kind of clear and said

11  in the context of a healthcare provider to the FDA.

12  First of all just kind of a show of hands, just

13  curious, how many people in here by show of hands is

14  actually employed by a health system or a hospital.

15  Okay.  So not a lot.

16         So we come from a little bit of a different

17  context here and I wanted again to make sure that was

18  clear and actually official docket here.  So from a

19  hospital perspective there is nothing more important

20  obviously than patient care.  Our sole business is to

21  care for patients, make sure that they are taken care

22  of and that they leave the facilities in better

266

1   condition than when they entered facilities.  This

2   goes into play also from the clinical equipment

3   standpoint.

4          So when patients are injured unfortunately

5   by a medical device end user whether it is a

6   malfunction of the device, a service issue by anyone,

7   the hospital themselves are actually directly

8   responsible for that.  The hospitals are the ones that

9   are accountable I should say.  The hospitals are

10  accountable for that.

11         And so, therefore, we must be the ones who

12  are making sure that the vendors whether they are

13  OEMs, ISOs or our own folks are doing what they need

14  to be doing.  There is no other, well, I shouldn't say

15  no other, but health systems in general are more

16  regulated than any other industry out there.  We have

17  I can tell you SSM in particular we have the FDA

18  coming in on a regular basis at one of our hospitals.

19  We have CMS coming in.  We have Joint Commission

20  coming in.  We have the State.  We have CAP.

21         People are coming in and making sure that we

22  are doing what we say we're going to do and are making

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

1  sure that we have that documentation.  Somebody else

2  was talking about having documentation from the ISOs;

3  we as an in-house organization and as a hospital are

4  required to keep all the documentation whoever

5  provides that maintenance service.  So if it is in-

6  house we have to provide it but we also have to have

7  it available if the OEM provides and we have to have

8  it available if an ISO provides it.  So from a

9  documentation standpoint it is the hospitals again

10 that are accountable for this.

11        My point to all of this is that I mention

12 that we are one of the most regulated industries out

13 there.  We self regulate because of that.  If an ISO

14 or a vendor or a OEM or whatever we are going to call

15 them or an in-house person for that matter, if one of

16 our technicians is not doing what they are supposed to

17 be doing because we are accountable for that, because

18 we are liable for that we are going to dismiss them;

19 we are going to no longer do business with them.  And

20 I've done this quite often, I've had to fire ISOs and

21 OEMs and vendors who have not done what they are

22 supposed to be doing.

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

268

1    So ultimately what I would like to relay to

2    the FDA and make sure that you do understand is that

3    we are self-regulating.  And we are regulated as a

4    healthcare organization.  So it is very important to

5    point that out.

6    One other piece I just kind of want to touch

7    on, you know, and I won't go into it too much because

8    I notice they are giving me the five minute warning

9    here but in my health system we have 85,000 devices

10   that we manage.  This past year I budgeted $30

11   million, $30 million to maintain that equipment.  That

12   was almost double from what it was ten years ago.  So,

13   when we talk about having access to parts, having

14   access to training, having access to service manuals,

15   technical support, affordability is also

16   accessibility.  And having to pay $30 million which by

17   the way I am not even sure my whole health system is

18   going to make that much this year as a non-profit, so

19   having to pay that sort of thing is not making it

20   accessible.  And so again it is something that we as

21   an industry as a whole and I am including everybody in

22   this room really has to come back together and talk

269

1    about because we cannot keep seeing these costs

2    skyrocket like they are and expect us to be able to

3    get the training we need, the parts we need, the

4    support we need and do a good job for the benefit of

5    the patient.

6            So that is all I want to say.  Thank you.

7            DR. DOMINITZ:  Hello.  I want to thank the

8    FDA for this opportunity.  My name is Jason Dominitz.

9    I am a gastroenterologist.  I think I am one of the

10   few end users here at this meeting who is actually

11   handling these devices and putting them into patients

12   or dealing with them directly with patients.

13           I'm the National Director for

14   Gastroenterology for the Department of Veterans

15   Affairs.  I'm speaking as an individual today.  My

16   comments may or may not be those relevant to the

17   official policy of the VA.

18           When it comes to endoscopy there is over 14

19   million colonoscopies done every year, there is over

20   500,000 ERCPs done a year. In the VA we do about

21   400,000 GI procedures a year.  So 500,000 ERCPs done a

22   year in the U.S. and many of you may be familiar with

# Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

270

1   the horrible situation we had in the last couple of

2   years with the duodenoscopes; the superbug infections

3   as they were known, the Carbapenem-Resistant

4   Enterococcus, so 500,000 procedures but we didn't

5   discover that there was a problem with these

6   endoscopes that have been in use for many years until

7   these rare infections turned up and those were largely

8   discovered by luck.  It was almost entirely by luck.

9   So I think you have to think about that when you talk

10  about the low rates of problems being discovered.

11          I helped write infection control guidelines

12  for endoscopes and we talked about how the risk of

13  infection was less than one in a million; we were all

14  very convinced that the risk of problems was

15  incredibly low but we just didn't have the right data.

16  So I am very concerned as Dr. Hemphill said earlier

17  the lack of data is not the same as the lack of a

18  problem.

19          So I think we need better data.  We

20  shouldn't bury our heads in the sand.  We have near

21  misses.  As a gastroenterologist we have problems when

22  the endoscope doesn't work like it is supposed to, the

271

1    wheels don't turn quite right, we've had lenses or the

2    cameras mounted upside down, we've had cables mounted

3    improperly, improper angulation.  I don't know if it

4    is ISOs or the OEM doing these repairs.  I don't

5    really care.  I just want to make sure it works.  And

6    it doesn't always work right.  And it is not going to

7    result in serious harm but it could delay the care.

8    We may have to switch out to another scope which, of

9    course, increases the cost.

10           So I think we need better reporting systems

11   for when we have these problems.  How do we synthesize

12   this data?  You know it is not being synthesized right

13   now.  I don't know if the third party vendors are

14   doing, the OEM are doing the repairs, maybe they need

15   service bulletins to say that this scope had this kind

16   of problem, you need to trend that data.  So I do

17   think we need better training, availability of parts

18   and manuals to make sure that our patients are getting

19   high quality equipment being used in the hands of the

20   physicians.

21           Thank you again for this opportunity.

22           SPEAKER:  Hi, my name is Cory.  I'm from an

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

272

1   OEM manufacturer of dental, mostly dental chemicals

2   like composites and things.  We have a couple of piece

3   of hand held equipment.

4           I am not speaking in my company's capacity.

5   I am regulatory affairs manager.  I would like to

6   point out to FDA that not all equipment has the same

7   risks; not all equipment is installed; not all

8   equipment is used in hospitals; not all of it is

9   serviced in the field.  We do not have any field

10  service engineers, all of ours are very small; they

11  are sent back to us.  We repair them; they are not

12  used in high risk types of procedures.

13          So a final regulation should also be sure to

14  cover devices like these, you know, scalable to small

15  specialty, low-risk, non-installed devices that are

16  serviced by the OEM.  Most of the parts are specialty

17  parts.  You can't buy them off the shelf.

18          So I just want to be careful that the final

19  regulation does address that as well.

20          MR. WHITLOCK:  My name is Rodney Whitlock.

21  I am Vice President for Health Policy at ML Strategies

22  in Washington.  I am also a 21 year hill staffer

273

1    retired.

2              Start with this which is the Food and Drug

3    and Cosmetic Act speaks to safety and efficacy.  It

4    does not speak directly to cost nor does it require

5    FDA to do so.  That doesn't mean that it isn't a

6    public policy issue.  But when we talk about what the

7    requirements of FDA are that is something to keep in

8    mind is the importance of the value of safety here.

9              Now what is crystal clear about listening to

10   this room is no one here does a bad job.  And not

11   surprisingly no one here came to say I'm terrible at

12   what I do and I want to make sure that I have the

13   opportunity to continue to be terrible.  Clearly,

14   clearly everyone in this room does an extremely good

15   job and they care about doing so.  But that to a

16   degree should guide FDA as they approach this which is

17   if you are trying to set standards which is an FDA

18   requirement to be able to show consistently that they

19   are doing what is in the interest of patient safety it

20   is important that those that are not are weeded out.

21   And currently everyone in this room who does the jobs

22   they do to the level that they do it of damn near

274

1    perfection as described no one here should be in any

2    way, shape or form afraid of any standard that FDA

3    could set because you absolutely will meet it;

4    wouldn't you?  You've certainly testified to that

5    today.  So the question is what is ultimately in the

6    interest of patient safety as FDA moves forward.

7              And I think the argument should be fairly

8    clear that the standards that are certainly in place

9    for the OEMs have a certain expectation for patient

10   safety, without question.  And so for ISOs for both in

11   what they do to repair to the previous level, they

12   should have no fear of meeting those levels.

13             And secondly they should have no fear of

14   putting their name on it, on their work.  And for the

15   FDA the challenge is what is in the interest of

16   patient safety for this accountability gap to exist

17   moving forward between OEMs and ISOs where there are

18   just functionally different regimes for both when

19   these are issues of patient safety.

20             And finally to say that there is an existing

21   regime out there and particularly to say that

22   ultimately liability is a safety regime, liability

275

1   while waiting for a seminal event to occur is no

2   public policy.  And FDA certainly knows that for the

3   existence of this entire campus.  If they treated

4   drugs that way that would be utterly ridiculous and we

5   all know that.  Seminal events as a matter of public

6   policy waiting for those to occur is no public policy.

7            Thank you.

8            MS. SCOTT:  Are there any other comments

9   from our audience?

10           If not, I'm going to turn it over again to

11  Sean Boyd who is going to close us out for this

12  afternoon.

13  WRAP-UP

14           CAPT. BOYD:  All right.  Well thank you all

15  very much for participating in the workshop today.

16           We heard a lot of things that we expected in

17  terms of passion on all sides of this issue to

18  identify the risks and benefits and some of the

19  challenges that we are facing in identifying a path

20  forward.

21           Let me go through some logistics items for

22  tomorrow and then I'll do a little bit of recap in

276

1   terms of what we heard and try to clarify some things.

2          So in terms of housekeeping items hold on to

3   your name badges and bring them with you tomorrow.

4   You'll need them to check into the workshop.  We are

5   going to start promptly at 8:15 tomorrow morning.  And

6   again the food vendors will be available early in the

7   morning if you haven't already had an opportunity to

8   preorder your lunch for tomorrow.

9          In addition to that people that are

10  traveling and if you have luggage, we've reserved room

11  1406 which is one of the break-out rooms that -- help

12  me Valerie, where -- oh,  we've changed it to 1504 and

13  it is that direction; is that correct, so if you turn

14  out and go left toward the end of the hall.

15         And I think that is it for logistics and

16  housekeeping items.  Am I forgetting anything?

17         Okay.  And there will also be some

18  additional table in the back of the large area for any

19  overflow of luggage.

20         So in terms of what we heard today.  We

21  started out with a history of some of FDAs efforts and

22  starts and stops in addressing this issue and

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

277

1    certainly we're reconvening today so that we don't

2    find ourselves here again in another 20 years to be

3    tackling this issue once more.

4           We heard some proposed working definitions

5    that are really trying to define the scope of

6    activities that we're talking through today and for

7    future benefit of really the ecosystem that is

8    involved with these issues.

9           We've heard the perspective of a variety of

10   different stakeholder groups and we heard a panel

11   discussion on benefit and risk associated with each of

12   these activities.

13          And I think we heard a lot of common themes

14   and I just wanted to touch on some of those.  I

15   certainly might not hit all of them or I might not

16   articulate them in the same way that you would but

17   permit me to share a little bit of what we learned

18   today.

19          First everybody is putting the patient

20   first.  We are all focused on patient safety and that

21   is our top priority and our singular priority as we

22   move forward.  And that is something that I think is

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

278

1  going to help us continue to come together and focus

2  on lasting solutions as we continue to talk about this

3  tomorrow and after the workshop.

4         Second I think we need to better understand

5  kind of the scope of the problem.  We heard varying

6  perspectives on data and anecdotes and what do we

7  really know about what types of risks or issues are

8  going on with servicing activities whether they are

9  performed by and OEM or a third party.

10        We heard a lot of discussion of the

11 importance of visibility and transparency of

12 information really for purposes of documenting the

13 activities that are ongoing for a device's useful life

14 and that is something that I think needs more

15 discussion and exploration.

16        We heard the importance and the value of

17 quality management across all stakeholders that are

18 involved in the issue.

19        There has also been a lot of discussion

20 regarding and a focus on regulation.  And one of the

21 things I want to share from an FDA perspective is that

22 we don't have any preconceived solutions to this

279

1 problem.  We are not necessarily convening this event

2 to publish a regulation that is going to define a

3 future state.  We don't know what solutions we're

4 going to bring to the table in partnership with you.

5 And that is something that I really do want to

6 emphasize.  We clearly heard that we need to discuss

7 more what is the appropriate level of oversight given

8 the current state of affairs and the varying

9 responsibilities that FDA and other entities might

10 have in ensuring that these activities are performed

11 for the purposes of maintaining patient safety again

12 over a device's useful life?

13       There are a variety of options that we might

14 consider in this.

15       And lastly I want to emphasize that one

16 thing is clear FDA alone is not going to solve or

17 resolve this problem.  We together are going to solve

18 and resolve the issues going forward.  And I think a

19 lot of these things I was taking notes for kind of

20 closing remarks tomorrow but based on some of the

21 discussion today I wanted to share it early.  I think

22 this is a starting point.  This workshop is a starting

280

1    point, maybe 20 years later a starting point to look

2    at what are we going to do next.  And we view our role

3    as convening the key stakeholders around these issues

4    for purposes of defining what solutions we should

5    being to address the concerns that have been raised

6    over this two-day workshop.

7              So with that again I thank you for your

8    participation and I thank you for the passion and the

9    energy that you bring to this.  And I look forward to

10   hearing everybody's contributions tomorrow.

11             Have a good night.

12             [Applause]

13             (WHEREUPON, the public meeting concluded for

14   the day.)

15

16

17

18

19

20

21

22

## Capital Reporting Company
## FDA PUBLIC MEETING 10/27/2016

281

1                    CERTIFICATE OF NOTARY PUBLIC

2

3              I, NATE RIVENESS, the officer before whom

4     the foregoing deposition was taken, do hereby certify

5     that the witness whose testimony appears in the

6     foregoing deposition was duly sworn by me; that the

7     testimony of said witness was recorded by me and

8     thereafter reduced to typewriting under my direction;

9     that said deposition is a true record of the testimony

10    given by said witness; that I am neither counsel for,

11    related to, nor employed by any of the parties to the

12    action in which this deposition was taken; and,

13    further, that I am not a relative or employee of any

14    counsel or attorney employed by the parties hereto,

15    nor financially or otherwise interested in the outcome

16    of this action.

17

18                                    NATE RIVENESS

19                             Notary Public in and for the

20                                    State of Maryland

21

22

**Capital Reporting Company**
**FDA PUBLIC MEETING 10/27/2016**

282

1                   CERTIFICATE OF TRANSCRIPTION

2

3           I, CHERYL LaSELLE, hereby certify that I am

4    not the Court Reporter who reported the following

5    proceeding and that I have typed the transcript of

6    this proceeding using the Court Reporter's notes and

7    recordings.  The foregoing/attached transcript is a

8    true, correct, and complete transcription of said

9    proceeding.

10

11

12    _____        _____

13    Date                    CHERYL LaSELLE

14                            Transcriptionist

15

16

17

18

19

20

21

22