**MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN, (CSB No. 261815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@ mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant,*
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>*Defendant/Counterclaimant.* | Case No. 3:21-cv-03496-VC<br><br>Honorable Vince Chhabria<br><br>**TABLE OF EXHIBITS RE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: The Honorable Vince Chhabria |

Pursuant to Paragraph 48 of the Court's Standing Order, Plaintiff Surgical Instrument Service Company, Inc. ("SIS") provides the following table of exhibits specifying the declaration to which each exhibit is attached and briefly describing each document:

| Exhibit | Declaration | Description | Under Seal or RJN |
|---|---|---|---|
| 1 | Van Hoven ¶ 1 | Intuitive Form 10-K for the fiscal year ended December 31, 2022 | Judicial Notice Requested |
| 2 | Van Hoven ¶ 2 | US Patent No. 5,792,135, for an "Articulated surgical instrument for performing minimally invasive surgery with enhanced dexterity and sensitivity" | Judicial Notice Requested |
| 3 | Van Hoven ¶ 3 | Excerpts of Deposition of Dr. Robert Howe (Feb. 24, 2023) | Filed Under Seal (Intuitive) |
| 4 | Van Hoven ¶ 4 | Intuitive Patent Notice pursuant to 35 U.S.C. § 287(a) | Judicial Notice Requested |

1
TABLE OF EXHIBITS RE SIS MSJ
Case No. 3:21-cv-03496-VC

| Exhibit | Declaration | Description | Under Seal or RJN |
|---|---|---|---|
| 5 | Van Hoven ¶ 5 | Excerpts of 30(b)(1) Deposition of Grant Duque (Nov. 8, 2022) | Filed Under Seal (Intuitive) |
| 6 | Van Hoven ¶ 6 | Excerpts of Expert Report of Amandeep Mahal, M.D | No |
| 7 | Van Hoven ¶ 7 | Excerpts of Deposition of Sharathchandra "Shark" Somayaji (Nov. 4, 2022) | Filed Under Seal (Intuitive) |
| 8 | Van Hoven ¶ 8 | Excerpts of the deposition of Daniel Jones (Nov. 10, 2022). | Filed Under Seal (Intuitive) |
| 9 | Van Hoven ¶ 9 | Excerpts of Expert Report of Russell L. Lamb, Ph.D. | Filed Under Seal (Intuitive) |
| 10 | Van Hoven ¶ 10 | Excerpts of Expert Report of T. Kim Parnell, Ph.D. | Filed Under Seal (Intuitive, Rebotix) |
| 11 | Van Hoven ¶ 11 | Excerpts of the 30(b)(6) deposition of Grant Duque (Nov. 8, 2022) | Filed Under Seal (Intuitive) |
| 12 | Van Hoven ¶ 12 | July 21, 2022. Intuitive Letter, bates-labeled as Intuitive-02066979-Intuitive-02067059. | Filed Under Seal (Intuitive) |
| 13 | Van Hoven ¶ 13 | Excerpts of the deposition of Maxwell Meng, M.D (March 7, 2023) | Filed Under Seal (Intuitive) |
| 14 | Van Hoven ¶ 14 | Excerpts of the Deposition of Colin Morales (Nov. 9, 2022). | Filed Under Seal (Intuitive) |
| 15 | Van Hoven ¶ 15 | Document entitled "Gen4 Instrument Refurbishment Pilot", bates-labeled Intuitive-00626597- Intuitive-00626616 | Filed Under Seal (Intuitive) |
| 16 | Van Hoven ¶ 16 | Document entitled "Core Instrument Strategy", bates-labeled Intuitive-00671209-Intuitive00671220. | Filed Under Seal (Intuitive) |
| 17 | Van Hoven ¶ 17 | SIS "About Us" webpage, available at https://sis-usa.com/about/ | No |
| 18 | Van Hoven ¶ 18 | Excerpts of the 30(b)(1) Deposition of Greg Posdal (Nov. 1, 2022). | No |
| 19 | Van Hoven ¶ 19 | Excerpts of the 30(b)(1) Deposition of Keith Johnson (Oct. 27, 2022). | No |
| 20 | Van Hoven ¶ 20 | Excerpts of the 30(b)(6) Deposition of Keith Johnson (Oct. 27, 2022). | No |
| 21 | Van Hoven ¶ 21 | Document labeled "da Vinci® EndoWrist® Repair FAQs" and bates-labeled SIS095119-39. | No |
| 22 | Van Hoven ¶ 22 | Excerpts of the deposition of Clifton Earl Parker (Oct. 25, 2022) | No |
| 23 | Van Hoven ¶ 23 | Excerpts of the 30(b)(6) Deposition of Greg Posdal (Nov. 1, 2022). | No |

| Exhibit | Declaration | Description | Under Seal or RJN |
|---|---|---|---|
| 24 | Van Hoven ¶ 24 | November 26, 2019, Intuitive Letter, bates-labeled Intuitive-00049154-Intuitive-00049156. | Filed Under Seal (Intuitive) |
| 25 | Van Hoven ¶ 25 | February 14, 2020, Intuitive Letter, bates-labeled Intuitive-00986535-Intuitive-00986537. | Filed Under Seal (Intuitive) |
| 26 | Van Hoven ¶ 26 | January 29, 2020, Intuitive Letter, bates-labeled Intuitive-00552745-Intuitive-00552759. | Filed Under Seal (Intuitive) |
| 27 | Van Hoven ¶ 27 | Pure Food and Drug Act of 1906 (34 Stat. 768, Ch. 3915) | No |
| 28 | Van Hoven ¶ 28 | Federal Food, Drug and Cosmetic Act of 1938 (52 Stat. 1040) | No |
| 29 | Van Hoven ¶ 29 | "Medical Device and Radiological Health Regulations Come of Age", Carol Rados, published in the FDA Consumer (2006). | No |
| 30 | Van Hoven ¶ 30 | Medical Device Amendments of 1976 (90 Stat. 53). | No |
| 31 | Van Hoven ¶ 31 | Safe Medical Devices Act of 1990 (104 Stat. 4511). | No |
| 32 | Van Hoven ¶ 32 | Congressional Record Volume 148, Issue 137 – Part II (July 12, 2002). | No |
| 33 | Van Hoven ¶ 33 | Medical Device User Fee and Modernization Act of 2022 (116 Stat. 1588). | No |
| 34 | Van Hoven ¶ 34 | Text of Medical Device Servicing Safety and Accountability Act (H. R. 2118). | Judicial Notice Requested |
| 35 | Van Hoven ¶ 35 | FDA Reauthorization Act of 2017, as introduced (H. R. 2430). | No |
| 36 | Van Hoven ¶ 36 | FDA Reauthorization Act of 2017, as passed (131 Stat. 1005). | No |
| 37 | Van Hoven ¶ 37 | Clarifying Remanufacturing to Protect Patient Safety Act of 2022 (H. R. 7253) | No |
| 38 | Van Hoven ¶ 38 | Actions Printout for Clarifying Remanufacturing to Protect Patient Safety Act of 2022 (H. R. 7253). | Judicial Notice Requested |
| 39 | Van Hoven ¶ 39 | Federal Register of October 7, 1996 (Vol. 61, No. 195) | No |
| 40 | Van Hoven ¶ 40 | Federal Register of December 23, 1997 (Vol. 62, No. 246). | No |
| 41 | Van Hoven ¶ 41 | Federal Register of March 4, 2016 (Vol. 81, No. 43). | No |

| Exhibit | Declaration | Description | Under Seal or RJN |
|---|---|---|---|
| 42 | Van Hoven ¶ 42 | Federal Register of July 18, 2016 (Vol. 81, No. 137). | No |
| 43 | Van Hoven ¶ 43 | Transcription of the FDA October 27, 2016 Workshop on Refurbishing, Reconditioning, Rebuilding, Remarketing, Remanufacturing, and Services of Medical Devices. | Judicial Notice Requested |
| 44 | Van Hoven ¶ 44 | FDA Report on the Quality, Safety, and Effectiveness of Servicing of Medical Device (May 2018). | Judicial Notice Requested |
| 45 | Van Hoven ¶ 45 | White Paper entitled "Evaluating Whether Activities are Servicing or Remanufacturing" (May 2018). | Judicial Notice Requested |
| 46 | Van Hoven ¶ 46 | "Draft Guidance for Industry and Food and Drug Administration Staff" (June 24, 2021) | Judicial Notice Requested |
| 47 | Van Hoven ¶ 47 | E-mail correspondence between FDA and Rebotix, starting February 28, 2020, bates-labeled REBOTIX171224-REBOTIX171226. | No |
| 48 | Van Hoven ¶ 48 | E-mail correspondence between FDA and Rebotix, from December 13, 2021 – July 22, 2022. | No |
| 49 | Van Hoven ¶ 49 | Excerpts of the deposition of Stan Hamilton (Nov. 4, 2022) | Filed Under Seal (Rebotix) |
| 50 | Van Hoven ¶ 50 | Excerpts of Expert Report of Christy Foreman, MBE | Filed Under Seal (Intuitive) |

//

4

TABLE OF EXHIBITS RE SIS MSJ
Case No. 3:21-cv-03496-VC

| | | |
|---|---|---|
| 1 | Dated: March 23, 2023 | **MCCAULLEY LAW GROUP LLC** |

By: */s/ Joshua Van Hoven*
    JOSHUA V. VAN HOVEN
    E-Mail: josh@mccaulleylawgroup.com
    3001 Bishop Dr., Suite 300
    San Ramon, California 94583
    Telephone: 925.302.5941

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@ mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for SURGICAL INSTRUMENT SERVICE COMPANY, INC.*