1   **MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN, (CSB No. 261815)
2   E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
3   San Ramon, California 94583
Telephone: 925.302.5941
4
RICHARD T. MCCAULLEY (*pro hac vice*)
5   E-Mail: richard@ mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
6   Chicago, Illinois 60601
Telephone: 312.330.8105
7
*Attorneys for Plaintiff and Counter-Defendant,*
8   SURGICAL INSTRUMENT SERVICE COMPANY, INC.

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11   SURGICAL INSTRUMENT SERVICE COMPANY, INC. | Case No. 3:21-cv-03496-VC |
| 12                   *Plaintiff/Counter-Defendant,* | Honorable Vince Chhabria |
| 13   v. | **DECLARATION OF JOSHUA VAN HOVEN IN SUPPORT OF PLAINTIFF SURGICAL INSTRUMENT SERVICE COMPANY, INC.'S OPPOSITION TO INTUITIVE'S MOTIO NTO EXCLUDE EXPERT TESTIMONY OF RICHARD BERO** |
| 14   INTUITIVE SURGICAL, INC., | |
| 15                   *Defendant/Counterclaimant.* | |
| 16 | |
| 17 | Hearing: June 8, 2023 |
| 18 | Time: 10 AM PT<br>Courtroom: Courtroom 5, 17th Floor<br>Judge: The Honorable Vince Chhabria |
| 19 | Complaint Filed: May 10, 2021 |

20

21

22

23

24

25

26

27

28

1      I, JOSHUA VAN HOVEN, declare as follows:

2      I am an attorney at the law firm of MCCAULLEY LAW GROUP LLC, attorneys for

3  Plaintiff SURGICAL INSTRUMENT SERVICE COMPANY, INC. ("SIS") in this matter. I

4  have personal knowledge of the matters set forth herein, unless otherwise noted.

5      1.  Attached as Exhibit 1 is a true and correct copy of excerpts of the deposition of

6  Richard Bero, which was taken on March 8, 2023.

7      2.  Attached as Exhibit 2 is a true and correct copy of excerpts of the errata sheet of

8  Richard Bero, for the deposition taken on March 8, 2023.

9

10  I declare under penalty of perjury that the foregoing is true and correct.

11

12  EXECUTED the 20th day of April, 2023 in Livermore, California.

13

14                      /s/ *Joshua Van Hoven*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF
JOSHUA VAN HOVEN
Case No. 3:21-cv-03496-VC