```
 1
 2    UNITED STATES DISTRICT COURT
 3    FOR THE NORTHERN DISTRICT OF CALIFORNIA
 4    SAN FRANCISCO DIVISION
 5     - - - - - - - - - - - - - - - - - - -x
 6    SURGICAL INSTRUMENT SERVICE COMPANY, INC.,
 7                    Plaintiff,
 8         -against-
 9    INTUITIVE SURGICAL, INC.,
10                    Defendant.
11     - - - - - - - - - - - - - - - - - - -x
12              Virtual Zoom Deposition
13                 March 8, 2023
                   9:00 a.m. CST
14
15
16       VIRTUAL VIDEO DEPOSITION of RICHARD BERO,
17    in the above-entitled action, held at the
18    above time and place, taken before Jeremy
19    Richman, a Shorthand Reporter and Notary
20    Public of the State of New York, pursuant to
21    the Federal Rules of Civil Procedure, and
22    stipulations between Counsel.
23
24             *      *      *
25
```

Page 1

```
 1
 2     APPEARANCES:
 3
 4        MCCAULLEY LAW GROUP
                Attorneys for Plaintiff
 5              180 North Wabash Avenue, Suite 601
                Chicago, Illinois 60601
 6
          BY:   JOHN VAN HOVEN, ESQ.
 7
 8
          COVINGTON & BURLING LLP
 9              Attorneys for Defendant
                850 Tenth Street, NW
10              Washington, D.C. 20001
          BY:   ASHLEY BASS, ESQ.
11                  -and-
                3000 El Camino Real 5
12              Palo Alto Square
                Paul Alto Square, California 94306
13        BY:   PAUL STRAUCH, ESQ.
14
15     PRESENT:
       NATHANIEL ARMSTRONG, Videographer
16
17                *     *     *
18
19
20
21
22
23
24
25

                                              Page 2
```

```
 1                      R. BERO
 2              THE VIDEOGRAPHER:  Good              09:09:17
 3      morning.  We are now going on the            09:09:27
 4      record at 9:09 a.m. Central time on          09:09:31
 5      March 8, 2023.  Please note that             09:09:35
 6      this deposition is being conducted           09:09:37
 7      virtually.  The quality of the               09:09:40
 8      recording depends on the quality of          09:09:42
 9      the camera and internet connection           09:09:44
10      of the participants.  What is seen           09:09:46
11      from the witness and heard on                09:09:48
12      screen is what will be recorded.             09:09:50
13      Audio and video recording will               09:09:52
14      continue to take place unless all            09:09:52
15      parties agree to go off the record.          09:09:52
16              This is media unit one of the        09:09:52
17      video recorded deposition of                 09:09:59
18      Richard F. Bero, taken by counsel            09:09:59
19      for the defendant in the matter of           09:10:02
20      Surgical Instrument Service                  09:10:05
21      Company, Inc. versus Intuitive               09:10:07
22      Surgical, Inc., filed in the United          09:10:12
23      States District Court for the                09:10:15
24      northern district of California,             09:10:16
25      San Francisco division, case number          09:10:19
```

Veritext Legal Solutions
866 299-5127

```
 1                   R. BERO
 2        Q.    And Mr. Humphrey is also an        09:25:41
 3   expert in this case; is that correct?         09:25:45
 4        A.    That's my understanding, yes.      09:25:46
 5        Q.    How many times did you speak       09:25:47
 6   with Mr. Humphrey in connection with          09:25:48
 7   drafting your reports in this case?           09:25:51
 8        A.    I believe just once.  But          09:25:52
 9   again, it may have been twice.  But I         09:25:56
10   believe it was once.                          09:25:59
11        Q.    So similar to the other folks      09:26:00
12   that you spoke with, would any notes of       09:26:04
13   the conversation with Mr. Humphrey be         09:26:06
14   captured in the draft reports at the          09:26:08
15   time?                                         09:26:10
16        A.    Yes.                               09:26:10
17        Q.    So anyone else other than          09:26:11
18   Mr. Johnson, Mr. Posdal, Ms. Sargent          09:26:16
19   and Mr. Humphrey that you spoke with in       09:26:20
20   connection with drafting your reports         09:26:23
21   in this case, setting aside attorneys?        09:26:24
22        A.    Yes, in my most recent             09:26:27
23   report, I believe it's titled my second       09:26:30
24   rebuttal report dated March 1st, I            09:26:34
25   spoke with Chris Gibson of Rebotix.           09:26:38
```

|    |                                              |          |
|----|----------------------------------------------|----------|
| 1  | R. BERO                                      |          |
| 2  | or CPA firm has experience in that           | 11:04:23 |
| 3  | particular industry or with, you know,       | 11:04:25 |
| 4  | whatever, so that the CPA can provide        | 11:04:30 |
| 5  | some specific guidance.  Specialized         | 11:04:35 |
| 6  | guidance.  Not always, but that could        | 11:04:39 |
| 7  | be part of a compilation process.            | 11:04:44 |
| 8  | Q.    So in this case, did you               | 11:04:46 |
| 9  | review any CPA documents related to          | 11:04:56 |
| 10 | SIS, financial statements?                   | 11:05:03 |
| 11 | A.    What do you mean by "CPA               | 11:05:06 |
| 12 | documents"?                                  | 11:05:09 |
| 13 | Q.    Anything created by a CPA for          | 11:05:10 |
| 14 | SIS?                                         | 11:05:12 |
| 15 | A.    We reviewed, we have a                 | 11:05:14 |
| 16 | summary of their financial statements        | 11:05:22 |
| 17 | for a few of the years that I                | 11:05:24 |
| 18 | summarized on one of my schedules.  I        | 11:05:28 |
| 19 | don't recollect if a CPA reviewed that       | 11:05:33 |
| 20 | or compiled that or audited that.  I         | 11:05:36 |
| 21 | just don't, I don't recollect.               | 11:05:45 |
| 22 | Q.    From lost profits                      | 11:05:48 |
| 23 | methodology, have you ever heard of          | 11:06:00 |
| 24 | something called a yardstick approach?       | 11:06:02 |
| 25 | A.    Yes.                                   | 11:06:04 |

Page 74

|    |                                                  |          |
|----|--------------------------------------------------|----------|
| 1  | R. BERO                                          |          |
| 2  | you recall that you've done at this              | 15:06:53 |
| 3  | moment; is that right?                           | 15:06:55 |
| 4  | A.  It may be in here.                           | 15:06:55 |
| 5  | Obviously, there are a lot of                    | 15:06:59 |
| 6  | schedules, and the data is readily               | 15:07:01 |
| 7  | available.  If I didn't actually do the          | 15:07:03 |
| 8  | calculation, it's pretty simple math.            | 15:07:09 |
| 9  | Q.  So I want to understand, kind                | 15:07:11 |
| 10 | of at a high level, what costs you're            | 15:07:20 |
| 11 | taking into account for your in-house            | 15:07:25 |
| 12 | model.  So obviously conceptually, I             | 15:07:27 |
| 13 | understand you are subtracting costs             | 15:07:31 |
| 14 | that SIS would have incurred, so what            | 15:07:33 |
| 15 | are the main categories of costs that            | 15:07:36 |
| 16 | you analyze for your in-house model?             | 15:07:39 |
| 17 | A.  Well, I have the schedules on                | 15:07:42 |
| 18 | this, but just at a high level, there's          | 15:07:47 |
| 19 | costs associated with gathering and              | 15:07:53 |
| 20 | shipping the units to and from the               | 15:07:56 |
| 21 | service center.  There's costs                   | 15:08:02 |
| 22 | associated with any material required            | 15:08:07 |
| 23 | to repair the items.  There's a cost             | 15:08:12 |
| 24 | associated with the actual repair                | 15:08:22 |
| 25 | itself, and so there's a cost                    | 15:08:25 |

Page 201

|    | R. BERO |          |
|----|---------|----------|
| 1  |         |          |
| 2  | associated with selling, and having | 15:08:30 |
| 3  | sales reps available.  Although I think | 15:08:34 |
| 4  | I address this in my analysis, SIS has | 15:08:40 |
| 5  | pretty complete coverage, but they | 15:08:46 |
| 6  | would potentially have -- they would | 15:08:49 |
| 7  | have potentially hired additional | 15:08:50 |
| 8  | customer service reps to gather the, | 15:08:55 |
| 9  | sell and gather the devices as | 15:09:04 |
| 10 | necessary.  Although they wouldn't have | 15:09:08 |
| 11 | been just hired for those product, they | 15:09:10 |
| 12 | would have divvied up the geographical | 15:09:13 |
| 13 | area a little bit differently. | 15:09:20 |
| 14 | Of course, you have the | 15:09:23 |
| 15 | chips, and then I also incorporated | 15:09:24 |
| 16 | administrative costs, overhead, I think | 15:09:30 |
| 17 | those are the primary costs, as I | 15:09:41 |
| 18 | recollect. | 15:09:43 |
| 19 | Q.   And was it your intent to | 15:09:43 |
| 20 | make reasonable estimates of those | 15:09:46 |
| 21 | costs and deduct them from the revenue | 15:09:48 |
| 22 | numbers that you generated? | 15:09:53 |
| 23 | A.   It was.  And, you know, as I | 15:09:54 |
| 24 | talked about before, SIS, given their | 15:09:58 |
| 25 | experience in servicing instruments, | 15:10:06 |

Page 202

```
 1                    R. BERO
 2    and knowledge of the costs associated          15:10:09
 3    with that, felt that they could have           15:10:15
 4    repaired these things at a rate of two         15:10:24
 5    to three, basically, an hour per               15:10:28
 6    technician.  The technician cost would         15:10:32
 7    have been less than, they were                 15:10:35
 8    approximately 25 bucks an hour,                15:10:36
 9    something like that.  Yeah, 25.                15:10:38
10              And it would have been a             15:10:42
11    relatively low cost that would have had        15:10:46
12    less than probably five dollars, if            15:10:50
13    that, per unit in material costs.  They        15:10:52
14    would have had to hire a few additional        15:10:58
15    sales reps over time, customer service         15:11:01
16    reps, I guess.  And in the grand scheme        15:11:05
17    of things, their cost would have been          15:11:09
18    significantly lower than what I'm              15:11:11
19    including in my analysis.                      15:11:12
20              ==My analysis is based on a==        15:11:18
21    ==broader cost estimate that Intuitive==       15:11:19
22    ==would have, had estimated it would==         15:11:22
23    ==incur for its broader refurbishment==        15:11:24
24    ==repair process, which had significantly==    15:11:26
25    ==more material cost, had higher rates==       15:11:28
```

|    |                                                          |           |
|----|----------------------------------------------------------|-----------|
| 1  | R. BERO                                                  |           |
| 2  | per hour than what SIS has, and even                     | 15:11:37  |
| 3  | so, according to Mr. Morales' dep, he                    | 15:11:42  |
| 4  | seemed to think that the rates used in                   | 15:11:48  |
| 5  | the Intuitive, labor rates in the                        | 15:11:49  |
| 6  | Intuitive analysis were high.                            | 15:11:51  |
| 7  | So yes, it was my intent to                              | 15:11:53  |
| 8  | capture all those costs.  And based on                   | 15:11:55  |
| 9  | what I know, the analysis that I've                      | 15:12:00  |
| 10 | incorporated captures far more costs                     | 15:12:06  |
| 11 | than likely would have been incurred.                    | 15:12:14  |
| 12 | However, without getting into the                        | 15:12:17  |
| 13 | nitty-gritty and so forth, it would be                   | 15:12:18  |
| 14 | very difficult to determine how much                     | 15:12:22  |
| 15 | less that cost would have been for SIS                   | 15:12:26  |
| 16 | to repair these products.                                | 15:12:30  |
| 17 | Q.    And what about recruiting,                         | 15:12:35  |
| 18 | training and retaining technicians?  Is                  | 15:12:37  |
| 19 | that a cost that's factored into the                     | 15:12:41  |
| 20 | categories of costs that you considered                  | 15:12:45  |
| 21 | for your analysis?                                       | 15:12:46  |
| 22 | A.    It's more than factored in,                        | 15:12:47  |
| 23 | because, I mean, if one tech could do                    | 15:12:53  |
| 24 | three, as they expected, 20 to 25                        | 15:12:59  |
| 25 | repairs per unit, each repair would                      | 15:13:04  |

Page 204

|    |                                                      |           |
|----|------------------------------------------------------|-----------|
| 1  |                    R. BERO                          |           |
| 2  | cost, in terms of labor, something like              | 15:13:09  |
| 3  | ten bucks.  And you add less than five               | 15:13:16  |
| 4  | bucks in material costs, it's 15 bucks               | 15:13:20  |
| 5  | per repair.                                          | 15:13:22  |
| 6  |          My analysis has, built into                 | 15:13:26  |
| 7  | it, significantly more than that.                    | 15:13:27  |
| 8  | Multiples of that.  Something like $150              | 15:13:35  |
| 9  | per repair, or it's more like $200, I                | 15:13:38  |
| 10 | believe, per repair, exclusive of                    | 15:13:46  |
| 11 | administrative costs, and so forth.                  | 15:13:49  |
| 12 | That doesn't, you know, that doesn't                 | 15:13:52  |
| 13 | even account for the overhead.  I've                 | 15:13:54  |
| 14 | got more money for the overhead and so               | 15:13:57  |
| 15 | forth.                                               | 15:14:00  |
| 16 |          MS. BASS:  We've been going                 | 15:14:07  |
| 17 |     about an hour, can we go off the                 | 15:14:08  |
| 18 |     record?                                          | 15:14:11  |
| 19 |          MR. VAN HOVEN:  Sure.                       | 15:14:11  |
| 20 |          THE VIDEOGRAPHER:  Time is                  | 15:14:12  |
| 21 |     3:14 p.m., we are now off the                    | 15:14:14  |
| 22 |     record, this ends unit five.                     | 15:14:16  |
| 23 |          (Recess.)                                   | 15:14:24  |
| 24 |          THE VIDEOGRAPHER:  Time is                  | 15:32:46  |
| 25 |     3:32 p.m., we are back on the                    | 15:32:47  |