CASE: SURGICAL INSTRUMENT SERVICE COMPANY, INC.

vs. INTUITIVE SURGICAL, INC.

WITNESS: RICHARD BERO (#JOB NO 5783377)

E R R A T A S H E E T

| Page | Line | Correction | Type |
|---|---|---|---|
| 9 | 4 | "Sheri" should be "Sherry" | Typographical |
| 18 | 8 | "I believe" should "My team spoke with him" | Correction |
| 32 | 13 | "Bero Group" should be "The Bero Group" | Typographical |
| 34 | 23 | "Joel" should be "Joe" | Typographical |
| 45 | 25 | "or AKS" should be "patents" | Typographical |
| 49 | 14 | "egg bone (phonetic)" should be "bone cement" | Typographical |
| 50 | 17 | "a contract" should be "breach of contract" | Typographical |
| 66 | 23 | "Eights" should be "Eight" | Typographical |
| 81 | 6 | "stole" should be "sold" | Typographical |
| 86 | 25 | "In" should be "On" | Typographical |
| 113 | 5 | "I" should be "my team" | Correction |
| 113 | 17 | "speaking" should be "my team speaking" | Correction |
| 115 | 4 | "I" should be "I've" | Typographical |
| 117 | 6-8 | "of X and Xi are not part of the damages analysis. The vase majority" should be "of the damages analysis are X and Xi. If the vast majority" | Correction |
| 132 | 2 | "make" should be "take" | Typographical |
| 136 | 18 | "I" should be "I'm" | Typographical |
| 137 | 3 | "2008 thousand" should be "208,000" | Typographical |
| 174 | 18 | "repaired" should be "repair" | Typographical |
| 176 | 22 | "so didn't" should be "so it didn't" | Typographical |
| 204 | 25 | "per unit" should be "per day" | Typographical |
| 217 | 21 | "SIS" should be "Intuitive" | Correction |

_____    4/7/23
WITNESS                              Date