1  **MCCAULLEY LAW GROUP LLC**
   JOSHUA V. VAN HOVEN, (CSB No. 261815)
2  E-Mail: josh@mccaulleylawgroup.com
   3001 Bishop Dr., Suite 300
3  San Ramon, California 94583
   Telephone: 925.302.5941
4
   RICHARD T. MCCAULLEY (*pro hac vice*)
5  E-Mail: richard@ mccaulleylawgroup.com
   180 N. Wabash Avenue, Suite 601
6  Chicago, Illinois 60601
   Telephone: 312.330.8105
7
   *Attorneys for Plaintiff and Counter-Defendant,*
8  SURGICAL INSTRUMENT SERVICE COMPANY, INC.

9              **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11 | SURGICAL INSTRUMENT SERVICE | Case No. 3:21-cv-03496-VC |
   | COMPANY, INC. | |
12 | | Honorable Vince Chhabria |
13 | *Plaintiff/Counter-Defendant,* | |
   | | **DECLARATION OF JOSHUA VAN** |
14 | v. | **HOVEN IN SUPPORT OF PLAINTIFF** |
   | | **SURGICAL INSTRUMENT SERVICE** |
15 | INTUITIVE SURGICAL, INC., | **COMPANY, INC.'S OPPOSITION TO** |
   | | **INTUITIVE'S MOTIO NTO EXCLUDE** |
16 | *Defendant/Counterclaimant.* | **EXPERT TESTIMONY OF JEAN** |
   | | **SARGENT** |
17
   Hearing: June 8, 2023
18 Time: 10 AM PT
   Courtroom: Courtroom 5, 17th Floor
19 Judge: The Honorable Vince Chhabria
   Complaint Filed: May 10, 2021
20

21

22

23

24

25

26

27

28

1   I, JOSHUA VAN HOVEN, declare as follows:

2   I am an attorney at the law firm of MCCAULLEY LAW GROUP LLC, attorneys for

3   Plaintiff SURGICAL INSTRUMENT SERVICE COMPANY, INC. ("SIS") in this matter. I

4   have personal knowledge of the matters set forth herein, unless otherwise noted.

5   1.   Attached as Exhibit 1 is a true and correct copy of the Rebuttal Expert Report of

6   Jean Sargent, submitted on March 1, 2023.

7   2.   Attached as Exhibit 2 is a true and correct copy of the Opposition Report of Jason

8   Goodwin, submitted on January 18, 2023.

9   3.   Attached as Exhibit 3 is a true and correct copy of the Opposition Report of Loren

10   Smith, submitted on January 18, 2023.

11   4.   Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition of Jean

12   Sargent, which was taken on March 6, 2023.

13

14   I declare under penalty of perjury that the foregoing is true and correct.

15

16   EXECUTED the 20th day of April, 2023 in Livermore, California.

17

18   _____/s/ Joshua Van Hoven_____

19

20

21

22

23

24

25

26

27

28

DECLARATION OF
JOSHUA VAN HOVEN
Case No. 3:21-cv-03496-VC