```
 1
 2    UNITED STATES DISTRICT COURT
 3    FOR THE NORTHERN DISTRICT OF CALIFORNIA
 4    SAN FRANCISCO DIVISION
 5     - - - - - - - - - - - - - - - - - - -x
 6    SURGICAL INSTRUMENT SERVICE COMPANY, INC.,
 7                      Plaintiff,
 8           -against-
 9    INTUITIVE SURGICAL, INC.,
10                      Defendant.
11     - - - - - - - - - - - - - - - - - - -x
12                 Virtual Zoom Deposition
13                    March 6, 2023
                       8:30 a.m.
14
15
16       VIRTUAL VIDEO DEPOSITION of JEAN SARGENT,
17    in the above-entitled action, held at the
18    above time and place, taken before Jeremy
19    Richman, a Shorthand Reporter and Notary
20    Public of the State of New York, pursuant to
21    the Federal Rules of Civil Procedure, and
22    stipulations between Counsel.
23
24               *      *      *
25
```

Page 1

```
 1
 2    APPEARANCES:
 3
 4       MCCAULLEY LAW GROUP
                Attorneys for Plaintiff
 5              180 North Wabash Avenue, Suite 601
                Chicago, Illinois 60601
 6
         BY:    JOHN VAN HOVEN, ESQ.
 7
 8
         COVINGTON & BURLING LLP
 9              Attorneys for Defendant
                850 Tenth Street, NW
10              Washington, D.C. 20001
         BY:    ANDREW LAZEROW, ESQ.
11                 -and-
                1999 Avenue of the Stars
12              Los Angeles, California 90067
         BY:    AUSTIN MARTIN, ESQ.
13
14
      PRESENT:
15    COREY WAINAINA, Videographer
      BILL CRADDOCK, Concierge
16              *     *     *
17
18
19
20
21
22
23
24
25
```

Page 2

|    |                                              |          |
|----|----------------------------------------------|----------|
| 1  | J. SARGENT                                   |          |
| 2  | THE VIDEOGRAPHER:  Good                      | 08:29:08 |
| 3  | morning again, everyone.  We are             | 08:32:15 |
| 4  | going on the record at 8:32 a.m.             | 08:32:17 |
| 5  | Eastern time on Monday, March 6,             | 08:32:21 |
| 6  | 2023.  Please note that this                 | 08:32:25 |
| 7  | deposition is being conducted                | 08:32:28 |
| 8  | virtually.  Quality of recording             | 08:32:29 |
| 9  | depends on the quality of camera             | 08:32:32 |
| 10 | and internet connection of                   | 08:32:33 |
| 11 | participants.  What is seen from             | 08:32:37 |
| 12 | the witness and heard on screen is           | 08:32:38 |
| 13 | what will be recorded.  Audio and            | 08:32:41 |
| 14 | video recording will continue to             | 08:32:41 |
| 15 | take place unless all parties agree          | 08:32:41 |
| 16 | to go off the record.                        | 08:32:41 |
| 17 | This is media unit one of the                | 08:32:41 |
| 18 | video recorded deposition of Jean            | 08:32:56 |
| 19 | Sargent in the matter of Da Vinci            | 08:32:57 |
| 20 | and Surgical Instrument Service              | 08:33:02 |
| 21 | Company, Inc., versus Intuitive              | 08:33:04 |
| 22 | Surgical, Inc.  This was filed in            | 08:33:08 |
| 23 | the United States District Court             | 08:33:09 |
| 24 | for the northern district of                 | 08:33:11 |
| 25 | California, San Francisco division.          | 08:33:13 |

Page 3

```
 1                    J. SARGENT
 2      -- send out instruments to third              14:58:24
 3      parties at different rates, depending         14:58:26
 4      upon whether the manufacturer is              14:58:28
 5      providing the service, or whether a           14:58:29
 6      third party is providing the service?         14:58:31
 7            A.    No.                               14:58:32
 8            Q.    Okay.  So what's the nuance       14:58:32
 9      there between trocars having only             14:58:35
10      Johnson & Johnson as the vendor who can       14:58:38
11      perform the service, as opposed to the        14:58:41
12      electrophysiology diagnostic catheters        14:58:44
13      that have two vendors, to your                14:58:47
14      knowledge, two third-party vendors?           14:58:50
15            A.    Most often it's due to the        14:58:51
16      education of the staff.  The staff has        14:58:55
17      been informed that an EP catheter is          14:58:58
18      expensive, and that the institution           14:59:03
19      wants to have those reprocessed for           14:59:06
20      cost savings matters, and they'll make        14:59:09
21      sure they do that, so an                      14:59:10
22      electrophysiology catheter is $1,500, a       14:59:13
23      trocar is maybe $50.                          14:59:22
24                  So there's a big price            14:59:25
25      difference there, and there's a bigger        14:59:26
```

Page 273

```
 1                    J. SARGENT
 2     cost savings difference.  That's why          14:59:26
 3     there's much more of a focus on the EP        14:59:29
 4     catheters.                                    14:59:33
 5           Q.    Okay.  So if I heard you          14:59:34
 6     right before, just correct me if I            14:59:35
 7     misheard this, you said that hospitals        14:59:39
 8     can usually save 50 percent on the            14:59:43
 9     electrophysiology diagnostic catheters        14:59:47
10     by sending them out for refurbishment;        14:59:50
11     is that right?                                14:59:54
12           A.    Yes.                              14:59:55
13           Q.    And how much is a new             14:59:56
14     electrophysiology diagnostic catheter         15:00:01
15     today?                                        15:00:03
16           A.    I believe it's around $1,500.     15:00:03
17           Q.    And so what you're saying,        15:00:08
18     then, is that these companies that            15:00:12
19     offer the refurbishment of those              15:00:14
20     instruments are offering to do that           15:00:16
21     refurbishment for $750; is that right?        15:00:19
22           A.    Yes.                              15:00:26
23           Q.    And can electrophysiology         15:00:26
24     diagnostic catheters be sent out as           15:00:29
25     many times as the hospital wants to           15:00:33
```

Page 274

|    |                                                      |          |
|----|------------------------------------------------------|----------|
| 1  | J. SARGENT                                           |          |
| 2  | send out to do the refurbishment?                    | 15:00:35 |
| 3  | A.  Yes, they're not counted.                        | 15:00:37 |
| 4  | Q.  Okay.  So why -- so is it                        | 15:00:38 |
| 5  | true that -- is there any reason that                | 15:00:43 |
| 6  | hospitals purchase new ones?                         | 15:00:45 |
| 7  | A.  The hospital will purchase                       | 15:00:46 |
| 8  | new when they have not turned in enough              | 15:00:50 |
| 9  | product to be purchased to fill the                  | 15:00:54 |
| 10 | shelves.                                             | 15:00:58 |
| 11 | Q.  Am I right that you would                        | 15:01:04 |
| 12 | expect the penetration rates for the                 | 15:01:05 |
| 13 | reset service of SIS to be lower than                | 15:01:08 |
| 14 | the penetration rate for                             | 15:01:11 |
| 15 | electrophysiology diagnostic catheters?              | 15:01:13 |
| 16 | A.  I would expect it to be                          | 15:01:17 |
| 17 | similar because of cost.                             | 15:01:19 |
| 18 | Q.  Right, the cost savings here                     | 15:01:22 |
| 19 | we're talking about for                              | 15:01:25 |
| 20 | electrophysiology diagnostic catheters               | 15:01:26 |
| 21 | is higher than the cost savings that                 | 15:01:28 |
| 22 | Mr. Johnson identified, right?                       | 15:01:31 |
| 23 | A.  Slightly.                                        | 15:01:37 |
| 24 | Q.  Do you know what the cost of                     | 15:01:38 |
| 25 | any -- of a new EndoWrist is?                        | 15:01:41 |

Page 275