**MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN, (CSB No. 261815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant,*
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>*Defendant/Counterclaimant.* | Case No. 3:21-cv-03496-VC<br><br>Honorable Vince Chhabria<br><br>**DECLARATION OF JOSHUA VAN HOVEN IN SUPPORT OF PLAINTIFF SURGICAL INSTRUMENT SERVICE COMPANY, INC.'S OPPOSITION TO INTUITIVE'S MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing: June 8, 2023<br>Time: 10 AM PT<br>Courtroom: Courtroom 5, 17th Floor<br>Judge: The Honorable Vince Chhabria<br>Complaint Filed: May 10, 2021 |

1   I, JOSHUA VAN HOVEN, declare as follows:

2   I am an attorney at the law firm of MCCAULLEY LAW GROUP LLC, attorneys for
3   Plaintiff SURGICAL INSTRUMENT SERVICE COMPANY, INC. ("SIS") in this matter. I
4   have personal knowledge of the matters set forth herein, unless otherwise noted.

5   1.  Attached as Exhibit 1 is a true and correct copy of Exhibit 8 of the Deposition of Bob
6   DeSantis, which was taken on May 27, 2021, which was produced by Intuitive in case No.
7   8:20-CV-02274, and bates-labeled as Intuitive-00278203 – Intuitive-00278234.

8   2.  Attached as Exhibit 2 is a true and correct copy of a February 15, 2018 e-mail from
9   Joseph Fridlin, which was produced by Intuitive in this case and bates-labeled as Intuitive-
10  00113020.

11  3.  Attached as Exhibit 3 is a true and correct copy of an e-mail chain culminating in a
12  November 30, 2018 e-mail from Ralph Wadensweiler to Grant Duque, which was produced
13  by Intuitive in this case and bates-labeled as Intuitive-00029346 – Intuitive-00029347.

14  4.  Attached as Exhibit 4 is a true and correct copy of excerpts of the Deposition of Bob
15  DeSantis, which was taken on May 27, 2021, in case No. 8:20-CV-02274.

16  5.  Attached as Exhibit 5 is a true and correct copy of Exhibit 13 of the Deposition of
17  Glenn Vavoso, which was taken on May 14, 2021, which was produced by Intuitive and bates-
18  labeled as Intuitive-00100409 – Intuitive-00100412.

19  6.  Attached as Exhibit 6 is a true and correct copy of an article entitled "Medtronic's
20  Hugo too similar to Intuitive's surgical robot to displace the market incumbent: analysts",
21  which was written by Nick Paul Taylor and published on April 5, 2023, printed from
22  https://www.medtechdive.com/news/medtronics-hugo-too-similar-to-intuitive-robot-MDT-
23  ISR/646608/#:~:text=Medtronic's%20Hugo%20surgical%20robot%20is,according%20to%
24  20analysts%20at%20BTIG.

25  7.  Attached as Exhibit 7 is a true and correct copy of an article entitled "Intuitive faces
26  down the competition", which was written by Elizabeth Cairns and published on February
27  22, 2022, and printed from https://www.evaluate.com/vantage/articles/interviews/intuitive-
28  faces-down-competition.

8. Attached as Exhibit 8 is a true and correct copy of an article entitled "What does J&J's Ottava delay mean for Intuitive and Medtronic? It's complicated", which was written by Ricky Zipp and published on October 28, 2021, and printed from https://www.medtechdive.com/news/jj-ottava-delay-intuitive-surgical-medtronic-robotic-surgery/609090/#:~:text=Johnson%20%26%20Johnson's%20delay%20of%20its,healthcare%20giant%20as%20it%20seems.

9. Attached as Exhibit 9 is a true and correct copy of Plaintiff's Exhibit 240 of the 30(b)(1) Deposition of Grant Duque, which was taken on November 8, 2022, and which was produced by Intuitive in this case and bates-labeled as Intuitive-00027298.

10. Attached as Exhibit 10 is a true and correct copy of Plaintiff's Exhibit 241 of the 30(b)(1) Deposition of Grant Duque, which was taken on November 8, 2022, which was produced by Intuitive in this case and bates-labeled as Intuitive-00027299 – Intuitive-00027303.

11. Attached as Exhibit 11 is a true and correct copy of the Expert Report of Amandeep Mahal, M.D., an SIS expert in this case, which is dated May 10, 2021.

12. Attached as Exhibit 12 is a true and correct copy of excerpts of the 30(b)(1) Deposition of Grant Duque, which was taken on November 8, 2022.

13. Attached as Exhibit 13 is a true and correct copy of Exhibit 63A of the Deposition of Ryan Shaw, which was taken on October 19, 2022, which was produced by Intuitive in this case and bates-labeled as Intuitive-00114491 – Intuitive-00114494.

14. Attached as Exhibit 14 is a true and correct copy of Exhibit 64 of the Deposition of Ryan Shaw, which was taken on October 19, 2022, which was produced by Intuitive in this case and bates-labeled as Intuitive-01019873.

15. Attached as Exhibit 15 is a true and correct copy of a document entitled "Managing the Long Tail of *daVinci* Si" dated September 2016, which was produced by Intuitive in this case and bates-labeled as Intuitive-00795559 – Intuitive-00795610.

16. Attached as Exhibit 16 is a true and correct copy of Exhibit 59 of the Deposition of Ryan Shaw, which was taken on October 19, 2022, which was produced by Intuitive and

1  bates-labeled as Intuitive-00331265– Intuitive-00331266.

2  17. Attached as Exhibit 17 is a true and correct copy of excerpts of the 30(b)(1) Deposition
3  of Greg Posdal, which was taken on November 1, 2022.

4  18. Attached as Exhibit 18 is a true and correct copy of the Expert Report of T. Kim
5  Parnell, Ph.D., an SIS expert in this case, which is dated January 18, 2023.

6  19. Attached as Exhibit 19 is a true and correct copy of excerpts of the Deposition of
7  Kevin May, which was taken on November 3, 2022.

8  20. Attached as Exhibit 20 is a true and correct copy of excerpts of the Deposition of
9  Maxwell Meng, M.D., an Intuitive expert, which was taken on March 7, 2023.

10 21. Attached as Exhibit 21 is a true and correct copy of the Rebuttal Expert Report of T.
11 Kim Parnell, Ph.D., an SIS expert in this case, which is dated March 1, 2023.

12 22. Attached as Exhibit 22 is a true and correct copy of excerpts of the Deposition of
13 Robert Howe, an Intuitive expert, which was taken on February 24, 2023.

14 23. Attached as Exhibit 23 is a true and correct copy of excerpts of the 30(b)(6) Deposition
15 of Greg Posdal, which was taken on November 1, 2022.

16 24. Attached as Exhibit 24 is a true and correct copy of the Expert Report of Jean Sargent,
17 an SIS expert in this case, which is dated December 2, 2022.

18 25. Attached as Exhibit 25 is a true and correct copy of excerpts of the 30(b)(6) Deposition
19 of Keith R. Johnson, which was taken on October 27, 2022.

20 26. Attached as Exhibit 26 is a true and correct copy of excerpts of the 30(b)(6) Deposition
21 of Grant Duque, which was taken on November 8, 2022.

22 27. Attached as Exhibit 27 is a true and correct copy of excerpts of the Deposition of
23 Sharathchandra Somayaji, which was taken on November 4, 2022.

24 28. Attached as Exhibit 28 is a true and correct copy of excerpts of the Deposition of
25 Anthony McGrogan, which was taken on June 7, 2021 in case No. 8:20-CV-02274.

26 29. Attached as Exhibit 29 is a true and correct copy of excerpts of the Deposition of Dr.
27 T. Kim Parnell, a SIS expert, which was taken on March 10, 2023.

28 30. Attached as Exhibit 30 is a true and correct copy of an Instruments and Accessories

User Manual dated April 2014, which was produced by Intuitive in this case and bates-labeled as Intuitive-00000501 – Intuitive-00000639.

31. Attached as Exhibit 31 is a true and correct copy of excerpts of the Deposition of Paul D. Martin, Ph.D., an Intuitive expert, which was taken on March 16, 2023.

32. Attached as Exhibit 32 is a true and correct copy of the Rebuttal Expert Report of Kurt Humphrey, an SIS expert in this case, which is dated February 13, 2023.

33. Attached as Exhibit 33 is a true and correct copy of Plaintiff's Exhibit 266 of the 30(b)(6) Deposition of Grant Duque, which was taken on November 8, 2022, and which was produced by Intuitive in this case and bates-labeled as Intuitive-02068686.

34. Attached as Exhibit 34 is a true and correct copy of Plaintiff's Exhibit 267 of the 30(b)(6) Deposition of Grant Duque, which was taken on November 8, 2022, and which was produced by Intuitive in this case and bates-labeled as Intuitive-02068695 – Intuitive-0206897.

35. Attached as Exhibit 35 is a true and correct copy of Plaintiff's Exhibit 257 of the 30(b)(1) Deposition of Grant Duque, which was taken on November 8, 2022, which was produced by Intuitive in this case and bates-labeled as Intuitive-01085683 – Intuitive-01085685.

36. Attached as Exhibit 36 is a true and correct copy of Plaintiff's Exhibit 268 of the 30(b)(6) Deposition of Grant Duque, which was taken on November 8, 2022, which was produced by Intuitive in this case and bates-labeled as Intuitive-02066979 – Intuitive-02067059.

37. Attached as Exhibit 37 is a true and correct copy of excerpts of the Deposition of Ted Claiborne, which was taken on November 21, 2022.

38. Attached as Exhibit 38 is a true and correct copy of Plaintiff's Exhibit 299 of the Deposition of Ted Claiborne, which was taken on November 21, 2022, which was produced by Intuitive in this case and bates-labeled as Intuitive-02070398.

39. Attached as Exhibit 39 is a true and correct copy of a PowerPoint presentation entitled "Instrument eX: I&A Refurbishment Feasibility Update" dated January 30, 2017, which was

produced by Intuitive in this case and bates-labeled as Intuitive-00423534 – Intuitive-00423578.

40. Attached as Exhibit 40 is a true and correct copy of Plaintiff's Exhibit 249 of the 30(b)(1) Deposition of Grant Duque, which was taken on November 8, 2022, which was produced by Intuitive in this case and bates-labeled as Intuitive-00967614 – Intuitive-00967634.

41. Attached as Exhibit 41 is a true and correct copy of Plaintiff's Exhibit 247 of the 30(b)(1) Deposition of Grant Duque, which was taken on November 8, 2022, which was produced by Intuitive in this case and bates-labeled as Intuitive-00967510 – Intuitive-00967542.

42. Attached as Exhibit 42 is a true and correct copy of a PowerPoint presentation entitled "Core Instrument Strategy" dated September 05, 2019, which was produced by Intuitive in this case and bates-labeled as Intuitive-00671209 – Intuitive-00671220.

43. Attached as Exhibit 43 is a true and correct copy of Plaintiff's Exhibit 248 of the 30(b)(1) Deposition of Grant Duque, which was taken on November 8, 2022, which was produced by Intuitive in this case and bates-labeled as Intuitive-00967609 – Intuitive-00967613.

44. Attached as Exhibit 44 is a true and correct copy of an e-mail chain culminating in a February 13, 2019 e-mail from Mario Lowe to multiple recipients, which was produced by Intuitive in this case and bates-labeled as Intuitive-00214241 – Intuitive-00214244.

45. Attached as Exhibit 45 is a true and correct copy of excerpts of the Deposition of Ronald L. Bair, Jr., which was taken on May 24, 2021 in case No. 8:20-CV-02274.

46. Attached as Exhibit 46 is a true and correct copy of excerpts of the Deposition of Dan Jones, which was taken on November 10, 2022 in this case.

47. Attached as Exhibit 47 is a true and correct copy of an e-mail chain culminating in a September 14, 2017 e-mail from Katie Scoville to Dirk Barten, which was produced by Intuitive in this case and bates-labeled as Intuitive-00604054 – Intuitive-00604055.

48. Attached as Exhibit 48 is a true and correct copy of Exhibit 11 of the Deposition of

Bob DeSantis, which was taken on May 27, 2021, which was produced by Intuitive in case No. 8:20-CV-02274 and bates-labeled as Intuitive-00566055 – Intuitive-00566082.

49. Attached as Exhibit 49 is a true and correct copy of the Rebuttal Expert Report of Philip J. Phillips, an SIS expert in this case, which is dated March 1, 2023.

50. Attached as Exhibit 50 is a true and correct copy of an FDA Staff Manual Guides entitled "Determination of Classification of Devices", which is dated November 13, 2018, and available from FDA's website at https://www.fda.gov/media/80114/download via https://www.fda.gov/about-fda/staff-manual-guides/delegations-authority-volume-ii-1400 .

51. Attached as Exhibit 51 is a true and correct copy of the Expert Report of Philip J. Phillips, an SIS expert in this case, which is dated December 2, 2022.

52. Attached as Exhibit 52 is a true and correct copy of a web archive of the Da Vinci Instruments page of Intuitive's website, accessible at https://web.archive.org/web/20220805113734/https://www.intuitive.com/en-us/products-and-services/da-vinci/instruments, and which was retrieved on May 2, 2023.

53. Attached as Exhibit 53 is a true and correct copy of Plaintiff's Exhibit 294 of the Deposition of Dan Jones, which was taken on November 10, 2022, which was produced by Intuitive in this case and bates-labeled Intuitive-00986535 – Intuitive-00986537.

54. Attached as Exhibit 54 is a true and correct copy of a Sales, License, and Service Agreement dated December 7, 2018, which was produced by Intuitive in this case and bates-labeled Intuitive-01807644 – Intuitive-01807658.

55. Attached as Exhibit 55 is a true and correct copy of excerpts of the Deposition of Glenn Vavoso, which was taken on May 14, 2021 in case No. 8:20-CV-02274.

56. Attached as Exhibit 56 is a true and correct copy of excerpts of the 30(b)(1) Deposition of Keith R. Johnson, which was taken on October 27, 2022.

57. Attached as Exhibit 57 is a true and correct copy of the second Rebuttal Expert Report of Richard F. Bero, an SIS expert in this case, which is dated March 1, 2023.

58. Attached as Exhibit 58 is a true and correct copy of the Expert Report of Kurt Humphrey, an SIS expert in this case, which is dated July 26, 2021.

6   VAN HOVEN DECLARATION
RE SIS OPPOSITION AND REPLY
Case No. 3:21-cv-03496-VC

59. Attached as Exhibit 59 is a true and correct copy of excerpts of the Deposition of Stan Hamilton, which was taken on November 4, 2022.

60. Attached as Exhibit 60 is a true and correct copy of excerpts of the Deposition of Clifton Parker, which was taken on October 25, 2022.

61. Attached as Exhibit 61 is a true and correct copy of an Intuitive Surgical Devices Business Overview, dated October 29, 1995, and bates-labeled Intuitive-00595673 – Intuitive-00595694.

62. Attached as Exhibit 62 is a true and correct copy of the Intuitive Surgical, Inc., Form 10-K for the fiscal year ended December 31, 2000.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED the 4th day of May, 2023 in San Ramon, California.

*/s/ Joshua Van Hoven*
Joshua Van Hoven