| | |
|---|---|
| **From**: | Joseph Fridlin [Joseph.Fridlin@intusurg.com] |
| **Sent**: | 2/15/2018 9:46:41 AM |
| **To**: | Ryan Shaw [Ryan.Shaw@intusurg.com]; Nam Dang [Nam.Dang@intusurg.com]; Andrew Wilber [Andrew.Wilber@intusurg.com] |
| **Subject**: | Competition Questions for Hospitals.pptx |
| **Attachments**: | Competition Questions for Hospitals.pptx |

Hey guys,

Want to get your thoughts on this.   Presentation Chris Huff and Nam have been helping me with.   Idea here is a presentation to share with the salesforce on how to engage hospitals on all the implications of bringing in another robot to their system.   The opportunity is to give our sales teams confidence to have impactful conversations with the customer.   Past that it will help us to build our relationships with customers to really understand the total value of working with Intuitive.   ==Right now many are very happy to have competition because they hate that we are a monopoly.==   They will use this to beat us up on price.   Competition will also come in low balling pricing so they can just get a foothold.   We need to have strong conversations with the customer to make sure we are comparing apples to apples.   We aren't just a robot arm attached to a cannula.   So lets hold competition to our standard or at least make sure the customer has thought about all the value we bring.   No one thinks about their phone not working until they suddenly don't get phone calls.

It is pretty wordy for a PowerPoint right now.   But want to get your thoughts on this.   Next would be to run it by sales leadership.

Thanks,
Joe

[Attachment icon: Competition Questions for Ho…]

Attorneys' Eyes Only

Intuitive-00113020