| | |
|---|---|
| **From**: | Tim Limon [Tim.Limon@intusurg.com] |
| **Sent**: | 10/26/2016 3:43:38 PM |
| **To**: | Kunal Gunjal [Kunal.Gunjal@intusurg.com]; Fernando Gonzalez [Fernando.Gonzalez@intusurg.com] |
| **CC**: | Grant Duque [Grant.Duque@intusurg.com] |
| **Subject**: | ReWrite_LivesPlus 5XiSiEquivalence.docx |
| **Attachments**: | ReWrite_LivesPlus 5XiSiEquivalence.docx |

Hello,
Please review and comment on this justification for xi 8mm life testing applicability on the S/Si instrument family.  Grant and I put a good amount of work into the analysis.

--Tim

PLAINTIFFS EXHIBIT 240

Attorneys' Eyes Only

Intuitive-00027298

EXHIBIT 240