
## Internal FAQ: Si End of Life
### Intuitive Internal Use Only- Not to be sent to Distributors

**Affected Customer Countries:** World wide

**Related Documents:**

| Part Number | Customer Letter Title |
|---|---|
| PN 1056228 | Last time purchase of select Si Endowrist I&A customer letter-US |
| PN 1056229 | Last time purchase of select Si Endowrist I&A customer letter-Korea |
| PN 1056230 | Last time purchase of select Si Endowrist I&A customer letter-Japan |

| | QUESTION | ANSWER |
|---|---|---|
| 1. | Why is my customer receiving this customer letter? | Intuitive has identified customers as current users of the Si, Si-R, Si-E, Si-R System, or the Si Simulator. We would like to inform these customers that Intuitive is providing advanced notice for a last-time opportunity to purchase select Si instruments and accessories by September 30th, 2019[1] |
| 2. | For which Si Instruments is Intuitive offering a last-time purchase? | • Si EndoWrist Stapler 45 Instrument & Acccessories<br>• Si Single-Site Instruments & Accessories<br>• Si Vessel Sealer Generator Kit.<br>• 3 select Si EndoWrist Cardiac Instruments<br>• Si Skills Simulator<br><br>Note: regional notifications will differ depending on availability of instruments & accessories in specific markets. For example, Si Stapler is not available in several markets. |
| 3. | Why is Intuitive discontinuing the sale of these select Si Instruments and Accessories? | Advancements in software (OS4), coupled with the advancements in hardware capability have led to a broader, more enabling product offering on all da Vinci fourth-generation Surgical Systems. The daVinci Si System (OS3 platform) does not have the hardware and processing capability to support OS4 software advancements including fourth-generation instrumentation. |

---

[1] Exceptions to this Sept 30 last-time purchase date are only for Korea Single-Site products where last time purchase date is March 31, 2020 and Japan Si Stapler platform where last-time purchase date is 4Q20 due to volumes and previous customer commitments in these markets

Attorneys' Eyes Only    Intuitive-00114491



EXHIBIT 63A

| | | For this reason, Intuitive is focusing innovation efforts on fourth-generation technology (Xi, X and SP) products and ending support for select *da Vinci Si* instrumentation as we shift to the fourth-generation alternatives. Additionally, as customers have upgraded to the fourth-generation platform for its greater capabilities, these discontinued Si instruments and accessories have become increasingly difficult to manufacture due to lower volumes, supplier component availability and/or obsolescent technology.<br><br>An alternative fourth-generation replacement exists for each of the select Si Instruments and Accessories.<br><br>Note: Regional customer letters are customized to the specific fourth-generation technology and instrumentation available in each market. |
|---|---|---|
| 4. | When is the last-time purchase of these instruments? | The last-time purchase date for each item that Intuitive is discontinuing is outlined on the customer letter. Shelf lives and expiry dates for each product line are outlined in the customer letter as well. Intuitive field sales teams will work with customers to ensure customers have appropriate select Si last-time purchase instrumentation, considering GEN4 upgrade timing and Sept 30th last-time buy dates for each customers. |
| 5. | Does the discontinuation of select Si Instruments and Accessories affect system service agreements? | This is not an end of service communication. However, it may bring up questions related to the end of service for Si. We wish to assure your customers that we will service their systems through at least 2024:<br><br>**If your customer's Services Contract expires beyond 2024 (OUS only, <1% of Si Systems OUS):**<br>Intuitive is committed to honoring services agreements with our customers. We will honor your existing contract through its end date. We will revisit annually if extensions beyond that date will be supported. Communication in future years will address how long Time & Materials service will be offered after 2024.<br><br>**If your customer's Services Contract expires before 2024:**<br>Intuitive is committed to honoring services agreements with our customers. In 2019, we continue to offer renewals of Services Contracts but the end date will not extend beyond 2024. We will revisit annually if extensions beyond that date will be supported. Communication in future years will address how long Time & Materials service will be offered after 2024. |

Attorneys' Eyes Only                                                                    Intuitive-00114492

INTUITIVE

| # | Question | Answer |
|---|---|---|
| 6. | What tools do I have to discuss fourth-generation opportunities with customers? | Please contact your local CSR or Intuitive Representative. They will have access to the "OS4 Opportunity & Si Last-Time Buy Customer Presentation" (1056409) and "GEN4 Vision Deck" (PN 1055386) to provide customers with the rationale for the fourth-generation opportunity.[2]<br><br>In the United States and Korea, a Si Single Site Upgrade Exchange program will be offered to customers by the US and Korean Field Sales teams due to the number of single site customers in these markets. US and Korean Customers should contact their respective US and Korean Field Sales representatives for details on the Si Single Site Upgrade Exchange program. |
| 7. | What can we use instead of the Si Simulator? | Intuitive has developed the SimNow program, which is compatible with both the Si and the GEN4 platform. SimNow provides comprehensive simulation hardware protection and an enhanced procedure based learning platform, which will allow Si customers to easily transition to dV GEN4 technology. |
| 8. | What happens if my Si Skills Simulator needs replacement and we do not want upgrade to SimNow program? | Si customers who need simulator replacement after 2020 will still be supported through SimNow hardware. Intuitive will provide an equivalent or better replacement to support the Si basic simulation experience. Si simulation customers will always have the option to upgrade to the full SimNow program at any point in the future. |
| 9. | What can I do if my account does not want to upgrade to Gen 4 and claims they will not need their Si system without these products? | Engage your local capital team to determine how to build interest and champions for a Gen 4 upgrade. If an upgrade is not possible and the Si system will not be used, contact strategic pricing to determine if alternate options are available. |
| 10. | My customer is no longer using these products, can I offer them credit for unused lives? | Intuitive offers excess returns for unopened product purchased within the past 12 months from shipment date.<br><br>If the account plans to upgrade to Gen 4 technology, discuss with the capital team how additional product can be handled. |

---

[2] Communication will be customized appropriately for the few global, indirect markets where fourth-generation systems will not be available.



**FAQ Internal Distribution:**

| Customer Support Management | CustomerSupport-Management@intusurg.com |
|---|---|
| Customer Support-Service Support | CustomerSupport-ServiceSupport@intusurg.com |
| DVRC | DVRC@intusurg.com |
| dvSTAT | dvSTAT@intusurg.com |

**Attachments:** N/A