| | |
|---|---|
| **From**: | Katie Scoville [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=015E406D44CF40CDABB530EFD918CA54-KATIE SCOVI] |
| **Sent**: | 5/7/2018 12:31:46 PM |
| **To**: | Ryan Shaw [Ryan.Shaw@intusurg.com] |
| **Subject**: | reprogrammed instruments and Si portfolio |

Ryan,

Just thinking...the emergence of 3rd party reprogramming is another possible reason to move away from Si.    The companies have so far only done reprogramming on Si.    IF, they figure out Xi we have the ability to respond with SW much faster.    And we probably have lead time before they figure out X/Xi.    I don't think the slides need updating, but it is something to think about.

Thanks,
Katie

**Katie Scoville**
*Director Product Marketing, Secondary Markets*
Office: +1 (408) 523-7562 Cell: +1 (408)628-8323
katie.scoville@intusurg.com

Highly Confidential-AEO

Intuitive-01019873

**EXHIBIT 64**