| | |
|---|---|
| **From:** | Daniel Baker [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D824975307734408B5C85508ED36020B-DANIEL BAKE] |
| **Sent:** | 9/19/2018 11:01:56 AM |
| **To:** | Ryan Shaw [Ryan.Shaw@intusurg.com] |
| **Subject:** | RE: Si System End-of-Life Sales Leader Meeting Notes - 9/18/2018 |

Thanks Ry

Daniel Baker
Director, Product Marketing Operations
Office 408.523.7383 | Mobile 408.507.7581

**From:** Ryan Shaw
**Sent:** Wednesday, September 19, 2018 2:19 AM
**To:** Curt Boeschenstein <Curt.Boeschenstein@intusurg.com>; Jake Isley <Jake.Isley@intusurg.com>; Katie Scoville <Katie.Scoville@intusurg.com>; Daniel Baker <Daniel.Baker@intusurg.com>
**Subject:** FW: Si System End-of-Life Sales Leader Meeting Notes - 9/18/2018

FYI – Output of the Si end-of-life conversation with Henry's team yesterday. Will discuss in today's EOL call.

Ryan Shaw
*Director, Global Product Marketing, da Vinci Systems, Vision & Software*
Intuitive Surgical, Inc.  |  Office: +1 408 523 8939  |  Cell: +1 626 484 0526
ryan.shaw@intusurg.com  |  www.intuitivesurgical.com

**From:** Ryan Shaw <Ryan.Shaw@intusurg.com>
**Date:** Tuesday, September 18, 2018 at 3:06 PM
**To:** Henry Charlton <Henry.Charlton@intusurg.com>, Brian Miller <Brian.Miller@intusurg.com>
**Subject:** Si System End-of-Life Sales Leader Meeting Notes - 9/18/2018

Henry,

Thanks for the time with your team to discuss Si system end-of-life (EOL) proposal. Below are the meeting notes. Let me know if you are aligned on the plan. CC'd Brian for visibility/alignment.

**US team collectively is ok with EOL in 2019, with the following considerations**

- Want to continue offering delayed trades and slides in 2019 to support footprint expansion
  - 178 incremental installs through delayed trades and slides
  - 65% were GEN SURG
  - 128/178 converted to GEN4 after
  - $350K price for delayed trade shown to overcome cost barriers
  - USPI (tenant) taking delayed trades and moving to surgery centers
- Want to send EOL letter to customers in FEB'19
  - Allows time to train sales team at national sales meeting on messaging/objection handling
  - Opportunity to couple EOL with GEN4 X upgrade opportunity and GEN4 value messaging
  - Gives time to notify all customers receiving slides/trades of Si EOL <u>before</u> purchasing the system

Attorneys' Eyes Only                                                                                                          Intuitive-00331265

**EXHIBIT 59**

**Sales team actions:**

- Work with Marshall to provide a guaranteed trade value to GEN4
- Build aggressive Si to X strategy (pricing and messaging) to provide with EOL letter
  - Include GEN4 software messaging with EOL messaging
  - Work on after LDP, offsite, etc.
  - Working group: Chip, Chad, Ryan, Jake, Darla

**Systems marketing actions:**

- Sync communication with Katie (secondary markets) and Dan (Operations) so there is one plan/working group
- Pull in Mario Lowe to ensure regulatory support
- Communicate plan with Brian/Sal and ensure alignment
- Clarify for sales and customers EOL milestones and meanings
  - End of manufacture – no longer building new systems
  - End of sales – no more in inventory to sell (new or refurb)
  - End of promotion – no more slides. Upgrades to next gen only.
  - End of service – No longer supporting
- Confirm removing from the APL DOES NOT inhibit ability to continue slides/trades.

**Brian** – Feel free to edit/comment and convey next steps to align Sal on the plan.

**Ryan Shaw**
*Director, Global Product Marketing, da Vinci Systems, Vision & Software*
Intuitive, Inc.  |  Office: +1 408 523 8939  |  Cell: +1 626 484 0526
ryan.shaw@intusurg.com  |  www.intuitivesurgical.com