```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: DA VINCI SURGICAL ROBOT  ) Lead Case No.:
     ANTITRUST LITIGATION            ) 3:21-cv-03825-VC
 5   _____  )
                                     )
 6   THIS DOCUMENT RELATES TO:       )
     ALL ACTIONS                     )
 7                                   )
     _____  )
 8   SURGICAL INSTRUMENT SERVICE     ) Case No.
     COMPANY, INC.,                  ) 3:21-CV-03496-VC
 9                                   )
              Plaintiff,             )
10                                   )
              vs.                    )
11                                   )
     INTUITIVE SURGICAL, INC.,       )
12                                   )
              Defendant.             )
13   _____  )

14

15        VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED

16              DEPOSITION OF KEVIN MAY

17

18            Thursday, November 3, 2022

19     Remotely Testifying from Yorba Linda, California

20

21

22

23   Stenographically Reported By:

24   Hanna Kim, CLR, CSR No. 13083

25   Job No. 5541214
```

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: DA VINCI SURGICAL ROBOT  ) Lead Case No.:
     ANTITRUST LITIGATION            ) 3:21-cv-03825-VC
 5   _____ )
                                     )
 6   THIS DOCUMENT RELATES TO:       )
     ALL ACTIONS                     )
 7                                   )
     _____ )
 8   SURGICAL INSTRUMENT SERVICE     ) Case No.
     COMPANY, INC.,                  ) 3:21-CV-03496-VC
 9                                   )
            Plaintiff,               )
10                                   )
            vs.                      )
11                                   )
     INTUITIVE SURGICAL, INC.,       )
12                                   )
            Defendant.               )
13   _____ )

14

15        Virtual videoconference video-recorded

16   deposition of KEVIN MAY remotely testifying from

17   Yorba Linda, California, on Thursday, November 3,

18   2022, beginning at 7:34 a.m., PDT, and concluding at

19   12:35 p.m., pursuant to the stipulations of counsel

20   thereof, before Hanna Kim, CLR, Certified Shorthand

21   Reporter, No. 13083.

22

23

24

25
```

Page 2

```
 1        REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:

 2

 3     For Plaintiff Surgical Instrument Service Company,

 4     Inc:

 5            HALEY GUILIANO

 6            BY:  RICHARD T. McCAULLEY, ESQ.

 7            111 North Market Street, Suite 900

 8            San Jose, California 95113

 9            669.213.1071

10            richard.mccaulley@hglaw.com

11

12     For Hospital Plaintiffs:

13            HAUSFELD LLC

14            BY:  SAMUEL MAIDA, ESQ.

15            BY:  JEANNINE KENNEY, ESQ.

16            600 Montgomery Street, Suite 3200

17            San Francisco, California 94111

18            415.633.1908

19            smaida@hausfeld.com

20            jkenney@hausfeld.com

21

22

23

24

25

                                          Page  3
```

```
1            Does Restore Robotics Repairs have in mind

2    a start date for its work on changing the usage

3    limitations of EndoWrists for Xis without FDA

4    clearance?

5         A.    Can you restate -- re- -- re-ask that        09:12:41

6    question.  Sorry.

7         Q.    Yes.  That's all right.

8               When -- strike that.
```



Veritext Legal Solutions
866 299-5127

1    into it, and they said that it was risky for them

2    because they were really concerned that Intuitive

3    was going to cut off their business, and they didn't

4    want to be involved with that.  That was a phone

5    call.                                                    10:09:43

6          And then there was a company, this was

7    through our rep, Scott.  He talked to Pacific,

8    and -- and Pacific said that Intuitive said that

9    they could not use our services.  So those are some

10   examples that I had some fairly direct contacts      10:10:02

11   with.  So there were several instances.

12          Then there was also a cease and desist

13   letter that we received from Intuitive Surgical.

14   And then I had heard that there were other cease and

15   desist letters to Rebotix and to other customers.    10:10:18

16          .    Thank   ou.



17

18

19

20

21

22

23

24

25

Page 75

1   [redacted]

2   BY MR. MAIDA:

3        Q.   I'd like to talk to you a bit about

4   Restore's EndoWrist business.  Can you please

5   describe the type of Xi EndoWrist that Restore has       10:11:14

6   been able to repair?

7        A.   Yes.  There is -- there is a list that we

8   had from Rebotix that we've been trained on, how to

9   repair the instruments.  And there was 38 Si

10  instruments that we were able to repair.                 10:11:33

11       Q.   Is there a common theme linking the

12  EndoWrists that Restore has been able to repair?

13            MR. LAZEROW:  Objection.  Vague.

14            THE WITNESS:  Yes.  Multiuse instruments.

15  So instruments that are able to be used at least ten     10:11:49

16  times.  And I think there was a couple of them -- a

17  couple instruments that had higher usages.  I

18  believe they were clip appliers.  We were able to --

19  to repair all of those.

20  BY MR. MAIDA:                                            10:12:17

21       Q.   You -- you went into my next question a

22  bit.  But I'd like to know, can all or only a subset

23  of EndoWrist models be repaired?

24       A.   Only a subset.  So all of the Si

25  instruments, all -- all of the 8 millimeters, except     10:12:31

Page 76

1          A.    Yes, we have.

2          Q.    How many?

3          A.    It was over a hundred.  I -- I don't know

4     the exact -- I don't remember the exact number.

5          Q.    Just to make sure I understand this          10:30:40

6     correctly, you testified earlier that Restore has

7     begun developing the technology to bypass the X and

8     Xi chip?

9          A.    That's correct.



```
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 89



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15   BY MR. MAIDA:                                   10:33:06

16       Q.    You mentioned earlier that Restore

17   developed the Xi reader.

18            Am I remembering that correctly?

19       A.    That is correct.

20       Q.    What is the Xi reader?            10:33:17

21       A.    So the Xi reader is a -- is a device that

22   allows you to communicate with the instrument

23   without using -- without having the robot.  So

24   essentially, you can attach the Xi instrument to

25   this handheld reader, and then it will communicate   10:33:40
```

Page 90

1   caveats and whatnot because, you know, you're

2   engaging them to do something and they -- they

3   want to -- they don't want to be held legally

4   responsible in case something doesn't happen.

5           And so, Number one, that was                    10:42:37

6   boilerplate-type stuff.

7           The second thing was is that was very

8   early on in the project.  And we had since passed a

9   lot of these hurdles that they were concerned about.

10      Q.   Okay.  So is it fair to say that the          10:42:53

11   concerns were -- are alleviated now?

12      A.   Yes.

13      Q.   What does finding the Crypto Companion

14   chip mean for Restore's business as it relates to

15   the X and Xi EndoWrists?                              10:43:09

16           MR. LAZEROW:   Objection.

17           THE WITNESS:   It's just a -- a significant

18   jump forward to be able to identify it and to be

19   able to find that the -- the chip manufacturer.   All

20   those things were very positive.                     10:43:26

21           So it -- it -- it kind of shifts the --

22   kind of shifts the -- the -- the can we do this

23   project to yes, we can do the project, but now it's

24   just a matter of engineering, engineering, including

25   time and money and effort.                           10:43:43

Page 96

```
 1              So it went from a nebulous idea of can we

 2    do this or can't we do this to yeah, we can do this.

 3    It's just a matter of engineering.

 4    BY MR. MAIDA:

 5        Q.    How confident can you -- are you that        10:43:56

 6    Restore will be able to develop the technology to

 7    repair X- and Xi-compatible EndoWrists?

 8        A.    Extremely high.

 9        Q.    How, if at all, were Restore's ability to

10    bypass the S and Si chip affect its ability to         10:44:16

11    bypass the X and Xi chip?

12        A.    Can you restate that?

13        Q.    Sure.  I'll rephrase.

14              Do you consider Restore's ability to

15    bypass the S and Si chip to be the recipe to use in    10:44:30

16    developing the technology to bypass the X and Xi

17    chip?

18        A.    There are similarities between what we

19    were doing with the S and the Si chip, and we

20    learned a lot from that.  So it was very helpful to    10:44:47

21    be able to reverse engineer the chip for the X and

22    the Xi, but they -- they are -- they are -- have --

23    they do have some differences.

24        Q.    I believe you testified to that a bit

25    earlier, but I just wanted to make sure.  Is Restore   10:45:11
```

Page 97

```
 1    witness' needs and the court reporter, as well.

 2              THE COURT REPORTER:  May we go off the

 3    record real quick?

 4              MR. BERHOLD:  And, yeah.  Oh, go ahead.

 5              THE COURT REPORTER:  I'm sorry.  May we go    11:00:00

 6    off the record real quick?

 7              MR. BERHOLD:  Yeah.

 8              THE VIDEOGRAPHER:  We are off the record

 9    at 10:59 a.m.

10              (Lunch recess taken.)                          11:01:18

11              THE VIDEOGRAPHER:  We are back on the

12    record at 11:31 a.m.

13                        EXAMINATION

14    BY MR. McCAULLEY:

15       Q.   Mr. May, good afternoon.  My name's Rick       11:31:34

16    McCaulley, and I represent one of the Plaintiffs in

17    the case in San Francisco, SIS.

18              Are you familiar with the company SIS?

19       A.   Yes, I am.

20       Q.   And how are you familiar with them?           11:31:49

21       A.   So in my company, Meta Vision, we have

22    been doing flexible scope repairs for them.

23              And then for Restore Robotics, we have

24    been doing the recovery program for them for the Xi

25    and Si instruments.                                    11:32:10
```

                                                      Page 108

1     Q.    Do you have an understanding of SIS's

2   reputation in the medical device repair market?

3     A.    Yes.   They're -- I mean, they're a very

4   good company.   They have a good standing.   They have

5   an extensive distributorship availability.   They          11:32:26

6   have -- they have contacts throughout the whole

7   United States.   They -- they have a pretty far reach

8   and they have a lot of direct reps.

9     Q.    I think you testified in response to a

10   question from Mr. Maida that the demand for repaired      11:32:41

11   Si instruments would be huge.

12          Do you remember that?

13     A.    Yes.

14     Q.    And you have over 20 years of experience

15   in that market, the repair market for medical            11:33:00

16   devices generally; correct?

17          MR. LAZEROW:   Objection.

18          THE WITNESS:   I have more than 30 years.

19   BY MR. McCAULLEY:

20     Q.    Do you -- do you have any experience in          11:33:09

21   servicing endoscopes?

22     A.    Yes, I do.

23     Q.    And over the time that you've been

24   involved in market and repairing endoscopes, do you

25   have an understanding of what the share is for           11:33:22

Page 109

1   difficult procedure?

2          MR. LAZEROW:  Objection.

3          THE WITNESS:  33 years.

4   BY MR. McCAULLEY:

5      Q.   I'm sorry.                                      11:39:26

6      A.   But no, it is -- it is the simplest device

7   we've ever serviced or repaired.

8      Q.   Can you give me some examples of more

9   complicated devices that you service or repair?

10     A.   Yes.  Rigid and flexible endoscopes are        11:39:40

11  significantly more difficult.  The -- the optical

12  properties and the optical alignment and the -- the

13  characteristics of a rigid endoscope are more

14  complex than this EndoWrist device.

15          And then the flexible scope business, as       11:40:00

16  you guys know at -- at SIS, is an extremely

17  complicated device.  It has an integrated camera

18  system, integrated with a lumens and working

19  channels and fiberoptic illumination, and very

20  delicate and intricate articulation.                   11:40:20

21          And then the lengths are considerable on

22  those.  They're -- they're up to 6 to 7-foot long.

23  They have electronic components that carry a signal

24  back from the camera all the way from the distal tip

25  that's inside the patient, all the way back to a       11:40:41

Page 115

```
 1    monitor and a camera control unit that's at bedside

 2    near the patient.

 3              Flexible scopes are significantly more

 4    complicated and integrated, and they have much more

 5    involved articulation properties in them.         11:40:56

 6        Q.   And I believe you testified those are

 7    repairs that SIS routinely makes?

 8        A.   Yes, they do.

 9        Q.   I'd like to talk a little bit about the

10    recycle program that you referred to.             11:41:07

11              Did I refer to that correctly?

12        A.   Yes.  Recycle recovery program is what

13    we're calling it.

14        Q.   The recycle recovery program is something

15    that you've partnered, at least to a certain extent,  11:41:19

16    with SIS on; correct?

17        A.   That's correct.

18        Q.   Have -- are you aware of any efforts by

19    Intuitive to interfere with that?

20        A.   I have not heard of anything.  I have not   11:41:30

21    heard anything.

22              MR. McCAULLEY:  Okay.

23              I don't have any further questions.

24              Thank you, Mr. May.

25              MR. LAZEROW:  Are the plaintiffs done?     11:41:44
```

Page 116