HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5   SURGICAL INSTRUMENT SERVICE        )
     COMPANY, INC.,                     )
 6                                      )
                 Plaintiff,             )
 7                                      )
                     VS.                ) CASE NO.:
 8                                      ) 3:21-cv-03496-VC
                                        )
 9   INTUITIVE SURGICAL, INC.,          )
                                        )
10               Defendant.             )
     _____)
11
12
13
14       - - HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - -
15
16       VIDEOTAPED ZOOM DEPOSITION OF MAXWELL MENG, M.D.
17                      March 7, 2023
18
19                       --ooOoo--
20
21
22
23
24   JOB NO.: 5782454
25   REPORTED BY: MICHELLE MEDEL SABADO, RPR, CRR, CSR #7423
```

Page 1

```
 1            VIDEOTAPED ZOOM DEPOSITION OF MAXWELL MENG,
 2    M.D., TAKEN ON BEHALF OF PLAINTIFF, COMMENCING AT 9:38
 3    A.M., TUESDAY, MARCH 7, 2023, AT SAN FRANCISCO,
 4    CALIFORNIA, BEFORE MICHELLE MEDEL SABADO, RPR, CRR, CSR
 5    #7423.
 6
 7
 8
 9
10    APPEARANCES OF COUNSEL:
11    (ALL PARTIES APPEARING REMOTELY)
12
13    FOR PLAINTIFF:
14                    HALEY GUILIANO, LLP
                      BY: JOSHUA V. VAN HOVEN, ESQ.
15                    111 North Market Street, Suite 900
                      San Jose, California 95113
16                    669.213.1050.
                      joshua.vanhoven@hglaw.com
17
18    FOR DEFENDANT:
19                    ALLEN RUBY, ATTORNEY AT LAW
                      BY: ALLEN RUBY, ESQ.
20                    15559 Union Avenue, #138
                      Los Gatos, California 95032
21                    408.477.9690
                      allen@allenruby.com
22
23
24
25
```

```
 1
 2    APPEARANCES OF COUNSEL (CONTINUED):
 3
 4                    COVINGTON & BURLING, LLP
                      BY: CORTLIN H. LANNIN, ESQ.
 5                        MARIAM AZHAR, ESQ.
                      Salesforce Tower
 6                    415 Mission Street, Suite 5400
                      San Francisco, California 94105
 7                    415.591.6000.
                      clannin@cov.com
 8                    mazhar@cov.com
 9
10
11    Also Present:
12    ANTHONY GULINO - THE VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 3
```

| | | | |
|---|---|---|---|
| 1 | A | Well, I think all sterilized instruments | 10:39 |
| 2 | | can't be stored forever and there's a time at which they | |
| 3 | | need to be used by. | |
| 4 | Q | And -- and that's part of the OR and | |
| 5 | | reprocessing department process to keep track of when | 10:40 |
| 6 | | they were sterilized and when they're next used? | |
| 7 | A | Correct. | |
| 8 | Q | Any -- any other examples of OR equipment | |
| 9 | | that has expiration dates? | |
| 10 | A | Not that I can think of right now. | 10:40 |
| 11 | Q | And then you talked about limited numbers of | |
| 12 | | lives or -- or limited amount of use or something I -- I | |
| 13 | | don't -- but are there other devices not -- that don't | |
| 14 | | have expiration dates that have other limitations in | |
| 15 | | their surgical use over time? | 10:40 |
| 16 | A | Such as the EndoWrist? | |
| 17 | Q | That would be an example. | |
| 18 | A | That is an example, yes. | |
| 19 | Q | Do you have any other examples like that? | |
| 20 | A | Not that -- not that I can think of right | 10:41 |
| 21 | | now. | |
| 22 | Q | How long have you been practicing medicine, | |
| 23 | | Dr. Meng? | |
| 24 | A | Twenty-five-ish years. | |
| 25 | Q | In those 25 years, you can't think of another | 10:41 |

Page 40

| | | |
|---|---|---|
| 1 | example of a limited use or limited lifetime device that | 10:41 |
| 2 | you've seen? | |
| 3 |     A    Well, I think one potential example is a Endo | |
| 4 | GIA stapler. | |
| 5 |     Q    What is the nature of the limitation on use | 10:41 |
| 6 | or life for the -- for an Endo GIA stapler? | |
| 7 |     A    I think it may be six fires or seven, in that | |
| 8 | ballpark range. | |
| 9 |     Q    Do you know who the manufacturer is of the | |
| 10 | Endo GIA stapler that you're thinking of? | 10:42 |
| 11 |     A    It may be Valleylab. | |
| 12 |     Q    Valleylab? | |
| 13 |     A    Yeah, but I think they -- that's part of a | |
| 14 | bigger company.  I can't remember offhand the | |
| 15 | manufacturer. | 10:42 |
| 16 |     Q    An Endo GIA stapler is not something that | |
| 17 | attaches to a -- Intuitive da Vinci system? | |
| 18 |     A    It is not. | |
| 19 |     Q    What happens when the Endo GIA stapler, I | |
| 20 | guess ex -- lets off all of its fires? | 10:42 |
| 21 |     A    We get a new one. | |
| 22 |     Q    It won't work for any more? | |
| 23 |     A    It could work but our guidance is certain | |
| 24 | limited uses then we get a new stapler. | |
| 25 |     Q    Any other examples other than a Endo GIA | 10:43 |

```
1    stapler for limited use or limited lifetime of devices        10:43
2    that you've seen or heard of in your 25 years of medical
3    practice?
4         A    I think the stapler would be the one that we
5    use a fair amount and would be a good example of that.        10:43
6         Q    I understand that be may be a good example
7    but I'm just asking in -- in all of your 25 years of
8    medical practice, are there any other examples that you
9    can think of other than EndoWrists and an Endo GIA
10   stapler?                                                       10:43
11        A    No.
12        Q    I'd like to go back to your Exhibit -- it was
13   Exhibit 10.  I think I'm putting it on your screen again.
14        A    Correct.
15        Q    If you want to go down to paragraph 17 and            10:44
16   take a look at that and let me know when you're ready to
17   discuss that paragraph, and anything else you want to
18   look at before you discuss that paragraph.
19             (Document reviewed by the witness.)
20        THE WITNESS:  Okay.                                        10:44
21   BY MR. VAN HOVEN:
22        Q    First, I -- I'd like to -- so this is talking
23   about limits for use so we call that -- we'll call those
24   use limits, is that fair?
25        A    Fair.                                                 10:44
```

Page 42