```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   SURGICAL INSTRUMENT SERVICE      )
     COMPANY, INC.,                   )
 5                                    )
             Plaintiff,               )
 6                                    )
             vs.                      ) Case No.
 7                                    ) 3:21-CV-03496-VC
     INTUITIVE SURGICAL, INC.,        )
 8                                    )
             Defendant.               )
 9   _____  )
10
11
12        VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
13               DEPOSITION OF GREG POSDAL
14     30(B)(6), SURGICAL INSTRUMENT SERVICE COMPANY
15
16              Tuesday, November 1, 2022
17      Remotely Testifying from Phoenix, Arizona
18
19
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 5541334-A
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   SURGICAL INSTRUMENT SERVICE      )
     COMPANY, INC.,                   )
 5                                    )
             Plaintiff,               )
 6                                    )
             vs.                      ) Case No.
 7                                    ) 3:21-CV-03496-VC
     INTUITIVE SURGICAL, INC.,        )
 8                                    )
             Defendant.               )
 9   _____  )
10
11
12         Virtual videoconference video-recorded
13   deposition of GREG POSDAL, in the capacity of a
14   30(B)(6) witness of Surgical Instrument Service
15   Company, Remotely Testifying from Phoenix, Arizona,
16   on Tuesday, November 1, 2022, beginning at
17   9:01 a.m., PDT, and concluding at 10:52 a.m.,
18   pursuant to the stipulations of counsel thereof,
19   before Hanna Kim, CLR, Certified Shorthand Reporter,
20   No. 13083.
21
22
23
24
25
```

Page 2

```
 1      REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
 2
 3   For Plaintiff and the Witness:
 4          HALEY GUILIANO
 5          BY:  RICHARD T. McCAULLEY, ESQ.
 6          111 North Market Street, Suite 900
 7          San Jose, California 95113
 8          669.213.1071
 9          richard.mccaulley@hglaw.com
10
11   For Hospital Plaintiffs and the Proposed Class:
12          BONI, ZACK & SNYDER LLC
13          BY:  JOSHUA D. SNYDER, ESQ.
14          15 St. Asaphs Road
15          Bala Cynwyd, Pennsylvania 19004
16          610.822.0203
17          jsnyder@bonizack.com
18
19
20
21
22
23
24
25
```

```
 1   know.
 2        Q.   This -- you're welcome to look at this
 3   reliability/performance test summary section.  I
 4   haven't found somewhere it says how many instruments
 5   were tested.                                              09:33:31
 6        A.   Okay.
 7        Q.   Did you ever ask Rebotix how many
 8   instruments were tested?
 9        A.   I -- I don't recall.
10        Q.   Would you have asked Rebotix how many           09:33:38
11   instruments were tested?
12        A.   I could have.  I do not remember.  I don't
13   know.
14        Q.   Do you think that the number of
15   instruments that are tested is relevant to                09:34:00
16   determining whether the tests were sufficiently
17   robust to confirm that the devices were safe to use?
18        A.   I think they could be.  I will say that
19   outside of the chip counter, these instruments are
20   substantially equivalent to items that we've been         09:34:22
21   repairing for up to 50 years.  Same basic materials,
22   same basic premises.
23             We were comfortable with the fact that the
24   testing they did and our observations of these
25   pieces of equipment for probably a number of years        09:34:40
```

Page 33

1  before this process started would lead us to that
2  same conclusion.  So whether I asked or not, I -- I
3  can't be certain.
4      Q.  Was any portion of Rebotix' testing
5  protocol specific to the cables in the EndoWrist      09:34:59
6  instruments?
7      A.  As I recall insofar as there was a visual
8  inspection to make sure that they were still intact
9  and there was an orientation test to make sure that
10 all were properly aligned, I think that was it.       09:35:21
11 Properly aligned and secured, as I recall.
12     Q.  Was any portion of the testing to confirm
13 that the tension of the cables was correct?
14     A.  I can't be certain of that.  I -- I don't
15 know for certain.                                     09:35:44
16     Q.  You agree that the cables in EndoWrist
17 instruments are not equivalent to any component that
18 appears in traditional laparoscopic instruments;
19 correct?
20     A.  In traditional laparoscopic instruments,      09:35:59
21 that is correct.  In terms of our exposure to them,
22 we see them every single day in flexible endoscope
23 repairs, not -- not dissimilar at all to those.
24     Q.  Describe for me how flexible endoscope
25 cables are similar to the cables that appear in       09:36:22

Page 34

1    EndoWrist instruments.
2         A.   They perform a similar function.
3    They're -- they're connected up at the proximal end
4    so that they can be activated.  And they allow for
5    steering or angulation or manipulation of the distal     09:36:38
6    tip, much like the EndoWrist devices.
7         Q.   What tests does SIS perform on a flexible
8    endoscope to confirm that the cables are in working
9    order?
10        A.   I -- I'm speaking as a -- a CEO right now.     09:37:00
11   I don't work on these every day.  To the best of my
12   knowledge, we do a visual inspection to make sure
13   that they're safe and intact.  We make sure that
14   they're secured at both ends.  And we make sure that
15   they're oriented properly to re- -- to achieve the      09:37:20
16   manufacturer's expectations.  That is in terms of
17   angulation of deflection, et cetera.
18        Q.   Looking back at page '137, the -- the last
19   couple lines of the paragraph we were just looking
20   at refers to the technical file being "independently    09:37:57
21   reviewed by DQS."
22             Do you see that sentence?
23        A.   Yes, I do see that.
24        Q.   What is DQS?
25        A.   I don't know.                                 09:38:11

Page 35

```
 1          Q.   Do you know anything about --
 2          A.   It sounds like a quality system, but...
 3          Q.   You're -- you're assuming that based on
 4   the "QS" in the acronym --
 5          A.   Yes.                                          09:38:25
 6          Q.   Is that right?
 7               All right.  We can move on to Topic Number
 8   3, Mr. Posdal.
 9               This is the number of surgical uses and
10   sterilization cycles for which it is safe for           09:38:54
11   EndoWrist instruments to be used both before and
12   after the servicing that SIS markets or performs on
13   or in connection with EndoWrist instruments.
14          A.   Okay.
15          Q.   Are you prepared to testify regarding that  09:39:09
16   topic?
17          A.   Yes, I am.
18          Q.   So how many surgical uses is it safe to
19   use an EndoWrist for before it goes through the
20   EndoWrist reset process that SIS has marketed?          09:39:20
21          A.   Can you repeat that question.
22          Q.   Sure.
23               How many surgical uses is it safe to use
24   an EndoWrist for before the EndoWrist goes through
25   the reset process that SIS has marketed?                09:39:35
```

Page 36

| | | |
|---|---|---|
| 1 | MR. McCAULLEY: Objection to form. | |
| 2 | THE WITNESS: I can only say that it | |
| 3 | depends. Much like the instruments that we repair | |
| 4 | every day, it depends on how that instrument was | |
| 5 | handled or treated. The limitation on EndoWrist | 09:39:51 |
| 6 | specifically render that point moot after ten uses. | |
| 7 | So if you're asking me how long and how many times | |
| 8 | it can be reprocessed, that would depend, but it | |
| 9 | would be significantly more than ten. | |
| 10 | BY MR. CHAPUT: | 09:40:14 |
| 11 | Q. How do you know it would be significantly | |
| 12 | more than ten? | |
| 13 | A. Based on our years of repairing, near -- I | |
| 14 | can't say nearly -- similar items of -- made of | |
| 15 | similar materials for similar uses. | 09:40:27 |
| 16 | Q. What similar items are you referring to? | |
| 17 | A. I'm referring to standard laparoscopic | |
| 18 | instrument, non-robotic laparoscopic instrument | |
| 19 | that -- that are largely made of the same materials | |
| 20 | and styles as the EndoWrists. | 09:40:45 |
| 21 | Q. How many sterilization cycles is it safe | |
| 22 | to use an EndoWrist for before that EndoWrist goes | |
| 23 | through the resetting process that SIS has marketed? | |
| 24 | MR. SNYDER: Objection to form. | |
| 25 | MR. McCAULLEY: Objection to form. Sorry. | 09:41:11 |