*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
             UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION


SURGICAL INSTRUMENT SERVICE     )
COMPANY, INC.,                  ) Case No.:
                                ) 3:21-cv-03496-VC
            Plaintiff,          )
                                ) Lead Case No.:
      vs.                       ) 3:21-cv-03825-VC
                                )
INTUITIVE SURGICAL, INC.,       )
                                )
            Defendant           )
_____)
IN RE: DA VINCI SURGICAL ROBOT  )
ANTITRUST LITIGATION            )
_____)
THIS DOCUMENT RELATES TO:       )
ALL ACTIONS                     )
_____)



       *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
             30(b)(6) DEPOSITION OF:
               KEITH ROBERT JOHNSON
            THURSDAY, OCTOBER 27, 2022
         9:06 a.m. Mountain Standard Time

REPORTED BY:
Vickie Blair
CSR No. 8940, RPR-CRR
JOB NO. 5539883
PAGES 1 - 122
```

Page 1

```
 1    Deposition of KEITH ROBERT JOHNSON, the witness, taken
 2    on behalf of the Defendant, on Thursday,
 3    October 27, 2022, 9:06 a.m. Mountain Standard Time,
 4    before VICKIE BLAIR, CSR No. 8940, RPR-CRR.
 5
 6    APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8    FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
      SERVICE CO. INC.:
 9
              HALEY GUILIANO LLP
10            BY JOSHUA VAN HOVEN, Partner
              111 North Market Street, Suite 900
11            San Jose, California  95113
              +1 669 213 1061
12            joshua.vanhoven@hglaw.com
13
14    FOR DEFENDANT INTUITIVE SURGICAL, INC.:
              COVINGTON & BURLING LLP
15            BY ISAAC D. CHAPUT, Associate
              415 Mission Street
16            Suite 5400
              San Francisco, California  94105-2533
17            +1 415 591 7020
18            ichaput@cov.com
              COVINGTON & BURLING LLP
19            BY AUSTIN S. MARTIN, Associate
              One CityCenter
20            850 Tenth Street, NW
              Washington, D.C.  20001-4956
21            +1 202 662 5094
22            amartin@cov.com
23
24
25

                                                        Page 2
```

| | | |
|---|---|---|
| 1 | devices. | 09:27:44 |
| 2 | Q    And, when you say "repair," what services | 09:27:44 |
| 3 | were performed on the EndoWrists as part of that | 09:27:48 |
| 4 | repair? | 09:27:55 |
| 5 | A    We were taking the EndoWrists, inspect -- | 09:28:03 |
| 6 | inspecting for functionality and safety, and adding | 09:28:08 |
| 7 | additional lives to extend the life of that device. | 09:28:13 |
| 8 | Q    And how did you add additional lives to | 09:28:17 |
| 9 | extend the life of the device? | 09:28:21 |
| 10 | A    We installed a new chip to add 10 | 09:28:23 |
| 11 | additional lives to that device. | 09:28:30 |
| 12 | Q    Prior to the EndoWrist business, had SIS | 09:28:32 |
| 13 | ever worked with Rebotix Repair? | 09:28:40 |
| 14 | A    That's kind of a trick question, but I | 09:28:42 |
| 15 | guess the answer to your question is no. | 09:28:56 |
| 16 | Q    Why do you feel that's a trick question? | 09:28:58 |
| 17 | A    Well, that organization is owned by | 09:29:00 |
| 18 | Benjamin Biomedical, which we have had a 25- to 30-year | 09:29:02 |
| 19 | relationship with. | 09:29:08 |
| 20 | Q    Okay.  So you had previously worked with | 09:29:09 |
| 21 | another company that's related to Rebotix, but you had | 09:29:15 |
| 22 | not worked with Rebotix specifically; is that correct? | 09:29:17 |
| 23 | A    We worked with the parent company of that | 09:29:22 |
| 24 | organization, yes. | 09:29:27 |
| 25 | Q    Focusing specifically on Rebotix, what | 09:29:27 |

| | | |
|---|---|---|
| 1 | information did SIS have about Rebotix's capabilities | 09:29:34 |
| 2 | when SIS started its relationship with Rebotix? | 09:29:41 |
| 3 | MR. VAN HOVEN: Objection to form. | 09:29:45 |
| 4 | THE WITNESS: Can you ask that again, I | 09:29:46 |
| 5 | apologize. | 09:29:51 |
| 6 | BY MR. CHAPUT? | 09:29:52 |
| 7 | Q   Sure.  Maybe I can make it a little more | 09:29:52 |
| 8 | straightforward. | 09:29:56 |
| 9 | What did SIS know about Rebotix's | 09:29:57 |
| 10 | capabilities when it entered into the EndoWrist repair | 09:29:59 |
| 11 | business? | 09:30:05 |
| 12 | MR. VAN HOVEN:  Objection to form. | 09:30:05 |
| 13 | THE WITNESS:  So, based on our | 09:30:05 |
| 14 | longstanding relationship with Benjamin Biomedical, and | 09:30:11 |
| 15 | the quality products that they had been providing to us | 09:30:16 |
| 16 | for, like I said, over 25 years, we had every belief | 09:30:19 |
| 17 | that the products and services they were providing were | 09:30:24 |
| 18 | quality, and we went down, visited the lab, made sure | 09:30:27 |
| 19 | that we understood and saw the product that they were | 09:30:32 |
| 20 | developing and the service that they were providing, | 09:30:36 |
| 21 | felt really good about it, and were excited about it, | 09:30:39 |
| 22 | and learned everything we could about their testing | 09:30:42 |
| 23 | practices and what they were doing, and really pretty | 09:30:45 |
| 24 | much everything inside and out about that program | 09:30:49 |
| 25 | before we took it to market. | 09:30:52 |

Veritext Legal Solutions
866 299-5127

```
1    BY MR. CHAPUT:                                            09:30:52
2         Q    Have you ever observed the entirety of          09:30:56
3    what Rebotix calls a repair of an EndoWrist?              09:31:01
4         A    Yes.                                            09:31:07
5              MR. VAN HOVEN:  Object to form.                 09:31:08
6              THE WITNESS:  Yes.                              09:31:08
7    BY MR. CHAPUT:                                            09:31:09
8         Q    When did you observe that repair?               09:31:11
9         A    I don't remember the specific dates, but        09:31:15
10   if I remember correctly, it was in the fall of '19.       09:31:24
11        Q    And would you describe for me the repair        09:31:30
12   process that Rebotix performed that you observed?         09:31:42
13        A    We observed the complete incoming               09:31:48
14   inspection process; we observed the chip replacement      09:31:55
15   process; and we also observed the complete outgoing       09:32:03
16   safety and function test of those devices.                09:32:08
17        Q    Starting with the complete incoming             09:32:12
18   inspection that you observed, what steps were involved    09:32:24
19   in that incoming inspection?                              09:32:27
20        A    Being that that device is a very simple         09:32:33
21   laparoscopic instrument, we observed the functionality    09:32:39
22   of that device, the strength of the pulleys, the          09:32:43
23   sharpness of the scissors, the -- the grasping strength   09:32:48
24   of the forceps, all of those safety and function to       09:32:53
25   make sure that those devices met the original intended    09:32:57
```

| | | |
|---|---|---|
| 1 | the country, so we have team members and reps on the | 09:46:48 |
| 2 | ground, and we work with hospitals on a daily basis | 09:46:51 |
| 3 | picking up items and devices in need of service, | 09:46:54 |
| 4 | getting those to one of our labs, they are serviced and | 09:46:57 |
| 5 | then returned to the facility. | 09:47:02 |
| 6 | So this Rebotix program that we were | 09:47:03 |
| 7 | providing fell right in line with what we were doing | 09:47:05 |
| 8 | every day. | 09:47:10 |
| 9 | Q   Was the service performed at one of SIS's | 09:47:10 |
| 10 | labs? | 09:47:16 |
| 11 | MR. VAN HOVEN:  Objection to form. | 09:47:18 |
| 12 | THE WITNESS:  We were -- every discussion | 09:47:19 |
| 13 | we had was about bringing it in-house and doing it | 09:47:27 |
| 14 | ourselves.  In fact, a couple members of their team | 09:47:29 |
| 15 | came to Chicago and worked in our lab with us, and | 09:47:37 |
| 16 | our -- some of our technicians that were going to be | 09:47:41 |
| 17 | involved in this program were part of that, so we were | 09:47:44 |
| 18 | absolutely going to be doing this service in-house. | 09:47:48 |
| 19 | BY MR. CHAPUT: | 09:47:51 |
| 20 | Q   Okay.  So you said that you were "going to | 09:47:51 |
| 21 | be doing it in-house." | 09:47:53 |
| 22 | My question was:  Did SIS ever actually | 09:47:54 |
| 23 | perform the service in-house? | 09:47:57 |
| 24 | A   No. | 09:47:58 |
| 25 | Q   So for all of the EndoWrist repairs that | 09:48:00 |

Page 33