Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4    IN RE: DA VINCI SURGICAL ROBOT    ) Lead Case No.:
      ANTITRUST LITIGATION,             ) 3:21-cv-03825-VC
 5    ------------------------------------)
      THIS DOCUMENT RELATES TO:         )
 6    ALL CASES                         )
      ------------------------------------)
 7
 8    SURGICAL INSTRUMENT SERVICE       )
      COMPANY, INC.,                    ) Case No.
 9                                      ) 3:21-cv-03496-VC
                    Plaintiff,          )
10                                      )
          vs.                           )
11                                      )
      INTUITIVE SURGICAL, INC.,         )
12                                      )
                    Defendant.          )
13    ------------------------------------)
14
15       ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
16
17     REMOTE PROCEEDINGS OF THE VIDEOTAPED DEPOSITION OF
18                 INTUTITIVE SURGICAL, INC.,
19         BY AND THROUGH ITS 30(B)(6) DESIGNEE,
20                       GRANT DUQUE
21               TUESDAY, NOVEMBER 8, 2022
22
23    REPORTED BY NANCY J. MARTIN
24    CSR. NO. 9504, RMR, RPR
25    PAGES 1 - 75
```

Page 2

1           UNITED STATES DISTRICT COURT
2      FOR THE NORTHERN DISTRICT OF CALIFORNIA
3               SAN FRANCISCO DIVISION
4   IN RE: DA VINCI SURGICAL ROBOT   ) Lead Case No.:
    ANTITRUST LITIGATION,             ) 3:21-cv-03825-VC
5   ------------------------------------)
    THIS DOCUMENT RELATES TO:          )
6   ALL CASES                          )
    ------------------------------------)
7
8   SURGICAL INSTRUMENT SERVICE        )
    COMPANY, INC.,                     ) Case No.
9                                      ) 3:21-cv-03496-VC
                  Plaintiff,           )
10                                     )
         vs.                           )
11                                     )
    INTUITIVE SURGICAL, INC.,          )
12                                     )
                  Defendant.           )
13  ------------------------------------)
14
15      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
16
17                        - - -
18              Tuesday, November 8, 2022
19                        - - -
20      Videotaped Remote Deposition of INTUTITIVE
21   SURGICAL, INC., by and through its 30(B)(6) designee
22   GRANT DUQUE, beginning at 3:15 p.m., before Nancy J.
23   Martin, a Registered Merit Reporter, Certified
24   Shorthand Reporter.  All parties appeared remotely.
25

HIGHLY CONFIDENTIAL

Page 3

1  A P P E A R A N C E S :
2
   DANIEL MCCUAIG, ESQ.
3  COHEN MILSTEIN SELLERS & TOLL PLLC
   1100 New York Avenue NW 5th Floor
4  Washington, D.C.  20005
   dmccuaig@cohenmilstein.com
5  (202) 408-4600
   Counsel for the hospital plaintiffs
6
7
   KATHRYN E. CAHOY, ATTORNEY AT LAW
8  COVINGTON & BURLING LLP
   3000 El Camino Real
9  5 Palo Alto Square
   Palo Alto, California  94306
10 (650) 632-4735
   kcahoy@cov.com
11 Counsel for Intuitive Surgical Inc.
12
13 JOSHUA VAN HOVEN, ESQ.
   HALEY GUILIANO LLP
14 111 North Market Street
   Suite 900
15 San Jose, California  95113
   (669) 213-1080
16 joshua.vanhoven@hglaw.com
   Counsel for Surgical Instrument Service, Incorporated
17
18 ALSO PRESENT:
19 BEN PELTA-HELLER, LEGAL VIDEOGRAPHER
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 12

1  actuated, it doesn't expose the red section.

2           And so when the system determines that an
3  instrument is at its end of life, it will actually
4  actuate that input disc and expose the red section of
5  that input disc which will then be visible on the side
6  of the instrument.

7       Q.  And is that end-of-life indicator based on
8  engagements with the robot and an initial movement by
9  the surgeon?  Is that how that's counted?

10      A.  Can you ask that question one more time?

11      Q.  Sure.  The -- I'm wondering how a life is
12  counted for that end-of-life indicator.  Is that
13  when a -- after engagement is attached to an arm and
14  the surgeon actually initiates a movement, is that
15  when a life is counted for purposes of that indicator?

16      A.  For a procedure-type use counter --
17  use-count-type device, it's -- the time or the event
18  that defines when that use is to be counted is when it
19  goes into following.

20      Q.  What is following?

21      A.  Following is when the person at the surgeon's
22  console takes control of the instrument and puts it
23  into a master slave loop.

24      Q.  And there are also I guess four other input
25  discs shown on the -- at least this instrument that

Page 13

1   we're looking at on slide 19.
2           Do you see those?
3       A.  Sorry.  Can --
4       Q.  Sure.  On slide 19, are there four other
5   input discs in addition to the end-of-life indicator
6   input disc?
7       A.  Yes, that's correct.
8       Q.  And those are the input discs that engage via
9   a sterile adapter with a robot arm?
10      A.  That's correct.
11      Q.  And does the -- does the system or robot,
12  does it measure aspects of the -- what the motor is
13  doing when it's interacting with an input disc?
14      A.  It controls the amount.  So the system
15  controls the amount of torque that's being applied at
16  each input disc.
17      Q.  Do you know if the system, for example, keeps
18  track of the amount of torque that it's applying to
19  the disc?
20      A.  There's -- yeah.  There's a record of how
21  much torque is being applied at each disc.
22      Q.  So what sort of parameters like that are --
23  is a record kept of that interaction between a robot
24  motor and a corresponding disc give an instrument?
25      A.  So we are monitoring torque.  And really what

Page 14

1    we're monitoring is how much current we're applying to
2    the motors, but we translate that to torque, the
3    displacement, so how much each of those input discs is
4    moving.
5            And that's done in concert with one another.
6    So we know at a particular time the torque and the
7    position of each of the discs at a moment in time.  So
8    how they're coordinated in time.
9        Q.  And is that information kept in a time series
10   of data?
11       A.  That data is stored on the system logs.
12       Q.  And so if you were to look at a system log,
13   would it be split up by -- per motor?
14       A.  Can you elaborate on that question?
15       Q.  Sure.  Yeah.  I'm trying to understand the
16   nature of the data that's stored from those
17   measurements that you were talking about, about torque
18   and position.
19            So one question is is the data associated
20   with a particular time as surgery progresses?
21            MS. CAHOY:  Objection.  Outside of the scope.
22            THE WITNESS:  Can you ask the question one
23   more time?  I'm sorry.
24   BY MR. VAN HOVEN:
25       Q.  Sure.  The -- we discussed the motors that

HIGHLY CONFIDENTIAL

Page 15

1      interface with the input discs of the instruments;
2      correct?
3           A.   Correct.
4           Q.   And that those motors -- essentially there's
5      current applied to them.  And they also turn; right?
6           A.   Correct.
7           Q.   And that current can be used to drive torque;
8      right?
9           A.   Correct.
10          Q.   And the amount of turning can be used to
11     drive position?
12          A.   Correct.
13          Q.   And those are data points that are collected
14     during a procedure?
15          A.   That's correct.
16          Q.   And I'm wondering about the nature of those
17     data points that are collected.  Are they collected
18     every second or every hundred milliseconds or
19     something like that?
20               MS. CAHOY:  Objection to form.  Outside the
21     scope.
22               THE WITNESS:  I don't know the exact sampling
23     rate.
24     BY MR. VAN HOVEN:
25          Q.   But there is a sampling rate?

Page 16

1    A.   Correct.
2    Q.   And then samples are stored?
3    A.   The data is stored on the system locally, but
4    there's a certain buffer.  So if it's not downloaded,
5    then it will get overwritten.
6    Q.   And in your role as -- in the design
7    engineering and product engineering roles at
8    Intuitive, do people ever look at that sample data
9    from the motors for any purposes?
10   A.   Yes, we do.
11   Q.   What are some of those purposes?
12   A.   For failure analysis.  So if we have an
13   RMA -- we talked about RMAs earlier -- and we're
14   trying to determine how an instrument failed or were
15   trying to replicate the point of failure, we might
16   access the GSP logs to see what position or what
17   torques are being applied to our best guess as what we
18   believe to be the point of failure to try to
19   replicate.
20         We might also access DSP logs to understand
21   the history of an instrument for FA purposes as well.
22   Q.   What do you mean by "for FA purposes"?
23   A.   For failure analysis.  If we had -- if we had
24   an instrument that we were -- again, to try to
25   replicate the failure, not only to replicate the

Page 17

1    failure but to replicate the history of the instrument
2    to understand, you know, how many times it was used at
3    a certain torque level, how much it spent its time at
4    the extremes of its range of motion, if there are any
5    outliers, just to try to characterize the history of a
6    device.
7         Q.   Right.  Because all of that information is
8    useful for determining how a failure happened; right?
9              MS. CAHOY:  Objection to form.
10   BY MR. VAN HOVEN:
11        Q.   I'm sorry.  What was your answer?
12        A.   It helps paint the picture to help do root
13   cause analysis.  We try to understand as much as we
14   can.
15        Q.   Is that data -- that data is stored at the
16   system with the XI; is that right?
17        A.   So as I'm aware, it's stored locally on the
18   system and if it's not downloaded, it will get
19   overwritten because there's a certain memory buffer or
20   memory threshold that it can store.
21        Q.   Do you have an understanding about how long
22   that period is at which it will get overwritten?
23             MS. CAHOY:  Objection to form.
24             THE WITNESS:  I don't know exactly.
25   BY MR. VAN HOVEN:

Page 18

1   Q.  Are there DSP logs with SI systems and
2   instruments?
3           MS. CAHOY:  Objection to form.  Outside the
4   scope.
5           THE WITNESS:  I don't know offhand.
6   BY MR. VAN HOVEN:
7   Q.  Is the -- to your knowledge, is the torque --
8   sorry.  Let's go back to the SI for a moment.  Is a --
9   are current imposition of motors that interface with
10  SI instruments measured by the SI system?
11  A.  The amount of torque and the displacement
12  values are controlled by the system.  So that
13  information is available, yes.
14  Q.  I understand it's controlled by the system.
15  Is it also stored?
16          MS. CAHOY:  Objection to form.  Outside the
17  scope.
18          THE WITNESS:  Again, there's a buffer.  So
19  similar to what I understand on XI is that it is
20  stored locally and if it's not downloaded or saved,
21  then it would be overwritten and it would be lost.  So
22  it's available but if not stored off the system, or it
23  will be erased.
24  BY MR. VAN HOVEN:
25  Q.  Is the torque imposition data that's stored

HIGHLY CONFIDENTIAL

Page 19

1	with the XI system used to control the end-of-life
2	indicator in any manner?
3			MS. CAHOY:  Objection to form.
4			THE WITNESS:  Not that I'm aware.
5	BY MR. VAN HOVEN:
6		Q.  Is the torque imposition data that's stored
7	within an SI system used to control the counter of
8	those instruments in any manner?
9			MS. CAHOY:  Objection to form.
10			THE WITNESS:  Not that I'm aware.
11	BY MR. VAN HOVEN:
12		Q.  I'm going to move to slide 24, and I believe
13	I'm also displaying it.
14			Let me know when you're ready to discuss that
15	slide.
16			(The witness reviewed the document.)
17			THE WITNESS:  Yes, I see it.  RFID and
18	Dallas.
19	BY MR. VAN HOVEN:
20		Q.  Is it your understanding that Dallas is a
21	chip that was used in SI instruments?
22		A.  Yes.
23		Q.  That's the chip that included the use counter
24	within SI instruments?
25		A.  Can you restate the question?