1            UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4                          ---o0o---
5   IN RE: DA VINCI SURGICAL           Lead Case No.
    ROBOT ANTITRUST LITIGATION,        3:21-cv-03825-VC
6                                 /
7   SURGICAL INSTRUMENT SERVICE
    COMPANY, INC.,
8
           Plaintiff,
9   vs.                                No. 3:31-cv-03496-VC
10  INTUITIVE SURGICAL, INC.,
11         Defendant.
    _____/
12
13
14
15      (HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY)
16          VIDEOTAPED VIRTUAL VIDEOCONFERENCE
17      DEPOSITION OF SHARATHCHANDRA "SHARK" SOMAYAJI
18                  November 4, 2022
19
20
21
22
23  Reported by:  Kimberly L. Avery, CSR No. 5074
24  Job No. 5563382
25  Pages:  1 - 150

```
 1                    I N D E X
 2                                                 PAGE
 3   EXAMINATION BY MR. VAN HOVEN                  8
 4   EXAMINATION BY MR. GLUBIAK                    141
 5
 6
 7
 8
 9
10                   E X H I B I T S
11   PLAINTIFF'S                                   PAGE
12   Exhibit 201   LinkedIn profile for            13
                   Sharathchandra Somayaji
13
     Exhibit 203   E-mail chain ending with        41
14                 e-mail dated August 2,
                   2017 from Don Brandt to
15                 Mike Prindiville, et al.
                   Intuitive-00602553 - 556
16
     Exhibit 205   E-mail dated August 28,         45
17                 2017 from Shark Somayaji
                   to Jennifer Peterson
18                 Intuitive-00602580
19   Exhibit 206   Document entitled "In Re:       50
                   da Vinci Surgical Robot
20                 Antitrust Litigation,
                   Electronic File Exhibit
21                 Placeholder"
22   Exhibit 207   E-mail chain ending with        51
                   e-mail dated January 29,
23                 2018 from Shark Somayaji
                   to Karpaga Sundari, et al.
24                 Intuitive-00602758 - 2759
25
```

Page 23

```
 1         Q.   And as a director of NPI engineering, what
 2    was your role with respect to Xi instruments?
 3         A.   My role as a director was to manage and
 4    maintain Xi 8 millimeter instrument lines and look
 5    at the sales or the output that is needed from our    11:53
 6    production team, and if duplicate lines were
 7    needed, we would be duplicating lines.
 8         Q.   To handle extra demand, additional demand
 9    for instruments?
10         A.   That is correct.                            11:54
11         Q.   And most of those lines were similar to
12    lines that you had possibly designed at the time
13    you worked as an NPI manager previously?
14         A.   That is correct.
15         Q.   And in April 2021, you became a senior      11:54
16    director of manufacturing engineering?
17         A.   That is correct.
18         Q.   How does that role compare to your
19    previous role as director of NPI engineering?
20         A.   Let me explain the role.                    11:54
21              As the senior director of manufacturing
22    engineering, I am in charge or responsible for our
23    entire instruments and accessories manufacturing
24    engineering aspects for our Xi and Si portfolio.
25         Q.   Who do you report to as a senior director   11:55
```

Page 58

1    number of procedures this Xi instrument can work
2    on.
3        Q.  And that's something that is programmed
4    into a memory location of the RFID tag?
5        A.  That is correct.                               12:56
6        Q.  Do you know if that is read only memory?
7        A.  That -- I do not know -- let me clarify.
8            No, it's not read only memory.
9        Q.  What kind of memory is it?
10       A.  One-time programable memory.                   12:57
11       Q.  What is one-time programmable memory?
12       A.  You can program it only once.
13       Q.  And you can't change it?
14           MS. CAHOY:  Objection to form.
15           THE WITNESS:  So one-time programmable         12:57
16   memory, the way it works is it's a one-directional
17   stream.  I can decrement, but I cannot increase.
18   BY MR. VAN HOVEN:
19       Q.  Got it.
20           So you can't change it, but you can only       12:57
21   decrement a number?
22       A.  That is correct.
23       Q.  I'd like to go to the next slide, which is
24   slide 5.
25       A.  Josh, you did go through slide 3, but          12:57

Page 110

1    different encryption used on the Si Dallas chip
2    versus the Xi RFID chip?
3         A.   That is correct.
4         Q.   Is that the reason why at this time you
5    believe that Xi is impossible?                          14:27
6         A.   That is correct.
7         Q.   Talk for a second about the data that's
8    stored on the Xi RFID chip.
9         A.   Uh-huh.
10        Q.   You talked a little bit about calibration    14:28
11   values.
12        A.   That's correct.
13        Q.   Remember that?
14        A.   Yup, I did.
15        Q.   And those are values that are passed from    14:28
16   the chip when it's energized by the robot?
17        A.   Yes.
18        Q.   What would happen if those calibration
19   values were zeroed out?
20        A.   If those calibration values were zeroed      14:29
21   out, the robot would not know where the zero
22   position of the instruments are, like for the
23   tips, and you would have imprecise motion.
24        Q.   Are you aware of anyone ever attempting to
25   change calibration values of an Xi instrument?         14:29

Page 111

1          A.   I am not aware of that.
2          Q.   Something you've never heard of?
3          A.   I have never heard of that outside of
4     Intuitive, no.
5          Q.   That wouldn't make any sense to do, would          14:29
6     it?
7          A.   Changing the calibration to the offsets of
8     an instrument would be -- wouldn't make sense.
9          Q.   Why not?
10         A.   The reason for that is, calibration is            14:29
11    done through calibration algorithm.  So you have
12    to understand the zero positions of these
13    instruments and how it corresponds to equivalent
14    values on the robot.
15              So it is -- it takes several steps to get         14:30
16    that right.
17         Q.   But changing that is just something no one
18    would want to do, right?
19              MS. CAHOY:  Objection to form.
20              THE WITNESS:  I would want to know why            14:30
21    anyone would want to tamper with the calibration
22    of an instrument.
23    BY MR. VAN HOVEN:
24         Q.   Because you'd want those values to be used
25    by the robot to operate the instrument, right?          14:30

Page 123

```
 1        A.   Yes.
 2        Q.   Do you have an understanding of what it
 3   would be referring to to be hacking the chip you
 4   use?
 5        A.   Yes.                                          14:48
 6        Q.   What's your understanding?
 7        A.   My understanding would be trying to break
 8   into the RFID chip and the encryption.
 9             End of the day, these are all encryptions.
10             So encryptions have a computer limit,        14:48
11   right?  Like, there is processing power that's
12   needed, and you have to try combinations.  And I
13   am thinking they are saying there's an opportunity
14   to hack into our RFID chip.  Doesn't mean it's
15   done, but that's true for all cryptography, right? 14:48
16             Like, any encryption can be end of the day
17   broken.
18        Q.   It's just a matter of computing power and
19   effort, right?
20             MS. CAHOY:  Objection to form.               14:49
21             THE WITNESS:  I would think so.  Again,
22   not the subject matter that I'm aware of.
23             You should talk to Onur.
24   BY MR. VAN HOVEN:
25        Q.   But that's your understanding, that it's a  14:49
```

1    3:02 p.m.  We are going off the video record.
2              This concludes Media Unit No. 3.
3           (Break taken.)
4              THE VIDEOGRAPHER:  The time is now
5    3:15 p.m.  We're going back on the video record.    15:15
6              This will begin Media Unit No. 4.
7    BY MR. VAN HOVEN:
8       Q.  I'd like to ask a few more questions about
9    ▰▰▰▰▰▰▰▰▰▰
10            ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰    15:15
11   ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰
12         ▰▰▰▰▰▰▰▰
13         ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰
14   ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰
15   ▰▰    15:15
16         ▰▰▰▰▰▰▰▰
17         ▰▰▰▰▰▰▰▰▰▰▰▰▰▰
18   ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰
19         ▰▰▰▰▰▰▰▰
20         ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰    15:16
21   ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰
22   ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰
23         ▰▰▰▰
24         ▰▰▰▰▰▰▰▰
25         ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰    15:16



1  ██████████████████
2  ██████████████████
3  ████████████████████████████
4  ████████████████████████████
5  ██████████                                              15:18
6     A.   That is correct.
7     Q.   Have you heard of that PCB referred to as
8  a PIC?
9     A.   So the PIC or PCA?  Like, PCBs and PCAs
10 are interchangeably used.  So PCA is printer            15:18
11 circuit assembly; that's probably what you have
12 heard.
13         THE REPORTER:  I'm sorry, that's what?
14         THE WITNESS:  Printer circuit assembly,
15 PCA, is word probably he has heard.                     15:18
16         PIC is a chip that gets -- a particular
17 company that makes chips, which is Microchip.
18         MR. VAN HOVEN:  Got it.
19         So I'm going to bring up as Exhibit 227
20 Tab 34.                                                 15:19
21         (Plaintiff's Exhibit No. 227 Marked for
22          Identification.)
23 BY MR. VAN HOVEN:
24    Q.   I'll represent that this has the Bates
25 number Intuitive-01004230 --                            15:19

1      A.   Uh-huh.
2      Q.   -- in the first page.
3      A.   Is this an e-mail from Cliff Bargar?
4      Q.   Yes.  Correct.
5      A.   Thank you.                                      15:19
6      Q.   Please take a look, and let me know when
7  you are ready to discuss this e-mail.
8      A.   I am ready, Josh.
9      Q.   And does this e-mail -- this is an e-mail
10 chain from Cliff Bargar to yourself and Harsukh    15:21
11 Ratia, on May 28, 2020; is that right?
12     A.   That is correct.
13 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
14 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
15 ▆▆▆▆▆▆▆▆                                          15:22
16 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
17     Q.   And in the e-mail from -- from Cliff to
18 you and Harsukh, what do you understand Cliff to
19 be presenting to you here?
20 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆       15:22
21 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
22 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
23 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
24 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
25 ▆▆▆                                                15:23

```
 1  [redacted]
 2  [redacted]
 3  [redacted]
 4  [redacted]
 5  [redacted]                                         15:24
 6  [redacted]
 7  [redacted]
 8  [redacted]
 9  [redacted]
10  [redacted]                                         15:24
11  [redacted]
12  [redacted]
13  [redacted]
14  [redacted]
15  [redacted]                                         15:25
16  [redacted]
17  [redacted]
18  [redacted]
19  [redacted]
20  [redacted]                                         15:25
21  [redacted]
22  [redacted]
23  [redacted]
24  [redacted]
25  [redacted]                                         15:25
```

1   ████████████████████████████████████
2   ████████████████████████████████
3   ██████████
4   ██████████████████████████████████
5   ████████████████████████████████████        15:26
6        A.   That is correct.
7        Q.   And you'll note that there's some
8   attachments to this document?
9        A.   It is --
10       Q.   I'm just talking -- I'm just talking about  15:26
11  in the -- in the e-mail itself, it references
12  attachments?
13       A.   That is correct.  Correct.
14       Q.   And so I'm going to pull up as exhibit --
15  before I do that, you'll note that the first        15:26
16  attachment is called ███████████████████
17  ████████████████████████ in the -- in the
18  e-mail itself.
19       A.   Hold on.
20            MS. CAHOY:  Counsel, are you referring to   15:27
21  the "Attachments" line under "Subject"?
22            MR. VAN HOVEN:  Yeah, the "Attachments"
23  line under "Subject."
24            Thank you, Kate.
25            THE WITNESS:  Got it.                      15:27