Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  MIDDLE DISTRICT OF FLORIDA

 3                        TAMPA DIVISION

 4

 5   REBOTIX REPAIR, LLC

 6           Plaintiff,

 7   vs.                            Case No. 8:20-CV-02274

 8   INTUITIVE SURGICAL, INC.,

 9           Defendant.

10   ------------------------------/

11

12

13                     REMOTELY CONDUCTED

14       VIDEOTAPED DEPOSITION OF ANTHONY McGROGAN

15         Sunnyvale, California (Witness's location)

16                   Monday, June 7, 2021

17

18

19

20

21   Stenographically reported by:
     LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
22   California CSR No. 10523
     Washington CSR No. 3318
23   Oregon CSR No. 19-0458
     Texas CSR No. 11318
24

25   Job No. 194226
```

Page 2

1              June 7, 2021

2             9:06 a.m. PDT

3

4     Remotely conducted videotaped deposition

5     of ANTHONY McGROGAN, before Lorrie L.

6     Marchant, a Certified Shorthand Reporter,

7     Registered Merit Reporter, Certified

8     Realtime Reporter, California Certified

9     Realtime Reporter, Certified Realtime

10    Captioner.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              A P P E A R A N C E S
 2         (All appearances remotely via Zoom)
 3
 4   APPEARING ON BEHALF OF THE PLAINTIFF:
 5            DOVEL & LUNER
 6            BY:  ALEXANDER ERWIG, ESQ.
 7            201 Santa Monica Boulevard
 8            Santa Monica, CA 90401
 9
10   APPEARING ON BEHALF OF THE DEFENDANT:
11            SKADDEN, ARPS, SLATE, MEAGHER & FLOM
12            BY:  MICHAEL FOLGER, ESQ.
13                 ALLEN RUBY, ESQ.
14            One Manhattan West
15            New York, NY 10001
16
17   ALSO PRESENT:
18            Danielle Greene, Videographer
19
20                    ---oOo---
21
22
23
24
25
```

```
 1       Q.   Well, do you have a sense of the high end?
 2       A.   You know, I don't know the -- the bounds.
 3  In general, it's -- if it goes in to follow, it's
 4  very likely to decrement a use even for a short
 5  period of time.  But I don't know if that's
 6  15 seconds or 5 minutes.
 7       Q.   Well, so you have a general sense of the
 8  fact that surgeries can take varying periods of
 9  time; right?
10       A.   Sure.
11       Q.   Might have a very short surgery where
12  EndoWrists are used for a few seconds or a few
13  minutes; right?
14       A.   Yes.
15       Q.   You might have other longer surgeries where
16  EndoWrists are used for an hour or two hours; right?
17       A.   Yes.
18       Q.   And in each of those instances, after the
19  surgery is complete, the EndoWrist would decrement a
20  life from the life counter; right?
21       A.   Yes.  At a high level, that's true.  Again,
22  I don't know the details of the algorithm.  But at a
23  high level, yes.
24       Q.   Now, let's assume that there is one
25  instrument that's used ten times for about an hour
```

Page 25

```
 1    per surgery.
 2             Okay?  Are you with me?
 3        A.   Yep.
 4        Q.   That instrument, according to Intuitive, is
 5    safe to be used for ten uses; right?
 6        A.   Yes.
 7        Q.   After those ten uses are up, Intuitive
 8    would tell the hospital you need to throw this
 9    instrument away; right?
10        A.   Right.
11        Q.   Now, let's take another instrument, same
12    instrument.  Let's use a cold grasper.  It's used
13    for one minute during surgery at different times.
14        A.   M-hm.
15        Q.   Was that a "yes"?
16        A.   Yes.
17        Q.   Intuitive would also tell the hospital to
18    throw that instrument away after ten uses; right?
19        A.   Yes.
20        Q.   So the first instrument would have been
21    used actually in surgery for ten hours; right?
22        A.   M-hm.
23        Q.   "Yes"?
24        A.   The total surgical time is, I believe,
25    ten -- yes, ten hours.
```

1    Q.   The second instrument would have been used
2    in surgery for ten minutes; right?
3    A.   Yes.
4    Q.   Intuitive would tell hospitals that each
5    one of those instruments needs to be thrown away;
6    right?
7    A.   That's true.
8    Q.   Now, the instrument that's been used in
9    surgery for ten minutes, that instrument could
10   safely be used for surgery much longer than that;
11   right?
12   A.   Well, it depends on what it did over those
13   ten minutes.
14         Just like the instrument that was used for
15   an hour, if you put an instrument in for an hour and
16   you just grab some tissue and retract and you just
17   leave it retracting, say, the liver for 50 minutes,
18   it's just gripped once.
19         But that instrument that was put in for one
20   minute could have done some detailed anastomosis
21   through some really tough tissue and grabbed a bunch
22   of needles.
23         And so it's difficult, just using the
24   metric of time, to determine how much wear you put
25   on the instrument.

Page 32

1  time durations that you said -- say, one minute --
2  and been reprocessed 14 times, are you trying to say
3  that it -- it has a lot of margin left on it
4  relative to other instruments?
5         And I'm just saying that that's difficult
6  to say.  It's difficult for me to say, yes, it has a
7  lot left in it.
8         BY MR. ERWIG:
9     Q.  Well, one way that Intuitive could measure
10 the life left in an instrument would be to measure
11 the instrument based on the time that it's been used
12 in surgery; right?
13    A.  I think we talked that time is not a good
14 metric for measuring wear and tear.
15    Q.  Well, the time takes into account how --
16 how long an instrument has been used in a given
17 procedure; right?
18    A.  That's all it takes into account.
19    Q.  Another thing that you might want to take
20 into account would be the complexity of what the
21 instrument is being used for right?
22    A.  That's right.
23        MR. RUBY:  Object to the form of the
24 question.  But it's been answered.
25 ///

```
 1              BY MR. ERWIG:
 2       Q.   I'm sorry.  I didn't get your answer.
 3       A.   I said yes.
 4       Q.   Now, a decrementing of the life on a use
 5   counter, that doesn't take into account either the
 6   time that the instrument has been used in surgery or
 7   the complexity of what the instrument did during the
 8   surgery; right?
 9       A.   That's right, as far as I know.
10            Again, I don't know the details of the
11   algorithm.  But, generally speaking, if you use it
12   in surgery, it's going to get decremented.
13       Q.   That's the same whether it's been used for
14   ten simple short procedures or ten --
15       A.   Yes --
16       Q.   -- complex, long procedures; right?
17       A.   Yes, yes.
18            (Reporter clarification.)
19            BY MR. ERWIG:
20       Q.   Now, Mr. McGrogan, do you expect that
21   hospitals are concerned about patient safety?
22       A.   Yes.
23       Q.   Do you expect that hospitals inspect
24   instruments that are going to be used on patients
25   both before and after surgery; right?
```

1    Q.   It's not the case that the instruments are
2  first tested to determine their maximum number of
3  lives; right?
4    A.   Well, we do informal testing all the time.
5    Q.   But when a new instrument is being
6  developed for a customer, marketing is setting the
7  target for that instrument before there's any
8  testing that's conducted; right?
9         MR. RUBY:  Object to the form of the
10  question, particularly when a new product is being
11  developed for a customer.
12        I'll object to the form of the question,
13  but the witness may answer.
14        THE WITNESS:  Marketing sets a goal for
15  reposable instruments.
16        BY MR. ERWIG:
17    Q.   Then engineering designs and tests an
18  instrument to try to achieve that goal; right?
19    A.   That's right.
20    Q.   It's not that case that every instrument,
21  for example, that's developed by engineering is
22  tested to failure to see what the absolute maximum
23  number of uses for it is; right?
24        MR. RUBY:  Object to form of the question.
25        You may answer.

Page 65

```
 1                 It's been asked many times -- several times
 2     before and answered, but you may answer again.
 3                 THE WITNESS:  There's all sorts of informal
 4     testing that's done to establish the final number of
 5     uses that we label an instrument with.
 6                 MR. ERWIG:  I'm going to take this exhibit
 7     down.
 8                 BY MR. ERWIG:
 9         Q.   Now, the informal testing is performed
10     after the initial target use number has been set by
11     marketing for a particular instrument; right?
12         A.   It could be before; it could be after.
13         Q.   Well, when you -- for -- for example, life
14     testing, life testing is performed after the initial
15     target --
16                 THE STENOGRAPHER:  Counsel there was some
17     interference.  Can you repeat question, please.
18                 BY MR. ERWIG:
19         Q.   Now, for formal life testing, formal life
20     testing is performed after there's been a particular
21     target set by marketing; right?
22         A.   Typically, yes, formal life testing.
23         Q.   That's ultimately what's used when
24     Intuitive sets the life counter; right?
25         A.   Yes.
```