```
 1              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
    _____
 4                                )
    IN RE:  DA VINCI SURGICAL     )
 5  ROBOT ANTITRUST LITIGATION    )
    _____)
 6                                )
    THIS DOCUMENT RELATES TO:     )  Lead Case No. 3:21-cv-03825-VC
 7  ALL CASES                     )
    _____)
 8  SURGICAL INSTRUMENT SERVICE   )
    COMPANY, INC.,                )
 9                                )
              Plaintiff,          )
10                                )
        vs.                       )
11                                )  Case No. 3:21-cv-03496-VC
    INTUITIVE SURGICAL, INC.,     )
12                                )
              Defendant.          )
13  _____)
14
15         REMOTE VIDEOTAPED DEPOSITION OF
16              T. KIM PARNELL, Ph.D.
17              Friday, March 10, 2023
18                    Volume I
19
20
21
22  Reported by:
    NADIA NEWHART
23  CSR No. 8714
24  Job No. 5783314
25  PAGES 1 - 251
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                    SAN FRANCISCO DIVISION
 3

     _____
 4                                  )
     IN RE:  DA VINCI SURGICAL      )
 5   ROBOT ANTITRUST LITIGATION     )
     _____)
 6                                  )
     THIS DOCUMENT RELATES TO:      )  Lead Case No. 3:21-cv-03825-VC
 7   ALL CASES                      )
     _____)
 8   SURGICAL INSTRUMENT SERVICE    )
     COMPANY, INC.,                 )
 9                                  )
                Plaintiff,          )
10                                  )
        vs.                         )
11                                  )  Case No. 3:21-cv-03496-VC
     INTUITIVE SURGICAL, INC.,      )
12                                  )
                Defendant.          )
13   _____)
14
15
16        Remote videotaped deposition of
17   T. KIM PARNELL, Ph.D., Volume I, taken on behalf of
18   Defendant Intuitive Surgical, Inc., with all
19   participants appearing remotely via videoconference
20   and the witness testifying from San Jose,
21   California, beginning at 9:16 a.m. and ending at
22   4:57 p.m. on Friday, March 10, 2023, before
23   NADIA NEWHART, Certified Shorthand Reporter No. 8714.
24
25
```

Veritext Legal Solutions
866 299-5127

```
 1     REMOTE APPEARANCES:
 2
 3     For the Class Hospital Plaintiffs and the Witness:
 4          BONI, ZACK & SNYDER, LLC
 5          BY:  JOSHUA D. SNYDER, ESQ.
 6          BY:  JOHN E. SINDONI, ESQ.
 7          15 St. Asaphs Road
 8          Bala Cynwyd, Pennsylvania 19004
 9          610-822-0203
10          jsnyder@bonizack.com
11          jsindoni@bonizack.com
12
13     For Surgical Instruments Service Company, Inc. and
14     the Witness:
15          McCAULLEY LAW GROUP
16          BY:  JOSH VAN HOVEN, ESQ.
17          180 North Wabash Avenue, Suite 601
18          Chicago, Illinois 60601
19          josh@mccaulleylawgroup.com
20
21
22
23
24
25
```

```
 1    REMOTE APPEARANCES (Continued):
 2
 3    For Defendant Intuitive Surgical, Inc.:
 4         COVINGTON & BURLING, LLP
 5         BY:  ISAAC D. CHAPUT, ESQ.
 6         415 Mission Street, Suite 5400
 7         San Francisco, California 94105-2533
 8         415-591-7020
 9         ichaput@cov.com
10            - and -
11         COVINGTON & BURLING, LLP
12         BY:  AUSTIN S. MARTIN, ESQ.
13         850 Tenth Street, NW
14         Washington, D.C. 20001-4956
15         202-662-5094
16         amartin@cov.com
17
18    Also Present:
19         SCOTT SLATER, Videographer
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | Q   No.  If you don't know, that's fine. | |
| 2 | A   I -- I cannot define it for you right now. | |
| 3 | I'm not a medical doctor.  I am merely a Ph.D. | |
| 4 | mechanical engineer with medical device training. | |
| 5 | So I'm sorry.  I don't know all of those things. | 01:55:11 |
| 6 | Q   There's a section in your report in the | |
| 7 | hospital case that starts on page 95.  The heading | |
| 8 | is "Inadequacies of the EndoWrist Use Counter." | |
| 9 | A   Oh, yeah.  95? | |
| 10 | Q   Page 95, yes. | 01:55:31 |
| 11 | A   Okay. | |
| 12 | Q   Your opinion in this section is that the use | |
| 13 | counter on Intuitive's EndoWrist is inadequate for | |
| 14 | accurately tracking wear and tear; is that correct? | |
| 15 | A   Yes. | 01:55:46 |
| 16 | Q   And you say that Intuitive already tracks | |
| 17 | information that would allow it to measure wear and | |
| 18 | tear based on the length of time an individual | |
| 19 | EndoWrist is used in surgery? | |
| 20 | A   Well, to at least measure those parameters | 01:56:02 |
| 21 | like time.  For example, in -- yeah, in the logs | |
| 22 | that are collected and then also the My Intuitive | |
| 23 | app, it shows time associated with a device in | |
| 24 | different operations.  So it's pretty clear that | |
| 25 | they'll make that available or even have it | 01:56:19 |

1       available and have had for years.
2       Q    And your opinions on the My Intuitive app,
3       those don't appear anywhere in your report, correct?
4       A    I explained that I only found that after my
5       last report was submitted, so, no, they don't.                01:56:37
6       Q    Okay.
7       A    I could add something in a supplement, I
8       suppose, if you would like that, but they don't
9       appear in my report.
10      Q    You say that Intuitive already tracks                    01:56:47
11      information that would allow it to measure wear and
12      tear based on the complexity of the tasks, the
13      instrument performed?
14           I'm looking at paragraph 222, if that's
15      helpful.                                                      01:57:01
16      A    222?  Well, if I may, let me just read that
17      paragraph so it's clear exactly what I said here,
18      and then we can talk.  Paragraph 222, page 99 (as
19      read):
20           "A system designed to accurately                         01:57:21
21           track the actual wear that an
22           EndoWrist experiences in surgery
23           would consider, at a minimum, both
24           the length of time the instrument
25           has been used and the complexity of                      01:57:33

Page 146

```
 1    to the Da Vinci and going in to follow mode.  It
 2    doesn't even involve -- it might not even be -- do
 3    any surgical operation.  I mean, typically, it
 4    would, but it might not do an operation even, and
 5    that would be a use of life.                              02:01:41
 6        Q   And so you're saying that tracking time and
 7    complexity would be better than just tracking uses,
 8    right?
 9        A   Well, I'm saying that, but I think also
10    Intuitive surgical people like Duque in this              02:01:55
11    reference cited, and then back here, McGrogan, I
12    think they also agreed in deposition that that would
13    be true.
14        Q   And, sir, I'm not asking you to interpret
15    their testimony.  I'm just asking for your opinion.       02:02:10
16        A   Well, I'm just merely citing their testimony
17    as further support for my opinion.  I'm giving you
18    my opinion, but I'm telling you that it's not just
19    something I'm pulling out of the air.  I am, in
20    fact -- I am using Intuitive personnel testimony to       02:02:28
21    help to support my opinion.
22        Q   Now, you agree that implementing the changes
23    you suggest would require redesigning Intuitive's
24    EndoWrist, correct?
25        A   Well, the ones that we're talking about here     02:02:44
```

Page 150

| | | |
|---|---|---|
| 1 | don't require any change.  Those are all -- those | |
| 2 | are all things that are apparently available, that | |
| 3 | My Intuitive app tracks time, and apparently these | |
| 4 | logs that are current, that would also include time. | |
| 5 |     If they track current versus time, then they | 02:02:59 |
| 6 | certainly have time, but they have more than time. | |
| 7 | They have these things for each degree of freedom, | |
| 8 | so -- | |
| 9 |    Q   But -- | |
| 10 |    A   -- not, I don't think it requires any | 02:03:09 |
| 11 | redesign of the EndoWrist.  It requires | |
| 12 | intelligently making use of data that they already | |
| 13 | have with their Xi's, and it appears with their Si's | |
| 14 | too, because I think the My Intuitive app said it | |
| 15 | applies to both. | 02:03:30 |
| 16 |    Q   So at a minimum, Intuitive would have to | |
| 17 | write new software and develop a use counter that | |
| 18 | would expire the EndoWrists based on these factors | |
| 19 | that you're talking about, correct? | |
| 20 |     MR. SNYDER:  Objection. | 02:03:41 |
| 21 |     THE WITNESS:  You know, sir, I don't know on | |
| 22 | that, because I haven't been asked to redesign an | |
| 23 | EndoWrist or to interpret what they would need.  I | |
| 24 | could certainly talk about things that I would | |
| 25 | consider and the things that I think should be | 02:03:52 |


1  considered.
2           But as you pointed out, there's a lot of --
3  there's a lot of issues that have to be considered
4  in any kind of redesign.  It does appear to me,
5  sitting here today -- with what I know, it appears      02:04:05
6  to me that the information is available that would
7  allow them to do these things right now without any
8  modification.
9           Now, what would they do with it?  How would
10 they change their use counter?  I would agree --        02:04:20
11 here's one thing I would agree.  I don't think you
12 want a device to expire during a procedure.  So
13 you'd have to do it where any information that comes
14 from this comes at the end of a procedure, not
15 during a procedure.  I would agree with that.  But,     02:04:34
16 again, those are things that can all be done and not
17 done with a lot of complexity either.
18 BY MR. CHAPUT:
19     Q   So you say they can be done, but you aren't
20 offering any opinion on how they would be done; is      02:04:49
21 that correct?
22     A   If you ask me to, I can --
23     Q   I'm asking about your report, sir.  In your
24 report, you are not --
25     A   Well, sir, my report -- we've talked about      02:05:00

Page 152