HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3    SURGICAL INSTRUMENT          )

4    SERVICE COMPANY, INC.        ) Civil Action No.:

5    Plaintiff/Counter-Defendant ) 3:21-cv-03496-VC

6             Vs.                 )

7    INTUITIVE SURGICAL, INC.,    )

8    Defendant/Counterclaimant    )

9                  --------------------

10

11        HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

12

13            Deposition of PAUL D. MARTIN, Ph.D., was

14   taken via videotape and Zoom on Thursday, March 16,

15   2023, commencing at 10:32 a.m., at 12102 Ashcroft

16   Terrace, Monrovia, Maryland, before MICHELE D.

17   LAMBIE, Notary Public.

18                  --------------------

19

20   Reported By:

21            Michele D. Lambie, CSR-RPR

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   APPEARANCES:

 2       ON BEHALF OF THE PLAINTIFF/COUNTER-DEFENDANT:

 3      McCaulley Law Group.

 4          JOSHUA VAN HOVEN, ESQUIRE.

 5          josh@mccaulleylawgroup.com.

 6          3001 Bishop Drive.

 7          Suite 300.

 8          San Ramon, California  94583.

 9          (925) 302-5941

10

11

12       ON BEHALF OF THE DEFENDANT/COUNTERCLAIMANT:

13      Covington & Burling LLP.

14          KATHRYN ELIZABETH CAHOY, ESQUIRE.

15          kcahoy@cov.com.

16          3000 El Camino Real.

17          5 Palo Alto Square.

18          Palo Alto, California  94306.

19          (650) 632-4700

20

21
```

Page 2

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   APPEARANCES CONTINUED:

 2       ON BEHALF OF THE DEFENDANT/COUNTERCLAIMANT:

 3        Covington & Burling LLP.

 4            MIRIAM ARGHAVANI, ESQUIRE.

 5            marghavani@cov.com.

 6            415 Mission Street.

 7            Suite 5400.

 8            San Francisco, California  94105.

 9            (415) 591-7059

10

11

12   ALSO PRESENT:  Nolan Church - Videographer

13                 Paul Baker - Concierge

14

15

16

17

18

19

20

21
```

                                        Page 3

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1                    EXAMINATION INDEX

2

3    PAUL D. MARTIN, Ph.D.
          BY MR. VAN HOVEN                              6

4

5

6                     EXHIBITS INDEX
                 (Attached to Transcript.)

7

8                                                    MAR

     Exhibit 19 Expert Report of Paul D. Martin,    12
9              Ph.D.

10   Exhibit 20 Curriculum Vitae                     59

11   Exhibit 21 Expert Report by Kurt Humphrey      119

12   Exhibit 22 Atmel CryptoRF EEPROM Memory Full   141
               Specification Datasheet

13

     Exhibit 23 Atmel Summary Datasheet             149

14

15

16

17

18

19

20

21

                                              Page  4

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1   the datasheet up.  That's why I'm not super

2   comfortable without doing that.  It's always best

3   to do that.

4        Q.   We're -- we're waiting for the internet.

5   Just -- I don't think we need a -- a break though.

6   Just give me a second here as I get this specific

7   document up.

8             (Brief pause.)

9   BY MR. VAN HOVEN:

10       Q.   Okay.  Who is Atmel?

11       A.   What?  I'm sorry, I didn't hear you.

12       Q.   Sorry, yeah.  Who is Atmel?

13       A.   They're a company.

14       Q.   What type of company are they?

15       A.   They make chips, generally speaking.  At

16   least I know of the chips they make,

17   microcontrollers and other types of chips as well.

18       Q.   And the Dallas DS2505 chip, do you know

19   who makes that chip?

20       A.   So, I'd like to see the

21   data chip for that -- datasheet for that chip, too.

Page 146

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              I really prefer to see the datasheets

2    whenever we're talking about chips.  There's a lot

3    of room for blending things together otherwise.

4         Q.    Are there a number of suppliers of RFID

5    chips?

6         A.    Yes.

7         Q.    About how many do you think?

8         A.    I could not put an estimate on it.

9         Q.    More than five?

10        A.    Yeah, probably.

11        Q.    Quite a few?

12        A.    Yeah.  I mean, I don't know what you mean

13   by quite a few, but there's -- there are -- there

14   are -- I could think of several.

15        Q.    Are there a number of suppliers of wired

16   EEPROM chips?

17        A.    Yes.

18        Q.    More than five?

19        A.    Yes.

20        Q.    Again, quite a few?

21              MS. CAHOY:  Objection to form.

Page 147

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              THE WITNESS:  The same answer.  I'm not

2    sure what you mean by quite a few, but I would say

3    that I'm familiar with many.  Like, you know, more

4    than -- more than five certainly suppliers of

5    EEPROM chips I have seen in different examples in

6    my life.

7    BY MR. VAN HOVEN:

8         Q.   Are RFID chips commodity components?

9              MS. CAHOY:  Objection to form.

10             THE WITNESS:  It depends on your

11   definition of commodity.

12   BY MR. VAN HOVEN:

13        Q.   There are a lot of suppliers of

14   relatively interchangeable parts with a lot of

15   different specifications?

16             MS. CAHOY:  Objection to form.

17             THE WITNESS:  For certain types of RFID

18   chips, that is true.

19   BY MR. VAN HOVEN:

20        Q.   What about wired EEPROM chips, are those

21   commodity parts?

Page 148

1      A.   It's the same answer.  So, generally

2   speaking if you're just referring to a generic

3   EEPROM with no other special properties, sure, but,

4   you know, there might be specialized EEPROMS that

5   are -- that have special features, and then they

6   wouldn't be commodity parts.  So, it really

7   depends.

8           You'd have to provide a specific example,

9   but I could say there are many EEPROMS, and many of

10  them are compatible with one another.

11      Q.   I think that I may have beat the internet

12  and get this thing up.

13      A.   Yeah.

14          (Whereupon, Martin Deposition Exhibit No.

15  23, Atmel Summary Datasheet, Marked for

16  identification.)

17  BY MR. VAN HOVEN:

18      Q.   If you could take a look at we've marked

19  as Exhibit 23.

20      A.   I recognize this one, and I am -- yeah, I

21  recognize this one.

Page 149

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1          Q.   Okay.  Is -- based on this, do you have
2     an understanding as to whether the Atmel RFID chip
3     used in Xi EndoWrists is an active or passive tag?
4          A.   Yes.
5          Q.   What's your understanding?
6          A.   Wait.  This datasheet only has 11 pages.
7          Q.   That's the -- that's the number that you
8     provided me in your report for RFID.
9          A.   Okay.  This might be not --
10         Q.   You can go back to the other one that we
11    had, too, if you want.
12         A.   I'll just -- I'll just use the other one.
13    While you were talking, I flipped through it, and
14    it seems to have a lot of the things that I want to
15    refer to for this discussion.
16         Q.   Okay.  So, I'll get Exhibit 22 back up,
17    if I can figure out how to do that.
18         A.   Okay.  Okay.
19         Q.   Do you have an understanding of whether
20    the Atmel RFID tag used in the Xi EndoWrist is an
21    active or passive tag?
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          A.    I do.

2          Q.    What's your understanding?

3          A.    Sure.   Just give me a second to point to

4     where I want to here.

5                So, if you look under Description in

6     paragraph 2, it describes that the RF interface

7     powers the other circuits; no battery is required.

8                So, based on how we're using the term in

9     this case, which is a fairly common usage, it's a

10    passive tag.   Though, I do note that it's referred

11    to as having an active state, and that's where some

12    confusion can come in, but I would define this as a

13    passive tag.

14         Q.    And -- and so is it your understanding

15    that in the context of a -- of a -- well, okay.

16    Strike that.

17               An Xi robot, as you understand it, has a

18    reader that is able to interface with the RFID tag

19    in an Xi EndoWrist; is that right?

20         A.    That's my understanding.

21         Q.    And the reader is a device that lights up

Page 151

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1   the RFID tag via a wireless signal, is that how you

2   understand that to work?

3       A.   That's part of what it does.

4       Q.   Assuming that the RFID reader within the

5   robot arm is -- is providing that signal to light

6   up the tag and the tag is in proximity of the arm,

7   will the -- will the tag light up and respond?

8       A.   It should.

9       Q.   It wouldn't need to be attached to do

10  that, would it?

11      A.   The tag is attached to the arm.

12      Q.   I mean, the arm -- the -- the EndoWrist

13  wouldn't need to be attached to the arm for the tag

14  to respond, assuming the reader is sending a

15  signal?

16          MS. CAHOY:  Objection to form.

17          THE WITNESS:  Oh, I see.  The answer is

18  it probably wouldn't, but I could think of a few

19  configurations in which you could design -- design

20  a device where that wouldn't be true necessarily,

21  but it shouldn't.

Page 152

1    BY MR. VAN HOVEN:

2        Q.    But -- yeah, absent one of those special

3    kind of configurations, as long as you're within

4    the range of whether it's three inches or six

5    inches, it should light up and activate and

6    respond?

7        A.    With the caveat, I haven't tested this,

8    but it should.

9        Q.    Can we go to -- actually, let's go into

10   something else.  What's a -- have you ever heard

11   the term whitelist in the context of information

12   security?

13       A.    Yes.

14           THE WITNESS:  But just to pause.  If

15   we're going into something else, depending on how

16   something else, how long it is, it might be a good

17   time for lunch.

18           MR. VAN HOVEN:  Yeah, no.  Yeah,

19   you're -- you're getting late into your -- so,

20   yeah.  Why don't we take a little break or a longer

21   break.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    Mr. Shafer?

2         A.   No.

3         Q.   I'd like to talk a little bit about the

4    use counter on the Xi EndoWrist, okay?

5         A.   Did you say Xi?

6         Q.   Yes, Xi, the -- the more recent

7    generation.

8         A.   Okay.  Sure.

9         Q.   And do you understand that the use

10   counter value is stored on the Atmel CryptoRF chip

11   that we've been discussing within an Xi EndoWrist?

12        A.   Yes.

13        Q.   Do you know if that use counter value is

14   stored at a kind of particular region of memory

15   within the Atmel CryptoRF chip?

16        A.   It is stored within a particular region

17   of memory.

18        Q.   Do you have an understanding as to

19   whether that region of memory is read only?

20        A.   Give me one second, please.

21             (Whereupon, there was a pause for

Page 177

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1   document examination.)

2           THE WITNESS:  I'm still examining parts

3   of the report, so please just give me a little bit

4   more time.

5   BY MR. VAN HOVEN:

6       Q.    No problem.

7           (Whereupon, there was a pause for

8   document examination.)

9           THE WITNESS:  Okay.  Apologies still.

10  Because there's no search, it's taking me just a

11  little bit longer.

12          (Whereupon, there was a pause for

13  document examination.)

14          THE WITNESS:  Okay.  Now, can you please

15  ask your question again?

16  BY MR. VAN HOVEN:

17      Q.    Do you have an understanding as to

18  whether that region of memory that includes the use

19  counter value is read only?

20      A.    So, it depends what you mean by read

21  only, but at the very least, that region of memory

Page 178

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  hypothetical because there are external questions

2  that need to be resolved to answer it.

3  BY MR. VAN HOVEN:

4      Q.   You do understand that my question is

5  limited to the Atmel CryptoRF chip as implemented

6  in Xi EndoWrist, correct?

7      A.   I understand that much.

8      Q.   Is the CryptoRF chip programmable once

9  it's, I guess, out in the field in an Xi EndoWrist

10  to your knowledge?

11          MS. CAHOY:   Objection to form.

12          THE WITNESS:   It depends what you mean by

13  programmable.

14  BY MR. VAN HOVEN:

15      Q.   Sure.  Can values stored in memory of the

16  CryptoRF chip be changed in the field when

17  implemented in an Xi EndoWrist to your knowledge?

18      A.   Sure.  So, for instance, values can be

19  decremented.

20      Q.   Any other types of changes?  Can other

21  values be changed in an Atmel CryptoRF chip?

Page 182

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1      A.   I don't know.

2      Q.   Do you know if --

3      A.   But hold on.

4      Q.   Sure.

5      A.   In the context of the EndoWrist Xi, I

6   don't know.  In the context of a CryptoRF chip in a

7   vacuum, there are various things you can do to the

8   chip as -- as specified in the datasheet.

9      Q.   Including changing values that have

10   previously been programmed into the chip; is that

11   right?

12           MS. CAHOY:  Objection to form.

13           THE WITNESS:  Well, the chip has like a

14   whole bunch of different features.  It really

15   depends on how the chip has been -- like what the

16   actual design of your system is.

17   BY MR. VAN HOVEN:

18      Q.   But one possibility with the CryptoRF

19   chip is that you can change values that have

20   previously been written -- written on to the chip,

21   right?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          MS. CAHOY:   Objection to form.

2     BY MR. VAN HOVEN:

3          Q.   That's something that's possible?

4          A.   You would need to have a system set up to

5     allow for that.

6          Q.   Is the -- to your knowledge, is the use

7     counter value that's stored on a CryptoRF chip in

8     an Xi EndoWrist, is that value stored in -- in an

9     encrypted form?

10         A.   My understanding is that -- you said on

11    an EndoWrist X/Xi.  My understanding is that that

12    value along with some other values are encrypted on

13    that -- on those devices.

14         Q.   What type of encryption is used for that?

15              (Whereupon, there was a pause for

16    document examination.)

17              THE WITNESS:   I don't think that's

18    entirely clear from what I have seen.

19    BY MR. VAN HOVEN:

20         Q.   So, you don't know what type of

21    encryption is used for the use counter on the Xi

Page 184

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    EndoWrist; is that right?

2        A.    I think that's right.   The evidence that

3    I have seen has been conflicting on that front and

4    in one case incorrectly referenced SHA as a type of

5    encryption.

6        Q.    But you don't personally know what type

7    of encryption is used for the use counter on the Xi

8    EndoWrist, right?

9        A.    I don't believe I know all of the

10   specifics of the cryptography used to encrypt the

11   use counter and other information on the CryptoRF

12   chips.

13       Q.    What specifics do you know of the

14   cryptography -- cryptography used to encrypt the

15   use counter on the Xi EndoWrists?

16       A.    I know the information in the datasheet

17   about various things that are supported with

18   respect to cryptography on these chips.

19       Q.    But you don't know what Intuitive uses

20   within that datasheet?

21       A.    I don't know what they ultimately

Page 185

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    selected.

2         Q.   If you were tasked to attempt to

3    circumvent the encryption of the use counter on the

4    Xi EndoWrist, how would you go about that?

5              MS. CAHOY:  Objection to form.

6              THE WITNESS:  Oh, that's like a really

7    complicated question.  I don't think I

8    could -- that's an entire like work engagement.

9    That would take a lot of analysis just to figure

10   out how to even approach the problem.

11   BY MR. VAN HOVEN:

12        Q.   But let's just assume that you have

13   access to the Atmel CryptoRF chip that has a use

14   counter value on it that is encrypted, okay?

15        A.   Okay.

16        Q.   In that, you can either physically or

17   wirelessly communicate with the chip?

18        A.   Okay.

19        Q.   And that you have the datasheet that

20   tells you the types of encryption that's

21   implemented, --

Page 186

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1        A.    Um-hum.

2        Q.    -- right?  And you -- you have that

3    datasheet, right?

4        A.    Yes.

5        Q.    So, given that information based on your

6    15 to 20 years of information security experience,

7    as a general approach, how would you go about

8    trying to circumvent the encryption on the use

9    counter within an Atmel CryptoRF chip?

10       A.    So, I -- I just haven't done that

11   analysis.

12       Q.    I understand.  I'm -- but you're here to

13   testify as an expert in the area of information

14   security and I just want to understand the general

15   approach you would take.

16            MS. CAHOY:  Objection to form.

17            THE WITNESS:  Right.  So, the problem is

18   it's a specific problem for a specific chip, and I

19   would need to do a good amount of legwork to figure

20   out what that approach would be.  I haven't done

21   that legwork, so I don't know what my approach

Page 187

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    would be.

2    BY MR. VAN HOVEN:

3        Q.    What type of legwork is typically

4    involved in trying to attack that sort of problem?

5        A.    I would need to spend some time thinking

6    about it.

7        Q.    So, time is one piece of -- one part of

8    that legwork?

9        A.    I don't think time is what I would call

10   part of any legwork.  Time is just a resource that

11   you need to have to do anything.

12            In the absence of any time at all,

13   everything would stand still, right?  So, it's not

14   clear what that means.

15       Q.    I'm not talking about us getting close to

16   the speed of light or anything here, but I'm just

17   trying to understand, you said that there would be

18   legwork.  And I'm just trying to, what is -- what

19   is the kind of legwork that -- that you're

20   envisioning to attack the problem of circumventing

21   the encryption as we've described on the Atmel

Page 188

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    CryptoRF chip?

2         A.    Sure.   So, the -- the truth is

3    that's -- that's complicated, and I haven't really

4    thought about it.

5         Q.    But you'd have to think about it a little

6    bit, right?

7         A.    Yes, I would have to think about that.

8         Q.    You'd have to look at the datasheet?

9         A.    Certainly, looking at the datasheet would

10   be a part of any legwork.

11        Q.    You would have to --

12        A.    That would be true.

13        Q.    Excuse me.  You would have to perform

14   some sort of direct electrical or in -- indirect

15   communication channel probing of the chip probably?

16            MS. CAHOY:  Objection to form.

17            THE WITNESS:  At -- at some stage in the

18   process, you would need to connect to the chip, but

19   I haven't really thought about when or how that

20   would occur.  So, I don't have any more insight

21   into that.

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    BY MR. VAN HOVEN:

2         Q.   Do you think that the encryption employed

3    by the CryptoRF chip is particularly complicated

4    compared to the sort of encryption you typically

5    have worked with?

6         A.   I don't have an opinion on that.

7         Q.   You don't know one way or the other?

8         A.   I would need to investigate it more to

9    figure it out.

10        Q.   And you understand or do you have an

11   understanding that, that the use counter value at

12   some point is transmitted from the EndoWrist to the

13   robot?

14        A.   Yes.

15        Q.   Do you know if that value is transmitted

16   in that encrypted form or if it's decrypted before

17   it's transmitted?

18        A.   I understand the value to be encrypted

19   when it's transmitted.

20        Q.   What's the basis of that understanding?

21        A.   My understanding is from the datasheet

Page 190

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1   counting data areas of the RFID tag are one-time

2   programmable.

3            That means they can be -- not be modified

4   once written.  Though, of course, they could be

5   decremented, which is an important point.

6            And so it reads to me that Intuitive

7   documents state that the data is encrypted both at

8   rest and in motion.

9   BY MR. VAN HOVEN:

10      Q.   And your opinion in that regard is based

11  solely on those documents, right?

12           MS. CAHOY:  Objection to form.

13           THE WITNESS:  I can also see that the

14  datasheet supports those configurations.

15  BY MR. VAN HOVEN:

16      Q.   As far as the encryption while the -- and

17  here I'm talking specifically about the

18  communications between the Xi EndoWrist and the Xi

19  robot.

20           As far as the encryption while the data

21  is at motion -- in motion, what would be your

Page 196

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    approach to try -- if you were trying to circumvent

2    that encryption?

3         A.    Well, that's -- again, that's sort of the

4    same problem as trying to reverse engineer or break

5    the chip and -- as whole, right?

6              If I could circumvent that communication,

7    then I would know how -- if I knew how to do that,

8    I would know how to break the communication

9    protocol, so it's the same issue.  I don't -- I

10   haven't performed that analysis.  I don't know.

11        Q.    But -- but that is your -- your primary

12   area of expertise and study over the last 20 years,

13   right?

14        A.    Yes, I've done many of these.  They

15   always require a very thorough set of, you know,

16   thoughts and research and legwork before you can

17   really come up with an approach, and I haven't done

18   that.  I haven't done that part of what my normal

19   practice would be.

20        Q.    Yeah.  So, if you were to approach a

21   problem like this in your normal practice, what

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  sort of legwork would you need to perform?

2      A.   Right.  So, I would need to look at the

3  individual issues at play, and I would need to look

4  at the product and how it's designed.  Let me just

5  think about it and come up with an approach, and

6  that would kind of let me determine what legwork I

7  need to do to then -- so, I would need to think

8  about what I would need to know.  Then I would need

9  to think about from what I needed to know, I would

10  know that -- learn that information and figure out

11  from that what I would do to attack.

12          So, it's a multi-step process, and I

13  haven't performed even the first step yet is the

14  problem.

15      Q.   You just haven't examined that for the Xi

16  EndoWrist, right?

17      A.   That's right.  Yeah, I haven't performed

18  an analysis of what would be required to break the

19  device.

20          I reviewed Mr. Humphrey's analysis.  I

21  saw that wouldn't work, but I haven't performed an

Page 198

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1        Q.    And so in your role kind of as a manager

2    at Harbor Labs, are you involved in like providing

3    quotes or estimates to -- to customers who ask you

4    to do something like that?

5        A.    Sometimes.  I don't typically do the

6    medical quotes.

7        Q.    Okay.  When -- when you're involved

8    in -- in quoting one of these security-based

9    activities, what -- what type of process do you

10   undergo typically?

11       A.    So, when drafting a quote, you -- you

12   usually are going to get a sense of how many

13   components are in the system, the complexity, the

14   amount of code.  You're going to look at the

15   programming languages that are used, how old the

16   design is, possibly information about its

17   architecture.  You're going to get information

18   about design docs and manuals, but not just

19   external ones, internal ones, and especially

20   requirements documents and other internal

21   information.

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    You'll study that, which is already a

2    decent amount of work, and then you'll write a

3    quote.  Usually, you'll create an MSA and a SOW.

4    So, you'll write into your SOW at least

5    enough to recover that initial legwork plus the,

6    you know, amount to cover what you think the

7    product is.

8    To be honest, it's a pretty tricky

9    business providing an accurate quote.  It seems

10   that we tend to underquote quite a lot in -- in our

11   work.

12   Q.   Sometimes you -- you kind of use

13   more -- end up using more time and resources than

14   you originally quoted?

15   A.   Because it's so inexact, you don't know

16   how hard it is to perform a particular task until

17   you start working on it.  Things might not work in

18   exactly the way you anticipated, and that's why

19   legwork is so important.  The more legwork you do,

20   the more accurate your quote will be.

21   MR. VAN HOVEN:  Okay.  Dr. Martin, I

Page 206