| | |
|---|---|
| **From**: | Tabish Mustufa [/O=INTUSURG/OU=MAIN/CN=RECIPIENTS/CN=TABISHM] |
| **Sent**: | 5/25/2011 5:43:12 PM |
| **To**: | Ted Walker [Ted.Walker@intusurg.com]; Joe Orban [joe.orban@intusurg.com]; Tyler Morrissette [Tyler.Morrissette@intusurg.com] |
| **CC**: | Thomas Cooper [Tom.Cooper@intusurg.com]; Brandon Garbus; David Long; Marc Tognaccini [Marc.Tognaccini@intusurg.com] |
| **Subject**: | RE: RFID Meeting Action Items |

In my initial thoughts on this, there are two threats we're worried about:

1. Reprocessing: Take an expired instrument and restore its available lives
2. Counterfeiting: Take a non-ISI-designed instrument and put valid data on a tag so that it is accepted by our machine

We'd like to make both of these difficult with the security features on our tag. Reprocessing seems the more likely threat.


As an aside,

I believe the Dallas implementation uses a "write once" region in the tag to ensure that decremented lives stay decremented.

It seems to me that we want something to physically change in the tag (e.g., blowing a fuse) as we expire lives in the instrument. We do have something like that from Atmel. If we can't get it from Baylogh's tag suppliers, we would leave a pretty significant vulnerability.

-Tabish

_____
**From:** Ted Walker
**Sent:** Wednesday, May 25, 2011 3:33 PM
**To:** Joe Orban; Tyler Morrissette
**Cc:** Tabish Mustufa; Thomas Cooper; Brandon Garbus; David Long; Marc Tognaccini
**Subject:** RE: RFID Meeting Action Items

**PLAINTIFFS EXHIBIT 267**

Okay, Rod and Greg want me to be the software person from Orion looking into options for security.    I am not exactly an expert in this area, but I know what we do today and why.    Also, I just talked to Tabish, and he, Tom Cooper, Marc Tognaccinni and David Long are looking at their options in case Atmel does not work out for them.    So, it sounds like there are quite a few of us interested all in the same thing.

I realize you guys are mainly looking at cannula, and have different requirements.    Maybe we should talk on the phone tomorrow.

Ted.

_____

**From:** Rodney Vance
**Sent:** Wednesday, May 25, 2011 1:47 PM
**To:** Ted Walker
**Cc:** Gregory Toth; Boris Foelsch; Christopher Raymond; Brandon Garbus; Joe Orban; Tyler Morrissette
**Subject:** FW: RFID Meeting Action Items


Ted,

    Can you give Tyler a little guidance?

Thanks,

Rod.

_____

**From:** Joe Orban
**Sent:** Wednesday, May 25, 2011 12:56 PM
**To:** Rodney Vance
**Cc:** Tyler Morrissette
**Subject:** RE: RFID Meeting Action Items


Rod,

Although we have learned that adding a unique ID should be simple, there are details about this that we would like to run by some one.

For example, one supplier said they can do 18 digits for the unique ID.    We get to define it, such as Date Code+SN# ID, or Just SN# ID, etc.

Is there a point person Tyler can contact regarding the details of our ID and or encryption details?    Ted Walked seemed like he knows a lot in this space?

Let me know who we should work with.

Thanks,
Joe

_____

**From:** Rodney Vance
**Sent:** Tuesday, May 24, 2011 10:05 PM
**To:** Tyler Morrissette; Aaron Carrano; Joe Orban; Marc Tognaccini; Dean Hoornaert; Brandon Garbus; Stanley Fung;

Highly Confidential-AEO
Intuitive-02068696

Joshua Radel; Thomas Cooper; Randy Goldberg; Greg Dachs; David Long; Gerry Labonville; Lisa Heaton; David DeTroy; Ted Walker; Katie Stoy; William Burbank; Scott Harrington
**Cc:** Sal Brogna
**Subject:** RE: RFID Meeting Action Items


Team,

    I spoke with Sal and he is directing us to keep encryption as a design requirement and although he likes the idea of monitoring instrument usage via da Vinci Connect, he wants us to <u>retain the instrument based encryption approach</u> since we will not be able to count on Connect.

    It is important to note that retaining the encryption approach does not imply that we have to stay with Atmel. We need to choose the best RFID vendor/partner based on business criteria looking forward and not allow the selection process to be unduly weighted by Ducati usage or the fact that current production encryption processes are Atmel based.

Regards,

Rod.

_____
**From:** Tyler Morrissette
**Sent:** Tuesday, May 24, 2011 7:21 AM
**To:** Aaron Carrano; Joe Orban; Marc Tognaccini; Dean Hoornaert; Brandon Garbus; Stanley Fung; Joshua Radel; Thomas Cooper; Randy Goldberg; Greg Dachs; David Long; Rodney Vance; Gerry Labonville; Lisa Heaton; David DeTroy; Ted Walker; Katie Stoy; William Burbank; Scott Harrington
**Subject:** RFID Meeting Action Items


See meeting action items below.

Also this morning I spoke with Balogh about laser marked unique IDs and they said that this is already something they do for other customers and they would be able to provide to us. They are also looking into what memory we can fit in a small package we are looking for. There could be some technical limitations to 64 kbits of memory and as a company we might have to live with 32 kbits of memory.

- Tyler to investigate number of autoclave cycles an instrument must survive for a 10 use instrument (including autoclaves for instruments that aren't used during a case)
- Rodney to speak with Sal about the requirement for encryption on Orion Instruments and Cannulas
- Tyler to speak with tag manufacturers to see what they can offer (unique IDs, ect)
- Tyler to send sample tags to lab (Stress Engineering Services) to profile their autoclave (no pre-vacuum)
- Tyler, Joe and Brandon to have meeting with Tag companies to discuss antennas and read distances
- Tyler to investigate number of lives on Extend Training Instruments
- Mark to provide Tyler with 100 samples of the new 11x17 Atmel tag off the new reel of 10K tags

Highly Confidential-AEO
Intuitive-02068697