**From:** Ted Claiborne
**To:** Mario Lowe
**Subject:** FDA Call
**Date:** 12/23/2021 11:49:00 AM
**CC:** Romain Denis
**BCC:**

**Message:**
Mario,

Here are my notes from my call with Mark T. today:

- For the 8mm instrument use life 510(k)
    - Official advice: roll back use lives until the clearance
    - Unofficial advice: FDA will not take any compliance action while the file is under review, we take the risk if anything untoward happens
- For the vessel sealer Presub for lymphatics
    - FDA says we could do a Presub, but it would likely be a waste of time because they would likely ask for chronic animal data to examine lymph edema
    - FDA (this OHT) is overrun with 510(k)s for PPE, so this would be a low priority submission, Presub would delay time to market

Thanks,
Ted

Ted Claiborne, Ph.D.
Regulatory Project Manager

Mobile:   1 631 793 8945
Direct:    1 408 523 6971
ted.claiborne@intusurg.com

INTUITIVE
1020 Kifer Road
Sunnyvale, CA 94086 USA
intuitive.com

**PLAINTIFFS EXHIBIT 299**

HIGHLY CONFIDENTIAL                                                                                                       Intuitive-02070398