

Intuitive-00423534

# *Feasibility Team*

| | |
|---|---|
| Nicky Goodson | JT Martinez |
| Mike Prindiville | Philip Rossi |
| Pat Flanagan | Kelvin Long |
| Todd Tourand | Ron Bair |
| Ben Bedore | Keenan O'Flaherty |
| Josef Fuljer | Marcelo Aguilar |
| Iman Jeddi | John Patrick |
| Richard Chaboya | Anu Patel |
| JT Martinez | |

2

*da Vinci Surgery*

# *Agenda*

- Objective
- Executive Summary
- Assumptions
- Technical Assessment
- Manufacturing Assessment
- Logistics & Financial Assessment
- Market Assessment
- Recommendation & Metrics

3

*da Vinci Surgery*

Intuitive-00423536

# Objective

- **Primary:** To drive increased procedure volume in cost sensitive regions by providing a lower priced instrument offering through reclamation and remanufacturing of ISI Core instruments

- **Secondary:** To reclaim expired instruments from the field to avoid the unauthorized reprogramming and/or remanufacturing which could impact product performance and patient safety

4

da Vinci Surgery

Confidential

Intuitive-00423537



# Executive Summary

- **Recommendation:** Instrument eX (exchange) Project to proceed with pilot at select hospitals in French and German markets with **green housing* instruments** to test assumption of market elasticity

- **Reclamation:** on a macro level should be decoupled from the Instrument eX pilot, and can commence at an estimated cost of $12-22 per instrument

- **Legal/Regulatory:**

  # Redacted for Privilege

***Green Housing Instruments** – manufactured as new with green cover and labeling which states "may contain remanufactured components"*

6

da Vinci Surgery

Confidential

Intuitive-00423539

# Assumptions

- dV procedure cost at specific hospitals (regions) is a market barrier to increased adoption

- Core Instruments are the priority target for remanufacture as there is less cost sensitivity on advanced procedures (Instruments)

- Program = Closed-Loop Refurbished Instrument program.  1-for-1 "like instrument" exchange of key refurbished instruments for selected hospitals

- Estimated price reduction for eX Instruments is 30% off current List Price for new

- Instruments will be remanufactured one time to original ISI specifications at 75% COGS of new

7

da Vinci Surgery

Confidential

Intuitive-00423540



# Technical Assessment

- *Summary:*
  - *Multiple engineering tests confirmed durability of components to be reused on FBF, LND, MCS and Prograsp*

  - *Confirmed minimum mandatory replacement parts*

  - *Recommendation to move forward with MCS, FBF, MBP, LND, and Prograsp*

  - *Full Design Verification & Reliability Testing to be done in parallel with Pilot*

  - *Baseline refurbishment times documented from rebuilds*

9

da Vinci Surgery

Confidential



MANUFACTURING
ASSESSMENT

MIKE PRINDIVILLE



Intuitive-00423544

# Manufacturing Assessment

- **Plant:** B950 (RMA) Sunnyvale
- **Facilities (Line Space):** 1000 sf
- **Facilities (Equipment):** 8mm (Xi) Line at $1M
- **IT Support:** SAP/Agile updates ('rock')
- **Device History Record (DHR):**
    - Medium Complexity Option:
        - Part Numbering '-R' (i.e. 470006-05R)
        - Lot based recertification process (typically 20-100 units)
        - Product upgrades identified through work instruments

| Options | Comments |
|---|---|
| 1 Low Complexity | No component level traceability. Highest exposure during product recalls. |
| 2 Medium  Complexity | Lot based traceability. Requires modified IT processes. Evaluating whether level of traceability provided improves over option 1 |
| 3 High Complexity | Serialized instruments, highly burdensome, high level of traceability |

12

da Vinci Surgery

8mm (Xi) line could be reallocated to production use (but not interchangeable)
Low / Med / High – traceability vs costs (Risk vs Reward)
Work order has estimated processes costs of $500 ea.  Typically allocated over 50-150 instruments
Evaluating use of Lot# and Sequence# for tracking.  Sequence# not visible across all business systems – provides some coverage
No intermixing or restocking of components, all virgin replacements (Parts are original or new)

Intuitive-00423545



Intuitive-00423546

# Logistics – Costs

- **Reclaiming of Instruments by ISI:**
  - *Costs (<u>excludes</u> return incentive(TBD)):*
    - **Europe Reclamation for Disposal (Pilot): $21.60/ea**
    - **US Reclamation for Refurb(Includes C&S): $24.92/ea**
    - **US Reclamation for Disposal Only: $12.17/ea**

- **Reclaiming of Instruments by 3ʳᵈ Party:**
  - *Costs: Evaluation currently in process*

14

*da Vinci* Surgery

In-sourced:
Place collection containers at customer sites for "clean" expired instruments
Visit sites periodically to collect (via extension of SRS Team)
Bag, box, and return bins to processing/sorting site
Receive/log SKUs (by account)
Hand off SKUs that are to be refurbished to be cleaned
Dispose of material not reclaimed (e.g. ineligible SKUs, previously-refurbished SKUs & non-reclaimed parts)

 Intuitive-00423547

# Financial Analysis

- *Pilot Program*
  - *SV rmfg of US instr, France + Germany markets*
  - *Green Housing Pilot cost estimate ~$100k - $500k*
    - *Full implementation setup of $2.5M for remanufacture of reclaimed Instruments*
  - *Product margin of 83% with green housing (6 point decrease compared to new builds)*

| Xi MCS Example | List | DM | DL | OCOGS | CM $ | CM% |
|---|---|---|---|---|---|---|
| New | 3,200 | 237 | 14 | 107 | 2,841 | 89% |
| 25% DM Yield, SV | 2,240 | 178 | 74 | 154 | 1,834 | 82% |
| 47% DM Yield, SV | 2,240 | 126 | 74 | 151 | 1,889 | 84% |
| Green Housing | 2,240 | 237 | 14 | 129 | 1,860 | 83% |
| 25% DM Yield, MX | 2,240 | 178 | 7 | 154 | 1,901 | 85% |
| 47% DM Yield, MX | 2,240 | 126 | 7 | 151 | 1,956 | 87% |

15

da Vinci Surgery



Intuitive-00423549

# Customer Visits – France (hospitals)

Met with French Hospital Directors, Surgeons and Purchasing Managers to discuss the feasibility of adopting remanufactured *EndoWrist* Instruments and adherence to returning all expired instruments





- 2016 Procedures -- 283
- One **da Vinci Xi** Surgical System
- Two surgeon interviews (Thoracic and Urologist)
- Both confirmed they would perform more *da Vinci* procedures if costs per procedure would decrease
- Feasibility confirmed

- 2016 Procedures – 179
- One **da Vinci Si** Surgical System
- CEO and OR Director
- Surgeons charged 250€ per dV procedure
- Exceptional SPD process, traceability and willing to clean/sterilize expired instruments (this was preferred)
- Feasibility confirmed

17

Confidential

Intuitive-00423550

# dVP Savings Example: w/30% off List Price

| Prostatectomy – *da Vinci Si* | Current List Pricing (new Instruments) | | | New List Pricing (with refurbished) | | |
|---|---|---|---|---|---|---|
| Instruments/Accys: | Price per use | Price instrument | number of use | Price per use | Price Refurb instrument | number of use |
| Tip Cover Accessory | 20.00€ | 20.00€ | 1 | 20.00€ | 20.00€ | 1 |
| Hot Shears™ (Monopolar Curved Scissors) | 320.00€ | 3,200.00€ | 10 | 224.00€ | 2,2400.00€ | 10 |
| Large Needle Driver | 220.00€ | 2,200.00€ | 10 | 154.00€ | 1,540.00€ | 10 |
| Maryland Bipolar Forceps | 270.00€ | 2,700.00€ | 10 | 189.00€ | 1,890.00€ | 10 |
| ProGrasp™ Forceps | 220.00€ | 2,200.00€ | 10 | 154.00€ | 1,540.00€ | 10 |
| 4 arm Disposable Accys Kit, Disposable Obturator, Camera Trocar (3rd party) | 320.00€ | 320.00€ | 1 | 320.00€ | 320.00€ | 1 |
| *da Vinci* price per procedure sum | 1,370.00€ | | | 1,061.00€ | | |
| | 274.00€ | 20% VAT | | 212.00€ | 20% VAT | |
| | 1,644.00€ | Total I&A | | 1,273.00€ | Total I&A | |

23% cost savings

| Economic Benefits to Hospital | Operational Benefits to Hospital |
|---|---|
| ➤ Reduced per procedure price<br>➤ Cost flexibility options to the surgeon and hospital<br>➤ Reduce cost of disposable at the hospital (500€ per 1000 kilogram of waste) | ➤ Reduction in waste<br>➤ Recycling of valuable material<br>➤ Equivalent cleaning & sterilization process for refurb instruments |

Additional Value to the Hospital

ISI Confidential & Proprietary

18

da Vinci Surgery

Confidential

Intuitive-00423551

# EXAMPLE: Private Hosp. Economics – France

| TOP PROCEDURE TARGETED FOR REFURBISHMENT PROGRAM | AVERAGE HOSPITAL REIMBURSEMENT **PRIVATE vs. PUBLIC** (for procedure in €) | CURRENT PRIVATE HOSPITAL COST for dVP (based on 150 procedures per system per year) | INTENDED PRIVATE HOSPITAL COST for dVP w/REFURBISHMENT PROGRAM (based on 200 procedures per system per year) |
|---|---|---|---|
| 1)   Prostatectomy | Private = 3,400€<br>Pubic = 5,907€ | I&A = 1,644€<br>System/Service (Amortized) = 1,594€<br>Total System + Service + I&A = 3,238€ | I&A = 1,273€<br>System + Service (Amortized) = 1,222€<br>Total System + Service + I&A = 2,495€ |

Notes:  Private sector has significantly lower DRGs than Public hospitals since it doesn't cover operative exams + surgeons wages
Most of remaining dVP opportunity lies in Private for Profit sector (~7'000)
dVP penetration in existing account is at 100% in all sectors



Source:  2016 LRM French Market, Sept. 2016

19

da Vinci Surgery

Intuitive-00423552

# Pilot Program Design

**Goal 1:** Measure the effect on dV procedure volume of offering lower priced core instruments over three quarters at two existing customers.          **Success Criteria:** Outpace long-range procedure targets for France

**Goal 2:** Execution of expired instrument return policy for closed loop system

**Success Criteria:** Return of all expired instruments for three quarters

## Pilot Site Selection Rationale:

- Private hospital in France
- Two years of dVP involvement
- Acceptance of QTI processes
- Adoption of expired return policy
- Excess capacity of 40% or less



- 2016 Procedures – 179
- One *da Vinci Si* Surgical System
- Feasibility confirmed



- 2016 Procedures –  187
- One *da Vinci Si* Surgical System
- Feasibility confirmed

20

da Vinci Surgery

Confidential

Intuitive-00423553

# What Franchise to Pilot?

## *da Vinci Si* Instruments

- France & Germany asking for Si (1st phase)

- Private hospitals in France are the primary targets, mainly *Si* owners (more cost sensitive)

- Target procedure in GSA is Prostate, of which most dVPs are on dV Si

- Represents 67% of existing business (procedure growth is flat)

- Si Pre-owned + Lower Service Cost + Lower I&A Cost = GF opportunity in France

- Lower I&A Cost results in GF and incremental system opportunity in Germany

- Rebotix has potential to impact Si sales

- Lower capital costs for Si manufacturing lines

## *da Vinci Xi* Instruments

- May incentivize customers to move to higher capability platform (X or Xi)

  - Advanced instrumentation, Multi-quadrant, etc.

- Enables use of advanced technology in emerging procedures in Germany

- Strengthen the benefit of *da Vinci X* platform for cost-sensitive customers

- Unique instrument Sequence Numbers may enable additional traceability for risk mitigation (recall exposure)

* Not currently being reprogrammed by 3rd parties

21

da Vinci Surgery

Confidential

Intuitive-00423554

# Recommendation, Timing & Cost

- **Recommendation:** Instrument eX (exchange) Project to proceed with pilot at select hospitals in French and German markets with **green housing instruments** to test assumption of market elasticity

- **Timing to start**: Minimum 3 months to begin (9 months  duration)
  - Establish core team through PMO
  - Confirm plan with Notified Body
  - Signed contract with Hospitals
    - Set up reclaiming activity at Hospitals
  - Design Control/MCF for Green Housing Instruments

- **Cost:**
  - Reclaiming set up for 2 Hospitals = $0 as the test site reclamation activity will be supported through the existing SRS infrastructure.
  - Capital = $0
  - Design Control/MCF ~ $100k - $250k

22

da Vinci Surgery

# Questions? & Discussion



23

Intuitive-00423556

# Back Up Slides



24

Intuitive-00423557

# Bob's Summary request

- Project plan/timing
- Expense/investment
- Selected sites/rationale
- Duration and success criteria

25

da Vinci Surgery

Intuitive-00423558

# Proposed Strategy

Pilot: *Select hospitals with excess dV capacity who express a need to lower dV costs to determine if a 30% reduction in instruments price results in incremental procedures.*

*Create a process to reclaim expired multiport, multi-life 8mm Endowrist instruments and track results of the pilot to show benefits of participating.*

*Sell discounted new 'Green Cover' Instruments with "may contain refurbished parts" labeling to test theory of market elasticity. Returned instruments will be remanufactured by replacing specific components to return to original performance specifications to be sold at a lower ASP.*

26

da Vinci Surgery

Confidential

Intuitive-00423559

# INTUITIVE SURGICAL
# REFURBISHMENT PROGRAM

**Description:**

Collection of expired *EndoWrist* Instruments at the hospital, return to Intuitive Surgical, and receive a refurbished instrument at a lower cost compared to new.



ISI Confidential & Proprietary

27

Intuitive-00423560

# Instrument Refurbishment Program Benefits

**Description:**

Reclaim expired instruments for the purpose remanufacturing and recertifying to original performance specifications.



| Clinical Performance | Economic Benefits | Operational Benefits |
|---|---|---|
| ➢ Equivalent performance<br>➢ 10 lives per instrument<br>➢ Equivalent cleaning & sterilization process | ➢ Reduced per procedure cost<br>➢ Cost flexibility options to the surgeon and hospital<br>➢ Reduce cost of disposable at the hospital (500€ per 1000 kilogram of waste) | ➢ Reduction in waste<br>➢ Recycling of valuable material |

ISI Confidential & Proprietary

28

da Vinci Surgery

Intuitive-00423561



# Closed Loop Program 1:1 by Type

**Refurb** Large Needle Driver

-1540€

Large Needle Driver **Expired**

-2200€

ISI Confidential & Proprietary

29

# Two Large IDN's in France were Visited

Goal:  Determine economic feasibility of lower cost-per-procedure solutions to increase dV penetration with key IDN partners



**The public hospital system (établissement public de santé) of the city of Paris and its suburbs**

- Recognized their da Vinci program can be used more effectively, and lower I&A per procedure cost would help in consuming excess capacity
- Feasibility confirmed



**The first cooperative group of independent clinics, in the form of a subsidiary of its parent companies.**

- Higher cost of *dV* I&A limits the use of da Vinci and refurbished instruments would be accepted by surgeons
- Recognizes the removal of all *dV* instruments from the hospital is a great value alone
- Feasibility confirmed

ISI Confidential & Proprietary

30

da Vinci Surgery

Confidential

Intuitive-00423563

## Market Analysis – France

| | | | | Comments |
|---|---|---|---|---|
| How much of a barrier is Instr. cost to dV adoption? | None | Minimal | Significant | Customers are losing 300K-600K per year on a dV program due to low reimbursement |
| Market acceptance of Refurbished Instrs? | No | Some | Acceptable | See market research done by Todd's visit |
| What Instr offerings are most desired? | Si (first phase) | | Xi (second phase) | Anything related to Urology, especially in Prostatectomy |
| Are there 3rd party low cost activities in your region? | No | | Yes | Rebotix |
| What procedures will be targeted with Refurbished Instruments? | Sell a system then capture 100% of robot prostate (dVP). Maybe growth in pyloplasty and sacro colpopexy with lower cost of instrumentation | | | |
| Describe market tactics to drive incremental volume (Accounts, Procedures, management of current business, …) | Driving adoption of "X" system in private hospitals. At 1.3 M Euro will be challenging. A combination of lower service, lower Si pre-owned and lower I&A prices for Si will drive procedure volume in Urology<br><br>Si pre-owned is 550 – 600K per hospital. ASK is 350K - 450K € in IDN for France to drive adoption in Urology<br><br>Greenfield private hospitals likely not accepting 1.3 M Euro. Xi/X refurb may not be accepted by the French team due to the type of hospital (University) is already an Xi adopter. | | | |

31

da Vinci Surgery

Open questions:

France may not be able to limit the program to only certain customers (Romain or Cyprian). Question – contract with customers for the refurbishment requirements, if they don't comply then they would not be eligible for the refurbished instruments.

If they do not contract with intuitive, and they order the refurbished instruments, are we obligated to fulfill that order.

Do we have any "say" in where the refurbishment instruments are being used in only certain procedures?

# Market Analysis – Germany

| | | | | |
|---|---|---|---|---|
| How much of a barrier is Instr. cost to dV adoption? | None | Minimal | Significant | In average customers claiming I&A price difference of ca 1200 € open vs robotic. |
| Market acceptance of Refurbished Instrs? | No | Some | Acceptable | As long as the specs are identical, it comes from the same manufacturer and the price is sign. Lower – high acceptance |
| What Instr offerings are most desired? | Si (first phase) | | Xi (second phase) | Anything related to Urology, especially in Prostatectomy |
| Are there 3rd party low cost activities in your region? | No | | Yes | Rebotix |
| What procedures will be targeted with Refurbished Instruments? | Target indications<br>  By getting a 30% off, we could start to target dVHb. The benefit of this will be to create incremental indications vs discount to the customer<br>  With the reimbursement in dVHc, and dVLAR, we can already be profitable if we count the DRG | | | |
| Describe market tactics to drive incremental volume (Accounts, Procedures, management of current business, …) | The I&A is one important piece of the decision-making process when acquiring a dV, by having option to lower I&A cost with 30% we expect that we can sell some additional GF and Incremental<br><br>Note the risk that we need to define a strategy to manage - if we offer one customer, others will demand the same. These other customer might not have same incremental procedure growth potential so loss of revenue if we offer same. | | | |

32

da Vinci Surgery

Target accounts
CAP accounts: Uni Tuebingen, Caritas (cap account for the GEN team)
RDI (Rechts der Isar)
Martini and Bochum Augusta to drive incremental system sales

# Technical Assessment

- *Strategy: Two pronged*

  – *Select representative instruments that previously underwent formally life tested*
    - *Refurbish based on visual inspection and IPT to identify defective component*

  – *Select RMA instruments*
    - *Refurbish by replacing standard set of components*

33

da Vinci Surgery

Confidential                                                    Intuitive-00423566

# Technical Assessment

- *In house instruments: N=4 each*
  - LND:          10 lives         [Completed]
  - Prograsp:      10 lives         [Completed]
  - FBF:          10 lives         [Completed]
  - MCS:          10 lives         [*Pending*]
    - Failure modes were not consistent; need to repeat testing with replacement of inputs, cables, and grips.

- *RMA instruments : N=4 LND*
  - Clinical performance was rated equivalent to new instruments (N=2)
  - Replace cables, inputs, and flush tube = survives 10+ lives

34

da Vinci Surgery

# Technical Assessment

- *In house instruments*
  - *Refurbishment Cost $47-63*
  - *Refurbishment Duration ~49 min*

- *RMA instruments*
  - *Refurbishment Cost $50 - $100*
  - *Refurbishment Duration ~XX min*

35

Note this is below the conservative estimate in financial model

Confidential
Intuitive-00423568

# Manufacturing Assessment

- **Pilot Phase:** 8mm Instruments (Top-5) by revenue
- **Roadmap:** Additional instruments / platforms (Xi/Si)



5 of 30 8mm instruments represent 66% of sales.

| PN | Description | 2016 Qty (TYD) | % | Cummulative |
|---|---|---|---|---|
| 470176 | 8MM,MONOPOLAR CURVED SCISSORS,IS4000 | 11893 | 18% | 18% |
| 470006 | 8MM,LARGE NEEDLE DRIVER,IS4000 | 10470 | 15% | 33% |
| 470205 | 8MM,FENESTRATED BIPOLAR FORCEPS,IS4000 | 8917 | 13% | 46% |
| 470093 | 8MM,PROGRASP FORCEPS,IS4000 | 7790 | 11% | 58% |
| 470172 | 8MM,MARYLAND BIPOLAR FORCEPS,IS4000 | 6911 | 9% | 66% |
| 470309 | 8MM,MEGA SUTURECUT ND,IS4000 | 3867 | 6% | 72% |
| 470049 | 8MM,CADIERE FORCEPS,IS4000 | 2909 | 4% | 76% |
| 470347 | 8MM,TIP-UP FENESTRATED GRASPER,IS4000 | 2412 | 4% | 80% |
| 470193 | 8MM,PERMANENT CAUTERY HOOK,IS4000 | 2170 | 3% | 83% |
| 470194 | 8MM,MEGA NEEDLE DRIVER,IS4000 | 1482 | 2% | 85% |
| 470230 | 8MM,LARGE HEM-O-LOK CLIP APPLIER,IS4000 | 1446 | 2% | 87% |
| 470318 | 8MM,SMALL GRASPING RETRACTOR,IS4000 | 1320 | 2% | 89% |
| 470327 | 8MM,MEDIUM-LARGE CLIP APPLIER,IS4000 | 1174 | 2% | 91% |
| 470184 | 8MM,PERMANENT CAUTERY SPATULA,IS4000 | 961 | 1% | 92% |
| 470344 | 8MM,CURVED BIPOLAR DISSECTOR,IS4000 | 959 | 1% | 94% |
| 470296 | 8MM,LARGE SUTURECUT NEEDLE DRIVER,IS4000 | 839 | 1% | 95% |
| 470207 | 8MM,TENACULUM FORCEPS,IS4000 | 813 | 1% | 96% |
| 470401 | 8MM,HORIZON SMALL CLIP APPLIER,IS4000 | 458 | 1% | 97% |
| 470400 | 8MM,LONG BIPOLAR GRASPER,IS4000 | 394 | 1% | 97% |
| 470001 | 8MM,POTTS SCISSORS,IS4000 | 339 | 0% | 98% |
| 470190 | 8MM,COBRA GRASPER,IS4000 | 312 | 0% | 98% |
| 470048 | 8MM,LONG TIP FORCEPS,IS4000 | 297 | 0% | 99% |
| 470033 | 8MM,BLACK DIAMOND MICRO FORCEPS,IS4000 | 224 | 0% | 99% |
| 470067 | 8MM,ROUND TIP SCISSORS,IS4000 | 197 | 0% | 99% |
| 470036 | 8MM,DEBAKEY FORCEPS,IS4000 | 172 | 0% | 99% |
| 470171 | 8MM,MICRO BIPOLAR FORCEPS,IS4000 | 103 | 0% | 100% |
| 470249 | 8MM,DUAL BLADE RETRACTOR,IS4000 | 84 | 0% | 100% |
| 470246 | 8MM,ATRIAL RETRACTOR SHORT RIGHT,IS4000 | 69 | 0% | 100% |
| 470181 | 8MM,RESANO FORCEPS,IS4000 | 63 | 0% | 100% |
| 470215 | 8MM,CARDIAC PROBE GRASPER,IS4000 | 43 | 0% | 100% |
| Grand Total | | 67886 | 100% | 100% |

36

da Vinci Surgery

Intuitive-00423569

# Manufacturing Assessment

- WIP trays



37

# Manufacturing Assessment

| Part Number | Material Name | Retain | Scrap | TBD | Grand Total |
|---|---|---|---|---|---|
| 470006-10 | 8MM,LARGE NEEDLE DRIVER,IS4000 | $   99.55 | $   56.59 | $   13.19 | $   169.33 |
| 470049-04 | 8MM,CADIERE FORCEPS,IS4000 | $   109.68 | $   63.63 | $   3.45 | $   176.76 |
| 470093-09 | 8MM,PROGRASP FORCEPS,IS4000 | $   92.19 | $   66.47 | $   3.45 | $   162.11 |
| 470172-13 | 8MM,MARYLAND BIPOLAR FORCEPS,IS4000 | $   115.13 | $   66.84 | $   25.28 | $   207.25 |
| 470179-14 | 8MM,MONOPOLAR CURVED SCISSORS,IS4000 | $   47.06 | $   185.75 | $   24.33 | $   257.14 |
| **Grand Total** | | **$   463.61** | **$   439.28** | **$   69.70** | **972.59** |

| Part Number | Material Name | Retain | Scrap | TBD | Grand Total |
|---|---|---|---|---|---|
| 470006-10 | 8MM,LARGE NEEDLE DRIVER,IS4000 | 59% | 33% | 8% | 100% |
| 470049-04 | 8MM,CADIERE FORCEPS,IS4000 | 62% | 36% | 2% | 100% |
| 470093-09 | 8MM,PROGRASP FORCEPS,IS4000 | 57% | 41% | 2% | 100% |
| 470172-13 | 8MM,MARYLAND BIPOLAR FORCEPS,IS4000 | 56% | 32% | 12% | 100% |
| 470179-14 | 8MM,MONOPOLAR CURVED SCISSORS,IS4000 | 18% | 72% | 9% | 100% |
| **Grand Total** | | **48%** | **45%** | **7%** | **100%** |

38

da Vinci Surgery



# Regulatory Assessment

- Country by country assessment on ability to sell refurbished instruments, and requirements to do so.

Questions:
- Allows sale of refurbished product made anywhere?
- Only allow sale of refurbished product if refurbishing done in country?
- Clearance/registration required?

40

da Vinci Surgery

Confidential

# Regulatory Assessment

| Country | Allows sale of refurbished product made anywhere? | Only allow sale of refurbished product if refurbishing done in country? | Clearance/ registration required? | Time to complete registration |
|---|---|---|---|---|
| US | Yes | No | No | NFJ; no timeline. |
| Canada | Yes | No | Yes | Amendment- 6 months. |
| France | Yes | No | Yes | Must be CE Marked; notification after placing on the market. |
| Germany | Yes | No | Yes | Must be CE Marked. |
| India | Yes | No | No | Can change depending on 1. New regulation for medical devices and 2. restriction on importation of used devices ( attempted  in summer 2015). |
| China | No | No | | Hospitals are allowed to purchase and use used devices from other hospitals within China. However, companies are not allowed to sell refurbished products. |
| Japan | Yes | No | Yes | Registration required only if facility has not been registered. 1 year or so. |
| Korea | Yes | No | Yes | 6-12 months Only products with the same information that have been authorized in the Sanitary register (PN and Country). It does not matter if it is remanufactured. |
| Mexico | Yes | No | Yes | N/A |
| Singapore | Yes | No | No | N/A |
| Malaysia | Yes | No | No | N/A |

41

da Vinci Surgery

Confidential

Intuitive-00423574

# Regulatory Assessment

| Country | Allows sale of refurbished product made anywhere? | Only allow sale of refurbished product if refurbishing done in country? | Clearance/ registration required? | Time to complete registration |
|---|---|---|---|---|
| Indonesia | No | No | No | N/A |
| Vietnam | No | No | No | N/A |
| Philippines | Yes | No | No | N/A |
| Thailand | No | No | No | N/A |
| Taiwan | Yes | No | Yes | 13-18 months, including QSD. |
| Australia/NZ | Yes | No | No | N/A |
| Argentina | No * | No | No | • The device must be reconditioned in the country of origin.<br>• Must be made by the original manufacturer.<br>• It has to be imported by direct user of the used good and the import operations will be subject to the verification regime of destination for the term of 4 years.<br>• In order to carry out the importation, the approval of the Ministry of Commerce of the Nation is required.<br>years. |
| Chile | Yes | No | No | N/A |
| Colombia | Yes | No | Yes | 30 days |

*Argentina allows refurbishment when performed in country of origin

42

da Vinci Surgery

Intuitive-00423575

# Regulatory Strategy – Green Housing

- Discuss with Carsten – has his CE mark
  - Testing whether surgeons will use refurbished instruments
  - *Xi* instruments only
  - Instrument is actually new, but customer believes it may have some used parts
  - Has green housing (same color as used with *Si* SS) for differentiation
  - Propose "No formal notification and no change to product listing"

43

da Vinci Surgery



Intuitive-00423577

## Legal Opinion from EU Counsel

# Redacted for Privilege

Intuitive-00423578