# RMA Analysis for possible life extension (2017-18)

**Tim Limon, Aparna Srinivasan**
Core Instruments 2019 Efforts
*NPV + Core Instruments*

January 29, 2019

INTUITIVE.



...ghly Confidential-AEO

Intuitive-00967614



**218592 Instrument uses in 2018**
for the Top 6 Instruments

2-Yr_Uses

470309 MSCND, 228639

470006 LND, 487302

470205 FBF, 435145

470049 Cadiere, 174190

470172 MBF, 221716

470093 ProGrasp, 391283

INTUITIVE.

2

Intuitive-00967615





**RMAs in 2018 for Top 6 Instruments**
Analysis by Lives Expired

Highly Confidential-AEO

Intuitive-00967617

# RMAs in 2018 for Top 6 Instruments
### Analysis by Lives Expired

2-Yr. RMAs vs. Expired Lives

| Expired Uses | 470205 | 470172 | 470049 | 470006 | 470309 | 470093 | Total |
|---|---|---|---|---|---|---|---|
| New - 0 | 63 | 62 | 13 | 27 | 23 | 11 | 199 |
| 1 | 346 | 181 | 19 | 56 | 60 | 60 | 722 |
| 2 | 494 | 302 | 34 | 65 | 58 | 58 | 1011 |
| 3 | 693 | 355 | 40 | 82 | 66 | 93 | 1329 |
| 4 | 722 | 371 | 43 | 86 | 58 | 102 | 1382 |
| 5 | 749 | 419 | 49 | 92 | 61 | 157 | 1527 |
| 6 | 857 | 399 | 47 | 131 | 60 | 170 | 1664 |
| 7 | 770 | 399 | 55 | 111 | 70 | 139 | 1544 |
| 8 | 837 | 418 | 55 | 104 | 57 | 140 | 1611 |
| 9 | 768 | 414 | 46 | 149 | 40 | 157 | 1574 |
| Expired - 10 | 139 | 113 | 25 | 65 | 32 | 85 | 459 |
| Total | 6438 | 3433 | 426 | 968 | 585 | 1172 | 13022 |

INTU°TIVE.

Highly Confidential-AEO

Intuitive-00967618



Highly Confidential-AEO

Intuitive-00967619

# RMAs in 2018 for Top 6 Instruments
### Analysis by Lives Expired

2-Yr. Cumulative RMAs vs. Expired Lives

| Cumulative Expired Uses | 470205 | 470172 | 470049 | 470006 | 470309 | 470093 | Total |
|---|---|---|---|---|---|---|---|
| New - 0 | 63 | 62 | 13 | 27 | 23 | 11 | 199 |
| 1 | 409 | 243 | 32 | 83 | 83 | 71 | 921 |
| 2 | 903 | 545 | 66 | 148 | 141 | 129 | 1932 |
| 3 | 1596 | 900 | 106 | 230 | 207 | 222 | 3261 |
| 4 | 2318 | 1271 | 149 | 316 | 265 | 324 | 4643 |
| 5 | 3067 | 1690 | 198 | 408 | 326 | 481 | 6170 |
| 6 | 3924 | 2089 | 245 | 539 | 386 | 651 | 7834 |
| 7 | 4694 | 2488 | 300 | 650 | 456 | 790 | 9378 |
| 8 | 5531 | 2906 | 355 | 754 | 513 | 930 | 10989 |
| 9 | 6299 | 3320 | 401 | 903 | 553 | 1087 | 12563 |
| Expired - 10 | 6438 | 3433 | 426 | 968 | 585 | 1172 | 13022 |

INTUITIVE.

7

Highly Confidential-AEO



Highly Confidential-AEO

Intuitive-00967621

# RMAs in 2018 for Top 6 Instruments
### Analysis by Lives Expired

2 Yr. Usage / Cumulative RMA

| Odds by lives remaining Expired Uses | 470205 | 470172 | 470049 | 470006 | 470309 | 470093 | Total |
|---|---|---|---|---|---|---|---|
| 0 | 0.01% | 0.03% | 0.01% | 0.01% | 0.01% | 0.00% | 0.01% |
| 1 | 0.09% | 0.11% | 0.02% | 0.02% | 0.04% | 0.02% | 0.05% |
| 2 | 0.21% | 0.25% | 0.04% | 0.03% | 0.06% | 0.03% | 0.10% |
| 3 | 0.37% | 0.41% | 0.06% | 0.05% | 0.09% | 0.06% | 0.17% |
| 4 | 0.53% | 0.57% | 0.09% | 0.06% | 0.12% | 0.08% | 0.24% |
| 5 | 0.70% | 0.76% | 0.11% | 0.08% | 0.14% | 0.12% | 0.32% |
| 6 | 0.90% | 0.94% | 0.14% | 0.11% | 0.17% | 0.17% | 0.40% |
| 7 | 1.08% | 1.12% | 0.17% | 0.13% | 0.20% | 0.20% | 0.48% |
| 8 | 1.27% | 1.31% | 0.20% | 0.15% | 0.22% | 0.24% | 0.57% |
| 9 | 1.45% | 1.50% | 0.23% | 0.19% | 0.24% | 0.28% | 0.65% |
| 10 | 1.48% | 1.55% | 0.24% | 0.20% | 0.26% | 0.30% | 0.67% |

INTUITIVE.

Highly Confidential-AEO

Intuitive-00967622



# Reliability Analysis

Using Kaplan Meier and Weibull Analyses

INTU•ITIVE.

10

Highly Confidential-AEO

## Data

Latest Part Version of each of the base partnumbers considered in this analysis

| PartNumber | N (# of Instruments) |
|---|---|
| 470006-12 | 11683 |
| 470049-06 | 6196 |
| 470083-11 | 10117 |
| 470172-16 | 5178 |
| 470205-17 | 13037 |
| 470309-14 | 7112 |

Data obtained from the tools used table, for production level instruments (release level = 63)
* at least one use (for Weibull analysis)

Highly Confidential-AEO



- Using Non-Parametric method for estimating reliability
  - Kaplan Meier method
- Using censoring if an instrument does not fail at the end of 10 lives
- Since we do not have data past 10 lives the reliability drops at the 10th use.
- All part numbers have a > 95% probability of surviving the 10 lives
- Best case reliability
  - 470093 (Prograsp)
- Least reliable of these part numbers
  - 470172 (Maryland)

# Kaplan Meier for each Part Number with confidence bounds



In all cases the lower confidence bound on the survival estimate is greater than 95%.

Highly Confidential-AEO

## Parametric Method – Weibull



Parametric Method – Weibull

| | | 95% CI | |
|---|---|---|---|
| UsesUsed | Percent | Lower Bound | Upper Bound |
| 3.5 | 99.0959 | 98.9181 | 99.2445 |
| 6 | 97.8050 | 97.5109 | 98.0646 |
| 8.5 | 96.1234 | 95.6503 | 96.5459 |
| 11 | 94.1179 | 93.3456 | 94.8030 |
| 13.5 | 91.8395 | 90.6383 | 92.8926 |
| 16 | 89.3310 | 87.5831 | 90.8459 |
| 18.5 | 86.6303 | 84.2345 | 88.6868 |
| 21 | 83.7714 | 80.6455 | 86.4353 |
| 23.5 | 80.7853 | 76.8669 | 84.1094 |
| 26 | 77.7007 | 72.9472 | 81.7249 |
| 28.5 | 74.5440 | 68.9324 | 79.2961 |
| 31 | 71.3394 | 64.8658 | 76.8359 |
| 33.5 | 68.1093 | 60.7873 | 74.3557 |
| 36 | 64.8739 | 56.7338 | 71.8661 |
| 38.5 | 61.6517 | 52.7381 | 69.3766 |
| 41 | 58.4594 | 48.8295 | 66.8956 |
| 43.5 | 55.3119 | 45.0335 | 64.4308 |
| 46 | 52.2224 | 41.3716 | 61.9891 |
| 48.5 | 49.2023 | 37.8617 | 59.5766 |
| 51 | 46.2618 | 34.5178 | 57.1989 |

Parametric Method – Weibull

| | | 95% CI | |
|---|---|---|---|
| UsesUsed | Percent | Lower Bound | Upper Bound |
| 3.5 | 99.3225 | 99.1031 | 99.4884 |
| 6 | 98.2306 | 97.8631 | 98.5354 |
| 8.5 | 96.7233 | 96.1255 | 97.2302 |
| 11 | 94.8501 | 93.8366 | 95.7008 |
| 13.5 | 92.6536 | 91.0066 | 94.0089 |
| 16 | 90.1726 | 87.6823 | 92.1819 |
| 18.5 | 87.4443 | 83.9229 | 90.2394 |
| 21 | 84.5045 | 79.7939 | 88.1983 |
| 23.5 | 81.3877 | 75.3647 | 86.0741 |
| 26 | 78.1273 | 70.7074 | 83.8811 |
| 28.5 | 74.7553 | 65.8945 | 81.6323 |
| 31 | 71.3022 | 60.9971 | 79.3395 |
| 33.5 | 67.7969 | 56.0835 | 77.0137 |
| 36 | 64.2664 | 51.2173 | 74.6650 |
| 38.5 | 60.7360 | 46.4564 | 72.3024 |
| 41 | 57.2286 | 41.8516 | 69.9345 |
| 43.5 | 53.7655 | 37.4463 | 67.5689 |
| 46 | 50.3653 | 33.2757 | 65.2127 |
| 48.5 | 47.0450 | 29.3670 | 62.8723 |
| 51 | 43.8189 | 25.7395 | 60.5536 |



## Parametric Method – Weibull

| | | 95% CI | |
|---|---|---|---|
| UsesUsed | Percent | Lower Bound | Upper Bound |
| 3.5 | 99.5696 | 99.4363 | 99.6714 |
| 6 | 98.7260 | 98.4896 | 98.9256 |
| 8.5 | 97.4410 | 97.0550 | 97.7770 |
| 11 | 95.7289 | 95.0427 | 96.3219 |
| 13.5 | 93.6102 | 92.4173 | 94.6209 |
| 16 | 91.1117 | 89.1958 | 92.7018 |
| 18.5 | 88.2649 | 85.4194 | 90.5859 |
| 21 | 85.1058 | 81.1461 | 88.2942 |
| 23.5 | 81.6737 | 76.4474 | 85.8479 |
| 26 | 78.0102 | 71.4062 | 83.2678 |
| 28.5 | 74.1588 | 66.1130 | 80.5743 |
| 31 | 70.1637 | 60.6628 | 77.7872 |
| 33.5 | 66.0689 | 55.1512 | 74.9256 |
| 36 | 61.9174 | 49.6709 | 72.0078 |
| 38.5 | 57.7505 | 44.3081 | 69.0513 |
| 41 | 53.6074 | 39.1403 | 66.0725 |
| 43.5 | 49.5240 | 34.2337 | 63.0870 |
| 46 | 45.5330 | 29.6417 | 60.1092 |
| 48.5 | 41.6634 | 25.4042 | 57.1526 |
| 51 | 37.9400 | 21.5477 | 54.2295 |



## Parametric Method – Weibull

| | | 95% CI | |
|---|---|---|---|
| UsesUsed | Percent | Lower Bound | Upper Bound |
| 3.5 | 98.7414 | 98.4166 | 98.9999 |
| 6 | 97.2893 | 96.7719 | 97.7248 |
| 8.5 | 95.5679 | 94.7533 | 96.2586 |
| 11 | 93.6446 | 92.3842 | 94.7023 |
| 13.5 | 91.5639 | 89.7167 | 93.0921 |
| 16 | 89.3593 | 86.8053 | 91.4434 |
| 18.5 | 87.0571 | 83.6988 | 89.7661 |
| 21 | 84.6794 | 80.4406 | 88.0680 |
| 23.5 | 82.2446 | 77.0692 | 86.3556 |
| 26 | 79.7689 | 73.6196 | 84.6345 |
| 28.5 | 77.2661 | 70.1229 | 82.9093 |
| 31 | 74.7486 | 66.6074 | 81.1842 |
| 33.5 | 72.2271 | 63.0984 | 79.4626 |
| 36 | 69.7113 | 59.6183 | 77.7476 |
| 38.5 | 67.2096 | 56.1871 | 76.0419 |
| 41 | 64.7295 | 52.8221 | 74.3478 |
| 43.5 | 62.2776 | 49.5384 | 72.6675 |
| 46 | 59.8598 | 46.3486 | 71.0026 |
| 48.5 | 57.4810 | 43.2635 | 69.3549 |
| 51 | 55.1458 | 40.2917 | 67.7257 |



Parametric Method – Weibull



### Survival Plot for UsesUsed
Weibull – 95% CI
Censoring Column in Censor - ML Estimates
PartNumber = 470205

| Table of Statistics | | | |
|---|---|---|---|
| Shape | 1.68976 | | |
| | | 95% CI | |
| UsesUsed | Percent | Lower Bound | Upper Bound |
| 3.5 | 99.3622 | 99.2258 | 99.4746 |
| 6 | 98.4218 | 98.2016 | 98.6151 |
| 8.5 | 97.1350 | 96.8368 | 97.4775 |
| 11 | 95.6664 | 95.1218 | 96.1514 |
| 13.5 | 93.9299 | 93.0725 | 94.6842 |
| 16 | 91.9941 | 90.7210 | 93.0992 |
| 18.5 | 89.8844 | 88.1021 | 91.4128 |
| 21 | 87.6237 | 85.2501 | 89.6388 |
| 23.5 | 85.2337 | 82.1989 | 87.7899 |
| 26 | 82.7342 | 78.9815 | 85.8774 |
| 28.5 | 80.1441 | 75.6303 | 83.9117 |
| 31 | 77.4811 | 72.1768 | 81.9022 |
| 33.5 | 74.7618 | 68.6513 | 79.8576 |
| 36 | 72.0019 | 65.0827 | 77.7859 |
| 38.5 | 69.2159 | 61.4981 | 75.6945 |
| 41 | 66.4175 | 57.9232 | 73.5900 |
| 43.5 | 63.6193 | 54.3812 | 71.4789 |
| 46 | 60.8330 | 50.8937 | 69.3668 |
| 48.5 | 58.0692 | 47.4796 | 67.2590 |
| 51 | 55.3378 | 44.1560 | 65.1603 |

Parametric Method – Weibull

| | | 95% CI | |
|---|---|---|---|
| UsesUsed | Percent | Lower Bound | Upper Bound |
| 3.5 | 98.8646 | 98.6135 | 99.0705 |
| 6 | 97.5708 | 97.1850 | 97.9044 |
| 8.5 | 96.0431 | 95.4594 | 96.5532 |
| 11 | 94.3393 | 93.4533 | 95.1086 |
| 13.5 | 92.4971 | 91.2045 | 93.6065 |
| 16 | 90.5445 | 88.7546 | 92.0624 |
| 18.5 | 88.5035 | 86.1406 | 90.4859 |
| 21 | 86.3921 | 83.3948 | 88.8848 |
| 23.5 | 84.2258 | 80.5455 | 87.2653 |
| 26 | 82.0176 | 77.6183 | 85.6328 |
| 28.5 | 79.7791 | 74.6358 | 83.9920 |
| 31 | 77.5204 | 71.6187 | 82.3470 |
| 33.5 | 75.2505 | 68.5856 | 80.7012 |
| 36 | 72.9773 | 65.5532 | 79.0579 |
| 38.5 | 70.7081 | 62.5366 | 77.4196 |
| 41 | 68.4491 | 59.5492 | 75.7888 |
| 43.5 | 66.2060 | 56.6031 | 74.1677 |
| 46 | 63.9839 | 53.7087 | 72.5581 |
| 48.5 | 61.7872 | 50.8752 | 70.9618 |
| 51 | 59.6200 | 48.1108 | 69.3801 |



intuitivesurgical.com

Highly Confidential-AEO