# Core Instrument Strategy

**Extended Lives Narrative**

09/05/19

INTUITIVE

Attorneys' Eyes Only

Intuitive-00671209



# Instruments Platforms for Core: 2019 - 2021

Premium — Base

**Surgeon Proficiency**

Objective: products that enable non-robotic surgeons to master critical tasks of Da Vinci surgery; suturing, and dissection

[redacted]

**Operating Efficiency**

Objective: products that improves the amount of time performing critical Da Vinci tasks for current surgeons and improves the efficiency of managing a Da Vinci program

[redacted]

**Value Enhanced**

Objective: create product enhancements that directly change the value equation with lower cost per use

Extended Life

Near-Term:

Life Testing for targeted instruments

# Extended Life Instruments: Needle Drivers, Graspers, Clip Appliers

**Value to ISI**
1. Allows for a tiered price-per-use of instruments based on stresses on the device under normal use
2. Reduces the number of instruments built on an annual basis

**Value to Customer**
1. Lowers price-per-use for common core instruments
2. Reduces the frequency of reorders for common core instruments
3. Reduces waste, increases efficiency

**Competitive Positioning**
1. Value based category of instrumentation in common Da Vinci surgeries
2. Further defends price position from competitive entry

- Large Needle Driver — 20 Uses
- Mega Needle Driver — 20 Uses
- Mega SutureCut Needle Driver — 20 Uses
- Large SutureCut Needle Driver — 20 Uses
- Cadiere Forceps — 15 Uses
- Tip-Up Fenestrated Grasper — 15 Uses
- ProGrasp Forceps — 15 Uses
- Cobra Grasper — 15 Uses
- Medium-Large Clip Applier — 200 Closures
- Large Clip Applier — 200 Closures
- Small Clip Applier — 200 Closures

Proprietary and Confidential. Copyright ©2017 Intuitive Surgical.

3

Attorneys' Eyes Only                                                                            Intuitive-00671211

## Cumulative Design Improvements to increase instrument life

**How can you increase instrument lives and reprocessing cycles on certain core instruments?**

In an effort to continuously improve instrument reliability and cost efficiency, the **da Vinci Instruments** are designed with extended instrument lives to reduce price-per-use while maintaining expected performance characteristics over the life of the instrument.

Enabling Improvements:
- Cumulative design improvements
- Rigorous reprocessing testing

Supporting Data:
- Design improvement history
- Reprocessing guideline improvement
- Declining RMA rates across instrument family



| Quadruple Aim | | | |
|---|---|---|---|
| Improved Patient Outcomes | Enhanced Patient Experience | Enhanced Provider Experience | Lower Total Cost of Care |
| Same performance | Same performance | Same performance | Reduced per procedure cost |

4

IMPROVE, TEST, COLLABORATE TO ENSURE MAX LONGEVITY



Manage perception of price increase;

Attorneys' Eyes Only
Intuitive-00671213

## Procedure Kits: Non-Standardized Instruments

| Hernia (USD):<br>Xi, 3-arm | Cholecystectomy (USD):<br>Xi 4-arm | GYN-b (USD):<br>Xi 3-arm |
|---|---|---|
| MCS ($340) | 10 life Hook ($200) | MCS ($340) |
| 15 life Force Bipolar ($280) | 15 life ProGrasp ($180) | 15 life Force Bipolar ($280) |
| 20 life Large ND ($180) | 200 fire M/L Clip Applier ($10) x5 | 20 life Mega SCND ($195) |
|  | 15 life Fenestrated Bipolar ($220) |  |
| Accys Total*: $271 | Accys Total: $332 | Accys Total*: $271 |
| Total dV I&A: $1,071 | Total dV I&A: $982 | Total dV I&A: $1,086 |
| -10% discount** | -9% discount | -9% discount |

* Includes 4th arm drape (inoperable) at $10   ** As compared to Most Efficient Xi I&A choreography

6

Attorneys' Eyes Only

Intuitive-00671214

# Launch Considerations

**Consider cadence of release (all at once, staggered, etc.)**

**Consider bundling concept (program approach):**
- Republish reprocessing guidelines/ best practices
- Peel-pack emphasis/ options to supply
- Training

**Consider launching extended life instruments with new visual brand language (2.0)?**
- Provides visual identifier for 10 vs 20 life instruments
- Reduces confusion and burden of manual tracking of reprocessing cycles (if mixed inventory)

7

Hard cut over to ext. lives – consider inventory consumption scenarios

Attorneys' Eyes Only

# Questions?

Why now?

Cumulative/ historical RMA analysis combined with design and reprocessing improvements enables extension of lives.

Why is the instrument more expensive?

The price-per use of the instrument is reduced.

Why aren't all instruments receiving extended lives?

Instruments are chosen based on previously reviewed variables. Lives are determined by instrument action (cutting, clipping, grasping, etc.), reprocessing benchmarks (number of estimated cycles), and performance requirements (clinical task).

8

Attorneys' Eyes Only
Intuitive-00671216



Attorneys' Eyes Only Intuitive-00671217

# Extended Life Core Instruments

**Project Pillars**

- Increase number of lives for needle drivers, cold graspers and clip appliers
- Lower benign procedure prices where a single energy instrument is used

**Product Pillars**

- Needle Drivers to 15 lives
- Cold Graspers to 20 lives
- Clip Appliers to 200 fires

| DA VINCI XI ITEM CODE | NUMBER OF USES | INSTRUMENT NAME |
|---|---|---|
| **ENDOWRIST NEEDLE DRIVERS** | | |
| 470006 | 15 | Large Needle Drive |
| 470309 | 15 | Mega SutureCut Needle Driver |
| 470296 | 15 | Large SutureCut Needle Driver |
| 470194 | 15 | Mega Needle Driver |
| **ENDOWRIST GRASPERS** | | |
| 470093 | 20 | ProGrasp Forceps |
| 470207 | 20 | Tenaculum Forceps |
| 470347 | 20 | Tip-Up Fenestrated Grasper |
| 470048 | 10 | Long Tip Forceps |
| 470318 | 20 | Small Graptor (Grasping Retractor) |
| 470049 | 20 | Cadiere Forceps |
| 470190 | 20 | Cobra Grasper |
| **CLIP APPLIERS** | | |
| 470230 | 200 | Large Clip Applier |
| 470327 | 200 | Medium-Large Clip Applier |
| 470401 | 1200 | Small Clip Applier |

Proprietary and Confidential. Copyright ©2017 Intuitive Surgical.

10

Attorneys' Eyes Only                                                     Intuitive-00671218

## Financials

| da Vinci Xi 8mm EndoWrist Instruments | | Qty | Current Uses | Current Price | Price/ Use | New Uses | Discount | New Price | New Price / Use |
|---|---|---|---|---|---|---|---|---|---|
| 470006-10 | Large Needle Driver | 1 | 10 | $ 2,200.00 | $ 220.00 | 20 | 10% | $ 3,960.00 | $ 198.00 |
| 470309-11 | Mega™ SutureCut™ Needle Driver | 1 | 10 | $ 2,400.00 | $ 240.00 | 20 | 10% | $ 4,320.00 | $ 216.00 |
| 470033-08 | Black Diamond Micro Forceps | 1 | 15 | $ 3,000.00 | $ 200.00 | 30 | 10% | $ 5,400.00 | $ 180.00 |
| 470093-08 | ProGrasp™ Forceps | 1 | 10 | $ 2,200.00 | $ 220.00 | 20 | 10% | $ 3,960.00 | $ 198.00 |
| 470207-08 | Tenaculum Forceps | 1 | 10 | $ 2,200.00 | $ 220.00 | 20 | 10% | $ 3,960.00 | $ 198.00 |
| 470347-08 | Tip-Up Fenestrated Grasper | 1 | 10 | $ 2,200.00 | $ 220.00 | 20 | 10% | $ 3,960.00 | $ 198.00 |
| 470181-08 | Resano Forceps | 1 | 10 | $ 2,200.00 | $ 220.00 | 20 | 10% | $ 3,960.00 | $ 198.00 |
| 470318-08 | Small Graptor™ (Grasping Retractor) | 1 | 10 | $ 2,400.00 | $ 240.00 | 20 | 10% | $ 4,320.00 | $ 216.00 |
| 470048-08 | Long Tip Forceps | 1 | 10 | $ 2,800.00 | $ 280.00 | 20 | 10% | $ 5,040.00 | $ 252.00 |
| 470215-08 | Cardiac Probe Grasper | 1 | 10 | $ 2,400.00 | $ 240.00 | 20 | 10% | $ 4,320.00 | $ 216.00 |
| 470230-09 | Large Clip Applier | 1 | 100 | $ 1,400.00 | $ 14.00 | 200 | 10% | $ 2,520.00 | $ 12.60 |
| 470327-09 | Medium-Large Clip Applier | 1 | 100 | $ 1,400.00 | $ 14.00 | 200 | 10% | $ 2,520.00 | $ 12.60 |
| 470249-08 | Dual Blade Retractor | 1 | 10 | $ 3,500.00 | $ 350.00 | 20 | 10% | $ 6,300.00 | $ 315.00 |
| 470246-08 | Atrial Retractor Short Right | 1 | 10 | $ 3,500.00 | $ 350.00 | 20 | 10% | $ 6,300.00 | $ 315.00 |
| 470001-08 | Potts Scissors | 1 | 10 | $ 1,950.00 | $ 195.00 | 20 | 10% | $ 3,510.00 | $ 175.50 |
| 470007-04 | Round Tip Scissors | 1 | 10 | $ 2,035.00 | $ 203.50 | 20 | 10% | $ 3,663.00 | $ 183.15 |
| 470049-04 | Cadiere Forceps | 1 | 10 | $ 2,100.00 | $ 210.00 | 20 | 10% | $ 3,780.00 | $ 189.00 |
| 470296-04 | Large SutureCut Needle Driver | 1 | 10 | $ 2,400.00 | $ 240.00 | 20 | 10% | $ 4,320.00 | $ 216.00 |
| 470194-04 | Mega Needle Driver | 1 | 10 | $ 2,200.00 | $ 220.00 | 20 | 10% | $ 3,960.00 | $ 198.00 |
| 470190-03 | Cobra Grasper | 1 | 10 | $ 2,200.00 | $ 220.00 | 20 | 10% | $ 3,960.00 | $ 198.00 |
| 470401-05 | Small Clip Applier | 1 | 100 | $ 2,800.00 | $ 28.00 | 200 | 10% | $ 5,040.00 | $ 25.20 |
| 470036-03 | Debakey Forceps | 1 | 10 | $ 2,000.00 | $ 200.00 | 20 | 10% | $ 3,600.00 | $ 180.00 |

11

Attorneys' Eyes Only

Intuitive-00671219

# Extended Life Instrument Reasoning

## Technical Improvements

▪ ███████████████

- Xi & Si Instrument Grasper Family

███████████████████████████

███████████████████████████

███████████

## Reprocessing Improvements
Published Reprocessing Cycles in C&S Manual

- Improved instrument handling due to reprocessing limits
    - 1.5x reprocessing per instrument life
    - Gentler on instrument parts due to lower processing cycles
- Published reprocessing guidelines (11/17 Xi; 2/18 Si)

Evidence:
1. RMA analysis for number of lives remaining
2. Peel packing study
3. Bench testing

Attorneys' Eyes Only    Intuitive-00671220