| From: | Grant Duque [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=85F9EA2FED1C48928E5ED4567D97D39A-GRANT DUQUE] |
|---|---|
| **Sent**: | 3/21/2019 4:36:47 PM |
| **To**: | Joshua Chaidez [Josh.Chaidez@intusurg.com]; Radit Tantisira [Radit.Tantisira@intusurg.com]; Harsukh Ratia [Harsukh.Ratia@intusurg.com]; Nhut Diep [Nhut.Diep@intusurg.com]; Shark Somayaji [Shark.Somayaji@intusurg.com]; Matt Ohline [Matt.Ohline@intusurg.com]; Linda Young [Linda.Young@intusurg.com]; Mark Veeh [Mark.Veeh@intusurg.com]; Alejandro de la Fuente Vornbrock [Alejandro.Delafuente@intusurg.com] |
| **CC**: | Charlie Dean [Charlie.Dean@intusurg.com]; Shreya Purohit [Shreya.Purohit@intusurg.com]; Todd Tourand [Todd.Tourand@intusurg.com]; Anthony McGrogan [Anthony.McGrogan@intusurg.com]; Todd Radgowski [Todd.Radgowski@intusurg.com] |
| **Subject**: | RE: Skywalker Pre-Go Active debrief & next steps |
| **Attachments**: | RMA and Reliability Predictions_TL_AS_02.pptx; COGS Xi 8mm.xlsx; ATT68701; ATT55417 |

All,

Thanks for being patient as I revisited the COGs numbers we want to set for baseline.    I had to get Shark's help to weed through some of the SAP errors.



COGS Xi
8mm.xlsx

The last check-in on COGs was this (we verified are accurate for what we ship today):

| Inst | SKU - ver | COGs |
|---|---|---|
| LND | 470006-12 | 140 |
| MSCND | 470309-14 | 200 |
| Cadiere | 470049-06 | 146 |
| ProGrasp | 470093-11 | 134 |
| MBF | 470172-16 | 160 |
| FBF | 470205-17 | 144 |

If we take the snapshot of SKU versions that were being shipped +3 years post launch(April 2017), these are the COGs for each SKU:

| Inst | SKU - ver | COGs |
|---|---|---|
| LND | 470006-10 | 137 |
| MSCND | 470309-12 | 201 |
| Cadiere | 470049-04 | 146 |
| ProGrasp | 470093-09 | 129 |
| MBF | 470172-14 | 169 |
| FBF | 470205-14 | 169 |

We actually had slightly lower costs for LND and ProGrasp, and insignificant differences for MSCND and Cadiere.    Some of the recent reliability improvements have increased component costs associated w/ them.
For both Bipolar instrument, the +3 post-launch cost was 169.    It wasn't until very recently that we lowered the cost w/ the new overmolded grips and lower cost cables.

Based on this I'm proposing that we stick w/ the current COGs that we have today, with perhaps some leniency on Bipolar (use 169 for both FBF/MBF).    The concern on bipolar is that we may need to add cost back in to ensure reliability of the grips.

Baseline



Highly Confidential-AEO

Intuitive-00967609

| Inst | SKU - ver | COGs | | 1.25X | 1.5X | 1.75X | 2X |
|------|-----------|------|-----|-------|------|-------|-----|
| LND | 470006-12 | | 140 | 175 | 210 | 245 | 280 |
| MSCND | 470309-14 | | 200 | 250 | 300 | 350 | 400 |
| Cadiere | 470049-06 | | 146 | 183 | 219 | 256 | 292 |
| ProGrasp | 470093-11 | | 134 | 168 | 201 | 235 | 268 |
| MBF | 470172-16 | | 169 | 211 | 254 | 296 | 338 |
| FBF | 470205-17 | | 169 | 211 | 254 | 296 | 338 |

Radit, I'll find you to incorporate this into your Project Charter with Minimal, Nominal, and Best scenarios slide.    Notice that I've already included 1.75X and 2X.

---

Regarding lives, I've attached the field data analysis that was done as part of the Core Instrument life extension project.

Bottom line, statistical modelling of our current Xi Core Instruments field data supports >90% reliability (w/ relatively high confidence) even if we extend lives to 15. (12 lives for MBF)



RMA and
Reliability Predict...

I'll share an excerpt and summary of these findings for the Cross BU GoActive meeting.

-grant

_____

**From:** Joshua Chaidez <Josh.Chaidez@intusurg.com>
**Sent:** Thursday, March 21, 2019 9:17 AM
**To:** Radit Tantisira <Radit.tantisira@intusurg.com>; Grant Duque <Grant.Duque@intusurg.com>; Harsukh Ratia <Harsukh.Ratia@intusurg.com>; Nhut Diep <Nhut.Diep@intusurg.com>; Shark Somayaji <Shark.Somayaji@intusurg.com>; Matt Ohline <Matt.Ohline@intusurg.com>; Linda Young <Linda.Young@intusurg.com>; Mark Veeh <Mark.Veeh@intusurg.com>; Alejandro de la Fuente Vornbrock <Alejandro.Delafuente@intusurg.com>
**Cc:** Charlie Dean <Charlie.Dean@intusurg.com>; Shreya Purohit <Shreya.Purohit@intusurg.com>; Todd Tourand <Todd.Tourand@intusurg.com>; Anthony McGrogan <Anthony.McGrogan@intusurg.com>; Todd Radgowski <Todd.Radgowski@intusurg.com>
**Subject:** RE: Skywalker Pre-Go Active debrief & next steps


Radit,

Good Meeting.    Feedback/Questions:
- Minimal Column Cost/Use – stated is 'same as nominal'.    However the lives are 10 in minimal and 12 in nominal.    The cost at 10 lives would be higher, perhaps ~2x depending on Grant's baseline, correct?
- Also, I recall the 1.5x required 15/12.    Is the best 1.5x a reasonable stretch if lives are 12/10?
- Should the ASP premium be noted in the contract?    This is more relevant for margin analysis, which I realize is not the primary focus of the contract, however, it does impact the forecast assumptions.
- Is the forecast based on refurbishment in year 2 and beyond? If yes, should we consider a forecast with no refurbishment since this is TBD awaiting the financial assessment results.    Just want to make sure we drive the correct focus on mfg ramp/supplier capacity timing.

Josh


_____

**From:** Radit Tantisira <Radit.tantisira@intusurg.com>
**Sent:** Wednesday, March 20, 2019 5:15 PM
**To:** Grant Duque <Grant.Duque@intusurg.com>; Harsukh Ratia <Harsukh.Ratia@intusurg.com>; Nhut Diep <Nhut.Diep@intusurg.com>; Shark Somayaji <Shark.Somayaji@intusurg.com>; Matt Ohline <Matt.Ohline@intusurg.com>; Joshua Chaidez <Josh.Chaidez@intusurg.com>; Linda Young <Linda.Young@intusurg.com>; Mark Veeh <Mark.Veeh@intusurg.com>; Alejandro de la Fuente Vornbrock <Alejandro.Delafuente@intusurg.com>
**Cc:** Charlie Dean <Charlie.Dean@intusurg.com>; Shreya Purohit <Shreya.Purohit@intusurg.com>; Todd Tourand <Todd.Tourand@intusurg.com>; Anthony McGrogan <Anthony.McGrogan@intusurg.com>; Todd Radgowski <Todd.Radgowski@intusurg.com>
**Subject:** RE: Skywalker Pre-Go Active debrief & next steps


Hi all. Thanks for making the time to talk through a modified Skywalker Project Charter that focuses on 3 scenarios at mature volumes (~100k/yr).

Here's an initial project charter draft that consolidates our conversation into the 3 different scenarios.
- Establishing cost/use target
- **Grant** to provide historical base 8mm Xi product cost at 3 year maturity
- Nominal scenario multiplies this cost x 1.50
- Best scenario multiplies this cost x 1.25
- Financial summary – **Linda**, looking for your help to run 3 different financial scenarios according to the Minimal, Nominal, Best assumptions

Highly Confidential-AEO                                                      Intuitive-00967611

- We will have to revise Shreya's forecast by assuming the number of instrument lives in the first year. 2nd year lives for all scenarios can be assumed to be 12 and 15.
- SV manufacturing for 1st year of launch. 2nd year in MX.
- Partial in-source of sensor assemblies at launch with 1st year of assembly also in SV. This labor rate increase affects the sensor cost assumption. This requires additional AET resources to support.
- **Nhut/Grant,** can you help consolidate the revised costs assuming SV manufacturing of partial in-source and instrument?
- Eliminate the fully outsourced scenario from NLE
- Refurbishment requires (at a minimum) additional assessment to determine financial viability. I left in Nominal and Best goals for now.
- For the financial summary, I think we can add refurbishment into the Best scenario.
- Shreya, I'm still assuming Xi/X compatible without FFB function although that was raised as a question in today's user facing meeting.

Please review and provide your input. Thanks.
Radit

| Topics | Minimal | Nominal | |
|---|---|---|---|
| Instrument Scope | Same as nominal | Add FFB to 6 instruments:<br>●LND, MSCND<br>●Prograsp, Cadiere<br>●MBF, FBF<br>Xi/X compatible without FFB function | Nominal set with **Force Bipolar** replacing FBF |
| Product Cost Target at ~100k vol/yr<br>●Cost/use | Same as nominal | Grant to provide historical base 8mm Xi product cost at 3yr maturity<br>X 1.50 | Grant to provide historical base 8mm Xi product cost at 3yr maturity<br>X 1.25 |
| ●Instrument lives | 10 lives / instrument on needle drivers, cold graspers, and bipolar instruments | 12 lives / instrument on needle drivers and cold graspers<br>10 lives / instrument on bipolar instruments | 15 lives / instrument for needle drivers and cold graspers<br>12 lives / instrument for bipolar |
| ●Refurbishment | Assess financial viability of refurbishment program | Process defined for instrument teardown and rebuild<br>Logistics process defined for collection | Qualified for 1 refurb cycle for a same number of lives/instrument at launch |
| Financial summary<br>(SV mfg 1st year, 12/15 lives by 2nd year, sensor assy partial in-source at launch, full in-source at 100k) | No refurbishment<br><br>NPV | No refurbishment<br><br>NPV | + Refurbishment<br><br>NPV |
| Schedule<br>Regulatory Submit<br>First Case - *Country*<br>Full Launch – *Country* | FL US ≤ 5Q after O2 US FL<br><br>+1Q: Traditional 510(k) submit = Q2 2021<br>FC (OUS/US) = Q2 2022<br>FL US = Q2 2022 | FL US ≤ 4Q after O2 US FL<br><br>Traditional 510(k) submit = Q1 2021<br>FC OUS or US = Q1 2022<br>FL US = Q1 2022 | FL US ≤ 3Q after O2 US FL<br><br>-1Q: Traditional 510(k) submit = Q4 2020<br>FC OUS or US = Q4 2021<br>FL US = Q4 2021 |
| Project Cost<br>Current Baseline<br>Current Year Budget | +20%: Total project budget = $34.6M<br>2019 budget = $3.5M | Total project budget = $28.8M<br>2019 expense budget = $2.9M | -20%: Total project budget = $23.0M<br>2019 budget = $2.3M |

-----Original Appointment-----
**From:** Radit Tantisira
**Sent:** Tuesday, March 19, 2019 3:44 PM
**To:** Radit Tantisira; Grant Duque; Harsukh Ratia; Nhut Diep; Shark Somayaji; Matt Ohline; Joshua Chaidez; Linda Young; Mark Veeh
**Cc:** Charlie Dean; Alejandro de la Fuente Vornbrock
**Subject:** Skywalker Pre-Go Active debrief & next steps

**When:** Wednesday, March 20, 2019 3:00 PM-4:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** CR-SV-B1090.2 Core Instrs

First of perhaps several smaller meetings to discuss Skywalker Go Active prep. I know some of you aren't available for this meeting, but I wanted to meet sooner rather than later to get initial thoughts.

1.Discuss scenario planning and assumptions we should make to establish the minimum requirements to launch. What different financial models should we create?
2.How should the presentation change for next week's cross BU Go Active meeting? Audience is Bob and staff and Brian and staff.

My initial thoughts on scenarios and assumptions:
•At launch: 10k volume pricing, 10/12 lives, partial sensor in-source = MINIMUM TO LAUNCH?
•1yr post launch: 40k volume pricing, 12/15 lives, partial sensor in-source
•4yr post launch: 100k volume pricing, 12/15 lives; full sensor in-source


-- Do not delete or change any of the following text. --
Join WebEx meeting
Meeting number: 624 796 266

Join from a video conferencing system or application
Dial 624796266@intusurg.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

If you are a host, go here to view host information.

Join by phone
1-650-479-3207 Call-in toll number (US/Canada)
Access code: 624 796 266

Global call-in numbers

Can't join the meeting? Contact support.


**IMPORTANT NOTICE:** *Please note that this WebEx service allows audio, documents, and other information viewed or exchanged during the session to be recorded, which may be discoverable in a legal matter. By joining this session, you automatically consent to such recordings. If you do not consent to being recorded, please discuss your concerns with the host prior to the start of the session or do not join the session.*

Highly Confidential-AEO