Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  MIDDLE DISTRICT OF FLORIDA

 3                         TAMPA DIVISION

 4

 5   REBOTIX REPAIR, LLC

 6            Plaintiff,

 7   vs.                              Case No. 8:20-CV-02274

 8   INTUITIVE SURGICAL, INC.,

 9            Defendant.
10   ------------------------------/

11

12

13                      REMOTELY CONDUCTED

14      VIDEOTAPED DEPOSITION OF RONALD LEE BAIR, JR.

15        Livermore, California (Witness's location)

16                   Monday, May 24, 2021

17

18

19

20

21   Stenographically reported by:
     LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
22   California CSR No. 10523
     Washington CSR No. 3318
23   Oregon CSR No. 19-0458
     Texas CSR No. 11318
24

25   Job No. 194222
```

```
 1              May 24, 2021

 2            12:39 p.m. PDT

 3

 4   Remotely conducted videotaped deposition

 5   of Ronald Lee Bair, Jr., before Lorrie L.

 6   Marchant, a Certified Shorthand Reporter,

 7   Registered Merit Reporter, Certified

 8   Realtime Reporter, California Certified

 9   Realtime Reporter, Certified Realtime

10   Captioner.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                              Page 3
 1                A P P E A R A N C E S

 2          (All appearances remotely via Zoom)

 3

 4   APPEARING ON BEHALF OF THE PLAINTIFF:

 5           DOVEL & LUNER

 6           BY:  ALEXANDER ERWIG, ESQ.

 7                LORENZO LAMO, LEGAL ASSISTANT

 8           201 Santa Monica Boulevard

 9           Santa Monica, CA 90401

10

11   APPEARING ON BEHALF OF THE DEFENDANT:

12           SKADDEN ARPS SLATE MEAGHER & FLOM

13           BY:  KAREN LENT, ESQ.

14                WILLIAM DARIO, ESQ.

15           One Manhattan West

16           New York, NY 10001

17

18   ALSO PRESENT:

19           Danielle Greene, Videographer

20

21                    ---oOo---

22

23

24

25
```

Page 136

```
 1       A.   That is correct.
 2       Q.   So if Intuitive doesn't service that robot
 3   and the robot fails, it means the hospital can no
 4   longer do surgeries with that robot; right?
 5       A.   That is correct.
 6       Q.   So if Intuitive hears that a hospital is
 7   using reprogrammed instrumentation on a da Vinci
 8   robot, ultimately, Intuitive will not service that
 9   da Vinci robot; right?
10       A.   Following the steps that we discussed, we
11   may end up declining to service the robot.  That is
12   correct.
13       Q.   And, ultimately, when hospitals have
14   continued to use these EndoWrists that have been
15   reprogrammed by a third party, Intuitive has, in
16   fact, terminated sales agreements and refused to
17   service da Vinci robots; right?
18       A.   That is correct.
19       Q.   And so it's certainly not true that there's
20   no consequence to a hospital that wants to use
21   reprogrammed EndoWrists on its da Vinci robots;
22   right?
23       A.   That is correct.
24       Q.   In fact, Intuitive aggressively enforces
25   its sales contracts to ensure that hospitals don't
```