| | |
|---|---|
| **From:** | Katie Scoville [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=015E406D44CF40CDABB530EFD918CA54-KATIE SCOVI] |
| **Sent:** | 9/14/2017 11:31:20 AM |
| **To:** | Dirk Barten [Dirk.Barten@intusurg.com] |
| **Subject:** | RE: Dragon and Dragon Pilot Not Proceeding |

Dirk,

> # Redacted for Privilege

Thanks,
Katie

---

**From:** Dirk Barten
**Sent:** Wednesday, September 13, 2017 2:24 AM
**To:** Katie Scoville <Katie.Scoville@intusurg.com>
**Subject:** RE: Dragon and Dragon Pilot Not Proceeding

Hi Katie,
Yes, we all agree !
I want to remark the following. In case we need to drop I+A pricing in some regions – to add the message in volume contracts that those sites would accept also partial deliveries based on refurbished material would avoid potential push back from competition - telling that we use our monopole role to keep competition out.
Potential usage of refurb material allows us to lower pricing !
Would you agree ?
In case yes – how would you recommend addressing this ?
Thanks in advance
Dirk

---

**From:** Katie Scoville
**Sent:** Wednesday, September 13, 2017 7:46 AM
**To:** Dirk Barten <Dirk.barten@intusurg.com>; Damien Desmedt <Damien.Desmedt@intusurg.com>
**Cc:** Juli Elston <Juli.Elston@intusurg.com>; Dominic Schmidt <Dominic.schmidt@intusurg.com>
**Subject:** Dragon and Dragon Pilot Not Proceeding

Dirk and Damien,

I want to ensure that we are all on the same page regarding project Dragon.   As was presented and discussed at the September offsite the decision has been made not to pursue Dragon (refurb instruments) nor to pursue a Dragon pilot. The benefit of the pilot (possible success stories) did not outweigh the risk (confusion and distraction) since we are not pursuing Dragon in the near term.   Planning for the pilot was underway at the CSD level, but none of the sites had been engaged or approached.    I will communicate to Geoffrey, Arnauld, and Matti that the pilot will not be pursued.   I do not expect this to be a disruption to any of them.   Dominic and I will support any lingering close-out questions.

I want to thank you both for the support provided as we worked to understand the need for Dragon and the potential paths forward for the pilot.   I think that the foundation laid will be helpful if Dragon is revived or morphed into a

Attorneys' Eyes Only

Intuitive-00604054

different enterprise solution in the future (per procedure pricing, etc.).   In the meantime, I look forward to working with you and your teams on X and services.

Best,
Katie

Attorneys' Eyes Only

Intuitive-00604055