

Da Vinci



This site uses cookies for personalization, measuring site traffic, and providing an optimal user experience. Click 'Accept' to opt into this enhanced experience or 'Reject' to reject all cookies except essential cookies required for the website to function.

Cookie Settings

Reject      Accept



Da Vinci

# Trusted dexterity

Choose Intuitive's multi-functional da Vinci instruments with EndoWrist technology when you want fully wristed dexterity with a minimally invasive approach. Inspired by the human hand—but with a greater range of motion—our graspers, needle drivers, and energy instruments help enable surgical precision. With a variety of modalities, our instruments can be used for a range of procedures. Your da Vinci system seamlessly adjusts hand-to-instrument ratios, and tremor reduction further enhances fingertip control.



## Force Bipolar with DualGrip

Added control.[1] Nonstop progress.[2] Using Force Bipolar with DualGrip technology you can switch grip strength without switching graspers. Use Force Bipolar throughout a case.

More on Force Bipolar



This site uses cookies for personalization, measuring site traffic, and providing an optimal user experience. Click 'Accept' to opt into this enhanced experience or 'Reject' to reject all cookies except essential cookies required for the website to function.



Da Vinci



Streamline the start. Make your first access to the abdomen consistent with a range of accessories for the da Vinci X and da Vinci Xi surgical systems.

Read the brochure

## Da Vinci Single-Site

Add single-incision versatility to your da Vinci X and Xi systems. Single-Site technology integrates seamlessly to enable one incision at the umbilicus for cholecystectomy, benign hysterectomy or salpingo-oophorectomy.



Read the brochure

## Our da Vinci instruments with EndoWrist technology

**Clip Appliers**

Choose your multiple clip sizes for...

**Bipolar Instruments**

Keep your...precision and...

This site uses cookies for personalization, measuring site traffic, and providing an optimal user experience. Click 'Accept' to opt into this enhanced experience or 'Reject' to reject all cookies except essential cookies required for the website to function.



Da Vinci

A portfolio of needle drivers with wristed articulation enables suturing at multiple angles.

## Instrument portfolio details

**I&A; product catalog**

See our catalog of instruments and accessories with how to order. Learn about our Extended Use Program.

Explore the catalog

**Product user manuals**

Download guides, instructions and documentation for your da Vinci surgical systems and instruments.

Find your manuals

## Integrated da Vinci products

Explore our da Vinci portfolio that includes systems with advanced instruments and technologies that bring vision, energy and innovation to your OR.




This site uses cookies for personalization, measuring site traffic, and providing an optimal user experience. Click 'Accept' to opt into this enhanced experience or 'Reject' to reject all cookies except essential cookies required for the website to function.



Da Vinci



**STAPLING**                                    **ENERGY**



**VISION**

## Help with instruments when you need it

Running a successful robotics program requires more than technical support. Our experts answer questions 24x7—even during surgery. And we can visit you to help with sterile reprocessing training and techniques that maximize instrument life.

This site uses cookies for personalization, measuring site traffic, and providing an optimal user experience. Click 'Accept' to opt into this enhanced experience or 'Reject' to reject all cookies except essential cookies required for the website to function.



Da Vinci

  Disclosures and important safety information

**Important safety information**

Serious complications may occur in any surgery, including da Vinci surgery, up to and including death. Examples of serious or life-threatening complications, which may require prolonged and/or unexpected hospitalization and/or reoperation, include but are not limited to, one or more of the following: injury to tissues/organs, bleeding, infection and internal scarring that can cause long-lasting dysfunction/pain.

Risks specific to minimally invasive surgery, including da Vinci surgery, include but are not limited to, one or more of the following: temporary pain/nerve injury associated with positioning; a longer operative time, the need to convert to an open approach, or the need for additional or larger incision sites. Converting the procedure could result in a longer operative time, a longer time under anesthesia, and could lead to increased complications. Contraindications applicable to the use of conventional endoscopic instruments also apply to the use of all da Vinci instruments.

For Important Safety Information, indications for use, risks, full cautions and warnings please also refer to www.intuitive.com/safety.

Individuals' outcomes may depend on a number of factors, including but not limited to patient characteristics, disease characteristics and/or surgeon experience.

**Da Vinci Xi system precaution statement**

The demonstration of safety and effectiveness for the specific procedure(s) discussed in this material was based on evaluation of the device as a surgical tool and did not include evaluation of outcomes related to the treatment of cancer (overall survival, disease-free survival, local recurrence) or treatment of the patient's underlying disease/condition. Device usage in all surgical procedures should be guided by the clinical judgment of an adequately trained surgeon.

**Instrument and accessory care**

It is the responsibility of the owner of the da Vinci Surgical System to properly train and supervise its personnel to ensure that the instruments and accessories are properly cleaned, disinfected and sterilized as required by the User's Manual. The da Vinci products should not be used in a clinical setting unless the institution has verified that these products are properly processed in accordance with the da Vinci System User's Manual.

**Single-Site technology for the da Vinci Xi surgical system**

The Intuitive Surgical da Vinci Xi Single-Site Instruments and Accessories used with the da Vinci Xi Surgical System (IS4000) are indicated for use by trained physicians in an operating room environment for endoscopic manipulation of tissue, grasping, cutting, blunt and sharp dissection, approximation, clip-ligation, electrocautery, suction/irrigation and suturing during single incision laparoscopic cholecystectomy, benign hysterectomy and salpingo-oophorectomy with the da Vinci Xi Single-Site Instruments and

This site uses cookies for personalization, measuring site traffic, and providing an optimal user experience. Click 'Accept' to opt into this enhanced experience or 'Reject' to reject all cookies except essential cookies required for the website to function.



Da Vinci

Home > Da Vinci > Instruments

Products & Services

Healthcare Professionals

Patients

About

Cookies
Privacy Policy
Terms of Use
Sitemap

Copyright © 2022 Intuitive Surgical. All Rights Reserved. Product names are trademarks or registered trademarks of Intuitive Surgical or their respective owners. See www.intuitive.com/trademarks.

PN 1041171 REV E 09/20



This site uses cookies for personalization, measuring site traffic, and providing an optimal user experience. Click 'Accept' to opt into this enhanced experience or 'Reject' to reject all cookies except essential cookies required for the website to function.