```
                                                                  Page 1
1              IN THE UNITED STATES DISTRICT COURT

2                  MIDDLE DISTRICT OF FLORIDA

3                       TAMPA DIVISION

4                         ---oOo---

5    REBOTIX REPAIR LLC,              :
                                      :
6                 Plaintiff,          :
                                      :
7          vs.                        : No. 8:20-CV-02274
                                      :
8    INTUITIVE SURGICAL, INC.,        :
                                      :
9                                     :
                  Defendant.          :
10   _____  :

11

12

13                    HIGHLY CONFIDENTIAL

14          REMOTE DEPOSITION OF GLENN VAVOSO

15                     May 14, 2021

16

17

18

19

20

21

22   Job No. 194104

23   Stenographically reported by:

24   LAURA AXELSEN, CSR NO. 6173

25       RMR, CCRR, CRR, CRC
```

Page 2

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 MIDDLE DISTRICT OF FLORIDA

 3                      TAMPA DIVISION

 4                        ---oOo---

 5   REBOTIX REPAIR LLC,                :
                                        :
 6             Plaintiff,               :
                                        :
 7        vs.                           : No. 8:20-CV-02274
                                        :
 8   INTUITIVE SURGICAL, INC.,          :
                                        :
 9                                      :
               Defendant.               :
10   _____:

11

12        BE IT REMEMBERED THAT, pursuant to Notice and

13   on Friday, May 14, 2021, 9:05 a.m., with all

14   participants being present via Zoom

15   videoconference  before me, LAURA AXELSEN, a

16   Certified Shorthand Reporter, remotely appeared

17                      GLENN VAVOSO,

18   called as a witness by the plaintiff.

19                        ---oOo---

20

21

22

23

24

25
```

```
 1                      APPEARANCES

 2

 3   FOR THE PLAINTIFF:

 4

 5          DOVEL & LUNER

 6          BY:   ALEXANDER ERWIG, ESQ.

 7                JULIEN ADAMS, ESQ.

 8          201 Santa Monica Boulevard

 9          Santa Monica, California  90401

10

11   FOR THE DEFENDANT:

12

13          SKADDEN, ARPS, SLATE, MEAGHER & FLOM

14          BY:   KAREN LENT, ESQ.

15                ALENA PERSZYK, ESQ.

16          One Manhattan West

17          New York, New York  10001

18

19          There being also present Thomas D'Anieri,

20   Naomi Caldwell, and Jacob Arvold, videographer.

21

22                     ---oOo---

23

24

25
```

```
 1   to its maximum number of uses.  Do you see that?
 2        A.   Yes.
 3        Q.   What do you understand that to mean?
 4        A.   The instruments have a designated number of
 5   lives.  And once those lives are used, then the
 6   license has expired.
 7        Q.   Is it your understanding that hospitals can
 8   repair, refurbish, or recondition an EndoWrist prior
 9   to its use counter expiring?
10        A.   My understanding, that occurs, yes.
11        Q.   Well, it's not a question of if it occurs.
12   My question right now is just about the words in
13   this contract.  And it reads, Any other use is
14   prohibited whether before or after the instrument or
15   accessories license expiration, including repair,
16   refurbishment, so forth.
17             Do you see that?
18        A.   I do.
19        Q.   Is it your understanding that this sales
20   contract prohibits hospitals from repairing,
21   refurbishing, or reconditioning their EndoWrists
22   regardless of how many uses are remaining?
23        A.   Yes.
24        Q.   So, for example, if there's some uses left
25   on the use counter and some graspers have become
```

Page 198

1   misaligned, the hospital is not permitted, under
2   this sales contract, to realign those graspers,
3   true?
4        A.   It says that they would be prohibited from
5   modifying or repairing that instrument.
6        Q.   And realigning graspers, that would be --
7   would that be a repair of the instrument?
8        A.   Could fall in the definition of repair.
9        Q.   I want to get a sense of it.  I'm not too
10  concerned of whether it falls under the definition
11  of repair or refurbishment.  I just want to get a
12  sense of if a hospital realigns the graspers on an
13  EndoWrist after they become misaligned, that's
14  something that's prohibited by Section 8 of this
15  sales contract, right?
16       A.   It would be.
17            MS. LENT:  Objection.
18            MR. ERWIG:  Q.  This paragraph, paragraph
19  8, does this appear in each of the sales contracts
20  that Intuitive has with hospitals who purchase the
21  da Vinci surgical robot?
22       A.   To my knowledge, yes.
23       Q.   Is it your understanding, is -- withdrawn.
24            As Intuitive's 30(b)(6) witness, can you
25  identify any sales contract with the hospital that