*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
     SURGICAL INSTRUMENT SERVICE     )
 5   COMPANY, INC.,                  ) Case No.:
                                     ) 3:21-cv-03496-VC
 6              Plaintiff,           )
                                     ) Lead Case No.:
 7         vs.                       ) 3:21-cv-03825-VC
                                     )
 8   INTUITIVE SURGICAL, INC.,       ) Pages 1 to 65
                                     )
 9              Defendant            )
     _____)
10   IN RE: DA VINCI SURGICAL ROBOT  )
     ANTITRUST LITIGATION            )
11   _____)
     THIS DOCUMENT RELATES TO:       )
12   ALL ACTIONS                     )
     _____)
13
14          *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
15                     DEPOSITION OF:
16                  KEITH ROBERT JOHNSON
17               IN HIS PERSONAL CAPACITY
18                THURSDAY, OCTOBER 27, 2022
19                       1:27 p.m.
20
21   REPORTED BY:
22   Vickie Blair
23   CSR No. 8940, RPR-CRR
24   JOB NO. 5539883
25   PAGES 1 - 68
```

Page 1

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    Deposition of KEITH ROBERT JOHNSON, the witness, taken
 2    on behalf of the Defendant, on Thursday,
 3    October 27, 2022, 1:27 p.m., before VICKIE BLAIR,
 4    CSR No. 8940, RPR-CRR.
 5
 6    APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8    FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
      SERVICE CO. INC.:
 9
              HALEY GUILIANO LLP
10            BY JOSHUA VAN HOVEN, Partner
              111 North Market Street
11            Suite 900
              San Jose, California  95113
12            +1 669 213 1061
              joshua.vanhoven@hglaw.com
13
      FOR DEFENDANT INTUITIVE SURGICAL, INC.:
14
              COVINGTON & BURLING LLP
15            BY ISAAC D. CHAPUT, Associate
              415 Mission Street
16            Suite 5400
              San Francisco, California  94105-2533
17            +1 415 591 7020
              ichaput@cov.com
18
              COVINGTON & BURLING LLP
19            BY AUSTIN S. MARTIN, Associate
              One CityCenter
20            850 Tenth Street, NW
              Washington, D.C.  20001-4956
21            +1 202 662 5094
              amartin@cov.com
22
23
24
25
```

```
 1    your answers about that timeline be roughly the same?    14:52:00

 2              MR. CHAPUT:  Object to the form.               14:52:06

 3              THE WITNESS:  Yes, I'm -- I'm -- I'm a         14:52:09

 4    sales guy, I'm looking for opportunities to sell.  This  14:52:11

 5    robotic program created an opportunity for SIS to        14:52:15

 6    substantially increase the revenue of our organization,  14:52:18

 7    a great opportunity, and that was what I -- I was -- I   14:52:20

 8    was pumped about the opportunity.                        14:52:24

 9    BY MR. SNYDER:                                           14:52:25

10         Q    Let's -- let's go -- let's go there next.      14:52:29

11    I just have a few questions.                             14:52:33

12              This morning I believe you used the word       14:52:35

13    "monumental" in connection with the level of interest    14:52:41

14    in EndoWrist repair.                                     14:52:43

15              Is that a word that you used in that           14:52:44

16    context, Mr. Johnson?                                    14:52:46

17         A    I believe I did, and I don't use that word     14:52:48

18    very often.                                              14:52:50

19         Q    And are -- are there -- are there key --       14:52:53

20    key moments or key events that you have in mind when     14:53:01

21    you refer to the monumental level of interest in         14:53:05

22    EndoWrist repair?                                        14:53:08

23              MR. CHAPUT:  Object to the form.               14:53:11

24              THE WITNESS:  Yeah, there's -- there's a       14:53:12

25    couple very distinct meetings that stick out in my       14:53:16
```

```
 1     head, yes.                                               14:53:18
 2     BY MR. SNYDER:                                           14:53:20
 3         Q    And what -- what are those -- those             14:53:20
 4     meetings that stick out?                                 14:53:26
 5         A    One of the biggest ones was the meeting         14:53:27
 6     that we had with Advocate Aurora in Wisconsin.  I'll    14:53:35
 7     just say this, in -- in -- in every meeting that I had, 14:53:46
 8     and I'm not saying some of them, I'm saying all of      14:53:50
 9     them, the -- the level of interest from the people that 14:53:52
10     I met with, which was always usually the C-suite, VP of 14:53:58
11     supply chain, VP of perioperative services, chief       14:54:02
12     robotic surgeon, one of those groups, every single one  14:54:07
13     of them was absolutely excited about this program.      14:54:10
14              Every one of them used the word                14:54:15
15     "hemorrhage;" almost all -- I won't say every one, a    14:54:17
16     majority of the people I meet with said "We hemorrhage  14:54:23
17     money to Intuitive Surgical.  We are looking for ways   14:54:28
18     to reduce costs."                                       14:54:30
19              They love the robot.  They do.  They all       14:54:31
20     love it.  They understand what it does.                 14:54:34
21              It's -- it's the -- the lack of being able     14:54:36
22     to bring these other services that we were offering to  14:54:37
23     the table to help them reduce their costs, and that was 14:54:41
24     what they were excited about.                           14:54:44
25         Q    A couple other names that came up earlier      14:54:51
```

```
 1    today I wanted to ask about.                          14:54:54
 2              You testified about Vizient.                14:54:56
 3              Do you recall that?                         14:54:57
 4         A    Uh-huh.                                     14:54:58
 5         Q    And what -- what is Vizient?                14:54:58
 6         A    So Vizient is the largest health care GPO   14:55:01
 7    in the country.                                       14:55:09
 8         Q    What was Vizient's level of interest in     14:55:10
 9    EndoWrist repair?                                     14:55:12
10         A    I have met with the CEO of Vizient, the     14:55:18
11    chief customer officer of Vizient, in fact, the chief 14:55:21
12    customer officer of Vizient scheduled a meeting with  14:55:26
13    his six high level people that run the entire country 14:55:28
14    because that's how excited they were about this       14:55:32
15    program.                                              14:55:35
16              They don't -- Vizient doesn't get any       14:55:36
17    value from Intuitive Surgical, they don't get admin   14:55:38
18    fees from Intuitive Surgical, they don't get anything 14:55:43
19    from Intuitive Surgical.                              14:55:47
20              So the fact that SIS had a program that     14:55:50
21    could reduce costs to health care, help the hospitals 14:55:52
22    reduce their cost for robotic surgery, and they could 14:55:55
23    bring value to their customers in the robotic space was 14:55:58
24    an absolute home run for them.                        14:56:01
25         Q    And could -- can you describe generally     14:56:05
```

| | | |
|---|---|---|
| 1 | how large Vizient is?  I mean, you said they're the | 14:56:11 |
| 2 | largest, but what does that mean? | 14:56:15 |
| 3 |     A    Yeah, they represent, don't quote me | 14:56:16 |
| 4 | specifically, but they represent somewhere between | 14:56:19 |
| 5 | 2,500 and 3,000 hospitals. | 14:56:22 |
| 6 |     Q    And what -- what's Vizient's geographic | 14:56:24 |
| 7 | scope? | 14:56:29 |
| 8 |     A    National, every state in the union. | 14:56:29 |
| 9 |     Q    Another -- another name that I believe | 14:56:36 |
| 10 | came up earlier today was Johns Hopkins. | 14:56:37 |
| 11 |     Did you mention Johns Hopkins? | 14:56:41 |
| 12 |     A    Yes. | 14:56:43 |
| 13 |     Q    What do you recall about -- did you meet | 14:56:43 |
| 14 | with Johns Hopkins at any point? | 14:56:45 |
| 15 |     A    Yes. | 14:56:48 |
| 16 |     Q    What do you recall about that meeting? | 14:56:48 |
| 17 |     A    I could describe the gentleman to you | 14:56:56 |
| 18 | because I remember specifically what he looked like, I | 14:56:57 |
| 19 | believe he was the director of sourcing or the VP of | 14:57:00 |
| 20 | supply chain, and forgive me for not remembering his | 14:57:04 |
| 21 | title specifically, that meeting was teed up by the | 14:57:08 |
| 22 | Vizient director that -- the client executor that | 14:57:13 |
| 23 | managed that relationship with Johns Hopkins, and they | 14:57:17 |
| 24 | told them that they had a vendor that had a cost | 14:57:19 |
| 25 | savings program around robotic surgery. | 14:57:21 |