HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SURGICAL INSTRUMENT SERVICE
COMPANY, INC.,

             Plaintiff / Counterclaim Defendant,

    v.

INTUITIVE SURGICAL, INC.,

           Defendant / Counterclaim Plaintiff.

Case No.: 3:21-cv-03496-VC

**Second Rebuttal Expert Report of Richard F. Bero, CPA, CVA**
**March 1, 2023**

*The BERO Group*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## TABLE OF CONTENTS

I.      Introduction ........................................................................................................ 1

        A.      Assignment .......................................................................................... 1

        B.      Basis for my second rebuttal report ..................................................... 1

        C.      Expert experience and compensation.................................................... 2

        D.      Basic damages assumptions .................................................................. 3

II.     The Smith Rebuttal Report .............................................................................. 3

III.    The Bero Report's inclusion of damages associated with the X/Xi EndoWrist instruments
        is assumed, and appears reasonable based on the evidence in the case ............................ 4

IV.     The Bero Report properly analyzed the "but-for" market ................................. 5

        A.      The Smith Rebuttal Report speculates Intuitive would hypothetically
                increase da Vinci Surgical System pricing and lower EndoWrist
                instrument pricing. ............................................................................... 5

        B.      The Smith Rebuttal Report's hypothetical Intuitive pricing approach is not
                consistent with Intuitive's contemplated actions ..................................... 6

        C.      The Smith Rebuttal Report's hypothetical Intuitive pricing approach fails
                to account for Intuitive's identified secondary market benefits............................ 6

V.      The Bero Report conservatively considered SIS costs associated with not owning
        "intellectual property" ..................................................................................... 7

        A.      Incorporating SIS's costs based on Rebotix's expected selling prices to
                SIS results in higher lost profits as shown on Second Rebuttal Schedule
                1.0.......................................................................................................... 11

VI.     The Bero Report properly considered SIS's relationships with Rebotix (and Restore) ... 12

        A.      The Smith Rebuttal Report speculates on what Rebotix or Restore "could"
                or "may" have done. ............................................................................. 12

        B.      The Smith Rebuttal Report fails to account for SIS's vendor/customer
                relationships. ........................................................................................ 13

        C.      Rebotix's goal was a long-term relationship with SIS due to its national
                customer accounts .................................................................................. 14

VII.    The Bero Report's market penetration rate is reasonable and appropriate ...................... 14

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

A.     The Smith Rebuttal Report seems to (misleadingly) suggest the Bero Report's penetration rates (i.e., 2% to 12%) are reliant on three purported "benchmarks" ................................................................................................ 14

B.     The Bero Report's 2% to 12% penetration rates appear reasonable relative to Intuitive's August 2019 estimated 41% to 50% penetration rate .................... 15

C.     The Bero Report's 2% to 12% penetration rates appear reasonable relative to Stryker's 8.5% to 9% expected penetration rates ............................................. 16

D.     The Bero Report's 2% to 12% penetration rates appear reasonable relative to Deutsche Bank's 4% to 6% penetration rates .................................................. 17

E.     The Smith Rebuttal Report's reference to Vizient, if anything, highlights the Bero Report's conservative penetration rates .................................................. 17

F.     The Bero Report's 60% expiration rate is reasonable ......................................... 18

G.     The Bero Report's conversion rates of 15% in Year 1, 50% in Year 2, and 70% in Year 3 appear reasonable ......................................................................... 20

H.     The Bero Reports assumption FDA approval was not needed appears reasonable. ............................................................................................................ 21

I.     The Bero Report's collection rate of 70% is reasonable ..................................... 21

VIII.   The Bero Report's Disgorgement Damages pertaining to SIS's claims under the Lanham Act are appropriate ........................................................................................................... 23

A.     The Smith Rebuttal Report apparently is unaware of the Lanham Act allegations in the Complaint ................................................................................ 24

IX.    The Smith Rebuttal Report makes unsupported deductions in its Lanham Act analyses. 25

A.     The Smith Rebuttal Report primarily reduces disgorgement damages by eliminating X/Xi EndoWrist sales ...................................................................... 26

X.     Conclusion ................................................................................................................... 26

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## I.      Introduction

### A.      Assignment

I previously submitted an expert report dated December 2, 2022 (the "Bero Report") and a rebuttal expert report dated January 18, 2023 (the "Bero Rebuttal Report") in this matter.[1]  In the Bero Report, I provided expert opinions on damages on behalf of Surgical Instrument Service Company, Inc. ("SIS") in *Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.,* Case No. 3:21-cv-03496-VC.[2]  As described in the Bero Report, I understand SIS has accused Intuitive Surgical, Inc. ("Intuitive" or the "Defendant") of the following five counts: (1) Tying; (2) Exclusive Dealing; (3) Monopolization; (4) Attempted Monopolization; and (5) Unfair Trade Practices – Violation of Lanham Act.[3]  I referred to these counts, collectively, as the "Alleged Wrongdoings."

In the Bero Rebuttal Report, I addressed Intuitive's claimed damages for its five counterclaims as contained in the Expert Report of Loren K. Smith, PH.D., dated December 2, 2022 (the "Smith Report").[4]

On January 18, 2023, Loren K. Smith, PH.D., issued a rebuttal report which addressed my damages opinions as stated in the Bero Report (the "Smith Rebuttal Report").  I address and respond to the Smith Rebuttal Report herein.

As described in the Bero Report and Bero Rebuttal Report, I have not formed any legal opinions about this matter.

### B.      Basis for my second rebuttal report

The basis for my opinions and information I relied on for damages issues related to Intuitive's Alleged Wrongdoings and SIS's Alleged Wrongdoings are set forth in the Bero Report and Bero Rebuttal Report, respectively.[5]  I have now analyzed and considered the

---

[1] I also provided Updated Bero Report Schedules / Errata Sheet dated February 25, 2023, as described below.
[2] Compl.  I described the parties, case facts and terminology in the Bero Report.
[3] Compl. ¶¶ 111-126.
[4] These counterclaims include: (1) Unfair competition and false advertising – Lanham Act 15 U.S.C. § 1125; (2) Unfair Competition Law – CA. Stat. § 17200; (3) False Advertising – CA. Stat. § 17500; (4) Common Law Unfair Competition; and (5) Tortious interference with contract (collectively, "Intuitive's Counterclaims").  See Defendant Intuitive Surgical, Inc.'s Answer, Affirmative Defense and Counterclaims ¶¶ 84-109.
[5] Bero Report 4-6 and Bero Rebuttal Report 1-2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

following additional information made available subsequent to the issuance of the Bero Rebuttal Report:

- the Smith Rebuttal Report and the Smith Rebuttal Report's workpapers;

- additional documents produced / provided by the parties;

- additional expert reports;

- an additional deposition;

- additional discussions with the following SIS personnel (in alphabetical order):

  - Keith Johnson, Executive Vice President, Sales and Clinical Programs;

  - Greg Posdal, President and C.E.O.;

- discussions with Chris Gibson, Rebotix Repair LLC's COO;

- additional independent research; and

- my skills, knowledge, professional background, education and work experience.

A detailed list of data and other information I have considered in developing this report and my two previous reports is included as **Second Rebuttal Attachment 1**. If additional relevant information becomes available after the issuance of this second rebuttal report, I reserve the right to incorporate such information as necessary. I may also incorporate additional information in response to any expert reports or opinions proffered on Intuitive's behalf.

### C.    Expert experience and compensation

I am a certified public accountant, accredited in business valuation, a certified valuation analyst and the Managing Director of The BERO Group. Since 1987, I have analyzed economic damages and accounting and financial issues in a variety of litigation matters concerning areas such as breach of contract, patent infringement, trademark infringement, copyright infringement, trade secrets, anti-trust, dealership disputes and construction disputes. I have testified as an expert more than 170 times. My curriculum vitae, including a list of my testimonial experience in the last four years and publications in the last ten years, is included as **Second Rebuttal Attachment 2**.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Compensation to The BERO Group for professional services provided in preparing this report is based on our customary hourly fees as described in the Bero Report.  The BERO Group has no financial interest in the outcome of this litigation.

### D.     Basic damages assumptions

For purposes of this rebuttal report, I assume the parties' (including third parties) reported revenue, costs and other data are generally accurate and reliable.[6]

## II.     The Smith Rebuttal Report

The Smith Rebuttal Report includes various criticisms of the Bero Report.  Its primary criticism appears to be that the Bero Report's inclusion of reset X/Xi EndoWrist instrument sales is speculative because no third-party companies have successfully developed a process to reset the use counter of X/Xi EndoWrist instruments.[7]  The Smith Rebuttal Report states that excluding X/Xi EndoWrist sales reduces the Bero Report's claimed revenue by at least 95%, which implies the Bero Report's claimed damages are reduced by a similar amount.[8]  I address this criticism first and other criticisms below.

Among other criticisms, the Smith Rebuttal Report claims my lost profits analysis in the Bero Report "suffers from conceptual and methodological flaws that inflate SIS's purported damages."[9]  I address some of these claimed "conceptual and methodological flaws" and other criticisms herein.  A lack of response to any of the Smith Rebuttal Report's criticisms does not constitute an agreement with any such criticisms.

The Smith Rebuttal Report also identifies what it refers to as two computational errors in the Bero Report.[10]  I have addressed those in my Updated Bero Report Schedules / Errata Sheet dated February 25, 2023.  As such, I will not address those herein.

---

[6] If the parties' reported information is incorrect, I reserve the right to update my analyses accordingly.
[7] Smith Rebuttal Report 12-14.  As described in its footnote 15 on page 4, the Smith Rebuttal Report uses the word "reset" instead of "repair."
[8] Smith Rebuttal Report 14 and Table 1.
[9] Smith Rebuttal Report 8.
[10] Smith Rebuttal Report 16-17.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**III.      The Bero Report's inclusion of damages associated with the X/Xi EndoWrist instruments is assumed, and appears reasonable based on the evidence in the case**

The Smith Rebuttal Report states:[11]

> Mr. Bero's inclusion of sales of reset X/Xi EndoWrist instruments is speculative because, as of the date of this Report, none of the third-party companies has successfully developed a process to reset the use counter of X/Xi EndoWrist instruments.

Based on my experience, damages experts often rely on assumptions for areas outside their expertise.  The Bero Report clearly notes it assumes SIS (relying on either Rebotix, Restore or another third-party technology provider) would have been able to reset the X/Xi EndoWrist instruments by various dates, and SIS, Rebotix or Restore would have been able to repair X/Xi EndoWrist instruments as of various dates.[12]  The Smith Rebuttal Report ignores this.

The Smith Rebuttal Report also ignores Intuitive's anti-competitive conduct and how it has affected the ability of third-parties to successfully develop a process to reset the use counter of X/Xi EndoWrist instruments.  For example, Rebotix thought about repairing X/Xi EndoWrists as early as 2017.[13]  However, Rebotix's ability to finance the X/Xi repair business was significantly impacted by Intuitive's actions, which limited its S/Si sales.[14]  But-for Intuitive's conduct, (assuming encryption was illegal) Rebotix believes it could have begun repairing X/Xi EndoWrists as early as 2019.[15]

Similarly, Restore began work on its X/Xi chips in approximately 2020,[16] although its efforts were delayed by Intuitive's anti-competitive conduct.[17]  Restore began funding its X/Xi reverse engineering efforts in late June 2022,[18] and based on its progress as of November 2022, Restore anticipated it will have the technical ability to reset the Xi EndoWrist use counter in "the third and fourth quarter, 2023."[19]  This means it will likely take Restore a little more than 1 year

---

[11] Smith Rebuttal Report 12.
[12] Bero Report 5.  Based on SIS's relationships with Rebotix / Restore prior to the Alleged Wrongdoings and discussion with Kurt Humphrey, SIS's technical expert.
[13] Bero Report 30.  Deposition of Stan Hamilton 15 (November 4, 2022).
[14] Bero Report 30.  Deposition of Stan Hamilton 11-12 and 42-44 (November 4, 2022).  Discussion with Chris Gibson.
[15] Bero Report 30.  Deposition of Stan Hamilton 15 (November 4, 2022).  Discussion with Chris Gibson.
[16] Bero Report 32.  Deposition of Kevin May 117-118 (November 3, 2022).
[17] Bero Report 32.  Deposition of Kevin May 75-76 (November 3, 2022).
[18] Bero Report 32.  Deposition of Kevin May 40 (November 3, 2022).  May Dep. Ex. 155 (Restore-00091199-206 at 199).
[19] Bero Report 32.  Deposition of Kevin May 60-61 (November 3, 2022).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

to have a marketable X/Xi.  I understand if a company had adequate resources and financial incentives, it reasonably would have been technically feasible to circumvent the X/Xi encryption required to reset the use counter in one year, i.e., by January 1, 2021.[20]

## IV.    The Bero Report properly analyzed the "but-for" market

The Smith Rebuttal Report states:[21]

> A fundamental problem with Mr. Bero's analysis is that he fails to consider Intuitive's likely response to SIS's (and any third party's) activity in a "but-for" world where Intuitive is unable to sell the da Vinci System as an integrated product. In particular, Mr. Bero does not appear to consider the economic logic that if a firm is not free to maintain quality control and foster investment through contractual restrictions, it likely will try to achieve similar goals in less efficient ways.  For example, if Intuitive were not free to protect the safety and welfare of patients, and by extension Intuitive's reputation and financial viability, through contractual provisions, **a rational response would be to change its pricing strategy to achieve as much system integration as possible (e.g., by increasing its prices for da Vinci platforms and lowering its prices for EndoWrist instruments**). If Intuitive were to change its strategy to achieve a higher level of system integration in the relevant "but-for" world, it is likely that fewer customers would choose SIS's reset EndoWrist instruments over Intuitive's instruments than Mr. Bero assumes. [emphasis added]

### A.    The Smith Rebuttal Report speculates Intuitive would hypothetically increase da Vinci Surgical System pricing and lower EndoWrist instrument pricing.

The Smith Rebuttal Report provides no apparent Intuitive support or basis for this criticism.  It does not cite to any Intuitive information suggesting it contemplated increasing daVinci Surgical System pricing or decreasing EndoWrist instrument pricing due to secondary market competition.  Instead, it simply offers this "for example" hypothetical Intuitive response.

The Smith Report provides no support for how much Intuitive's prices would change and whether Intuitive's customers would be willing to pay more for da Vinci Surgical Systems.  I am

---

[20] Bero Report 32.  Based on discussion with Kurt Humphrey.  Also, discussion with Chris Gibson.
[21] Smith Rebuttal Report 10.

not aware of any Intuitive documents that suggest Intuitive would have or reasonably could have changed its da Vinci Surgical System pricing, or how any pricing change would affect demand.

I am also not aware this was an action Intuitive considered or the consequences of taking such an action.  This hypothetical also appears to run opposite to the only Intuitive document the Smith Rebuttal Report cites in its criticism, from October 1995, which states: "systems will be placed for little or no charge at sites that sign an annual minimum disposables and [Reposable Transmission Unit] purchase contract."[22]

### B.    The Smith Rebuttal Report's hypothetical Intuitive pricing approach is not consistent with Intuitive's contemplated actions

The Smith Rebuttal Report also ignores Intuitive's documents which suggest its actual or contemplated response actions.  For example, in a document titled "Unauthorized Instrument Reprogramming Overview," Intuitive's response includes "Trend Analysis, Educate Account, Customer Letter and Terminate Service."[23]  It makes no mention of pricing changes.  Instead, this document appears to describe each action from monitoring to see if there is a trend at the customer site for use of repaired instruments to terminating a customer's sales and service agreement.[24]  Another Intuitive document titled "Instrument Refurbishment Update" suggests similar actions in addition to "technical opportunities to prevent reprogramming" and "advancing internal programs,"[25] which were apparently never pursued.

### C.    The Smith Rebuttal Report's hypothetical Intuitive pricing approach fails to account for Intuitive's identified secondary market benefits.

Another document titled "Secondary Markets" suggests Intuitive and its customers could actually benefit from secondary markets and "Increase da Vinci adoption and customer satisfaction."[26]  As described in the Bero Report, Intuitive contemplated what it referred to as "Project Dragon."[27]  Intuitive described Project Dragon as "an opportunity for our customers to have improved running costs associated with procedures.  We believe a reduction in running cost

---

[22] Smith Rebuttal Report 10, FN 26.  Intuitive-00595673-694 at 682-683.
[23] Intuitive-00089767-782 at 771.
[24] Intuitive-00089767-782 at 771.
[25] Intuitive-00147262-271 at 264.
[26] Intuitive-00273300-330 at 301.
[27] Intuitive-00273300-330 at 303.  Bero Report 28-29.

would grow or accelerate our growth in procedures."[28]  However, I understand Project Dragon

(and similar programs) were abandoned by Intuitive.[29]  To the extent "running costs" were

reduced, the referenced Project Dragon document suggests Intuitive believed it could have

potentially sold more instruments than it otherwise did.

The Smith Rebuttal Report does not address or account for the impact or potential

Intuitive benefits from secondary markets.

## V.       The Bero Report conservatively considered SIS costs associated with not owning "intellectual property"

The Smith Rebuttal Report criticizes the Bero Report for "potential costs" based on SIS

continuing to offer its services, stating:[30]

> Setting aside Intuitive's potential change in pricing strategy (as
> opposed to Mr. Bero's implicit assumption Intuitive's behavior
> would remain unchanged), Mr. Bero's analysis **does not reflect
> potential costs stemming from the fact that SIS does not own
> the "intellectual property" associated with resetting EndoWrist
> instruments, particularly the chip that would be inserted into
> the instrument**. In his "in-house repair model," Mr. Bero assumes
> that SIS would purchase the chip from Restore Robotics LLC
> ("Restore") and/or Rebotix Repairs LLC ("Rebotix"). In his
> "distributor model," Mr. Bero assumes that SIS would pay Restore
> and/or Rebotix for "repair services" that encompass the chip and
> labor entailed in resetting the EndoWrist instrument.  [emphasis
> added]

The Bero Report properly (and conservatively) considered SIS's costs.  In response to the

Smith Rebuttal Report's criticism, I spoke with Chris Gibson ("Mr. Gibson"), Rebotix Repair

LLC's COO.  Mr. Gibson addressed a number of topics associated with Rebotix and SIS's

relationships, SIS's costs, and the history between the two companies.  Mr. Gibson confirmed a

number of items addressed in the Bero Report and also clarified that Rebotix's sales prices to SIS

under both SIS's In-house model and SIS's Distributor model would have been _lower_ than

calculated in the Bero Report.  In effect, rather than understating SIS's costs as suggested by the

---

[28] Intuitive-00103407-00103426 at 409.
[29] Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 598).  Bero Report 29.
[30] Smith Rebuttal Report 10-11.

7

Smith Rebuttal Report, the Bero Report conservatively overestimated SIS's costs (and understated lost profits).  Mr. Gibson confirmed and/or provided the following information:[31]

- Rebotix stopped working with Restore because Restore wasn't doing the volume Rebotix expected them to have.[32]  Rebotix set Restore up initially as a Service Center (akin to what it was going to do with SIS).

- Rebotix was interested in SIS due to its extensive customer relationships including, for example, Vizient, Inc. ("Vizient"), the largest GPO in the U.S., and Banner.  Rebotix had a few direct end user relationships, however, expanding direct customer relationships was not Rebotix's primary business model.  SIS had many direct customer relationships and provided Rebotix with an ideal business partner.

- Rebotix and SIS had a strong relationship.  They had an initial verbal understanding consistent with the August 22, 2019 Draft Service Center Agreement.[33]

- Rebotix's goal was to have a long-term relationship with SIS due to its national customer accounts.[34]  Rebotix anticipated a long-term relationship supplying Interceptor chips to SIS (or, as necessary, providing repair services).[35]

- The intended relationship all along was for SIS to provide the repairs and purchase the Interceptor chips from Rebotix (the "In-house model" described in the Bero Report).  Rebotix planned to assist SIS in setting up the repair work, with the expectation that SIS would perform the repair work (i.e., the In-house model) and Rebotix could support repair work if necessary.[36]

- Rebotix would not have licensed just its intellectual property alone to SIS or others but would have required SIS to purchase the Interceptor chip.

---

[31] The following is based on discussion with Mr. Gibson.  Other sources are included for certain items.
[32] See also, e.g., Bero Report 12.
[33] Gibson Dep. Ex. 13 (REBOTIX061127-138).
[34] See also, e.g., Bero Report 11, 30.
[35] See also, e.g., Bero Report 11, 30.
[36] See also, e.g., Bero Report 11, 27, 29.

8

- The market was excited about a third party EndoWrist (repair) supplier and there was high market demand.[37]

- 50,000 annual SIS EndoWrist repairs annually is a low estimate.[38]

- Rebotix "easily" had the capacity to supply 50,000 annual Interceptor chips.[39]

- Rebotix "easily" had the capacity to supply 50,000 annual EndoWrist instrument repairs.[40]

- EndoWrist repairs (or servicing) was low cost, easily trainable, straightforward and less complicated than other instrument repairs.[41]

- Rebotix and SIS both anticipated volume discounts.[42]

- Volume discounts for thousands of annual units would have been greater than the $450 Interceptor chip or repair discounts shown in the Draft January 24, 2020 Memorandum of Understanding ("Draft MOU").[43]

- The $450 volume discount per Interceptor chip identified on the Draft MOU would have applied to the $800 "not to exceed" price identified on the August 22, 2019 draft Service Center Agreement.[44]

- In order to achieve the $450 or more volume discount on Interceptor chips and/or repairs, Rebotix would have expected volumes of thousands of units annually.

---

[37] *See also, e.g.*, Bero Report 44.
[38] *See also, e.g.*, Bero Report **Schedules 2.0 and 3.0.**
[39] *See also, e.g.*, Bero Report 5, 45.
[40] *See also, e.g.*, Bero Report 45.
[41] *See also, e.g.*, Bero Report  27, 45.
[42] *See also, e.g.*, Bero Report 11, 30.
[43] Gibson Dep. Ex. 14 (REBOTIX067735-737).  I understand Mr. Gibson testified in his deposition that Rebotix never would have agreed to the Draft MOU (Deposition of Chris Gibson 164-167 (June 22, 2021) (*Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW (M.D. Fla. filed Sept. 28, 2020)).  Based on discussion with Chris Gibson, this is due to two issues.  First, and primarily, Rebotix was intent on protecting its Intellectual Property.  It would not have licensed its Intellectual Property to SIS after SIS purchased just 300 units. Second, the volume discounts shown appear to have been based on cumulative total combined Interceptor and repair units.  Rebotix would not have agreed to a $450 volume discount after having sold just 300 combined Interceptor and repair units.  However, to the extent SIS purchased 300 Interceptor chips (and/or repairs) per order or SIS purchased thousands of Interceptor chips (and/or repairs) annually, Rebotix would have agreed to the $450 volume discount or more.
[44] *See also, e.g.*, Bero Report 11.  Gibson Dep. Ex. 13 (REBOTIX061127-138) and Gibson Dep. Ex. 14 (REBOTIX067735-737).

9

- The Interceptor chip prices (i.e., SIS costs) would have been, at most, the net $350 cost (i.e., $800 less the $450 volume discount).[45]

- Rebotix's Interceptor chip prices (net of volume discounts) would have likely been less than $350 per chip to SIS.  They would have likely been $200 to $300 per unit at SIS purchase volumes approaching 50,000 annual units (i.e., Interceptor chips and/or repairs combined).  The corresponding volume discounts would have been $500 to $600 (i.e., $800 less $600 volume discount = $200 Interceptor chip price to SIS).

- While the intention was for SIS to provide repair services (rather than Rebotix), Rebotix repair prices would have similarly been discounted to SIS for volume (i.e., Distributor model).  Volume discounts would have applied to the distributor price lists.[46]

- Rebotix repair prices would have been volume discounted for at least as much as the $450 volume discount per repair identified on the Draft MOU.[47]

- Rebotix's repair prices (i.e., SIS costs) net of the $450 per unit volume discount equates to approximately $590 over time and is reasonable.[48]

- Technicians could achieve a minimum of 10 to 15 repairs per 8-hour shift with no support, and 20 to 25 repairs per 8-hour shift with clerical administrative support.[49]

---

[45] **Second Rebuttal Schedule 10.0.**  This Rebotix price (i.e., SIS's cost) is significantly less than the conservative $533 Interceptor prices (i.e., SIS's costs) used in the Bero Report.  See also **Second Rebuttal Schedules 2.1, 4.1 and 4.4.**

[46] SIS000047-49.  REBOTIX162208-162212 at 212.

[47] Gibson Dep. Ex. 14 (REBOTIX067735-737).  I understand Mr. Gibson testified in his deposition that Rebotix never would have agreed to the Draft MOU (Deposition of Chris Gibson 164-167 (June 22, 2021) (*Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW (M.D. Fla. filed Sept. 28, 2020)).  Based on discussion with Chris Gibson, this is due to two issues.  First, and primarily, Rebotix was intent on protecting its Intellectual Property.  It would not have licensed its Intellectual Property to SIS after SIS purchased just 300 units.  Second, the volume discounts shown appear to have been based on cumulative total combined Interceptor and repair units.  Rebotix would not have agreed to a $450 volume discount after having sold just 300 combined Interceptor and repair units.  However, to the extent SIS purchased 300 Interceptor chips (and/or repairs) per order or SIS purchased thousands of Interceptor chips (and/or repairs) annually, Rebotix would have agreed to the $450 volume discount or more.  SIS000047-49.  REBOTIX162208-162212 at 212.  Second Rebuttal Report **Schedules 12.0 and 12.1.**

[48] **Second Rebuttal Schedules 3.1, 5.1 and 5.3.**  Note this Rebotix price (i.e., SIS's cost) is significantly less than the conservative approximate $1,040 Interceptor prices (i.e., SIS's costs) without any discounts used in the Bero Report.  See Bero Report **Schedules 3.1, 5.1 and 5.3.**

[49] *See also, e.g.*, Bero Report 45.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- Rebotix put its X/Xi Interceptor chip development on hold due to Intuitive's market disruptions.  It stopped development for approximately two years.

- Assuming the X/Xi encryption had not changed from the S/Si, Rebotix had the expectation (without Intuitive's market disruptions) to be able to provide Interceptor chips (and/or repair services) for the X/Xi by sometime in 2019.[50]

- Assuming the X/Xi encryption was legal (i.e., changed as it was from the S/Si), Rebotix likely would have otherwise (without Intuitive's market disruptions) reasonably been able to provide Interceptor chips (and/or repair services) for the X/Xi EndoWrist instruments by January 1, 2021.[51]

### A. Incorporating SIS's costs based on Rebotix's expected selling prices to SIS results in higher lost profits as shown on Second Rebuttal Schedule 1.0.

Accounting for the expected Rebotix prices (i.e., SIS's costs) and volume discounts results in higher SIS lost profits.  Accordingly, I have updated my lost profits calculations based on these lower SIS costs.

For the In-house model, I use the $350 (i.e., $800 less $450 volume discount) Interceptor price (i.e., SIS's cost) per unit rather than the initial conservative $533 cost as addressed above.  As noted, at higher volumes, the Interceptor price (i.e., SIS's costs) would have likely been lower, at approximately $200 to $300 per unit.  Again, this In-house model was the intended and planned for relationship between Rebotix and SIS.

For the Distributor model, I use the approximate $590 (i.e., approximately $1,040 less $450 discount) repair service price (i.e., SIS's cost) per unit rather than the initial conservative approximate $1,040 costs as addressed above.  **Table 1** below shows my updated damages summary.[52]

---

[50] *See also, e.g.*, Bero Report 5, 30, 46.
[51] *See also, e.g.*, Bero Report 5, 31-32, 57-58.
[52] **Second Rebuttal Schedule 1.0**.

11

**Table 1: Damages Summary**

| | Scenario 1 | | Scenario 2 | | |
|---|---|---|---|---|---|
| **Discounted lost profits** | | | | | |
| In-house model | $131,382,634 | | $71,856,681 | to | $103,159,956 |
| Distributor model | $116,476,660 | | $63,572,049 | to | $91,324,868 |
| | | | | | |
| **Lanham Act** | | | $258,367,896 | to | $371,219,363 |

## VI.   The Bero Report properly considered SIS's relationships with Rebotix (and Restore)

The Smith Rebuttal Report states:[53]

> The fact that SIS does not own any "intellectual property" could impact Mr. Bero's analysis in multiple ways. First, SIS faces risk that **Rebotix or Restore could increase the amount they charge SIS** for the chip/reset services, which would raise SIS's costs and reduce profits. Second, **Rebotix and/or Restore may license their "intellectual property" with additional distributors**; this could limit SIS's potential customers or introduce new competitors to SIS. Third, **Rebotix and/or Restore could cut off SIS entirely from reset "services"**; fluctuations in supply of the chips would also potentially harm SIS's business in selling reset EndoWrist instruments. Although contracts or agreements may help to address these issues, I am not aware of an executed agreement between SIS and Rebotix or between SIS and Restore concerning reset "services." [emphasis added]

### A.   The Smith Rebuttal Report speculates on what Rebotix or Restore "could" or "may" have done.

This critique includes hypotheticals about what "could" or "may" have happened since SIS does not own any intellectual property related to EndoWrist repair.  These hypotheticals are speculative and unsupported.  They are also inconsistent with at least SIS's relationship with Rebotix.

---

[53] Smith Rebuttal Report 11-12.

### B. The Smith Rebuttal Report fails to account for SIS's vendor/customer relationships.

The August 22, 2019 Draft Service Center Agreement specifically defines SIS as being "engaged in the sale and marketing or medical products."[54]  As noted above, Rebotix was interested in SIS due to its extensive customer relationships including, for example, Vizient and Banner.[55]  The Smith Rebuttal Report fails to account for SIS's relationships.

The Smith Rebuttal Report ignores that SIS hosted a February 2020 repairs meeting at its Glendale Heights facility[56] that was attended by multiple representatives of a large hospital system with tens of millions of dollars in annual EndoWrist costs.[57]  The attendees discussed SIS performing repairs of EndoWrists, i.e., with third parties such as Rebotix providing the updated chip and SIS performing the underlying repairs at its facilities.[58]

The Smith Rebuttal Report further ignores that SIS and Vizient, the largest GPO in the U.S., had a relationship dating back to at least 2016, when the parties signed a Supplier Services Agreement for instrument repairs that was effective September 1, 2016.[59]  In September 2019, SIS and Vizient signed an Agreement Amendment specific to EndoWrist repairs.[60]  This Amended Agreement addressed SIS's intention to repair EndoWrist products, and was for 38 EndoWrist products.[61]  The timing of this Amended Agreement also coincided with Vizient's interest in SIS's EndoWrist repair business and the meetings it helped set up with its members.[62]  I understand SIS had the customers and relationships Rebotix and Restore desired, including access to Vizient.[63]  As described in the Bero Report, Rebotix had stopped working with ReStore because Restore wasn't doing the volume Rebotix expected them to have.[64]

---

[54] REBOTIX061127-138 at 128.
[55] Discussion with Chris Gibson.
[56] Bero Report 27.  Plaintiff's Response to Intuitive's Interrogatory No. 5 (August 8, 2022).
[57] Bero Report 27.  Plaintiff's Response to Intuitive's Interrogatory No. 5 (August 8, 2022).
[58] Bero Report 27.  Plaintiff's Response to Intuitive's Interrogatory No. 5 (August 8, 2022).
[59] Bero Report 33-34.  SIS330591-330634.
[60] Bero Report 34.  SIS0000047-0000049.
[61] Bero Report 34.  SIS0000047-0000049.  Discussion with Keith Johnson.
[62] Bero Report 34.  Discussion with Keith Johnson.
[63] Discussion with Keith Johnson.
[64] Bero Report 12.  Deposition of Chris Gibson 145-146 (June 22, 2021) (*Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW (M.D. Fla. filed Sept. 28, 2020)).  Also, discussions with Keith Johnson and Chris Gibson.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### C. Rebotix's goal was a long-term relationship with SIS due to its national customer accounts

Rebotix had no intention to 'cut off' or license its intellectual property to others.[65]
Rather, Rebotix's goal was to have a long-term relationship with SIS due to its national customer
accounts.[66]  Rebotix anticipated a long-term relationship supplying Interceptor chips to SIS (or, as
necessary, providing repair services).[67]

## VII.   The Bero Report's market penetration rate is reasonable and appropriate

The Smith Rebuttal Report states:[68]

> Mr. Bero's final "market penetration" rate (i.e., SIS's share of total
> sales of S/Si and X/Xi EndoWrist instruments eligible for reset
> "services") is 2 to 12 percent.  Mr. Bero compares his "market
> penetration" rates with three "benchmarks," claiming they show
> that his rates "appear [] reasonable relative to other available data.

### A. The Smith Rebuttal Report seems to (misleadingly) suggest the Bero Report's penetration rates (i.e., 2% to 12%) are reliant on three purported "benchmarks"

The Bero Report details the many factors and facts accounted for in projecting the 2% to
12% penetration rates (2% in 2020, 8% in 2021 and 12% in 2022).[69]  Those factors include
EndoWrist instruments potentially repairable by SIS, the expiration rate of EndoWrist
instruments, market share access (based solely on Vizient market share and not including any of
SIS's other customers or potential customers), the conversion rate of Vizient customers to sign
up for the program, the collection rate of converted customers to use the SIS repair program, and
the yield rate of collected EndoWrist instruments to be repairable.[70]

The analysis results in SIS repairing an estimated approximate 8,000 EndoWrist
instruments in 2020 and up to a maximum of approximately 47,000 EndoWrist instruments in
2023.[71]  As described above, according to Chris Gibson, this estimate is low.[72]

---

[65] Discussion with Chris Gibson.
[66] Discussion with Chris Gibson.
[67] Discussion with Chris Gibson.
[68] Smith Rebuttal Report 19.
[69] *See, e.g.*, Bero Report 47-52.
[70] *See, e.g.*, Bero Report 47-52.
[71] Bero Report **Schedules 2.0 and 3.0.**
[72] Discussion with Chris Gibson.

14

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

The Bero Report compared the penetration rates (i.e., 2% to 12%) developed and underlying the approximate 8,000 to 47,000 annual units to other available comparative data. There were three known sources. The Smith Rebuttal Report refers to these as "benchmarks" implying the Bero Report is reliant on these three comparisons.[73] It is not. The Bero Report explicitly lays out the analysis as addressed on pages 47-52 (and noted above) accounting for the numerous relevant factors. The Bero Report simply notes the estimated penetration rates (i.e., 2% to 12%) appear reasonable relative to the other available data.

**B.      The Bero Report's 2% to 12% penetration rates appear reasonable relative to Intuitive's August 2019 estimated 41% to 50% penetration rate**

The Smith Rebuttal Report states:[74]

> The first of Mr. Bero's "benchmarks" comes from a 2019 Intuitive presentation that considers "potential Xi refurbishment and **estimated penetration of approximately 41 percent or 50 percent**." However, Mr. Bero's reliance on Intuitive's internal projections to estimate SIS's "market penetration" rate for the never-initiated instrument refurbishment service is inappropriate for three reasons. He ignores critical components of Intuitive's calculation: Intuitive's status as the original equipment manufacturer, and whether Intuitive's instrument refurbishment procedure was more robust than SIS's procedure to reset the use counter. First, customers likely would prefer to have the original equipment manufacturer, Intuitive, refurbish an EndoWrist instrument (which Intuitive designed, developed, and manufactured) rather than a third party. Second, Intuitive's assessment of "[Instrument] Refurbishment Feasibility" contemplated that Intuitive would replace significant portions of the instruments (including the cables, inputs and flush tube) to "survive [additional] lives." SIS, on the other hand, does not replace any instrument components. Hence, Intuitive's internal projections of a "penetration rate" are likely to be higher than that which SIS could achieve because SIS does not have Intuitive's reputation or status as the original equipment manufacturer, nor does SIS replace instrument components. [emphasis added]

---

[73] Smith Rebuttal Report 19-24.
[74] Smith Rebuttal Report 20-21.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Despite the Smith Rebuttal Report's reference to differences between Intuitive and SIS, the fact remains the Bero Report's estimated penetration rates are a fraction of Intuitive's estimated 41% to 50% penetration rates.

### C.    The Bero Report's 2% to 12% penetration rates appear reasonable relative to Stryker's 8.5% to 9% expected penetration rates

The Smith Rebuttal Report states:[75]

> Regarding the penetration rate in the Stryker models, **Mr. Bero offers little discussion as to the extent to which Stryker's forecasts are reliable proxies for SIS**, which does not own the "intellectual property" behind the process to reset the use counters for S/Si EndoWrist instruments, or for the period after 2019. Mr. Bero also does not explain why the discussions between Stryker and Rebotix LLC dissolved, and comments in the models suggest that the models would be subject to change with additional information. Stryker abandoned the contemplated transaction for a company separate from SIS, and the forecasts were developed over five years ago in 2016. **Hence, the assumptions of the Stryker financial models are unreliable as "benchmarks" for Mr. Bero's damages analysis**. [emphasis added]

The Smith Rebuttal Report appears to (misleadingly) suggest the Bero Report's penetration rate analysis is somehow based on the Stryker penetration rates.  It is not.

As described in the Bero Report, in 2016, Rebotix and Stryker had discussions about Stryker purchasing Rebotix.[76]  I understand Stryker ultimately stopped pursuing an acquisition of Rebotix because of a legal opinion that had nothing to do with Rebotix's technology.[77]  In 2020, I understand Stryker again considered working with Rebotix on EndoWrists, but ultimately stopped pursuing it because of Covid-19.[78]

Regardless, the 8.5% to 9% Stryker penetration rates are reasonably comparable to the Bero Report's 2% to 12% penetration rates.

---

[75] Smith Rebuttal Report 21-22.
[76] Bero Report 53.  Deposition of Stan Hamilton 35-39 and 126 (June 4, 2021) (*Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW (M.D. Fla. filed Sept. 28, 2020)).
[77] Deposition of Stan Hamilton 48 (June 4, 2021) (*Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW (M.D. Fla. filed Sept. 28, 2020)).
[78] Deposition of David Fabricant 109-114 (November 8, 2022).

16

**D.    The Bero Report's 2% to 12% penetration rates appear reasonable relative to Deutsche Bank's 4% to 6% penetration rates**

The Smith Rebuttal Report states:[79]

> Regarding the penetration rate in the Deutsche Bank analyst report, **the report offers no specific sources for its assumptions: the "4 to 6 percent capture rate" proposed by the report was apparently based on "conversations with surgeon and hospital customers**." Citing to the report's claim that "each instrument could be repaired three times," Mr. Bero notes that the penetration rate would be three times higher (12 to 18 percent). In fact, one of Mr. Bero's own citations contradicts the "three repairs per instrument" assumption: in a 2019 Intuitive internal presentation that Mr. Bero references, Intuitive assumes for its own modeling that "Xi instruments can only be refurbished once." Rebotix's own purported testing of the number of uses for EndoWrist instruments has not exceeded 29 uses, which would translate to two resets. Additionally, Iconocare's 510(k) clearance for resetting Si EndoWrists—the only clearance for resetting I am aware of—is limited to one reset. **As with his second "benchmark", Mr. Bero's third "benchmark" lacks reliable support**. [emphasis added]

The Smith Rebuttal Report appears to (again misleadingly) suggest the Bero Report's penetration rate analysis is somehow based on the Deutsche Bank penetration rates.  It is not.

Regardless, the Desutsche Bank's 4% to 6% penetration rates are reasonably comparable to the Bero Report's 2% to 12% penetration rates.  If the Bero Report incorporated an assumption EndoWrist's could be reset more than once, the Bero Report's penetration rates would, if anything, have been higher.

**E.    The Smith Rebuttal Report's reference to Vizient, if anything, highlights the Bero Report's conservative penetration rates**

The Smith Rebuttal Report states:[80]

> In Mr. Bero's "but-for" world, SIS would capture at most 11.6 percent of the total market for resettable EndoWrist instruments although SIS only provides "service" to hospitals in Vizient's network. For Mr. Bero's estimate of SIS's "market penetration" rate to be in line with his "benchmarks" (as Mr. Bero asserts), there

---

[79] Smith Rebuttal Report 22-23.
[80] Smith Rebuttal Report 23-24.

would have to be little to no sales of reset EndoWrist instruments outside of SIS's sales to hospitals in Vizient's network. **If SIS itself can achieve an overall "market penetration" rate of 11.6 percent when it has access to only 55 percent of resettable EndoWrist instruments, then— under the assumption that the number of reset EndoWrist units per hospital is the same among Vizient and non-Vizient hospitals—the overall "market penetration" rate would be equal to SIS's assumed "penetration rate" within Vizient hospitals—21.2 percent**. This value is higher than even the upper end of the estimate in the Deutsche Bank report assuming three resets per instrument (12 percent to 18 percent) and more than double the upper end of Stryker's estimate (8.5 to 9.0 percent).  [emphasis added]

If anything, this highlights the conservative nature of the Bero Report's penetration rates. The Bero Report's analysis does not include non-Vizient customers.[81]  Vizient represents a 55% market share.[82]  GPO's and hospital systems' interest in SIS's repair program was "monumental."[83]  SIS had also presented and generated interest with hospital systems beyond Vizient healthcare providers.[84]  As the Smith Rebuttal Report notes, including non-Vizient hospitals would have resulted in an overall market penetration of 21.2%.[85]

To the extent non-Vizient hospital / customers were included in the Bero Report's analysis, the penetration rates would have been higher resulting in higher lost profits.

### F.    The Bero Report's 60% expiration rate is reasonable

The Smith Rebuttal Report criticizes the Bero Report's use of 60% expiration rate, suggesting a lower (unexplained) 50% rate.[86]  The Smith Rebuttal Report states:[87]

> By focusing on the "top 5" X/Xi instruments to calculate his expiration rate and applying that rate across all EndoWrist instruments in his analysis, Mr. Bero uses an aggressive expiration rate that inflates his damages estimate when a more appropriate alternative is available within the source that he relies on. Mr. Bero acknowledges that the "Top 5" instruments account for a disproportionately high share of expired core instruments. To the

---

[81] Bero Report 49-50.
[82] Bero Report 49-50.
[83] Bero Report 24.  Also, for example, discussion with Chris Gibson.
[84] Bero Report 23-25, 50
[85] Smith Rebuttal Report 23.
[86] Smith Rebuttal Report 25.
[87] Smith Rebuttal Report 25.

extent that the "Top 5" instruments are used more frequently than other EndoWrist instruments, one may expect that the expiration rate for these instruments would be relatively higher than the overall expiration rate across all instruments. Indeed, **when I calculate the expiration rate of X/Xi core instruments (not exclusive to the "top 5") using Mr. Bero's methodology, I find that the expiration rate would be 50 percent instead of 60 percent**. [emphasis added]

Using a 60% expiration rate is reasonable. As noted in the Bero Report, and as shown on Bero Report **Schedule 7.0**, the estimated expiration rate for the Top 5 instruments increased from approximately 60% in 2018 to approximately 74% in 2021. These Top 5 instruments are shown on Morales Dep. Exhibit 141 (Intuitive-00603992) and are repairable by SIS.[88] As also shown on Bero Report **Schedule 7.0**, the estimated expiration rates from 2018 through 2021 suggest an expiration rate higher than 60%.

To support its claim the expiration rate should be 50%, the Smith Rebuttal Report relies on its calculation of the expiration rate for the approximate 15 X/Xi "core" instruments.[89] However, the basis for this calculation is not clear. Morales Dep. Exhibit 141 (Intuitive-00603992) indicates approximately 105,000 and 143,000 expired "core" instruments in 2018 and 2019, respectively, for a total of approximately 248,000 expired "core" instruments. The Smith Rebuttal Report indicates it divided this approximate 248,000 expired "core" instrument units "by the number of Intuitive 2018-2019 sales of core instruments identified in the same exhibit."[90]

My team and I have reviewed Morales Dep. Exhibit 141 (Intuitive-00603992) and the Smith Rebuttal Report's identified workpapers and have been unable to determine where or how its 2018 and 2019 X/Xi total sales of expired "core" instrument was derived. One Smith Rebuttal Report workpaper indicates approximately 208,000 and 288,000 X/Xi "core" instruments were sold in 2018 and 2019, respectively, for a total of 496,000 in combined "core" instruments sold.[91] However, the underlying data appears to be inaccessible. The 2018 and 2019 unit sales of X/Xi "core" instruments the Smith Rebuttal Report appears to rely on are higher

---

[88] SIS000047-49.
[89] Smith Rebuttal Report 25-26 and FN 84. *See also*, Morales Dep. 41-43.
[90] Smith Rebuttal Report 26 FN 84.
[91] Smith Rebuttal Report Workpaper "Bero Sensitivities" at tab "Core Instrument Expiration."

19

than Intuitive's 2018 and 2019 unit sales of 189,000 and 266,000, respectively, for the relevant 38 instruments SIS can repair.[92]

The Smith Rebuttal Report does not identify what constitutes the approximate 15 X/Xi "core" instruments, Morales Dep. Exhibit 141 (Intuitive-00603992) does not appear to indicate or describe the 15 X/Xi "core" instruments and it is not apparent how many of these approximate 15 X/Xi "core" instruments SIS can repair.

### G. The Bero Report's conversion rates of 15% in Year 1, 50% in Year 2, and 70% in Year 3 appear reasonable

The Smith Rebuttal Report states: [93]

> Mr. Bero **estimates that up to 70 percent of Vizient's members will "convert" to SIS repair" services and relies on the expert opinions of Jean Sargent.** Ms. Sargent's assessment is based on her industry "experience with Vizient and other GPOs," and she does not cite to independent sources or present corroborating evidence to support her claim. [emphasis added]

The Smith Rebuttal Report makes no mention and provides no support for any alternative conversion rates. The Bero Report uses conversion rates of 15% in Year 1, 50% in Year 2 and 70% in Year 3.[94] Based on my experience, damage experts often rely on other experts for opinions and knowledge outside the damages expert's area of expertise. The Bero Report clearly states it relies on SIS's industry expert, Jean Sargent, for the conversion rates.[95] The 70% is also consistent with the testimony of Restore's CEO, who testified he expected "70 to 80 plus percent" of hospitals would have used its services to repair EndoWrists.[96] To the extent the higher 80% or more conversion rates were included in the Bero Report's analysis, the penetration rates would have been higher resulting in higher lost profits.

---

[92] **Second Rebuttal Schedule 13.0.**
[93] Smith Rebuttal Report 26.
[94] Bero Report 50-51.
[95] Bero Report 50-51.
[96] Bero Report 31.  Deposition of Clifton Parker 166-167 (October 25, 2022).

20

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**H.      The Bero Reports assumption FDA approval was not needed appears reasonable.**

The Smith Rebuttal Report states:[97]

> …without 510(k) clearance from the Food and Drug Administration ("FDA"), hospitals and surgeons would be reluctant (or potentially unwilling) to use SIS's reset "services." For example, hospital administrators at Valley Medical Center, Larkin Community Hospital, and Franciscan Alliance stated that their hospitals do not purchase medical equipment that required FDA clearance and did not have it. Surgeon testimony also confirms that they expect that the medical devices that they use in surgery to have been cleared by the FDA. **Neither Mr. Bero nor Ms. Sargent discuss how FDA clearance would factor into the decisions of hospitals to purchase and surgeons to use SIS's reset EndoWrist instruments, which would affect Mr. Bero's assumed "conversion rate."** [emphasis added]

As noted earlier, based on my experience, damages experts often rely on assumptions for areas outside their expertise.  The Bero Report clearly states it assumes SIS would not need FDA approval to make the EndoWrist repairs at issue (citing discussions with Keith Johnson and Greg Posdal and the Deposition of Imron Zafar (November 1, 2022) Ex. 113 at 3).[98]

**I.      The Bero Report's collection rate of 70% is reasonable**

The Smith Rebuttal Report states:[99]

> **Mr. Bero uses a collection rate of 70 percent based on an Intuitive presentation in 2020 that reports results from a "small scale" pilot refurbishment program for 6 Xi instruments**. However, the number that Mr. Bero relies on is Intuitive's target collection rate; in its own financial analysis, **Intuitive assumed a collection rate of 40 percent**, which more closely aligns with the realized collection rates from the pilot program. Todd Tourand, Intuitive's Director of Portfolio Management, cited low yield from collection efforts as one of the reasons Intuitive did not pursue the refurbishment program commercially beyond the pilot. Intuitive consistently assumed a 40 percent collection rate in its 2020 "Reclamation and Refurbishment

---

[97] Smith Rebuttal Report 26-27.
[98] Bero Report 5.  Discussions with Keith Johnson and Greg Posdal.  *See also*, Deposition of Imron Zafar (November 1, 2022) Ex. 113 at 3.
[99] Smith Rebuttal Report 28.

Cost" models that were developed during the pilot.  [emphasis added]

The Smith Rebuttal Report ignores the Bero Report's reference to SIS's industry expert, Jean Sargent.  Ms. Sargent noted a higher 75% collection rate would be reasonable for an expensive instrument such as the EndoWrist.[100]  Intuitive targeted a greater than 70% collection rate for its contemplated EndoWrist refurbishment program in a September 2020 document.[101]

The Expert Report of Jean Sargent ("Sargent Report") states:[102]

> Given the ease of this collection process ***and what I understand to be the substantial per-instrument cost savings of 40% or more***, ***this collection process would likely be at the high end of general industry collection rates for instrument repairs, which in my experience would be approximately 75%.***  [emphasis added]

The Pilot Study targeted a collection rate of greater than 70%.[103]  The Pilot Study's collection rate is later assumed to be 40%.[104]  However, the Pilot Study appeared to focus on Intuitive's ability to save costs on EndoWrist instruments,[105] versus addressing the "monumental" market interest (by Intuitive customers) for lower priced EndoWrist instruments.[106]  In contrast to SIS providing substantial cost savings to hospitals, the Pilot Study's participants received "no financial incentives."[107]  Of the 17 hospitals approached to participate, only 3 sites actually participated.[108]  The Pilot Study also recognized that "Potential for 3rd party collections is more effective/efficient; can up yields with training."[109]

As described in the Bero Report, SIS has 50 years of experience servicing surgical instruments and equipment[110] and "the interest in saving and reducing costs on robotic surgery in

---

[100] Bero Report 51.  Discussion with Jean Sargent.
[101] Bero Report 51.  30(b)(6) Deposition of Colin Morales (November 1, 2022) at Ex. 143 (Intuitive 00626597-626616 at 604).
[102] Sargent Report 18.
[103] Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 604).
[104] Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 603).
[105] *See, e.g.,* Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 610-613).
[106] Bero Report 24-25.
[107] Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 603).
[108] Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 603).
[109] Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 604).
[110] Bero Report 7.  Compl. ¶ 1.

22

the industry is something I've never seen before in my 25 years of being in the surgical business."[111]

The Smith Rebuttal Report reduces the 70% collection rate used in the Bero Report to 40% in its Tables 3 (lost profits damages) and Table 4 (Lanham Act damages) to reflect what it refers to as Intuitive's "assumed" 40 percent collection rate.[112]  For the reasons described herein and since a 70% collection rate appears reasonable, I disagree with these adjustments.

## VIII.   The Bero Report's Disgorgement Damages pertaining to SIS's claims under the Lanham Act are appropriate.

The Smith Rebuttal Report states:[113]

> **I understand that Mr. Bero's Lanham Act claim is based on one letter sent to Marin General Hospital by Intuitive regarding its utilization of a third-party reset service.** However, Mr. Bero does not offer a disgorgement amount associated with sales to only that customer.  Instead, he claims that all of the instrument resets included in his lost profits damages calculation also represent disgorgement damages for Intuitive. Mr. Bero provides no explanation of how that single letter that allegedly included a false claim would cause all of SIS's past and future lost sales, which seems entirely inconsistent with the assumptions of his lost profits analysis. That is, Mr. Bero assumes that SIS's lost profits were caused by instrument encryption and provisions in Intuitive's contracts with hospitals, but they also all were caused by a letter to a single hospital. [emphasis added]

The Smith Rebuttal Report fails to acknowledge the Lanham Act allegations in the Complaint.[114]  It fails to acknowledge the Bero Report's description of the Alleged Wrongdoings,[115] Disgorgement analysis,[116] or its use of and reliance on the Marin General Hospital letter.[117]

---

[111] Bero Report 25.  30(b)(6) Deposition of Keith Johnson 44 (October 27, 2022).
[112] Smith Rebuttal Report 29-32.
[113] Smith Rebuttal Report 31.
[114] Complaint ¶¶ 122-126.
[115] Bero Report 1-2.
[116] Bero Report 1, 4, 5, 58.
[117] Bero Report 59.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### A.  The Smith Rebuttal Report apparently is unaware of the Lanham Act allegations in the Complaint

The Complaint's disgorgement damages allegations under the Lanham Act is not simply based on one letter sent to Marin General Hospital.  Rather, the Complaint alleges:[118]

> 122. SIS incorporates all of the above paragraphs as though fully set forth herein.
>
> 123. **Intuitive, in connection with the sale of its EndoWrist instruments, asserted false or misleading descriptions of facts or representations in its correspondence with its and SIS's customers** and such misrepresentations were likely to cause consumer confusion or inaccurately describe the nature, characteristics, or qualities of its and SIS's commercial activities in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125
>
> 124. **Intuitive has at least misrepresented that SIS's services are contrary to FDA approvals of the EndoWrist products** and are in violation of intellectual property rights. **Intuitive sent such correspondence to multiple SIS customers and potential customers.** Intuitive made such statements knowingly, willfully, and/or recklessly that such statements were misleading. These misleading statements affected the purchasing decisions of such customers
>
> 125. **Intuitive's misrepresentations were made to SIS's customers, and upon information and belief, a significant number of Intuitive customers that have, or had, Intuitive Si robots** [emphasis added]

The Bero Report describes the Alleged Wrongdoing in three paragraphs on the first two pages of the Bero Report.[119]  The Bero Report cites the Marin General Hospital letter to support the date the Lanham Act damages should begin, rather than limiting disgorgement damages only to Marin General Hospital as the Smith Rebuttal Report proposes.[120]  As the Bero Report makes clear, I was asked to calculate disgorgement of Intuitive's profits under the Lanham Act based on the lost SIS repair units underlying Scenario 2 – Unenforceable Contracts lost profits.[121]

---

[118] Complaint ¶¶ 122-125.
[119] Bero Report 1-2.
[120] Bero Report 59.
[121] Bero Report 1, 4, 5, 58.

24

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

The Smith Rebuttal Report, however, apparently is unaware of the Complaint's Lanham Act allegations, the Bero Report's description of the Alleged Wrongdoings, or the Bero Report's use of and reliance on the Marin General Hospital letter.

## IX. The Smith Rebuttal Report makes unsupported deductions in its Lanham Act analyses.

The Smith Rebuttal Report makes no reference to the Lanham Act.  It does not cite the Lanham Act as "Materials Considered" in its Exhibit B.

As described in the Bero Report, under the Lanham Act, I understand a plaintiff is entitled to recover:[122]

> …(1) **defendant's profits,** (2) any damages sustained by the plaintiff, and (3) the costs of the action.  The court shall assess such profits and damages or cause the same to be assessed under its direction.  **In assessing profits the plaintiff shall be required to prove defendant's sales only; defendant must prove all elements of cost or deduction claimed.**  In assessing damages the court may enter judgment, according to the circumstances of the case, for any sum above the amount found as actual damages, not exceeding three times such amount.  If the court shall find that the amount of the recovery based on profits is either inadequate or excessive the court may in its discretion enter judgment for such sum as the court shall find to be just, according to the circumstances of the case.  Such sum in either of the above circumstances shall constitute compensation and not a penalty.  The court in exceptional cases may award reasonable attorney fees to the prevailing party. [emphasis added]

As noted in the Bero Report, Intuitive's profits that SIS would be entitled to under the Lanham Act are Intuitive's sales on the Scenario 2 – Unenforceable Contracts.  I understand, per above (and consistent with my experience), it is the defendant's burden to prove its costs or deductions to those sales.

---

[122] 15 USC 1117: Recovery for violation of rights; (a) Profits; damages and costs; attorney fees (house.gov).  Bero Report 58.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### A.   The Smith Rebuttal Report primarily reduces disgorgement damages by eliminating X/Xi EndoWrist sales

The Smith Rebuttal Report reduces disgorgement damages primarily by eliminating X/Xi EndoWrist instrument sales.[123]  While the Smith Rebuttal Report eliminates X/Xi EndoWrist instrument sales, to my knowledge, Dr. Smith is not providing legal opinions on whether or not the X/Xi EndoWrist instrument sales are, in fact, subject to disgorgement.

## X.   Conclusion

My second rebuttal report and analyses contained herein are based upon information that is presently known and available to me.  As additional information is made available, I may update my rebuttal report and analyses accordingly.  In preparing for trial, I may prepare demonstrative exhibits based upon information included in this second rebuttal report, the Bero Report, the Bero Rebuttal Report or additional information that becomes available hereafter.


Respectfully submitted,

Richard F. Bero, CPA, CVA
March 1, 2023

---

[123] Smith Rebuttal Report 31-32.  The Smith Rebuttal Report presents it adjustments on Table 4 (Smith Rebuttal Report 32).  It first adjusts for what it refers to "corrections for computational and methodological errors," then adjusts for the "removal of X/Xi EndoWrist instrument sales."  Regardless of the first adjustment, the "removal of X/Xi EndoWrist instrument sales" is the primary reduction.  In other words, without the first adjustment, and just applying the second "removal of X/Xi EndoWrist instrument sales" would reduce the Smith Rebuttal Report's claimed disgorgement by at least 95%, as described on page 14 of the Smith Rebuttal Report and shown on its Table 1, where X/Xi sales account for at least 95% of SIS's lost revenue, which is the revenue to be disgorged.

26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Data and Other Information Considered - as of March 1, 2023
# Second Rebuttal Attachment 1

### DATA AND OTHER INFORMATION CONSIDERED - AS OF THE DECEMBER 2, 2022 BERO REPORT:

**LEGAL FILINGS:**

Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc. (Case No. 3:21-cv-03496-VC):

Complaint dated May 10, 2021
Defendant Intuitive Surgical, Inc.'s Notice of Motion, Motion and Memorandum of Points and Authorities in Support of its Motion to Dismiss the Complaint filed August 6, 2021
Declaration of Karen Hoffman Lent in Support of Defendant's Request for Judicial Notice in Support of Intuitive Surgical, Inc.'s Motion to Dismiss the Complaint with Exhibit 1 filed August 6, 2021
Request for Judicial Notice in Support of Intuitive Surgical, Inc.'s Motion to Dismiss the Complaint filed August 6, 2021
[Proposed Order] Granting Request for Judicial Notice filed August 6, 2021
Defendant Intuitive Surgical, Inc.'s Notice of Motion, Motion and Memorandum of Point and Authorities in Support of Motion to Stay filed August 13, 2021
[Proposed] Order Granting Defendant Intuitive Surgical Inc.'s Stay filed August 13, 2021
Declaration of Karen Hoffman Lent in Support of Defendant's Notice of Motion, Motion, and Memorandum of Points and Authorities in Support of Motion to Stay with Exhibits 1-4 filed August 13, 2021
Plaintiff Surgical Instrument Service Company, Inc.'s Opposition to Defendant's Motion to Dismiss filed August 20, 2021
Plaintiff's Initial Disclosures dated August 26, 2021
Intuitive's Initial Disclosures dated August 26, 2021
Plaintiff Surgical Instrument Service Company, Inc.'s Opposition to Defendant's Motion to Stay filed August 27, 2021
Declaration of Joshua Van Hoven in Support of Plaintiff's Opposition to Defendant's Motion to Stay with Exhibits 1 and 2 filed August 27, 2021
Declaration of Gregory J. Posdal filed August 27, 2021
Defendant Intuitive Surgical, Inc.'s Reply Memorandum of Law in Support of its Motion to Dismiss the Complaint filed September 3, 2021
Defendant Intuitive Surgical, Inc.'s Reply Memorandum of Law in Support of its Motion to Stay filed September 3, 2021
Declaration of Karen Hoffman Lent in Support of Defendant's Reply Memorandum of Law in Support of its Motion to Stay with Exhibit 1 filed September 3, 2021
Order Granting in Part and Denying in Party Motion to Dismiss filed November 23, 2021
Defendant Intuitive Surgical, Inc.'s Answer, Affirmative Defense and Counterclaims with Exhibits 1-7 filed December 14, 2021
Plaintiff/Counterclaim Defendant Surgical Instrument Service Company, Inc.'s Answer to Defendant/Counterclaim Plaintiff's Counterclaims filed January 10, 2022
Stipulated Protective Order filed with Exhibit A signed by Richard Bero, Beth Bergman, Joseph Laur, Ammar Susnerwala and Nick Romans filed March 30, 2022
Joint Stipulation and [Proposed] Order to Modify Schedule filed April 11, 2022

Interrogatories:

Defendant/Counterclaimant Intuitive Surgical, Inc.'s Objections and Responses to Plaintiff Surgical Instrument Service Co., Inc.'s First Set of Interrogatories dated April 29, 2022
Plaintiff Surgical Instrument Service Company, Inc.'s Answer and Objection to Defendant's Interrogatories First Set - Nos. 1-3 dated May 20,2022
Plaintiff Surgical Instrument Service Company, Inc.'s Answer and Objections to Defendant's Interrogatories Second Set - Nos. 4-18 dated August 8, 2022

Restore Robotics, et al. v. Intuitive Surgical, Inc. (Case No. 5:19-cv-00055-TKW-MJF):

Defendant's Answer, Affirmative Defense and Counterclaims filed September 30, 2019
Defendant's First Amended Counterclaims with Exhibits 1-3 filed November 28, 2019
Plaintiffs Restore Robotics LLC and Restore Robotics Repairs LLC's Answer to Defendant's Amended Counterclaims filed December 12, 2019
Second Amended Complaint with Exhibits 1-5 filed March 29, 2021
Defendant's Answer and Affirmative Defense filed April 12, 2021

Rebotix Repair LLC v. Intuitive Surgical, Inc. (Case No. 8:20-cv-02274-VMC-TGW):

Complaint filed September 28, 2020
Defendant's Answer, Affirmative Defenses and Counterclaims with Exhibits A-E filed April 2, 2021
Rebotix's Answer and Affirmative Defenses to Intuitive's Counterclaims filed April 23, 2021

**EXPERT REPORTS:**

Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc. (Case No. 3:21-cv-03496-VC):

Expert Report of Jean Sargent dated December 2, 2022

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Data and Other Information Considered - as of March 1, 2023
# Second Rebuttal Attachment 1

<u>Restore Robotics, et al. v. Intuitive Surgical, Inc. (Case No. 5:19-cv-00055-TKW-MJF):</u>

Expert Report of Heather Rosecrans dated August 20, 2021
Expert Report of John Bomalaski dated August 20, 2021
Expert Report of Dr. Robert D. Howe dated August 20, 2021
Expert Report of Sara Parikh, Ph.D. dated August 20, 2021
Expert Report of Professor Christina DePasquale dated August 20, 2021
Expert Report of Loren K. Smith, Ph.D. dated August 20, 2021
Expert Rebuttal Report of Loren K. Smith, Ph.D. dated September 27, 2021
Rebuttal Expert Report of Christina DePasquale dated October 7, 2021
Supplemental Expert Report of Christina DePasquale dated October 28, 2021
**Any additional documents cited therein.**

<u>Rebotix Repair LLC v. Intuitive Surgical, Inc. (Case No. 8:20-cv-02274-VMC-TGW):</u>

Expert Report of Dr. John Bomalaski dated July 26 2021
Expert Report of Robert Howe dated July 26, 2021
Expert Report of Kurt Humphrey dated July 26, 2021
Expert Report of Russell Lamb dated July 26, 2021
Expert Report of Gwen Mandel dated July 26, 2021
Expert Report of Robert Mills dated July 26, 2021
Expert Report of Sara Parikh dated July 26, 2021
Expert Report of Heather Rosecrans dated July 26, 2021
Expert Report of Joshua Sharlin dated July 26, 2021
Expert Report of Loren K. Smith, Ph.D. dated July 26, 2021
Amended Expert Report of Sara Parikh dated August 5, 2021
Expert Report of Larry Chiagouris dated August 30, 2021
Rebuttal Report of Robert Mills dated August 30, 2021
Expert Report of Kim Parnell dated August 30, 2021
Rebuttal Expert Report of Heather Rosecrans dated August 30, 2021
Expert Damages Rebuttal Report of Loren K. Smith, Ph.D. dated August 30, 2021
Expert Antitrust Merits Report of Loren K. Smith, Ph.D. dated August 30, 2021
Expert Report of Lawrence Stevens dated August 30, 2021
Supplemental Expert Report of Russell Lamb dated September 22, 2021
Supplemental Expert Report of Robert Mills dated September 22, 2021
**Any additional documents cited therein.**

<u>**DEPOSITIONS:**</u>

<u>Restore Robotics, et al. v. Intuitive Surgical, Inc. (Case No. 5:19-cv-00055-TKW-MJF):</u>

Mark Johnson dated April 29, 2021 with Exhibits 0001-0009
Todd Pope dated April 30, 2021 with Exhibits 1-7
30(b)(6) Restore Robotics LLC and Restore Robtics Repairs LLC through Clifton Earl Parker, and Clifton Parker Individually dated May 4, 2021 with Exhibits 1-7
David Robinson dated May 5, 2021
Kevin May dated May 6, 2021 with Exhibits 1-24
John "Jake" Joseph Colletti Jr., dated May 7, 2021 with Exhibits 1-13
Greg Posdal dated May 10, 2021 with Exhibits 1-6
Mills Vautrot dated May 11, 2021 with Exhibits 1-12
West E. Gordon dated May 13, 2021 with Exhibits 1-17

# Data and Other Information Considered - as of March 1, 2023
# Second Rebuttal Attachment 1

Sherry Harvey dated May 14, 2021 with Exhibits 1-7
Cario Wasfy dated May 18, 2021 with Exhibits 1-23
Dave Rosa dated May 19, 2021 with Exhibits 1-9
Robert DeSantis dated May 20, 2021 with Exhibits 1-9
Kyle Marks dated May 21, 2021 with Exhibits 1-8
Tyler McDonald dated May 21, 2021 with Exhibits 1-17
Ronald Lee Blair Jr. dated May 24, 2021 with Exhibits 1-3
Eugene Otto Dickens M.D., dated May 27, 2021 with Exhibits 1-2
Amie Renee Reed dated May 27, 2021 with Exhibits 1-3
Kevin May (Vol. II) dated June 8, 2021 with Exhibits 1-6
Michael Madewell dated June 11, 2021 with Exhibits 1-21

Rebotix Repair LLC v. Intuitive Surgical, Inc. (Case No. 8:20-cv-02274-VMC-TGW):

Myriam Curet M.D., dated May 7, 2021 with Exhibits 1-6
Glenn Vavoso dated May 14, 2021 with Exhibits 1-39
Ronald Lee Blair, Jr. dated May 24, 2021 with Exhibits 1-22
Edward W. Harrich dated May 24, 2021 with Plaintiff's Exhibits 1-9, Defendant's Exhibits DF1-DF5
Katie Scoville dated May 26, 2021 with Exhibits 1-13
Robert DeSantis dated May 27, 2021 with Exhibits 1-29
Stacey Donovan dated May 27, 2021 with Exhibits P1-P9, D1-D3
30(b)(6) Rebotix Repair, LLC through Glenn Papit dated June 2, 2021 with Exhibits 1-24
Stan (Lay) Hamilton dated June 4, 2021 with Exhibits 1-10
David Mixner dated June 10, 2021 with Exhibits 1-18
Chris Gibson dated June 22, 2021 with Exhibits 1-22

In Re: Da Vinci Surgical Robot Litigation - All Cases:

Judith Schimmel dated September 22, 2022 with Exhibits 1-20
Sandra Guerro dated September 23, 2022 with Exhibits 21-46
Mark Early dated October 6, 2022 with Exhibits 28, 30, 59-81
Disha Peswani dated October 6, 2022 with Exhibits 1-17
Margaret Nixon dated October 7, 2022 with Exhibits 18-32
John Wagner dated October 11, 2022 with Exhibits 54, 56, 104-116
Shreya Purohit dated October 12, 2022 with Exhibits 33-53
John Francis M.D. dated October 14, 2022 with Exhibits 54-55
Ryan Shaw dated October 19, 2022 with Exhibits 56-74
Gayle Perry dated October 20, 2022 with Exhibits 75-79, 81-84
Ricardo Estape, M.D. dated October 22, 2022 with Exhibits 118-120, Estape 01, 34, 61, 95
Clifton Parker dated October 25, 2022 with Exhibits 121-134
30 (b)(6) Nickola (Nicky) Goodson dated October 27, 2022 with Exhibits 85-106
30(b)(6) Keith Johnson dated October 27, 2022 with Exhibits 135-140
Keith Johnson (Individually) dated October 27, 2022 with Exhibits 141-144
Imron Zafar dated November 1, 2022 with Exhibits 1-5, 111-113
Mario Lowe dated November 3, 2022 with Exhibits 81-83, 144
Kevin May dated November 3, 2022 with Exhibits 154-156, Plaintiff's Exhibit 1
John Sampson dated November 3, 2022 with Exhibits 184-193
Stan Hamilton dated November 4, 2022 with Exhibits 157, 158, 160, 204

# Data and Other Information Considered - as of March 1, 2023
# Second Rebuttal Attachment 1

Sharathchandra (Shark) Somayaji dated November 4, 2022 with Exhibits 201, 203, 205-208, 211-213, 216-218, 220, 223-224, 227-230

Todd Tourand dated November 4, 2022 with Exhibits 39, 200, 202, 209, 210, 214, 215, 219, 221, 222, 225, 226

30 (b)(6) Marshall Mohr dated November 7, 2022 with Exhibits 231-236

30(b)(1) Grant DuQue (Personal) dated November 8, 2022 with Exhibits 238, 240-241, 243-244, 246-249, 257-258, 263

30(b)(6) Grant DuQue dated November 8, 2022 with Exhibits 238, 266-269

David Fabricant dated November 8, 2022 with Exhibits 239. 239A-239D, 242, 242A, 245, 245A, 250-253, 253A, 254-256, 259, 261-262

Catherine Mohr M.D. dated November 9, 2022 with Exhibits 270-285

30(b)(1) Colin Morales (Personal) dated November 9, 2022 with Exhibits 120-134

30(b)(6) Colin Morales dated November 9, 2022 with Exhibits 135-143

Dan Jones dated November 10, 2022 with Exhibits 286-294

Rick Ferreira dated November 10, 2022 with Exhibits 207-220, 295-296

30 (b)(6) Nickola (Nicky) Goodson dated November 16, 2022 with Exhibit 297

Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.:

30(b)(1) Jose Gonzales (Personal) dated October 17, 2022 with Exhibits 39, 45, 82, 83

30(b)(6) Jose Gonzales dated October 17, 2022 with Exhibits 84-99, 117

30(b)(6) Greg Posdal dated November 1, 2022 with Exhibits 145-146, Previously Marked Exhibits 136, 138

30(b)(1) Greg Posdal (Personal) dated November 1, 2022 with Exhibits 147-148, Previously Marked Exhibits 107, 143

## DISCUSSIONS WITH:

SIS personnel:

Keith Johnson, Executive Vice President, Sales and Clinical Programs

Greg Posdal, President and C.E.O

Jean Sargent, industry expert

## DOCUMENTS WITH BATES STAMPS:

| | | | | |
|---|---|---|---|---|
| ALPIN00001-00005 | Intuitive-00223902-00223935 | Intuitive-00602325 | Restore-00001939 | SIS091827-091828 | SIS196155 |
| BB001260 | Intuitive-00223937-00223970 | Intuitive-00602576-00602578 | Restore-00002260-00002265 | SIS091833 | SIS196156 |
| BB002642-002644 | Intuitive-0023049-00224033 | Intuitive-00602603 | Restore-00002891-00002915 | SIS091834 | SIS196158 |
| BSWH-0000446-0000448 | Intuitive-00230855 | Intuitive-00603164 | Restore-00003932-00003942 | SIS091839 | SIS196159 |
| CCSC-I 000038-000051 | Intuitive-00230856 | Intuitive-00603510 | Restore-00006083-00006084 | SIS091840-091841 | SIS196209 |
| CMR-00001108-00001111 | Intuitive-00231004 | Intuitive-00603990-00603991 | Restore-00009387 | SIS091842-091844 | SIS196210 |
| Intuitive 00398790-00398858 | Intuitive-00234762-00234838 | Intuitive-00604054-00604055 | Restore-00012292 | SIS091846-091913 | SIS196219 |
| Intuitive-00000157-00000209 | Intuitive-00240550-00240638 | Intuitive-00604123 | Restore-00013682-00013692 | SIS092142 | SIS196220 |
| Intuitive-00000256 | Intuitive-00241336-00241370 | Intuitive-00604127 | Restore-00022922 | SIS092353-092356 | SIS196226 |
| Intuitive-00000257 | Intuitive-00246469-00246491 | Intuitive-00604145 | Restore-00055932-00055939 | SIS092357-092359 | SIS196227 |
| Intuitive-00000258 | Intuitive-00254135 | Intuitive-00605636 | SIS000001 | SIS092410-092477 | SIS196228 |
| Intuitive-00000259 | Intuitive-00254875-00254877 | Intuitive-00620200 | SIS000022 | SIS092637-092638 | SIS196230-196231 |
| Intuitive-00000260 | Intuitive-00255397 | Intuitive-00624829 | SIS000023 | SIS092666-092668 | SIS196232 |
| Intuitive-00000261 | Intuitive-00258654 | Intuitive-00626145 | SIS000024 | SIS092675 | SIS196235 |
| Intuitive-00000276 | Intuitive-00261446-00261486 | Intuitive-00646018-00646041 | SIS000025 | SIS092916-092917 | SIS196236 |
| Intuitive-00000316 | Intuitive-00265324-00265336 | Intuitive-00670355 | SIS000028 | SIS093097 | SIS196239 |
| Intuitive-00001087-00001146 | Intuitive-00266133 | Intuitive-00671020-00671035 | SIS000028-000029 | SIS093099-093101 | SIS196240 |
| Intuitive-00001237-00001311 | Intuitive-00268606-00268612 | Intuitive-00674398 | SIS000033-000034 | SIS093168-093170 | SIS196251 |
| Intuitive-00001639 | Intuitive-00268762-00268767 | Intuitive-00685424 | SIS000035-000045 | SIS093171-093176 | SIS196252 |
| Intuitive-00001788-00001851 | Intuitive-00270554-00270572 | Intuitive-00686044 | SIS000047-000049 | SIS093361-093364 | SIS196253 |
| Intuitive-00002050-00002092 | Intuitive-00273157 | Intuitive-00686068 | SIS000050 | SIS093423-093425 | SIS196254 |
| Intuitive-00002138 | Intuitive-00273226-00273228 | Intuitive-00686068 | SIS000051 | SIS093436-093438 | SIS196255 |
| Intuitive-00002937-00002944 | Intuitive-00273229-00273259 | Intuitive-00688902 | SIS000051-000054 | SIS093894 | SIS196256 |

# Data and Other Information Considered - as of March 1, 2023
# Second Rebuttal Attachment 1

| | | | | | |
|---|---|---|---|---|---|
| Intuitive-00003494 | Intuitive-00273264-00273294 | Intuitive-00689957 | SIS000056 | SIS093980-093981 | SIS196258 |
| Intuitive-00003866-00003869 | Intuitive-00273273 | Intuitive-00695006 | SIS000057-000058 | SIS093984 | SIS196259 |
| Intuitive-00004126-00004172 | Intuitive-00273715 | Intuitive-00695144 | SIS000059-000060 | SIS094006-094008 | SIS196260 |
| Intuitive-00004412-00004420 | Intuitive-00278244-00278245 | Intuitive-00695231-00695234 | SIS000061 | SIS094014-094016 | SIS196273 |
| Intuitive-00004661 | Intuitive-00279920-00279922 | Intuitive-00695236 -00695237 | SIS000097-000112 | SIS094023-094090 | SIS196274 |
| Intuitive-00004692-00004704 | Intuitive-00279923-00279957 | Intuitive-00695243-00695245 | SIS000118-000137 | SIS094101-094103 | SIS196288 |
| Intuitive-00004811 | Intuitive-00279958-00279983 | Intuitive-00700809-00700909 | SIS000138-000157 | SIS094111 | SIS196289-196290 |
| Intuitive-00004968-00004986 | Intuitive-00282732-00282736 | Intuitive-00701320-00701322 | SIS000158-000165 | SIS094176 | SIS196291 |
| Intuitive-00005049 | Intuitive-00285709-00285741 | Intuitive-00701343 | SIS000173-000181 | SIS094245 | SIS196292 |
| Intuitive-00005051-00005067 | Intuitive-00288971-00288972 | Intuitive-00701739 | SIS000183-000198 | SIS094284 | SIS196309 |
| Intuitive-00005135-00005147 | Intuitive-00288975-00288976 | Intuitive-00701743 - 00701744 | SIS000202-000204 | SIS094291 | SIS196310 |
| Intuitive-00005309-00005328 | Intuitive-00292437-00292461 | Intuitive-00702284 | SIS000213-000215 | SIS094448-094450 | SIS196311 |
| Intuitive-00005955-00005989 | Intuitive-00292544-00292628 | Intuitive-00752495 | SIS000216-000217 | SIS094462-094463 | SIS196315 |
| Intuitive-00008839-00008905 | Intuitive-00293271-00293356 | Intuitive-00784942-00784972 | SIS000218-000220 | SIS094498-094501 | SIS196316 |
| Intuitive-00009073-00009076 | Intuitive-00293400-00293606 | Intuitive-00807510-00807557 | SIS000224-000225 | SIS094524-094525 | SIS196317 |
| Intuitive-00009517-00009561 | Intuitive-00296258-00296294 | Intuitive-00808372-00808551 | SIS000226-000227 | SIS094530 | SIS196318 |
| Intuitive-00009716 -00009717 | Intuitive-00296295-00296298 | Intuitive-00810697 | SIS000228-000229 | SIS094531 | SIS196319 |
| Intuitive-00009824-00009880 | Intuitive-00313683-00313684 | Intuitive-00817085-00817118 | SIS000239-000240 | SIS094572-094573 | SIS196320 |
| Intuitive-00010119 | Intuitive-00313685-00313730 | Intuitive-00834771 | SIS000241-000260 | SIS094574 | SIS196321 |
| Intuitive-00010179 | Intuitive-00323352 | Intuitive-00834793 | SIS000261-000268 | SIS094618-094622 | SIS196322-196323 |
| Intuitive-00011483 | Intuitive-00338256-00323930 | Intuitive-00834845 | SIS000274-000282 | SIS094631-094635 | SIS196327 |
| Intuitive-00011487 | Intuitive-00333561-00333572 | Intuitive-00846238 | SIS000293-000294 | SIS094779-094781 | SIS196328 |
| Intuitive-00012397-00012400 | Intuitive-00335054 | Intuitive-00849019 | SIS000302-000317 | SIS094825 | SIS196329 |
| Intuitive-00012401-00012543 | Intuitive-00338790-00338805 | Intuitive-00882424 | SIS000319-000321 | SIS094857-094871 | SIS196330-196332 |
| Intuitive-00014019 | Intuitive-00354548-00354590 | Intuitive-00897681-00897695 | SIS000322-000325 | SIS094955-094969 | SIS196333 |
| Intuitive-00014395-00014396 | Intuitive-00356654-00356745 | Intuitive-00902243 | SIS000355-000357 | SIS095191-095192 | SIS196334-196335 |
| Intuitive-00015314-00015351 | Intuitive-00363883-00363901 | Intuitive-00945455 | SIS000392-000394 | SIS095220-095223 | SIS196336-196337 |
| Intuitive-00015458-00015493 | Intuitive-00363903-00363918 | Intuitive-00982519 | SIS000395-000414 | SIS095278-095280 | SIS196338 |
| Intuitive-00018120 | Intuitive-00364420-00364444 | Intuitive-00986625 | SIS000415-000422 | SIS095294-095296 | SIS196340-196342 |
| Intuitive-00019774-00019775 | Intuitive-00364863-00364874 | Intuitive-01011044-01011053 | SIS000433 | SIS095312 | SIS196343 |
| Intuitive-00019946-00020046 | Intuitive-00365857-00365897 | Intuitive-01024426-01024427 | SIS000437-000439 | SIS095339 | SIS196344 |
| Intuitive-00020363-00020372 | Intuitive-00366044-00366063 | Intuitive-01032092 | SIS000440-000444 | SIS095440 | SIS196362-196366 |
| Intuitive-00021011 | Intuitive-00367019-00367063 | Intuitive-01034247 | SIS000449 | SIS095539-095540 | SIS196367 |
| Intuitive-00024105 | Intuitive-00367171-00367172 | Intuitive-01069706-01069707 | SIS000450-000451 | SIS095555-095622 | SIS196368 |
| Intuitive-00024910-00024941 | Intuitive-00367339 -00367344 | Intuitive-01071172-01071202 | SIS000455 | SIS095665-095725 | SIS196369-196370 |
| Intuitive-00025115-00025121 | Intuitive-00367339-00367344 | Intuitive-01085248 | SIS000459.001 | SIS095923-095928 | SIS235009-235017 |
| Intuitive-00027482-00027488 | Intuitive-00367345 | Intuitive-01087438 | SIS000463-000465 | SIS095923-095928 | SIS235018-235028 |
| Intuitive-00028665-00028668 | Intuitive-00367522-00367534 | Intuitive-01101507 | SIS000473-000476 | SIS095938-095940 | SIS235244-235253 |
| INTUITIVE-00028864 | Intuitive-00367724-00367726 | Intuitive-01101508 | SIS000477 | SIS096017-096021 | SIS235254-235256 |
| Intuitive-00028874-00028963 | Intuitive-00367727 | Intuitive-01115600 | SIS000481-000484 | SIS096161-096164 | SIS235283-235298 |
| Intuitive-00029346-00029347 | Intuitive-00367733-00367790 | Intuitive-01126654-01126655 | SIS000491 | SIS096196-096197 | SIS235301-235305 |
| Intuitive-00030279-00030285 | Intuitive-00367806-00367807 | Intuitive-01132295 | SIS000492-000495 | SIS096225 | SIS236038-236053 |
| Intuitive-00030451-00030517 | Intuitive-00367808-00367812 | Intuitive-01134566 | SIS000506-000525 | SIS096226 | SIS236058-236082 |
| Intuitive-00032916-00032917 | Intuitive-00367902 | Intuitive-01141301-01141305 | SIS000526-000533 | SIS096236-096237 | SIS236083-236088 |
| Intuitive-00033512-00033513 | Intuitive-00367961 | Intuitive-01155852 | SIS000561 | SIS096271 | SIS236829 |
| Intuitive-00033514-00033539 | Intuitive-00369367-00369328 | Intuitive-01156820 | SIS000568 | SIS096296 | SIS236830-236844 |
| Intuitive-00033815-00033870 | Intuitive-00369329-00369347 | Intuitive-01182910 | SIS000569-000570 | SIS096605 | SIS236845-236848 |
| Intuitive-00033957-00034025 | Intuitive-00372053-00372055 | Intuitive-01197005 | SIS000580 | SIS096629-096633 | SIS236911-236957 |
| Intuitive-00034599-00034621 | Intuitive-00372699-00372703 | INTUITIVE-01215093 | SIS000582-000587 | SIS096683-096685 | SIS236958-237033 |
| Intuitive-00034748-00034749 | Intuitive-00373839-00373841 | Intuitive-01219019 | SIS000593.001 | SIS096761 | SIS237071-237074 |
| Intuitive-00034750-00034774 | Intuitive-00373885-00373887 | Intuitive-01236912 | SIS000597 | SIS096786 | SIS237075-237100 |
| Intuitive-00035386 | Intuitive-00376786-00376808 | Intuitive-01240518-01240523 | SIS000598 | SIS096963-096966 | SIS237101-237106 |
| Intuitive-00036783-00036798 | Intuitive-00389936 | Intuitive-01261766 | SIS000600-000604 | SIS097025-097028 | SIS237108-237131 |
| Intuitive-00038260-00038278 | Intuitive-00390869 | Intuitive-01405182-01405186 | SIS000610-000613 | SIS097031 | SIS237186-237204 |
| Intuitive-00040518 | Intuitive-00390870-00390906 | Intuitive-01405189-01405190 | SIS000631-000632 | SIS097037-097104 | SIS237205-237209 |

# Data and Other Information Considered - as of March 1, 2023
# Second Rebuttal Attachment 1

| | | | | | |
|---|---|---|---|---|---|
| Intuitive-00042816-00042851 | Intuitive-00394297 | Intuitive-01740518-01740520 | SIS000633-000634 | SIS097107-097109 | SIS237343-237360 |
| Intuitive-00042937-00042972 | Intuitive-00397354-00397395 | Intuitive-02025757-02025759 | SIS000635-000639 | SIS097110-097112 | SIS237364-237373 |
| Intuitive-00043100 | Intuitive-00412740-00412762 | Intuitive-02026480 | SIS000652-000655 | SIS097113-097114 | SIS250885 |
| Intuitive-00043101-00043148 | Intuitive-00421009-00421014 | Intuitive-02046270 | SIS000656.001 | SIS097119 | SIS251593 |
| Intuitive-00043879-00043885 | Intuitive-00421106-00421118 | Intuitive-02067634 | SIS000660-000661 | SIS097122-097123 | SIS276305 |
| Intuitive-00044517 | Intuitive-00421796-00421808 | Intuitive-02068980 | SIS000662 | SIS097126-097128 | SIS299535-299561 |
| Intuitive-00044524-00044526 | Intuitive-00423683-00423683 | Intuitive-02069208 | SIS000663 | SIS097139 | SIS299583-299593 |
| Intuitive-00044528-00044530 | Intuitive-00423684-00423736 | Intuitive-02069211 | SIS000663-000664 | SIS097141 | SIS319267 |
| Intuitive-00045350-00045354 | Intuitive-00439319-00439321 | Intuitive-02069286 | SIS000665-000667 | SIS097217-097218 | SIS319315-319322 |
| Intuitive-00045861-00045898 | Intuitive-00439677-00439679 | Intuitive-02069694 | SIS000672 | SIS097220-097231 | SIS319323-19329 |
| Intuitive-00046428 | Intuitive-00463328-00463403 | Intuitive-02069746 | SIS001621 | SIS097269 | SIS320176-320188 |
| Intuitive-00047082 | Intuitive-00465615-00465616 | Intuitive-02069760 | SIS001648 | SIS097270 | SIS320189-320201 |
| Intuitive-00047105-00047314 | Intuitive-00466686 | Intuitive-02069764 | SIS001685 | SIS097273 | SIS320922-320935 |
| Intuitive-00047998-00048207 | Intuitive-00471993-00471997 | Intuitive-02069774 | SIS001685-001690 | SIS097281 | SIS320936-320949 |
| Intuitive-00048514-00048542 | Intuitive-00471998-00472003 | Intuitive-02069795 | SIS001957-001960 | SIS097322 | SIS320950-320963 |
| Intuitive-00049014-00049016 | Intuitive-00473788-00473819 | INTUITIVE-02070399 | SIS003653-003670 | SIS106475 | SIS321287-321299 |
| Intuitive-00049089-00049102 | Intuitive-00478297-00478298 | Intuitive-553115-553161 | SIS003902 | SIS106484 | SIS321300-321312 |
| Intuitive-00050362-00050388 | Intuitive-00478439-00478444 | Intuitive-00028864 | SIS003913 | SIS106485-106486 | SIS327571-327577 |
| Intuitive-00050419 | Intuitive-00478797-00478799 | Intuitive-00049995 | SIS003926 | SIS106491-106492 | SIS327578-327591 |
| Intuitive-00054857-00054896 | Intuitive-0049128-0049132 | Intuitive-00104210 | SIS003937 | SIS106493 | SIS327606-327612 |
| Intuitive-00070364-00070024 | Intuitive-00506505-00506641 | Intuitive-00994761 | SIS005686591-00568634 | SIS106493-106498 | SIS327613-327620 |
| Intuitive-00073538-00073559 | Intuitive-00512348-00512353 | Intuitive-00995697 | SIS007986 | SIS116933-116940 | SIS327621-327628 |
| Intuitive-00075214-00075252 | Intuitive-00515818-00515866 | MEDIVISION001731-001732 | SIS009366 | SIS116993 | SIS327629-327636 |
| Intuitive-00076261 | Intuitive-00519980-00520005 | MEDLINE0040518 - 0040544 | SIS009428 | SIS117733-117749 | SIS327637 |
| Intuitive-00086011-00086082 | Intuitive-00538914-00538929 | REBOTIX000685-000687 | SIS009443 | SIS117894-117911 | SIS328154 |
| Intuitive-00086194-00086283 | Intuitive-00544903-00545124 | REBOTIX000835-000845 | SIS009514 | SIS117912-117929 | SIS328322-328333 |
| Intuitive-00088621 | Intuitive-00552533-00552535 | REBOTIX001387-001425 | SIS009617-009619 | SIS118397-118409 | SIS328334 |
| Intuitive-00089621 | Intuitive-00552745-00552759 | REBOTIX004379-004388 | SIS010151 | SIS118410-118422 | SIS328335 |
| Intuitive-00089767-00089782 | Intuitive-00552993-00553014 | REBOTIX0164822 | SIS010152 | SIS118423-118435 | SIS328336 |
| Intuitive-00091257-00091351 | Intuitive-00553115-00553161 | REBOTIX0173140 | SIS010200 | SIS118436-118448 | SIS328337 |
| Intuitive-00098205 | Intuitive-00553825-00553834 | REBOTIX0173141 | SIS010237 | SIS118449-118461 | SIS328338 |
| Intuitive-00098209 | Intuitive-00554106-00554113 | REBOTIX0173188 | SIS010270 | SIS118462-118474 | SIS328339 |
| Intuitive-00098287-00098354 | Intuitive-0055435 | REBOTIX0173204 | SIS010341 | SIS118878 | SIS328340 |
| Intuitive-00098370 | Intuitive-00555864-00555866 | REBOTIX0174292 | SIS010342 | SIS118879-118880 | SIS328341 |
| Intuitive-00098680 | Intuitive-0055790 | REBOTIX0174307 | SIS010343 | SIS119199-119206 | SIS328342 |
| Intuitive-00098681 | Intuitive-00559343-00559564 | REBOTIX0174757 | SIS010648-010665 | SIS119299 | SIS328343 |
| Intuitive-00100251-00100269 | Intuitive-00559695-00559706 | REBOTIX0174771 | SIS010691-010707 | SIS119300-119310 | SIS328344 |
| Intuitive-00102909 | Intuitive-00559824-00559939 | REBOTIX040273-040276 | SIS010912 | SIS119311 | SIS328345 |
| Intuitive-00102938 | Intuitive-00562853-00562855 | REBOTIX040277 | SIS010923 | SIS119312-119313 | SIS328346 |
| Intuitive-00102938-00102989 | Intuitive-0063445 | REBOTIX040446-040450 | SIS011151-011165 | SIS126698-126705 | SIS328347 |
| Intuitive-00103402-00103405 | Intuitive-00563940-00563948 | REBOTIX041613-041620 | SIS011187-011202 | SIS127642 | SIS328348 |
| Intuitive-00103407-00103426 | Intuitive-00564534-00564535 | REBOTIX045504-045510 | SIS011228-011243 | SIS132796 | SIS329815 |
| Intuitive-00103427 | Intuitive-00565670-00565671 | REBOTIX048125-048125 | SIS011268-011283 | SIS135949-135967 | SIS329816-329817 |
| Intuitive-00103456-00103478 | Intuitive-00566055-00566082 | REBOTIX049817 | SIS032473-032488 | SIS136056-136064 | SIS329827-329828 |
| Intuitive-00103571-00103596 | Intuitive-00566149-00566153 | REBOTIX050132-050133 | SIS032622-032689 | SIS136259-136274 | SIS329829-329830 |
| Intuitive-00103598 | Intuitive-00566507-00566643 | REBOTIX050420 | SIS032716-032718 | SIS136648 | SIS329848 |
| Intuitive-00103786 | Intuitive-00566601-00566643 | REBOTIX050423 | SIS032770 | SIS136691 | SIS329849 |
| Intuitive-00103787-00103836 | Intuitive-0056826 | REBOTIX050721 | SIS032896-032898 | SIS138226-138234 | SIS329850-329865 |
| Intuitive-00104130-00104131 | Intuitive-00569180-00569182 | REBOTIX050854 | SIS032899-032955 | SIS139358-139376 | SIS329885-329893 |
| Intuitive-00104183-00104205 | Intuitive-00569308-00569310 | REBOTIX051079 | SIS032956-032959 | SIS139407-139415 | SIS330591-330634 |
| INTUITIVE-00104210 | Intuitive-00569631-00569541 | REBOTIX051537-051538 | SIS032969-032972 | SIS139456-139464 | SIS336456-336474 |
| Intuitive-00104535-00104537 | Intuitive-0057107 5 | REBOTIX053473 | SIS033073-033142 | SIS139559-139567 | SIS336744-336759 |
| Intuitive-00104562-00104563 | Intuitive-00571076-00571080 | REBOTIX054164-054165 | SIS033151-033220 | SIS139980-139998 | SIS336761 |
| Intuitive-00104566-00104570 | Intuitive-00578133-00578202 | REBOTIX054166 | SIS033364-033365 | SIS140013-140030 | SIS336984-337014 |
| Intuitive-00104928-00104953 | Intuitive-00579633-00579645 | REBOTIX054249-054249 | SIS033371-033438 | SIS142445 | SIS340585-340599 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Data and Other Information Considered - as of March 1, 2023
# Second Rebuttal Attachment 1

| | | | | | |
|---|---|---|---|---|---|
| Intuitive-00105904-00106106 | Intuitive-00581597 | REBOTIX054620-054620 | SIS033590-033593 | SIS142683-142698 | SIS341124 |
| Intuitive-00106127-00106128 | Intuitive-00581618 | REBOTIX054897 | SIS033653 | SIS142726-142742 | SIS341132 |
| Intuitive-00106653-00106658 | Intuitive-00581814-00581883 | REBOTIX055131 | SIS033654 | SIS142766-142782 | SIS343965 |
| Intuitive-00110242-00110243 | Intuitive-00582105-00582117 | REBOTIX055134 | SIS033655-033660 | SIS142937-142939 | SIS343965-343971 |
| Intuitive-00110255-00110258 | Intuitive-00582618-00582629 | REBOTIX055331 | SIS033663 | SIS143176 | SIS343965-343971 |
| Intuitive-00111192-00111193 | Intuitive-00583337-00583347 | REBOTIX055419 | SIS033664-033665 | SIS143178 | SIS344662-344670 |
| Intuitive-00113020-00113020 | Intuitive-00583659-00583707 | REBOTIX055424 | SIS036554 | SIS143365-143366 | SIS346078-346080 |
| Intuitive-00114808-00114839 | Intuitive-00585561-00585659 | REBOTIX055565 | SIS038107-038109 | SIS143367-143374 | SIS346124-346129 |
| Intuitive-00115483-00115501 | Intuitive-00586241-00586249 | REBOTIX055566 | SIS038110-038112 | SIS143466-143477 | SIS346133 |
| Intuitive-00115576-00115578 | Intuitive-00586668-00586708 | REBOTIX056297 | SIS038113-038169 | SIS143490 | SIS346146 |
| Intuitive-00115682-00115689 | Intuitive-00593443-00593480 | REBOTIX056325 | SIS038223-038290 | SIS143895-143964 | SIS346147 |
| Intuitive-00118636-00118706 | Intuitive-00593897-00593981 | REBOTIX056329 | SIS038293-038362 | SIS145108 | SIS346180-346195 |
| Intuitive-00121229-00121230 | Intuitive-00594517-00594542 | REBOTIX056394 | SIS043777-043778 | SIS146228-146234 | SIS346200-346215 |
| Intuitive-00122488-00122603 | Intuitive-00594883-00594902 | REBOTIX056408 | SIS045193-045194 | SIS146768 | SIS346248 |
| Intuitive-00124485-00124487 | Intuitive-00594940-00594949 | REBOTIX057417-057417 | SIS045195-045198 | SIS146838 | SIS346265 |
| Intuitive-00128685 | Intuitive-00595404 | REBOTIX057473 | SIS045199-045200 | SIS146989 | SIS346266 |
| Intuitive-00128687-00128691 | Intuitive-00595405 | REBOTIX058675 | SIS045201-045203 | SIS148945 | SIS346267 |
| Intuitive-00128700-00128728 | Intuitive-00595406 | REBOTIX059010-059013 | SIS045227 | SIS149741 | SIS346306-346322 |
| Intuitive-00129015 | Intuitive-00595407 | REBOTIX059648-059651 | SIS045231-045232 | SIS158253-158271 | SIS346641-346657 |
| Intuitive-00133628-00133630 | Intuitive-00595408 | REBOTIX059927 | SIS045332-045337 | SIS161609 | SIS346820 |
| Intuitive-00136727-00136728 | Intuitive-00595409 | REBOTIX060483 | SIS045701-045719 | SIS161610 | SIS346866-346874 |
| Intuitive-00136728-00136735 | Intuitive-00595410 | REBOTIX061037 | SIS045720-045736 | SIS161611 | SIS347987 |
| Intuitive-00138863-00138863 | Intuitive-00595411 | REBOTIX062113 | SIS047175-047180 | SIS161612 | SIS347997 |
| Intuitive-00138864-00138892 | Intuitive-00595412 | REBOTIX062114 | SIS047433-047435 | SIS161613 | SIS356339 |
| Intuitive-00138893-00138902 | Intuitive-00595413 | REBOTIX062280 | SIS048559-048561 | SIS161614 | SIS356362-356406 |
| Intuitive-00139149-00139150 | Intuitive-00595414 | REBOTIX062408 | SIS059789 | SIS163317-163341 | SIS356407-356411 |
| Intuitive-00139238 | Intuitive-00595415 | REBOTIX062427 | SIS063100-063101 | SIS166875-166876 | SIS356412-356437 |
| Intuitive-00139709-00139741 | Intuitive-00595416 | REBOTIX062442 | SIS063495 | SIS166877 | SIS356438-356439 |
| Intuitive-00139742 -003479560 | Intuitive-00595417 | REBOTIX063037 | SIS063496-063510 | SIS166890-166892 | SIS356440-356478 |
| Intuitive-00139764 | Intuitive-00595418 | REBOTIX063142 | SIS063511 | SIS166893-166895 | SIS356479-356503 |
| Intuitive-00139765-00139801 | Intuitive-00595419 | REBOTIX063807 | SIS065442-065443 | SIS167696 | SIS356504-356505 |
| Intuitive-00140459 | Intuitive-00595420 | REBOTIX065420 | SIS065604-065606 | SIS167697 | SIS356506-356613 |
| Intuitive-00141202 | Intuitive-00595421 | REBOTIX065762 | SIS065608-065609 | SIS167787-167788 | SIS356614-356735 |
| Intuitive-00141567-00141568 | Intuitive-00595422 | REBOTIX065982 | SIS068983-068985 | SIS167789-167790 | SIS356736-356856 |
| Intuitive-00143279-00143310 | Intuitive-00595423 | REBOTIX067626 | SIS069084-069102 | SIS167798-167800 | SIS356857-356987 |
| Intuitive-00145425-00145437 | Intuitive-00595424 | REBOTIX068401 | SIS069104-069122 | SIS167801-167804 | SIS356988-357133 |
| Intuitive-00146235-00146236 | Intuitive-00595425 | REBOTIX068496 | SIS069981 | SIS167809-167810 | SIS357134-357135 |
| Intuitive-00146237-00146302 | Intuitive-00595426 | REBOTIX068513 | SIS069989-070019 | SIS167815-167816 | SIS357136-357137 |
| Intuitive-00146467-00146480 | Intuitive-00595427 | REBOTIX068620 | SIS070303-070062 | SIS167817 | SIS357138-357139 |
| Intuitive-00146892-00146903 | Intuitive-00595428 | REBOTIX068802 | SIS070291-070306 | SIS167818 | SIS357140-357141 |
| Intuitive-00147161-00147220 | Intuitive-00595429 | REBOTIX068949 | SIS070308-070323 | SIS167819-167821 | SIS357142-357143 |
| Intuitive-00147262-00147271 | Intuitive-00595430 | REBOTIX071251 | SIS070435-070436 | SIS167822-167823 | SIS357144-357145 |
| Intuitive-00147286-00147287 | Intuitive-00595431 | REBOTIX071632 | SIS070437 | SIS168991-169009 | SIS357146-357147 |
| Intuitive-00147459-00147494 | Intuitive-00595432 | REBOTIX071979 | SIS070460 | SIS169233-169280 | SIS357148-357149 |
| Intuitive-00147651-00147662 | Intuitive-00595433 | REBOTIX073495 | SIS070464 | SIS175955-175963 | SIS357150-357151 |
| Intuitive-00154125-00154126 | Intuitive-00595434 | REBOTIX073787 | SIS070473-070475 | SIS175964-175972 | SIS357152-357153 |
| Intuitive-00156362-00156365 | Intuitive-00595435 | REBOTIX078175-078179 | SIS070495-070497 | SIS175973-175981 | SIS357154-357158 |
| Intuitive-00157064-00157065 | Intuitive-00595436 | REBOTIX078553-078574 | SIS070498-070554 | SIS175982-175990 | SIS357159-357176 |
| Intuitive-00157098-00157099 | Intuitive-00595437 | REBOTIX081801-081815 | SIS070555-070558 | SIS175991-175999 | SIS357177-357178 |
| Intuitive-00165844-00165844 | Intuitive-00595438 | REBOTIX081841 | SIS070804 | SIS176000-176008 | SIS357186-357198 |
| Intuitive-00173065 | Intuitive-00595439 | REBOTIX081842-081843 | SIS070870 | SIS191424-191425 | SIS357199-357233 |
| Intuitive-00173701 | Intuitive-00595440 | REBOTIX084000-084002 | SIS070871-070872 | SIS191426 | SIS357234-357261 |
| Intuitive-00173706 | Intuitive-00595441 | REBOTIX101177-101184 | SIS070883 | SIS191465-191466 | SIS357262-357267 |
| Intuitive-00174591-00174604 | Intuitive-00595442 | REBOTIX103066-103075 | SIS070988 | SIS191467 | SIS357268 |
| Intuitive-00185828 | Intuitive-00595443 | REBOTIX140009-140013 | SIS070994 | SIS191494-191495 | SIS357269-357272 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Data and Other Information Considered - as of March 1, 2023
## Second Rebuttal Attachment 1

| | | | | | |
|---|---|---|---|---|---|
| Intuitive-00186899 | Intuitive-00595444 | REBOTIX140015-140019 | SIS071129-071130 | SIS191496 | SIS357273 |
| Intuitive-00187238-00187248 | Intuitive-00595445 | REBOTIX143364-143367 | SIS073497 | SIS192056 | SIS357274-357277 |
| Intuitive-00192940-00192960 | Intuitive-00595446 | REBOTIX143532-143533 | SIS075739 | SIS194492-194495 | SIS357278-357279 |
| Intuitive-00194074-00194089 | Intuitive-00595447 | REBOTIX144717-144721 | SIS075742-075743 | SIS194501-194504 | SIS357280-357283 |
| Intuitive-00194765-00194772 | Intuitive-00595449 | REBOTIX144993-145008 | SIS075744-075746 | SIS195959-195960 | SIS357284-357285 |
| Intuitive-00203904-00203907 | Intuitive-00595449 | REBOTIX145062-145084 | SIS080897 | SIS195961-195963 | SIS357286-357291 |
| Intuitive-00203908-00203910 | Intuitive-00595450 | REBOTIX162208-162212 | SIS081049-081065 | SIS195964-195966 | SIS357292 |
| Intuitive-00203911-00203932 | Intuitive-00595451 | REBOTIX162404-162424 | SIS081069-081083 | SIS195967-195971 | SIS357293-357298 |
| Intuitive-00210269 | Intuitive-00595452 | REBOTIX164558-164560 | SIS081102-081117 | SIS195972-195975 | SIS357299-357301 |
| Intuitive-00211776-00211778 | Intuitive-00595453 | REBOTIX164733-164733 | SIS081197 | SIS196006 | SIS357302-357308 |
| Intuitive-00213893-Intuitive-00213893 | Intuitive-00595454 | REBOTIX165105-165108 | SIS081200 | SIS196007 | STRREB00000187-00000190 |
| Intuitive-00214265-00214265 | Intuitive-00595455 | REBOTIX165260 | SIS081282-081284 | SIS196008 | STRREB00000215-00000217 |
| Intuitive-00214266-00214278 | Intuitive-00595456 | REBOTIX165487-165492 | SIS087771 | SIS196009 | STRREB00000218-00000219 |
| Intuitive-00214279 | Intuitive-00595457 | REBOTIX165540 | SIS088060 | SIS196010-196013 | SIS357292 |
| Intuitive-00214280 | Intuitive-00595458 | REBOTIX165571-165573 | SIS088061-088063 | SIS196027-196028 | STRREB00000260-00000273 |
| Intuitive-00215018-00215029 | Intuitive-00595459 | REBOTIX165623 | SIS090681-090683 | SIS196029 | STRREB00000276-00000277 |
| Intuitive-00215503-00215511 | Intuitive-00595460 | REBOTIX165846-165851 | SIS090943-090944 | SIS196055-196056 | STRREB00000278 |
| Intuitive-00215547-00215558 | Intuitive-00595461 | REBOTIX166019 | SIS090945-090952 | SIS196057 | STRREB00001682 |
| Intuitive-00215972-00215983 | Intuitive-00595462 | REBOTIX171110-171113 | SIS090989 | SIS196058 | STRREB00001810 |
| Intuitive-00216481-00216492 | Intuitive-00595463 | REBOTIX174692-174696 | SIS091197 | SIS196059 | STRREB00001827 |
| Intuitive-00216786-00216798 | Intuitive-00595673-00595694 | REBOTIX174971-174976 | SIS091199 | SIS196071 | STRREB00002039 |
| Intuitive-002175344 | Intuitive-00596101 | REBOTIX174977-174982 | SIS091221-091235 | SIS196072-196074 | STRREB00002553-00002555 |
| Intuitive-00218424-00218431 | Intuitive-00596102-00596106 | REBOTIX175057-175083 | SIS091241-091257 | SIS196075 | STRREB00003853 |
| Intuitive-00221189-00221219 | Intuitive-00596789 | REBOTIX175326 | SIS091755 | SIS196084 | STRREB00004528-00004531 |
| Intuitive-00221603-00221626 | Intuitive-00601505-00601511 | REBOTIX175328 | SIS091769 | SIS196085 | |
| Intuitive-00221661-00221669 | Intuitive-00601672-00601675 | Restore-00000970-00001005 | SIS091779 | SIS196086 | |
| Intuitive-00222027-00222038 | Intuitive-00602098 | Restore-00001538-00001578 | SIS091796-091797 | SIS196087-196091 | |

**DOCUMENTS WITHOUT BATES STAMPS:**

SIS Financial Statements:

2019 income statement.xls
Apr 2018 Income Statement.xls

SIS Sales by Customer:

Annual Sales by Hosp.xls

SIS Tax Returns:

Tax Return - Surgical Instrument Service Co. - 2019 Client Copy

Copy of State Tax Research (003)
Dept_Summary (1)
Dept_Summary
Vizient_Membership_Eligibility-2022-11-26T21_40_59
Vizient_Public_Sector_Eligibility-2022-11-26T21_43_04

**INDEPENDENT RESEARCH:**

Intuitive Surgical, Inc. Form 10-K for the fiscal year ended December 31, 2017
Intuitive Surgical, Inc. Annual Report 2018 with Form 10-K for the fiscal year ended December 31, 2018
Intuitive Surgical, Inc. Annual Report 2019 with Form 10-K for the fiscal year ended December 31, 2019
Intuitive Surgical, Inc. Form 10-K for the fiscal year ended December 31, 2020
Intuitive Surgical, Inc. Form 10-K for the fiscal year ended December 31, 2021

New Membership Agreement Between Vizient and the Children's Hospital Association Expands Services to Include Supply Chain Analytics Solutions

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Data and Other Information Considered - as of March 1, 2023
# Second Rebuttal Attachment 1

Vizient Announces 11 Member Agreements for Q1 2022
Vizient Announces 15 New, Renewed or Expanded Member Agreements in Q1
Vizient Announces 21 New, Renewed or Expanded Member agreements in Q2
Vizient Announces 35 New, Renewed or Expanded Member Agreements in Q3 and Q4 of 2020
Vizient Announces 97 New, Renewed or Expanded Member Agreements in 2021
Vizient Announces New Member Agreement with The University of Texas System
Vizient Announces New Membership Agreement with Leading Academic Health System
Vizient Announces New Membership Agreement with SSM Health

da Vinci Surgical System EndoWrist/Single-Site Instrument & Accessory Catalog (May 2014)
Da Vinci Xi X Instrument & Accessory Catalog (January 2019)
Da Vinci X/Xi Instrument & Accessory Catalog (October 2021)

WEBSITES:

https://www.aha.org/statistics/fast-facts-us-hospitals
https://bmpmedical.com/reasons-to-switch-to-single-use-medical-devices-and-disposable-medical-supplies/
https://www.carevoyance.com/blog/acute-care-hospitals
https://www.cdc.gov/oralhealth/infectioncontrol/faqs/single-use-devices.html
https://www.definitivehc.com/blog/how-many-hospitals-are-in-the-us
https://www.definitivehc.com/blog/top-10-gpos-by-staffed-beds
https://www.fda.gov/media/150141/download
https://www.fda.gov/medical-devices/reprocessing-reusable-medical-devices/what-are-reusable-medical-devices
https://www.fda.gov/medical-devices/products-and-medical-procedures/reprocessing-reusable-medical-devices
https://healthtrustpg.com/about-healthtrust/
https://investors.premierinc.com/events-and-reports/reports/default.aspx?section=report
https://investors.premierinc.com/news/press-release-details/2016/Premier-Inc-and-Banner-Health-Expand-Partnership/default.aspx
https://www.justice.gov/atr/horizontal-merger-guidelines-08192010
https://premierinc.com/about
https://rebotixrepair.com
https://newsroom.vizientinc.com/en-US/releases/vizient-announces-11-member-agreements-for-q1-2022
https://supplychainassociation.org/about-us/what-is-gpo
https://web.archive.org/web/20191108191050/https://www.vizientinc.com/what-we-do
https://www.yankeealliance.com/content/premier-certified-sponsor-affiliates
https://www.vizientinc.com
Moore, Eric J., "Robotic Surgery," Britannica (https://www.britannica.com/science/robotic-surgery)
15 USC 1117: Recovery for violation of rights (a) Profits; damages and costs; attorney fees (house.gov)

## OTHER:

American Institute of Certified Public Accountants (AICPA) Practice 06-4 (2006)
Association of International Certified Public Accountants (AICPA) Forensic & Valuation Services Practice Aid – Calculating Lost Profits (2018)
The Comprehensive Guide to Economic Damages: Volume One (2020 6th ed., BVR Publications)

## DATA AND OTHER INFORMATION CONSIDERED - RECEIVED AFTER THE BERO REPORT DATED DECEMBER 2, 2022:

## ADDITIONAL LEGAL FILING:

Intuitive Surgical, Inc. Responses to Rebotix Repair, LLC's Data Questions dated July 9, 2021

# Data and Other Information Considered - as of March 1, 2023
# Second Rebuttal Attachment 1

**ADDITIONAL EXPERT REPORT:**

Expert Report of Loren K. Smith, Ph.D. dated December 2, 2022

**ADDITIONAL BATES DOCUMENTS:**

Intuitive-00000316.xlsm
Intuitive-00595406.XLSX
Intuitive-00595407.xlsx
Intuitive-00595408.xlsx
Intuitive-00595409.xlsx
Intuitive-00595410.xlsx
Intuitive-00595411.xlsx
Intuitive-00595412.xlsx
Intuitive-00595413.xlsx
Intuitive-00595415.xlsx
Intuitive-00595416.XLSX
Intuitive-00595417.xlsx
Intuitive-00595418.xlsx
Intuitive-00595419.xlsx
Intuitive-00595420.xlsx
Intuitive-00595421.xlsx
Intuitive-00595422.xlsx
Intuitive-00595423.xlsx
Intuitive-00595424.xlsx
Intuitive-00595425.xlsx
Intuitive-00595426.xlsx
Intuitive-00595427.xlsx
Intuitive-00595428.xlsx
Intuitive-00595434.xlsx
Intuitive-00595435.xlsx
Intuitive-00595436.xlsx
Intuitive-00695144.xlsx
Intuitive-00695232.xlsx
Intuitive-00695233.xlsx
Intuitive-00695234.xlsx
Intuitive-00701322.xlsx
REBOTIX000253-000263
REBOTIX144629-144633
SIS000046
SIS001637.xlsx
SIS001703-001716
SIS009067-009112
SIS048254
SIS048255.xlsx
SIS337172.xlsx

# Data and Other Information Considered - as of March 1, 2023
# Second Rebuttal Attachment 1

**ADDITIONAL NON-BATES DOCUMENTS:**

Smith Workpapers:
0. Master Script.R
Disgorgement Tables.xlsx
Figures - Trend Charts.xlsx
Lost Profits Table.xlsx
Matching Checks.xlsx

**DATA AND OTHER INFORMATION CONSIDERED - RECEIVED AFTER THE BERO REBUTTAL REPORT DATED JANUARY 18, 2023:**

**ADDITIONAL EXPERT REPORTS:**

SIS v. Intuitive - Expert Report of Dr. Russell L. Lamb dated December 2, 2022
Expert Antitrust Mertis Rebuttal Report of Loren K. Smith, Ph.D. dated January 18, 2023
Expert Damages Rebuttal Report of Loren K. Smith Ph.D., dated January 18, 2023

**ADDITIONAL DISCUSSIONS WITH:**

SIS personnel:

Keith Johnson, Executive Vice President, Sales and Clinical Programs
Greg Posdal, President and C.E.O

Chris Gibson, Rebotix's COO

**ADDITIONAL BATES DOCUMENTS:**

Intuitive-00103407.pdf
Intuitive-00367019.pdf
Intuitive-00566055.pdf
Intuitive-00595405
Intuitive-00595406
Intuitive-00595407
Intuitive-00595408
Intuitive-00595409
Intuitive-00595410
Intuitive-00595411
Intuitive-00595412
Intuitive-00595413
Intuitive-00595415
Intuitive-00595416
Intuitive-00595417
Intuitive-00595418
Intuitive-00595419
Intuitive-00595420
Intuitive-00595421
Intuitive-00595422
Intuitive-00595423
Intuitive-00595424
Intuitive-00595425
Intuitive-00595426

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Data and Other Information Considered - as of March 1, 2023
# Second Rebuttal Attachment 1

Intuitive-00595427
Intuitive-00595428
Intuitive-00595434
Intuitive-00595435
Intuitive-00595436
Intuitive-00595673.pdf
Intuitive-00603990.pdf
Intuitive-00603992 (1).xlsx
Intuitive-00603992 (2)
Intuitive-00626145.xlsx
Intuitive-00695144
Intuitive-00695232
Intuitive-00695233
Intuitive-00695234
Intuitive-00701322
Intuitive-00706090
Intuitive-02025757_HIGHLY CONFIDENTIAL
Intuitive-02025758_HIGHLY CONFIDENTIAL
Intuitive-02025759_HIGHLY CONFIDENTIAL

Rebotix061127.pdf
REBOTIX162404.pdf
REBOTIX175326_Highly Confidential.xlsx

SIS000093.pdf

**ADDITIONAL NON-BATES DOCUMENTS:**

Letters from The Food and Drug Administration (FDA) to Iconocare Health regarding K210478 dated Sept. 30, 2022 and Nov. 15, 2022

Smith Workpapers:
Bero Sensitivities

**ADDITIONAL DEPOSITION:**

Rebotix Repair LLC v. Intuitive Surgical, Inc. (Case No. 8:20-cv-02274-VMC-TGW):

Deposition of Anthony McGrogan dated June 7, 2021

**ADDITIONAL INDEPENDENT RESEARCH:**

FDA Clearance to Remanufacture Da Vinci Robotic Instruments Could Present Hospitals with Substantial Savin.pdf

**Any additional documents, websites, or other information referenced throughout this report.**

SECOND REBUTTAL ATTACHMENT 2



## RICHARD F. BERO, CPA, CVA

N27 W23960 Paul Road, Suite 202, Pewaukee, WI 53072
Phone – (262) 522-7922   Fax – (262) 436-2444
rbero@berogroup.com

### *PROFESSIONAL EXPERIENCE:*

**The BERO Group / Corporate Financial Advisors, LLC**
Managing Director
Waukesha, Wisconsin                                    December 1995-Present

    Mr. Bero founded Corporate Financial Advisors in 1995 and served as Managing Director.  The BERO Group evolved from Corporate Financial Advisors and Mr. Bero serves as Managing Director.  Mr. Bero provides financial and accounting consulting services and expert testimony pertaining to valuation issues and financial damages issues.

**Coopers & Lybrand**
Manager – Litigation & Claims Services
Milwaukee, Wisconsin                                    1994-1995

    Mr. Bero was the Manager and Practice Leader of the Coopers & Lybrand Milwaukee Litigation & Claims Services practice.

**Peterson Consulting Limited Partnership**
Executive Consultant
Milwaukee, Wisconsin                                    1989-1994
Chicago, Illinois                                       1987-1989

    Mr. Bero provided litigation and business dispute support services to trial attorneys and corporate counsel.

### *EDUCATION:*

**University of Wisconsin–Madison**                     1986
Bachelor of Business Administration
Accounting and Finance

*ACTIVITIES/OTHER:*

      Intellectual Property Valuation Instructor – National Association of Certified Valuation Analysts

      Licensing Executives Society – Co-Chair Wisconsin Chapter – 2006-2008

      Intellectual Property Owners Association – Damages Committee Member – 2004-present

      National Association of Certified Valuation Analysts, CVA

      Wisconsin Institute of Certified Public Accountants:

            Board of Directors – 2000-2002

            Chairman CPA's In Industry – Committee 1997-1999

            Outstanding Committee Chairperson Award – 1997-1998

      American Institute of Certified Public Accountants

      Becker CPA Review – Instructor 1995-1998

*EXPERT WITNESS TESTIMONY – LAST FOUR YEARS:*

*MCP IP, LLC v. .30-06 Outdoors, LLC; and Daibow, Inc.*
United States District Court – Southern District of Ohio
Case No. 2:21-cv-00581-ALM-CMV (filed 2/9/21)
February 2023 (Hearing Testimony)

*Crystal Lagoons U.S. Corp. and Crystal Lagoons Technology Inc. v. Cloward H2O LLC and Pacific Aquascape International, Inc.*
United States District Court – District of Utah
Case No. 2:19-cv-00796-BSJ (filed 10/21/19)
December 2022 (Deposition Testimony)

*Hangzhou Chic Intelligent Technology Co., Ltd., and Unicorn Global, Inc. v. The Partnership and Unincorporated Associations Identified on Schedule "A"*
United States District Court – Northern District of Illinois
Case No. 1:20-cv-04806 (filed 8/17/20)
December 2022 (Hearing Testimony)
February 2022 (Deposition Testimony)

*Condair Group AG v. Dri-Steem Corporation*
United States District Court – U.S. District of Minnesota
Case No. 0:21-cv-00863 (filed 3/29/21)
September 2022 (Deposition Testimony)

*Don Lee Farms, a division of Goodman Food Products, Inc., v. Beyond Meat Inc., et al.*
State of California – Los Angeles County
Case No. BC662838 (filed 5/25/17)
April 2022 (Deposition Testimony)

*G.W. Lisk Company, Inc. v. Power Packer North America, Inc. d/b/a GITS Manufacturing Company*
United States District Court – Southern District of Iowa
Case No. 4:17-cv-00273 (filed 7/21/17)
April 2022 (Deposition Testimony)

*Sartin et al. v. Chula Vista Inc. et al.*
United States District Court – Eastern District of Wisconsin
Case No. 2:18-cv-01890-WED (filed 11/30/18)
October 2021 (Deposition Testimony)

*Cyntec Company, Ltd. v. Chilisin Electronics Corp. and Chilisin America Ltd.*
United States District Court – Northern District of California
Case No. 4:18-cv-00939-PJH (filed 2/14/18)
August 2021 (Trial Testimony)
June 2020 (Deposition Testimony)

*Wudi Industrial (Shanghai) Co., Ltd. v. Wai L. Wong*
United States District Court – Eastern District of Virginia
Case No. 1:20-cv-00908-CMH-MSN (filed 8/7/20)
April 2021 (Deposition Testimony)

*Vermeer Corporation v. The Toro Company*
United States District Court – Southern District of Iowa
Case Nos. 4:17-cv-0076, 4:19-cv-00050 (filed 2/28/17; 2/12/19)
October 2020 (Deposition Testimony)

*AOS Holding Company and A.O. Smith Corporation v. Bradford White Corporation*
United States District Court – District of Delaware
Case No. 1:18-cv-00412-LPS (filed 3/16/18)
August 2020 (Trial Testimony)
November 2019 (Deposition Testimony)

*RAM Group, Inc. v. H5G, LLC*
State of Wisconsin – Milwaukee County
Case No. 2018CV010102 (filed 12/10/18)
June 2020 (Deposition Testimony)

*Dimensions Events LLC v. Danziger USA*
Chicago Rabbinical Council (DT #17-09)
May 2019 (Arbitration Hearing Testimony)
May 2019 (Deposition Testimony)

*Smart Solar, Inc. d/b/a Smart Living Home & Garden v. Sky Billiards, Inc. d/b/a Best Choice Products*
United States District Court – Northern District of Illinois
Case No.: 1:17-cv-04211 (filed 6/2/17)
April 2019 (Deposition Testimony)

*Gold & Levy d/b/a Rosseto v. Cal-Mil Plastic Products, Inc., et al.*
United States District Court – Northern District of Illinois
Case No.: 1:17-cv-00786-JBG-YBK (filed 1/31/17)
December 2018 (Deposition Testimony)

**PUBLICATIONS:**

The Comprehensive Guide to Economic Damages, "Patent Infringement Damages: Lost Profits and Royalties", "Design Patent Damages" and "Trade Secret Damages" (Chapters 28, 29 and 30, 2020 6th ed., Business Valuation Resources, LLC)

Bero, Richard. *The Litigator's Damages Blueprint: The Pragmatic Solution.* Wisconsin: 422 Doty, LLC, 2019

The Comprehensive Guide to Economic Damages, "Patent Infringement Damages:  Lost Profits and Royalties" and "Trade Secret Damages" (Chapters 26 and 27, 2018 5th ed., BVR Publications)

The Comprehensive Guide to Economic Damages, "Patent Infringement Damages:  Lost Profits and Royalties" (Chapter 26, 2016 4th ed., BVR Publications)

The Comprehensive Guide to Lost Profits and Other Commercial Damages, "Patent Infringement Damages:  Lost Profits and Royalties" (Chapter 25, 2014 3rd ed., BVR Publications)

April 2011 – CCH Business Valuation Alert, "The *Uniloc* Case: 25 Percent Rule of Thumb Rejected"

The Comprehensive Guide to Lost Profits, "Lost Profits Damages in Patent Infringement Lawsuits" (Chapter 19, 2011 ed., BVR Publications)

August 2009 – IP Law360 – "Demand for the Patented Product – Lower Bar?"

The Comprehensive Guide to Lost Profits, "Lost Profits Damages in Patent Infringement Lawsuits" (Chapter 12, 2009 ed., BVR Publications)

October 2008 – AIPLA White Paper – "Constructing Royalty Rates"

February 2008 – IP Law360 – "IP Litigation in China and the U.S."

Global Intellectual Property Asset Management Report, "Intellectual Property Metrics Today:  It Can Be Done" (June 2005 and July 2005)

Proving and Pricing Construction Claims, "Claims for Lost Profit" (Chapter 14, 2nd ed., 1996, Wiley Law Publications)

**PRESENTATIONS:**

| | |
|---|---|
| December 2022 | Business Valuation Resources, LLC |
| | Commercial Success – Using Economic Analysis to Show Patentability |
| | Co-Presenter:  Shane Brunner, Michael Best & Friedrich LLP |
| | |
| November 2021 | Business Valuation Resources, LLC |
| | BVR's Special Series on New Economic Damages Guide |
| | Patent Royalty Damages – What's the Approach? |
| | Co-Presenter:  John L. Abramic, Steptoe & Johnson LLP |

| | |
|---|---|
| May 2021 | Business Valuation Resources, LLC<br>National Economic Damages Virtual Conference 2021 (Day 1)<br>Patent Infringement Damages<br>Co-Presenter:  Autumn N. Nero, Perkins Coie LLP |
| November 2020 | American Intellectual Property Law Association<br>Damages Subcommittee – Speaker Series Webinar Part II<br>The Pragmatic Solution© |
| May 2020 | American Intellectual Property Law Association<br>Damages Subcommittee – Speaker Series Webinar Part I<br>The Pragmatic Solution© |
| February 2020 | Marquette Law School<br>Guest Instructor – IP Litigation Class<br>Milwaukee, Wisconsin |
| May 2019 | Milwaukee Bar Association<br>The Pragmatic Solution©<br>Co-Presenter:  Shane Brunner, Milwaukee Best & Friedrich LLP<br>Milwaukee, Wisconsin |
| July 2018 | Intellectual Property Owners Association – IP Chat Channel Webinar<br>What's Next for Design Patent Damages?  The DOJ Test on Trial<br>Co-Presenters:  James Dottavio, Ford Motor Company and Elizabeth Ferrill,<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| September 2016 | Wisconsin Intellectual Property Law Association<br>Patent and IP Damages Update<br>Milwaukee, Wisconsin |
| December 2015 | WestLegalEdcenter Webinar<br>Recent Patent Royalty Damages Decisions – Update & Discussion |
| October 2015 | WestLegalEdcenter Webinar<br>Recent Patent Royalty Damages Decisions – Update & Discussion |
| October 2015 | Milwaukee Bar Association<br>VirnetX and Ericsson – The Latest on Apportionment and Comparable Licenses<br>Milwaukee, Wisconsin |
| July 2015 | Hot Topics in Patent Royalty Damages Webinar<br>Business Valuation Resources' 2015 Special Series on Intellectual Property |
| April 2014 | Michigan Intellectual Property Law Association<br>Hot Topics in Patent Damages<br>Troy, Michigan |
| May 2013 | Hot Topics in Patent Royalty Damages<br>Business Valuation Resources Online Symposium on Economic Damages:<br>Part 3<br>Chicago, Illinois |

| | |
|---|---|
| September 2011 | WestLegalEdcenter Webinar<br>Recent Patent Damages Decisions – What is the Effect |
| August 2011 | WestLegalEdcenter Webinar<br>Constructing Royalty Rate Damages |
| January 2011 | The Evolution of the Entire Market Value Rule<br>Business Valuation Resources Webinar Series on Advanced Topics<br>in Lost Profits Damages<br>Chicago, Illinois |
| September 2010 | Patent Damages: Managing the Risks and Contingent Costs<br>Business Valuation Resources / Morningstar Summit on Best Practices<br>in Valuing Intellectual Property<br>Chicago, Illinois |
| March 2010 | Tianjin Bar Association<br>Damage Analysis Techniques and Considerations in U.S. Patent Litigations<br>Tianjin, China |
| March 2010 | Beijing Lawyers Association<br>Damage Analysis Techniques and Considerations in U.S. Patent Litigations<br>Beijing, China |
| December 2009 | Milwaukee Bar Association<br>Constructing Royalty Rate Damages<br>Milwaukee, Wisconsin |
| October 2009 | Michigan Intellectual Property Law Association<br>Constructing Royalty Rate Damages<br>Detroit, Michigan |
| June 2009 | Licensing Executive Society – Chicago Chapter<br>Constructing Royalty Rates<br>Chicago, Illinois |
| March 2009 | Milwaukee Bar Association<br>Patent Infringement Damages – Working Effectively With Your<br> Damages Expert<br>Milwaukee, Wisconsin |
| January 2009 | Wisconsin Intellectual Property Law Association<br>Constructing Royalty Rates<br>Milwaukee, Wisconsin |
| November 2008 | Licensing Executive Society – Minnesota Chapter<br>Constructing Royalty Rates<br>Minneapolis, Minnesota |
| October 2008 | American Intellectual Property Law Association – Annual Meeting<br>Constructing Royalty Rates<br>Washington, D.C. |

October 2008       Minnesota Intellectual Property Law Association
Constructing Royalty Rates
Minneapolis, Minnesota

June 2008       Presentation to Judges and IP attorneys in China
The Development of Patent Damages
Shenzhen, China

May 2008       Licensing Executive Society International – Spring Conference
Avoiding Intellectual Property Hurdles in the U.S. - The View from China
Roundtable Moderator
Chicago, Illinois

March 2008       Marquette Law School
Royalty Damages in Patent Litigation
Guest Instructor – IP Litigation Class
Milwaukee, Wisconsin

October 2007       Guarding the Treasure: IP Valuation & Remedies Panelist
Sponsored by Foley & Lardner
New York, New York

October 2007       Shanghai Bar Association
Patent Litigation & Valuation –  Real World Examples in the U.S.
Shanghai, China

October 2007       Shenzhen Society of Certified Public Appraisers
Intellectual Property, Valuation and Damages Analysis – Real World
Examples in the U.S.
Shenzhen, China

May 2007       Shanghai Intellectual Property Service Center
Intellectual Property in the U.S.: Opportunities, Valuation & Litigation
Shanghai, China

May 2007       Shenzhen Bar Association
Managing and Understanding the Value of IP – Real World Examples
in the U.S.
Shenzhen, China

October 2006       China Hi-Tech Fair 2006
Protection of Chinese Intellectual Property in the U.S. Patent Damages & Ways
to Avoid Infringement
Shenzhen, China

August 2006       Nanshan Sub-Bureau of Intellectual Property Administration
Intellectual Property Value Issues in the United States an Overview
for Chinese Businesses
Shenzhen, China

| | |
|---|---|
| March 2006 | Milwaukee Bar Association<br>Hindsight is 20/20: Developing & Presenting Damages in Intellectual Property Litigation and Complex Litigation<br>Milwaukee, Wisconsin |
| December 2005 | Wisconsin Intellectual Property Law Association<br>Intellectual Property Damages Update & Discussion<br>Pewaukee, Wisconsin |
| October 2005 | Licensing Executives Society – Annual Meeting<br>Facilitator: Advanced Practices Working Session III: To Sue or Not?<br>How to Decide<br>Phoenix, Arizona |
| September 2005 | Digital Fabrication 2005 Seminar<br>Panel Discussion: Intellectual Property<br>Baltimore, Maryland |
| September 2005 | Intellectual Property Owner's Annual Meeting<br>Patent Infringement Damages Update and Discussion<br>Seattle, Washington |
| April 2005 | Licensing Executives Society – Wisconsin Chapter<br>What's Reasonable: Royalty Damages in Patent Litigation<br>Fond Du Lac, Wisconsin |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Second Rebuttal Schedules Index

| Schedule # | Title |
|---|---|
| Second Rebuttal Schedule 1.0 | Damages Summary |
| Second Rebuttal Schedule 2.0 | Scenario 1 - Discounted Lost Profits: In-house Model |
| Second Rebuttal Schedule 2.1 | Scenario 1 - Undiscounted Lost Profits: In-house Model |
| Second Rebuttal Schedule 2.2 | Scenario 1 - Lost EndoWrist Repair Units |
| Second Rebuttal Schedule 3.0 | Scenario 1 - Discounted Lost Profits: Distributor Model |
| Second Rebuttal Schedule 3.1 | Scenario 1 - Undiscounted Lost Profits: Distributor Model |
| Second Rebuttal Schedule 4.0 | Scenario 2 - Discounted Lost Profits: In-house Model (2 Year X/Xi Delay) |
| Second Rebuttal Schedule 4.1 | Scenario 2 - Undiscounted Lost Profits: In-house Model (2 Year X/Xi Delay) |
| Second Rebuttal Schedule 4.2 | Scenario 2 - Lost EndoWrist Repair Units (2 Year X/Xi Delay) |
| Second Rebuttal Schedule 4.3 | Scenario 2 - Discounted Lost Profits: In-house Model  (1 Year X/Xi Delay) |
| Second Rebuttal Schedule 4.4 | Scenario 2 - Undiscounted Lost Profits: In-house Model  (1 Year X/Xi Delay) |
| Second Rebuttal Schedule 4.5 | Scenario 2 - Lost EndoWrist Repair Units  (1 Year X/Xi Delay) |
| Second Rebuttal Schedule 5.0 | Scenario 2 - Discounted Lost Profits: Distributor Model (2 Year X/Xi Delay) |
| Second Rebuttal Schedule 5.1 | Scenario 2 - Undiscounted Lost Profits: Distributor Model (2 Year X/Xi Delay) |
| Second Rebuttal Schedule 5.2 | Scenario 2 - Discounted Lost Profits: Distributor Model  (1 Year X/Xi Delay) |
| Second Rebuttal Schedule 5.3 | Scenario 2 - Undiscounted Lost Profits: Distributor Model (1 Year X/Xi Delay) |
| Second Rebuttal Schedule 6.0 | Intuitive's U.S. EndoWrist Instrument Units - Actual and Forecasted: 2014 - 2025 |
| Second Rebuttal Schedule 7.0 | Estimated EndoWrist Expiration Rates: 2018 - 2021 |
| Second Rebuttal Schedule 8.0 | Potential EndoWrist Instrument Units, Net Sales Dollars and Average Selling Price by System (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022 |
| Second Rebuttal Schedule 8.1 | Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022 |
| Second Rebuttal Schedule 8.2 | Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022 |
| Second Rebuttal Schedule 9.0 | SIS's Estimated EndoWrist Instrument Repair Cost:2020 - June 2022 |
| Second Rebuttal Schedule 9.1 | Intuitive's "Top 5" X/Xi EndoWrist Instrument Units:2018 - June 2022 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Second Rebuttal Schedules Index

| Schedule # | Title |
|---|---|
| Second Rebuttal Schedule 10.0 | SIS's Estimated Interceptor Chip Cost (Based on Rebotix's Sales to Restore) |
| Second Rebuttal Schedule 10.1 | Rebotix Sales to SIS: June 27, 2019 - November 21, 2019 |
| Second Rebuttal Schedule 11.0 | Potential EndoWrist Instrument Units, Costs and Costs per Unit by System (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022 |
| Second Rebuttal Schedule 11.1 | Potential EndoWrist Instrument Units, Costs and Costs per Unit  by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022 |
| Second Rebuttal Schedule 11.2 | Potential EndoWrist Instrument Units, Costs and Costs per Unit  by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022 |
| Second Rebuttal Schedule 12.0 | SIS's EndoWrist Instrument Sales Prices and Costs (from Rebotix) - da Vinci S/Si |
| Second Rebuttal Schedule 12.1 | SIS's EndoWrist Instrument Sales Prices and Costs (from Rebotix) - da Vinci X/Xi |
| Second Rebuttal Schedule 12.2 | SIS's EndoWrist Instrument Sale Price vs Intuitive Sales Price - da Vinci S/Si |
| Second Rebuttal Schedule 13.0 | Intuitive's EndoWrist Instrument Units, Net Sales Dollars and Average Selling Price by System: 2014 - June 2022 |
| Second Rebuttal Schedule 13.1 | Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci S/Si: 2014 - June 2022 |
| Second Rebuttal Schedule 13.2 | Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci X/Xi:  2014 - June 2022 |
| Second Rebuttal Schedule 14.0 | SIS's EndoWrist Instrument Repair Summary |
| Second Rebuttal Schedule 15.0 | SIS's Financial Statements: 2019 - October 2021 |
| Second Rebuttal Schedule 15.1 | SIS's Detailed SGA: 2019 - October 2021 |
| Second Rebuttal Schedule 16.0 | Intuitive EndoWrist Instrument Average Selling Price, Units and Net Sales Dollars: 2020 - 2025 |
| Second Rebuttal Schedule 16.1 | Lanham Act Based on Scenario 2 - Unenforceable Contracts(2 Year X/Xi Delay): 2020 - 2025 |
| Second Rebuttal Schedule 16.2 | Lanham Act Based on Scenario 2 - Unenforceable Contracts(1 Year X/Xi Delay): 2020 - 2025 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Damages Summary
## Second Rebuttal Schedule 1.0

| | | 2020 | 2021 | 2022 | 2023 | 2024 (discounted) | 2025 (discounted) | Total |
|---|---|---|---|---|---|---|---|---|
| **Lost profits** | | | | | | | | |
| **Scenario 1 - Illegal Encryption** | | | | | | | | |
| [A] | In-house model | $6,235,557 | $21,765,377 | $30,999,702 | $35,400,982 | $28,213,690 | $8,767,326 | $131,382,634 |
| [B] | Distributor model | $5,573,947 | $19,392,500 | $27,440,979 | $31,335,614 | $24,973,286 | $7,760,334 | $116,476,660 |
| **Scenario 2 - Unenforceable Contracts** | | | | | | | | |
| **2 Year X/Xi delay** | | | | | | | | |
| [C] | In-house model | $958,569 | $1,359,572 | $7,179,842 | $25,377,682 | $28,213,690 | $8,767,326 | $71,856,681 |
| [D] | Distributor model | $837,634 | $1,179,972 | $6,357,184 | $22,463,639 | $24,973,286 | $7,760,334 | $63,572,049 |
| **1 Year X/Xi delay** | | | | | | | | |
| [E] | In-house model | $958,569 | $7,481,387 | $22,338,002 | $35,400,982 | $28,213,690 | $8,767,326 | $103,159,956 |
| [F] | Distributor model | $837,634 | $6,643,796 | $19,774,204 | $31,335,614 | $24,973,286 | $7,760,334 | $91,324,868 |
| **Lanham Act** | | | | | | | | |
| [G] | Scenario 2 - 2 year X/Xi delay | $3,274,156 | $4,775,564 | $25,742,312 | $91,369,970 | $101,623,818 | $31,582,076 | $258,367,896 |
| [H] | Scenario 2 - 1 year X/Xi delay | $3,274,156 | $26,905,717 | $80,352,656 | $127,480,940 | $101,623,818 | $31,582,076 | $371,219,363 |

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

[A] Per Second Rebuttal Schedule 2.0.
[B] Per Second Rebuttal Schedule 3.0.
[C] Per Second Rebuttal Schedule 4.0.
[D] Per Second Rebuttal Schedule 5.0.
[E] Per Second Rebuttal Schedule 4.3.
[F] Per Second Rebuttal Schedule 5.2.
[G] Per Second Rebuttal Schedule 16.1.
[H] Per Second Rebuttal Schedule 16.2.

He

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 1 - Discounted Lost Profits: In-house Model
# Second Rebuttal Schedule 2.0

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| **Lost EndoWrist repair units** | | | | | | | | |
| [A] | da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| [B] | da Vinci X/Xi | 7,209 | 27,763 | 40,968 | 47,407 | 40,179 | 14,008 | 177,534 |
| [C] | Total | 8,482 | 29,559 | 41,889 | 47,838 | 40,349 | 14,043 | 182,160 |
| **Lost revenues** | | | | | | | | |
| [A] | da Vinci S/Si | $1,829,301 | $2,605,996 | $1,320,714 | $618,054 | $243,780 | $50,190 | $6,668,035 |
| [B] | da Vinci X/Xi | $10,193,526 | $39,562,275 | $58,666,176 | $67,886,824 | $57,536,328 | $20,059,456 | $253,904,585 |
| [C] | Total | $12,022,827 | $42,168,271 | $59,986,890 | $68,504,878 | $57,780,108 | $20,109,646 | $260,572,620 |
| **Incremental costs** | | | | | | | | |
| [A] | da Vinci S/Si | $870,732 | $1,246,424 | $637,332 | $298,252 | $117,640 | $24,220 | $3,194,600 |
| [B] | da Vinci X/Xi | $4,916,538 | $19,156,470 | $28,349,856 | $32,805,644 | $27,803,868 | $9,693,536 | $122,725,912 |
| [C] | Total | $5,787,270 | $20,402,894 | $28,987,188 | $33,103,896 | $27,921,508 | $9,717,756 | $125,920,512 |
| **Lost profits (undiscounted)** | | | | | | | | |
| [A] | da Vinci S/Si | $958,569 | $1,359,572 | $683,382 | $319,802 | $126,140 | $25,970 | $3,473,435 |
| [B] | da Vinci X/Xi | $5,276,988 | $20,405,805 | $30,316,320 | $35,081,180 | $29,732,460 | $10,365,920 | $131,178,673 |
| [C] | Total | $6,235,557 | $21,765,377 | $30,999,702 | $35,400,982 | $29,858,600 | $10,391,890 | $134,652,108 |
| [D] | Discount % | | | | | 12% | 12% | |
| [E] | Discount period | | | | | 0.5 | 1.5 | |
| [F] | Discount factor | 1.00000 | 1.00000 | 1.00000 | 1.00000 | 0.94491 | 0.84367 | |
| [G] | Discounted lost profits | $6,235,557 | $21,765,377 | $30,999,702 | $35,400,982 | $28,213,690 | $8,767,326 | $131,382,634 |

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

[A] Per Second Rebuttal Schedule 2.1.

[B] Per Second Rebuttal Schedule 2.1.

[C] = [A] + [B]

[D] For the GICS 35101010, Health Care Equipment & Supplies, Duff and Phelps - Cost of Capital Composite, September 30, 2022, the average SIC/GICS Composite WACC (weighted average cost of capital) is 9.2% and median WACC is 8.9%.  For the small composite, the WACC is 11.1% to 11.2% (CRSP Decile).  For purposes of my analysis I use 12%, which is conservative.  Note:  The projections after 2022 do not include growth, therefore the discount rate would likely be less.

[E] Calculated using the mid-year convention to January 1, 2024, the approximate date of trial.

[F] = ( 1 + [H] ) ^ - [I], rounded to 5 decimals.

[G] = Lost profits (undiscounted) per [C] * [F]

Page 1 of 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 1 - Undiscounted Lost Profits: In-house Model
# Second Rebuttal Schedule 2.1

## da Vinci S/Si

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| [A] | Lost Endo/Wrist repair units | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| | **Per unit** | | | | | | | |
| [B] | Average selling price | $1,437 | $1,451 | $1,434 | $1,434 | $1,434 | $1,434 | $1,441 |
| | **Incremental costs per unit** | | | | | | | |
| [C] | Repair costs | $148 | $155 | $156 | $156 | $156 | $156 | $153 |
| [D] | Chip costs | $350 | $350 | $350 | $350 | $350 | $350 | $350 |
| [E] | Vizient admin fees - % of sales  4% | $57 | $58 | $57 | $57 | $57 | $57 | $57 |
| [F] | Additional SGA - % of sales  9% | $129 | $131 | $129 | $129 | $129 | $129 | $130 |
| [G] | Total incremental costs | $684 | $694 | $692 | $692 | $692 | $692 | $691 |
| [H] | Lost profits per unit | $753 | $757 | $742 | $742 | $742 | $742 | $751 |
| [I] | Lost revenues | $1,829,301 | $2,605,996 | $1,320,714 | $618,054 | $243,780 | $50,190 | $6,668,035 |
| | **Incremental costs** | | | | | | | |
| [J] | Repair costs | $188,404 | $278,380 | $143,676 | $67,236 | $26,520 | $5,460 | $709,676 |
| [K] | Chip costs | $445,550 | $628,600 | $322,350 | $150,850 | $59,500 | $12,250 | $1,619,100 |
| [L] | Vizient admin fees - 4% of sales | $72,561 | $104,168 | $52,497 | $24,567 | $9,690 | $1,995 | $265,478 |
| [M] | Additional SGA - % of sales | $164,217 | $235,276 | $118,809 | $55,599 | $21,930 | $4,515 | $600,346 |
| [N] | Total incremental costs | $870,732 | $1,246,424 | $637,332 | $298,252 | $117,640 | $24,220 | $3,194,600 |
| [O] | Lost profits - undiscounted | $958,569 | $1,359,572 | $683,382 | $319,802 | $126,140 | $25,970 | $3,473,435 |

## da Vinci X/Xi

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| [A] | Lost Endo/Wrist repair units | 7,209 | 27,763 | 40,968 | 47,407 | 40,179 | 14,008 | 177,534 |
| | **Per unit** | | | | | | | |
| [B] | Average selling price | $1,414 | $1,425 | $1,432 | $1,432 | $1,432 | $1,432 | $1,430 |
| | **Incremental costs per unit** | | | | | | | |
| [C] | Repair costs | $148 | $155 | $156 | $156 | $156 | $156 | $156 |
| [D] | Chip costs | $350 | $350 | $350 | $350 | $350 | $350 | $350 |
| [E] | Vizient admin fees - % of sales  4% | $57 | $57 | $57 | $57 | $57 | $57 | $57 |
| [F] | Additional SGA - % of sales  9% | $127 | $128 | $129 | $129 | $129 | $129 | $129 |
| [G] | Total incremental costs | $682 | $690 | $692 | $692 | $692 | $692 | $691 |
| [H] | Lost profits per unit | $732 | $735 | $740 | $740 | $740 | $740 | $739 |
| [I] | Lost revenues | $10,193,526 | $39,562,275 | $58,666,176 | $67,886,824 | $57,536,328 | $20,059,456 | $253,904,585 |
| | **Incremental costs** | | | | | | | |
| [J] | Repair costs | $1,066,932 | $4,303,265 | $6,391,008 | $7,395,492 | $6,267,924 | $2,185,248 | $27,609,869 |
| [K] | Chip costs | $2,523,150 | $9,717,050 | $14,338,800 | $16,592,450 | $14,062,650 | $4,902,800 | $62,136,900 |
| [L] | Vizient admin fees - 4% of sales | $410,913 | $1,582,491 | $2,335,176 | $2,702,199 | $2,290,203 | $798,456 | $10,119,438 |
| [M] | Additional SGA - % of sales | $915,543 | $3,553,664 | $5,284,872 | $6,115,503 | $5,183,091 | $1,807,032 | $22,859,705 |
| [N] | Total incremental costs | $4,916,538 | $19,156,470 | $28,349,856 | $32,805,644 | $27,803,868 | $9,693,536 | $122,725,912 |
| [O] | Lost profits - undiscounted | $5,276,988 | $20,405,805 | $30,316,320 | $35,081,180 | $29,732,460 | $10,365,920 | $131,178,673 |

# Scenario 1 - Undiscounted Lost Profits: In-house Model
# Second Rebuttal Schedule 2.1

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

**[A]** Per Second Rebuttal Schedule 2.2.

**[B]** Per Second Rebuttal Schedule 8.0. For purposes of my analysis, the ASP after 2022 is the same as 2022.

**[C]** Per Second Rebuttal Schedule 9.0. For purposes of my analysis, the cost per unit after 2022 is the same as 2022.

**[D]** Per Second Rebuttal Schedule 10.0.

**[E]** = [B] * 4%. Per SIS169233-169280 at 238-239, SIS would have paid Vizient a GPO administrative fee of 4% of net sales. Per SIS319315, SIS would have paid Yankee a 3% administrative fee. SIS would not have paid an administrative fee for non-Vizient and non-Yankee customers. For purposes of my analysis, I assume all sales would have been subject to a 4% administrative fee, consistent with the Vizient Agreement.

**[F]** = [B] * 9% per Second Rebuttal Schedule 15.1.

**[G]** = [C] + [D] + [E] + [F]

**[H]** = [B] - [G]

**[I]** = [A] * [B]

**[J]** = [A] * [C]

**[K]** = [A] * [D]

**[L]** = [A] * [E]

**[M]** = [A] * [F]

**[N]** = [J] + [K] + [L] + [M]

**[O]** = [I] - [N]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 1 - Lost EndoWrist Repair Units
# Second Rebuttal Schedule 2.2

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| [A] | **EndoWrist instruments potentially repairable by SIS - units** | | | | | | | |
| [A] | da Vinci S/Si | 52,970 | 22,411 | 8,214 | 3,839 | 1,928 | 1,077 | 90,439 |
| [A] | da Vinci X/Xi | 299,954 | 346,579 | 365,304 | 422,719 | 455,982 | 437,186 | 2,327,724 |
| [A] | Total | 352,924 | 368,990 | 373,518 | 426,558 | 457,910 | 438,263 | 2,418,163 |
| [B] | Expiration rate of new sales units | 60% | 60% | 60% | 60% | 60% | 60% | 60% |
| [C] | **Expired EndoWrist instrument - units** | | | | | | | |
| [C] | da Vinci S/Si | 31,782 | 13,447 | 4,928 | 2,303 | 1,157 | 646 | 54,263 |
| [C] | da Vinci X/Xi | 179,972 | 207,947 | 219,182 | 253,631 | 273,589 | 262,312 | 1,396,633 |
| [C] | Total | 211,754 | 221,394 | 224,110 | 255,934 | 274,746 | 262,958 | 1,450,896 |
| [D] | SIS market share rate | 55% | 55% | 55% | 55% | 55% | 55% | 55% |
| [E] | **SIS market share units** | | | | | | | |
| [E] | da Vinci S/Si | 17,480 | 7,396 | 2,710 | 1,267 | 636 | 355 | 29,844 |
| [E] | da Vinci X/Xi | 98,985 | 114,371 | 120,550 | 139,497 | 150,474 | 144,272 | 768,149 |
| [E] | Total | 116,465 | 121,767 | 123,260 | 140,764 | 151,110 | 144,627 | 797,993 |
| [F] | **SIS conversion factor** | | | | | | | |
| [F] | da Vinci S/Si | 15% | 50% | 70% | 70% | 70% | 70% | |
| [F] | da Vinci X/Xi | 15% | 50% | 70% | 70% | 70% | 70% | |
| [G] | **SIS converted units** | | | | | | | |
| [G] | da Vinci S/Si | 2,622 | 3,698 | 1,897 | 887 | 445 | 249 | 9,798 |
| [G] | da Vinci X/Xi | 14,848 | 57,186 | 84,385 | 97,648 | 105,332 | 100,990 | 460,389 |
| [G] | Total | 17,470 | 60,884 | 86,282 | 98,535 | 105,777 | 101,239 | 470,187 |
| [H] | Collection rate of SIS converted units | 70% | 70% | 70% | 70% | 70% | 70% | 70% |
| [I] | **SIS collected units** | | | | | | | |
| [I] | da Vinci S/Si | 1,835 | 2,589 | 1,328 | 621 | 312 | 174 | 6,859 |
| [I] | da Vinci X/Xi | 10,394 | 40,030 | 59,070 | 68,354 | 73,732 | 70,693 | 322,273 |
| [I] | Total | 12,229 | 42,619 | 60,398 | 68,975 | 74,044 | 70,867 | 329,132 |
| [J] | Repair yield of SIS would-have-been units | 69.35% | 69.35% | 69.35% | 69.35% | 69.35% | 69.35% | 69.35% |
| [K] | **Would-have-been Lost EndoWrist repair units** | | | | | | | |
| [K] | da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 216 | 121 | 4,758 |
| [K] | da Vinci X/Xi | 7,209 | 27,763 | 40,968 | 47,407 | 51,137 | 49,029 | 223,513 |
| [K] | Total | 8,482 | 29,559 | 41,889 | 47,838 | 51,353 | 49,150 | 228,271 |
| [L] | Market penetration (% of total units) | 2% | 8% | 11% | 11% | 11% | 11% | 9% |

# Scenario 1 - Lost EndoWrist Repair Units
## Second Rebuttal Schedule 2.2

|  | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|
| **Actual conversion rate** | | | | | | | |
| [M] da Vinci S/Si | | | | | 15% | 50% | |
| [M] da Vinci X/Xi | | | | | 15% | 50% | |
| | | | | | | | |
| **Actual EndoWrist repair units** | | | | | | | |
| [N] da Vinci S/Si | | | | | 46 | 86 | 132 |
| [N] da Vinci X/Xi | | | | | 10,958 | 35,021 | 45,979 |
| [N] **Total** | | | | | **11,004** | **35,107** | **46,111** |
| | | | | | | | |
| **Lost EndoWrist repair units** | | | | | | | |
| [O] da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| [O] da Vinci X/Xi | 7,209 | 27,763 | 40,968 | 47,407 | 40,179 | 14,008 | 177,534 |
| [O] **Total** | **8,482** | **29,559** | **41,889** | **47,838** | **40,349** | **14,043** | **182,160** |

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

[A] Per Second Rebuttal Schedule 6.0.

[B] Per Second Rebuttal Schedule 7.0.

[C] = [A] * [B]

[D] Per https://web.archive.org/web/20191108191050/https://www.vizientinc.com/what-we-do as of November 8, 2019, "50% of the nation's acute care providers are Vizient members." Per https://www.vizientinc.com/ as of November 29, 2022, Vizient has ">60% of acute care hospitals in the U.S." For purposes of my analysis, I use 55%. See discussion in my report.

[E] = [C] * [D]

[F] Per discussion with Keith Johnson and Greg Posdal, SIS anticipated a quick ramp up in 2020, both in sales and in-house repair capabilities. According to Jean Sargent there would have been a transition timeframe conversion for this type of program. In 2020, or Year 1, 30% of Vizient's acute care providers would have reasonably converted. In 2021, or Year 2, and thereafter, 70% would have reasonably converted. I apply a 15% conversion factor in 2020, or Year 1 (i.e. mid-point between 0% January 1 and 30% December 31st), I apply a 50% conversion factor in 2021, or Year 2 (i.e., mid-point between 30% January 1 and 70% December 31st). I apply a 70% conversion factor in 2022, or Year 3, and thereafter. Per May Dep. 113-114 (November 3, 2022), if the Xi had the same security measures as the Si, Restore would have been able to repair the Xi's as of January 2020.

[G] = [E] * [F]

[H] Per Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 604), where Intuitive targets a collection rate of 70%. See also, Intuitive-00620200 where Intuitive assumes a collection rate of 70%. See also, Morales 30(b)(6)Dep. Ex. 141 (at pdf page 1), where Intuitive targets a collection rate of 80%. Per discussion with Jean Sargent, I understand for an expensive instrument such as an EndoWrist, a 75% collection rate would be reasonable.

[I] = [G] * [H]

[J] Deposition of Clifton Parker 43-45, 178-179 (October 25, 2022). Per Restore-00094918-00094956 at 922 (Parker Dep. Ex. 121), 215 out of 310 instruments (approximately 69.35%) collected in a 2-week sample that had lives on them passed Restore's inspection (i.e., were repairable). Note: Per Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 609), where Intuitive realized a yield of 85%. See also, Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 612), where Intuitive targeted a yield of 85% to 95%. Second Rebuttal Schedule 14.0 shows the repair yield of SIS collectable units was approximately 88%. For purposes of my analysis, I use approximately 69.35%.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 1 - Lost EndoWrist Repair Units
## Second Rebuttal Schedule 2.2

| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|

[K] = [I] * [J]

[L] = [K] / [A]

[M] Assuming trial is resolved in or about January 1, 2024, SIS would then begin ramping up. For the Actual EndoWrist repair units, I use the Year 1, Year 2 and Year 3 market conversion rates addressed at [F] above. Currently, I assume Year 1 is 2024 and the first year SIS will begin selling its repair program again. Per May Dep. 60 (November 3, 2022), Restore will have the technical capability to change the usage limitations of the EndoWrist X/Xi's in the third or fourth quarter of 2023. For purposes of this analysis, I assume the conversion rate for the S/Si and X/Xi would be the same starting January 1, 2024.

[N] = [E] * [H] * [J] * [M]

[O] = [K] - [N]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 1 - Discounted Lost Profits: Distributor Model
# Second Rebuttal Schedule 3.0

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| | **Lost EndoWrist repair units** | | | | | | | |
| [A] | da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| [B] | da Vinci X/Xi | 7,209 | 27,763 | 40,968 | 47,407 | 40,179 | 14,008 | 177,534 |
| [C] | Total | 8,482 | 29,559 | 41,889 | 47,838 | 40,349 | 14,043 | 182,160 |
| | **Lost revenues** | | | | | | | |
| [A] | da Vinci S/Si | $1,829,301 | $2,605,996 | $1,320,714 | $618,054 | $243,780 | $50,190 | $6,668,035 |
| [B] | da Vinci X/Xi | $10,193,526 | $39,562,275 | $58,666,176 | $67,886,824 | $57,536,328 | $20,059,456 | $253,904,585 |
| [C] | Total | $12,022,827 | $42,168,271 | $59,986,890 | $68,504,878 | $57,780,108 | $20,109,646 | $260,572,620 |
| | **Incremental costs** | | | | | | | |
| [A] | da Vinci S/Si | $991,667 | $1,426,024 | $713,775 | $334,025 | $131,750 | $27,125 | $3,624,366 |
| [B] | da Vinci X/Xi | $5,457,213 | $21,349,747 | $31,832,136 | $36,835,239 | $31,219,083 | $10,884,216 | $137,577,634 |
| [C] | Total | $6,448,880 | $22,775,771 | $32,545,911 | $37,169,264 | $31,350,833 | $10,911,341 | $141,202,000 |
| | **Lost profits (undiscounted)** | | | | | | | |
| [A] | da Vinci S/Si | $837,634 | $1,179,972 | $606,939 | $284,029 | $112,030 | $23,065 | $3,043,669 |
| [B] | da Vinci X/Xi | $4,736,313 | $18,212,528 | $26,834,040 | $31,051,585 | $26,317,245 | $9,175,240 | $116,326,951 |
| [C] | Total | $5,573,947 | $19,392,500 | $27,440,979 | $31,335,614 | $26,429,275 | $9,198,305 | $119,370,620 |
| [D] | Discount % | | | | | 12% | 12% | 12% |
| [E] | Discount period | | | | | 0.5 | 1.5 | |
| [F] | Discount factor | 1.00000 | 1.00000 | 1.00000 | 1.00000 | 0.94491 | 0.84367 | |
| [G] | Discounted lost profits | $5,573,947 | $19,392,500 | $27,440,979 | $31,335,614 | $24,973,286 | $7,760,334 | $116,476,660 |

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

[A] Per Second Rebuttal Schedule 3.1.

[B] Per Second Rebuttal Schedule 3.1.

[C] = [A] + [B]

[D] For the GICS 35101010, Health Care Equipment & Supplies, Duff and Phelps - Cost of Capital Composite, September 30, 2022, the average SIC/GICS Composite WACC (weighted average cost of capital) is 9.2% and median WACC is 8.9%. For the small composite, the WACC is 11.1% to 11.2% (CRSP Decile). For purposes of my analysis I use 12%, which is conservative. Note: The projections after 2022 do not include growth, therefore the discount rate would likely be less.

[E] Calculated using the mid-year convention to January 1, 2024, the approximate date of trial.

[F] = ( 1 + [H] ) ^ - [I], rounded to 5 decimals.

[G] = Lost profits (undiscounted) per [C] * [F]

Page 1 of 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 1 - Undiscounted Lost Profits: Distributor Model
## Second Rebuttal Schedule 3.1

### da Vinci S/Si

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| [A] | Lost EndoWrist repair units | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| | *Per unit* | | | | | | | |
| [B] | Average selling price | $1,437 | $1,451 | $1,434 | $1,434 | $1,434 | $1,434 | $1,441 |
| | *Incremental costs per unit* | | | | | | | |
| [C] | Repair costs (including chip costs) | $593 | $605 | $589 | $589 | $589 | $589 | $596 |
| [D] | Vizient admin fees - 4% of sales | $57 | $58 | $57 | $57 | $57 | $57 | $57 |
| [E] | Additional SGA - 9% of sales | $129 | $131 | $129 | $129 | $129 | $129 | $130 |
| [F] | Total incremental costs | $779 | $794 | $775 | $775 | $775 | $775 | $783 |
| [G] | Lost profits per unit | $658 | $657 | $659 | $659 | $659 | $659 | $658 |
| [H] | Lost revenues | $1,829,301 | $2,605,996 | $1,320,714 | $618,054 | $243,780 | $50,190 | $6,668,035 |
| | *Incremental costs* | | | | | | | |
| [I] | Repair costs (including chip costs) | $754,889 | $1,086,580 | $542,469 | $253,859 | $100,130 | $20,615 | $2,758,542 |
| [J] | Vizient admin fees - 4% of sales | $72,561 | $104,168 | $52,497 | $24,567 | $9,690 | $1,995 | $265,478 |
| [K] | Additional SGA - 9% of sales | $164,217 | $235,276 | $118,809 | $55,599 | $21,930 | $4,515 | $600,346 |
| [L] | Total incremental costs | $991,667 | $1,426,024 | $713,775 | $334,025 | $131,750 | $27,125 | $3,624,366 |
| **[M]** | **Lost profits - undiscounted** | **$837,634** | **$1,179,972** | **$606,939** | **$284,029** | **$112,030** | **$23,065** | **$3,043,669** |

### da Vinci X/Xi

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| [A] | Lost EndoWrist repair units | 7,209 | 27,763 | 40,968 | 47,407 | 40,179 | 14,008 | 177,534 |
| | *Per unit* | | | | | | | |
| [B] | Average selling price | $1,414 | $1,425 | $1,432 | $1,432 | $1,432 | $1,432 | $1,430 |
| | *Incremental costs per unit* | | | | | | | |
| [C] | Repair costs (including chip costs) | $573 | $584 | $591 | $591 | $591 | $591 | $589 |
| [D] | Vizient admin fees - 4% of sales | $57 | $57 | $57 | $57 | $57 | $57 | $57 |
| [E] | Additional SGA - 9% of sales | $127 | $128 | $129 | $129 | $129 | $129 | $129 |
| [F] | Total incremental costs | $757 | $769 | $777 | $777 | $777 | $777 | $775 |
| [G] | Lost profits per unit | $657 | $656 | $655 | $655 | $655 | $655 | $655 |
| [H] | Lost revenues | $10,193,526 | $39,562,275 | $58,666,176 | $67,886,824 | $57,536,328 | $20,059,456 | $253,904,585 |
| | *Incremental costs* | | | | | | | |
| [I] | Repair costs (including chip costs) | $4,130,757 | $16,213,592 | $24,212,088 | $28,017,537 | $23,745,789 | $8,278,728 | $104,598,491 |
| [J] | Vizient admin fees - 4% of sales | $410,913 | $1,582,491 | $2,335,176 | $2,702,199 | $2,290,203 | $798,456 | $10,119,438 |
| [K] | Additional SGA - 9% of sales | $915,543 | $3,553,664 | $5,284,872 | $6,115,503 | $5,183,091 | $1,807,032 | $22,859,705 |
| [L] | Total incremental costs | $5,457,213 | $21,349,747 | $31,832,136 | $36,835,239 | $31,219,083 | $10,884,216 | $137,577,634 |
| **[M]** | **Lost profits - undiscounted** | **$4,736,313** | **$18,212,528** | **$26,834,040** | **$31,051,585** | **$26,317,245** | **$9,175,240** | **$116,326,951** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 1 - Undiscounted Lost Profits: Distributor Model
## Second Rebuttal Schedule 3.1

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A]  Per Second Rebuttal Schedule 2.2.

[B]  Per Second Rebuttal Schedule 8.0.  For purposes of my analysis, the ASP after 2022 is the same as 2022.

[C]  Per Second Rebuttal Schedule 11.0.  For purposes of my analysis, the cost per unit after 2022 is the same as 2022.

[D]  = [B] * 4%.  Per SIS169233-169280 at 238-239, SIS would have paid Vizient a GPO administrative fee of 4% of net sales.  Per SIS319315, SIS would have paid Yankee a 3% administrative fee.  SIS would not have paid an administrative fee for non-Vizient and non-Yankee customers.  For purposes of my analysis, I assume all sales would have been subject to a 4% administrative fee, consistent with the Vizient Agreement.

[E]  = [B] * 9% per Second Rebuttal Schedule 15.1.

[F]  = [C] + [D] + [E]

[G]  = [B] - [F]

[H]  = [A] * [B]

[I]  = [A] * [C]

[J]  = [A] * [D]

[K]  = [A] * [E]

[L]  = [I] + [J] + [K]

[M]  = [H] - [L]

Page 2 of 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Discounted Lost Profits: In-house Model (2 Year X/Xi Delay)
## Second Rebuttal Schedule 4.0

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| | **Lost EndoWrist repair units** | | | | | | | |
| [A] | da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| [B] | da Vinci X/Xi | 0 | 0 | 8,779 | 33,862 | 40,179 | 14,008 | 96,828 |
| [C] | Total | 1,273 | 1,796 | 9,700 | 34,293 | 40,349 | 14,043 | 101,454 |
| | **Lost revenues** | | | | | | | |
| [A] | da Vinci S/Si | $1,829,301 | $2,605,996 | $1,320,714 | $618,054 | $243,780 | $50,190 | $6,668,035 |
| [B] | da Vinci X/Xi | $0 | $0 | $12,571,528 | $48,490,384 | $57,536,328 | $20,059,456 | $138,657,696 |
| [C] | Total | $1,829,301 | $2,605,996 | $13,892,242 | $49,108,438 | $57,780,108 | $20,109,646 | $145,325,731 |
| | **Incremental costs** | | | | | | | |
| [A] | da Vinci S/Si | $870,732 | $1,246,424 | $637,332 | $298,252 | $117,640 | $24,220 | $3,194,600 |
| [B] | da Vinci X/Xi | $0 | $0 | $6,075,068 | $23,432,504 | $27,803,868 | $9,693,536 | $67,004,976 |
| [C] | Total | $870,732 | $1,246,424 | $6,712,400 | $23,730,756 | $27,921,508 | $9,717,756 | $70,199,576 |
| | **Lost profits (undiscounted)** | | | | | | | |
| [A] | da Vinci S/Si | $958,569 | $1,359,572 | $683,382 | $319,802 | $126,140 | $25,970 | $3,473,435 |
| [B] | da Vinci X/Xi | $0 | $0 | $6,496,460 | $25,057,880 | $29,732,460 | $10,365,920 | $71,652,720 |
| [C] | Total | $958,569 | $1,359,572 | $7,179,842 | $25,377,682 | $29,858,600 | $10,391,890 | $75,126,155 |
| [D] | Discount % | | | | 12% | 12% | 12% | |
| [E] | Discount period | | | | 0.5 | 1.5 | | |
| [F] | Discount factor | 1.00000 | 1.00000 | 1.00000 | 1.00000 | 0.94491 | 0.84367 | |
| [G] | Discounted lost profits | $958,569 | $1,359,572 | $7,179,842 | $25,377,682 | $28,213,690 | $8,767,326 | $71,856,681 |

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A]  Per Second Rebuttal Schedule 4.1.

[B]  Per Second Rebuttal Schedule 4.1.

[C]  = [A] + [B]

[D]  For the GICS 35101010, Health Care Equipment & Supplies, Duff and Phelps - Cost of Capital Composite, September 30, 2022, the average SIC/GICS Composite WACC (weighted average cost of capital) is 9.2% and median WACC is 8.9%.  For the small composite, the WACC is 11.1% to 11.2% (CRSP Decile).  For purposes of my analysis I use 12%, which is conservative.  Note:  The projections after 2022 do not include growth, therefore the discount rate would likely be less.

[E]  Calculated using the mid-year convention to January 1, 2024, the approximate date of trial.

[F]  = ( 1 + [H] ) ^ - [I], rounded to 5 decimals.

[G]  = Lost profits (undiscounted) per [C] * [F]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Undiscounted Lost Profits: In-house Model (2 Year X/Xi Delay)
## Second Rebuttal Schedule 4.1

### da Vinci S/Si

|  |  | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| [A] | Lost Endo/Wrist repair units | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| | *Per unit* | | | | | | | |
| [B] | Average selling price | $1,437 | $1,451 | $1,434 | $1,434 | $1,434 | $1,434 | $1,441 |
| | *Incremental costs per unit* | | | | | | | |
| [C] | Repair costs | $148 | $155 | $156 | $156 | $156 | $156 | $153 |
| [D] | Chip costs | $350 | $350 | $350 | $350 | $350 | $350 | $350 |
| [E] | Vizient admin fees - % of sales  4% | $57 | $58 | $57 | $57 | $57 | $57 | $57 |
| [F] | Additional SGA - % of sales  9% | $129 | $131 | $129 | $129 | $129 | $129 | $130 |
| [G] | Total incremental costs | $684 | $694 | $692 | $692 | $692 | $692 | $691 |
| [H] | Lost profits per unit | $753 | $757 | $742 | $742 | $742 | $742 | $751 |
| [I] | Lost revenues | $1,829,301 | $2,605,996 | $1,320,714 | $618,054 | $243,780 | $50,190 | $6,668,035 |
| | *Incremental costs* | | | | | | | |
| [J] | Repair costs | $188,404 | $278,380 | $143,676 | $67,236 | $26,520 | $5,460 | $709,676 |
| [K] | Chip costs | $445,550 | $628,600 | $322,350 | $150,850 | $59,500 | $12,250 | $1,619,100 |
| [L] | Vizient admin fees - 4% of sales | $72,561 | $104,168 | $52,497 | $24,567 | $9,690 | $1,995 | $265,478 |
| [M] | Additional SGA - % of sales | $164,217 | $235,276 | $118,809 | $55,599 | $21,930 | $4,515 | $600,346 |
| [N] | Total incremental costs | $870,732 | $1,246,424 | $637,332 | $298,252 | $117,640 | $24,220 | $3,194,600 |
| [O] | **Lost profits - undiscounted** | **$958,569** | **$1,359,572** | **$683,382** | **$319,802** | **$126,140** | **$25,970** | **$3,473,435** |

### da Vinci X/Xi

|  |  | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| [A] | Lost Endo/Wrist repair units | 0 | 0 | 8,779 | 33,862 | 40,179 | 14,008 | 96,828 |
| | *Per unit* | | | | | | | |
| [B] | Average selling price | $1,414 | $1,425 | $1,432 | $1,432 | $1,432 | $1,432 | $1,432 |
| | *Incremental costs per unit* | | | | | | | |
| [C] | Repair costs | $148 | $155 | $156 | $156 | $156 | $156 | $156 |
| [D] | Chip costs | $350 | $350 | $350 | $350 | $350 | $350 | $350 |
| [E] | Vizient admin fees - % of sales  4% | $57 | $57 | $57 | $57 | $57 | $57 | $57 |
| [F] | Additional SGA - % of sales  9% | $127 | $128 | $129 | $129 | $129 | $129 | $129 |
| [G] | Total incremental costs | $682 | $690 | $692 | $692 | $692 | $692 | $692 |
| [H] | Lost profits per unit | $732 | $735 | $740 | $740 | $740 | $740 | $740 |
| [I] | Lost revenues | $0 | $0 | $12,571,528 | $48,490,384 | $57,536,328 | $20,059,456 | $138,657,696 |
| | *Incremental costs* | | | | | | | |
| [J] | Repair costs | $0 | $0 | $1,369,524 | $5,282,472 | $6,267,924 | $2,185,248 | $15,105,168 |
| [K] | Chip costs | $0 | $0 | $3,072,650 | $11,851,700 | $14,062,650 | $4,902,800 | $33,889,800 |
| [L] | Vizient admin fees - 4% of sales | $0 | $0 | $500,403 | $1,930,134 | $2,290,203 | $798,456 | $5,519,196 |
| [M] | Additional SGA - % of sales | $0 | $0 | $1,132,491 | $4,368,198 | $5,183,091 | $1,807,032 | $12,490,812 |
| [N] | Total incremental costs | $0 | $0 | $6,075,068 | $23,432,504 | $27,803,868 | $9,693,536 | $67,004,976 |
| [O] | **Lost profits - undiscounted** | **$0** | **$0** | **$6,496,460** | **$25,057,880** | **$29,732,460** | **$10,365,920** | **$71,652,720** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Undiscounted Lost Profits: In-house Model (2 Year X/Xi Delay)
## Second Rebuttal Schedule 4.1

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

**[A]**  Per Second Rebuttal Schedule 4.2.

**[B]**  Per Second Rebuttal Schedule 8.0.  For purposes of my analysis, the ASP after 2022 is the same as 2022.

**[C]**  Per Second Rebuttal Schedule 9.0.  For purposes of my analysis, the cost per unit after 2022 is the same as 2022.

**[D]**  Per Second Rebuttal Schedule 10.0.

**[E]**  = [B] * 4%.  Per SIS169233-169280 at 238-239, SIS would have paid Vizient a GPO administrative fee of 4% of net sales.  Per SIS319315, SIS would have paid Yankee a 3% administrative fee.  SIS would not have paid an administrative fee for non-Vizient and non-Yankee customers.  For purposes of my analysis, I assume all sales would have been subject to a 4% administrative fee, consistent with the Vizient Agreement.

**[F]**  = [B] * 9% per Second Rebuttal Schedule 15.1.

**[G]**  = [C] + [D] + [E] + [F]

**[H]**  = [B] - [G]

**[I]**  = [A] * [B]

**[J]**  = [A] * [C]

**[K]**  = [A] * [D]

**[L]**  = [A] * [E]

**[M]**  = [A] * [F]

**[N]**  = [J] + [K] + [L] + [M]

**[O]**  = [I] - [N]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Lost EndoWrist Repair Units (2 Year X/Xi Delay)
# Second Rebuttal Schedule 4.2

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| | **EndoWrist instruments potentially repairable by SIS - units** | | | | | | | |
| [A] | da Vinci S/Si | 52,970 | 22,411 | 8,214 | 3,839 | 1,928 | 1,077 | 90,439 |
| [A] | da Vinci X/Xi | 0 | 0 | 365,304 | 422,719 | 455,982 | 437,186 | 1,681,191 |
| [A] | **Total** | **52,970** | **22,411** | **373,518** | **426,558** | **457,910** | **438,263** | **1,771,630** |
| [B] | Expiration rate of new sales units | 60% | 60% | 60% | 60% | 60% | 60% | 60% |
| | **Expired EndoWrist instrument - units** | | | | | | | |
| [C] | da Vinci S/Si | 31,782 | 13,447 | 4,928 | 2,303 | 1,157 | 646 | 54,263 |
| [C] | da Vinci X/Xi | 0 | 0 | 219,182 | 253,631 | 273,589 | 262,312 | 1,008,714 |
| [C] | **Total** | **31,782** | **13,447** | **224,110** | **255,934** | **274,746** | **262,958** | **1,062,977** |
| [D] | SIS market share rate | 55% | 55% | 55% | 55% | 55% | 55% | 55% |
| | **SIS market share units** | | | | | | | |
| [E] | da Vinci S/Si | 17,480 | 7,396 | 2,710 | 1,267 | 636 | 355 | 29,844 |
| [E] | da Vinci X/Xi | 0 | 0 | 120,550 | 139,497 | 150,474 | 144,272 | 554,793 |
| [E] | **Total** | **17,480** | **7,396** | **123,260** | **140,764** | **151,110** | **144,627** | **584,637** |
| | **SIS conversion factor** | | | | | | | |
| [F] | da Vinci S/Si | 15% | 50% | 70% | 70% | 70% | 70% | |
| [F] | da Vinci X/Xi | | | 15% | 50% | 70% | 70% | |
| | **SIS converted units** | | | | | | | |
| [G] | da Vinci S/Si | 2,622 | 3,698 | 1,897 | 887 | 445 | 249 | 9,798 |
| [G] | da Vinci X/Xi | 0 | 0 | 18,083 | 69,749 | 105,332 | 100,990 | 294,154 |
| [G] | **Total** | **2,622** | **3,698** | **19,980** | **70,636** | **105,777** | **101,239** | **303,952** |
| [H] | Collection rate of SIS market share units | 70% | 70% | 70% | 70% | 70% | 70% | 70% |
| | **SIS collected units** | | | | | | | |
| [I] | da Vinci S/Si | 1,835 | 2,589 | 1,328 | 621 | 312 | 174 | 6,859 |
| [I] | da Vinci X/Xi | 0 | 0 | 12,658 | 48,824 | 73,732 | 70,693 | 205,907 |
| [I] | **Total** | **1,835** | **2,589** | **13,986** | **49,445** | **74,044** | **70,867** | **212,766** |
| [J] | Repair yield of SIS would-have-been units | 69.35% | 69.35% | 69.35% | 69.35% | 69.35% | 69.35% | 69.35% |
| | **Would-have-been Lost EndoWrist repair units** | | | | | | | |
| [K] | da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 216 | 121 | 4,758 |
| [K] | da Vinci X/Xi | 0 | 0 | 8,779 | 33,862 | 51,137 | 49,029 | 142,807 |
| [K] | **Total** | **1,273** | **1,796** | **9,700** | **34,293** | **51,353** | **49,150** | **147,565** |
| [L] | Market penetration (% of total units) | 2% | 8% | 3% | 8% | 11% | 11% | 8% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Lost EndoWrist Repair Units (2 Year X/Xi Delay)
## Second Rebuttal Schedule 4.2

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| **Actual conversion rate** | | | | | | | | |
| [M] | da Vinci S/Si | | | | | 15% | 50% | |
| [M] | da Vinci X/Xi | | | | | 15% | 50% | |
| | | | | | | | | |
| **Actual EndoWrist repair units** | | | | | | | | |
| [N] | da Vinci S/Si | | | | | 46 | 86 | 132 |
| [N] | da Vinci X/Xi | | | | | 10,958 | 35,021 | 45,979 |
| [N] | **Total** | | | | | **11,004** | **35,107** | **46,111** |
| | | | | | | | | |
| **Lost EndoWrist repair units** | | | | | | | | |
| [O] | da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| [O] | da Vinci X/Xi | 0 | 0 | 8,779 | 33,862 | 40,179 | 14,008 | 96,828 |
| [O] | **Total** | **1,273** | **1,796** | **9,700** | **34,293** | **40,349** | **14,043** | **101,454** |

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A]  Per Second Rebuttal Schedule 6.0.  Note:  Per Parker Dep. 143-144 (October 25, 2022), in a but for world (a world without Intuitive's anticompetitive behaviors), Restore would have begun repairing X/Xi EndoWrists by January 2022.  For purposes of my analysis, I assume X/Xi EndoWrist repairs start on January 1, 2022.

[B]  Per Second Rebuttal Schedule 7.0.

[C]  = [A] * [B]

[D]  Per https://web.archive.org/web/20191108191050/https://www.vizientinc.com/what-we-do as of November 8, 2019, "50% of the nation's acute care providers are Vizient members."  Per https://www.vizientinc.com/ as of November 29, 2022, Vizient has ">60% of acute care hospitals in the U.S."  For purposes of my analysis, I use 55%.  See discussion in my report.

[E]  = [C] * [D]

[F]  Per discussion with Jean Sargent, I understand the conversion rate would have been at 30% at the end of year 1, 70% at the end of year 2 and 70% thereafter, recognizing SIS would not have gotten all hospitals.  For purposes of my analysis, I use an average of 15% in year 1, 50% in year 2 and 70% thereafter.  Also, per discussions with Greg Posdal and Keith Johnson, I understand SIS believed its ramp up period would have been one year.

[G]  = [E] * [F]

[H]  Per Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 604), where Intuitive targets a collection rate of 70%.  See also, Intuitive-00620200 where Intuitive assumes a collection rate of 70%.  See also, Morales 30(b)(6)Dep. Ex. 141 (at pdf page 1), where Intuitive targets a collection rate of 80%.  Per discussion with Jean Sargent, I understand for an expensive instrument such as an EndoWrist, a 75% collection rate would be reasonable.

[I]  = [G] * [H]

[J]  Deposition of Clifton Parker 43-45, 178-179 (October 25, 2022).  Per Restore-00094918-00094956 at 922 (Parker Dep. Ex. 121), 215 out of 310 instruments (approximately 69.35%) collected in a 2-week sample that had lives on them passed Restore's inspection (i.e., were repairable).  Note:  Per Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 609), where Intuitive realized a yield of 85%.  See also, Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 612), where Intuitive targeted a yield of 85% to 95%.  Second Rebuttal Schedule 14.0 shows the repair yield of SIS collectable units was approximately 88%.  For purposes of my analysis, I use approximately 69.35%.

[K]  = [I] * [J]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Lost EndoWrist Repair Units (2 Year X/Xi Delay)
## Second Rebuttal Schedule 4.2

| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|

[L] = [K] / [A]

[M] Assuming trial is resolved in or about January 1, 2024, SIS would then begin ramping up.  For the Actual EndoWrist repair units, I use the Year 1, Year 2 and Year 3 market conversion rates addressed at [F] above.  Currently, I assume Year 1 is 2024 and the first year SIS will begin selling its repair program again.  Per May Dep. 60 (November 3, 2022), Restore will have the technical capability to change the usage limitations of the EndoWrist X/Xi's in the third or fourth quarter of 2023.  For purposes of this analysis, I assume the conversion rate for the S/Si and X/Xi would be the same starting January 1, 2024.

[N] = [E] * [H] * [J] * [M]
[O] = [K] - [N]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Discounted Lost Profits: In-house Model  (1 Year X/Xi Delay)
## Second Rebuttal Schedule 4.3

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| **Lost EndoWrist repair units** | | | | | | | | |
| [A] | da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| [B] | da Vinci X/Xi | 0 | 8,329 | 29,263 | 47,407 | 40,179 | 14,008 | 139,186 |
| [C] | Total | 1,273 | 10,125 | 30,184 | 47,838 | 40,349 | 14,043 | 143,812 |
| **Lost revenues** | | | | | | | | |
| [A] | da Vinci S/Si | $1,829,301 | $2,605,996 | $1,320,714 | $618,054 | $243,780 | $50,190 | $6,668,035 |
| [B] | da Vinci X/Xi | $0 | $11,868,825 | $41,904,616 | $67,886,824 | $57,536,328 | $20,059,456 | $199,256,049 |
| [C] | Total | $1,829,301 | $14,474,821 | $43,225,330 | $68,504,878 | $57,780,108 | $20,109,646 | $205,924,084 |
| **Incremental costs** | | | | | | | | |
| [A] | da Vinci S/Si | $870,732 | $1,246,424 | $637,332 | $298,252 | $117,640 | $24,220 | $3,194,600 |
| [B] | da Vinci X/Xi | $0 | $5,747,010 | $20,249,996 | $32,805,644 | $27,803,868 | $9,693,536 | $96,300,054 |
| [C] | Total | $870,732 | $6,993,434 | $20,887,328 | $33,103,896 | $27,921,508 | $9,717,756 | $99,494,654 |
| **Lost profits (undiscounted)** | | | | | | | | |
| [A] | da Vinci S/Si | $958,569 | $1,359,572 | $683,382 | $319,802 | $126,140 | $25,970 | $3,473,435 |
| [B] | da Vinci X/Xi | $0 | $6,121,815 | $21,654,620 | $35,081,180 | $29,732,460 | $10,365,920 | $102,955,995 |
| [C] | Total | $958,569 | $7,481,387 | $22,338,002 | $35,400,982 | $29,858,600 | $10,391,890 | $106,429,430 |
| [D] | Discount % | | | | | 12% | 12% | |
| [E] | Discount period | | | | | 0.5 | 1.5 | |
| [F] | Discount factor | 1.00000 | 1.00000 | 1.00000 | 1.00000 | 0.94491 | 0.84367 | |
| [G] | Discounted lost profits | $958,569 | $7,481,387 | $22,338,002 | $35,400,982 | $28,213,690 | $8,767,326 | $103,159,956 |

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A] Per Second Rebuttal Schedule 4.4.

[B] Per Second Rebuttal Schedule 4.4.

[C] = [A] + [B]

[D] For the GICS 35101010, Health Care Equipment & Supplies, Duff and Phelps - Cost of Capital Composite, September 30, 2022, the average WACC (weighted average cost of capital) is 9.2% and median WACC is 8.9%.  For the small composite, the WACC is 11.1% to 11.2% (CRSP Decile).  For purposes of my analysis I use 12%, which is conservative.  Note:  The projections after 2022 do not include growth, therefore the discount rate would likely be less.

[E] Calculated using the mid-year convention to January 1, 2024, the approximate date of trial.

[F] = ( 1 + [H] ) ^ - [J], rounded to 5 decimals.

[G] = Lost profits (undiscounted) per [C] * [F]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Undiscounted Lost Profits: In-house Model  (1 Year X/Xi Delay)
## Second Rebuttal Schedule 4.4

### da Vinci S/Si

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| [A] | Lost EndoWrist repair units | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| | **Per unit** | | | | | | | |
| [B] | Average selling price | $1,437 | $1,451 | $1,434 | $1,434 | $1,434 | $1,434 | $1,441 |
| | Incremental costs per unit | | | | | | | |
| [C] | Repair costs | $148 | $155 | $156 | $156 | $156 | $156 | $153 |
| [D] | Chip costs | $350 | $350 | $350 | $350 | $350 | $350 | $350 |
| [E] | Vizient admin fees - % of sales | 4% | $57 | $58 | $57 | $57 | $57 | $57 | $57 |
| [F] | Additional SGA - % of sales | 9% | $129 | $131 | $129 | $129 | $129 | $129 | $130 |
| [G] | Total incremental costs | $684 | $694 | $692 | $692 | $692 | $692 | $691 |
| [H] | Lost profits per unit | $753 | $757 | $742 | $742 | $742 | $742 | $751 |
| [I] | Lost revenues | $1,829,301 | $2,605,996 | $1,320,714 | $618,054 | $243,780 | $50,190 | $6,668,035 |
| | Incremental costs | | | | | | | |
| [J] | Repair costs | $188,404 | $278,380 | $143,676 | $67,236 | $26,520 | $5,460 | $709,676 |
| [K] | Chip costs | $445,550 | $628,600 | $322,350 | $150,850 | $59,500 | $12,250 | $1,619,100 |
| [L] | Vizient admin fees - 4% of sales | $72,561 | $104,168 | $52,497 | $24,567 | $9,690 | $1,995 | $265,478 |
| [M] | Additional SGA - % of sales | $164,217 | $235,276 | $118,809 | $55,589 | $21,930 | $4,515 | $600,346 |
| [N] | Total incremental costs | $870,732 | $1,246,424 | $637,332 | $298,252 | $117,640 | $24,220 | $3,194,600 |
| [O] | **Lost profits - undiscounted** | **$958,569** | **$1,359,572** | **$683,382** | **$319,802** | **$126,140** | **$25,970** | **$3,473,435** |

### da Vinci X/Xi

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| [A] | Lost EndoWrist repair units | 0 | 8,329 | 29,263 | 47,407 | 40,179 | 14,008 | 139,186 |
| | **Per unit** | | | | | | | |
| [B] | Average selling price | $1,414 | $1,425 | $1,432 | $1,432 | $1,432 | $1,432 | $1,432 |
| | Incremental costs per unit | | | | | | | |
| [C] | Repair costs | $148 | $155 | $156 | $156 | $156 | $156 | $156 |
| [D] | Chip costs | $350 | $350 | $350 | $350 | $350 | $350 | $350 |
| [E] | Vizient admin fees - % of sales | 4% | $57 | $57 | $57 | $57 | $57 | $57 | $57 |
| [F] | Additional SGA - % of sales | 9% | $127 | $128 | $129 | $129 | $129 | $129 | $129 |
| [G] | Total incremental costs | $682 | $690 | $692 | $692 | $692 | $692 | $692 |
| [H] | Lost profits per unit | $732 | $735 | $740 | $740 | $740 | $740 | $740 |
| [I] | Lost revenues | $0 | $11,868,825 | $41,904,616 | $67,886,824 | $57,536,328 | $20,059,456 | $199,256,049 |
| | Incremental costs | | | | | | | |
| [J] | Repair costs | $0 | $1,290,995 | $4,565,028 | $7,395,492 | $6,267,924 | $2,185,248 | $21,704,687 |
| [K] | Chip costs | $0 | $2,915,150 | $10,242,050 | $16,592,450 | $14,062,650 | $4,902,800 | $48,715,100 |
| [L] | Vizient admin fees - 4% of sales | $0 | $474,753 | $1,667,991 | $2,702,199 | $2,290,203 | $798,456 | $7,933,602 |
| [M] | Additional SGA - % of sales | $0 | $1,066,112 | $3,774,927 | $6,115,503 | $5,183,091 | $1,807,032 | $17,946,665 |
| [N] | Total incremental costs | $0 | $5,747,010 | $20,249,996 | $32,805,644 | $27,803,868 | $9,693,536 | $96,300,054 |
| [O] | **Lost profits - undiscounted** | **$0** | **$6,121,815** | **$21,654,620** | **$35,081,180** | **$29,732,460** | **$10,365,920** | **$102,955,995** |

Page 1 of 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Undiscounted Lost Profits: In-house Model  (1 Year X/Xi Delay)
## Second Rebuttal Schedule 4.4

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

**[A]**  Per Second Rebuttal Schedule 4.5.

**[B]**  Per Second Rebuttal Schedule 8.0.  For purposes of my analysis, the ASP after 2022 is the same as 2022.

**[C]**  Per Second Rebuttal Schedule 9.0.  For purposes of my analysis, the cost per unit after 2022 is the same as 2022.

**[D]**  Per Second Rebuttal Schedule 10.0.

**[E]**  = [B] * 4%.  Per SIS169233-169280 at 238-239, SIS would have paid Vizient a GPO administrative fee of 4% of net sales.  Per SIS319315, SIS would have paid Yankee a 3% administrative fee.  SIS would not have paid an administrative fee for non-Vizient and non-Yankee customers.  For purposes of my analysis, I assume all sales would have been subject to a 4% administrative fee, consistent with the Vizient Agreement.

**[F]**  = [B] * 9% per Second Rebuttal Schedule 15.1.

**[G]**  = [C] + [D] + [E] + [F]

**[H]**  = [B] - [G]

**[I]**  = [A] * [B]

**[J]**  = [A] * [C]

**[K]**  = [A] * [D]

**[L]**  = [A] * [E]

**[M]**  = [A] * [F]

**[N]**  = [J] + [K] + [L] + [M]

**[O]**  = [I] - [N]

Page 2 of 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Lost EndoWrist Repair Units  (1 Year X/Xi Delay)
## Second Rebuttal Schedule 4.5

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| | **EndoWrist instruments potentially repairable by SIS - units** | | | | | | | |
| [A] | da Vinci S/Si | 52,970 | 22,411 | 8,214 | 3,839 | 1,928 | 1,077 | 90,439 |
| [A] | da Vinci X/Xi | 0 | 346,579 | 365,304 | 422,719 | 455,982 | 437,186 | 2,027,770 |
| [A] | **Total** | **52,970** | **368,990** | **373,518** | **426,558** | **457,910** | **438,263** | **2,118,209** |
| [B] | Expiration rate of new sales units | 60% | 60% | 60% | 60% | 60% | 60% | 60% |
| | **Expired EndoWrist instrument - units** | | | | | | | |
| [C] | da Vinci S/Si | 31,782 | 13,447 | 4,928 | 2,303 | 1,157 | 646 | 54,263 |
| [C] | da Vinci X/Xi | 0 | 207,947 | 219,182 | 253,631 | 273,589 | 262,312 | 1,216,661 |
| [C] | **Total** | **31,782** | **221,394** | **224,110** | **255,934** | **274,746** | **262,958** | **1,270,924** |
| [D] | SIS market share rate | 55% | 55% | 55% | 55% | 55% | 55% | 55% |
| | **SIS market share units** | | | | | | | |
| [E] | da Vinci S/Si | 17,480 | 7,396 | 2,710 | 1,267 | 636 | 355 | 29,844 |
| [E] | da Vinci X/Xi | 0 | 114,371 | 120,550 | 139,497 | 150,474 | 144,272 | 669,164 |
| [E] | **Total** | **17,480** | **121,767** | **123,260** | **140,764** | **151,110** | **144,627** | **699,008** |
| | **SIS conversion factor** | | | | | | | |
| [F] | da Vinci S/Si | 15% | 50% | 70% | 70% | 70% | 70% | |
| [F] | da Vinci X/Xi | | 15% | 50% | 70% | 70% | 70% | |
| | **SIS converted units** | | | | | | | |
| [G] | da Vinci S/Si | 2,622 | 3,698 | 1,897 | 887 | 445 | 249 | 9,798 |
| [G] | da Vinci X/Xi | 0 | 17,156 | 60,275 | 97,648 | 105,332 | 100,990 | 381,401 |
| [G] | **Total** | **2,622** | **20,854** | **62,172** | **98,535** | **105,777** | **101,239** | **391,199** |
| [H] | Collection rate of SIS market share units | 70% | 70% | 70% | 70% | 70% | 70% | 70% |
| | **SIS collected units** | | | | | | | |
| [I] | da Vinci S/Si | 1,835 | 2,589 | 1,328 | 621 | 312 | 174 | 6,859 |
| [I] | da Vinci X/Xi | 0 | 12,009 | 42,193 | 68,354 | 73,732 | 70,693 | 266,981 |
| [I] | **Total** | **1,835** | **14,598** | **43,521** | **68,975** | **74,044** | **70,867** | **273,840** |
| [J] | Repair yield of SIS would-have-been units | 69.35% | 69.35% | 69.35% | 69.35% | 69.35% | 69.35% | 69.35% |
| | **Would-have-been Lost EndoWrist repair units** | | | | | | | |
| [K] | da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 216 | 121 | 4,758 |
| [K] | da Vinci X/Xi | 0 | 8,329 | 29,263 | 47,407 | 51,137 | 49,029 | 185,165 |
| [K] | **Total** | **1,273** | **10,125** | **30,184** | **47,838** | **51,353** | **49,150** | **189,923** |
| [L] | Market penetration (% of total units) | 2% | 3% | 8% | 11% | 11% | 11% | 9% |

# Scenario 2 - Lost EndoWrist Repair Units  (1 Year X/Xi Delay)
## Second Rebuttal Schedule 4.5

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| | **Actual conversion rate** | | | | | | | |
| [M] | da Vinci S/Si | | | | | 15% | 50% | |
| [M] | da Vinci X/Xi | | | | | 15% | 50% | |
| | | | | | | | | |
| | **Actual EndoWrist repair units** | | | | | | | |
| [N] | da Vinci S/Si | | | | | 46 | 86 | 132 |
| [N] | da Vinci X/Xi | | | | | 10,958 | 35,021 | 45,979 |
| [N] | **Total** | | | | | **11,004** | **35,107** | **46,111** |
| | | | | | | | | |
| | **Lost EndoWrist repair units** | | | | | | | |
| [O] | da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| [O] | da Vinci X/Xi | 0 | 8,329 | 29,263 | 47,407 | 40,179 | 14,008 | 139,186 |
| [O] | **Total** | **1,273** | **10,125** | **30,184** | **47,838** | **40,349** | **14,043** | **143,812** |

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A] Per Second Rebuttal Schedule 6.0.  Note:  Marcus Engineering proposed a statement of work to Restore in late June 2019 for circumventing the X/Xi encryption and resetting the X/Xi EndoWrist use counter.  I understand Marcus Engineering's efforts "have been successful in many of the aspects" of "reverse engineering on the XI[,]"  Based on progress as of November 2022, Restore anticipates that it will have the technical ability to reset the X/Xi EndoWrist use counter in "the third and fourth quarter, 2023."  See May Dep. 40 and 60-61 (November 3, 2022) and May Dep. Exhibit 155.  For purposes of my analysis, I assume X/Xi EndoWrist repairs start on January 1, 2021.

[B] Per Second Rebuttal Schedule 7.0.

[C] = [A] * [B]

[D] Per https://web.archive.org/web/20191108191050/https://www.vizientinc.com/what-we-do as of November 8, 2019, "50% of the nation's acute care providers are Vizient members." Per https://www.vizientinc.com/ as of November 29, 2022, Vizient has ">60% of acute care hospitals in the U.S." For purposes of my analysis, I use 55%.  See discussion in my report.

[E] = [C] * [D]

[F] Per discussion with Jean Sargent, I understand the conversion rate would have been at 30% at the end of year 1, 70% at the end of year 2 and 70% thereafter, recognizing SIS would not have gotten all hospitals.  For purposes of my analysis, I use an average of 15% in year 1, 50% in year 2 and 70% thereafter.  Also, per discussions with Greg Posdal and Keith Johnson, I understand SIS believed its ramp up period would have been one year.

[G] = [E] * [F]

[H] Per Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 604), where Intuitive targets a collection rate of 70%.  See also, Intuitive-00620200 where Intuitive assumes a collection rate of 70%.  See also, Morales 30(b)(6)Dep. Ex. 141 (at pdf page 1), where Intuitive targets a collection rate of 80%.  Per discussion with Jean Sargent, I understand for an expensive instrument such as an EndoWrist, a 75% collection rate would be reasonable.

[I] = [G] * [H]

[J] Deposition of Clifton Parker 43-45, 178-179 (October 25, 2022).  Per Restore-00094918-00094956 at 922 (Parker Dep. 121), 215 out of 310 instruments (approximately 69.35%) collected in a 2-week sample that had lives on them passed Restore's inspection (i.e., were repairable).  Note:  Per Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 609), where Intuitive realized a yield of 85%.  See also, Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 612), where Intuitive targeted a yield of 85% to 95%.  Second Rebuttal Schedule 14.0 shows the repair yield of SIS collectable units was approximately 88%.  For purposes of my analysis, I use approximately 69.35%.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Lost EndoWrist Repair Units  (1 Year X/Xi Delay)
## Second Rebuttal Schedule 4.5

| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|

[K] = [I] * [J]

[L] = [K] / [A]

[M] Assuming trial is resolved in or about January 1, 2024, SIS would then begin ramping up.  For the Actual EndoWrist repair units, I use the Year 1, Year 2 and Year 3 market conversion rates addressed at [F] above.  Currently, I assume Year 1 is 2024 and the first year SIS will begin selling its repair program again.  Per May Dep. 60 (November 3, 2022), Restore will have the technical capability to change the usage limitations of the EndoWrist X/Xi's in the third or fourth quarter of 2023.  For purposes of this analysis, I assume the conversion rate for the S/Si and X/Xi would be the same starting January 1, 2024.

[N] = [E] * [H] * [J] * [M]

[O] = [K] - [N]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Discounted Lost Profits: Distributor Model (2 Year X/Xi Delay)
## Second Rebuttal Schedule 5.0

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| | **Lost EndoWrist repair units** | | | | | | | |
| [A] | da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| [B] | da Vinci X/Xi | 0 | 0 | 8,779 | 33,862 | 40,179 | 14,008 | 96,828 |
| [C] | Total | 1,273 | 1,796 | 9,700 | 34,293 | 40,349 | 14,043 | 101,454 |
| | **Lost revenues** | | | | | | | |
| [A] | da Vinci S/Si | $1,829,301 | $2,605,996 | $1,320,714 | $618,054 | $243,780 | $50,190 | $6,668,035 |
| [B] | da Vinci X/Xi | $0 | $0 | $12,571,528 | $48,490,384 | $57,536,328 | $20,059,456 | $138,657,696 |
| [C] | Total | $1,829,301 | $2,605,996 | $13,892,242 | $49,108,438 | $57,780,108 | $20,109,646 | $145,325,731 |
| | **Incremental costs** | | | | | | | |
| [A] | da Vinci S/Si | $991,667 | $1,426,024 | $713,775 | $334,025 | $131,750 | $27,125 | $3,624,366 |
| [B] | da Vinci X/Xi | $0 | $0 | $6,821,283 | $26,310,774 | $31,219,083 | $10,884,216 | $75,235,356 |
| [C] | Total | $991,667 | $1,426,024 | $7,535,058 | $26,644,799 | $31,350,833 | $10,911,341 | $78,859,722 |
| | **Lost profits (undiscounted)** | | | | | | | |
| [A] | da Vinci S/Si | $837,634 | $1,179,972 | $606,939 | $284,029 | $112,030 | $23,065 | $3,043,669 |
| [B] | da Vinci X/Xi | $0 | $0 | $5,750,245 | $22,179,610 | $26,317,245 | $9,175,240 | $63,422,340 |
| [C] | Total | $837,634 | $1,179,972 | $6,357,184 | $22,463,639 | $26,429,275 | $9,198,305 | $66,466,009 |
| [D] | Discount % | | | | | 12% | 12% | |
| [E] | Discount period | | | | | 0.5 | 1.5 | |
| [F] | Discount factor | 1.00000 | 1.00000 | 1.00000 | 1.00000 | 0.94491 | 0.84367 | |
| [G] | Discounted lost profits | $837,634 | $1,179,972 | $6,357,184 | $22,463,639 | $24,973,286 | $7,760,334 | $63,572,049 |

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A]  Per Second Rebuttal Schedule 5.1.

[B]  Per Second Rebuttal Schedule 5.1.

[C]  = [A] + [B]

[D]  For the GICS 35101010, Health Care Equipment & Supplies, Duff and Phelps - Cost of Capital Composite, September 30, 2022, the average SIC/GICS Composite WACC (weighted average cost of capital) is 9.2% and median WACC is 8.9%.  For the small composite, the WACC is 11.1% to 11.2% (CRSP Decile).  For purposes of my analysis I use 12%, which is conservative.  Note:  The projections after 2022 do not include growth, therefore the discount rate would likely be less.

[E]  Calculated using the mid-year convention to January 1, 2024, the approximate date of trial.

[F]  = ( 1 + [H] ) ^ - [I], rounded to 5 decimals.

[G]  = Lost profits (undiscounted) per [C] * [F]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Undiscounted Lost Profits: Distributor Model (2 Year X/Xi Delay)
## Second Rebuttal Schedule 5.1

### da Vinci S/Si

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| [A] | Lost EndoWrist repair units | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| | **Per unit** | | | | | | | |
| [B] | Average selling price | $1,437 | $1,451 | $1,434 | $1,434 | $1,434 | $1,434 | $1,441 |
| | **Incremental costs per unit** | | | | | | | |
| [C] | Repair costs (including chip costs) | $593 | $605 | $589 | $589 | $589 | $589 | $596 |
| [D] | Vizient admin fees - 4% of sales | $57 | $58 | $57 | $57 | $57 | $57 | $57 |
| [E] | Additional SGA - 9% of sales | $129 | $131 | $129 | $129 | $129 | $129 | $130 |
| [F] | Total incremental costs | $779 | $794 | $775 | $775 | $775 | $775 | $783 |
| [G] | Lost profits per unit | $658 | $657 | $659 | $659 | $659 | $659 | $658 |
| [H] | Lost revenues | $1,829,301 | $2,605,996 | $1,320,714 | $618,054 | $243,780 | $50,190 | $6,668,035 |
| | **Incremental costs** | | | | | | | |
| [I] | Repair costs (including chip costs) | $754,889 | $1,086,580 | $542,469 | $253,859 | $100,130 | $20,615 | $2,758,542 |
| [J] | Vizient admin fees - 4% of sales | $72,561 | $104,168 | $52,497 | $24,567 | $9,690 | $1,995 | $285,478 |
| [K] | Additional SGA - % of sales | $164,217 | $235,276 | $118,809 | $55,599 | $21,930 | $4,515 | $600,346 |
| [L] | Total incremental costs | $991,667 | $1,426,024 | $713,775 | $334,025 | $131,750 | $27,125 | $3,624,366 |
| **[M]** | **Lost profits - undiscounted** | **$837,634** | **$1,179,972** | **$606,939** | **$284,029** | **$112,030** | **$23,065** | **$3,043,669** |

### da Vinci X/Xi

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| [A] | Lost EndoWrist repair units | 0 | 0 | 8,779 | 33,862 | 40,179 | 14,008 | 96,828 |
| | **Per unit** | | | | | | | |
| [B] | Average selling price | $1,414 | $1,425 | $1,432 | $1,432 | $1,432 | $1,432 | $1,432 |
| | **Incremental costs per unit** | | | | | | | |
| [C] | Repair costs (including chip costs) | $573 | $584 | $591 | $591 | $591 | $591 | $591 |
| [D] | Vizient admin fees - 4% of sales | $57 | $57 | $57 | $57 | $57 | $57 | $57 |
| [E] | Additional SGA - 9% of sales | $127 | $128 | $129 | $129 | $129 | $129 | $129 |
| [F] | Total incremental costs | $757 | $769 | $777 | $777 | $777 | $777 | $777 |
| [G] | Lost profits per unit | $657 | $656 | $655 | $655 | $655 | $655 | $655 |
| [H] | Lost revenues | $0 | $0 | $12,571,528 | $48,490,384 | $57,536,328 | $20,059,456 | $138,657,696 |
| | **Incremental costs** | | | | | | | |
| [I] | Repair costs (including chip costs) | $0 | $0 | $5,188,389 | $20,012,442 | $23,745,789 | $8,278,728 | $57,225,348 |
| [J] | Vizient admin fees - 4% of sales | $0 | $0 | $500,403 | $1,930,134 | $2,290,203 | $798,456 | $5,519,196 |
| [K] | Additional SGA - % of sales | $0 | $0 | $1,132,491 | $4,368,198 | $5,183,091 | $1,807,032 | $12,490,812 |
| [L] | Total incremental costs | $0 | $0 | $6,821,283 | $26,310,774 | $31,219,083 | $10,884,216 | $75,235,356 |
| **[M]** | **Lost profits - undiscounted** | **$0** | **$0** | **$5,750,245** | **$22,179,610** | **$26,317,245** | **$9,175,240** | **$63,422,340** |

# Scenario 2 - Undiscounted Lost Profits: Distributor Model (2 Year X/Xi Delay)
## Second Rebuttal Schedule 5.1

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

[A] Per Second Rebuttal Schedule 4.2.

[B] Per Second Rebuttal Schedule 8.0. For purposes of my analysis, the ASP after 2022 is the same as 2022.

[C] Per Second Rebuttal Schedule 11.0. For purposes of my analysis, the cost per unit after 2022 is the same as 2022.

[D] = [B] * 4%. Per SIS169233-169280 at 238-239, SIS would have paid Vizient a GPO administrative fee of 4% of net sales. Per SIS319315, SIS would have paid Yankee a 3% administrative fee. SIS would not have paid an administrative fee for non-Vizient and non-Yankee customers. For purposes of my analysis, I assume all sales would have been subject to a 4% administrative fee, consistent with the Vizient Agreement.

[E] = [B] * 9% per Second Rebuttal Schedule 15.1.

[F] = [C] + [D] + [E]

[G] = [B] - [F]

[H] = [A] * [B]

[I] = [A] * [C]

[J] = [A] * [D]

[K] = [A] * [E]

[L] = [I] + [J] + [K]

[M] = [H] - [L]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Discounted Lost Profits: Distributor Model  (1 Year X/Xi Delay)
## Second Rebuttal Schedule 5.2

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| | **Lost EndoWrist repair units** | | | | | | | |
| [A] | da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| [B] | da Vinci X/Xi | 0 | 8,329 | 29,263 | 47,407 | 40,179 | 14,008 | 139,186 |
| [C] | Total | 1,273 | 10,125 | 30,184 | 47,838 | 40,349 | 14,043 | 143,812 |
| | **Lost revenues** | | | | | | | |
| [A] | da Vinci S/Si | $1,829,301 | $2,605,996 | $1,320,714 | $618,054 | $243,780 | $50,190 | $6,668,035 |
| [B] | da Vinci X/Xi | $0 | $11,868,825 | $41,904,616 | $67,886,824 | $57,536,328 | $20,059,456 | $199,256,049 |
| [C] | Total | $1,829,301 | $14,474,821 | $43,225,330 | $68,504,878 | $57,780,108 | $20,109,646 | $205,924,084 |
| | **Incremental costs** | | | | | | | |
| [A] | da Vinci S/Si | $991,667 | $1,426,024 | $713,775 | $334,025 | $131,750 | $27,125 | $3,624,366 |
| [B] | da Vinci X/Xi | $0 | $6,405,001 | $22,737,351 | $36,835,239 | $31,219,083 | $10,884,216 | $108,080,890 |
| [C] | Total | $991,667 | $7,831,025 | $23,451,126 | $37,169,264 | $31,350,833 | $10,911,341 | $111,705,256 |
| | **Lost profits (undiscounted)** | | | | | | | |
| [A] | da Vinci S/Si | $837,634 | $1,179,972 | $606,939 | $284,029 | $112,030 | $23,065 | $3,043,669 |
| [B] | da Vinci X/Xi | $0 | $5,463,824 | $19,167,265 | $31,051,585 | $26,317,245 | $9,175,240 | $91,175,159 |
| [C] | Total | $837,634 | $6,643,796 | $19,774,204 | $31,335,614 | $26,429,275 | $9,198,305 | $94,218,828 |
| [D] | Discount % | | | | | 12% | 12% | |
| [E] | Discount period | | | | | 0.5 | 1.5 | |
| [F] | Discount factor | 1.00000 | 1.00000 | 1.00000 | 1.00000 | 0.94491 | 0.84367 | |
| [G] | Discounted lost profits | $837,634 | $6,643,796 | $19,774,204 | $31,335,614 | $24,973,286 | $7,760,334 | $91,324,868 |

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A]  Per Second Rebuttal Schedule 5.3.

[B]  Per Second Rebuttal Schedule 5.3.

[C]  = [A] + [B]

[D]  For the GICS 35101010, Health Care Equipment & Supplies, Duff and Phelps - Cost of Capital Composite, September 30, 2022, the average WACC (weighted average cost of capital)
is 9.2% and median WACC is 8.9%.  For the small composite, the WACC is 11.1% to 11.2% (CRSP Decile).  For purposes of my analysis I use 12%, which is conservative.  Note:  The
projections after 2022 do not include growth, therefore the discount rate would likely be less.

[E]  Calculated using the mid-year convention to January 1, 2024, the approximate date of trial.

[F]  = ( 1 + [H] ) ^ - [J], rounded to 5 decimals.

[G]  = Lost profits (undiscounted) per [C] * [F]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Undiscounted Lost Profits: Distributor Model  (1 Year X/Xi Delay)
## Second Rebuttal Schedule 5.3

### da Vinci S/Si

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| [A] | Lost EndoWrist repair units | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| | **Per unit** | | | | | | | |
| [B] | Average selling price | $1,437 | $1,451 | $1,434 | $1,434 | $1,434 | $1,434 | $1,441 |
| | **Incremental costs per unit** | | | | | | | |
| [C] | Repair costs (including chip costs) | $593 | $605 | $589 | $589 | $589 | $589 | $596 |
| [D] | Vizient admin fees - 4% of sales | $57 | $58 | $57 | $57 | $57 | $57 | $57 |
| [E] | Additional SGA - 9% of sales | $129 | $131 | $129 | $129 | $129 | $129 | $130 |
| [F] | Total incremental costs | $779 | $794 | $775 | $775 | $775 | $775 | $783 |
| [G] | Lost profits per unit | $658 | $657 | $659 | $659 | $659 | $659 | $658 |
| [H] | Lost revenues | $1,829,301 | $2,605,996 | $1,320,714 | $618,054 | $243,780 | $50,190 | $6,668,035 |
| | **Incremental costs** | | | | | | | |
| [I] | Repair costs (including chip costs) | $754,889 | $1,086,580 | $542,469 | $253,859 | $100,130 | $20,615 | $2,758,542 |
| [J] | Vizient admin fees - 4% of sales | $72,561 | $104,168 | $52,497 | $24,567 | $9,690 | $1,995 | $265,478 |
| [K] | Additional SGA - 9% of sales | $164,217 | $235,276 | $118,809 | $55,599 | $21,930 | $4,515 | $600,346 |
| [L] | Total incremental costs | $991,667 | $1,426,024 | $713,775 | $334,025 | $131,750 | $27,125 | $3,624,366 |
| [M] | **Lost profits - undiscounted** | **$837,634** | **$1,179,972** | **$606,939** | **$284,029** | **$112,030** | **$23,065** | **$3,043,669** |

### da Vinci X/Xi

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| [A] | Lost EndoWrist repair units | 0 | 8,329 | 29,263 | 47,407 | 40,179 | 14,008 | 139,186 |
| | **Per unit** | | | | | | | |
| [B] | Average selling price | $1,414 | $1,425 | $1,432 | $1,432 | $1,432 | $1,432 | $1,432 |
| | **Incremental costs per unit** | | | | | | | |
| [C] | Repair costs (including chip costs) | $573 | $584 | $591 | $591 | $591 | $591 | $591 |
| [D] | Vizient admin fees - 4% of sales | $57 | $57 | $57 | $57 | $57 | $57 | $57 |
| [E] | Additional SGA - 9% of sales | $127 | $128 | $129 | $129 | $129 | $129 | $129 |
| [F] | Total incremental costs | $757 | $769 | $777 | $777 | $777 | $777 | $777 |
| [G] | Lost profits per unit | $657 | $656 | $655 | $655 | $655 | $655 | $655 |
| [H] | Lost revenues | $0 | $11,868,825 | $41,904,616 | $67,886,824 | $57,536,328 | $20,059,456 | $199,256,049 |
| | **Incremental costs** | | | | | | | |
| [I] | Repair costs (including chip costs) | $0 | $4,864,136 | $17,294,433 | $28,017,537 | $23,745,789 | $8,278,728 | $82,200,623 |
| [J] | Vizient admin fees - 4% of sales | $0 | $474,753 | $1,667,991 | $2,702,199 | $2,290,203 | $798,456 | $7,933,602 |
| [K] | Additional SGA - 9% of sales | $0 | $1,066,112 | $3,774,927 | $6,115,503 | $5,183,091 | $1,807,032 | $17,946,665 |
| [L] | Total incremental costs | $0 | $6,405,001 | $22,737,351 | $36,835,239 | $31,219,083 | $10,884,216 | $108,080,890 |
| [M] | **Lost profits - undiscounted** | **$0** | **$5,463,824** | **$19,167,265** | **$31,051,585** | **$26,317,245** | **$9,175,240** | **$91,175,159** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 2 - Undiscounted Lost Profits: Distributor Model  (1 Year X/Xi Delay)
## Second Rebuttal Schedule 5.3

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A]  Per Second Rebuttal Schedule 4.5.

[B]  Per Second Rebuttal Schedule 8.0.  For purposes of my analysis, the ASP after 2022 is the same as 2022.

[C]  Per Second Rebuttal Schedule 11.0.  For purposes of my analysis, the cost per unit after 2022 is the same as 2022.

[D] = [B] * 4%.  Per SIS169233-169280 at 238-239, SIS would have paid Vizient a GPO administrative fee of 4% of net sales.  Per SIS319315, SIS would have paid Yankee a 3% administrative fee.  SIS would
not have paid an administrative fee for non-Vizient and non-Yankee customers.  For purposes of my analysis, I assume all sales would have been subject to a 4% administrative fee, consistent with the
Vizient Agreement.

[E] = [B] * 9% per Second Rebuttal Schedule 15.1.

[F] = [C] + [D] + [E]

[G] = [B] - [F]

[H] = [A] * [B]

[I] = [A] * [C]

[J] = [A] * [D]

[K] = [A] * [E]

[L] = [I] + [J] + [K]

[M] = [H] - [L]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Intuitive's U.S. EndoWrist Instrument Units - Actual and Forecasted: 2014 - 2025

## Second Rebuttal Schedule 6.0

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2020-2021 decline |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Actual EndoWrist instrument units** | | | | | | | | | | | | | |
| [A] da Vinci S/Si | | | | | | | | | | | | | |
| [A] da Vinci X/Xi | | | | | | | | | | | | | |
| [A] da Vinci Xi 2.0/Xi R | | | | | | | | | | | | | |
| [A] Total | | | | | | | | | | | | | |
| **% share of units by system** | | | | | | | | | | | | | |
| [B] da Vinci S/Si | 95.0% | 81.4% | 70.0% | 57.2% | 43.2% | 28.2% | 15.0% | 6.1% | 2.2% | | | | |
| [B] da Vinci X/Xi | 5.0% | 18.6% | 30.0% | 42.8% | 56.8% | 71.8% | 85.0% | 93.9% | 97.8% | | | | |
| [B] da Vinci Xi 2.0/Xi R | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | | | |
| [B] Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | | | | |
| **Projected % of units by system** | | | | | | | | | | | | | |
| [C] da Vinci S/Si | | | | | | | | | | 0.9% | 0.4% | 0.2% | |
| [C] da Vinci X/Xi | | | | | | | | | | 99.1% | 94.6% | 81.2% | |
| [C] da Vinci Xi 2.0/Xi R | | | | | | | | | | 0.0% | 5.0% | 18.6% | |
| [C] Total | | | | | | | | | | 100.0% | 100.0% | 100.0% | |
| [D] Expected growth in procedures | | | | | | | | | | | | | |
| **Forecasted EndoWrist instrument units** | | | | | | | | | | | | | |
| [E] da Vinci S/Si | | | | | | | | | | 3,839 | 1,928 | 1,077 | |
| [E] da Vinci X/Xi | | | | | | | | | | 422,719 | 455,982 | 437,186 | |
| [E] da Vinci Xi 2.0/Xi R | | | | | | | | | | 0 | 24,101 | 100,144 | |
| [E] Total | | | | | | | | | | 426,558 | 482,011 | 538,406 | |
| **Actual & forecasted EndoWrist instrument units** | | | | | | | | | | | | | |
| [F] da Vinci S/Si | | | | | | | | | | 3,839 | 1,928 | 1,077 | |
| [F] da Vinci X/Xi | | | | | | | | | | 422,719 | 455,982 | 437,186 | |
| [F] da Vinci Xi 2.0/Xi R | | | | | | | | | | 0 | 24,101 | 100,144 | |
| [F] Total | | | | | | | | | | 426,558 | 482,011 | 538,406 | |
| [F] Sub-total S/Si and X/Xi | | | | | | | | | | 426,558 | 457,910 | 438,263 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Intuitive's U.S. EndoWrist Instrument Units - Actual and Forecasted: 2014 - 2025

## Second Rebuttal Schedule 6.0

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A]  Per Second Rebuttal Schedule 13.0.  Note:  Actual unit sales per Second Rebuttal Schedule 13.0 are through June 2022.  2022 unit sales shown herein are annualized.

[B]  Calculated based on the amounts herein.

[C]  Units sales of da Vinci S/Si are projected to decline in the future at the same rate that sales declined  (57.7%) between 2020 and 2021.

I understand the next generation da Vinci system could be introduced as some time in 2024 (See Somayaji Dep. 128-130).  For purposes of this analysis, I assume the start of 2024.  The share of sales of instruments for that next-generation system (da Vinci Xi 2.0/Xi R) are projected using the same penetration rates experienced by da Vinci X/Xi when it was introduced in 2014 (i.e., 5.0% in first year;18.6% in second year, and so on), which is conservative given the next generation system (da Vinci Xi 2.0/Xi R) will face more legacy da Vinci systems when it is introduced.

Unit sales of da Vinci X/Xi is projected as 100% less the projected shares of da Vinci X/Xi and the next generation system.

[D]  Per Intuitive forecasted annual growth rates for da Vinci surgical procedures in the United States.  See Intuitive-01261766.

[E]  Total forecast instrument sales calculated each year by applying growth rate [D] to total sales during prior year.  Sales are allocated by system using shares from [C].

[F]  Calculated based on the amounts herein.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Estimated EndoWrist Expiration Rates: 2018 - 2021
# Second Rebuttal Schedule 7.0

| | 2018 | 2019 | 2020 | 2021 | Total | Sub-total 2018 - 2019 [1] |
|---|---|---|---|---|---|---|
| **[A] Projected X/Xi annual expired EndoWrist units (for "Top 5" instruments)** | 73,129 | 100,376 | 129,298 | 157,537 | 460,340 | 173,505 |
| **Actual EndoWrist sales units for "Top 5" X/Xi instruments** | | | | | | |
| [B] 470006 / 471006 (Large Needle Driver) | 22,103 | 29,534 | 31,548 | 30,447 | 113,632 | 51,637 |
| [B] 470179 (Hot Shears (Monopolar Curved Scissors)) | 40,602 | 56,056 | 66,281 | 92,091 | 255,030 | 96,658 |
| [B] 470205 / 471205 (Fenestrated Bipolar Forceps) | 27,400 | 37,186 | 41,596 | 43,976 | 150,158 | 64,586 |
| [B] 470093 / 471093 (ProGrasp Forceps) | 20,431 | 29,629 | 33,746 | 30,716 | 114,522 | 50,060 |
| [B] 470172 / 471172 (Maryland Bipolar Forceps) | 10,904 | 14,261 | 15,467 | 16,649 | 57,281 | 25,165 |
| **[B] Actual EndoWrist sales units for "Top 5" X/Xi instruments** | 121,440 | 166,666 | 188,638 | 213,879 | 690,623 | 288,106 |
| **[C] Expiration rate of total sales units** | 60% | 60% | 69% | 74% | 67% | 60% |

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[1]  Calculated based on the amounts herein

[A]  Per Morales 30(b)(6) Dep. Ex. 141 (at pdf page 1).  As shown on Exhibit 141 (at pdf page 1), for 2018, these "Top 5" X/Xi SKUs represented 73,129 instruments of the 104,469 expired "core" X/Xi instruments, or approximately 70%.

[B]  Per Second Rebuttal Schedule 9.1.  Instrument numbers and descriptions identified per Morales 30(b)(6) Dep. Ex. 141 (at pdf page 3).

[C]  Calculated based on the amounts herein.

Page 1 of 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Net Sales Dollars and Average Selling Price by System (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022

## Second Rebuttal Schedule 8.0

| | 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % |
|---|---|---|---|---|---|---|---|
| **Units** | | | | | | | |
| [A] da Vinci S/Si | | | | | | | |
| [B] da Vinci X/Xi | | | | | | | |
| [C] Total | 333,289 | 371,127 | 352,924 | 368,990 | 186,759 | 1,613,089 | 100% |
| **Net sales dollars** | | | | | | | |
| [A] da Vinci S/Si | | | | | | | |
| [B] da Vinci X/Xi | | | | | | | |
| [C] Total | $474,559,300 | $525,888,700 | $500,349,240 | $526,481,200 | $267,405,500 | $2,294,683,940 | 100% |
| **ASP per unit** | | | | | | | |
| [D] da Vinci S/Si | $1,431 | $1,432 | $1,437 | $1,451 | $1,434 | $1,434 | |
| [D] da Vinci X/Xi | $1,418 | $1,411 | $1,414 | $1,425 | $1,432 | $1,420 | |
| [D] Total | $1,424 | $1,417 | $1,418 | $1,427 | $1,432 | $1,423 | |

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A] Per Second Rebuttal Schedule 8.1.

[B] Per Second Rebuttal Schedule 8.2.

[C] = [A] + [B]

[D] Calculated based on the amounts herein.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022

## Second Rebuttal Schedule 8.1



Page 1 of 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022

## Second Rebuttal Schedule 8.1



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022

## Second Rebuttal Schedule 8.1

| ASP | 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % |
|---|---|---|---|---|---|---|---|
| [B] 420179 | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | |
| [B] 420006 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 420093 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 420205 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] 420309 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 420194 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 420172 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] 420049 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 420227 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] 420183 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 420296 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 420230 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 420184 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 420327 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 420207 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 420190 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 420189 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 420110 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] 420048 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 420318 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 420003 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 420001 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 420007 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 420278 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 420344 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] 420033 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022

## Second Rebuttal Schedule 8.1

| | | 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % |
|---|---|---|---|---|---|---|---|---|
| [B] | 420036 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] | 420178 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] | 420171 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] | 420246 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] | 420249 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] | 420181 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] | 420157 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] | 420204 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] | 420121 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] | 420215 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] | 420203 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] | 420192 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022

## Second Rebuttal Schedule 8.1



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022

## Second Rebuttal Schedule 8.1



NOTES / SOURCES:

Note:  Any minor differences are due to rounding.

[A]  Per Second Rebuttal Schedule 13.1.

[B]  Per Second Rebuttal Schedule 12.0.

[C] = [A] * [B]

Page 6 of 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022

## Second Rebuttal Schedule 8.2



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022

## Second Rebuttal Schedule 8.2



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022

## Second Rebuttal Schedule 8.2

| ASP | 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % |
|---|---|---|---|---|---|---|---|
| [B] 470179 | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | |
| [B] 470205 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] 471205 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] 470006 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 470093 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 470309 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 471309 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 470183 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 471093 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 471006 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 470194 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 470049 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 470172 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] 471049 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 471172 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] 470327 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 470230 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 470318 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 470296 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 471296 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 470184 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 470207 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] 470001 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 470344 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] 470007 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] 470190 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022
## Second Rebuttal Schedule 8.2

| | | 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % |
|---|---|---|---|---|---|---|---|---|
| [B] | 471190 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] | 471344 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] | 470048 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] | 470036 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | |
| [B] | 471048 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] | 470033 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] | 470249 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] | 470171 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] | 470246 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] | 471171 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | |
| [B] | 470215 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |
| [B] | 470181 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022

## Second Rebuttal Schedule 8.2



Page 5 of 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022
## Second Rebuttal Schedule 8.2



| | 2018 | 2019 | 2020 | 2021 | 2022 | Total | % |
|---|---|---|---|---|---|---|---|
| [B] | | | | | | | |
| [B] | | | | | | | |
| [B] | | | | | | | |
| [B] | | | | | | | |
| [B] | | | | | | | |
| [B] | | | | | | | |
| [B] | | | | | | | |
| [B] | | | | | | | |
| [B] | | | | | | | |
| [B] | | | | | | | |
| [B] | | | | | | | |
| Total net sales dollars | | | | | | | |

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A]  Per Second Rebuttal Schedule 13.2.

[B]  Per Second Rebuttal Schedule 12.1.

[C]  = [A] * [B]

# SIS's Estimated EndoWrist Instrument Repair Cost: 2020 - June 2022
## Second Rebuttal Schedule 9.0



| | 2020 | 2021 | 2022 thru June | Total |
|---|---|---|---|---|
| **Actual Intuitive instrument sales units for "Top 5" X/Xi instruments** | | | | |
| [A] 470006 / 471006 (Large Needle Driver) | | | | |
| [A] 470179 / 471179 (Hot Shears (Monopolar Curved Scissors)) | | | | |
| [A] 470205 / 471205 (Fenestrated Bipolar Forceps) | | | | |
| [A] 470093 / 471093 (ProGrasp Forceps) | | | | |
| [A] 470172 / 471172 (Maryland Bipolar Forceps) | | | | |
| [B] Total | 188,638 | 213,879 | 113,918 | 516,435 |
| | | | | |
| **Intuitive COGS for refurbishment per unit (SIS's estimated repair cost per unit)** | | | | |
| [C] 470006 / 471006 (Large Needle Driver) | $107.18 | $107.18 | $107.18 | $107.18 |
| [C] 470179 / 471179 (Hot Shears (Monopolar Curved Scissors)) | $198.72 | $198.72 | $198.72 | $198.72 |
| [C] 470205 / 471205 (Fenestrated Bipolar Forceps) | $134.94 | $134.94 | $134.94 | $134.94 |
| [C] 470093 / 471093 (ProGrasp Forceps) | $111.73 | $111.73 | $111.73 | $111.73 |
| [C] 470172 / 471172 (Maryland Bipolar Forceps) | $128.71 | $128.71 | $128.71 | $128.71 |
| | | | | |
| **Total Intuitive COGS for refurbishment per unit (SIS's estimated repair cost)** | | | | |
| [D] 470006 / 471006 (Large Needle Driver) | | | | |
| [D] 470179 / 471179 (Hot Shears (Monopolar Curved Scissors)) | | | | |
| [D] 470205 / 471205 (Fenestrated Bipolar Forceps) | | | | |
| [D] 470093 / 471093 (ProGrasp Forceps) | | | | |
| [D] 470172 / 471172 (Maryland Bipolar Forceps) | | | | |
| [E] Total | $27,926,837 | $33,072,546 | $17,812,049 | $78,811,432 |
| | | | | |
| [F] SIS's estimated weighted average repair cost per instrument (rounded) | $148.00 | $155.00 | $156.00 | $153.00 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SIS's Estimated EndoWrist Instrument Repair Cost: 2020 - June 2022
# Second Rebuttal Schedule 9.0

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A]  Per Second Rebuttal Schedule 9.1.

[B]  Sum of [A]

[C]  Intuitive anticipated refurbishment costs are per Morales 30(b)(6) Dep. at Ex. 143 (Intuitive 00626597-626616 at 626612).  For purposes of my analysis, I assume SIS's repair costs per unit would have approximated Intuitive anticipated refurbishment cost per unit.  However, based on discussions with Greg Posdal, I understand SIS's material cost would generally fall below $10 per unit, less than Intuitive's anticipated $48 to $141 per unit.  Instrument numbers identified per comparison of Morales 30(b)(6) Dep. Ex. 141  (at pdf page 3) and Morales 30(b)(6) Dep. at Ex. 143 (Intuitive 00626597-626616 at 626612).  For purposes of my analysis, I assume the Intuitive cost for the "replacement" instrument number is the same as the amount shown for the "original" instrument number.

[D]  = [A] * [C]

[E]  Sum of [D]

[F]  = [E] / [B]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Intuitive's "Top 5" X/Xi EndoWrist Instrument Units: 2018 - June 2022
## Second Rebuttal Schedule 9.1



**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

[A] Per Second Rebuttal Schedule 13.2. Instrument numbers identified based on Instrument numbers identified per comparison of Morales 30(b)(6) Dep. Ex. 141 (at pdf page 3). For purposes of this analysis, I also include the "replacement" instrument number.

[B] Calculated based on the amounts herein.

Page 1 of 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SIS's Estimated Interceptor Chip Cost (Based on Rebotix's Sales to Restore)
## Second Rebuttal Schedule 10.0

| | Date | Memo | Item | Quantity | Sale Price | Amount |
|---|---|---|---|---|---|---|
| [A] | 5/15/2019 | Interceptor assembly programmed with 10 Uses | Interceptor-010 (Interceptor assembly programmed with 10 Uses) | 30 | $800 | $24,000 |
| [A] | 5/15/2019 | New Customer Repair Credits | Discount | | ($10,400) | ($10,400) |
| [A] | 9/4/2019 | Interceptor assembly programmed with 10 Uses | Interceptor-010 (Interceptor assembly programmed with 10 Uses) | 25 | $800 | $20,000 |
| [A] | 9/4/2019 | Less Credit for providing 7 free units to new customers | Discount | | ($5,600) | ($5,600) |
| [A] | 10/15/2019 | Interceptor assembly programmed with 10 Uses | Interceptor-010 (Interceptor assembly programmed with 10 Uses) | 5 | $800 | $4,000 |
| [B] | Total | | | 60 | | $32,000 |

[C] **Average cost per Interceptor chip (rounded) based on limited volumes** $533.00

[D] **Average cost per Interceptor chip** $350.00

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A]  Per REBOTIX175326.  Calculation above is based on Rebotix's sales to Restore.

[B]  Sum of [A]

[C]  = Amount per [B] / Quantity per [B].  Based on this limited volume, I now use the Average cost per Interceptor chip as described in [D].

[D]  In January 2020, a Memorandum of Understanding was drafted between SIS and Rebotix, which contained proposed pricing terms for Interceptor chips, including a maximum price per Interceptor chip of $800 and volume discounts up to $450 per Interceptor chip at 300 units (Gibson Dep, Ex's 13 and 14) (*Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW (M.D. Fla. filed Sept. 28, 2020)).  Per discussion with Chris Gibson and as described in my report, volume discounts for thousands of annual units would have been greater than $450 per chip.  This means the Interceptor chip prices (i.e., SIS's costs) would have been, at most, the net $350 cost.  Rebotix's Interceptor chip prices (net of volume discounts) would have likely been less than $350 per chip to SIS.  They would have likely been $200 to $300 per chip at SIS purchase volumes approaching 50,000 annual chips.  For purposes of my analysis, I use $350 as the average cost per Interceptor chip.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Rebotix Sales to SIS: June 27, 2019 - November 21, 2019
## Second Rebuttal Schedule 10.1

| Date | Num | | Memo | Item | Quantity | Sale Price | Amount |
|---|---|---|---|---|---|---|---|
| 6/27/2019 | 26674 | [A] | Mega SutureCut Needle Driver EndoWrist Repair Service | 420309-SVC (Mega SutureCut Needle Driver EndoWrist Repair Service) | 1 | $900 | $900 |
| 6/27/2019 | 26674 | [A] | New Customer Discount | Discount | | ($900) | ($900) |
| 7/17/2019 | 26680 | [A] | Mega SutureCut Needle Driver EndoWrist Repair Service | 420309-SVC (Mega SutureCut Needle Driver EndoWrist Repair Service) | 1 | $900 | $900 |
| 8/8/2019 | 26696 | [A] | Monopolar Curved Scissors EndoWrist Repair Service | 420179-SVC (Monopolar Curved Scissors EndoWrist Repair Service) | 1 | $900 | $900 |
| 8/8/2019 | 26696 | [A] | Fenestrated Bipolar Forceps EndoWrist Repair Service | 420205-SVC (Fenestrated Bipolar Forceps EndoWrist Repair Service) | 1 | $1,200 | $1,200 |
| 8/8/2019 | 26696 | [A] | ProGrasp Forceps EndoWrist Repair Service | 420093-SVC (ProGrasp Forceps EndoWrist Repair Service) | 1 | $900 | $900 |
| 8/8/2019 | 26696 | [A] | Mega Needle Driver EndoWrist Repair Service | 420194-SVC (Mega Needle Driver EndoWrist Repair Service) | 1 | $900 | $900 |
| 8/8/2019 | 26696 | [A] | Trial Wrists | Discount | | ($4,300) | ($4,300) |
| 9/9/2019 | 26702 | [A] | Small Grasping Retractor EndoWrist Repair Service | 420318-SVC (Small Grasping Retractor EndoWrist Repair Service) | 1 | $900 | $900 |
| 9/9/2019 | 26702 | [A] | Small Grasping Retractor EndoWrist Repair Service | 420318-SVC (Small Grasping Retractor EndoWrist Repair Service) | 1 | $900 | $900 |
| 9/9/2019 | 26702 | [A] | Large Needle Driver EndoWrist Repair Service | 420006-SVC (Large Needle Driver EndoWrist Repair Service) | 1 | $900 | $900 |
| 9/9/2019 | 26702 | [A] | Cadiere Forceps EndoWrist Repair Service | 420049-SVC (Cadiere Forceps EndoWrist Repair Service) | 1 | $750 | $750 |
| 9/9/2019 | 26702 | [A] | ProGrasp Forceps EndoWrist Repair Service | 420093-SVC (ProGrasp Forceps EndoWrist Repair Service) | 1 | $900 | $900 |
| 9/9/2019 | 26702 | [A] | Maryland Bipolar Forceps EndoWrist Repair Service | 420172-SVC (Maryland Bipolar Forceps EndoWrist Repair Service) | 0 | $1,200 | $0 |
| 9/9/2019 | 26702 | [A] | Maryland Bipolar Forceps EndoWrist Repair Service | 420172-SVC (Maryland Bipolar Forceps EndoWrist Repair Service) | 0 | $1,200 | $0 |
| 9/9/2019 | 26702 | [A] | Maryland Bipolar Forceps EndoWrist Repair Service | 420172-SVC (Maryland Bipolar Forceps EndoWrist Repair Service) | 0 | $1,200 | $0 |
| 10/8/2019 | 26738 | [A] | Cadiere Forceps EndoWrist Repair Service | 420049-SVC (Cadiere Forceps EndoWrist Repair Service) | 0 | $750 | $0 |
| 10/8/2019 | 26738 | [A] | Cadiere Forceps EndoWrist Repair Service | 420049-SVC (Cadiere Forceps EndoWrist Repair Service) | 1 | $750 | $750 |
| 10/8/2019 | 26738 | [A] | ProGrasp Forceps EndoWrist Repair Service | 420093-SVC (ProGrasp Forceps EndoWrist Repair Service) | 1 | $900 | $900 |
| 10/18/2019 | 26746 | [A] | Maryland Bipolar Forceps EndoWrist Repair Service | 420172-SVC (Maryland Bipolar Forceps EndoWrist Repair Service) | 1 | $900 | $900 |
| 10/18/2019 | 26746 | [A] | Large SutureCut Needle Driver EndoWrist Repair Service | 420286-SVC (Large SutureCut Needle Driver EndoWrist Repair Service) | 1 | $900 | $900 |
| 10/18/2019 | 26746 | [A] | Mega Needle Driver EndoWrist Repair Service | 420194-SVC (Mega Needle Driver EndoWrist Repair Service) | 1 | $900 | $900 |
| 10/18/2019 | 26746 | [A] | DeBakey Forceps EndoWrist Repair Service | 420036-SVC (DeBakey Forceps EndoWrist Repair Service) | 1 | $750 | $750 |
| 10/18/2019 | 26746 | [A] | Used EndoWrist Instrument | EndoWrist (Used EndoWrist Instrument) | 1 | $100 | $100 |
| 10/25/2019 | 26748 | [A] | Large Needle Driver EndoWrist Repair Service | 420006-SVC (Large Needle Driver EndoWrist Repair Service) | 1 | $100 | $100 |
| 10/25/2019 | 26748 | [A] | Large Needle Driver EndoWrist Repair Service | 420006-SVC (Large Needle Driver EndoWrist Repair Service) | 0 | $900 | $0 |
| 10/25/2019 | 26748 | [A] | Large Needle Driver EndoWrist Repair Service | 420006-SVC (Large Needle Driver EndoWrist Repair Service) | 1 | $900 | $900 |
| 10/25/2019 | 26748 | [A] | Estimate 26748: | Discount | | ($100) | ($100) |
| 10/25/2019 | 26748 | [A] | Estimate 26748: | EndoWrist (Used EndoWrist Instrument) | 0 | $100 | $0 |
| 10/25/2019 | 26749 | [A] | Fenestrated Bipolar Forceps EndoWrist Repair Service | 420205-SVC (Fenestrated Bipolar Forceps EndoWrist Repair Service) | 1 | $100 | $100 |
| 10/25/2019 | 26749 | [A] | Used EndoWrist Instrument | EndoWrist (Used EndoWrist Instrument) | 1 | $100 | $100 |
| 10/25/2019 | 26749 | [A] | Fenestrated Bipolar Forceps EndoWrist Repair Service | 420205-SVC (Fenestrated Bipolar Forceps EndoWrist Repair Service) | | ($100) | ($100) |
| 10/25/2019 | 26749 | [A] | Estimate 26749: | Discount | 1 | $1,200 | $1,200 |
| 10/25/2019 | 26749 | [A] | Estimate 26749: | 420227-SVC (PK Dissecting Forceps EndoWrist Repair Service) | 1 | $900 | $900 |
| 10/25/2019 | 26750 | [A] | PK Dissecting Forceps EndoWrist Repair Service | 420093-SVC (ProGrasp Forceps EndoWrist Repair Service) | 1 | $900 | $900 |
| 10/25/2019 | 26750 | [A] | ProGrasp Forceps EndoWrist Repair Service | 420093-SVC (ProGrasp Forceps EndoWrist Repair Service) | 1 | $900 | $900 |
| 10/25/2019 | 26751 | [A] | ProGrasp Forceps EndoWrist Repair Service | 420286-SVC (Large SutureCut Needle Driver EndoWrist Repair Service) | 1 | $900 | $900 |
| 10/25/2019 | 26752 | [A] | Large SutureCut Needle Driver EndoWrist Repair Service | 420049-SVC (Cadiere Forceps EndoWrist Repair Service) | 1 | $750 | $750 |
| 10/31/2019 | 26754 | [A] | Cadiere Forceps EndoWrist Repair Service | 420049-SVC (Cadiere Forceps EndoWrist Repair Service) | 1 | $900 | $900 |
| 10/31/2019 | 26754 | [A] | Large Needle Driver EndoWrist Repair Service | 420006-SVC (Large Needle Driver EndoWrist Repair Service) | 1 | $900 | $900 |
| 10/31/2019 | 26755 | [A] | Large Needle Driver EndoWrist Repair Service | 420006-SVC (Large Needle Driver EndoWrist Repair Service) | 1 | $900 | $900 |
| 10/31/2019 | 26756 | [A] | Large Clip Applier EndoWrist Repair Service | 420230-SVC (Large Clip Applier EndoWrist Repair Service) | 1 | $750 | $750 |
| 11/12/2019 | 26760 | [A] | Large Clip Applier EndoWrist Repair Service | 420230-SVC (Large Clip Applier EndoWrist Repair Service) | 1 | $1,200 | $1,200 |
| 11/12/2019 | 26760 | [A] | Maryland Bipolar Forceps EndoWrist Repair Service | 420172-SVC (Maryland Bipolar Forceps EndoWrist Repair Service) | 1 | $900 | $900 |
| 11/12/2019 | 26760 | [A] | Mega SutureCut Needle Driver EndoWrist Repair Service | 420309-SVC (Mega SutureCut Needle Driver EndoWrist Repair Service) | 1 | $900 | $900 |
| 11/12/2019 | 26760 | [A] | Monopolar Curved Scissors EndoWrist Repair Service | 420179-SVC (Monopolar Curved Scissors EndoWrist Repair Service) | 1 | $900 | $900 |
| 11/12/2019 | 26760 | [A] | Mega SutureCut Needle Driver EndoWrist Repair Service | 420309-SVC (Mega SutureCut Needle Driver EndoWrist Repair Service) | 1 | $900 | $900 |
| 11/12/2019 | 26760 | [A] | Monopolar Curved Scissors EndoWrist Repair Service | 420179-SVC (Monopolar Curved Scissors EndoWrist Repair Service) | 1 | $750 | $750 |
| 11/12/2019 | 26760 | [A] | Mega SutureCut Needle Driver EndoWrist Repair Service | 420309-SVC (Mega SutureCut Needle Driver EndoWrist Repair Service) | 1 | $1,200 | $1,200 |
| 11/12/2019 | 26760 | [A] | Monopolar Curved Scissors EndoWrist Repair Service | 420179-SVC (Monopolar Curved Scissors EndoWrist Repair Service) | 1 | $900 | $900 |
| 11/12/2019 | 26760 | [A] | Mega SutureCut Needle Driver EndoWrist Repair Service | 420309-SVC (Mega SutureCut Needle Driver EndoWrist Repair Service) | 1 | $900 | $900 |
| 11/12/2019 | 26760 | [A] | Monopolar Curved Scissors EndoWrist Repair Service | 420179-SVC (Monopolar Curved Scissors EndoWrist Repair Service) | 0 | $900 | $900 |
| 11/12/2019 | 26760 | [A] | Cadiere Forceps EndoWrist Repair Service | 420049-SVC (Cadiere Forceps EndoWrist Repair Service) | 0 | $1,300 | $1,300 |
| 11/12/2019 | 26760 | [A] | Monopolar Curved Scissors EndoWrist Repair Service | 420179-SVC (Monopolar Curved Scissors EndoWrist Repair Service) | 0 | $750 | $750 |
| 11/12/2019 | 26760 | [A] | Mega Needle Driver EndoWrist Repair Service | 420194-SVC (Mega Needle Driver EndoWrist Repair Service) | 1 | $1,300 | $1,300 |
| 11/12/2019 | 26760 | [A] | Large Clip Applier EndoWrist Repair Service | 420230-SVC (Large Clip Applier EndoWrist Repair Service) | 0 | $750 | $0 |
| 11/12/2019 | 26760 | [A] | Large Clip Applier EndoWrist Repair Service | 420230-SVC (Large Clip Applier EndoWrist Repair Service) | 0 | $750 | $0 |
| 11/20/2019 | 26760 | [A] | Used EndoWrist Instrument | EndoWrist (Used EndoWrist Instrument) | 4 | $100 | $400 |
| 11/20/2019 | 26762 | [A] | Cadiere Forceps EndoWrist Repair Service | 420049-SVC (Cadiere Forceps EndoWrist Repair Service) | 1 | $750 | $750 |
| 11/20/2019 | 26762 | [A] | Mega Needle Driver EndoWrist Repair Service | 420309-SVC (Mega SutureCut Needle Driver EndoWrist Repair Service) | 1 | $1,300 | $1,300 |
| 11/20/2019 | 26762 | [A] | Mega Needle Driver EndoWrist Repair Service | 420194-SVC (Mega Needle Driver EndoWrist Repair Service) | 1 | $900 | $900 |
| 11/20/2019 | 26762 | [A] | Large Clip Applier EndoWrist Repair Service | 420230-SVC (Large Clip Applier EndoWrist Repair Service) | 1 | $750 | $750 |
| 11/20/2019 | 26762 | [A] | New Customer Discount | Discount | | ($400) | ($400) |
| 11/20/2019 | 26762 | [A] | Large Needle Driver EndoWrist Repair Service | 420006-SVC (Large Needle Driver EndoWrist Repair Service) | 1 | $900 | $900 |

Case 3:21-cv-03496-AMO   Document 228-58   Filed 05/17/24   Page 101 of 139

# Rebotix Sales to SIS: June 27, 2019 - November 21, 2019
## Second Rebuttal Schedule 10.1

| | Date | Num | Memo | Item | Quantity | Sale Price | Amount |
|---|---|---|---|---|---|---|---|
| [A] | 11/21/2019 | 26763 | Large Clip Applier EndoWrist Repair Service | 420230-SVC (Large Clip Applier EndoWrist Repair Service) | 1 | $750 | $750 |
| [A] | 11/21/2019 | 26763 | Monopolar Curved Scissors EndoWrist Repair Service | 420179-SVC (Monopolar Curved Scissors EndoWrist Repair Service) | 1 | $1,300 | $1,300 |
| [A] | 11/21/2019 | 26763 | Fenestrated Bipolar Forceps EndoWrist Repair Service | 420205-SVC (Fenestrated Bipolar Forceps EndoWrist Repair Service) | 1 | $1,200 | $1,200 |
| [A] | 11/21/2019 | 26763 | Monopolar Curved Scissors EndoWrist Repair Service | 420179-SVC (Monopolar Curved Scissors EndoWrist Repair Service) | 1 | $1,300 | $1,300 |
| [A] | 11/21/2019 | 26763 | Maryland Bipolar Forceps EndoWrist Repair Service | 420172-SVC (Maryland Bipolar Forceps EndoWrist Repair Service) | 1 | $1,200 | $1,200 |
| [A] | 11/21/2019 | 26763 | Tenaculum Forceps EndoWrist Repair Service | 420207-SVC (Tenaculum Forceps EndoWrist Repair Service) | 0 | $900 | $0 |
| [A] | 11/21/2019 | 26763 | Used EndoWrist Instrument | EndoWrist (Used EndoWrist Instrument) | 1 | $100 | $100 |
| [A] | 11/21/2019 | 26763 | New Customer Discount | Discount | | ($100) | ($100) |
| [A] | 11/21/2019 | 26763 | Tenaculum Forceps EndoWrist Repair Service | 420207-SVC (Tenaculum Forceps EndoWrist Repair Service) | 1 | $900 | $900 |
| [B] | Total | | | | 49 | | $35,500 |

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

[A] Summarized per REBOTIX175326.

[B] Sum of [A].

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Costs and Costs per Unit by System (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 – June 2022

## Second Rebuttal Schedule 11.0

|  |  | 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % |
|---|---|---|---|---|---|---|---|---|
| **Units** |  |  |  |  |  |  |  |  |
| [A] | da Vinci S/Si |  |  |  |  |  |  |  |
| [B] | da Vinci X/Xi |  |  |  |  |  |  |  |
| [C] | Total |  |  |  |  |  |  |  |
| **Costs** |  |  |  |  |  |  |  |  |
| [A] | da Vinci S/Si |  |  |  |  |  |  |  |
| [B] | da Vinci X/Xi |  |  |  |  |  |  |  |
| [C] | Total |  |  |  |  |  |  |  |
| **Cost per unit** |  |  |  |  |  |  |  |  |
| [D] | da Vinci S/Si | $587 | $588 | $593 | $605 | $589 | $590 |  |
| [D] | da Vinci X/Xi | $576 | $569 | $573 | $584 | $591 | $578 |  |
| [D] | Total | **$581** | **$575** | **$576** | **$585** | **$591** | **$580** |  |

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A]  Per Second Rebuttal Schedule 11.1.

[B]  Per Second Rebuttal Schedule 11.2.

[C]  = [A] + [B]

[D]  Calculated based on the amounts herein.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022

## Second Rebuttal Schedule 11.1



Page 1 of 5

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022

## Second Rebuttal Schedule 11.1

| | 2018 | 2019 | 2020 | 2021 | 2022 | Total | % |
|---|---|---|---|---|---|---|---|
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] Total units | | | | | | | |

**Cost per unit**

| | 2018 | 2019 | 2020 | 2021 | 2022 | Total |
|---|---|---|---|---|---|---|
| [B] 420179 | $850 | $850 | $850 | $850 | $850 | $850 |
| [B] 420006 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 420093 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 420205 | $750 | $750 | $750 | $750 | $750 | $750 |
| [B] 420309 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 420194 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 420172 | $750 | $750 | $750 | $750 | $750 | $750 |
| [B] 420049 | $300 | $300 | $300 | $300 | $300 | $300 |
| [B] 420227 | $750 | $750 | $750 | $750 | $750 | $750 |
| [B] 420183 | $300 | $300 | $300 | $300 | $300 | $300 |
| [B] 420296 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 420230 | $300 | $300 | $300 | $300 | $300 | $300 |
| [B] 420184 | $300 | $300 | $300 | $300 | $300 | $300 |
| [B] 420327 | $300 | $300 | $300 | $300 | $300 | $300 |
| [B] 420207 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 420190 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 420189 | $300 | $300 | $300 | $300 | $300 | $300 |
| [B] 420110 | $750 | $750 | $750 | $750 | $750 | $750 |
| [B] 420048 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 420318 | $450 | $450 | $450 | $450 | $450 | $450 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022

## Second Rebuttal Schedule 11.1

| | 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % |
|---|---|---|---|---|---|---|---|
| [B] 420003 | $450 | $450 | $450 | $450 | $450 | $450 | |
| [B] 420001 | $300 | $300 | $300 | $300 | $300 | $300 | |
| [B] 420007 | $300 | $300 | $300 | $300 | $300 | $300 | |
| [B] 420278 | $450 | $450 | $450 | $450 | $450 | $450 | |
| [B] 420344 | $750 | $750 | $750 | $750 | $750 | $750 | |
| [B] 420033 | $450 | $450 | $450 | $450 | $450 | $450 | |
| [B] 420036 | $300 | $300 | $300 | $300 | $300 | $300 | |
| [B] 420178 | $300 | $300 | $300 | $300 | $300 | $300 | |
| [B] 420171 | $750 | $750 | $750 | $750 | $750 | $750 | |
| [B] 420246 | $750 | $750 | $750 | $750 | $750 | $750 | |
| [B] 420249 | $750 | $750 | $750 | $750 | $750 | $750 | |
| [B] 420181 | $450 | $450 | $450 | $450 | $450 | $450 | |
| [B] 420157 | $450 | $450 | $450 | $450 | $450 | $450 | |
| [B] 420204 | $750 | $750 | $750 | $750 | $750 | $750 | |
| [B] 420121 | $750 | $750 | $750 | $750 | $750 | $750 | |
| [B] 420215 | $450 | $450 | $450 | $450 | $450 | $450 | |
| [B] 420203 | $450 | $450 | $450 | $450 | $450 | $450 | |
| [B] 420192 | $300 | $300 | $300 | $300 | $300 | $300 | |

Costs

[C] [C] [C] [C] [C] [C] [C] [C] [C] [C] [C] [C] [C] [C] [C] [C] [C] [C]



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022

## Second Rebuttal Schedule 11.1



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022

## Second Rebuttal Schedule 11.1

| 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % |
|------|------|------|------|------|------|---|

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

[A] Per Second Rebuttal Schedule 13.1.

[B] Per Second Rebuttal Schedule 12.0.

[C] = [A] * [B]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 – June 2022

## Second Rebuttal Schedule 11.2



Page 1 of 5

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022

## Second Rebuttal Schedule 11.2

| | 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % |
|---|---|---|---|---|---|---|---|
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] | | | | | | | |
| [A] Total units | | | | | | | |

**Cost per unit**

| | 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total |
|---|---|---|---|---|---|---|
| [B] 470179 | $850 | $850 | $850 | $850 | $850 | $850 |
| [B] 470205 | $750 | $750 | $750 | $750 | $750 | $750 |
| [B] 471205 | $750 | $750 | $750 | $750 | $750 | $750 |
| [B] 470006 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 470093 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 470309 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 471309 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 470183 | $300 | $300 | $300 | $300 | $300 | $300 |
| [B] 471093 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 471006 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 470194 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 470049 | $300 | $300 | $300 | $300 | $300 | $300 |
| [B] 470172 | $750 | $750 | $750 | $750 | $750 | $750 |
| [B] 471049 | $300 | $300 | $300 | $300 | $300 | $300 |
| [B] 471172 | $750 | $750 | $750 | $750 | $750 | $750 |
| [B] 470327 | $300 | $300 | $300 | $300 | $300 | $300 |
| [B] 470230 | $300 | $300 | $300 | $300 | $300 | $300 |
| [B] 470318 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 470296 | $450 | $450 | $450 | $450 | $450 | $450 |
| [B] 471296 | $450 | $450 | $450 | $450 | $450 | $450 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022

## Second Rebuttal Schedule 11.2

| | 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % |
|---|---|---|---|---|---|---|---|
| [B] 470184 | $300 | $300 | $300 | $300 | $300 | $300 | |
| [B] 470207 | $450 | $450 | $450 | $450 | $450 | $450 | |
| [B] 470001 | $300 | $300 | $300 | $300 | $300 | $300 | |
| [B] 470344 | $750 | $750 | $750 | $750 | $750 | $750 | |
| [B] 470007 | $300 | $300 | $300 | $300 | $300 | $300 | |
| [B] 470190 | $450 | $450 | $450 | $450 | $450 | $450 | |
| [B] 471190 | $450 | $450 | $450 | $450 | $450 | $450 | |
| [B] 471344 | $750 | $750 | $750 | $750 | $750 | $750 | |
| [B] 470048 | $450 | $450 | $450 | $450 | $450 | $450 | |
| [B] 470036 | $300 | $300 | $300 | $300 | $300 | $300 | |
| [B] 471048 | $450 | $450 | $450 | $450 | $450 | $450 | |
| [B] 470033 | $450 | $450 | $450 | $450 | $450 | $450 | |
| [B] 470249 | $750 | $750 | $750 | $750 | $750 | $750 | |
| [B] 470171 | $750 | $750 | $750 | $750 | $750 | $750 | |
| [B] 470246 | $750 | $750 | $750 | $750 | $750 | $750 | |
| [B] 471171 | $750 | $750 | $750 | $750 | $750 | $750 | |
| [B] 470215 | $450 | $450 | $450 | $450 | $450 | $450 | |
| [B] 470181 | $450 | $450 | $450 | $450 | $450 | $450 | |
| Costs [C] [C] [C] [C] [C] [C] [C] [C] [C] [C] | | | | | | | |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022

## Second Rebuttal Schedule 11.2



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022

## Second Rebuttal Schedule 11.2

| 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % |
|------|------|------|------|----------------|-------|---|

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

[A] Per Second Rebuttal Schedule 13.2.

[B] Per Second Rebuttal Schedule 12.1.

[C] = [A] * [B]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SIS's EndoWrist Instrument Sales Prices and Costs (from Rebotix) - da Vinci S/Si Second Rebuttal Schedule 12.0

| Instrument Number [1] | Description [1] | SIS sales price [1] | SIS cost from Rebotix [2] | Discount [3] | SIS cost (net of volume discounts from Rebotix) [4] |
|---|---|---|---|---|---|
| 420179 | Hot Shears (Monopolar Curved Scissors) | $1,700 | $1,300 | $450 | $850 |
| 420110 | PreCise Bipolar Forceps | $1,600 | $1,200 | $450 | $750 |
| 420121 | Fine Tissue Forceps | $1,600 | $1,200 | $450 | $750 |
| 420171 | Micro Bipolar Forceps | $1,600 | $1,200 | $450 | $750 |
| 420172 | Maryland Bipolar Forceps | $1,600 | $1,200 | $450 | $750 |
| 420204 | Atrial Retractor | $1,600 | $1,200 | $450 | $750 |
| 420205 | Fenestrated Bipolar Forceps | $1,600 | $1,200 | $450 | $750 |
| 420227 | PK® Dissecting Forceps | $1,600 | $1,200 | $450 | $750 |
| 420246 | Atrial Retractor Short Right | $1,600 | $1,200 | $450 | $750 |
| 420249 | Dual Blade Retractor | $1,600 | $1,200 | $450 | $750 |
| 420344 | Curved Bipolar Dissector | $1,600 | $1,200 | $450 | $750 |
| 420003 | Small Clip Applier | $1,300 | $900 | $450 | $450 |
| 420006 | Large Needle Driver | $1,300 | $900 | $450 | $450 |
| 420033 | Black Diamond Micro Forceps | $1,300 | $900 | $450 | $450 |
| 420048 | Long Tip Forceps | $1,300 | $900 | $450 | $450 |
| 420093 | ProGrasp Forceps | $1,300 | $900 | $450 | $450 |
| 420157 | Snap-fit™ Scalpel Instrument | $1,300 | $900 | $450 | $450 |
| 420181 | Resano Forceps | $1,300 | $900 | $450 | $450 |
| 420190 | Cobra Grasper | $1,300 | $900 | $450 | $450 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SIS's EndoWrist Instrument Sales Prices and Costs (from Rebotix) – da Vinci S/Si Second Rebuttal Schedule 12.0

| Instrument Number | Description | SIS sales price | SIS cost from Rebotix | Discount | SIS cost (net of volume discounts from Rebotix) |
|---|---|---|---|---|---|
| [1] | [1] | [1] | [2] | [3] | [4] |
| 420194 | Mega Needle Driver | $1,300 | $900 | $450 | $450 |
| 420203 | Pericardial Dissector | $1,300 | $900 | $450 | $450 |
| 420207 | Tenaculum Forceps | $1,300 | $900 | $450 | $450 |
| 420215 | Cardiac Probe Grasper | $1,300 | $900 | $450 | $450 |
| 420278 | Graptor (Grasping Retractor) | $1,300 | $900 | $450 | $450 |
| 420296 | Large SutureCut™ Needle Driver | $1,300 | $900 | $450 | $450 |
| 420309 | Mega™ SutureCut™ Needle Driver | $1,300 | $900 | $450 | $450 |
| 420318 | Small Graptor (Grasping Retractor) | $1,300 | $900 | $450 | $450 |
| 420001 | Potts Scissors | $1,100 | $750 | $450 | $300 |
| 420007 | Round Tip Scissors | $1,100 | $750 | $450 | $300 |
| 420036 | DeBakey Forceps | $1,100 | $750 | $450 | $300 |
| 420049 | Cadiere Forceps | $1,100 | $750 | $450 | $300 |
| 420178 | Curved Scissors | $1,100 | $750 | $450 | $300 |
| 420183 | Permanent Cautery Hook | $1,100 | $750 | $450 | $300 |
| 420184 | Permanent Cautery Spatula | $1,100 | $750 | $450 | $300 |
| 420189 | Double Fenestrated Grasper | $1,100 | $750 | $450 | $300 |
| 420192 | Valve Hook | $1,100 | $750 | $450 | $300 |
| 420230 | Large Clip Applier | $1,100 | $750 | $450 | $300 |
| 420327 | Medium-Large Clip Applier | $1,100 | $750 | $450 | $300 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SIS's EndoWrist Instrument Sales Prices and Costs (from Rebotix) - da Vinci S/Si

## Second Rebuttal Schedule 12.0

| Instrument Number | Description | SIS sales price | SIS cost from Rebotix | Discount | SIS cost (net of volume discounts from Rebotix) |
|---|---|---|---|---|---|
| [1] | [1] | [1] | [2] | [3] | [4] |

**NOTES / SOURCES:**

[1]   Per SIS000047-49.  *See also,* Keith Johnson Dep. Ex. 137 (at SIS097181), SIS000035-45 at 44 and SIS000024.  Prices shown above are also consistent with prices shown on Second Rebuttal Schedule 14.0, representing actual sales from SIS to

[2]   Per REBOTIX162208-162212 at 212.  Prices above reflect the distributor price offered by Rebotix to distributors.  *See also,* Second Rebuttal Schedule 10.1 showing sales from Rebotix to SIS.

[3]   In January 2020, a Memorandum of Understanding was drafted between SIS and Rebotix, which contained proposed pricing terms for Interceptor chips, including volume discounts up to $450 per Interceptor chip at 300 units (Gibson Dep. Ex. 14) (*Rebotix Repair LLC v. Intuitive Surgical, Inc.,* No. 8:20-cv-02274-VMC-TGW (M.D. Fla. filed Sept. 28, 2020)).  Per discussion with Chris Gibson and as described in my report, volume discounts for thousands of annual units would have been greater than $450 per chip.  For purposes of my analysis, I apply a $450 discount herein.

[4]   = [2] - [3]

Page 3 of 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SIS's EndoWrist Instrument Sales Prices and Costs (from Rebotix) - da Vinci X/Xi

## Second Rebuttal Schedule 12.1

| Instrument Number | Description | Source of Identification | [1] SIS sales price | [2] SIS cost from Rebotix | [3] Discount | [4] SIS cost (net of volume discounts from Rebotix) |
|---|---|---|---|---|---|---|
| 470179 | Hot Shears (Monopolar Curved Scissors) | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420179 | $1,700 | $1,300 | $450 | $850 |
| 470110 | PreCise Bipolar Forceps | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420110 | $1,600 | $1,200 | $450 | $750 |
| 470121 | Fine Tissue Forceps | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420121 | $1,600 | $1,200 | $450 | $750 |
| 470171 | Micro Bipolar Forceps | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420171 | $1,600 | $1,200 | $450 | $750 |
| 471171 | Micro Bipolar Forceps | Da Vinci X/Xi Instrument & Accessory Catalog October 2021 | $1,600 | $1,200 | $450 | $750 |
| 470172 | Maryland Bipolar Forceps | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420172 | $1,600 | $1,200 | $450 | $750 |
| 471172 | Maryland Bipolar Forceps | Da Vinci X/Xi Instrument & Accessory Catalog October 2021 | $1,600 | $1,200 | $450 | $750 |
| 470204 | Atrial Retractor | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420204 | $1,600 | $1,200 | $450 | $750 |
| 470205 | Fenestrated Bipolar Forceps | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420205 | $1,600 | $1,200 | $450 | $750 |
| 471205 | Fenestrated Bipolar Forceps | Da Vinci X/Xi Instrument & Accessory Catalog October 2021 | $1,600 | $1,200 | $450 | $750 |
| 470227 | PK® Dissecting Forceps | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420227 | $1,600 | $1,200 | $450 | $750 |
| 470246 | Atrial Retractor Short Right | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420246 | $1,600 | $1,200 | $450 | $750 |
| 470249 | Dual Blade Retractor | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420249 | $1,600 | $1,200 | $450 | $750 |
| 470344 | Curved Bipolar Dissector | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420344 | $1,600 | $1,200 | $450 | $750 |
| 471344 | Curved Bipolar Dissector | Da Vinci X/Xi Instrument & Accessory Catalog October 2021 | $1,600 | $1,200 | $450 | $750 |
| 470003 | Small Clip Applier | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420003 | $1,300 | $900 | $450 | $450 |
| 470006 | Large Needle Driver | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420006 | $1,300 | $900 | $450 | $450 |
| 471006 | Large Needle Driver | Da Vinci X/Xi Instrument & Accessory Catalog October 2021 | $1,300 | $900 | $450 | $450 |
| 470033 | Black Diamond Micro Forceps | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420033 | $1,300 | $900 | $450 | $450 |
| 470048 | Long Tip Forceps | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420048 | $1,300 | $900 | $450 | $450 |
| 471048 | Long Tip Forceps | Da Vinci X/Xi Instrument & Accessory Catalog October 2021 | $1,300 | $900 | $450 | $450 |
| 470093 | ProGrasp Forceps | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420093 | $1,300 | $900 | $450 | $450 |
| 471093 | ProGrasp Forceps | Da Vinci X/Xi Instrument & Accessory Catalog October 2021 | $1,300 | $900 | $450 | $450 |
| 470157 | Snap-fit™ Scalpel Instrument | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420157 | $1,300 | $900 | $450 | $450 |
| 470181 | Resano Forceps | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420181 | $1,300 | $900 | $450 | $450 |
| 470190 | Cobra Grasper | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420190 | $1,300 | $900 | $450 | $450 |
| 471190 | Cobra Grasper | Da Vinci X/Xi Instrument & Accessory Catalog October 2021 | $1,300 | $900 | $450 | $450 |
| 470194 | Mega Needle Driver | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420194 | $1,300 | $900 | $450 | $450 |
| 470203 | Pericardial Dissector | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420203 | $1,300 | $900 | $450 | $450 |
| 470207 | Tenaculum Forceps | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420207 | $1,300 | $900 | $450 | $450 |
| 470215 | Cardiac Probe Grasper | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420215 | $1,300 | $900 | $450 | $450 |
| 470278 | Graptor (Grasping Retractor) | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420278 | $1,300 | $900 | $450 | $450 |
| 470296 | Large SutureCut™ Needle Driver | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420296 | $1,300 | $900 | $450 | $450 |
| 471296 | Large SutureCut™ Needle Driver | Da Vinci X/Xi Instrument & Accessory Catalog October 2021 | $1,300 | $900 | $450 | $450 |
| 470309 | Mega™ SutureCut™ Needle Driver | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420309 | $1,300 | $900 | $450 | $450 |
| 471309 | Mega™ SutureCut™ Needle Driver | Da Vinci X/Xi Instrument & Accessory Catalog October 2021 | $1,300 | $900 | $450 | $450 |
| 470318 | Small Graptor (Grasping Retractor) | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420318 | $1,300 | $900 | $450 | $450 |
| 470001 | Potts Scissors | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420001 | $1,100 | $750 | $450 | $300 |
| 470007 | Round Tip Scissors | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420007 | $1,100 | $750 | $450 | $300 |
| 470036 | DeBakey Forceps | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420036 | $1,100 | $750 | $450 | $300 |

# SIS's EndoWrist Instrument Sales Prices and Costs (from Rebotix) - da Vinci X/Xi
## Second Rebuttal Schedule 12.1

| Instrument Number | Description | Source of Identification | SIS sales price [1] | SIS cost from Rebotix [2] | Discount [3] | SIS cost (net of volume discounts from Rebotix) [4] |
|---|---|---|---|---|---|---|
| 470049 | Cadiere Forceps | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 470049 | $1,100 | $750 | $450 | $300 |
| 471049 | Cadiere Forceps | Da Vinci X/Xi Instrument & Accessory Catalog October 2021 | $1,100 | $750 | $450 | $300 |
| 470178 | Curved Scissors | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420178 | $1,100 | $750 | $450 | $300 |
| 470183 | Permanent Cautery Hook | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420183 | $1,100 | $750 | $450 | $300 |
| 470184 | Permanent Cautery Spatula | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420184 | $1,100 | $750 | $450 | $300 |
| 470189 | Double Fenestrated Grasper | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420189 | $1,100 | $750 | $450 | $300 |
| 470192 | Valve Hook | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420192 | $1,100 | $750 | $450 | $300 |
| 470230 | Large Clip Applier | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420230 | $1,100 | $750 | $450 | $300 |
| 470327 | Medium-Large Clip Applier | Corresponding Da Vinci S/Si Material Number per Second Rebuttal Schedule 12.0 - 420327 | $1,100 | $750 | $450 | $300 |

**NOTES / SOURCES:**

Note: Per the Deposition of Grant Duque 25-36, 48-52 and 156-157 (November 8, 2022), I understand Intuitive's S/Si and X/Xi EndoWrist instruments are used for the same applications and essentially perform the same functions.

[1] Per SIS000047-49, pricing was based on the da Vinci S/Si platform. I assume a similar price for the X/Xi platform. This appears reasonable, as per Second Rebuttal Schedules 13.1 and 13.2, the Intuitive average selling price for similar instrument numbers appear to be approximately the same (i.e. 420179 and 470179). This would suggest the SIS price to its customers would be approximately the same.

[2] Per REBOTIX162208-162212 at 212, pricing (cost) was based on the da Vinci S/Si platform. I assume a similar price (cost) for the X/Xi platform. This appears reasonable, as per Second Rebuttal Schedules 13.1 and 13.2, the Intuitive average selling price for similar instrument numbers appear to be approximately the same (i.e., 420179 and 470179). This would suggest the price (cost) to SIS would be approximately the same.

[3] In January 2020, a Memorandum of Understanding was drafted between SIS and Rebotix, which contained proposed pricing terms for Interceptor chips, including volume discounts up to $450 per Interceptor chip at 300 units (Gibson Dep. Ex. 14) (Rebotix Repair LLC v. Intuitive Surgical, Inc., No. 8:20-cv-02274-VMC-TGW (M.D. Fla. filed Sept. 28, 2020)). Per discussion with Chris Gibson and as described in my report, volume discounts for thousands of annual units would have been greater than $450 per chip. For purposes of my analysis, I apply a $450 discount herein.

[4] = [2] - [3]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SIS's EndoWrist Instrument Sale Price vs Intuitive Sales Price - da Vinci S/Si Second Rebuttal Schedule 12.2

| Instrument Number [1] | Description [1] | SIS sales price [1] | Intuitive sales price [2] | Difference [3] | % Discount [4] |
|---|---|---|---|---|---|
| 420179 | Hot Shears (Monopolar Curved Scissors) | $1,700 | $3,200 | ($1,500) | -47% |
| 420110 | PreCise Bipolar Forceps | $1,600 | $2,708 | ($1,108) | -41% |
| 420121 | Fine Tissue Forceps | $1,600 | $2,864 | ($1,264) | -44% |
| 420171 | Micro Bipolar Forceps | $1,600 | $2,755 | ($1,155) | -42% |
| 420172 | Maryland Bipolar Forceps | $1,600 | $2,705 | ($1,105) | -41% |
| 420204 | Atrial Retractor | $1,600 | $2,964 | ($1,364) | -46% |
| 420205 | Fenestrated Bipolar Forceps | $1,600 | $2,702 | ($1,102) | -41% |
| 420227 | PK® Dissecting Forceps | $1,600 | $2,904 | ($1,304) | -45% |
| 420246 | Atrial Retractor Short Right | $1,600 | $2,963 | ($1,363) | -46% |
| 420249 | Dual Blade Retractor | $1,600 | $2,332 | ($732) | -31% |
| 420344 | Curved Bipolar Dissector | $1,600 | $2,735 | ($1,135) | -41% |
| 420003 | Small Clip Applier | $1,300 | $2,410 | ($1,110) | -46% |
| 420006 | Large Needle Driver | $1,300 | $2,200 | ($900) | -41% |
| 420033 | Black Diamond Micro Forceps | $1,300 | $2,519 | ($1,219) | -48% |
| 420048 | Long Tip Forceps | $1,300 | $2,473 | ($1,173) | -47% |
| 420093 | ProGrasp Forceps | $1,300 | $2,201 | ($901) | -41% |
| 420157 | Snap-fit™ Scalpel Instrument | $1,300 | $3,011 | ($1,711) | -57% |
| 420181 | Resano Forceps | $1,300 | $2,228 | ($928) | -42% |
| 420190 | Cobra Grasper | $1,300 | $2,213 | ($913) | -41% |
| 420194 | Mega Needle Driver | $1,300 | $2,201 | ($901) | -41% |
| 420203 | Pericardial Dissector | $1,300 | $2,221 | ($921) | -41% |
| 420207 | Tenaculum Forceps | $1,300 | $2,221 | ($921) | -41% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SIS's EndoWrist Instrument Sale Price vs Intuitive Sales Price - da Vinci S/Si

## Second Rebuttal Schedule 12.2

| [1] | [1] | [1] | [2] | [3] | [4] |
|---|---|---|---|---|---|
| Instrument Number | Description | SIS sales price | Intuitive sales price | Difference | % Discount |
| 420215 | Cardiac Probe Grasper | $1,300 | $2,248 | ($948) | -42% |
| 420278 | Graptor (Grasping Retractor) | $1,300 | $2,433 | ($1,133) | -47% |
| 420296 | Large SutureCut™ Needle Driver | $1,300 | $2,402 | ($1,102) | -46% |
| 420309 | Mega™ SutureCut™ Needle Driver | $1,300 | $2,405 | ($1,105) | -46% |
| 420318 | Small Graptor (Grasping Retractor) | $1,300 | $2,115 | ($815) | -39% |
| 420001 | Potts Scissors | $1,100 | $1,970 | ($870) | -44% |
| 420007 | Round Tip Scissors | $1,100 | $1,980 | ($880) | -44% |
| 420036 | DeBakey Forceps | $1,100 | $1,866 | ($766) | -41% |
| 420049 | Cadiere Forceps | $1,100 | $2,005 | ($905) | -45% |
| 420178 | Curved Scissors | $1,100 | $2,026 | ($926) | -46% |
| 420183 | Permanent Cautery Hook | $1,100 | $2,008 | ($908) | -45% |
| 420184 | Permanent Cautery Spatula | $1,100 | $2,014 | ($914) | -45% |
| 420189 | Double Fenestrated Grasper | $1,100 | $2,014 | ($914) | -45% |
| 420192 | Valve Hook | $1,100 | $1,799 | ($699) | -39% |
| 420230 | Large Clip Applier | $1,100 | $1,408 | ($308) | -22% |
| 420327 | Medium-Large Clip Applier | $1,100 | $1,410 | ($310) | -22% |
| | Average (simple) | | | | -42% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SIS's EndoWrist Instrument Sale Price vs Intuitive Sales Price - da Vinci S/Si

## Second Rebuttal Schedule 12.2

| Instrument Number | Description | SIS sales price | Intuitive sales price | Difference | % Discount |
|---|---|---|---|---|---|
| [1] | [1] | [1] | [2] | [3] | [4] |

**NOTES / SOURCES:**

[1]  Per Second Rebuttal Schedule 12.0.

[2]  Per Second Rebuttal Schedule 13.1.

[3]  SIS sales price per [1] - [2]

[4]  = [3] / [2]

Page 3 of 3

# Intuitive's EndoWrist Instrument Units, Net Sales Dollars and Average Selling Price by System: 2014 - June 2022
## Second Rebuttal Schedule 13.0

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

|  | | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % | 2022 Annualized |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Units** | | | | | | | | | | | | | |
| [A] | da Vinci S/Si | | | | | | | | | | | | |
| [B] | da Vinci X/Xi | | | | | | | | | | | | |
| [C] | Total units | | | | | | | | | | | | |
| **Net sales dollars** | | | | | | | | | | | | | |
| [A] | da Vinci S/Si | | | | | | | | | | | | |
| [B] | da Vinci X/Xi | | | | | | | | | | | | |
| [C] | Total net sales dollars | | | | | | | | | | | | |
| **ASP per unit** | | | | | | | | | | | | | |
| [D] | da Vinci S/Si | $2,508 | $2,511 | $2,518 | $2,521 | $2,528 | $2,537 | $2,572 | $2,659 | $2,538 | $2,524 | | $2,538 |
| [D] | da Vinci X/Xi | $2,417 | $2,453 | $2,477 | $2,486 | $2,499 | $2,491 | $2,542 | $2,657 | $2,666 | $2,557 | | $2,666 |
| [D] | Total ASP per unit | $2,503 | $2,500 | $2,506 | $2,506 | $2,512 | $2,504 | $2,546 | $2,658 | $2,663 | $2,544 | | $2,663 |

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

[A] Per Second Rebuttal Schedule 13.1.

[B] Per Second Rebuttal Schedule 13.2.

[C] = [A] + [B]

[D] Calculated based on the amounts herein.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci S/Si: 2014 - June 2022
## Second Rebuttal Schedule 13.1



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci S/Si: 2014 - June 2022
## Second Rebuttal Schedule 13.1

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 thru Jun | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net sales dollars | | | | | | | | | | | |



Total net sales dollars [B]

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

# Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci S/Si: 2014 - June 2022

## Second Rebuttal Schedule 13.1



| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 thru Jun | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total ASP | $2,508 | $2,511 | $2,518 | $2,521 | $2,528 | $2,537 | $2,572 | $2,659 | $2,538 | $2,524 | |

Page 3 of 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci S/Si: 2014 - June 2022
## Second Rebuttal Schedule 13.1

| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 thru Jun | Total | % |
|------|------|------|------|------|------|------|------|---------------|-------|---|

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

Note: U.S. sales were identified by using the "Comp Code" field and filtering for "2000" and using the "Unit" field and filtering for "EA." Each S/Si instrument above was selected based on SIS000047-49 (see also, Second Rebuttal Schedule 12.0). Per REBOTIX162208-162212 at 212, I understand all of the S/Si EndoWrists identified above are repairable by Rebotix.

[A] Summarized per Intuitive-00595406-413, Intuitive-00595415-428, Intuitive-00595434-437, Intuitive-00595231-233, Intuitive-01101508 and Intuitive-02025757-759.

[B] Calculated based on the amounts herein.

Page 4 of 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci X/Xi:  2014 - June 2022
## Second Rebuttal Schedule 13.2

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Units | | | | | | | | | | | |
| [A] | | | | | | | | | | | |
| [B] Total units | | | | | | | | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci X/Xi: 2014 - June 2022
## Second Rebuttal Schedule 13.2

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|

Net sales dollars

[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]
[A]

[B] Total net sales dollars

Page 2 of 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci X/Xi:  2014 - June 2022
## Second Rebuttal Schedule 13.2



| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | $2,417 | $2,453 | $2,477 | $2,486 | $2,499 | $2,491 | $2,542 | $2,657 | $2,666 | $2,557 | |

Total ASP [B]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci X/Xi: 2014 - June 2022

## Second Rebuttal Schedule 13.2

| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 thru June | Total | % |
|------|------|------|------|------|------|------|------|------|-------|---|
|      |      |      |      |      |      |      |      |      |       |   |

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

Note: U.S. sales were identified by using the "Comp Code" field and filtering for "2000" and using the "Unit" field and filtering for "EA." Each X/Xi instrument was selected as described on Second Rebuttal Schedule 12.1.

[A] Summarized per Intuitive-00595406-413, Intuitive-00595415-428, Intuitive-00595434-437, Intuitive-00695231-233, Intuitive-01101508 and Intuitive-02025757-759.

[B] Calculated based on the amounts herein.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# SIS's EndoWrist Instrument Repair Summary
# Second Rebuttal Schedule 14.0

| Order date [1] | Customer [1] | Invoice # [1] | Quantity [1] | Price [1] | Sales [2] | Item (EndoWrist Instrument Number) [1] | Item description [1] | Item comments [1] | Total count [3] | Repaired count [3] | Not repaired count [3] | Expired count [3] | Not supported count [3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/18 | ALEXIAN BROTHERS MEDICAL CTR | 60576-1 | 1 | $0.00 | N/A | 470001 DaVinci Potts Scissors | Severely damaged. BEYOND REPAIR. Needs replacement | | 1 | | 1 | | |
| 06/28/19 | LEGACY GOOD SAMARITAN | 61059-1 | 1 | $1,300.00 | $1,300.00 | 420309 Needle Driver, Mega Suture Cut | Electrical safety testing, Use count reset and test all functions | | 2 | 1 | | | |
| 07/18/19 | LEGACY GOOD SAMARITAN | 61064-1 | 1 | $1,300.00 | $1,300.00 | 420309 Needle Driver, Mega Suture Cut | Refurbish tool end. Clean. Mechanical inspection and testing. | | 3 | 2 | | | |
| 08/27/19 | KAISER FONTANA | 95513-1 | 1 | $1,700.00 | $0.00 | 420170 Monopolar Curved Scissors | Monopolar Curved Scissors EndoWrist Repair Services | | 4 | 3 | | | |
| 08/27/19 | KAISER FONTANA | 95513-1 | 1 | $1,600.00 | $0.00 | 420205 Fenestrated Bipolar Forceps | Fenestrated Bipolar Forceps EndoWrist Repair Services | | 5 | 4 | | | |
| 08/27/19 | KAISER FONTANA | 95513-1 | 1 | $1,300.00 | $0.00 | 420093 ProGrasp Forceps | ProGrasp Forceps EndoWrist Repair Services | | 6 | 5 | | | |
| 08/27/19 | KAISER FONTANA | 95513-1 | 1 | $1,300.00 | $0.00 | 420194 Mega Needle Driver | Mega Needle Driver EndoWrist Repair Services | | 7 | 6 | | | |
| 09/09/19 | KAISER FONTANA | 60733-1 | 1 | $1,300.00 | $1,300.00 | 420318 Small Graptor (Grasping Retractor) | Refurbish tool end. Clean. Mechanical inspection and testing. | | 8 | 7 | | | |
| 09/09/19 | KAISER FONTANA | 60733-1 | 1 | $1,300.00 | $1,300.00 | 420006 Needle Driver, Large | Electrical safety testing, Use count reset and test all functions. | | 9 | 8 | | | |
| 09/09/19 | KAISER FONTANA | 60731-1 | 1 | $1,300.00 | $1,300.00 | 420093 Forceps, ProGrasp | Electrical safety testing, Use count reset and test all functions. | | 10 | 9 | | | |
| 09/09/19 | KAISER FONTANA | 60733-1 | 1 | $1,300.00 | $1,300.00 | 420318 Small Graptor (Grasping Retractor) | Refurbish tool end. Clean. Mechanical inspection and testing. | | 11 | 10 | | | |
| 09/09/19 | KAISER FONTANA | 60733-1 | 1 | $1,100.00 | $1,100.00 | 420049 Forceps, Cadiere | Refurbish tool end. Clean. Mechanical inspection and testing. | | 12 | 11 | | | |
| 09/09/19 | KAISER FONTANA | 60733-2 | 1 | $0.00 | N/A | 420172 Bipolar Forceps, Maryland | BEYOND REPAIR. Needs replacement | | 13 | | 2 | | |
| 09/09/19 | KAISER FONTANA | 60733-2 | 1 | $0.00 | N/A | 420172 Bipolar Forceps, Maryland | BEYOND REPAIR. Needs replacement | | 14 | | 3 | | |
| 09/09/19 | KAISER FONTANA | 60733-2 | 1 | $0.00 | N/A | 420172 Bipolar Forceps, Maryland | BEYOND REPAIR. Needs replacement | | 15 | | 4 | | |
| 09/09/19 | ADVOCATE GOOD SAMARITAN | 95713-1 | 1 | $0.00 | N/A | 420205 Fenestrated Bipolar Forceps | Expired. BEYOND REPAIR. SIS is unable to provide a replacement | | 16 | | | 1 | |
| 10/29/19 | MARIN HEALTH MEDICAL CENTER | 90009-1 | 1 | $1,300.00 | $1,300.00 | 420286 Needle Driver, Large Suture Cut | Refurbish tool end. Clean. Mechanical inspection and testing. | | 17 | 12 | | | |
| 10/29/19 | MARIN HEALTH MEDICAL CENTER | 90009-1 | 1 | $1,300.00 | $1,300.00 | 420194 Needle Driver, Mega | Electrical safety testing, Use count reset and test all functions | | 18 | 13 | | | |
| 10/29/19 | MARIN HEALTH MEDICAL CENTER | 90009-1 | 1 | $1,100.00 | $1,100.00 | 420036 Forceps, DeBakey | Refurbish tool end. Clean. Mechanical inspection and testing. | | 19 | 14 | | | |
| 10/29/19 | MARIN HEALTH MEDICAL CENTER | 90009-1 | 1 | $1,600.00 | $1,600.00 | 420172 Bipolar Forceps, Maryland | Electrical safety testing, Use count reset and test all functions | | 20 | 15 | | | |
| 10/29/19 | MARIN HEALTH MEDICAL CENTER | 90009-1 | 1 | $1,300.00 | $1,300.00 | 420194 Needle Driver, Mega | Refurbish tool end. Clean. Mechanical inspection and testing. | | 21 | 16 | | | |
| 10/30/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-1 | 1 | $1,600.00 | $1,600.00 | 420205 Fenestrated Bipolar Forceps | Repair/Exchange. Received SN: N10190207 | | 22 | 17 | | | |
| 10/30/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-2 | 1 | $1,600.00 | $1,600.00 | 420227 PK® Dissecting Forceps | Refurbish tool end. Clean. Mechanical inspection and testing. | | 23 | 18 | | | |
| 10/30/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-3 | 1 | $1,300.00 | $1,300.00 | 420093 Forceps, ProGrasp | Electrical safety testing, Use count reset and test all functions | | 24 | 19 | | | |
| 10/30/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-4 | 1 | $1,300.00 | $1,300.00 | 420093 Forceps, ProGrasp | Refurbish tool end. Clean. Mechanical inspection and testing. | | 25 | 20 | | | |
| 10/30/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-5 | 1 | $1,300.00 | $1,300.00 | 420006 Needle Driver, Large | Electrical safety testing, Use count reset and test all functions. | | 26 | 21 | | | |
| 10/30/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-6 | 1 | $1,100.00 | $1,100.00 | 420049 Forceps, Cadiere | Refurbish tool end. Clean. Mechanical inspection and testing. | | 27 | 22 | | | |
| 10/30/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-7 | 1 | $1,300.00 | $1,300.00 | 420093 Forceps, ProGrasp | Electrical safety testing, Use count reset and test all functions | | 28 | 23 | | | |
| 10/29/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-8 | 1 | $0.00 | N/A | 420049 Forceps, Cadiere | Expired and disposed of. BEYOND REPAIR. SIS is unable to provide a replacement. | | 29 | | | 2 | |
| 11/06/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61156-1 | 1 | $1,300.00 | $1,300.00 | 420006 Needle Driver, Large | Refurbish tool end. Clean. Mechanical inspection and testing. | | 30 | 24 | | | |
| 11/06/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61156-2 | 1 | $1,300.00 | $1,300.00 | 420006 Needle Driver, Large | Electrical safety testing, Use count reset and test all functions | | 31 | 25 | | | |
| 11/14/19 | MARIN HEALTH MEDICAL CENTER | 60137-1 | 1 | $1,300.00 | $1,300.00 | 420286 Needle Driver, Large Suture Cut | Electrical safety testing, Use count reset and test all functions | | 32 | 26 | | | |
| 11/14/19 | MARIN HEALTH MEDICAL CENTER | 60137-1 | 1 | $1,100.00 | $1,100.00 | 420049 Forceps, Cadiere | Refurbish tool end. Clean. Mechanical inspection and testing. | | 33 | 27 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,700.00 | N/A | 420179 Scissors, Curved Monopolar | Repair/Exchange. Received SN: N12190701 | | 34 | 28 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,300.00 | N/A | 420309 Needle Driver, Mega Suture Cut | Electrical safety testing, Use count reset and test all functions. | | 35 | 29 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,700.00 | N/A | 420179 Scissors, Curved Monopolar | Refurbish tool end. Clean. Mechanical inspection and testing. | | 36 | 30 | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# SIS's EndoWrist Instrument Repair Summary
## Second Rebuttal Schedule 14.0

| [1] Order date | [1] Customer | [1] Invoice # | [1] Quantity | [1] Price | [2] Sales | [1] Item (EndoWrist Instrument Number) | [1] Item description | [1] Item comments | [3] Total count | [3] Repaired count | [3] Not repaired count | [3] Expired count | [3] Not supported count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,100.00 | N/A | N/A | 420049 Forceps, Cadiere | Repair/Exchange. Received SN: N10160822 | 37 | 31 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,100.00 | N/A | N/A | 420230 Applier, Large Clip | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 38 | 32 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,600.00 | N/A | N/A | 420172 Bipolar Forceps, Maryland | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 39 | 33 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,100.00 | N/A | N/A | 420230 Applier, Large Clip | Repair/Exchange. Received SN: N10170921 | 40 | 34 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,300.00 | N/A | N/A | 420194 Needle Driver, Mega | Repair/Exchange. Received SN: M10140121 | 41 | 35 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $0.00 | N/A | N/A | 420275 Shears, Harmonic Ace Curved | Model number is not supported. NO REPAIR | 42 | | | | 1 |
| 11/15/19 | ADVOCATE GOOD SAMARITAN | 96156-1 | 1 | $1,300.00 | N/A | N/A | 420006 Needle Driver, Large | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 43 | 36 | | | |
| 12/01/19 | MARIN HEALTH MEDICAL CENTER | 90010-1 | 1 | $1,100.00 | $1,100.00 | 420230 | 420230 Applier, Large Clip | Repair/Exchange. Received SN: M10100316 | 44 | 37 | | | |
| 12/01/19 | MARIN HEALTH MEDICAL CENTER | 90010-1 | 1 | $1,300.00 | $1,300.00 | 420207 | 420207 Forceps, Tenaculum | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 45 | 38 | | | |
| 12/01/19 | MARIN HEALTH MEDICAL CENTER | 90010-1 | 1 | $1,600.00 | $1,600.00 | 420172 | 420172 Bipolar Forceps, Maryland | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 46 | 39 | | | |
| 12/01/19 | MARIN HEALTH MEDICAL CENTER | 90010-1 | 1 | $1,600.00 | $1,600.00 | 420172 | 420172 Bipolar Forceps, Maryland | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 47 | 40 | | | |
| 12/01/19 | MARIN HEALTH MEDICAL CENTER | 90010-1 | 1 | $1,700.00 | $1,700.00 | 420179 | 420179 Scissors, Curved Monopolar | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 48 | 41 | | | |
| 12/01/19 | MARIN HEALTH MEDICAL CENTER | 90010-1 | 1 | $1,600.00 | $1,600.00 | 420205 | 420205 Fenestrated Bipolar Forceps | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 49 | 42 | | | |
| | | | | | **$38,900.00** | | | **Total** | **49** | **42** | **4** | **2** | **1** |
| | | | | | | | | **[A] Repair yield of SIS collectable units** | **88%** | | | | |

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

Note: Column headings are based on a review of invoices, for example, SIS000097-112.

[1] Summarized per SIS000167.

[2] Summarized per SIS000097-112. I have indicated "N/A" for records where invoices could not be located.

[3] Count based on "Item Comments."

[A] Calculated as Repaired Count / (Repaired Count + Not Repaired Count + Expired Count).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SIS's Financial Statements: 2019 – October 2021 Second Rebuttal Schedule 15.0

|  | 2019 [1] | | 2020 [2] | | 2021 (thru Oct) [3] | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Amount | % | Amount | % | Amount | % |
| Revenue | $6,996,108 | 100.0% | $10,723,980 | 100.0% | $10,092,079 | 100.0% |
| Cost of goods sold | $4,084,286 | 58.4% | $5,863,755 | 54.7% | $5,813,610 | 57.6% |
| Gross profit | $2,911,822 | 41.6% | $4,860,225 | 45.3% | $4,278,469 | 42.4% |
| Expenses: |  |  |  |  |  |  |
| Selling | $1,415,642 | 20.2% | $1,893,403 | 17.7% | $1,899,002 | 18.8% |
| General and admin | $1,125,420 | 16.1% | $1,224,361 | 11.4% | $1,428,002 | 14.1% |
| Total expenses | $2,541,062 | 36.3% | $3,117,764 | 29.1% | $3,327,004 | 33.0% |
| Operating income | $370,760 | 5.3% | $1,742,461 | 16.2% | $951,465 | 9.4% |
| Other income and (expense) | ($2,175) | 0.0% | $571,623 | 5.3% | $1,208 | 0.0% |
| Profit before taxes | $368,585 | 5.3% | $2,314,084 | 21.6% | $952,673 | 9.4% |

NOTES / SOURCES:

Note:  Any minor differences are due to rounding.

[1]  Per SIS320176-188 at 176.

[2]  Per SIS320922-935 at 922.

[3]  Per SIS327629-636 at 629.  Note:  Per discussions with Greg Posdal, SIS's 2021 sales approximated $12.4 million.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SIS's Detailed SGA: 2019 - October 2021
## Second Rebuttal Schedule 15.1

| | [1] 2019 | | [2] 2020 | | [3] 2021 (thru Oct) | | [4] Total | | [4] Fixed / Variable | [4] Variable as a % of revenue | [4] Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Amount | % | Amount | % | Amount | % | Amount | % | | | |
| Revenue | $6,996,108 | 100.00% | $10,723,980 | 100.00% | $10,092,079 | 100.00% | $27,812,167 | 100.00% | | | |
| Cost of goods sold | $4,084,286 | 58.38% | $5,863,755 | 54.68% | $5,813,610 | 57.61% | $15,761,651 | 56.67% | | | |
| Gross profit | $2,911,822 | 41.62% | $4,860,225 | 45.32% | $4,278,469 | 42.39% | $12,050,516 | 43.33% | | | |
| Expenses: | | | | | | | | | | | |
| **Selling:** | | | | | | | | | | | |
| Wages - Sales | $611,469 | 8.74% | $732,356 | 6.83% | $688,552 | 6.82% | $2,032,377 | 7.31% | Partially variable | 2.00% | Currently have approximately 10-12 Associate Sales Representatives ("ASRs") managing more than 1 million annual repair units, which approximates 80,000-100,000 repair units per ASR. According to discussion with Greg Posdal, SIS would potentially add up to as many as 10 additional ASRs to sell both EndoWrist repairs and other SIS products/services. New ASRs cost approximately $50,000 in wages annually. Ten ASRs would approximate $500,000 in wages per year, which represents less than 1% of the maximum annual lost EndoWrist repair revenue of approximately $68.5 million as shown on Second Rebuttal Schedule 2.0. In addition, SIS pays a 1% commission for each EndoWrist sale. For purposes of my analysis, I use 2% as variable. |
| Depreciation | $99,593 | 1.42% | $138,413 | 1.29% | $186,331 | 1.85% | $424,337 | 1.53% | Fixed | | Consists of depreciation for larger equipment, machining center, loaner inventory, vehicles and on-site repair vans. |
| Rent | $132,070 | 1.89% | $138,389 | 1.29% | $125,989 | 1.25% | $396,448 | 1.43% | Fixed | | No need for additional space for EndoWrist repairs. |
| Insurance Group | $110,040 | 1.57% | $151,624 | 1.41% | $123,787 | 1.23% | $385,451 | 1.39% | Partially variable | 1.39% | Consists of employee health insurance premiums. For purposes of my analysis, I treat this as variable. |
| Professional Fees | $76,345 | 1.09% | $101,522 | 0.95% | $134,047 | 1.33% | $311,914 | 1.12% | Fixed | | Consists of attorney and accountant fees and one off fees for consultant and training. |
| Insurance | $61,858 | 0.88% | $87,102 | 0.81% | $86,377 | 0.86% | $235,337 | 0.85% | Partially variable | 0.85% | Consists of life insurance, workers comp, general liability insurance premiums. For purposes of my analysis, I treat this as variable. |
| Outside Services | $40,858 | 0.58% | $80,989 | 0.76% | $90,703 | 0.90% | $212,550 | 0.76% | Fixed | | Consists of IT support and temporary employee labor fees. |
| Sales - Bonus | | 0.00% | $100,000 | 0.93% | $87,386 | 0.87% | $187,386 | 0.67% | Variable | 0.67% | |
| Operating Supplies | $28,480 | 0.41% | $86,029 | 0.80% | $62,804 | 0.62% | $177,313 | 0.64% | Variable | 0.64% | Consists of non-inventory production, lab supplies and small tools. |
| Maintenance & Repair | $33,229 | 0.47% | $69,539 | 0.65% | $47,595 | 0.47% | $150,363 | 0.54% | Fixed | | Fire prevention, janitorial cleaning, small repairs, lawn service and HVAC. |
| Office Expense | $50,009 | 0.71% | $59,239 | 0.55% | $27,090 | 0.27% | $136,338 | 0.49% | Partially variable | 0.49% | For purposes of my analysis, I treat this as variable. |
| Real Estate Taxes | $40,773 | 0.58% | $45,735 | 0.43% | $41,176 | 0.41% | $127,684 | 0.46% | Fixed | | |
| Entertainment | $47,255 | 0.68% | $40,153 | 0.37% | $32,022 | 0.32% | $119,430 | 0.43% | Variable | 0.43% | SIS would not require additional space. |
| Payroll Fees | $10,525 | 0.15% | $17,306 | 0.16% | $56,617 | 0.56% | $84,448 | 0.30% | Variable | 0.05% | Calculated as (0.30% Payroll Fees / (7.31% Wages - Sales + 0.67% Sales - Bonus + 4.10% Salaries/Employees + 2.65% Salaries/Officers + 0.10% Salaries Office AZ / 12.00% Wages - Sales + 0.20% Salaries/Employees) as I understand this relates to selling, general and administrative wages and bonuses paid. |
| Interest Expense | $34,572 | 0.49% | $19,034 | 0.18% | $9,679 | 0.10% | $63,285 | 0.23% | Fixed | | Consists of interest on the line of credit which would potentially decrease. |
| Sales & Marketing | $1,827 | 0.03% | $325 | 0.00% | $45,346 | 0.45% | $47,498 | 0.17% | Variable | 0.17% | |
| Dues & Subscriptions | $16,747 | 0.24% | $7,796 | 0.07% | $7,387 | 0.07% | $31,930 | 0.11% | Fixed | | |
| Printing & Advertise | $5,572 | 0.08% | $6,252 | 0.06% | $10,994 | 0.11% | $22,818 | 0.08% | Variable | 0.08% | |
| Meals | | 0.00% | | 0.00% | $22,469 | 0.22% | $22,469 | 0.08% | Variable | 0.08% | |
| Misc Expense | | 0.00% | $5,000 | 0.05% | $6,903 | 0.07% | $11,903 | 0.04% | Variable | 0.04% | |
| Licenses & Permits | $6,550 | 0.09% | $2,562 | 0.02% | $511 | 0.01% | $9,623 | 0.03% | Fixed | | |
| Promotional & Gifts | $1,948 | 0.03% | $1,098 | 0.01% | $3,286 | 0.03% | $6,332 | 0.02% | Variable | 0.02% | |
| Postage | $2,278 | 0.03% | $1,613 | 0.02% | $1,878 | 0.02% | $5,769 | 0.02% | Variable | 0.02% | |
| Amortization | $3,644 | 0.05% | $1,302 | 0.01% | | 0.00% | $4,946 | 0.02% | Fixed | | |
| Professional Mktg Fees | | 0.00% | $25 | 0.00% | $73 | 0.00% | $98 | 0.00% | Fixed | | |
| **Total selling** | $1,415,642 | 20.23% | $1,883,403 | 17.66% | $1,899,002 | 18.82% | $5,208,047 | 18.73% | | 6.93% | |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# SIS's Detailed SGA: 2019 - October 2021
# Second Rebuttal Schedule 15.1

| | [1] 2019 | | [2] 2020 | | [3] 2021 (thru Oct) | | [4] Total | | [4] Fixed / Variable | [4] Variable as a % of revenue | [4] Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Amount | % | Amount | % | Amount | % | Amount | % | | | |
| **General and admin:** | | | | | | | | | | | |
| Salaries/Employees | $267,488 | 3.82% | $356,501 | 3.32% | $516,607 | 5.12% | $1,140,596 | 4.10% | Essentially fixed | 0.20% | 0.20% Consists of IT, HR/Payroll, Recruiting, Accounting, COO and Account Managers. If SIS added approximately 2 Account Managers at approximately $50,000 each, or $100,000 in total wages, this would approximate 0.15% of the maximum annual lost EndoWrist repair revenue of approximately $68.5 million as shown on Second Rebuttal Schedule 2.0. For purposes of my analysis, I use 0.20% as variable. |
| Payroll Tax FICA | $192,098 | 2.75% | $272,758 | 2.54% | $273,616 | 2.71% | $738,472 | 2.66% | Variable | 2.66% | Calculated as (2.66% Payroll Tax FICA / (7.31% Wages - Sales + 0.67% Sales - Bonus + 4.10% Salaries/Employees + 2.65% Salaries/Officers + 0.10% Salaries Office AZ / 12.00% Wages - Sales + 0.20% Salaries/Employees) as I understand this relates to all selling, general and administrative wages and bonuses paid. |
| Salaries/Officers | $254,886 | 3.64% | $291,238 | 2.72% | $190,923 | 1.89% | $737,047 | 2.65% | Fixed | | |
| Travel | $234,380 | 3.35% | $173,676 | 1.62% | $248,886 | 2.47% | $656,942 | 2.36% | Partially variable | 1.00% | Large portion of current expenses is related to technical assistance or educational travel. For purposes of my analysis, treat this as variable. |
| Telephone | $30,596 | 0.44% | $38,251 | 0.36% | $31,391 | 0.31% | $100,238 | 0.36% | Fixed | | |
| Seminars/Conferences | $49,859 | 0.71% | $10,400 | 0.10% | $23,376 | 0.23% | $83,635 | 0.30% | Fixed | | |
| Payroll Tax - Other | $18,828 | 0.27% | $24,850 | 0.23% | $33,876 | 0.34% | $77,554 | 0.28% | Variable | 0.28% | Calculated as (0.28% Payroll Tax - Other / (7.31% Wages - Sales + 0.67% Sales - Bonus + 4.10% Salaries/Employees + 2.65% Salaries/Officers + 0.10% Salaries Office AZ / 12.00% Wages - Sales + 0.20% Salaries/Employees) as I understand this relates to selling, general and administrative wages and bonuses paid. |
| Utilities | $24,226 | 0.35% | $22,605 | 0.21% | $26,145 | 0.26% | $72,976 | 0.26% | Fixed | 0.26% | For purposes of my analysis, I treat this as variable. |
| Bad Debts | $23,805 | 0.34% | $20,000 | 0.19% | $2,164 | 0.02% | $45,969 | 0.17% | Fixed | | |
| Employee Recruitment | $6,892 | 0.10% | $5,287 | 0.05% | $24,267 | 0.24% | $36,446 | 0.13% | Variable | 0.13% | |
| Moving Expense | $8,590 | 0.12% | | 0.00% | $19,669 | 0.19% | $28,259 | 0.10% | Fixed | | |
| Salaries Office AZ | | 0.00% | | 0.00% | $26,428 | 0.26% | $26,428 | 0.10% | Fixed | | |
| Medical Reimburse | $5,120 | 0.07% | $1,569 | 0.01% | $7,107 | 0.07% | $13,796 | 0.05% | Fixed | | |
| Credit Card Fees | $5,249 | 0.08% | $5,247 | 0.05% | $3,168 | 0.03% | $13,664 | 0.05% | Fixed | | |
| Vehicle | $2,853 | 0.04% | | 0.00% | ($453) | 0.00% | $2,400 | 0.01% | Fixed | | Represents one employee. |
| Bank Charges | $777 | 0.01% | $470 | 0.00% | $825 | 0.01% | $2,072 | 0.01% | Fixed | | |
| Sales Tax | ($227) | 0.00% | $1,509 | 0.01% | $7 | 0.00% | $1,289 | 0.00% | Fixed | | |
| **Sub-total G&A expenses** | $1,125,420 | 16.09% | $1,224,361 | 11.42% | $1,428,002 | 14.15% | $3,777,783 | 13.58% | | 2.03% | |
| **Total expenses** | $2,541,062 | 36.32% | $3,117,764 | 29.07% | $3,327,004 | 32.97% | $8,985,830 | 32.31% | Rounded to | 8.86% / 9.00% | |

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

[1] Per SIS201176-188 at 176.

[2] Per SIS320922-935 at 922.

[3] Per SIS327629-636 at 629. Note: Per discussions with Greg Postal, SIS's 2021 sales approximated $12.4 million.

[4] Per discussions with Greg Postal.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Intuitive EndoWrist Instrument Average Selling Price, Units and Net Sales Dollars: 2020 - 2025
# Second Rebuttal Schedule 16.0

| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|
| **ASP per unit** | | | | | | | |
| [A] da Vinci S/Si | $2,572 | $2,659 | $2,538 | $2,538 | $2,538 | $2,538 | $2,588 |
| [A] da Vinci X/Xi | $2,542 | $2,657 | $2,666 | $2,666 | $2,666 | $2,666 | $2,649 |
| [A] Total ASP per unit | $2,546 | $2,658 | $2,663 | $2,663 | $2,663 | $2,663 | $2,646 |
| **Units** | | | | | | | |
| [B] da Vinci S/Si | ■ | ■ | ■ | 3,839 | 1,928 | 1,077 | 90,439 |
| [B] da Vinci X/Xi | ■ | ■ | ■ | 422,719 | 455,982 | 437,186 | 2,327,724 |
| [B] Total units | ■ | ■ | ■ | 426,558 | 457,910 | 438,263 | 2,418,163 |
| **Net sales dollars** | | | | | | | |
| [C] da Vinci S/Si | ■ | ■ | ■ | $9,743,382 | $4,893,264 | $2,733,426 | $234,046,893 |
| [C] da Vinci X/Xi | ■ | ■ | ■ | $1,126,968,854 | $1,215,648,012 | $1,165,537,876 | $6,165,398,677 |
| [C] Total net sales dollars | ■ | ■ | ■ | $1,136,712,236 | $1,220,541,276 | $1,168,271,302 | $6,399,445,570 |

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

[A] Per Second Rebuttal Schedule 13.0. ASP per unit after June 2022 is based on Intuitive ASP through June 2022. Total ASP is calculated based on the amounts herein.

[B] Per Second Rebuttal Schedule 6.0.

[C] = [A] * [B]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Lanham Act Based on Scenario 2 - Unenforceable Contracts
# (2 Year X/Xi Delay): 2020 - 2025
# Second Rebuttal Schedule 16.1

|  |  | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| **Intuitive's ASP per unit** | | | | | | | | |
| [A] | da Vinci S/Si | $2,572 | $2,659 | $2,538 | $2,538 | $2,538 | $2,538 | $2,594 |
| [A] | da Vinci X/Xi | $2,542 | $2,657 | $2,666 | $2,666 | $2,666 | $2,666 | $2,666 |
| **Lost EndoWrist repair units** | | | | | | | | |
| [B] | da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| [B] | da Vinci X/Xi | 0 | 0 | 8,779 | 33,862 | 40,179 | 14,008 | 96,828 |
| [B] | Total units | 1,273 | 1,796 | 9,700 | 34,293 | 40,349 | 14,043 | 101,454 |
| **Net sales dollars (undiscounted)** | | | | | | | | |
| [C] | da Vinci S/Si | $3,274,156 | $4,775,564 | $2,337,498 | $1,093,878 | $431,460 | $88,830 | $12,001,386 |
| [C] | da Vinci X/Xi | $0 | $0 | $23,404,814 | $90,276,092 | $107,117,214 | $37,345,328 | $258,143,448 |
| [C] | Total net sales dollars | $3,274,156 | $4,775,564 | $25,742,312 | $91,369,970 | $107,548,674 | $37,434,158 | $270,144,834 |
| [D] | Discount % | | | | | 12% | 12% | |
| [E] | Discount period | | | | | 0.5 | 1.5 | |
| [F] | Discount factor | 1.00000 | 1.00000 | 1.00000 | 1.00000 | 0.94491 | 0.84367 | |
| [G] | Discounted net sales dollars | $3,274,156 | $4,775,564 | $25,742,312 | $91,369,970 | $101,623,818 | $31,582,076 | $258,367,896 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Lanham Act Based on Scenario 2 - Unenforceable Contracts
# (2 Year X/Xi Delay): 2020 - 2025
# Second Rebuttal Schedule 16.1

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A]  Per Second Rebuttal Schedule 13.0.  ASP per unit after June 2022 is based on Intuitive ASP through June 2022.  Total ASP is calculated based on the amounts herein.

[B]  Per Second Rebuttal Schedule 4.2.

[C]  = [A] * [B]

[D]  For the GICS 35101010, Health Care Equipment & Supplies, Duff and Phelps - Cost of Capital Composite, September 30, 2022, the average SIC/GICS Composite WACC (weighted average cost of capital) is 9.2% and median WACC is 8.9%.  For the small composite, the WACC is 11.1% to 11.2% (CRSP Decile).  For purposes of my analysis I use 12%, which is conservative.  Note:  The projections after 2022 do not include growth, therefore the discount rate would likely be less.

[E]  Calculated using the mid-year convention to January 1, 2024, the approximate date of trial.

[F]  = ( 1 + [H] ) ^ - [I], rounded to 5 decimals.

[G]  = Net sales dollars (undiscounted) per [C] * [F]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Lanham Act Based on Scenario 2 - Unenforceable Contracts
# (1 Year X/Xi Delay): 2020 - 2025
# Second Rebuttal Schedule 16.2

| | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| **Intuitive's ASP per unit** | | | | | | | | |
| [A] | da Vinci S/Si | $2,572 | $2,659 | $2,538 | $2,538 | $2,538 | $2,538 | $2,594 |
| [A] | da Vinci X/Xi | $2,542 | $2,657 | $2,666 | $2,666 | $2,666 | $2,666 | $2,665 |
| **Lost EndoWrist repair units** | | | | | | | | |
| [B] | da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| [B] | da Vinci X/Xi | 0 | 8,329 | 29,263 | 47,407 | 40,179 | 14,008 | 139,186 |
| [B] | Total units | 1,273 | 10,125 | 30,184 | 47,838 | 40,349 | 14,043 | 143,812 |
| **Net sales dollars (undiscounted)** | | | | | | | | |
| [C] | da Vinci S/Si | $3,274,156 | $4,775,564 | $2,337,498 | $1,093,878 | $431,460 | $88,830 | $12,001,386 |
| [C] | da Vinci X/Xi | $0 | $22,130,153 | $78,015,158 | $126,387,062 | $107,117,214 | $37,345,328 | $370,994,915 |
| [C] | Total net sales dollars | $3,274,156 | $26,905,717 | $80,352,656 | $127,480,940 | $107,548,674 | $37,434,158 | $382,996,301 |
| [D] | Discount % | | | | | 12% | 12% | |
| [E] | Discount period | | | | | 0.5 | 1.5 | |
| [F] | Discount factor | 1.00000 | 1.00000 | 1.00000 | 1.00000 | 0.94491 | 0.84367 | |
| [G] | Discounted net sales dollars | $3,274,156 | $26,905,717 | $80,352,656 | $127,480,940 | $101,623,818 | $31,582,076 | $371,219,363 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Lanham Act Based on Scenario 2 - Unenforceable Contracts
# (1 Year X/Xi Delay): 2020 - 2025
# Second Rebuttal Schedule 16.2

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

[A]  Per Second Rebuttal Schedule 13.0.  ASP per unit after June 2022 is based on Intuitive ASP through June 2022.  Total ASP is calculated based on the amounts herein.

[B]  Per Second Rebuttal Schedule 4.5.

[C]  = [A] * [B]

[D]  For the GICS 35101010, Health Care Equipment & Supplies, Duff and Phelps - Cost of Capital Composite, September 30, 2022, the average SIC/GICS Composite WACC (weighted average cost of capital) is 9.2% and median WACC is 8.9%.  For the small composite, the WACC is 11.1% to 11.2% (CRSP Decile).  For purposes of my analysis I use 12%, which is conservative.  Note:  The projections after 2022 do not include growth, therefore the discount rate would likely be less.

[E]  Calculated using the mid-year convention to January 1, 2024, the approximate date of trial.

[F]  = ( 1 + [H] ) ^ - [I], rounded to 5 decimals.

[G]  = Net sales dollars (undiscounted) per [C] * [F]

Page 2 of 2