HIGHLY CONFIDENTIAL

Page 1

1             UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                 SAN FRANCISCO DIVISION

4   IN RE: DA VINCI SURGICAL ROBOT     ) Lead Case No.:
    ANTITRUST LITIGATION,              ) 3:21-cv-03825-VC
5   -----------------------------------)

    THIS DOCUMENT RELATES TO:          )
6   ALL CASES                          )
    -----------------------------------)

7

8   SURGICAL INSTRUMENT SERVICE        )
    COMPANY, INC.,                     ) Case No.
9                                      ) 3:21-cv-03496-VC

                    Plaintiff,         )
10                                     )

            vs.                        )
11                                     )

    INTUITIVE SURGICAL, INC.,          )
12                                     )

                    Defendant.         )
13  -----------------------------------)

14

15

16    ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***

17

18             REMOTE PROCEEDINGS OF THE

19             DEPOSITION OF STAN HAMILTON

20              FRIDAY, NOVEMBER 4, 2022

21

22

23  REPORTED BY NANCY J. MARTIN

24  CSR. NO. 9504, RMR, RPR

25  PAGES 1 - 112

HIGHLY CONFIDENTIAL

Page 2

1               UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                  SAN FRANCISCO DIVISION

4   IN RE: DA VINCI SURGICAL ROBOT     ) Lead Case No.:
    ANTITRUST LITIGATION,              ) 3:21-cv-03825-VC
5   -----------------------------------)

    THIS DOCUMENT RELATES TO:          )
6   ALL CASES                          )
    -----------------------------------)

7

8   SURGICAL INSTRUMENT SERVICE        )
    COMPANY, INC.,                     ) Case No.
9                                      ) 3:21-cv-03496-VC
                    Plaintiff,         )
10                                     )
           vs.                         )
11                                     )
    INTUITIVE SURGICAL, INC.,          )
12                                     )
                    Defendant.         )
13  -----------------------------------)

14

15     ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***

16

17                       - - -

18              Friday, November 4, 2022

19                       - - -

20     Remote Deposition of STAN HAMILTON

21  beginning at 11:14 a.m., before Nancy J. Martin, a

22  Registered Merit Reporter, Certified Shorthand

23  Reporter.  All parties appeared remotely.

24

25

HIGHLY CONFIDENTIAL

```
                                                    Page  3

 1        A P P E A R A N C E S :
 2
          ALEXANDER ERWIG, ESQ.
 3        DOVEL & LUNER LLP
          201 Santa Monica Boulevard
 4        Suite 600
          Santa Monica, California  90401
 5        alexander@dovel.com
          Counsel for the Deponent
 6
          JEFFREY J. CORRIGAN, ESQ.
 7        JEFFREY SPECTOR, ESQ.
          SPECTOR ROSEMAN & KODROFF PC
 8        2001 Market Street
          Suite 3420
 9        Philadelphia, Pennsylvania  19103
          jcorrigan@srkattorneys.com
10        (215) 496-0300
          Counsel for the hospital plaintiffs
11
          ANDREW D. LAZEROW, ESQ.
12        ANNA BOBROW, ATTORNEY AT LAW
          COVINGTON & BURLING LLP
13        850 Tenth Street, NW
          Washington, D.C.  20001
14        (202) 662-5081
          alazerow@cov.com
15        Counsel for Intuitive Surgical Inc.
16        DONNY K. SAMPORNA, ESQ.
          HALEY GUILIANO LLP
17        111 North Market Street
          Suite 900
18        San Jose, California  95113
          (669) 213-1080
19        donny.samporna@hglaw.com
          Counsel for Surgical Instrument Service, Incorporated
20
21        ALSO PRESENT:
22        WILL DAVIS, LEGAL VIDEOGRAPHER
23
24
25
```

HIGHLY CONFIDENTIAL

Page 15

1    repairing X and Xi compatible endoWrists?

2         A.   That's far enough back that I couldn't give

3    you a year or date or anything for that.  I mean the

4    Xi has been in the marketplace for quite a while, and

5    we -- Rebotix had been considering it for quite a

6    while.  There were activities to do preliminary work

7    and that kind of thing, which goes back several years,

8    and beyond that, I just don't have a clear memory at

9    this time for the year.

10        Q.   Would you say that you were considering

11   repairing Xi endoWrists as far back as 2017?

12        A.   That is certainly possible, yes.

13        Q.   When would Rebotix have started to repair X

14   and Xi compatible endoWrists in a world without

15   Intuitive's anticompetitive conduct?

16             MR. ERWIG:   Objection.   Speculation.

17             THE WITNESS:   Answer?

18   BY MR. CORRIGAN:

19        Q.   Yes, please.

20        A.   Okay.   I can -- my best thought around that

21   would be that it could have been as early as 2019 or

22   so, around there, yeah.

23        Q.   I read Mr. Pap had submitted a declaration in

24   that case, and in that declaration he stated that

25   Rebotix had spent $5 million in R&D for S and Si

Page 38

1    you're describing, yes.

2    BY MR. LAZEROW:

3        Q.  Does the term interceptor chip mean anything

4    to you in the context of Rebotix's efforts with the Si

5    endoWrists?

6        A.  Yes.  It was mainly just an internal name as

7    part of the development project that ended up being

8    externalized, but yes.

9        Q.  The -- the process -- does -- sitting here

10   today, does Rebotix have a process that it is

11   following to try to reset Xi endoWrist instruments?

12           MR. ERWIG:  Object to form.

13           THE WITNESS:  I would say the way to answer

14   that most clearly is that there is a process under

15   development which has not been released yet.

16   BY MR. LAZEROW:

17       Q.  Does that process include the use of the

18   interceptor chip?

19       A.  No.

20       Q.  Has -- sitting here today, has Rebotix

21   figured out how to circumvent the usage counter on Xi

22   endoWrist instruments?

23           MR. ERWIG:  Objection.  Form.

24           THE WITNESS:  Substantially, yes.

25   BY MR. LAZEROW:

HIGHLY CONFIDENTIAL

Page 39

1           Q.   But not 100 percent?

2           A.   Meaning if the process is fully developed and

3      ready to implement, not 100 percent.

4           Q.   What is missing from the process in order --

5      what is missing from the process to fully develop and

6      implement the ability to reset the usage of Xi

7      endoWrist instruments?

8                MR. ERWIG:   Object to form.

9                THE WITNESS:   Final procedures, testing,

10     validation, same things we had to go through for the

11     Si.  All the testing that has to be done, and is now

12     in progress, but it takes time.

13     BY MR. LAZEROW:

14          Q.   I want to make sure I understand your

15     testimony.

16               Are you saying that from a technical

17     standpoint, Rebotix has actually reset the usage

18     calendar of an Xi endoWrist instrument as of today?

19               MR. ERWIG:   Object to form.

20               THE WITNESS:   I'm not sure how you're even

21     defining that.  Have we done that in the marketplace?

22     I said no.  Have we done the technical equivalent of

23     that.  I said yes.  And there are many steps between

24     the technical equivalent and releasing it into the

25     marketplace.

HIGHLY CONFIDENTIAL

Page 40

1     BY MR. LAZEROW:

2          Q.   I'm sorry.  Were you done?  I apologize.

3     Were you done with your answer?

4          A.   Uh-huh.

5          Q.   So I'm not talking about release in the

6     marketplace.  I'm not talking about anything related

7     to marketing.  I'm only focusing from a technical

8     aspect in your work -- in the work that Rebotix has

9     done, whether Rebotix has, in fact, technologically

10    speaking, from a technical standpoint, has gotten an

11    endoWrist, and Xi endoWrist and has reset the usage

12    counter so that it has the original number of lives

13    that were on it when it was sold new?

14              MR. CORRIGAN:  Object to the form.

15              MR. ERWIG:  Same objection.

16              THE WITNESS:  Again, we have done the

17    technical part of that process.  So in other words,

18    doing something on a lab bench, doing something in the

19    final validated form, validating with a robot, those

20    kinds of things.  Technically, the process of

21    modifying locations in the RFID at now memory chip,

22    yes, has been done.

23              MR. ERWIG:  Also, I just want to quickly

24    interject that we're going to mark this "Attorney's

25    Eyes Only."

HIGHLY CONFIDENTIAL

Page 41

1    BY MR. LAZEROW:

2         Q.   So I just want to make sure I understand

3    that -- what you're saying because I'm not sure I do,

4    to be frank.

5             I just want to know has Rebotix taken an

6    endoWrist, an Xi endoWrist and been able, on its bench

7    or in its lab, to go from, you know -- and add more

8    lives to it?

9             MR. ERWIG:   Hang on, Stan.

10            Objection to form.   Asked and answered.

11   BY MR. LAZEROW:

12        Q.   You can answer the question.

13        A.   You'll have to be more specific about the --

14   you're trying to ask a technical question, and I'm

15   trying to answer you with a technical answer.   That's

16   the best answer I can give you.

17            We understand the numbering of exactly where

18   the use calendar is on the lab bench.   That has all

19   been analyzed, and I certainly hope this is attorney's

20   eyes only, and that is respected.   And, yes, we have

21   done that.   We know exactly where the use calendar is.

22   On the app mobile device, we have the locations.   We

23   do know exactly how to do it from a technical

24   perspective on the lab bench.   That's all I can say

25   about it, and that should be enough.

HIGHLY CONFIDENTIAL

Page 42

1          Q.   So from a technical perspective today -- as

2    of today, Rebotix has figured out how to reset the

3    usage counter for Xi instruments.

4               Is that what you're saying?

5               MR. CORRIGAN:   Objection.   Asked and

6    answered.

7               MR. ERWIG:   Same objection.

8               THE WITNESS:   I agree.   Yes.   I answered.

9    BY MR. LAZEROW:

10         Q.   Is the answer "yes"?

11         A.   Yes.

12         Q.   Okay.   When did Rebotix start the process of

13   trying to reset endoWrist Xi instruments?

14         A.   I -- I can't give you a date on that because

15   it started years ago in terms of beginning the process

16   of looking into what the technology was, you know,

17   things like understanding how the interface worked and

18   what the challenges would be.   That started years ago.

19              The focus was on the Si, you know, to get out

20   into the marketplace and actually see what happened,

21   where we were at in the marketplace, and from a

22   process development perspective that kind of thing,

23   focus was on the Si.   But looking into the Xi, that

24   goes back years.

25         Q.   Was there a time when the focus shifted to

HIGHLY CONFIDENTIAL

Page 43

1    working on the Xi?

2         A.  From a development perspective?

3         Q.  Yes.

4         A.  Yes, because Si development was done.

5    However, the speed of development for the development

6    effort itself required funding, financing, resources,

7    and external -- coordinating things like external labs

8    and test labs, external certification houses and all

9    those kinds of things that we used before.

10            And so that's certainly restricted the -- the

11   ability of the project to move forward in a serious

12   way because that -- that funding was not coming from

13   the Si as it had been planned.  You know, again,

14   despite the fact that there was very, very good

15   acceptance in the hospital, we did have processes that

16   went into place, and none of the hospitals or a number

17   of customers in large hospital groups and many, many

18   that came on board did this, and this never ever

19   really develop.  Despite all that demand, it never

20   really developed because it was restricted.

21            And so the funding -- the business plan was

22   clearly to fund -- I don't think that's any secret.

23   The business plan was to fund the Xi development,

24   which we're referring to from the Si business, and

25   that was certainly what affected the timing.

HIGHLY CONFIDENTIAL

Page 44

1          So even though I suggested it was a year ago,

2   it was and I don't remember exactly when because it

3   was quite -- you know, several years ago when we began

4   looking into doing the Xi, but it clearly did involve

5   resources, technical, regulatory validation,

6   certification, all those same resources were required

7   again.

8          And so in that aspect there are delays, and

9   also what point was there in investing all that money

10  in moving forward if the same things that Intuitive

11  was able to do to -- to suppress our business would

12  have been done for the Xi also.  Same story.

13     Q.  When does Rebotix expect to be done and have

14  a final validated form of the process to reset Xi

15  endoWrist instruments?

16          MR. ERWIG:  Object to form.

17          THE WITNESS:  Next year.  This coming year.

18  2023.

19  BY MR. LAZEROW:

20     Q.  Can you -- do you have any idea which part of

21  2023 you're thinking of?

22     A.  I can't give you a specific date at this

23  time.  It depends on other things like external test

24  labs and certification, for example.  There are many

25  things that affect the schedule and availability of