```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
     IN RE: DA VINCI SURGICAL        )
 5   ROBOT ANTITRUST LITIGATION      ) Case No.:
     _____ ) 3:21-cv-03825-VC
 6   THIS DOCUMENT RELATES TO:       )
     ALL CASES                       ) Pages 1 to 205
 7   _____ )
     SURGICAL INSTRUMENT SERVICE     )
 8   COMPANY, INC.,                  )
                                     )
 9             Plaintiff,            )
                                     )
10        vs.                        )
                                     )
11   INTUITIVE SURGICAL, INC.,       )
                                     )
12             Defendant.            )
     _____)
13
14
15                      DEPOSITION OF:
16             CLIFTON EARL PARKER, VOLUME I
17                TUESDAY, OCTOBER 25, 2022
18             9:08 a.m. Eastern Daylight Time
19
20   REPORTED BY:
21   Vickie Blair
22   CSR No. 8940, RPR-CRR
23   JOB NO. 5541122
24
25   PAGES 1 - 207

                                                      Page 1
```

```
 1    Deposition of CLIFTON EARL PARKER, the witness, taken on
 2    behalf of the Defendant, on Tuesday, October 25, 2022,
 3    9:08 a.m. Eastern Daylight Time, before VICKIE BLAIR,
 4    CSR No. 8940, RPR-CRR.
 5
 6    APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8    FOR THE WITNESS:
 9            JEFFREY L. BERHOLD, P.C.
              BY JEFF L. BERHOLD, Partner
10            1230 Peachtree Street
              Suite 1050
11            Atlanta, Georgia  30309
              404-872-3800
12            jeff@berhold.com
13    FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
      SERVICE CO. INC.:
14
              HALEY GUILIANO LLP
15            BY RICHARD T. MCCAULLEY, Partner
              111 North Market Street
16            Suite 900
              San Jose, California  95113
17            +1 669 213 1071
              richard.mccaulley@hglaw.com
18
              HALEY GUILIANO LLP
19            BY DONNY K. SAMPORNA, Associate
              111 North Market Street
20            Suite 900
              San Jose, California  95113
21            +1 669 213 1080
              donny.samporna@hglaw.com
22
23
24
25
```

```
 1    APPEARANCES OF COUNSEL VIA ZOOM:   (Continued)
 2    FOR DEFENDANT INTUITIVE SURGICAL, INC.:
 3             COVINGTON & BURLING LLP
               BY SONYA D. WINNER, Partner
 4             415 Mission Street
               Suite 5400
 5             San Francisco, California  94105-2533
               +1 415 591 7072
 6             swinner@cov.com
 7             COVINGTON & BURLING LLP
               BY ANNA BOBROW, Associate
 8             850 Tenth Street, NW
               Washington, D.C.  20001-4956
 9             +1 202 662 5948
               abobrow@cov.com
10
      INTERIM CO-LEAD COUNSEL FOR THE PROPOSED CLASS:
11
               SPECTOR ROSEMAN & KODROFF, P.C.
12             BY JEFFREY L. SPECTOR, Partner
               2001 Market Street
13             Suite 3420
               Philadelphia, Pennsylvania  19103
14             P: 215-496-0300
               jspector@srkattorneys.com
15
               SPECTOR ROSEMAN & KODROFF, P.C.
16             BY JEFFREY J. CORRIGAN, Partner
               2001 Market Street
17             Suite 3420
               Philadelphia, Pennsylvania  19103
18             P: 215-496-0300
               jcorrigan@srkattorneys.com
19
      ALSO PRESENT:
20
               RAMON A. PERAZA, Videographer
21
22
23
24
25

                                                    Page 3
```

| | | | |
|---|---|---|---|
| 1 | customers; correct? | | 11:49:19 |
| 2 | A Yes. | | 11:49:20 |
| 3 | Q What types of contracts are those? | | 11:49:20 |
| 4 | A All we have right now is verbal agreements | | 11:49:21 |
| 5 | with Alliance Healthcare. | | 11:49:26 |
| 6 | We do have a written statement of work, | | 11:49:27 |
| 7 | SOWs with Marcus Engineering to do development work, so | | 11:49:34 |
| 8 | those are signed agreements. | | 11:49:38 |
| 9 | We -- we have a distribution agreement | | 11:49:41 |
| 10 | with Medline that covers both the Si and Xi sales and | | 11:49:49 |
| 11 | distribution. | | 11:49:55 |
| 12 | Q Uh-huh. | | 11:49:59 |
| 13 | A That's currently in place right now. | | 11:50:01 |

14
15
16
17
18
19
20
21
22
23
24
25

Veritext Legal Solutions
866 299-5127

```
 1 
 2 
 3 
 4 
 5 
 6 
 7 
 8 
 9 
10 
11 
12 
```

| | | |
|---|---|---|
| 13 | Q      When did Restore first consider repairing | 11:51:30 |
| 14 | Xi and X compatible EndoWrists, roughly? | 11:51:33 |
| 15 | A      We were first contacted by Rebotix, or | 11:51:38 |
| 16 | Kevin and Rebotix met, and I believe it was -- it was | 11:51:44 |
| 17 | April of 2018, and then sometime between April 2018 and | 11:51:48 |
| 18 | October '18, we had the discussions with Rebotix to be | 11:51:53 |
| 19 | their repair center. | 11:52:01 |
| 20 | So we were doing -- we started doing the | 11:52:02 |
| 21 | repairs for their customers, our customers, and any | 11:52:04 |
| 22 | other distributors starting in October of 2018. | 11:52:09 |
| 23 | And then December of 2019, I think, is | 11:52:14 |
| 24 | when we undertook our development efforts to develop | 11:52:21 |
| 25 | our technology.  I think we got our first chips, our | 11:52:25 |

Page 142