Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>          Plaintiff/Counterclaim-Defendant,<br><br>     vs.<br><br>INTUITIVE SURGICAL, INC.,<br><br>          Defendant/Counterclaimant. | Case No.:  3:21-CV-03496-AMO-LB<br><br>**DEFENDANT'S NOTICE OF RE-FILING MATERIALS SUBJECT TO THE COURT'S OMNIBUS SEALING ORDER**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

1  In response to the Court's May 3, 2024 Order (ECF No. 221) endorsing the Parties' stipulation to re-file materials they filed provisionally under seal, Intuitive Surgical is hereby filing public versions of the documents listed below, which Intuitive provisionally filed under seal.  Intuitive has removed or modified redactions to these documents as necessary to conform to the Court's April 1, 2024 Omnibus Sealing Order (ECF No. 205).

| Att. No. | Brief | Exhibit No. | Original Docket No. | Originally Filed Under Seal/Redacted | Currently Redacted/Public |
|---|---|---|---|---|---|
| 1 | Sargent Daubert Motion - ECF No. 117 | | 117 | Redacted | Public |
| 2 | | Exhibit 1 | 117.2 | Sealed | Public |
| 3 | | Exhibit 2 | 117.3 | Sealed | Public |
| 4 | | Exhibit 3 | 117.4 | Sealed | Public |
| 5 | | Exhibit 4 | 117.5 | Sealed | Public |
| 6 | | Exhibit 6 | 117.7 | Sealed | Public |
| 7 | | Exhibit 9 | 117.10 | Redacted | Redacted |
| 8 | | Exhibit 10 | 117.11 | Sealed | Public |
| 9 | Humphrey Daubert Motion - ECF No. 118 | | 118 | Redacted | Public |
| 10 | | Exhibit 4 | 118.5 | Redacted | Redacted |
| 11 | | Exhibit 6 | 118.7 | Sealed | Public |
| 12 | | Exhibit 7 | 118.8 | Sealed | Public |
| 13 | | Exhibit 8 | 118.9 | Sealed | Public |
| 14 | | Exhibit 9 | 118.10 | Sealed | Redacted |
| 15 | | Exhibit 10 | 118.11 | Sealed | Redacted |
| 16 | | Exhibit 11 | 118.12 | Sealed | Redacted |
| 17 | | Exhibit 12 | 118.13 | Sealed | Redacted |
| 18 | Mahal Daubert Motion - ECF No. 119 | | 119 | Redacted | Public |
| 19 | | Exhibit 1 | 119.2 | Sealed | Public |
| 20 | | Exhibit 2 | 119.3 | Sealed | Public |
| 21 | | Exhibit 3 | 119.4 | Sealed | Public |
| 22 | | Exhibit 4 | 119.5 | Redacted | Redacted |

| Att. No. | Brief | Exhibit No. | Original Docket No. | Originally Filed Under Seal/Redacted | Currently Redacted/Public |
|---|---|---|---|---|---|
| 23 | Parnell Daubert Motion - ECF No. 120 | | 120 | Redacted | Public |
| 24 | | Exhibit 1 | 120.2 | Sealed | Redacted |
| 25 | | Exhibit 2 | 120.3 | Sealed | Redacted |
| 26 | | Exhibit 3 | 120.4 | Sealed | Public |
| 27 | | Exhibit 4 | 120.5 | Sealed | Public |
| 28 | | Exhibit 6 | 120.7 | Sealed | Public |
| 29 | | Exhibit 8 | 120.9 | Redacted | Redacted |
| 30 | | Exhibit 9 | 120.10 | Redacted | Redacted |
| 31 | | Exhibit 10 | 120.11 | Redacted | Public |
| 32 | | Exhibit 12 | 120.13 | Sealed | Public |
| 33 | Phillips Daubert - ECF No. 121 | | 121 | Sealed | Public |
| 34 | | Exhibit 1 | 121.2 | Sealed | Public |
| 35 | | Exhibit 2 | 121.3 | Sealed | Public |
| 36 | | Exhibit 3 | 121.4 | Sealed | Public |
| 37 | | Exhibit 4 | 121.5 | Redacted | Redacted |
| 38 | | Exhibit 5 | 121.6 | Sealed | Public |
| 39 | | Exhibit 8 | 121.9 | Sealed | Public |
| 40 | | Exhibit 9 | 121.10 | Sealed | Public |
| 41 | | Exhibit 10 | 121.11 | Sealed | Public |
| 42 | | Exhibit 11 | 121.12 | Redacted | Public |
| 43 | | Exhibit 12 | 121.13 | Sealed | Public |
| 44 | Bero Daubert Motion - ECF No. 126 | | 126 | Redacted | Public |
| 45 | | Exhibit 1 | 126.2 | Sealed | Redacted |
| 46 | | Exhibit 2 | 126.3 | Sealed | Public |
| 47 | | Exhibit 3 | 126.4 | Redacted | Redacted |
| 48 | | Exhibit 4 | 126.5 | Sealed | Redacted |
| 49 | | Exhibit 5 | 126.6 | Sealed | Redacted |
| 50 | | Exhibit 6 | 126.7 | Sealed | Public |
| 51 | | Exhibit 7 | 126.8 | Sealed | Public |
| 52 | | Exhibit 8 | 126.9 | Sealed | Public |

| Att. No. | Brief | Exhibit No. | Original Docket No. | Originally Filed Under Seal/Redacted | Currently Redacted/Public |
|---|---|---|---|---|---|
| 53 | Lamb Daubert Motion - ECF No. 129 | | 129 | Redacted | Public |
| 54 | | Exhibit 1 | 129.2 | Sealed | Public |
| 55 | | Exhibit 2 | 129.3 | Redacted | Public |
| 56 | | Exhibit 3 | 129.4 | Sealed | Public |
| 57 | Opposition to Plaintiff's MSJ and Cross-MSJ - ECF No. 137 | | 137 | Redacted | Redacted |
| 58 | | Smith Dec. Ex. 1 | 137.6 | Redacted | Public |
| 59 | | Cahoy Dec. Ex. 10 | 137.13 | Redacted | Redacted |
| 60 | | Cahoy Dec. Ex. 11 | 137.14 | Sealed | Public |
| 61 | | Cahoy Dec. Ex. 12 | 137.15 | Sealed | Public |
| 62 | | Cahoy Dec. Ex. 13 | 137.16 | Sealed | Public |
| 63 | | Cahoy Dec. Ex. 16 | 137.19 | Sealed | Public |
| 64 | | Cahoy Dec. Ex. 21 | 137.24 | Sealed | Public |
| 65 | | Cahoy Dec. Ex. 22 | 137.25 | Sealed | Public |
| 66 | | Cahoy Dec. Ex. 23 | 137.26 | Sealed | Public |
| 67 | | Cahoy Dec. Ex. 24 | 137.27 | Sealed | Public |
| 68 | | Cahoy Dec. Ex. 27 | 137.30 | Sealed | Public |

| Att. No. | Brief | Exhibit No. | Original Docket No. | Originally Filed Under Seal/Redacted | Currently Redacted/Public |
|---|---|---|---|---|---|
| 69 |  | Cahoy Dec. Ex. 28 | 137.31 | Sealed | Public |
| 70 |  | Cahoy Dec. Ex. 29 | 137.32 | Sealed | Public |
| 71 |  | Cahoy Dec. Ex. 30 | 137.33 | Sealed | Public |
| 72 |  | Cahoy Dec. Ex. 31 | 137.34 | Sealed | Public |
| 73 |  | Cahoy Dec. Ex. 32 | 137.35 | Sealed | Public |
| 74 |  | Cahoy Dec. Ex. 34 | 137.36 | Sealed | Public |
| 75 |  | Cahoy Dec. Ex. 35 | 137.37 | Sealed | Public |
| 76 |  | Cahoy Dec. Ex. 36 | 137.38 | Sealed | Public |
| 77 |  | Cahoy Dec. Ex. 37 | 137.39 | Sealed | Public |
| 78 |  | Cahoy Dec. Ex. 39 | 137.41 | Redacted | Redacted |
| 79 |  | Cahoy Dec. Ex. 40 | 137.42 | Sealed | Public |
| 80 |  | Cahoy Dec. Ex. 47 | 137.45 | Sealed | Public |
| 81 |  | Cahoy Dec. Ex. 51 | 137.46 | Redacted | Public |
| 82 |  | Cahoy Dec. Ex. 75 | 137.54 | Redacted | Redacted |

4

| Att. No. | Brief | Exhibit No. | Original Docket No. | Originally Filed Under Seal/Redacted | Currently Redacted/Public |
|---|---|---|---|---|---|
| 83 | | Cahoy Dec. Ex. 76 | 137.55 | Redacted | Public |
| 84 | | Cahoy Dec. Ex. 77 | 137.56 | Sealed | Public |
| 85 | | Cahoy Dec. Ex. 78 | 137.57 | Sealed | Public |
| 86 | | Cahoy Dec. Ex. 79 | 137.58 | Sealed | Public |
| 87 | | Cahoy Dec. Ex. 80 | 137.59 | Sealed | Public |
| 88 | | Cahoy Dec. Ex. 81 | 137.60 | Sealed | Redacted |
| 89 | | Cahoy Dec. Ex. 84 | 137.63 | Yes | Public |
| 90 | | Cahoy Dec. Ex. 85 | 137.64 | Redacted | Redacted |
| 91 | | Cahoy Dec. Ex. 86 | 137.65 | Yes | Public |
| 92 | | Cahoy Dec. Ex. 89 | 137.68 | Yes | Redacted |
| 93 | | Cahoy Dec. Ex. 90 | 137.69 | Redacted | Redacted |
| 94 | | Cahoy Dec. Ex. 94 | 137.71 | Yes | Public |
| 95 | | Cahoy Dec. Ex. 95 | 137.72 | Redacted | Redacted |
| 96 | Phillips Daubert Reply - ECF No. 165 | | 165 | Redacted | Public |

| Att. No. | Brief | Exhibit No. | Original Docket No. | Originally Filed Under Seal/Redacted | Currently Redacted/Public |
|---|---|---|---|---|---|
| 97 | | Exhibit 17 | 165.2 | Redacted | Public |
| 98 | Humphrey Daubert Reply - ECF No. 166 | | 166 | Redacted | Redacted |
| 99 | Bero Daubert Reply - ECF No. 172 | | 172 | Redacted | Redacted |
| 100 | Summary Judgement Reply - ECF No. 177 | | 177 | Redacted | Public |
| 101 | | Exhibit 97 | 177.3 | Sealed | Public |
| 102 | | Exhibit 104 | 177.8 | Sealed | Public |

Dated:  May 17, 2024

By: s/Kathryn E. Cahoy
KATHRYN E. CAHOY

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLING LLP**
3000 El CamiPublic Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Andrew Lazerow (*Pro Hac Vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
allen@allenruby.com
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

Attorneys for *Defendant*
*Intuitive Surgical, Inc.*

.

## CERTIFICATE OF SERVICE

On May 17, 2024, I caused a copy of the Defendant's Notice of Re-Filing Materials Subject to the Court's Omnibus Sealing Order to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dated: May 17, 2024     By:   s/Kathryn E. Cahoy
                                     KATHRYN E. CAHOY