ATTACHMENT 3

```
1

2    UNITED STATES DISTRICT COURT

3    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4    SAN FRANCISCO DIVISION

5     - - - - - - - - - - - - - - - - - - - -x

6    SURGICAL INSTRUMENT SERVICE COMPANY, INC.,

7                        Plaintiff,

8          -against-

9    INTUITIVE SURGICAL, INC.,

10                       Defendant.

11    - - - - - - - - - - - - - - - - - - - -x

12                   Virtual Zoom Deposition

13                   March 6, 2023

                     8:30 a.m.

14

15

16     VIRTUAL VIDEO DEPOSITION of JEAN SARGENT,

17    in the above-entitled action, held at the

18    above time and place, taken before Jeremy

19    Richman, a Shorthand Reporter and Notary

20    Public of the State of New York, pursuant to

21    the Federal Rules of Civil Procedure, and

22    stipulations between Counsel.

23

24               *       *       *

25
```

Page 1

```
 1
 2    APPEARANCES:
 3
 4       MCCAULLEY LAW GROUP
                Attorneys for Plaintiff
 5              180 North Wabash Avenue, Suite 601
                Chicago, Illinois 60601
 6
         BY:   JOHN VAN HOVEN, ESQ.
 7
 8
         COVINGTON & BURLING LLP
 9              Attorneys for Defendant
                850 Tenth Street, NW
10              Washington, D.C. 20001
         BY:   ANDREW LAZEROW, ESQ.
11                  -and-
                1999 Avenue of the Stars
12              Los Angeles, California 90067
         BY:   AUSTIN MARTIN, ESQ.
13
14
      PRESENT:
15    COREY WAINAINA, Videographer
      BILL CRADDOCK, Concierge
16              *       *       *
17
18
19
20
21
22
23
24
25
```

Page 2

```
 1                    J. SARGENT
 2        Q.    When did you learn that?          08:55:43
 3        A.    It's been a few years.            08:55:45
 4        Q.    Do you recall when you first      08:55:53
 5   learned it?                                  08:55:54
 6        A.    It might have been summer of      08:55:58
 7   2019.                                        08:56:04
 8        Q.    Did you learn it in               08:56:05
 9   connection with your work for                08:56:06
10   MarinHealth?                                 08:56:11
11        A.    Yes.                              08:56:12
12        Q.    Prior to your work for            08:56:12
13   MarinHealth, were you aware that some        08:56:15
14   EndoWrist instruments had, were listed       08:56:18
15   with a certain number of uses?               08:56:25
16             MR. VAN HOVEN:  Objection to       08:56:28
17        form.                                   08:56:29
18        A.    I don't recall.                   08:56:29
19        Q.    Okay.  Are you aware, sitting     08:56:34
20   here today, that FDA has now given 510       08:56:44
21   clearance to a company to modify one         08:56:48
22   S -- Si instrument for an additional 11      08:56:50
23   uses?                                        08:56:54
24             MR. VAN HOVEN:  Objection to       08:56:55
25        form.                                   08:56:57
```

Page 26

```
 1                    J. SARGENT
 2        A.    No.                        08:56:57
 3        Q.    Let's turn back to DX228.  08:57:03
 4   That is your opening report.  And if  08:57:09
 5   you'd go to paragraph 17.             08:57:18
 6        A.    Yes.                        08:57:36
 7        Q.    Paragraph 17 says, List of 08:57:36
 8   all publications I have authored or    08:57:38
 9   co-authored in the past 10 years       08:57:41
10   included in attachment one, do you see 08:57:43
11   that?                                  08:57:44
12        A.    Yes.                        08:57:45
13        Q.    Have there been any new     08:57:45
14   publications since you submitted this  08:57:47
15   on December 2nd?                       08:57:50
16        A.    No.                        08:57:52
17        Q.    So attachment one is a      08:57:55
18   complete list of all the publications  08:57:57
19   you authored or co-authored in the last 08:57:59
20   10 years; is that fair?               08:58:02
21        A.    Yes.                        08:58:03
22        Q.    Paragraph 18 indicates that 08:58:03
23   Haley Guiliano retained you on behalf  08:58:06
24   of SIS; is that right?                 08:58:09
25        A.    Yes.                        08:58:16
```

Page 27

```
 1                    J. SARGENT

 2       Q.    Have you ever -- so we were        09:08:07

 3   talking about USC.  Have you ever been       09:08:11

 4   involved in the procurement of a robot       09:08:14

 5   for any other hospital besides USC?          09:08:16

 6             MR. VAN HOVEN:  Objection to       09:08:18

 7       form.                                    09:08:20

 8       A.    No.                                09:08:20

 9       Q.    Now, you said that about           09:08:20

10   5 percent of your time that you're           09:08:25

11   working on procurement of surgical           09:08:29

12   instruments for hospitals in the last        09:08:32

13   six years has been related to cost           09:08:34

14   savings aspects of the use of the Da         09:08:36

15   Vinci.  Did I remember that correctly?       09:08:38

16       A.    Cost savings for -- you said       09:08:42

17   the Da Vinci, and any other cost             09:08:44

18   savings initiatives.                         09:08:47

19       Q.    For the -- I'm just focusing       09:08:49

20   on the Da Vinci.                             09:08:52

21       A.    Yes.                               09:08:53

22       Q.    So when you say any other          09:08:53

23   cost savings initiatives, are you            09:08:56

24   talking about with respect to the Da         09:08:58

25   Vinci?                                       09:09:01
```

Page 37

```
 1                    J. SARGENT
 2        Q.    Did you speak to that person      09:10:56
 3   about the cost aspects of the Da Vinci?      09:10:59
 4        A.    No.                               09:11:02
 5        Q.    How long did you get to sit       09:11:02
 6   at the console?                              09:11:08
 7        A.    Probably less than                09:11:10
 8   five minutes.                                09:11:13
 9        Q.    And then you got to               09:11:13
10   manipulate the instruments inside a          09:11:14
11   dummy?                                       09:11:16
12        A.    Yes.                              09:11:16
13        Q.    I take it you've never            09:11:16
14   performed surgery with using a Da Vinci      09:11:21
15   on an actual human patient?                  09:11:23
16        A.    Correct.                          09:11:25
17        Q.    Have you ever gone to nursing     09:11:25
18   school?                                      09:11:28
19        A.    No.                               09:11:29
20        Q.    Okay.  So other than the          09:11:29
21   folks from Intuitive you spoke to at         09:11:35
22   USC and the person you spoke to at the       09:11:38
23   conference, have you spoke to anyone         09:11:40
24   else from Intuitive?                         09:11:43
25        A.    No.                               09:11:44
```

Page 40

```
1                    J. SARGENT
2    when you were exploring what measures      09:14:53
3    that USC might be able to take, did you    09:14:55
4    call Intuitive to talk to them about       09:14:59
5    what measures might be available?          09:15:00
6         A.    I spoke with the rep about      09:15:04
7    what measures might be available, yes.     09:15:05
8         Q.    Okay.  What was the substance   09:15:07
9    of the conversation that you recall,       09:15:09
10   sitting here today?                        09:15:10
11        A.    That there are no discounts.    09:15:11
12        Q.    Anything else?                   09:15:18
13        A.    No.                             09:15:19
14        Q.    What was the name of the rep?   09:15:19
15        A.    I have no idea.                 09:15:21
16        Q.    And that was in the 2010 to     09:15:25
17   2011 time period?                          09:15:27
18        A.    Yes.                            09:15:28
19        Q.    When you were part of the       09:15:29
20   discussion at Piedmont about potential     09:15:33
21   measures around cost savings for the       09:15:35
22   use of the Da Vinci, did you call          09:15:39
23   Intuitive to find out if anything had      09:15:43
24   changed since 2010, 2011?                  09:15:45
25        A.    I did not.                      09:15:47
```

Page 44

```
1                    J. SARGENT
2    right?                                    09:25:40
3         A.   Correct.                        09:25:40
4         Q.   So you have not reviewed that   09:25:41
5    deposition?                               09:25:42
6         A.   Correct.                        09:25:44
7         Q.   Okay.  You have not -- at the   09:25:45
8    time you submitted this report, you had   09:25:48
9    not reviewed any of the depositions of    09:25:51
10   Intuitive witnesses; is that right?       09:25:53
11        A.   Correct.                        09:25:55
12        Q.   At the time you submitted       09:25:55
13   this report, you had not reviewed the     09:25:58
14   depositions of any third parties whose    09:26:00
15   depositions were taken in this matter;    09:26:03
16   is that right?                            09:26:05
17        A.   Correct.                        09:26:05
18        Q.   Have you ever heard of a        09:26:06
19   company called Rebotix Repair,            09:26:09
20   R-E-B-O-T-I-X?                            09:26:13
21        A.   No.                             09:26:16
22        Q.   Have you ever heard of a        09:26:18
23   company called Restore Robotics,          09:26:19
24   R-E-S-T-O-R-E?                            09:26:27
25        A.   I have heard the name, but      09:26:28
```

Page 54

```
 1                    J. SARGENT
 2        A.    And that's the same with        09:28:20
 3   other instruments that we have that are    09:28:22
 4   repaired or refurbished that the           09:28:25
 5   physicians use.                            09:28:27
 6        Q.    What other instruments are      09:28:29
 7   you thinking of in that last part of       09:28:31
 8   your answer?                               09:28:34
 9        A.    It would be items such as       09:28:34
10   scopes that go out for repair and          09:28:38
11   refurbishment, that are returned back      09:28:41
12   to the facility for use where they've      09:28:44
13   been checked, quality checked, and the     09:28:47
14   physicians use those types of scopes       09:28:50
15   many, many, many times.                    09:28:53
16        Q.    In this report, in your two     09:28:54
17   reports in this matter, you did not        09:29:03
18   define the word "repair;" isn't that       09:29:04
19   correct?                                   09:29:09
20        A.    Correct.                        09:29:09
21        Q.    Do you have a definition of     09:29:10
22   "repair" when it comes to a surgical       09:29:13
23   instrument?                                09:29:15
24        A.    No, I do not.  That is my       09:29:16
25   expertise.                                 09:29:18
```

Page 57

```
 1                    J. SARGENT
 2        Q.    You used the word              09:29:18
 3   "refurbishment" in an earlier answer      09:29:19
 4   just now; is that right?                  09:29:22
 5        A.    Yes, I did.                     09:29:23
 6        Q.    And you did not define          09:29:24
 7   "refurbishment" in either of your         09:29:27
 8   reports in this matter, correct?          09:29:28
 9        A.    Correct.                        09:29:29
10        Q.    Do you have a definition of     09:29:30
11   the term "refurbishment" when it comes    09:29:33
12   to a surgical instrument?                 09:29:36
13        A.    No, I do not.                   09:29:38
14        Q.    Have you ever heard the term    09:29:39
15   "remanufacturing"?                        09:29:40
16        A.    Yes.                            09:29:43
17        Q.    You did not define that term    09:29:43
18   in either of your expert reports; is      09:29:47
19   that right?                               09:29:49
20        A.    Correct.                        09:29:51
21        Q.    Do you have a definition of     09:29:52
22   the word "remanufacturing" when it        09:29:57
23   comes to surgical instruments?            09:29:58
24        A.    No.                             09:30:01
25        Q.    Okay.  Do you agree with me     09:30:01
```

Page 58

```
1                    J. SARGENT
2      A.    No.                           09:49:41
3      Q.    Why not?                      09:49:44
4      A.    I don't understand the        09:49:46
5  question.                               09:49:52
6      Q.    Okay.  You said that your     09:49:53
7  opinions in this case assume that SIS   09:49:58
8  does not require premarketing clearance 09:50:01
9  from the FDA in order to modify         09:50:03
10 EndoWrists to reset the usage counter.  09:50:05
11 Do you remember saying that?            09:50:08
12          MR. VAN HOVEN:  Objection to   09:50:09
13    form.                                09:50:11
14     A.    Yes.                          09:50:11
15     Q.    So if that assumption turns   09:50:12
16 out to be wrong and SIS does, in fact,  09:50:14
17 require clearance from the FDA before   09:50:19
18 they can modify EndoWrists to reset the 09:50:22
19 usage counter, your opinions in this    09:50:25
20 matter would change, correct?           09:50:27
21          MR. VAN HOVEN:  Objection to   09:50:30
22    form.                                09:50:30
23     A.    No.                           09:50:33
24     Q.    Why not?                      09:50:35
25     A.    Because the, whatever the     09:50:38
```

Page 65

```
 1                      J. SARGENT
 2    requirements are, the assumption from      09:50:44
 3    the supply chain perspective is that       09:50:49
 4    the manufacturers or remanufacturers or    09:50:53
 5    refurbishers, whatever they might be,      09:51:00
 6    follow the guidelines they are required    09:51:03
 7    to follow.                                 09:51:05
 8         Q.   At the hospitals you've          09:51:05
 9    worked with, do the hospitals you have     09:51:08
10    worked with or consulted with use          09:51:12
11    instruments that require FDA clearance,    09:51:16
12    but do not have FDA clearance?             09:51:21
13              MR. VAN HOVEN:  Objection to     09:51:23
14         form.                                 09:51:26
15         A.   No.                              09:51:26
16         Q.   At the hospitals you've          09:51:27
17    worked with or consulted with, have        09:51:31
18    they had policies against the use of       09:51:34
19    instruments that require -- that do not    09:51:37
20    have FDA clearance, that require           09:51:41
21    clearance?                                 09:51:43
22              MR. VAN HOVEN:  Objection to     09:51:44
23         form.                                 09:51:45
24         A.   No.                              09:51:45
25         Q.   Do you know whether SIS ever     09:51:46
```

Page 66

```
1                    J. SARGENT
2    had premarketing clearance from FDA to      09:51:53
3    modify EndoWrists to reset the usage        09:51:58
4    counter?                                    09:52:00
5               MR. VAN HOVEN:  Objection to     09:52:02
6       form.                                    09:52:02
7       A.    No.                                09:52:02
8       Q.    I want you to assume that SIS      09:52:02
9    has never received 510(k) clearance         09:52:09
10   from the FDA to modify EndoWrist, can       09:52:15
11   you assume that for me?                     09:52:18
12      A.    Yes.                               09:52:23
13      Q.    If that's the case, am I           09:52:25
14   right that there would be Vizient           09:52:27
15   hospitals that would not use those          09:52:30
16   EndoWrists without SIS getting FDA          09:52:33
17   clearance?                                  09:52:36
18              MR. VAN HOVEN:  Objection to     09:52:36
19      form.                                    09:52:36
20      A.    It's difficult to answer that      09:52:36
21   yes or no.                                  09:52:49
22      Q.    Why?                               09:52:50
23      A.    Because in a hospital              09:52:51
24   setting, there are many products that       09:52:52
25   are intended to be used in a certain        09:52:54
```

Page 67

```
 1                    J. SARGENT
 2    matter, such as spine glue, that is not      09:53:01
 3    intended to be used for spine, but           09:53:04
 4    intended to be used in other matters,        09:53:06
 5    but spine surgeons still use it.             09:53:10
 6         Q.    Sorry, in that example, are       09:53:16
 7    you talking about off-label use?             09:53:19
 8         A.    Yes.                              09:53:22
 9         Q.    Okay.  I want you to assume       09:53:22
10    two things; one, that in order to            09:53:24
11    market to hospitals the ability to           09:53:29
12    modify EndoWrists to reset the usage         09:53:31
13    counter requires marketing clearance,        09:53:35
14    premarketing clearance; and that SIS         09:53:38
15    has never had such clearance.  Can you       09:53:40
16    assume that for me?                          09:53:43
17         A.    Yes.                              09:53:45
18         Q.    In that situation where SIS       09:53:47
19    must have 510(k) clearance, but does         09:53:52
20    not, do you agree with me that there         09:53:57
21    would be Vizient hospitals that would        09:53:59
22    not agree to use SIS's service?              09:54:01
23         A.    Yes.                              09:54:09
24         Q.    I want you to make -- forget      09:54:09
25    about those assumptions, I have a            09:54:30
```

Page 68

```
 1                    J. SARGENT
 2    with respect to EndoWrists?              10:10:42
 3              MR. VAN HOVEN:  Objection to   10:10:44
 4       form.                                 10:10:45
 5       A.    I do not know.                  10:10:45
 6       Q.    Have you ever been employed     10:10:49
 7    by a medical device manufacturing        10:11:06
 8    company?                                 10:11:08
 9       A.    No.                             10:11:11
10       Q.    Have you ever been employed     10:11:11
11    by a company that reprocesses, repairs   10:11:14
12    or refurbishes medical devices?          10:11:17
13       A.    No.                             10:11:21
14       Q.    Have you ever been employed     10:11:22
15    by a company that remanufactures         10:11:24
16    medical devices?                         10:11:32
17       A.    No.                             10:11:33
18       Q.    Have you ever been involved     10:11:33
19    in the development, marketing or         10:11:34
20    promotion of a medical device?           10:11:36
21       A.    No.                             10:11:43
22       Q.    Have you ever been involved     10:11:43
23    in the development, marketing or         10:11:45
24    promotion of any product regulated by    10:11:47
25    the FDA?                                 10:11:50
```

Page 82

```
 1                    J. SARGENT
 2         A.    No.                          10:11:53
 3         Q.    You do not consider yourself  10:11:54
 4    an expert in Intuitive Da Vinci's        10:11:57
 5    robots or EndoWrists; is that right?     10:12:00
 6         A.    Correct.                      10:12:02
 7         Q.    You do not consider yourself  10:12:05
 8    an expert in any medical device; is      10:12:07
 9    that right?                              10:12:09
10         A.    Correct.                      10:12:09
11         Q.    You do not consider yourself  10:12:12
12    an expert in any medical device repair?  10:12:14
13              MR. VAN HOVEN:  Objection to   10:12:19
14         form.                               10:12:22
15         A.    I do not consider myself an   10:12:22
16    expert.  However, I have been to the     10:12:25
17    facilities that perform those            10:12:27
18    functions, and seen for myself the       10:12:29
19    detail that goes into the                10:12:33
20    refurbishment, repair of products that   10:12:37
21    are sent to them.                        10:12:41
22         Q.    Earlier I asked you if you    10:12:42
23    had a definition of "repair."  You said  10:12:45
24    you did not.  What did you take me to    10:12:47
25    mean when I asked you if you're an       10:12:49
```

Page 83

```
 1                    J. SARGENT
 2    expert in medical device repair?        10:12:51
 3              MR. VAN HOVEN:  Objection to   10:13:01
 4       form.                                 10:13:02
 5         A.    If I'm an expert in medical   10:13:02
 6    device repair.                           10:13:06
 7         Q.    What did you take me to mean  10:13:07
 8    when I used the word "repair" in that    10:13:09
 9    sentence?                                10:13:11
10         A.    I don't -- anything medical   10:13:14
11    device related I don't have expertise    10:13:16
12    in, so.                                  10:13:18
13         Q.    You had never worked at FDA,  10:13:19
14    correct?                                 10:13:28
15         A.    Correct.  I worked closely    10:13:28
16    with the FDA on several different        10:13:30
17    projects.                                10:13:32
18         Q.    Have you ever worked with     10:13:32
19    anyone at the FDA on projects relating   10:13:34
20    to EndoWrists?                           10:13:37
21         A.    No.                           10:13:41
22         Q.    Have you worked with anyone   10:13:41
23    at FDA on projects relating to the Da    10:13:43
24    Vinci surgical systems?                  10:13:46
25         A.    No.                           10:13:49
```

Page 84

```
1                        J. SARGENT
2     matter expert for the Duke proceedings.    10:16:20
3          Q.    You were retained by Duke to    10:16:29
4     be an expert in that matter, correct?      10:16:31
5          A.    Yes.                            10:16:32
6          Q.    And as I understand that        10:16:33
7     matter, you did not testify in court at    10:16:35
8     trial, am I right about that?              10:16:37
9          A.    Correct.                        10:16:39
10         Q.    So was there -- do you know      10:16:40
11    whether the court was asked to rule on     10:16:43
12    whether you were, in fact, qualified as    10:16:47
13    an expert under the court rules?           10:16:50
14         A.    No, I do not.                    10:16:51
15         Q.    Other than the Duke matter,      10:16:52
16    has any -- putting aside the Duke           10:16:56
17    matter, have you ever been qualified by    10:17:00
18    a court to testify as an expert?           10:17:02
19         A.    No.                              10:17:05
20         Q.    Am I right that you are not      10:17:05
21    qualified to opine on whether any given    10:17:09
22    activity constitutes repair under FDA      10:17:12
23    regulations?                               10:17:16
24         A.    Correct.                         10:17:17
25         Q.    Am I also right that you are     10:17:19
```

Page 87

```
1                    J. SARGENT
2     not qualified to opine on whether an        10:17:22
3     activity constitutes remanufacturing        10:17:24
4     under FDA regulations?                       10:17:26
5          A.    Correct.                          10:17:33
6          Q.    You are not offering any          10:17:33
7     opinions in this matter as to whether        10:17:34
8     any part of SIS's business related to        10:17:37
9     EndoWrists is subject to FDA                 10:17:40
10    regulations; is that right?                  10:17:42
11         A.    I'm sorry, repeat the             10:17:45
12    question.                                    10:17:46
13         Q.    Sure, no problem.  You are        10:17:47
14    not offering any opinions in this            10:17:48
15    matter as to whether any part of SIS's       10:17:51
16    business relating to EndoWrists is           10:17:53
17    subject to FDA regulations; is that          10:17:58
18    right?                                       10:18:00
19         A.    I'm sorry, I don't really         10:18:05
20    understand.                                  10:18:09
21         Q.    No problem.  In this matter,      10:18:10
22    are you offering an opinion that SIS's       10:18:17
23    business relating to EndoWrist is            10:18:21
24    subject to or not subject to FDA             10:18:25
25    regulations?                                 10:18:28
```

Page 88

```
1                      J. SARGENT
2         A.    No.                          10:18:32
3         Q.    Have you ever published a    10:18:32
4    peer-reviewed publication about         10:18:37
5    EndoWrists?                             10:18:39
6         A.    No.                          10:18:43
7         Q.    Have you ever done any       10:18:43
8    academic research on EndoWrist          10:18:45
9    instruments?                            10:18:47
10        A.    No.                          10:18:49
11        Q.    Have you done any research at 10:18:50
12   all on EndoWrist instruments?           10:18:52
13             MR. VAN HOVEN:  Objection to  10:18:56
14        form.                              10:18:56
15        A.    Outside of today's           10:18:56
16   proceedings, no.                        10:19:02
17        Q.    Can you turn to paragraphs 22 10:19:03
18   and 23 of your opening report.          10:19:08
19        A.    Okay.                        10:19:16
20        Q.    Do you see that's a section  10:19:20
21   entitled "Summary of Opinions"?         10:19:23
22        A.    Yes.                         10:19:26
23        Q.    And those are the opinions   10:19:26
24   that you intend to give at trial if SIS 10:19:29
25   calls you as a witness; is that right?  10:19:32
```

Page 89

```
1                    J. SARGENT
2        A.     Yes.                            10:19:34
3        Q.     And none of the opinions in     10:19:36
4   this paragraph 22 and 23 talk about         10:19:39
5   collection rates or penetration rates       10:19:41
6   of EndoWrists that have been modified       10:19:43
7   to reset the usage counter; is that         10:19:47
8   right?                                       10:19:49
9             MR. VAN HOVEN:  Objection to      10:19:50
10      form.                                    10:19:51
11       A.     Correct.                        10:19:51
12       Q.     Are those not opinions that     10:19:55
13  you hold in this matter?                     10:19:57
14       A.     My opinion is that for cost     10:19:58
15  savings measures, that many, if not         10:20:18
16  all, hospitals would welcome the             10:20:21
17  opportunity for cost savings using the       10:20:23
18  Da Vinci robot.                              10:20:26
19       Q.     You talk only in here about     10:20:30
20  Vizient member hospitals, though,            10:20:41
21  correct?                                     10:20:42
22       A.     Correct.                        10:20:42
23       Q.     Now, in paragraph 22, you       10:20:43
24  say, Except in rare circumstances,           10:20:48
25  hospitals do not consider whether FDA        10:20:52
```

Page 90

```
 1                  J. SARGENT
 2        A.    I don't know the specific      10:23:29
 3   requirements that any manufacturer has    10:23:32
 4   to meet.                                  10:23:34
 5        Q.    When you use the phrase        10:23:35
 6   "servicing and repair services of        10:23:54
 7   instruments" there, is it simply the     10:23:57
 8   fact that a hospital sends the           10:23:59
 9   instruments out to a third party that    10:24:00
10   make it, that they are providing         10:24:04
11   servicing and repair services?           10:24:06
12            MR. VAN HOVEN:  Objection to    10:24:08
13       form.                                10:24:09
14        A.    Yes.                           10:24:09
15        Q.    Okay.  So in this matter,      10:24:11
16   your opinions, it doesn't matter to you  10:24:17
17   whether, exactly what it is that the     10:24:19
18   third parties are doing to the           10:24:22
19   instruments that are owned by the        10:24:23
20   hospital; is that right?                 10:24:25
21        A.    My assumption is that they     10:24:31
22   are doing what they're supposed to be    10:24:32
23   doing to refurbish, remanufacture,       10:24:35
24   repair that product.                     10:24:38
25        Q.    Now, if you learned that a     10:24:39
```

Page 93

```
 1                     J. SARGENT
 2        A.    I do know that the companies     10:27:23
 3   that perform these services go to           10:27:29
 4   extensive lengths to quality check          10:27:32
 5   every product before it's returned back     10:27:35
 6   to the hospitals, which is different        10:27:37
 7   from a manufacturer quality checks          10:27:39
 8   maybe 1 to 2 percent of the products        10:27:45
 9   that are being shipped.  But these          10:27:48
10   companies check every product              10:27:50
11   100 percent.                                10:27:52
12        Q.    I'm only focusing on             10:27:53
13   EndoWrists at the moment, okay?  I          10:27:56
14   think earlier you said the only company     10:27:58
15   you're aware of that was doing any          10:27:59
16   modifications to EndoWrists to extend       10:28:01
17   their lives was SIS; is that right?         10:28:05
18        A.    That I am aware of, yes.         10:28:07
19        Q.    So you had no experience with    10:28:09
20   any other company as to what they might     10:28:11
21   do when they are modifying the             10:28:13
22   EndoWrist; is that right?                   10:28:16
23        A.    Correct.                         10:28:26
24        Q.    Now, how did you first learn     10:28:26
25   -- how did you first learn of SIS?          10:28:31
```

Page 97

```
 1                    J. SARGENT
 2        Q.    And then if you turn to the      10:36:41
 3   third page, the next email in time is       10:36:45
 4   from you.  You'll see at the bottom of      10:36:48
 5   the third page is an email from you         10:36:52
 6   dated September 25, 2019, to John Ayers     10:36:54
 7   and Keith Johnson.  Do you see that?        10:36:59
 8        A.    Yes.                             10:37:01
 9        Q.    What you're doing here is        10:37:02
10   you're forwarding to Mr. Ayers the          10:37:03
11   email and attachment that Mr. Johnson       10:37:07
12   had sent you about the new robotic          10:37:10
13   program; is that right?                     10:37:12
14        A.    Yes.                             10:37:15
15        Q.    And was Mr. Ayers someone you    10:37:16
16   were working with at Marin at this          10:37:18
17   time?                                       10:37:25
18        A.    Mr. Ayers was the manager of     10:37:25
19   sterile processing.                         10:37:35
20        Q.    And you see in your email you    10:37:35
21   reference a discussion you had with         10:37:37
22   Mr. Ayers about this program, do you        10:37:39
23   see that?  Do you see it says, John,        10:37:42
24   attached are the products and               10:37:54
25   attachments we discussed?                   10:37:58
```

Page 106

```
 1                    J. SARGENT
 2         A.    Yes.                         10:37:59
 3         Q.    Do you recall discussing     10:38:00
 4    anything with Mr. Ayers about the       10:38:01
 5    program?                                10:38:04
 6         A.    I connected Mr. Ayers and    10:38:05
 7    Mr. Johnson to speak about specifics.   10:38:09
 8         Q.    So you don't recall any of   10:38:11
 9    the discussions you had with Mr. Ayers  10:38:13
10    before you sent this to email to him?   10:38:17
11         A.    No.                          10:38:20
12         Q.    And if you go to the next    10:38:20
13    email, it's from Mr. Ayers to Mr.       10:38:22
14    Johnson and Keith [sic] Blemis and      10:38:26
15    Michael Geremia, do you see that?       10:38:35
16         A.    Yes.                         10:38:38
17         Q.    And I'll note you are not on 10:38:39
18    that email, do you see that?            10:38:41
19         A.    Yes.                         10:38:42
20         Q.    Who were, at this time, Ken  10:38:42
21    Blemis and Michael Geremia?             10:38:50
22         A.    Ken Blemis was the director  10:38:52
23    of supply chain, and I do not recall    10:38:54
24    who Mr. Geremia was.                    10:38:59
25         Q.    And Mr. Ayers writes, Hey,   10:39:04
```

Page 107

```
1                    J. SARGENT
2     specific to that.                    11:08:16
3         Q.    What have you done, if     11:08:17
4     anything, to determine whether       11:08:18
5     extending the use of an EndoWrist     11:08:20
6     impacts patient safety?              11:08:21
7         A.    My review of the SIS       11:08:26
8     documents that indicates their quality  11:08:29
9     control to ensure that product is as it 11:08:33
10    was originally intended, functions as  11:08:38
11    originally intended.                 11:08:41
12        Q.    Anything else that you've   11:08:42
13    done to determine whether extending the 11:08:45
14    use of an EndoWrist impacts the patient 11:08:47
15    safety?                              11:08:50
16        A.    No.                        11:08:52
17        Q.    Are you an engineer?        11:08:52
18        A.    No, I'm not.               11:08:54
19        Q.    You know, earlier you said  11:08:55
20    that it's your understanding from SIS's 11:08:59
21    documents that they, the process they  11:09:02
22    used to modify the EndoWrists is they   11:09:05
23    replaced the chip; is that correct?    11:09:07
24        A.    Yes.                       11:09:09
25        Q.    What's your understanding of 11:09:12
```

Page 124

```
1                      J. SARGENT
2     the exact steps in which that          11:09:14
3     replacement occurs?                     11:09:15
4          A.    I don't know the exact steps. 11:09:17
5          Q.    Okay.  Do you know that one  11:09:20
6     of the steps is to actually open up an  11:09:22
7     EndoWrist?                              11:09:26
8          A.    I don't know.               11:09:30
9          Q.    Where does the chip that you 11:09:31
10    say gets replaced live on the          11:09:36
11    EndoWrist?                              11:09:38
12              MR. VAN HOVEN:  Objection to  11:09:39
13       form.                                11:09:40
14          A.    I'm not aware.              11:09:40
15          Q.    And I want you to assume it's 11:09:44
16    on the inside of the EndoWrist with me,  11:09:49
17    and that they, in fact, have to open up  11:09:51
18    the EndoWrist, can you assume that?     11:09:55
19          A.    Yes.                        11:09:59
20          Q.    And does the fact that      11:09:59
21    they're opening up the EndoWrist change  11:10:02
22    any of your opinions in this matter?    11:10:03
23          A.    No.                         11:10:06
24          Q.    And do you know what they do 11:10:07
25    to actually, how they actually go about  11:10:09
```

Page 125

```
 1                    J. SARGENT
 2   replacing the chip?                    11:10:13
 3        A.    No.                         11:10:16
 4        Q.    Do you know how they remove 11:10:16
 5   the chip?                              11:10:18
 6        A.    No.                         11:10:20
 7        Q.    Do you know how, what they do 11:10:20
 8   with the chip after they remove it?    11:10:22
 9        A.    No.                         11:10:25
10        Q.    Do you know how they attach 11:10:25
11   the new chip to the EndoWrist?         11:10:28
12        A.    No.                         11:10:31
13        Q.    Do you know if it's the same 11:10:31
14   place as the old chip?                 11:10:34
15        A.    No.                         11:10:37
16        Q.    Do you know how they close it 11:10:39
17   back up once they've opened it?        11:10:41
18        A.    No.                         11:10:43
19        Q.    Do you know what testing that 11:10:45
20   they perform to ensure that the        11:10:47
21   EndoWrist performs in the same way as  11:10:53
22   it did in the first uses?              11:10:58
23             MR. VAN HOVEN:  Objection to 11:10:59
24        form.                             11:10:59
25        A.    What I've read in -- only   11:10:59
```

Page 126

```
1                    J. SARGENT
2    what I've read in the SIS              11:11:02
3    documentation.                         11:11:03
4         Q.    Okay.  And what do you      11:11:03
5    recall, if anything, specifically about 11:11:05
6    the testing they performed?            11:11:07
7         A.    I don't recall anything     11:11:09
8    specific.                              11:11:10
9         Q.    Okay.  Do you know what     11:11:10
10   instruments they used to test the      11:11:13
11   EndoWrist, if any?                     11:11:15
12        A.    No.                         11:11:16
13        Q.    Do you know whether they    11:11:16
14   subjected EndoWrist to reprocessing?   11:11:20
15        A.    No.                         11:11:24
16        Q.    Okay.  Do you know, besides 11:11:24
17   when Marin -- let's talk about Marin,  11:11:28
18   since that was the program that you    11:11:33
19   were involved in.  When Marin sent its 11:11:34
20   EndoWrist to SIS, do you know what SIS 11:11:37
21   did, if anything, besides modifying it 11:11:41
22   for the usage counter?                 11:11:46
23        A.    No, I don't.                11:11:47
24        Q.    Have you ever actually seen 11:11:48
25   an EndoWrist?                          11:11:49
```

Page 127

```
 1                    J. SARGENT
 2        Q.    Do you know whether, in this      11:17:51
 3   case, SIS was taking the EndoWrist back      11:17:56
 4   to original specifications when it           11:18:02
 5   modified the usage counter to add            11:18:04
 6   additional uses?                             11:18:08
 7             MR. VAN HOVEN:   Objection to      11:18:10
 8      form.                                     11:18:11
 9        A.    I was told that that is what      11:18:11
10   they did, it was taken back to the           11:18:15
11   original specifications.                     11:18:18
12        Q.    Who told you that?                11:18:18
13        A.    Keith Johnson.                    11:18:20
14        Q.    Did you investigate -- do         11:18:22
15   anything to investigate whether that         11:18:25
16   statement he made to you was true?           11:18:28
17        A.    No, as I would not question       11:18:29
18   any other third party that would be          11:18:33
19   refurbishing a product.                      11:18:36
20        Q.    Did he tell you that in the       11:18:39
21   course of this case, or did he tell          11:18:41
22   that to you when you were working with       11:18:43
23   MarinHealth?                                 11:18:45
24        A.    I heard it back when I was        11:18:46
25   working with MarinHealth.                    11:18:48
```

Page 134

```
 1                    J. SARGENT
 2        Q.    And so you just accepted it        11:18:50
 3   at face value?                                11:18:51
 4        A.    Yes.                               11:18:52
 5        Q.    Did you ask Mr. Johnson at         11:18:53
 6   that time whether SIS even had the            11:18:56
 7   specifications for the products?              11:19:00
 8              MR. VAN HOVEN:  Objection to       11:19:02
 9        form.                                    11:19:03
10        A.    No.                                11:19:03
11        Q.    Do you know whether SIS had        11:19:04
12   the specifications for the EndoWrist?         11:19:08
13              MR. VAN HOVEN:  Objection to       11:19:10
14        form.                                    11:19:12
15        A.    No.                                11:19:12
16        Q.    I'm looking back at the            11:19:12
17   letter, the next sentence.  The one           11:19:19
18   after the one I just read says, By            11:19:21
19   using a third-party remanufacturer or         11:19:23
20   refurbisher, the hospital has no way to       11:19:27
21   know whether the refurbished instrument       11:19:30
22   meets the rigorous specifications as          11:19:32
23   established by Intuitive Surgical and         11:19:34
24   cleared by the FDA or other regulators.       11:19:41
25              Do you see that?                   11:19:44
```

Page 135

```
 1                    J. SARGENT
 2        A.    Never.                          11:59:58
 3        Q.    Did you tell MarinHealth, You   11:59:59
 4   know, you should find out from             12:00:01
 5   Intuitive why it is these instruments      12:00:04
 6   are only used -- only listed with ten      12:00:06
 7   uses?                                      12:00:11
 8             MR. VAN HOVEN:  Objection to     12:00:12
 9        form.                                 12:00:17
10        A.    My experience indicates that    12:00:17
11   that is what's been approved through       12:00:20
12   the FDA, so I wouldn't question it.        12:00:22
13        Q.    So did you tell Marin, You      12:00:26
14   know, you should not -- when SIS came      12:00:29
15   to you, did you tell Marin, you know,      12:00:31
16   you should not do this, because what's     12:00:33
17   been approved through the FDA is ten       12:00:35
18   uses, and these guys are offering to do    12:00:36
19   it for more than that, did you tell        12:00:38
20   Marin that?                                12:00:42
21             MR. VAN HOVEN:  Objection to     12:00:43
22        form.                                 12:00:53
23             THE WITNESS:  Josh?              12:00:53
24             MR. VAN HOVEN:  I just said      12:00:53
25        objection to form, Jean.              12:00:55
```

Page 173

```
 1                      J. SARGENT
 2     this document in paragraph 48 of your        13:23:54
 3     opening report, correct?                     13:23:57
 4              (Exhibit 239, marked for            13:23:59
 5          identification, Bates stamped           13:23:59
 6          SIS047433.)                             13:24:06
 7          A.    Yes.                              13:24:06
 8          Q.    This is a document cited in       13:24:06
 9     footnote 9, correct?                         13:24:07
10          A.    Yes.                              13:24:08
11          Q.    And the purpose of this           13:24:09
12     amendment is to add the service option       13:24:13
13     to the overall Vizient SIS agreement         13:24:20
14     for EndoWrist services, correct?             13:24:23
15          A.    Yes.                              13:24:27
16          Q.    And this provides the price       13:24:32
17     that any Vizient member hospital that        13:24:34
18     wants to take advantage of this service      13:24:36
19     would pay for a particular servicing of      13:24:39
20     particular EndoWrist instruments; is         13:24:42
21     that fair to say?                            13:24:44
22          A.    Yes.                              13:24:48
23          Q.    And nothing in this amendment     13:24:49
24     requires any individual Vizient member       13:24:53
25     to actually purchase the services            13:24:56
```

Page 195

```
1                    J. SARGENT
2    offered by SIS with respect to the        13:24:59
3    EndoWrists; is that fair to say?          13:25:01
4         A.    Yes.                            13:25:04
5         Q.    And so any hospital -- so a     13:25:16
6    hospital would have the ability to make   13:25:21
7    its own decision as to whether to use     13:25:24
8    the service that was being provided       13:25:26
9    with respect to EndoWrist, correct?       13:25:27
10        A.    Yes, it would.  As I            13:25:30
11   mentioned earlier, the cost of using      13:25:32
12   the Da Vinci products is very, very       13:25:36
13   expensive.  And so seeing that this is    13:25:38
14   coming from Vizient, I'm sure that many   13:25:41
15   members are going to want to access the   13:25:44
16   ability to use the SIS repair,            13:25:48
17   refurbishment product.                    13:25:56
18        Q.    How many Vizient members did    13:25:58
19   you talk to since November to find out    13:25:59
20   if they would be interested in using      13:26:03
21   this service?                             13:26:05
22        A.    I haven't talked to any.        13:26:10
23        Q.    Now, if you look to your        13:26:12
24   report again, paragraph 53, paragraph     13:26:19
25   53 says, are you there with me?           13:26:30
```

Page 196

```
 1                      J. SARGENT
 2        form.                              13:38:44
 3        A.    My assumption is that would  13:38:44
 4   be the start.                           13:38:45
 5        Q.    Did you make an assumption as 13:38:46
 6   to when, as to whether there would be a 13:38:49
 7   time when X and Xi EndoWrists would be  13:38:52
 8   serviced by SIS?                        13:38:57
 9        A.    No.                          13:39:02
10        Q.    Okay.  So the numbers that   13:39:02
11   you've included in your report around   13:39:08
12   the collection rate and the penetration 13:39:11
13   rates, none of those assume that those  13:39:12
14   are X or Xi instruments; is that fair?  13:39:16
15             MR. VAN HOVEN:  Objection to  13:39:20
16        form.                              13:39:21
17        A.    It's not specific to Si or X. 13:39:21
18        Q.    So I'm just trying to        13:39:27
19   understand, the numbers that you -- the 13:39:33
20   collection rate and the penetration     13:39:37
21   rates that you've identified, I'm       13:39:40
22   trying to understand that any of the    13:39:42
23   EndoWrists that you're claiming would   13:39:44
24   have been part of that program would    13:39:46
25   have been X and Xi instruments?         13:39:48
```

Page 209

```
 1                    J. SARGENT
 2              MR. VAN HOVEN:  Objection to      13:39:50
 3       form.                                    13:39:50
 4         A.    I would say eventually, yes.     13:39:50
 5         Q.    When?                            13:39:55
 6         A.    Whenever SIS had approval to     13:39:55
 7    do so.                                      13:40:02
 8         Q.    Approval from who?               13:40:02
 9         A.    Whomever they need to get        13:40:04
10    approval from.                              13:40:09
11         Q.    Who do they need approval        13:40:10
12    from?                                       13:40:12
13         A.    I'm not sure.  I'm not a         13:40:12
14    manufacturer.                               13:40:13
15         Q.    Well, let me ask this            13:40:14
16    question.  You identify the penetration    13:40:15
17    rate of Vizient members for EndoWrists     13:40:19
18    that have been reset by SIS as             13:40:24
19    30 percent by the end of the first         13:40:27
20    year.  Remember that?                       13:40:28
21         A.    Yes.                             13:40:31
22         Q.    Did you assume that in the       13:40:31
23    first year, by the end of the first        13:40:34
24    year there would be X and Xi EndoWrists    13:40:36
25    collected and serviced by SIS?             13:40:42
```

Page 210

```
 1                  J. SARGENT
 2       Q.    Okay.                        13:45:18
 3       A.    Intuitive.                   13:45:20
 4       Q.    So when you were working with 13:45:21
 5  Marin, did SIS actually provide         13:45:24
 6  collection bins for, at MarinHealth?    13:45:26
 7       A.    I was told, yes.             13:45:32
 8       Q.    Did you ever see them?       13:45:33
 9       A.    No.                          13:45:35
10       Q.    Do you know how many         13:45:35
11  EndoWrists were collected from Marin?   13:45:41
12       A.    I was told at the time, I    13:45:46
13  don't remember the exact number, but I  13:45:48
14  believe it was less than 20.            13:45:49
15       Q.    Do you know how many         13:45:51
16  EndoWrists from Marin were actually     13:45:54
17  reset with additional uses?            13:45:57
18       A.    No.                          13:45:59
19       Q.    Do you know how many at the  13:46:02
20  time that there were -- that you were   13:46:05
21  told there were collection bins         13:46:07
22  available for EndoWrists to be          13:46:09
23  collected by SIS, do you know how many  13:46:11
24  EndoWrists MarinHealth had in           13:46:13
25  inventory?                              13:46:17
```

Page 215

```
 1                    J. SARGENT
 2    cost savings opportunities, that they        13:55:19
 3    would sign on for this program.              13:55:22
 4         Q.   Okay.  So I understand that         13:55:25
 5    you're referring to the 40 percent cost      13:55:29
 6    savings that Mr. Johnson told you            13:55:33
 7    about, right?                                13:55:37
 8         A.   Yes.                                13:55:38
 9         Q.   So I understand that to you,       13:55:41
10    from your perspective, that means that       13:55:45
11    Vizient hospitals are going to be very       13:55:47
12    interested in this program; isn't that       13:55:50
13    right?                                       13:55:52
14         A.   Yes.                                13:55:54
15         Q.   Okay.  And so I'm trying to         13:55:54
16    understand what methodology you used to      13:55:57
17    arrive at the 75 percent number of the       13:55:59
18    collection of EndoWrists from Vizient        13:56:02
19    hospitals?                                   13:56:06
20         A.   That's based on my experience      13:56:06
21    and talking with my colleagues and my       13:56:15
22    peers in regards to what kind of             13:56:17
23    opportunities they come up with for          13:56:19
24    cost savings initiatives.                    13:56:21
25         Q.   And the 75 percent, is that        13:56:24
```

Page 225

```
1                    J. SARGENT
2    75 percent of all Vizient member      13:56:29
3    hospitals with an -- Si robots would  13:56:32
4    participate in this program?          13:56:37
5              MR. VAN HOVEN:  Objection to 13:56:38
6         form.                            13:56:42
7         A.    Yes.                       13:56:42
8         Q.    So you're not offering any 13:56:43
9    opinion as to how many actual         13:56:44
10   EndoWrists would be collected pursuant 13:56:49
11   to this program from Vizient members;  13:56:50
12   is that right?                         13:56:53
13             MR. VAN HOVEN:  Objection to 13:56:53
14        form.                             13:56:55
15        A.    Correct.                    13:56:55
16        Q.    And am I right, you are not 13:56:55
17   offering any opinions about the        13:56:57
18   collection or penetration rates of     13:57:00
19   non-Vizient member hospitals, correct? 13:57:03
20        A.    Correct.                    13:57:06
21        Q.    Mr. Johnson did not tell you 13:57:07
22   anything about the collection rate that 13:57:13
23   SIS expected; is that right?           13:57:16
24        A.    No, not that I recall.      13:57:21
25        Q.    What analysis did you do to 13:57:22
```

Page 226

```
1                    J. SARGENT
2    arrive at the 75 percent number you      13:57:26
3    list in your report, as opposed to any   13:57:28
4    other number that you could have put     13:57:30
5    there?                                    13:57:34
6              MR. VAN HOVEN:  Objection to    13:57:34
7        form.                                 13:57:35
8         A.    Based on my experience, in     13:57:35
9    the reprocessing of products to reduce   13:57:40
10   costs, most hospitals have a high rate   13:57:44
11   of return for those types of products.   13:57:48
12   And actually, just recently I saw a      13:57:52
13   hospital that on Wednesday they said,    13:57:54
14   You know what, we need to start          13:57:56
15   collecting a tourniquet that is on       13:57:58
16   manufacturer back order, but it can be   13:58:02
17   reprocessed, so we need to start         13:58:04
18   collecting them.  That was on            13:58:06
19   Wednesday.  On Friday, the bins were in  13:58:07
20   ORs and the collections had started.     13:58:09
21   So that's when I mentioned that it's a   13:58:12
22   quick and easy process.  It can be a     13:58:16
23   very quick and easy process.             13:58:18
24        Q.    You referenced general         13:58:20
25   industry collection rates in paragraph   13:58:21
```

Page 227

```
1                    J. SARGENT
2      56, correct?                        13:58:24
3            A.    Yes.                     13:58:25
4            Q.    What did you mean by that?  13:58:36
5            A.    Similar to what I just   13:58:42
6      mentioned.  We had a -- there's an   13:58:43
7      opportunity to mitigate expenses, as 13:58:46
8      well as patient safety, by starting a 13:58:51
9      collection or reprocessing of a      13:58:54
10     product.  And it occurred immediately. 13:58:56
11           Q.    You did not look at any   13:58:58
12     literature to identify general industry 13:59:03
13     collection rates, am I right about    13:59:09
14     that?                                 13:59:10
15           A.    Correct.                  13:59:10
16           Q.    Did you look at any industry 13:59:11
17     data to understand what general       13:59:14
18     industry collection rates are?        13:59:16
19           A.    No.                       13:59:17
20           Q.    Did you look at any studies 13:59:25
21     that have been done about general     13:59:27
22     industry collection rates?            13:59:29
23           A.    No.  It's based on my     13:59:35
24     experience.                           13:59:36
25           Q.    Did you look at any studies 13:59:36
```

Page 228

```
 1                    J. SARGENT
 2    of individual instrument collection       13:59:38
 3    programs?                                  13:59:41
 4              MR. VAN HOVEN:  Objection to     13:59:43
 5        form.                                  13:59:46
 6        A.    No.                              13:59:46
 7        Q.    Did you look at any              13:59:50
 8    literature about individual instrument     13:59:52
 9    collection programs?                       13:59:55
10        A.    No.                              13:59:57
11        Q.    Did you talk to any Vizient      14:00:04
12    member hospitals about whether they        14:00:07
13    would take advantage of the SIS            14:00:09
14    program?                                   14:00:10
15        A.    No.                              14:00:13
16        Q.    Did you talk to any Vizient      14:00:13
17    hospitals back in 2019, besides Marin,     14:00:18
18    about whether they would take advantage    14:00:21
19    of this program being offered by SIS?      14:00:23
20        A.    No, I didn't have the            14:00:28
21    opportunity.                               14:00:29
22        Q.    Okay.  So am I right that you    14:00:30
23    cannot tell me the number of hospitals     14:00:35
24    that you are assuming that SIS would be    14:00:38
25    collecting EndoWrists from; is that        14:00:42
```

Page 229

```
 1                    J. SARGENT
 2    that number is.  I don't know what the      14:02:27
 3    number of Sis that are out there, and       14:02:29
 4    how many per hospital.  So one hospital      14:02:33
 5    could have three and another hospital       14:02:35
 6    could have none.                            14:02:36
 7         Q.    Does it matter to your           14:02:37
 8    opinions as to how many hospitals would     14:02:39
 9    participate in this program?                14:02:42
10              MR. VAN HOVEN:  Objection to      14:02:44
11        form.                                   14:02:44
12         A.    I would say 70 to 80 percent     14:02:44
13    of the hospitals that have an S or Si       14:02:52
14    would participate.                          14:02:57
15         Q.    Right, but does it matter to     14:02:58
16    your opinion whether the number of          14:03:01
17    hospitals that participate are ten or a     14:03:02
18    thousand?                                   14:03:04
19              MR. VAN HOVEN:  Objection to      14:03:05
20        form.                                   14:03:05
21         A.    No.                              14:03:05
22         Q.    Do you know how many             14:03:11
23    salespeople SIS had in 2019 involved in     14:03:17
24    the EndoWrist service that it was           14:03:21
25    offering?                                   14:03:24
```

Page 232

```
 1                    J. SARGENT
 2         A.    No.                           14:03:25
 3         Q.    And if you go to paragraph -- 14:03:42
 4    am I right, I'm sorry, with respect to   14:03:47
 5    paragraph 56, and the collection rate    14:03:49
 6    of 75 percent, you're saying that would  14:03:51
 7    be 75 percent collection from day one    14:03:54
 8    of the program?                          14:03:57
 9         A.    No.                           14:04:04
10         Q.    When would there be           14:04:05
11    75 percent collection rate achieved, in  14:04:07
12    your view?                               14:04:11
13         A.    As the program is rolled out  14:04:13
14    and the staff is aware.                  14:04:16
15         Q.    Did you make any assumptions  14:04:18
16    about how long the program would take    14:04:20
17    to roll out?                             14:04:21
18         A.    My assumption is that it      14:04:25
19    would not take long at all.              14:04:26
20         Q.    Okay.  How long?              14:04:29
21         A.    One to two years.             14:04:32
22         Q.    So for the first year, are    14:04:34
23    you offering a collection rate          14:04:38
24    percentage for the first year of the     14:04:41
25    program?                                 14:04:42
```

Page 233

```
 1                    J. SARGENT
 2        Q.    Do you know how many            14:18:36
 3    hospitals actually used the SIS service   14:18:37
 4    for EndoWrists?                           14:18:41
 5        A.    No, I don't.                    14:18:44
 6        Q.    Do you know the name of any     14:18:45
 7    besides MarinHealth that did?             14:18:48
 8        A.    I was told by Mr. Johnson       14:18:51
 9    that he was having conversations with     14:18:53
10    Banner Health and Kaiser.  To the         14:18:57
11    extent of implementation, I do not        14:19:00
12    know.                                     14:19:04
13        Q.    Do you know how many            14:19:05
14    EndoWrists SIS actually reset before      14:19:06
15    they stopped?                             14:19:10
16        A.    I have no idea.                 14:19:10
17        Q.    You didn't see that in any of   14:19:15
18    the materials that you reviewed in this   14:19:18
19    matter?                                   14:19:19
20        A.    Not that I recall.             14:19:20
21              MR. VAN HOVEN:  Andrew,         14:19:25
22        again, obviously get through          14:19:26
23        whatever questions in your line of    14:19:28
24        questioning, but we're getting over   14:19:29
25        an hour.                              14:19:31
```

Page 248

```
 1                    J. SARGENT
 2    provide similar services?              14:37:22
 3         A.    Yes.                        14:37:24
 4         Q.    What year was it that you   14:37:24
 5    were putting out the requests for      14:37:26
 6    information for Memorial?              14:37:28
 7         A.    End of '20 into '21.        14:37:34
 8         Q.    So do you know whether Steris  14:37:43
 9    or Agility offered a service to reset  14:37:51
10    EndoWrists to Vizient members?         14:37:56
11         A.    I do not know, and that was  14:37:58
12    not included in the RFI.               14:37:59
13         Q.    Okay.  I'm saying sitting   14:38:03
14    here today, do you know whether Steris  14:38:07
15    or Agility offered that service to     14:38:10
16    Vizient members?                       14:38:17
17         A.    No, I do not.              14:38:17
18         Q.    Do you know whether any other  14:38:18
19    company offers the service of resetting  14:38:19
20    EndoWrist to Vizient members?          14:38:26
21         A.    No, I do not.              14:38:27
22         Q.    Do you know whether the    14:38:29
23    service that SIS offers to Vizient    14:38:31
24    members is exclusive for Vizient      14:38:33
25    members, meaning that no other entity  14:38:35
```

Page 253

```
 1                    J. SARGENT
 2     can be used more than the times that      15:30:32
 3     have been set by Intuitive and cleared    15:30:35
 4     by the FDA?                                15:30:37
 5            MR. VAN HOVEN:  Objection to        15:30:38
 6        form.                                   15:30:38
 7        A.    I'm not referring to anything     15:30:38
 8     specific other than my experience with    15:30:42
 9     multiple manufacturers who have made      15:30:45
10     similar claims for single-use products,   15:30:47
11     even though this is a multi-use           15:30:50
12     product, for single-use products that     15:30:52
13     it can't be reprocessed, but yet is       15:30:57
14     able to be reprocessed or repaired.       15:31:00
15        Q.    So you're not relying on any      15:31:01
16     data about EndoWrists themselves,         15:31:05
17     correct?                                  15:31:10
18        A.    Correct.                          15:31:10
19        Q.    Do you have any experience        15:31:10
20     with collection -- I apologize, I meant   15:31:12
21     to ask you this earlier.  Other than      15:31:15
22     the experience with Marin, do you have    15:31:18
23     any other experience with collection      15:31:20
24     rates at hospitals of EndoWrists for a    15:31:22
25     program involving extending the lives     15:31:27
```

Page 298

```
 1                    J. SARGENT
 2            THE VIDEOGRAPHER:  We are      15:55:25
 3      back on the record, the time is      15:55:27
 4      3:55 p.m. Eastern time.              15:55:29
 5        Q.    Ms. Sargent, am I right that 15:55:33
 6   you do not know what the actual         15:55:35
 7   collection rate of EndoWrists were at   15:55:36
 8   Marin when it was involved with SIS's   15:55:40
 9   resetting service?                      15:55:48
10        A.    Correct.                     15:55:48
11        Q.    Am I right, you do not know  15:55:49
12   the collection rate of any hospital     15:55:50
13   with respect to SIS's service for       15:55:52
14   resetting EndoWrists?                   15:55:55
15        A.    Correct.                     15:55:59
16        Q.    And am I also right that     15:55:59
17   you're assuming that whatever Vizient   15:56:01
18   members sign up for resetting an        15:56:06
19   EndoWrist, that SIS would get all of    15:56:17
20   that volume, right?                     15:56:20
21        A.    As described, yes.           15:56:21
22        Q.    No other entity would get any 15:56:22
23   volume of resetting of EndoWrists among 15:56:23
24   the Vizient members, right?            15:56:27
25        A.    Unless another third party   15:56:28
```

Page 307

```
 1                       J. SARGENT
 2    came up with a similar process.  Then        15:56:33
 3    it would -- then SIS would be affected.      15:56:37
 4        Q.   But your collection rate and        15:56:41
 5    conversion rate assume that SIS is the       15:56:46
 6    only entity offering that service to         15:56:49
 7    Vizient members, correct?                    15:56:53
 8             MR. VAN HOVEN:  Objection to        15:56:54
 9        form.                                     15:56:54
10        A.   Yes.                                 15:56:54
11        Q.   And those numbers would be          15:56:56
12    lower if there was another entity            15:57:00
13    offering that service to Vizient             15:57:02
14    members, correct?                            15:57:06
15             MR. VAN HOVEN:  Objection to        15:57:06
16        form.                                     15:57:08
17        A.   Yes.                                 15:57:08
18        Q.   And am I also right that the        15:57:10
19    penetration rate you've identified           15:57:15
20    applies only to Vizient members?             15:57:16
21        A.   Yes.                                 15:57:23
22        Q.   You have not done anything to       15:57:23
23    investigate whether non-Vizient members      15:57:26
24    would achieve collection rates or            15:57:28
25    penetration rates at the numbers you've      15:57:30
```

Page 308

1                    J. SARGENT

2     put in your opening report, correct?        15:57:31

3          A.    Correct.                          15:57:33

4          Q.    Can you look, please, at your     15:57:36

5     rebuttal report, and I'm going to --         15:57:43

6     which is DX230, and I'm going to --          15:57:52

7     paragraph 12, which is on page 3.            15:57:55

8          A.    Yes.                              15:58:03

9          Q.    This paragraph talks about        15:58:04

10    the example you provide of hospitals         15:58:05

11    that were reprocessing single-use            15:58:07

12    devices, correct?                            15:58:09

13         A.    Correct.                          15:58:12

14         Q.    And did any hospitals you         15:58:13

15    worked at reprocess single-use devices?      15:58:18

16         A.    Yes.                              15:58:23

17         Q.    And did the hospitals you         15:58:26

18    work at do that in house, or did they        15:58:29

19    send them out for service to third           15:58:32

20    parties?                                     15:58:37

21         A.    In house.                         15:58:37

22         Q.    Were you -- did you ever tell     15:58:38

23    any of those hospitals that they were,       15:58:40

24    these devices were only supposed to be       15:58:43

25    used once?                                   15:58:45

                                        Page 309