# ATTACHMENT 4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>            Plaintiff,<br>   v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>            Defendant. | Case No.: 3:21-cv-03496-VC |

**Expert Report of Richard F. Bero, CPA, CVA**
**December 2, 2022**

*The BERO Group*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

TABLE OF CONTENTS

I. Introduction ................................................................................................................. 1
    A. Assignment ..................................................................................................... 1
    B. Alleged Wrongdoings ..................................................................................... 1
    C. Basis for opinions .......................................................................................... 2
    D. Expert experience and compensation ............................................................ 3
    E. Trial ................................................................................................................ 4
    F. Basic damages assumptions ........................................................................... 4
    G. Opinions Summary ........................................................................................ 6
II. Parties in suit .............................................................................................................. 7
    A. Plaintiff – SIS ................................................................................................. 7
    B. Defendant – Intuitive ..................................................................................... 8
III. Additional Parties not in suit – Rebotix and Restore ............................................... 10
    A. Rebotix ......................................................................................................... 10
    B. Restore ......................................................................................................... 12
IV. Intuitive's da Vinci surgical system ......................................................................... 13
    A. Launched in 1999 ........................................................................................ 13
    B. da Vinci Products – 5 categories ................................................................. 14
    C. da Vinci Surgical System Models ............................................................... 14
    D. Placed primarily in acute care hospitals ...................................................... 15
    E. da Vinci Surgical System Components ....................................................... 16
        1. Surgeon's Console ............................................................................ 16
        2. Patient-Side Cart .............................................................................. 16
        3. 3DHD Vision System ...................................................................... 17
        4. Firefly Fluorescence Imaging ("Firefly") ........................................ 17
        5. Da Vinci Xi Integrated Table Motion .............................................. 17

*The BERO Group*

|      |      |      |      |
|------|------|------|------|
|      | F.   | U.S. systems sales – 600 and 865 systems placed in 2020 and 2021 | 18 |
|      | G.   | Installed U.S. daVinci systems – 3,720 units and 4,139 units as of December 31, 2020 and December 31, 2021 | 18 |
|      | H.   | Number of daVinci procedures | 18 |
|      | I.   | da Vinci Surgical Systems Sales and Profits | 19 |
| V.   | Intuitive's EndoWrist Instruments and Accessories | | 19 |
|      | A.   | 10 to 18 uses per EndoWrist | 20 |
|      | B.   | S/Si and X/Xi EndoWrists are essentially the same (except for encryption) | 21 |
|      | C.   | U.S. S/Si and X/Xi EndoWrist annual unit sales – 2014 through annualized 2022 | 21 |
|      | D.   | EndoWrist sales and profits | 21 |
|      | E.   | Expired and potentially repairable EndoWrists approximate 60% of current year units sold | 22 |
| VI.  | SIS's EndoWrist repair service | | 23 |
|      | A.   | Monumental Interest in SIS's repair program | 24 |
|      | B.   | SIS's sales prices ranging from $1,100 to $1,700 per repair, representing an average discount of 42% | 25 |
|      | C.   | SIS's estimated repair services applied to all U.S. da Vinci systems' installed base equates to more than $800 million potential EndoWrist repair service revenue per year | 25 |
|      | D.   | Subcontracted 2019 repair work to Rebotix | 26 |
|      | E.   | Initial EndoWrist Repair Sales and Customers | 27 |
|      | F.   | Intended to repair EndoWrists in-house | 27 |
|      | G.   | EndoWrist Recovery (as opposed to repair) Program | 27 |
| VII. | Intuitive considered its own instrument refurbishment service but decided against it | | 28 |
| VIII.| Rebotix's repair program – working with SIS | | 29 |
|      | A.   | Would have first begun repairing X/Xi by as early as 2019 | 30 |
| IX.  | Restore's repair program – working with SIS | | 31 |

|     |      |                                                                                                                                       |     |
|-----|------|---------------------------------------------------------------------------------------------------------------------------------------|-----|
|     | A.   | Expected greater than 70% to 80% of market would use repair services ............. | 31 |
|     | B.   | Expected 72% of EndoWrists received would be repairable ............................... | 31 |
|     | C.   | Would have first begun repairing X/Xi no later than January 2022 and potentially as early as January 2021 ..................................................................... | 31 |
| X.  | GPO's ........................................................................................................................................ | 33 |
|     | A.   | Vizient – more than 60% of U.S. acute care providers in 2022 ............................ | 33 |
|     |      | 1. September 2016 Vizient – SIS Agreement ................................................ | 33 |
|     |      | 2. September 2019 Vizient – SIS Agreement Amendment specific to EndoWrist repairs ....................................................................................... | 34 |
|     |      | 3. August 2020 Vizient – SIS Agreement - specific to EndoWrist recovery (not repairs) .................................................................................... | 35 |
|     |      | 4. Subsequent Vizient – SIS Agreement Amendments – specific to EndoWrist recovery (not repairs) ............................................................... | 36 |
|     | B.   | Premier – 2nd largest GPO in the U.S. .................................................................. | 36 |
|     | C.   | HealthTrust .......................................................................................................... | 37 |
| XI. | Robotic Surgery Industry ............................................................................................... | 37 |
| XII.| Surgical Instruments Industry ........................................................................................ | 38 |
| XIII.| Anticompetitive Conduct Damages ............................................................................... | 40 |
| XIV.| SIS's Lost Profits Damages ............................................................................................ | 41 |
|     | A.   | The 'but for' analysis - difference between 'would-have-been' and 'actual' ....... | 41 |
|     | B.   | The Alleged Wrongdoings caused SIS's lost revenue and profits ........................ | 42 |
|     | C.   | Demand – monumental interest ............................................................................. | 42 |
|     | D.   | Capacity and capability to perform EndoWrist repairs ......................................... | 45 |
|     | E.   | Scenario 1 – Illegal Encryption lost profits damages ........................................... | 46 |
|     |      | 1. Lost EndoWrist repair units .................................................................... | 46 |
|     |      |   a) 'Would-Have-Been' EndoWrist repair units – through 2025 ....... | 47 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | (i) | EndoWrist instruments potentially repairable by SIS – unit sales | 47 |
|  |  | (ii) | Expiration rate of new sales units – 60% | 48 |
|  |  | (iii) | Market share rate based on Vizient – 55% | 49 |
|  |  | (iv) | Conversion rate – 15%, 50%, 70% | 50 |
|  |  | (v) | Collection rate – 70% | 51 |
|  |  | (vi) | Repair yield rate – 72% | 51 |
|  |  | (vii) | 'Would-Have-Been' EndoWrist repair units through 2025 | 52 |
|  |  | (viii) | 'Would-Have-Been' EndoWrist repair units – 2% to 12% of units sold | 52 |
|  | b) | Actual EndoWrist repair units | | 53 |
|  | c) | Lost EndoWrist repair units | | 53 |
| 2. | Lost revenue | | | 53 |
| 3. | Less: Incremental costs | | | 54 |
|  | a) | In-house repair model costs | | 54 |
|  |  | (i) | Repair costs | 54 |
|  |  | (ii) | Chip costs | 55 |
|  |  | (iii) | Vizient GPO administrative fee | 55 |
|  |  | (iv) | SGA costs | 56 |
|  | b) | Distributor model costs | | 56 |
| 4. | SIS's In-house model lost profits through 2025 – approximately $102.6 million | | | 57 |
| 5. | SIS's Distributor model lost profits through 2025 – approximately $40.9 million | | | 57 |
| 6. | Annual lost profits per unit | | | 57 |
| F. | Scenario 2 – Unenforceable Contracts lost profits damages | | | 57 |

XV.   Lanham Act Damages ................................................................................................ 58
XVI.  Conclusion ................................................................................................................. 59

### E.  Initial EndoWrist Repair Sales and Customers

While SIS's repair business caught Intuitive's attention, SIS's initial EndoWrist repairs were minimal before they were stopped. SIS serviced 49 EndoWrists and had at least $38,900 in total revenue with a price range of $1,100 to $1,700 per EndoWrist repair.[196]

Prior to Intuitive's actions of sending cease and desist letters to SIS's customers and potential customers, SIS's EndoWrist repair customers included Legacy Health System, Marin Health Medical Center, Kaiser Permanente Fontana Medical Center and Advocate Aurora Health System and its potential customers included Banner Health System, Piedmont Healthcare and Vizient, among others.[197]

### F.  Intended to repair EndoWrists in-house

SIS intended to bring all EndoWrist repairs in-house to its Glendale Heights facility.[198] SIS began setting up its own repair capabilities at its facilities in Glendale Heights, Illinois, based on the existing Rebotix process.[199]

In February 2020, SIS hosted an EndoWrist repairs meeting at its Glendale Heights facility.[200] Multiple representatives of a large hospital system with tens of millions of dollars in annual EndoWrist costs attended.[201] The attendees discussed SIS performing repairs of EndoWrists, i.e., with third parties such as Rebotix providing the updated chip and SIS performing the underlying repairs at its facilities.[202]

### G.  EndoWrist Recovery (as opposed to repair) Program

SIS also offers a Robotic EndoWrist Inspection and Recovery Program wherein SIS recovers and inspects instruments to determine if the instrument(s) have any remaining uses.[203]

---

[196] **Schedule 14.0**.
[197] Plaintiff's Response to Intuitive's Interrogatory No. 4 (August 8, 2022). SIS000167 (Posdal Dep. Ex. 142). Discussion with Keith Johnson.
[198] 30(b)(1) Deposition of Greg Posdal 25-31 (November 1, 2022).
[199] Plaintiff's Response to Intuitive's Interrogatory No. 5 (August 8, 2022). Discussion with Greg Posdal.
[200] Plaintiff's Response to Intuitive's Interrogatory No. 5 (August 8, 2022).
[201] Plaintiff's Response to Intuitive's Interrogatory No. 5 (August 8, 2022).
[202] Plaintiff's Response to Intuitive's Interrogatory No. 5 (August 8, 2022).
[203] SIS003902-003903.

Agreement").[258] According to this Agreement, Vizient provided purchasing opportunities to individual entities or groups of entities under various contracts, each of which Vizient referred to as a "Member" or, collectively, as "Members."[259] I understand these "Members" represent the hospitals Vizient represents, as noted above. Under this Agreement, SIS agreed to offer certain services defined in Exhibits A, A.1 and B for sale and license to end-use customers, such as these "Members."[260]

This Agreement had an initial 3-year term effective September 1, 2016 and would renew automatically for two additional one-year terms unless Vizient gave adequate notice.[261] SIS agreed to pay Vizient a GPO administrative fee of 4% of all net sales (as defined in the Agreement) for the services it sold to Members.[262]

### 2. September 2019 Vizient – SIS Agreement Amendment specific to EndoWrist repairs

In 2019, Vizient Supply, LLC and SIS entered into an Amendment to their September 1, 2016 Agreement ("September 2019 Vizient Amended Agreement") that was effective September 15, 2019.[263] This Amended Agreement addressed SIS's intention to repair EndoWrist products, and included an Exhibit A, a da Vinci EndoWrist Pricing Schedule, for 38 EndoWrist products.[264] The timing of this Amended Agreement also coincided with Vizient's interest in SIS's EndoWrist repair business and the meetings it helped set up with its members.[265]

The EndoWrist pricing ranged from $1,100 to $1,700.[266] I understand SIS would have paid Vizient a GPO administrative fee of 4% of net sales on EndoWrist sales made under this Amendment, consistent with the September 2016 Agreement described above.[267]

---

[258] SIS330591-330634.
[259] SIS330591-330634 at 592.
[260] SIS330591-330634 at 592. The prices for the various services SIS agreed to offer were all on Exhibit A (SIS330591-330634 at 608-623).
[261] SIS330591-330634 at 594.
[262] SIS330591-330634 at 597.
[263] SIS0000047-0000049.
[264] SIS0000047-0000049. Discussion with Keith Johnson.
[265] Discussion with Keith Johnson.
[266] SIS0000047-0000049.
[267] Discussion with Keith Johnson.

34

*The BERO Group*

Case 3:21-cv-03496-AMO   Document 229-4   Filed 05/17/24   Page 10 of 17
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Given these considerations, I apply a 15% conversion factor in 2020, or Year 1 (i.e., the mid-point between 0% as of January 1 and 30% as of December 31). I apply a 50% conversion factor in 2021, or Year 2 (i.e., the mid-point between 30% as of January 1 and 70% as of December 31). I apply a 70% conversion factor in 2022, or Year 3, and thereafter.

### (v)   Collection rate – 70%

The next factor I account for is EndoWrist instrument collection. I apply a 70% collection rate.

Despite best intentions, I understand not all expired EndoWrists would necessarily be collected by the acute health care providers. According to Jean Sargent, for an expensive instrument such as the EndoWrist, a 75% collection rate would be reasonable.[380]

Intuitive similarly targeted a greater than 70% collection rate for its contemplated EndoWrist refurbishment program in a September 2020 "Gen4 Instrument Refurbishment Pilot" document.[381]

### (vi)   Repair yield rate – 72%

The next factor I account for is the repair yield. I apply a 72% repair yield rate.

Not all of the collected units would have been repairable. Generally speaking, SIS's reparability yield on its various instruments exceeds 95%.[382]

Intuitive performed an EndoWrist refurbishment pilot on its top six instruments in 2020 and averaged 85% refurbishment yield.[383] It also projected higher future refurbishment rates at 95% refurbishment for two (of the six) instruments, 90% for three, and 85% for one.[384]

SIS's initial (limited) data suggested an 88% repair yield rate.[385]

---

[380] Discussion with Jean Sargent.
[381] 30(b)(6) Deposition of Colin Morales (November 1, 2022) at Ex. 143 (Intuitive 00626597-626616 at 604).
[382] Discussion with Keith Johnson. *See also, e.g.*, SIS003653-0033670 at 661.
[383] Morales 30(b)(6) Dep. at Ex. 143 (Intuitive 00626597-626616 at 609).
[384] Morales 30(b)(6) Dep. at Ex. 143 (Intuitive 00626597-626616 at 612).
[385] **Schedule 14.0**.

51
*The BERO Group*

# Schedules Index

| Schedule # | Title |
|---|---|
| Schedule 1.0 | Damages Summary |
| Schedule 2.0 | Scenario 1 - Discounted Lost Profits: In-house Model |
| Schedule 2.1 | Scenario 1 - Undiscounted Lost Profits: In-house Model |
| Schedule 2.2 | Scenario 1 - Lost EndoWrist Repair Units |
| Schedule 3.0 | Scenario 1 - Discounted Lost Profits: Distributor Model |
| Schedule 3.1 | Scenario 1 - Undiscounted Lost Profits: Distributor Model |
| Schedule 4.0 | Scenario 2 - Discounted Lost Profits: In-house Model (2 Year X/Xi Delay) |
| Schedule 4.1 | Scenario 2 - Undiscounted Lost Profits: In-house Model (2 Year X/Xi Delay) |
| Schedule 4.2 | Scenario 2 - Lost EndoWrist Repair Units (2 Year X/Xi Delay) |
| Schedule 4.3 | Scenario 2 - Discounted Lost Profits: In-house Model  (1 Year X/Xi Delay) |
| Schedule 4.4 | Scenario 2 - Undiscounted Lost Profits: In-house Model  (1 Year X/Xi Delay) |
| Schedule 4.5 | Scenario 2 - Lost EndoWrist Repair Units  (1 Year X/Xi Delay) |
| Schedule 5.0 | Scenario 2 - Discounted Lost Profits: Distributor Model (2 Year X/Xi Delay) |
| Schedule 5.1 | Scenario 2 - Undiscounted Lost Profits: Distributor Model (2 Year X/Xi Delay) |
| Schedule 5.2 | Scenario 2 - Discounted Lost Profits: Distributor Model  (1 Year X/Xi Delay) |
| Schedule 5.3 | Scenario 2 - Undiscounted Lost Profits: Distributor Model  (1 Year X/Xi Delay) |
| Schedule 6.0 | Intuitive's U.S. EndoWrist Instrument Units - Actual and Forecasted: 2014 - 2025 |
| Schedule 7.0 | Estimated EndoWrist Expiration Rates: 2018 - 2021 |
| Schedule 8.0 | Potential EndoWrist Instrument Units, Net Sales Dollars and Average Selling Price by System (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022 |
| Schedule 8.1 | Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022 |
| Schedule 8.2 | Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022 |
| Schedule 9.0 | SIS's Estimated EndoWrist Instrument Repair Cost:2020 - June 2022 |
| Schedule 9.1 | Intuitive's "Top 5" X/Xi EndoWrist Instrument Units:2018 - June 2022 |

# Schedules Index

| Schedule # | Title |
|---|---|
| Schedule 10.0 | SIS's Estimated Interceptor Chip Cost (Based on Rebotix's Sales to Restore) |
| Schedule 10.1 | Rebotix Sales to SIS: June 27, 2019 - November 21, 2019 |
| Schedule 11.0 | Potential EndoWrist Instrument Units, Costs and Costs per Unit by System (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022 |
| Schedule 11.1 | Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022 |
| Schedule 11.2 | Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022 |
| Schedule 12.0 | SIS's EndoWrist Instrument Sales Prices and Costs (from Rebotix) - da Vinci S/Si |
| Schedule 12.1 | SIS's EndoWrist Instrument Sales Prices and Costs (from Rebotix) - da Vinci X/Xi |
| Schedule 12.2 | SIS's EndoWrist Instrument Sale Price vs Intuitive Sales Price - da Vinci S/Si |
| Schedule 13.0 | Intuitive's EndoWrist Instrument Units, Net Sales Dollars and Average Selling Price by System: 2014 - June 2022 |
| Schedule 13.1 | Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci S/Si: 2014 - June 2022 |
| Schedule 13.2 | Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci X/Xi: 2014 - June 2022 |
| Schedule 14.0 | SIS's EndoWrist Instrument Repair Summary |
| Schedule 15.0 | SIS's Financial Statements: 2019 - October 2021 |
| Schedule 15.1 | SIS's Detailed SGA: 2019 - October 2021 |
| Schedule 16.0 | Intuitive EndoWrist Instrument Average Selling Price, Units and Net Sales Dollars: 2020 - 2025 |
| Schedule 16.1 | Lanham Act Based on Scenario 2 - Unenforceable Contracts(2 Year X/Xi Delay): 2020 - 2025 |
| Schedule 16.2 | Lanham Act Based on Scenario 2 - Unenforceable Contracts(1 Year X/Xi Delay): 2020 - 2025 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Scenario 1 - Lost EndoWrist Repair Units
## Schedule 2.2

|   |   | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
|   | **EndoWrist instruments potentially repairable by SIS - units** | | | | | | | |
| [A] | da Vinci S/Si | 52,970 | 22,411 | 8,214 | 3,839 | 1,928 | 1,077 | 90,439 |
| [A] | da Vinci X/Xi | 299,954 | 346,579 | 365,304 | 422,719 | 455,982 | 437,186 | 2,327,724 |
| [A] | Total | 352,924 | 368,990 | 373,518 | 426,558 | 457,910 | 438,263 | 2,418,163 |
| [B] | Expiration rate of new sales units | 60% | 60% | 60% | 60% | 60% | 60% | 60% |
|   | **Expired EndoWrist instrument - units** | | | | | | | |
| [C] | da Vinci S/Si | 31,782 | 13,447 | 4,928 | 2,303 | 1,157 | 646 | 54,263 |
| [C] | da Vinci X/Xi | 179,972 | 207,947 | 219,182 | 253,631 | 273,589 | 262,312 | 1,396,633 |
| [C] | Total | 211,754 | 221,394 | 224,110 | 255,934 | 274,746 | 262,958 | 1,450,896 |
| [D] | SIS market share rate | 55% | 55% | 55% | 55% | 55% | 55% | 55% |
|   | **SIS market share units** | | | | | | | |
| [E] | da Vinci S/Si | 17,480 | 7,396 | 2,710 | 1,267 | 636 | 355 | 29,844 |
| [E] | da Vinci X/Xi | 98,985 | 114,371 | 120,550 | 139,497 | 150,474 | 144,272 | 768,149 |
| [E] | Total | 116,465 | 121,767 | 123,260 | 140,764 | 151,110 | 144,627 | 797,993 |
|   | **SIS conversion factor** | | | | | | | |
| [F] | da Vinci S/Si | 15% | 50% | 70% | 70% | 70% | 70% | |
| [F] | da Vinci X/Xi | 15% | 50% | 70% | 70% | 70% | 70% | |
|   | **SIS converted units** | | | | | | | |
| [G] | da Vinci S/Si | 2,622 | 3,698 | 1,897 | 887 | 445 | 249 | 9,798 |
| [G] | da Vinci X/Xi | 14,848 | 57,186 | 84,385 | 97,648 | 105,332 | 100,990 | 460,389 |
| [G] | Total | 17,470 | 60,884 | 86,282 | 98,535 | 105,777 | 101,239 | 470,187 |
| [H] | Collection rate of SIS converted units | 70% | 70% | 70% | 70% | 70% | 70% | 70% |
|   | **SIS collected units** | | | | | | | |
| [I] | da Vinci S/Si | 1,835 | 2,589 | 1,328 | 621 | 312 | 174 | 6,859 |
| [I] | da Vinci X/Xi | 10,394 | 40,030 | 59,070 | 68,354 | 73,732 | 70,693 | 322,273 |
| [I] | Total | 12,229 | 42,619 | 60,398 | 68,975 | 74,044 | 70,867 | 329,132 |
| [J] | Repair yield of SIS would-have-been units | 72% | 72% | 72% | 72% | 72% | 72% | 72% |
|   | **Would-have-been Lost EndoWrist repair units** | | | | | | | |
| [K] | da Vinci S/Si | 1,321 | 1,864 | 956 | 447 | 225 | 125 | 4,938 |
| [K] | da Vinci X/Xi | 7,484 | 28,822 | 42,530 | 49,215 | 53,087 | 50,899 | 232,037 |
| [K] | Total | 8,805 | 30,686 | 43,486 | 49,662 | 53,312 | 51,024 | 236,975 |
| [L] | Market penetration (% of total units) | 2% | 8% | 12% | 12% | 12% | 12% | 10% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 1 - Lost EndoWrist Repair Units
# Schedule 2.2

|   |   | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---:|---:|---:|---:|---:|---:|---:|
| | **Actual conversion rate** | | | | | | | |
| [M] | da Vinci S/Si | | | | | 15% | 50% | |
| [M] | da Vinci X/Xi | | | | | 15% | 50% | |
| | **Actual EndoWrist repair units** | | | | | | | |
| [N] | da Vinci S/Si | | | | | 48 | 89 | 137 |
| [N] | da Vinci X/Xi | | | | | 11,376 | 36,357 | 47,733 |
| [N] | Total | | | | | **11,424** | **36,446** | **47,870** |
| | **Lost EndoWrist repair units** | | | | | | | |
| [O] | da Vinci S/Si | 1,321 | 1,864 | 956 | 447 | 177 | 36 | 4,801 |
| [O] | da Vinci X/Xi | 7,484 | 28,822 | 42,530 | 49,215 | 41,711 | 14,542 | 184,304 |
| [O] | Total | **8,805** | **30,686** | **43,486** | **49,662** | **41,888** | **14,578** | **189,105** |

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

[A] Per Schedule 6.0.

[B] Per Schedule 7.0.

[C] = [A] * [B]

[D] Per https://web.archive.org/web/20191108191050/https://www.vizientinc.com/what-we-do as of November 8, 2019, "50% of the nation's acute care providers are Vizient members."
Per https://www.vizientinc.com/ as of November 29, 2022, Vizient has ">60% of acute care hospitals in the U.S."
For purposes of my analysis, I use 55%. See discussion in my report.

[E] = [C] * [D]

[F] Per discussion with Keith Johnson and Greg Posdal, SIS anticipated a quick ramp up in 2020, both in sales and in-house repair capabilities. According to Jean Sargent there would have been a transition timeframe conversion for this type of program. In 2020, or Year 1, 30% of Vizient's acute care providers would have reasonably converted. In 2021, or Year 2, and thereafter, 70% would have reasonably converted. I apply a 15% conversion factor in 2020, or Year 1 (i.e. mid-point between 0% January 1 and 30% December 31st). I apply a 50% conversion factor in 2021, or Year 2 (i.e., mid-point between 30% January 1 and 70% December 31st). I apply a 70% conversion factor in 2022, or Year 3, and thereafter.
Per May Dep. 113-114 (November 3, 2022), if the Xi had the same security measures as the Si, Restore would have been able to repair the Xi's as of January 2020.

[G] = [E] * [F]

[H] Per Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 604), where Intuitive targets a collection rate of 70%. *See also*, Intuitive-00620200 where Intuitive assumes a collection rate of 70%. *See also*, Morales 30(b)(6)Dep. Ex. 141 (at pdf page 1), where Intuitive targets a collection rate of 80%. Per discussion with Jean Sargent, I understand for an expensive instrument such as an EndoWrist, a 75% collection rate would be reasonable.

[I] = [G] * [H]

[J] Deposition of Clifton Parker 43-45, 178-179 (October 25, 2022). Per Restore-00094918-00094956 at 922 (Parker Dep. Ex. 121), 215 out of 310 instruments collected in a 2-week sample that had lives on them passed Restore's inspection (i.e., were repairable). Note: Per Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 609), where Intuitive realizes a yield of 85%. *See also*, Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 612), where Intuitive targets a yield of 85% to 95%. Schedule 14.0 shows repair yield of SIS collectable units was approximately 88%. For purposes of my analysis, I use 72%.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 1 - Lost EndoWrist Repair Units
# Schedule 2.2

| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|

**[K]** = **[I]** * **[J]**

**[L]** = **[K]** / **[A]**

**[M]** Assuming trial is resolved in or about January 1, 2024, SIS would then begin ramping up.  For the Actual EndoWrist repair units, I use the Year 1, Year 2 and Year 3 market conversion rates addressed at **[F]** above.  Currently, I assume Year 1 is 2024 and the first year SIS will begin selling its repair program again.  Per May Dep. 60 (November 3, 2022), Restore will have the technical capability to change the usage limitations of the EndoWrist X/Xi's in the third or fourth quarter of 2023.  For purposes of this analysis, I assume the conversion rate for the S/Si and X/Xi would be the same starting January 1, 2024.

**[N]** = **[E]** * **[H]** * **[J]** * **[M]**

**[O]** = **[K]** - **[N]**

# SIS's EndoWrist Instrument Repair Summary
# Schedule 14.0

| [1] | [1] | [1] | [1] | [1] | [2] | [1] | [1] | [1] | [3] | [3] | [3] | [3] | [3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order date | Customer | Invoice # | Quantity | Price | Sales | Item (EndoWrist Instrument Number) | Item description | Item comments | Total count | Repaired count | Not repaired count | Expired count | Not supported count |
| 11/14/18 | ALEXIAN BROTHERS MEDICAL CTR | 60576-1 | 1 | $0.00 | N/A | 470001 | DaVinci Potts Scissors | Severely damaged. BEYOND REPAIR. Needs replacement | 1 | | 1 | | |
| 06/28/19 | LEGACY GOOD SAMARITAN | 61059-1 | 1 | $1,300.00 | $1,300.00 | 420309 | Needle Driver, Mega Suture Cut | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 2 | 1 | | | |
| 07/18/19 | LEGACY GOOD SAMARITAN | 61064-1 | 1 | $1,300.00 | $1,300.00 | 420309 | Needle Driver, Mega Suture Cut | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 3 | 2 | | | |
| 08/27/19 | KAISER FONTANA | 95513-1 | 1 | $1,700.00 | $0.00 | 420179 | Monopolar Curved Scissors | Monopolar Curved Scissors EndoWrist Repair Services | 4 | 3 | | | |
| 08/27/19 | KAISER FONTANA | 95513-1 | 1 | $1,600.00 | $0.00 | 420205 | Fenestrated Bipolar Forceps | Fenestrated Bipolar Forceps EndoWrist Repair Services | 5 | 4 | | | |
| 08/27/19 | KAISER FONTANA | 95513-1 | 1 | $1,300.00 | $0.00 | 420093 | ProGrasp Forceps | ProGrasp Forceps EndoWrist Repair Services | 6 | 5 | | | |
| 08/27/19 | KAISER FONTANA | 95513-1 | 1 | $1,300.00 | $0.00 | 420194 | Mega Needle Driver | Mega Needle Driver EndoWrist Repair Services | 7 | 6 | | | |
| 09/09/19 | KAISER FONTANA | 60733-1 | 1 | $1,300.00 | $1,300.00 | 420318 | Small Graptor (Grasping Retractor) | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 8 | 7 | | | |
| 09/09/19 | KAISER FONTANA | 60733-1 | 1 | $1,300.00 | $1,300.00 | 420006 | Needle Driver, Large | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 9 | 8 | | | |
| 09/09/19 | KAISER FONTANA | 60733-1 | 1 | $1,300.00 | $1,300.00 | 420093 | Forceps, ProGrasp | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 10 | 9 | | | |
| 09/09/19 | KAISER FONTANA | 60733-1 | 1 | $1,300.00 | $1,300.00 | 420318 | Small Graptor (Grasping Retractor) | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 11 | 10 | | | |
| 09/09/19 | KAISER FONTANA | 60733-1 | 1 | $1,100.00 | $1,100.00 | 420049 | Forceps, Cadiere | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 12 | 11 | | | |
| 09/09/19 | KAISER FONTANA | 60733-2 | 1 | $0.00 | N/A | 420172 | Bipolar Forceps, Maryland | BEYOND REPAIR. Needs replacement | 13 | | 2 | | |
| 09/09/19 | KAISER FONTANA | 60733-2 | 1 | $0.00 | N/A | 420172 | Bipolar Forceps, Maryland | BEYOND REPAIR. Needs replacement | 14 | | 3 | | |
| 09/09/19 | KAISER FONTANA | 60733-2 | 1 | $0.00 | N/A | 420172 | Bipolar Forceps, Maryland | BEYOND REPAIR. Needs replacement | 15 | | 4 | | |
| | ADVOCATE GOOD SAMARITAN | 95713-1 | 1 | $0.00 | N/A | 420205 | Fenestrated Bipolar Forceps | Expired. BEYOND REPAIR. SIS is unable to provide a replacement | 16 | | | | 1 |
| 10/29/19 | MARIN HEALTH MEDICAL CENTER | 90009-1 | 1 | $1,300.00 | $1,300.00 | 420296 | Needle Driver, Large Suture Cut | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 17 | 12 | | | |
| 10/29/19 | MARIN HEALTH MEDICAL CENTER | 90009-1 | 1 | $1,300.00 | $1,300.00 | 420194 | Needle Driver, Mega | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 18 | 13 | | | |
| 10/29/19 | MARIN HEALTH MEDICAL CENTER | 90009-1 | 1 | $1,100.00 | $1,100.00 | 420036 | Forceps, DeBakey | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 19 | 14 | | | |
| 10/29/19 | MARIN HEALTH MEDICAL CENTER | 90009-1 | 1 | $1,600.00 | $1,600.00 | 420172 | Bipolar Forceps, Maryland | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 20 | 15 | | | |
| 10/29/19 | MARIN HEALTH MEDICAL CENTER | 90009-1 | 1 | $1,300.00 | $1,300.00 | 420194 | Needle Driver, Mega | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 21 | 16 | | | |
| 10/30/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-1 | 1 | $1,600.00 | $1,600.00 | 420205 | Fenestrated Bipolar Forceps | Repair/Exchange. Received SN: N10190207 | 22 | 17 | | | |
| 10/30/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-2 | 1 | $1,600.00 | $1,600.00 | 420227 | PK® Dissecting Forceps | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 23 | 18 | | | |
| 10/30/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-3 | 1 | $1,300.00 | $1,300.00 | 420093 | Forceps, ProGrasp | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 24 | 19 | | | |
| 10/30/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-4 | 1 | $1,300.00 | $1,300.00 | 420093 | Forceps, ProGrasp | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 25 | 20 | | | |
| 10/30/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-5 | 1 | $1,300.00 | $1,300.00 | 420006 | Needle Driver, Large | Repair/Exchange. Received SN: N10190327 | 26 | 21 | | | |
| 10/30/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-6 | 1 | $1,100.00 | $1,100.00 | 420049 | Forceps, Cadiere | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 27 | 22 | | | |
| 10/30/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-7 | 1 | $1,300.00 | $1,300.00 | 420093 | Forceps, ProGrasp | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 28 | 23 | | | |
| 10/29/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-8 | 1 | $0.00 | N/A | 420049 | Forceps, Cadiere | Expired and disposed of. BEYOND REPAIR. SIS is unable to provide a replacement. | 29 | | | 2 | |
| 11/06/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61156-1 | 1 | $1,300.00 | $1,300.00 | 420006 | Needle Driver, Large | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 30 | 24 | | | |
| 11/06/19 | ADVOCATE SOUTH SUBURBAN HOSP | 61156-2 | 1 | $1,300.00 | $1,300.00 | 420006 | Needle Driver, Large | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 31 | 25 | | | |
| 11/14/19 | MARIN HEALTH MEDICAL CENTER | 60137-1 | 1 | $1,300.00 | $1,300.00 | 420296 | Needle Driver, Large Suture Cut | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 32 | 26 | | | |
| 11/14/19 | MARIN HEALTH MEDICAL CENTER | 60137-1 | 1 | $1,100.00 | $1,100.00 | 420049 | Forceps, Cadiere | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 33 | 27 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,700.00 | N/A | 420179 | Scissors, Curved Monopolar | Repair/Exchange. Received SN: N12190701 | 34 | 28 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,300.00 | N/A | 420309 | Needle Driver, Mega Suture Cut | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 35 | 29 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,700.00 | N/A | 420179 | Scissors, Curved Monopolar | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions | 36 | 30 | | | |

# SIS's EndoWrist Instrument Repair Summary
# Schedule 14.0

| [1] | [1] | [1] | [1] | [1] | [2] | [1] | [1] | [1] | [3] | [3] | [3] | [3] | [3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order date | Customer | Invoice # | Quantity | Price | Sales | Item (EndoWrist Instrument Number) | Item description | Item comments | Total count | Repaired count | Not repaired count | Expired count | Not supported count |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,100.00 | N/A | 420049 | Forceps, Cadiere | Repair/Exchange. Received SN: N10180822 | 37 | 31 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,100.00 | N/A | 420230 | Applier, Large Clip | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 38 | 32 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,600.00 | N/A | 420172 | Bipolar Forceps, Maryland | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 39 | 33 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,100.00 | N/A | 420230 | Applier, Large Clip | Repair/Exchange. Received SN: N10170921 | 40 | 34 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $1,300.00 | N/A | 420194 | Needle Driver, Mega | Repair/Exchange. Received SN: M10140121 | 41 | 35 | | | |
| 11/15/19 | MARIN HEALTH MEDICAL CENTER | 90008-1 | 1 | $0.00 | N/A | 420275 | Shears, Harmonic Ace Curved | Model number is not supported. NO REPAIR | 42 | | | | 1 |
| | ADVOCATE GOOD SAMARITAN | 96156-1 | 1 | $1,300.00 | N/A | 420006 | Needle Driver, Large | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 43 | 36 | | | |
| 12/10/19 | MARIN HEALTH MEDICAL CENTER | 90010-1 | 1 | $1,100.00 | $1,100.00 | 420230 | Applier, Large Clip | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 44 | 37 | | | |
| 12/10/19 | MARIN HEALTH MEDICAL CENTER | 90010-1 | 1 | $1,300.00 | $1,300.00 | 420207 | Forceps, Tenaculum | Repair/Exchange. Received SN: M10100316 | 45 | 38 | | | |
| 12/10/19 | MARIN HEALTH MEDICAL CENTER | 90010-1 | 1 | $1,600.00 | $1,600.00 | 420172 | Bipolar Forceps, Maryland | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 46 | 39 | | | |
| 12/10/19 | MARIN HEALTH MEDICAL CENTER | 90010-1 | 1 | $1,600.00 | $1,600.00 | 420172 | Bipolar Forceps, Maryland | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 47 | 40 | | | |
| 12/10/19 | MARIN HEALTH MEDICAL CENTER | 90010-1 | 1 | $1,700.00 | $1,700.00 | 420179 | Scissors, Curved Monopolar | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 48 | 41 | | | |
| 12/10/19 | MARIN HEALTH MEDICAL CENTER | 90010-1 | 1 | $1,600.00 | $1,600.00 | 420205 | Fenestrated Bipolar Forceps | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. | 49 | 42 | | | |
| | | | | | $38,900.00 | | | Total | 49 | 42 | 4 | 2 | 1 |
| | | | | | | | [A] | Repair yield of SIS collectable units | | 88% | | | |

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

Note: Column headings are based on a review of invoices, for example, SIS000097-112.

[1] Summarized per SIS000167.

[2] Summarized per SIS000097-112. I have indicated "N/A" for records where invoices could not be located.

[3] Count based on "Item Comments."

[A] Calculated as Repaired Count / (Repaired Count + Not Repaired Count + Expired Count).