# ATTACHMENT 5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant. | Case No.: 3:21-cv-03496-VC |

**Updated Bero Report Schedules / Errata Sheet**
**February 25, 2023**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

On December 2, 2022, I issued an expert report (the "Bero Report") in this matter. In the Bero Report, I provided expert opinions on damages on behalf of Surgical Instrument Service Company, Inc. ("SIS") in *Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.,* Case No. 3:21-cv-03496-VC. The Bero Report included the **Schedule 1 – 16** series.

On January 18, 2023, Loren K. Smith, PH.D., issued a rebuttal report addressing my damages opinions stated in the Bero Report (the "Smith Rebuttal Report").[1] Among other criticisms, the Smith Rebuttal Report identifies 2018 to 2020 costs that were mis-categorized as 2020 to 2022 costs as part of a cell referencing error in the Bero Report's "distributor model."[2] To account for this, I have adjusted my analyses accordingly.

The Smith Rebuttal Report also addresses the Bero Report's use of a 72% repair yield and suggests a repair yield approximating 69% is more appropriate.[3] As described in the Bero Report, the 72% repair yield % I used is based on various data points, which indicate this % could be higher than 72%.[4] Nonetheless, I have updated my analyses using 69.35%, the lowest of the identified repair yield % data points.

For errata purposes, I have updated the following Bero Report schedules for these two items: **Schedules 1.0**, **2.0**, **2.1**, **2.2**, **3.0**, **3.1**, **4.0**, **4.1**, **4.2**, **4.3**, **4.4**, **4.5**, **5.0**, **5.1**, **5.2**, **5.3**, **16.1** and **16.2**. I have included these **Updated Schedules** along with all non-updated **Schedules** in the attached **Updated Schedule 1 – 16** series.[5] These **Updated Schedules** supersede the Bero Report's **Schedule 1 – 16** series, and do not change the substance of my opinions contained in the Bero Report.

Based on my **Updated Schedules**, I have also updated the Bero Report's **Table 1** and **Table 5**, both of which supersede the corresponding tables in the Bero Report. **Updated Table 1** below shows the updated damages amounts:[6]

---

[1] I will respond to other items the Smith Rebuttal Report addressed that are not addressed herein in my second rebuttal report due March 1, 2023.
[2] Smith Rebuttal Report 16-17. The Smith Rebuttal Report refers to these costs as "payments" even though they were described as "costs" in the Bero Report. *See, e.g.*, the description on Bero Report **Schedule 3.1**.
[3] Smith Rebuttal Report 16-17. Rounded to 2 decimal points, this 69% approximates 69.35%.
[4] *See, e.g.*, Bero Report 51-52 and **Schedule 2.2** at FN [J].
[5] The Bero Report schedules that do not have to be updated are not referred to as "Updated Schedules."
[6] **Updated Schedule 1.0**.

1

*The BERO Group*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Updated Table 1: Damages Summary**

|  | Scenario 1 | Scenario 2 | | |
|---|---|---|---|---|
| **Discounted lost profits** | | | | |
| In-house model | $98,855,878 | $54,099,123 | to | $77,650,884 |
| Distributor model | $36,492,836 | $19,905,925 | to | $28,597,644 |
| | | | | |
| **Lanham Act** | | $258,367,896 | to | $371,219,363 |

**Updated Table 5** below shows the updated 'Would-Have-Been" EndoWrist repair units:[7]

**Updated Table 5: 'Would-Have-Been" EndoWrist repair units**

|  | Scenario 1 | Scenario 2 | | |
|---|---|---|---|---|
| EndoWrist instruments potentially repairable by SIS – units | 2,418,163 | 1,771,630 | to | 2,118,209 |
| Expired EndoWrist instrument - units | 1,450,896 | 1,062,977 | to | 1,270,924 |
| SIS market share units | 797,993 | 584,637 | to | 699,008 |
| SIS converted units | 470,187 | 303,952 | to | 391,199 |
| SIS collected units | 329,132 | 212,766 | to | 273,840 |
| Would-have-been Lost EndoWrist repair units | 228,271 | 147,565 | to | 189,923 |
| Market penetration (% of total units) | 9% | 8% | to | 9% |

My **Updated Schedules** and **Updated Tables** described herein are based upon information that is presently known and available to me. If additional information is made available, I may update these accordingly.

Respectfully submitted,

*[signature]*

Richard F. Bero, CPA, CVA
February 25, 2023

---

[7] **Updated Schedules 2.2, 4.2** and **4.5**.

2

*The BERO Group*

# Schedules Index

| Schedule # | Title |
|---|---|
| Updated Schedule 1.0 | Damages Summary |
| Updated Schedule 2.0 | Scenario 1 - Discounted Lost Profits: In-house Model |
| Updated Schedule 2.1 | Scenario 1 - Undiscounted Lost Profits: In-house Model |
| Updated Schedule 2.2 | Scenario 1 - Lost EndoWrist Repair Units |
| Updated Schedule 3.0 | Scenario 1 - Discounted Lost Profits: Distributor Model |
| Updated Schedule 3.1 | Scenario 1 - Undiscounted Lost Profits: Distributor Model |
| Updated Schedule 4.0 | Scenario 2 - Discounted Lost Profits: In-house Model (2 Year X/Xi Delay) |
| Updated Schedule 4.1 | Scenario 2 - Undiscounted Lost Profits: In-house Model (2 Year X/Xi Delay) |
| Updated Schedule 4.2 | Scenario 2 - Lost EndoWrist Repair Units (2 Year X/Xi Delay) |
| Updated Schedule 4.3 | Scenario 2 - Discounted Lost Profits: In-house Model  (1 Year X/Xi Delay) |
| Updated Schedule 4.4 | Scenario 2 - Undiscounted Lost Profits: In-house Model  (1 Year X/Xi Delay) |
| Updated Schedule 4.5 | Scenario 2 - Lost EndoWrist Repair Units  (1 Year X/Xi Delay) |
| Updated Schedule 5.0 | Scenario 2 - Discounted Lost Profits: Distributor Model (2 Year X/Xi Delay) |
| Updated Schedule 5.1 | Scenario 2 - Undiscounted Lost Profits: Distributor Model (2 Year X/Xi Delay) |
| Updated Schedule 5.2 | Scenario 2 - Discounted Lost Profits: Distributor Model  (1 Year X/Xi Delay) |
| Updated Schedule 5.3 | Scenario 2 - Undiscounted Lost Profits: Distributor Model  (1 Year X/Xi Delay) |
| Schedule 6.0 | Intuitive's U.S. EndoWrist Instrument Units - Actual and Forecasted: 2014 - 2025 |
| Schedule 7.0 | Estimated EndoWrist Expiration Rates: 2018 - 2021 |
| Schedule 8.0 | Potential EndoWrist Instrument Units, Net Sales Dollars and Average Selling Price by System (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022 |
| Schedule 8.1 | Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022 |
| Schedule 8.2 | Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022 |
| Schedule 9.0 | SIS's Estimated EndoWrist Instrument Repair Cost:2020 - June 2022 |
| Schedule 9.1 | Intuitive's "Top 5" X/Xi EndoWrist Instrument Units:2018 - June 2022 |

# Schedules Index

| Schedule # | Title |
|---|---|
| Schedule 10.0 | SIS's Estimated Interceptor Chip Cost (Based on Rebotix's Sales to Restore) |
| Schedule 10.1 | Rebotix Sales to SIS: June 27, 2019 - November 21, 2019 |
| Schedule 11.0 | Potential EndoWrist Instrument Units, Costs and Costs per Unit by System (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022 |
| Schedule 11.1 | Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022 |
| Schedule 11.2 | Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022 |
| Schedule 12.0 | SIS's EndoWrist Instrument Sales Prices and Costs (from Rebotix) - da Vinci S/Si |
| Schedule 12.1 | SIS's EndoWrist Instrument Sales Prices and Costs (from Rebotix) - da Vinci X/Xi |
| Schedule 12.2 | SIS's EndoWrist Instrument Sale Price vs Intuitive Sales Price - da Vinci S/Si |
| Schedule 13.0 | Intuitive's EndoWrist Instrument Units, Net Sales Dollars and Average Selling Price by System: 2014 - June 2022 |
| Schedule 13.1 | Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci S/Si: 2014 - June 2022 |
| Schedule 13.2 | Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci X/Xi:  2014 - June 2022 |
| Schedule 14.0 | SIS's EndoWrist Instrument Repair Summary |
| Schedule 15.0 | SIS's Financial Statements: 2019 - October 2021 |
| Schedule 15.1 | SIS's Detailed SGA: 2019 - October 2021 |
| Schedule 16.0 | Intuitive EndoWrist Instrument Average Selling Price, Units and Net Sales Dollars: 2020 - 2025 |
| Updated Schedule 16.1 | Lanham Act Based on Scenario 2 - Unenforceable Contracts(2 Year X/Xi Delay): 2020 - 2025 |
| Updated Schedule 16.2 | Lanham Act Based on Scenario 2 - Unenforceable Contracts(1 Year X/Xi Delay): 2020 - 2025 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario 1 - Lost EndoWrist Repair Units
# Updated Schedule 2.2

|  |  | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
|  | **EndoWrist instruments potentially repairable by SIS - units** | | | | | | | |
| [A] | da Vinci S/Si | 52,970 | 22,411 | 8,214 | 3,839 | 1,928 | 1,077 | 90,439 |
| [A] | da Vinci X/Xi | 299,954 | 346,579 | 365,304 | 422,719 | 455,982 | 437,186 | 2,327,724 |
| [A] | **Total** | **352,924** | **368,990** | **373,518** | **426,558** | **457,910** | **438,263** | **2,418,163** |
| [B] | Expiration rate of new sales units | 60% | 60% | 60% | 60% | 60% | 60% | 60% |
|  | **Expired EndoWrist instrument - units** | | | | | | | |
| [C] | da Vinci S/Si | 31,782 | 13,447 | 4,928 | 2,303 | 1,157 | 646 | 54,263 |
| [C] | da Vinci X/Xi | 179,972 | 207,947 | 219,182 | 253,631 | 273,589 | 262,312 | 1,396,633 |
| [C] | **Total** | **211,754** | **221,394** | **224,110** | **255,934** | **274,746** | **262,958** | **1,450,896** |
| [D] | SIS market share rate | 55% | 55% | 55% | 55% | 55% | 55% | 55% |
|  | **SIS market share units** | | | | | | | |
| [E] | da Vinci S/Si | 17,480 | 7,396 | 2,710 | 1,267 | 636 | 355 | 29,844 |
| [E] | da Vinci X/Xi | 98,985 | 114,371 | 120,550 | 139,497 | 150,474 | 144,272 | 768,149 |
| [E] | **Total** | **116,465** | **121,767** | **123,260** | **140,764** | **151,110** | **144,627** | **797,993** |
|  | **SIS conversion factor** | | | | | | | |
| [F] | da Vinci S/Si | 15% | 50% | 70% | 70% | 70% | 70% | |
| [F] | da Vinci X/Xi | 15% | 50% | 70% | 70% | 70% | 70% | |
|  | **SIS converted units** | | | | | | | |
| [G] | da Vinci S/Si | 2,622 | 3,698 | 1,897 | 887 | 445 | 249 | 9,798 |
| [G] | da Vinci X/Xi | 14,848 | 57,186 | 84,385 | 97,648 | 105,332 | 100,990 | 460,389 |
| [G] | **Total** | **17,470** | **60,884** | **86,282** | **98,535** | **105,777** | **101,239** | **470,187** |
| [H] | Collection rate of SIS converted units | 70% | 70% | 70% | 70% | 70% | 70% | 70% |
|  | **SIS collected units** | | | | | | | |
| [I] | da Vinci S/Si | 1,835 | 2,589 | 1,328 | 621 | 312 | 174 | 6,859 |
| [I] | da Vinci X/Xi | 10,394 | 40,030 | 59,070 | 68,354 | 73,732 | 70,693 | 322,273 |
| [I] | **Total** | **12,229** | **42,619** | **60,398** | **68,975** | **74,044** | **70,867** | **329,132** |
| [J] | Repair yield of SIS would-have-been units | 69.35% | 69.35% | 69.35% | 69.35% | 69.35% | 69.35% | 69.35% |
|  | **Would-have-been Lost EndoWrist repair units** | | | | | | | |
| [K] | da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 216 | 121 | 4,758 |
| [K] | da Vinci X/Xi | 7,209 | 27,763 | 40,968 | 47,407 | 51,137 | 49,029 | 223,513 |
| [K] | **Total** | **8,482** | **29,559** | **41,889** | **47,838** | **51,353** | **49,150** | **228,271** |
| [L] | Market penetration (% of total units) | 2% | 8% | 11% | 11% | 11% | 11% | 9% |

# Scenario 1 - Lost EndoWrist Repair Units
# Updated Schedule 2.2

|  |  | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|---|
|  | **Actual conversion rate** |  |  |  |  |  |  |  |
| [M] | da Vinci S/Si |  |  |  |  | 15% | 50% |  |
| [M] | da Vinci X/Xi |  |  |  |  | 15% | 50% |  |
|  |  |  |  |  |  |  |  |  |
|  | **Actual EndoWrist repair units** |  |  |  |  |  |  |  |
| [N] | da Vinci S/Si |  |  |  |  | 46 | 86 | 132 |
| [N] | da Vinci X/Xi |  |  |  |  | 10,958 | 35,021 | 45,979 |
| [N] | **Total** |  |  |  |  | **11,004** | **35,107** | **46,111** |
|  |  |  |  |  |  |  |  |  |
|  | **Lost EndoWrist repair units** |  |  |  |  |  |  |  |
| [O] | da Vinci S/Si | 1,273 | 1,796 | 921 | 431 | 170 | 35 | 4,626 |
| [O] | da Vinci X/Xi | 7,209 | 27,763 | 40,968 | 47,407 | 40,179 | 14,008 | 177,534 |
| [O] | **Total** | **8,482** | **29,559** | **41,889** | **47,838** | **40,349** | **14,043** | **182,160** |

**NOTES / SOURCES:**

Note:  Any minor differences are due to rounding.

**[A]** Per Schedule 6.0.

**[B]** Per Schedule 7.0.

**[C]** = [A] * [B]

**[D]** Per https://web.archive.org/web/20191108191050/https://www.vizientinc.com/what-we-do as of November 8, 2019, "50% of the nation's acute care providers are Vizient members."
Per https://www.vizientinc.com/ as of November 29, 2022, Vizient has ">60% of acute care hospitals in the U.S."
For purposes of my analysis, I use 55%.  See discussion in my report.

**[E]** = [C] * [D]

**[F]** Per discussion with Keith Johnson and Greg Posdal, SIS anticipated a quick ramp up in 2020, both in sales and in-house repair capabilities.   According to Jean Sargent there would have been a transition timeframe conversion for this type of program.   In 2020, or Year 1, 30% of Vizient's acute care providers would have reasonably converted.   In 2021, or Year 2, and thereafter, 70% would have reasonably converted.  I apply a 15% conversion factor in 2020, or Year 1 (i.e. mid-point between 0% January 1 and 30% December 31st).  I apply a 50% conversion factor in 2021, or Year 2 (i.e., mid-point between 30% January 1 and 70% December 31st).  I apply a 70% conversion factor in 2022, or Year 3, and thereafter.
Per May Dep. 113-114 (November 3, 2022), if the Xi had the same security measures as the Si, Restore would have been able to repair the Xi's as of January 2020.

**[G]** = [E] * [F]

**[H]** Per Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 604), where Intuitive targets a collection rate of 70%.   *See also* , Intuitive-00620200 where Intuitive assumes a collection rate of 70%.   *See also* , Morales 30(b)(6)Dep. Ex. 141 (at pdf page 1), where Intuitive targets a collection rate of 80%.   Per discussion with Jean Sargent, I understand for an expensive instrument such as an EndoWrist, a 75% collection rate would be reasonable.

**[I]** = [G] * [H]

**[J]** Deposition of Clifton Parker 43-45, 178-179 (October 25, 2022).   Per Restore-00094918-00094956 at 922 (Parker Dep. Ex. 121), 215 out of 310 instruments (approximately 69.35%) collected in a 2-week sample that had lives on them passed Restore's inspection (i.e., were repairable).   Note:  Per Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 609), where Intuitive realized a yield of 85%.   *See also* , Morales 30(b)(6) Dep. Ex. 143 (Intuitive-00626597-626616 at 612), where Intuitive targeted a yield of 85% to 95%.   Schedule 14.0 shows the repair yield of SIS collectable units was approximately 88%.   For purposes of my analysis, I use approximately 69.35%.

# Scenario 1 - Lost EndoWrist Repair Units
# Updated Schedule 2.2

| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|---|

**[K]** = **[I]** * **[J]**

**[L]** = **[K]** / **[A]**

**[M]** Assuming trial is resolved in or about January 1, 2024, SIS would then begin ramping up.  For the Actual EndoWrist repair units, I use the Year 1, Year 2 and Year 3 market conversion rates addressed at **[F]** above.  Currently, I assume Year 1 is 2024 and the first year SIS will begin selling its repair program again.  Per May Dep. 60 (November 3, 2022), Restore will have the technical capability to change the usage limitations of the EndoWrist X/Xi's in the third or fourth quarter of 2023.  For purposes of this analysis, I assume the conversion rate for the S/Si and X/Xi would be the same starting January 1, 2024.

**[N]** = **[E]** * **[H]** * **[J]** * **[M]**

**[O]** = **[K]** - **[N]**