# ATTACHMENT 6

**Archived:** Tuesday, March 16, 2021 12:54:08 PM
**From:**
**To:** Ayers, John R.
**Subject:** Re: Keith J SIS - robotic program
**Importance:** Normal
**Sensitivity:** None

---

Good morning sir. I am walking in the main entrance.

See you shortly.

**Keith Johnson | Executive Vice President**
Sales and Clinical Programs
**Surgical Instrument Service Co., Inc.**
Corp: 800.747.8044 | Cell: 623.687.5056
www.sis-usa.com

-------- Original message --------
From: "Ayers, John R." <John.Ayers@mymarinhealth.org>
Date: 10/7/19 6:58 AM (GMT-08:00)
To: Keith Johnson <krjohnson@sis-usa.com>
Subject: RE: Keith J SIS - robotic program

Great –? I have an office on the first floor of the west wing near the operating room front desk. Room 1147.

**From:** Keith Johnson [mailto:krjohnson@sis-usa.com]
**Sent:** Monday, October 07, 2019 6:33 AM
**To:** Ayers, John R. <John.Ayers@mymarinhealth.org>
**Subject:** Re: Keith J SIS - robotic program

CAUTION: This email originated from outside of MarinHealth. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning John.

I have a 7am call this morning but will be at your facility by 8am.

Looking forward to meeting you.

Keith

**Keith Johnson | Executive Vice President**
Sales and Clinical Programs

CONFIDENTIAL

SIS000445
SIS/RR Subpoena
CONFIDENTIAL
5:19-cv-00055-TKW-MJF

Exhibit DX 0232

SIS000445

**Surgical Instrument Service Co., Inc.**
Corp: 800.747.8044 | Cell: 623.687.5056
www.sis-usa.com

-------- Original message --------
From: "Ayers, John R." <John.Ayers@mymarinhealth.org>
Date: 10/1/19 9:36 AM (GMT-08:00)
To: Keith Johnson <krjohnson@sis-usa.com>
Subject: RE: Keith J SIS - robotic program

Hey Keith, I'?m located on the first floor of the west wing, room 1147.

Marin Health ( formerly Marin General )
250 Bon Air Rd.
Greenbrae, Ca 94904

Thanks,

**From:** Keith Johnson [mailto:krjohnson@sis-usa.com]
**Sent:** Tuesday, October 01, 2019 9:27 AM
**To:** Ayers, John R. <John.Ayers@mymarinhealth.org>
**Subject:** Re: Keith J SIS - robotic program

CAUTION: This email originated from outside of MarinHealth. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Give me a quick call

**Keith Johnson** | EVP, Sales and Clinical Programs
**Surgical Instrument Service Co., Inc.**
Corp: 800.747.8044 | Cell: 623.687.5056
www.sis-usa.com

On Oct 1, 2019, at 9:26 AM, Ayers, John R. <John.Ayers@mymarinhealth.org> wrote:

> Hey Keith –? Monday Oct. 7th my morning is free until 10 am. I'?d like to understand what opportunities we have sending our Intuitive instruments to you.
>
> Let me know if I can connect you with our SPD manager.
>
> Thanks,
>
> **From:** Keith Johnson [mailto:krjohnson@sis-usa.com]
> **Sent:** Tuesday, October 01, 2019 9:11 AM
> **To:** Ayers, John R. <John.Ayers@mymarinhealth.org>
> **Cc:** Geremia, Michael <Michael.Geremia@mymarinhealth.org>; Blenis, Ken <Ken.Blenis@mymarinhealth.org>
> **Subject:** Re: Keith J SIS - robotic program
>
> CAUTION: This email originated from outside of MarinHealth. Do not click links or open attachments unless you

CONFIDENTIAL

SIS000446
SIS/RR Subpoena
CONFIDENTIAL
5:19-cv-00055-TKW-MJF

SIS000446

recognize the sender and know the content is safe.

GM John.

I will be in San Fran Monday.   Does it make sense to see up a meeting?  I have some time before lunch.

Let me know.

Keith

**Keith Johnson** | **Executive Vice President**
Sales and Clinical Programs
**Surgical Instrument Service Co., Inc.**
Corp: 800.747.8044 | Cell: 623.687.5056
www.sis-usa.com

-------- Original message --------
From: "Ayers, John R." <John.Ayers@mymarinhealth.org>
Date: 9/26/19 10:51 AM (GMT-07:00)
To: Keith Johnson <krjohnson@sis-usa.com>
Cc: "Geremia, Michael" <Michael.Geremia@mymarinhealth.org>, "Blenis, Ken" <Ken.Blenis@mymarinhealth.org>
Subject: FW: Keith J SIS - robotic program

Hey Keith, the surgeons are concerned about using these products. Intuitive has been great at messaging the risks that "?could"? be associated with third party refurbished products.

I'?d like to set up a phone call today to discuss.

Thanks,

john

---

**From:** Jean Sargent [mailto:jsargent1209@outlook.com]
**Sent:** Wednesday, September 25, 2019 2:29 PM
**To:** Ayers, John R. <John.Ayers@mymarinhealth.org>; Keith Johnson <krjohnson@sis-usa.com>
**Subject:** FW: Keith J SIS - robotic program
**Importance:** High

CAUTION: This email originated from outside of MarinHealth. Do not click links or open attachments unless you recognize the sender and know the content is safe.

John,
Attached are the products and attachments we discussed. I have copied Keith Johnson who is the VP of Sales. Please let Keith know your availability to discuss. Let me know what I can do to assist with this.
Jean

SIS000447
SIS/RR Subpoena
CONFIDENTIAL
5:19-cv-00055-TKW-MJF

CONFIDENTIAL                                                                                       SIS000447

**From:** Keith Johnson <krjohnson@sis-usa.com>
**Sent:** Friday, August 9, 2019 1:04 PM
**To:** Jean Sargent (jsargent1209@outlook.com) <jsargent1209@outlook.com>
**Subject:** Keith J SIS - robotic program

Always great catching up, Jean.

I have attached the documents on our robotic endowrist service.

We are currently able to support all Si and S arms. Xi is in R&D and we hope to have an update from our engineering department in the coming months.

Thanks again.

Keith


**Keith Johnson** | EVP, Sales and Clinical Programs

**Surgical Instrument Service Co., Inc.**

Corp: 800.747.8044 | Cell: 623.687.5056

www.sis-usa.com

CONFIDENTIAL

SIS000448
SIS/RR Subpoena
CONFIDENTIAL
5:19-cv-00055-TKW-MJF

SIS000448