# ATTACHMENT 7

# Gen4 Instrument Refurbishment Pilot

Results and Lessons Learned

September 2020

INTUÍTIVE.

## Quick History

- **Project Dragon** (2017-2018)
  - Determine if a lower priced instrument offering through reclamation and refurbishment of ISI Core instruments increases procedure volume in cost sensitive regions

- **Refurbishment Pilot** (2019-2020)
  - Collect instruments to test refurbishment process in Sunnyvale on a small scale
  - Develop potential business models (reviewed in 2019 and handed off to IA&E Marketing)

- **Reclamation v. Refurbishment v. Remanufacturing**
  - Reclamation: Collection of expired instruments for disposal and/or refurbishment

  - Refurbishment: Restores a medical device to the OEM's original specifications or to be "like new." The device may be brought to current specifications if the change(s) made to the device **do not significantly change** the finished device's **performance or safety** specifications, or intended use.

  - Remanufacturing: Process, condition, **renovate**, **repackage**, restore, or any other act done to a finished device that **significantly changes** the finished device's **performance or safety** specifications, or intended use

INTUITIVE.

Confidential



## Scope of the Pilot

Refurbished Instrument Lifecycle

- US only pilot to collect top 6 Xi reusable instruments utilizing an external partner (Stericycle)
  - Monopolar Curved Scissors
  - Maryland Bipolar Forceps
  - Fenestrated Bipolar Forceps
  - Large Needle Driver
  - Prograsp
  - Mega Suturecut Needle Driver

- Test of reclamation and refurbishment process with results feeding financial analysis

- Functional Teams involved:
  - Logistics, Facilities, I&A Manufacturing, I&A New Product Verification, RMA, Svc Mktg

INTUITIVE

3

Confidential

## Pilot Goals

1)  **Understand collections logistic**

2)  **Understand customer compliance/collection yield**

3)  **Confirm refurbishment yield assumptions**

4)  **Understand financial aspects associated with collection and Refurbishment**

INTUITIVE

4

Confidential

Intuitive-00626600



Reclamation

# Partnership with Stericycle

- **Why work with an external partner?**
  - Time savings
  - Reduce variables
- **Scope of Work**
  - Identify appropriate sized bins and labeled for Intuitive
  - Share customer list allowing Intuitive to target appropriate customers
  - Place bins in hospital where requested by customer (OR, SPD, etc.)
  - Train customers on what to place in the bins
  - Collect bins from customers and ship to Intuitive
- **Costs**
  - $95/bin collected, collection of minimum 2 bins at a time
  - $150/12 bins to ship back to Stericycle
- **Other company considered**
  - Medline Renewal was original target company based on project Dragon

- **Lessons learned**
  - No single collection company will cover all Intuitive customers
  - Several of the market share leaders in collection are potentially adversarial to Intuitive due to 3rd party resale and remanufacturing (Stryker, Medline in US, others OUS)
  - Companies like Stericycle could offer additional services such as sorting at their facilities or ability to bypass interaction with customers (don't necessarily need an Intuitive specific bin)

INTUITIVE

6

## Customer Engagement and Compliance

- **Enrolling hospitals**
  - 17 high volume sites approached to potentially participate
  - 3 sites actually participated to differing levels of compliance (2 additional sites signed NDA's but refused to go beyond that point)
  - For pilot, no financial incentives were given. Those that participated appreciated the idea of being more green
- **Customer compliance**
  - For simplicity, asked customers to place any Xi reusable expired instrument in bin
  - Volume of expired instruments identified from logs did not match what was received
- **Bins from Stericycle facility**
  - Due to lack of volume from customers, also received bins from Stericycle sorting facility.
  - We requested just top 6 instruments from Stericycle but received more. Stericycle felt with training the goal of just the 6 could be met in the future.

- **Lessons learned**
  - Needed to engage elements at customer sites we don't normally deal with (procurement, contracting, waste management)
  - Customers often have specific contracts with reclamation companies/waste companies that are challenging to work around
  - Bin fatigue as often there already are 4+ bins in/around OR

INTU*ITIVE

Confidential

Intuitive-00626603

## Yields

**Yields – Collections (target >70%)**

Hospital collections: Expired Inst vs return
- Sutter Sacramento: 63%
- NE GA Med: 57%
- El Camino: 4%

Target 6 vs total returned:
- Hospitals = 186 vs 543 (34%)
- Stericycle = 435 vs 1122 (38%)

**Lessons Learned:**

- Potential for 3rd party collections is more effective/efficient; can up yields with training

INTUITIVE.

Data is as compared to hospital log information

Confidential

Intuitive-00626604



Intuitive-00626605



Major parts scrapped: RFID, Grip & Pitch cables, clamping pulley, hypotube, cover, conductor wire, inputs, flush tube , EOL Flag
Parts retained: main tube, roll input, roll gear, chassis, idler pulley, clevis, grips (non cautery)

Intuitive-00626606

## Testing Strategy

- **Three Tier Plan:**
  - Tier 1: Prove 10 lives with Standard recipe
  - Tier 2: Test to failure with Standard recipe
  - Tier 3: Test to failure with Ad-Hoc recipe

- **Results:**
  - Tier 1: Demonstrated 10 life compatibility for LND, Prograsp, MSCND, MBP. FBF in process. MCS not proven
  - Tier 2: TBD
  - Tier 3: Remove from scope

INTUITIVE.

FBF currently on SSU 12 of 19
MCS failure due to cable breaks cause by a seized distal pully

## Refurbishment Process

- **Standard instrument line**, minimal equipment
  - 1 HIPT
  - No marking

- **Lessons learned:**
  - Build instructions require additional SME training to successfully refurbish first instruments
  - Additional inspection of distal pulleys should be performed if retained as part of refurbishment

INTUITIVE.

Confidential

## Refurbishment Results: N=10 Lives

**Yields – Refurbishment (target >70%)**

LND: 84% (42 inst)

MCS: 81% (48 Inst)

MSCND: 95% (41 inst)

Maryland: 88% (44 inst)

FBF: 67*% (50 inst)

Prograsp: 96% (50 inst)

**Average: 85%**

*High scrap (~10) due to soiling.

**Scrap Costs (target < 50%)**

** Projected with process improvements

| Refurb costs by instrument type | Scrapped Parts | % of Original BOM cost: |
|---|---|---|
| BPM | $90.65 | 55% |
| FBF | $82.59 | 56% |
| MCS | $150.87 | 68% |
| MSCND | $62.49 | 30% |
| Prograsp | $59.10 | 45% |
| LND | $51.26 | 37% |

| Refurb costs by instrument type | Scrapped Parts | % of Original BOM cost: |
|---|---|---|
| BPM** | $63.50 | 39% |
| FBF** | $56.30 | 38% |
| MCS** | $150.87 | 68% |
| MSCND | $62.49 | 30% |
| Prograsp | $59.10 | 45% |
| LND | $51.26 | 37% |

INTU'T'VE.



## Reclamation and Refurbishment Costs (SV Pilot)

| Per Instrument (Current State) | Monopolar Curved Scissors (MCS) | Maryland Bipolar Forceps | Fenestrated Bipolar Forceps (FBF) | Large Needle Driver (LND) | Prograsp | Mega Suturecut Needle Drive (MSCND) |
|---|---|---|---|---|---|---|
| New Build COGS | | | | | | |
| Collection Rate | 40% | 40% | 40% | 40% | 40% | 40% |
| Refurbishment Yield | 81% | 88% | 70% | 84% | 95% | 95% |
| | | | | | | |
| Bin Collection/Handling (Stericycle) | $5.51 | $5.51 | $5.51 | $5.51 | $5.51 | $5.51 |
| Bag & Box for Bin | $0.72 | $0.72 | $0.72 | $0.72 | $0.72 | $0.72 |
| Shipping | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 |
| Sort/Visual/Brush&Flush | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 |
| Washer/Disinfector Consumables | $2.06 | $2.06 | $2.06 | $2.06 | $2.06 | $2.06 |
| Disposal in SH | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 |
| Total Variable Reclamation Cost | $15.19 | $15.19 | $15.19 | $15.19 | $15.19 | $15.19 |
| Disassembly Cost SNV ($) | 16.50 | 16.50 | 16.50 | 16.50 | 16.50 | 16.50 |
| Value Harvested per Instrument | $63 | $84 | $62 | $86 | $70 | $138 |
| Mfg Labor per Instrument (SNV) | $83.2 | $83.2 | $83.2 | $83.2 | $83.2 | $83.2 |
| Materials needed for Remanufacture | $141 | $71 | $77 | $48 | $55 | $57 |
| Total Variable Cost of Remufacture | $224.02 | $154.01 | $160.24 | $131.07 | $138.30 | $139.71 |
| | | | | | | |
| Total COGS Refurb (Inc. Disposal) | $263.14 | $190.02 | $205.51 | $168.79 | $171.66 | $173.06 |
| % Reclamation Cost | 7.1% | 9.1% | 10.6% | 10.7% | 9.3% | 9.2% |
| % Disassembly | 7.7% | 9.9% | 11.5% | 11.6% | 10.1% | 10.0% |
| Savings vs New Build | | | | | | |

*Return Incentive not included in the above calculations

INTU'TIVE.

Confidential

Intuitive-00626611

# Reclamation and Refurbishment Costs (Future State – 100% SH)

| Per Instrument (100% SH Build) | Monopolar Curved Scissors (MCS) | Maryland Bipolar Forceps | Fenestrated Bipolar Forceps (FBF) | Large Needle Driver (LND) | Prograsp | Mega Suturecut Needle Drive (MSCND) |
|---|---|---|---|---|---|---|
| New Build COGS | | | | | | |
| Collection Rate | 40% | 40% | 40% | 40% | 40% | 40% |
| Refurbishment Yield | 90% | 90% | 90% | 85% | 95% | 95% |
| | | | | | | |
| Bin Collection/Handling (Stericycle) | $5.51 | $5.51 | $5.51 | $5.51 | $5.51 | $5.51 |
| Bag & Box for Bin | $0.72 | $0.72 | $0.72 | $0.72 | $0.72 | $0.72 |
| Shipping | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 |
| Sort/Visual/Brush&Flush | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 |
| Washer/Disinfector Consumables | $2.06 | $2.06 | $2.06 | $2.06 | $2.06 | $2.06 |
| Disposal in SH | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 |
| Total Variable Reclamation Cost | $15.19 | $15.19 | $15.19 | $15.19 | $15.19 | $15.19 |
| Disassembly Cost SH($) | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 |
| Value Harvested per Instrument | $63 | $84 | $62 | $86 | $70 | $138 |
| Mfg Labor per Instrument (SH) | $33.8 | $33.8 | $33.8 | $33.8 | $33.8 | $33.8 |
| Materials needed for Remanufacture | $141 | $71 | $77 | $48 | $55 | $57 |
| Total Variable Cost of Remanufacture | $174.62 | $104.61 | $110.84 | $81.67 | $88.90 | $90.31 |
| | | | | | | |
| Total COGS Refurb (Inc. Disposal) | $198.72 | $128.71 | $134.94 | $107.18 | $111.73 | $113.14 |
| % Reclamation Cost | 8.5% | 13.1% | 12.5% | 16.7% | 14.3% | 14.1% |
| % Disassembly | 3.6% | 5.6% | 5.4% | 7.1% | 6.1% | 6.0% |
| Savings vs New Build | | | | | | |

*Return Incentive not included in the above calculations
SH Cost assumed at $39/hr

INTUITIVE.

Intuitive-00626612

## Reclamation and Refurbishment Costs (Future State – 100% MX)

| Per Instrument (100% MX Build) | Monopolar Curved Scissors (MCS) | Maryland Bipolar Forceps | Fenestrated Bipolar Forceps (FBF) | Large Needle Driver (LND) | Prograsp | Mega Suturecut Needle Drive (MSCND) |
|---|---|---|---|---|---|---|
| New Build COGS | | | | | | |
| Collection Rate | 40% | 40% | 40% | 40% | 40% | 40% |
| Refurbishment Yield | 90% | 90% | 90% | 85% | 95% | 95% |
| | | | | | | |
| Bin Collection/Handling (Stericycle) | $5.51 | $5.51 | $5.51 | $5.51 | $5.51 | $5.51 |
| Bag & Box for Bin | $0.72 | $0.72 | $0.72 | $0.72 | $0.72 | $0.72 |
| Shipping | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 |
| Sort/Visual/Brush&Flush | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 |
| Washer/Disinfector Consumables | $2.06 | $2.06 | $2.06 | $2.06 | $2.06 | $2.06 |
| Disposal in SH | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 |
| Total Variable Reclamation Cost | $15.19 | $15.19 | $15.19 | $15.19 | $15.19 | $15.19 |
| Disassembly Cost MX($) | 1.83 | 1.83 | 1.83 | 1.83 | 1.83 | 1.83 |
| Value Harvested per Instrument | $63 | $84 | $62 | $86 | $70 | $138 |
| Mfg Labor per Instrument (MX) | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 |
| Materials needed for Remanufacture | $141 | $71 | $77 | $48 | $55 | $57 |
| Total Variable Cost of Remufacture | $150.35 | $80.34 | $86.57 | $57.40 | $64.63 | $66.04 |
| | | | | | | |
| Total COGS Refurb (inc. Disposal) | $169.26 | $96.25 | $105.48 | $77.43 | $82.55 | $83.96 |
| % Reclamation Cost | 10.0% | 17.0% | 16.0% | 23.1% | 19.4% | 19.0% |
| % Disassembly | 1.2% | 2.1% | 1.9% | 2.8% | 2.3% | 2.3% |
| Savings vs New Build | | | | | | |

*Return incentive not included in the above calculations
MX cost assumed at $11/hr

INTUITIVE.



Intuitive-00626614

## Next Steps

- **Three Tier Plan:**
  - Tier 2: Test to failure with Standard recipe

- **Define scalability requirements**

- **Timeline:** 6 months

- **Resources:**
  - 0.10 PM
  - 0.10 TE
  - 2 techs
  - $60K expenses

- **Handoff:**
  - Once all above steps are complete, fully handoff to iA&E BU to determine any future of reclamation and/or refurbishment

INTUITIVE

Intuitive-00626615

## Q&A

INTUITIVE.

Intuitive-00626616