# ATTACHMENT 8

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
     SURGICAL INSTRUMENT SERVICE    )
 5   COMPANY, INC.,                 ) Case No.:
                                    ) 3:21-cv-03496-VC
 6             Plaintiff,           )
                                    ) Lead Case No.:
 7        vs.                       ) 3:21-cv-03825-VC
                                    )
 8   INTUITIVE SURGICAL, INC.,      )
                                    )
 9             Defendant            )
     _____)
10   IN RE: DA VINCI SURGICAL ROBOT )
     ANTITRUST LITIGATION           )
11   _____)
     THIS DOCUMENT RELATES TO:      )
12   ALL ACTIONS                    )
     _____)
13
14
15         *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
16                30(b)(6) DEPOSITION OF:
17                  KEITH ROBERT JOHNSON
18                THURSDAY, OCTOBER 27, 2022
19             9:06 a.m. Mountain Standard Time
20
21   REPORTED BY:
22   Vickie Blair
23   CSR No. 8940, RPR-CRR
24   JOB NO. 5539883
25   PAGES 1 - 122
```

Page 1

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    Deposition of KEITH ROBERT JOHNSON, the witness, taken
 2    on behalf of the Defendant, on Thursday,
 3    October 27, 2022, 9:06 a.m. Mountain Standard Time,
 4    before VICKIE BLAIR, CSR No. 8940, RPR-CRR.
 5
 6    APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8    FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
      SERVICE CO. INC.:
 9
              HALEY GUILIANO LLP
10            BY JOSHUA VAN HOVEN, Partner
              111 North Market Street, Suite 900
11            San Jose, California  95113
              +1 669 213 1061
12            joshua.vanhoven@hglaw.com
13
14    FOR DEFENDANT INTUITIVE SURGICAL, INC.:
              COVINGTON & BURLING LLP
15            BY ISAAC D. CHAPUT, Associate
              415 Mission Street
16            Suite 5400
              San Francisco, California  94105-2533
17            +1 415 591 7020
18            ichaput@cov.com
              COVINGTON & BURLING LLP
19            BY AUSTIN S. MARTIN, Associate
              One CityCenter
20            850 Tenth Street, NW
              Washington, D.C.  20001-4956
21            +1 202 662 5094
22            amartin@cov.com
23
24
25
```

Page 2

```
 1    APPEARANCES OF COUNSEL VIA ZOOM: (Continued)
 2    FOR THE PROPOSED CLASS:
 3           BONI, ZACK & SNYDER LLC
              BY JOSHUA D. SNYDER, Partner
 4            15 St. Asaphs Road
              Bala Cynwyd, Pennsylvania  19004
 5            (610) 822-0203
              (610) 822-0206
 6            jsnyder@bonizack.com
 7
 8    ALSO PRESENT:
 9            RAMON A. PERAZA, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1          Q     Did SIS ever facilitate any EndoWrist        12:34:41
2    repair services for Vizient members?                     12:34:45
3          A     Absolutely.                                  12:34:47
4          Q     Which -- which Vizient members were those?   12:34:47
5          A     Legacy, Legacy Health, Kaiser Permanente,    12:34:52
6    Piedmont, most of the our other big clients are          12:35:06
7    Premiere, they're not Vizient, so -- if you want -- if   12:35:20
8    you're asking me actual repairs done, I think those are  12:35:24
9    the three big ones.                                      12:35:28
10             MR. CHAPUT:  Okay.  So, Mr. Johnson, I         12:35:39
11   don't have any more questions at this point on the       12:35:41
12   30(b)(6) notice.  We are going continue with your        12:35:42
13   deposition in your personal capacity, but we can go      12:35:45
14   ahead and take a break before we do that.                12:35:48
15             MR. SNYDER:  Isaac, Josh Snyder, I do have     12:35:55
16   a few questions, very few, but I'm happy to save them    12:35:58
17   all till the end in the interest of efficiency.  You     12:36:01
18   may cover them in the next part anyway.                  12:36:06
19             MR. CHAPUT:  Sure, that's fine, Josh.          12:36:08
20             MR. SNYDER:  Thank you.                        12:36:11
21             VIDEOGRAPHER PERAZA:  This is the end of       12:36:12
22   today's deposition of SIS by Mr. Keith Johnson.  We are  12:36:14
23   off the record at 12:36 p.m.                             12:36:17
24             The total number of media used was four,       12:36:21
25   and will be retained by Veritext.                        12:36:25
```

Page 116