# ATTACHMENT 12

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SURGICAL INSTRUMENT SERVICE COMPANY, INC.,

Plaintiff,

v.

INTUITIVE SURGICAL, INC.,

Defendant.

Case No.: 3:21-cv-03496-VC

**Expert Report of Richard F. Bero, CPA, CVA**
**December 2, 2022**

TABLE OF CONTENTS

I. Introduction ..... 1
A. Assignment ..... 1
B. Alleged Wrongdoings ..... 1
C. Basis for opinions ..... 2
D. Expert experience and compensation ..... 3
E. Trial ..... 4
F. Basic damages assumptions ..... 4
G. Opinions Summary ..... 6
II. Parties in suit ..... 7
A. Plaintiff – SIS ..... 7
B. Defendant – Intuitive ..... 8
III. Additional Parties not in suit – Rebotix and Restore ..... 10
A. Rebotix ..... 10
B. Restore ..... 12
IV. Intuitive's da Vinci surgical system ..... 13
A. Launched in 1999 ..... 13
B. da Vinci Products – 5 categories ..... 14
C. da Vinci Surgical System Models ..... 14
D. Placed primarily in acute care hospitals ..... 15
E. da Vinci Surgical System Components ..... 16
1. Surgeon's Console ..... 16
2. Patient-Side Cart ..... 16
3. 3DHD Vision System ..... 17
4. Firefly Fluorescence Imaging ("Firefly") ..... 17
5. Da Vinci Xi Integrated Table Motion ..... 17

F. U.S. systems sales – 600 and 865 systems placed in 2020 and 2021 .................. 18

G. Installed U.S. daVinci systems – 3,720 units and 4,139 units as of December 31, 2020 and December 31, 2021 .................................................. 18

H. Number of daVinci procedures ................................................................ 18

I. da Vinci Surgical Systems Sales and Profits .................................................. 19

V. Intuitive's EndoWrist Instruments and Accessories ...................................................... 19

A. 10 to 18 uses per EndoWrist ................................................................ 20

B. S/Si and X/Xi EndoWrists are essentially the same (except for encryption) ....... 21

C. U.S. S/Si and X/Xi EndoWrist annual unit sales – 2014 through annualized 2022 ................................................................................ 21

D. EndoWrist sales and profits ................................................................ 21

E. Expired and potentially repairable EndoWrists approximate 60% of current year units sold ................................................................ 22

VI. SIS's EndoWrist repair service ................................................................ 23

A. Monumental Interest in SIS's repair program .................................................. 24

B. SIS's sales prices ranging from $1,100 to $1,700 per repair, representing an average discount of 42% ................................................................ 25

C. SIS's estimated repair services applied to all U.S. da Vinci systems' installed base equates to more than $800 million potential EndoWrist repair service revenue per year ................................................................ 25

D. Subcontracted 2019 repair work to Rebotix .................................................. 26

E. Initial EndoWrist Repair Sales and Customers .................................................. 27

F. Intended to repair EndoWrists in-house .................................................. 27

G. EndoWrist Recovery (as opposed to repair) Program ........................................ 27

VII. Intuitive considered its own instrument refurbishment service but decided against it ..... 28

VIII. Rebotix's repair program – working with SIS .................................................. 29

A. Would have first begun repairing X/Xi by as early as 2019 ............................... 30

IX. Restore's repair program – working with SIS .................................................. 31

A. Expected greater than 70%to 80% of market would use repair services .............. 31

B. Expected 72% of EndoWrists received would be repairable .............................. 31

C. Would have first begun repairing X/Xi no later than January 2022 and potentially as early as January 2021 ................................................................. 31

X. GPO's ........................................................................................................ 33

A. Vizient – more than 60% of U.S. acute care providers in 2022 .......................... 33

1. September 2016 Vizient – SIS Agreement ............................................. 33

2. September 2019 Vizient – SIS Agreement Amendment specific to EndoWrist repairs .................................................................................... 34

3. August 2020 Vizient – SIS Agreement - specific to EndoWrist recovery (not repairs) ........................................................................... 35

4. Subsequent Vizient – SIS Agreement Amendments – specific to EndoWrist recovery (not repairs) .......................................................... 36

B. Premier – 2nd largest GPO in the U.S. ............................................................... 36

C. HealthTrust ........................................................................................................ 37

XI. Robotic Surgery Industry ................................................................................... 37

XII. Surgical Instruments Industry .......................................................................... 38

XIII. Anticompetitive Conduct Damages ................................................................. 40

XIV. SIS's Lost Profits Damages .............................................................................. 41

A. The 'but for' analysis - difference between 'would-have-been' and 'actual' ....... 41

B. The Alleged Wrongdoings caused SIS's lost revenue and profits ....................... 42

C. Demand – monumental interest ......................................................................... 42

D. Capacity and capability to perform EndoWrist repairs ....................................... 45

E. Scenario 1 – Illegal Encryption lost profits damages .......................................... 46

1. Lost EndoWrist repair units ...................................................................... 46

a) 'Would-Have-Been' EndoWrist repair units – through 2025 ....... 47

(i) EndoWrist instruments potentially repairable by SIS – unit sales ..... 47

(ii) Expiration rate of new sales units – 60% ..... 48

(iii) Market share rate based on Vizient – 55% ..... 49

(iv) Conversion rate – 15%, 50%, 70% ..... 50

(v) Collection rate – 70% ..... 51

(vi) Repair yield rate – 72% ..... 51

(vii) 'Would-Have-Been' EndoWrist repair units through 2025 ..... 52

(viii) 'Would-Have-Been' EndoWrist repair units – 2% to 12% of units sold ..... 52

b) Actual EndoWrist repair units ..... 53

c) Lost EndoWrist repair units ..... 53

2. Lost revenue ..... 53

3. Less: Incremental costs ..... 54

a) In-house repair model costs ..... 54

(i) Repair costs ..... 54

(ii) Chip costs ..... 55

(iii) Vizient GPO administrative fee ..... 55

(iv) SGA costs ..... 56

b) Distributor model costs ..... 56

4. SIS's In-house model lost profits through 2025 – approximately $102.6 million ..... 57

5. SIS's Distributor model lost profits through 2025 – approximately $40.9 million ..... 57

6. Annual lost profits per unit ..... 57

F. Scenario 2 – Unenforceable Contracts lost profits damages ..... 57

XV. Lanham Act Damages ........ 58

XVI. Conclusion ........ 59

- I assume the parties' reported revenue, costs and other data are generally accurate and reliable;[11]
- SIS would have had the capability / capacity to make the lost sales;[12]
- Rebotix or Restore would have had the capability and capacity to produce enough chips to be used in SIS's EndoWrist repairs;[13]
- SIS would not need FDA approval to make its repairs;[14]

In Scenario 1, I assume:

- SIS would have been able to repair both S/Si and X/Xi EndoWrist instruments as of January 1, 2020 (I refer to this as the "In-house model");[15]
- Alternatively, Rebotix or Restore would have been able to repair both S/Si and X/Xi EndoWrist instruments as of January 1, 2020 (I refer to this as the "Distributor model");[16]

In Scenario 2, I assume:

- SIS would have been able to repair S/Si EndoWrist instruments as of January 1, 2020 (the In-house model),[17]
- Alternatively, Rebotix or Restore would have been able to repair the S/Si EndoWrist instruments as of January 1, 2020 (the Distributor model);[18]
- SIS (relying on either Rebotix, Restore or another third-party technology provider) would have been able to reset the X/Xi EndoWrist instruments use counter either by January 1, 2021 or January 1, 2022, and SIS, Rebotix or Restore would have been able to repair X/Xi EndoWrist instruments as of either January 1, 2021 or January 1 2022;[19]

---

[11] If the parties' reported information is incorrect, I reserve the right to update my analyses accordingly.
[12] As addressed herein.
[13] Based on SIS's relationships with Rebotix / Restore prior to the Alleged Wrongdoings as addressed herein. Rebotix and Restore are defined below.
[14] Discussions with Keith Johnson and Greg Posdal. *See also*, Deposition of Imron Zafar (November 1, 2022) Ex. 113 at 3.
[15] As addressed herein.
[16] Based on SIS's relationships with Rebotix / Restore prior to the Alleged Wrongdoings as addressed herein.
[17] As addressed herein.
[18] Based on SIS's relationships with Rebotix / Restore prior to the Alleged Wrongdoings as addressed herein.
[19] Based on SIS's relationships with Rebotix / Restore prior to the Alleged Wrongdoings as addressed herein and discussion with Kurt Humphrey, SIS's technical expert.

**Table 2: Intuitive Surgical, Inc. - Historical Financial Summary (in millions)**

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Revenue | $2,706.5 | $3,138.2 | $3,724.2 | $4,478.5 | $4,358.4 | $5,710.1 |
| Gross Profit | $1,892.9 | $2,202.0 | $2,604.1 | $3,110.2 | $2,861.2 | $3,958.5 |
| *Gross Margin %* | *70%* | *70%* | *70%* | *69%* | *66%* | *69%* |
| Income from Operations | $949.7 | $1,062.9 | $1,199.4 | $1,374.5 | $1,049.8 | $1,821.0 |
| *Income from Operations %* | *35%* | *34%* | *32%* | *31%* | *24%* | *32%* |

## III. Additional Parties not in suit – Rebotix and Restore

### A. Rebotix

Rebotix Repair LLC ("Rebotix") is a Florida limited liability company with its principal address in St. Petersburg, Florida.[53] Rebotix provides service and replacement components that help hospitals get back in control of their robotic surgical instruments, such as repairing EndoWrist instruments used in da Vinci robotic surgeries.[54]

Rebotix also sued Intuitive for issues related to servicing its EndoWrists, in which Rebotix claimed: (1) Tying; (2) Exclusive Dealing; (3) Monopolization; and (4) Attempted Monopolization.[55] I understand that case has settled.

In the spring / summer of 2019, SIS began working with Rebotix on its EndoWrist repair business.[56] SIS initially provided the repair business customers while Rebotix provided the "Interceptor chip" (or "repair chip") to reset S / Si EndoWrist counters enabling additional EndoWrist uses as well as the actual repair.[57]

[REDACTED] .[58] The Interceptor was developed for Rebotix by a

[53] Compl. ¶ 5 (*Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW (M.D. Fla. filed Sept. 28, 2020)).
[54] https://rebotixrepair.com. Compl. ¶ 5 (*Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW (M.D. Fla. filed Sept. 28, 2020)).
[55] Compl. ¶¶ 62-73 (*Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW (M.D. Fla. filed Sept. 28, 2020)).
[56] 30(b)(1) Deposition of Greg Posdal 23-25 (November 1, 2022).
[57] 30(b)(1) Deposition of Greg Posdal 25 (November 1, 2022).
[58] Deposition of Chris Gibson 35-38 (June 22, 2021) (*Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW (M.D. Fla. filed Sept. 28, 2020)).

Rebotix started working with Restore (as addressed below) in 2018.[71] Originally, Restore was going to be a distributor for Rebotix, meaning they would get the EndoWrists from hospitals, send them to Rebotix for repair and reset, and then deliver them back to hospitals.[72] Restore then started buying Interceptors from Rebotix, so that Restore could do the repair and reset.[73] Rebotix sold the Interceptor to Restore for an average price of approximately $533 per chip.[74] It appears Restore received a larger discount with higher chip purchases.[75] Ultimately, Rebotix stopped working with Restore because Restore wasn't doing the volume Rebotix expected them to have.[76]

### B. Restore

Restore Robotics LLC and Restore Robotics Repair LLC (collectively, "Restore") are Florida limited liability companies with their principal address in Panama City Beach, Florida.[77] They are sister companies with common ownership having majority control of both companies.[78] Restore services surgical robots and related instruments, Restore Robotics is the sales arm and Restore Robotics Repairs is the operations arm.[79]

Restore also sued Intuitive for issues related to servicing its EndoWrists, in which Rebotix claimed: (1) Monopolization; (2) Attempted Monopolization; (3) Tying; and (4) Exclusive Dealing.[80] I understand the case is ongoing.

SIS and Restore are partners in SIS's EndoWrist recovery business.[81] SIS's EndoWrist recovery business identifies an EndoWrists' available lives remaining and confirms EndoWrist

---

[71] Deposition of Clifton Parker 142 (October 25, 2022).
[72] Deposition of Chris Gibson 143-144 (June 22, 2021) (*Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW (M.D. Fla. filed Sept. 28, 2020)).
[73] Deposition of Chris Gibson 144 (June 22, 2021) (*Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW (M.D. Fla. filed Sept. 28, 2020)).
[74] **Schedule 10.0**.
[75] **Schedule 10.0**.
[76] Deposition of Chris Gibson 145-146 (June 22, 2021) (*Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW (M.D. Fla. filed Sept. 28, 2020)).
[77] Second Am. Compl. ¶ 1 (*Restore Robotics LLC, et al. v. Intuitive Surgical, Inc.*, No. 5:19-cv-00055-TKW-MJF (N.D. Fla. filed Feb. 27, 2019)).
[78] Second Am. Compl. ¶ 1 (*Restore Robotics LLC, et al. v. Intuitive Surgical, Inc.*, No. 5:19-cv-00055-TKW-MJF (N.D. Fla. filed Feb. 27, 2019)).
[79] Second Am. Compl. ¶ 1 (*Restore Robotics LLC, et al. v. Intuitive Surgical, Inc.*, No. 5:19-cv-00055-TKW-MJF (N.D. Fla. filed Feb. 27, 2019)).
[80] Second Am. Compl. ¶¶ 106-129 (*Restore Robotics LLC, et al. v. Intuitive Surgical, Inc.*, No. 5:19-cv-00055-TKW-MJF (N.D. Fla. filed Feb. 27, 2019)).
[81] 30(b)(6) Deposition of Greg Posdal 51 (November 1, 2022).