# ATTACHMENT 13

Page 1

1             UNITED STATES DISTRICT COURT
2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4  IN RE: DA VINCI SURGICAL ROBOT   ) Lead Case No.:
   ANTITRUST LITIGATION,             ) 3:21-cv-03825-VC
5  ------------------------------------)
   THIS DOCUMENT RELATES TO:         )
6  ALL CASES                          )
   ------------------------------------)
7
8  SURGICAL INSTRUMENT SERVICE       )
   COMPANY, INC.,                     ) Case No.
9                                     ) 3:21-cv-03496-VC
              Plaintiff,              )
10                                    )
         vs.                          )
11                                    )
   INTUITIVE SURGICAL, INC.,          )
12                                    )
              Defendant.              )
13 ------------------------------------)
14
15
16     ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
17
18              REMOTE PROCEEDINGS OF THE
19              DEPOSITION OF STAN HAMILTON
20                FRIDAY, NOVEMBER 4, 2022
21
22
23 REPORTED BY NANCY J. MARTIN
24 CSR. NO. 9504, RMR, RPR
25 PAGES 1 - 112

1    hospitals.  Of course, Baylor Scott came up today, but
2    there were others.  There were hospital systems
3    involved.  Not single hospitals, but hospital systems
4    that did central service, things like that.
5            But I don't recall which hospitals came --
6    the documents came from.  I just -- at this time, it's
7    been a while.
8        Q.  What documents did you see that came from
9    hospitals that you're thinking of in your prior
10   answers?
11       A.  At this point in my memory, I could just
12   describe them generally, but they were memos and
13   things sent to the hospitals that either changed
14   terms, put new terms on the services that Intuitive
15   provided.  Things like that, but I don't remember
16   specifics at this point.
17       Q.  The -- we're talking about the Si -- the
18   process that Rebotix used to reset Si instruments.  Am
19   I right that one of the key steps was the addition of
20   the interceptor chip to an endoWrist in order to reset
21   the number of lives?
22           MR. CORRIGAN:  Object to the form.
23           MR. ERWIG:  Same objection.
24           THE WITNESS:  There was a part of the process
25   which did include a modification similar to what

1    you're describing, yes.
2    BY MR. LAZEROW:
3        Q.  Does the term interceptor chip mean anything
4    to you in the context of Rebotix's efforts with the Si
5    endoWrists?
6        A.  Yes.  It was mainly just an internal name as
7    part of the development project that ended up being
8    externalized, but yes.
9        Q.  The -- the process -- does -- sitting here
10   today, does Rebotix have a process that it is
11   following to try to reset Xi endoWrist instruments?
12           MR. ERWIG:  Object to form.
13           THE WITNESS:  I would say the way to answer
14   that most clearly is that there is a process under
15   development which has not been released yet.
16   BY MR. LAZEROW:
17       Q.  Does that process include the use of the
18   interceptor chip?
19       A.  No.
20       Q.  Has -- sitting here today, has Rebotix
21   figured out how to circumvent the usage counter on Xi
22   endoWrist instruments?
23           MR. ERWIG:  Objection.  Form.
24           THE WITNESS:  Substantially, yes.
25   BY MR. LAZEROW:

Page 39

1   Q.  But not 100 percent?
2   A.  Meaning if the process is fully developed and
3   ready to implement, not 100 percent.
4   Q.  What is missing from the process in order --
5   what is missing from the process to fully develop and
6   implement the ability to reset the usage of Xi
7   endoWrist instruments?
8         MR. ERWIG:  Object to form.
9         THE WITNESS:  Final procedures, testing,
10  validation, same things we had to go through for the
11  Si.  All the testing that has to be done, and is now
12  in progress, but it takes time.
13  BY MR. LAZEROW:
14  Q.  I want to make sure I understand your
15  testimony.
16         Are you saying that from a technical
17  standpoint, Rebotix has actually reset the usage
18  calendar of an Xi endoWrist instrument as of today?
19         MR. ERWIG:  Object to form.
20         THE WITNESS:  I'm not sure how you're even
21  defining that.  Have we done that in the marketplace?
22  I said no.  Have we done the technical equivalent of
23  that.  I said yes.  And there are many steps between
24  the technical equivalent and releasing it into the
25  marketplace.

1       BY MR. LAZEROW:
2           Q.  I'm sorry.  Were you done?  I apologize.
3       Were you done with your answer?
4           A.  Uh-huh.
5           Q.  So I'm not talking about release in the
6       marketplace.  I'm not talking about anything related
7       to marketing.  I'm only focusing from a technical
8       aspect in your work -- in the work that Rebotix has
9       done, whether Rebotix has, in fact, technologically
10      speaking, from a technical standpoint, has gotten an
11      endoWrist, and Xi endoWrist and has reset the usage
12      counter so that it has the original number of lives
13      that were on it when it was sold new?
14              MR. CORRIGAN:  Object to the form.
15              MR. ERWIG:  Same objection.
16              THE WITNESS:  Again, we have done the
17      technical part of that process.  So in other words,
18      doing something on a lab bench, doing something in the
19      final validated form, validating with a robot, those
20      kinds of things.  Technically, the process of
21      modifying locations in the RFID at now memory chip,
22      yes, has been done.
23              MR. ERWIG:  Also, I just want to quickly
24      interject that we're going to mark this "Attorney's
25      Eyes Only."