# ATTACHMENT 21

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
       _____
 4     SURGICAL INSTRUMENT SERVICE  )
 5     COMPANY, INC.,               )
 6              Plaintiff/          )
 7              Counter-Defendant   )
 8         vs.                      ) Case No.
 9     INTUITIVE SURGICAL, INC.,    ) 3:21-cv-03496-VC
10              Defendant/          )
11              Counter-Claimant.   )
       _____)
12
13
14
15          REMOTE VIDEOTAPED DEPOSITION OF
16                AMANDEEP MAHAL, M.D.
17              Tuesday, March 14, 2023
18                     Volume I
19
20
21     Reported by:
22     NADIA NEWHART, CSR No. 8714
23     Job No. 5783327
24
25     PAGES 1 - 123

                                            Page 1
```

```
 1               UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
        _____
 4      SURGICAL INSTRUMENT SERVICE  )
 5      COMPANY, INC.,               )
 6               Plaintiff/          )
 7               Counter-Defendant   )
 8          vs.                      ) Case No.
 9      INTUITIVE SURGICAL, INC.,    ) 3:21-cv-03496-VC
10               Defendant/          )
11               Counter-Claimant.   )
        _____)
12
13
14
15
16          Remote videotaped deposition of
17      AMANDEEP MAHAL, M.D., Volume I, taken on behalf of
18      Defendant/Counter-claimant, with all participants
19      appearing remotely via videoconference and the
20      witness testifying from Omaha, Nebraska, beginning
21      at 9:39 a.m. and ending at 2:14 p.m. on Tuesday,
22      March 14, 2023, before NADIA NEWHART, Certified
23      Shorthand Reporter No. 8714.
24
25
                                                    Page 2
```

```
 1    use of the Da Vinci robot system for more and more
 2    of the general surgeries that were performed in the
 3    state of Michigan.
 4        Q   Are the surgeries you do in your current
 5    practice, are they considered general surgery, or        11:31:43
 6    are they considered part of gynecological surgery or
 7    both or neither?
 8            I mean, where -- what specialty do you think
 9    they fall into?
10        A   So I'm a surgical subspecialist and would        11:31:59
11    never claim to be a general surgeon.  General
12    surgeons have a very different subset of
13    specialties.
14            My particular field of interest is
15    reconstruction and urinary incontinence of the           11:32:14
16    female pelvis.  And so urogynecology falls somewhere
17    between general gynecology and urology.
18        Q   Could you look, please, at paragraph 37.  You
19    say that (as read):
20            "Da Vinci surgery has become a                   11:32:38
21            staple and essential for many
22            surgeons."
23            What is -- what has become essential about
24    Da Vinci surgery?  Essential means -- what are --
25    what is your definition of essential in this             11:32:58
```

Page 49

```
 1      Q   Have you heard that from surgeons?
 2      A   I have.
 3      Q   Do you have any reason to doubt the sincerity
 4  of a surgeon who's told you that he or she needs to
 5  have -- to be able to deploy the Da Vinci system in        11:36:08
 6  order to do their surgeries safely?
 7      A   I wouldn't have any reason to doubt a doctor
 8  who tells me that they require Da Vinci to do a
 9  surgery safely.
10      Q   Could you go, please, to paragraph 38.             11:36:20
11          Is it true that in your own practice, the
12  Da Vinci tool is something that you deem essential
13  to do certain procedures safely?
14      A   I believe the Da Vinci surgery, especially in
15  the example pointed out here in paragraph 38 for a         11:37:29
16  sacrocolpopexy, in my hand, there's a safer way to
17  perform that procedure.
18      Q   And that's because of the more precise
19  movement and better optics afforded by the Da Vinci
20  system; isn't that right?                                  11:37:47
21      A   That, in addition to the delicate nature of
22  the area which I'm resecting.
23      Q   I'd like to ask you -- I'm going to change
24  subjects a little bit -- not totally, but I want to
25  stay on the informed consent for a few more                11:38:25
```

Page 52

```
 1    numbers are?
 2       A   I would be remiss to even guess what the
 3    numbers are.
 4       Q   Could you look, please, at paragraph 41.  And
 5    I'm going to ask you about the sentence which also       11:45:12
 6    includes the first line on page 13.  So paragraph 41
 7    spans pages 12 and 13.
 8           There's a sentence that begins at the bottom
 9    of page 12, and it completes on the top of page 13.
10    There's a phrase (as read):                              11:45:32
11           "...through hospitals' promotion of
12           their Da Vinci surgery programs and
13           through general media or word of
14           mouth."
15           Do you see that?                                  11:45:44
16       A   I do see that.
17       Q   What do you have reference to when you write
18    about hospitals' promotion of their Da Vinci surgery
19    programs?
20       A   Right around 2019, I believe, two of the          11:45:57
21    outlying hospitals in Omaha, Nebraska purchased
22    Da Vinci X and Xi robots.  And before that, there
23    were no options for robotic surgery kind of east of
24    the Missouri River.
25           After those were purchased, you could see         11:46:19
```

Page 56

| | | |
|---|---|---|
| 1 | billboards going down the interstate advertising | |
| 2 | the -- you know, the new robotics program that was | |
| 3 | available in these two hospitals. | |
| 4 | And as such, as patients came into my office | |
| 5 | in the subsequent months and years, there was more | 11:46:36 |
| 6 | and more discussion as to this robotic program, it | |
| 7 | wasn't something that I was doing, et cetera. | |
| 8 | Q   Is it consistent with your experience to talk | |
| 9 | about increasing awareness of robotic surgery as one | |
| 10 | of the features of the medical environment these | 11:47:04 |
| 11 | days? | |
| 12 | MR. VAN HOVEN:  Objection to form. | |
| 13 | THE WITNESS:  When you mean to speak of, do | |
| 14 | you mean out in the community with friends?  Do you | |
| 15 | mean with patients?  If you could specify, I could | 11:47:18 |
| 16 | help answer that. | |
| 17 | BY MR. RUBY: | |
| 18 | Q   Sure.  Just reading paragraph 41 where you | |
| 19 | say "robotic surgery becomes more publicly known," | |
| 20 | et cetera, are you writing about a phenomenon that | 11:47:34 |
| 21 | you would describe as heightened awareness of | |
| 22 | robotic surgery and the impact that it might have in | |
| 23 | respect to the certain kinds of medical treatment? | |
| 24 | A   I believe that over the last -- or over the | |
| 25 | span of my career even, more and more, I receive | 11:47:58 |

Page 57

```
 1         Q    And you also in this paragraph use the word
 2    "service."  You used it a couple of times.
 3              And what I'd like to do -- and then we'll
 4    take a break -- we can take it now if you want.  But
 5    I'd like to get your -- the definition you use for     12:06:34
 6    these terms that appear not infrequently in your
 7    report.
 8              So when you say that -- the phrase
 9    "laparoscopic instruments that have been
10    serviced" -- that's in that paragraph -- what does     12:06:53
11    it mean to you, as the author, that has been done to
12    that laparoscopic instrument?  It's had a paint job?
13    It's been sanded?  It's been replanted?
14              I'm not trying to make light of this, but it
15    will save time if we have a common vocabulary so --    12:07:08
16         A    All right.
17         Q    -- what's --
18         A    Sorry, I cut you off.  I said I wouldn't.  Go
19    ahead.
20         Q    No.  So what does it mean to you, as the     12:07:17
21    author of this, to say that an instrument has been
22    repaired?  What has -- what has been done to that
23    instrument in your use of that term?
24         A    So this report I put together based on, like
25    I said, the materials that I've reviewed, as well as   12:07:39
```

Page 68

```
1    my own clinical experience.
2           And when I say that I know that hospitals
3    sometimes send out their instruments for, you know,
4    whatever, retooling, repair, refurbish, what I mean
5    by that is, I have said or the hospital has decided      12:07:54
6    that an instrument is not functioning up to what it
7    needs to and it needs to go out for repair work.
8           But throughout the report, I do tend to use
9    the term "serviced," "repaired," "refurbished"
10   somewhat interchangeably, because to me, as a             12:08:13
11   practicing surgeon, it doesn't -- it doesn't -- it
12   doesn't affect the end use of the product for me.
13   And those terms kind of don't have a lot of the
14   bearing to my actual practice.
15      Q   Before you begin a surgery using the Da Vinci      12:08:27
16   tools, do you personally conduct any kind of
17   pre-operative check or inspection of the
18   instruments?
19      A   Before I start a surgery, I ask to look at
20   the panel of tools that have been given to me.  But       12:09:00
21   before starting the surgery, I don't do any specific
22   control check on the instruments themselves other
23   than to make sure they are available in the
24   operating room.
25      Q   What is a panel of tools?  I'm sorry I             12:09:13
```

Page 69

1      A    Yes.

2      Q    Is -- strike that.

3           In your first report, is the term

4      "malfunctioning EndoWrist" synonymous with failure,

5      as you use those terms?                                12:50:40

6      A    Certainly, in the context of paragraph 61,

7      I'm using those two terms interchangeably so that --

8      those end uses where a malfunction or a failure

9      happens.

10     Q    Would you look, please, at paragraph 62, and     12:50:59

11     in particular, the last sentence.

12     A    Okay.  Starting with, "Given the nearly

13     identical operation"?

14     Q    Yes.

15     A    I do see it.                                     12:52:39

16     Q    All right.  Were you asked in this engagement

17     to make any assumptions about what process would be

18     undertaken with instruments by a third-party vendor

19     if there were no usage counters?

20     A    I'm not sure if I was asked specifically         12:53:16

21     about if there were no usage counters, but I did ask

22     to see any documentation or get an understanding of

23     what would be involved in this kind of repair

24     process, at least from a high level.

25     Q    And what did you take away from that?            12:53:34

Page 86

1   what -- what assumption did you make about what

2   would be done in what you call this high-level

3   repair process?

4          MR. VAN HOVEN:  Objection to form.

5          THE WITNESS:  Yeah, I would say with my --     12:53:48

6   with my high-level review of the -- of the

7   evaluation and the repair process that would be

8   performed, it appeared that there was a very well

9   thought out and standardized approach to evaluating

10  even some of the more small components or pieces of     12:54:06

11  the EndoWrist devices and that they seemed to be a

12  reasonable way of going about the repair, though I

13  myself am not a, you know, engineering expert to

14  review those papers with any kind of technical

15  aspects.                                                12:54:23

16  BY MR. RUBY:

17     Q   Well, did your study or evaluation of the

18  materials that were furnished to you that purported

19  to tell you about the content of the repair, so

20  called, what specifically did you think would be       12:54:54

21  done on the issue of -- excuse me -- sharpening of

22  the instruments?

23     A   My -- again, without perfect recollection of

24  all those documents, it sounded like --

25     Q   Sorry.                                          12:55:08

Page 87

Veritext Legal Solutions
866 299-5127

```
 1              MR. VAN HOVEN:  Objection to form.
 2              THE WITNESS:  Again, I wouldn't -- I don't
 3       recall the specifics about what to do with broken
 4       pieces or parts.
 5       BY MR. RUBY:                                          12:57:24
 6          Q   You did see some materials, did you not, that
 7       spoke about tensioning of the cables, getting the
 8       tension correct?
 9          A   I believe there was discussion of tensioning
10       of the cables within those documents.                 12:57:53
11          Q   All right.  And did you take away from your
12       reading of it that in some fashion, the cables going
13       through the quote/unquote repair process, were
14       supposed to be evaluated for the correct tension in
15       the cables, and if it was incorrect, that they would  12:58:17
16       be properly tensioned?  Is that, from a high level,
17       what they said?
18          A   That's my understanding of how they were
19       going about the repair.
20              But again, here, my goal was not to            12:58:33
21       understand every piece or aspect of the repair
22       process that was being done but to see if there was,
23       for the most part, a comprehensive review from what
24       I worried about, as far as looking at those
25       instruments and seeing if they were appropriate to    12:58:55
```

Page 89

```
 1    be put back in use.
 2        Q   Could go, please, to paragraph 72.
 3        A   Sure.
 4        Q   I mean, is this -- strike that.
 5            Does paragraph 72 summarize some of the            01:00:13
 6    concepts you've been explaining to me for the last
 7    few minutes?  You were looking for quality
 8    standards, and you were looking to get information
 9    about how those standards were going to be met if a
10    third-party vendor was part of the process?           01:00:41
11            MR. VAN HOVEN:  Objection to form.
12            THE WITNESS:  I think paragraph 72 helps to
13    summarize the goal and in some ways the lens of
14    which I use to prepare this report, which was to
15    think of myself as someone who was asked to use       01:01:02
16    these instruments, what would I want to know about
17    and would these be things that I would be
18    comfortable using?
19            And like all instruments that I use, I rely
20    on the hospital system to go through their usual      01:01:17
21    forms and go through their usual kind of safety
22    checks to provide me with instruments that are
23    appropriate for use in the OR.
24        Q   If you'd look, please, at the -- did I give
25    you a chance to read through paragraph 72 to          01:01:56
```

Page 90

```
 1    Exhibit 285 or should I take it off the Veritext?
 2        Q   285 is the complaint?  You can put it aside
 3    for now.
 4        A   Thank you.
 5        Q   Yeah.  Oh, and -- yes.                          01:37:35
 6        A   Yeah, I've got 33 in front of me.
 7        Q   Okay.  Is RAS an abbreviation for
 8    robotic-assisted surgery?
 9        A   Yes.
10        Q   In the substance of paragraph 33, you opine    01:38:04
11    that (as read):
12            "...some surgeons have gone to
13            offering only RAS and would convert
14            to open surgery if there was an
15            issue during the procedure.  In such            01:38:30
16            instances, laparoscopic surgery
17            would not be an option."
18            What is your basis for this opinion?
19        A   My basis is my experience with the surgeons
20    in the surrounding community of Omaha and that some    01:38:48
21    of them have taken to relying on the robot for most,
22    if not all, of their surgeries and would be unable
23    to convert to a laparoscopic surgery in those
24    instances.
25        Q   Would you look, please, at paragraph 36.       01:39:02
```

Page 103

| | | |
|---|---|---|
| 1 | into the -- you know, the minutia of trans identity | |
| 2 | and how we address those kind of situations. | |
| 3 | And then the final four years of my training | |
| 4 | was, again, exclusively on females for | |
| 5 | reconstructive surgery. | 01:46:17 |
| 6 | Q   In terms of superiority of the Da Vinci | |
| 7 | technique and tools, as you've testified to it | |
| 8 | already today, do you perceive any differences in | |
| 9 | the gender of patients?  Is the robot more | |
| 10 | important, in your opinion, to the surgical | 01:46:39 |
| 11 | treatment of men than women or women than men? | |
| 12 | A   I think it would be equally important for | |
| 13 | both men and women given some gender-specific | |
| 14 | surgeries that are now performed more frequently | |
| 15 | with the robot, prostatectomy being one I gave an | 01:47:01 |
| 16 | example of in my report. | |
| 17 | Q   What is the basis for your opinion that the | |
| 18 | Si and Xi systems provide similar advantages for | |
| 19 | most surgery? | |
| 20 | A   The basis of the opinion -- and, again, it's | 01:47:38 |
| 21 | not all-encompassing -- comes from my own clinical | |
| 22 | experience with both the S, the Si, as well as the X | |
| 23 | and Xi platforms while out in independent practice. | |
| 24 | And as the hospitals around my community | |
| 25 | changed over from Si to X and Xi platforms, I do not | 01:47:52 |

Page 108

1   clinically see a difference in my operative times,
2   the rare but possible complications or the setup
3   times for myself with surgery, as well as the other
4   surgeons in the community that I spoke with.
5       Q   Would you look, please, again, at                01:48:13
6   paragraph 62 in your first report.
7       A   Yeah, I'm seeing it.
8       Q   Okay.  Now, you say in paragraph 62 (as
9   read):
10          "...there is no reason to believe              01:49:04
11          that an EndoWrist instrument that
12          has been serviced after expiration
13          of the Intuitive specified use
14          counter would not operate in the
15          same manner as an EndoWrist whose             01:49:16
16          use counter has not expired."
17          What's the basis for that opinion, please?
18      A   So I've based this opinion based on a review
19  of the documents that were provided for me; and in
20  addition, my own surgical practice and understanding   01:49:35
21  of failures that have been reported at the hospital.
22      Q   Have you ever done surgery with an EndoWrist
23  instrument beyond its tenth surgery?
24      A   I have not done surgery past that expiration
25  date, but I have experienced failures and problems     01:50:08

Page 109

```
 1      with EndoWrist within their expiration counters.
 2         Q   Did you ever -- strike that.
 3             Have you ever read or read the contents of
 4      testing, if any, done by Intuitive beyond ten uses
 5      of EndoWrist instruments?                               01:50:44
 6         A   I am aware that there has been testing done,
 7      though I'm not sure -- well, I am sure that I've
 8      never seen that data through my work with this case
 9      or elsewhere as far as like training or exercising
10      devices to a fatigue or a failure point.                01:51:03
11         Q   Have you asked anybody to let you see those
12      tests, test results?
13         A   In the basis of forming my opinion, I asked
14      to see what kind of testing was performed by
15      Intuitive.  And I was given information that I've       01:51:23
16      cited in my work and my expert opinion.  Most of
17      those tests were done up to the typical use of --
18      you know, I believe it's ten uses for most of them.
19             I do recall a specific example where there
20      was a deposition of a person who mentioned testing      01:51:40
21      that went beyond that during the engineering phase
22      of the EndoWrist instruments.
23         Q   Do you consider yourself an expert in the
24      formatting and evaluation of failure testing of
25      medical devices?                                        01:52:06
```

Page 110

```
 1      A    I am not an expert in the testing and failure

 2   testing, nor am I an expert in the statistics that

 3   go along with that.  I simply used those paragraphs

 4   and that information to inform what I already know

 5   about the fail rate and the use of these products         01:52:23

 6   for the end user, namely, the surgeon and the

 7   patient.

 8      Q    What is off-label usage of a medical device,

 9   generally?

10      A    Right.  To just couch that, even though           01:53:07

11   you've already said "generally," I am not an expert

12   in the FDA.  But what I would say is when the FDA

13   clears certain devices or medicines, they often do

14   so with labeling or information regarding the use or

15   why this was approved.                                    01:53:25

16           If at any point a medicine is used outside of

17   those confines or a device is used outside of those

18   confines, that would be considered off-label use,

19   which happens throughout medical practice.

20      Q    What importance, if any, do you assign to         01:53:48

21   the -- the presence or absence of FDA clearance for

22   a particular use of a medical device?

23           MR. VAN HOVEN:  Objection to form.

24           THE WITNESS:  I think that FDA clearance for

25   a medical device is something that we use and know        01:54:12
```

Page 111