# ATTACHMENT 28

1               UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
2                  SAN FRANCISCO DIVISION
3

     _____
4                                   )
     IN RE:  DA VINCI SURGICAL      )
5    ROBOT ANTITRUST LITIGATION     )
     _____)
6                                   )
     THIS DOCUMENT RELATES TO:      )  Lead Case No. 3:21-cv-03825-VC
7    ALL CASES                      )
     _____)
8    SURGICAL INSTRUMENT SERVICE    )
     COMPANY, INC.,                 )
9                                   )
                 Plaintiff,         )
10                                  )
         vs.                        )
11                                  )  Case No. 3:21-cv-03496-VC
     INTUITIVE SURGICAL, INC.,      )
12                                  )
                 Defendant.         )
13   _____)
14
15          REMOTE VIDEOTAPED DEPOSITION OF
16              T. KIM PARNELL, Ph.D.
17             Friday, March 10, 2023
18                  Volume I
19
20
21
22   Reported by:
     NADIA NEWHART
23   CSR No. 8714
24   Job No. 5783314
25   PAGES 1 - 251

                                            Page 1

```
 1                UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                  SAN FRANCISCO DIVISION

 3
      _____
 4                                  )
      IN RE:  DA VINCI SURGICAL     )
 5    ROBOT ANTITRUST LITIGATION    )
      _____ )
 6                                  )
      THIS DOCUMENT RELATES TO:     )   Lead Case No. 3:21-cv-03825-VC
 7    ALL CASES                     )
      _____ )
 8    SURGICAL INSTRUMENT SERVICE   )
      COMPANY, INC.,                )
 9                                  )
                   Plaintiff,       )
10                                  )
           vs.                      )
11                                  )   Case No. 3:21-cv-03496-VC
      INTUITIVE SURGICAL, INC.,     )
12                                  )
                   Defendant.       )
13    _____ )
14

15

16         Remote videotaped deposition of
17    T. KIM PARNELL, Ph.D., Volume I, taken on behalf of
18    Defendant Intuitive Surgical, Inc., with all
19    participants appearing remotely via videoconference
20    and the witness testifying from San Jose,
21    California, beginning at 9:16 a.m. and ending at
22    4:57 p.m. on Friday, March 10, 2023, before
23    NADIA NEWHART, Certified Shorthand Reporter No. 8714.
24

25
```

Page 2

```
 1     REMOTE APPEARANCES:

 2

 3    For the Class Hospital Plaintiffs and the Witness:

 4         BONI, ZACK & SNYDER, LLC

 5         BY:  JOSHUA D. SNYDER, ESQ.

 6         BY:  JOHN E. SINDONI, ESQ.

 7         15 St. Asaphs Road

 8         Bala Cynwyd, Pennsylvania 19004

 9         610-822-0203

10         jsnyder@bonizack.com

11         jsindoni@bonizack.com

12

13    For Surgical Instruments Service Company, Inc. and

14    the Witness:

15         McCAULLEY LAW GROUP

16         BY:  JOSH VAN HOVEN, ESQ.

17         180 North Wabash Avenue, Suite 601

18         Chicago, Illinois 60601

19         josh@mccaulleylawgroup.com

20

21

22

23

24

25
```

                                            Page  3

1     one at that time.  So I didn't know about it before.

2       Q   Okay.  Did you change your opinions at all

3     from the Rebotix case to the opinions you're

4     offering here to account for the Court's ruling on

5     the Daubert motion in the Rebotix case?                  09:47:10

6           MR. SNYDER:  Objection to form.

7           THE WITNESS:  I don't believe so.  I -- I, of

8     course, did try to be cognizant of what the judge

9     had said.  You know, when writing my report, that

10    kind of thing, I tried to be -- be thoughtful of       09:47:28

11    what the judge had said.  I know -- I know there's a

12    different judge associated with this case.

13          And, certainly, I would expect that Daubert

14    motions and whether they're upheld or not upheld can

15    be dependent on the judge and how the judge views      09:47:45

16    the proceedings.

17          So the answer is no, I did not change my

18    opinions.  I tried to be thoughtful as to how I

19    expressed my opinions, but my opinions -- I've tried

20    to be very consistent between Rebotix and between      09:48:05

21    the cases here for SIS and the hospital plaintiffs.

22    I've tried to be -- I've tried to be consistent

23    throughout.

24    BY MR. CHAPUT:

25      Q   Okay.  So just so I'm clear, as you were        09:48:17

Page 31

```
1     drafting your reports in these matters, you tried to

2     be thoughtful about the Court's opinion in Rebotix,

3     but your opinions have not changed from Rebotix to

4     these cases, correct?

5          MR. SNYDER:  Objection to form.              09:48:31

6          THE WITNESS:  I believe that's true.  That's

7     certainly my intention.  If there's something you

8     want to show me to -- to -- for me to consider and

9     address, I'm happy to do so, but I believe my

10    opinions were consistent and were the same.        09:48:48

11         I may have developed some additional opinions

12    in these matters as they -- I was able to access

13    additional testimony, additional testimony on behalf

14    of the plaintiffs and additional testimony on

15    different Intuitive Surgical employees and maybe     09:49:08

16    experts -- well, experts and employees, but I

17    believe I've been very consistent throughout.

18    BY MR. CHAPUT:

19         Q   Who drafted your reports in these cases?

20         A   I did.  And I worked with counsel on my     09:49:25

21    reports, but I drafted my reports, and the opinions

22    expressed there are my opinions.

23         Q   Did counsel for SIS provide any assumptions

24    to you that you relied on in drafting your SIS

25    reports?                                            09:49:44
```

Page 32

1    everything.

2         I think I answered your question directly and

3    completely by reading paragraph 2 and paragraph 3

4    from this report.  I hope you wouldn't object to me

5    doing that.                                    09:59:14

6    Q   Do your January and March SIS reports contain

7    all of your opinions in the SIS matter?

8    A   Well, as I said in this report, probably in a

9    particular paragraph here somewhere below, I said

10   that they contain all the opinions that I developed   09:59:29

11   to date at that point.

12        I always reserve the right to consider new

13   information that may come about or -- or, really,

14   anything that may come about subsequent to the

15   report that I may need to consider and evaluate if   09:59:48

16   they change my opinions.

17        But as of the date of these reports, I

18   believe they were complete in terms of my opinions.

19   That was my intent, that they were complete.

20   Q   Do your January and March SIS reports contain   10:00:03

21   all of the bases for your opinions in the SIS

22   matter?

23   A   And what are bases, in your view?

24   Q   Do your January and March SIS reports contain

25   all of the facts and data that you considered in   10:00:20

Page 40

```
 1    forming your opinions in that case?

 2       A   Again, to the best of my ability, they do.

 3    If there is something more that I need to talk

 4    about, read, add another document, I would do that.

 5    But, again, my attempt was to be complete.          10:00:45

 6          My attempt was to be complete in laying out

 7    what -- what was underlying my opinions and -- and

 8    also in terms of providing my opinions.

 9          MR. CHAPUT:  I'd like to look at what we've

10    previously marked as Exhibit 277.                   10:01:03

11          (Exhibit 277 was marked for identification

12           and is attached hereto.)

13          THE WITNESS:  Okay.  That's the third one on

14    doc share, then, right?

15          MR. CHAPUT:  That's correct.                   10:01:11

16          THE WITNESS:  Okay.  All right.  I have it.

17    BY MR. CHAPUT:

18       Q   Exhibit 277 is a copy of your report in the

19    hospital matter, dated March 1st, 2023?

20       A   Yes.  That's what I see on the first page.    10:01:26

21    And -- and as you certainly know, the plaintiff here

22    is listed on the report caption and the case caption

23    for the Court in regarding Da Vinci Surgical Robot

24    Antitrust Litigation.

25          So my understanding is this is an antitrust    10:01:42
```

Page 41

1    litigation.  There are a number of plaintiffs

2    associated with it.  And, yes, I frequently refer to

3    it as a hospital report, and I think you're doing

4    the same now calling it a hospital report, because

5    there is a group of hospitals that are party to         10:02:00

6    this.

7       Q   Does your hospital report contain all of your

8    opinions in the hospital matter?

9       A   Same answer I gave before.  I can repeat it

10   if you'd like, but I tried to be complete.  I tried     10:02:19

11   to include all of my opinions, to the best of my

12   ability, and I tried to outline the things, the

13   documents, the -- the discovery, the things that I

14   evaluated in coming to those opinions.

15          And I, as in the other report, same language,    10:02:38

16   that I reserve the right to consider additional

17   information that may come to my attention later

18   after the report is filed and to evaluate if it

19   provides me with new opinions or if it modifies any

20   of my existing ones.                                    10:02:56

21          But to the best of my ability, this report

22   included my opinions as they stood on March 1st,

23   2023.

24      Q   Does your hospital report contain all of the

25   facts and data that you considered in forming your      10:03:09

Page 42

```
 1    into my report other than it was context and it gave
 2    me a better understanding of what they had done and
 3    how it compared to Rebotix.
 4        Q   So apart from the tour that you described,
 5    did you discuss anything else with Mr. Posdal during    10:32:09
 6    your meeting in January?
 7        A   I mean, I tried to give you the highlights
 8    there.  If there's something specific -- I don't --
 9    I don't recall anything else specific.  You might
10    help to remind me of something.  But I don't believe   10:32:35
11    there was anything else specific other than
12    background; how his company was organized; how they
13    were planning to do it, do the work of repairing
14    EndoWrists; what they had looked at for partners.
15    Those were the kind of things that I can recall        10:32:50
16    right now.
17        Q   Okay.  You have some experience with the
18    process of designing medical devices, correct?
19        A   Yes.
20        Q   Now, when you're designing a medical device,   10:33:06
21    there are typically a number of considerations that
22    the design team needs to take into account when --
23    or during the process, right?
24        A   Certainly, design of anything, medical
25    devices, just like any other device, have a lot of    10:33:21
```

Page 53

```
 1    considerations and, in some cases, maybe

 2    considerations that a food processor wouldn't have,

 3    for example.  But everything has a certain number of

 4    considerations and manufacturability, things like

 5    that, that have to be brought in, definitely.          10:33:39

 6       Q    As one example, the design team needs to

 7    define what the customer's needs are; is that right?

 8       A    Typically, yes.  Typically, that's very

 9    important.

10       Q    And so what the customer needs will impact   10:33:57

11    the design decisions that are made along the

12    process?

13       A    It can, certainly, especially if it's a

14    highly customer facing type of component.  You know,

15    I would distinguish something that's used by an       10:34:14

16    astronaut in a space shuttle or in -- in the sky lab

17    versus something that's used by a homeowner in their

18    kitchen, you know, very different.  Very different

19    audience, you know, that kind of thing.

20          But both the user needs to be considered --    10:34:37

21    if the user is the world or if the user is a highly

22    trained type of person, those can make things

23    different.

24       Q    So to use an example from your own experience

25    in the medical device space, when you're designing a  10:34:54
```

Page 54

1    stent, you have multiple options for the material

2    that you use for that stent, right?

3        A    Possibly, depending on -- for example, if you

4    want a self-expanding stent, you don't have too many

5    options.  Like Nitinol or shape memory alloy, that's    10:35:16

6    a primary thing that can be used for a

7    self-expanding stent.

8            If you're going to have a balloon expandable

9    type of stent, there are several different materials

10   that are commonly used.                                 10:35:29

11       Q    So, for example, it might be made of metal or

12   some sort of composite and another material; is that

13   right?

14       A    Well, not -- not typically.  There are

15   several metal alloys that are used commonly.  That's    10:35:44

16   true, for balloon expandable stents.  There are some

17   stents that have been at least developed or explored

18   or things like that out of bioabsorbable materials,

19   and those are typically not metals.

20           Those may have -- those are -- the idea is      10:36:06

21   that a bioabsorbable material is that the stent will

22   be absorbed by the body and will effectively go away

23   over some period of time.

24           There are also stents that have -- they're

25   called drug-eluting stents, and so they have -- they   10:36:22

Page 55

```
1    have pores or holes or receptacles and there's drugs

2    that are placed in those.  Those are -- the ones

3    I've see are more typically some type of metal

4    alloy, not a bioabsorbable, and the drug is consumed

5    over some period of time.  It may be weeks to           10:36:41

6    months, you know, something like that, depending on

7    a lot of parameters.

8        Q   And the team has to consider all of those

9    different parameters and how the stent is going to

10   be used in deciding ultimately how to design that      10:36:54

11   particular product, right?

12       A   I mean, I think we're sort of circling around

13   here, but sure.  For anything there are always

14   design considerations.  There are -- there are

15   things that -- usually performance things, cost        10:37:09

16   things, manufacturability things.

17           There's a whole host of things that would go

18   on a shopping list for a design team for anything.

19   In a stent, there's a shopping list associated with

20   stents also.                                            10:37:29

21       Q   Apart from the set of cases against

22   Intuitive, have you ever been engaged to offer

23   opinions about minimally invasive surgical

24   instruments specifically?

25       A   I believe the answer is yes.                    10:37:44
```

Page 56

```
 1     was an implantable device, a coronary device and
 2     Nitinol self-expanding.
 3          Now, here's one, CrossRoads Extremity
 4     Systems.  I did a lot of work here.  These are in a
 5     totally different category.                          10:52:34
 6          These are not catheter-delivered devices but
 7     used for bone fixation, focused on foot and ankle,
 8     staples, plates, things like that.  They came under
 9     a 510(k.)  I did a lot of work on those.
10     Q    Right.  And so that -- the CrossRoads would     10:52:51
11     be an example of the screws or plates that you had
12     mentioned before, correct?
13     A    Well, they didn't have screws.  That was the
14     unique part.  You could do fixation and stuff with
15     staples that were -- that were Nitinol or shape       10:53:09
16     memory material.  You could do fixation with staples
17     as opposed to screws and plates and things.
18          But then there were also some things that you
19     might call plates, but they didn't need screws, as I
20     recall.  They had -- they utilized the shape memory   10:53:25
21     alloy part to provide forces to achieve repair and
22     regrowth and fixation.  So they were different.
23          They were innovative devices that took the
24     place of something that required a much more open
25     procedure, a lot of screws and things of that sort.   10:53:43
```

```
1     They -- they were improvements there.
2        Q   And, again, I'm just trying to understand,
3     what are the categories of devices that you've
4     worked on?  So the next one that I see is the Design
5     Standards Corporation.  That's a clip, and you've      10:53:59
6     also mentioned clips, correct?
7        A   Surgical ligation clips.  No, I haven't
8     mentioned this type.  This is -- this could be used
9     in a -- a minimally invasive surgical procedure of a
10    variety of types.  Just like you need suturing, you    10:54:23
11    know, you need to sew things through a cannula.  You
12    also sometimes use clips or staples to close tissue,
13    because they can be deployed quickly.
14         They can still go through a minimally
15    invasive cannula type of device, but they do a         10:54:40
16    different thing.  You know, they're not cutting
17    tissue, but they're closing tissue or closing off
18    blood flow or things like that.
19         Does that help?
20       Q   Again, sir, I'd like you to focus on my          10:54:55
21    question.  And I'm just trying to understand the
22    type of device that we were just looking at is a
23    clip, correct?
24       A   Yes --
25       Q   Okay.                                            10:55:09
```

Page 69

```
 1        A    -- it's a clip.

 2        Q    The next one is Sirius Engineering, and you

 3    described that as an implantable cardiovascular

 4    medical device, correct?  So that's an implantable

 5    device?                                          10:55:21

 6        A    For the vena cava filter.  Very different

 7    application from one place versus another.  That's

 8    what I'm trying to bring out for you, is that --

 9    that different applications require different

10    devices.                                         10:55:36

11            They replace different types of procedures.

12    That's all I'm trying to explain, but, yeah, go

13    ahead.  Ask your question.

14        Q    Thank you.  And I appreciate that.

15            You can -- you can set that aside for now.  10:55:50

16        A    You don't want to go through others?

17        Q    I think we've seen enough examples.  Thank

18    you, sir.  You can set that aside.

19        A    Okay.

20        Q    So I have not heard you identify any       10:56:05

21    minimally invasive surgical instruments where what

22    you have worked on is the instrumentation that the

23    surgeon uses to perform the operation.

24        A    I --

25            MR. SNYDER:  Objection to the form.         10:56:27
```

Page 70

```
 1            THE WITNESS:  Yeah, I -- I think I have, sir.
 2   I think I've illustrated several things there.  If I
 3   haven't done it adequately to explain it to you, you
 4   can ask some additional questions, but I think I've
 5   illustrated a number of devices that fall exactly      10:56:45
 6   into that category.
 7   BY MR. CHAPUT:
 8       Q   Have you ever observed a laparoscopic surgery
 9   performed start to finish?
10       A   Start to finish.  I believe the answer is       10:57:04
11   yes.  I've certainly observed many portions thereof.
12   You know, sometimes -- sometimes the very start to
13   the very finish.  There's a number of other things
14   with setting up the patient, draping, things like
15   that, but I believe the answer is yes, and I've        10:57:25
16   absolutely watched portions of procedures a number
17   of times.
18       Q   And when you say that, you're speaking
19   specifically about laparoscopic procedures?
20       A   Yes.                                            10:57:40
21       Q   Have you ever observed a robotic-assisted
22   surgery performed in its entirety?
23       A   Again, same answer with regard to entirety
24   that you've put in there.  I mean, probably entirety
25   means from the start of the setup of the procedure     10:57:58
```

Page 71

```
 1    to the time where the last instrument is taken out

 2    and the patient comes in in the middle and goes out

 3    somewhere before the end.

 4         But I -- I have absolutely watched portions

 5    of those procedures that were of more interest to me    10:58:12

 6    as opposed to the setup and the takedown.

 7    Q    Do you recall testifying in your Rebotix

 8    deposition that you had seen probably less than ten

 9    surgeries performed using a Da Vinci surgical

10    system?                                                 10:58:29

11    A    I don't recall that specifically.  If you

12    want to point me to it.

13    Q    Sure.  Let's look at Exhibit 278.  We're

14    going to page 30 of the deposition transcript.  This

15    appears on page 9 of the document.                      10:58:46

16    A    Wait a minute.  Oh, oh, okay.  Because

17    there's four to a page here.  Okay.  Page 9?

18    Q    Page 9.  And you'll see page 30 of the

19    transcript appears in the top left corner.

20    A    Okay.  Got it.  Okay.  Now I see it, yes.         10:59:06

21    Q    I'm looking at lines 19 through 22.  Do you

22    see that?  (As read):

23         "How many different surgeries do you

24          say you have observed either

25          personally or electronically that           10:59:25
```

Page 72

```
 1              were carried out with the Da Vinci

 2              Surgical system?

 3              "Answer:  I would estimate probably

 4              less than ten."

 5              Do you see that?                         10:59:29

 6       A   I'm reading here.  Okay.  At -- near the

 7    bottom of page 30.  Yes, and this was September --

 8    date of this depo was September 24th, 2021.

 9       Q   Since that time, have you seen any additional

10    surgeries using a Da Vinci surgical system?          10:59:41

11       A   Yes.

12       Q   How many?

13       A   I don't know.  I don't have a count, but it's

14    certainly been some additional number of surgeries

15    being carried out that way.                          10:59:55

16       Q   How did you see those surgeries?  Did you

17    watch them on video, or did you see them in person?

18       A   Since the date of this depo in

19    September 2021, I have not been invited to witness

20    anything in person.  I think it would -- I think it   11:00:13

21    was all video recordings of surgeries, to the best

22    of my recollection.

23       Q   Since September of 2021, have you seen more

24    than five videos of Da Vinci surgical -- excuse me.

25              Since September of 2021, have you seen more  11:00:33
```

Page 73

```
1    than five videos of surgeries performed using a

2    Da Vinci surgical system?

3        A    I believe the answer is yes, but I don't have

4    a log of exactly specific ones, date I watched or

5    anything, but I tried to look at -- I tried to get      11:00:52

6    more experience with the use of the Da Vinci for

7    different types of surgical applications.

8            And so I searched, you know, for things like

9    that that utilized the Da Vinci and EndoWrist being

10   applied for different types of procedures.  So I       11:01:11

11   think the answer is more than five, based -- based

12   on that, because there's quite a number of different

13   procedures that the Da Vinci is frequently utilized

14   on.

15       Q    Are you relying on those additional surgeries   11:01:25

16   that you watched on video in reaching your opinions

17   in these matters?

18       A    I think the answer is no.  They provide

19   context.  They provide understanding of the process

20   that goes on in use of an instrument, process          11:01:44

21   involved with swapping an instrument, mounting it to

22   the Da Vinci, that kind of thing.

23           But I don't recall any of those that showed

24   any kind of failure or upset condition that I

25   recall, you know, that required an EndoWrist to be     11:02:04
```

Page 74

```
 1        A    So did I -- if I did it before these matters,

 2    did I do it again?  I'm not sure.  I don't think so.

 3    I think these are -- the best of my recollection, I

 4    had the opportunity to see instruments previously,

 5    like in my visits to Stanford, visits with doctors      11:17:22

 6    at Stanford.

 7           I participated in a number of types of things

 8    by design types of projects at Stanford.  It was

 9    probably associated with that, but I don't recall

10    directly the when of that.  Those would have been      11:17:44

11    before these cases though.

12        Q    You don't recall what laparoscopic

13    instruments you've inspected in the past?

14        A    Well, they -- like, for example, Dr. Howe

15    shows a couple of photos of what I would call          11:18:08

16    traditional laparoscopic instruments in his report.

17    They were similar to that.

18           I mean, there are -- just like there must be

19    over a hundred EndoWrists, you know, with different

20    types of suturing, cutting, grasping types of          11:18:22

21    capability, there are different standard Endo- --

22    not standard EndoWrists, standard laparoscopic

23    devices that do different things.

24           You know, they're not multifunctional, per

25    se, but they -- there are some that would cut.         11:18:39
```

Page 86

```
 1    There are some that would grasp, forceps, things

 2    like that.  I don't recall specifically.

 3         I couldn't tell you a manufacturer or a

 4    specific type, but they were -- they were

 5    representative of what Dr. Howe showed in his         11:18:56

 6    report.  So I didn't go looking for additional ones,

 7    I guess, as a result.  I felt like I was familiar

 8    with those devices.

 9    Q    You don't recall seeing any laparoscopic

10    instruments in the past that looked different from    11:19:10

11    the laparoscopic instruments that there were

12    photographs of in Dr. Howe's report?

13    A    I -- I'm not sure how to answer that.  I

14    think I saw several types.  In fact, I'm not even

15    sure.  I'd have to look at Dr. Howe's report again    11:19:27

16    to see exactly what he showed.

17         I just remember the part that the surgeon

18    interacts with in his report.  I'm not sure that he

19    showed the tool end of the device, but maybe he did.

20    I'm going to -- do you have a particular page you     11:19:40

21    want me to look at?

22    Q    No, that's okay.  I'd like -- if you don't

23    mind, if we could focus on my question.  Again, I'm

24    just trying to remember what you recall about the

25    laparoscopic instruments you've seen in the past.     11:19:59
```

Page 87

```
 1    know, a push-pull type of thing, you know, something

 2    that rotates.  It pushes a rod down -- down through

 3    the shaft at the distal end; then it operates some

 4    function.

 5         You know, if it's scissors, it makes the        11:53:56

 6    scissors come together in a cutting motion then.

 7    You need typically two -- two things to make that

 8    happen.

 9     Q    Sitting here today, are you aware of any

10    commercially available traditional laparoscopic       11:54:10

11    instrument that has cables?

12     A    All right.  So you're limiting it to

13    commercially available?

14     Q    That's correct.

15     A    As I sit here today, I'm not aware.  But as I   11:54:27

16    said before, I mentioned some that I have seen

17    scientific papers, medical papers on.  And whether

18    those have since been commercialized and I'm just

19    not aware of it, I couldn't say.

20     Q    Moving forward to paragraph 42, you say here    11:54:40

21    just before the block quote that (as read):

22         "Failure modes on EndoWrists just

23          like on traditional laparoscopic

24          instruments are obvious," correct?

25     A    Yes.  That's paragraph 42, yes.                 11:55:11
```

Page 101

```
 1      cited in -- later in the paragraph.  They utilize
 2      magnification up to 10X and typically at 10X when
 3      looking at the finer details.
 4          So 10X means that -- you know, something that
 5      has a 2-millimeter length, you know, that the              12:12:41
 6      inspector will see that and it will appear larger,
 7      you know.  It will be much more clear.  Look at it
 8      with the naked eye.  That's tiny.
 9          Certain things are very tiny, but you magnify
10      them by ten times, you make them bigger.  You're          12:13:00
11      able to see things in greater detail under a mag- --
12      under a microscope or under some type of hand
13      magnification in inspection.  Things are often done
14      like that where they bring it in.
15          They may photograph it also, but they'll             12:13:18
16      certainly look at it visually and try to examine it
17      carefully, try to operate things and look at it with
18      the magnification.
19      Q   And you say that the -- at least 10X
20      magnification is a required part of the Rebotix          12:13:33
21      process?
22      A   I believe so.  From what I saw, from what was
23      explained to me when I was in Florida at the Rebotix
24      facility and -- yes, I believe I also read that in
25      their inspection procedure.  I mean, the inspection      12:13:48
```

Veritext Legal Solutions
866 299-5127

```
 1    part is a critical piece here.

 2          You don't just bring in any old EndoWrist and

 3    repair it.  You -- you identify ones that have

 4    failures that are not appropriate to repair with

 5    this kind of procedure and you screen those out.      12:14:08

 6          And they frequently screened out instruments

 7    that had something wrong that would not be

 8    subject -- be appropriate for them to repair.  That

 9    certainly occurred.

10          They had a number of instruments that they      12:14:22

11    had received, and if the hospital didn't want it

12    back, they put it into their own inventory.

13          MR. CHAPUT:  Let's take a look at the Rebotix

14    process.  This is going to be Exhibit 279.

15          Austin, this is tab 21, the document with        12:14:40

16    Bates REBOTIX162404 through 424.

17          THE WITNESS:  Okay.  I don't have it yet.  I

18    have tab 01 which was --

19          MR. CHAPUT:  Yeah.  It will -- it will be

20    there in just a moment.  Just give it a sec.          12:14:57

21          THE WITNESS:  Okay.  And what exhibit?  279?

22          MR. CHAPUT:  279.

23          THE WITNESS:  Okay.  Yeah, I don't have it

24    yet.

25          MR. SNYDER:  Yeah, I'm not seeing it yet         12:15:10
```

Page 115

```
 1    it was not a successful repair, and it would not be

 2    sent back or it would go through the whole process

 3    all over again.

 4          Excuse me.

 5          MR. CHAPUT:  Why don't we go off the record,    12:54:39

 6    and we can take a break for lunch.

 7          THE VIDEOGRAPHER:  We are off the record.

 8    The time is 12:54 p.m.

 9          (Lunch recess.)

10          (Mr. Corrigan left the proceedings.)           01:54:00

11          THE VIDEOGRAPHER:  We are back on the record.

12    The time is 1:54 p.m.

13    BY MR. CHAPUT:

14       Q   Dr. Parnell, what is ileocecal-colectomy?

15       A   What's a what?  I'm sorry?                     01:54:24

16       Q   An ileocecal-colectomy?

17       A   Precisely?  I don't know.  I would look it

18    up.  I know what it sounds like, but I won't

19    hazard -- it's a medical procedure.  I'm sure of

20    that.                                                 01:54:41

21       Q   What's a -- how about a sigmoid colectomy?

22       A   How do you pronounce -- how do you spell

23    colectomy?  Colestomy?

24       Q   C-o-l-e-s -- excuse me, c-o-l-e-c-t-o-m-y.

25       A   Would you like me to look it up or just --    01:54:55
```

                                              Page 144

```
 1        Q    No.  If you don't know, that's fine.

 2        A    I -- I cannot define it for you right now.

 3   I'm not a medical doctor.  I am merely a Ph.D.

 4   mechanical engineer with medical device training.

 5   So I'm sorry.  I don't know all of those things.     01:55:11

 6        Q    There's a section in your report in the

 7   hospital case that starts on page 95.  The heading

 8   is "Inadequacies of the EndoWrist Use Counter."

 9        A    Oh, yeah.  95?

10        Q    Page 95, yes.                               01:55:31

11        A    Okay.

12        Q    Your opinion in this section is that the use

13   counter on Intuitive's EndoWrist is inadequate for

14   accurately tracking wear and tear; is that correct?

15        A    Yes.                                        01:55:46

16        Q    And you say that Intuitive already tracks

17   information that would allow it to measure wear and

18   tear based on the length of time an individual

19   EndoWrist is used in surgery?

20        A    Well, to at least measure those parameters   01:56:02

21   like time.  For example, in -- yeah, in the logs

22   that are collected and then also the My Intuitive

23   app, it shows time associated with a device in

24   different operations.  So it's pretty clear that

25   they'll make that available or even have it          01:56:19
```

Page 145

1    don't require any change.  Those are all -- those

2    are all things that are apparently available, that

3    My Intuitive app tracks time, and apparently these

4    logs that are current, that would also include time.

5         If they track current versus time, then they        02:02:59

6    certainly have time, but they have more than time.

7    They have these things for each degree of freedom,

8    so --

9         Q   But --

10        A   -- not, I don't think it requires any            02:03:09

11   redesign of the EndoWrist.  It requires

12   intelligently making use of data that they already

13   have with their Xi's, and it appears with their Si's

14   too, because I think the My Intuitive app said it

15   applies to both.                                           02:03:30

16        Q   So at a minimum, Intuitive would have to

17   write new software and develop a use counter that

18   would expire the EndoWrists based on these factors

19   that you're talking about, correct?

20        MR. SNYDER:  Objection.                               02:03:41

21        THE WITNESS:  You know, sir, I don't know on

22   that, because I haven't been asked to redesign an

23   EndoWrist or to interpret what they would need.  I

24   could certainly talk about things that I would

25   consider and the things that I think should be            02:03:52

Page 151

```
1    considered.

2          But as you pointed out, there's a lot of --

3    there's a lot of issues that have to be considered

4    in any kind of redesign.  It does appear to me,

5    sitting here today -- with what I know, it appears    02:04:05

6    to me that the information is available that would

7    allow them to do these things right now without any

8    modification.

9          Now, what would they do with it?  How would

10   they change their use counter?  I would agree --      02:04:20

11   here's one thing I would agree.  I don't think you

12   want a device to expire during a procedure.  So

13   you'd have to do it where any information that comes

14   from this comes at the end of a procedure, not

15   during a procedure.  I would agree with that.  But,   02:04:34

16   again, those are things that can all be done and not

17   done with a lot of complexity either.

18   BY MR. CHAPUT:

19      Q   So you say they can be done, but you aren't

20   offering any opinion on how they would be done; is    02:04:49

21   that correct?

22      A   If you ask me to, I can --

23      Q   I'm asking about your report, sir.  In your

24   report, you are not --

25      A   Well, sir, my report -- we've talked about     02:05:00
```

Page 152

1     what my report has.  My report talks about ways that

2     they can do it, and it further goes on to things

3     that I've learned even subsequent to this report

4     that show even more so that they have the ability

5     right now without any additional work to do these        02:05:16

6     things.

7        Q   So if you would let me finish my questions,

8     please.

9        A   Sure.

10       Q   I'm asking about your report.  And you are        02:05:24

11    not offering an opinion as to how this redesigned

12    use counter that you propose would be done, correct?

13           MR. SNYDER:  I've got to object just for a

14    clear record.  I think you were both talking at the

15    same time.  I don't think it was intentional.  Let's    02:05:41

16    just move on.

17           THE WITNESS:  I believe, sir -- I believe I

18    answered your question.

19    BY MR. CHAPUT:

20       Q   You don't offer any opinion about how            02:05:56

21    Intuitive could measure mishandling or misuse in a

22    redesigned use counter, correct?

23       A   I -- just like the other things we're talking

24    about, I did not attempt to redesign their device or

25    to redesign and implement a different criteria.  I      02:06:16

                                                   Page 153

```
 1    do think, based on what I know, that there is

 2    information that is readily available to them that

 3    very well might be utilized directly to look at

 4    misuse or mishandling.  It might be.  I don't know

 5    yet.                                           02:06:34

 6       Q   Well, let's look at what you said in your

 7    report.  Let's go to paragraph 234.

 8       A   Okay.

 9       Q   And in the third sentence of that paragraph

10    you wrote (as read):                           02:06:43

11          "The only way to accurately

12           determine whether an instrument has

13           been misused or mishandled is

14           through visual inspection and

15           testing."                               02:06:51

16          Is that correct?

17       A   That's the sentence that's here.  We should

18    probably read the entire paragraph so it's got some

19    context.  May I read the entire paragraph?

20       Q   Feel free.                             02:07:02

21       A   Thank you.  So paragraph 234, page 106

22    says -- and this is under the heading, the topic,

23    "The use counter does not take into account

24    mishandling or misuse."

25          So now, paragraph 233 before has a little bit  02:07:21
```

Page 154

```
1    place, how many rejected EndoWrists did you see when

2    you were at Rebotix's facility?

3        A    Again, I'm going from memory here.  It was

4    probably of the order of five to ten, but I do know

5    from representations made by Mr. Fiegel and -- and      02:18:47

6    Rebotix that I -- that I talked to before starting

7    to go through the lab and the process that they had

8    a lot of EndoWrists that did have some sort of

9    damage and that, from inspection, were deemed to not

10   be repair candidates.                                   02:19:09

11        Unsuitable for repair, that was a

12   designation.  They put a sticker on the box,

13   "unsuitable for repair."  And I think they put a

14   sticker on the EndoWrist, the housing also, as it

15   was, so that they wouldn't -- it wouldn't be brought    02:19:24

16   up accidentally again.  They wanted anything that

17   they had already inspected to be out of the repair

18   picture.

19        Q    Of the five to ten unsuitable-for-repair

20   EndoWrists you saw, who selected that set of five to    02:19:40

21   ten?

22        A    As I recall, I think it was Mr. Fiegel,

23   although he showed me a large rack, storage area, if

24   you will, metal shelf storage area, that EndoWrists

25   were on.  And they had a whole -- they had a whole      02:20:05
```

Page 163

```
1    section that was strictly devoted to EndoWrists that

2    were unsuitable for repair.  I don't think I went in

3    and randomly selected them.  I think he brought out

4    some to show me but --

5       Q   Did you -- I apologize.                    02:20:19

6       A   There were a lot that were available there to

7    select.  I suppose I could have, you know, hunted

8    and selected and picked to look at.  But I -- I

9    thought the ones that he might select to show me,

10   they seemed rather -- rather arbitrarily selected,   02:20:31

11   not pre-selected, not filtered, if that's what

12   you're getting at.  I think he showed me a selection

13   that were representative.

14      Q   I'm not getting at anything.  I'm just trying

15   to understand the process.                         02:20:50

16      Did you offer him any criteria that you were

17   interested in seeing when he was selecting those

18   unsuitable-for-repair EndoWrists?

19      A   I think we talked about certain things, as I

20   recall.  I believe we did.  Again, going from       02:21:03

21   memory, but I believe we did talk about certain

22   things that would be useful to see.

23      Q   What were those things that you thought would

24   be useful to see?

25      A   Well, one would be various types of broken   02:21:17
```

Page 164

```
 1    cables or frayed cables, you know, ones that are
 2    like in the photos starting on page 37.  I think at
 3    least one of these may have a complete cable break.
 4    It looks like some have frayed cables.  They're
 5    certainly not functioning.                         02:21:34
 6         I think I asked about some that had damage,
 7    like, you know, cracked shaft or wouldn't pass the
 8    electrical test if it was a monopolar or bipolar
 9    instrument, one that wouldn't pass the Hipot test or
10    other test for electrical isolation.              02:21:50
11         I believe I asked -- well, as I recall, I
12    think they had some that had zero on the use
13    counter.  And, as you know, they specified that it
14    had to have one or more on the use counter to be
15    able to repair with their receptor chip.  So there 02:22:14
16    were some that had zero, and those were not suitable
17    for repair.
18         So it was a variety of things.  There was
19    damage, mechanical damage, breakage, electrical
20    damage where it wouldn't pass the electrical test.  02:22:27
21    Maybe it also might not even function.  If it
22    wouldn't pass the Hipot test, it probably would not
23    function to cauterize or whatever the function of
24    that device was.
25         There were some that had -- that had         02:22:43
```

Page 165

```
 1    seriously deformed or distorted graspers or things

 2    like that, scissors, ones that could not be

 3    straightened with small adjustments, things that

 4    cannot be fixed by sharpening of scissors.  You

 5    know, again, this is what I can recall.              02:23:05

 6         We looked at a number of different things.

 7    He could show, okay, this has this.  I don't

 8    remember if they were already labeled on the box

 9    beyond unsuitable for repair or if he had -- he may

10    have had a log that showed a given device in their   02:23:17

11    inventory and what the issues were.  I honestly

12    don't recall on that.

13    Q    How long did you look at each of the

14    unsuitable-for-repair EndoWrists?

15    A    Well, I know I was there in their lab for        02:23:37

16    approximately a business day.  We got there early,

17    and we went until I had to leave for a flight in the

18    early evening going from Florida back to California.

19    I don't remember exactly what time I had to leave,

20    but I think it was -- it was not midnight.  You       02:23:54

21    know, I think it was 5:00 or 6:00 p.m., maybe 7:00

22    p.m., something like that.

23         And so I think I was there from open -- open

24    business, maybe even early because I was coming from

25    the West Coast, and we wanted to get an early start   02:24:14
```

Page 166

```
 1    wear but one cable had broken, your conclusion is

 2    that must have been due to damage.

 3         Am I understanding you correctly?

 4      A    Well --

 5         MR. SNYDER:  Objection.                    02:35:55

 6         THE WITNESS:  -- my conclusion is that it was

 7    possibly that way, maybe even likely that way.

 8         I can't say that it is absolutely

 9    100,000 percent -- 100 percent that way, but it was

10    my belief -- my experience that looking at that,    02:36:10

11    that it looked like it appeared that one cable -- in

12    those circumstances, one cable had gotten damaged in

13    some mechanism, some external damage mechanism and

14    the others, by virtue of being -- still appearing

15    intact, still appearing to go through the pulleys    02:36:31

16    properly, maybe still even operating the -- you

17    know, their degree of freedom properly, that they

18    were not associated with wear.  That was my

19    conclusion on a limited inspection though.

20    BY MR. CHAPUT:                                    02:37:01

21      Q    I'd like to move to an aspect of your opinion

22    on Rebotix's life testing on page 57 of your

23    hospital report at paragraph 145.

24      A    All right.  Just a minute.  57 and 145

25    paragraph number?                                02:37:16
```

                                              Page 176