# ATTACHMENT 32

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1                  UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO DIVISION
 4
      SURGICAL INSTRUMENT SERVICE    )
 5    COMPANY, INC.,                 ) Case No.:
                                     ) 3:21-cv-03496-VC
 6              Plaintiff,           )
                                     ) Lead Case No.:
 7          vs.                      ) 3:21-cv-03825-VC
                                     )
 8    INTUITIVE SURGICAL, INC.,      )
                                     )
 9              Defendant            )
      _____)
10    IN RE: DA VINCI SURGICAL ROBOT )
      ANTITRUST LITIGATION           )
11    _____)
      THIS DOCUMENT RELATES TO:      )
12    ALL ACTIONS                    )
      _____)
13
14
15          *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
16                  30(b)(6) DEPOSITION OF:
17                   KEITH ROBERT JOHNSON
18                 THURSDAY, OCTOBER 27, 2022
19              9:06 a.m. Mountain Standard Time
20
21    REPORTED BY:
22    Vickie Blair
23    CSR No. 8940, RPR-CRR
24    JOB NO. 5539883
25    PAGES 1 - 122
```

Page 1

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    Deposition of KEITH ROBERT JOHNSON, the witness, taken
 2    on behalf of the Defendant, on Thursday,
 3    October 27, 2022, 9:06 a.m. Mountain Standard Time,
 4    before VICKIE BLAIR, CSR No. 8940, RPR-CRR.
 5
 6    APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8    FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
      SERVICE CO. INC.:
 9
              HALEY GUILIANO LLP
10            BY JOSHUA VAN HOVEN, Partner
              111 North Market Street, Suite 900
11            San Jose, California  95113
              +1 669 213 1061
12            joshua.vanhoven@hglaw.com
13
14    FOR DEFENDANT INTUITIVE SURGICAL, INC.:
              COVINGTON & BURLING LLP
15            BY ISAAC D. CHAPUT, Associate
              415 Mission Street
16            Suite 5400
              San Francisco, California  94105-2533
17            +1 415 591 7020
18            ichaput@cov.com
              COVINGTON & BURLING LLP
19            BY AUSTIN S. MARTIN, Associate
              One CityCenter
20            850 Tenth Street, NW
              Washington, D.C.  20001-4956
21            +1 202 662 5094
22            amartin@cov.com
23
24
25
```

Page 2

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    APPEARANCES OF COUNSEL VIA ZOOM: (Continued)
 2    FOR THE PROPOSED CLASS:
 3         BONI, ZACK & SNYDER LLC
           BY JOSHUA D. SNYDER, Partner
 4         15 St. Asaphs Road
           Bala Cynwyd, Pennsylvania  19004
 5         (610) 822-0203
           (610) 822-0206
 6         jsnyder@bonizack.com
 7
 8    ALSO PRESENT:
 9         RAMON A. PERAZA, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | components that are not found in traditional | 09:36:22 |
| 2 | laparoscopic instruments? | 09:36:25 |
| 3 |     A    From what aspect? | 09:36:32 |
| 4 |     Q    Any aspect. | 09:36:34 |
| 5 |     A    Well, I mean, the biggest one, like I | 09:36:37 |
| 6 | stated, is one is manually utilized with a surgeon's | 09:36:41 |
| 7 | hands, the other one is managed through a robot. | 09:36:46 |
| 8 | So, as far as size differences, a grasper | 09:36:50 |
| 9 | is a grasper, scissors are a scissor, monopolar, | 09:36:56 |
| 10 | bipolar, suction, for the most part, yes, they -- they | 09:37:01 |
| 11 | have the same functionality, but obviously are | 09:37:07 |
| 12 | manufactured differently just because of the fact that | 09:37:12 |
| 13 | one is used by a robot and one is held in a surgeon's | 09:37:15 |
| 14 | hand. | 09:37:18 |
| 15 |     Q    Are you familiar with the cables that | 09:37:19 |
| 16 | appear in Intuitive's EndoWrist instruments? | 09:37:22 |
| 17 |     A    Yes. | 09:37:28 |
| 18 |     Q    Do traditional laparoscopic instruments | 09:37:28 |
| 19 | have similar cables? | 09:37:33 |
| 20 |     A    No, they do not. | 09:37:35 |
| 21 |     Q    Does SIS have experience repairing or | 09:37:43 |
| 22 | inspecting laparoscopic instruments that contain | 09:37:49 |
| 23 | cables? | 09:37:53 |
| 24 |     A    No. | 09:37:58 |
| 25 |     Q    Prior to entering into the EndoWrist | 09:37:59 |

Page 27