# ATTACHMENT 36

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   SURGICAL INSTRUMENT SERVICE      )
     COMPANY, INC.,                   )
 5                                    )
            Plaintiff,                )
 6                                    )
            vs.                       ) Case No.
 7                                    ) 3:21-CV-03496-VC
     INTUITIVE SURGICAL, INC.,        )
 8                                    )
            Defendant.                )
 9   _____  )
10
11
12       VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
13               DEPOSITION OF GREG POSDAL
14      30(B)(6), SURGICAL INSTRUMENT SERVICE COMPANY
15
16             Tuesday, November 1, 2022
17        Remotely Testifying from Phoenix, Arizona
18
19
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 5541334-A
```

Page 1

1  to the conclusion that the reset process does not

2  create any sort of an FDA regulatory issue?

3         MR. McCAULLEY:  Objection.  Form.

4         THE WITNESS:  I'm not -- not sure how to

5  answer that.  I'm not sure how to answer that.        09:50:58

6  We -- we -- in -- in any of the items that we've

7  repaired -- repaired, we haven't needed any kind

8  of -- there -- there was no need for that.  And

9  simply resetting the number, I guess we relied on

10 Rebotix for that information.                          09:51:26

11 BY MR. CHAPUT:

12      Q.   So SIS did not independently consider

13 whether regulatory clearance was necessary to market

14 the EndoWrist in- -- EndoWrist reset process?

15      A.   Correct.                                     09:51:45

16         MR. SNYDER:  Objection to form.

17         THE WITNESS:  Correct.

18         I'm sorry.

19 BY MR. CHAPUT:

20      Q.   Let's move on to Topic Number 4.  This is,   09:51:52

21 "All activities relating SIS's inspection and repair

22 of EndoWrist instruments, including all steps SIS

23 takes to inspect and repair EndoWrist instruments

24 and SIS's procedures and practices relating to such

25 inspection and repair."                                09:52:12

Page 46

```
 1   any of its customers?
 2        A.   Not to my knowledge.  Discussions were
 3   probably had as to the potential or probable savings
 4   with specific respect to that facility or
 5   facilities, the number of instruments, the number of     10:29:22
 6   cases, the number of robots they had.  And there
 7   were probably calculations by the facility as to
 8   what they could save with this process.
 9        Q.   Okay.  We can move on to Topic 7.  This
10   is:  "SIS's regulatory compliance efforts with          10:30:04
11   respect to the services SIS markets or performs on,
12   or in connection with, EndoWrist Instruments."  [As
13   read]
14             Are you prepared to testify regarding
15   Topic 7?                                                10:30:17
16        A.   Yes, I am.
17        Q.   And I think that we -- we may earlier have
18   already kind of heard the answer to at least part of
19   this.
20             Am I correct in understanding that SIS has    10:30:26
21   not taken any independent steps to ensure that the
22   EndoWrist reset process complies with FDA regulatory
23   requirements?
24        A.   That is correct.
25             MR. SNYDER:  Objection to form.               10:30:40
```

Page 61