# ATTACHMENT 50

```
 1
 2    UNITED STATES DISTRICT COURT
 3    FOR THE NORTHERN DISTRICT OF CALIFORNIA
 4    SAN FRANCISCO DIVISION
 5    - - - - - - - - - - - - - - - - - - -x
 6    SURGICAL INSTRUMENT SERVICE COMPANY, INC.,
 7                    Plaintiff,
 8          -against-
 9    INTUITIVE SURGICAL, INC.,
10                    Defendant.
11    - - - - - - - - - - - - - - - - - - -x
12                Virtual Zoom Deposition
13                   March 6, 2023
                      8:30 a.m.
14
15
16       VIRTUAL VIDEO DEPOSITION of JEAN SARGENT,
17    in the above-entitled action, held at the
18    above time and place, taken before Jeremy
19    Richman, a Shorthand Reporter and Notary
20    Public of the State of New York, pursuant to
21    the Federal Rules of Civil Procedure, and
22    stipulations between Counsel.
23
24              *     *     *
25
```

Page 1

**Page 214**

J. SARGENT

2  Q. What does the number 13:43:53
3  75 percent represent in this paragraph? 13:43:57
4  A. That number would be the 13:43:59
5  amount of times that a product was put 13:44:05
6  in a bin to be returned to that third 13:44:09
7  party for repair or refurbishment. 13:44:13
8  Q. Are you assuming that all 13:44:16
9  Vizient members would use this SIS 13:44:25
10 reset service? 13:44:27
11 A. My assumption is yes, because 13:44:30
12 of the cost savings. 13:44:32
13 Q. Okay. So when, what is the 13:44:34
14 date you were thinking that this 13:44:39
15 collection was taking place? 13:44:41
16 A. When I was working with 13:44:42
17 Marin, and Keith presented it to Marin 13:44:48
18 and also presented bins for the 13:44:53
19 EndoWrist to be placed in, that was 13:44:59
20 when I thought it would be kicking off. 13:45:01
21 And then it was stopped, and at that 13:45:03
22 point I didn't know when it would be 13:45:08
23 used again, because I didn't know when 13:45:10
24 SIS would work through their issues 13:45:12
25 with Da Vinci. 13:45:16

**Page 215**

J. SARGENT

2  Q. Okay. 13:45:18
3  A. Intuitive. 13:45:20
4  Q. So when you were working with 13:45:21
5  Marin, did SIS actually provide 13:45:24
6  collection bins for, at MarinHealth? 13:45:26
7  A. I was told, yes. 13:45:32
8  Q. Did you ever see them? 13:45:33
9  A. No. 13:45:35
10 Q. Do you know how many 13:45:35
11 EndoWrists were collected from Marin? 13:45:41
12 A. I was told at the time, I 13:45:46
13 don't remember the exact number, but I 13:45:48
14 believe it was less than 20. 13:45:49
15 Q. Do you know how many 13:45:51
16 EndoWrists from Marin were actually 13:45:54
17 reset with additional uses? 13:45:57
18 A. No. 13:45:59
19 Q. Do you know how many at the 13:46:02
20 time that there were -- that you were 13:46:05
21 told there were collection bins 13:46:07
22 available for EndoWrists to be 13:46:09
23 collected by SIS, do you know how many 13:46:11
24 EndoWrists MarinHealth had in 13:46:13
25 inventory? 13:46:17

**Page 216**

J. SARGENT

2  MR. VAN HOVEN: Objection to 13:46:18
3  form. 13:46:19
4  A. No. 13:46:19
5  Q. What robot, what model did 13:46:22
6  MarinHealth have? 13:46:28
7  MR. VAN HOVEN: Objection to 13:46:29
8  form. 13:46:29
9  A. Si. 13:46:29
10 Q. Do you know how many Si 13:46:32
11 EndoWrists Marin had in inventory? 13:46:42
12 A. No. 13:46:48
13 Q. Would you even be able to 13:46:49
14 estimate? 13:46:51
15 A. No. Every facility is 13:46:57
16 different on what quantities they keep 13:46:59
17 on hand. 13:47:01
18 Q. So just so I understand, 13:47:01
19 let's assume, for purposes of this 13:47:03
20 discussion, that they have a hundred 13:47:07
21 EndoWrists in inventory. Can you hold 13:47:09
22 that assumption in your head? 13:47:10
23 A. Yes. 13:47:12
24 Q. And let's assume they 13:47:15
25 collected 20, that in the process, when 13:47:16

**Page 217**

J. SARGENT

2  they had bins available for collection, 13:47:18
3  that there were 20 EndoWrists that were 13:47:20
4  collected by SIS. Can you hold that 13:47:23
5  assumption in your head also? 13:47:27
6  A. Yes. 13:47:30
7  Q. Based on the way you've gone 13:47:30
8  about your work in this matter in 13:47:34
9  developing and identifying the 13:47:36
10 collection rate, would you agree that 13:47:38
11 the collection rate for that, for 13:47:39
12 MarinHealth, was 20 percent? 13:47:42
13 MR. VAN HOVEN: Objection to 13:47:43
14 form. 13:47:46
15 Q. Under that hypothetical, is 13:47:46
16 it a 20 percent collection rate, from 13:47:49
17 your view? 13:47:51
18 MR. VAN HOVEN: Objection to 13:47:51
19 form. 13:47:52
20 A. Yes, the program had just 13:47:52
21 started. 13:47:56
22 Q. Right, I'm asking you a 13:47:57
23 hypothetical. You've already told me 13:47:59
24 you think that Marin, that SIS 13:48:01
25 collected under 20 EndoWrists from SIS, 13:48:04

55 (Pages 214 - 217)

```
                J. SARGENT
 1
 2  correct? SIS collected under 20          13:48:09
 3  EndoWrists from Marin, correct?          13:48:13
 4     A.  Yes.                              13:48:17
 5     Q.  And you've already told me        13:48:17
 6  you don't know how many EndoWrists were  13:48:19
 7  in inventory, right?                     13:48:22
 8     A.  Correct.                          13:48:26
 9     Q.  So I'm just -- assume that        13:48:27
10  there were a hundred EndoWrists in       13:48:29
11  inventory, okay, and assume that there   13:48:31
12  were 20 collected. I'm trying to         13:48:34
13  understand, is it correct for me to      13:48:36
14  just take 20, divide it by a hundred to  13:48:38
15  get to what you view as a collection     13:48:42
16  rate?                                    13:48:44
17         MR. VAN HOVEN: Objection to       13:48:44
18     form.                                 13:48:45
19     A.  No.                               13:48:45
20     Q.  What would be the collection      13:48:54
21  rate if I tell you that Marin had 100    13:48:56
22  EndoWrists in its inventory at the       13:49:00
23  time, that there were bins available,    13:49:05
24  and that SIS collected 20 EndoWrists,    13:49:06
25  are you able to tell me what the         13:49:11
                                             Page 218
```

```
                J. SARGENT
 1
 2  collection rate is?                      13:49:12
 3         MR. VAN HOVEN: Objection to       13:49:13
 4     form.                                 13:49:15
 5     A.  No, because we don't know how     13:49:15
 6  many of them were in use and how many    13:49:17
 7  of them were sitting on the shelf new,   13:49:19
 8  waiting to be used. We just know what    13:49:21
 9  was collected.                           13:49:23
10     Q.  Okay. So in paragraph 56,         13:49:24
11  when you wrote, The collection rate for  13:49:26
12  the EndoWrist service being offered by   13:49:31
13  SIS was 75 percent, were you assuming    13:49:35
14  that the available population was only   13:49:39
15  those that were in use?                  13:49:41
16     A.  Yes.                              13:49:44
17     Q.  Okay. Do you know how many        13:49:45
18  EndoWrists were in use at Marin at the   13:49:47
19  time that there were collection bins     13:49:51
20  available?                               13:49:52
21     A.  No.                               13:49:52
22     Q.  Do you think it's over or         13:49:54
23  under a hundred?                         13:49:58
24     A.  Under.                            13:49:59
25     Q.  Do you think it's over or         13:50:00
                                             Page 219
```

```
                J. SARGENT
 1
 2  under 50?                                13:50:03
 3     A.  I would say it's somewhere        13:50:04
 4  around 50. Marin is a smaller            13:50:09
 5  hospital, doesn't have high volumes.     13:50:13
 6     Q.  Have you worked with any          13:50:15
 7  hospitals that have high volumes of      13:50:18
 8  EndoWrist instrument usage?              13:50:22
 9     A.  I would assume Piedmont. But      13:50:29
10  as I mentioned earlier, that wasn't      13:50:33
11  part of our purview at that time.        13:50:35
12     Q.  So you don't know what the        13:50:38
13  usage, the number of EndoWrist           13:50:39
14  instruments that Piedmont used while     13:50:44
15  you were there?                          13:50:46
16     A.  No. Or University of              13:50:47
17  Kentucky or USC or UCLA.                 13:50:51
18     Q.  Okay. So when you -- are you      13:50:56
19  assuming that all Vizient members would  13:51:00
20  use SIS's reset service?                 13:51:02
21     A.  I'm assuming 70 to 80 percent     13:51:08
22  would, yes.                              13:51:10
23     Q.  And is that 70 to 80 percent      13:51:13
24  of all the SIS and robot owners?         13:51:18
25     A.  Yes.                              13:51:23
                                             Page 220
```

```
                J. SARGENT
 1
 2     Q.  Do you know how many Vizient      13:51:25
 3  members in 2019 had S and Si robots?     13:51:27
 4     A.  I don't know the number, but      13:51:32
 5  it was predominant.                      13:51:33
 6     Q.  How do you know that?             13:51:35
 7     A.  Well, because most of the         13:51:38
 8  facilities don't have the money to buy   13:51:41
 9  the new robot or get the upgrades when   13:51:43
10  the upgrades come out.                   13:51:46
11     Q.  Do you know how many Vizient      13:51:47
12  members in 2020 had S and Si robots?     13:51:51
13     A.  No.                               13:51:54
14     Q.  Do you know how many Vizient      13:51:54
15  members in 2021 had S and Si robots?     13:51:57
16     A.  No.                               13:52:00
17     Q.  Do you know, sitting here         13:52:00
18  today, how many S and Si robots there    13:52:03
19  were in service in 2019, 2020 or 2021?   13:52:06
20     A.  No.                               13:52:09
21     Q.  Has it come to your               13:52:10
22  attention, sitting here today, that      13:52:14
23  there are very few S and Si robots in    13:52:16
24  use in the United States?                13:52:19
25         MR. VAN HOVEN: Objection to       13:52:20
                                             Page 221
```

56 (Pages 218 - 221)

```
                    J. SARGENT
 1                                                          1                    J. SARGENT
 2     form.                         13:52:23               2         MR. VAN HOVEN:  Objection to    13:54:21
 3     A.   As of today, yes.         13:52:23              3     form.                         13:54:21
 4     Q.   Right.  And has it come to      13:52:24        4     A.   I'm not -- I'm not talking    13:54:21
 5  your attention that there came a time   13:52:28        5  specifically about the number of     13:54:27
 6  when Intuitive started to phase out the  13:52:30       6  hospitals, I'm just saying of the    13:54:28
 7  S and Si robots?                   13:52:35             7  number of hospitals that have the S or  13:54:30
 8     A.   Yes.                      13:52:35              8  Si, 70 to 80 percent would use this   13:54:34
 9     Q.   Does it matter to your    13:52:35              9  program.                         13:54:37
10  opinions how many Vizient members    13:52:37          10     Q.   Is there any way, based on   13:54:37
11  actually had S and Si robots in 2019 to  13:52:41      11  what you've done in your report, for me  13:54:40
12  2021?                              13:52:45            12  to determine how many EndoWrists would  13:54:42
13     A.   My percentages are based upon   13:52:46       13  be collected by SIS from Vizient     13:54:44
14  a number of hospitals that would    13:52:52           14  members?                         13:54:48
15  actually have the S or Si robot.   13:53:00            15     A.   No.                      13:54:50
16     Q.   Let me just clarify so the  13:53:08           16         MR. VAN HOVEN:  Objection to    13:54:50
17  court reporter gets this right.  I  13:53:10           17     form.                         13:54:53
18  think what you said, and just correct  13:53:11        18     A.   No.                      13:54:53
19  me, is your percentages are based upon  13:53:12       19     Q.   What methodology did you use   13:54:53
20  a number of hospitals that would   13:53:15            20  to determine that SIS would achieve a  13:55:02
21  actually have the S or Si robot; is  13:53:16          21  75 percent collection rate --      13:55:04
22  that right?                        13:53:22            22  75 percent collection rate of      13:55:06
23     A.   Yes.                      13:53:22             23  EndoWrists from Vizient members?   13:55:08
24     Q.   You don't list anywhere in  13:53:23           24     A.   Based on the cost savings   13:55:13
25  your report or your rebuttal report how  13:53:25      25  that, every hospital is looking for  13:55:16
                                            Page 222                                                  Page 224

 1                    J. SARGENT                            1                    J. SARGENT
 2  many Vizient members had S and Si   13:53:28             2  cost savings opportunities, that they  13:55:19
 3  robots in 2019, correct?           13:53:31              3  would sign on for this program.    13:55:22
 4     A.   Correct.                   13:53:35             4     Q.   Okay.  So I understand that   13:55:25
 5     Q.   You don't list the number of  13:53:36          5  you're referring to the 40 percent cost  13:55:29
 6  S and Si robots that Vizient members  13:53:39           6  savings that Mr. Johnson told you   13:55:33
 7  had for any given year, correct?  13:53:41               7  about, right?                     13:55:37
 8     A.   Correct.                   13:53:46             8     A.   Yes.                      13:55:38
 9     Q.   So when you say your       13:53:46             9     Q.   So I understand that to you,   13:55:41
10  percentages in your report are based   13:53:47         10  from your perspective, that means that  13:55:45
11  upon the number of hospitals that would  13:53:49      11  Vizient hospitals are going to be very  13:55:47
12  actually have the S or Si robot, what  13:53:51        12  interested in this program; isn't that  13:55:50
13  were you actually talking about?  13:53:55             13  right?                            13:55:52
14     A.   What I'm referring to is   13:53:57            14     A.   Yes.                      13:55:54
15  that, the number of hospitals that  13:53:58           15     Q.   Okay.  And so I'm trying to   13:55:54
16  would have a cost savings opportunity,  13:54:00       16  understand what methodology you used to  13:55:57
17  because there are no cost saving   13:54:02            17  arrive at the 75 percent number of the  13:55:59
18  opportunities directly with Intuitive.  13:54:04       18  collection of EndoWrists from Vizient  13:56:02
19  If there was a third party that is  13:54:06           19  hospitals?                         13:56:06
20  offering a cost savings opportunity,  13:54:09         20     A.   That's based on my experience   13:56:06
21  that most of those hospitals, 70 to  13:54:12          21  and talking with my colleagues and my  13:56:15
22  80 percent of them would jump on the  13:54:15         22  peers in regards to what kind of   13:56:17
23  opportunity to save costs.         13:54:16            23  opportunities they come up with for  13:56:19
24     Q.   Okay.  How many hospitals is  13:54:18         24  cost savings initiatives.          13:56:21
25  that, then?                        13:54:20            25     Q.   And the 75 percent, is that   13:56:24
                                            Page 223                                                  Page 225
```

57 (Pages 222 - 225)

```
                J. SARGENT
 1                                                    1                J. SARGENT
 2   75 percent of all Vizient member       13:56:29   2   56, correct?                          13:58:24
 3   hospitals with an -- Si robots would   13:56:32   3      A.   Yes.                          13:58:25
 4   participate in this program?           13:56:37   4      Q.   What did you mean by that?    13:58:36
 5       MR. VAN HOVEN: Objection to        13:56:38   5      A.   Similar to what I just        13:58:42
 6   form.                                  13:56:42   6   mentioned. We had a -- there's an    13:58:43
 7      A.   Yes.                           13:56:42   7   opportunity to mitigate expenses, as 13:58:46
 8      Q.   So you're not offering any     13:56:43   8   well as patient safety, by starting a 13:58:51
 9   opinion as to how many actual          13:56:44   9   collection or reprocessing of a      13:58:54
10   EndoWrists would be collected pursuant 13:56:49  10   product. And it occurred immediately. 13:58:56
11   to this program from Vizient members;  13:56:50  11      Q.   You did not look at any       13:58:58
12   is that right?                         13:56:53  12   literature to identify general industry 13:59:03
13       MR. VAN HOVEN: Objection to        13:56:53  13   collection rates, am I right about   13:59:09
14   form.                                  13:56:55  14   that?                                 13:59:10
15      A.   Correct.                       13:56:55  15      A.   Correct.                      13:59:10
16      Q.   And am I right, you are not    13:56:55  16      Q.   Did you look at any industry  13:59:11
17   offering any opinions about the        13:56:57  17   data to understand what general      13:59:14
18   collection or penetration rates of     13:57:00  18   industry collection rates are?       13:59:16
19   non-Vizient member hospitals, correct? 13:57:03  19      A.   No.                           13:59:17
20      A.   Correct.                       13:57:06  20      Q.   Did you look at any studies   13:59:25
21      Q.   Mr. Johnson did not tell you   13:57:07  21   that have been done about general    13:59:27
22   anything about the collection rate that 13:57:13 22   industry collection rates?           13:59:29
23   SIS expected; is that right?           13:57:16  23      A.   No. It's based on my          13:59:35
24      A.   No, not that I recall.         13:57:21  24   experience.                           13:59:36
25      Q.   What analysis did you do to    13:57:22  25      Q.   Did you look at any studies   13:59:36
                                   Page 226                                              Page 228

 1                J. SARGENT                           1                J. SARGENT
 2   arrive at the 75 percent number you   13:57:26    2   of individual instrument collection  13:59:38
 3   list in your report, as opposed to any 13:57:28   3   programs?                             13:59:41
 4   other number that you could have put  13:57:30    4       MR. VAN HOVEN: Objection to       13:59:43
 5   there?                                13:57:34    5   form.                                 13:59:46
 6       MR. VAN HOVEN: Objection to 13:57:34          6      A.   No.                           13:59:46
 7   form.                                 13:57:35    7      Q.   Did you look at any           13:59:50
 8      A.   Based on my experience, in    13:57:35    8   literature about individual instrument 13:59:52
 9   the reprocessing of products to reduce 13:57:40   9   collection programs?                  13:59:55
10   costs, most hospitals have a high rate 13:57:44 10      A.   No.                            13:59:57
11   of return for those types of products. 13:57:48 11      Q.   Did you talk to any Vizient    14:00:04
12   And actually, just recently I saw a   13:57:52  12   member hospitals about whether they   14:00:07
13   hospital that on Wednesday they said, 13:57:54  13   would take advantage of the SIS       14:00:09
14   You know what, we need to start       13:57:56  14   program?                              14:00:10
15   collecting a tourniquet that is on    13:57:58  15      A.   No.                            14:00:13
16   manufacturer back order, but it can be 13:58:02 16      Q.   Did you talk to any Vizient    14:00:13
17   reprocessed, so we need to start      13:58:04  17   hospitals back in 2019, besides Marin, 14:00:18
18   collecting them. That was on          13:58:06  18   about whether they would take advantage 14:00:21
19   Wednesday. On Friday, the bins were in 13:58:07 19   of this program being offered by SIS? 14:00:23
20   ORs and the collections had started.  13:58:09  20      A.   No, I didn't have the          14:00:28
21   So that's when I mentioned that it's a 13:58:12 21   opportunity.                           14:00:29
22   quick and easy process. It can be a   13:58:16  22      Q.   Okay. So am I right that you   14:00:30
23   very quick and easy process.          13:58:18  23   cannot tell me the number of hospitals 14:00:35
24      Q.   You referenced general        13:58:20  24   that you are assuming that SIS would be 14:00:38
25   industry collection rates in paragraph 13:58:21 25   collecting EndoWrists from; is that    14:00:42
                                   Page 227                                              Page 229
```

58 (Pages 226 - 229)

Veritext Legal Solutions
866 299-5127

**Page 306**

```
                J. SARGENT
 1
 2    Q.  If you can look at paragraph         15:41:12
 3  27 of Mr. Goodwin's report.               15:41:14
 4    A.  Mm-hmm.                             15:41:18
 5    Q.  Let me know when you've had a       15:41:19
 6  chance to read that.                      15:41:20
 7    A.  Okay.                               15:41:58
 8    Q.  You did not respond to that         15:41:58
 9  paragraph in your rebuttal report; is     15:42:01
10  that correct?                             15:42:04
11    A.  Correct.                            15:42:04
12    Q.  Same question, why don't you        15:42:05
13  read paragraphs 28 and 29 to yourself     15:42:16
14  and when you're done, let me know.        15:42:18
15    A.  Okay.                               15:42:52
16    Q.  Your rebuttal report does not       15:42:53
17  respond to either paragraphs 28 or 29,    15:42:54
18  correct?                                  15:42:57
19    A.  Correct.                            15:42:58
20       MR. LAZEROW:  All right, take        15:43:01
21  a break.                                  15:43:01
22       THE VIDEOGRAPHER:  We are off        15:43:02
23  the record, the time is 3:43 p.m.         15:43:06
24  Eastern time.                             15:43:09
25       (Recess.)                            15:43:36
```

**Page 307**

```
                J. SARGENT
 1
 2       THE VIDEOGRAPHER:  We are            15:55:25
 3  back on the record, the time is           15:55:27
 4  3:55 p m. Eastern time.                   15:55:29
 5    Q.  Ms. Sargent, am I right that        15:55:33
 6  you do not know what the actual           15:55:35
 7  collection rate of EndoWrists were at     15:55:36
 8  Marin when it was involved with SIS's     15:55:40
 9  resetting service?                        15:55:48
10    A.  Correct.                            15:55:48
11    Q.  Am I right, you do not know         15:55:49
12  the collection rate of any hospital       15:55:50
13  with respect to SIS's service for         15:55:52
14  resetting EndoWrists?                     15:55:55
15    A.  Correct.                            15:55:59
16    Q.  And am I also right that            15:55:59
17  you're assuming that whatever Vizient     15:56:01
18  members sign up for resetting an          15:56:06
19  EndoWrist, that SIS would get all of      15:56:17
20  that volume, right?                       15:56:20
21    A.  As described, yes.                  15:56:21
22    Q.  No other entity would get any       15:56:22
23  volume of resetting of EndoWrists among   15:56:23
24  the Vizient members, right?               15:56:27
25    A.  Unless another third party          15:56:28
```

**Page 308**

```
                J. SARGENT
 1
 2  came up with a similar process.  Then     15:56:33
 3  it would -- then SIS would be affected.   15:56:37
 4    Q.  But your collection rate and        15:56:41
 5  conversion rate assume that SIS is the    15:56:46
 6  only entity offering that service to      15:56:49
 7  Vizient members, correct?                 15:56:53
 8       MR. VAN HOVEN:  Objection to         15:56:54
 9  form.                                     15:56:54
10    A.  Yes.                                15:56:54
11    Q.  And those numbers would be          15:56:56
12  lower if there was another entity         15:57:00
13  offering that service to Vizient          15:57:02
14  members, correct?                         15:57:06
15       MR. VAN HOVEN:  Objection to         15:57:06
16  form.                                     15:57:08
17    A.  Yes.                                15:57:08
18    Q.  And am I also right that the        15:57:10
19  penetration rate you've identified        15:57:15
20  applies only to Vizient members?          15:57:16
21    A.  Yes.                                15:57:23
22    Q.  You have not done anything to       15:57:23
23  investigate whether non-Vizient members   15:57:26
24  would achieve collection rates or         15:57:28
25  penetration rates at the numbers you've   15:57:30
```

**Page 309**

```
                J. SARGENT
 1
 2  put in your opening report, correct?      15:57:31
 3    A.  Correct.                            15:57:33
 4    Q.  Can you look, please, at your       15:57:36
 5  rebuttal report, and I'm going to --      15:57:43
 6  which is DX230, and I'm going to --       15:57:52
 7  paragraph 12, which is on page 3.         15:57:55
 8    A.  Yes.                                15:58:03
 9    Q.  This paragraph talks about          15:58:04
10  the example you provide of hospitals      15:58:05
11  that were reprocessing single-use         15:58:07
12  devices, correct?                         15:58:09
13    A.  Correct.                            15:58:12
14    Q.  And did any hospitals you           15:58:13
15  worked at reprocess single-use devices?   15:58:18
16    A.  Yes.                                15:58:23
17    Q.  And did the hospitals you           15:58:26
18  work at do that in house, or did they     15:58:29
19  send them out for service to third        15:58:32
20  parties?                                  15:58:37
21    A.  In house.                           15:58:37
22    Q.  Were you -- did you ever tell       15:58:38
23  any of those hospitals that they were,    15:58:40
24  these devices were only supposed to be    15:58:43
25  used once?                                15:58:45
```

78 (Pages 306 - 309)