# ATTACHMENT 56

1

```
 1

 2          THE VIDEOGRAPHER:  Good          09:03:47

 3    morning.  We are going on the          09:03:49

 4    record at 9:03 a.m. on Monday,         09:03:50

 5    March 20, 2023.  Please note that      09:03:54

 6    this deposition is being conducted     09:03:57

 7    virtually.  Quality of recording       09:03:59

 8    depends on the quality of camera       09:04:02

 9    and internet connection of             09:04:03

10    participants.  What is seen from       09:04:05

11    the witness and what is heard on       09:04:07

12    screen is what will be recorded.       09:04:10

13    Audio and video recording will         09:04:12

14    continue to take place unless all      09:04:12

15    parties agree to go off the record.    09:04:12

16          This is media unit one of the    09:04:12

17    video recorded deposition of           09:04:18

18    Dr. Russell Lamb in the matter of      09:04:18

19    Surgical Instrument Service            09:04:25

20    Company, Incorporated versus           09:04:25

21    Intuitive Surgical, Incorporated,      09:04:27

22    filed in the United States District    09:04:30
```

```
23    Court, northern district of        09:04:33

24    California, district of San        09:04:34

25    Francisco, case number             09:04:37
```

2

```
1

2     3:21cv03496VC.                     09:04:37

3          This deposition is being      09:04:44

4     conducted remotely using virtual   09:04:45

5     technology.  My name is Chelsea     09:04:47

6     Gilchrist, representing Veritext   09:04:51

7     Legal Solutions, and I am the      09:04:54

8     videographer.  The court reporter  09:04:55

9     is Jeremy Richman from the firm    09:04:55

10    Veritext Legal Solutions.  I am not 09:04:57

11    authorized to administer an oath, I 09:05:00

12    am not related to any party in this 09:05:03

13    action, nor am I financially        09:05:06

14    interested in the outcome.          09:05:09

15         All appearances will be noted  09:05:12

16    on the stenographic record.  Will   09:05:14

17    the court reporter please swear in  09:05:16

18    the witness.                        09:05:17

19         RUSSELL LAMB, having been      09:05:22

20    called as a witness, having first   09:05:22
```

18    writing fast enough.                        09:37:42

19         A.    Repairers -- third-party         09:37:46

20    repairers (such as SIS).                    09:37:50

21         Q.    Okay.  So further evidence       09:37:53

22    indicates that these third-party            09:37:59

23    repairers (such as SIS) operate on a        09:38:00

24    national basis?                             09:38:06

25         A.    Correct.                         09:38:07


                                        34


1

2          Q.    Okay, thank you.  Other than     09:38:08

3     those two, anything else that you would     09:38:13

4     like to correct today?                      09:38:15

5          A.    Not as I sit here at this        09:38:16

6     moment, no.                                 09:38:20

7          Q.    In you see something today,      09:38:21

8     please feel free to speak up as we go       09:38:23

9     through your report, okay?                  09:38:27

10         A.    Okay.                            09:38:30

11         Q.    So I'd like to ask you a few     09:38:30

12    questions about the opinions you're         09:38:33

13    offering in the case?                       09:38:35

14         A.    Okay.                            09:38:35

15         Q.    So are you offering any          09:38:36

```
16    opinions in this case about the safety        09:38:37

17    of the EndoWrist services that                09:38:40

18    third-party companies like SIS perform?       09:38:42

19        A.    That would be beyond the            09:38:49

20    scope of my expertise, I'm not offering       09:38:53

21    any opinions about safety.                    09:38:55

22        Q.    Are you offering any opinions       09:38:57

23    as to whether FDA clearance is required       09:38:58

24    for the services that third-party             09:39:01

25    companies like SIS perform?                   09:39:06
```

35

```
 1

 2        A.    No, that would be beyond the        09:39:07

 3    scope of my expertise.                         09:39:09

 4        Q.    Are you offering any opinions        09:39:13

 5    about the number of times that an              09:39:14

 6    EndoWrist instrument can be used               09:39:17

 7    safely?                                        09:39:20

 8        A.    No, that would require an            09:39:20

 9    opinion about safety, and I'm not              09:39:25

10    offering any opinions about the safety         09:39:27

11    of EndoWrist instruments.  I would note        09:39:29

12    just for the record that I somewhere in        09:39:32
```

```
13    my report discuss the number of uses        09:39:34

14    that Intuitive permitted for the            09:39:39

15    EndoWrist instruments, it changed from       09:39:48

16    ten, which I think is essentially            09:39:51

17    across the board to slightly more uses       09:39:52

18    for EndoWrist instruments and I discuss      09:39:56

19    that somewhere in my report, but that's      09:39:57

20    just a recitation of a fact from based       09:40:00

21    on a document, it's not an opinion.          09:40:02

22         Q.    In forming your opinions in      09:40:04

23    your report of the SIS case, did             09:40:14

24    counsel provide you with any                 09:40:16

25    assumptions that they asked you to make      09:40:18
```

36

```
1

2     for your opinions?                           09:40:20

3          A.    I can't recall any as I sit      09:40:25

4     here today.                                  09:40:27

5          Q.    In reaching your opinions in     09:40:35

6     this case, is it relevant to you what        09:40:42

7     the opinions are of hospitals regarding      09:40:46

8     the services that the third-party            09:40:48

9     repairers provide?                           09:40:53

10         A.    I'm not sure what you mean by    09:40:54
```