# ATTACHMENT 63

```
 1              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                  SAN FRANCISCO DIVISION
 3
       _____
 4                                    )
       IN RE:  DA VINCI SURGICAL      )
 5     ROBOT ANTITRUST LITIGATION     )
       _____ )
 6                                    )
       THIS DOCUMENT RELATES TO:      )  Lead Case No. 3:21-cv-03825-VC
 7     ALL CASES                      )
       _____ )
 8     SURGICAL INSTRUMENT SERVICE    )
       COMPANY, INC.,                 )
 9                                    )
                   Plaintiff,         )
10                                    )
            vs.                       )
11                                    )  Case No. 3:21-cv-03496-VC
       INTUITIVE SURGICAL, INC.,      )
12                                    )
                   Defendant.         )
13     _____ )
14
15           REMOTE VIDEOTAPED DEPOSITION OF
16                T. KIM PARNELL, Ph.D.
17               Friday, March 10, 2023
18                      Volume I
19
20
21
22     Reported by:
       NADIA NEWHART
23     CSR No. 8714
24     Job No. 5783314
25     PAGES 1 - 251
```

Page 1

```
 1    only associated with the -- the assessment of the
 2    cost associated with the Intuitive refurbishment or
 3    repair process and how they would do it.
 4           They costed it on the basis of -- they
 5    appeared to at least cost it out on the basis of      04:46:21
 6    performing the refurbishment in the United States.
 7    And I would go on to say they -- their refurbishment
 8    program included a lot of parts replacement that is
 9    not a part of the Rebotix process or Restore or
10    anything that was contemplated by Iconocare or any    04:46:40
11    of the others.
12           So it was a very different process.  It was a
13    more costly process, and they decided it wasn't cost
14    effective.  I can understand that.
15       Q   Let's look at the last appearance of the term  04:46:52
16    "quality."  This is page 128, paragraph 286.
17       A   Page 128, 286.  Okay.  Yes.
18       Q   And here you discuss how Intuitive performs
19    analyses of RMA data as part of its standard quality
20    control activities.                                   04:47:14
21           So that's also not what you were discussing
22    before the break, correct?
23       A   That's right.  What I was discussing before
24    the break was questions about what they -- what
25    Intuitive does or might do with regard to quality     04:47:25
```

Page 238

```
 1          I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4          That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12          Further, that if the foregoing pertains to the
13   original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [X] was [ ] was not requested.
16          I further certify that I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19          IN WITNESS WHEREOF, I have this date subscribed
20   my name.
21
22   Dated: March 14, 2023
23
24                              _____
                                     NADIA NEWHART
25                                   CSR NO. 8714
```

Page 248