# ATTACHMENT 70

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
     SURGICAL INSTRUMENT SERVICE    )
 5   COMPANY, INC.,                 ) Case No.:
                                    ) 3:21-cv-03496-VC
 6             Plaintiff,           )
                                    ) Lead Case No.:
 7         vs.                      ) 3:21-cv-03825-VC
                                    )
 8   INTUITIVE SURGICAL, INC.,      )
                                    )
 9             Defendant           )
     _____ )
10   IN RE: DA VINCI SURGICAL ROBOT )
     ANTITRUST LITIGATION           )
11   _____ )
     THIS DOCUMENT RELATES TO:      )
12   ALL ACTIONS                    )
     _____ )
13
14
15         *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
16               30(b)(6) DEPOSITION OF:
17                KEITH ROBERT JOHNSON
18              THURSDAY, OCTOBER 27, 2022
19            9:06 a.m. Mountain Standard Time
20
21   REPORTED BY:
22   Vickie Blair
23   CSR No. 8940, RPR-CRR
24   JOB NO. 5539883
25   PAGES 1 - 122
```

                                              Page 1

```
 1    Repair, LLC, and Benjamin Biomedical, Inc.           09:22:02

 2              So let's start first with Rebotix Repair,   09:22:06

 3    LLC.                                                  09:22:10

 4              Does SIS currently have any sort of         09:22:12

 5    business relationship with Rebotix?                   09:22:15

 6              MR. VAN HOVEN:  Object to form.             09:22:18

 7              MR. CHAPUT:  You can go ahead and answer.   09:22:23

 8              THE WITNESS:  Yes.                          09:22:26

 9    BY MR. CHAPUT:                                        09:22:26

10        Q    What is SIS's current business              09:22:26

11    relationship with Rebotix?                            09:22:29

12        A    Let me -- let me step back and ask you one  09:22:39

13    quick question.                                       09:22:41

14              Rebotix Repair, R-e-b-o-t-i-x is the       09:22:41

15    company that we're referring to?                      09:22:46

16        Q    That's correct.                              09:22:47

17        A    Okay.  Let me step back then, I'm sorry.    09:22:48

18              We currently don't do any business with    09:22:51

19    Rebotix Repair.                                       09:22:53

20        Q    Okay.  Thank you for that clarification.    09:22:54

21        A    I apologize for that.                        09:22:56

22        Q    No problem.                                  09:22:57

23              And so my first set of questions are going 09:22:58

24    to focus just on that one company --                  09:23:01

25        A    Okay.                                        09:23:01
```

Veritext Legal Solutions
866 299-5127

```
 1        Q      -- Rebotix Repair, just so we're clear.        09:23:04

 2               Did SIS previously have a business             09:23:06

 3    relationship with Rebotix?                                09:23:10

 4        A      Yes.                                           09:23:11

 5        Q      And what was the nature of SIS's               09:23:11

 6    relationship with Rebotix?                                09:23:14

 7        A      We were working with them to offer a           09:23:15

 8    repair program on Intuitive EndoWrists.                   09:23:22

 9        Q      When did SIS's relationship with Rebotix       09:23:27

10    end?                                                      09:23:31

11        A      I don't think we would say that it's           09:23:31

12    ended, I would say that, because of practices from        09:23:41

13    Intuitive, it was -- it was shut down, and so we          09:23:46

14    haven't been doing that business currently in the U.S.    09:23:49

15    market.                                                   09:23:54

16        Q      Is SIS doing business with Rebotix outside     09:23:54

17    of the U.S. market currently?                             09:24:00

18        A      No.                                            09:24:02

19        Q      And, when you say that the business with       09:24:02

20    Rebotix was "shut down," what do you mean by that?        09:24:11

21        A      We had started providing repair services       09:24:14

22    to facilities in the U.S. on EndoWrists, and through      09:24:20

23    the practice of -- practices of Intuitive of letters      09:24:25

24    and monopolistic practices and threats to hospitals,      09:24:28

25    the -- the program -- we, as an organization, decided     09:24:33
```

Page 19

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1   Rebotix?                                            09:26:02

 2            MR. VAN HOVEN:  Object to form.            09:26:02

 3            THE WITNESS:  I don't know that I can      09:26:03

 4   answer that, I would -- I would say that we would look  09:26:09

 5   at all options for a supplier or partner to work with   09:26:12

 6   on that program.                                   09:26:15

 7   BY MR. CHAPUT:                                      09:26:16

 8        Q    Does SIS have the capability to run an   09:26:18

 9   EndoWrist repair program on its own?               09:26:22

10            MR. VAN HOVEN:  Object to form.            09:26:28

11            THE WITNESS:  I would -- I -- I guess      09:26:28

12   that's kind of a -- if I understand the question -- can  09:26:44

13   you ask me that question again?                    09:26:55

14   BY MR. CHAPUT:                                      09:26:56

15        Q    Sure.                                     09:26:56

16            Does SIS have the capability to run an    09:26:56

17   EndoWrist repair program on its own?               09:27:00

18            MR. VAN HOVEN:  Object to form.            09:27:02

19            THE WITNESS:  Not currently.              09:27:12

20   BY MR. CHAPUT:                                      09:27:17

21        Q    Would you describe for me the -- the     09:27:19

22   EndoWrist repair program that SIS was previously    09:27:24

23   running with Rebotix?                              09:27:27

24        A    We were working with hospitals to repair  09:27:33

25   their EndoWrists and prolong the useful life of those  09:27:38
```

Page 21

| | | |
|---|---|---|
| 1 | and independent studies that they did, we felt really | 09:43:18 |
| 2 | good about the data that had been collected and the | 09:43:25 |
| 3 | testing that was done by the independent organizations | 09:43:27 |
| 4 | and felt really good about that, taking into | 09:43:34 |
| 5 | consideration the relationship we had with them, the | 09:43:37 |
| 6 | longevity of the relationship, and the data testing | 09:43:39 |
| 7 | they had, we felt really good, so we felt good about | 09:43:42 |
| 8 | that process. | 09:43:47 |
| 9 | BY MR. CHAPUT: | 09:43:47 |
| 10 | Q    Apart from reading the testing and | 09:43:50 |
| 11 | independent studies that Rebotix provided to SIS, did | 09:43:51 |
| 12 | SIS take any other steps to confirm that the chip | 09:43:59 |
| 13 | replacement process did not impacts the EndoWrist's | 09:44:01 |
| 14 | functionality? | 09:44:11 |
| 15 | A    Not that I know of. | 09:44:12 |
| 16 | Q    Did SIS do anything to confirm that the | 09:44:13 |
| 17 | chip replacement process did not impact the EndoWrist's | 09:44:15 |
| 18 | safety? | 09:44:19 |
| 19 | MR. VAN HOVEN:  Objection to form. | 09:44:21 |
| 20 | THE WITNESS:  The studies that we saw | 09:44:32 |
| 21 | provided us the information that we felt good about the | 09:44:34 |
| 22 | safety and functionality of those devices. | 09:44:37 |
| 23 | BY MR. CHAPUT: | 09:44:39 |
| 24 | Q    So apart from reading the testing and the | 09:44:39 |
| 25 | independent studies that Rebotix provided to SIS, SIS | 09:44:45 |

Page 31

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
1    did not take any other steps to confirm that the chip      09:44:47

2    replacement process did not impact the EndoWrist's         09:44:51

3    safety?                                                    09:44:53

4         A     Not that I'm aware of.                          09:45:01

5         Q     Did SIS ever enter into a written              09:45:06

6    agreement with Rebotix regarding this EndoWrist            09:45:09

7    service?                                                   09:45:12

8         A     I believe that we did.                         09:45:21

9         Q     And when -- when would that have happened?     09:45:22

10        A     If I remember correctly, it was October of     09:45:30

11   '19.                                                       09:45:32

12        Q     Apart from the EndoWrist business that          09:45:50

13   you've been describing, has SIS had any other business     09:45:53

14   relationship with Rebotix specifically?                    09:45:55

15        A     Not that I know of.                            09:46:01

16        Q     Can you -- can you walk me through how the     09:46:04

17   Rebotix Repair service worked from the SIS customer's      09:46:14

18   perspective, please.                                       09:46:18

19        A     Can -- can you elaborate what you mean?        09:46:19

20        Q     Sure.                                          09:46:26

21              So how did a customer go about having a --     09:46:26

22   an EndoWrist repaired through this SIS Rebotix program     09:46:30

23   that you've described?                                     09:46:36

24        A     So the nature of our business, we're a         09:46:36

25   national company, so we work in all the regions around     09:46:44
```

| | | |
|---|---|---|
| 1 | the country, so we have team members and reps on the | 09:46:48 |
| 2 | ground, and we work with hospitals on a daily basis | 09:46:51 |
| 3 | picking up items and devices in need of service, | 09:46:54 |
| 4 | getting those to one of our labs, they are serviced and | 09:46:57 |
| 5 | then returned to the facility. | 09:47:02 |
| 6 | So this Rebotix program that we were | 09:47:03 |
| 7 | providing fell right in line with what we were doing | 09:47:05 |
| 8 | every day. | 09:47:10 |
| 9 | Q    Was the service performed at one of SIS's | 09:47:10 |
| 10 | labs? | 09:47:16 |
| 11 | MR. VAN HOVEN:  Objection to form. | 09:47:18 |
| 12 | THE WITNESS:  We were -- every discussion | 09:47:19 |
| 13 | we had was about bringing it in-house and doing it | 09:47:27 |
| 14 | ourselves.  In fact, a couple members of their team | 09:47:29 |
| 15 | came to Chicago and worked in our lab with us, and | 09:47:37 |
| 16 | our -- some of our technicians that were going to be | 09:47:41 |
| 17 | involved in this program were part of that, so we were | 09:47:44 |
| 18 | absolutely going to be doing this service in-house. | 09:47:48 |
| 19 | BY MR. CHAPUT: | 09:47:51 |
| 20 | Q    Okay.  So you said that you were "going to | 09:47:51 |
| 21 | be doing it in-house." | 09:47:53 |
| 22 | My question was:  Did SIS ever actually | 09:47:54 |
| 23 | perform the service in-house? | 09:47:57 |
| 24 | A    No. | 09:47:58 |
| 25 | Q    So for all of the EndoWrist repairs that | 09:48:00 |

Page 33

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | SIS facilitated, those repairs were actually performed | 09:48:05 |
| 2 | by Rebotix; correct? | 09:48:09 |
| 3 | MR. VAN HOVEN:  Objection to form. | 09:48:11 |
| 4 | THE WITNESS:  Correct. | 09:48:12 |
| 5 | BY MR. CHAPUT: | 09:48:23 |
| 6 | Q     And those were performed at Rebotix's | 09:48:23 |
| 7 | facility and not SIS's? | 09:48:27 |
| 8 | A     I don't remember specifically if, when | 09:48:40 |
| 9 | some of the Rebotix team was in our Chicago lab, if any | 09:48:42 |
| 10 | repairs were done, but to the best of my knowledge I | 09:48:46 |
| 11 | believe they were all done in the Rebotix's facility. | 09:48:52 |
| 12 | Q     Was SIS's arrangement with Rebotix | 09:48:54 |
| 13 | exclusive or did Rebotix also have other distributors | 09:48:58 |
| 14 | it was working with? | 09:49:01 |
| 15 | A     I think initially they had exclusivity; | 09:49:13 |
| 16 | when we came on board, I don't remember if it was | 09:49:19 |
| 17 | exclusively or not. | 09:49:22 |
| 18 | Q     Did Rebotix source some of its own | 09:49:22 |
| 19 | customers, as well, or did its customers come | 09:49:25 |
| 20 | exclusively through SIS? | 09:49:28 |
| 21 | A     Rebotix had some of their own customers. | 09:49:32 |
| 22 | Q     How did SIS and Rebotix end up entering | 09:49:44 |
| 23 | into this -- this relationship around the EndoWrist | 09:49:52 |
| 24 | repair business? | 09:49:55 |
| 25 | A     Like I had stated before, we have a | 09:49:56 |

Page 34

| 1 | longstanding relationship with Benjamin Biomedical. | 09:50:00 |
| 2 | We -- Greg and I were attending an AAMI conference, and | 09:50:07 |
| 3 | Chris and his team were there from Rebotix, and they | 09:50:10 |
| 4 | were presenting this program, and Greg and I spent some | 09:50:15 |
| 5 | time with them there, and that was the -- when we | 09:50:20 |
| 6 | learned about it, that was what sparked that trip when | 09:50:23 |
| 7 | Greg and I went to Florida to actually see this process | 09:50:27 |
| 8 | and this program. | 09:50:31 |
| 9 | Q    What's an AAMI conference? | 09:50:33 |
| 10 | A    I do not remember what the acronym stands | 09:50:36 |
| 11 | for, but it's basically one of the national conferences | 09:50:39 |
| 12 | for biomedical engineering. | 09:50:42 |
| 13 | Q    And how is AAMI spelled? | 09:50:45 |
| 14 | A    A-A-M-I. | 09:50:47 |
| 15 | Q    And when was the AAMI conference when you | 09:50:48 |
| 16 | met with Rebotix and heard about their EndoWrist | 09:50:58 |
| 17 | business? | 09:51:00 |
| 18 | A    It would have -- it would have been in the | 09:51:05 |
| 19 | spring of '19, and we go to so many conferences, so | 09:51:07 |
| 20 | I'll apologize and tell you I don't remember what | 09:51:10 |
| 21 | month.  I believe it was June of '19. | 09:51:14 |
| 22 | Q    How did the pricing work for the EndoWrist | 09:51:19 |
| 23 | repair service with Rebotix? | 09:51:26 |
| 24 | A    What aspect of pricing?  Customer pricing? | 09:51:35 |
| 25 | Q    Let's start with customer pricing, yes. | 09:51:39 |

Page 35

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1        Q     Does SIS have plans to work with Restore        10:04:06

 2   on a repair program in the future?                         10:04:13

 3        A     Yes.                                             10:04:15

 4        Q     Under what circumstances does SIS plan to       10:04:17

 5   work with Restore program -- excuse me.                    10:04:25

 6              Under what circumstances does SIS plan to       10:04:27

 7   work with Restore on a repair program in the future?       10:04:30

 8        A     We are working with Restore to develop a        10:04:34

 9   repair program for the Xi instruments.                     10:04:41

10        Q     Does SIS plan to work with Restore on a         10:04:45

11   repair program for Si instruments at any point in time?    10:04:50

12        A     Based on the current status of Si robots        10:05:04

13   in the United States, we don't see a huge value in         10:05:06

14   continuing that endeavor.                                  10:05:09

15        Q     And, when you say "the current status,"         10:05:10

16   are you referring to the number of Si robots that are      10:05:18

17   currently in service?                                      10:05:21

18        A     Correct.                                        10:05:24

19        Q     What role does SIS play in developing a         10:05:24

20   repair program for Xi instruments with Restore?            10:05:38

21        A     We are providing financial support in the       10:05:51

22   R&D, we are also providing help in the testing process,    10:05:53

23   bringing customer opinions and expertise to help in        10:06:07

24   that process.                                              10:06:13

25        Q     What sort of help is SIS providing in the       10:06:14
```

Page 43

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | testing process? | 10:06:18 |
| 2 | A    I'm not involved in the engineering and | 10:06:18 |
| 3 | the technical side of that, so what I'm personally | 10:06:26 |
| 4 | providing is more of a customer feedback, customer | 10:06:29 |
| 5 | thoughts, customer interest in that program, and what | 10:06:35 |
| 6 | it would mean to health care. | 10:06:38 |
| 7 | Q    Describe for me the customer feedback and | 10:06:39 |
| 8 | customer thoughts, customer interests in that program, | 10:06:47 |
| 9 | please. | 10:06:50 |
| 10 | A    How much time do we have? | 10:06:50 |
| 11 | Q    Describe it at a high level to start with, | 10:06:54 |
| 12 | and we can -- | 10:06:58 |
| 13 | A    Since this program started, the interest | 10:07:01 |
| 14 | from the hospital is monumental, through the roof. | 10:07:03 |
| 15 | The -- the interest in saving and reducing costs on | 10:07:11 |
| 16 | robotic surgery in the industry is something I've never | 10:07:15 |
| 17 | seen before in my 25 years of being in the surgical | 10:07:17 |
| 18 | business. | 10:07:22 |
| 19 | Q    What hospitals have you spoken with about | 10:07:23 |
| 20 | the Xi program? | 10:07:27 |
| 21 | A    Would you like me to list them? | 10:07:29 |
| 22 | Q    Yes, please. | 10:07:35 |
| 23 | A    This will be from the top of my head, so | 10:07:36 |
| 24 | I'll do the best I can, but well over -- the meetings | 10:07:40 |
| 25 | that we've had represent well over a thousand | 10:07:46 |

Page 44

| | | |
|---|---|---|
| 1 | hospitals, probably. | 10:07:48 |
| 2 | Facility level, I'll just start to kind of | 10:07:53 |
| 3 | name them off regionally.  Legacy Health system in | 10:07:56 |
| 4 | Portland, Oregon; Providence health system in the West | 10:08:00 |
| 5 | Coast; Sutter Health; Kaiser Permanente; memorial care; | 10:08:04 |
| 6 | the UC system in California; Banner Health System; | 10:08:16 |
| 7 | Honor Health; Baylor Scott & White in Texas; the | 10:08:21 |
| 8 | university health systems across the country, from | 10:08:31 |
| 9 | Michigan to Duke to North Carolina; Mayo Clinic; | 10:08:35 |
| 10 | Cleveland Clinic; Advocate Aurora; Lahey Health System; | 10:08:50 |
| 11 | Boston Children's Medical Center. | 10:08:55 |
| 12 | I can't believe I'm remembering all this | 10:08:57 |
| 13 | off the top of my head. | 10:09:00 |
| 14 | Piedmont health system, Grady in Atlanta, | 10:09:02 |
| 15 | Johns Hopkins. | 10:09:13 |
| 16 | That's the bulk of the direct hospitals | 10:09:14 |
| 17 | that I can recall having direct conversations with; | 10:09:25 |
| 18 | there's obviously much more than that. | 10:09:27 |
| 19 | And then, in addition to that, all the | 10:09:29 |
| 20 | Vizient conversations we've had, I've presented to all | 10:09:33 |
| 21 | four regions of Vizient, which basically covers well | 10:09:41 |
| 22 | over 2,000 hospitals in the United States. | 10:09:45 |
| 23 | Q    Have you spoken with any of those | 10:09:48 |
| 24 | hospitals about the need for an EndoWrist repair | 10:10:09 |
| 25 | program to have FDA clearance? | 10:10:11 |

Page 45

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
1          A     I don't know if I understand what you're       10:10:20

2     asking me.                                                10:10:21

3          Q     Have any of those hospitals told you that      10:10:22

4     they would be willing to purchase EndoWrist repair        10:10:29

5     services that were not cleared by the FT -- FDA?          10:10:33

6               MR. VAN HOVEN:  Objection to form.              10:10:40

7               MR. SNYDER:  Objection to form.                 10:10:42

8               THE WITNESS:  So I've been in the repair        10:10:42

9     business for well over 20 years, repairs don't require    10:10:44

10    FDA clearance, and to my recollection, nobody in any of   10:10:49

11    my conversations every brought up FDA clearance on the    10:10:58

12    repair.                                                   10:11:01

13    BY MR. CHAPUT:                                            10:11:02

14         Q     Does the Xi -- maybe let's -- let's step       10:11:02

15    back.                                                     10:11:05

16               Does the Xi repair business that SIS is        10:11:06

17    exploring with Restore involve extending the number of    10:11:12

18    lives that an EndoWrist can be used for?                  10:11:18

19         A     We are currently working on developing a       10:11:20

20    program to extend the life of Xi instruments.             10:11:31

21         Q     And is that the program that you have          10:11:34

22    spoken with hospitals about?                              10:11:36

23         A     The initial conversations we had with          10:11:47

24    hospitals was around the repair program of Si.            10:11:49

25               We then went to our recovery program,          10:11:57
```

Page 46

| | | |
|---|---|---|
| 1 | which does not extend the life of the device, and we | 10:12:00 |
| 2 | have not talked about the Xi repair program because we | 10:12:03 |
| 3 | do not have those capabilities as of today. | 10:12:08 |
| 4 | Q    So when you're describing the | 10:12:10 |
| 5 | conversations that you've had with that -- that long | 10:12:12 |
| 6 | list of hospitals, were those conversations specific to | 10:12:15 |
| 7 | the Si repair program or the recovery program? | 10:12:20 |
| 8 | A    A little of both.  Over the last 18 months | 10:12:26 |
| 9 | or so, all the conversations are around recovery and, | 10:12:31 |
| 10 | like we had said, before there's not a lot of Si robots | 10:12:38 |
| 11 | in the U.S., as you know, so that conversation is | 10:12:42 |
| 12 | pretty much expired. | 10:12:45 |
| 13 | MR. VAN HOVEN:  Counsel, we're at about a | 10:13:00 |
| 14 | little over an hour, maybe a break in the -- now or the | 10:13:03 |
| 15 | next a few minutes. | 10:13:08 |
| 16 | MR. CHAPUT:  Yeah, a few minutes we should | 10:13:09 |
| 17 | be able to take one. | 10:13:13 |
| 18 | BY MR. CHAPUT: | 10:13:14 |
| 19 | Q    So, Mr. Johnson, with respect to SIS's | 10:13:19 |
| 20 | efforts with Restore to develop this Xi extended life | 10:13:28 |
| 21 | program, what is the timeline on that effort?  When | 10:13:32 |
| 22 | does SIS expect for that to be available to provide to | 10:13:37 |
| 23 | customers? | 10:13:41 |
| 24 | MR. VAN HOVEN:  Objection to form. | 10:13:43 |
| 25 | THE WITNESS:  I don't know that I have a | 10:13:49 |

Page 47

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1              So there were a number of original        10:34:01

 2     conversations that people would say, "We are not    10:34:04

 3     allowed to repair our instruments, Intuitive does not  10:34:08

 4     allow us to do that, even though we own the devices,  10:34:11

 5     our contract does not allow us to repair them."     10:34:13

 6              So we were working through a lot of that   10:34:20

 7     with legal and risk at a lot of these big           10:34:22

 8     organizations.                                       10:34:24

 9              The recovery program, people are willing   10:34:24

10     to talk about because it doesn't -- like, it doesn't 10:34:27

11     affect -- it's not a repair.                         10:34:31

12     BY MR. CHAPUT:                                       10:34:42

13          Q     And even though the recovery program is  10:34:43

14     not a repair, there are still customers who have     10:34:46

15     decided not to use that program; is that -- is that  10:34:50

16     correct?  Am I understanding that correctly?         10:34:55

17          A     I would say that's correct.              10:34:57

18          Q     Is SIS seeking damages for its recovery  10:35:07

19     program in this case?                                10:35:15

20          A     I don't know the specifics of the damages, 10:35:26

21     but I would say that our interest is -- is the lack of 10:35:30

22     business across all of our robotic programs against  10:35:36

23     Intuitive.                                           10:35:43

24          Q     Does SIS have any robotic programs, other 10:35:47

25     than those that we've already discussed today?      10:35:53
```

Page 54

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1        A     No.                                      10:35:59

 2        Q     Does SIS have any sort of business       10:35:59

 3   relationship with MediVision, Inc.?                 10:36:09

 4        A     We did.                                  10:36:15

 5        Q     What was SIS's with MediVision?          10:36:16

 6        A     MediVision is owned -- the ownership of  10:36:20

 7   MediVision is the same ownership of Restore, MediVision 10:36:31

 8   is a repair company, so they did some work for us on 10:36:35

 9   our core business on the repair of flexible and rigid 10:36:38

10   endoscopes.                                         10:36:43

11        Q     Did that work have anything to do with   10:36:44

12   da Vinci assisted surgeries?                        10:36:50

13        A     Just to clarify, did our -- does our     10:36:59

14   MediVision relationship have anything to do a with   10:37:04

15   robots?                                             10:37:06

16        Q     Yes, I can make the question more clear. 10:37:06

17              Did SIS's work with MediVision have      10:37:11

18   anything to do with robotic assisted surgeries?     10:37:14

19        A     Outside of the relationship?  I think, if 10:37:19

20   I understand your question correctly, the answer would 10:37:23

21   be no.                                              10:37:25

22        Q     Right.  So setting aside SIS's           10:37:25

23   relationship with Restore, and it's just focused    10:37:31

24   exclusively on MediVision --                        10:37:35

25        A     Okay.                                    10:37:35
```

Page 55

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | Q    Had corporate compliance and legal | 10:47:31 |
| 2 | reviewed the documents that you attached to your | 10:47:34 |
| 3 | September 25, 2019, email? | 10:47:38 |
| 4 | A    I was not involved in that internal | 10:47:40 |
| 5 | process.  I was given these documents by Greg Posdal, | 10:47:47 |
| 6 | so at that point, I assumed that the legal stuff that | 10:47:54 |
| 7 | needed to be done on SIS's side had been completed. | 10:47:58 |
| 8 | Q    I'd like for you to turn, please, to the | 10:48:00 |
| 9 | first attachment here, which has the ending Bates 119, | 10:48:05 |
| 10 | and the title of this is "da Vinci EndoWrist Repair | 10:48:09 |
| 11 | FAQs."  This document goes through the page ending 123. | 10:48:13 |
| 12 | Do you recognize the da Vinci EndoWrist | 10:48:22 |
| 13 | repair FAQs document? | 10:48:25 |
| 14 | A    Yes. | 10:48:27 |
| 15 | Q    Who at SIS wrote the da Vinci EndoWrist | 10:48:27 |
| 16 | repair FAQs? | 10:48:33 |
| 17 | A    This document was not written by SIS. | 10:48:43 |
| 18 | Q    Who wrote it? | 10:48:46 |
| 19 | A    This was given to us by Rebotix. | 10:48:46 |
| 20 | Q    Did SIS review the da Vinci EndoWrist | 10:48:58 |
| 21 | repair FAQs before sending them to customers? | 10:49:02 |
| 22 | A    Yes. | 10:49:07 |
| 23 | Q    Did SI- -- who -- who at SIS re- -- excuse | 10:49:08 |
| 24 | me. | 10:49:14 |
| 25 | Who at SIS reviewed the da Vinci EndoWrist | 10:49:14 |

Page 62

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
1     repair FAQs before they were sent to SIS's customers?    10:49:18

2          A     Greg Posdal, myself, and one or two          10:49:31

3     members of our marketing team that added the logo, the   10:49:33

4     SIS logos and things like that.                          10:49:38

5          Q     Does SIS make any changes to the FAQs?        10:49:41

6          A     Other than adding our name and our logo?      10:49:48

7          Q     Sure, other than adding your name and         10:49:52

8     logo, did SIS make any changes to the FAQs?              10:49:54

9          A     Not that I know of.                           10:49:57

10         Q     Did SIS confirm the accuracy of the           10:49:59

11    statements that appeared in the FAQs?                    10:50:02

12         A     I know that Greg spoke at length with         10:50:13

13    Chris Gibson and his team about all of this testing      10:50:16

14    data and all of this information prior to us providing   10:50:21

15    this to our customers.                                   10:50:24

16         Q     Apart from Greg's conversations with Chris    10:50:26

17    Gibson, did SIS do anything to confirm the accuracy of   10:50:31

18    the statements that appeared in the FAQs?                10:50:35

19         A     Not that I'm aware of.                        10:50:44

20         Q     You can turn to the second page of the        10:50:46

21    document first, there's a question at the top (as        10:50:50

22    read):                                                   10:50:50

23               Can you send me your certification,           10:50:51

24          slash, FDA approval?                               10:50:54

25          Do you see that section?                           10:50:56
```

Page 63

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1        A      Can you give me a page number?              10:50:58

 2        Q      Sure.                                       10:50:59

 3               120.                                        10:51:00

 4        A      Okay.                                       10:51:13

 5        Q      And the response to that question is (as    10:51:13

 6    read):                                                 10:51:13

 7                    The FDA does not regulate, nor         10:51:15

 8               certify repairs.                            10:51:18

 9               Correct?                                    10:51:20

10        A      Correct.                                    10:51:22

11        Q      And so SIS had decided that the service it  10:51:23

12    was offering for EndoWrist was a repair, not a         10:51:26

13    reprocessing; is that right?                           10:51:28

14               MR. VAN HOVEN:  Objection to form.          10:51:30

15               THE WITNESS:  Correct.                      10:51:37

16    BY MR. CHAPUT:                                         10:51:37

17        Q      Who at SIS decided that was correct?        10:51:37

18        A      Greg Posdal.                                10:51:39

19        Q      And how did SIS reach the conclusion that   10:51:48

20    the service that was being offered was a repair and not 10:51:50

21    reprocessing?                                          10:51:54

22               MR. VAN HOVEN:  Objection to form.          10:51:55

23               THE WITNESS:  The Posdal family has been    10:52:01

24    in the repair business for 50 years, and, based on that 10:52:03

25    expertise and the knowledge that he has and the data   10:52:06
```

Page 64

1    provided, we felt that it was a repair.                    10:52:11

2    BY MR. CHAPUT:                                             10:52:16

3        Q    Apart from the Posdal family's background         10:52:20

4    and the information provided by Rebotix, did SIS           10:52:27

5    perform any other analysis of whether the service it       10:52:33

6    was offering was a repair and not reprocessing?           10:52:36

7            MR. VAN HOVEN:  Objection to form.                 10:52:39

8            THE WITNESS:  Not that I'm aware of.                10:52:48

9    BY MR. CHAPUT:                                             10:52:50

10       Q    In 2019 when SIS entered into its                 10:52:52

11   relationship with Rebotix, was it aware that a Rebotix     10:52:56

12   entity submitted a 510K application to FDA in 2014         10:52:59

13   regarding the Rebotix interceptor chip?                    10:53:05

14       A    I don't recall being told the specific           10:53:13

15   dates, but we were made aware of the fact that they had   10:53:16

16   filed a 510K.                                             10:53:21

17       Q    And just to make -- to make sure I'm             10:53:23

18   clear, the interceptor chip is the trade name that        10:53:26

19   Rebotix used for the chip that it -- it places to          10:53:30

20   circumvent the use counter; is that right?               10:53:34

21           MR. VAN HOVEN:  Objection to form.                 10:53:37

22           THE WITNESS:  I don't know that I'm                10:53:42

23   familiar with the word "interceptor," I just know that    10:53:43

24   they had filed a 510K to be able to rechip the devices.   10:53:46

25   ///                                  ///                   

Page 65

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | than what exists in an original EndoWrist; correct? | 10:56:26 |
| 2 | A    I believe so, yes. | 10:56:28 |
| 3 | Q    And I think you described that the | 10:56:38 |
| 4 | replacement chip is -- is added on top of the existing | 10:56:40 |
| 5 | chip in an EndoWrist device; is that right? | 10:56:44 |
| 6 | A    The Rebotix chip? | 10:56:51 |
| 7 | Q    Correct. | 10:56:53 |
| 8 | A    Yes, I believe that to be true. | 10:56:55 |
| 9 | Q    If you look in the fourth line of that | 10:57:03 |
| 10 | same paragraph, there's a reference to the serviced | 10:57:06 |
| 11 | instruments meeting the quality and functional | 10:57:14 |
| 12 | requirements of a new device. | 10:57:17 |
| 13 | Do you see that? | 10:57:20 |
| 14 | A    Yes. | 10:57:20 |
| 15 | Q    How did SIS confirm that the serviced | 10:57:21 |
| 16 | EndoWrists met the quality and functional requirements | 10:57:26 |
| 17 | of a new device? | 10:57:30 |
| 18 | A    We relied on the expertise of our | 10:57:31 |
| 19 | technical partner, Rebotix. | 10:57:39 |
| 20 | Q    Did SIS have access to the specifications | 10:57:42 |
| 21 | or design files for the EndoWrist devices? | 10:57:52 |
| 22 | MR. VAN HOVEN:  Objection to form. | 10:57:54 |
| 23 | THE WITNESS:  I'm not a technical guy, so | 10:57:56 |
| 24 | I would -- so I was not involved or made privy to that | 10:58:03 |
| 25 | information, so I couldn't answer that question. | 10:58:07 |

Page 68

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    BY MR. CHAPUT:                                     10:58:09

 2        Q    Who would be able to answer that question?  10:58:09

 3        A    Greg Posdal.                              10:58:10

 4        Q    If you would turn forward to the page     10:58:13

 5    ending in 123, please, in the -- this is under the  10:58:30

 6    heading "Additional information," and there's a -- the  10:58:44

 7    first bullet point there is (as read):             10:58:46

 8                    EndoWrist functionality and safety  10:58:47

 9            are not affected by the repair.            10:58:49

10            Do you see that section?                   10:58:52

11            MR. VAN HOVEN:  And, Mr. Johnson, feel     10:58:53

12    free to look at the document and understand the context  10:58:55

13    before you jump into isolated bullet points.       10:58:56

14            THE WITNESS:  Okay, I'm ready.             10:59:24

15            Can you answer that question again,        10:59:26

16    please?                                            10:59:28

17    BY MR. CHAPUT:                                     10:59:28

18        Q    Yes.                                      10:59:29

19            So, looking at the second bullet under the  10:59:29

20    functionality and safety bullet, there's a reference to  10:59:35

21    extensive analysis and formal testing.             10:59:37

22            Do you see that?                           10:59:41

23        A    Yes.                                      10:59:41

24        Q    Did SIS perform that testing?             10:59:41

25        A    No.                                       10:59:51
```

Page 69

| | | |
|---|---|---|
| 1 | Q     Did SIS have any role in the testing | 10:59:51 |
| 2 | described in that bullet? | 10:59:54 |
| 3 | A     No. | 10:59:58 |
| 4 | Q     Did SIS have any oversight over the | 10:59:58 |
| 5 | testing that was referred to in that bullet? | 11:00:03 |
| 6 | A     No. | 11:00:12 |
| 7 | Q     Did SIS have access to the complete | 11:00:12 |
| 8 | results of the testing described in this section? | 11:00:17 |
| 9 | A     I do believe that Greg did have | 11:00:25 |
| 10 | extension -- extensive -- looked into this when he was | 11:00:30 |
| 11 | in the facility and the lab and went through most of | 11:00:34 |
| 12 | this stuff.  I did not personally, but that was | 11:00:37 |
| 13 | something that Greg did. | 11:00:39 |
| 14 | Q     And you don't know one way or the other | 11:00:42 |
| 15 | whether he was given access to the complete results; | 11:00:44 |
| 16 | correct? | 11:00:51 |
| 17 | A     I -- I do believe we were shown | 11:00:51 |
| 18 | everything, all the testing results. | 11:00:56 |
| 19 | Q     Moving down a few bullets, this is three | 11:00:57 |
| 20 | bullets up from the bottom of the page, there's a | 11:01:04 |
| 21 | statement (as read): | 11:01:06 |
| 22 | The service process is performed | 11:01:06 |
| 23 | under a formal quality control system. | 11:01:09 |
| 24 | Do you see that bullet? | 11:01:12 |
| 25 | A     Yes. | 11:01:12 |

Page 70

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1        Q     Was that SIS's formal quality control      11:01:13
 2   system?                                                11:01:18
 3        A     No.                                         11:01:22
 4        Q     And there's a reference in that same        11:01:22
 5   sentence to "formal procedures."                       11:01:25
 6              Were those SIS's procedures?                11:01:26
 7        A     No, those were Rebotix's procedures.        11:01:29
 8        Q     Moving down to the next bullet, it begins   11:01:36
 9   (as read):                                             11:01:36
10                   SIS provides continuing technical      11:01:39
11              support to ensure the final quality of the  11:01:42
12              serviced instruments.                       11:01:44
13              Do you see that bullet?                     11:01:46
14        A     Yes.                                        11:01:47
15        Q     Who at SIS provided that technical          11:01:47
16   support?                                               11:01:50
17        A     That support was provided by Rebotix.       11:01:59
18        Q     Moving to the end of this bullet that       11:02:04
19   we're looking at, there's a reference to a formal      11:02:07
20   surveillance system for field issues.                 11:02:10
21              Do you see that?                            11:02:23
22        A     Okay.  Yes.                                 11:02:23
23        Q     Did someone at SIS run that formal          11:02:24
24   surveillance system?                                   11:02:28
25        A     I am not familiar with the formal           11:02:46
```

Page 71

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
1    surveillance system.                              11:02:48

2         Q    Let's move on to the next document in this  11:02:51

3    set, this is the document ending 124, it's just a    11:02:55

4    one-page document with the title on the left side of  11:02:58

5    the document "da Vinci EndoWrist Repairs."          11:03:01

6              Do you -- do you recognize this document?  11:03:07

7         A    Yes.                                     11:03:19

8         Q    Who at SIS wrote the da Vinci EndoWrist   11:03:20

9    repairs document?                                  11:03:26

10        A    I don't know if I could give you a        11:03:26

11   specific name of who wrote this, but Greg and I were  11:03:40

12   involved in the production.                        11:03:43

13        Q    Was the content for the da Vinci EndoWrist  11:03:43

14   repairs document also provided by Rebotix?          11:03:48

15        A    I would say some of it, but I wouldn't    11:03:54

16   think all of it.                                   11:04:04

17        Q    What content would Si have provided?      11:04:06

18        A    On any of the documents, we would have    11:04:11

19   provided more of the data around the customer service  11:04:20

20   side to the hospital, so any of the hospital process  11:04:22

21   would come from us.                                11:04:26

22              The technical data, the testing data would  11:04:28

23   have come from the robotic -- the Rebotix testing.   11:04:32

24        Q    Okay.  So just looking specifically at the  11:04:35

25   document with the Bates number 124, which is just a  11:04:39
```

Page 72

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | one-page document, on this page, what of the material | 11:04:42 |
| 2 | would SIS have provided as opposed to Rebotix? | 11:04:46 |
| 3 |     A    I don't have that knowledge, I'm not sure. | 11:04:59 |
| 4 |     Q    Looking at the list of five bullet points | 11:05:13 |
| 5 | under the heading "Important facts," is that | 11:05:17 |
| 6 | information that Rebotix would have provided? | 11:05:20 |
| 7 |     A    I would assume it was provided by Rebotix. | 11:05:23 |
| 8 |     Q    In the second bullet, it reads (as read): | 11:05:49 |
| 9 |         The repair of a da Vinci EndoWrist | 11:05:53 |
| 10 |         does not alter the intended use, method of | 11:05:55 |
| 11 |         use, functionality, or performance of the | 11:05:58 |
| 12 |         device in any way. | 11:06:00 |
| 13 |     What did SIS do to confirm the accuracy of | 11:06:03 |
| 14 | that statement? | 11:06:05 |
| 15 |     MR. VAN HOVEN:  Objection to form. | 11:06:07 |
| 16 |     THE WITNESS:  Like I had stated earlier, | 11:06:13 |
| 17 | based on the relationship with Benjamin Biomedical and | 11:06:15 |
| 18 | Rebotix, we had all belief in their testing and the | 11:06:20 |
| 19 | longstanding relationship that the data we were | 11:06:24 |
| 20 | provided was correct. | 11:06:26 |
| 21 | BY MR. CHAPUT: | 11:06:28 |
| 22 |     Q    Apart from SIS's existing relationship | 11:06:38 |
| 23 | with Benjamin Biomedical and the data that Rebotix | 11:06:40 |
| 24 | provided to SIS, it did nothing to confirm the accuracy | 11:06:46 |
| 25 | of the second bullet on page 124; is that correct? | 11:06:49 |

Page 73

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1              MR. VAN HOVEN:  Objection to form.        11:06:54

 2              THE WITNESS:  I would say initially that   11:06:54

 3     is correct; but, after working the program, having 11:07:12

 4     conversations with customers, and understanding, I  11:07:14

 5     would have been very comfortable to say that -- that 11:07:19

 6     that statement is a hundred percent the truth from our 11:07:22

 7     experience of working with customers.               11:07:25

 8     BY MR. CHAPUT:                                       11:07:26

 9        Q     And you're referring to the somewhere      11:07:29

10     between 30 and 50 repairs that SIS facilitated for  11:07:33

11     customers; is that right?                           11:07:36

12        A     30 to 50 hospitals.                        11:07:38

13        Q     How many repairs total did SIS facilitate? 11:07:40

14        A     Oh, boy, on the Si repair program?         11:07:45

15        Q     Correct.                                   11:07:51

16        A     I don't know that I have that number.      11:07:51

17        Q     Let's look at the third bullet, please (as 11:07:57

18     read):                                              11:07:57

19                    The da Vinci robot interacts with    11:07:59

20                    the repaired EndoWrist identically and the 11:08:02

21                    robot cannot be affected by the repaired 11:08:05

22                    device in any way.                   11:08:07

23                    Do you see that statement?           11:08:09

24        A     Yes.                                       11:08:09

25        Q     Apart from SIS's existing relationship     11:08:10
```

Page 74

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    with Benjamin Biomedical and the data that Rebotix      11:08:14

 2    provided to SIS, did SIS do anything to confirm the     11:08:17

 3    accuracy of that third bullet?                          11:08:22

 4              MR. VAN HOVEN:  Objection to form.            11:08:23

 5              THE WITNESS:  Not that I know of.             11:08:37

 6    BY MR. CHAPUT:                                          11:08:37

 7         Q    Looking at the fifth bullet, it reads (as     11:08:46

 8    read):                                                  11:08:46

 9                   A repaired EndoWrist is not an           11:08:50

10                   alternative or replacement device, it is 11:08:52

11                   an original da Vinci manufactured device 11:08:54

12                   that has been repaired to original       11:08:57

13                   specifications.                          11:09:00

14              Apart from SIS's existing relationship        11:09:00

15    with Benjamin Biomedical and the data that Rebotix      11:09:02

16    provided to SIS, did SIS do anything to confirm the     11:09:05

17    accuracy of the fifth bullet?                           11:09:08

18         A    I believe that falls under our normal         11:09:17

19    repair process that we have stood behind for the 50     11:09:19

20    years we've been in a business that a repaired device   11:09:24

21    is repaired back to its original specifications.        11:09:27

22         Q    My question is a bit different, though,       11:09:33

23    Mr. Johnson, which is whether SIS did anything to       11:09:39

24    confirm that that statement was accurate specifically   11:09:41

25    with respect to EndoWrist devices?                      11:09:44
```

Page 75

| | | |
|---|---|---|
| 1 | MR. VAN HOVEN:  Objection to form. | 11:09:47 |
| 2 | THE WITNESS:  The best I can answer that | 11:09:58 |
| 3 | is, from a sales and customer service side, I do not | 11:10:11 |
| 4 | know.  What was done through our people at the lab and | 11:10:15 |
| 5 | testing through Greg and our engineers, I -- I can't -- | 11:10:19 |
| 6 | I don't know. | 11:10:25 |
| 7 | BY MR. CHAPUT: | 11:10:29 |
| 8 | Q    Let's turn to the next page, please, this | 11:10:31 |
| 9 | is the page ending 125, which is another one-page | 11:10:33 |
| 10 | document with the title on the left side "da Vinci | 11:10:39 |
| 11 | EndoWrist Repair Process." | 11:10:42 |
| 12 | Do you recognize the repair process | 11:10:45 |
| 13 | document, Mr. Johnson? | 11:10:46 |
| 14 | A    Yes. | 11:10:55 |
| 15 | Q    Who at SIS wrote the repair process | 11:10:55 |
| 16 | document? | 11:10:58 |
| 17 | A    Greg and myself. | 11:10:58 |
| 18 | Q    And where did the content for the repair | 11:11:12 |
| 19 | process document come from? | 11:11:14 |
| 20 | A    Greg, myself, and the team, the marketing | 11:11:28 |
| 21 | team at SIS. | 11:11:30 |
| 22 | Q    Did Rebotix contribute to the content of | 11:11:31 |
| 23 | the repair process document? | 11:11:34 |
| 24 | A    I do not believe so, no. | 11:11:36 |
| 25 | Q    So in the repair process document that | 11:11:56 |

Page 76

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    we're looking at, there -- there's a first section that    11:12:05

 2    refers to "initial service on an EndoWrist device" and     11:12:07

 3    then a second section referring to "ongoing service."      11:12:11

 4            Do you see those two sections?                     11:12:16

 5        A    Yes.                                              11:12:17

 6        Q    And so am I correct in reading that to say        11:12:17

 7    that SIS would reset the use counter on an EndoWrist       11:12:22

 8    more than one time?                                        11:12:29

 9        A    We had the capabilities to do that, yes.          11:12:37

10        Q    How many times would SIS reset the use            11:12:41

11    counter on an EndoWrist device?                            11:12:45

12            MR. VAN HOVEN:  Objection to form.                 11:12:47

13            THE WITNESS:  During our independent               11:12:54

14    studies, we had been through -- we had tested up to 50     11:12:56

15    sterilizations, so to answer your question, I guess        11:13:03

16    five.                                                      11:13:12

17    BY MR. CHAPUT:                                             11:13:12

18        Q    So you referred to SIS's independent              11:13:16

19    studies.                                                   11:13:18

20            Are those -- are -- maybe -- maybe I'm             11:13:18

21    missing something.                                         11:13:22

22            Who performed those -- those studies?              11:13:22

23        A    Rebotix.                                          11:13:25

24        Q    Okay.  So those aren't SIS studies?               11:13:30

25        A    Correct.                                          11:13:32
```

Page 77

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1        A     We were doing the repair on the EndoWrist.    11:55:06

 2        Q     You were still offering that in June of       11:55:08

 3    2020?                                                   11:55:12

 4        A     I believe so, yes.  I don't remember -- I     11:55:20

 5    don't think we had started the recovery program yet, so 11:55:22

 6    I think all those services at that point were still     11:55:25

 7    wrapped around the Si.                                  11:55:27

 8        Q     And there's no mention on here of the         11:55:30

 9    da Vinci surgical system or the robot itself; is that   11:55:42

10    right?                                                  11:55:42

11        A     Correct.                                      11:55:45

12        Q     Does SIS have the capability to perform       11:55:45

13    any repairs or services on the da Vinci robot itself?   11:55:47

14        A     No.                                           11:55:53

15        Q     Has SIS ever explored doing that?            11:55:53

16        A     Yes.                                          11:56:02

17        Q     When?                                         11:56:02

18        A     I don't remember specific dates, but over     11:56:08

19    the last couple years we've been approached by a number 11:56:15

20    of hospitals of asking what services we could help      11:56:18

21    provide on their da Vinci program.                      11:56:22

22        Q     And what has the response been from SIS?      11:56:23

23        A     We currently do not have any programs for     11:56:29

24    the robot itself, but it is something that is an        11:56:32

25    ongoing -- we are looking into ongoing opportunities to 11:56:34
```

Page 92

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
1    STATE OF CALIFORNIA      )

2                             )  ss.

3    COUNTY OF LOS ANGELES  )

4              I, Vickie Blair, CSR No. 8940, RPR-CRR, in

5    and for the State of California, do hereby certify:

6              That, prior to being examined, the witness

7    named in the foregoing deposition was by me duly sworn

8    to testify as to the truth, the whole truth, and

9    nothing but the truth;

10             That said deposition was taken before me

11   at the time and place therein set forth, and was taken

12   down by me stenographically and thereafter transcribed

13   via computer-aided transcription under my direction and

14   is a true record of the testimony given;

15             I further certify I am neither counsel

16   for, nor related to, any party to said action, nor

17   interested in the outcome thereof;

18             IN WITNESS WHEREOF, I have hereto

19   subscribed my name this 5th day of November, 2022.

20

21

22

23

24

25         Vickie Blair, CSR No. 8940, RPR-CRR
```

Page 119