# ATTACHMENT 78

Page 1

ATTORNEYS' EYES ONLY

1

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF FLORIDA
2                 PANAMA CITY DIVISION
3
4    RESTORE ROBOTICS LLC and
     RESTORE ROBOTICS REPAIRS
5    LLC,
                              CIVIL ACTION FILE
6            Plaintiffs,
                              NO. 5:19-cv-55-TKW-MJF
7        vs.
8    INTUITIVE SURGICAL, INC.,
9            Defendant.
     ~~~~~~~~~~~~~~~~~~~~~~~~~~
10
11
          REMOTE VIDEO 30(b)(6) DEPOSITION OF
12             RESTORE ROBOTICS LLC
                      and
13         RESTORE ROBOTICS REPAIRS LLC
                    THROUGH
14         CLIFTON "CLIF" EARL PARKER
                      AND
15      CLIFTON "CLIF" EARL PARKER, INDIVIDUALLY
16
17
               May 4, 2021
18
               9:59 a.m.
19
20
            7506 Holly Circle
21        Panama City Beach, Florida
22
23
24      S. Julie Friedman, CCR-B-1476
25

Page 204

1   repairs of robotic instruments, you know, we have the

2   right to do that; and secondarily, if --

3            Well, let me finish the -- the first part.

4   If we're doing robotic repairs of instruments on

5   behalf of our customers, hospitals who own those

6   instruments, we have the right to do repairs; and

7   secondarily, for any instruments that we own, if we

8   want to reset the counter on those, those, we would

9   need a 510(k) in order to do that.

10       Q.    Well, do you believe that without a --

11  a -- an agreement with Rebotix, that you have the

12  right to use the interceptor technology in your

13  business?

14       A.    I do not have the right to use Rebotix

15  interceptor technology without their permission.

Page 205



AEO 30(b)(6) Clifton Earl Parker                    May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 213

AEO 30(b)(6) Clifton Earl Parker          May 4, 2021
Restore Robotics LLC v Intuitive Surgical



Page 214

AEO 30(b)(6) Clifton Earl Parker  May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 215



AEO 30(b)(6) Clifton Earl Parker          May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 216

███  ███  ███

2        Q.    I mean, I'm right.  Restore is not

3    registered with the FDA?

4        A.    That's correct.

5        Q.    Has Restore ever been registered with the

6    FDA?

7        A.    It has not.

8        Q.    Have you ever told anybody that Restore

9    was registered with the FDA?

10       A.    No.

███  ███  ████████████████████████

███  ██████████████████████████████

███  ██████████████████████████████

███  ██████████████████████████████

███  █████████████████████████████

███  ████████████████████████

███  ███  ███  ███████████████████

███  █████████████

███  ███  █████████████████████████

███  ████████████████████████

███  ███  ██████████

███  ███  ██████████████

███  ███  ████

███  ███  ████████████████████

███  ████████████████████████████

Page 254

1                    C E R T I F I C A T E

2

3

4      STATE OF GEORGIA:

5      COUNTY OF FULTON:

6

7              I hereby certify the foregoing transcript

8          was taken down, as stated in the caption, and

9          the questions and answers thereto were reduced

10         to typewriting under my direction; that the

11         foregoing pages 1 through 253 represent a true,

12         complete, and correct transcript of the evidence

13         given upon said hearing, and I further certify

14         that I am not of kin or counsel to the parties

15         in the case; am not in the regular employ of

16         counsel for any of said parties; nor am I in

17         anywise interested in the result of said case.

18             This, the 5th day of May, 2021.

19

20                            *S. Julie Friedman*

                       S. JULIE FRIEDMAN, CCR-B-1476

21

22

23

24

25