# ATTACHMENT 81

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5    IN RE: DA VINCI SURGICAL          )
      ROBOT ANTITRUST LITIGATION        )Lead Case No.
 6                                      )3:21-cv-03825-VC
                                        )
 7    THIS DOCUMENT RELATES TO ALL      )
      CASES                             )
 8                                      )
                                        )
 9    SURGICAL INSTRUMENT SERVICE       )Case No.
      COMPANY, INC.,                    )3:21-cv-03496-VC
10                                      )
                Plaintiff,              )
11                                      )
           v.                           )
12                                      )
      INTUITIVE SURGICAL, INC.,         )
13              Defendants.             )
                                        )
14
15
16
17         REMOTE VIDEO RECORDED DEPOSITION OF
18                  MICHAEL BURKE, M.D.
19            Tuesday, September 27, 2022
20
21
22
23
24    REPORTED BY:  RENEE HARRIS, CSR, CCR, RPR
      JOB NO. 5490765
25    PAGES:  1 - 146
```

Page 1

```
1            A.   No.
2            Q.   Have you ever discussed the lawsuit with
3       colleagues of yours?
4            A.   No.
5            Q.   Dr. Burke, when did you first join Valley          09:16:10
6       Medical?
7            A.   August of 1984.
8            Q.   And at some point, you became the
9       chairman of the department of surgery; correct?
10           A.   A couple of times, actually, yeah.                 09:16:25
11           Q.   When did you first become chairman of the
12      department of surgery at Valley?
13           A.   1988.
14           Q.   And if I refer to Valley Medical Center
15      as "Valley," will you understand what I'm talking            09:16:44
16      about?
17           A.   Yes.
18           Q.   That's the hospital where you were
19      employed for a number of years?
20           A.   Correct.                                           09:16:52
21           Q.   So you first became chairman of the
22      department of surgery at Valley in 1988; how long
23      did you remain the chairman?
24           A.   It was a two-year term, I think.  Yeah.
25           Q.   And you said you became the chairman of           09:17:14
```

Page 15

```
 1    the department of surgery again at some point;
 2    correct?
 3          A.   Yes, in I think 2002.
 4          Q.   And how long did you remain chairman at
 5    that point?                                              09:17:25
 6          A.   Until I retired in January.
 7          Q.   And you retired in January of 2022?
 8          A.   Correct.
 9          Q.   So you were the chairman of the
10    department of surgery at Valley Medical for              09:17:44
11    approximately 20 years?
12          A.   That's correct.
13          Q.   What responsibilities did you have as the
14    director of -- or as the chairman of the
15    department of surgery?                                   09:18:06
16          A.   Well, it's kind of a -- we have monthly
17    meetings to inform the staff of operations in the
18    hospital, and it was pretty broad from the
19    standpoint of what we covered in those meetings.
20               We did not involve issues with gynecology     09:18:27
21    or orthopaedics as they had their own
22    subdivisions.
23          Q.   And who ran the gynecological
24    subdivision?
25          A.   Over what period of time?  I mean,            09:18:51
```

Page 16

```
 1            Mischaracterizes testimony.
 2               THE WITNESS:  It depends on the
 3         procedure, I guess.  We had a lot of
 4         procedures that they were more complex;
 5         sometimes you had to do them open.  Or if you      09:49:51
 6         had a previous surgery where access would be
 7         challenging, then you would do the procedure
 8         open.
 9    BY MS. CAHOY:
10         Q.   I believe you testified previously that      09:50:24
11    you were involved in developing the credentials
12    for robotic privileges; is that correct?
13         A.   Correct.
14         Q.   Was it a requirement of the hospital that
15    surgeons with robotic privileges also have             09:50:34
16    privileges to perform the basic procedure, either
17    open or laparoscopically?
18         A.   Yes.
19         Q.   And why did the hospital have that
20    requirement to -- to your knowledge?                   09:50:49
21         A.   Well, if the procedure runs into
22    complications, you have to open the patient and
23    complete the procedure.  So the answer is you have
24    to be trained on how to handle a potential
25    complication.                                          09:51:05
```

Page 38

```
1         Q.  Why would a surgeon need to have
2    credentials to perform the basic procedure
3    laparoscopically?
4         A.  For the same reasons.
5         Q.  Are there any other reasons that -- that        09:51:18
6    you considered it important that surgeons have
7    privileges to perform the basic procedure, either
8    open or laparoscopically?
9         A.  I think the foundation of any surgical
10   procedure is the capability to do it open.  So          09:51:52
11   that if you deploy any minimally invasive
12   protocol, whether it's laparoscopic or robotics,
13   that your fallback position is that you can do it
14   open.
15            MS. CAHOY:  So I -- let's pull up Tab           09:52:19
16         20 -- or Tab 55.  And I believe we're
17         starting here with defense Exhibit 49.
18            So if we could -- Paul, if you could
19         please mark Tab 55 as defense Exhibit 49.
20            (Exhibit 49 was received and marked             09:52:43
21            for identification on this date and is
22            attached hereto.)
23    BY MS. CAHOY:
24         Q.  And, Dr. Burke, you may need to refresh
25   your screen as soon as Paul gets this uploaded so       09:52:52
```

Page 39

```
 1         A.   The ports were a little bit larger, the
 2    -- which required a different instrument through
 3    each of the arms, so we'd have to have stock of
 4    all of that equipment.
 5         Q.   You said earlier that you were advocating   10:22:08
 6    for the purchase of an Xi; correct?
 7         A.   Yes.
 8         Q.   Why did you want the hospital to purchase
 9    an Xi?
10         A.   At that time, I thought that the advances  10:22:24
11    in the technology had improved enough to warrant
12    another robot, plus we had -- our Si was probably
13    the oldest one in the State of Washington.
14         Q.   And you said the advances in the
15    technology had improved.  What are examples of      10:22:44
16    ways in which you thought the technology had
17    improved in the Xi, as compared to the Si?
18              MR. BATEMAN:  Objection.
19         Mischaracterizes testimony.
20              THE WITNESS:  Well, we had better          10:23:03
21         articulating instrumentation.  We had vessel
22         sealers that were an improvement.  Eventually
23         staplers came online, articulating staplers.
24         Over the course of the process, they were all
25         more valuable.                                 10:23:25
```

Page 59

```
1    will not serve anyone's interest.  To be clear,
2    I'm in complete agreement that we need a second Xi
3    robot to maintain our growth and offer the
4    services to all that we invest in.  There is no
5    argument that the Xi is more capable, modern and          11:34:40
6    efficient machine than the Si.  Of course we are
7    open to feedback on how to improve operational
8    oversight of our growing robotic program, and
9    several of our points below are valid and we are
10   actively working on them."                                11:35:03
11        Q.  So everyone on this e-mail chain thus far
12   was in complete agreement that the hospital needed
13   a second Xi robot; correct?
14        A.  Yes.
15        Q.  And you also agreed with that conclusion?        11:35:15
16        A.  Yes.
17        Q.  Do you agree with Mr. Wagner that the Xi
18   is a more capable, modern and efficient machine
19   than the Si?
20        A.  I think the equipment that was utilized          11:35:28
21   with the Xi afforded more capability to do
22   operations that were slightly more complex.
23        Q.  And what sorts of capabilities did the Xi
24   offer that the Si did not?
25        A.  Well, we had -- in the end, we had               11:35:55
```

Page 97

```
 1    automatic staplers.  We had vessel-sealing
 2    capabilities.  Better articulation.  More chances
 3    to move the camera around to different ports.  I
 4    mean, a number of areas that, you know -- it
 5    avoided redocking of the robot if you're doing a        11:36:14
 6    more complicated procedure.
 7         Q.  And it avoided redocking because there
 8    was another arm?
 9         A.  Another port you could put the camera in
10    because the port for the camera was the same size      11:36:35
11    as the operating instruments.
12         Q.  And in the last paragraph there,
13    Mr. Wagner is updating you on funding and timing,
14    which he describes as the real issue for acquiring
15    the second Xi robot; correct?                          11:37:00
16         A.  Yes.
17         Q.  In the next e-mail, Dr. Bernier responds
18    so the tame thread on August 21st, 2019; correct?
19         A.  Which page does that e-mail start on; do
20    you know?                                              11:37:35
21         Q.  14376.  Looking at the one that says,
22    "From:  Greta Bernier."
23         A.  Yes, I have that.  Okay.
24         Q.  And Dr. Bernier sent that e-mail on
25    August 21st, 2019; correct?                            11:37:52
```

Page 98

| | | |
|---|---|---|
| 1 | payment on -- on purchasing a robot or something | |
| 2 | along those lines, but I'm not -- I don't know the | |
| 3 | specifics of it. | |
| 4 |     Q. But there were negotiations going on with | |
| 5 | Intuitive about -- some back-and-forth | 11:54:56 |
| 6 | negotiations about how to finance the purchase? | |
| 7 |     A. Yes. | |
| 8 |     Q. And then the next sentence says, "We can | |
| 9 | do a Peer Review meeting but it seems to be going | |
| 10 | OK." | 11:55:10 |
| 11 |     What does that mean? | |
| 12 |     A. That's a totally different topic, | |
| 13 | actually. Peer review is more about complications | |
| 14 | in surgery, and it would encompass any of the | |
| 15 | divisions of surgery. | 11:55:20 |
| 16 |     Q. So why were you writing about peer review | |
| 17 | in this e-mail? | |
| 18 |     A. I don't know. It probably was bugging me | |
| 19 | on that topic at the time. | |
| 20 |     Q. And when you said, "...but it seems to be | 11:55:36 |
| 21 | going OK," did you mean that you weren't seeing | |
| 22 | increased complications with the robot as compared | |
| 23 | to other modalities? | |
| 24 |     A. I don't think it was related to the | |
| 25 | robot, to be honest with you. | 11:55:51 |

Page 110

```
 1     page.
 2          A.   Okay.
 3          Q.   So on that very first page, the one
 4     marked -- that has page 15993 at the bottom, do
 5     you recognize this document?                           12:01:20
 6          A.   No.
 7          Q.   At the top of the document it says, it's
 8     from January Wagner to Michael Burke; correct?
 9          A.   Correct.
10          Q.   And that's your name and e-mail address     12:01:34
11     in the to-line?
12          A.   Yes.
13          Q.   And on the date, it says it was sent on
14     August 23rd, 2018.
15          A.   Yes.                                         12:01:45
16          Q.   Do you have any reason to believe that
17     you didn't receive this e-mail --
18          A.   I'm sure -- I'm sure I did receive this.
19          Q.   And John Wagner writes to you, "We should
20     know soon.  There is still significant cost            12:02:04
21     savings on the table.  I am pushing to get this
22     done.  Hang in there..."
23               Do you see that?
24          A.   Yes.
25          Q.   Was he providing you with an update on      12:02:20
```

Page 114

```
 1      the status of the negotiations for the new robot?
 2           A.   Yes.
 3           Q.   And he was telling you there was still
 4      significant cost savings on the table and that he
 5      was pushing to get it done; right?                        12:02:28
 6           A.   Correct.
 7           Q.   What did he mean by that?
 8           A.   We thought that he could possibly
 9      expedite us getting a new robot.  That's all.
10           Q.   And there were cost savings to the              12:02:45
11      hospital with -- on the table if it expedited
12      purchasing the robot?
13           A.   Yes.
14           Q.   And that was because Valley Medical was
15      going to get a larger discount if it purchased the       12:03:00
16      robot now, at the same time as another hospital?
17                MR. BATEMAN:  Objection.  Vague.
18                THE WITNESS:  Yeah, I don't know -- you
19           know, I wasn't involved in that.
20       BY MS. CAHOY:                                            12:03:18
21           Q.   But at this time, Mr. Wagner was still
22      negotiating with Intuitive about the terms of the
23      purchase of a new Xi?
24           A.   I'm not sure he had the -- as much as he
25      had the discussions, he wasn't the decision-maker        12:03:39
```

Page 115

```
 1    on them.
 2         Q.   But he was the one who had the
 3    discussions with Intuitive negotiating the
 4    purchase?
 5         A.   I don't know that specifically.           12:03:53
 6         Q.   But he was providing you with updates on
 7    how those negotiations were going?
 8         A.   Yes.
 9         Q.   Did you follow up with him to ask about
10    the status of -- of the negotiations after this?   12:04:03
11         A.   I don't recall the specifics of it if I
12    did, but I more than likely did.
13         Q.   Did Intuitive ultimately provide
14    discounts to Valley Medical on the purchase of the
15    new Xi?                                            12:04:24
16         A.   I don't know -- I don't know that.
17         Q.   Who is the person who would know that at
18    Valley Medical?
19         A.   Jeannine -- the finance people would
20    know, Jeannine Grinnell.                           12:04:34
21         Q.   Jeannine Grinnell you said -- oh,
22    Grinnell.  Grinnell.
23         A.   Jeannine Grinnell, yeah.
24         Q.   Who at the time was the CFO?
25         A.   No.  She was the chief financial -- yes, 12:04:46
```

Page 116

```
1    STATE OF CALIFORNIA      )
2                             (    Ss.
3    COUNTY OF LOS ANGELES    )
4            I, RENEE HARRIS, do hereby certify that I
5    am a licensed Certified Shorthand Reporter, duly
6    qualified and certified as such by the State of
7    California;
8        That prior to being examined, the witness named
9    in the foregoing deposition was by me duly sworn
10   to testify to tell the truth, the whole truth, and
11   nothing but the truth;
12       That the said deposition was by me recorded
13   stenographically;
14       And the foregoing pages constitute a full,
15   true, complete and correct record of the testimony
16   given by the said witness;
17           That I am a disinterested person, not
18   being in any way interested in the outcome of said
19   action, or connected with, nor related to any of
20   the parties in said action, or to their respective
21   counsel, in any manner whatsoever.
22           DATED: October 12, 2022
23
24                   Renee Harris, CSR, CCR, RPR
                     CA CSR No. 14168,
25                   NJ CRR No. 30XI00241200; RPR
```

Page 143