# ATTACHMENT 86

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   SURGICAL INSTRUMENT SERVICE      )
     COMPANY, INC.,                   )
 5                                    )
             Plaintiff,               )
 6                                    )
             vs.                      ) Case No.
 7                                    ) 3:21-CV-03496-VC
     INTUITIVE SURGICAL, INC.,        )
 8                                    )
             Defendant.               )
 9   _____  )
10
11
12        VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
13                DEPOSITION OF GREG POSDAL
14      30(B)(6), SURGICAL INSTRUMENT SERVICE COMPANY
15
16              Tuesday, November 1, 2022
17       Remotely Testifying from Phoenix, Arizona
18
19
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 5541334-A
```

Page 1

```
 1   that what SIS calls the recovery program?
 2        A.    It is.
 3        Q.    What is the -- how -- how does the
 4   resetting program work?
 5        A.    To my understanding -- and this goes back      09:18:52
 6   to probably the middle of 2019, I visited Rebotix at
 7   their location.  And Chris Gibson walked me through
 8   the process of adding an electronic device that
 9   would allow the -- the addition of ten more uses.
10        Q.    SIS does not itself perform the resetting     09:19:22
11   process; correct?
12        A.    It -- that is correct.
13        Q.    When's the last time SIS facilitated a
14   chip reset for one of its customers?
15        A.    I couldn't be sure, but it was probably       09:19:39
16   2019 or '20, that that whole issue was shut down
17   pretty quickly.
18        Q.    How does the recovery program work?
19        A.    The recovery program is simply getting the
20   device from the customer, attaching a device that        09:20:08
21   could read only the number of lives left on it, and
22   returning it to the customer.
23        Q.    I'll focus first on the reset program.
24              Did SIS perform any testing of its own
25   regarding the reset program before SIS first            09:20:30
```

Page 22

1   marketed it?
2        A.   No.  We were in a partnership with Rebotix
3   for a number of -- Benjamin Biomedical and Rebotix,
4   they do some repairs and some components for us,
5   harmonic scalpels and Phaco handpieces and video          09:20:49
6   cameras, which are considerably more complex in the
7   EndoWrist we're speaking about, and they have --
8   they had done a great job of those over the number
9   of years.
10            We saw their test results and -- and as I       09:21:05
11  had mentioned prior, the visit to Rebotix where we
12  walked through the process, and we were satisfied
13  that the testing they'd done -- they had done was
14  adequate, especially with regard to our expertise
15  in -- in regular instrument device repair for the        09:21:22
16  last 50 years.  The only thing that's really
17  different about this process is the chip counter
18  itself.
19       Q.   Okay.  So I -- I understand that SIS may
20  have had a partnership with Rebotix.  But my             09:21:38
21  question was -- was focused solely on testing that
22  SIS did itself.
23            And I'm -- I'm correct in understanding
24  that SIS did not perform any of its own testing for
25  the reset process; correct?                              09:21:50

Page 23

```
 1          A.   That is correct.
 2          Q.   Did SIS itself engage any third parties to
 3    perform testing regarding the reset process
 4    before --
 5          A.   Only --                                          09:22:00
 6          Q.   -- marketing it --
 7               (Simultaneous speaking.)
 8               (Interruption in audio/video.)
 9               THE COURT REPORTER:  I'm sorry.  There was
10    a word that got cut out.  Please repeat.                    09:22:04
11               MR. CHAPUT:  Yes.
12    BY MR. CHAPUT:
13          Q.   Did SIS itself engage any third parties to
14    perform testing regarding the reset process before
15    marketing it?                                               09:22:12
16          A.   No.  Only Rebotix.
17          Q.   What testing did Rebotix perform before
18    SIS started marketing the reset process?
19          A.   I -- I don't have any of that information
20    in front of me.  But it was fairly extensive, a             09:22:32
21    bunch of ISO certifications, reprocessing tests
22    through, I think, up to 50 uses or more.  I think
23    that was about -- I -- I'm sure they -- they did
24    more testing to get that product finished, but I'm
25    not privy to that information.                              09:22:53
```

Page 24

1    management activities described on page '132?
2        A.   No.
3        Q.   The next heading is "Development Process."
4             Do you see that section?
5        A.   Yes, I do.                                09:28:57
6        Q.   This states that "Extensive validation and
7    safety testing occurred during the development of
8    the service process."
9             Did SIS have any involvement in that
10   validation and safety testing?                     09:29:09
11       A.   No.
12       Q.   In the third sentence of that same
13   paragraph it refers to "A complete technical file
14   describing qualification activities and independent
15   testing."                                          09:29:22
16            Do you see that reference?
17       A.   I do.
18       Q.   Does SIS have access to the complete
19   technical file?
20       A.   No.                                       09:29:29
21       Q.   Has SIS ever had access to the complete
22   technical file?
23       A.   Not to my knowledge.
24       Q.   Jumping forward a couple pages, please to
25   the page ending '135, heading "Electrical and      09:29:43

Page 29

1  Electrosurgical Safety."
2      A.   Okay.
3      Q.   This refers to 'Electrical/Electrosurgical
4  safety testing that was conducted using a third
5  party independent test lab." [As read]                09:30:02
6           Do you see that statement?
7      A.   I do.
8      Q.   Who performed that
9  electrical/electrosurgical safety testing?
10     A.   I do not know.                                09:30:10
11     Q.   Did SIS have any involvement in that
12 testing?
13     A.   No, they did not.
14     Q.   On the next page, there's a section with
15 the heading --                                         09:30:23
16          (Interruption in audio/video.)
17          THE COURT REPORTER:  There was an
18 interruption.  If you could start over, please.
19 BY MR. CHAPUT:
20     Q.   Certainly.                                    09:30:29
21          On page '136, there's a heading "Usability
22 Engineering."
23          Do you see that section, Mr. Posdal?
24     A.   I do.
25     Q.   Who performed the usability engineering?     09:30:37

Page 30

Veritext Legal Solutions
866 299-5127

1      A.    I do not know.

2      Q.    Did SIS have any involvement in the

3  usability engineering?

4      A.    No.

5      Q.    The first sentence of this paragraph            09:30:50

6  reads, "The services have been designed to maintain

7  the exterior specification, connection, use

8  application, user profile, or frequently used

9  functions when compared to the original devices

10 produced by the OEM."                                     09:31:10

11           There's no mention of interior

12 specifications here; is that correct?

13     A.    That appears to be correct, yes.

14     Q.    Did the process maintain the original

15 interior specifications of the Intuitive EndoWrist        09:31:24

16 instruments?

17     A.    From my observation, yes, with the

18 exception of the additional electronic device to add

19 uses.

20     Q.    Right.                                          09:31:43

21           So Rebotix added a chip that was not part

22 of Intuitive's original interior specifications;

23 correct?

24     A.    To my knowledge, that is correct.  Yes.

25     Q.    On the same page, there's a discussion of       09:31:52

Page 31

```
 1   the reliability/performance test summary.
 2           Do you see that section?
 3       A.  I do.
 4       Q.  Who performed the re- -- reliability and
 5   performance testing?                                   09:32:09
 6       A.  I would assume it was Rebotix.
 7       Q.  But you don't know, one way or the other?
 8       A.  No.  If they had subcontracted that out to
 9   someone, I would have no -- no way of knowing.
10       Q.  Did you ask?                                   09:32:21
11       A.  I don't believe I did.
12       Q.  If you turn to the next page, you'll see
13   there's a series of bullets.  And then, I'm looking
14   at the paragraph just after the bullets, if we
15   can -- "Following the OEM characterization."           09:32:38
16       A.  Yes.
17       Q.  And in this paragraph, it describes
18   instruments undergoing the use counter reset process
19   and going through certain testing; is that right?
20       A.  I see that.                                    09:32:55
21       Q.  Okay.  How many instruments went through
22   this testing process?
23       A.  Off the top of my head, I don't know.  It
24   might be in this document.  It specifies the number
25   of -- of devices that went through that.  I don't      09:33:13
```

Page 32

```
 1        Q.   136.  This is page 10 out of 25 in the
 2   PDF.
 3        A.   Sorry.  The page number again?  '124 --
 4        Q.   '124, 10 out of 25.
 5        A.   Okay.                                        10:35:22
 6        Q.   Okay.  And so this document has the title
 7   on the left-hand side, "da Vinci EndoWrist Repairs"?
 8        A.   Yes.
 9        Q.   Do you see that?
10             And then the -- the first or -- or the       10:35:31
11   second -- second sentence says:  "SIS can now
12   service your da Vinci devices including repair and
13   use counter reset"?
14        A.   Correct.
15        Q.   All right.                                   10:35:39
16             And then looking at the second bullet
17   point in the list of "Important facts," that bullet
18   reads:  "The repair of da Vinci EndoWrist does not
19   alter the intended use, method of use, functionality
20   or performance of the device in any way."             10:35:52
21             Is that correct?
22        A.   That is correct.
23        Q.   Okay.  And this da Vinci EndoWrist Repairs
24   document is a document that SIS gave to customers in
25   marketing the EndoWrist reset process; correct?       10:36:04
```

Page 65

1       A.   I -- I would imagine that's accurate, yes.
2       Q.   Okay.  So looking again at -- at that
3   bullet that we just read, what did SIS do to confirm
4   the accuracy of that statement?
5       A.   This, again, much like some of the earlier          10:36:19
6   discussion, was generated by Rebotix, our partner at
7   the time, that it had gone through the testing, that
8   was their statement.  We simply rebranded it.
9       Q.   SIS did not do anything to confirm that it
10  was accurate, that "The repair of da Vinci EndoWrist     10:36:46
11  does not alter the intended use, method of use,
12  functionality or performance of the device in any
13  way"; correct?
14      A.   That is correct.
15          MR. McCAULLEY:  Objection to form.                  10:36:57
16  BY MR. CHAPUT:
17      Q.   Let's look, now, at the fourth bullet.  In
18  the third sentence of that bullet it states:  "The
19  repaired device will function identically to the new
20  OEM EndoWrist."                                            10:37:10
21          Do you see that statement?
22      A.   I do.
23      Q.   Okay.  What did SIS do to confirm the
24  accuracy of that statement?
25      A.   Nothing more than rely on Rebotix and              10:37:20

Page 66

|   |   |   |
|---|---|---|
| 1 | their testing and process and procedures. | |
| 2 | Q. Okay. So SIS did not do anything to | |
| 3 | confirm that it was accurate that the repaired | |
| 4 | device will function identically to the new OEM | |
| 5 | EndoWrist; correct? | 10:37:38 |
| 6 | MR. McCAULLEY: Ob- -- objection to form. | |
| 7 | THE WITNESS: Correct. | |
| 8 | BY MR. CHAPUT: | |
| 9 | Q. Now, looking at the fifth bullet, this | |
| 10 | says that the repaired EndoWrist is, quote, "an | 10:37:50 |
| 11 | original da Vinci manufactured device that has been | |
| 12 | repaired to original specifications"; is that | |
| 13 | correct? | |
| 14 | A. Yes. | |
| 15 | Q. What is the basis for that statement? | 10:38:06 |
| 16 | A. Again, this was directly out of the | |
| 17 | Rebotix documentation and simply rebranded. | |
| 18 | Q. So SIS did not do anything to confirm that | |
| 19 | it was accurate that a repaired EndoWrist is an | |
| 20 | original da Vinci manufactured device that has been | 10:38:23 |
| 21 | repaired to original specifications; correct? | |
| 22 | MR. McCAULLEY: Objection. Form. | |
| 23 | THE WITNESS: That's correct. | |
| 24 | BY MR. CHAPUT: | |
| 25 | Q. We can move on to Topic 9. This is: "The | 10:38:44 |

Page 67

```
 1                    CERTIFICATE OF REPORTER
 2              I, Hanna Kim, a Certified Shorthand
 3     Reporter, do hereby certify:
 4              That prior to being examined, the witness
 5     in the foregoing proceedings was by me duly sworn to
 6     testify to the truth, the whole truth, and nothing
 7     but the truth;
 8              That said proceedings were taken before me
 9     at the time and place therein set forth remotely via
10     videoconference and were taken down by me in
11     shorthand and thereafter transcribed into
12     typewriting under my direction and supervision;
13              I further certify that I am neither
14     counsel for, nor related to, any party to said
15     proceedings, not in anywise interested in the
16     outcome thereof.
17              Further, that if the foregoing pertains to
18     the original transcript of a deposition in a federal
19     case, before completion of the proceedings, review
20     of the transcript [x] was [ ] was not requested.
21              In witness whereof, I have hereunto
22     subscribed my name:  November 15, 2022.
23
24
25                    Hanna Kim, CLR, CSR No. 13083
```

Page 73