# ATTACHMENT 91

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
 5
 6
 7                                      )
     SURGICAL INSTRUMENT SERVICE        )
 8   COMPANY, INC.,                     )
                                        )
 9                                      )
            Plaintiff,                  ) Case No. 3:21-cv-03496-VC
10                                      )
          vs.                           )
11                                      )
     INTUITIVE SURGICAL, INC.,          )
12                                      )
                                        )
13                                      )
            Defendant.                  )
14   _____        )
15
16   HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY DEPOSITION OF:
17                      KURT HUMPHREY
18                 WEDNESDAY, MARCH 15, 2023
19                    10:25 A.M. (MST)
20
21
22
23
24   Reported by:   GINA M. CLOUD
25                  CSR No. 6315
```

Page 1

1    industry dealing with the development of commercial

2    products, these are the key factors that generally

3    determine the parameters for design of any product or

4    system.

5        Q.   I want to drill down on the meaning of those        13:48:03

6    a little bit as you use them here.  So based on your

7    experience generally when you say

8    performance/reliability, can that -- can

9    performance/reliability needs be different in

10   different contexts?                                          13:48:19

11       A.   Certainly.  I would I guess go back to my

12   prior experience in military and aerospace avionics

13   products, as well as automotive products.  They have

14   varying degrees of performance requirements,

15   reliability requirements, depending upon the                 13:48:52

16   application.

17       Q.   So it depends on -- the performance or

18   reliability requirements for given products depend on

19   the application in part?

20       A.   Yes.                                                13:49:05

21       Q.   Depending on the application, could

22   performance/reliability requirements include certain

23   memory parameters?

24       A.   Yes, it can --

25       Q.   What about -- sorry, I didn't mean to               13:49:27

Page 97

```
 1    interrupt you.  I thought you were done.
 2         A.    Memory size, access times, and reliability.
 3         Q.    The last one you said was reliability.
 4         A.    Yes.  I'm not sure if that was included in
 5    your question or not, but it certainly is a big              13:49:58
 6    factor.
 7         Q.    Is another factor processing power or do you
 8    include that as something subsumed within access
 9    times?
10         A.    No.  I mean, bandwidth, data rates are            13:50:15
11    certainly -- can certainly be important in some
12    application.
13         Q.    What about consistency on detection of
14    electrical contacts, is that encompassed in what you
15    mean by reliability?                                         13:50:39
16         A.    Yes.
17         Q.    So consistency on detection of electrical
18    contacts could be a factor in design choice?
19         A.    Certainly.  I mean, the packaging for
20    microelectronics of the connections between                  13:51:07
21    components in systems, whether they're on printed
22    circuit boards or mounted in the systems, I mean
23    depending on the application, certainly electrical
24    connectivity for any electronic product is important.
25         Q.    And then the next key factor you list is          13:51:34
```

Page 98

```
1        A.   Okay.  I'm getting there.  This is 92, 94,
2    okay.  094, correct.  Yes.
3        Q.   And just to make sure we're on the same
4    page, it says:  "Instrument Data Chips:  RFID
5    (IS4000) vs. Dallas (IS3000)" at the top.                    14:28:48
6             Is that the page you're on?
7        A.   Yes.
8        Q.   Does this look familiar?
9        A.   Yes.
10       Q.   So this is a chart that appears to be              14:28:59
11   comparing the RFID chip in the X/Xi instruments to
12   the Dallas chips in the S/Si instruments, correct?
13       A.   Yes.
14       Q.   And if you look at the middle row that says
15   "Storage Space," do you see that?                            14:29:17
16       A.   Yes.
17       Q.   Under the RFID (IS4000) chip, it says
18   "8k bytes."
19       A.   Yes.
20       Q.   And under the Dallas chip, it says             14:29:27
21   "2k bytes."
22       A.   Yes.
23       Q.   Does that refresh your memory of the memory
24   size difference between the Atmel CryptoRF chip used
25   in the X/Xi EndoWrists and the Dallas chip used in      14:29:48
```

Page 112

```
 1    the S/Si EndoWrists?
 2        A.   Yes, that sounds about right, 4 to 1.
 3        Q.   So picking up on the math calculations we
 4    performed earlier, so 8,000 bytes would be
 5    approximately 64,000 bits, right?                        14:30:06
 6        A.   Right.
 7        Q.   That would be the memory storage space for
 8    the RFID chip in the X/Xi instruments?
 9        A.   Correct.
10        Q.   And the Dallas chip has approximately 16,000    14:30:17
11    bits?
12        A.   Correct.
13             MS. CAHOY:  So with that, Miriam, could we
14    pull up -- we can close that exhibit.  Could we mark
15    Exhibit 319, and let's go with tab 12, please.           14:30:59
16             (The document referred to was marked as
17    Exhibit 319 for identification and is attached
18    hereto.)
19             MS. ARGHAVANI:  Should be introduced.
20    BY MS. CAHOY:
21        Q.   So, Mr. Humphrey, I'm marking as Exhibit 319
22    a document that ends in the first page on -- the
23    Bates stamp on the first page is Intuitive-02068686.
24        A.   I'm trying to load it.
25        Q.   This is a document that I'll represent to       14:32:01
```

Page 113

```
 1    you, it appears that you cite on -- in footnote 52 of

 2    your opening report.  So that's in paragraph 51, page

 3    21, footnote 52, where it says 30(b)(6) deposition of

 4    Grant Duque, Exhibit 266, Intuitive-02068686.

 5         A.   Paragraph 51, you say?                           14:32:33

 6         Q.   Yes.  Paragraph 51, footnote 52, which is

 7    right at the end of that paragraph.

 8         A.   Yes, okay.

 9         Q.   Has that one loaded for you?

10         A.   Yes, it's loaded.                                14:33:01

11         Q.   Do you recognize this document as a 2011

12    e-mail produced by Intuitive that you reviewed in

13    connection with preparing your report?

14         A.   Yes.

15         Q.   If you look down towards the bottom of that     14:33:20

16    document, the original document says from Thomas

17    Cooper, Monday, May 23, 2011, and then "to" and with

18    some other names.

19              Do you see that?

20         A.   Yes.                                            14:33:35

21         Q.   If you go down almost to the bottom, there

22    is a numbered list and there is a number 5 that says:

23    "Our 64k bit requirement is a bit unusual."

24              Do you see that?

25         A.   Yes, okay.                                      14:34:00
```

Page 114

```
 1        Q.   What is your understanding of what the

 2   reference to 64k bit requirement means?

 3        A.   The size of the memory.

 4        Q.   So it's referring to a 64,000 bit

 5   requirement, correct?                              14:34:23

 6        A.   Yes.

 7        Q.   And the CryptoRF Atmel chip has a 64,000 bit

 8   memory?

 9        A.   Yes, that's correct.

10        Q.   And the Dallas chip that was used in the   14:34:39

11   S/Si instruments does not have a 64,000 bit memory,

12   correct?

13        A.   That's correct.  It's not clear to me in

14   this reference as to what product they're referring

15   to.  The rest of that sentence refers to Ducati and   14:35:09

16   Orion, but I guess I think Orion is their name for

17   one of the X or Xi instruments.

18        Q.   But you're not sure what this e-mail is

19   discussing?

20        A.   I'm not sure what the 64-bit requirement,   14:35:37

21   what's the need for that?  It says it's a bit

22   unusual, but I don't know much or -- I'm not sure why

23   the writer is using that terminology, that

24   description.

25        Q.   So the writer is describing a 64k bit      14:35:58
```

Page 115

1  I, GINA M. CLOUD, a certified shorthand
2  reporter for the State of California, do hereby
3  certify:
4  that prior to being examined, the witness named in
5  the foregoing deposition, was by me duly sworn to
6  testify the truth, the whole truth, and nothing but
7  the truth pursuant to Section No. 2093 of the Code of
8  Civil Procedure;
9  That said deposition was taken before me pursuant
10  to notice, at the time and place therein set forth,
11  and was taken down by me in shorthand and thereafter
12  reduced to typewriting via computer-aided
13  transcription under my direction;
14  I further certify that I am neither counsel for,
15  nor related to, any party to said action, nor in
16  anywise interested in the outcome thereof.
17  IN WITNESS WHEREOF, I have hereunto subscribed my
18  name this 20th day of March, 2023.

_____
GINA M. CLOUD
CSR No. 6315