# ATTACHMENT 94

```
                                                            Page 1

 1                UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4    IN RE: DA VINCI SURGICAL ROBOT     ) Lead Case No.:
      ANTITRUST LITIGATION,              ) 3:21-cv-03825-VC
 5    -----------------------------------)

      THIS DOCUMENT RELATES TO:          )
 6    ALL CASES                          )
      -----------------------------------)
 7

 8    SURGICAL INSTRUMENT SERVICE        )
      COMPANY, INC.,                     ) Case No.
 9                                       ) 3:21-cv-03496-VC
                    Plaintiff,           )
10                                       )
          vs.                            )
11                                       )
      INTUITIVE SURGICAL, INC.,          )
12                                       )
                    Defendant.           )
13    -----------------------------------)

14

15

16      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***

17

18               REMOTE PROCEEDINGS OF THE

19               DEPOSITION OF STAN HAMILTON

20                 FRIDAY, NOVEMBER 4, 2022

21

22

23    REPORTED BY NANCY J. MARTIN

24    CSR. NO. 9504, RMR, RPR

25    PAGES 1 - 112
```

Page 8

1    know the context of the deposition.  Other than that,
2    I haven't -- you know, I haven't looked at the
3    documents.  Actually, I just took them out of the
4    mailbox, and I see it says not to look at them.  So I
5    guess that's okay.  But not a lot of additional
6    preparation.
7         Q.  Is it fair to say that until now, Rebotix --
8    well, let me just say this.  I know you've been
9    deposed twice in the Rebotix case, and I'm going to
10   try not to cover a lot of that same ground, keep this
11   brief and pointed.  So I just wanted to let you know
12   that up front.
13            Is it fair to say that up until now, Rebotix
14   has only repaired S and Si endoWrists?
15            MR. ERWIG:  Objection.
16   BY MR. CORRIGAN:
17        Q.  You're allowed to answer.
18        A.  Okay.
19        Q.  Thanks.
20        A.  Yes.
21        Q.  And when I say, "repair," do you understand
22   "repair" to include the resetting of the usage
23   counter?
24        A.  Yes.
25        Q.  Okay.  Now, does at any time Rebotix intend

1     to repair X and Xi endoWrists in the future?
2         A.  Yes, either repair or refurbish.  It depends
3     on how you interpret those terms, which are not so
4     clearly defined, but yes.
5         Q.  Yes, I agree they're not so clearly defined.
6     When I use "repair," do you understand that to mean
7     the repair is including the resetting of the usage
8     counter?
9         A.  Yes.
10        Q.  Thank you.  I want to ask you a few questions
11    about steps that Rebotix has taken in order to get
12    into the business of repairing X and Xi chips.  Is
13    that okay?  I'm sorry.  X and Xi endoWrists.
14            Is that okay?
15        A.  Yes.
16        Q.  What background and experience does Rebotix
17    have in connection with the business of repairing X
18    and Xi endoWrists?
19        A.  I would say that they draw on the same pool
20    in the extensive experience that has been drawn on by
21    Rebotix in the past for the S and Si since the
22    majority of the process is very similar.  We pull
23    together a great deal of expertise to develop that
24    process.  And so that same expertise is available to
25    the team also for Xi.

1     Q.  What affirmative actions has Rebotix taken to
2  engage in the business of repairing X and Xi
3  endoWrists?
4     A.  There was a term there.  Maybe you can
5  clarify it for me.  It's not a common term.  I think
6  you said what kind of actions?  I'm sorry.
7     Q.  I said, "affirmative."  It's kind of a legal
8  action, but we can just get rid of that.
9         What actions have you taken in order to
10 prepare to enter the business of repairing X and Xi
11 endoWrists?
12    A.  We have engaged in process development,
13 similar to what we did for the S and Si.
14    Q.  Could you elaborate on what that process
15 development involves?
16    A.  Yes.  We have engaged in all aspects of the
17 development that would be required.  So I can give you
18 examples, maybe not be able to elaborate every single
19 aspect of it -- that would be a long list.
20        So, for example, testing, planning testing,
21 defining what testing needs to take place, documenting
22 procedures in draft forms and various things in
23 preparation to do -- to execute the process.  That
24 would be a couple of examples.  Obviously, it would
25 require time and development and other kinds of things

1     we have engaged in.
2         Q.  You said that the -- the complete list would
3     be quite a long list of actions you've taken in that
4     regard; is that right?
5         A.  Yes.  It tends to be a pretty long list;
6     that's the type of thing that if you looked at the
7     plan, it would have a fairly long list of to-do items,
8     yes.
9         Q.  Let me ask you a couple more, maybe a little
10    more specific questions along that line.
11            Could you please describe Rebotix's ability
12    to finance the business of repairing X and Xi
13    endoWrists?
14        A.  I actually couldn't because that's not my
15    area to deal with.  I don't deal directly with the
16    financing of the projects.  It's just not my role at
17    Rebotix and hasn't ever been.  So all I can say is
18    what I can tell you from my perspective, but I can't
19    describe the financing itself.
20        Q.  Well, please tell me from your perspective
21    regarding -- give me your perspective regarding
22    Rebotix's ability to finance the business of repairing
23    X and Xi endoWrists.
24        A.  Well, I believe that it was impacted
25    significantly by the actions that Intuitive took while

Page 109

```
 1                    C E R T I F I C A T E
 2            I do hereby certify that the aforesaid testimony
 3       was taken before me, pursuant to notice, at the time
 4       and place indicated; that said deponent was by me duly
 5       sworn to tell the truth, the whole truth, and nothing
 6       but the truth; that the testimony of said deponent was
 7       correctly recorded in machine shorthand by me and
 8       thereafter transcribed under my supervision with
 9       computer-aided transcription; that the deposition is a
10       true and correct record of the testimony given by the
11       witness; and that I am neither of counsel nor kin to
12       any party in said action, nor interested in the
13       outcome thereof.
14
                              _____
15
                              Nancy J. Martin, RMR, CSR
16
17       Dated:  November 10, 2022
18
19
20
21       (The foregoing certification of this transcript does
22       not apply to any reproduction of the same by any
23       means, unless under the direct control and/or
24       supervision of the certifying shorthand reporter.)
25
```