# ATTACHMENT 95

```
 1                 UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO DIVISION
 4
      IN RE: DA VINCI SURGICAL        )
 5    ROBOT ANTITRUST LITIGATION      ) Case No.:
      _____ ) 3:21-cv-03825-VC
 6    THIS DOCUMENT RELATES TO:       )
      ALL CASES                       ) Pages 1 to 205
 7    _____ )
      SURGICAL INSTRUMENT SERVICE     )
 8    COMPANY, INC.,                  )
                                      )
 9              Plaintiff,            )
                                      )
10         vs.                        )
                                      )
11    INTUITIVE SURGICAL, INC.,       )
                                      )
12              Defendant.            )
      _____ )
13
14
15                      DEPOSITION OF:
16              CLIFTON EARL PARKER, VOLUME I
17                 TUESDAY, OCTOBER 25, 2022
18              9:08 a.m. Eastern Daylight Time
19
20    REPORTED BY:
21    Vickie Blair
22    CSR No. 8940, RPR-CRR
23    JOB NO. 5541122
24
25    PAGES 1 - 207

                                                        Page 1
```

Veritext Legal Solutions
866 299-5127



Page 31

| | | |
|---|---|---|
| ■ | ■ ▬▬▬▬▬▬ | ■ |
| ■ | ■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ■ |
| ■ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ■ |
| ■ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ■ |
| ■ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ■ |
| ■ | ▬▬▬▬ | ■ |

```
 7             MR. BERHOLD:  Objection.                    07:42:56
 8    BY MS. WINNER:                                        07:43:00
 9        Q    No?                                          07:43:00
10        A    No.                                          07:43:01
11        Q    What were you referring to?                  07:43:01
12        A    Remanufacturing has to do with how you       07:43:02
13    modify an instrument that you plan to resell.  If it's 07:43:10
14    an instrument that is owned by the hospital and the  07:43:17
15    hospital wants to have that instrument repaired and  07:43:21
16    reset, then that's not considered remanufacturing;   07:43:23
17    that's considered a repair.                          07:43:30
18        Q    And that's your position; correct?          07:43:31
19        A    That's my position; that's the same         07:43:33
20    position that Kevin, who handles our regulatory      07:43:37
21    affairs, has come to following the guidance of the FDA 07:43:42
22    blue book memorandum, and he can speak more to that  07:43:47
23    than I can, I'm not an expert on this, going by what 07:43:51
24    I've been told by him, and --                        07:43:54
25        Q    Where is -- sorry.                          07:43:57
```

Page 32

```
 1   STATE OF CALIFORNIA    )
 2                          ) ss.
 3   COUNTY OF LOS ANGELES  )
 4            I, Vickie Blair, CSR No. 8940, RPR-CRR, in
 5   and for the State of California, do hereby certify:
 6            That, prior to being examined, the witness
 7   named in the foregoing deposition was by me duly sworn
 8   to testify as to the truth, the whole truth, and
 9   nothing but the truth;
10            That said deposition was taken before me
11   at the time and place therein set forth, and was taken
12   down by me stenographically and thereafter transcribed
13   via computer-aided transcription under my direction and
14   is a true record of the testimony given;
15            I further certify I am neither counsel
16   for, nor related to, any party to said action, nor
17   interested in the outcome thereof;
18            IN WITNESS WHEREOF, I have hereto
19   subscribed my name this 4th day of November, 2022.
20
21
22
23
24            [signature: Vickie Blair]
25            Vickie Blair, CSR No. 8940, RPR-CRR
```

Page 205