# ATTACHMENT 102

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
     SURGICAL INSTRUMENT SERVICE    )
 5   COMPANY, INC.,                 ) Case No.:
                                    ) 3:21-cv-03496-VC
 6            Plaintiff,            )
                                    ) Lead Case No.:
 7         vs.                      ) 3:21-cv-03825-VC
                                    )
 8   INTUITIVE SURGICAL, INC.,      )
                                    )
 9            Defendant             )
     _____)
10   IN RE: DA VINCI SURGICAL ROBOT )
     ANTITRUST LITIGATION           )
11   _____)
     THIS DOCUMENT RELATES TO:      )
12   ALL ACTIONS                    )
     _____)
13
14
15         *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
16                30(b)(6) DEPOSITION OF:
17                  KEITH ROBERT JOHNSON
18               THURSDAY, OCTOBER 27, 2022
19            9:06 a.m. Mountain Standard Time
20
21   REPORTED BY:
22   Vickie Blair
23   CSR No. 8940, RPR-CRR
24   JOB NO. 5539883
25   PAGES 1 - 122
```

Page 1

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    Deposition of KEITH ROBERT JOHNSON, the witness, taken
 2    on behalf of the Defendant, on Thursday,
 3    October 27, 2022, 9:06 a.m. Mountain Standard Time,
 4    before VICKIE BLAIR, CSR No. 8940, RPR-CRR.
 5
 6    APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8    FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
      SERVICE CO. INC.:
 9
              HALEY GUILIANO LLP
10            BY JOSHUA VAN HOVEN, Partner
              111 North Market Street, Suite 900
11            San Jose, California  95113
              +1 669 213 1061
12            joshua.vanhoven@hglaw.com
13
14    FOR DEFENDANT INTUITIVE SURGICAL, INC.:
              COVINGTON & BURLING LLP
15            BY ISAAC D. CHAPUT, Associate
              415 Mission Street
16            Suite 5400
              San Francisco, California  94105-2533
17            +1 415 591 7020
18            ichaput@cov.com
              COVINGTON & BURLING LLP
19            BY AUSTIN S. MARTIN, Associate
              One CityCenter
20            850 Tenth Street, NW
              Washington, D.C.  20001-4956
21            +1 202 662 5094
22            amartin@cov.com
23
24
25
```

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    APPEARANCES OF COUNSEL VIA ZOOM: (Continued)
 2    FOR THE PROPOSED CLASS:
 3           BONI, ZACK & SNYDER LLC
              BY JOSHUA D. SNYDER, Partner
 4           15 St. Asaphs Road
              Bala Cynwyd, Pennsylvania  19004
 5           (610) 822-0203
              (610) 822-0206
 6           jsnyder@bonizack.com
 7
 8    ALSO PRESENT:
 9           RAMON A. PERAZA, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                   Page 3
```

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1      Q    All right.  I will take breaks from time        09:10:47
 2  to time.  If you need a break for some reason, just let  09:10:50
 3  me know, I'll do my best to accommodate that.  I might   09:10:52
 4  just have a few more questions that I ask that we take   09:10:55
 5  before we go on break.                                   09:11:01
 6           Is there any reason you can't provide full      09:11:02
 7  and accurate testimony today?                            09:11:04
 8      A    None.                                           09:11:06
 9      Q    Okay.  I'd like to mark as Defendant's          09:11:06
10  Exhibit 135 Intuitive's notice of deposition to          09:11:12
11  Surgical Instrument Company.                             09:11:18
12           Austin, that is tab one.                        09:11:34
13           All right.  That's available for you on         09:11:40
14  the Exhibit Share platform now, Mr. Johnson.             09:11:42
15           Do you recognize what we've marked as           09:11:47
16  Defendant's Exhibit 135?                                 09:11:50
17      A    I don't see it.  Where do I click?  I'm         09:11:51
18  sorry.                                                   09:11:54
19              (Deposition Exhibit 135 was marked           09:11:54
20              for identification and is attached           09:11:54
21              hereto.)                                     09:11:55
22  BY MR. CHAPUT:                                           09:11:55
23      Q    So if you just refresh the screen, then it      09:11:55
24  will show up.                                            09:11:57
25      A    Are we under the Keith Johnson file or the      09:12:07
```

Page 10

```
 1    Surgical Instrument file?                              09:12:10

 2         Q     The Surgical Instrument file, it's          09:12:13

 3    probably the bottom file on your -- on your screen.    09:12:16

 4         A     Okay, I have it.                            09:12:21

 5         Q     And do you recognize Exhibit 135?           09:12:23

 6         A     Yes.                                        09:12:34

 7         Q     Okay.  If you would turn to page three of   09:12:34

 8    Exhibit 135, I'll just point your attention to topics  09:12:36

 9    two and five.                                          09:12:40

10               Topic two is your advertising promotional   09:12:43

11    marketing and other informational materials and        09:12:47

12    communications relating to the services you market or  09:12:49

13    perform on or connection -- or in connection with      09:12:52

14    EndoWrist instruments.                                 09:12:58

15               Do you see topic two?                       09:13:01

16         A     Yes.                                        09:13:02

17         Q     And are you prepared to testify on behalf   09:13:02

18    of SIS regarding topic two?                            09:13:06

19         A     Yes.                                        09:13:07

20         Q     All right.  And topic five is your          09:13:07

21    relationship with Restore Robotics, LLC; Restore       09:13:09

22    Robotics Repairs, LLC; MediVision, Inc.; Clif Parker   09:13:16

23    Robotics, LLC; Rebotix Repair, LLC; and Benjamin       09:13:21

24    Biomedical, Inc.                                       09:13:24

25               Do you see topic five?                      09:13:26
```

Page 11

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | A    Yes. | 09:13:28 |
| 2 | Q    And are you prepared to testify regarding | 09:13:28 |
| 3 | topic five on behalf of SIS? | 09:13:30 |
| 4 | A    Yes, I am. | 09:13:33 |
| 5 | Q    All right.  How did you prepare to testify | 09:13:34 |
| 6 | regarding topics two and five in our notice to SIS? | 09:13:40 |
| 7 | A    My preparation was with our legal team. | 09:13:47 |
| 8 | Q    Okay.  And what did you do to prepare | 09:13:53 |
| 9 | yourself so that you would be ready to answer questions | 09:13:56 |
| 10 | regarding topics two and five in the notice? | 09:13:58 |
| 11 | A    It was more of a general discussion with | 09:14:01 |
| 12 | Josh and Rick about this proceeding today and what we | 09:14:06 |
| 13 | would be doing. | 09:14:11 |
| 14 | The items listed are things that I'm | 09:14:11 |
| 15 | comfortable with because it's -- especially topic two | 09:14:14 |
| 16 | is something I do every day involved in customer | 09:14:19 |
| 17 | communication and marketing of our services. | 09:14:24 |
| 18 | Q    So, from your perspective, based on your | 09:14:25 |
| 19 | role at SIS, there was not further preparation that you | 09:14:27 |
| 20 | needed to do to be ready to testify on these topics on | 09:14:30 |
| 21 | behalf of SIS; is that fair? | 09:14:34 |
| 22 | A    That's fair, no. | 09:14:36 |
| 23 | Q    Just so we're clear, did you review any | 09:14:37 |
| 24 | documents in preparation for the deposition? | 09:14:40 |
| 25 | A    I did review -- | 09:14:42 |

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
1    then eventually expanded?                              12:10:58

2         A    Yes.                                         12:11:03

3         Q    In the first paragraph, top left corner of   12:11:03

4    the page, the second sentence referring to "robotic    12:11:10

5    assisted surgeries" says (as read):                    12:11:14

6                   These ground breaking procedures are    12:11:17

7              saving lives, reducing surgical site         12:11:18

8              infections, and improving patient            12:11:21

9              outcomes.                                    12:11:24

10             Do you see that sentence?                    12:11:25

11        A    Yes.                                         12:11:27

12        Q    Does SIS agree that robotic assisted         12:11:27

13   surgery provides those benefits?                       12:11:31

14             MR. VAN HOVEN:  Objection to form.           12:11:32

15             THE REPORTER:  I'm sorry, Mr. Johnson, I     12:11:46

16   didn't hear your answer.                               12:11:47

17             THE WITNESS:  Yes, I would agree.            12:11:49

18   BY MR. CHAPUT:                                         12:11:50

19        Q    What is the point of comparison?  So         12:11:56

20   saving lives compared to what, or reducing surgical    12:11:58

21   site infections compared to what?                      12:12:03

22        A    I feel that the -- the value that the        12:12:24

23   robot brings from a quality of surgery aspect has done 12:12:42

24   some pretty great things for the hospitals, for health 12:12:48

25   care.                                                  12:12:51
```

Page 101

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1          Q    Okay.  And I'm just trying to understand,      12:12:51

 2    what is that in comparison to?  Is that in comparison     12:12:55

 3    to laparoscopic surgery, open surgical modality, or       12:12:59

 4    both?                                                     12:13:05

 5          A    In 25 years of doing this, being involved      12:13:05

 6    in surgery, you know, our biggest problem is that we're   12:13:08

 7    humans, and I think that the robot helps correct some     12:13:11

 8    human errors when it comes to the actual procedure        12:13:17

 9    itself.                                                   12:13:20

10          Q    And, when you're saying that it helps to       12:13:20

11    correct human errors when it comes to the actual          12:13:28

12    procedure, you're -- you're comparing that to if the      12:13:30

13    same procedure were performed by a surgeon using an       12:13:33

14    open modality or an traditional laparoscopic modality;    12:13:37

15    is that right?                                            12:13:43

16               MR. VAN HOVEN:  Objection to form.             12:13:43

17               THE WITNESS:  Well, there's not going a        12:13:44

18    comparison in infections between open and laparoscopic.   12:13:47

19    That's -- that's not even a question for anybody.  The    12:13:50

20    infection rate is going to be substantially lower in a    12:13:52

21    laparoscopic procedure.                                   12:13:56

22               But I think, in my professional opinion,       12:13:58

23    that the robot does bring some value when it comes to     12:14:04

24    patient outcomes.                                         12:14:07

25    ///                                            ///
```

Page 102

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1   BY MR. CHAPUT:                                          12:14:12
 2       Q    So the comparison as to surgical site          12:14:14
 3   infections, you're saying, would be specific to a       12:14:16
 4   comparison between an open modality and the robotic     12:14:19
 5   assisted surgical modality; is that right?              12:14:23
 6       A    Can you ask that question one more time?       12:14:34
 7       Q    Sure.                                          12:14:36
 8            The comparison here -- SIS says that           12:14:36
 9   robotic assisted surgeries are reducing surgical site   12:14:43
10   infections, and so I'm trying to understand, reduce     12:14:47
11   it -- reducing surgical site infections compared to     12:14:51
12   what, and my understanding from what you just said      12:14:54
13   about laparoscopic surgeries would be that the          12:14:57
14   comparison would be to open procedures; is that right?  12:14:59
15            MR. VAN HOVEN:  Objection to form.             12:15:01
16            THE WITNESS:  I would agree with that.         12:15:06
17   BY MR. CHAPUT:                                          12:15:07
18       Q    There is an asterisk in that same section      12:15:12
19   in the top left with some italicized text, and it reads 12:15:15
20   (as read):                                              12:15:15
21                 The Si EndoWrist inspection and           12:15:19
22            recovery program does not conflict with        12:15:25
23            any OEM warranties or service programs.        12:15:26
24            Do you see that sentence?                      12:15:30
25       A    Yes.                                           12:15:30
```

Page 103

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
1    STATE OF CALIFORNIA     )
2                            )  ss.
3    COUNTY OF LOS ANGELES   )
4              I, Vickie Blair, CSR No. 8940, RPR-CRR, in
5    and for the State of California, do hereby certify:
6              That, prior to being examined, the witness
7    named in the foregoing deposition was by me duly sworn
8    to testify as to the truth, the whole truth, and
9    nothing but the truth;
10             That said deposition was taken before me
11   at the time and place therein set forth, and was taken
12   down by me stenographically and thereafter transcribed
13   via computer-aided transcription under my direction and
14   is a true record of the testimony given;
15             I further certify I am neither counsel
16   for, nor related to, any party to said action, nor
17   interested in the outcome thereof;
18             IN WITNESS WHEREOF, I have hereto
19   subscribed my name this 5th day of November, 2022.
20
21
22
23
24
25          Vickie Blair, CSR No. 8940, RPR-CRR
```

Page 119