**HALEY GUILIANO LLP**
JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: joshua.vanhoven@hglaw.com
GREGORY J. LUNDELL (CSB No. 234941)
E-Mail: greg.lundell@hglaw.com
111 N Market Street, Suite 900
San Jose, California 95113
Telephone: 669.213.1050
Facsimile: 669.500.7375

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard.mccaulley@hglaw.com
8 E. Huron, 1004
Chicago, Illinois 60661
Telephone: 312.330.8105

Attorneys for Plaintiff
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SURGICAL INSTRUMENT SERVICE COMPANY, INC.,

Plaintiff,

vs.

INTUITIVE SURGICAL, INC.,

Defendant.

Case No. 3:21-cv-03496-VC

Honorable Vince Chhabria

**JOINT CASE MANAGEMENT STATEMENT**

Case Management Conference:

September 28, 2022 at 2:00 p.m.

In accordance with Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16, Plaintiff Surgical Instrument Service Company, Inc ("SIS") and Defendant Intuitive Surgical, Inc. ("Intuitive") by and through their respective attorneys of record, hereby submit this Case Management Statement (the "Statement"). The Parties previously submitted their initial Case Management Statement on August 4, 2021 (the "Initial CMC Statement"). ECF No. 36. The Parties now submit this Statement and "report[] progress or changes since the last statement was filed." Civil L.R. 16-10(d).

## I. **Jurisdiction and Service**

Intuitive filed its Answer on December 14, 2021 and asserted counterclaims against SIS. ECF No. 75.

SIS filed its Answer to Intuitive's counterclaims on January 10, 2022. ECF No. 76.

No issues exist regarding personal jurisdiction, service, or venue.

## II. **Motions**

Intuitive moved the Court to dismiss the Complaint on August 6, 2021, which was fully briefed. ECF Nos. 37, 38, 51, 57. Intuitive's "Motion to Dismiss [was] largely denied," but was granted with respect to SIS's Lanham Act claim that "Intuitive Surgical misleadingly told customers that…SIS's services violate Intuitive Surgical's intellectual property rights." ECF No. 70 at 9, 12.

The Parties anticipate filing Motions for Summary Judgment, *Daubert* motions, and motions *in limine*.

***Plaintiff's Statement***

Haley Guiliano
111 N. Market St.
Suite 900
San Jose, CA 95113
United States of America

- 2 -

JOINT CASE MANAGEMENT STATEMENT
Case No. 3:21-cv-03496-VC

Case 3:21-cv-03496-AMO Document 286-1 Filed 09/21/24 Page 3 of 10

Although the Parties are currently working towards resolving certain discovery disputes, SIS anticipates filing motions to compel regarding Intuitive's deficient discovery responses and productions.

***Defendant's Statement***

Intuitive does not anticipate filing additional discovery motions, though Intuitive will oppose any motion by SIS asserting that Intuitive's written discovery or productions are deficient as any such assertion is meritless.

## III. Disclosures

The Parties exchanged initial disclosures on August 26, 2021.

## IV. Related Cases

A consolidated class action brought on behalf of Intuitive customers *In re: da Vinci Surgical Robot Antitrust Litigation*, 3:21-cv-03825 (the "Class Action"), is pending before this Court. *See* ECF No. 19 (order relating cases). There are two actions brought by third parties, *Restore Robotics LLC v. Intuitive Surgical, Inc.*, No. 5:19-cv-55-TKW-MJF, pending before Judge T. Kent Wetherell II in the Northern District of Florida; and *Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW, pending before Judge Virginia Covington in the Middle District of Florida (collectively, the "Florida Litigations")

## V. Discovery

*a. Discovery Taken to Date*

SIS has served three requests for production of documents on Intuitive, one each on December 30, 2021, March 30, 2022 and June 30, 2022. SIS served one set of interrogatories on Intuitive on March 30, 2022. Intuitive has timely responded to

Haley Guiliano
111 N. Market St.
Suite 900
San Jose, CA 95113
United States of America

all of SIS's discovery requests. The Parties met and conferred on April 6, 2022; June 3, 2022; and June 9, 2022 regarding Intuitive's discovery responses.

Intuitive has served two requests for documents on SIS, one each on December 29, 2021 and March 30, 2022. Intuitive has served two sets of interrogatories on SIS, one each on March 30, 2022 and July 1, 2022. SIS has timely responded to Intuitive's discovery requests.

The Parties have substantially completed production of responsive, non-privileged documents.

***Plaintiff's Statement***

Intuitive has largely provided the same documents it provided to the plaintiffs in the Florida Litigations. However, SIS maintains that Intuitive's production is insufficient at least because the production from those cases largely excludes documents prior to 2017, when many of the key technology decisions, product testing, FDA filings, and contractual enforcement policies were made. Intuitive has made a limited production of pre-2017 documents that is limited to a few thousand documents, which simply does not include clearly relevant documents that almost certainly exist.

***Defendant's Statement***

In response to SIS's first set of documents requests, Intuitive produced to SIS more than 90,000 documents it had produced in the Florida Litigations. In response to SIS's subsequent sets of document requests and in coordination with discovery in the Class Action, Intuitive produced to SIS more than 240,000 additional documents, including documents from ten additional custodians and across an expanded time frame. Intuitive's productions included targeted discovery of pre-2017 materials about topics SIS identifies above. After Intuitive had substantially completed its supplemental custodial collections and one day after the deadline for substantial completion of document discovery, SIS notified Intuitive of its belief that Intuitive's

Haley Guiliano
111 N. Market St.
Suite 900
San Jose, CA 95113
United States of America

- 4 -

JOINT CASE MANAGEMENT STATEMENT
Case No. 3:21-cv-03496-VC

productions were "deficient." Intuitive believes that SIS's unclear demands for additional document discovery are meritless and untimely.

*b. Limitations or Modifications of the Discovery Rules*

The Parties met and conferred to negotiate a deposition protocol on July 25, 2022; August 24, 2022; and September 2, 2022. On September 13, 2022, the Parties jointly submitted the proposed protocol to this Court for consideration, which the Court granted. ECF Nos. 94, 95.

*c. Protective Order/E-Discovery Stipulation*

The Parties filed a Stipulated Protective Order, which the Court granted. ECF Nos. 77, 78.

## VI. Settlement and ADR

The Parties do not believe additional settlement or ADR efforts would be fruitful at this time.

## VII. Scheduling

The Parties jointly moved the Court to modify the case schedule and extend certain deadlines by approximately three months, which the Court granted. ECF Nos. 89, 90. *See also* ECF Nos. 45, 53. The current case schedule is as follows:

| Event | Deadline |
|---|---|
| Joint CMC Statement due | September 21, 2022 |
| Case Management Conference | September 28, 2022 |
| Deadline to complete fact discovery | November 10, 2022 |
| Deadline to serve expert reports on all issues on which a party as the burden of proof | December 1, 2022 |

| Event | Deadline |
|---|---|
| Deadline to serve opposing expert reports | January 12, 2023 |
| Deadline to serve rebuttal expert reports | February 23, 2023 |
| Deadline to file motions for summary judgement and any *Daubert* motion(s) | March 23, 2023 |
| Deadline to file opposition to motion for summary judgment and opposition to any *Daubert* motion(s) | April 20, 2023 |
| Deadline to file reply in support of motion for summary judgment and reply in support of any *Daubert* motion(s) | May 11, 2023 |
| Hearing on motion(s) for summary judgment and any *Daubert* motion(s) | June 8, 2023 |
| Joint CMC Statement Due | June 28, 2023 |
| Case Management Conference | July 5, 2023 |

Haley Guiliano
111 N. Market St.
Suite 900
San Jose, CA 95113
United States of America

Case 3:21-cv-03496-AMO Document 281-2 Filed 05/23/24 Page 7 of 10

Dated: September 21, 2022

HALEY GUILIANO LLP
By: /s/ *Joshua V. Van Hoven*
JOSHUA V. VAN HOVEN
joshua.vanhoven@hglaw.com
GREGORY J. LUNDELL
greg.lundell@hglaw.com
111 N. Market Street, Suite 900
San Jose, California 95113
Telephone: 669.213.1050
Facsimile: 669.500.7375

RICHARD T. MCCAULLEY (*pro hac vice*)
richard.mccaulley@hglaw.com
8 E. Huron, 1004
Chicago, Illinois 60661
Telephone: 312.330.8105

*Attorneys for Plaintiff*
SURGICAL INSTRUMENT SERVICES COMPANY, INC.

/s/ *Kathryn Elizabeth Cahoy*
ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: 408.477.9690

KATHRYN ELIZABETH CAHOY
MATTHEW ERIK DELGADO
kcahoy@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Tel: (650) 632-4700
Fax: (650) 632-4800

ASHLEY E BASS
JOHN FOSTER KENDRICK
abass@cov.com
jkendrick@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 10th St NW
Washington, DC 20001
202-662-6000

SONYA DIANE WINNER
ISAAC DANIEL CHAPUT
swinner@cov.com

HG Haley Guiliano
111 N. Market St.
Suite 900
San Jose, CA 95113
United States of America

ichaput@cov.com
COVINGTON & BURLING LLP
415 Mission Street
Floor 54
San Francisco, CA 94105-2533
Tel: (415) 591-6000

KAREN HOFFMAN LENT (*pro hac vice*)
karen.lent@skadden.com
MICHAEL H. MENITOVE (*pro hac vice*)
michael.menitove@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: 212.735.3000
Facsimile: 212.735.2040

*Attorneys for Defendant*
INTUITIVE SURGICAL, INC.

Haley Guiliano
111 N. Market St.
Suite 900
San Jose, CA 95113
United States of America

Case 3:21-cv-03496-AMO Document 286-2 Filed 09/05/24 Page 9 of 10

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2022, I caused a copy of the foregoing **JOINT CASE MANAGEMENT STATEMENT**, to be electronically filed and served electronically via the Court's CM/ECF system, which will send automatically serve notice to all registered counsel of record.

Dated: September 21, 2022

/s/ *Joshua V. Van Hoven*
JOSHUA V. VAN HOVEN

Haley Guiliano
111 N. Market St.
Suite 900
San Jose, CA 95113
United States of America

- 9 -

JOINT CASE MANAGEMENT STATEMENT
Case No. 3:21-cv-03496-VC

## FILER'S ATTESTATION

I, Joshua Van Hoven, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel listed above have concurred in this filing.

/s/ *Joshua V. Van Hoven*
JOSHUA V. VAN HOVEN

HG Haley Guiliano
111 N. Market St.
Suite 900
San Jose, CA 95113
United States of America