**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** June 7, 2024 | **Time:** 2:22 - 3:06 (44 M) | **Judge:** ARACELI MARTÍNEZ-OLGUÍN |
|---|---|---|
| **Case No.:** 21-cv-03496-AMO  21-cv-03825-AMO | **Case Name:** Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc. and In Re: Da Vinci Surgical Robot Antitrust Litigation | |

**Attorneys for Plaintiffs:** Richard McCaulley (S.I.S.), Jeff Corrigan (Hospital Plaintiffs), Chris Bateman (Hospital Plaintiffs)
**Attorneys for Defendant:** Kenneth A. Gallo, William Michael, Joshua Hill, Sonya Winner

| **Deputy Clerk:** Jenny Galang | **Court Reporter:** Digitally Recorded |
|---|---|

**PROCEEDINGS**

Further Case Management Conference – held via Zoom.

The Court granted stipulation on ECF No. 265 in case 21-cv-03825. Pretrial order to be issued. The Court set the following on calendar:

Pretrial Conference:  November 25, 2024, at 11:00 a.m.
Jury Selection/Trial:  January 6, 2025, at 8:30 a.m., for 20 days.