| | |
|---|---|
| Sonya D. Winner (SBN 200348)<br>COVINGTON & BURLING LLP<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br>Email: swinner@cov.com<br><br>Kathryn E. Cahoy (SBN 298777)<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, California 94306-2112<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>Email: kcahoy@cov.com | Ashley E. Bass (*Pro Hac Vice*)<br>Andrew Lazerow (*Pro Hac Vice*)<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 Tenth Street NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-6000<br>Facsimile: (202) 6291<br>Email: abass@cov.com<br>Email: alazerow@cov.com |

*Attorneys for Defendant/Counterclaimant
Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>　　　　　　　Plaintiff/<br>　　　Counterclaim-Defendant<br><br>　vs.<br><br>INTUITIVE SURGICAL, INC.,<br><br>　　　　　　　Defendant/<br>　　　　　Counterclaimant. | Case No.: 3:21-cv-03496-AMO-LB<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY JOHN KENDRICK**<br><br><br>Judge: The Honorable Araceli Martínez-Olguín |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that attorney John Kendrick hereby withdraws his appearance in the above-captioned matters as counsel of record on behalf of Intuitive Surgical, Inc. Allen Ruby and all other counsel at Covington & Burling LLP and Paul, Weiss, Rifkind, Wharton & Garrison LLP who have appeared in this matter shall remain as counsel of record for Intuitive Surgical, Inc.

DATED: July 1, 2024

By: /s/ Kathryn E. Cahoy

Kathryn E. Cahoy (SBN 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

*Additional Counsel for Intuitive Surgical, Inc.*

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
COVINGTON & BURLINGTON LLP
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Ashley E. Bass (*Pro Hac Vice*)
Andrew Lazerow (*Pro Hac Vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 6291
Email: abass@cov.com
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690
Email: allen@allenruby.com