Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant/Counterclaimant. | Civil Case No.:  3:21-CV-03496-AMO-LB <br> **STIPULATION AND [PROPOSED] ORDER REGARDING OMNIBUS SEALING PROCEDURES** <br><br> Judge: The Honorable Araceli Martínez-Olguín |

WHEREAS, Plaintiffs and Intuitive Surgical, Inc. (collectively the "Parties") wish to conserve the resources of the Court and the Parties by avoiding filing multiple sealing motions and declarations;

WHEREAS the Parties anticipate that filings in this action will continue to involve information designated as confidential by the Parties and multiple non-parties under the terms of Dkt. No. 78 and 199 (noting that previous briefing in this matter involved potentially confidential information relating to 18 third parties);

WHEREAS substantial time can be required to carefully and properly redact each Party and non-party's confidential information and thus avoid inadvertent public filings of confidential information;

WHEREAS parties in other matters in the Northern District of California have, with court approval, stipulated to modifications of the sealing procedures set forth in the local rules when warranted to streamline the process when multiple sealing motions and orders otherwise would be required, *see, e.g.*, Stipulation and Order Modifying Sealing Procedures, *In re Apple iPhone Antitrust Litigation* (Dec. 15, 2022) (adopting the parties' modified sealing procedure which involved filing an omnibus sealing motion after briefing on the underlying motions concluded);

WHEREAS the Court has previously requested an omnibus filing to collect sealing requests and the supporting materials in this case after briefing on the underlying motions concluded, *see* Dkt. No. 189;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

1. If a Party files a document for which it intends to request sealing or for which it believes another Party or third party intends to request sealing, the Party may file the document in redacted or slip-sheet form.  The Party will then contemporaneously file a one-page Interim Sealing Motion, which will indicate that the reasons for sealing will be discussed in a forthcoming omnibus sealing motion.  The Interim Sealing Motion will attach an unredacted copy of the documents on the ECF docket, provisionally under seal.

2. After filing the underlying brief and Interim Sealing Motion, the Party filing the underlying document sought to be sealed shall bear the responsibility of (1) notifying each affected third party regarding any of its confidential information that has been filed under seal and (2) soliciting each affected third party's request(s) for sealing or waiver(s) of confidentiality for inclusion in the omnibus sealing motion.

3. The Parties and any affected third parties shall jointly file an omnibus sealing motion within 14 days after the conclusion of all briefing of the underlying motion or filing (including any associated filings such as motions to strike).

    a. The omnibus sealing motion shall attach declarations supporting requests to seal.

    b. The omnibus sealing motion shall attach a proposed order. The proposed order shall include a chart listing all documents requested to be sealed.  The chart shall comply with the following format, which is found on page 6 of Judge Martínez-Olguín's Standing Orders:

| Document or title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Example: John Doe Medical Records | 34-2 | 35-2 | 35 | Plaintiff | Partial | Sensitive portions of medical record are unrelated to the claims | |

4. To the extent a Party or non-party has an objection to a sealing request, an opposition to the omnibus sealing motion may be filed pursuant to Local Rule 7-11(b) no later than 5 days after the motion has been filed.

5. The Party filing the underlying document sought to be sealed shall file the public-facing version of the document, with any redactions pursuant to the Court's sealing order, within 21 days following the Court's order on the omnibus sealing motion.

IT IS SO STIPULATED AND AGREED.

Dated: August 9, 2024

By: */s/ Joshua V. Van Hoven*
JOSHUA V. VAN HOVEN

Joshua V. Van Hoven (CSB No. 261815)
**MCCAULLEY LAW GROUP LLC**
3001 Bishop Dr., Suite 300 San Ramon,
California 94583
Telephone: 925.302.5941
E-Mail: josh@mccaulleylawgroup.com

Richard T. McCaulley (*pro hac vice*) 180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105
Email: richard@mccaulleylawgroup.com

*Attorneys for Surgical Instrument Service Company, Inc*

Dated:  August 9, 2024

By: */s/ Kathryn E. Cahoy*
KATHRYN E. CAHOY

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420 Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas

New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLINGTON LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Andrew Lazerow (Pro Hac Vice)
**COVINGTON & BURLINGTON LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
allen@allenruby.com
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690
Attorneys for *Defendant Intuitive Surgical, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.



GRANTED
Judge Araceli Martínez-Olguín
August 12, 2024

6

**STIPULATION AND [PROPOSED] ORDER
REGARDING OMNIBUS SEALING PROCEDURES**

Case No. 3:21-CV-03496-AMO-LB