1 | Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
2 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
3 | Washington, DC  20006-1047
Telephone:  (202) 223-7300
4 | Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
5 | Email: pbrachman@paulweiss.com

6 | William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
7 | Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
8 | 1285 Avenue of the Americas
New York, NY 10019-6064
9 | Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
10 | Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
11 | Email: dcrane@paulweiss.com

12 | Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
13 | 535 Mission Street, 24th Floor
San Francisco, CA 94105
14 | Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
15 | Email: jhill@paulweiss.com

16 | *Attorneys for Defendant Intuitive Surgical, Inc.*

17 | [Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., | Case No. 3:21-cv-03496-AMO |
| *Plaintiff*, v. | **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY** |
| INTUITIVE SURGICAL, INC., *Defendant.* | Date:  September 26, 2024<br>Time:  2:00 p.m.<br>Courtroom:  10<br><br>The Honorable Araceli Martínez-Olguín |

DOCUMENT FILED UNDER SEAL IN ITS ENTIRETY