Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br>        *Plaintiff*, <br> v. <br> INTUITIVE SURGICAL, INC., <br>        *Defendant*. | Case No. 3:21-cv-03496-AMO <br><br> **DECLARATION OF PAUL D. BRACHMAN IN SUPPORT OF INTUITIVE'S MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY** <br><br> The Honorable Araceli Martínez-Olguín |

I, PAUL D. BRACHMAN, declare as follows:

1. I am an attorney licensed to practice in New York and the District of Columbia, and am admitted *pro hac vice* to practice before this Court. I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Intuitive Surgical, Inc. ("Intuitive") in this matter. I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently hereto.

2. Attached to this declaration as **Exhibit 1** is a true and correct copy of excerpts of the Updated Bero Report Schedules / Errata Sheet dated February 25, 2023, which was previously filed on the docket in this matter with redactions to protect confidential material at ECF No. 229-48.

3. Attached to this declaration as **Exhibit 2** is a true and correct copy of the Expert Report of Richard F. Bero dated December 2, 2022.

4. Attached to this declaration as **Exhibit 3** is a true and correct copy of the Second Rebuttal Expert Report of Richard F. Bero dated March 1, 2023, which was previously filed on the docket in this matter with redactions to protect confidential material at ECF No. 229-49.

5. Attached to this declaration as **Exhibit 4** is a true and correct copy of the Declaration of David Rosa dated April 12, 2023, which was previously filed on the docket in this matter at ECF No. 137-2.

6. Attached to this declaration as **Exhibit 5** is a true and correct copy of a press release published by Encore Medical Device Repair on Apr 16, 2024. The press release is available at https://www.prweb.com/releases/encore-medical-device-repair-introduces-robotic-remanufacturing-and-sustainability-program-at-hspa-302116792.html.

7. Attached to this declaration as **Exhibit 6** is a true and correct copy of excerpts of the transcript of the deposition of Greg Posdal, 30(b)(6) designee for Surgical Instrument Service Company, Inc. ("SIS"), taken in this matter on November 1, 2022.

8. Attached to this declaration as **Exhibit 7** is a true and correct copy of excerpts of the transcript of the deposition of Rick Ferreira taken in this matter on November 10, 2022.

9. Attached to this declaration as **Exhibit 8** is a true and correct copy of excerpts of the transcript of the deposition of Keith Johnson, 30(b)(6) designee for Surgical Instrument Service Company, Inc. ("SIS"), taken in this matter on October 27, 2022.

10. Attached to this declaration as **Exhibit 9** is a true and correct copy of excerpts of the transcript of the deposition of Kevin May taken in this matter on November 3, 2022.

11. Attached to this declaration as **Exhibit 10** is a true and correct copy of a letter sent to Richard McCaulley of the McCaulley Law Group, counsel for SIS, on June 24, 2024.

12. Attached to this declaration as **Exhibit 11** is a true and correct copy of an email sent to Richard McCaulley of the McCaulley Law Group, counsel for SIS, on July 18, 2024, attaching a draft proposed stipulation of facts.

13. Attached to this declaration as **Exhibit 12** is a true and correct copy of a draft proposed stipulation of facts sent to Richard McCaulley of the McCaulley Law Group, counsel for SIS, on July 18, 2024.

14. Attached to this declaration as **Exhibit 13** is a true and correct copy of the transcript of proceedings before this Court in this matter on June 7, 2024.

15. Attached to this declaration as **Exhibit 14** is a true and correct copy of the Expert Damages Rebuttal Report of Loren K. Smith dated January 18, 2023, which was previously filed on the docket in this matter with redactions to protect confidential material at ECF No. 229-47.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 12, 2024        By: /s/ *Paul D. Brachman*

                                                   PAUL D. BRACHMAN

# FILER'S ATTESTATION

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified above has concurred in this filing.

Dated: August 12, 2024

By: /s/ *Kenneth A. Gallo*
Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com

*Attorney for Defendant
Intuitive Surgical, Inc.*