# EXHIBIT 1

to

# PAUL D. BRACHMAN DECLARATION IN SUPPORT OF INTUITIVE'S MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY

# ATTACHMENT 48

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant. | Case No.: 3:21-cv-03496-VC |

**Updated Bero Report Schedules / Errata Sheet**
**February 25, 2023**

Case 3:21-cv-03496-AMO   Document 229-48   Filed 08/12/24   Page 5 of 6
Case 3:21-cv-03496-AMO   Document 224-2   Filed 05/17/24   Page 4 of 6
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Schedules Index

| Schedule # | Title |
|---|---|
| Updated Schedule 1.0 | Damages Summary |
| Updated Schedule 2.0 | Scenario 1 - Discounted Lost Profits: In-house Model |
| Updated Schedule 2.1 | Scenario 1 - Undiscounted Lost Profits: In-house Model |
| Updated Schedule 2.2 | Scenario 1 - Lost EndoWrist Repair Units |
| Updated Schedule 3.0 | Scenario 1 - Discounted Lost Profits: Distributor Model |
| Updated Schedule 3.1 | Scenario 1 - Undiscounted Lost Profits: Distributor Model |
| Updated Schedule 4.0 | Scenario 2 - Discounted Lost Profits: In-house Model (2 Year X/Xi Delay) |
| Updated Schedule 4.1 | Scenario 2 - Undiscounted Lost Profits: In-house Model (2 Year X/Xi Delay) |
| Updated Schedule 4.2 | Scenario 2 - Lost EndoWrist Repair Units (2 Year X/Xi Delay) |
| Updated Schedule 4.3 | Scenario 2 - Discounted Lost Profits: In-house Model  (1 Year X/Xi Delay) |
| Updated Schedule 4.4 | Scenario 2 - Undiscounted Lost Profits: In-house Model  (1 Year X/Xi Delay) |
| Updated Schedule 4.5 | Scenario 2 - Lost EndoWrist Repair Units  (1 Year X/Xi Delay) |
| Updated Schedule 5.0 | Scenario 2 - Discounted Lost Profits: Distributor Model (2 Year X/Xi Delay) |
| Updated Schedule 5.1 | Scenario 2 - Undiscounted Lost Profits: Distributor Model (2 Year X/Xi Delay) |
| Updated Schedule 5.2 | Scenario 2 - Discounted Lost Profits: Distributor Model  (1 Year X/Xi Delay) |
| Updated Schedule 5.3 | Scenario 2 - Undiscounted Lost Profits: Distributor Model  (1 Year X/Xi Delay) |
| Schedule 6.0 | Intuitive's U.S. EndoWrist Instrument Units - Actual and Forecasted: 2014 - 2025 |
| Schedule 7.0 | Estimated EndoWrist Expiration Rates: 2018 - 2021 |
| Schedule 8.0 | Potential EndoWrist Instrument Units, Net Sales Dollars and Average Selling Price by System (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022 |
| Schedule 8.1 | Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022 |
| Schedule 8.2 | Potential EndoWrist Instrument Units, Net Sales Dollars and ASP by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and September 2019 Vizient Amended Agreement Prices): 2018 - June 2022 |
| Schedule 9.0 | SIS's Estimated EndoWrist Instrument Repair Cost:2020 - June 2022 |
| Schedule 9.1 | Intuitive's "Top 5" X/Xi EndoWrist Instrument Units:2018 - June 2022 |

Case 3:21-cv-03496-AMO   Document 229-48   Filed 08/12/24   Page 5 of 6
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Schedules Index

| Schedule # | Title |
|---|---|
| Schedule 10.0 | SIS's Estimated Interceptor Chip Cost (Based on Rebotix's Sales to Restore) |
| Schedule 10.1 | Rebotix Sales to SIS: June 27, 2019 - November 21, 2019 |
| Schedule 11.0 | Potential EndoWrist Instrument Units, Costs and Costs per Unit by System (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022 |
| Schedule 11.1 | Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci S/Si (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022 |
| Schedule 11.2 | Potential EndoWrist Instrument Units, Costs and Costs per Unit by Product (Instrument Number) - da Vinci X/Xi (Using Intuitive Sales Volumes and Rebotix Pricing): 2018 - June 2022 |
| Schedule 12.0 | SIS's EndoWrist Instrument Sales Prices and Costs (from Rebotix) - da Vinci S/Si |
| Schedule 12.1 | SIS's EndoWrist Instrument Sales Prices and Costs (from Rebotix) - da Vinci X/Xi |
| Schedule 12.2 | SIS's EndoWrist Instrument Sale Price vs Intuitive Sales Price - da Vinci S/Si |
| Schedule 13.0 | Intuitive's EndoWrist Instrument Units, Net Sales Dollars and Average Selling Price by System: 2014 - June 2022 |
| Schedule 13.1 | Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci S/Si: 2014 - June 2022 |
| Schedule 13.2 | Intuitive's EndoWrist Instrument Units and Net Sales Dollars by Product (Instrument Number) - da Vinci X/Xi: 2014 - June 2022 |
| Schedule 14.0 | SIS's EndoWrist Instrument Repair Summary |
| Schedule 15.0 | SIS's Financial Statements: 2019 - October 2021 |
| Schedule 15.1 | SIS's Detailed SGA: 2019 - October 2021 |
| Schedule 16.0 | Intuitive EndoWrist Instrument Average Selling Price, Units and Net Sales Dollars: 2020 - 2025 |
| Updated Schedule 16.1 | Lanham Act Based on Scenario 2 - Unenforceable Contracts(2 Year X/Xi Delay): 2020 - 2025 |
| Updated Schedule 16.2 | Lanham Act Based on Scenario 2 - Unenforceable Contracts(1 Year X/Xi Delay): 2020 - 2025 |

# Damages Summary
# Updated Schedule 1.0

| | | 2020 | 2021 | 2022 | 2023 | 2024 (discounted) | 2025 (discounted) | Total |
|---|---|---|---|---|---|---|---|---|
| | **Lost profits** | | | | | | | |
| | **Scenario 1 - Illegal Encryption** | | | | | | | |
| [A] | In-house model | $4,683,351 | $16,356,080 | $23,334,015 | $26,646,628 | $21,236,600 | $6,599,204 | $98,855,878 |
| [B] | Distributor model | $1,757,047 | $6,090,950 | $8,590,929 | $9,808,514 | $7,816,508 | $2,428,888 | $36,492,836 |
| | **Scenario 2 - Unenforceable Contracts** | | | | | | | |
| | **2 Year X/Xi delay** | | | | | | | |
| [C] | In-house model | $725,610 | $1,030,904 | $5,404,742 | $19,102,063 | $21,236,600 | $6,599,204 | $54,099,123 |
| [D] | Distributor model | $264,784 | $371,772 | $1,992,184 | $7,031,789 | $7,816,508 | $2,428,888 | $19,905,925 |
| | **1 Year X/Xi delay** | | | | | | | |
| [E] | In-house model | $725,610 | $5,628,512 | $16,814,330 | $26,646,628 | $21,236,600 | $6,599,204 | $77,650,884 |
| [F] | Distributor model | $264,784 | $2,087,546 | $6,191,404 | $9,808,514 | $7,816,508 | $2,428,888 | $28,597,644 |
| | **Lanham Act** | | | | | | | |
| [G] | Scenario 2 - 2 year X/Xi delay | $3,274,156 | $4,775,564 | $25,742,312 | $91,369,970 | $101,623,818 | $31,582,076 | $258,367,896 |
| [H] | Scenario 2 - 1 year X/Xi delay | $3,274,156 | $26,905,717 | $80,352,656 | $127,480,940 | $101,623,818 | $31,582,076 | $371,219,363 |

**NOTES / SOURCES:**

Note: Any minor differences are due to rounding.

[A] Per Updated Schedule 2.0.

[B] Per Updated Schedule 3.0.

[C] Per Updated Schedule 4.0.

[D] Per Updated Schedule 5.0.

[E] Per Updated Schedule 4.3.

[F] Per Updated Schedule 5.2.

[G] Per Updated Schedule 16.1.

[H] Per Updated Schedule 16.2.