**EXHIBIT 2**

**to**

**PAUL D. BRACHMAN DECLARATION
IN SUPPORT OF INTUITIVE'S MOTION FOR
LIMITED SUPPLEMENTAL DISCOVERY**

DOCUMENT FILED UNDER SEAL
IN ITS ENTIRETY