**EXHIBIT 5**

to

**PAUL D. BRACHMAN DECLARATION
IN SUPPORT OF INTUITIVE'S MOTION FOR
LIMITED SUPPLEMENTAL DISCOVERY**

# Encore Medical Device Repair Introduces Robotic Remanufacturing and Sustainability Program at HSPA

NEWS PROVIDED BY
**Encore Medical Device Repair**
Apr 16, 2024, 08:00 ET

The program is designed to help hospitals reduce the cost of robotic surgery while reducing the environmental footprint of surgeries.

SCOTTSDALE, Ariz., April 16, 2024 /PRNewswire-PRWeb/ -- **Encore Medical Device Repair** today announced that it will introduce participants to its robotic remanufacturing and sustainability program at the annual conference of the Healthcare Sterile Processing Association (HSPA) in Las Vegas, April 21-23. The initiative is a part of the company's advanced instrument repair program. The annual conference is the sterile processing profession's leading in-person educational and networking event.

The instrument repair industry is challenged with long repair times, low-quality repairs, high rates of instrument unrepairability, and lack of cost transparency. Encore combines the most qualified technologists in the industry with control of the parts supply chain and a customer-focused repair offering to deliver enhanced reliability and unique customer value. The company's commitment to elevating the industry from instrument repair to asset stewardship penetrates its operations from instrument repair to staff education. Ultimately, the quality of medical instruments is directly related to the quality of patient care.

**The cost of robotic instruments is simply too high, and we want to work with sterile processing and hospital executives to bring these costs down.**

✕ Post this

"Sterile processing professionals play a key role in protecting the hospital's operational efficiency and patient safety. I am looking forward to discussing our new robotic sustainability program with the highly competent and hard-working professionals at the conference," says Encore President and COO Tom Milano. "The cost of robotic instruments is simply too high, and we want to work with sterile processing and hospital executives to bring these costs down."

The robotic remanufacturing and sustainability program allows hospitals to either purchase remanufactured robotic instruments or collect certain robotic accessories to obtain credit for instrument repair work.

Encore was formed in 2023 through the merger of several medical instrument repair and parts companies. The company offers a full suite of instrument repair services. Through its collaboration with Restore Robotics, Encore is the only company that can sell FDA cleared remanufactured robotic instruments.

About Encore Medical Device Repair

**Encore Medical Device Repair** was founded in 2022 on the vision that device and instrument reuse should play a key role in responsible healthcare. To achieve this, the founders knew they had to raise the level of quality, sophistication, transparency, and service in the industry. A focus on the highest-price, highest-utilization instrument categories allows Encore to employ the most qualified technicians and deliver unparalleled service while containing costs.

**Media Contact**

Lori Luechtefeld, WIT Strategy for Encore Medical Device Repair, 310-210-4757, **lluechtefeld@witstrategy.com**, **https://encoremdr.com**