# EXHIBIT 6

## to

## PAUL D. BRACHMAN DECLARATION IN SUPPORT OF INTUITIVE'S MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY

DOCUMENT FILED UNDER SEAL

IN ITS ENTIRETY