# EXHIBIT 12

to

# PAUL D. BRACHMAN DECLARATION IN SUPPORT OF INTUITIVE'S MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br>    *Plaintiff*, <br> v. <br> INTUITIVE SURGICAL, INC., <br>    *Defendant*. | Case No. 3:21-cv-03496-AMO <br><br> **STIPULATION OF FACTS** <br><br> The Honorable Araceli Martínez-Olguín |

Plaintiff Surgical Instrument Service Company, Inc., and Defendant Intuitive Surgical, Inc. stipulate to the following facts as true since November 10, 2022:

1. SIS is aware, and has been aware since at least April of 2023, of Intuitive's statement that it will not void its service contract with, cease doing business with, or consider it a breach of contract by a customer in the United States who chooses to purchase remanufactured instruments that have been remanufactured by a third party pursuant to and in compliance with a 510(k) clearance or equivalent granted by the FDA.

2. SIS has not sought or received FDA clearance for any service relating to EndoWrists.

3. SIS is not aware of any other third-party, except Iconocare, that has sought or received FDA clearance for any service relating to EndoWrists.

4. SIS is not aware of the FDA having granted clearance to any third-party to remanufacture any instruments for use with 4th generation da Vinci technology, including the da Vinci X, Xi and SP systems.

5. SIS has not developed the technical ability to reset the use counter on X/Xi EndoWrists.

6. SIS is not aware of any other third-party that has developed the technical ability to reset the use counter on X/Xi EndoWrists.

7. SIS has not sold or offered to sell its own or any other third-party's EndoWrist repair or remanufacturing service to any customer.

8. SIS has not entered into any partnership or other venture with Restore, Iconocare, or any other third-party to sell any FDA-cleared EndoWrist products or services to any customer.

9. SIS has continued to offer its EndoWrist "recovery" service to customers.

10. SIS is not aware of Intuitive Surgical having done anything to interfere with SIS's ability to offer its EndoWrist "recovery" service to customers.

11. SIS continues to provide instrument repair services to hospitals and its business has been profitable in each year between 2022 and now.

| | |
|---|---|
| 1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. |

| | |
|---|---|
| Dated:  July X, 2024 | By: *DRAFT* _____<br>     Kenneth A. Gallo |
| | Kenneth A. Gallo (*pro hac vice*)<br>Paul D. Brachman (*pro hac vice*)<br>**PAUL, WEISS, RIFKIND, WHARTON &**<br>**GARRISON LLP**<br>2001 K Street, NW<br>Washington, DC  20006-1047<br>Telephone:  (202) 223-7300<br>Facsimile:  (202) 204-7420<br>Email: kgallo@paulweiss.com<br>Email: pbrachman@paulweiss.com |
| | William B. Michael (*pro hac vice*)<br>Crystal L. Parker (*pro hac vice*)<br>Daniel A. Crane (*pro hac vice*)<br>**PAUL, WEISS, RIFKIND, WHARTON &**<br>**GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone:  (212) 373-3000<br>Facsimile:  (212) 757-3990<br>Email: wmichael@paulweiss.com<br>Email: cparker@paulweiss.com<br>Email: dcrane@paulweiss.com |
| | Joshua Hill Jr. (SBN 250842)<br>**PAUL, WEISS, RIFKIND, WHARTON &**<br>**GARRISON LLP**<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone:  (628) 432-5100<br>Facsimile:  (628) 232-3101<br>Email: jhill@paulweiss.com |
| | Sonya D. Winner (SBN 200348)<br>**COVINGTON & BURLINGTON LLP**<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone:  (415) 591-6000<br>Facsimile:  (415) 591-6091<br>Email: swinner@cov.com |
| | Kathryn E. Cahoy (SBN 298777)<br>**COVINGTON & BURLINGTON LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, California 94306-2112<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>Email: kcahoy@cov.com |

|   |   |
|---|---|
|   | Andrew Lazerow (*pro hac vice*)<br>**COVINGTON & BURLINGTON LLP**<br>One City Center 850 Tenth Street NW<br>Washington DC 20001-4956<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br>Email: alazerow@cov.com |
|   | Allen Ruby (SBN 47109)<br>**ALLEN RUBY, ATTORNEY AT LAW**<br>15559 Union Ave. #138<br>Los Gatos, California 95032<br>Telephone: (408) 477-9690<br>Email: allen@allenruby.com |
|   | Attorneys for *Defendant Intuitive Surgical, Inc.* |
| Dated: July X, 2024 | By: *DRAFT*<br>       Joshua V. Van Hoven |
|   | Joshua V. Van Hoven (CSB No. 262815)<br>**MCCAULLEY LAW GROUP LLC**<br>Email: josh@mccaulleylawgroup.com<br>3001 Bishop Dr., Suite 300<br>San Ramon, California 94583<br>Telephone: (925) 302-5941 |
|   | Richard T. McCaulley (*pro hac vice*)<br>**MCCAULLEY LAW GROUP LLC**<br>Email: richard@mccaulleylawgroup.com<br>180 N. Wabash Avenue, Suite 601<br>Chicago, Illinois 60601<br>Telephone: (312) 330-8105 |
|   | Attorneys for Plaintiff *Surgical Instrument Service Company, Inc.* |

**E-Filing Attestation**

I, _____, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

<em>DRAFT</em>_____