1 | **MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN, (CSB No. 261815)
2 | E-Mail: josh@mccaulleylawgroup.com
3001Bishop Dr., Suite 300
3 | San Ramon, California 94583
Telephone: 925.302.5941
4 |
5 | RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
6 | 180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
7 | Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant,*
8 | SURGICAL INSTRUMENT SERVICE COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC. <br><br> *Plaintiff,* <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> *Defendant.* | Case No. 3:21-cv-03496-AMO <br><br> **PLAINTIFF SURGICAL INSTRUMENT SERVICE COMPANY, INC.'S INTERIM SEALING MOTION IN CONNECTION WITH MOTION TO REOPEN DISCOVERY** <br><br> Hearing: September 26, 2024 <br> Time: 2 PM PDT <br> Courtroom 10 <br> The Honorable Araceli Martinez-Olguin <br><br> Complaint Filed: May 10, 2021 |

## NOTICE OF MOTION AND MOTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), and the Joint Stipulation and Order Regarding Omnibus Sealing Procedures, Dkt. 242, Plaintiff Surgical Instrument Service Company, Inc. ("SIS") files this Interim Sealing Motion with respect to its Opposition to Intuitive Surgical, Inc.'s ("Intuitive") Motion to Reopen Discovery and Exhibits 8, 9, and 12 to the Declaration of Joshua Van Hoven.

Consistent with the Joint Stipulation and Order Regarding Omnibus Sealing Procedures, Dkt. 242, SIS will notify any affected third parties and, within 14 days after the conclusion of the parties' briefing on the Motion to Reopen Discovery, the parties will file an omnibus sealing motion attaching (a) support for any Party's or third party's request to maintain under seal any documents or portions of documents; and (b) attaching a proposed order with a chart listing all documents that a Party or third party seeks to maintain under seal. *See id.* at ¶¶ 2–3.

| | |
|---|---|
| Dated: August 26, 2024 | **McCAULLEY LAW GROUP LLC** |
| | By: /s/ *Joshua Van Hoven* |
| | JOSHUA V. VAN HOVEN |
| | Email: josh@mccaulleylawgroup.com<br>3001 Bishop Dr., Ste. 300<br>San Ramon, CA 94583<br>Telephone: 925.302.5941 |
| | RICHARD T. McCAULLEY (*pro hac vice*)<br>Email: richard@mccaulleylawgroup.com<br>180 N. Wabash Ave., Ste. 601<br>Chicago, IL 60601<br>Telephone: 312.330.8105 |
| | *Attorneys for* SURGICAL INSTRUMENT SERVICE, COMPANY, INC. |

## CERTIFICATE OF SERVICE

On August 26, 2024, I caused a copy of Plaintiff's Interim Sealing Motion to be electronically filed via the Court's Electronic Case Filing System and served via email on counsel of record for Intuitive Surgical, Inc.

Dated: August 26, 2024                              By: */s/ Joshua Van Hoven*

-25-

Plaintiff SIS's Interim Sealing Motion in Connection with Motion to Reopen Discovery
3:21-cv-03496-AMO