1  **McCAULLEY LAW GROUP LLC**
   JOSHUA V. VAN HOVEN, (CSB No. 261815)
2  E-Mail: josh@mccaulleylawgroup.com
   3001 Bishop Dr., Suite 300
3  San Ramon, California 94583
   Telephone: 925.302.5941
4
   RICHARD T. MCCAULLEY (*pro hac vice*)
5  E-Mail: richard@mccaulleylawgroup.com
   180 N. Wabash Avenue, Suite 601
6  Chicago, Illinois 60601
   Telephone: 312.330.8105
7
   *Attorneys for Plaintiff and Counter-Defendant,*
8  SURGICAL INSTRUMENT SERVICE COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>   *Plaintiff,*<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>   *Defendant.* | Case No. 3:21-cv-03496-AMO<br><br>**DECLARATION OF JOSHUA VAN HOVEN IN SUPPORT OF PLAINTIFF SIS'S BRIEF OPPOSING INTUITIVE'S MOTION TO REOPEN DISCOVERY**<br><br>Hearing: September 26, 2024<br>Time: 2 PM PDT<br>Courtroom 10<br>The Honorable Araceli Martinez-Olguin<br><br>Complaint Filed: May 10, 2021 |

I, JOSHUA VAN HOVEN, declare as follows:

I am an attorney at the law firm of MCCAULLEY LAW GROUP LLC, attorneys for Plaintiff SURGICAL INSTRUMENT SERVICE COMPANY, INC. ("SIS") in this matter. I have personal knowledge of the matters set forth herein, unless otherwise noted.

1. Attached as Exhibit 1 is a true and correct copy of a an FDA 510(k) Summary for an 8mm Monopolar Curved Scissors to Iconocare Health, dated September 30, 2022 and November 15, 2022, which was produced by Surgical Instrument Service Company, Inc. in this case and bates-labeled as SIS357813 - SIS357818, and is also publicly available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K210478 .

2. Attached as Exhibit 2 is a true and correct copy of excerpts of the 30(b)(6) Deposition of Keith Robert Johnson, which was taken on October 27, 2022.

3. Attached as Exhibit 3 is a true and correct copy of excerpts of the Deposition of Jean Sargent, which was taken on March 6, 2023.

4. Attached as Exhibit 4 is a true and correct copy of excerpts of the Deposition of Dan Jones, which was taken on November 10, 2022 - the portions that are attached hereto were previously filed on the public docket at Dkt. 228-47.

5. Attached as Exhibit 5 is a true and correct copy of an Intuitive Letter, which is dated January 29, 2020, which was produced by Intuitive in this case and bates-labeled Intuitive-00552745-Intuitive-00552759 - the portions that are attached hereto were previously filed on the public docket at Dkt. 222-27.

6. Attached as Exhibit 6 is a true and correct copy of e-mail correspondence between FDA and Rebotix, starting December 10, 2021, which was publicly filed in Rebotix Repair LLC v. Intuitive Surgical, Inc., 8:20-cv-2274 (M.D. Fla.).

7. Attached as Exhibit 7 is a true and correct copy of excerpts of the Deposition of Stan Hamilton, which was taken on November 4, 2022 - the portions that are attached hereto were previously filed on the public docket at Dkt. 222-50.

8. Attached as Exhibit 8 is a true and correct copy of a document which was

produced by Intuitive in this case and bates-labeled Intuitive-002070399-Intuitive-02070405.

9. Attached as Exhibit 9 is a true and correct copy of a document which was produced by Intuitive in this case and bates-labeled Intuitive-02072151-Intuitive-02072157.

10. Attached as Exhibit 10 is a true and correct copy of the first page of a "Dear Intuitive Customer" Letter relating to the December 31, 2024 end-of-service date and final buy notice for da Vinci Si Surgical System, instruments, accessories, and endoscopes, which is dated July 8, 2024.

11. Attached as Exhibit 11 is a true and correct copy excerpts of the Deposition of Stan Hamilton, which was taken on November 4, 2022 - the portions that are attached hereto were previously filed on the public docket at Dkt. 228-60.

12. Attached as Exhibit 12 is a true and correct copy of excerpts of the Deposition of Clifton Earl Parker, which was taken on October 25, 2022.

13. Attached as Exhibit 13 is a true and correct copy of excerpts of the Deposition of Dr. Paul D. Martin, which was taken on March 16, 2023 - the portions that are attached hereto were previously filed on the public docket at Dkt. 228-32.

14. Attached as Exhibit 14 is a true and correct copy of excerpts of the Deposition of Sharathchandra Somayaji, which was taken on November 4, 2022 - the portions that are attached hereto were previously filed on the public docket without redaction at Dkt. 228-28.

///
///
///

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 26, 2024

**McCAULLEY LAW GROUP LLC**

By: /s/ *Joshua Van Hoven*
     JOSHUA V. VAN HOVEN

E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for* SURGICAL INSTRUMENT SERVICE COMPANY, INC.