# VAN HOVEN DECL.
# ISO OPPOSITION TO INTUITIVE'S MOTION TO REOPEN DISCOVERY

# EXHIBIT 2

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
     SURGICAL INSTRUMENT SERVICE       )
 5   COMPANY, INC.,                    ) Case No.:
                                       ) 3:21-cv-03496-VC
 6              Plaintiff,             )
                                       ) Lead Case No.:
 7          vs.                        ) 3:21-cv-03825-VC
                                       )
 8   INTUITIVE SURGICAL, INC.,         )
                                       )
 9              Defendant              )
     _____)
10   IN RE: DA VINCI SURGICAL ROBOT    )
     ANTITRUST LITIGATION              )
11   _____)
     THIS DOCUMENT RELATES TO:         )
12   ALL ACTIONS                       )
     _____)
13
14
15         *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
16                 30(b)(6) DEPOSITION OF:
17                  KEITH ROBERT JOHNSON
18                THURSDAY, OCTOBER 27, 2022
19             9:06 a.m. Mountain Standard Time
20
21   REPORTED BY:
22   Vickie Blair
23   CSR No. 8940, RPR-CRR
24   JOB NO. 5539883
25   PAGES 1 - 122
```

Page 1

```
 1    Deposition of KEITH ROBERT JOHNSON, the witness, taken
 2    on behalf of the Defendant, on Thursday,
 3    October 27, 2022, 9:06 a.m. Mountain Standard Time,
 4    before VICKIE BLAIR, CSR No. 8940, RPR-CRR.
 5
 6    APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8    FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
      SERVICE CO. INC.:
 9
             HALEY GUILIANO LLP
10           BY JOSHUA VAN HOVEN, Partner
             111 North Market Street, Suite 900
11           San Jose, California  95113
             +1 669 213 1061
12           joshua.vanhoven@hglaw.com
13
14    FOR DEFENDANT INTUITIVE SURGICAL, INC.:
             COVINGTON & BURLING LLP
15           BY ISAAC D. CHAPUT, Associate
             415 Mission Street
16           Suite 5400
             San Francisco, California  94105-2533
17           +1 415 591 7020
18           ichaput@cov.com
             COVINGTON & BURLING LLP
19           BY AUSTIN S. MARTIN, Associate
             One CityCenter
20           850 Tenth Street, NW
             Washington, D.C.  20001-4956
21           +1 202 662 5094
22           amartin@cov.com
23
24
25
```

Veritext Legal Solutions
866 299-5127

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    APPEARANCES OF COUNSEL VIA ZOOM: (Continued)
 2    FOR THE PROPOSED CLASS:
 3           BONI, ZACK & SNYDER LLC
              BY JOSHUA D. SNYDER, Partner
 4           15 St. Asaphs Road
              Bala Cynwyd, Pennsylvania  19004
 5           (610) 822-0203
              (610) 822-0206
 6           jsnyder@bonizack.com
 7
 8    ALSO PRESENT:
 9           RAMON A. PERAZA, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                         I N D E X

 WITNESS              EXAMINATION                    PAGE
  KEITH ROBERT JOHNSON
                     (MR. CHAPUT)                      7



                   INFORMATION REQUESTED

                          None



           QUESTIONS INSTRUCTED BY COUNSEL NOT TO ANSWER

                          None



                        E X H I B I T S
  EXHIBIT NO.   PAGE   DESCRIPTION
  Exhibit 135    10    Defendant Intuitive Surgical,
                       Inc.'s Notice of Deposition of
                       Plaintiff Surgical Instrument
                       Service Company, Inc., Pursuant to
                       Fed. R. CIV. P. 30(b)(6)
  Exhibit 136    57    Email chain with attachments,
                       Bates numbers SIS095115 through
                       SIS095139
```

Page 4

```
 1   testing process?                                         10:06:18
 2        A    I'm not involved in the engineering and       10:06:18
 3   the technical side of that, so what I'm personally      10:06:26
 4   providing is more of a customer feedback, customer      10:06:29
 5   thoughts, customer interest in that program, and what   10:06:35
 6   it would mean to health care.                           10:06:38
 7        Q    Describe for me the customer feedback and     10:06:39
 8   customer thoughts, customer interests in that program,  10:06:47
 9   please.                                                 10:06:50
10        A    How much time do we have?                     10:06:50
11        Q    Describe it at a high level to start with,    10:06:54
12   and we can --                                           10:06:58
13        A    Since this program started, the interest      10:07:01
14   from the hospital is monumental, through the roof.      10:07:03
15   The -- the interest in saving and reducing costs on     10:07:11
16   robotic surgery in the industry is something I've never 10:07:15
17   seen before in my 25 years of being in the surgical     10:07:17
18   business.                                               10:07:22
19        Q    What hospitals have you spoken with about     10:07:23
20   the Xi program?                                         10:07:27
21        A    Would you like me to list them?               10:07:29
22        Q    Yes, please.                                  10:07:35
23        A    This will be from the top of my head, so      10:07:36
24   I'll do the best I can, but well over -- the meetings   10:07:40
25   that we've had represent well over a thousand           10:07:46
```

Page 44

| | | |
|---|---|---|
| 1 | hospitals, probably. | 10:07:48 |
| 2 | Facility level, I'll just start to kind of | 10:07:53 |
| 3 | name them off regionally.  Legacy Health system in | 10:07:56 |
| 4 | Portland, Oregon; Providence health system in the West | 10:08:00 |
| 5 | Coast; Sutter Health; Kaiser Permanente; memorial care; | 10:08:04 |
| 6 | the UC system in California; Banner Health System; | 10:08:16 |
| 7 | Honor Health; Baylor Scott & White in Texas; the | 10:08:21 |
| 8 | university health systems across the country, from | 10:08:31 |
| 9 | Michigan to Duke to North Carolina; Mayo Clinic; | 10:08:35 |
| 10 | Cleveland Clinic; Advocate Aurora; Lahey Health System; | 10:08:50 |
| 11 | Boston Children's Medical Center. | 10:08:55 |
| 12 | I can't believe I'm remembering all this | 10:08:57 |
| 13 | off the top of my head. | 10:09:00 |
| 14 | Piedmont health system, Grady in Atlanta, | 10:09:02 |
| 15 | Johns Hopkins. | 10:09:13 |
| 16 | That's the bulk of the direct hospitals | 10:09:14 |
| 17 | that I can recall having direct conversations with; | 10:09:25 |
| 18 | there's obviously much more than that. | 10:09:27 |
| 19 | And then, in addition to that, all the | 10:09:29 |
| 20 | Vizient conversations we've had, I've presented to all | 10:09:33 |
| 21 | four regions of Vizient, which basically covers well | 10:09:41 |
| 22 | over 2,000 hospitals in the United States. | 10:09:45 |
| 23 | Q    Have you spoken with any of those | 10:09:48 |
| 24 | hospitals about the need for an EndoWrist repair | 10:10:09 |
| 25 | program to have FDA clearance? | 10:10:11 |

```
 1        A    I don't know if I understand what you're      10:10:20
 2   asking me.                                              10:10:21
 3        Q    Have any of those hospitals told you that     10:10:22
 4   they would be willing to purchase EndoWrist repair      10:10:29
 5   services that were not cleared by the FT -- FDA?        10:10:33
 6             MR. VAN HOVEN:  Objection to form.            10:10:40
 7             MR. SNYDER:  Objection to form.               10:10:42
 8             THE WITNESS:  So I've been in the repair      10:10:42
 9   business for well over 20 years, repairs don't require  10:10:44
10   FDA clearance, and to my recollection, nobody in any of 10:10:49
11   my conversations every brought up FDA clearance on the  10:10:58
12   repair.                                                 10:11:01
13   BY MR. CHAPUT:                                          10:11:02
14        Q    Does the Xi -- maybe let's -- let's step      10:11:02
15   back.                                                   10:11:05
16             Does the Xi repair business that SIS is       10:11:06
17   exploring with Restore involve extending the number of  10:11:12
18   lives that an EndoWrist can be used for?                10:11:18
19        A    We are currently working on developing a      10:11:20
20   program to extend the life of Xi instruments.           10:11:31
21        Q    And is that the program that you have         10:11:34
22   spoken with hospitals about?                            10:11:36
23        A    The initial conversations we had with         10:11:47
24   hospitals was around the repair program of Si.          10:11:49
25             We then went to our recovery program,         10:11:57
```

Page 46