# VAN HOVEN DECL.
# ISO OPPOSITION TO INTUITIVE'S
# MOTION TO REOPEN DISCOVERY

# EXHIBIT 3

```
 1
 2    UNITED STATES DISTRICT COURT
 3    FOR THE NORTHERN DISTRICT OF CALIFORNIA
 4    SAN FRANCISCO DIVISION
 5     - - - - - - - - - - - - - - - - - - - -x
 6    SURGICAL INSTRUMENT SERVICE COMPANY, INC.,
 7                      Plaintiff,
 8           -against-
 9    INTUITIVE SURGICAL, INC.,
10                      Defendant.
11     - - - - - - - - - - - - - - - - - - - -x
12                  Virtual Zoom Deposition
13                      March 6, 2023
                         8:30 a.m.
14
15
16       VIRTUAL VIDEO DEPOSITION of JEAN SARGENT,
17    in the above-entitled action, held at the
18    above time and place, taken before Jeremy
19    Richman, a Shorthand Reporter and Notary
20    Public of the State of New York, pursuant to
21    the Federal Rules of Civil Procedure, and
22    stipulations between Counsel.
23
24                 *      *      *
25
```

Page 1

```
 1
 2    APPEARANCES:
 3
 4       MCCAULLEY LAW GROUP
                Attorneys for Plaintiff
 5              180 North Wabash Avenue, Suite 601
                Chicago, Illinois 60601
 6
         BY:    JOHN VAN HOVEN, ESQ.
 7
 8
         COVINGTON & BURLING LLP
 9              Attorneys for Defendant
                850 Tenth Street, NW
10              Washington, D.C. 20001
         BY:    ANDREW LAZEROW, ESQ.
11                 -and-
                1999 Avenue of the Stars
12              Los Angeles, California 90067
         BY:    AUSTIN MARTIN, ESQ.
13
14
      PRESENT:
15    COREY WAINAINA, Videographer
      BILL CRADDOCK, Concierge
16              *     *     *
17
18
19
20
21
22
23
24
25
```

```
 1                    J. SARGENT
 2    contract ended and today, you read the         11:03:28
 3    letter?                                        11:03:30
 4         A.    It could have been before the       11:03:31
 5    contract ended.  I don't recall.               11:03:33
 6         Q.    Okay.  And do I also recall         11:03:34
 7    correctly that whenever it was you read        11:03:38
 8    the letter, you did not do anything to         11:03:41
 9    verify the truth or the accuracy or            11:03:43
10    inaccuracy of the statements by                11:03:46
11    Intuitive other than talk to                   11:03:48
12    Mr. Johnson; is that right?                    11:03:51
13         A.    Yes.                                11:03:52
14         Q.    And sitting here today, am I        11:03:55
15    right that you have no basis to agree          11:03:58
16    or disagree with any of the statements         11:04:00
17    that Intuitive put in that letter; is          11:04:01
18    that right?                                    11:04:05
19         A.    I disagreed with statements         11:04:08
20    in that letter.                                11:04:10
21         Q.    Okay.  You're not offering          11:04:11
22    any opinion in this matter as to               11:04:13
23    whether statements in that matter were         11:04:16
24    true or not, right?                            11:04:17
25         A.    My opinions are inclu -- all        11:04:19
```

Page 120

| | | |
|---|---|---|
| 1 | J. SARGENT | |
| 2 | inclusive of everything that I've got | 11:04:26 |
| 3 | in my reports.  And the letter itself, | 11:04:29 |
| 4 | as I had stated previously, I thought | 11:04:33 |
| 5 | that Intuitive was very bold in their | 11:04:35 |
| 6 | statements, and it continues along the | 11:04:39 |
| 7 | Intuitive path of taking advantage of | 11:04:42 |
| 8 | the hospitals -- for that profit. | 11:04:45 |
| 9 |     Q.   Let's mark tab 12, please, as | 11:04:53 |
| 10 | DX234.  Let me know, Josh, when that's | 11:04:55 |
| 11 | popped up. | 11:05:13 |
| 12 |     (Exhibit 234, marked for | 11:05:21 |
| 13 |   identification, Bates stamped | 11:05:21 |
| 14 |   SIS000202.) | 11:05:27 |
| 15 |     MR. VAN HOVEN:  I've got it. | 11:05:27 |
| 16 |     Q.   Ms. Sargent, do you have | 11:05:28 |
| 17 | that? | 11:05:31 |
| 18 |     A.   Yes, I do. | 11:05:31 |
| 19 |     Q.   What is DX234? | 11:05:32 |
| 20 |     A.   The Intuitive letter that was | 11:05:37 |
| 21 | sent to senior leadership of Marin | 11:05:39 |
| 22 | General Hospital. | 11:05:44 |
| 23 |     Q.   And this is the letter that | 11:05:44 |
| 24 | at some point you read between | 11:05:46 |
| 25 | November 22, 2019, and today, correct? | 11:05:48 |

Page 121

|  |  |  |
|---|---|---|
| 1 | J. SARGENT | |
| 2 | MR. VAN HOVEN:  Objection to | 14:45:53 |
| 3 | form. | 14:45:54 |
| 4 | A. Not necessarily.  There would | 14:45:54 |
| 5 | not be an even split, but it would be a | 14:45:58 |
| 6 | split. | 14:46:01 |
| 7 | Q. Have you ever heard of a | 14:46:01 |
| 8 | company called Medline? | 14:46:03 |
| 9 | A. Yes. | 14:46:04 |
| 10 | Q. Does Medline, that's a much | 14:46:05 |
| 11 | bigger company than SIS, correct? | 14:46:08 |
| 12 | A. Yes. | 14:46:09 |
| 13 | Q. Let's just assume, for | 14:46:09 |
| 14 | purposes of this, everything you know | 14:46:11 |
| 15 | about Medline, just assume for me they | 14:46:14 |
| 16 | got into the business, and they decided | 14:46:18 |
| 17 | that they were going to offer the | 14:46:19 |
| 18 | service of modifying EndoWrist to reset | 14:46:20 |
| 19 | the usage counter. | 14:46:21 |
| 20 | And they went to Vizient and | 14:46:22 |
| 21 | they said, We want to offer the | 14:46:24 |
| 22 | service.  They offer the service.  And | 14:46:26 |
| 23 | they offered exactly the same price as | 14:46:28 |
| 24 | SIS.  Who do you think would have more | 14:46:31 |
| 25 | sales of EndoWrist between SIS and | 14:46:33 |

Page 261

```
 1                    J. SARGENT
 2     Medline?                                        14:46:36
 3              MR. VAN HOVEN:  Objection to           14:46:37
 4        form.                                        14:46:39
 5        A.    SIS.                                   14:46:39
 6        Q.    Why?                                   14:46:40
 7        A.    A lot of people hate Medline           14:46:42
 8     as much as they hate Intuitive.                 14:46:45
 9        Q.    Okay.  You agree with me,              14:46:47
10     Medline has a lot more sales                    14:46:49
11     representatives than SIS?                       14:46:50
12        A.    They have more sales reps,             14:46:53
13     yes.                                            14:46:56
14        Q.    Does everyone hate Steris and          14:46:56
15     Agility as much as they hate Intuitive?         14:47:00
16        A.    A lot of people do hate                14:47:02
17     Steris.                                         14:47:06
18        Q.    What about Agility?                    14:47:06
19        A.    Agility is a newly formed              14:47:08
20     company that's a conglomeration of many         14:47:11
21     small companies, so it's very                   14:47:15
22     different.  Steris has been around for          14:47:17
23     many, many years.                               14:47:18
24        Q.    I want you to assume with me           14:47:19
25     for a minute that SIS is not the entity         14:47:25
```

Page 262