# VAN HOVEN DECL.
# ISO OPPOSITION TO INTUITIVE'S MOTION TO REOPEN DISCOVERY

# EXHIBIT 10

Intuitive
1020 Kifer Road
Sunnyvale, CA 94086

T. 408 523 2100
F. 408 523 1390

intuitive.com

July 8, 2024

**End-of-service and final buy notice for da Vinci Si® Surgical System, instruments, accessories, and endoscopes**

Dear Intuitive Customer,

The end-of-service (EOS) date for the da Vinci Si Surgical System and associated instruments, accessories, and endoscopes is December 31, 2024. As customers have upgraded to da Vinci X® or da Vinci Xi® for its greater capabilities, the da Vinci Si instruments and accessories have become increasingly difficult to manufacture due to lower volumes and supplier constraints. Suppliers continue to obsolete components and technology discontinuations are limiting our support capability of da Vinci Si technology.

The EOS date, December 31, 2024, marks the end of the following:
1. Repair and replacement for all Si system components (i.e., hardware).
2. Upgrades of Operating system 3 (OS3) (i.e., software).
3. Endoscope and camera head replacements via Advanced Exchange Program (AEX).
4. Extended maintenance and service contracts with end dates beyond Dec. 31, 2024. After EOS date, Intuitive will no longer provide repairs and no longer provide support on a time and material basis.

The last date to purchase Si instruments, accessories, and endoscopes will be on December 31, 2024, or the date of your service contract expiration, whichever is later.

Endoscopes may be used beyond the EOS date; however, the Advance Exchange Program will not be available for endoscope and camera head repair beyond December 31, 2024.

See **Appendix** for a full list of discontinued product part numbers.

**Background**

In the decade since its release in 2009, the da Vinci Si Surgical System has been used by surgeons to provide minimally invasive care to patients worldwide. Intuitive started communicating plans to discontinue support for the da Vinci Si Surgical System in 2019 with our Last Time to Purchase select da Vinci Si EndoWrist Instruments & Accessories letter. We have continued to discontinue



© 2024 Intuitive Surgical Operations, Inc. All rights reserved

MAT04320 v1 US 04/2024
Page 1 of 5