# VAN HOVEN DECL.
# ISO OPPOSITION TO INTUITIVE'S MOTION TO REOPEN DISCOVERY

# EXHIBIT 11

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4   IN RE: DA VINCI SURGICAL ROBOT    ) Lead Case No.:
     ANTITRUST LITIGATION,             ) 3:21-cv-03825-VC
 5   ------------------------------------)
     THIS DOCUMENT RELATES TO:         )
 6   ALL CASES                         )
     ------------------------------------)
 7
 8   SURGICAL INSTRUMENT SERVICE       )
     COMPANY, INC.,                    ) Case No.
 9                                     ) 3:21-cv-03496-VC
                  Plaintiff,           )
10                                     )
            vs.                        )
11                                     )
     INTUITIVE SURGICAL, INC.,         )
12                                     )
                  Defendant.           )
13   ------------------------------------)
14
15
16      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
17
18              REMOTE PROCEEDINGS OF THE
19              DEPOSITION OF STAN HAMILTON
20              FRIDAY, NOVEMBER 4, 2022
21
22
23   REPORTED BY NANCY J. MARTIN
24   CSR. NO. 9504, RMR, RPR
25   PAGES 1 - 112
```

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4   IN RE: DA VINCI SURGICAL ROBOT     ) Lead Case No.:
     ANTITRUST LITIGATION,              ) 3:21-cv-03825-VC
 5   ------------------------------------)
     THIS DOCUMENT RELATES TO:          )
 6   ALL CASES                          )
     ------------------------------------)
 7
 8   SURGICAL INSTRUMENT SERVICE        )
     COMPANY, INC.,                     ) Case No.
 9                                      ) 3:21-cv-03496-VC
                  Plaintiff,            )
10                                      )
           vs.                          )
11                                      )
     INTUITIVE SURGICAL, INC.,          )
12                                      )
                  Defendant.            )
13   ------------------------------------)
14
15      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
16
17                          - - -
18              Friday, November 4, 2022
19                          - - -
20       Remote Deposition of STAN HAMILTON
21   beginning at 11:14 a.m., before Nancy J. Martin, a
22   Registered Merit Reporter, Certified Shorthand
23   Reporter.  All parties appeared remotely.
24
25
```

```
 1      A P P E A R A N C E S :
 2
        ALEXANDER ERWIG, ESQ.
 3      DOVEL & LUNER LLP
        201 Santa Monica Boulevard
 4      Suite 600
        Santa Monica, California  90401
 5      alexander@dovel.com
        Counsel for the Deponent
 6
        JEFFREY J. CORRIGAN, ESQ.
 7      JEFFREY SPECTOR, ESQ.
        SPECTOR ROSEMAN & KODROFF PC
 8      2001 Market Street
        Suite 3420
 9      Philadelphia, Pennsylvania  19103
        jcorrigan@srkattorneys.com
10      (215) 496-0300
        Counsel for the hospital plaintiffs
11
        ANDREW D. LAZEROW, ESQ.
12      ANNA BOBROW, ATTORNEY AT LAW
        COVINGTON & BURLING LLP
13      850 Tenth Street, NW
        Washington, D.C.  20001
14      (202) 662-5081
        alazerow@cov.com
15      Counsel for Intuitive Surgical Inc.
16      DONNY K. SAMPORNA, ESQ.
        HALEY GUILIANO LLP
17      111 North Market Street
        Suite 900
18      San Jose, California  95113
        (669) 213-1080
19      donny.samporna@hglaw.com
        Counsel for Surgical Instrument Service, Incorporated
20
21      ALSO PRESENT:
22      WILL DAVIS, LEGAL VIDEOGRAPHER
23
24
25
```

Page 15

1  repairing X and Xi compatible endoWrists?

2  A. That's far enough back that I couldn't give
3  you a year or date or anything for that. I mean the
4  Xi has been in the marketplace for quite a while, and
5  we -- Rebotix had been considering it for quite a
6  while. There were activities to do preliminary work
7  and that kind of thing, which goes back several years,
8  and beyond that, I just don't have a clear memory at
9  this time for the year.

10  Q. Would you say that you were considering
11  repairing Xi endoWrists as far back as 2017?

12  A. That is certainly possible, yes.

13  Q. When would Rebotix have started to repair X
14  and Xi compatible endoWrists in a world without
15  Intuitive's anticompetitive conduct?

16  MR. ERWIG: Objection. Speculation.

17  THE WITNESS: Answer?

18  BY MR. CORRIGAN:

19  Q. Yes, please.

20  A. Okay. I can -- my best thought around that
21  would be that it could have been as early as 2019 or
22  so, around there, yeah.

23  Q. I read Mr. Pap had submitted a declaration in
24  that case, and in that declaration he stated that
25  Rebotix had spent $5 million in R&D for S and Si

1      you're describing, yes.

2      BY MR. LAZEROW:

3          Q.   Does the term interceptor chip mean anything

4      to you in the context of Rebotix's efforts with the Si

5      endoWrists?

6          A.   Yes.  It was mainly just an internal name as

7      part of the development project that ended up being

8      externalized, but yes.

9          Q.   The -- the process -- does -- sitting here

10     today, does Rebotix have a process that it is

11     following to try to reset Xi endoWrist instruments?

12              MR. ERWIG:  Object to form.

13              THE WITNESS:  I would say the way to answer

14     that most clearly is that there is a process under

15     development which has not been released yet.

16     BY MR. LAZEROW:

17         Q.   Does that process include the use of the

18     interceptor chip?

19         A.   No.

20         Q.   Has -- sitting here today, has Rebotix

21     figured out how to circumvent the usage counter on Xi

22     endoWrist instruments?

23              MR. ERWIG:  Objection.  Form.

24              THE WITNESS:  Substantially, yes.

25     BY MR. LAZEROW:

1          Q.   But not 100 percent?
2          A.   Meaning if the process is fully developed and
3     ready to implement, not 100 percent.
4          Q.   What is missing from the process in order --
5     what is missing from the process to fully develop and
6     implement the ability to reset the usage of Xi
7     endoWrist instruments?
8               MR. ERWIG:   Object to form.
9               THE WITNESS:   Final procedures, testing,
10    validation, same things we had to go through for the
11    Si.  All the testing that has to be done, and is now
12    in progress, but it takes time.
13    BY MR. LAZEROW:
14         Q.   I want to make sure I understand your
15    testimony.
16              Are you saying that from a technical
17    standpoint, Rebotix has actually reset the usage
18    calendar of an Xi endoWrist instrument as of today?
19              MR. ERWIG:   Object to form.
20              THE WITNESS:   I'm not sure how you're even
21    defining that.  Have we done that in the marketplace?
22    I said no.  Have we done the technical equivalent of
23    that.  I said yes.  And there are many steps between
24    the technical equivalent and releasing it into the
25    marketplace.

Page 40

1  BY MR. LAZEROW:
2       Q.  I'm sorry.  Were you done?  I apologize.
3  Were you done with your answer?
4       A.  Uh-huh.
5       Q.  So I'm not talking about release in the
6  marketplace.  I'm not talking about anything related
7  to marketing.  I'm only focusing from a technical
8  aspect in your work -- in the work that Rebotix has
9  done, whether Rebotix has, in fact, technologically
10 speaking, from a technical standpoint, has gotten an
11 endoWrist, and Xi endoWrist and has reset the usage
12 counter so that it has the original number of lives
13 that were on it when it was sold new?
14          MR. CORRIGAN:  Object to the form.
15          MR. ERWIG:  Same objection.
16          THE WITNESS:  Again, we have done the
17 technical part of that process.  So in other words,
18 doing something on a lab bench, doing something in the
19 final validated form, validating with a robot, those
20 kinds of things.  Technically, the process of
21 modifying locations in the RFID at now memory chip,
22 yes, has been done.
23          MR. ERWIG:  Also, I just want to quickly
24 interject that we're going to mark this "Attorney's
25 Eyes Only."

Page 41

1   BY MR. LAZEROW:
2       Q.  So I just want to make sure I understand
3   that -- what you're saying because I'm not sure I do,
4   to be frank.
5           I just want to know has Rebotix taken an
6   endoWrist, an Xi endoWrist and been able, on its bench
7   or in its lab, to go from, you know -- and add more
8   lives to it?
9           MR. ERWIG:  Hang on, Stan.
10          Objection to form.  Asked and answered.
11  BY MR. LAZEROW:
12      Q.  You can answer the question.
13      A.  You'll have to be more specific about the --
14  you're trying to ask a technical question, and I'm
15  trying to answer you with a technical answer.  That's
16  the best answer I can give you.
17          We understand the numbering of exactly where
18  the use calendar is on the lab bench.  That has all
19  been analyzed, and I certainly hope this is attorney's
20  eyes only, and that is respected.  And, yes, we have
21  done that.  We know exactly where the use calendar is.
22  On the app mobile device, we have the locations.  We
23  do know exactly how to do it from a technical
24  perspective on the lab bench.  That's all I can say
25  about it, and that should be enough.

Page 42

1    Q.  So from a technical perspective today -- as
2    of today, Rebotix has figured out how to reset the
3    usage counter for Xi instruments.
4         Is that what you're saying?
5         MR. CORRIGAN:  Objection.  Asked and
6    answered.
7         MR. ERWIG:  Same objection.
8         THE WITNESS:  I agree.  Yes.  I answered.
9    BY MR. LAZEROW:
10   Q.  Is the answer "yes"?
11   A.  Yes.
12   Q.  Okay.  When did Rebotix start the process of
13   trying to reset endoWrist Xi instruments?
14   A.  I -- I can't give you a date on that because
15   it started years ago in terms of beginning the process
16   of looking into what the technology was, you know,
17   things like understanding how the interface worked and
18   what the challenges would be.  That started years ago.
19        The focus was on the Si, you know, to get out
20   into the marketplace and actually see what happened,
21   where we were at in the marketplace, and from a
22   process development perspective that kind of thing,
23   focus was on the Si.  But looking into the Xi, that
24   goes back years.
25   Q.  Was there a time when the focus shifted to

1    working on the Xi?
2         A.   From a development perspective?
3         Q.   Yes.
4         A.   Yes, because Si development was done.
5    However, the speed of development for the development
6    effort itself required funding, financing, resources,
7    and external -- coordinating things like external labs
8    and test labs, external certification houses and all
9    those kinds of things that we used before.
10              And so that's certainly restricted the -- the
11   ability of the project to move forward in a serious
12   way because that -- that funding was not coming from
13   the Si as it had been planned.  You know, again,
14   despite the fact that there was very, very good
15   acceptance in the hospital, we did have processes that
16   went into place, and none of the hospitals or a number
17   of customers in large hospital groups and many, many
18   that came on board did this, and this never ever
19   really develop.  Despite all that demand, it never
20   really developed because it was restricted.
21              And so the funding -- the business plan was
22   clearly to fund -- I don't think that's any secret.
23   The business plan was to fund the Xi development,
24   which we're referring to from the Si business, and
25   that was certainly what affected the timing.

Page 44

1           So even though I suggested it was a year ago,
2    it was and I don't remember exactly when because it
3    was quite -- you know, several years ago when we began
4    looking into doing the Xi, but it clearly did involve
5    resources, technical, regulatory validation,
6    certification, all those same resources were required
7    again.
8           And so in that aspect there are delays, and
9    also what point was there in investing all that money
10   in moving forward if the same things that Intuitive
11   was able to do to -- to suppress our business would
12   have been done for the Xi also.  Same story.
13       Q.  When does Rebotix expect to be done and have
14   a final validated form of the process to reset Xi
15   endoWrist instruments?
16           MR. ERWIG:  Object to form.
17           THE WITNESS:  Next year.  This coming year.
18   2023.
19   BY MR. LAZEROW:
20       Q.  Can you -- do you have any idea which part of
21   2023 you're thinking of?
22       A.  I can't give you a specific date at this
23   time.  It depends on other things like external test
24   labs and certification, for example.  There are many
25   things that affect the schedule and availability of