# VAN HOVEN DECL.
# ISO OPPOSITION TO INTUITIVE'S
# MOTION TO REOPEN DISCOVERY

# EXHIBIT 12

DOCUMENT

FILED UNDER SEAL