# VAN HOVEN DECL.
# ISO OPPOSITION TO INTUITIVE'S MOTION TO REOPEN DISCOVERY

# EXHIBIT 13

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3    SURGICAL INSTRUMENT            )

4    SERVICE COMPANY, INC.          ) Civil Action No.:

5    Plaintiff/Counter-Defendant )   3:21-cv-03496-VC

6              Vs.                  )

7    INTUITIVE SURGICAL, INC.,      )

8    Defendant/Counterclaimant      )

9                      --------------------

10

11       HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

12

13           Deposition of PAUL D. MARTIN, Ph.D., was

14   taken via videotape and Zoom on Thursday, March 16,

15   2023, commencing at 10:32 a.m., at 12102 Ashcroft

16   Terrace, Monrovia, Maryland, before MICHELE D.

17   LAMBIE, Notary Public.

18                     --------------------

19

20   Reported By:

21           Michele D. Lambie, CSR-RPR
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   APPEARANCES:
 2       ON BEHALF OF THE PLAINTIFF/COUNTER-DEFENDANT:
 3      McCaulley Law Group.
 4          JOSHUA VAN HOVEN, ESQUIRE.
 5          josh@mccaulleylawgroup.com.
 6          3001 Bishop Drive.
 7          Suite 300.
 8          San Ramon, California  94583.
 9          (925) 302-5941
10
11
12       ON BEHALF OF THE DEFENDANT/COUNTERCLAIMANT:
13      Covington & Burling LLP.
14          KATHRYN ELIZABETH CAHOY, ESQUIRE.
15          kcahoy@cov.com.
16          3000 El Camino Real.
17          5 Palo Alto Square.
18          Palo Alto, California  94306.
19          (650) 632-4700
20
21
```

```
 1   APPEARANCES CONTINUED:
 2      ON BEHALF OF THE DEFENDANT/COUNTERCLAIMANT:
 3        Covington & Burling LLP.
 4            MIRIAM ARGHAVANI, ESQUIRE.
 5            marghavani@cov.com.
 6            415 Mission Street.
 7            Suite 5400.
 8            San Francisco, California  94105.
 9            (415) 591-7059
10
11
12   ALSO PRESENT:   Nolan Church - Videographer
13                   Paul Baker - Concierge
14
15
16
17
18
19
20
21
```

Page 3

```
 1                   EXAMINATION INDEX
 2
 3   PAUL D. MARTIN, Ph.D.
         BY MR. VAN HOVEN                                  6
 4
 5
 6                    EXHIBITS INDEX
                   (Attached to Transcript.)
 7
 8                                                       MAR
     Exhibit 19  Expert Report of Paul D. Martin,         12
 9               Ph.D.
10   Exhibit 20  Curriculum Vitae                         59
11   Exhibit 21  Expert Report by Kurt Humphrey          119
12   Exhibit 22  Atmel CryptoRF EEPROM Memory Full       141
                 Specification Datasheet
13
     Exhibit 23  Atmel Summary Datasheet                 149
14
15
16
17
18
19
20
21
```

1          MS. CAHOY:  Objection to form.
2     BY MR. VAN HOVEN:
3          Q.   That's something that's possible?
4          A.   You would need to have a system set up to
5     allow for that.
6          Q.   Is the -- to your knowledge, is the use
7     counter value that's stored on a CryptoRF chip in
8     an Xi EndoWrist, is that value stored in -- in an
9     encrypted form?
10         A.   My understanding is that -- you said on
11    an EndoWrist X/Xi.  My understanding is that that
12    value along with some other values are encrypted on
13    that -- on those devices.
14         Q.   What type of encryption is used for that?
15              (Whereupon, there was a pause for
16    document examination.)
17              THE WITNESS:  I don't think that's
18    entirely clear from what I have seen.
19    BY MR. VAN HOVEN:
20         Q.   So, you don't know what type of
21    encryption is used for the use counter on the Xi

Veritext Legal Solutions
866 299-5127

1 EndoWrist; is that right?
2     A.   I think that's right.  The evidence that
3 I have seen has been conflicting on that front and
4 in one case incorrectly referenced SHA as a type of
5 encryption.
6     Q.   But you don't personally know what type
7 of encryption is used for the use counter on the Xi
8 EndoWrist, right?
9     A.   I don't believe I know all of the
10 specifics of the cryptography used to encrypt the
11 use counter and other information on the CryptoRF
12 chips.
13     Q.   What specifics do you know of the
14 cryptography -- cryptography used to encrypt the
15 use counter on the Xi EndoWrists?
16     A.   I know the information in the datasheet
17 about various things that are supported with
18 respect to cryptography on these chips.
19     Q.   But you don't know what Intuitive uses
20 within that datasheet?
21     A.   I don't know what they ultimately

1  selected.
2      Q.   If you were tasked to attempt to
3  circumvent the encryption of the use counter on the
4  Xi EndoWrist, how would you go about that?
5          MS. CAHOY:  Objection to form.
6          THE WITNESS:  Oh, that's like a really
7  complicated question.  I don't think I
8  could -- that's an entire like work engagement.
9  That would take a lot of analysis just to figure
10 out how to even approach the problem.
11 BY MR. VAN HOVEN:
12     Q.   But let's just assume that you have
13 access to the Atmel CryptoRF chip that has a use
14 counter value on it that is encrypted, okay?
15     A.   Okay.
16     Q.   In that, you can either physically or
17 wirelessly communicate with the chip?
18     A.   Okay.
19     Q.   And that you have the datasheet that
20 tells you the types of encryption that's
21 implemented, --

```
1        A.    Um-hum.
2        Q.    -- right?  And you -- you have that
3   datasheet, right?
4        A.    Yes.
5        Q.    So, given that information based on your
6   15 to 20 years of information security experience,
7   as a general approach, how would you go about
8   trying to circumvent the encryption on the use
9   counter within an Atmel CryptoRF chip?
10       A.    So, I -- I just haven't done that
11  analysis.
12       Q.    I understand.  I'm -- but you're here to
13  testify as an expert in the area of information
14  security and I just want to understand the general
15  approach you would take.
16             MS. CAHOY:  Objection to form.
17             THE WITNESS:  Right.  So, the problem is
18  it's a specific problem for a specific chip, and I
19  would need to do a good amount of legwork to figure
20  out what that approach would be.  I haven't done
21  that legwork, so I don't know what my approach
```

Page 187

1  would be.
2  BY MR. VAN HOVEN:
3       Q.   What type of legwork is typically
4  involved in trying to attack that sort of problem?
5       A.   I would need to spend some time thinking
6  about it.
7       Q.   So, time is one piece of -- one part of
8  that legwork?
9       A.   I don't think time is what I would call
10 part of any legwork.  Time is just a resource that
11 you need to have to do anything.
12           In the absence of any time at all,
13 everything would stand still, right?  So, it's not
14 clear what that means.
15      Q.   I'm not talking about us getting close to
16 the speed of light or anything here, but I'm just
17 trying to understand, you said that there would be
18 legwork.  And I'm just trying to, what is -- what
19 is the kind of legwork that -- that you're
20 envisioning to attack the problem of circumventing
21 the encryption as we've described on the Atmel

Page 188

1  CryptoRF chip?
2      A.   Sure.  So, the -- the truth is
3  that's -- that's complicated, and I haven't really
4  thought about it.
5      Q.   But you'd have to think about it a little
6  bit, right?
7      A.   Yes, I would have to think about that.
8      Q.   You'd have to look at the datasheet?
9      A.   Certainly, looking at the datasheet would
10 be a part of any legwork.
11     Q.   You would have to --
12     A.   That would be true.
13     Q.   Excuse me.  You would have to perform
14 some sort of direct electrical or in -- indirect
15 communication channel probing of the chip probably?
16          MS. CAHOY:  Objection to form.
17          THE WITNESS:  At -- at some stage in the
18 process, you would need to connect to the chip, but
19 I haven't really thought about when or how that
20 would occur.  So, I don't have any more insight
21 into that.

Page 189

```
1    BY MR. VAN HOVEN:
2         Q.   Do you think that the encryption employed
3    by the CryptoRF chip is particularly complicated
4    compared to the sort of encryption you typically
5    have worked with?
6         A.   I don't have an opinion on that.
7         Q.   You don't know one way or the other?
8         A.   I would need to investigate it more to
9    figure it out.
10        Q.   And you understand or do you have an
11   understanding that, that the use counter value at
12   some point is transmitted from the EndoWrist to the
13   robot?
14        A.   Yes.
15        Q.   Do you know if that value is transmitted
16   in that encrypted form or if it's decrypted before
17   it's transmitted?
18        A.   I understand the value to be encrypted
19   when it's transmitted.
20        Q.   What's the basis of that understanding?
21        A.   My understanding is from the datasheet
```

Page 190

```
 1   counting data areas of the RFID tag are one-time
 2   programmable.
 3            That means they can be -- not be modified
 4   once written.  Though, of course, they could be
 5   decremented, which is an important point.
 6            And so it reads to me that Intuitive
 7   documents state that the data is encrypted both at
 8   rest and in motion.
 9   BY MR. VAN HOVEN:
10        Q.   And your opinion in that regard is based
11   solely on those documents, right?
12            MS. CAHOY:  Objection to form.
13            THE WITNESS:  I can also see that the
14   datasheet supports those configurations.
15   BY MR. VAN HOVEN:
16        Q.   As far as the encryption while the -- and
17   here I'm talking specifically about the
18   communications between the Xi EndoWrist and the Xi
19   robot.
20            As far as the encryption while the data
21   is at motion -- in motion, what would be your
```

1  approach to try -- if you were trying to circumvent
2  that encryption?
3       A.   Well, that's -- again, that's sort of the
4  same problem as trying to reverse engineer or break
5  the chip and -- as whole, right?
6            If I could circumvent that communication,
7  then I would know how -- if I knew how to do that,
8  I would know how to break the communication
9  protocol, so it's the same issue.  I don't -- I
10 haven't performed that analysis.  I don't know.
11      Q.   But -- but that is your -- your primary
12 area of expertise and study over the last 20 years,
13 right?
14      A.   Yes, I've done many of these.  They
15 always require a very thorough set of, you know,
16 thoughts and research and legwork before you can
17 really come up with an approach, and I haven't done
18 that.  I haven't done that part of what my normal
19 practice would be.
20      Q.   Yeah.  So, if you were to approach a
21 problem like this in your normal practice, what

```
 1   sort of legwork would you need to perform?
 2        A.   Right.  So, I would need to look at the
 3   individual issues at play, and I would need to look
 4   at the product and how it's designed.  Let me just
 5   think about it and come up with an approach, and
 6   that would kind of let me determine what legwork I
 7   need to do to then -- so, I would need to think
 8   about what I would need to know.  Then I would need
 9   to think about from what I needed to know, I would
10   know that -- learn that information and figure out
11   from that what I would do to attack.
12             So, it's a multi-step process, and I
13   haven't performed even the first step yet is the
14   problem.
15        Q.   You just haven't examined that for the Xi
16   EndoWrist, right?
17        A.   That's right.  Yeah, I haven't performed
18   an analysis of what would be required to break the
19   device.
20             I reviewed Mr. Humphrey's analysis.  I
21   saw that wouldn't work, but I haven't performed an
```

Page 198