# VAN HOVEN DECL.
# ISO OPPOSITION TO INTUITIVE'S MOTION TO REOPEN DISCOVERY

# EXHIBIT 14

Page 1

1              UNITED STATES DISTRICT COURT
2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4                         ---o0o---
5    IN RE: DA VINCI SURGICAL           Lead Case No.
     ROBOT ANTITRUST LITIGATION,        3:21-cv-03825-VC
6                                  /
7    SURGICAL INSTRUMENT SERVICE
     COMPANY, INC.,
8
          Plaintiff,
9    vs.                                No. 3:31-cv-03496-VC
10   INTUITIVE SURGICAL, INC.,
11        Defendant.
     _____/
12
13
14
15       (HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY)
16            VIDEOTAPED VIRTUAL VIDEOCONFERENCE
17      DEPOSITION OF SHARATHCHANDRA "SHARK" SOMAYAJI
18                    November 4, 2022
19
20
21
22
23   Reported by:  Kimberly L. Avery, CSR No. 5074
24   Job No. 5563382
25   Pages: 1 - 150

```
                                                           Page 2

 1                          I N D E X
 2                                                         PAGE
 3    EXAMINATION BY MR. VAN HOVEN                         8
 4    EXAMINATION BY MR. GLUBIAK                           141
 5
 6
 7
 8
 9
10                         E X H I B I T S
11    PLAINTIFF'S                                          PAGE
12    Exhibit 201    LinkedIn profile for                  13
                    Sharathchandra Somayaji
13
      Exhibit 203    E-mail chain ending with              41
14                   e-mail dated August 2,
                    2017 from Don Brandt to
15                   Mike Prindiville, et al.
                    Intuitive-00602553 - 556
16
      Exhibit 205    E-mail dated August 28,               45
17                   2017 from Shark Somayaji
                    to Jennifer Peterson
18                   Intuitive-00602580
19    Exhibit 206    Document entitled "In Re:             50
                    da Vinci Surgical Robot
20                   Antitrust Litigation,
                    Electronic File Exhibit
21                   Placeholder"
22    Exhibit 207    E-mail chain ending with              51
                    e-mail dated January 29,
23                   2018 from Shark Somayaji
                    to Karpaga Sundari, et al.
24                   Intuitive-00602758 - 2759
25
```

Page 123

1      A.   Yes.
2      Q.   Do you have an understanding of what it
3   would be referring to to be hacking the chip you
4   use?
5      A.   Yes.                                              14:48
6      Q.   What's your understanding?
7      A.   My understanding would be trying to break
8   into the RFID chip and the encryption.
9           End of the day, these are all encryptions.
10          So encryptions have a computer limit,              14:48
11  right?  Like, there is processing power that's
12  needed, and you have to try combinations.  And I
13  am thinking they are saying there's an opportunity
14  to hack into our RFID chip.  Doesn't mean it's
15  done, but that's true for all cryptography, right? 14:48
16          Like, any encryption can be end of the day
17  broken.
18     Q.   It's just a matter of computing power and
19  effort, right?
20          MS. CAHOY:  Objection to form.                     14:49
21          THE WITNESS:  I would think so.  Again,
22  not the subject matter that I'm aware of.
23          You should talk to Onur.
24  BY MR. VAN HOVEN:
25     Q.   But that's your understanding, that it's a 14:49