Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite
3200 San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS &  TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

*Attorneys for Hospital Plaintiffs*

**[Additional Counsel Listed on Signature Page]**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br>*Plaintiff,*<br>v.<br><br>INTUITIVE SURGICAL, INC.,<br>*Defendant.* | Lead Case No: 3:21-CV-03496-AMO<br><br>**HOSPITAL PLAINTIFFS' MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY**<br><br>Date: September 26, 2024<br>Time: 2:00 p.m.<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## NOTICE OF MOTION AND MOTION

TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 26, 2024 at 2:00 p.m., or as soon thereafter as this matter may be heard before the Honorable Araceli Martínez-Olguín, District Judge in the United States District Court for the Northern District of California, at 450 Golden Gate Avenue, Courtroom 10, 19th Floor, San Francisco, CA 94102, Plaintiffs in related Case No. 3:21-CV-03825 Larkin Community Hospital, Franciscan Alliance, Inc., and King County Public Hospital District No. 1 DBA Valley Medical Center (collectively, "Hospital Plaintiffs") hereby move the Court for leave to file an opposition to Defendant Intuitive, Inc.'s ("Intuitive") motion to reopen discovery in the SIS Plaintiff action. While Intuitive did not reach out to Hospital Plaintiffs at all regarding its motion, this motion for limited discovery will undoubtedly impact the Hospital Plaintiffs' class action, as the SIS and Hospital Plaintiffs' actions have proceeded jointly on discovery from the very start. Attached hereto as Exhibit A is Hospital Plaintiffs' Memorandum in support of their Opposition to Intuitive's Motion. Hospital Plaintiffs have also attached Exhibits 1 – 9 in support of Exhibit A, and the Declaration of Icee N. Etheridge, interim co-lead counsel for Hospital Plaintiffs.

Dated: August 26, 2024

Respectfully submitted,

/s/ Jeffrey J. Corrigan

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS &
TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Jeffrey J. Corrigan (*pro hac vice*)
Jeffrey L. Spector (*pro hac vice*)
Icee N. Etheridge (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com
jspector@srkattorneys.com
ietheridge@srkattorneys.com

1    Benjamin D. Brown (SBN 202545)         Gary I. Smith, Jr. (SBN 344865)
     Daniel McCuaig (*pro hac vice*)          Samuel Maida (SBN 333835)
2    Zachary R. Glubiak (*pro hac vice*)      HAUSFELD LLP
     COHEN MILSTEIN SELLERS &                 600 Montgomery Street, Suite
3    TOLL PLLC                                3200 San Francisco, CA 94111
     1100 New York Ave., Suite 500            Tel: 415-633-1908
4    Washington, DC 20005                     Fax: 415-358-4980
     Tel: 202-408-4600                        Email: gsmith@hausfeld.com
5    Fax: 202-408-4699                              smaida@hausfeld.com
     Email: bbrown@cohenmilstein.com
6           dmccuaig@cohenmilstein.com

7    Christopher J. Bateman (*pro hac vice*)  Jeannine M. Kenney (*pro hac vice*)
     COHEN MILSTEIN SELLERS &                 HAUSFELD LLP
8    TOLL PLLC                                325 Chestnut Street, Suite 900
     88 Pine Street, 14th Floor               Philadelphia, PA 19106
9    New York, NY 10005                       Tel: 215-985-3270
     Tel: 212-838-7797                        Fax: 215-985-3271
10   Fax: 212-838-7745                        Email: jkenney@hausfeld.com
     Email: cbateman@cohenmilstein.com

11                                            Reena A. Gambhir (*pro hac vice*)
12                                            HAUSFELD LLP
                                              888 16th St NW
13                                            Washington, DC 20006
                                              Tel: 202-540-7145
14                                            Fax: 202-540-7201
                                              Email: rgambhir@hausfeld.com
15

16    *Interim Co-Lead Counsel for Hospital Plaintiffs and the Proposed Class*
      *in Case No. 3:21-CV-03825-AMO*

17   Michael J. Boni
     Joshua D. Snyder (*pro hac vice*)
18   John E. Sindoni (*pro hac vice*)
     BONI, ZACK & SNYDER LLC
19   15 St. Asaphs Road
     Bala Cynwyd, PA 19004
20   Tel: 610-822-0200
     Fax: 610-822-0206
21   Email: mboni@bonizack.com
            jsnyder@bonizack.com
22          jsindoni@bonizack.com

23    *Counsel for Hospital Plaintiffs and the Proposed Class in Case No. 3:21-CV-03825-AMO*

24

25

26

27

28
                                        2
      **HOSPITAL PLAINTIFFS' MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S**
              **MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY**
                           **3:21-CV-03496-AMO**