# EXHIBIT 8

```
                                                          Page 1
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4   ---------------------------------------------------x
 5   IN RE DA VINCI SURGICAL ROBOT        Lead Case No.
     ANTITRUST LITIGATION,                3:21-cv-03825-VC
 6
     ---------------------------------------------------
 7
     THIS DOCUMENT RELATES TO:
 8   ALL CASES
 9   ---------------------------------------------------x
10   SURGICAL INSTRUMENT SERVICE          Case No.
     COMPANY, INC.,                       3:21-cv-03496-VC
11
                 Plaintiff,
12   vs.
13   INTUITIVE SURGICAL, INC.,
14              Defendant.
15   ---------------------------------------------------x
16
17      REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
18                        DAVID ROSA
19                   Monday, May 1, 2023
20
21
22
23
24   Reported By: Lynne Ledanois, CSR 6811
25   Job No. 5892696
```

1            IN THE UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4    ---------------------------------------------------x
5    IN RE DA VINCI SURGICAL ROBOT        Lead Case No.
     ANTITRUST LITIGATION,                3:21-cv-03825-VC
6
     ---------------------------------------------------
7
     THIS DOCUMENT RELATES TO:
8    ALL CASES
9    ---------------------------------------------------x
10   SURGICAL INSTRUMENT SERVICE          Case No.
     COMPANY, INC.,                       3:21-cv-03496-VC
11
              Plaintiff,
12   vs.
13   INTUITIVE SURGICAL, INC.,
14            Defendant.
15   ---------------------------------------------------x
16
17            Videotaped deposition of DAVID ROSA, taken
18   in Sunnyvale, California, commencing at 8:11 a.m.,
19   on Monday, May 1, 2023 before Lynne Ledanois,
20   Certified Shorthand Reporter No. 6811
21
22                         * * *
23
24
25

1    remanufactured instruments was involved in adverse
2    events.
3    BY MR. CORRIGAN:
4         Q    Did Intuitive ever test the reset
5    EndoWrists that were -- well, did Intuitive ever
6    test the EndoWrists that were repaired or reset by
7    Rebotix?
8         A    I don't know.
9         Q    Why would not -- why wouldn't have
10   Intuitive tested those repaired or reset EndoWrists?
11             MR. RUBY:  Object to the form of the
12   question.
13             THE WITNESS:  So I guess it always depends
14   on to what end and what problem are you trying to
15   solve by that testing.
16             We had our extensive testing internally
17   that we had relied on for many years and the agency,
18   the FDA knew about.  So if we didn't test them, I'm
19   not sure; if we did, I'm not sure.
20   BY MR. CORRIGAN:
21        Q    Let's look at Paragraph 45 of your
22   declaration, please.  And first sentence, "To avoid
23   any possibility of confusion, Intuitive has made
24   clear that use of an FDA-cleared remanufactured
25   EndoWrist does not reach any customer's contract or

Page 152

1   otherwise subject a customer to adverse action from
2   Intuitive.  Below is the statement on our website,"
3   and then you set out the statement there.
4           What is the date on this statement?  Not
5   your statement in the declaration but the Intuitive
6   statement starting on the bottom of Page 10, what is
7   the date on that?
8       A   If it's not in here, I don't know the exact
9   date.  There's one date at the bottom of -- the
10  beginning of the last paragraph of the statement that
11  says it's March 1st.  So I would think that this would
12  be right around that date, that time frame.
13      Q   Now, in Paragraph 46 it says -- you say,
14  "This statement accurately reflects Intuitive's
15  current policy towards the activities of EndoWrist
16  remanufacturers."
17          So this is a statement of its current
18  policy; correct?
19      A   Correct.
20      Q   What was Intuitive's policy in this regard
21  before this statement comes out in and around early
22  March of 2023?
23      A   You know, when I think about our
24  conversations, I don't know that we had a clear sort
25  of agreed-to policy within the company.  So I'm

Page 153

1  actually not sure if I could have said here is our
2  policy for our cleared instruments.
3       Q    When did Intuitive --
4            MR. RUBY:  Excuse me, I'm sorry, counsel.
5  If you -- in answering these questions, if an answer
6  would require you to divulge privileged or
7  confidential communications with lawyers, please
8  don't answer the question, say it requires a
9  privileged conversation and then I may or may not
10 have something to say.
11           THE WITNESS:  Okay.
12           MR. RUBY:  Excuse me.  Please go ahead.
13 BY MR. CORRIGAN:
14      Q    When did Intuitive first determine that
15 use of an FDA-cleared remanufactured EndoWrist does
16 not breach any customer's contract?
17      A    I don't -- I actually don't know because to
18 my knowledge, I believe it's the first time an
19 instrument was cleared by the FDA for use with the
20 system that wasn't manufactured by Intuitive.
21      Q    When did Intuitive first post this
22 information for its customers that's in this letter
23 or this statement?
24      A    Again, I'm assuming -- not knowing the exact
25 date, I think it's around that March date.