Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

*Attorneys for Hospital Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>*Defendant.* | Case No. 3:21-cv-03496-AMO<br><br>**HOSPITAL PLAINTIFFS' INTERIM SEALING MOTION IN CONNECTION WITH DEFENDANT INTUITIVE SURGICAL, INC.'S MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY**<br><br>The Honorable Araceli Martínez-Olguín |

## NOTICE OF MOTION AND MOTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), and the Joint Stipulation and Order Regarding Omnibus Sealing Procedures, Dkt. 242, Hospital Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc., and King County Public Hospital District No. 1 d/b/a Valley Medical Center in related case number 3:21-CV-03825-AMO (collectively, "Hospital Plaintiffs") file this Interim Sealing Motion with respect to Hospital Plaintiffs' Motion for Leave to File Opposition to Intuitive's Motion for Limited Supplemental Discovery (the "Motion for Limited Supplemental Discovery"), and Exhibits 4, 6, 7, and 9 of the supporting Declaration of Icee N. Etheridge.

Consistent with the Joint Stipulation and Order Regarding Omnibus Sealing Procedures, Dkt. 242, Hospital Plaintiffs will notify any affected third parties and, within 14 days after the conclusion of the parties' briefing on the Motion for Limited Supplemental Discovery, the parties will file an omnibus sealing motion attaching (a) support for any Party's or third party's request to maintain under seal any documents or portions of documents; and (b) attaching a proposed order with a chart listing all documents that a Party or third party seeks to maintain under seal. *See id.* at ¶¶ 2–3.

Dated: August 26, 2024                                          Respectfully submitted,

|  |  |
|---|---|
| Manuel J. Dominguez (*pro hac vice*) <br> COHEN MILSTEIN SELLERS <br>  & TOLL PLLC <br> 11780 U.S. Highway One, Suite N500 <br> Palm Beach Gardens, FL 33408 <br> Tel: 561-515-2604 <br> Fax: 561-515-1401 <br> jdominguez@cohenmilstein.com | /s/  *Jeffrey J. Corrigan* <br> Jeffrey J. Corrigan (*pro hac vice*) <br> Jeffrey L. Spector (*pro hac vice*) <br> Icee N. Etheridge (*pro hac vice*) <br> SPECTOR ROSEMAN & KODROFF, P.C. <br> 2001 Market Street, Suite 3420 <br> Philadelphia, PA 19103 <br> Tel: 215-496-0300 <br> Fax: 215-496-6611 <br> jcorrigan@srkattorneys.com <br> jspector@srkattorneys.com <br> ietheridge@srkattorneys.com |

Benjamin D. Brown (SBN 202545)
Daniel McCuaig (*pro hac vice*)
Zachary R. Glubiak (*pro hac vice*)
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave., Suite 500
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
bbrown@cohenmilstein.com
dmccuaig@cohenmilstein.com
zglubiak@cohenmilstein.com

Gary I. Smith, Jr. (SBN 344865)
Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
gsmith@hausfeld.com
smaida@hausfeld.com

Christopher J. Bateman (*pro hac vice*)
COHEN MILSTEIN SELLERS
 & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: 212-838-7797
Fax: 212-838-7745
cbateman@cohenmilstein.com

Jeannine M. Kenney (*pro hac vice*)
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: 215-985-3270
Fax: 215-985-3271
jkenney@hausfeld.com

Reena A. Gambhir (*pro hac vice*)
HAUSFELD LLP
888 16th St NW
Washington, DC 20006
Tel: 202-540-7145
Fax: 202-540-7201
rgambhir@hausfeld.com

*Interim Co-Lead Counsel for Hospital Plaintiffs and the Proposed Class*
*in Case No. 3:21-CV-03825-AMO*

Michael J. Boni
Joshua D. Snyder (*pro hac vice*)
John E. Sindoni (*pro hac vice*)
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

*Counsel for Hospital Plaintiffs and the Proposed Class in Case No. 3:21-CV-03825-AMO*

**CERTIFICATE OF SERVICE**

On August 26, 2024, I caused a copy of Hospital Plaintiffs' Interim Sealing Motion to be electronically filed via the Court's Electronic Case Filing System and served *via* email on counsel of record.

/s/ *Jeffrey J. Corrigan*
Jeffrey J. Corrigan