Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br>     *Plaintiff*, <br> v. <br> INTUITIVE SURGICAL, INC., <br>     *Defendant*. | Case No. 3:21-cv-03496-AMO <br><br> **DEFENDANT'S INTERIM SEALING MOTION IN CONNECTION WITH DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY** <br><br> The Honorable Araceli Martínez-Olguín |

**NOTICE OF MOTION AND MOTION**

Pursuant to Civil Local Rules 7-11 and 79-5(f), and the Joint Stipulation and Order Regarding Omnibus Sealing Procedures, Dkt. 242, Defendant Intuitive Surgical, Inc. ("Intuitive") files this Interim Sealing Motion with respect to Intuitive's Reply in Support of Motion for Limited Supplemental Discovery (the "Motion for Limited Supplemental Discovery"), and Exhibits 15, 16, and 17 of the supporting Declaration of Paul D. Brachman.

Consistent with the Joint Stipulation and Order Regarding Omnibus Sealing Procedures, Dkt. 242, Intuitive will notify any affected third parties and, within 14 days after the conclusion of the parties' briefing on the Motion for Limited Supplemental Discovery, the parties will file an omnibus sealing motion attaching (a) support for any Party's or third party's request to maintain under seal any documents or portions of documents; and (b) attaching a proposed order with a chart listing all documents that a Party or third party seeks to maintain under seal. *See id.* at ¶¶ 2–3.

Dated: September 3, 2024

By: /s/ *Kenneth A. Gallo*
Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com

|   |   |
|---|---|
| 1 | Email: cparker@paulweiss.com |
| 2 | Email: dcrane@paulweiss.com |

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLINGTON LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) w632-4800
Email: kcahoy@cov.com

Andrew Lazerow (*pro hac vice*)
**COVINGTON & BURLINGTON LLP**
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690
Email: allen@allenruby.com

Attorneys for *Defendant*
*Intuitive Surgical, Inc.*

- 2 -

Doc#: US1:19942605v1

Defendant's Interim Sealing Motion
3:21-cv-03825-AMO

## CERTIFICATE OF SERVICE

On September 3, 2024, I caused a copy of Defendant's Interim Sealing Motion to be electronically filed via the Court's Electronic Case Filing System and served via email on counsel of record for Surgical Instrument Service Company, Inc.

Dated: September 3, 2024          By: */s/ Kenneth A. Gallo*
                                       Kenneth A. Gallo