Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br> *Plaintiff*, <br> v. <br> INTUITIVE SURGICAL, INC., <br> *Defendant*. | Case No. 3:21-cv-03496-AMO <br><br> **DECLARATION OF PAUL D. BRACHMAN IN SUPPORT OF INTUITIVE'S REPLY IN SUPPORT OF MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY** <br><br> The Honorable Araceli Martínez-Olguín |

I, PAUL D. BRACHMAN, declare as follows:

1. I am an attorney licensed to practice in New York and the District of Columbia, and am admitted *pro hac vice* to practice before this Court. I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Intuitive Surgical, Inc. ("Intuitive") in this matter. I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently hereto.

2. Attached to this declaration as **Exhibit 15** is a true and correct copy of excerpts of the transcript of the deposition of Rick Ferreira taken in the matter of *Restore Robotics LLC, et al.* v. *Intuitive Surgical, Inc.*, No. 5:19-cv-55 (N.D. Fla.), on June 7, 2021.

3. Attached to this declaration as **Exhibit 16** is a true and correct copy of excerpts of the transcript of the deposition of David Rosa, taken in this matter on May 1, 2023.

4. Attached to this declaration as **Exhibit 17** is a true and correct copy of excerpts of the transcript of the deposition of Greg Posdal, taken in this matter on November 1, 2022.

5. Attached to this declaration as **Exhibit 18** is a true and correct copy of an email sent by Steve Sherry of the McCaulley Law Group, counsel for Plaintiff Surgical Instrument Service Company Inc., on August 28, 2024.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 3, 2024            By: /s/ *Paul D. Brachman*
                                          PAUL D. BRACHMAN

### FILER'S ATTESTATION

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified above has concurred in this filing.

| | |
|---|---|
| Dated: September 3, 2024 | By: /s/ *Kenneth A. Gallo* <br> Kenneth A. Gallo |

Kenneth A. Gallo (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com

*Attorney for Defendant
Intuitive Surgical, Inc.*