1 | Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
2 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
3 | Washington, DC 20006-1047
Telephone: (202) 223-7300
4 | Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
5 | Email: pbrachman@paulweiss.com

6 | William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
7 | Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
8 | 1285 Avenue of the Americas
New York, NY 10019-6064
9 | Telephone: (212) 373-3000
Facsimile: (212) 757-3990
10 | Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
11 | Email: dcrane@paulweiss.com

12 | Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
13 | 535 Mission Street, 24th Floor
San Francisco, CA 94105
14 | Telephone: (628) 432-5100
Facsimile: (628) 232-3101
15 | Email: jhill@paulweiss.com

16 | *Attorneys for Defendant Intuitive Surgical, Inc.*

17 | [Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br>  *Plaintiff*, <br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br>  *Defendant*. | Case No. 3:21-cv-03496-AMO <br><br> **DEFENDANT'S OPPOSITION TO HOSPITAL PLAINTIFFS' MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY** <br><br> The Honorable Araceli Martínez-Olguín |

DOCUMENT FILED UNDER SEAL
IN ITS ENTIRETY