Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br> *Plaintiff*, <br> v. <br> INTUITIVE SURGICAL, INC., <br> *Defendant*. | Case No. 3:21-cv-03496-AMO <br><br> **DECLARATION OF KARA ANDERSEN REITER IN SUPPORT OF OMNIBUS SEALING MOTION IN CONNECTION WITH DEFENDANT'S MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY** <br><br> The Honorable Araceli Martínez-Olguín |

I, KARA ANDERSEN REITER, declare as follows:

1. I am Senior Vice President, Litigation and Employment Law, at Defendant Intuitive Surgical, Inc. ("Intuitive"). I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently hereto.

2. On November 8, 2022, Intuitive entered into a settlement agreement with Rebotix Repair LLC ("Rebotix"), to settle the lawsuit captioned *Rebotix Repair LLC* v. *Intuitive Surgical, Inc.*, No. 8:20-cv-2274-T-33TGW (M.D. Fla.) (the "Rebotix Settlement Agreement"). Dkt. 245-2.

3. On January 23, 2023, Intuitive entered into a settlement agreement with Restore Robotics LLC and Restore Robotics Repairs LLC (collectively, "Restore"), to settle the lawsuit captioned *Restore Robotics LLC et al.* v. *Intuitive Surgical, Inc.*, No. 5:19-cv-00055-MCR-MJF (N.D. Fla.) (the "Restore Settlement Agreement"). Dkt. 245-3.

4. The Rebotix Settlement Agreement and Restore Settlement Agreement each includes a confidentiality provision requiring that the terms of the Agreement be kept confidential (the "Confidentiality Provisions"). Dkt. 245-2 (Rebotix Settlement Agreement) ¶ 4.1; Dkt. 245-3 (Restore Settlement Agreement) ¶ 4.1. The parties to each Agreement engaged in confidential settlement discussions and negotiated for these Confidentiality Provisions, which appear in the final Agreements. Intuitive accordingly treats these Agreements as highly confidential.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 17, 2024              By: _____
                                           KARA ANDERSEN REITER

**FILER'S ATTESTATION**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified above has concurred in this filing.

| | |
|---|---|
| Dated:  September 17, 2024 | By: /s/ *Kenneth A. Gallo* <br> Kenneth A. Gallo |
| | Kenneth A. Gallo (*pro hac vice*) <br> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** <br> 2001 K Street, NW <br> Washington, DC  20006-1047 <br> Telephone:  (202) 223-7300 <br> Facsimile:  (202) 204-7420 <br> Email: kgallo@paulweiss.com |
| | *Attorney for Defendant* <br> *Intuitive Surgical, Inc.* |