# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

SURGICAL INSTRUMENT SERVICE COMPANY, INC.,
                    *Plaintiff*,
        v.

INTUITIVE SURGICAL, INC.,
                    *Defendant*.

Case No. 3:21-cv-03496-AMO

**[PROPOSED] ORDER ON OMNIBUS SEALING MOTION IN CONNECTION WITH DEFENDANT'S MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY**

The Honorable Araceli Martínez-Olguín

Having considered the omnibus motion filed by Defendant Intuitive Surgical, Inc. ("Intuitive"), IT IS HEREBY ORDERED that the Clerk shall file the following materials filed in connection with the Motion for Limited Supplemental Discovery in accord with the Court's rulings indicated below.

| Document title or Description | Dkt. No. of Redacted Version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Ex. A - SIS's Opposition to Motion for Limited Supplemental Discovery | 246 | 253-2 | Reiter Decl., Dkt. 253-1 | Intuitive | Partial (redacted portions on pp. 4–5, 6, 9–10, 14, 21) | The settlement agreements include confidentiality provisions, which the parties negotiated for as part of settlement discussions. Reiter Decl. ¶ 4. | |
| Van Hoven Decl. Ex. 8 (Rebotix Settlement Agreement) | N/A | 245-2 | Reiter Decl., Dkt. 253-1 | Intuitive | Full | The settlement agreements include confidentiality provisions, which the parties negotiated for as part of settlement discussions. Reiter Decl. ¶ 4. | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Van Hoven Decl. Ex. 9 (Restore Settlement Agreement) | N/A | 245-3 | Reiter Decl., Dkt. 253-1 | Intuitive | Full | The settlement agreements include confidentiality provisions, which the parties negotiated for as part of settlement discussions. Reiter Decl. ¶ 4. | |
| Reply in Support of Motion for Limited Supplemental Discovery | 254 | 253-3 | Reiter Decl., Dkt. 253-1 | Intuitive | Partial (redacted portion on p. 5) | The settlement agreements include confidentiality provisions, which the parties negotiated for as part of settlement discussions. Reiter Decl. ¶ 4. | |

**IT IS SO ORDERED.**

Dated: _____          By: _____

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge