Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> *Defendant*. | Case No. 3:21-cv-03496-AMO <br><br> **DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY** <br><br> The Honorable Araceli Martínez-Olguín |

**MOTION AND NOTICE OF MOTION**

Pursuant to Civil Local Rule 7-11 and 7-3(d), Defendant Intuitive Surgical, Inc. ("Intuitive") hereby brings this unopposed Administrative Motion for Leave to file a supplemental brief of no more than three pages in support of its Motion for Limited Supplemental Discovery, Dkt. 244, in order to bring to the Court's attention a recently-filed complaint that further shows why supplemental discovery is necessary. The proposed supplemental brief is attached hereto as Exhibit A; the complaint referenced is attached as Exhibit 1 to the proposed Declaration of William B. Michael. Counsel for Intuitive has met and conferred with counsel for Plaintiff Surgical Instrument Service Company, Inc. ("SIS"), and SIS has represented that it does not oppose this Motion for Leave.

On September 18, 2024—just two days ago, and more than two weeks after briefing had been completed on the Motion for Limited Supplemental Discovery—non-party Restore Robotics Repairs LLC filed a complaint in the Northern District of Florida that bears directly on the issues raised in the Motion for Limited Supplemental Discovery. As explained in the proposed supplemental brief, Restore's Complaint directly contradicts SIS's arguments opposing the limited supplemental discovery that Intuitive seeks on key points, including the ability of third parties to break the encryption on Intuitive's X/Xi EndoWrists and the ability and willingness of third parties to seek FDA clearance for remanufactured EndoWrists. Because Restore filed its Complaint only two days ago, Intuitive could not have addressed the Complaint in the prior briefing on its Motion for Limited Supplemental Discovery. Accordingly, Intuitive respectfully requests that the Court grant this Administrative Motion for Leave, permit Intuitive to file the supplemental brief, and direct the Clerk of Court to enter Exhibit A hereto, as well as the proposed Declaration of William B. Michael and Exhibit 1 thereto, as filed on the docket in this case.

| | | |
|---|---|---|
| 1 | Dated:  September 20, 2024 | By: */s/ Kenneth A. Gallo*<br>      Kenneth A. Gallo |
| 2 | | |
| 3 | | Kenneth A. Gallo (*pro hac vice*)<br>Paul D. Brachman (*pro hac vice*) |
| 4 | | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 5 | | 2001 K Street, NW<br>Washington, DC  20006-1047 |
| 6 | | Telephone:  (202) 223-7300<br>Facsimile:  (202) 204-7420 |
| 7 | | Email: kgallo@paulweiss.com<br>Email: pbrachman@paulweiss.com |
| 8 | | William B. Michael (*pro hac vice*) |
| 9 | | Crystal L. Parker (*pro hac vice*)<br>Daniel A. Crane (*pro hac vice*) |
| 10 | | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 11 | | 1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| 12 | | Telephone:  (212) 373-3000<br>Facsimile:  (212) 757-3990 |
| 13 | | Email: wmichael@paulweiss.com<br>Email: cparker@paulweiss.com<br>Email: dcrane@paulweiss.com |
| 14 | | |
| 15 | | Joshua Hill Jr. (SBN 250842)<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 16 | | 535 Mission Street, 24th Floor<br>San Francisco, CA 94105 |
| 17 | | Telephone:  (628) 432-5100<br>Facsimile:  (628) 232-3101 |
| 18 | | Email: jhill@paulweiss.com |
| 19 | | Sonya D. Winner (SBN 200348) |
| 20 | | **COVINGTON & BURLINGTON LLP**<br>415 Mission Street, Suite 5400 |
| 21 | | San Francisco, California 94105-2533<br>Telephone:  (415) 591-6000 |
| 22 | | Facsimile:  (415) 591-6091<br>Email: swinner@cov.com |
| 23 | | Kathryn E. Cahoy (SBN 298777) |
| 24 | | **COVINGTON & BURLINGTON LLP**<br>3000 El Camino Real |
| 25 | | 5 Palo Alto Square, 10th Floor<br>Palo Alto, California 94306-2112 |
| 26 | | Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800 |
| 27 | | Email: kcahoy@cov.com |
| 28 | | |

| | |
|---|---|
| 1 | |
| 2 | Andrew Lazerow (*pro hac vice*)<br>**COVINGTON & BURLINGTON LLP**<br>One City Center 850 Tenth Street NW |
| 3 | Washington DC 20001-4956<br>Telephone: (202) 662-6000 |
| 4 | Facsimile: (202) 662-6291<br>Email: alazerow@cov.com |
| 5 | |
| 6 | Allen Ruby (SBN 47109)<br>**ALLEN RUBY, ATTORNEY AT LAW** |
| 7 | 15559 Union Ave. #138<br>Los Gatos, California 95032<br>Telephone: (408) 477-9690 |
| 8 | Email: allen@allenruby.com |
| 9 | |
| 10 | *Attorneys for Defendant*<br>*Intuitive Surgical, Inc.* |

- - 3 - -

DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF
Case No. 3:21-cv-03496-AMO

# CERTIFICATE OF SERVICE

I, Kenneth A. Gallo, hereby certify that on September 20, 2024, I caused a true and correct copy of the foregoing Administrative Motion for Leave to File Supplemental Brief in Support of Defendant's Motion for Limited Supplemental Discovery to be electronically filed via the Court's Electronic Case Filing System, which pursuant to the Court's order of September 29, 2008, constitutes service in this action on counsel of record for Surgical Instrument Service Company, Inc.

Dated:  September 20, 2024         By:  */s/ Kenneth A. Gallo*
                                        Kenneth A. Gallo

                                        *Attorney for Intuitive Surgical, Inc.*