**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br>    *Plaintiff,* <br>  v. <br> INTUITIVE SURGICAL, INC., <br>    *Defendant.* | Case No. 3:21-cv-03496-AMO <br><br> **[PROPOSED] ORDER ON DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY** <br><br> The Honorable Araceli Martínez-Olguín |

Upon consideration of Defendant's Administrative Motion for Leave to File Supplemental Brief in Support of Defendant's Motion for Limited Supplemental Discovery, IT IS HEREBY ORDERED that the motion is GRANTED. IT IS FURTHER ORDERED that Defendant's proposed Supplemental Brief in Support of Defendant's Motion for Limited Supplemental Discovery, attached as Exhibit A to its Motion for Leave, as well as the supporting Declaration of William B. Michael and Exhibit 1 thereto, is DEEMED FILED.

**IT IS SO ORDERED.**

Dated:                                                          By: _____
                                                                      HON. ARACELI MARTÍNEZ-OLGUÍN
                                                                      United States District Judge