Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br>　　　　　*Plaintiff*,<br>　　v.<br><br>INTUITIVE SURGICAL, INC.,<br>　　　　　*Defendant*. | Case No. 3:21-cv-03496-AMO<br><br><br>**DECLARATION OF WILLIAM B. MICHAEL IN SUPPORT OF INTUITIVE'S SUPPLEMENTAL REPLY IN SUPPORT OF MOTION FOR LIMITED SUPPLEMENTAL DISCOVERY**<br><br>The Honorable Araceli Martínez-Olguín |

I, WILLIAM B. MICHAEL, declare as follows:

1.      I am an attorney licensed to practice in New York, and am admitted *pro hac vice* to practice before this Court.  I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Intuitive Surgical, Inc. ("Intuitive") in this matter. I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently hereto.

2.      Attached to this declaration as **Exhibit 1** is a true and correct copy of the complaint filed on September 18, 2024 in the Northern District of Florida by Restore Robotics Repairs LLC against Intuitive, in the case captioned *Restore Robotics Repairs LLC* v. *Intuitive Surgical, Inc.*, No. 3:24-cv-00444 (N.D. Fla.).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  September 20, 2024                    By: /s/ *William B. Michael*_____

                                                                   WILLIAM B. MICHAEL

Michael Declaration in Support of Intuitive's Motion for Limited Supplemental Discovery
3:21-cv-03496-AMO

## **FILER'S ATTESTATION**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified above has concurred in this filing.

Dated:  September 20, 2024

By: /s/ *Kenneth A. Gallo*
Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com

*Attorney for Defendant*
*Intuitive Surgical, Inc.*