1  Kenneth A. Gallo (*pro hac vice*)
   Paul D. Brachman (*pro hac vice*)
2  **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
   2001 K Street, NW
3  Washington, DC  20006-1047
   Telephone:  (202) 223-7300
4  Facsimile:  (202) 204-7420
   Email: kgallo@paulweiss.com
5  Email: pbrachman@paulweiss.com

6  *Attorneys for Defendant and Counter-Claimant,
   Intuitive Surgical, Inc.*
7
   **MCCAULLEY LAW GROUP LLC**
8  Joshua V. Van Hoven, (CSB No. 261815)
   E-Mail: josh@mccaulleylawgroup.com
9  3001Bishop Dr., Suite 300
   San Ramon, California 94583
10 Telephone: 925.302.5941

11
   Richard T. McCaulley (*pro hac vice*)
12 E-Mail: richard@mccaulleylawgroup.com
   180 N. Wabash Avenue, Suite 601
13 Chicago, Illinois 60601
   Telephone: 312.330.8105
14

15 *Attorneys for Plaintiff and Counter-Defendant,
   Surgical Instrument Service Company, Inc.*
16

17 [Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., | Case No. 3:21-cv-03496-AMO |
| *Plaintiff/Counter-Defendant,* | **JOINT PROPOSED VOIR DIRE** |
| v. | Date:  November 25, 2024 |
| INTUITIVE SURGICAL, INC., | Time:  11:00 a.m. |
| | Courtroom:  10 |
| *Defendant/Counter-Claimant.* | |
| | The Honorable Araceli Martínez-Olguín |

Pursuant to the Court's Schedule and Pretrial Order of June 11, 2024, Dkt. 235, Plaintiff Surgical Instrument Service Company, Inc., and Defendant Intuitive Surgical, Inc. hereby provide their joint proposed voir dire questions. Pursuant to Section II.A.4. of the Court's Schedule and Pretrial Order of June 11, 2024, the Parties have supplemented this joint proposed voir dire by filing separate requests.

**JOINT PROPOSED VOIR DIRE**

1. I am going to read a brief description of this lawsuit. [READ THE JOINT SIMPLIFIED STATEMENT OF THE CASE].

    a. Have any of you read or heard anything about this case from any source before today, or have any knowledge of this case? If so, what have you seen, read, heard, or discussed? Where did you see, read, hear or discuss this case and with whom?

    b. What opinions have you formed based on what you have seen, read, or heard about this case? How will your opinions impact your views in this case?

    c. Is there anything you have heard about this case that makes you concerned you might not be able to decide it fairly and neutrally?

**Preliminary Questions**

2. Do any of you know any member of my staff on any basis, social, professional or otherwise?

3. What types of things do you do in your free time?

    a. Any hobbies or recreational activities?

    b. Are you a member in civil, social, fraternal, union or professional organizations?

    c. Do you hold or have your held any appointed or elected offices in government?

    d. From what sources do you get your news?

4. When you purchase or receive a new electronic device or appliance, do you usually begin using the product without reading the instructions?

5. How long have you owned your personal car?

6. Do you feel that an individual or a company suing has a legitimate case because they have filed a lawsuit and now there is a trial? If so, will that influence you as a prospective juror in this case?

7. Do you feel there are too many, too few, or just about the right number of lawsuits?

8. Do you have any opinions for or against using lawsuits and the court system to enforce the laws regulating competitive business practices?

**WITH THE UPCOMING QUESTIONS, IF THERE ARE ANY MATTERS WHICH YOU WOULD RATHER DISCUSS PRIVATELY THAT MAY AFFECT YOUR ABILITY TO BE A FAIR AND IMPARTIAL JUROR, PLEASE LET THE COURT KNOW.**

9. Can you read, write, speak, and understand the English language?

10. Do any of you have any experience with robotic surgery, considered robotic or laparoscopic surgery, or have a pending procedure scheduled?

**Corporations and Business Practices**

11. Who here agrees with the phrase "all is fair in business"? Tell us a little about that.

12. Do you have strong positive or negative views of corporations or corporate America?

**Concluding Questions**

13. I will instruct you on the law at the conclusion of the case. If selected as a juror, you will take an oath to follow the law. Do any of you think you would have trouble following the law as given to you, even if you may disagree with it?

14. Is there anything that has occurred to any of you, or are there any facts that you think we should know that might have a bearing on your judgment in this case?

15. Who here has any opinions whatsoever about this case? What are your opinions?

16. Is there anything else you think we may want to know about your background, experience or opinions that could influence you as a juror in a case involving robotic surgical equipment and business practices in that industry?

| | |
|---|---|
| Dated: October 28, 2024 | By: /s/ *Kenneth A. Gallo*<br>Kenneth A. Gallo |

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLINGTON LLP**
3000 El Camino Real

|   |   |   |
|---|---|---|
| 1 | | 5 Palo Alto Square, 10th Floor |
| 2 | | Palo Alto, California 94306-2112 |
|   | | Telephone: (650) 632-4700 |
| 3 | | Facsimile: (650) 632-4800 |
|   | | Email: kcahoy@cov.com |
| 4 | | |
| 5 | | Andrew Lazerow (*pro hac vice*) |
|   | | **COVINGTON & BURLINGTON LLP** |
| 6 | | One City Center 850 Tenth Street NW |
|   | | Washington DC 20001-4956 |
| 7 | | Telephone: (202) 662-6000 |
|   | | Facsimile: (202) 662-6291 |
| 8 | | Email: alazerow@cov.com |
| 9 | | |
|   | | Allen Ruby (SBN 47109) |
| 10 | | **ALLEN RUBY, ATTORNEY AT LAW** |
|   | | 15559 Union Ave. #138 |
| 11 | | Los Gatos, California 95032 |
|   | | Telephone: (408) 477-9690 |
| 12 | | Email: allen@allenruby.com |
| 13 | | |
|   | | Attorneys for *Defendant* |
| 14 | | *Intuitive Surgical, Inc.* |
| 15 | | |
| 16 | Dated: October 28, 2024 | By: */s/ Richard T. McCaulley* |
|   | | Richard T. McCaulley |
| 17 | | |
|   | | Richard T. McCaulley (*pro hac vice*) |
| 18 | | **MCCAULLEY LAW GROUP LLC** |
|   | | E-Mail: 180 N. Wabash Avenue, Suite 601 |
| 19 | | Chicago, Illinois 60601 |
|   | | Telephone: (312) 330-8105 |
| 20 | | richard@mccaulleylawgroup.com |
| 21 | | |
|   | | Joshua V. Van Hoven (CSB No. 262815) |
| 22 | | 3001 Bishop Dr., Suite 300 |
|   | | San Ramon, California 94583 |
| 23 | | Telephone: (925) 302-5941 |
|   | | E-Mail: josh@mccaulleylawgroup.com |
| 24 | | |
| 25 | | *Attorneys for Plaintiff Surgical Instrument Service Company, Inc.* |
| 26 | | |
| 27 | | |
| 28 | | |

**E-Filing Attestation**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

Dated:  October 28, 2024          By:  */s/ Kenneth A. Gallo*
                                      Kenneth A. Gallo