1 | Kenneth A. Gallo (*pro hac vice*)
2 | Paul D. Brachman (*pro hac vice*)
   | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
3 | 2001 K Street, NW
   | Washington, DC  20006-1047
4 | Telephone:  (202) 223-7300
   | Facsimile:  (202) 204-7420
5 | Email: kgallo@paulweiss.com
   | Email: pbrachman@paulweiss.com
6 |
7 | *Attorneys for Defendant and Counter-Claimant*
   | *Intuitive Surgical, Inc.*
8 |
   | **MCCAULLEY LAW GROUP LLC**
9 | Joshua V. Van Hoven, (CSB No. 261815)
   | E-Mail: josh@mccaulleylawgroup.com
10 | 3001Bishop Dr., Suite 300
   | San Ramon, California 94583
11 | Telephone: 925.302.5941
12 |
13 | Richard T. McCaulley (*pro hac vice*)
   | E-Mail: richard@mccaulleylawgroup.com
14 | 180 N. Wabash Avenue, Suite 601
   | Chicago, Illinois 60601
15 | Telephone: 312.330.8105

16 | *Attorneys for Plaintiff and Counter-Defendant*
   | *Surgical Instrument Service Company, Inc.*
17 |
18 | [Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., | Case No. 3:21-cv-03496-AMO |
| *Plaintiff/Counter-Defendant,* | **PARTIES' JOINT LIST OF PEOPLE INVOLVED IN THE CASE** |
| v. | Date:  November 25, 2024 |
| INTUITIVE SURGICAL, INC., | Time:  11:00 a.m. |
| *Defendant/Counter-Claimant.* | Courtroom:  10 |
| | The Honorable Araceli Martínez-Olguín |

1   Pursuant to the Court's Schedule and Pretrial Order of June 11, 2024, Dkt. 235, Plaintiff
2   Surgical Instrument Service Company, Inc. and Defendant Intuitive Surgical, Inc., by and
3   through their undersigned counsel, submit the attached list of people involved in the case to be
4   provided to the venire.

5   Dated:  October 28, 2024                    By: /s/ Kenneth A. Gallo
                                                    Kenneth A. Gallo

            Kenneth A. Gallo (*pro hac vice*)
            Paul D. Brachman (*pro hac vice*)
            **PAUL, WEISS, RIFKIND, WHARTON &**
            **GARRISON LLP**
            2001 K Street, NW
            Washington, DC  20006-1047
            Telephone:  (202) 223-7300
            Facsimile:  (202) 204-7420
            Email: kgallo@paulweiss.com
            Email: pbrachman@paulweiss.com

            William B. Michael (*pro hac vice*)
            Crystal L. Parker (*pro hac vice*)
            Daniel A. Crane (*pro hac vice*)
            **PAUL, WEISS, RIFKIND, WHARTON &**
            **GARRISON LLP**
            1285 Avenue of the Americas
            New York, NY 10019-6064
            Telephone:  (212) 373-3000
            Facsimile:  (212) 757-3990
            Email: wmichael@paulweiss.com
            Email: cparker@paulweiss.com
            Email: dcrane@paulweiss.com

            Joshua Hill Jr. (SBN 250842)
            **PAUL, WEISS, RIFKIND, WHARTON &**
            **GARRISON LLP**
            535 Mission Street, 24th Floor
            San Francisco, CA 94105
            Telephone:  (628) 432-5100
            Facsimile:  (628) 232-3101
            Email: jhill@paulweiss.com

|     |                                                          |
| --- | -------------------------------------------------------- |
| 1   |                                                          |
| 2   | Sonya D. Winner (SBN 200348)                             |
|     | **COVINGTON & BURLINGTON LLP**                           |
| 3   | 415 Mission Street, Suite 5400                           |
|     | San Francisco, California 94105-2533                     |
| 4   | Telephone:  (415) 591-6000                               |
|     | Facsimile:  (415) 591-6091                               |
| 5   | Email: swinner@cov.com                                   |
| 6   |                                                          |
|     | Kathryn E. Cahoy (SBN 298777)                            |
| 7   | **COVINGTON & BURLINGTON LLP**                           |
|     | 3000 El Camino Real                                      |
| 8   | 5 Palo Alto Square, 10th Floor                           |
|     | Palo Alto, California 94306-2112                         |
| 9   | Telephone: (650) 632-4700                                |
|     | Facsimile: (650) 632-4800                                |
| 10  | Email: kcahoy@cov.com                                    |
| 11  |                                                          |
|     | Andrew Lazerow (*pro hac vice*)                          |
| 12  | **COVINGTON & BURLINGTON LLP**                           |
|     | One City Center 850 Tenth Street NW                      |
| 13  | Washington DC 20001-4956                                 |
|     | Telephone: (202) 662-6000                                |
| 14  | Facsimile: (202) 662-6291                                |
|     | Email: alazerow@cov.com                                  |
| 15  |                                                          |
| 16  |                                                          |
|     | Allen Ruby (SBN 47109)                                   |
| 17  | **ALLEN RUBY, ATTORNEY AT LAW**                          |
|     | 15559 Union Ave. #138                                    |
| 18  | Los Gatos, California 95032                              |
|     | Telephone: (408) 477-9690                                |
| 19  | Email: allen@allenruby.com                               |
| 20  |                                                          |
|     | Attorneys for *Defendant*                                |
| 21  | *Intuitive Surgical, Inc.*                               |
| 22  |                                                          |
| 23  |                                                          |
| 24  |                                                          |
| 25  |                                                          |
| 26  |                                                          |
| 27  |                                                          |
| 28  |                                                          |

| | | |
|---|---|---|
| Dated: October 28, 2024 | | By: /s/ Richard T. McCaulley<br>    Richard T. McCaulley |

Richard T. McCaulley (*pro hac vice*)
**MCCAULLEY LAW GROUP LLC**
E-Mail: 180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105
richard@mccaulleylawgroup.com

Joshua V. Van Hoven (CSB No. 262815)
**MCCAULLEY LAW GROUP LLC**
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941
E-Mail: josh@mccaulleylawgroup.com

*Attorneys for Plaintiff Surgical Instrument Service Company, Inc.*

**E-Filing Attestation**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

Dated:  October 28, 2024                    By:  /s/ Kenneth A. Gallo
                                                 Kenneth A. Gallo

**LIST OF PEOPLE INVOLVED IN THE CASE**

Arkin, Ronald
Bair, Ronald Lee, Jr.
Bernier, Greta
Bero, Richard
Bomalaski, John
Brachman, Paul D.
Burke, Michael
Cahoy, Kathryn E.
Chudzik, Rafal
Claiborne, Ted
Colletti, Jake
Crane, Daniel A.
Curet, Myriam
DeSantis, Bob
Dickens, Eugene
Donovan, Stacey
Duque, Grant
Estape, Ricardo
Fabricant, David
Ferreira, Rick
Foreman, Christy
Francis, John
Gallo, Kenneth A.
Gibson, Chris
Gonzales, Jose Carlos
Goodson, Nicky
Goodwin, Jason
Gordon, West
Guerrero, Sandra Sosa
Hamilton, Stan
Harrich, Edward
Harvey, Sherry
Hill, Joshua, Jr.
Howe, Robert
Humphrey, Kurt
Inacay, Antonio (AJ)
Johnson, Keith
Johnson, Mark
Jones, Dan
Lamb, Russell
Lazerow, Andrew D.
Lowe, Mario
Madewell, Mike

| | |
|---|---|
| 1 | Mahal, Amandeep |
| 2 | Martin, Paul |
| | Maun, Dipien |
| 3 | May, Kevin |
| 4 | McCaulley, Richard T. |
| | McDonald, Tyler |
| 5 | McGrogan, Anthony |
| | Meng, Maxwell |
| 6 | Michael, William B. |
| 7 | Mixner, David |
| | Mohr, Marshall |
| 8 | Morales, Colin |
| | Morrison, Joe |
| 9 | Nixon, Margaret (Maggie) |
| 10 | Nolan, Liz |
| | Overmars, Bob |
| 11 | Papit, Glenn |
| 12 | Parker, Clif |
| | Parker, Crystal L. |
| 13 | Parnell, Kim |
| 14 | Peswani, Disha |
| | Phillips, Phillip |
| 15 | Plomin, Paul |
| | Pope, Todd |
| 16 | Posdal, Greg |
| 17 | Reiter, Kara A. |
| | Rosa, David |
| 18 | Rubach, Eugene |
| 19 | Ruby, Allen |
| | Sargent, Jean |
| 20 | Schimmel, Judith |
| | Scoville, Katie |
| 21 | Shaw, Ryan |
| 22 | Shepherd, Michael |
| | Smith, Jeff |
| 23 | Smith, Loren |
| 24 | Somayaji, Sharathchandra (Shark) |
| | Teal, Richard |
| 25 | Thomas, Todd |
| | Tourand, Todd |
| 26 | Van Hoven, Joshua V. |
| 27 | Vavoso, Glen |
| | Wagner, John |
| 28 | Waninger, Karen F. |

Parties' Joint List of People Involved in the Case
3:21-cv-03496-AMO

| | |
|---|---|
| 1 | Winner, Sonya D. |
| 2 | Zafar, Imron |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |