# Appendix A

Third Party-Produced Documents Subject to Stipulation D.2.

Appendix A: Third Party-Produced Documents Subject to Stipulation D.2

| Description | Date | Bates |
|---|---|---|
| EndoWrist Service Procedure, by Greg Fiegel | 04/25/2019 | REBOTIX162404 |
| Traditional 510(k) Notification Re-manufactured EndoWrists (Rebotix) | 12/18/2014 | REBOTIX170421 |
| Letter from R. Burke to Dr. Wen re: Rebotix, LLC's intent to withdraw 510(k) Premarket Notification | 12/17/2015 | REBOTIX171076 |
| Letter from M. Trumbore (FDA) to C. Gibson re: remanufacturing the da Vinci S EndoWrist Instruments | 11/16/2021 | REBOTIX175417 |
| Email from R. Ferreira to C. Parker and T. Einwechter re: Restore Robotics / AHCP Agreement | 07/09/2019 | Restore-00010131 |
| Excerpted 510(k) Premarket Notification | 12/15/2020 | Restore-00086907 |
| Email from R. Ferreira to R. Chudzik re: K210478 is on Hold Pending Your Response | 03/30/2021 | AHP000526 |
| Email from R. Chudzik to C. Wolfbrandt FW: K210478 - AINN Follow-Up Meeting | 04/14/2021 | AHP000521 |
| Email from R. Chudzik to S. Peri and R. Ferreira RE: [EXTERNAL] RE: K210478 is on Hold Pending Your Response | 04/22/2021 | AHP002130 |
| 510(k) Premarket Notification | 5/5/2021 | AHP002395 |
| 510(k) Premarket Notification Additional Information re K210478 | 05/27/2021 | Restore-00087401 |
| Email from R. Chudzik to K. May, C. Parker, and R. Ferreira Fwd: [EXTERNAL] Request for an extension of time for 510k (K210478) AI | 09/29/2021 | Restore-00096294 |
| Email from R. Chudzik to R. Ferreira FW: [EXTERNAL] K210478/S001 is on Hold Pending Your Response | 10/01/2021 | Restore-00104982 |
| Email from R. Ferreira to C. Parker et al. FW: [EXTERNAL] K210478/S002 Review Complete | 10/01/2022 | Restore-00099136 |
| Email from R. Ferreira to T. Milano, S. Fitzgibbons, and T. Einwechter FW: [EXTERNAL] RE: [EXTERNAL] K210478/S001 is on Hold Pending Your Response | 05/24/2022 | Restore-00112143 |

| | | |
|---|---|---|
| Email from R. Chudzik to K. May, C. Parker, and R. Ferreira RE: [EXTERNAL] PRE SUB km | 06/06/2022 | Restore-00091435 |
| Email from R. Chudzik to R. Ferreira, K. May, and C. Parker Re: [EXTERNAL] RE: [EXTERNAL] K210478/S001 is on Hold Pending Your Response | 09/16/2022 | Restore-00091370 |
| Email from Restore Robotics Repairs Customer Service (K. May) to C. Parker and M. Vautrot FW: Endowrist agreement | 10/08/2019 | Restore-00010600 |
| Email from M. Wen to R. Burke Re: K143619/S002 is on Hold Pending Your Response | 06/23/2015 | REBOTIX171058 |
| Email from R. Burke to J. Morrison Fwd: Rebotix AI Letter Conference Call Follow Up | 07/09/2015 | REBOTIX077729 |
| Distributer Agreement between Rebotix and Restore | 10/13/2018 | REBOTIX050713 |
| RAI FDA Letter K143619 S002 Deficiencies | 06/23/2015 | REBOTIX171030 |
| Email from G. Papit to A. Lee et al. Re: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126 | 07/22/2022 | REBOTIX175839 |
| Email from A. Lee to R. Ferreira RE: [EXTERNAL] RE: [EXTERNAL] K210478/S001 is on Hold Pending Your Response | 06/30/2022 | Restore-00086093 |
| Email from R. Ferreira to R. Chudzik FW: 510k Endowrists | 03/08/2019 | AHP000147 |
| Email from R. Ferreira to R. Chudzik Re: name and address for contract and billing | 07/13/2020 | AHP004826 |
| Email from R. Ferreira to J. Barnett and M. Vautrot Fw: Fwd: Da Vinci Robot Savings Opportunity | 05/02/2019 | AHP000490 |
| Email with attachment from R. Ferreira to J. Barnett et al. FW: Restore Robotics Follow Up | 07/12/2019 | Restore-00010153 |
| Process Verification and Validation (PV&V) Report: Intuitive Da Vinci EndoWrist Monopolar Curved Scissors | 01/15/2021 | AHP002680 |
| Email from R. Chudzik to S. Peri and R. Ferreira RE: [EXTERNAL] RE: K210478 is on Hold Pending Your Response | 04/15/2021 | AHP002062 |
| Memorandum from R. Arkin to K. May and C. Parker Re: Discussions with FDA about EndoWrist counter | 04/09/2019 | ACG000006 |

| | | |
|---|---|---|
| Email with attachment from R. Ferreira to C. Parker et al. FW: K210478 Acknowledgement Notification | 02/19/2021 | AHP000524 |
| Email with attachment from C. Gibson to C. Parker et al. re: Scanner Software | 06/05/2018 | REBOTIX020786 |
| Email from C. Gibson to K. May et al. Re: Service related Questions | 07/03/2018 | REBOTIX038847 |
| Email from K. May to S. Hamilton and C. Parker RE: Service related Questions | 08/21/2018 | REBOTIX040758 |
| Email from G. Fiegel to S. Hamilton, G. Papit, and D. Mixner Re: MEMS opportunity - request for a Zoom video call | 10/09/2018 | REBOTIX043217 |
| Email from S. Hamilton to C. Gibson et al. Re: PRICING | 10/18/2018 | REBOTIX043680 |
| Email from C. Gibson to K. Johnson re: Marin Response Document | 12/04/2019 | REBOTIX082658 |
| EndoWrist (FullLength).MOV | 10/15/2018 | REBOTIX175327 |
| Email from G. Fiegel to G. Smith et al. RE: MEMS opportunity - request for a ZOOM call | 10/18/2018 | REBOTIX167237 |
| Email from G. Papit to G. Smith et al. Re: MEMS opportunity - request for a ZOOM call | 10/19/2018 | REBOTIX167361 |
| Letter from Restore Robotics to "Kathy" re: Liability, Warranty and Sterilization | 02/01/2019 | Restore-00000792 |
| Intuitive Publication, "FAQs for Unauthorized Reprogrammed Instruments" | 06/15/2017 | Restore-00001954 |
| Email from C. Parker to J. Colletti and J. Sheehy re: FAQ doc | 06/20/2019 | Restore-00002649 |
| Email from C. Parker to C. Gibson and G. Fiegel FW: Endowrist - No repair | 07/15/2019 | Restore-00003181 |
| Email from K. May to C. Parker and B. May RE: TEST - da Vinci Endowrist and Accessories at significant savings | 08/12/2019 | Restore-00007579 |
| Email with attachment from M. King to C. Parker, R. Ferreira, and T. Einwechter re: Signed MOU Restore Robotics | 01/18/2019 | Restore-00009029 |
| Email from Ferreira to C. Parker et al. Re: Reprogrammed da Vinci Instruments - Crescent City Patient Safety Implications Letter | 09/18/2019 | Restore-00010560 |
| Email from J. Barnett to C. Parker FW: Restore Robotics Follow Up | 07/09/2019 | Restore-00015498 |

3

| | | |
|---|---|---|
| Email with attachments from C. Parker to K. May FW: sterilization response doc | 01/15/2019 | Restore-00016815 |
| Email with attachment from C. Parker to K. May and M. Vautrot FW: DaVinci | 05/13/2019 | Restore-00017039 |
| Email with attachment from C. Parker to billing@reach3d.net re: Brochures | 10/12/2018 | Restore-00018745 |
| Email with attachments from C. Parker to J. Winkler re: Restore Robotics | 11/30/2018 | Restore-00022922 |
| Email from G. Posdal to C. Parker re: Revised NDA | 08/26/2020 | Restore-00058241 |
| Email from G. Terrell to C. Parker Re: Univ of Cincinnati | 06/27/2018 | Restore-00061148 |
| Email from J. Barnett to R. Ferreira, C. Parker RE: Restore Robotics Follow Up | 07/17/2019 | Restore-00061400 |
| Email from K. May to C. Parker and B. May RE: TEST - da Vinci Endowrist and Accessories at significant savings | 08/12/2019 | Restore-00074134 |
| Email and attachment from K. May to C. Parker re: import into USA | 08/20/2018 | Restore-00074345 |
| Email with attachment from C. Parker to E. Dickens re: MOU -Dr. Eugene Dickens- Restore Robotics revised 02232020.docx | 02/23/2020 | Restore-00076071 |
| Email with attachments from R. Chudzik to A. Lee, M. Trumbore, and R. Ferreira RE: [EXTERNAL] RE: [EXTERNAL] K210478/S001 is on Hold Pending Your Response | 04/14/2022 | Restore-00090136 |
| Email from R. Ferreira to A. Lee et al. Re: [EXTERNAL] RE: [EXTERNAL] K210478/S001 is on Hold Pending Your Response | 08/2/2022 | Restore-00091502 |
| Email from K. May to K. Johnson and C. Parker re: summary of last instrument received | 05/20/2022 | Restore-00094610 |
| Email with attachments from K. May to C. Parker FW: Robotic Arms | 04/26/2022 | Restore-00094694 |
| Email from K. May to K. Zak et al. RE: Xi Arms Sent In | 12/29/2021 | Restore-00094766 |
| Email from K. May to K. Johnson and C. Parker FW: Recovery Program | 11/01/2021 | Restore-00094783 |
| Email from R. Chudzik to K. May et al. Fwd: [EXTERNAL] Re: K210478 - Iconocare Health 510(k) Submission | 03/19/2021 | Restore-00095403 |
| Email with attachments from R. Chudzik to K. May et al. FW: K210478 - | 09/24/2021 | Restore-00095711 |

4

| | | |
|---|---|---|
| Additional Information Needed for EMC and Software | | |
| Email from R. Chudzik to K. May, C. Parker, and R. Ferreira RE: [EXTERNAL] RE: AINN #2 | 10/08/2021 | Restore-00096308 |
| Email from R. Ferreira to C. Parker et al. FW: K210478/S001 Acknowledgement Notification | 08/16/2021 | Restore-00098414 |
| Letter from M. Trumbore to K. Gunjal Re: K214095 | 08/15/2022 | Restore-00137833 |
| Email with attachment from C. Parker to K. Johnson re: NDA - 091420.pdf | 09/14/2020 | Restore-00057179 |
| Email with attachment from K. May to C. Parker, S. Hamilton, and G. Fiegel re: Signed agreement | 10/12/2018 | REBOTIX000267 |
| Email from G. Papit to A. Moltz Re: FW: Warranty & Insurance Policy | 06/28/2019 | REBOTIX057698_001 |
| Letter from M. Shulman to R. Burke re: K143619 - S2 Submission Acknowledgment | 04/09/2015 | REBOTIX077545_001 |
| Email from R. Burke to J. Bua and J. Morrison RE: Meeting At Rebotix | 08/11/2015 | REBOTIX077799_001 |
| Email from C. Gibson to K. May Re: Endowrist agreement | 10/08/2019 | REBOTIX080214 |
| Rebotix, LLC Management Review Meeting Minutes | 05/04/2015 | REBOTIX081742_001 |
| Email from J. Herdman to J. Freehling et al. Re: [External] October Rebotix Repair Savings | 11/12/2019 | REBOTIX082118 |
| Rebotix Meeting Agenda | 10/10/2014 | REBOTIX084240_001 |
| Rebotix Document Approval Form, "Risk Management Report" prepared by R. Burke | 02/13/2015 | REBOTIX084870_001 |
| Email from L. Davis to G. Fiegel and G. Papit RE: Hello from Bartow | 02/18/2020 | REBOTIX084983 |
| Email from R. Burke to J. Morrison et al. re: Life Test Reports | 12/15/2014 | REBOTIX087644_001 |
| Letter from M. Shulman to R. Burke re: 510(k) Acknowledgment (K143619) | 12/19/2014 | REBOTIX128997_001 |
| Risk Management Report: Remanufactured Surgical EndoWrists | 02/11/2016 | REBOTIX133038_001 |
| Letter from B. White to D. Mixner | 12/10/2015 | REBOTIX139042_001 |
| Notice of Termination of Distributor Agreement between Rebotix Repair, LLC and Restore Robotics Repairs, LLC | 07/08/2019 | REBOTIX144629_001 |

| | | |
|---|---|---|
| Email from C. Gibson to G. Fiegel FW: Request for More Information on Rebotix Repair Repairing/Servicing Activities | 06/25/2020 | REBOTIX146948_001 |
| Module (F) Shelf Life | 12/14/2014 | REBOTIX169166 |
| Module (K) Performance Characteristics (In Vitro Diagnostic Only) | 12/14/2014 | REBOTIX169167 |
| Module (H) Software | 12/12/2014 | REBOTIX169168 |
| Module (I) EMC and Electrical Safety | 12/14/2014 | REBOTIX169360 |
| Module (E) Sterilization | 12/14/2014 | REBOTIX169504 |
| Module (D) Proposed Labeling | 12/14/2014 | REBOTIX169588 |
| Module (G) Biocompatibility | 12/14/2014 | REBOTIX169683 |
| Module (C) Substantial Equivalence Discussion | 12/17/2014 | REBOTIX169926 |
| Module (B) Device Description | 12/14/2014 | REBOTIX169947 |
| Module (J) Performance Data | 12/15/2014 | REBOTIX170053 |
| Final Report Technical File Review acc. Sample Plan for Rebotix, LLC Electrosurgical Endowrists | 03/03/2021 | REBOTIX162889 |
| Risk Management Plan Remanufactured Surgical Endowrists | 12/22/2015 | REBOTIX123792 |
| December FMEA For Use w/ Verification Check Off | 12/05/2014 | REBOTIX084174 |
| Email from L. Davis to G. Fiegel RE: Invoice 26775 from Rebotix Repair LLC | 02/12/2020 | REBOTIX084679 |
| Email from G. Papit to C. Gibson and G. Fiegel Fw: THOMAS | 01/29/2020 | REBOTIX084240 |
| Document Approval Form, "Life Test Worst Case Model Analysis" prepared by J. Morrison | 12/18/2014 | REBOTIX146770 |
| Email from C. Gibson to C. Parker et al. re: Rebotix Meeting | 05/31/2018 | Restore-00060361 |
| Email from R. Chudzik to B. Joseph and C. Wolfbrandt Fwd: [EXTERNAL] Re: K210478 - Iconocare Health 510(k) Submission | 08/18/2021 | Restore-00106446 |
| Email from R. Chudzik to C. Wolfbrandt and B. Joseph Re: [EXTERNAL] RE: K21-478 is on Hold Pending Your Response | 09/09/2021 | Restore-00132582 |
| Email from R. Ferreira to R. Chudzik FW: [EXTERNAL] RE: [EXTERNAL] K210478/S001 Is on Hold Pending Your Response | 12/21/2021 | Restore-00109056 |
| Email from R. Chudzik to T. Fleming and A. Babcock FW: [EXTERNAL] Re: | 3/22/2021 | AHP000853 |

| | | |
|---|---|---|
| K210478 -Iconocare Health 510(k) Submission | | |
| EndoWrist Monopolar Curved Scissors Instrument Description of Device | 05/05/2021 | AHP002829 |
| Innovative Health Biocompatibility Evaluation of the Intuitive Da Vinci EndoWrist Monopolar Curved Scissor Test Report TR-0681 (including attachments) | 05/05/2021 | AHP002448 |
| Email from G. Fiegel to K. May and C. Parker RE: purchased items | 10/02/2018 | Restore-00007938 |
| Email from A. Dalmau to L. Thording et al. Re: Meeting Request regarding your daVinci Surgical System | 08/08/2019 | Restore-00010382 |
| Email from K. May to G. Fiegel, C. Parker, and R. Mixner RE: Agenda | 10/01/2018 | Restore-00013881 |
| Email from S. Hamilton to G. Fiegel and M. Vaultrot Re: Support Request - document Review | 10/29/2018 | Restore-00027151 |
| Email from C. Parker to M. Vautrot Fwd: Rebotix | 04/10/2019 | Restore-00028165 |
| Email with attachment from C. Parker to C. Parker Fwd: Restore budget | 07/08/2020 | Restore-00064505 |
| Email from C. Parker to M. Vautrot Re: INTERESTING INTUITIVE STAT | 05/10/2018 | Restore-00067714 |
| K210478 Indications for Use | 04/05/2022 | Restore-00137830 |
| Substantial equivalency letter from M. Trumbore to R. Ferreira Re: K210478 | 09/30/2022 | Restore-00137831 |
| De Novo Classification Request for the Versius® Surgical System by CMR Surgical Limited | n/a | CMR-00000001 |
| CMR Surgical Limited and [CUSTOMER] Supply and Services Agreement | n/a | CMR-00000229 |
| Senhance® US Articulating Brochure | 2024 | https://www.asensus.com/sites/default/files/2024-01/Articulating%20Brochure_US.pdf |
| Why Healthcare Needs to Prioritize Remanufactured Robotic Instruments | 09/11/2023 | https://encoremdr.com/videos/; https://youtu.be/wJANFrlRUx4 |
| Transparency & Accountability in Surgical Instrument Repair | 01/23/2024 | https://encoremdr.com/videos/; https://youtu.be/03BMvt5k004 |
| The Need to Drive Change | 09/11/2023 | https://encoremdr.com/videos/; https://youtu.be/AMHnhSUSTIY |
| Axius IFU - FlexDex Surgical 8mm Needle Driver Intructions for Use | 08/06/2024 | https://flexdex.com/ifu/ |

7