# Appendix E

Parties' Witness Lists

1  **MCCAULLEY LAW GROUP LLC**
   JOSHUA V. VAN HOVEN, (CSB No. 262815)
2  E-Mail: josh@mccaulleylawgroup.com
   3001Bishop Dr., Suite 300
3  San Ramon, California 94583
   Telephone: 925.302.5941
4
   RICHARD T. MCCAULLEY (*pro hac vice*)
5  E-Mail: richard@mccaulleylawgroup.com
   180 N. Wabash Avenue, Suite 601
6  Chicago, Illinois 60601
   Telephone: 312.330.8105
7
   *Attorneys for Plaintiff and Counter-Defendant,*
8  SURGICAL INSTRUMENT SERVICE COMPANY, INC.

9               **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11               **SAN FRANCISCO DIVISION**

12

13 | SURGICAL INSTRUMENT SERVICE COMPANY, INC. | Case No. 3:21-cv-03496-AMO<br>Honorable Araceli Martínez-Olguín |

14 | *Plaintiff/Counter-Defendant,* | **PLAINTIFF SIS's AMENDED PROPOSED TRIAL WITNESS LIST** |

15 | v. | |

16 | INTUITIVE SURGICAL, INC., | |

17 | *Defendant/Counterclaimant.* | |

18

19              **SIS's Amended Proposed Trial Witnesses**

20          SIS submits this Amended Proposed Trial Witness List to include (1) a short statement of

21 the substance of his/her testimony and (2) an hour/minute time estimate for the direct examination

22 (only).

23          Pursuant to the parties' agreement, Surgical Instrument Service Company, Inc. ("SIS" or

24 "Plaintiff") hereby serves its preliminary list of witnesses it intends to call or may call at trial in

25 the above-captioned matter. This list is preliminary and SIS reserves the right to modify,

26 supplement, or otherwise amend its witness list, including to add or withdraw any witness that

27

28

Intuitive Surgical, Inc. ("Intuitive" or "Defendant") identifies on its witness list or fails to identify on its witness list, or to add or withdraw any witness that Intuitive calls during trial, and/or to rely on any deposition testimony designated by Intuitive in whole or in part.

SIS's inclusion of any witness on this preliminary witness list does not waive any objections SIS may have to the introduction of that witness's testimony if offered by Intuitive, and is without prejudice to SIS's right to move to strike witnesses from Intuitive's list who were not properly disclosed.

The descriptions of testimony listed below are not intended to be exhaustive and SIS reserves the right to amend these descriptions of testimony and/or present testimony from these witnesses on topics that are not specifically listed below, or testimony that is responsive to testimony presented during Intuitive's case-in-chief. The estimates of time listed below are estimates only; SIS reserves the right to present testimony from these witnesses that exceeds the estimates of time listed below.

1.   <u>Intends to Call Live</u>

| | |
|---|---|
| Greg Posdal | [SIS's business generally and its efforts to provide repair and refurbishment services for EndoWrist instruments / 2 hours, 30 minutes] |
| Keith Johnson | [SIS's business generally and its efforts to provide repair and refurbishment services for EndoWrist instruments / 2 hours, 30 minutes] |
| Amandeep Mahal | [Dr. Mahal will testify to matters disclosed in his expert reports served in this case, and in response to testimony from Intuitive's experts / 2-3 hours] |
| Kim Parnell | [Dr. Parnell will testify to matters disclosed in his expert reports served in this case, and in response to testimony from Intuitive's experts / 2-3 hours] |
| Russell Lamb | [Dr. Lamb will testify to matters disclosed in his expert report served in this case, and in response to testimony |

| | | |
|---|---|---|
| | | from Intuitive's experts / 5-6 hours] |
| | Jean Sargent | [Ms. Sargent will testify to matters disclosed in her expert reports served in this case, and in response to testimony from Intuitive's experts / 2 hours] |
| | Kurt Humphrey | [Mr. Humphrey will testify to matters disclosed in his expert reports served in this case, and in response to testimony from Intuitive's experts / 2-3 hours] |
| | Richard Bero | [Mr. Bero will testify to matters disclosed in his expert reports served in this case, and in response to testimony from Intuitive's experts / 5-6 hours] |

2.  <u>May Call Live</u>

| | | |
|---|---|---|
| | Phil Phillips | [Mr. Phillips will testify to matters disclosed in his expert reports served in this case, and in response to testimony from Intuitive's experts / 2-3 hours] |

3.  <u>May Present Testimony By Deposition</u>

| | | |
|---|---|---|
| | Ronald Lee Bair, Jr. | [da Vinci surgical systems, Intuitive's response to EndoWrists reset by third parties, and refurbishing EndoWrist instruments / 15-20 minutes] |
| | Greta Bernier | [demand for surgical robots; use of repaired EndoWrists / about 5 minutes] |
| | John Bomalaski | [replacing defective EndoWrists during surgery / about 5 minutes] |
| | Michael Burke | [switch to other surgical modalities caused by unavailability of da Vinci surgical robot / about 5 minutes] |
| | Ted Claiborne | [EndoWrist extended use instruments / 5-10 minutes] |
| | Jake Colletti | [Medline's involvement with repaired EndoWrists / about 5 minutes] |
| | Myriam Curet | [Intuitive's knowledge about and response to Rebotix's operations involving EndoWrists; / 5-10 minutes] |
| | Bob DeSantis | [Competition with da Vinci surgical robots; advantages of da Vinci surgical robots; design of EndoWrists and use in surgery; competition with EndoWrists; barriers to entry in |

3

SIS's PROPOSED TRIAL WITNESSES
3:21-cv-03496-AMO

| | | |
|---|---|---|
| 1 | | the MIST surgical robot market; surgical instrument failures and Intuitive procedures when customer sends back |
| 2 | | |
| 3 | | EndoWrists; refurbishing and extending uses of EndoWrists; Rebotix refurbished EndoWrists; Intuitive's margin on |
| 4 | | EndoWrists; Intuitive terminating customers / 30-40 minutes] |
| 5 | | |
| 6 | Eugene Dickens | [dealing with EndoWrist failure during surgery; life of EndoWrist instruments / about 5 minutes] |
| 7 | | |
| 8 | Stacey Donovan | [advantages of da Vinci robot; value of da Vinci robot to hospital; effect of limited uses on EndoWrists; repair of reusable instruments; use of and failure of EndoWrists in |
| 9 | | surgery; Evergreen's use of Rebotix Repair's services / 10-15 minutes] |
| 10 | | |
| 11 | Grant Duque | [simulated surgical use and testing; RMAs; censored devices; re-tensioning and calibration; resetting of |
| 12 | | EndoWrist instruments and testing of such reset instruments; knowledge of Restore and Rebotix; instrument |
| 13 | | exchange during surgery; end of life for EndoWrists; Xi development and testing; / 10-15 minutes] |
| 14 | | |
| 15 | Ricardo Estape | [Larkin affiliation; da Vinci surgical robot purchase and set up; EndoWrist failure during surgery; / about 5 minutes] |
| 16 | | |
| 17 | David Fabricant | [Intuitive threats directed to customers; Stryker challenge to Intuitive threats; Project Raptor; / about 5 minutes] |
| 18 | | |
| 19 | John Francis | [reaction to Franciscan ceasing da Vinci robotic surgeries; / about 1 minute] |
| 20 | Chris Gibson | [the Interceptor; Rebotix Repairs business; effect of Intuitive's anti-competitive tactics; Restore Robotics; |
| 21 | | relationship with SIS; / about 5 minutes] |
| 22 | Jose Carlos Gonzalez | [discussions with vendors who would reset the EndoWrist counter; / about 1 minute] |
| 23 | | |
| 24 | Nicky Goodson | [Project Dragon; market for refurbished EndoWrist instruments; Intuitive testing of EndoWrists serviced by |
| 25 | | Restore or Rebotix; no evidence patients at risk from serviced EndoWrists; / about 5 minutes] |
| 26 | | |
| 27 | Sandra Sosa Guerrero | [savings not worth a lawsuit / about 1 minute] |
| 28 | | |

4
SIS's PROPOSED TRIAL WITNESSES
3:21-cv-03496-AMO

| | |
|---|---|
| Stan Hamilton | [Rebotix ability to finance and conduct the business of repairing X and Xi EndoWrists; the Interceptor chip; ability to reset the EndoWrist Xi usage counter; / about 5 minutes] |
| Edward Harrich | [hospital's reaction to Intuitive price increase for surgical robots; da Vinci surgeries at Pullman; hospital need for and experience with the da Vinci robot; effect of use limits on purchase of EndoWrists by the hospital; Pullman hospital's use of repaired surgical instruments; EndoWrist use limits; Rebotix-repaired EndoWrists; Pullman rejection of EndoWrist instruments; failure of EndoWrists during surgery; impact of contract limits and Intuitive's cease and desist letter on Pullman hospitals use of repaired EndoWrists; costs to hospital re using repaired EndoWrists versus new; / about 15 minutes] |
| Sherry Harvey | [Crescent City's use of and satisfaction with refurbished EndoWrists; / about 1 minute] |
| Antonio (AJ) Inacay | [Intuitive's reaction to a hospital using refurbished EndoWrist instruments; / about 1 minute] |
| Mark Johnson | [EndoWrist instruments; maximum use restrictions; EndoWrist predicate devices; extending number of lives for EndoWrists; Intuitive analysis of Rebotix serviced EndoWrists; / about 5 minutes] |
| Dan Jones | [Evergreen Health's and other hospitals' use of refurbished EndoWrists; Intuitive letters regarding refurbished EndoWrists; Intuitive termination of hospital agreements; knowledge of EndoWrist procedures; / about 5 minutes] |
| Mario Lowe | [EndoWrist Extended Use Program; / about 1 minute] |
| Mike Madewell | [use and performance of Restore Robotics refurbished EndoWrists; materials sent by Intuitive regarding refurbished EndoWrists; / about 4 minutes] |
| Kevin May | [reverse engineering the Xi; Intuitive's cease and desist letters; Restore's customer loss; Restore's repair of Si instruments and hospital's subsequent use; Restore efforts to bypass the chip in Si instruments; demand for X/Xi repair services; / about 5-10 minutes] |
| Tyler McDonald | [Conway's use of new and refurbished EndoWrists; Intuitive's coercion and efforts to stop Conway from using |

SIS's PROPOSED TRIAL WITNESSES
3:21-cv-03496-AMO

|   |   |   |
|---|---|---|
| 1 | | refurbished EndoWrists and why Conway stopped; / about 5 minutes] |
| 2 | | |
| 3 | Anthony McGrogan | [generations of da Vinci robots; usage counter in EndoWrists; setting and implementing the use limit; effect of reprocessing on EndoWrists; difference between use counter in S/Si and in X/Xi EndoWrists; / about 5 minutes] |
| 4 | | |
| 5 | | |
| 6 | Maxwell Meng | [personal knowledge of surgeons who work with da Vinci surgical robots; / about 1 minute] |
| 7 | | |
| 8 | David Mixner | [Interceptor plan or project; distribution agreement between Rebotix and Restore; / about 2 minutes] |
| 9 | Marshall Mohr | [Intuitive margins and accounting; Intuitive pricing; discontinued sales of S/Si robots in the USA; / about 3 minutes] |
| 10 | | |
| 11 | Colin Morales | [Intuitive's refurbishment program; Project Dragon; / about 8 minutes] |
| 12 | | |
| 13 | Margaret Nixon | [inspecting EndoWrist instruments; EndoWrist performance complaints; Intuitive offering remanufactured instruments; Intuitive's investigation of Restore's activities for resetting EndoWrist use counters; / about 5 minutes] |
| 14 | | |
| 15 | | |
| 16 | Bob Overmars | [BPI's business relationship with Rebotix; repair of laparoscopic instruments; BPI's solicitation of hospital business for EndoWrist repair services; Intuitive's intimidation of hospitals about using EndoWrist repair services; / about 5 minutes] |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Glenn Papit | [Rebotix business; the Interceptor and patent coverage; Restore Robotics; customer response to EndoWrist repair service offering; resetting usage counter on X/Xi EndoWrists; pricing for repaired EndoWrists; effect of Intuitive's anticompetitive conduct and tactics; / about 7 minutes] |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Clif Parker | [Alliance Healthcare; inspection of instruments; Restore repair technology; differences between the Si and Xi physically; efforts to reset usage counter and repair X/Xi EndoWrists; impact of Intuitive's anticompetitive conduct on Restore's customers; demand for Restore services; Restore's agreement with SIS; EndoWrist breakage; inspection and repair of other medical devices; / about 10 minutes] |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

SIS's PROPOSED TRIAL WITNESSES
3:21-cv-03496-AMO

| | |
|---|---|
| Disha Peswani | [C1 and C2 test cases; high volume instruments; / about 2 minutes] |
| Todd Pope | [hospital need for surgical robots to be competitive; Intuitive has 99% of market share in USA; hospitals consideration of surgical robots as distinct category; TransEnterix and Senhance; / about 3 minutes] |
| David Rosa | [use of EndoWrists in surgery; setting use limits; raising use limits; / about 4 minutes] |
| Eugene Rubach | [failures of surgical equipment; / about 1 minute] |
| Judith Schimmel | [standardization; why did hospital use third party repair service for EndoWrists; / about 1 minute] |
| Katie Scoville | [refurbishment of EndoWrists; Project Dragon; performance of Rebotix serviced EndoWrists; / about 5 minutes] |
| Ryan Shaw | [Si discontinuation; / about 1 minute] |
| Loren Smith | [pricing determinations; / about 1 minute] |
| Sharathchandra "Shark" Somayaji | [testing of EndoWrists; life testing of EndoWrists; changing lives of EndoWrists; comparison of Xi to Si EndoWrists; encryption of EndoWrists; Skywalker instruments; / about 5 minutes] |
| Richard Teal | [purchasing medical devices; / about 1 minute] |
| Todd Thomas | [conversations with Intuitive about contract; / about 1 minute] |
| Todd Tourand | [end of life analysis for Si; / about 3-4 minutes] |
| Glen Vavoso | [robotic assisted surgery; professional meetings; market share for MIST surgical robots; costs of procedures; TransEnterix and Senhance; approved procedures for da Vinci surgical robot; purchase of EndoWrists; traditional laparoscopic instruments; installed da Vinci robot base; development of da Vinci robot; barriers to entry for competitive surgical robots; SLSA contracts; communications with customer Intuitive thought breached the SLSA and actions taken if customer continues using third party EndoWrists; customer response to Intuitive letters and threats; Intuitive's competition in the supply of |

7

SIS's PROPOSED TRIAL WITNESSES
3:21-cv-03496-AMO

| | |
|---|---|
| | EndoWrists; / about 10-15 minutes] |
| John Wagner | [tracking costs; / about 1 minute] |
| Karen F. Waninger | [periodic maintenance; evaluation of Rebotix service offerings; training offered by Intuitive; / about 2 minutes] |
| Imron Zafar | [Intuitive as a monopolist in MIST surgical robot market; third party servicing of medical devices; / about 5 minutes] |

## **CONCLUSION**

The above proposed SIS trial witnesses are provisional only, and SIS reserves the right to update, modify, supplement, add, or remove any proposed trial witnesses at any time prior to the final submission of SIS's List of Trial Witnesses to the Court.

Dated: October 16, 2024

McCAULLEY LAW GROUP LLC

By: */s/ Joshua Van Hoven*

JOSHUA V. VAN HOVEN

E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

RICHARD T. MCCAULLEY (pro hac vice)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

Attorneys for SURGICAL INSTRUMENT SERVICE COMPANY, INC.

1

## CERTIFICATE OF SERVICE

2

3          I hereby certify that on October 16, 2024, I caused a copy of the foregoing **PLAINTIFF**

**SIS's AMENDED PROPOSED TRIAL WITNESS LIST**, to be electronically to be served *via*

4

electronic mail to counsel of record:

5

6       **Crystal Lohmann Parker**
        Paul, Weiss, Ritkind, Wharton & Garrison LLP

7       1285 Avenue of the Americas
        New York, NY 10019

8       212-373-3000
        Email: cparker@paulweiss.com

9

        **Joshua Hill , Jr.**

10      Paul, Weiss, Ritkind, Wharton & Garrison LLP
        535 Mission Street, 24th Floor

11      San Francisco, CA 94105
        (628) 432-5123

12      Email: jhill@paulweiss.com

13
        **Kenneth A. Gallo**

14      Paul, Weiss, Ritkind, Wharton & Garrison LLP
        2001 K Street NW

15      Washington, DC 20006-104 7
        202-223-7356

16      Fax: 202-204-7356
        Email: kgallo@paulweiss.com

17

18      **Paul David Brachman**
        Paul, Weiss, Ritkind, Wharton & Garrison LLP

19      2001 K St., NW
        Washington, DC 20006

20      202-223-7440
        Email: pbrachman@paulweiss.com

21

22      **William Michael**
        Paul, Weiss, Rifkind, Wharton and Garrison LLP

23      1285 Avenue of the Americas
        New York, NY 10019

24      212-373-3000
        Email: WMichael@paulweiss.com

25

26

27

28
                              9
                    SIS's PROPOSED TRIAL WITNESSES
                         3:21-cv-03496-AMO

**Allen Ruby**
Attorney at Law
15559 Union Ave. #138
Los Gatos, CA 95032
408-4 77-9690
Email: allen@allenruby.com

**Andrew David Lazerow**
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
202-662-5081
Email: alazerow@cov.com

**Kathryn Elizabeth Cahoy**
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
650-632-4700
Email: kcahoy@cov.com

**Sonya Diane Winner**
Covington & Burling LLP
Floor 54
415 Mission Street
San Francisco, CA 94105-2533
(415) 591-6000
Email: swinner@cov.com

Dated: October 16, 2024          */s/ Joshua Van Hoven*
                                 Joshua Van Hoven

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> *Defendant.* | Case No. 3:21-cv-03496-AMO <br><br> **INTUITIVE'S WITNESS LIST** <br><br> Date:  November 25, 2024 <br> Time:  11:00 a.m. <br> Courtroom:  10 <br><br> The Honorable Araceli Martínez-Olguín |

1    Pursuant to the Court's Schedule and Pretrial Order of June 11, 2024, Dkt. 235,

2  Defendant Intuitive Surgical, Inc. ("Intuitive" or "Defendant") hereby submits the following list

3  of witnesses it intends to call or may call at trial in the above-captioned matter.  Intuitive reserves

4  the right to modify, supplement, or otherwise amend its witness list, including to add or

5  withdraw any witness that Surgical Instrument Service Company, Inc. ("SIS") identifies on its

6  witness list or withdraws from its witness list, and/or to rely on any deposition testimony

7  designated by SIS in whole or in part.

8    Intuitive's inclusion of any witness on this witness list does not waive any objections

9  Intuitive may have to the introduction of that witness's testimony if offered by SIS, and is

10  without prejudice to Intuitive's right to move to strike witnesses from SIS's list who were not

11  properly disclosed.

12    The descriptions of testimony listed below are not intended to be exhaustive. Intuitive

13  reserves the right to amend these descriptions of testimony and/or time estimates, and reserves

14  the right to present testimony from these witnesses on topics that are not specifically listed below

15  if such testimony is responsive to testimony presented during SIS's case-in-chief.

| NAME AND AFFILIATION | APPEARING | SHORT DESCRIPTION OF TESTIMONY | TIME |
|---|---|---|---|
| Ron Bair Intuitive | Live | The use of da Vinci surgical systems in the field, Intuitive's response to EndoWrists reset by third parties, and the feasibility of refurbishing EndoWrist instruments. | 1 hour or less |
| Myriam Curet Intuitive | Live | The design, features, and performance of the da Vinci surgical system, and her role and responsibilities as Intuitive's Chief Medical Officer.  Ms. Curet may also testify regarding her personal experience using the da Vinci system as a surgeon, her personal experience using open and laparoscopic surgical techniques, and certain communications with regulators and/or customers. | 1-2 hours |
| Bob DeSantis Intuitive | Live | The development of EndoWrist instruments, the EndoWrist Extended Use program and/or Intuitive's evaluation of whether to refurbish EndoWrist instruments, and his experience and communications regarding EndoWrists reset by third parties. | 1 hour or less |

| NAME AND AFFILIATION | APPEARING | SHORT DESCRIPTION OF TESTIMONY | TIME |
|---|---|---|---|
| Grant Duque Intuitive | Live | The development, design, and testing of EndoWrist instruments, with a focus on the development, design, and testing of the X/Xi EndoWrist instruments, and his personal knowledge of technical issues associated with the EndoWrist Extended Use program. | 1-2 hours |
| Mark Johnson Former Intuitive | Live or by deposition | Regulatory issues and communications with regulators. | 1 hour or less |
| Anthony McGrogan Intuitive | Live | Technical and engineering issues relating to the development, design, and testing of EndoWrist instruments, the EndoWrist Extended Use program and/or the feasibility of refurbishing EndoWrist instruments, and EndoWrists reset by third parties. | 1-2 hours |
| Maggie Nixon Former Intuitive | Live or by deposition | The development, design, and testing of EndoWrist instruments. | 1 hour or less |
| Dave Rosa Intuitive | Live | All relevant aspects of Intuitive's business, including Intuitive's efforts to compete and sources of competition; Intuitive's research and development efforts; Intuitive's marketing, sales, and pricing; regulatory affairs; Intuitive's Extended Use program and the feasibility of refurbishing EndoWrist instruments; and Intuitive's concerns regarding and response to EndoWrists reset by third parties. | 3-4 hours |
| Jeff Smith Intuitive | Live | The development, design, and testing of the da Vinci surgical system, including his personal knowledge of Intuitive's early efforts to develop a reusable EndoWrist instrument. | 1-2 hours |
| Glenn Vavoso Intuitive | Live | Intuitive's marketing, sales, and pricing, and Intuitive's efforts to compete and sources of competition. | 1-2 hours |
| Keith Johnson SIS | Live | If not called by SIS, Mr. Johnson will be called to testify regarding all aspects of SIS's claims and defenses. | 3-4 hours |
| Gregory Posdal SIS | Live | If not called by SIS, Mr. Posdal will be called to testify regarding all aspects of SIS's claims and defenses. | 3-4 hours |
| Ronald Arkin Arkin Consulting | By deposition | Competition in the alleged market for the repair and replacement of EndoWrist instruments and regulatory issues. | 1 hour or less |

| NAME AND AFFILIATION | APPEARING | SHORT DESCRIPTION OF TESTIMONY | TIME |
|---|---|---|---|
| Greta Bernier Valley Medical | By deposition | Topics listed by SIS; benefits of da Vinci; robotic as compared to other modalities; hospital use and consideration of alternatives to da Vinci; financial benefit to Valley Medical from da Vinci. | 15-20 minutes |
| Michael Burke Valley Medical | By deposition | Topics listed by SIS; Restore's approach to FDA clearance; lack of support for Restore's marketing messages. | 5-10 minutes |
| Jake Colletti Medline Industries | By deposition | Topics listed by SIS; Restore's approach to FDA clearance; lack of support for Restore's marketing message. | 5-10 minutes |
| Rafal Chudzik Alliance/Iconocare | By deposition | Competition in the alleged market for the repair and replacement of EndoWrist instruments and regulatory issues. | 1 hour or less |
| Stacey Donovan Evergreen Health | By deposition | Topics listed by SIS; hospital knowledge of Intuitive contract terms; reasons for using and stopping use of Rebotix; hospital knowledge of Rebotix process; hospital policies/practices regarding FDA clearance. | 10-15 minutes |
| Ricardo Estape Larkin | By deposition | The da Vinci surgical system from the perspective of a surgeon, and EndoWrists reset or reprogrammed by third parties. | 1 hour or less |
| David Fabricant Stryker | By deposition | Project Raptor; Stryker's policies, practices and standards regarding quality and FDA clearance as related to Project Raptor; Stryker's understanding and evaluation of Rebotix's efforts to obtain FDA clearance; Stryker's understanding and evaluation of Rebotix's operations, business model and quality systems; Stryker communications with Intuitive. | 10-15 minutes |
| Rick Ferreira Alliance/Iconocare | By deposition | Competition in the alleged market for the repair and replacement of EndoWrist instruments and regulatory issues. | 1-2 hours |
| John Francis Franciscan | By deposition | The da Vinci surgical system from the perspective of a surgeon, and EndoWrists reset or reprogrammed by third parties. | 1 hour or less |
| Jose Carlos Gonzalez Larkin (former) | By deposition | Larkin's robotic surgical program; comparative costs of surgical modalities. | 5-10 minutes |

| NAME AND AFFILIATION | APPEARING | SHORT DESCRIPTION OF TESTIMONY | TIME |
|---|---|---|---|
| Edward Harrich Pullman Regional Hospital | By deposition | Topics listed by SIS; hospital knowledge of Intuitive contract terms; reasons for using and stopping use of Rebotix; hospital knowledge of Rebotix process and lack of FDA clearance; benefits of da Vinci for hospital, patients, and surgeons; hospital profits; role of FDA clearance in purchasing decisions. | 10-15 minutes |
| Mike Madewell Panama City Surgical Center | By deposition | Panama City's purchase of a da Vinci system and understanding of its agreement with Intuitive; Panama City's robotic surgical program; the performance and features of the da Vinci surgical system; surgeons' choice of surgical modality; Panama City's communications with Intuitive; Panama City's communications with Restore Robotics. | 15 minutes |
| Dipien Maun Franciscan | By deposition | The da Vinci surgical system from the perspective of a surgeon, and EndoWrists reset or reprogrammed by third parties. | 1 hour or less |
| Tyler McDonald Conway Regional Medical Center | By deposition | Conway's use of EndoWrists; why Conway bought and stopped buying modified EndoWrists; benefits of da Vinci; hospital communications with Intuitive; hospital use and consideration of alternatives to da Vinci; role of FDA clearance in purchasing decisions. | 10-15 minutes |
| Liz Nolan Valley Medical | By deposition | Marketing of da Vinci surgery. | 1 hour or less |
| Bob Overmars BPI Medical | By deposition | BPI communications with FDA, and related communications with Rebotix. | 5-10 minutes |
| Paul Plomin Franciscan | By deposition | Hospital purchases of da Vinci surgical systems and EndoWrist instruments. | 1 hour or less |
| Todd Pope TransEnterix | By deposition | Differences between Intuitive EndoWrists and Senhance instruments. | 2 minutes |
| Judith Schimmel Franciscan | By deposition | 30(b)(6)): Topics listed by SIS (if any); Policy to purchase FDA-cleared devices. Topics listed by SIS; Physician demand for dV machines; negotiation of Franciscan agreements with Intuitive. | 5-10 minutes |

| NAME AND AFFILIATION | APPEARING | SHORT DESCRIPTION OF TESTIMONY | TIME |
|---|---|---|---|
| Michael Shepherd Franciscan | By deposition | Marketing of da Vinci surgery. | 1 hour or less |
| Richard Teal Valley Medical | By deposition | Topics listed by SIS; hospital practices, policies, and procedures for purchasing medical devices including the role of FDA clearance in purchasing decisions. | 5-10 minutes |
| Todd Thomas Valley Medical | By deposition | Topics listed by SIS; hospital practices, policies, and procedures for purchasing medical devices; hospital knowledge of Intuitive product and service terms. | 5-10 minutes |
| John Wagner Valley Medical | By deposition | Hospital purchases of da Vinci systems and EndoWrist instruments. | 1 hour or less |
| Karen F. Waninger Franciscan | By deposition | Topics listed by SIS; Physician demand for dV machines. | 5-10 minutes |
| Chris Gibson Rebotix | By deposition | Rebotix's business strategy and operations; Rebotix's relationships and communications with third-party distributors, including SIS. Mr. Gibson may also be called to authenticate and lay foundation for the admission of documents, if necessary. Mr. Gibson will provide non-cumulative testimony based on his experience working in Rebotix's customer service and marketing, and regarding documents on which other Rebotix witnesses were not examined. | 30 minutes |
| Stan Hamilton Rebotix | By deposition | Rebotix's communications with FDA and efforts to obtain regulatory clearance; Rebotix's business strategy and operations, including its ability to reset Xi EndoWrists. Mr. Hamilton may also be called to authenticate and lay foundation for the admission of documents, if necessary. Mr. Hamilton will provide non-cumulative testimony based on his experience working on regulatory issues, and regarding documents on which other Rebotix witnesses were not examined. | 25 minutes |

Intuitive's Witness List
3:21-cv-03825-AMO

| NAME AND AFFILIATION | APPEARING | SHORT DESCRIPTION OF TESTIMONY | TIME |
|---|---|---|---|
| David Mixner Rebotix | By deposition | Rebotix's communications with FDA and efforts and obtain regulatory clearance; Rebotix's business strategy and operations. Mr. Mixner may also be called to authenticate and lay foundation for the admission of documents, if necessary. Mr. Mixner will provide non-cumulative testimony based on his experience as Rebotix's senior executive, and regarding documents on which other Rebotix witnesses were not examined. | 20 minutes |
| Joe Morrison Rebotix | By deposition | If not called by SIS, Mr. Morrison may be called to authenticate and lay the foundation for the admission of documents, if necessary. | 1 hour or less |
| Glenn Papit Rebotix | By deposition | Rebotix's business strategy and operations, including Rebotix's relationships and communications with customers and third-party distributors. Mr. Papit may also be called to authenticate and lay foundation for the admission of documents, if necessary. Mr. Papit will provide non-cumulative testimony that was given as a corporate representative of Rebotix, and regarding documents on which other Rebotix witnesses were not examined. | 20 minutes |
| West Gordon Restore | By deposition | If not called by SIS, Mr. Gordon may be called to authenticate and lay the foundation for the admission of documents, if necessary. | 1 hour or less |
| Kevin May Restore | By deposition | Topics listed by SIS; Restore's work and business related da Vinci surgical systems and EndoWrist instruments including work done, and agreements and business with, Rebotix and Iconocare; the Iconocare 510(k) for EndoWrists. Mr. May may also be called to authenticate and lay foundation for the admission of documents, if necessary. | 1 hour or less |
| Clif Parker Restore | By deposition | Topics listed by SIS; Restore's work and business related da Vinci surgical systems and EndoWrist instruments including work done, and agreements and business with, Rebotix and Iconocare; the Iconocare 510(k) for EndoWrists. Mr. Parker may also be called to authenticate and lay foundation for the admission of documents, if necessary. | 1 hour or less |

| NAME AND AFFILIATION | APPEARING | SHORT DESCRIPTION OF TESTIMONY | TIME |
|---|---|---|---|
| Christy Foreman Biologics Consulting Group | Live | Ms. Foreman will testify to matters disclosed in her expert report serviced in this case, and in response to testimony from SIS's experts. | 1-2 hours |
| Jason Goodwin Sacramento City College | Live | Prof. Goodwin will testify to matters disclosed in his expert report served in this case, and in response to testimony from SIS's experts. | 1-2 hours |
| Robert Howe Harvard University | Live | Dr. Howe will testify to matters disclosed in his expert reports served in this case, and in response to testimony from SIS's experts. | 2-3 hours |
| Paul Martin Harbor Labs, Inc. | Live | Mr. Martin will testify to matters disclosed in his expert report served in this case, and in response to testimony from SIS's experts. | 1-2 hours |
| Maxwell Meng University of California, San Francisco | Live | Dr. Meng will testify to matters disclosed in his expert report served in this case, and in response to testimony from SIS's experts. | 1-2 hours |
| Phillip Phillips Phillips Consulting Group, LLC | May call live or by deposition | If not called by SIS, Mr. Phillips may be called to testify to matters disclosed in his expert reports served in this case, including, without limitation, his consulting experience, the materials he considered in rendering his opinions, and FDA statements, practice, procedure and policy involving medical devices. | 20-30 minutes |
| Loren Smith University of Virginia | Live | Prof. Smith will testify to matters disclosed in his expert reports in this case, and in response to testimony from SIS's experts. | 3-4 hours |

| | |
|---|---|
| 1 | Dated:  October 28, 2024 |

By: /s/ *Kenneth A. Gallo*
      Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON &**
**GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON &**
**GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON &**
**GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLINGTON LLP**
3000 El Camino Real

- 8 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Andrew Lazerow (*pro hac vice*)
**COVINGTON & BURLINGTON LLP**
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690
Email: allen@allenruby.com

Attorneys for *Defendant*
*Intuitive Surgical, Inc.*

- 9 -

1

**<u>CERTIFICATE OF SERVICE</u>**

2

  On October 28, 2024, I caused a copy of Intuitive's Witness List to be electronically

3

served via email on counsel of record for Surgical Instrument Service Company, Inc.

4

 Dated:  October 28, 2024        By:  */s/ Kenneth A. Gallo*

5

                   Kenneth A. Gallo

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28