Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br>    *Plaintiff*,<br>v.<br>INTUITIVE SURGICAL, INC.,<br>    *Defendant*. | Case No. 3:21-cv-03496-AMO<br><br>**DECLARATION OF PAUL D. BRACHMAN IN SUPPORT OF DEFENDANT'S TRIAL BRIEF**<br><br>The Honorable Araceli Martínez-Olguín |

I, PAUL D. BRACHMAN, declare as follows:

1. I am an attorney licensed to practice in New York and the District of Columbia, and am admitted *pro hac vice* to practice before this Court. I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Intuitive Surgical, Inc. ("Intuitive") in this matter. I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently hereto.

2. Attached to this declaration as **Exhibit 1** is a true and correct copy of a Master Sales, License, and Service Agreement between Intuitive Surgical and Northwestern Memorial Healthcare dated December 16, 2019 and produced at Intuitive-01862315-29.

3. Attached to this declaration as **Exhibit 2** is a true and correct copy of a letter dated August 28, 2018 and produced at Restore-00086086-92.

4. Attached to this declaration as **Exhibit 3** is a true and correct copy of a letter dated November 15, 2018 and produced at Intuitive-00478439-44.

5. Attached to this declaration as **Exhibit 4** is a true and correct copy of a letter dated February 12, 2019 and produced at Restore-00025577-84.

6. Attached to this declaration as **Exhibit 5** is a true and correct copy of a letter dated April 16, 2019 and produced at REBOTIX145274-79.

7. Attached to this declaration as **Exhibit 6** is a true and correct copy of the "Da Vinci Instruments" webpage on the Intuitive website. The webpage is available at https://www.intuitive.com/en-us/products-and-services/da-vinci/instruments.

8. Attached to this declaration as **Exhibit 7** is a true and correct copy of the Final Pretrial Order in *Restore Robotics, LLC* v. *Intuitive Surgical, Inc.*, No. 19-cv-00055 (N.D. Fla.), Dkt. 223, dated January 17, 2023.

9. Attached to this declaration as **Exhibit 8** is a true and correct copy of excerpts of the transcript of the Pretrial Conference proceedings in *Restore Robotics, LLC* v. *Intuitive Surgical, Inc.*, No. 19-cv-00055 (N.D. Fla.), dated January 13, 2023.

- 2 -

10. Attached to this declaration as **Exhibit 9** is a true and correct copy of the Expert Report of Dr. Russell L. Lamb dated December 2, 2022, which was previously filed on the docket in this matter at Dkt. 230-04.

11. Attached to this declaration as **Exhibit 10** is a true and correct copy of the Amended Complaint in *Coronavirus Reporter v. Apple, Inc.*, No. 21-cv-05567 (N.D. Cal.), Dkt. 41, dated September 6, 2021.

12. Attached to this declaration as **Exhibit 11** is a true and correct copy of SIS's Responses to Intuitive's Second Set of Requests for Admission and Third Set of Interrogatories, dated October 16, 2024.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 28, 2024           By: /s/ *Paul D. Brachman*
                                      PAUL D. BRACHMAN

**FILER'S ATTESTATION**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified above has concurred in this filing.

Dated: October 28, 2024

By: /s/ *Kenneth A. Gallo*
Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com

*Attorney for Defendant*
*Intuitive Surgical, Inc.*