# EXHIBIT 1

## to

## PAUL D. BRACHMAN DECLARATION IN SUPPORT OF DEFENDANT'S TRIAL BRIEF

# FILED UNDER SEAL