**EXHIBIT 2**

**to**

**PAUL D. BRACHMAN DECLARATION IN SUPPORT OF DEFENDANT'S TRIAL BRIEF**

# FILED UNDER SEAL