**EXHIBIT 3**

to

**PAUL D. BRACHMAN DECLARATION IN SUPPORT OF DEFENDANT'S TRIAL BRIEF**

# FILED UNDER SEAL