**EXHIBIT 5**

**to**

**PAUL D. BRACHMAN DECLARATION
IN SUPPORT OF DEFENDANT'S TRIAL
BRIEF**

# FILED UNDER SEAL