1 | Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
2 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
3 | Washington, DC 20006-1047
Telephone:  (202) 223-7300
4 | Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
5 | Email: pbrachman@paulweiss.com

6 | William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
7 | Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
8 | 1285 Avenue of the Americas
New York, NY 10019-6064
9 | Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
10 | Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
11 | Email: dcrane@paulweiss.com

12 | Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
13 | 535 Mission Street, 24th Floor
San Francisco, CA 94105
14 | Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
15 | Email: jhill@paulweiss.com

16 | *Attorneys for Defendant Intuitive Surgical, Inc.*

17 | [Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., | Case No. 3:21-cv-03496-AMO |
| *Plaintiff*, | **INTUITIVE'S PROPOSED QUESTIONS FOR THE JURY QUESTIONNAIRE** |
| v. | Date:  November 25, 2024 |
| INTUITIVE SURGICAL, INC., | Time:  11:00 a.m. |
| *Defendant*. | Courtroom:  10 |
| | The Honorable Araceli Martínez-Olguín |

Pursuant to Section VI of the Court's Schedule and Pretrial Order of June 11, 2024, Dkt. 235, Defendant Intuitive Surgical, Inc. hereby submits ten (10) proposed case-specific questions to add to the Northern District of California's standard jury questionnaire.

**INTUITIVE'S PROPOSED QUESTIONS FOR THE JURY QUESTIONNAIRE**

1. Have you ever worked in manufacturing?

2. Do you have any sentiments from any prior experience as a juror that may impact your ability to be a fair and impartial juror in this case? If yes, please describe.

3. If you, your relatives, or anyone close to you has ever been involved in a lawsuit of any kind either as a plaintiff, defendant, or witness, is there anything about your experience (or theirs) with the legal system in prior matter(s) that may impair your ability to be a fair and impartial juror in this case?

4. In this case, one party is a larger corporate entity than the other. Is there anything about that, on its own, that might create for you a bias towards one party over the other?

5. In this case, there are allegations that the defendant competed unfairly in the market for the sale of a medical device. Is there anything about such allegations that might affect your ability to listen fairly and impartially to the defense that will be offered denying these allegations?

6. Do you believe there should be more government regulation of the medical device industry, less government regulation of the medical device industry, that current government regulation of the medical device industry is adequate, or do you have no opinion?

7. Do you believe it is unfair that there is not universal access to the best, most up-to-date, modern healthcare for everyone in this country?

8. Do you trust the Food and Drug Administration (FDA) to determine whether a medical device can be used safely and effectively? If no, please explain why.

9. Have you or someone close to you ever had difficulty getting access to high quality healthcare for any reason? If yes, please explain.

10. Have you or someone close to you ever had difficulty paying for healthcare?

| | | |
|---|---|---|
| 1 | Dated: November 4, 2024 | By: /s/ *Kenneth A. Gallo* |
| 2 | | Kenneth A. Gallo |

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLINGTON LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Andrew Lazerow (*pro hac vice*)
**COVINGTON & BURLINGTON LLP**
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690
Email: allen@allenruby.com

Attorneys for *Defendant*
*Intuitive Surgical, Inc.*

**CERTIFICATE OF SERVICE**

On November 4, 2024, I caused a copy of Intuitive's Proposed Questions for the Jury Questionnaire to be electronically served via email on counsel of record for Surgical Instrument Service Company, Inc.

Dated: November 4, 2024   By: */s/ Kenneth A. Gallo*
                                    Kenneth A. Gallo