**MCCAULLEY LAW GROUP LLC** Joshua V. Van Hoven, (CSB No. 262815) E-Mail: josh@mccaulleylawgroup.com 3001Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

Richard T. McCaulley (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant,
Surgical Instrument Service Company, Inc.*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> *Plaintiff/Counter-Defendant,* <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> *Defendant/Counter-Claimant.* | Case No. 3:21-cv-03496-AMO <br><br> **SIS FIRST AMENDMENTS TO TRIAL EXHIBIT LIST** <br><br> Date: November 25, 2024 <br> Time: 11:00 a.m. <br> Courtroom: 10 <br><br> The Honorable Araceli Martínez-Olguín |

Pursuant to the Court's Schedule and Pretrial Order of June 11, 2024, Dkt. 235, and the Parties' Joint Exhibit List, Dkt. 278.2, Plaintiff Surgical Instrument Service Company, Inc. hereby submits its first amendments to the parties' Joint Exhibit List.

Any reference to a particular bates number includes all documents in the document family, such as e-mail attachments. SIS reserves the right to supplement or amend the Joint Exhibit List to add exhibits referenced in deposition designations and counter-designations when deposition designations and counter-designations are filed with the Court on December 30, 2024. Dkt. 235 § III. SIS reserves the right to supplement or amend the Joint Exhibit List in light of, among other things, the Court's pre-trial and trial evidentiary rulings and/or further amendments to trial witness lists. SIS also reserve the right to supplement or amend the Joint Exhibit List to add exhibits inadvertently omitted from the originally filed Joint Exhibit List or this First Amendment to the Joint Exhibit List.

These amendments to the Joint Exhibit List do not include documents that SIS may use only for the purpose of impeachment or to refresh recollection. SIS begins this list at Exhibit 918, within the unused range of 918 to 1299 from the originally filed Joint Exhibit List.

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| 918 | 8/16/2019 Email SIS – Intuitive EndoWrist (SIS091718) | | | |
| 919 | 8/16/2019 Email Re: Keith J SIS – davinci pricing (SIS091819) | | | |
| 920 | 8/16/2019 Email Re: Keith J SIS – davinci pricing (SIS091835) | | | |
| 921 | 8/23/2019 Email FW: Intuitive Si/SIS reprocessed instruments proposal (SIS092379) | | | |
| 922 | 9/6/2019 Email RE: Intuitive Si/SIS reprocessed instruments proposal (SIS092669) | | | |

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| 923 | 8/12/2019 Email RE: Keith J SIS – Thanks (SIS092680) | | | |
| 924 | 8/12/2019 Email RE: Keith J SIS – Thanks (SIS092803) | | | |
| 925 | 9/13/2019 Email RE: Intuitive Si/SIS reprocessed instruments proposal (SIS093011) | | | |
| 926 | 8/16/2019 Email Keith J SIS – davinci pricing (SIS094607) | | | |
| 927 | 8/16/2019 Email SIS - Intuitive EndoWrist (SIS094625) | | | |
| 928 | 9/12/2-19 Email Re: Intuitive Si/SIS reprocessed instruments proposal (SIS094636) | | | |
| 929 | 8/24/2019 Email Re: Intuitive Si/SIS reprocessed instruments proposal (SIS095176) | | | |
| 930 | 8/23/2019 Email Keith J SIS – davinci pricing (SIS095327) | | | |
| 931 | 9/6/2019 Email Re: Intuitive Si/SIS reprocessed instruments proposal (SIS095545) | | | |
| 932 | 8/12/2019 Email Accepted: SIS-Intuitive EndoWrist (SIS095549) | | | |
| 933 | 8/12/2019 Email RE: Keith J SIS – Thanks (SIS095655) | | | |
| 934 | 9/6/2019 Email Re: Intuitive Si/SIS reprocessed instruments proposal (SIS095755) | | | |

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| 935 | 8/12/2019 Email RE: Keith J SIS – Thanks (SIS095772 | | | |
| 936 | 7/31/2019 Email DaVinci EndoWrist Service Program Discussion (SIS091721) | | | |
| 937 | 11/26/2019 Email Re: Keith J SIS – Robotic endowrist collection (SIS091782) | | | |
| 938 | 11/26/2019 Email Re: Keith J SIS – Robotic endowrist collection (SIS091794) | | | |
| 939 | 11/26/2019 Email Re: Keith J SIS – Robotic endowrist collection (SIS091811) | | | |
| 940 | 11/26/2019 Email Re: Keith J SIS – Robotic endowrist collection (SIS091829) | | | |
| 941 | 11/26/2019 Email Re: Keith J SIS – Robotic endowrist collection (SIS091837) | | | |
| 942 | 11/26/2019 Email Automatic reply: Keith J SIS – Robotic endowrist collection (SIS091922) | | | |
| 943 | 11/19/2019 Email RE: Keith J SIS – counter install and plan (SIS091923) | | | |
| 944 | 12/12/2019 Email Re: Keith J SIS – Robotic endowrist collection (SIS091935) | | | |
| 945 | 12/30/2019 Email RE: Keith J SIS – endowrist findings (SIS092115) | | | |
| 946 | 11/19/2019 Email RE: Keith J SIS – counter install and plan (SIS092134) | | | |
| 947 | 11/25/2019 Email RE: Kaith J SIS – Robotic endowrist counter install (SIS092140) | | | |
| 948 | 11/19/2019 Email RE: Keith J SIS – counter install and plan (SIS092156) | | | |

- 3 -

SIS FIRST AMENDMENTS TO TRIAL EXHIBIT LIST                    3:21-cv-03496-AMO

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| 949 | 12/30/2019 Email RE: Keith J SIS – endowrist findings (SIS092162) | | | |
| 950 | 12/30/2019 Email RE: Keith J SIS – endowrist findings (SIS092168) | | | |
| 951 952 | 11/19/2019 Email RE: Keith J SIS – counter install and plan (SIS092185) | | | |
| 953 | 11/19/2019 Email RE: Keith J SIS – counter install and plan (SIS092215) | | | |
| 954 | 12/27/2019 Email RE: Keith J SIS – endowrist findings (SIS092221) | | | |
| 955 | 11/19/2019 Email RE: Keith J SIS – counter install and plan (SIS092230) | | | |
| 956 | 11/19/2019 Email RE: Keith J SIS – counter install and plan (SIS092253) | | | |
| 957 | 8/31/2019 Email RE: Keith J SIS – endowrist discussion (SIS092270) | | | |
| 958 | 8/31/2019 Email RE: Keith J SIS – endowrist discussion (SIS092346) | | | |
| 959 | RE: Keith J SIS – endowrist discussion (SIS092386) | | | |
| 960 | 11/14/2019 Email RE: Keith J SIS – counter install and plan (SIS092401) | | | |
| 961 | 11/22/2019 Email RE: Keith J SIS – Robotic counter install and training (SIS092480) | | | |

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| 962 | 12/24/2019 Email RE: Clarification from Intuitive re Repressing Instruments (SIS092576) | | | |
| 963 | 11/22/2019 Email RE: Keith J SIS – Robotic endowrist counter install (SIS092586) | | | |
| 964 | 12/24/2019 Email RE: Clarification from Intuitive re Repressing Instruments (SIS092599) | | | |
| 965 | 11/13/2019 Email RE: Keith J SIS – counter install and plan (SIS092615) | | | |
| 966 | 8/6/2019 Email RE: Keith J SIS – endowrist discussion (SIS092632) | | | |
| 967 | 11/13/2019 Email RE: Keith J SIS – counter install and plan (SIS092677) | | | |
| 968 | 11/20/2019 Email RE: Keith J SIS – counter install and plan (SIS092689) | | | |
| 969 | 11/13/2019 Email RE: Keith J SIS – counter install and plan (SIS092799) | | | |
| 970 | 11/20/2019 Email RE: Keith J SIS – counter install and plan (SIS092815) | | | |
| 971 | 8/5/2019 Email RE: Keith J SIS – Endowrist service program launch (SIS092825) | | | |
| 972 | 11/20/2019 Email RE: Keith J SIS – counter install and plan (SIS092882) | | | |
| 973 | 11/20/2019 Email RE: Keith J SIS – counter install and plan (SIS092910) | | | |
| 974 | 8/5/2019 Email Re: [EXTERNAL] Keith J SIS – endowrist discussion (SIS092918) | | | |

SIS FIRST AMENDMENTS TO TRIAL EXHIBIT LIST                               3:21-cv-03496-AMO

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| 975 | 11/20/2019 Email RE: Keith J SIS – counter install and plan (SIS092955) | | | |
| 976 | 8/6/2019 Email RE: Keith J SIS – endowrist discussion (SIS093009) | | | |
| 977 | 7/31/2019 Email RE: DaVinci Robot Si EndoWrist service program launch (SIS093019) | | | |
| 978 | 7/31/2019 Email RE: DaVinci Robot Si EndoWrist service program launch (SIS093039) | | | |
| 979 | 7/31/2019 Email DaVinci Robot Si EndoWrist service program launch (SIS093052) | | | |
| 980 | 7/17/2019 Email RE: EOL Letter for SI (SIS093058) | | | |
| 981 | 7/30/2019 Email Keith J SIS – Endowrist service program launch (SIS093072) | | | |
| 982 | 11/26/2019 Email Re: Keith J SIS – Robotic endowrist collection (SIS093086) | | | |
| 983 | 7/30/2019 Email Keith J SIS – EndoWrist service program launch (SIS093089) | | | |
| 984 | 7/17/2019 Email RE: EOL Letter for SI (SIS093124) | | | |
| 985 | 1/14/2020 Email Re: Keith J SIS – Robotic endowrist collection (SIS093194) | | | |
| 986 | 1/14/2020 Email Re: Keith J SIS – Robotic endowrist collection (SIS093208) | | | |
| 987 | 7/15/2019 Email FW: EOL Letter for SI (SIS093414) | | | |
| 988 | 7/30/2019 Email RE: Keith J SIS – EndoWrist service program launch (SIS093834) | | | |

- 6 -

SIS FIRST AMENDMENTS TO TRIAL EXHIBIT LIST        3:21-cv-03496-AMO

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| | | | | |
| 989 | 7/30/2019 Email Keith J SIS – EndoWrist service program launch (SIS093866) | | | |
| 990 | 7/30/2019 Email RE: Keith J SIS – EndoWrist service program launch (SIS093881) | | | |
| 991 | 7/30/2019 Email RE: Keith J SIS – EndoWrist service program launch (SIS093964) | | | |
| 992 | 7/30/2019 Email RE: Keith J SIS – EndoWrist service program launch (SIS093975) | | | |
| 993 | 7/30/2019 Email RE: Keith J SIS -EndoWrist service program launch (SIS094094) | | | |
| 994 | 11/26/2019 Email Re: Keith J SIS -Robotic endowrist collection (SIS094502) | | | |
| 995 | 11/22/2019 Email Re: Keith J SIS -Robotic endowrist counter install (SIS09527) | | | |
| 996 | 11/26/2019 Email Re: Keith J SIS -Robotic endowrist collection (SIS094564) | | | |
| 997 | 11/26/2019 Email FW: Keith J SIS -Robotic endowrist collection (SIS094615) | | | |
| 998 | 11/26/2019 Email Keith J SIS – Robotic endowrist collection (SIS094688) | | | |
| 999 | 12/12/2019 Email Re: Keith J SIS -Robotic endowrist collection (SIS094790) | | | |
| 1000 | 11/26/2019 Email Keith J SIS - Robotic endowrist collection (SIS094802) | | | |

SIS FIRST AMENDMENTS TO TRIAL EXHIBIT LIST     3:21-cv-03496-AMO

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| 1001 | 3/2/2020 Email RE: Intuitive letter on reprocessing (SIS094933) | | | |
| 1002 | 12/30/2019 Email RE: Keith J SIS -endowrist findings (SIS094938) | | | |
| 1003 | 3/2/2020 Email RE: Intuitive letter on reprocessing (SIS095031) | | | |
| 1004 | 11/19/2019 Email Re: Keith J SIS -counter install and plan (SIS095053) | | | |
| 1005 | 12/27/2019 Email Re: Keith J SIS -endowrist findings. (SIS095093) | | | |
| 1006 | 9/25/2019 Email Re: UMC Tuscon (SIS095172) | | | |
| 1007 | 12/27/2019 Email Re: Keith J SIS -endowrist findings. (SIS095179) | | | |
| 1008 | 8/31/2019 Email Re: Keith J SIS – endowrist discussion (SIS095218) | | | |
| 1009 | 9/25/2019 Email Re: UMC Tuscon (SIS095224) | | | |
| 1010 | 11/22/2019 Email Re: Keith J SIS – Robotic counter install and training (SIS095265) | | | |
| 1011 | 8/31/2019 Email Re: Keith J SIS – endowrist discussion (SIS095267) | | | |
| 1012 | 11/22/2019 Email Re: Keith J SIS – Robotic endowrist counter install (SIS095275) | | | |
| 1013 | 8/31/2019 Email Fwd: Keith J SIS – endowrist discussion (SIS095281) | | | |
| 1014 | 11/22/2019 Email Re: Keith J SIS – Robotic counter install and training (SIS095321) | | | |

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| 1015 | 12/24/2019 Email RE: Clarification from Intuitive re Repressing Instruments (SIS095334) | | | |
| 1016 | 11/22/2019 Email Re: Keith J SIS – Robotic endowrist counter install (SIS095339) | | | |
| 1017 | 12/24/2019 Email Re: Clarification from Intuitive re Repressing Instruments (SIS095391) | | | |
| 1018 | 12/10/2019 Email Keith J SIS – Robotic arms/ultrasonic washer update (SIS095393) | | | |
| 1019 | 11/13/2019 Email Re: Keith J SIS – counter install and plan (SIS095443) | | | |
| 1020 | 11/13/2019 Email Re: Keith J SIS – counter install and plan (SIS095626) | | | |
| 1021 | 11/20/2019 Email Re: Keith J SIS – counter install and plan (SIS095786) | | | |
| 1022 | 1/27/2020 Email Keith J SIS – Intuitive reloads (SIS095834) | | | |
| 1023 | 11/20/2019 Email Re: Keith J SIS – counter install and plan (SIS095849) | | | |
| 1024 | 8/5/2019 Email Re: Keith J SIS – Endowrist service program launch (SIS095887) | | | |
| 1025 | 8/5/2019 Email Re: [EXTERNAL] Keith J SIS – endowrist discussion (SIS095922) | | | |
| 1026 | 11/20/2019 Email Re: Keith J SIS – counter install and plan (SIS095929) | | | |
| 1027 | 8/5/2019 Email Re: [EXTERNAL] Keith J SIS – endowrist discussion (SIS095993) | | | |
| 1028 | 8/5/2019 Email Keith J SIS – endowrist discussion (SIS096123) | | | |

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| 1029 | 7/31/2019 Email Re: DaVinci Robot So EndoWrist service program launch (SIS096191) | | | |
| 1030 | 11/12/2019 Email Re: Pre-Meeting with SIS RE: Intuitive Surgical Robotics Repair Program (SIS096194) | | | |
| 1031 | 11/19/2019 Email Re: SIS Repair Program (SIS096198) | | | |
| 1032 | 11/12/2019 Email Re: Pre-Meeting with SIS RE: Intuitive Surgical Robotics Repair Program (SIS096202) | | | |
| 1033 | 8/6/2019 Email Re: Keith J SIS – endowrist discussion (SIS096223) | | | |
| 1034 | 7/17/2019 Email Re: EOL Letter for SI (SIS096322) | | | |
| 1035 | 7/30/2019 Email Keith J SIS – Endowrist service program launch (SIS096353) | | | |
| 1036 | 11/26/2019 Email Re: Keith J SIS – Robotic endowrist collection (SIS096437) | | | |
| 1037 | 8/2/2019 Email Fwd: Contact (SIS096488) | | | |
| 1038 | 8/2/2019 Email Re: Keith J SIS – Endowrist service program launch (SIS096521) | | | |
| 1039 | 7/17/2019 Email Re: EOL Letter for SI (SIS096532) | | | |
| 1040 | 8/2/2019 Email Re: Keith J SIS – Endowrist service program launch (SIS096541) | | | |
| 1041 | 7/31/2019 Email Re: Keith J SIS Endowrist service program launch (SIS096602) | | | |
| 1042 | 7/31/2019 Email Re: Keith J SIS Endowrist service program launch (SIS096617) | | | |

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| 1043 | 8/2/2019 Email Re: Contact (SIS096638) | | | |
| 1044 | 7/31/2019 Email Re: Keith J SIS – Endowrist service program launch (SIS096677) | | | |
| 1045 | 7/30/2019 Email Re: Keith J SIS – Endowrist service program launch (SIS097007) | | | |
| 1046 | 10/29/2019 Email Re: Zoom meeting invitation – SIS robotic discussion (SIS033005) | | | |
| 1047 | 10/29/2019 Email Re: Zoom meeting invitation – SIS robotic discussion (SIS033009) | | | |
| 1048 | 9/3/2019 Email Fwd: Additional Refurbished Da Vinci Instruments (SIS091930) | | | |
| 1049 | 9/3/2019 Email Fwd: Additional Refurbished Da Vinci Instruments (SIS091980) | | | |
| 1050 | 10/29/2019 Email Fwd: Robot Instrument Damage Logs (SIS092315) | | | |
| 1051 | 7/31/2019 Email Re: DaVinci Arms (SIS093754) | | | |
| 1052 | 7/30/2019 Email Fwd: DaVinci Arms (SIS093811) | | | |
| 1053 | 10/14/2019 Email Re: Refurbished Instruments FMC (SIS094495) | | | |
| 1054 | 9/12/2019 Email Re: Keith J SIS – robotic follow up (SIS094670) | | | |
| 1055 | 9/3/2019 Email Re: Additional Refurbished Da Vinci Instruments (SIS094714) | | | |
| 1056 | 9/11/2019 Email Re: Keith J SIS – robotic follow up (SIS094738) | | | |

SIS FIRST AMENDMENTS TO TRIAL EXHIBIT LIST                 3:21-cv-03496-AMO

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| 1057 | 10/8/2019 Email Re: Refurbished Instruments FMC (SIS095164) | | | |
| 1058 | 10/8/2019 Email Re: Keith J SIS – robotic follow up (SIS095184) | | | |
| 1059 | 8/27/2019 Email Keith J SIS – Kaiser Fontana da Vinci Invoice (SIS095770) | | | |
| 1060 | 9/6/2019 Email Re: Refurbished Instruments FMC (SIS095793) | | | |
| 1061 | 8/27/2019 Email Keith J SIS – Kaiser Fontana da Vinci Invoice (SIS095795) | | | |
| 1062 | 10/2/2019 Email Re: Keith J SIS (SIS096092) | | | |
| 1063 | 8/1/2019 Email Re: Keith J SIS – robotic follow up (SIS096116) | | | |
| 1064 | 7/22/2019 Email Re: Keith J SIS – robotic follow up (SIS096485) | | | |
| 1065 | 7/22/2019 Email Re: Keith J SIS – robotic follow up (SIS096518) | | | |
| 1066 | 7/22/2019 Email Re: Keith J SIS – robotic follow up (SIS096528) | | | |
| 1067 | 7/22/2019 Email Re: Keith J SIS – robotic follow up (SIS096535) | | | |
| 1068 | 7/22/2019 Email Re: Keith J SIS – robotic follow up (SIS096551) | | | |
| 1069 | 8/2/2019 Email Re: Keith J – da Vinci instrument trial (SIS096572) | | | |
| 1070 | 8/2/2019 Email Re: Keith J – da Vinci instrument trial (SIS096605) | | | |

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| 1071 | 7/22/2019 Email Re: Keith J SIS – robotic follow up (SIS096672) | | | |
| 1072 | 7/29/2019 Email Re: Keith J SIS – robotic follow up (SIS096680) | | | |
| 1073 | 7/21/2019 Email Re: Keith J SIS – robotic follow up (SIS096692) | | | |
| 1074 | 7/30/2019 Email Re: DaVinci Arms (SIS096790) | | | |
| 1075 | 8/13/2019 Email Robots (SIS092369) | | | |
| 1076 | 8/13/2019 Email Re: Robots (SIS095209) | | | |
| 1077 | 7/29/2019 Email Keith J SIS offerings (SIS096397) | | | |
| 1078 | 7/29/2019 Email Keith J SIS – system da Vinci savings (SIS096516) | | | |
| 1079 | 7/30/2019 Email Re: Keith J SIS offerings (SIS096961) | | | |
| 1080 | 7/26/29 Email Keith J SIS – Robotic Savings Doc (SIS097129) | | | |
| 1081 | 7/26/2019 Email daVinci Cost Savings_2019_BH.pdf (SIS092090_ | | | |
| 1082 | 11/26/2019 Email RE: checking in (SIS092118) | | | |
| 1083 | 12/3/2019 Email FW: Marin Health – Pateint Safety Implications Letter (SIS092121) | | | |
| 1084 | 11/25/2019 Email RE: checking in (SIS092191) | | | |

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| 1085 | 12/3/2019 Email Marin (SIS092241) | | | |
| 1086 | 11/25/2019 Email RE: checking in (SIS092343) | | | |
| 1087 | 11/14/2019 Email FW: DaVinci Arms (SIS092391) | | | |
| 1088 | 10/1/2019 Email Re: Keith J SIS – robotic program (SIS094559) | | | |
| 1089 | 10/1/2019 Email Re: Keith J SIS – robotic program (SIS094570) | | | |
| 1090 | 10/10/2019 Email Re: Keith J SIS – robotic program (SIS094600) | | | |
| 1091 | 9/30/2019 Email Re: Keith J SIS – robotic program (SIS094626) | | | |
| 1092 | 11/19/2019 Email Re: checking in (SIS094803) | | | |
| 1093 | 11/25/2019 Email RE: checking in (SIS095059) | | | |
| 1094 | 11/25/2019 Email Re: checking in (SIS095214) | | | |
| 1095 | 11/25/2019 Email Re: checking in (SIS095245) | | | |
| 1096 | 9/25/2019 Email Re: Keith J SIS – robotic program (SIS095252) | | | |
| 1097 | 10/7/2019 Email Re: Keith J SIS – robotic program (SIS095297) | | | |
| 1098 | 12/10/2019 Email Re: Marin Health – Patient Safety Implications Letter (SIS095336) | | | |
| 1099 | 10/7/2019 Email Re: Keith J SIS – robotic program (SIS095410) | | | |
| 1100 | 10/7/2019 Email Re: Keith J SIS – robotic program (SIS095474) | | | |
| 1101 | 10/7/2019 Email Re: Keith J SIS – robotic program (SIS095509) | | | |
| 1102 | 11/12/2019 Email Re: SIS order request (SIS096166) | | | |

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| 1103 | 12/3/2019 Email Re: Marin (SIS096231) | | | |
| 1104 | 9/19/2019 Email Keith J SIS – support (SIS032789) | | | |
| 1105 | 8/13/2019 Email Amendment to add da Vinci (SIS092352) | | | |
| 1106 | 8/12/2019 Email FW: Keith J SIS – robotic program (SIS092637) | | | |
| 1107 | 7/27/2019 Email Re: Vital Medical Supplies for Cuba (SIS093980) | | | |
| 1108 | 10/2/2019 Email Re: Keith J SIS – support (SIS094498) | | | |
| 1109 | 10/9/2019 Email Re: Keith J SIS – support (SIS094618) | | | |
| 1110 | 10/9/2019 Email Re: Keith J SIS – support (SIS094631) | | | |
| 1111 | 9/28/2019 Email Re: Keith J SIS – support (SIS094779) | | | |
| 1112 | 9/11/2019 Email Fwd: Signed Vizient DaVinci Amendment (SIS094825) | | | |
| 1113 | 10/8/2019 Email Re: Keith J SIS – support (SIS095220) | | | |
| 1114 | 9/25/2019 Email Re: Keith J SIS – support (SIS095278) | | | |
| 1115 | 9/19/2019 Email Re: Need Assistance on Responding to Initial Pushback (SIS095539) | | | |
| 1116 | 9/18/2019 Email Re: Need Assistance on Responding to Initial Pushback (SIS095665) | | | |
| 1117 | 10/17/2019 Email Re: Keith J SIS – support (SIS095923) | | | |
| 1118 | 10/17/2019 Email Re: Keith J SIS – support (SIS096017) | | | |

| EX. NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED | LIMITS ON USE |
|---|---|---|---|---|
| 1119 | 10/2/2019 Email Re: Keith J SIS – support (SIS096161) | | | |
| 1120 | 8/27/2019 Email Keith J SIS – daVinci PowerPoint (SIS096225) | | | |
| 1121 | 8/1/2019 Email Re: Final changes to amend and extension (SIS096963) | | | |
| 1122 | 9/19/2019 Email Re: Keith J SIS – support (SIS118475) | | | |
| 1123 | 9/20/2019 Email Re: Keith J SIS – support (SIS118476) | | | |
| 1124 | GICS 35101010, Health Care Equipment & Supplies, Duff and Phelps - Cost of Capital Composite | | | |
| 1125 | 9/30/2020 Email Services ERB project reassignment (Intuitive-00626596) | | | |
| 1126 | Skywalker - Refurbishment Model HDV2 6 sku.xlsx (Intuitive - 00620200) | | | |
| 1127 | 8/15/208 Email Skywalker - Refurbishment Model HDV2 6 sku.xlsx (Intuitive - 00620119) | | | |
| 1128 | Rebotix Repair and Reset Order Form (SIS000024) | | | |
| 1129 | 2013_ZPRICE_VAR_wKE30.xlsx (Intuitive-00595437) | | | |
| 1130 | FY'2020_ZPRICE_VAR_wKE30 (1).xlsx (Intuitive-00695231) | | | |
| 1131 | ZPRICE_VAR_2021_Q2-Q4.XLSX (Intuitive-01101508) | | | |

SIS FIRST AMENDMENTS TO TRIAL EXHIBIT LIST    3:21-cv-03496-AMO

Dated: November 6, 2024

McCAULLEY LAW GROUP LLC
By:    */s/ Joshua Van Hoven*
     JOSHUA V. VAN HOVEN

E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant,*
SURGICAL INSTRUMENT SERVICE COMPANY, INC.