**MCCAULLEY LAW GROUP LLC**
Joshua V. Van Hoven, (CSB No. 262815)
E-Mail: josh@mccaulleylawgroup.com
3001Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

Richard T. McCaulley (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant,
Surgical Instrument Service Company, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> *Plaintiff/Counter-Defendant,* <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> *Defendant/Counter-Claimant.* | Case No. 3:21-cv-03496-AMO <br><br> **SIS LIST OF THIRD PARTY PRODUCED DOCUMENTS** <br><br> Date: November 25, 2024 <br> Time: 11:00 a.m. <br> Courtroom: 10 <br><br> The Honorable Araceli Martínez-Olguín |

Pursuant to the Court's Schedule and Pretrial Order of June 11, 2024, Dkt. 235, and the parties' Joint Proposed Pretrial Order Section D.2, Plaintiff Surgical Instrument Service Company, Inc. hereby submits the following Third Party documents, which it contends are authentic and constitute business records, as apparent on their face under Rules 803(6), 901(a), and which were produced from the files of a third party in response to subpoenas served in this litigation or the related actions, or otherwise appears on the third party's website.

| Description | Date | Beginning Bates |
|---|---|---|
| Email chain ending with email from R. Chudzik to C. Wolfbrandt re K210478 - AINN Follow-Up Meeting. | 04/14/2021 | AHP000521 |
| Email chain ending with email from R. Ferreira to R. Chudzik re K210478 is on Hold Pending Your Response, with attachment. | 03/30/2021 | AHP000526 |
| Email chain ending with email from R. Chudzik to S. Peri et al. re K210478 is on Hold Pending Your Response, with attachment. | 04/22/2021 | AHP002130 |
| 2018-06-07 - Email - Between BPI Medical, Rebotix, and FDA re EndoWrists - Subject "Re: Intuitive Surgical da Vinci Endoscopic Instruments" | 06/07/2018 | BPI000331 |
| Robotics Steering Committee Meeting Minutes Final. | 01/14/2019 | FRANCISCAN-00050721 |
| Franciscan Health Genesis Steering Committee Meeting Minutes. | 09/20/2018 | FRANCISCAN-00050796 |
| Franciscan Health Genesis Steering Committee Meeting Minutes. | 01/15/2018 | FRANCISCAN-00050811 |
| daVinci Marketing 2/15/2018. | 02/28/2018 | FRANCISCAN-00050821 |
| Capital Project Assessment Form. | 10/07/2019 | FRANCISCAN-00051195 |
| Franciscan Health Colon/Rectal Strategy Meeting Minutes. | 02/01/2021 | FRANCISCAN-00055468 |
| Franciscan Alliance, Inc. Minutes of The Capital Allocation Committee Meeting. | 09/01/2016 | FRANCISCAN-00055639 |
| CRM Gynecologic Surgery Digital Guide. | 03/12/2018 | FRANCISCAN-00055748 |
| Colon Cancer CRM Digital Guide. | 06/11/2020 | FRANCISCAN-00055752 |
| da Vinci Robotic Physician Marketing Colorectal Cancer. | 04/16/2019 | FRANCISCAN-00055774 |
| Minimally Invasive Hernia Surgery Digital Guide. | 12/03/2020 | FRANCISCAN-00055779 |
| FRANCISCAN-00056312–FRANCISCAN-00056338 | 10/28/2020 | FRANCISCAN-00056312 |
| Data file | n/a | REBOTIX019132 |
| Document - Rebotix & Restore FAQ Responses | 10/30/2018 | REBOTIX044230 |

| | | | |
|---|---|---|---|
| 1 | 2018-10-13 - Document - Rebotix–Restore Distributor Agreement | 10/13/2018 | REBOTIX050713 |
| 2 | Document - EndoWrists Service Process Flowchart | 08/20/2019 | REBOTIX060986 |
| 3 | 2019-08-22 - Email - Subject: Agreement | 08/22/2019 | REBOTIX061127 |
| 4 | 2020-01-24 - Email - Subject: Fw: REB MEMORANDUM OF UNDERSTANDING (002) \| Att.: "REB MEMORANDUM OF UNDERSTANDING (002).docx" | 01/24/2020 | REBOTIX067735 |
| 5 | Powerpoint: Use of the REBOTIX Responsible Reuse Process By Hospitals to Reduce Cost and Waste | 02/14/2020 | REBOTIX068404 |
| 6 | 2014-02-21 - Email - Subject: Re: Life testing - Tissue media | 02/21/2014 | REBOTIX075420 |
| 7 | 2014-02-16 - Email - Subject: Fwd: Wrist Cable Tension | 02/25/2014 | REBOTIX075431 |
| 8 | 2014-02-26 - Email - Subject: Re: Wrist Cable Tension | 02/26/2014 | REBOTIX075433 |
| 9 | 2015-03-18 - Email - FW: Emailing:summaryofprocess031815 | 03/18/2015 | REBOTIX077469 |
| 10 | 2015-07-09 - Email - Subject "Rebotix AI Letter Conference Call Follow-Up | 07/09/2015 | REBOTIX077729_001 |
| 11 | EndoWrist Disassembly and Salvage SOP | n/a | REBOTIX082680 |
| 12 | 2014-11-21 - Document - DQS Med "Final Report Technical File Review Acc. Sample Plan for Electrosurgical Endowrists (Reg. No. 516438 Rev. 2)" | 11/21/2014 | REBOTIX083098 |
| 13 | 2014-05-21 - Document - Rebotix "Document Approval Form (DCN 2014-009 Rev. A)" | 01/13/2015 | REBOTIX084679_001 |
| 14 | 2010-09 - Document - DIN "German Standard Medical Instruments - Materials, Finish, and Testing (DIN 58298:2010-09)" | 09/01/2010 | REBOTIX089137 |
| 15 | 2014-08-04 - Document - Rebotix "MAUDE Sub Report" | 08/05/2014 | REBOTIX089889 |
| 16 | Rebotix EndoWrist MDR Report | 03/17/2014 | REBOTIX090153_001 |
| 17 | 2013-10-14 - Document - IMR Test Labs "Analysis of Nonmetallic Components (Report No. 201310250A)" | 10/14/2013 | REBOTIX092208 |
| 18 | 2015-04 - Document - REBOTIX™INTERCEPTOR CPLD Software Description | 2015/04/XX | REBOTIX100995 |
| 19 | 2014-10-09 - Document - Rebotix "Product Specification: Rebotix Remanufactured EndoWrist REF420205 Fenestrated Bipolar Forceps (Doc. No. PS-PR420205 Rev. C)" | n/a | REBOTIX120669 |
| 20 | PR3043 Incoming Evaluation SOP | 02/19/2015 | REBOTIX121303 |
| 21 | 2016-02-10 - Document - Rebotix "PR3050 Final Test (DCN. 2016-010 Rev. E)" | 02/10/2016 | REBOTIX123447 |
| 22 | 2015-12-22 - Document - Rebotix "Risk Management Plan Re-manufactured EndoWrists (Doc. No. RMPR1001 Rev. D) | 12/22/2015 | REBOTIX123792_001 |
| 23 | 2014-05-15  Document - Rebotix "OEM EndoWrist Wheel Torque Characterization | 05/05/2014 | REBOTIX124900 |

| | | | |
|---|---|---|---|
| 1 | Report, REF420093 (Doc. No. PR4005-093 Rev. A) | | |
| 2 | 2014-08-19 - Document - SGS North America, Inc. "Module (1) EMC and Electrical Safety Testing (Report No. 3537245SF-001)" | 08/19/2014 | REBOTIX128851 |
| 3 | 2015-02-19 - Document - Rebotix "Verification Protocol - Simulated Life Testing of Remanufactured EndoWrists 2nd Round (Doc. No. PR10450 Rev. A)" | 02/19/2015 | REBOTIX132018 |
| 4 | Rebotix Verification Protocol - Simulated Life Testing | 02/19/2015 | REBOTIX132456 |
| 5 | Rebotix "Parts List and Test Forms" | 01/29/2015 | REBOTIX132496 |
| 6 | 2014-09-17 - Document - Rebotix "PR3024 Graspers and Drivers Aligning and Refurbishment SOP (DCN. 2014-028 Rev. C)"" | 09/17/2014 | REBOTIX133235 |
| 7 | 2014-09-17 - Document - Rebotix "PR3025 Scissors Sharpening and Refurbishment SOP (DCN. 2014-028 Rev. C)" | 09/17/2014 | REBOTIX133237 |
| 8 | 2014-09-17 - Document - Rebotix "PR3026 Tool End Surface Refinishing SOP (DCN, 2014-028 Rev. C)"" | 09/17/2014 | REBOTIX133239 |
| 9 | 2014-09-17 - Document - Rebotix "PR3027 Housing Labeling SOP (DCN. 2014-045 REv. D)"" | 10/31/2014 | REBOTIX133241 |
| 10 | 2014-09-17 - Document - Rebotix "PR3028 Bi-Polar Pin Removal and Installation SOP (2014-028 Rev. B)"" | 09/17/2014 | REBOTIX133244 |
| 11 | 2014-09-17 - Document - Rebotix "PR3029 Monopolar Plug Removal and Installation SOP (DCN. 2014-028 Rev. C)" | 09/17/2014 | REBOTIX133248 |
| 12 | 2014-09-17 - Document - Rebotix "PR3030 ESD (DCN, 2014-028 Rev. D)" | 09/17/2014 | REBOTIX133253 |
| 13 | 2014-09-17 - Document - Rebotix "PR3031 DS2505 Removal and Installation SOP (DCN. 2014-028 Rev. C)" | 09/17/2014 | REBOTIX133256 |
| 14 | 2014-09-17 - Document - Rebotix "PR3032 PCB Conformal Coating SOP (DCN. 2014-028 Rev. C)" | 09/17/2014 | REBOTIX133259 |
| 15 | 2014-09-17 - Document - Rebotix "PR3033 EndoWrist Disassembly and Salvage SOP (DCN. 2014-028 Rev. C)" | 09/17/2014 | REBOTIX133261 |
| 16 | 2014-09-17 - Document - Rebotix "PR3034 Autoclave Sterilization SOP (DCN. 2014-028 Rev. E)" | 09/17/2014 | REBOTIX133266 |
| 17 | 2014-09-17 - Document - Rebotix "PR3035 Incoming Ultrasonic Cleaning and Flush SOP (DCN. 2014-028 Rev. E)" | 09/17/2014 | REBOTIX133272 |
| 18 | 2014-09-17 - Document - Rebotix "PR3036 In -Process Ultrasonic Cleaning SOP (DCN. 2014-028 Rev. C)" | 09/17/2014 | REBOTIX133279 |
| 19 | 2014-09-17 - Document - Rebotix "PR3037 Testing Gripping Efficiency of EndoWrist Needle Drivers and Forceps SOP (DCN. 2014-028 Rev. B)" | 09/17/2014 | REBOTIX133281 |

SIS LIST OF 3RD PARTY DOCUMENTS                                     3:21-cv-03496-AMO

| | | | |
|---|---|---|---|
| 1 | 2014-09-17 - Document - Rebotix "PR3038 Testing the Cutting Efficiency of Endo Wrist Scissors SOP (DCN. 2014-028 Rev. B)" | 09/17/2014 | REBOTIX133283 |
| 2 | | | |
| 3 | 2014-09-17 - Document - Rebotix "PR3039 Testing Degrees of Freedom Using Optical Comparator SOP (DCN. 2014-028 Rev. B)" | 09/17/2014 | REBOTIX133285 |
| 4 | 2014-09-17 - Document - Rebotix "PR3040 Operation of DaVinci S Surgical System (DCN. 2014-003 Rev. B)" | 03/31/2014 | REBOTIX133290 |
| 5 | | | |
| 6 | 2014-09-17 - Document - Rebotix "PR3041 Dielectric Testing SOP (DCN. 2014-034 Rev. E)" | 09/15/2014 | REBOTIX133295 |
| 7 | 2014-09-17 - Document - Rebotix "PR3042 Continuity Testing SOP (DCN. 2014-028 Rev. E)" | 09/17/2014 | REBOTIX133301 |
| 8 | 2014-09-17 - Document - Rebotix "PR3043 Incoming Evaluation SOP (DCN. 2014-028 Rev. D)" | 09/17/2014 | REBOTIX133305 |
| 9 | | | |
| 10 | 2014-09-17 - Document - Rebotix "PR3044 Final Assembly SOP (DCN. 2014-028 Rev. D)" | 09/17/2014 | REBOTIX133309 |
| 11 | 2014-09-17 - Document - Rebotix "PR3047 Test Form (DCN. 2014-028 Rev. E)" | 09/17/2014 | REBOTIX133337 |
| 12 | 2014-10-27 - Document - Rebotix "PR3048 Process Flow Chart (DCN. 2014-041 Rev. D)" | 10/27/2014 | REBOTIX133339 |
| 13 | 2014-09-22 - Document - Rebotix "PR3050 Final Test (DCN. 2014-035 Rev. C)" | 09/22/2014 | REBOTIX133341 |
| 14 | 2014-09-17 - Document - Rebotix "PR3052 Spool Torque SOP (DCN. 2014-028 Rev. C)" | 09/17/2014 | REBOTIX133344 |
| 15 | 2014-10-27 - Document - Rebotix "PR3059 Box Labeling SOP (DCN. 2014-037 Rev. A)" | 10/27/2014 | REBOTIX133350 |
| 16 | 2015-01-08 - Document - Rebotix "Design Development Plan "Endowrist" DPPR1001 (DCN. 2014-009 Rev. C)" | 01/08/2015 | REBOTIX133361 |
| 17 | | | |
| 18 | 2014-09-15 - Document - Rebotix "PR3041 Dielectric Testing SP (DCN. 2014-034 Rev. E)" | 09/15/2014 | REBOTIX134654 |
| | Rebotix Dielectric Testing SOP | 09/15/2014 | REBOTIX134654 |
| 19 | 2014-05-08 - Document - Rebotix "PR3039 Testing Range of Motion Using Optical Comparator SOP (DCN. 2014-007 Rev A)" | 05/08/2014 | REBOTIX134750 |
| 20 | | | |
| 21 | Mechanical Verification Protocol, EndoWrist | 10/09/2014 | REBOTIX138033 |
| | Life Test Worst Case Model Analysis | 05/21/2014 | REBOTIX146770_001 |
| 22 | 2020-06-25 - Email - Subject "Request for More Information on Rebotix Repair Repairing/Servicing Activities" | 06/25/2020 | REBOTIX146948_001 |
| 23 | | | |
| | DS2505 - 16Kb Add-Only Memory | n/a | REBOTIX148555 |
| 24 | 2014-05-14 - Thera-Band Red Product Release | 05/14/2014 | REBOTIX153047 |
| 25 | Rebotix Module 6: Assembly | n/a | REBOTIX160706 |
| | Document - Rebotix "Executive Summary for EndoWrist Repair Service" | n/a | REBOTIX162185 |
| 26 | Document - Rebotix Draft "Distributor Agreement Terms and Conditions" | 07/10/2018 | REBOTIX162208 |
| 27 | PX0933 & PX0934: Rebotix "EndoWrist Service Procedure" | 04/25/2019 | REBOTIX162404 |
| 28 | | | |

| | | | |
|---|---|---|---|
| | PX0935, PX0936, PX0937: Page within 933 and 934 | | |
| | EndoWrist Service Procedure | 04/25/2019 | REBOTIX162425 |
| | 2021-04-08 - Document - Rebotix "Sales by Customer Detail" | 04/08/2021 | REBOTIX165979 |
| | Document - Rebotix "'Module (J) Performance Data' Simulated Life Testing on Remanufactured EndoWrists" | 12/14/2014 | REBOTIX170053 |
| | 2014-12-18 - Document - Rebotix 510(k) Application for "Re-manufactured EndoWrists | 12/18/2014 | REBOTIX170421 |
| | 2015-06-23 - Document - FDA Deficiency Letter re Rebotix "Remanufactured EndoWrists" | 06/23/2015 | REBOTIX171030 |
| | 2015-06-23 - Email - From FDA to Ryan Burke - Subject "K143619/S002 is on hold pending your response" | 06/23/2015 | REBOTIX171058 |
| | 2015 -12-15 - Document - Letter from R. Burke to Dr. Wen re: Rebotix, LLC's intent to withdraw 510(k) Premarket Notification | 12/17/2015 | REBOTIX171076 |
| | REBOTIX171224 – REBOTIX171226 - E-mail correspondence between FDA and Rebotix, starting February 28, 2020 | 03/06/2020 | REBOTIX171224 |
| | Document - Timeline of Rebotix history repairing EndoWrists | 02/27/2020 | REBOTIX174692 |
| | Rebotix EndoWrist Demonstration Video [Native Document Placeholder] | n/a | REBOTIX175327 |
| | 2021-11-16 - Document - Letter from M. Trumbore (FDA) to C. Gibson re: remanufacturing the da Vinci S EndoWrist Instruments | 11/16/2021 | REBOTIX175417 |
| | 2022-01-13 - Document - Letter from Stan Hamilton to FDA re CPT2000126 | 01/13/2022 | REBOTIX175468 |
| | 2022-05-25 - Email - Subject: "Rebotix Repair, LLC re Document Number CPT200126" | 05/25/2022 | REBOTIX175710 |
| | 2022-07-22 - Email - Subject "Rebotix Repair, LLC re Document Number CPT200126" | 07/22/2022 | REBOTIX175839 |
| | 2020-07-21 - Email - From K. May to V. Jitendra re Restore Robotics - Subject "Restore Robotics--Request for More Information | 07/21/2020 | Restore-00001248 |
| | 2018-11-13 - Restore Return Goods Authorization | 11/13/2018 | Restore-00001424 |
| | Email from R. Ferreira to C. Parker et al. re Restore Robotics / AHCP Agreement, with attachment. | 07/09/2019 | Restore-00010131 |
| | Email chain ending with email from K. May to C. Parker et al. re Endowrist agreement. | 10/08/2019 | Restore-00010600 |
| | 2018-10-17 - Email - Subject: FW: Signed agreement | 10/17/2018 | Restore-00027409 |
| | 2019-09-17 - Email - FW:3x robotic inst | 09/17/2019 | Restore-00030379 |
| | 2022-06-30 - Email - re Iconocare Deficiency Notice | 06/30/2022 | Restore-00086093 |

- 5 -

| | | | |
|---|---|---|---|
| | Excerpted 510(k) electronic Submission Template And Resource (eSTAR) For non-In Vitro Diagnostic Medical Devices (Version 0.6). | 12/15/2020 | Restore-00086907 |
| | Excerpted 510(k) electronic Submission Template And Resource (eSTAR) For non-In Vitro Diagnostic Medical Devices (Version 0.7). | 05/27/2021 | Restore-00087401 |
| | SOP-0058 - Innovative Health - Robotic Surgical Instrument Refurbishing | 05/27/2021 | Restore-00089490 |
| | 2022-06-28 - Email - Subject: Re: instruments for Xi Robot; Att.: "SOW 2022-06-20 Replenish Xi Robot T&M v.1.0.pdf; Replenish Medical Marcus Engineering 2022-032.pdf" | 06/28/2022 | Restore-00091199 |
| | Email chain ending with email from R. Chudzik to K. May et al. re PRE SUB km, with attachment. | 06/06/2022 | Restore-00091435 |
| | 2022-05-26 - Email - Subject: Retore Robotics Repairs Investor deck 220524 cp.pptx; Att.: "Restore Robotics Repairs Investor deck 220524 cp.pptx; RRR Investor deck 220524 cp.pdf" | 05/26/2022 | Restore-00094918 |
| | Email chain ending with email from R. Chudzik to K. May et al. re Request for an extension of time for 510k (K210478) AI. | 09/29/2021 | Restore-00096294 |
| | Email chain ending with email from R. Ferreira to C. Parker et al. re K210478/S002 Review Complete, with attachment. | 10/01/2022 | Restore-00099136 |
| | Email chain ending with email from R. Chudzik to R. Ferreira re K210478/S001 is on Hold Pending Your Response, with attachment. | 10/01/2021 | Restore-00104982 |
| | Email chain ending with email from R. Ferreira to T. Milano et al. re K210478/S001 is on Hold Pending Your Response, with attachment. | 05/24/2022 | Restore-00112143 |
| | 2022-08-04 - Email  K210478/5001 is on Hold Pending Your Response | 08/04/2022 | Restore-00112674 |
| | Stryker Robotics Opportunities Financial Analysis | 01/01/2015 | STRREB00001810 |
| | Stryker Financial Model for Raptor Deal | 01/01/2015 | STRREB00001827 |
| | Email chain ending with email from J. Wagner to J. Landers et al. re Xi Robot. | 08/23/2019 | VMC-00014375 |
| | Email chain ending with email from J. Wagner to M. Burke re any updates on the robot?, with attachments. | 08/23/2018 | VMC-00015993 |
| | Email chain ending with email from J. Johnson to L. Dillingham et al. re Quotes to Addendum to SLSA INTUITIVE SURGICAL DA VINCI, with attachments. | 09/10/2019 | VMC-00018344 |
| | Email chain ending with email from J. Wagner to T. Thomas et al. re DaVinci contract. | 08/30/2018 | VMC-00020543 |
| | VMC-00020649–VMC-00020666 | 08/31/2018 | VMC-00020649 |
| | Email chain ending with email from J. Johnson to J. Wagner et al. re Authorized to move forward - Da Vinci robot, with attachments. | 07/20/2018 | VMC-00020868 |

| | Description | Date | Bates |
|---|---|---|---|
| 1 | Email chain ending with email from J. Wagner to L. Dillingham re Xi quote request for Valley Medical Center, with attachments. | 04/06/2018 | VMC-00021270 |
| 2 | Email from J. Johnson to L. Dillingham re Discuss Da Vinci robot. | 04/18/2018 | VMC-00021465 |
| 3 | Email chain ending with email from J. Wagner to L. Dillingham et al. re Valley da Vinci Xi proposals, with attachments. | 08/03/2018 | VMC-00025581 |
| 4 | Email from J. Johnson to L. Bellerive et al. re Signed Agreement, with attachment. | 09/16/2019 | VMC-00060616 |
| 5 | UW Medicine / Valley Medical Center: Acknowledge The Elephant in The Room. | 05/21/2014 | VMC-00089159 |
| 6 | Stryker Robotics Opportunities Financial Analysis | 01/01/2015 | STRREB00001810 |
| 7 | Stryker Financial Model for Raptor Deal | 01/01/2015 | STRREB00001827 |
| 8 | Email chain ending with email from J. Wagner to J. Landers et al. re Xi Robot. | 08/23/2019 | VMC-00014375 |
| 9 | Email chain ending with email from J. Wagner to M. Burke re any updates on the robot?, with attachments. | 08/23/2018 | VMC-00015993 |
| 10 | Email chain ending with email from J. Johnson to L. Dillingham et al. re Quotes to Addendum to SLSA INTUITIVE SURGICAL DA VINCI, with attachments. | 09/10/2019 | VMC-00018344 |
| 11 | Email chain ending with email from J. Wagner to T. Thomas et al. re DaVinci contract. | 08/30/2018 | VMC-00020543 |
| 12 | VMC-00020649–VMC-00020666 | 08/31/2018 | VMC-00020649 |
| 13 | Email chain ending with email from J. Johnson to J. Wagner et al. re Authorized to move forward - Da Vinci robot, with attachments. | 07/20/2018 | VMC-00020868 |
| 14 | Email chain ending with email from J. Wagner to L. Dillingham re Xi quote request for Valley Medical Center, with attachments. | 04/06/2018 | VMC-00021270 |
| 15 | Email from J. Johnson to L. Dillingham re Discuss Da Vinci robot. | 04/18/2018 | VMC-00021465 |
| 16 | Email chain ending with email from J. Wagner to L. Dillingham et al. re Valley da Vinci Xi proposals, with attachments. | 08/03/2018 | VMC-00025581 |
| 17 | Email from J. Johnson to L. Bellerive et al. re Signed Agreement, with attachment. | 09/16/2019 | VMC-00060616 |
| 18 | UW Medicine / Valley Medical Center: Acknowledge The Elephant in The Room. | 05/21/2014 | VMC-00089159 |
| 19 | Email Re: "Endowrists" | 04/26/2019 | LARKIN-00000061 |
| 20 | Email from P. Garcia to J. Gonzalez re Meeting with Dr. Estape. | 04/03/2019 | LARKIN-00013651 |
| 21 | Email Re: "Intuitive Payment 500k" | 02/25/2019 | LARKIN-00020971 |
| 22 | 2017-06-09 - Document - Contract between Intuitive and Larkin Community Hospital | 06/09/2017 | LARKIN-00025487 |
| 23 | Email chain ending with email from S. Sosa-Guerrero to B. Yuen et al. re Robotic Financial Meeting, with attachment. | 11/17/2017 | LARKIN-00026343 |

not using

| | |
|---|---|
| Dated:  November 6, 2024 | By: /s/ *Joshua V. Van Hoven*<br>      Joshua V. Van Hoven |

Richard T. McCaulley (*pro hac vice*)
**MCCAULLEY LAW GROUP LLC**
E-Mail: 180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105
richard@mccaulleylawgroup.com

Joshua V. Van Hoven (CSB No. 262815)
**MCCAULLEY LAW GROUP LLC**
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941
E-Mail: josh@mccaulleylawgroup.com

*Attorneys for Plaintiff Surgical Instrument Service Company, Inc.*