1  **MCCAULLEY LAW GROUP LLC**
   JOSHUA V. VAN HOVEN (CSB No. 262815)
2  E-Mail: josh@mccaulleylawgroup.com
   3001 Bishop Dr., Suite 300
3  San Ramon, California 94583
4  Telephone: (925) 302-5941

5  RICHARD T. MCCAULLEY (*pro hac vice*)
   E-Mail: richard@mccaulleylawgroup.com
6  180 N. Wabash Avenue, Suite 601
   Chicago, Illinois 60601
7  Telephone: (312) 330-8105

8
   Attorneys for Plaintiff
9  SURGICAL INSTRUMENT SERVICE
   COMPANY, INC.
10

11 [Additional Counsel Listed on Signature Page]

12

13              **UNITED STATES DISTRICT COURT**

14           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN FRANCISCO DIVISION**

16

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> Plaintiff/Counterclaim-Defendant <br><br> vs. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant/Counterclaimant. | Case No.: 3:21-cv-03496-AMO-LB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTUITIVE'S UNCLEAN HANDS DEFENSE AT TRIAL** <br><br> Judge: The Honorable Araceli Martínez-Olguín |

1       Plaintiff Surgical Instrument Service Company, Inc. ("SIS"), and Defendant Intuitive
2  Surgical, Inc. ("Intuitive") (collectively, the "Parties") hereby stipulate as follows and respectfully
3  request that the Court endorse this stipulation with an order:
4       WHEREAS, on May 10, 2021, Plaintiff filed its Complaint, Dkt. 1;
5       WHEREAS, on December 14, 2021, Defendant filed its Answer, Affirmative Defense,
6  and Counterclaims, Dkt. 75;
7       WHEREAS, Defendant pleaded as an affirmative defense that "SIS's claims are barred,
8  in whole or in part, by the doctrine of unclean hands because SIS has acted contrary to applicable FDA
9  regulations and/or engaged in other misconduct, including tortious interference with Intuitive's contracts
10 and business relationships," Dkt. 75 at 39;
11      WHEREAS, on June 11, 2024, the Court entered its Schedule and Pretrial Order, which
12 required the Parties to serve any motions in limine by October 28, 2024, Dkt. 235 at Section II.B;
13      WHEREAS, on October 28, 2024, Plaintiff served on Defendant Plaintiff's Motion in
14 Limine #2, attached hereto as Exhibit B, through which Plaintiff "moves in limine to exclude all
15 testimony, evidence, and argument regarding [Defendant's] First Affirmative Defense of Unclean
16 Hands" from trial in this matter, on the basis that "[t]his evidence is irrelevant under Fed. R. Evid. 401
17 as a matter of law," Ex. B at 1;
18      WHEREAS, on November 1, 2024, Defendant provided to Plaintiff a draft stipulation,
19 attached hereto as Exhibit C, to resolve Plaintiff's Motion in Limine #2;
20      NOW THEREFORE, the Parties jointly submit the Proposed Order attached hereto as
21 Exhibit A, which provides that the Parties jointly stipulate and agree that "Intuitive shall not present an
22 unclean hands defense to the jury at trial, and will not seek to offer any argument, testimony, or other
23 evidence in support of that defense at trial," but that "[n]othing in this Stipulation in any way limits,
24 precludes, or prevents Intuitive from offering any argument, testimony, or other evidence that Intuitive
25 may present with respect to its Counterclaims, even if that evidence also may have been relevant to an
26 unclean hands defense."  The parties respectfully ask the Court to enter the Proposed Order attached
27
28

1

JOINT STIPULATION AND [PROPOSED] ORDER                              Case No. 3:21-cv-03496-AMO-LB
REGARDING INTUITIVE'S UNCLEAN HANDS
DEFENSE AT TRIAL

hereto as Exhibit A on the docket in this case. The parties further agree that this Stipulation renders moot Plaintiff's Motion in Limine #2.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 11, 2024          By: /s/ Richard T. McCaulley
                                      Richard T. McCaulley (*pro hac vice*)
                                  **MCCAULLEY LAW GROUP LLC**
                                  E-Mail: 180 N. Wabash Avenue, Suite 601
                                  Chicago, Illinois 60601
                                  Telephone: (312) 330-8105
                                  richard@mccaulleylawgroup.com

                                  JOSHUA V. VAN HOVEN (CSB No. 262815)
                                  3001 Bishop Dr., Suite 300
                                  San Ramon, California 94583
                                  Telephone: (925) 302-5941
                                  E-Mail: josh@mccaulleylawgroup.com

                                  *Attorneys for Plaintiff Surgical Instrument Service Company, Inc.*

Dated: November 11, 2024          By: /s/ Kenneth A. Gallo
                                      Kenneth A. Gallo

                                  Kenneth A. Gallo (*pro hac vice*)
                                  Paul D. Brachman (*pro hac vice*)
                                  **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                  2001 K Street, NW
                                  Washington, DC 20006-1047
                                  Telephone: (202) 223-7300
                                  Facsimile: (202) 204-7420
                                  Email: kgallo@paulweiss.com
                                  Email: pbrachman@paulweiss.com

                                  William B. Michael (*pro hac vice*)
                                  Crystal L. Parker (*pro hac vice*)
                                  Daniel A. Crane (*pro hac vice*)
                                  **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                  1285 Avenue of the Americas
                                  New York, NY 10019-6064

Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Andrew Lazerow (pro hac vice)
**COVINGTON & BURLING LLP**
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
allen@allenruby.com
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

3

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING INTUITIVE'S UNCLEAN HANDS
DEFENSE AT TRIAL

Case No. 3:21-cv-03496-AMO-LB

*Attorneys for Defendant
Intuitive Surgical, Inc.*

4

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING INTUITIVE'S UNCLEAN HANDS
DEFENSE AT TRIAL

Case No. 3:21-cv-03496-AMO-LB

**E-Filing Attestation**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

*/s/ Kenneth A. Gallo*