# EXHIBIT C

| | |
|---|---|
| 1 | Kenneth A. Gallo (*pro hac vice*) |
|   | Paul D. Brachman (*pro hac vice*) |
| 2 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
|   | 2001 K Street, NW |
| 3 | Washington, DC  20006-1047 |
|   | Telephone:  (202) 223-7300 |
| 4 | Facsimile:  (202) 204-7420 |
|   | Email: kgallo@paulweiss.com |
| 5 | Email: pbrachman@paulweiss.com |
| 6 | William B. Michael (*pro hac vice*) |
|   | Crystal L. Parker (*pro hac vice*) |
| 7 | Daniel A. Crane (*pro hac vice*) |
|   | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 8 | 1285 Avenue of the Americas |
|   | New York, NY 10019-6064 |
| 9 | Telephone:  (212) 373-3000 |
|   | Facsimile:  (212) 757-3990 |
| 10 | Email: wmichael@paulweiss.com |
|   | Email: cparker@paulweiss.com |
| 11 | Email: dcrane@paulweiss.com |
| 12 | Joshua Hill Jr. (SBN 250842) |
|   | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 13 | 535 Mission Street, 24th Floor |
|   | San Francisco, CA 94105 |
| 14 | Telephone:  (628) 432-5100 |
|   | Facsimile:  (628) 232-3101 |
| 15 | Email: jhill@paulweiss.com |
| 16 | *Attorneys for Defendant Intuitive Surgical, Inc.* |
| 17 | [Additional counsel listed on signature page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., | Case No. 3:21-cv-03496-AMO |
| *Plaintiff,* | |
| v. | |
| INTUITIVE SURGICAL, INC., | |
| *Defendant.* | |
|  | **STIPULATIONS REGARDING INTUITIVE'S UNCLEAN HANDS DEFENSE** |
|  | The Honorable Araceli Martínez-Olguín |

Plaintiff Surgical Instrument Service Company, Inc. ("SIS"), and Defendant Intuitive Surgical, Inc. (collectively, the "Parties") hereby stipulate as follows:

1. The Parties jointly stipulate and agree that Intuitive shall not present an unclean hands defense to the jury at trial, and will not seek to offer any argument, testimony, or other evidence in support of that defense at trial.

2. Nothing in this Stipulation in any way limits, precludes, or prevents Intuitive from offering any argument, testimony, or other evidence that Intuitive may present with respect to its Counterclaims, even if that evidence also may have been relevant to an unclean hands defense.

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  Dated:  November __, 2024                By: <mark>DRAFT</mark>
                                                     Kenneth A. Gallo

4  Kenneth A. Gallo (*pro hac vice*)
   Paul D. Brachman (*pro hac vice*)
5  **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
6  2001 K Street, NW
   Washington, DC  20006-1047
7  Telephone:  (202) 223-7300
   Facsimile:  (202) 204-7420
8  Email: kgallo@paulweiss.com
   Email: pbrachman@paulweiss.com

9  William B. Michael (*pro hac vice*)
10 Crystal L. Parker (*pro hac vice*)
   Daniel A. Crane (*pro hac vice*)
11 **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
12 1285 Avenue of the Americas
   New York, NY 10019-6064
13 Telephone:  (212) 373-3000
   Facsimile:  (212) 757-3990
14 Email: wmichael@paulweiss.com
   Email: cparker@paulweiss.com
15 Email: dcrane@paulweiss.com

16 Joshua Hill Jr. (SBN 250842)
   **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
17 535 Mission Street, 24th Floor
18 San Francisco, CA 94105
   Telephone:  (628) 432-5100
19 Facsimile:  (628) 232-3101
   Email: jhill@paulweiss.com

20 Sonya D. Winner (SBN 200348)
21 **COVINGTON & BURLINGTON LLP**
   415 Mission Street, Suite 5400
22 San Francisco, California 94105-2533
   Telephone:  (415) 591-6000
23 Facsimile:  (415) 591-6091
   Email: swinner@cov.com

24 Kathryn E. Cahoy (SBN 298777)
25 **COVINGTON & BURLINGTON LLP**
   3000 El Camino Real
26 5 Palo Alto Square, 10th Floor
   Palo Alto, California 94306-2112
27 Telephone: (650) 632-4700

28

2

Stipulation Regarding Intuitive's Unclean Hands Defense
3:21-cv-03496-AMO

Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Andrew Lazerow (*pro hac vice*)
**COVINGTON & BURLINGTON LLP**
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690
Email: allen@allenruby.com

Attorneys for *Defendant Intuitive Surgical, Inc.*

Dated: November __, 2024

By: *DRAFT*
Joshua V. Van Hoven

Joshua V. Van Hoven (CSB No. 262815)
**MCCAULLEY LAW GROUP LLC**
Email: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941

Richard T. McCaulley (*pro hac vice*)
**MCCAULLEY LAW GROUP LLC**
Email: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105

Attorneys for Plaintiff *Surgical Instrument Service Company, Inc.*

**E-Filing Attestation**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

*DRAFT*