Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Attorneys for Defendant Intuitive Surgical, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br> *Plaintiff*, <br> v. <br> INTUITIVE SURGICAL, INC., <br> *Defendant*. | Case No. 3:21-cv-03496-AMO <br><br> **DECLARATION OF DR. JAIME WONG IN SUPPORT OF OMNIBUS SEALING MOTION IN CONNECTION WITH DEFENDANT'S TRIAL BRIEF** <br><br> The Honorable Araceli Martínez-Olguín |

I, DR. JAIME WONG, declare as follows:

1. I am a Senior Vice President and Senior Medical Officer at Intuitive Surgical, Inc. ("Intuitive"). I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently hereto.

2. Certain sensitive and non-public pricing terms appear in Intuitive-01862315–Intuitive-0182329. Intuitive does not publicly report this information. Intuitive has also invested significant resources in developing its pricing strategy. Disclosure of this confidential pricing information would result in unfair harm to Intuitive's business and harm Intuitive's competitive standing, because it would give other parties insight into Intuitive's business and allow them to use that competitive intelligence to further their own pricing strategies without investing similar resources. The specific pricing provisions identified below are particularly sensitive, and their disclosure would provide others with information regarding Intuitive's terms and practices with respect to its relationship with a specific customer.

| Document | Excerpt |
|---|---|
| Ex. 1 – Brachman Decl. in support of Intuitive's Trial Brief | Page Intuitive-01862326, redacted portions<br><br>Page Intuitive-01862327, redacted portion<br><br>Page Intuitive-01862328, redacted portion |
| Sales, License, and Service Agreement dated December 16, 2019, Intuitive-01862315–Intuitive-0182329 | |

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 10, 2024      By: _____
                                                        JAIME WONG, M.D.

## FILER'S ATTESTATION

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified above has concurred in this filing.

Dated:  November 11, 2024

By: /s/ *Kenneth A. Gallo*
Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com

*Attorney for Defendant*
*Intuitive Surgical, Inc.*