1  **MCCAULLEY LAW GROUP LLC**
   JOSHUA V. VAN HOVEN, (CSB No. 262815)
2  E-Mail: josh@mccaulleylawgroup.com
   3001Bishop Dr., Suite 300
3  San Ramon, California 94583
   Telephone: 925.302.5941
4
5  RICHARD T. MCCAULLEY (*pro hac vice*)
   E-Mail: richard@mccaulleylawgroup.com
6  180 N. Wabash Avenue, Suite 601
   Chicago, Illinois 60601
7  Telephone: 312.330.8105

8  *Attorneys for Plaintiff and Counter-Defendant,*
   SURGICAL INSTRUMENT SERVICE COMPANY, INC.

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

12

| SURGICAL INSTRUMENT SERVICE COMPANY, INC. | Case No. 3:21-cv-03496-AMO<br>Honorable Araceli Martínez-Olguín |
|---|---|
| *Plaintiff/Counter-Defendant,* | **SIS'S INTERIM SEALING MOTION IN CONNECTION WITH SIS'S MOTION IN LIMINE #4** |
| v. | |
| INTUITIVE SURGICAL, INC., | |
| *Defendant/Counterclaimant.* | |

**NOTICE OF MOTION AND MOTION**

Pursuant to Civil Local Rules 7-11 and 79-5(f), and the Joint Stipulation and Order Regarding Omnibus Sealing Procedures, Dkt. 242, Plaintiff Surgical Instrument Service Company, Inc. ("SIS") files this Interim Sealing Motion with respect to SIS's Motion in Limine No. 4, Exhibits 1-3 to the Declaration of Joshua Van Hoven in support of Motion in Limine No. 4, Intuitive Surgical, Inc.'s ("Intuitive") Opposition to Motion in Limine No. 4, and Exhibits 1-3 to the Declaration of Crystal L. Parker in support of Intuitive's Opposition to Motion in Limine No. 4.

Consistent with the Joint Stipulation and Order Regarding Omnibus Sealing Procedures, Dkt. 242, SIS will notify any affected third parties and, within 14 days after filing SIS's Motion in Limine, SIS will file an omnibus sealing motion attaching (a) support for any Party's or third party's request to maintain under seal any documents or portions of documents; and (b) attaching a proposed order with a chart listing all documents that a Party or third party seeks to maintain under seal. See id. at ¶¶ 2–3.

Dated: November 11, 2024

McCAULLEY LAW GROUP LLC

By: /s/ Joshua Van Hoven
JOSHUA V. VAN HOVEN

E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

RICHARD T. MCCAULLEY (pro hac vice)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

Attorneys for SURGICAL INSTRUMENT SERVICE COMPANY, INC.