1  **MCCAULLEY LAW GROUP LLC**
   JOSHUA V. VAN HOVEN (CSB No. 262815)
2  E-Mail: josh@mccaulleylawgroup.com
   3001 Bishop Dr., Suite 300
3  San Ramon, California 94583
   Telephone: 925.302.5941
4
   RICHARD T. MCCAULLEY (*pro hac vice*)
5  E-Mail: richard@mccaulleylawgroup.com
   180 N. Wabash Avenue, Suite 601
6  Chicago, Illinois 60601
   Telephone: 312.330.8105
7
   *Attorneys for Plaintiff and Counter-Defendant,*
8  SURGICAL INSTRUMENT SERVICE COMPANY, INC.

9              **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11  SURGICAL INSTRUMENT SERVICE          CASE NO. 3:21-CV-03496-AMO
    COMPANY, INC.
12                                       Honorable Araceli Martínez-Olguín
            *Plaintiff/Counter-Defendant,*
13                                       **PLAINTIFF SIS's MOTION IN**
         v.                              **LIMINE #1**
14
    INTUITIVE SURGICAL, INC.
15
            *Defendant/Counterclaimant.*
16

17

18

19

20

21

22

23

24

25

26

27

28

                        SIS MOTION IN LIMINE #1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED UNDER SEAL