Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SURGICAL INSTRUMENT SERVICE COMPANY, INC.,
*Plaintiff*,

v.

INTUITIVE SURGICAL, INC.,
*Defendant*.

Case No. 3:21-cv-03496-AMO

**DECLARATION OF DR. JAIME WONG IN SUPPORT OF OMNIBUS SEALING MOTION IN CONNECTION WITH DEFENDANT'S MOTION IN LIMINE NO. 1**

The Honorable Araceli Martínez-Olguín

I, DR. JAIME WONG, declare as follows:

1. I am a Senior Vice President and Senior Medical Officer at Intuitive Surgical, Inc. ("Intuitive"). I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently hereto.

2. Intuitive has, from time to time, solicited feedback from hospitals and surgeons regarding its products and services, either on its own or by engaging a consulting firm to do so. The results of such surveys contain proprietary information that Intuitive uses to formulate its business strategies. If the results of these surveys were made public, Intuitive's competitors would gain insight into market participants' views of Intuitive, and could better allow them to gain insight into Intuitive's potential future business strategies, and adjust their own business strategies in response. That would harm Intuitive's competitive standing and result in potential loss of Intuitive's business. Disclosure of this information could also cause Intuitive competitive harm by allowing its competitors to short-cut and unfairly take advantage of Intuitive's proprietary survey results, which Intuitive expended significant resources to obtain, without having to undertake their own market research research. Exhibits 11, 21, and 24 to the Brachman Declaration in Support of Intuitive's Motion in Limine No. 1 contain such survey results.

3. Similarly, Exhibit 1 to the Declaration of Joshua van Hoven in support of Plaintiff's Opposition to Intuitive's Motion in Limine No. 1 consists of an internal Intuitive presentation collecting information about the use by Intuitive's customers of unauthorized remanufactured instruments. The information contained in this presentation was collected by Intuitive, and the presentation reveals Intuitive's business strategy in response to receiving this information. If this presentation were made public, Intuitive's competitors would gain insight into Intuitive's customers' behaviors and Intuitive's business strategies, and adjust their own business strategies in response. That would harm Intuitive's competitive standing and result in potential loss of Intuitive's business.

4. Certain sensitive and non-public financial information appear in the materials I have reviewed and that I understand have been filed in the deposition transcripts reflected at the

end of this paragraph. Intuitive does not publicly report this information. Intuitive has also invested significant resources in developing its pricing strategy. Disclosure of this confidential pricing information would result in unfair harm to Intuitive's business and harm Intuitive's competitive standing, because it would give other parties insight into Intuitive's business and allow them to use that competitive intelligence to further their own pricing strategies without investing similar resources.

| **Document** | **Excerpt** |
|---|---|
| Ex. 3 – Van Hoven Decl. in support of SIS's Opposition to Intuitive's Motion in Limine No. 1<br><br>Transcript of the deposition of Glenn Vavoso | Pages 76–77, redacted portions<br><br>Page 125, redacted portions |
| Ex. 4 – Van Hoven Decl. in support of SIS's Opposition to Intuitive's Motion in Limine No. 1<br><br>Transcript of the deposition of Ronal Lee Bair, Jr. | Pages 52–58, redacted portions<br><br>Pages 73–75, redacted portions<br><br>Page 77, redacted portion<br><br>Pages 92–93, redacted portions<br><br>Pages 146–147, redacted portions |

5. Certain confidential and non-public business strategy information regarding Intuitive's potential introduction of new products, and how Intuitive would view and react to new competitors entering the market, appear in the materials I have reviewed and that I understand have been filed in the deposition transcript reflected at the end of this paragraph. Disclosure of this confidential business strategy information would result in unfair harm to Intuitive's business and harm Intuitive's competitive standing, because it would give other parties insight into Intuitive's business and allow them to use that competitive intelligence to further their own business strategies.

| **Document** | **Excerpt** |
|---|---|
| Ex. 3 – Van Hoven Decl. in support of SIS's Opposition to Intuitive's Motion in Limine No. 1<br><br>Transcript of the deposition of Glenn Vavoso | Pages 154–164, redacted portions |
| Ex. 4 – Van Hoven Decl. in support of SIS's Opposition to Intuitive's Motion in Limine No. 1<br><br>Transcript of the deposition of Ronal Lee Bair, Jr. | Pages 81–83, redacted portions<br><br>Pages 93–95, redacted portions |

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 25, 2024

By: ______________________

JAIME WONG, M.D.

**FILER'S ATTESTATION**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified above has concurred in this filing.

Dated: November 25, 2024

By: /s/ *Kenneth A. Gallo*
Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com

*Attorney for Defendant Intuitive Surgical, Inc.*