United States District Court

Northern District of California

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant. | Case No. 21-cv-03496-AMO<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Alex G. Tse for settlement. The parties SHALL appear at the date, time, and place ordered by Magistrate Judge Tse.

**IT IS SO ORDERED.**

Dated: November 26, 2024

_____
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge