| | |
|---|---|
| 1 | Kenneth A. Gallo (*pro hac vice*) |
| | Paul D. Brachman (*pro hac vice*) |
| 2 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| | 2001 K Street, NW |
| 3 | Washington, DC 20006-1047 |
| | Telephone: (202) 223-7300 |
| 4 | Facsimile: (202) 204-7420 |
| | Email: kgallo@paulweiss.com |
| 5 | Email: pbrachman@paulweiss.com |
| 6 | William B. Michael (*pro hac vice*) |
| | Crystal L. Parker (*pro hac vice*) |
| 7 | Daniel A. Crane (*pro hac vice*) |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 8 | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| 9 | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| 10 | Email: wmichael@paulweiss.com |
| | Email: cparker@paulweiss.com |
| 11 | Email: dcrane@paulweiss.com |
| 12 | Joshua Hill Jr. (SBN 250842) |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 13 | 535 Mission Street, 24th Floor |
| | San Francisco, CA 94105 |
| 14 | Telephone: (628) 432-5100 |
| | Facsimile: (628) 232-3101 |
| 15 | Email: jhill@paulweiss.com |
| 16 | *Attorneys for Defendant Intuitive Surgical, Inc.* |
| 17 | [Additional counsel listed on signature page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., | Case No. 3:21-cv-03496-AMO |
| Plaintiff, | **DEFENDANT'S ADDENDUM REGARDING PLAINTIFF'S MOTIONS IN LIMINE NOS. 1 AND 5 AND DEFENDANT'S MOTION IN LIMINE NO. 4** |
| v. | |
| INTUITIVE SURGICAL, INC., | |
| Defendant. | The Honorable Araceli Martínez-Olguín |

Defendant's Addendum Regarding Plaintiff's Motions in Limine Nos. 1 and 5
and Defendant's Motion in Limine No. 4
3:21-cv-03496-AMO

1  Pursuant to the discussion at the November 25, 2024 Pretrial Conference and the Court's Minute Entry, Dkt. 316, Intuitive hereby submits this addendum relating to its Opposition to Plaintiff's Motion in Limine No. 1, Dkt. 301. The issues discussed herein also relate to Plaintiff's Motion No. 5, Dkt. 303, and Defendant's Motion No. 4, Dkt. 295. Counsel for Intuitive shared this addendum with counsel for SIS on November 26, 2024, prior to filing.

In order to prove an antitrust violation for the time period after November 2022, SIS must show that Intuitive took actions that excluded it from the market during that time period. This is a prerequisite to liability, not just damages. As noted at oral argument, Intuitive believes there is compelling evidence that SIS was not excluded and made no efforts to compete during that time period. This includes the evidence that Intuitive announced in 2023 it would approve for use with the da Vinci any remanufactured devices that had FDA clearance. *See Betaseed, Inc.* v. *U & I Inc.*, 681 F.2d 1203, 1224 (9th Cir. 1982); *Photovest Corp.* v. *Fotomat Corp.*, 606 F.2d 704, 722 (7th Cir. 1979); *see also* Defs' Trial Br., Dkt. 279-1, at 8 (discussing law concerning contract provisions, like those at issue here, requiring approval for use of third-party products and services).

Even with respect to damages, SIS is required to show that its alleged lost profits are due to anticompetitive conduct, not some other cause such as its own failure to compete. That requires not just constructing a "but-for world," but also comparing it to the actual world to isolate the effect of the defendant's alleged conduct. *See* Am. Bar Ass'n, *Proving Antitrust Damages: Legal and Economic Issues* 89 (3d ed. 2017); *City of Vernon* v. *S. Cal. Edison Co.*, 955 F.2d 1361, 1372 (9th Cir. 1992). Thus, evidence that Intuitive did not exclude SIS from competing as an approved third party and that SIS made no efforts to compete in the actual world after November 2022 is relevant to damages as well.

Accordingly, regarding its Motion in Limine No. 4, Intuitive should be able to introduce such evidence at trial and SIS, having obtained judicial relief blocking nearly all discovery, should be estopped from submitting evidence related to this time period. SIS's Motions in Limine Nos. 1 and 5 should be denied because FDA-related evidence is relevant without regard to whether FDA clearance was required as a matter of law.

- 1 -
Defendant's Addendum Regarding Plaintiff's Motions in Limine Nos. 1 and 5
and Defendant's Motion in Limine No. 4
3:21-cv-03496-AMO

| | |
|---|---|
| Dated:  November 26, 2024 | By: /s/ *Kenneth A. Gallo*<br>Kenneth A. Gallo |

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
Email: swinner@cov.com

- 2 -
Defendant's Addendum Regarding Plaintiff's Motions in Limine Nos. 1 and 5
and Defendant's Motion in Limine No. 4
3:21-cv-03496-AMO

| | |
|---|---|
| 1 | Kathryn E. Cahoy (SBN 298777) |
| 2 | **COVINGTON & BURLINGTON LLP**<br>3000 El Camino Real |
| 3 | 5 Palo Alto Square, 10th Floor<br>Palo Alto, California 94306-2112 |
| 4 | Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800 |
| 5 | Email: kcahoy@cov.com |
| 6 | |
| 7 | Andrew Lazerow (*pro hac vice*)<br>**COVINGTON & BURLINGTON LLP** |
| 8 | One City Center 850 Tenth Street NW<br>Washington DC 20001-4956 |
| 9 | Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291 |
| 10 | Email: alazerow@cov.com |
| 11 | Allen Ruby (SBN 47109) |
| 12 | **ALLEN RUBY, ATTORNEY AT LAW**<br>15559 Union Ave. #138 |
| 13 | Los Gatos, California 95032<br>Telephone: (408) 477-9690 |
| 14 | Email: allen@allenruby.com |
| 15 | *Attorneys for Defendant* |
| 16 | *Intuitive Surgical, Inc.* |

- 3 -
Defendant's Addendum Regarding Plaintiff's Motions in Limine Nos. 1 and 5
and Defendant's Motion in Limine No. 4
3:21-cv-03496-AMO

## **CERTIFICATE OF SERVICE**

On November 26, 2024, I caused a copy of Defendant's Addendum Regarding Plaintiff's Motions in Limine Nos. 1 and 5 and Defendant's Motion in Limine No. 4 to be electronically served via email on counsel of record for Surgical Instrument Service Company, Inc.

Dated: November 26, 2024						By: */s/ Kenneth A. Gallo*
											Kenneth A. Gallo