Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br>     *Plaintiff*, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br>     *Defendant*. | Case No. 3:21-cv-03496-AMO <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTUITIVE'S MOTION *IN LIMINE* NO. 5** <br><br> The Honorable Araceli Martínez-Olguín |

1    Plaintiff Surgical Instrument Service Company, Inc. ("SIS"), and Defendant

2   Intuitive Surgical, Inc. ("Intuitive") (collectively, the "Parties") hereby stipulate as follows

3   regarding Intuitive's Motion *in Limine* No. 5 ("Motion") and respectfully request that the Court

4   endorse this stipulation with an order:

5    WHEREAS, on October 28, 2024, Intuitive served on SIS Intuitive's Motion *in*

6   *Limine* No. 5, Dkt. 296;

7    WHEREAS, on November 7, 2024, SIS served on Intuitive an opposition to

8   Intuitive's Motion, Dkt. 296;

9    WHEREAS, on November 25, 2024, this Court heard argument on Intuitive's

10   Motion as part of the Pretrial Conference;

11    WHEREAS, on November 26, 2024, the Court issued a Minute Entry ordering

12   "counsel to meet and confer to propose a stipulated resolution to the Motion and submit any

13   additional papers by 12/3/2024";

14    NOW THEREFORE, the Parties jointly submit the Proposed Order attached

15   hereto as Exhibit A, which provides that the Parties jointly stipulate and agree that:

16    1.    SIS will not present evidence or argument to the jury stating or suggesting that

17   Intuitive made false or misleading statements to its customers.

18    2.    Nothing in this Stipulation shall preclude SIS from:

19    a.    Introducing into evidence documents or testimony stating or suggesting

20   that Intuitive's statements to its customers, although not false or misleading, are nevertheless part

21   of what SIS alleges to be Intuitive's overall anticompetitive, exclusionary conduct; or

22    b.    Introducing into evidence documents or testimony stating or suggesting

23   that using modified EndoWrists with a reset use counter does not pose patient safety risks.

24    3.    Nothing in this Stipulation shall preclude Intuitive from arguing that documents

25   or testimony subject to 2(a) or 2(b) are inadmissible for reasons unrelated to Intuitive's Motion

26   *in Limine* No. 5.

27

28

Joint Stipulation and [Proposed] Order Regarding Intuitive's Motion *in Limine* No. 5
3:21-cv-03496-AMO

1    The Parties respectfully ask the Court to enter the Proposed Order attached hereto

2    as Exhibit A on the docket in this case.  The Parties further agree that this Stipulation renders

3    moot Intuitive's Motion *in Limine* No. 5.

4

5    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6    Dated:  December 3, 2024                    By:  */s/ Kenneth A. Gallo*
                                                      Kenneth A. Gallo

7
                                                 Kenneth A. Gallo (*pro hac vice*)
8                                                Paul D. Brachman (*pro hac vice*)
                                                 **PAUL, WEISS, RIFKIND, WHARTON &**
9                                                **GARRISON LLP**
                                                 2001 K Street, NW
10                                               Washington, DC  20006-1047
                                                 Telephone:  (202) 223-7300
11                                               Facsimile:  (202) 204-7420
                                                 Email: kgallo@paulweiss.com
12                                               Email: pbrachman@paulweiss.com

13                                               William B. Michael (*pro hac vice*)
                                                 Crystal L. Parker (*pro hac vice*)
14                                               Daniel A. Crane (*pro hac vice*)
                                                 **PAUL, WEISS, RIFKIND, WHARTON &**
15                                               **GARRISON LLP**
                                                 1285 Avenue of the Americas
16                                               New York, NY 10019-6064
                                                 Telephone:  (212) 373-3000
17                                               Facsimile:  (212) 757-3990
                                                 Email: wmichael@paulweiss.com
18                                               Email: cparker@paulweiss.com
                                                 Email: dcrane@paulweiss.com
19
                                                 Joshua Hill Jr. (SBN 250842)
20                                               **PAUL, WEISS, RIFKIND, WHARTON &**
                                                 **GARRISON LLP**
21                                               535 Mission Street, 24th Floor
                                                 San Francisco, CA 94105
22                                               Telephone:  (628) 432-5100
                                                 Facsimile:  (628) 232-3101
23                                               Email: jhill@paulweiss.com

24                                               Sonya D. Winner (SBN 200348)
                                                 **COVINGTON & BURLINGTON LLP**
25                                               415 Mission Street, Suite 5400
                                                 San Francisco, California 94105-2533
26                                               Telephone:  (415) 591-6000
                                                 Facsimile:  (415) 591-6091
27                                               Email: swinner@cov.com

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLINGTON LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Andrew Lazerow (*pro hac vice*)
**COVINGTON & BURLINGTON LLP**
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690
Email: allen@allenruby.com

Attorneys for *Defendant*
*Intuitive Surgical, Inc.*

Dated:  December 3, 2024

By: */s/ Richard T. McCaulley*
      Richard T. McCaulley

Richard T. McCaulley (*pro hac vice*)
**MCCAULLEY LAW GROUP LLC**
Email: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105

Joshua V. Van Hoven (CSB No. 262815)
**MCCAULLEY LAW GROUP LLC**
Email: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941

Attorneys for Plaintiff *Surgical Instrument Service Company, Inc.*

Joint Stipulation and [Proposed] Order Regarding Intuitive's Motion *in Limine* No. 5
3:21-cv-03496-AMO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>E-Filing Attestation</u>**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

*/s/ Kenneth A. Gallo*

# Exhibit A

**[PROPOSED] ORDER REGARDING INTUITIVE'S MOTION *IN LIMINE* NO. 5**

On June 11, 2024, the Court entered its Schedule and Pretrial Order, which required the Parties to serve any motions in limine by October 28, 2024.  Dkt. 235 at Section II.B.  On October 28, 2024, Defendant served on Plaintiff Defendant's Motion *in Limine* No. 5, Dkt. 296. On November 7, 2024, Plaintiff served on Defendant an opposition to Intuitive's Motion, Dkt. 296.

The Parties now jointly stipulate and agree, and the Court so-orders, that:

1.    SIS will not present evidence or argument to the jury stating or suggesting that Intuitive made false or misleading statements to its customers.

2.    Nothing in this Stipulation shall preclude SIS from:

a.    Introducing into evidence documents or testimony stating or suggesting that Intuitive's statements to its customers, although not false or misleading, are nevertheless part of what SIS alleges to be Intuitive's overall anticompetitive, exclusionary conduct; or

b.    Introducing into evidence documents or testimony stating or suggesting that using modified EndoWrists with a reset use counter does not pose patient safety risks.

3.    Nothing in this Stipulation shall preclude Intuitive from arguing that documents or testimony subject to 2(a) or 2(b) are inadmissible for reasons unrelated to Intuitive's Motion *in Limine* No. 5.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated _____, 2024          BY THE COURT:

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge