Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>INTUITIVE SURGICAL, INC.,<br>　　　　　*Defendant*. | Case No.:  3:21-cv-03496-AMO-LB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL PROFFER RELATED TO DEFENDANT'S MOTION *IN LIMINE* NO. 1**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

Joint Stipulation and [Proposed] Order Regarding Timeline of Proffer
Related to Intuitive's Motion *in Limine* No. 1
3:21-cv-03496-AMO

Plaintiff Surgical Instrument Service Company, Inc. ("SIS"), and Defendant Intuitive Surgical, Inc. ("Intuitive") (collectively, the "Parties") hereby stipulate as follows and respectfully request that the Court endorse this stipulation with an order:

WHEREAS, on November 11, 2024, Intuitive filed its Motion *in Limine* No. 1 to Exclude Out-of-Court Hospital Statements, Dkt. 290, which motion SIS opposed;

WHEREAS, the Court heard argument on Intuitive's Motion *in Limine* No. 1 during the Final Pretrial Conference on November 25, 2024;

WHEREAS, the Court entered a Minute Entry on November 26, 2024, ordering counsel to meet and confer to present by December 3, 2024 a timeline for the submission of a pretrial evidentiary proffer relating to the out-of-court statements that are the subject of Intuitive's Motion *in Limine* No. 1, Dkt. 316;

WHEREAS, counsel for the Parties have conferred as directed and agreed on a timeline;

NOW THEREFORE, the Parties jointly submit the Proposed Order attached hereto as Exhibit A, which provides that:

1. SIS will file its pretrial evidentiary proffer regarding statements that are the subject of Intuitive's Motion *in Limine* No. 1 by no later than December 11, 2024.

2. Intuitive will file its response to such proffer by no later than December 20, 2024.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 3, 2024              By: */s/ Richard T. McCaulley*
                                         Richard T. McCaulley (*pro hac vice*)

                                     **MCCAULLEY LAW GROUP LLC**
                                     180 N. Wabash Avenue, Suite 601
                                     Chicago, Illinois 60601
                                     Telephone: (312) 330-8105
                                     E-Mail: richard@mccauleylawgroup.com

- 2 -
Joint Stipulation and [Proposed] Order Regarding Timeline of Proffer
Related to Defendant's Motion *in Limine* No. 1
3:21-cv-03496-AMO

JOSHUA V. VAN HOVEN (CSB No. 262815)
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941
E-Mail: josh@mccaulleylawgroup.com

*Attorneys for Plaintiff Surgical Instrument Service Company, Inc.*

Dated: December 3, 2024        By: */s/ Kenneth A. Gallo*
                                   Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)

- 3 -

Joint Stipulation and [Proposed] Order Regarding Timeline of Proffer
Related to Defendant's Motion *in Limine* No. 1
3:21-cv-03496-AMO

**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Andrew Lazerow (pro hac vice)
**COVINGTON & BURLING LLP**
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
allen@allenruby.com
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

*Attorneys for Defendant*
*Intuitive Surgical, Inc.*

- 4 -
Joint Stipulation and [Proposed] Order Regarding Timeline of Proffer
Related to Defendant's Motion *in Limine* No. 1
3:21-cv-03496-AMO

**E-Filing Attestation**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

<i>/s/ Kenneth A. Gallo</i>

- 5 -
Joint Stipulation and [Proposed] Order Regarding Timeline of Proffer
Related to Defendant's Motion *in Limine* No. 1
3:21-cv-03496-AMO

# EXHIBIT A

# [PROPOSED] ORDER REGARDING PROFFER RELATED TO DEFENDANT'S MOTION *IN LIMINE* NO. 1

On November 11, 2024, Defendant Intuitive filed its Motion *in Limine* No. 1 to Exclude Out-of-Court Hospital Statements, Dkt. 290, which motion Plaintiff SIS opposed. On November 26, 2024, having heard argument on the motion during the Final Pretrial Conference, the Court directed SIS to make a pretrial evidentiary proffer relating to the statements challenged by Intuitive in its Motion *in Limine* No. 1.

Pursuant to the Parties' stipulated agreement, the Court hereby orders that:

1. SIS will file its pretrial evidentiary proffer regarding statements that are the subject of Intuitive's Motion *in Limine* No. 1 by no later than December 11, 2024.

2. Intuitive will file its response to such proffer by no later than December 20, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated _____, 2024                BY THE COURT:

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge