Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br>　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>INTUITIVE SURGICAL, INC.,<br>　　　　　　*Defendant*. | Case No.:  3:21-cv-03496-AMO-LB<br><br>**JOINT RESPONSE TO THE COURT'S ORDER REGARDING SEALING OF TESTIMONY AT TRIAL**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

1          Plaintiff Surgical Instrument Service Company, Inc. ("SIS"), and Defendant Intuitive

2   Surgical, Inc. ("Intuitive") (collectively, the "Parties") respectfully submit this response to the Court's

3   instruction that the Parties submit by December 6, 2024, any administrative motion to seal witness

4   testimony at trial.  *See* Dkt. 316.

5          Counsel for SIS and Intuitive have conferred and agree that neither Party presently

6   intends to seek to seal at trial testimony from any SIS or Intuitive witness.

7          The Parties note that certain non-parties have designated as "Confidential" or "Highly

8   Confidential-AEO" under the Protective Order, Dkt. 78 (as modified by Dkt. 107), documents that are

9   listed on the Parties' Trial Exhibit List or testimony that may be played by deposition at trial

10   (collectively, "Non-Party Confidential Material").  Counsel for SIS and Intuitive have conferred and

11   agreed on a process for contacting non-parties regarding the need for sealing of any such Non-Party

12   Confidential Material at trial.  The Parties will file, pursuant to Civil Local Rule 79-5(f), an

13   Administrative Motion to Consider Whether Another Party's Material Should Be Sealed if any non-

14   party indicates that it wishes to seal any Non-Party Confidential Material at trial.

15

16    Dated: December 6, 2024         By: */s/ Richard T. McCaulley*

17                              Richard T. McCaulley (*pro hac vice*)

18                        **MCCAULLEY LAW GROUP LLC**
                                 180 N. Wabash Avenue, Suite 601

19                        Chicago, Illinois 60601
                                 Telephone: (312) 330-8105

20                        E-Mail: richard@mccaulleylawgroup.com

21                        JOSHUA V. VAN HOVEN (CSB No. 262815)

22                        3001 Bishop Dr., Suite 300
                                 San Ramon, California 94583

23                        Telephone: (925) 302-5941
                                 E-Mail: josh@mccaulleylawgroup.com

24

25                        *Attorneys for Plaintiff Surgical Instrument*
                        *Service Company, Inc.*

26

27

28

Joint Response to the Court's Order Regarding Sealing of Testimony and Exhibits at Trial
3:21-cv-03496-AMO

1    Dated: December 6, 2024          By: */s/ Kenneth A. Gallo*

2                                          Kenneth A. Gallo

3                                          Kenneth A. Gallo (*pro hac vice*)
                                           Paul D. Brachman (*pro hac vice*)
4                                          **PAUL, WEISS, RIFKIND, WHARTON &
                                           GARRISON LLP**
5                                          2001 K Street, NW
                                           Washington, DC 20006-1047
6                                          Telephone: (202) 223-7300
                                           Facsimile: (202) 204-7420
7                                          Email: kgallo@paulweiss.com
                                           Email: pbrachman@paulweiss.com
8

9                                          William B. Michael (*pro hac vice*)
                                           Crystal L. Parker (*pro hac vice*)
10                                         Daniel A. Crane (*pro hac vice*)
                                           **PAUL, WEISS, RIFKIND, WHARTON &
11                                         GARRISON LLP**
12                                         1285 Avenue of the Americas
                                           New York, NY 10019-6064
13                                         Telephone: (212) 373-3000
                                           Facsimile: (212) 757-3990
14                                         Email: wmichael@paulweiss.com
                                           Email: cparker@paulweiss.com
15                                         Email: dcrane@paulweiss.com

16
                                           Joshua Hill Jr. (SBN 250842)
17                                         **PAUL, WEISS, RIFKIND, WHARTON &
                                           GARRISON LLP**
18                                         535 Mission Street, 24th Floor
                                           San Francisco, CA 94105
19                                         Telephone: (628) 432-5100
                                           Facsimile: (628) 232-3101
20                                         Email: jhill@paulweiss.com

21
                                           Sonya D. Winner (SBN 200348)
22                                         **COVINGTON & BURLING LLP**
                                           415 Mission Street, Suite 5400
23                                         San Francisco, California 94105-2533
                                           Telephone: (415) 591-6000
24                                         Facsimile: (415) 591-6091
                                           Email: swinner@cov.com
25

26
                                           Kathryn E. Cahoy (SBN 298777)
27                                         **COVINGTON & BURLING LLP**
                                           3000 El Camino Real
28                                         5 Palo Alto Square, 10th Floor

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Andrew Lazerow (pro hac vice)
**COVINGTON & BURLING LLP**
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
allen@allenruby.com
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

*Attorneys for Defendant*
*Intuitive Surgical, Inc.*

- 4 -

1

**E-Filing Attestation**

2      I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this

3 document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

4 identified above have concurred in this filing.

5

6                                              */s/ Kenneth A. Gallo*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Response to the Court's Order Regarding Sealing of Testimony and Exhibits at Trial
3:21-cv-03496-AMO