# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br>        *Plaintiff*,<br>  v.<br><br>INTUITIVE SURGICAL, INC.,<br>        *Defendant*. | Case No. 3:21-cv-03496-AMO<br><br>**[PROPOSED] ORDER ON JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f)**<br><br>The Honorable Araceli Martínez-Olguín |

Having considered the Joint Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, IT IS HEREBY ORDERED that the following exhibits and deposition testimony shall be sealed at trial.

| **Document title or Description** | **Dkt. No. of Sealed Version** | **Dkt. No. of unsealed version** | **Dkt. No. of decl. in support of sealing** | **Party with burden to substantiate need to seal** | **Full or partial sealing sought** | **Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing)** | **Granted/ Denied (leave blank)** |
|---|---|---|---|---|---|---|---|
| TX0210 (AHP000526 – AHP000537) | N/A | 341-2 | | Alliance Healthcare Partners | | | |
| TX0211 (AHP000521 – AHP000523) | N/A | 341-3 | | Alliance Healthcare Partners | | | |
| TX0212 (AHP002130 – AHP002140) | N/A | 341-4 | | Alliance Healthcare Partners | | | |
| TX0334 (AHP000527 – AHP000537) | N/A | 341-5 | | Alliance Healthcare Partners | | | |
| TX1302 (AHP000369 – AHP000372) | N/A | 341-6 | | Alliance Healthcare Partners | | | |
| TX1303 (AHP000853 – AHP000930) | N/A | 341-7 | | Alliance Healthcare Partners | | | |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX1304 (AHP002062 – AHP002067) | N/A | 341-8 | | Alliance Healthcare Partners | | | |
| TX1305 (AHP002623 – AHP002624) | N/A | 341-9 | | Alliance Healthcare Partners | | | |
| Deposition Transcript of Rick Ferreira, taken on 11/10/2022 | N/A | 341-10 | | Alliance Healthcare Partners | Partial (pages 100:12-103:18, 150:1-151:18, 159:21-165:25, 169:22-179:1) | | |
| Deposition Transcript of Todd Pope, taken on 4/30/2021 | N/A | 341-11 | | Asensus Surgical | | | |
| TX1309 (CMR-00000001 – CMR-00000169) | N/A | 341-12 | | CMR Surgical | | | |
| TX1310 (CMR-00000229 – CMR-00000255) | N/A | 341-13 | | CMR Surgical | | | |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX0012 (FRANCISCAN-00055639 – FRANCISCAN-00055648) | N/A | 341-14 | | Franciscan Health | | | |
| TX0188 (FRANCISCAN-00051195) | N/A | 341-15 | | Franciscan Health | | | |
| TX0194 (FRANCISCAN-00050721 – FRANCISCAN-00050759) | N/A | 341-16 | | Franciscan Health | | | |
| TX0195 (FRANCISCAN-00050821 – FRANCISCAN-00050823) | N/A | 341-17 | | Franciscan Health | | | |
| TX0204 (FRANCISCAN-00050811 – FRANCISCAN-00050814) | N/A | 341-18 | | Franciscan Health | | | |
| TX0205 (FRANCISCAN-00050796 – | N/A | 341-19 | | Franciscan Health | | | |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| FRANCISCAN-00050810) | | | | | | | |
| TX0206 (FRANCISCAN-00055468 – FRANCISCAN-00055531) | N/A | 341-20 | | Franciscan Health | | | |
| TX0376 (FRANCISCAN-00056312 – FRANCISCAN-00056338) | N/A | 341-21 | | Franciscan Health | | | |
| TX1634.415 (FRANCISCAN-00000423 – FRANCISCAN-00000427) | N/A | 341-22 | | Franciscan Health | | | |
| Deposition Transcript of John Francis, taken on 10/14/2022 | N/A | 341-23 | | Franciscan Health | | | |
| Deposition Transcript of Dipen Maun, taken on 11/8/2022 | N/A | 341-24 | | Franciscan Health | | | |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Deposition Transcript of Paul Plomin, taken on 11/8/2022 | N/A | 341-25 | | Franciscan Health | | | |
| Deposition Transcript of Judith Schimmel, taken on 9/22/2022 | N/A | 341-26 | | Franciscan Health | | | |
| Deposition Transcript of Judith Schimmel, taken on 11/16/2022 | N/A | 341-27 | | Franciscan Health | | | |
| Deposition Transcript of Michael Shepherd, taken on 11/4/2022 | N/A | 341-28 | | Franciscan Health | | | |
| Deposition Transcript of Karen Waninger, taken on 10/6/2022 | N/A | 341-29 | | Franciscan Health | | | |
| TX1684 (STRREB00000259) | N/A | 341-30 | | Stryker | | | |
| TX1685 (STRREB00000260 | N/A | 341-31 | | Stryker | | | |

[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER    Case No. 3:21-cv-03496-AMO

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| – STRREB00000273) | | | | | | | |
| TX0054 (VMC-00014375 – VMC-00014380) | N/A | 341-32 | | Valley Medical Center | | | |
| TX0056 (VMC-00015993 – VMC-00016060) | N/A | 341-33 | | Valley Medical Center | | | |
| TX0106 (VMC-00021270 – VMC-00021281) | N/A | 341-34 | | Valley Medical Center | | | |
| TX0108 (VMC-00021465 – VMC-00021494) | N/A | 341-35 | | Valley Medical Center | | | |
| TX0109 (VMC-00020868 – VMC-00020879) | N/A | 341-36 | | Valley Medical Center | | | |
| TX0111 (VMC-00025581 – VMC-00025588) | N/A | 341-37 | | Valley Medical Center | | | |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX0112 (VMC-00020543 – VMC-00020548) | N/A | 341-38 | | Valley Medical Center | | | |
| TX0113 (VMC-00020649 – VMC-00020666) | N/A | 341-39 | | Valley Medical Center | | | |
| TX0115 (VMC-00018344 – VMC-00018376) | N/A | 341-40 | | Valley Medical Center | | | |
| TX0116 (VMC-00060616 – VMC-00060622) | N/A | 341-41 | | Valley Medical Center | | | |
| Deposition Transcript of Greta Bernier, taken on 11/7/2022 | N/A | 341-42 | | Valley Medical Center | | | |
| Deposition Transcript of Michael Burke, taken on 9/27/2022 | N/A | 341-43 | | Valley Medical Center | | | |
| Deposition Transcript of Elizabeth Nolan, taken on 11/10/2022 | N/A | 341-44 | | Valley Medical Center | | | |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Deposition Transcript of Richard Teal, taken on 11/18/2022 | N/A | 341-45 | | Valley Medical Center | | | |
| Deposition Transcript of Todd Thomas, taken on 11/10/2022 | N/A | 341-46 | | Valley Medical Center | | | |
| Deposition Transcript of John Wagner, taken on 10/11/2022 | N/A | 341-47 | | Valley Medical Center | | | |
| TX0121 (Restore-00094918 – Restore-00094956) | N/A | 341-48 | | Restore Robotics | | | |
| TX0155 (Restore-00091199 – Restore-00091206) | N/A | 341-49 | | Restore Robotics | | | |
| TX0209 (Restore-00086907 – Restore-00087400) | N/A | 341-50 | | Restore Robotics | | | |
| TX0213 (Restore-00087401 – Restore-00089715) | N/A | 341-51; 341-52; 341-53 | | Restore Robotics | | | |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX0214 (Restore-00096294 – Restore-0096295) | N/A | 341-54 | | Restore Robotics | | | |
| TX0215 (Restore-00104982 – Restore-00104988) | N/A | 341-55 | | Restore Robotics | | | |
| TX0217 (Restore-00112413 – Restore-00112164) | N/A | 341-56 | | Restore Robotics | | | |
| TX0220 (Restore-00091435 – Restore-00091441) | N/A | 341-57 | | Restore Robotics | | | |
| TX0841 (Restore-00086093 – Restore-00086120) | N/A | 341-58 | | Restore Robotics | | | |
| TX0842 (Restore-00089490 – Restore-00089503) | N/A | 341-59 | | Restore Robotics | | | |
| TX0843 (Restore-00112674 – Restore-00112705) | N/A | 341-60 | | Restore Robotics | | | |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX1457 (Restore-00001538 – Restore-00001578) | N/A | 341-61 | | Restore Robotics | | | |
| TX1462 (Restore-00007938 – Restore-00007980) | N/A | 341-62 | | Restore Robotics | | | |
| TX1463 (Restore-00009029 – Restore-00009032) | N/A | 341-63 | | Restore Robotics | | | |
| TX1471 (Restore-00060361 – Restore-00060386) | N/A | 341-64 | | Restore Robotics | | | |
| TX1474 (Restore-00064505; Restore-00064530) | N/A | 341-65 | | Restore Robotics | | | |
| TX1477 (Restore-00086959 – Restore-00087133) | N/A | 341-66 | | Restore Robotics | | | |
| TX1478 (Restore-00090136 – Restore-00090171) | N/A | 341-67 | | Restore Robotics | | | |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX1479 (Restore-00091502 – Restore-00091531) | N/A | 341-68 | | Restore Robotics | | | |
| TX1483 (Restore-00095136 – Restore-00095139) | N/A | 341-69 | | Restore Robotics | | | |
| TX1485 (Restore-00095403 – Restore-00095480) | N/A | 341-70 | | Restore Robotics | | | |
| TX1486 (Restore-00095711 – Restore-00095978) | N/A | 341-71 | | Restore Robotics | | | |
| TX1487 (Restore-00096308 – Restore-00096313) | N/A | 341-72 | | Restore Robotics | | | |
| TX1488 (Restore-00106446 – Restore-00106617) | N/A | 341-73 | | Restore Robotics | | | |
| TX1489 (Restore-00109056 – Restore-00109065) | N/A | 341-74 | | Restore Robotics | | | |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX1490 (Restore-001132582 – Restore-00132592) | N/A | 341-75 | | Restore Robotics | | | |
| TX1494 (Restore-00094567 – Restore-00094586) | N/A | 341-76 | | Restore Robotics | | | |
| TX1635.014 (Restore-00025577 – Restore-00025584) | N/A | 341-77 | | Restore Robotics | | | |
| Deposition Transcript of Kevin May, taken on 11/3/2022 | N/A | 341-78 | | Restore Robotics | Partial (pages 48:10-52:3, 53:14-55:2, 88:7-89:25, 94:7-97:3) | | |
| Deposition Transcript of Clifton Parker, taken on 10/25/2022 | N/A | 341-79 | | Restore Robotics | Partial (pages 55:13, 74:13, 92:15, 93:6, 94:6, 94:9, 95:19, 95:24, 96:10, 96:20, | | |

[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER      Case No. 3:21-cv-03496-AMO

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | | 96:21, 100:5, 100:19. 100:20, 101:2-103:8, 110:7, 134:12, 136:15, 139:6, 141:7, 144:6-144:22, 171:2, 171:15, 171:20) | | |

**IT IS SO ORDERED.**

Dated: _____    By: _____

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge