|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| SAN FRANCISCO DIVISION | |

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>*Defendant*. | Case No. 3:21-cv-03496-AMO<br><br>~~[PROPOSED]~~ **ORDER ON JOINT ADMINISTRATIVE MOTION FOR AN ORDER ALLOWING ENTRY OF MEDICAL DEVICE EQUIPMENT INTO THE COURTHOUSE ON DECEMBER 19, 2024**<br><br>The Honorable Araceli Martínez-Olguín |

1  GOOD CAUSE APPEARING, Plaintiff Surgical Instrument Services, Inc. and Defendant Intuitive Surgical, Inc.'s Joint Administrative Motion for an Order Allowing Entry of Medical Device Equipment Into the Courthouse on December 19, 2024, is GRANTED. The Court orders the United States Marshals Service and/or Federal Security Services to allow into the Federal Courthouse and into Courtroom 10 on the 19th floor the items listed below for use at equipment testing, on December 19, 2024. In addition, Intuitive Surgical shall have vehicle access to the freight elevator in order to transport the equipment within the building.

<u>Equipment</u>: da Vinci X/Xi Surgical System, which includes the surgeon console, the patient cart, the vision cart, and overhead boom (pictured at Exhibit A).

**IT IS SO ORDERED.**

Dated: December 18, 2024                    By: _____
                                                HON. ARACELI MARTÍNEZ-OLGUÍN
                                                United States District Judge