Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br>              *Plaintiff*,<br>       v.<br>INTUITIVE SURGICAL, INC.,<br>              *Defendant*. | Case No. 3:21-cv-03496-AMO<br><br>**JOINT MOTION FOR LEAVE TO SUPPLEMENT THE PARTIES' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f)**<br><br>The Honorable Araceli Martínez-Olguín |

## NOTICE OF MOTION AND MOTION

Pursuant to Civil Local Rules 7-11 and 79-5(f) Plaintiff Surgical Instrument Service Company, Inc. ("SIS") and Defendant Intuitive Surgical, Inc. ("Intuitive") (collectively, the "Parties") hereby move for leave to supplement their December 16, 2024, Joint Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion to Consider"), Dkt. 341.  Due to inadvertent error, certain page and line numbers representing proposed redactions to the Deposition Transcript of Clifton Parker taken on October 25, 2022, were omitted from the Proposed Order.  *See* Dkt. 367 at nn. 2, 3, 4.  The Parties thus seek leave to file a corrected version of the Proposed Order fixing these errors, as well as an amended version of the Deposition Transcript of Clifton Parker taken on October 25, 2022 with proposed redactions highlighted, which was previously filed under seal at Dkt. 341-79.

An amended proposed order on the Motion to Consider, reflecting the corrected page and line numbers representing the proposed redactions, is attached hereto as Exhibit A.

Dated:  December 23, 2024                By: /s/ *Kenneth A. Gallo*
                                              Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLINGTON LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700

|   |   |
|---|---|
| | Facsimile: (650) 632-4800 |
| | Email: kcahoy@cov.com |
| | |
| | Andrew Lazerow (*pro hac vice*) |
| | **COVINGTON & BURLINGTON LLP** |
| | One City Center 850 Tenth Street NW |
| | Washington DC 20001-4956 |
| | Telephone: (202) 662-6000 |
| | Facsimile: (202) 662-6291 |
| | Email: alazerow@cov.com |
| | |
| | Allen Ruby (SBN 47109) |
| | **ALLEN RUBY, ATTORNEY AT LAW** |
| | 15559 Union Ave. #138 |
| | Los Gatos, California 95032 |
| | Telephone: (408) 477-9690 |
| | Email: allen@allenruby.com |
| | |
| | *Attorneys for Defendant* |
| | *Intuitive Surgical, Inc.* |
| | |
| Dated: December 23, 2024 | By: /s/ *Richard T. McCaulley* |
| | Richard T. McCaulley |
| | |
| | Richard T. McCaulley (*pro hac vice*) |
| | **MCCAULLEY LAW GROUP LLC** |
| | E-Mail: 180 N. Wabash Avenue, Suite 601 |
| | Chicago, Illinois 60601 |
| | Telephone: (312) 330-8105 |
| | richard@mccaulleylawgroup.com |
| | |
| | Joshua V. Van Hoven (CSB No. 262815) |
| | 3001 Bishop Dr., Suite 300 |
| | San Ramon, California 94583 |
| | Telephone: (925) 302-5941 |
| | E-Mail: josh@mccaulleylawgroup.com |
| | |
| | *Attorneys for Plaintiff Surgical Instrument* |
| | *Service Company, Inc.* |

**CERTIFICATE OF SERVICE**

On December 34, 2024, I caused a copy of this Joint Motion for Leave to Supplement the Parties' Joint Administrative Motion to Consider Whether Another Party's Material Should Be Sealed to be electronically filed via the Court's Electronic Case Filing System on Plaintiff Surgical Instrument Service Company, Inc., and served via email on non-party Restore Robotics' counsel, Jeffrey Berhold, via electronic mail.

Dated:  December 23, 2024                    By:  */s/ Kenneth A. Gallo*
                                                  Kenneth A. Gallo

**E-Filing Attestation**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

Dated:  December 23, 2024          By:  */s/ Kenneth A. Gallo*
                                        Kenneth A. Gallo