| | |
|---|---|
| 1 | Kenneth A. Gallo (*pro hac vice*) |
| | Paul D. Brachman (*pro hac vice*) |
| 2 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| | 2001 K Street, NW |
| 3 | Washington, DC  20006-1047 |
| | Telephone:  (202) 223-7300 |
| 4 | Facsimile:  (202) 223-7420 |
| | Email: kgallo@paulweiss.com |
| 5 | Email: pbrachman@paulweiss.com |
| 6 | William B. Michael (*pro hac vice*) |
| | Crystal L. Parker (*pro hac vice*) |
| 7 | Daniel A. Crane (*pro hac vice*) |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 8 | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| 9 | Telephone:  (212) 373-3000 |
| | Facsimile:  (212) 757-3990 |
| 10 | Email: wmichael@paulweiss.com |
| | Email: cparker@paulweiss.com |
| 11 | Email: dcrane@paulweiss.com |
| 12 | Joshua Hill Jr. (SBN 250842) |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 13 | 535 Mission Street, 24th Floor |
| | San Francisco, CA 94105 |
| 14 | Telephone:  (628) 432-5100 |
| | Facsimile:  (628) 232-3101 |
| 15 | Email: jhill@paulweiss.com |
| 16 | *Attorneys for Defendant Intuitive Surgical, Inc.* |
| 17 | [Additional counsel listed on signature page] |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., | Case No.:  3:21-cv-03496-AMO-LB |
| *Plaintiff*, | |
| v. | **RESPONSE TO COURT'S ORDER REGARDING SUPPLEMENTING COUNSEL'S CERTIFICATE OF SERVICE FOR JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| INTUITIVE SURGICAL, INC., | |
| *Defendant*. | |
| | Judge: The Honorable Araceli Martínez-Olguín |

Defendant Intuitive Surgical, Inc. ("Intuitive") respectfully submits this response to the Court's instruction that "counsel for Intuitive . . . file a supplement to his certificate of service" to the Joint Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5(f) (the "Motion to Consider"), Dkt. 341, "to provide further detail in accordance with Civil Local Rule 5-5." Dkt. 370.

Attached hereto as Exhibit A is the supplement to the certificate of service for the Motion to Consider. Additionally, attached hereto is a declaration relating certain communications that counsel for affected non-parties sent following the submission of the Motion to Consider.

Dated: December 27, 2024                By: /s/ Kenneth A. Gallo
                                             Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105

Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Andrew Lazerow (pro hac vice)
**COVINGTON & BURLING LLP**
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
allen@allenruby.com
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

*Attorneys for Defendant*
*Intuitive Surgical, Inc.*

**CERTIFICATE OF SERVICE**

I, Kenneth A. Gallo, hereby certify that on December 27, 2024, I caused a copy of the foregoing Response to Court's Order Regarding Supplementing Counsel's Certificate of Service for Joint Administrative Motion to Consider Whether Another Party's Material Should Be Sealed to be electronically filed via the Court's Electronic Case Filing System, which pursuant to the Court's order of September 29, 2008, constitutes service in this action on counsel of record for Surgical Instrument Service Company, Inc.

Dated: December 27, 2024

By: */s/ Kenneth A. Gallo*
Kenneth A. Gallo