# Exhibit A

| | |
|---|---|
| 1 | Kenneth A. Gallo (*pro hac vice*) |
| | Paul D. Brachman (*pro hac vice*) |
| 2 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| | 2001 K Street, NW |
| 3 | Washington, DC 20006-1047 |
| | Telephone: (202) 223-7300 |
| 4 | Facsimile: (202) 204-7420 |
| | Email: kgallo@paulweiss.com |
| 5 | Email: pbrachman@paulweiss.com |
| | |
| 6 | William B. Michael (*pro hac vice*) |
| | Crystal L. Parker (*pro hac vice*) |
| 7 | Daniel A. Crane (*pro hac vice*) |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 8 | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| 9 | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| 10 | Email: wmichael@paulweiss.com |
| | Email: cparker@paulweiss.com |
| 11 | Email: dcrane@paulweiss.com |
| | |
| 12 | Joshua Hill Jr. (SBN 250842) |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 13 | 535 Mission Street, 24th Floor |
| | San Francisco, CA 94105 |
| 14 | Telephone: (628) 432-5100 |
| | Facsimile: (628) 232-3101 |
| 15 | Email: jhill@paulweiss.com |
| | |
| 16 | *Attorneys for Defendant Intuitive Surgical, Inc.* |
| | |
| 17 | [Additional counsel listed on signature page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br>    *Plaintiff*, <br>   v. <br> INTUITIVE SURGICAL, INC., <br>    *Defendant*. | Case No. 3:21-cv-03496-AMO <br><br> **SUPPLEMENTAL CERTIFICATE OF SERVICE FOR PARTIES' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> The Honorable Araceli Martínez-Olguín |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

On December 16, 2024, I caused a copy of the Parties' Joint Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, Dkt. 341, to be electronically filed via the Court's Electronic Case Filing System, and served via email on the following counsel:

- Richard McCaulley (richard@mccaulleylawgroup.com) and Josh Van Hoven (josh@mccaulleylawgroup.com), counsel for Plaintiff Surgical Instrument Service Company, Inc;

- Jeffrey Berhold (jeff@berhold.com), counsel for Alliance Healthcare Partners and Restore Robotics LLC;

- Thomas W. Hazlett (HazlettT@ballardspahr.com), counsel for Asensus Surgical;

- Scott Bluni (SBluni@goodwinlaw.com), counsel for CMR Surgical;

- Manuel John Dominguez (jdominguez@cohenmilstein.com), counsel for Franciscan Health and Valley Medical Center;

- Andrea Bernard (ABernard@wnj.com), counsel for Stryker Sustainability Solutions, Inc.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 27, 2024      By: */s/ Kenneth A. Gallo*
                                  Kenneth A. Gallo