Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br>     *Plaintiff*, <br> v. <br> INTUITIVE SURGICAL, INC., <br>     *Defendant*. | Case No. 3:21-cv-03496-AMO <br><br> **DECLARATION OF KENNETH A. GALLO REGARDING SUPPLEMENTAL CERTIFICATE OF SERVICE FOR PARTIES' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> The Honorable Araceli Martínez-Olguín |

I, KENNETH A. GALLO, declare as follows:

1. I am an attorney licensed to practice in New York and the District of Columbia, and am admitted *pro hac vice* to practice before this Court. I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Intuitive Surgical, Inc. ("Intuitive") in this matter. I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently hereto.

2. On December 16, 2024, Intuitive and Plaintiff Surgical Instrument Service Company, Inc. ("SIS"), filed a Joint Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Local Civil Rule 79-5(f) (the "Motion to Consider"). Dkt. 341. As detailed in that Motion, the following non-parties indicated that they may seek to seal certain exhibits and/or deposition testimony at trial in this matter:

- Alliance Healthcare Partners
- Asensus Surgical
- CMR Surgical
- Franciscan Health
- Restore Robotics
- Stryker
- Valley Medical Center

3. As indicated in my Certificate of Service to the Motion to Consider, on that same day I caused a copy of the Motion to Consider to be served on counsel for each of these non-parties.

4. On December 18, 2024, Thomas W. Hazlett of Ballard Spahr LLP, counsel for Asensus Surgical, sent an email to counsel for Intuitive and SIS in which he indicated that Asensus Surgical would be withdrawing its request to seal the Asensus Surgical materials referenced in the Motion to Consider.

5. On December 20, 2024, Manuel John Dominguez of Cohen Milstein Sellers & Toll PLLC, counsel for Franciscan Health and Valley Medical Center, sent an email to counsel for Intuitive and SIS in which he indicated that Franciscan Health and Valley Medical Center

- 2 -

would be not be seeking to seal any of the documents produced by, or deposition testimony from witnesses associated with, Franciscan Health and Valley Medical Center that had been referenced in the Motion to Consider.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 27, 2024                          By: /s/ *Kenneth A. Gallo*
                                                                         KENNETH A. GALLO