Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

*Attorneys for Defendant and Counter-Claimant Intuitive Surgical, Inc.*

**MCCAULLEY LAW GROUP LLC**
Joshua V. Van Hoven, (CSB No. 261815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

Richard T. McCaulley (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant Surgical Instrument Service Company, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> *Plaintiff/Counter-Defendant,* <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> *Defendant/Counter-Claimant.* | Case No. 3:21-cv-03496-AMO <br><br> **JOINT ADMINISTRATIVE MOTION FOR AN ORDER ALLOWING ENTRY OF MEDICAL DEVICE EQUIPMENT INTO THE COURTHOUSE** <br><br> The Honorable Araceli Martínez-Olguín <br> Courtroom: 10, 19th Floor <br><br> Trial: January 6, 2024 |

|     |     |
| --- | --- |
| 1   | Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, Plaintiff Surgical Instrument Services, Inc. and Defendant Intuitive Surgical, Inc. have met and conferred and seek an Order from the court directing the United States Marshals Service and/or Federal Security Services to, on January 3, 2025, allow into the Federal Courthouse and into Courtroom 10 on the 19th floor the following items for use at trial, starting January 6, 2025, and through the trial's conclusion: |

1. da Vinci X/Xi Surgical System, which includes the surgeon console, the patient cart, the vision cart, the test dummy cart, and assorted EndoWrist surgical instruments, and historical examples of the foregoing;
2. Certain laparoscopic surgical instruments; and
3. Certain flexible endoscopes.

Good cause exists for this Order because the parties intend to utilize the equipment in their trial presentations. In addition, the United States Marshals Service requires a court order before allowing entry of the equipment into the federal building given its unique nature and size.

Dated: December 30, 2024

By: /s/ *Kenneth A. Gallo*
Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

| | |
|---|---|
| 1 | Email: wmichael@paulweiss.com |
| 2 | Email: cparker@paulweiss.com |
|   | Email: dcrane@paulweiss.com |
| 3 | |
| 4 | Joshua Hill Jr. (SBN 250842) |
|   | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 5 | 535 Mission Street, 24th Floor |
| 6 | San Francisco, CA 94105 |
|   | Telephone: (628) 432-5100 |
| 7 | Facsimile: (628) 232-3101 |
|   | Email: jhill@paulweiss.com |
| 8 | |
| 9 | Sonya D. Winner (SBN 200348) |
|   | **COVINGTON & BURLINGTON LLP** |
| 10 | 415 Mission Street, Suite 5400 |
|   | San Francisco, California 94105-2533 |
| 11 | Telephone: (415) 591-6000 |
|   | Facsimile: (415) 591-6091 |
| 12 | Email: swinner@cov.com |
| 13 | |
|   | Kathryn E. Cahoy (SBN 298777) |
| 14 | **COVINGTON & BURLINGTON LLP** |
|   | 3000 El Camino Real |
| 15 | 5 Palo Alto Square, 10th Floor |
|   | Palo Alto, California 94306-2112 |
| 16 | Telephone: (650) 632-4700 |
|   | Facsimile: (650) 632-4800 |
| 17 | Email: kcahoy@cov.com |
| 18 | |
|   | Andrew Lazerow (*pro hac vice*) |
| 19 | **COVINGTON & BURLINGTON LLP** |
|   | One City Center 850 Tenth Street NW |
| 20 | Washington DC 20001-4956 |
|   | Telephone: (202) 662-6000 |
| 21 | Facsimile: (202) 662-6291 |
| 22 | Email: alazerow@cov.com |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 2 -
Case No. 3:21-cv-03496-AMO
JOINT ADMINISTRATIVE MOTION FOR ORDER RE ENTRY OF EQUIPMENT

| | | |
|---|---|---|
|  |  | Allen Ruby (SBN 47109) |
|  |  | **ALLEN RUBY, ATTORNEY AT LAW** |
|  |  | 15559 Union Ave. #138 |
|  |  | Los Gatos, California 95032 |
|  |  | Telephone: (408) 477-9690 |
|  |  | Email: allen@allenruby.com |
|  |  |  |
|  |  | Attorneys for *Defendant* |
|  |  | *Intuitive Surgical, Inc.* |

Dated: December 30, 2024          By: /s/ *Richard T. McCaulley*
                                          Richard T. McCaulley

Richard T. McCaulley (*pro hac vice*)
**MCCAULLEY LAW GROUP LLC**
E-Mail: 180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105
richard@mccaulleylawgroup.com

Joshua V. Van Hoven (CSB No. 262815)
**MCCAULLEY LAW GROUP LLC**
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941
E-Mail: josh@mccaulleylawgroup.com

*Attorneys for Plaintiff Surgical Instrument Service Company, Inc.*

**E-Filing Attestation**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

Dated: December 30, 2024					By: */s/ Kenneth A. Gallo*
									Kenneth A. Gallo