1 | Kenneth A. Gallo (*pro hac vice*)
2 | Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
3 | 2001 K Street, NW
Washington, DC 20006-1047
4 | Telephone: (202) 223-7300
Facsimile: (202) 204-7420
5 | Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com
6 |
7 | *Attorneys for Defendant and Counter-Claimant,*
*Intuitive Surgical, Inc.*
8 |
**MCCAULLEY LAW GROUP LLC**
9 | Joshua V. Van Hoven, (CSB No. 261815)
E-Mail: josh@mccaulleylawgroup.com
10 | 3001 Bishop Dr., Suite 300
San Ramon, California 94583
11 | Telephone: 925.302.5941
12 |
Richard T. McCaulley (*pro hac vice*)
13 | E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
14 | Chicago, Illinois 60601
Telephone: 312.330.8105
15 |
16 | *Attorneys for Plaintiff and Counter-Defendant*
*Surgical Instrument Service Company, Inc.*
17 |
18 | [Additional counsel listed on signature page]

19 | **UNITED STATES DISTRICT COURT**
20 | **NORTHERN DISTRICT OF CALIFORNIA**
21 | **SAN FRANCISCO DIVISION**

22 |

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., | Case No. 3:21-cv-03496-AMO |
| *Plaintiff/Counter-Defendant,* v. | **JOINTLY FILED DEPOSITION DESIGNATIONS** |
| INTUITIVE SURGICAL, INC., *Defendant/Counter-Claimant* | The Honorable Araceli Martínez-Olguín |

Pursuant to the Court's Schedule and Pretrial Order of June 11, 2024, Dkt. 235, Plaintiff Surgical Instrument Service Company, Inc. ("SIS") and Defendant Intuitive Surgical, Inc. ("Intuitive") (collectively, "Parties") hereby jointly submit the Parties' respective deposition designations and objections, attached hereto as Exhibits A (SIS) and B (Intuitive).  The attached designations and objections are subject to the stipulations and agreed upon procedures set forth in Section E.1. of the Parties' Amended Joint Final Pretrial Order As Modified (Dkt. 375).

Dated:  December 30, 2024

By: /s/ *Kenneth A. Gallo*
      Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

| | |
|---|---|
| 1 | |
| 2 | Sonya D. Winner (SBN 200348) |
| | **COVINGTON & BURLINGTON LLP** |
| 3 | 415 Mission Street, Suite 5400 |
| | San Francisco, California 94105-2533 |
| 4 | Telephone: (415) 591-6000 |
| | Facsimile: (415) 591-6091 |
| 5 | Email: swinner@cov.com |
| 6 | |
| | Kathryn E. Cahoy (SBN 298777) |
| 7 | **COVINGTON & BURLINGTON LLP** |
| | 3000 El Camino Real |
| 8 | 5 Palo Alto Square, 10th Floor |
| | Palo Alto, California 94306-2112 |
| 9 | Telephone: (650) 632-4700 |
| | Facsimile: (650) 632-4800 |
| 10 | Email: kcahoy@cov.com |
| 11 | |
| | Andrew Lazerow (*pro hac vice*) |
| 12 | **COVINGTON & BURLINGTON LLP** |
| | One City Center 850 Tenth Street NW |
| 13 | Washington DC 20001-4956 |
| | Telephone: (202) 662-6000 |
| 14 | Facsimile: (202) 662-6291 |
| 15 | Email: alazerow@cov.com |
| 16 | |
| | Allen Ruby (SBN 47109) |
| 17 | **ALLEN RUBY, ATTORNEY AT LAW** |
| | 15559 Union Ave. #138 |
| 18 | Los Gatos, California 95032 |
| | Telephone: (408) 477-9690 |
| 19 | Email: allen@allenruby.com |
| 20 | |
| | Attorneys for *Defendant* |
| 21 | *Intuitive Surgical, Inc.* |
| 22 | Dated:  December 30, 2024       By: /s/ *Richard T. McCaulley* |
| | Richard T. McCaulley |
| 23 | |
| | Richard T. McCaulley (*pro hac vice*) |
| 24 | **MCCAULLEY LAW GROUP LLC** |
| | E-Mail: 180 N. Wabash Avenue, Suite 601 |
| 25 | Chicago, Illinois 60601 |
| | Telephone: (312) 330-8105 |
| 26 | richard@mccauleylawgroup.com |
| 27 | |
| | Joshua V. Van Hoven (CSB No. 262815) |
| 28 | |

- 2 -
Jointly Filed Deposition Designations
3:21-cv-03496-AMO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941
E-Mail: josh@mccaulleylawgroup.com

*Attorneys for Plaintiff Surgical Instrument Service Company, Inc.*

**E-Filing Attestation**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

Dated: December 30, 2024                    By:  */s/ Kenneth A. Gallo*
                                                  Kenneth A. Gallo