**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>     *Plaintiff*,<br><br>    v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>     *Defendant*. | Case No. 3:21-cv-03496-AMO<br><br>**[PROPOSED] ORDER ON JOINT ADMINISTRATIVE MOTION FOR AN ORDER ALLOWING ENTRY OF MEDICAL DEVICE EQUIPMENT INTO THE COURTHOUSE ON JANUARY 3, 2025**<br><br>The Honorable Araceli Martínez-Olguín |

GOOD CAUSE APPEARING, Plaintiff Surgical Instrument Services, Inc. and Defendant Intuitive Surgical, Inc.'s Joint Administrative Motion for an Order Allowing Entry of Medical Device Equipment Into the Courthouse on January 3, 2025, is GRANTED. The Court orders the United States Marshals Service and/or Federal Security Services to allow into the Federal Courthouse and into Courtroom 10 on the 19th floor the items listed below for use at trial, beginning January 6, 2025.  In addition, the parties shall have access to the freight elevator in order to transport the equipment within the building.

> Equipment: da Vinci X/Xi Surgical System, which includes the surgeon console, the patient cart, the vision cart, and the test dummy cart (pictured at Exhibit A); assorted EndoWrist surgical instruments; laparoscopic surgical instruments; and flexible endoscopes.

**IT IS SO ORDERED.**

Dated:   Janaury 2, 2025

By: _____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

# EXHIBIT A

**TO [PROPOSED] ORDER ON JOINT ADMINISTRATIVE MOTION FOR AN ORDER ALLOWING ENTRY OF MEDICAL DEVICE EQUIPMENT INTO THE COURTHOUSE ON JANUARY 3, 2025**

# Da Vinci Surgical System



Paul, Weiss, Rifkind, Wharton & Garrison LLP

# Da Vinci Surgical System



Paul, Weiss, Rifkind, Wharton & Garrison LLP