1  **MCCAULLEY LAW GROUP LLC**
   JOSHUA V. VAN HOVEN, (CSB No. 262815)
2  E-Mail: josh@mccaulleylawgroup.com
   3001 Bishop Dr., Suite 300
3  San Ramon, California 94583
   Telephone: 925.302.5941
4
5  RICHARD T. MCCAULLEY (*pro hac vice*)
   E-Mail: richard@mccaulleylawgroup.com
6  180 N. Wabash Avenue, Suite 601
   Chicago, Illinois 60601
7  Telephone: 312.330.8105

8  *Attorneys for Plaintiff and Counter-Defendant,*
   SURGICAL INSTRUMENT SERVICE COMPANY, INC.

9  [Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>*Defendant/Counterclaimant.* | Case No. 3:21-cv-03496-AMO<br>Honorable Araceli Martínez-Olguín<br><br>**OMNIBUS MOTION TO SEAL AND [PROPOSED] ORDER REGARDING SEALING OF SIS's EVIDENTIARY PROFFER REGARDING INTUITIVE'S MOTION IN LIMINE #1** |

1    Pursuant to Civil Local Rules 7-11 and 79-5, and the Joint Stipulation and Order Regarding Omnibus Sealing Procedures, Dkt. 242, Plaintiff Surgical Instrument Service Company, Inc. ("SIS") hereby files this Omnibus Sealing Motion to seal certain materials.

    On December 12, 2024, SIS filed its Evidentiary Proffer Regarding Intuitive's Motion in Limine No. 1, Dkt. 332.  Pursuant to the Joint Stipulation and Order Regarding Omnibus Sealing Procedures, Dkt. 242, SIS filed portions of its Evidentiary Proffer Regarding Intuitive's Motion in Limine No. 1 and certain exhibits thereto under seal via an interim sealing motion, Dkt. 331, because the proffer and the exhibits included materials that had been marked "Confidential" or "Confidential – Attorneys' Eyes Only" by Intuitive Surgical, Inc. ("Intuitive").

    SIS has conferred with Intuitive regarding Intuitive's materials that were discussed in the proffer and/or attached as exhibits thereto.  Intuitive has indicated that it wishes to maintain Exhibit 2 to the Van Hoven Declaration (Dkt. 331-2 – Intuitive-00439333- Intuitive-00439355) under seal.  A declaration in support of this request is attached under seal hereto as Exhibit A while the Exhibit is attached under seal as Exhibit B. Should the request be granted, proposed redactions of the proffer are attached under seal as Exhibit C.

Dated: January 2, 2025				By: */s/ Joshua Van Hoven*
						Joshua V. Van Hoven

						**MCCAULLEY LAW GROUP LLC**
						JOSHUA V. VAN HOVEN (CSB No. 262815)
						3001 Bishop Dr., Suite 300
						San Ramon, California 94583
						Telephone: (925) 302-5941
						E-Mail: josh@mccaulleylawgroup.com

						RICHARD MCCAULLEY (*pro hac vice*)
						E-Mail: 180 N. Wabash Avenue, Suite 601
						Chicago, Illinois 60601
						Telephone: (312) 330-8105
						richard@mccaulleylawgroup.com

						*Attorneys for Plaintiff Surgical Instrument Service Company, Inc.*