# [PROPOSED] ORDER REGARDING OMNIBUS MOTION TO SEAL EVIDENTIARY PROFFER RE INTUITIVE MOTION IN LIMINE NO. 1

Having considered the Omnibus Sealing Motion regarding SIS's Proffer Regarding Intuitive's Motion Limine No. 1, the Court ORDERS that the clerk shall maintain the below materials under Seal as indicated below:

| Document title or Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Exhibit 2 to Van Hoven Declaration (Intuitive-00439333-Intuitive-00439355) | N/A – Not Redacted | Dkt. 331-2, Ex. B herewith | Wong Decl., Ex. A herewith | Intuitive | Full | Confidential Business Strategy | |
| SIS Proffer Regarding Intuitive Motion in Limine 1 | Redacted direct references to above exhibit in Exhibit C herewith | Dkt. 331-1 | Wong Decl., Ex. A herewith | Intuitive | Partial re proffer | Confidential Business Strategy | |

**IT IS SO ORDERED**

Dated _____, 2025

BY THE COURT:

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge