# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br>    *Plaintiff*,<br> v.<br>INTUITIVE SURGICAL, INC.,<br>    *Defendant*. | Case No. 3:21-cv-03496-AMO<br><br>**[~~PROPOSED~~] AMENDED ORDER ON JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f)**<br><br>The Honorable Araceli Martínez-Olguín |

Having considered the Joint Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, IT IS HEREBY ORDERED that the following exhibits and deposition testimony shall be sealed at trial.

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX0210 (AHP000526 – AHP000537) | N/A | 341-2 | 366 | Alliance Healthcare Partners | | 510(k) | GRANTED. |
| TX0211 (AHP000521 – AHP000523) | N/A | 341-3 | 366 | Alliance Healthcare Partners | | 510(k) | GRANTED. |
| TX0212 (AHP002130 – AHP002140) | N/A | 341-4 | 366 | Alliance Healthcare Partners | | 510(k) | GRANTED. |
| TX0334 (AHP000527 – AHP000537) | N/A | 341-5 | 366 | Alliance Healthcare Partners | | 510(k) | GRANTED. |
| TX1302 (AHP000369 – AHP000372) | N/A | 341-6 | 366 | Alliance Healthcare Partners | | 510(k) | GRANTED. |
| TX1303 (AHP000853 – AHP000930) | N/A | 341-7 | 366 | Alliance Healthcare Partners | | 510(k) | GRANTED. |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX1304 (AHP002062 – AHP002067) | N/A | 341-8 | 366 | Alliance Healthcare Partners | | 510(k) | GRANTED. |
| TX1305 (AHP002623 – AHP002624) | N/A | 341-9 | 366 | Alliance Healthcare Partners | | 510(k) | GRANTED. |
| Deposition Transcript of Rick Ferreira, taken on 11/10/2022 | N/A | 341-10 | 366 | Alliance Healthcare Partners | Partial (pages 100:12-103:18, 150:1-151:18, 159:21-165:25, 169:22-179:1) | 510(k) | GRANTED. |
| Deposition Transcript of Todd Pope, taken on 4/30/2021 | N/A | 341-11 | | Asensus Surgical | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 4. |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX1309 (CMR-00000001 – CMR-00000169) | N/A | 341-12 | 364 | CMR Surgical | | Proprietary Business Information | GRANTED. |
| TX1310 (CMR-00000229 – CMR-00000255) | N/A | 341-13 | 364 | CMR Surgical | | Proprietary Business Information | GRANTED. |
| TX0012 (FRANCISCAN-00055639 – FRANCISCAN-00055648) | N/A | 341-14 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX0188 (FRANCISCAN-00051195) | N/A | 341-15 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX0194 (FRANCISCAN-00050721 – FRANCISCAN-00050759) | N/A | 341-16 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX0195 (FRANCISCAN-00050821 – FRANCISCAN-00050823) | N/A | 341-17 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |

[PROPOSED] AMENDED ORDER RE ADMINISTRATIVE MOTION TO CONSIDER  Case No. 3:21-cv-03496

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX0204 (FRANCISCAN-00050811 – FRANCISCAN-00050814) | N/A | 341-18 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX0205 (FRANCISCAN-00050796 – FRANCISCAN-00050810) | N/A | 341-19 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX0206 (FRANCISCAN-00055468 – FRANCISCAN-00055531) | N/A | 341-20 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX0376 (FRANCISCAN-00056312 – FRANCISCAN-00056338) | N/A | 341-21 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX1634.415 (FRANCISCAN-00000423 – FRANCISCAN-00000427) | N/A | 341-22 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| Deposition Transcript of John Francis, | N/A | 341-23 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo |

[PROPOSED] AMENDED ORDER RE ADMINISTRATIVE MOTION TO CONSIDER  Case No. 3:21-cv-03496

| | Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|---|
| | taken on 10/14/2022 | | | | | | | Decl. (ECF 373-2) ¶ 5. |
| | Deposition Transcript of Dipen Maun, taken on 11/8/2022 | N/A | 341-24 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| | Deposition Transcript of Paul Plomin, taken on 11/8/2022 | N/A | 341-25 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| | Deposition Transcript of Judith Schimmel, taken on 9/22/2022 | N/A | 341-26 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| | Deposition Transcript of Judith Schimmel, taken on 11/16/2022 | N/A | 341-27 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| | Deposition Transcript of Michael Shepherd, taken on 11/4/2022 | N/A | 341-28 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Deposition Transcript of Karen Waninger, taken on 10/6/2022 | N/A | 341-29 | | Franciscan Health | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX1684 (STRREB00000 259) | N/A | 341-30 | 362 | Stryker | | Due Diligence Reports / Proprietary Business Information | GRANTED. |
| TX1685 (STRREB00000 260 – STRREB000002 73) | N/A | 341-31 | 362 | Stryker | | Due Diligence Reports / Proprietary Business Information | GRANTED. |
| TX0054 (VMC-00014375 – VMC-00014380) | N/A | 341-32 | | Valley Medical Center | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX0056 (VMC-00015993 – VMC-00016060) | N/A | 341-33 | | Valley Medical Center | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX0106 (VMC-00021270 – VMC-00021281) | N/A | 341-34 | | Valley Medical Center | | | DENIED as unsupported. *See* Gallo |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Decl. (ECF 373-2) ¶ 5. |
| TX0108 (VMC-00021465 – VMC-00021494) | N/A | 341-35 |  | Valley Medical Center |  |  | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX0109 (VMC-00020868 – VMC-00020879) | N/A | 341-36 |  | Valley Medical Center |  |  | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX0111 (VMC-00025581 – VMC-00025588) | N/A | 341-37 |  | Valley Medical Center |  |  | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX0112 (VMC-00020543 – VMC-00020548) | N/A | 341-38 |  | Valley Medical Center |  |  | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX0113 (VMC-00020649 – VMC-00020666) | N/A | 341-39 |  | Valley Medical Center |  |  | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX0115 (VMC-00018344 – VMC-00018376) | N/A | 341-40 | | Valley Medical Center | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX0116 (VMC-00060616 – VMC-00060622) | N/A | 341-41 | | Valley Medical Center | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| Deposition Transcript of Greta Bernier, taken on 11/7/2022 | N/A | 341-42 | | Valley Medical Center | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| Deposition Transcript of Michael Burke, taken on 9/27/2022 | N/A | 341-43 | | Valley Medical Center | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| Deposition Transcript of Elizabeth Nolan, taken on 11/10/2022 | N/A | 341-44 | | Valley Medical Center | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |

[PROPOSED] AMENDED ORDER RE ADMINISTRATIVE MOTION TO CONSIDER   Case No. 3:21-cv-03496

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Deposition Transcript of Richard Teal, taken on 11/18/2022 | N/A | 341-45 | | Valley Medical Center | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| Deposition Transcript of Todd Thomas, taken on 11/10/2022 | N/A | 341-46 | | Valley Medical Center | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| Deposition Transcript of John Wagner, taken on 10/11/2022 | N/A | 341-47 | | Valley Medical Center | | | DENIED as unsupported. *See* Gallo Decl. (ECF 373-2) ¶ 5. |
| TX0121 (Restore-00094918 – Restore-00094956) | N/A | 341-48 | 367 | Restore Robotics | | Business Plans | GRANTED. |
| TX0155 (Restore-00091199 – Restore-00091206) | N/A | 341-49 | 367 | Restore Robotics | | Research Processes | GRANTED. |
| TX0209 (Restore-00086907 – | N/A | 341-50 | 367 | Restore Robotics | | 510(k) | GRANTED. |

[~~PROPOSED~~] AMENDED ORDER RE ADMINISTRATIVE MOTION TO CONSIDER  Case No. 3:21-cv-03496

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Restore-00087400) | | | | | | | |
| TX0213 (Restore-00087401 – Restore-00089715) | N/A | 341-51; 341-52; 341-53 | 367 | Restore Robotics | | 510(k) | GRANTED. |
| TX0214 (Restore-00096294 – Restore-0096295) | N/A | 341-54 | 367 | Restore Robotics | | 510(k) | GRANTED. |
| TX0215 (Restore-00104982 – Restore-00104988) | N/A | 341-55 | 367 | Restore Robotics | | 510(k) | GRANTED. |
| TX0217 (Restore-00112413 – Restore-00112164) | N/A | 341-56 | 367 | Restore Robotics | | 510(k) | GRANTED. |
| TX0220 (Restore-00091435 – Restore-00091441) | N/A | 341-57 | 367 | Restore Robotics | | 510(k) | GRANTED. |

[PROPOSED] AMENDED ORDER RE ADMINISTRATIVE MOTION TO CONSIDER  Case No. 3:21-cv-03496

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX0841 (Restore-00086093 – Restore-00086120) | N/A | 341-58 | 367 | Restore Robotics | | 510(k) | GRANTED. |
| TX0842 (Restore-00089490 – Restore-00089503) | N/A | 341-59 | 367 | Restore Robotics | | 510(k) | GRANTED. |
| TX0843 (Restore-00112674 – Restore-00112705) | N/A | 341-60 | 367 | Restore Robotics | | 510(k) | GRANTED. |
| TX1457 (Restore-00001538 – Restore-00001578) | N/A | 341-61 | 367 | Restore Robotics | | Production Methods | GRANTED. |
| TX1462 (Restore-00007938 – Restore-00007980) | N/A | 341-62 | 367 | Restore Robotics | | Production Methods | GRANTED. |
| TX1463 (Restore-00009029 – | N/A | 341-63 | 367 | Restore Robotics | | Business Plans | GRANTED. |

[PROPOSED] AMENDED ORDER RE ADMINISTRATIVE MOTION TO CONSIDER    Case No. 3:21-cv-03496

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Restore-00009032) | | | | | | | |
| TX1471 (Restore-00060361 – Restore-00060386) | N/A | 341-64 | 367 | Restore Robotics | | Production Methods | GRANTED. |
| TX1474 (Restore-00064505; Restore-00064530) | N/A | 341-65 | 367 | Restore Robotics | | Business Plans | GRANTED. |
| TX1477 (Restore-00086959 – Restore-00087133) | N/A | 341-66 | 367 | Restore Robotics | | Production Methods | GRANTED. |
| TX1478 (Restore-00090136 – Restore-00090171) | N/A | 341-67 | 367 | Restore Robotics | | 510(k) | GRANTED. |
| TX1479 (Restore-00091502 – Restore-00091531) | N/A | 341-68 | 367 | Restore Robotics | | 510(k) | GRANTED. |

[PROPOSED] AMENDED ORDER RE ADMINISTRATIVE MOTION TO CONSIDER  Case No. 3:21-cv-03496

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX1483 (Restore-00095136 – Restore-00095139) | N/A | 341-69 | 367 | Restore Robotics | | Research Processes | GRANTED. |
| TX1485 (Restore-00095403 – Restore-00095480) | N/A | 341-70 | 367 | Restore Robotics | | 510(k) | GRANTED. |
| TX1486 (Restore-00095711 – Restore-00095978) | N/A | 341-71 | 367 | Restore Robotics | | 510(k) | GRANTED. |
| TX1487 (Restore-00096308 – Restore-00096313) | N/A | 341-72 | 367 | Restore Robotics | | 510(k) | GRANTED. |
| TX1488 (Restore-00106446 – Restore-00106617) | N/A | 341-73 | 367 | Restore Robotics | | 510(k) | GRANTED. |
| TX1489 (Restore-00109056 – | N/A | 341-74 | 367 | Restore Robotics | | 510(k) | GRANTED. |

[PROPOSED] AMENDED ORDER RE ADMINISTRATIVE MOTION TO CONSIDER   Case No. 3:21-cv-03496

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Restore-00109065) | | | | | | | |
| TX1490 (Restore-001132582 – Restore-00132592) | N/A | 341-75 | 367 | Restore Robotics | | 510(k) | GRANTED. |
| TX1494 (Restore-00094567 – Restore-00094586) | N/A | 341-76 | 367 | Restore Robotics | | Business Plans | GRANTED. |
| TX1635.014 (Restore-00025577 – Restore-00025584) | N/A | 341-77 | 367 | Restore Robotics | | Business Reputation | GRANTED. |
| Deposition Transcript of Kevin May, taken on 11/3/2022 | N/A | 341-78 | 367 | Restore Robotics | Partial (pages 48:10 -52:3, 53:14 -55:2, 88:7- 89:25, 94:7- 97:3) | Research Processes | GRANTED. |

[PROPOSED] AMENDED ORDER RE ADMINISTRATIVE MOTION TO CONSIDER   Case No. 3:21-cv-03496

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Deposition Transcript of Clifton Parker, taken on 10/25/2022 | N/A | 341-79 | 367 | Restore Robotics | Partial (pages 55:13-56:7, 74:13, 92:15, 93:6, 94:6, 94:9, 95:19, 95:24, 96:10, 96:20, 96:21, 100:5, 100:19. 100:20, 101:2 - 103:8, 110:17, 134:12, 136:15, 139:6, 141:7, 144:6 - 144:22, 171:2, 171:15, 171:7, | Vendor Relationships and Internal Finances | GRANTED. |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | | 171:2 0) | | |
| TX0764 (REBOTIX0191 32 – REBOTIX01920 9) | N/A | | 361 | Rebotix Repair | | Proprietary Business Information | GRANTED. |
| TX1413 (REBOTIX0207 86 – REBOTIX02078 7) | N/A | | 361 | Rebotix Repair | | Proprietary Business Information | GRANTED. |
| TX1446 (REBOTIX1691 68 – REBOTIX16935 9) | N/A | | 361 | Rebotix Repair | | Proprietary Business Information | GRANTED. |

Due to technological constraints, materials sealed in accordance with this list must be published to witnesses, jurors, and the Court in paper copy at trial.

**IT IS SO ORDERED.**

Dated: January 3, 2025            By: _____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

[PROPOSED] AMENDED ORDER RE ADMINISTRATIVE MOTION TO CONSIDER  Case No. 3:21-cv-03496