# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br>    *Plaintiff*,<br>v.<br>INTUITIVE SURGICAL, INC.,<br>    *Defendant*. | Case No. 3:21-cv-03496-AMO<br><br>**[~~PROPOSED~~] ORDER ON OMNIBUS SEALING MOTION IN CONNECTION WITH DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR CERTIFICATION OF AN INTERLOCUTORY APPEAL**<br><br>Dkt. Nos. 338, 381<br><br>The Honorable Araceli Martínez-Olguín |

1  Having considered the omnibus motion filed by Defendant Intuitive Surgical, Inc.
2  ("Intuitive"), IT IS HEREBY ORDERED that the Clerk shall file the following materials filed in
3  connection with Intuitive's Motion for Leave to File Motion for Reconsideration or, in the
4  Alternative, for Certification of an Interlocutory Appeal in accord with the Court's rulings
5  indicated below.

| Document title or Description | Dkt. No. of Sealed or Redacted Version | Dkt. No. of Unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Ex. 10 – Gallo Decl. in Support of Intuitive's Motion for Leave | N/A | 338-2 | Wong Decl., Dkt. 381-1 | Intuitive | Full | Proprietary product design and testing information. Wong Decl., Dkt. 381-1 | GRANTED. |
| Ex. 11 – Gallo Decl. in Support of Intuitive's Motion for Leave | N/A | 338-2 | Wong Decl., Dkt. 381-1 | Intuitive | Full | Proprietary product design and testing information. Wong Decl., Dkt. 381-1 | GRANTED. |
| Ex. 12 – Gallo Decl. in Support of Intuitive's Motion for Leave | N/A | 338-2 | Wong Decl., Dkt. 381-1 | Intuitive | Full | Proprietary product design and testing information. Wong Decl., Dkt. 381-1 | GRANTED. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ex. 13 – Gallo Decl. in Support of Intuitive's Motion for Leave | N/A | 338-2 | Wong Decl., Dkt. 381-1 | Intuitive | Full | Proprietary product design and testing information. Wong Decl., Dkt. 381-1 | GRANTED. |
| Ex. 14 – Gallo Decl. in Support of Intuitive's Motion for Leave | N/A | 338-2 | Wong Decl., Dkt. 381-1 | Intuitive | Full | Proprietary product design and testing information. Wong Decl., Dkt. 381-1 | GRANTED. |
| Ex. 15 – Gallo Decl. in Support of Intuitive's Motion for Leave | N/A | 338-3 | Wong Decl., Dkt. 381-1 | Intuitive | Full | Proprietary product design and testing information. Wong Decl., Dkt. 381-1 | GRANTED. |
| Ex. 16 – Gallo Decl. in Support of Intuitive's Motion for Leave | N/A | 338-3 | Wong Decl., Dkt. 381-1 | Intuitive | Full | Proprietary product design and testing information. Wong Decl., Dkt. 381-1 | GRANTED. |
| Ex. 17 – Gallo Decl. in Support of Intuitive's Motion for Leave | N/A | 338-3 | Wong Decl., Dkt. 381-1 | Intuitive | Full | Proprietary product design and testing information. Wong Decl., Dkt. 381-1 | GRANTED. |
| Ex. 19 – Gallo Decl. in Support of Intuitive's | N/A | 338-3 | Wong Decl., Dkt. 381-1 | Intuitive | Full | Proprietary product design and testing information. Wong Decl., Dkt. 381-1 | GRANTED. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1<br>2<br>3 | Motion for Leave | | | | | | | |
| 4<br>5<br>6<br>7 | Ex. 50 – Gallo Decl. in Support of Intuitive's Motion for Leave | 229-45 | 338-5 | Wong Decl., Dkt. 381-1 | Intuitive | Partial (redacted portions as appear in Dkt. 229-45) | Confidential financial information. Wong Decl., Dkt. 381-1 | GRANTED. |
| 8<br>9<br>10<br>11<br>12<br>13 | Ex. 53 – Gallo Decl. in Support of Intuitive's Motion for Leave | 381-4 | 338-5 | Wong Decl., Dkt. 381-1 | Intuitive | Partial (pages 10-13, 15-31, 36-39, 48-59, 62-70, 72-78, 82-124) | Proprietary product design and testing information, as well as cybersecurity information. Wong Decl., Dkt. 381-1 | GRANTED. |
| 14<br>15<br>16<br>17<br>18 | Ex. 54 – Gallo Decl. in Support of Intuitive's Motion for Leave | N/A | 338-5 | Wong Decl., Dkt. 381-1 | Intuitive | Full | Proprietary product design and testing information, as well as cybersecurity information. Wong Decl., Dkt. 381-1 | GRANTED. |
| 19<br>20<br>21<br>22<br>23 | Ex. 35 – Gallo Decl. in Support of Intuitive's Motion for Leave | N/A | Dkt. 338-4 | Berhold Decl., Dkt. 381-2 | Alliance Healthcare Partners | Full | Berhold Decl., Dkt. 381-2 | GRANTED. |
| 24<br>25<br>26<br>27<br>28 | Ex. 36 – Gallo Decl. in Support of Intuitive's Motion for Leave | N/A | Dkt. 338-4 | Berhold Decl., Dkt. 381-2 | Alliance Healthcare Partners | Full | Berhold Decl., Dkt. 381-2 | GRANTED. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gallo Decl. in Support of Intuitive's Motion for Leave | 381-6 | Dkt. 338-1 | Berhold Decl., Dkt. 381-2 | Alliance Healthcare Partners | Partial (¶¶ 30, 31) | Berhold Decl., Dkt. 381-2 | GRANTED. |
| Ex. 46 – Gallo Decl. in Support of Intuitive's Motion for Leave | 381-5 | Dkt. 338-5 | Berhold Decl., Dkt. 381-2 | Alliance Healthcare Partners | Partial (page 55:7) | Berhold Decl., Dkt. 381-2 | GRANTED. |
| Ex. 8 – Gallo Decl. in Support of Intuitive's Motion for Leave | N/A | Dkt. 338-2 | Parker Decl., Dkt. 381-3 | Restore Robotics | Full | Parker Decl., Dkt. 381-3 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 3, 2024                By: _____
                                          **ARACELI MARTÍNEZ-OLGUÍN**
                                          **United States District Judge**