1  Kenneth A. Gallo (*pro hac vice*)
   Paul D. Brachman (*pro hac vice*)
2  **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
3  2001 K Street, NW
   Washington, DC  20006-1047
4  Telephone:  (202) 223-7300
   Facsimile:  (202) 204-7420
5  Email: kgallo@paulweiss.com
   Email: pbrachman@paulweiss.com
6
7  *Attorneys for Defendant Intuitive Surgical, Inc.*

8  [Additional Counsel Listed on Signature Page]

9

10                        UNITED STATES DISTRICT COURT

11                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14  | SURGICAL INSTRUMENT SERVICE COMPANY, INC., | Case No.:  3:21-cv-03496-AMO-LB |
15  | | |
    | Plaintiff/Counterclaim-Defendant | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SEALING OF DEFENDANT'S RESPONSE TO PLAINTIFF SIS'S EVIDENTIARY PROFFER REGARDING INTUITIVE'S MOTION IN LIMINE #1** |
16  | | |
17  | vs. | |
18  | INTUITIVE SURGICAL, INC., | |
19  | Defendant/Counterclaimant. | |
20  | | Judge: The Honorable Araceli Martínez-Olguín |

1   Plaintiff Surgical Instrument Service Company, Inc. ("SIS"), and Defendant Intuitive
2   Surgical, Inc. ("Intuitive") (collectively, the "Parties") hereby stipulate as follows and respectfully
3   request that the Court endorse this stipulation with an order:
4   WHEREAS, on December 11, 2024, SIS filed its Evidentiary Proffer Regarding
5   Intuitive's Motion in Limine #1, Dkt. 332;
6   WHEREAS, on December 18, 2024, Intuitive filed its Response to Plaintiff SIS's
7   Evidentiary Proffer Regarding Intuitive's Motion in Limine # 1, Dkt. 358 (the "Response");
8   WHEREAS, in its Response, Intuitive cited to, and submitted as exhibits to the
9   supporting declaration of Paul D. Brachman, certain materials produced by SIS that had been marked
10  "Confidential" or "Highly Confidential-AEO," pursuant to the operative Protective Order, Dkt. 78 (as
11  modified by Dkt. 107);
12  WHEREAS, pursuant to the Joint Stipulation and Order Regarding Omnibus Sealing
13  Procedures, Dkt. 242, Intuitive's Response and certain exhibits to the supporting declaration of Paul D.
14  Brachman were filed under seal pursuant to an interim sealing motion, Dkt. 357;
15  WHEREAS, counsel for Intuitive has since conferred with counsel for SIS, and counsel
16  for SIS has indicated that SIS does not seek to maintain under seal any of the materials cited or
17  submitted in connection with Intuitive's Response; and
18  WHEREAS, an omnibus sealing motion to seal Intuitive's Response is, therefore,
19  unnecessary;
20  NOW THEREFORE, the Parties jointly submit the Proposed Order attached hereto as
21  Exhibit A, which denies as moot Defendant's Interim Sealing Motion in Connection with Defendant's
22  Response, Dkt. 357, and orders Intuitive to file publicly its Response within 21 days.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 3, 2025                    By: */s/ Richard T. McCaulley*
                                                Richard T. McCaulley (*pro hac vice*)
                                          **MCCAULLEY LAW GROUP LLC**
                                          E-Mail: 180 N. Wabash Avenue, Suite 601
                                          Chicago, Illinois 60601
                                          Telephone: (312) 330-8105
                                          richard@mccaulleylawgroup.com

                                          JOSHUA V. VAN HOVEN (CSB No. 262815)
                                          3001 Bishop Dr., Suite 300
                                          San Ramon, California 94583
                                          Telephone: (925) 302-5941
                                          E-Mail: josh@mccaulleylawgroup.com

                                          *Attorneys for Plaintiff Surgical Instrument Service Company, Inc.*

Dated: January 3, 2025                    By: */s/ Kenneth A. Gallo*
                                                Kenneth A. Gallo

                                          Kenneth A. Gallo (*pro hac vice*)
                                          Paul D. Brachman (*pro hac vice*)
                                          **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                          2001 K Street, NW
                                          Washington, DC 20006-1047
                                          Telephone: (202) 223-7300
                                          Facsimile: (202) 204-7420
                                          Email: kgallo@paulweiss.com
                                          Email: pbrachman@paulweiss.com

                                          William B. Michael (*pro hac vice*)
                                          Crystal L. Parker (*pro hac vice*)
                                          Daniel A. Crane (*pro hac vice*)
                                          **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                          1285 Avenue of the Americas
                                          New York, NY 10019-6064
                                          Telephone: (212) 373-3000
                                          Facsimile: (212) 757-3990
                                          Email: wmichael@paulweiss.com
                                          Email: cparker@paulweiss.com
                                          Email: dcrane@paulweiss.com

2

JOINT STIPULATION AND [PROPOSED] ORDER                    Case No. 3:21-cv-03496-AMO-LB
REGARDING SEALING INTUITIVE'S RESPONSE TO
SIS'S PROFFER

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Andrew Lazerow (pro hac vice)
**COVINGTON & BURLING LLP**
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
allen@allenruby.com
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

*Attorneys for Defendant*
*Intuitive Surgical, Inc.*

**E-Filing Attestation**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

*/s/ Kenneth A. Gallo*