# EXHIBIT A

**[PROPOSED] ORDER ON INTERIM MOTION TO SEAL DEFENDANT'S RESPONSE TO PLAINTIFF'S PROFFER REGARDING DEFENDANT'S MOTION IN LIMINE #1**

On December 18, 2024, Intuitive filed its Response to Plaintiff SIS's Evidentiary Proffer Regarding Intuitive's Motion in Limine #1 (the "Response"). Dkt. 358. In support of its Response, Intuitive cited to and submitted as exhibits certain materials produced by SIS that had been marked "Confidential" or "Highly Confidential-AEO," pursuant to the operative Protective Order, Dkt. 78 (as modified by Dkt. 107). Pursuant to the Joint Stipulation and Order Regarding Omnibus Sealing Procedures, Dkt. 242, Intuitive's Response was filed under seal pursuant to an interim sealing motion. Dkt. 357. Counsel for SIS has since indicated that SIS does not seek to maintain any of the materials under seal.

Accordingly, the Parties now jointly stipulate and agree, and the Court so-orders, that Defendant's Interim Sealing Motion in Connection with Defendant's Response, Dkt. 357, is denied as moot. Intuitive shall file publicly its Response within 21 days of the entry of this Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated _____, 2025                BY THE COURT:

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

1

Case No. 3:21-cv-03496-AMO-LB