Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br>            *Plaintiff*,<br><br>        v.<br><br>INTUITIVE SURGICAL, INC.,<br>            *Defendant*. | Case No. 3:21-cv-03496-AMO<br><br>**JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f)**<br><br>The Honorable Araceli Martínez-Olguín |

**NOTICE OF MOTION AND MOTION**

1

2          Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Surgical Instrument

3   Service Company, Inc. ("SIS") and Defendant Intuitive Surgical, Inc. ("Intuitive") (collectively,

4   the "Parties") hereby file this Joint Administrative Motion to Consider Whether Another Party's

5   Material Should Be Sealed ("Motion to Consider"), regarding the Parties' use at trial of exhibits

6   that non-parties have designated as "Confidential" or "Highly Confidential-AEO" under the

7   Protective Order, Dkt. 78 (as modified by Dkt. 107) (collectively, "Non-Party Confidential

8   Material").

9          On December 30, 2024, the Parties filed the Amended Joint Trial Exhibit List,

10  Dkt. 377, which added a small number of exhibits.  To be clear, ***neither Intuitive nor SIS seeks***

11  ***to seal any material at trial***.

12         However, certain of the newly added exhibits consist of Non-Party Confidential

13  Material.  To protect the rights of affected non-parties, counsel for the Parties contacted counsel

14  for the affected non-parties, to afford those non-parties the opportunity to seek to seal their

15  respective Non-Party Confidential Material.

16         Counsel for the following non-parties responded and either indicated that they

17  would seek to seal certain of the newly added exhibits, or were consulting with their clients and

18  may seek to do so:

19         • Alliance Healthcare Partners

20         • Franciscan Health

21         • Rebotix Repair

22         • Restore Robotics

23         • Stryker Sustainability Solutions

24         The Non-Party Confidential Material that these non-parties may seek to seal are

25  listed in the Proposed Order filed in conjunction with this Motion to Consider, and are attached

26  to this Motion to Consider.

27         Under Local Rule 79-5(f)(2), the Parties will serve this motion on counsel for all

28  non-parties parties listed above copies of this Motion to Consider.

1

2    Dated:  January 4, 2025                    By: /s/ *Kenneth A. Gallo*
                                                     Kenneth A. Gallo
3
                                               Kenneth A. Gallo (*pro hac vice*)
4                                              Paul D. Brachman (*pro hac vice*)
                                               **PAUL, WEISS, RIFKIND, WHARTON &**
5                                              **GARRISON LLP**
                                               2001 K Street, NW
6                                              Washington, DC  20006-1047
                                               Telephone:  (202) 223-7300
7                                              Facsimile:  (202) 204-7420
                                               Email: kgallo@paulweiss.com
8                                              Email: pbrachman@paulweiss.com
9
                                               William B. Michael (*pro hac vice*)
10                                             Crystal L. Parker (*pro hac vice*)
                                               Daniel A. Crane (*pro hac vice*)
11                                             **PAUL, WEISS, RIFKIND, WHARTON &**
                                               **GARRISON LLP**
12                                             1285 Avenue of the Americas
                                               New York, NY 10019-6064
13                                             Telephone:  (212) 373-3000
                                               Facsimile:  (212) 757-3990
14                                             Email: wmichael@paulweiss.com
                                               Email: cparker@paulweiss.com
15                                             Email: dcrane@paulweiss.com
16
17                                             Joshua Hill Jr. (SBN 250842)
                                               **PAUL, WEISS, RIFKIND, WHARTON &**
18                                             **GARRISON LLP**
                                               535 Mission Street, 24th Floor
19                                             San Francisco, CA 94105
                                               Telephone:  (628) 432-5100
20                                             Facsimile:  (628) 232-3101
                                               Email: jhill@paulweiss.com
21
22                                             Sonya D. Winner (SBN 200348)
                                               **COVINGTON & BURLINGTON LLP**
23                                             415 Mission Street, Suite 5400
                                               San Francisco, California 94105-2533
24                                             Telephone:  (415) 591-6000
                                               Facsimile:  (415) 591-6091
25                                             Email: swinner@cov.com
26
27                                             Kathryn E. Cahoy (SBN 298777)
28

Joint Administrative Motion to Consider Whether Another Party's Material Should Be Sealed
3:21-cv-03496-AMO

**COVINGTON & BURLINGTON LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Andrew Lazerow (*pro hac vice*)
**COVINGTON & BURLINGTON LLP**
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690
Email: allen@allenruby.com

*Attorneys for Defendant*
*Intuitive Surgical, Inc.*

Dated:  January 4, 2025

By: /s/ *Richard T. McCaulley*
    Richard T. McCaulley

Richard T. McCaulley (*pro hac vice*)
**MCCAULLEY LAW GROUP LLC**
E-Mail: 180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105
richard@mccaulleylawgroup.com

Joshua V. Van Hoven (CSB No. 262815)
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941
E-Mail: josh@mccaulleylawgroup.com

*Attorneys for Plaintiff Surgical Instrument*
*Service Company, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

On January 4, 2025, I caused a copy of this Joint Administrative Motion to Consider Whether Another Party's Material Should Be Sealed to be electronically filed via the Court's Electronic Case Filing System, and served via email on the following:

- Richard McCaulley (richard@mccaulleylawgroup.com) and Josh Van Hoven (josh@mccaulleylawgroup.com), counsel for Plaintiff Surgical Instrument Service Company, Inc;

- Joe Morrison (wjmorrisonatty@gmail.com), counsel for Rebotix Repair;

- Jeffrey Berhold (jeff@berhold.com), counsel for Alliance Healthcare Partners and Restore Robotics;

- Manuel John Dominguez (jdominguez@cohenmilstein.com), counsel for Franciscan Health; and

- Andrea Bernard (ABernard@wnj.com), counsel for Stryker Sustainability Solutions.

Dated:  January 4, 2025                          By:  _/s/ Kenneth A. Gallo_
                                                     Kenneth A. Gallo

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>E-Filing Attestation</u>**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.


Dated:  January 4, 2025                              By:  <u>*/s/ Kenneth A. Gallo*</u>
                                                                        Kenneth A. Gallo