<br>

1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 5  SURGICAL INSTRUMENT SERVICE<br>   COMPANY, INC.,<br>6               *Plaintiff,*<br>7       v.<br>8  INTUITIVE SURGICAL, INC.,<br>                *Defendant.* | Case No. 3:21-cv-03496-AMO<br><br>**[PROPOSED] ORDER ON JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f)**<br><br>The Honorable Araceli Martínez-Olguín |

1  Having considered the Joint Administrative Motion to Consider Whether Another
2  Party's Material Should Be Sealed, IT IS HEREBY ORDERED that the following exhibits and
3  deposition testimony shall be sealed at trial.

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX1741 (AHP000701 – AHP000702) | N/A | Dkt. 393-2 | | Alliance Healthcare Partners | | | |
| TX1742 (FRANCISCAN-00052148 – FRANCISCAN-00052186) | N/A | 393-3 | | Franciscan Health | | | |
| TX0923 (STRREB00004528 – STRREB00004531) | N/A | 393-4 | | Stryker | | | |
| TX1730 (STRREB00000085 – STRREB00000086) | N/A | 393-5 | | Stryker | | | |
| TX1731 (STRREB00000087 – STRREB00000088) | N/A | 393-6 | | Stryker | | | |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX1732 (STRREB00000089 – STRREB00000092) | N/A | 393-7 | | Stryker | | | |
| TX1733 (STRREB00000133 – STRREB00000135) | N/A | 393-8 | | Stryker | | | |
| TX1734 (STRREB00000136) | N/A | 393-9 | | Stryker | | | |
| TX1735 (STRREB00000138) | N/A | 393-10 | | Stryker | | | |
| TX1736 (STRREB00000139 – STRREB00000140) | N/A | 393-11 | | Stryker | | | |
| TX1737 (STRREB00000186) | N/A | 393-12 | | Stryker | | | |
| TX1738 (STRREB00000187 – STRREB00000190) | N/A | 393-13 | | Stryker | | | |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX01721 (REBOTIX077238) | N/A | 393-14 | | Rebotix Repair | | | |
| TX1722 (REBOTIX000253 – REBOTIX000263) | N/A | 393-15 | | Rebotix Repair | | | |
| TX1723 (REBOTIX068469 – REBOTIX068494) | N/A | 393-16 | | Rebotix Repair | | | |
| TX1724 (REBOTIX068496 – REBOTIX068513) | N/A | 393-17 | | Rebotix Repair | | | |
| TX1725 (REBOTIX166944 – REBOTIX166950) | N/A | 393-18 | | Rebotix Repair | | | |
| TX1726 (REBOTIX166852 – REBOTIX166864) | N/A | 393-19 | | Rebotix Repair | | | |
| TX1727 (REBOTIX167328 – REBOTIX167338) | N/A | 393-20 | | Rebotix Repair | | | |

| Document title or Description | Dkt. No. of Sealed Version | Dkt. No. of unsealed version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| TX1728 (REBOTIX131427 – REBOTIX131432) | N/A | 393-21 | | Rebotix Repair | | | |
| TX1729 (REBOTIX083278 – REBOTIX083302) | N/A | 393-22 | | Rebotix Repair | | | |

**IT IS SO ORDERED.**

Dated:                                              By: _____
                                                    HON. ARACELI MARTÍNEZ-OLGUÍN
                                                    United States District Judge