1  Jeffrey L. Berhold, Ga. Bar No. 054682
   jeff@berhold.com
2  JEFFREY L. BERHOLD, P.C.
   1230 Peachtree St., Suite 1050
3  Atlanta, GA 30309
   Telephone:    404.872.3800
4
   Attorney for Non-Party
5  ALLIANCE HEALTHCARE PARTNERS LLC

6

7

8                 **UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                     **SAN FRANCISCO DIVISION**

11 SURGICAL INSTRUMENT SERVICE          Case No. 3:21-CV-03496-AMO
   COMPANY, INC.,                       Hon. Araceli Martínez-Olguín
12                                      Courtroom 10
                              Plaintiff/
13                   Counterclaim-Defendant   **DECLARATION OF JEFF BERHOLD IN SUPPORT OF**
14     vs.                              **JOINT ADMINISTRATIVE MOTION TO CONSIDER**
15 INTUITIVE SURGICAL, INC.,            **WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE**
16                            Defendant/ **SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) (ECF No.**
                     Counterclaim-Plaintiff.  **393)**
17

18

19

20

21

22

23

24

25

26

27

28
                                  - 1 -
   DECLARATION OF JEFF BERHOLD IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO CONSIDER
            WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 393)
                              3:21-CV-03496-AMO

I, Jeffrey L. Berhold, declare as follows:

1. I am over the age of eighteen years old and am counsel for non-party Alliance Healthcare Partners LLC ("Alliance"). Unless otherwise indicated, I state the following of my own personal knowledge and, if called upon to do so, I could and would testify competently to the following.

2. Pursuant to Civil Local Rules 7-11 and 79-5(f), Alliance submits this declaration in support of the JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) (ECF No. 393) relating to proposed trial exhibits.

3. Alliance prepared a 510(k) application with the FDA (K210478) on behalf of non-party Restore Robotics Repairs LLC ("Restore").[1] The 510(k) application concerns the development, testing, and regulation of proposed methods for repairing EndoWrists. After clearance, Alliance conveyed the 510(k) clearance to Restore through the sale of the 510(k) applicant Iconocare Health Solutions. Neither Alliance nor Restore has any interest in this case.

4. I represented Alliance and Restore in *Restore Robotics v. Intuitive Surgical* and represent Alliance and Restore regarding the confidentiality of their documents and information in this case. I have conferred with the chief executive officers of Alliance and Restore regarding TX 1741. Neither Alliance nor Restore has disclosed the contents of the TX 1741 to any third party because it would allow competitors to make use of Alliance and Restore's extensive efforts to commercialize repaired EndoWrists. Disclosure of the exact nature, scope, and terms of their relationship would provide competitors with a headstart in their own efforts. Thus, there are compelling reasons maintaining the confidentiality of that information

---

[1] Alliance filed the 510(k) application in the name of Iconocare Health, which was acquired from Alliance by Restore.

- 2 -
DECLARATION OF JEFF BERHOLD IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 393)
3:21-CV-03496-AMO

produced by a third party in litigation.

4. Consistent with industry practice, Alliance and Restore have always maintained the details of their business relationship within a closely held group of individuals on a need-to-know basis within the companies. Alliance and Restore have invested significant manpower and monetary investment in developing their business relationship. Disclosure of the terms and conditions of that relationship would give substantial assistance to potential competitors – allowing them to avoid the time and cost of assessing the risk, negotiating the terms, and creating a partnership for developing the technology and requesting the clearance to compete with Alliance and Restore in repairing or remanufacturing EndoWrists.

5. Alliance and Restore request the full sealing of the following email communication between Alliance and Restore regarding the terms and conditions of their business relationship:

**TX 1741     (AHP000701 – AHP000702)         (Dkt. 393-2)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: January 5, 2025

_____
Jeffrey L. Berhold

- 3 -
DECLARATION OF JEFF BERHOLD IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 393)
3:21-CV-03496-AMO