1  Kenneth A. Gallo (*pro hac vice*)
   Paul D. Brachman (*pro hac vice*)
2  **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
   2001 K Street, NW
3  Washington, DC 20006-1047
   Telephone: (202) 223-7300
4  Facsimile: (202) 204-7420
   Email: kgallo@paulweiss.com
5  Email: pbrachman@paulweiss.com

6  William B. Michael (*pro hac vice*)
   Crystal L. Parker (*pro hac vice*)
7  Daniel A. Crane (*pro hac vice*)
   **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
8  1285 Avenue of the Americas
   New York, NY 10019-6064
9  Telephone: (212) 373-3000
   Facsimile: (212) 757-3990
10 Email: wmichael@paulweiss.com
   Email: cparker@paulweiss.com
11 Email: dcrane@paulweiss.com

12 Joshua Hill Jr. (SBN 250842)
   **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
13 535 Mission Street, 24th Floor
   San Francisco, CA 94105
14 Telephone: (628) 432-5100
   Facsimile: (628) 232-3101
15 Email: jhill@paulweiss.com

16 *Attorneys for Defendant Intuitive Surgical, Inc.*

17 [Additional counsel listed on signature page]

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20                          **SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., | Case No. 3:21-cv-03496-AMO |
| Plaintiff, | **DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE OBJECTIONS TO PLAINTIFF'S DEMONSTRATIVE EXHIBIT FOR OPENING STATEMENTS** |
| v. | |
| INTUITIVE SURGICAL, INC., | |
| Defendant. | The Honorable Araceli Martínez-Olguín |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 7-11, Defendant Intuitive Surgical, Inc. ("Intuitive") hereby brings this Administrative Motion for Leave to file the attached statement of its objections to the demonstratives that Plaintiff Surgical Instrument Service Company, Inc. ("SIS") has proffered for use during opening statements at trial tomorrow.  Intuitive respectfully requests that the Court grant leave for this filing because SIS's opening demonstratives implicate the Court's core rulings on the parties' motions *in limine*, and cannot be presented in their current form without misleading the jury about key disputed facts or opening the door to evidence that the Court has excluded at SIS's request.  Granting leave will allow the Court to consider these issues with the benefit of the succinct explanation of the bases for Intuitive's objections attached hereto as Exhibit A.

This motion is based upon this Notice of Motion and Motion, the accompanying Objections attached as Exhibit A hereto, and such arguments and authorities as may be presented at or before any hearing.  Counsel for Intuitive has met and conferred with counsel for SIS, and SIS has represented that it opposes this motion.

Accordingly, Intuitive respectfully requests that the Court grant leave for Intuitive to file the attached statement of the basis for its objections to SIS's opening statement demonstratives (Exhibit A).

Dated:  January 5, 2025

By: */s/ Kenneth A. Gallo*
Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLINGTON LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Andrew Lazerow (*pro hac vice*)
**COVINGTON & BURLINGTON LLP**
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690
Email: allen@allenruby.com

*Attorneys for Defendant
Intuitive Surgical, Inc.*

**CERTIFICATE OF SERVICE**

I, Kenneth A. Gallo, hereby certify that on January 5, 2025, I caused a true and correct copy of the foregoing Administrative Motion for Leave to File Objections to Plaintiff's Demonstrative Exhibit for Opening Statements to be electronically filed via the Court's Electronic Case Filing System, which pursuant to the Court's order of September 29, 2008, constitutes service in this action on counsel of record for Surgical Instrument Service Company, Inc.

Dated: January 5, 2025

By: */s/ Kenneth A. Gallo*
Kenneth A. Gallo

*Attorney for Intuitive Surgical, Inc.*