1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

SURGICAL INSTRUMENT SERVICE
COMPANY, INC.,

               *Plaintiff*,

   v.

INTUITIVE SURGICAL, INC.,

               *Defendant*.

Case No. 3:21-cv-03496-AMO

**[PROPOSED] ORDER GRANTING
DEFENDANT'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE
OBJECTIONS TO PLAINTIFF'S
DEMONSTRATIVE EXHIBIT FOR
OPENING STATEMENTS**

The Honorable Araceli Martínez-Olguín

1      Upon consideration of Defendant's Motion For Leave To File Objections to Plaintiff's

2  Demonstrative Exhibit for Opening Statements, IT IS HEREBY ORDERED that the motion is

3  GRANTED.  IT IS FURTHER ORDERED that Defendant's proposed Objections to Plaintiff's

4  Demonstrative Exhibit for Opening Statements, attached to the motion as Exhibit A, is DEEMED

5  FILED.

6

7

    **IT IS SO ORDERED.**

8  Dated:                                    By: _____

9                                           HON. ARACELI MARTÍNEZ-OLGUÍN
                                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28