**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**TRIAL MINUTES**

| **Date:** January 6, 2025 | **Time in Court: 5 hours and 48 minutes** | **Judge:** ARACELI MARTÍNEZ-OLGUÍN |
|---|---|---|
| **Case No.:** 21-cv-03496-AMO | **Case Name:** Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc. | |

**Attorney for Plaintiff:** Richard McCaulley and Joshua Van Hoven
**Attorney for Defendant:** Kenneth Gallo and William Michael

**Deputy Clerk:** Alexis Solorzano Rodriguez        **Court Reporter:** Ruth Levine Ekhaus

Jury Selection Began:  January 6, 2025
Further Trial:      January 7, 2025

**PROCEEDINGS**

Jury Selection held on 1/6/2025. Jury empaneled and sworn in. The Court overruled the parties' objections to opening statement demonstratives as stated on the record.

See attached trial log.