UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

21-cv-03496-AMO   Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Araceli Martínez-Olguín | Richard McCaulley and Joshua Van Hoven | Kenneth Gallo and William Michael |
| **TRIAL DATE:** | **REPORTERS:** | **CLERK:** |
| January 6, 2025 | **Ruth Levine Ekhaus** | Alexis Solorzano Rodriguez |

| EXHIBIT NO. | TIME OFFERED | ID | DESCRIPTION |
|---|---|---|---|
| | 8:12 AM | | Case called. The Court overruled the parties' objections to opening statement demonstratives as stated on the record. |
| | 8:56 AM | | Voir Dire panel sworn. Court voir dires prospective panel. |
| | 9:35 AM | | Sidebar. |
| | 9:38 AM | | Sidebar concluded. |
| | 9:48 AM | | Sidebar. |
| | 9:50 AM | | Sidebar concluded. |
| | 9:54 AM | | Sidebar. |
| | 9:55 AM | | Sidebar concluded. |
| | 9:59 AM | | Prospective jury panel excused for break. |
| | 10:00 AM | | The Court discusses excusing jurors from voir dire panel with parties. |
| | 10:06 AM | | Recess. |
| | 10:25 AM | | Court back in session. Parties stipulate to excusing jurors from voir dire panel. |
| | 10:27 AM | | Prospective voir dire panel brought back into courtroom. |
| | 10:30 AM | | Plaintiff's counsel, Richard McCaulley conducted voir dire of panel. |
| | 11:17 AM | | Defendant's counsel, Kenneth Gallo, conducted voir dire of panel. |
| | 11:56 AM | | Court voir dires prospective panel. |
| | 12:17 PM | | Prospective jury dismissed for break. |

|  | 12:34 PM |  | Court back in session. Prospective jury present. |
|---|---|---|---|
|  | 12:37 PM |  | Sidebar. |
|  | 12:41 PM |  | Sidebar concluded. |
|  | 12:41 PM |  | Prospective jury dismissed for lunch break. |
|  | 12:45 PM |  | Recess for lunch. |
|  | 1:10 PM |  | Court back in session. The Court overruled the parties' objections to opening statement demonstratives as stated on the record. Court discusses cause outside presence of jury. Peremptory challenges exercised. |

|  | 1:47 PM |  | Prospective jury present. |
|---|---|---|---|
|  | 1:50 PM |  | Jury sworn. Court read initial jury instructions aloud and gave trial overview. |
|  | 1:55 PM |  | Court excuses jury for the day. |
|  | 2:00 PM |  | Court adjourned. |