# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## TRIAL MINUTES

| **Date:** January 7, 2025 | **Time in Court:** 5 hours and 39 minutes | **Judge:** ARACELI MARTÍNEZ-OLGUÍN |
|---|---|---|
| **Case No.:** 21-cv-03496-AMO | **Case Name:** Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc. | |

**Attorney for Plaintiff/Gov't:** Richard McCaulley and Joshua Van Hoven
**Attorney for Defendant:** Kenneth Gallo, Joshua Hill, and Paul Brachman

**Deputy Clerk:** Alexis Solorzano Rodriguez    **Court Reporter:** Ruth Levine Ekhaus

Trial Began:  January 7, 2025
Further Trial:    January 8, 2025

## **PROCEEDINGS**

Jury Trial held on 1/7/2025.
Witness Dr. Amandeep Mahal sworn in, questioned, and excused. Witness Greg Posdal sworn in and questioned, his testimony to continue.
Exhibit Nos. 1441, 238, 861, 142, 942, and 943 admitted.
Parties to email courtroom deputy regarding whether redactions to exhibits have been resolved by 5:30 PM.
See attached trial log.