UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

21-cv-03496-AMO   Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Araceli Martínez-Olguín | Richard McCaulley and Joshua Van Hoven | Kenneth Gallo, Joshua Hill, and Paul Brachman |
| **TRIAL DATE:** | **REPORTERS:** | **CLERK:** |
| January 7, 2025 | Ruth Levine Ekhaus | Alexis Solorzano Rodriguez |

| EXHIBIT NO. | TIME OFFERED | ID | DESCRIPTION |
|---|---|---|---|
| | 8:04 AM | | Court called into session. Discussion regarding demonstratives and evidence logistics held. |
| | 8:26 AM | | Court in recess. |
| | 8:36 AM | | Court back in session. Court to resolve disputes regarding redactions by end of day. |
| | 8:41 AM | | Jury brought into the courtroom. |
| | 8:43 AM | | Opening statement presented by Plaintiff's counsel, Richard McCaulley. |
| | 9:15 AM | | Opening statement presented by Defendant's counsel, Kenneth Gallo. |
| | 10:17 AM | | Opening statements concluded. |
| | 10:18 AM | | Jury excused for break. |
| | 10:19 AM | | Court in recess. |
| | 10:43 AM | | Court back in session. |
| | 10:46 AM | | Jury brought into the courtroom. |
| | 10:47 AM | | Witness Dr. Amandeep Mahal called to the stand and sworn in. Plaintiff's counsel, Richard McCaulley, began direct examination. |
| | 11:27 AM | | Defendant's counsel, Joshua Hall, began cross-examination of witness, Dr. Amandeep Mahal. |
| 1441 | 11:54 AM | 04/16/2019 Letter from Intuitive to D. Mixner re Tampering with and Reprogramming da Vinci Surgical System Instruments | Parties stipulated to redactions of documents. Admitted and published to the jury. |

1

|     | 12:07 PM |     | Jury excused for lunch break. Admissibility of Exhibit Nos. 136,560,147, and 1503 discussed. |
| --- | --- | --- | --- |
|     | 12:33 PM |     | Court in recess for lunch. |
|     | 12:56 PM |     | Court back in session and jury brought into courtroom. |
|     | 12:57 PM |     | Plaintiff's counsel, Richard McCaulley, began re-direct examination of witness, Dr. Amandeep Mahal. |
|     | 12:59 PM |     | Dr. Amandeep Mahal excused from the witness stand. |
|     | 1:00 PM |     | Witness Greg Posdal called to the stand and sworn in. Plaintiff's counsel, Richard McCaulley, began direct examination. |
|     | 1:52 PM |     | Jury excused for short break. Court in recess. |
|     | 1:58 PM |     | Court back in session and jury brought into courtroom. Plaintiff's counsel continued direct examination of Greg Posdal. |
| 238 | 2:00 PM | 09/01/2016 Supplier Services Agreement for Instrument Repair between Vizient Supply, LLC and Surgical Instrument Service Company, Inc | Admitted and published to the jury. |

| 861 | 2:05 PM | 2019-09-15 - Document - Amendment to September 1, 2016 Agreement No. MS4788 | Admitted and published to the jury |
| --- | --- | --- | --- |
| 142 | 2:11 PM | Da Vinci Customer Refurbish Sheet | Admitted and published to the jury. |
| 942 | 2:17 PM | 11/26/2019 Letter from Intuitive Surgical to E. Pifer re Marin General Hospital third party "refurbished" EndoWrist instruments | Admitted and published to the jury subject to redactions following the Court's Order. |
| 943 | 2:17 PM | 02/14/2020 Letter from Intuitive Surgical to J. Buehrle re Banner Health third party "refurbished" EndoWrist instruments. | Admitted and published to the jury subject to redactions following the Court's Order. |

2

|  | 2:24 PM |  | Greg Posdal excused from the witness stand for the day. Jury excused for the day. |
|---|---|---|---|
|  | 2:25 PM |  | Deposition designations, additional objections regarding exhibits, and proposed redactions to exhibits discussed. Parties to email courtroom deputy regarding whether redactions to exhibits have been resolved by 5:30 PM. |
|  | 2:46 PM |  | Court adjourned. |