**MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant,*
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>INTUITIVE SURGICAL, INC.<br><br>*Defendant/Counterclaimant.* | CASE NO. 3:21-CV-03496-AMO<br><br>Honorable Araceli Martínez-Olguín<br><br>**DECLARATION OF JOSHUA VAN HOVEN IN SUPPORT OF PLAINTIFF SIS's EVIDENTIARY PROFFER REGARDING INTUITIVE'S MOTION IN LIMINE #1** |

DECLARATION OF JOSHUA VAN HOVEN ISO SIS PROFFER RE INTUITIVE MIL #1

I, JOSHUA VAN HOVEN, declare as follows:

I am an attorney at the law firm of MCCAULLEY LAW GROUP LLC, attorneys for Plaintiff SURGICAL INSTRUMENT SERVICE COMPANY, INC. ("SIS") in this matter. I have personal knowledge of the matters set forth herein, unless otherwise noted.

1. Attached as Exhibit 1 is a true and correct copy of the declaration of Keith Johnson, executed on December 11, 2024.
2. Attached as Exhibit 2 is a true and correct copy of a Trial Exhibit 0560, a document produced by Intuitive in this case and having bates numbers Intuitive-00439333 - Intuitive-00439355.
3. Attached as Exhibit 3 is a true and correct copy of a Trial Exhibit 0509, a document produced by Intuitive in this case and having bates numbers Intuitive-00110252 - Intuitive-00110254.
4. Attached as Exhibit 4 is a true and correct copy of a Trial Exhibit 0142, a document produced by SIS in this case and having bates number SIS000167.
5. Attached as Exhibit 5 is a true and correct copy of a Trial Exhibit 1635.029, a document produced by Intuitive in this case and having bates numbers Intuitive-01031534 - Intuitive-01031535.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

//

//

//

| | | |
|---|---|---|
| 1 | Dated: December 11, 2024 | McCAULLEY LAW GROUP LLC |
| 2 | | By:    */s/ Joshua Van Hoven*<br>JOSHUA V. VAN HOVEN |
| 3 | | E-Mail: josh@mccaulleylawgroup.com |
| 4 | | 3001 Bishop Dr., Suite 300<br>San Ramon, California 94583 |
| 5 | | Telephone: 925.302.5941 |
| 6 | | RICHARD T. MCCAULLEY (*pro hac vice*)<br>E-Mail: richard@mccaulleylawgroup.com |
| 7 | | 180 N. Wabash Avenue, Suite 601<br>Chicago, Illinois 60601<br>Telephone: 312.330.8105 |
| 8 | | |
| 9 | | *Attorneys for Plaintiff and Counter-Defendant,*<br>SURGICAL INSTRUMENT SERVICE COMPANY, INC. |

-2-
DECLARATION OF JOSHUA VAN HOVEN ISO SIS PROFFER RE INTUITIVE MIL #1