# Van Hoven Decl. Ex. 1

1

**MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN, (CSB No. 262815)

2

E-Mail: josh@mccaulleylawgroup.com

3

3001 Bishop Dr., Suite 300
San Ramon, California 94583

4

Telephone: 925.302.5941

5

RICHARD T. MCCAULLEY (*pro hac vice*)

6

E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601

7

Chicago, Illinois 60601
Telephone: 312.330.8105

8

9

*Attorneys for Plaintiff and Counter-Defendant,*
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC. | Case No. 3:21-cv-03496-AMO |
| | Honorable Araceli Martínez-Olguín |
| *Plaintiff/Counter-Defendant,* | |
| v. | **DECLARATION OF KEITH JOHNSON** |
| INTUITIVE SURGICAL, INC., | |
| *Defendant/Counterclaimant.* | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Keith Johnson, declare as follows:

1.     I was the Executive Vice President of Sales and Clinical Programs at Surgical Instrument Service Company, Inc. ("SIS") for 14 years. In that role, I had direct responsibility for corporate sales, GPO relationships, and customer relationships.

2.     I was responsible for, among other things, advertising, promotional, marketing and other informational materials and communications relating to the services that SIS markets or performs on or in connection with EndoWrist instruments. My day-to-day responsibilities included customer communications and marketing of SIS's services. Additionally, I lead, trained, and monitored SIS's national sales force.

3.     I was also involved with the business relationships between SIS and Restore Robotics, LLC; Restore Robotics Repairs, LLC; MediVision, Inc.; Clif Parker Robotics, LLC; Rebotix Repair, LLC; Benjamin Biomedical, Inc.; and Vizient, Inc.

4.     Vizient is a group purchasing organization ("GPO") that focuses on supply chain and helping hospitals streamline services, reduce costs, and overall bettering hospital profitability and functionality. It is the largest GPO in the United States. Vizient contracts with vendors from all aspects in a hospital, from toilet paper to X-ray machines and security. Vizient has their vendors go through a huge vetting process. SIS is one of a small number of vendors on the Vizient national contract in the instrument repair space.

5.     At a high level, SIS's primary and principal business is repairing surgical instruments and devices. Between 80 to 90 percent of SIS's revenue is generated from repair services, with the remainder coming from sales of surgical instruments manufactured by other companies.

6.     I first heard about the Rebotix business involving EndoWrist repair and reset at an AAMI conference in approximately June 2019. At that time I believe there were about 300 to 500

da Vinci Si surgical robots still being used in the United States. A company named Restore was at that time the exclusive distributor for the Rebotix EndoWrist repair and reset service in the United States. However, Restore had not achieved any significant penetration of the potential U.S. market for EndoWrist repair and reset. SIS became a candidate to replace Restore as the U.S. distributor for the Rebotix EndoWrist repair program. Accordingly, I and others at SIS worked with Rebotix Repair to offer a repair program on Intuitive Si EndoWrists. Toward the end of 2019, SIS had started providing repair services to facilities in the United States on Si EndoWrists.

7.     The EndoWrist repair program that SIS was operating with the assistance of Rebotix involved working with hospitals to repair their EndoWrists and prolong the useful life of those devices. Those repair services involved inspecting the EndoWrists supplied to SIS by hospital customers for functionality and safety, and adding additional lives to extend the life of the hospital's EndoWrist device. A new chip was installed to add 10 additional lives to that device.

8.     I have personally observed the repair process that Rebotix performed on the hospital EndoWrists provided to SIS, including the complete incoming inspection process, the chip replacement process, and the complete outgoing safety and function testing of the repaired EndoWrist devices.

9.     I was not involved in the engineering and the technical side of developing the repair program for hospital Si EndoWrists. I was involved in providing information to customers regarding the SIS EndoWrist repair program, providing customer feedback, customer thoughts, and customer interest in that program.

10.     Since the Si EndoWrist repair program offered by SIS started, the interest from both current and potential new hospital customers was monumental -- through the roof. The customers' interest in saving and reducing costs on robotic surgery through the SIS repair

- 3 -

program was something I had never experienced before in my over 20 years of working in the surgical business. I personally participated in a meeting held in February 2020 at SIS's Glendale Heights facility which focused on SIS's program for repair of EndoWrists. That meeting was attended by multiple representatives of a large hospital system having tens of millions in annual EndoWrist costs. The attendees at this meeting appeared keenly interested in the SIS program where SIS would perform the repairs of the EndoWrists at its facilities with third parties, such as Rebotix, providing the updated chip needed to reset the use counter which gave the EndoWrist an additional ten uses. SIS estimated that the Si EndoWrist repair program had the potential to generate $250M to $350M in revenue per year and we could reach that revenue projection in eight to 18 months.

11.     During the time we were preparing to launch the SIS repair program for Si EndoWrists, I personally spoke directly to and had personal meetings with representatives from numerous hospitals and healthcare systems. Many of those representatives were hospital supply chain administrators or managers. A hospital supply chain administrator/manager is generally responsible for managing the flow of medical supplies and equipment within a hospital, including tasks like inventory control, vendor management, purchase orders, delivery coordination, ensuring compliance with regulations, and optimizing supply chain processes to support patient care and cost efficiency. Optimizing supply chain processes often includes analyzing supply costs, identifying cost-saving opportunities, and implementing strategies to optimize spending.

12.     In my experience, when it comes to healthcare purchasing for a device a hospital or hospital system has never used before, making a sale often comes down to finding the primary decision makers in a hospital or hospital system. But who exactly that is and what their job title is can vary from hospital to hospital. In hospitals and hospital systems, supply purchasing decisions for devices new to that hospital or system are typically made by a committee including healthcare

- 4 -

professionals like doctors and nurses, alongside centralized purchasing and supply chain managers, with significant influence often coming from physicians who directly use the supplies, even if the final decision-making authority lies with an executive level administrator. In contrast, a decision to engage a new repair program or service for existing hospital-owned devices are most often reviewed and approved by managerial personnel such as SPD managers, contract administrators, supply chain personnel etc.

13.    Having become the highest priority for SIS, I spent three to four months in 2019 flying around the country to introduce potential customers to our Si EndoWrist repair program. I met with various representatives, some from the C-suite, some were VP of supply chain, VP of perioperative services, or the chief of robotic surgery, as well as Clinical, Materials Management and Sterile Processing Departments. Every customer I contacted said they were excited about the EndoWrist repair and reset program, about the opportunity to reduce the cost associated with their robotic surgery, and wanted to participate if they could.

14.    A group purchasing organization (GPO) is an entity that helps healthcare providers—such as hospitals, nursing homes, surgery centers and clinics, and home health agencies—realize savings and efficiencies by aggregating purchasing volume and using that leverage to negotiate discounts with manufacturers, distributors and other vendors. Hospitals and other healthcare providers use group purchasing to obtain the best products at the best value. Most healthcare providers make group purchasing selections in a committee setting, usually composed of healthcare professionals, such as doctors, nurses and other clinicians. These committees help determine which medical supplies are most appropriate from a clinical standpoint. Once a decision is made, GPOs work to negotiate contracts with healthcare manufacturers, distributors and other suppliers. After a group purchasing contract is created, it is still up to the hospital to decide which product is most appropriate in each circumstance and make

- 5 -

the most appropriate purchase. GPOs do not purchase or buy any products. They negotiate contacts that hospitals can use when making their own purchases.

15.     SIS had a contract with the Vizient GPO organization, which covers well over 2,000 hospitals in the United States, for all of SIS's surgical instrument and device repair services, including the Si EndoWrist repair and reset program. There were no other vendors on the Vizient contract offering EndoWrist repair services. Indeed, Intuitive is not even a contracted supplier for Vizient or any other national GPO. I made presentations regarding the SIS EndoWrist repair program to various regions associated with the Vizient GPO organization. Legacy Health, Kaiser Permanente, and Piedmont are all Vizient members.

16.     My presentations were usually verbal and sometimes included follow up with some customers that involved providing copies of one or more of the following materials to the representatives I was meeting with: da Vinci EndoWrist Repair_2019 copy.pdf; da Vinci EndoWrist Process_2019.pdf; SIS Summary of Quality Regulatory.pdf; EndoWrist FAQs.pdf. (SIS095119-39) These materials were provided to SIS by Rebotix and reviewed by me and others at SIS. In some cases, SIS made changes to the content of a couple of the documents before being provided or distributed to any customers or prospective customers.

17.     In or about August 2019, I attended the CCSA conference and presented the EndoWrist repair program at the conference.

**Customers Contacted to Promote Sales of SIS's Si EndoWrist Repair Services**

18.     I personally contacted the following healthcare providers through their representatives as part of my efforts to introduce, educate about, and promote SIS's Si EndoWrist repair services to those healthcare providers.

Banner Health System (includes 33 hospitals)

Legacy Health (includes 6 hospitals)

DECLARATION OF KEITH JOHNSON

Providence Health System (includes 53 hospitals)

Marin Health

Honor Health (includes 6 hospitals)

Methodist Hospital of Southern California

Memorial Care (includes 3 Hospitals)

University Medical Center Irvine

Kaiser Permanente (includes 50+ hospitals)

University of Illinois Medical Center

Advocate Aurora Health System (includes 24 hospitals)

Ardent Health (includes 33 hospitals)

University of Michigan Medical Center

Duke University Medical Center

Piedmont Healthcare (includes 17 hospitals)

Salinas Valley Medical Center

Pomona Valley Medical Center

UHS (includes 33 hospitals)

SSM (includes 23 hospitals)

Redland Community Hospital

Northside Health (includes 6 hospitals)

Northeast Georgia Health (includes 6 hospitals)

Boston Children's Medical Center

Northwestern Memorial Healthcare

Yankee Alliance (includes 200+ facilities)

19.     SIS was already on the national Vizient GPO contract for its non-EndoWrist repair

DECLARATION OF KEITH JOHNSON

services. So I personally reached out to Vizient, Inc. (includes 2,000+ facilities), one of the largest GPO's in the United States, through its representatives as part of my efforts to introduce, educate about, and promote SIS's new repair services for the Si EndoWrists.

20.    To the best of my recollection, I made presentations about the SIS EndoWrist repair and reset program to representatives of numerous healthcare providers during the second half of 2019. I made those presentations either in-person or via a Zoom call. The presentations were all essentially the same in terms of content. Below I describe what I remember about the specific healthcare providers and their representatives to whom I made those presentations. I remember the hospital representatives after each presentation uniformly reacted positively to the offered EndoWrist repair service. To the best of my knowledge, there were no subsequent trials or evaluations of repaired and reset EndoWrists carried out at the facilities I describe in this paragraph. My understanding is that SIS was not able to do any EndoWrist repair business with any of these hospitals or hospital systems.

- Providence Health System ("Providence")

Providence was an established and existing customer of SIS and a Vizient GPO member. As such, I had frequent and regular communications with Providence personnel in charge of the repair services provided to them by SIS, including Christopher Phan, Client Executive and John Harper, System Director Sterile Processing at Providence. Based upon conducting business with Messrs. Phan and Harper, I learned that both were significantly involved with Providence's supply chain administration and purchasing decisions with respect to repair services. I gave my presentation to Christopher Phan and/or John Harper and introduced the SIS EndoWrist repair program.

- 8 -

DECLARATION OF KEITH JOHNSON

- **University of Illinois Medical Center ("U of I")**

U of I was an established and existing customer of SIS. As such, I had frequent and regular communications with U of I personnel in charge of the repair services provided to them by SIS, including Kendra Pitts, Director Value Analysis and Maggie Popek, SPD Manager at U of I. Based upon conducting business with Ms. Pitts and Ms. Popek, I learned that both were significantly involved with U of I's supply chain administration and repair services purchasing decisions. I gave my presentation to Ms. Pitts and/or Ms. Popek and introduced the SIS EndoWrist repair program.

- **Ardent Health ("Ardent")**

SIS had no prior business relationship with Ardent. I gave my presentation to Cairo Wasfy, VP of Supply Chain and William Manning, Sourcing Manager at Ardent and introduced the SIS EndoWrist repair program. I understood from my meeting with Cairo Wasfy and William Manning that each was significantly involved with Ardent's supply chain administration and repair services purchasing decisions.

- **University of Michigan Medical Center ("Michigan")**

SIS had no prior business relationship with Michigan, but Michigan is a Vizient GPO member. I gave my presentation to Paul Helm, Client Support at Michigan and introduced the SIS EndoWrist repair program. I understood from my meeting with Mr. Helm that he was significantly involved with Michigan's supply chain administration and purchasing decisions.

- **Duke University Medical Center ("Duke")**

SIS had no prior business relationship with Duke, but Duke is a Vizient GPO member. I gave my presentation to Kevin Strong, Senior Client Manager and Jennifer Stickler, Senior Client Manager at Duke and introduced the SIS EndoWrist repair program. I understood from my meeting that Mr. Strong and Ms. Stickler were significantly involved with Duke's supply chain

- 9 -

administration and repair service purchasing decisions.

- Salinas Valley Medical Center ("Salinas")

Salinas was an established and existing customer of SIS. As such, I had frequent and regular communications with Salinas personnel in charge of the repair services provided to them by SIS, including Melissa Aylard, Operations Manager and Juan Gomez, SPD Manager at Salinas. Based upon conducting business with Ms Aylard and Mr. Gomez, I learned that both were significantly involved with Salinas's supply chain administration and repair service purchasing decisions. I gave my presentation to Ms. Aylard and Mr. Gomez and introduced the SIS EndoWrist repair program.

- Pomona Valley Medical Center ("Pomona")

SIS had no prior business relationship with Pomona. I gave my presentation to Michelle Medel, Director of Materials Management and/or Rich Santala, Director of Supply Chain at Pomona and introduced the SIS EndoWrist repair program. I understood from my meeting that Ms. Medel and Mr. Santala were each significantly involved with Pomona's supply chain administration and purchasing decisions.

- UHS may be recovery program

SIS had no prior business relationship with UHS. I gave my presentation to Christopher Nowak, Senior Director Technology Management at UHS and introduced the SIS EndoWrist repair program. I understood from my meeting with Mr. Nowak that he was significantly involved with UHS's supply chain administration and purchasing decisions.

- SSM

SIS had no prior business relationship with SSM, but they are a Vizient GPO member. I gave my presentation to Brad Forth, VP of Supply Chain and/or Serina Seward, Senior Director at SSM and introduced the SIS EndoWrist repair program. I understood from my meeting that Mr.

- 10 -

Forth and Ms. Seward were significantly involved with SSM's supply chain administration and repair service purchasing decisions.

- Redland Community Hospital ("Redland")

Redland was an established and existing customer of SIS. As such, I had frequent and regular communications with Redland personnel in charge of the repair services provided to them by SIS. I gave my presentation to Bo Aceto, Director of Perioperative Services and Danny Avina, Materials Management at Redland and introduced them to the SIS EndoWrist repair program. I understood from my meeting that Messrs. Aceto and Avina were significantly involved with Redland's supply chain administration and purchasing decisions.

- Northside Health ("Northside")

SIS had no prior business relationship with Northside, but they are a Vizient GPO member. I gave my presentation to Randy Eccleston, SPD Director and/or Latasha Hall, Materials Management at Northside and introduced the SIS EndoWrist repair program. I understood from my meeting that Mr. Eccleston and Ms. Hall were significantly involved with Northside's supply chain administration and purchasing decisions.

- Northeast Georgia Health ("Georgia")

SIS had no prior business relationship with Georgia. I gave my presentation to Barry Bryant, SPD Manager at Georgia and introduced him to the SIS EndoWrist repair program. I understood from my meeting with Mr. Bryant that he was significantly involved with Georgia's supply chain administration and purchasing decisions.

- Boston Children's Medical Center ("Boston")

Boston was an established and existing customer of SIS. As such, I had frequent and regular communications with Boston personnel in charge of the repair services provided to them by SIS, including Christine L'Heureux, Director of Supply Chain and Scott McLeod, Sourcing

- 11 -

Manager at Boston. Based upon conducting business with Ms. L'Heureux and Mr. McLeod, I learned that both were significantly involved with Boston's supply chain administration and repair service purchasing decisions. I gave my presentation to Ms. L'Heureux and Mr. McLeod and introduced the SIS EndoWrist repair program.

- Northwestern Memorial Healthcare ("Northwestern")

Northwestern was an established and existing customer of SIS. As such, I had frequent and regular communications with Northwestern personnel in charge of the repair services provided to them by SIS, including Kyle Shulfer, Strategic Sourcing Manager at Northwestern. Based upon conducting business with Mr. Shulfer, I learned he was significantly involved with Northwestern's supply chain administration and repair service purchasing decisions. I gave my presentation to Mr. Shulfer and introduced him to the SIS EndoWrist repair program.

- Yankee Alliance ("Yankee")

Yankee was an established and existing customer of SIS. As such, I had frequent and regular communications with Yankee personnel in charge of the repair services provided to them by SIS, including Tom Kennedy, Contracting Manager at Yankee. Based upon conducting business with Mr. Kennedy, I learned he was significantly involved with Yankee's supply chain administration and repair service purchasing decisions. I gave my presentation to Tom Kennedy and introduced him to the SIS EndoWrist repair program.

21. To the best of my recollection, every single one of the customers that I called on -- that did not proceed with the SIS Endowrist repair and reset program -- said to me in words or substance, "Keith, this sounds great, let us do our due diligence and we'll get back to you." Soon thereafter, every single one, either via email or a phone call to me said in words or substance: "Keith, Intuitive does not allow us, they will not allow us to do your program, our contracts won't allow us to do it. We're being told that this will void our warranty, we're being told this will void

- 12 -

our service agreement. as much as we want to do it, we can't take the risk of being penalized or the pressure we would get from Intuitive Surgical."

22.    Banner Health System ("Banner")

Banner has been an SIS customer for over 20 years. As such, I had frequent and regular communications with Banner personnel in charge of the repair services provided to them by SIS, including Perry Kirwan and Tim Brooks. In approximately September 2019, I personally reached out to (by phone, email, and text) and spoke multiple times with Perry Kirwan, VP of Clinical Engineering and Tim Brooks, System Director Sterile Processing at Banner to arrange for me to make a presentation about the SIS EndoWrist repair program. Since Banner was already an important and existing customer of SIS for other repair services, I became personal friends with Perry Kirwan and Tim Brooks. Additionally, because of the business relationship between Banner and SIS, I spoke with Messrs. Kirwan and Brooks regularly.

After multiple meetings, calls and discussions with Perry Kirwan and Tim Brooks, Perry communicated the information I had given him about the EndoWrist repair program to the Banner Corporate Robotic Committee.  Thereafter, on three separate occasions, I presented the details of the repair program to the Banner Committee via Zoom. I understood from my communications with Messrs. Kirwan and Brooks that the members of the Banner Committee included robotic surgeons, clinical leadership, corporate supply chain personnel, risk management, infection control, as well as sterile processing. All of the Banner Committee members were significantly involved with Banner Health System's supply chain administration and purchasing decisions, as were Perry Kirwan and Tim Brooks.

Mr. Kirwan communicated with me via email dated September 25, 2019 that Banner was "looking to gear up for Si program at BUMCT/S." He also wrote: "I believe we are very close to actual kick-off which is awesome. I'm looking forward to realizing the gains that we believe that

- 13 -

this program is going to provide to both of us."

In November 2019, I had a Zoom call with Banner personnel to discuss the da Vinci Si Arm repair program. Those attending from Banner included Michael O'Connor (Chief Medical Officer), Dr. Nirav Patel (Chief Robotics Surgeon), Sherry Addair (Clinical Supply Chain), Tim Brooks (System Director Sterile Processing), Nicole Bowers (Risk Management), and Perry Kirwan (VP of Clinical Engineering). During that Zoom call, the Banner representatives asked a number of questions such as: "At the facilities where the SIS EndoWrist repair and reset program is running, has Intuitive challenged the repair program?" "If so, what happened?" "What has Intuitive done at other facilities that are using SIS to repair and reset their EndoWrists?" "Has Intuitive messed with other facilities because SIS is repairing and resetting their EndoWrists?"

At the end of 2019, SIS was collecting used EndoWrists from Banner for repair and reset. SIS did some EndoWrist resets for evaluation by Banner. On January 14, 2020, I received an email from Perry Kirwan that stated "we [Banner] are not authorized to move forward with the repair/reset program." Shortly after receiving his email, Perry and I spoke on the phone and he informed me that Banner's decision was based on contractual restrictions in Banner's contract with Intuitive.

23.     Legacy Health

Legacy Health was an established and existing customer of SIS and a member of Vizient. As such, I had frequent and regular communications with Legacy Health personnel in charge of the repair services provided to them by SIS, including Raymond Mackay and Jerry Hutchison. Based upon conducting business with Messrs. Mackay and Hutchison, I learned that both were significantly involved with Legacy Health's supply chain administration and purchasing decisions.

In about early July 2019, I personally reached out to (by phone, email, and text) and spoke

- 14 -

multiple times with Raymond Mackay, Director of Supply Chain and Jerry Hutchison, Clinical

Director at Legacy Health to arrange for me to make a presentation about the SIS EndoWrist

repair program.

Thereafter, I met in person with Jerry Hutchison sometime in the first part of July 2019

and introduced the SIS EndoWrist repair program. In the middle of July 2019, SIS began

collecting Legacy Health EndoWrists for repair and reset.

On August 8, 2019, I was invited to give a presentation via Zoom to Legacy's clinical

leadership, which I did. The subject matter of the presentation was "Si Repair and Reprocessing:

Cost Savings Opportunities." That Zoom presentation was attended by Raymond Mackay

(Director of Supply Chain); Jason Thorton (Corporate Supply Chain); Tom Haywood (Vice

President); Stacy Youngs (Vice President); and Brett McClellan (System SPD Manager).

On August 13, 2019, I received an email from Tammy Garrett, Robotic Coordinator at

Legacy Health, which thanked us for providing the EndoWrist repair and reset program and

stated: "Thus far we have no complaints from either surgeons or staff."

On November 20, 2019, I had an in-person meeting at Legacy Health with Raymond

Mackay, Jerry Hutchison (Clinical Director) and Brett McClellan. The purpose of the meeting

was to address questions they had about Intuitive's contract restrictions, which Legacy Health had

to figure out before they would be willing to proceed any further with the repair program. To my

knowledge, Legacy Health did not proceed any further.

24.    MarinHealth

SIS had no prior existing business relationship with MarinHealth. In late August or early

September 2019, I personally phoned and spoke with John Ayers, Peri-Operative Business

Manager at MarinHealth to arrange for me to make a presentation about the SIS EndoWrist repair

program.

- 15 -

I met in person with John Ayers and Johanna Torres, SPD Manager, in late September 2019, and introduced them to the SIS EndoWrist repair program. During that visit, Mr. Ayers made the decision to proceed and I picked up a couple of MarinHealth used EndoWrists to be repaired and reset. On October 7, 2019, I personally returned the repaired and reset EndoWrists to MarinHealth. Over the next 45 days or so, SIS pick up three additional orders of MarinHealth EndoWrists to be repaired and reset.

In an email dated November 25, 2019, John Ayers wrote to me: "Hey Keith, I got a lot of push back from Intuitive on this [the EndoWrist repair program]. They're going to our c-suite with their concerns."

In an email dated December 3, 2019, John Ayers wrote to me: "Keith, I'm requesting that we put a hold on any repairs with SIS until we review the letter received from Intuitive legal yesterday."

25.    Honor Health ("Honor")

Honor was an established and existing customer of SIS. As such, I had frequent and regular communications with Honor personnel in charge of the repair services provided to them by SIS, including Tim Miller and Mark Dozier. Based upon conducting business with Messrs. Miller and Dozier, I learned that both were significantly involved with Honor's supply chain administration and purchasing decisions.

I personally contacted and spoke with Tim Miller, VP of Supply Chain and/or Mark Dozier, Associate VP of Supply Chain at Honor to arrange for me to make a presentation about the SIS EndoWrist repair program.

I met with Tim Miller in person and Mark Dozier on February 5, 2020 and introduced them to the SIS EndoWrist repair program. I did not hear anything further from Mr. Miller about the repair program.

DECLARATION OF KEITH JOHNSON

26.     Methodist Hospital of Southern California ("Methodist")

Methodist was an established and existing customer of SIS. As such, I had frequent and regular communications with Methodist personnel in charge of the repair services provided to them by SIS, including Daniel Shay, Director of Materials and Roxanne Contreras, SPD Manager at Methodist. Based upon conducting business with Mr. Shay and Ms. Contreras, I learned that both were significantly involved with Methodist's supply chain administration and repair services purchasing decisions.

On August 19, 2019, I met with Mr. Shay and Barry McElyea (Clinical Director) and introduced them to the SIS EndoWrist repair program. Both gentlemen appeared eager to start using SIS to repair their EndoWrists. Mr. Shay said he was going to look into launching the program at Methodist.

In early September 2019, I personally installed large bins at Methodist to collect EndoWrists for the SIS repair and reset program. SIS, however, never collected any Methodist EndoWrists for repair.

In December 2019, I had a phone conversation with Daniel Shay during which he said Methodist would not be using the EndoWrist repair program due to their relationship with Intuitive and the terms of the Intuitive contract.

27.     Memorial Care ("Memorial")

Memorial was an established and existing customer of SIS. As such, I had frequent and regular communications with Memorial personnel in charge of the repair services provided to them by SIS, including Becky Klungrester, Clinical Director and Mary Beth Joiner, Clinical Manager. Based upon conducting business with Ms. Klungrester and Ms. Joiner, I learned that both were significantly involved with Memorial's supply chain administration and repair services purchasing decisions.

- 17 -

On August 19, 2019, I personally met with Mary Beth Joiner and Carol Hughes (Clinical Director) and introduced them to the SIS EndoWrist repair program. I also provided them with my usual documentary handouts about the program. Both Ms. Joiner and Ms. Hughes seemed eager to start using the EndoWrist repair program.

However, on October 19, 2019, I spoke by phone with Mary Beth Joiner. During that call she told me that she and Carol Hughes liked the SIS EndoWrist repair and reset program, but that she was not able to authorize repair of Memorial EndoWrists by SIS because of their contract with Intuitive.

28.    University Medical Center Irvine ("Irvine")

Irvine was an established and existing customer of SIS. As such, I had frequent and regular communications with Irvine personnel in charge of the repair services provided to them by SIS, including Charles Adams, Director of Clinical Management and Gene Abad, Director of Sourcing/Contracting at Irvine.  Based upon conducting business with Messrs. Adams and Abad, I learned that both were significantly involved with Irvine's supply chain administration and repair services purchasing decisions.

On July 31, 2019, I personally met with Mr. Adams and Mr. Abad and introduced the SIS EndoWrist repair program. Both gentlemen appeared to be greatly interested in the program.

On September 23, 2019, I had a Zoom call regarding the SIS EndoWrist repair program with David Binkley (Clinical Director) and Noreen Borrome (SPD Manager). Mr. Binkley said he was ready to start collecting EndoWrists for repair and resetting. Ms. Borrome also appeared enthusiastic about starting the repair program.

On December 18, 2019, I had an in person meeting with David Binkley, Charles Adams and Noreen Borrome about the EndoWrist repair program. During that meeting, they asked whether  the SIS EndoWrist repair and reset program would create a conflict with their Intuitive

- 18 -

contract restrictions.

On January 29, 2020, I had a phone call with David Binkley (Clinical Director) during which he told me that as much as he wanted to do the EndoWrist repair program, Irvine's Materials Management would not approve using SIS to repair their EndoWrists because of the terms of the contract with Intuitive.

29.    Kaiser Permanente ("Kaiser")

Kaiser was an established and existing customer of SIS and was a member of Vizient. As such, I had frequent and regular communications with Kaiser personnel in charge of the repair services provided to them by SIS, including Juanita R. Gomez, Brenda L Paulsen, Cara K. Kruger, Maria A Nario, Nestor Jarquin and Donald Cabrera.

At the end of July 2019, I sent documents via email to Brenda Paulsen that describe the SIS EndoWrist repair and reset program. I personally met with Dr. Albert A. Mikhail (Director of Product Efficiency and Local Director of Robotic Surgery) at Kaiser Fontana to discuss the EndoWrist repair and reset program. I also arranged for a set of repaired and reset EndoWrist instruments for Dr. Mikhail to conduct a trial in actual surgery.

At the end of August 2019, I delivered four repaired and reset EndoWrists to Brenda Paulsen at Fontana. On August 28, 2019, I received an email from Brenda Paulsen confirming receipt of the repaired and reset EndoWrists that I had delivered. She also advised me that Dr. Mikhail was planning to use those EndoWrists for a trial evaluation in actual surgery on September 11, 2019.

At the end of August 2019, I met with Juanita R. Gomez (Robotics Liaison), Brenda L Paulsen (Area Sterile Processing Director), Cara K. Kruger, and Maria A Nario to present the information about the SIS EndoWrist repair program. On September 11, 2019, I received an email from Dana Ressel (Product Implementation Manager - SBC) stating that Kaiser was still

- 19 -

considering moving forward on the trial period with nine repaired and reset EndoWrists. In an email dated the next day, September 12, 2019, to me from Dana Ressel, she stated: "I would not be concerned about expediting as we have officially been put on hold. I can let you know when that has been lifted."

On October 2, 2019, I sent via email to Nestor Jarquin and Donald T. Cabrera documentation regarding the SIS EndoWrist repair and reset program, specifically da Vinci EndoWrist Repair_2019 copy.pdf; da Vinci EndoWrist Process_2019.pdf; SIS Summary of Quality Regulatory.pdf; EndoWrist FAQs.pdf.  I also followed up with an email to Dana Ressel on October 8, 2019 asking for any updates on the plan for the SIS EndoWrist repair and reset program. I followed up with Juanita Gomez via email on October 8, 2019 asking for the status of starting the EndoWrist repair and reset program at Kaiser. Thereafter, following those emails, I reached out via email on October 29, 2019 to Nestor Jarquin, System Sourcing Director at Kaiser to arrange for me to make a Zoom presentation about the SIS EndoWrist repair program.

On December 4, 2019, I gave a Zoom presentation to Nestor Jarquin and Donald T. Cabrera about the SIS EndoWrist repair service. Although Messrs. Jarquin and Cabrera both seemed very interested in the program, they told me that Kaiser could not proceed because of contractual restrictions and Kaiser's relationship with Intuitive. They told me that if the situation changed, they would let me know.

30.     Advocate Aurora Health System ("Aurora")

Aurora was an established and existing customer of SIS. As such, I had frequent and regular communications with Aurora personnel in charge of the repair services provided to them by SIS, including Brian Mirsberger. In late July or early August 2019, I personally contacted and spoke with Brian Mirsburger, Clinical Sourcing Manager and Thomas Lubotsky, Chief Supply Chain Officer at Aurora to arrange for me to make a presentation about the SIS EndoWrist repair

DECLARATION OF KEITH JOHNSON

program.

On August 16, 2019, I met with Mr. Mirsburger in person and introduced the SIS EndoWrist repair program. I understood from my meeting with Mr. Mirsburger that both he and Mr. Lubotsky were significantly involved with Aurora's supply chain administration and purchasing decisions involving repair services.

In early September 2019, I emailed Brian Mirsberger inquiring about the status of the EndoWrist repair and reset proposal for Aurora. Mr. Mirsberger responded to me by email dated September 6, 2019 stating that: "We're working on getting the word out." He also wrote: "We see this as a big potential win, and will be giving it the appropriate attention that it deserves."

On September 13, 2019, I received an email from Brian Mirsberger which advised me that "all the regional directors of Materials Management have now been presented with this information [about the SIS EndoWrist repair program]. All of them are very interested and will be speaking their sites."

On September 25, 2019, I had a Zoom call with Aurora's clinical leadership to present the details of SIS's EndoWrist repair program. Those attending the Zoom call on behalf of Aurora included at least Johnnie Bianchin (Supply Chain), Julie Thompson (Clinical Leadership) Marge Fremouw (Director of Materials Management), and Diane Fruhstruck (Clinical Leader). Aurora's clinical leadership attending the Zoom meeting reacted very positively to my presentation.

On October 3, 2019, I participated in another Zoom call to discuss the SIS EndoWrist repair service with Jocelyn Chua (Clinical Director) and Jose Dorado (Supply Chain). SIS began collecting EndoWrists from multiple facilities in the Aurora system. On October 22, 2019, SIS invoiced Aurora for five repaired and reset EndoWrists. On October 29, 2019, SIS invoiced Aurora for another two repaired and reset EndoWrists.

Toward the end of January 2020, I spoke by phone with Brian Mirsberger during which he

- 21 -

told me that Aurora's legal department would not give the go ahead for using the SIS repair program because of the contract with Intuitive.

31.    Piedmont Healthcare ("Piedmont")

Piedmont was an established and existing customer of SIS and was a member of Vizient. As such, I had frequent and regular communications with Piedmont personnel in charge of the repair services provided to them by SIS, including Ben Haygood and Matt Lee. Based upon conducting business with Messrs. Haygood and Lee, I learned that both were significantly involved with Piedmont's supply chain administration and repair service purchasing decisions.

In August 2019, I personally contacted and spoke with Ben Haygood, Sourcing Manager at Piedmont to arrange for me to make a presentation about the SIS EndoWrist repair program.

On August 23, 2019, I met in-person with Mr. Haywood and Carol Sandbo (Clinical Resource Manager) at Piedmont's corporate supply chain offices. During that meeting I made my presentation about the SIS EndoWrist repair program. My impression was that Mr. Haywood and Ms. Sanbo were impressed with the EndoWrist repair program and were very interested to see if it could be used at Piedmont.

During September 2019, I had multiple conversations with Matt Lee (Manager Materials Management) about how the SIS repair program would operate. At that same time, SIS was collecting EndoWrists from Piedmont Fayette.

On October 16, 2019, I had a Zoom call with Ben Haygood and he told me that Piedmont needed to hold off on the SIS EndoWrist repair program because their Intuitive contract would not allow the repair of EndoWrists by a third party. Additionally, Ben told me that Piedmont was in the process of negotiating with Intuitive to obtain new robots and Piedmont was concerned that using the SIS EndoWrist repair service could interfere with those negotiations.

DECLARATION OF KEITH JOHNSON

1

2

3          I declare under penalty of perjury under the laws of the United States of America that the

4     foregoing is true and correct.

5     Dated: December 11, 2024                    _Keith Johnson_____

6                                                 Keith Johnson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 23 -

DECLARATION OF KEITH JOHNSON