# Van Hoven Decl. Ex. 2

**FILED UNDER SEAL**