# Van Hoven Decl. Ex. 3

Case 3:21-cv-03496-AMO     Document 404-4     Filed 01/07/25     Page 1 of 4

| | |
|---|---|
| From: | Matt Heick [Matt.Heick@intusurg.com] |
| Sent: | 9/14/2019 9:14:22 AM |
| To: | AJ Inacay [aj.inacay@intusurg.com] |
| CC: | Woody Groves [Woody.Groves@intusurg.com]; Jennifer Scott [Jennifer.scott@intusurg.com] |
| Subject: | FW: [EXTERNAL] FW: da Vinci EndoWrist Savings Opportunity (MS4788 - Surgical Instrument Repair) |

AJ,

Can you provide my team with assistance on dealing with SIS. They are attempting to reprocess instruments at UF Shands.

Thank you,

Matt Heick
Clinical Sales Director
GA-SC-North FL

Direct: 678.938.0102
Matt.heick@intusurg.com

Intuitive Surgical
5655 Spalding Drive
Peachtree Corners, GA 30092

INTUITIVE.

**From:** Woody Groves <Woody.Groves@intusurg.com>
**Sent:** Friday, September 13, 2019 6:09 PM
**To:** Matt Heick <Matt.Heick@intusurg.com>
**Subject:** Re: [EXTERNAL] FW: da Vinci EndoWrist Savings Opportunity (MS4788 - Surgical Instrument Repair)

Thanks Matt. Who do I need to talk to? I'm on vacation next week.

Sent from my iPhone
Woody Groves

On Sep 13, 2019, at 5:46 PM, Matt Heick <Matt.Heick@intusurg.com> wrote:

Woody,

Thanks for brining to my attention. We have a formal internal process for these situations. Let me know if you have further issues after connecting with our internal folks or if you see this surface in other accounts.

This would void their current warranty and creates patient safety issues. Happy to discuss next week upon my return from vacation...

Matt Heick
Clinical Sales Director
GA-SC-North FL

Direct: 678.938.0102
Matt.heick@intusurg.com

Intuitive Surgical
5655 Spalding Drive

Confidential                                                                                                                      Intuitive-00110252

Peachtree Corners, GA 30092

<image003.jpg>

---

**From:** Woody Groves <Woody.Groves@intusurg.com>
**Sent:** Friday, September 13, 2019 8:04 AM
**To:** Anna Samples <Anna.Samples@intusurg.com>; Jennifer Scott <Jennifer.scott@intusurg.com>; Matt Heick <Matt.Heick@intusurg.com>
**Subject:** Fwd: [EXTERNAL] FW: da Vinci EndoWrist Savings Opportunity (MS4788 - Surgical Instrument Repair)

FYI.   I'm researching our answer and response now.

Sent from my iPhone
Woody Groves

Begin forwarded message:

**From:** "Watkins, Dawn E." <WATKID@shands.ufl.edu>
**Date:** September 12, 2019 at 6:25:19 PM EDT
**To:** Woody Groves <Woody.Groves@intusurg.com>
**Cc:** "Wigglesworth, Susan J." <wiggsj@shands.ufl.edu>
**Subject: [EXTERNAL] FW: da Vinci EndoWrist Savings Opportunity (MS4788 - Surgical Instrument Repair)**

Hi Woody,

Who needs a sales force when you're on a GPO contract?  ☺

Can you help us confirm if the use of a refurbished EndoWrist would have a negative impact on our warranty?

A quick response would be great.  At this rate, we'll be asked again by Monday.

Best regards,
Dawn

Dawn Watkins, MBA, CMRP
Director of Strategic Sourcing
UF Health Shands
watkid@shands.ufl.edu
Cell: 352-246-2500

---

**From:** Cassidy,Manuela <manuela.cassidy@vizientinc.com>
**Sent:** Thursday, September 12, 2019 4:37 PM
**To:** Carroll-Mazeli, Andy <Andy.Carroll-Mazeli@jax.ufl.edu>; Wigglesworth, Susan J. <wiggsj@shands.ufl.edu>
**Cc:** Alltop, Shirley <alltos@shands.ufl.edu>; Watkins, Dawn E. <WATKID@shands.ufl.edu>; Mele, Christopher <Christopher.Mele@jax.ufl.edu>; Story,Vicky <Vicky.Story@vizientinc.com>; Price,John <john.price@vizientinc.com>
**Subject:** RE: da Vinci EndoWrist Savings Opportunity (MS4788 - Surgical Instrument Repair)

**CAUTION! This email came from outside UF or UF Health. Exercise extra caution clicking links and opening attachments from any and all senders.**

---

Confidential                                                                                                               Intuitive-00110253

Hi Andy and Susan,

Julie Birdsong, Implementation Services, Senior Director would like to know if you have any interest in setting-up a call with SIS to learn more about his category? She is looking at setting-up a time for next week. Can you please provide me your feedback?

Many thanks,
Manuela

---

**From:** Cassidy,Manuela
**Sent:** Monday, September 9, 2019 3:47 PM
**To:** 'Carroll-Mazeli, Andy' <Andy.Carroll-Mazeli@jax.ufl.edu>; Wigglesworth, Susan J. <wiggsj@shands.ufl.edu>
**Cc:** 'Alltop, Shirley' <alltos@shands.ufl.edu>; 'Watkins, Dawn E.' <WATKID@shands.ufl.edu>; Mele, Christopher <Christopher.Mele@jax.ufl.edu>; Story,Vicky <Vicky.Story@vizientinc.com>; Price,John <john.price@vizientinc.com>
**Subject:** da Vinci EndoWrist Savings Opportunity (MS4788 - Surgical Instrument Repair)

Andy and Susan,

Two of our members, Kaiser Permanente and Legacy Health System are capturing savings by using Intuitive Surgical Endowrist refurbishment products. Surgical Instrument Service Company (SIS) is now the only supplier providing refurbishment to Intuitive Surgical's da Vinci EndoWrist. SIS offers a refurbished da Vinci EndoWrist at approximately 40% savings.

Since Intuitive Surgical is an off contract vendor, there's incremental GPO volume associated with moving that spend to SIS for refurbishment in addition to over 40% on line item savings.

Please see attached initial proposed savings. Please let me know if I can schedule an onsite presentation to learn more about this category and clarify additional questions.

Thanks,

Manuela Cassidy, MBA
Enterprise Client Manager
M (904) 608-7831
manuela.cassidy@vizientinc.com

---

E-MAIL CONFIDENTIALITY NOTICE: The information transmitted in this e-mail and in any replies and forwards are for the sole use of the above individual(s) or entities and may contain proprietary, privileged and/or highly confidential information. Any unauthorized dissemination, review, distribution or copying of these communications is strictly prohibited. If this e-mail has been transmitted to you in error, please notify and return the original message to the sender immediately at the above listed address. Thank you for your cooperation.

---

NOTE THAT THIS EMAIL ORIGINATED FROM OUTSIDE OF INTUITIVE SURGICAL..
Be alert for fraudulent emails that spoof internal "@intusurg.com" email addresses. Report these or other security threats to: ITHelpNow@intusurg.com.