# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## TRIAL MINUTES

| **Date:** January 8, 2025 | **Time in Court:** 6 hours and 1 minute | **Judge:** ARACELI MARTÍNEZ-OLGUÍN |
|---|---|---|
| **Case No.:** 21-cv-03496-AMO | **Case Name:** Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc. | |

**Attorney for Plaintiff:** Richard McCaulley and Joshua Van Hoven
**Attorney for Defendant:** Kenneth Gallo, Joshua Hill, Paul Brachman, and William Michael

**Deputy Clerk:** Alexis Solorzano Rodriguez     **Court Reporter:** Ruth Levine Ekhaus

Trial Began:  January 7, 2025
Further Trial:   January 9, 2025

## **PROCEEDINGS**

Jury Trial held on 1/8/2025. Witness Greg Posdal testimony completed and Posdal excused. Exhibit Nos. 147, 279, 463, 1495, 1434, 1438, 1503, 1548, 1566, 136, 1547, and 560 admitted. Defense counsel to submit draft instruction to jury to be read by the Court before Vavoso deposition video. Parties stipulated to disregard inadvertent document shown to jury during Inacay video deposition. Plaintiff's counsel prohibited from discussing same document during evidence and closing statement. Counsel to email courtroom deputy regarding objections to exhibits to be called tomorrow by 4:00 PM.