UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

21-cv-03496-AMO   Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Araceli Martínez-Olguín | Richard McCaulley and Joshua Van Hoven | Kenneth Gallo, Joshua Hill, Paul Brachman, and William Michael |
| TRIAL DATE: | REPORTERS: | CLERK: |
| January 8, 2025 | Ruth Levine Ekhaus | Alexis Solorzano Rodriguez |

| EXHIBIT NO. | TIME OFFERED | ID | DESCRIPTION |
|---|---|---|---|
|  | 8:00 AM |  | Court called into session. Deposition designations and objections discussed. |
|  | 8:35 AM |  | Jury brought into the courtroom. |
|  | 8:36 AM |  | Greg Posdal called back to the stand. Plaintiff's counsel Richard McCaulley continued direct examination of witness. |
| 147 | 8:46 AM | 06/11/2019 Email from G. Posdal to K. Johnson re Rebotix Repair Information, with attachments | Admitted and published to the jury. |
| 279 | 8:58 AM | 04/25/2019 EndoWrist Service Procedure, by Greg Fiegel | Admitted and published to the jury. |
| 463 | 9:02 AM | 2014-04 - Document - Intuitive "Instruments and Accessories User Manual (PN 550675-06 Rev. G)" | Admitted and published to the jury. |
| 1495 | 9:10 AM | 08/22/2019 Email from C. Gibson to G. Posdal re Agreement, with attachment | Admitted and published to the jury. |
| 1434 | 9:16 AM | 02/13/2015 Rebotix Documentation, "Risk Management Report" by R. Burke | Admitted and published to the jury. |

1

| | | | |
|---|---|---|---|
| 1438 | 9:17 AM | 02/11/2016 Risk Management Report: Remanufactured Surgical EndoWrists | Admitted and published to the jury. |
| 1503 | 9:18 AM | 09/25/2019 SIS Summary of Quality and Reliability Measures | Admitted and published to the jury. |
| | 9:20 AM | | Defendant's counsel, Kenneth Gallo began cross-examination of Greg Posdal. |
| 1548 | 9:34 AM | 10/02/2019 Email chain ending with email from D. Perez to K. Johnson re Keith J SIS | Admitted and published to the jury. |
| | 10:03 AM | | Jury excused for break. Discussion regarding Plaintiff's objections to Defendant's questioning during cross-examination held. |
| | 10:10 AM | | Court in recess. |
| | 10:23 AM | | Court back in session and jury brought into courtroom. |
| 1566 | 10:58 AM | 12/07/2021 Email from M. Klenke to K. Posdal et al. re SIS/Yankee Contract and Pricing, with attachments. | Admitted and published to the jury. |
| 136 | 11:20 AM | 09/25/2019 Email chain ending in email from K. Johnson to T. Brooks et al. re UMC Tucson, with attachments | Admitted and published to the jury. |
| 1547 | 11:35 AM | 02/07/2020 Email from S. Knight to T. Ketter et al. re SIS TMC proposal, with attachments | Admitted and published to the jury. |
| | 12:03 PM | | Jury excused for lunch break. |
| | 12:19 PM | | Court in recess for lunch. |
| | 12:59 PM | | Court back in session. Deposition designation objections discussed and resolved. |
| | 1:02 PM | | Defendant's counsel, Kenneth Gallo continued cross-examination of Greg Posdal. |
| | 1:27 PM | | Plaintiff's counsel, Richard McCaulley, began re-direct examination of Greg Posdal. |

2

# TRIAL SHEET, EXHIBIT and WITNESS LIST CONTINUED

| EXHIBIT NO. | TIME OFFERED | ID | DESCRIPTION |
|---|---|---|---|
| | 1:47 PM | | Defendant's counsel, Kenneth Gallo, began re-cross examination of Greg Posdal. |
| | 1:56 PM | | Plaintiff's counsel, Richard McCaulley, continued re-direct examination of Greg Posdal. |
| | 1:58 PM | | Defendant's counsel, Kenneth Gallo, continued re-cross examination of Greg Posdal. |
| | 1:59 PM | | Greg Posdal excused from the witness stand. Jury excused for break. Court in recess. |
| | 2:06 PM | | Court back in session. Objections raised regarding deposition testimony. |
| | 2:09 PM | | Jury brought back into courtroom. Plaintiff's counsel presented video deposition of Antonio "A.J." Inacay. |
| | 2:30 PM | | Jury excused for the day. |
| | 2:43 PM | | Court in recess. |
| | 2:52 PM | | Court back in session. Counsel to email courtroom deputy regarding objections to exhibits to be called tomorrow by 4:00 PM. |
| 560 | 3:04 PM | 11/11/2019 Powerpoint - Unauthorized Remanufactured Instruments Overview | Pre-admitted outside presence of jury by stipulation of parties. |
| | 3:10 PM | | Court adjourned for the day. |

3