Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> *Plaintiff*, <br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> *Defendant*. | Case No. 3:21-cv-03496-AMO <br><br> **DEFENDANT'S PROPOSED JURY INSTRUCTION** <br><br> The Honorable Araceli Martínez-Olguín |

Pursuant to the Court's Order Re: Curative Instruction, Dkt. 412, Defendant Intuitive Surgical, Inc. submits the following proposed jury instruction in accordance with its proposal made on the record on January 9, 2025:

Members of the Jury, yesterday you heard deposition testimony that referenced the federal Food and Drug Administration ("FDA"). You will now be instructed as to two matters of fact that you are to accept as established and true:

First, Rebotix applied in 2014 for FDA clearance for its modified EndoWrists and was rejected in 2015, and Rebotix lacked FDA clearance when Plaintiff SIS worked with it.

Second, Defendant Intuitive Surgical obtained FDA clearance for the da Vinci and the EndoWrists with a limited number of uses.

I further instruct you that FDA clearance does not determine as a matter of law that a product is safe.

Dated: January 9, 2025

By: */s/ Kenneth A. Gallo*
    Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

- 1 -
DEFENDANT'S PROPOSED JURY INSTRUCTION
Case No. 3:21-cv-03496-AMO

1
2   Joshua Hill Jr. (SBN 250842)
    **PAUL, WEISS, RIFKIND, WHARTON &**
    **GARRISON LLP**
3   535 Mission Street, 24th Floor
    San Francisco, CA 94105
4   Telephone: (628) 432-5100
    Facsimile: (628) 232-3101
5   Email: jhill@paulweiss.com

6   Sonya D. Winner (SBN 200348)
    **COVINGTON & BURLINGTON LLP**
7   415 Mission Street, Suite 5400
    San Francisco, California 94105-2533
8   Telephone: (415) 591-6000
    Facsimile: (415) 591-6091
9   Email: swinner@cov.com

10  Kathryn E. Cahoy (SBN 298777)
    **COVINGTON & BURLINGTON LLP**
11  3000 El Camino Real
    5 Palo Alto Square, 10th Floor
12  Palo Alto, California 94306-2112
    Telephone: (650) 632-4700
13  Facsimile: (650) 632-4800
    Email: kcahoy@cov.com
14
    Andrew Lazerow (*pro hac vice*)
15  **COVINGTON & BURLINGTON LLP**
    One City Center 850 Tenth Street NW
16  Washington DC 20001-4956
    Telephone: (202) 662-6000
17  Facsimile: (202) 662-6291
    Email: alazerow@cov.com
18
    Allen Ruby (SBN 47109)
19  **ALLEN RUBY, ATTORNEY AT LAW**
    15559 Union Ave. #138
20  Los Gatos, California 95032
    Telephone: (408) 477-9690
21  Email: allen@allenruby.com

22
    *Attorneys for Defendant*
23  *Intuitive Surgical, Inc.*

24
25
26
27
28

- - 2 - -
DEFENDANT'S PROPOSED JURY INSTRUCTION
Case No. 3:21-cv-03496-AMO

## **CERTIFICATE OF SERVICE**

I, Kenneth A. Gallo, hereby certify that on January 9, 2025, I caused a true and correct copy of the foregoing Defendant's Proposed Jury Instruction to be electronically filed via the Court's Electronic Case Filing System, which pursuant to the Court's order of September 29, 2008, constitutes service in this action on counsel of record for Surgical Instrument Service Company, Inc.

Dated: January 9, 2025         By: */s/ Kenneth A. Gallo*
                                   Kenneth A. Gallo

                                   *Attorney for Intuitive Surgical, Inc.*