# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> Plaintiff, <br> v <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant | Case No: 3:21-cv-03496-AMO <br> The Honorable Araceli Martínez-Olguín <br> Date: <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED AS TO TX1732, TX1733, TX1734, TX1736, TX1738** |

The Court, having considered Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed (the "Motion"), Dkt. 393, Non-Party Stryker Sustainability Solutions, Inc.'s Statement In Support Of Motion To Seal, as well as material referenced in the attached exhibits, the Court finds that, pursuant to Civil L.R. 79-5, compelling reasons exist to seal TX1732, TX1733, TX1734, TX1736, and TX1738. The clerk shall maintain under seal the following documents:

| **Document** | **Portion(s) Sought to be Sealed** | **Designating Party** |
|---|---|---|
| TX1732 | Entire Document | Stryker Corporation |
| TX1733 | Entire Document | Stryker Corporation |
| TX1734 | Entire Document | Stryker Corporation |
| TX1736 | Entire Document | Stryker Corporation |
| TX1738 | Entire Document | Stryker Corporation |

IT IS SO ORDERED.

Dated: _____, 2025    _____
The Honorable Araceli Martínez-Olguín
United States District Judge