# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# TRIAL MINUTES

| **Date:** January 9, 2025 | **Time in Court:** 5 hours and 19 minutes | **Judge:** ARACELI MARTÍNEZ-OLGUÍN |
|---|---|---|
| **Case No.:** 21-cv-03496-AMO | **Case Name:** Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc. | |

**Attorney for Plaintiff:** Richard McCaulley, Joshua Van Hoven, and Anthony E. Dowell
**Attorney for Defendant:** Kenneth Gallo, Joshua Hill, Paul Brachman, William Michael, and Crystal Lohmann Parker

**Deputy Clerk:** Alexis Solorzano Rodriguez    **Court Reporter:** Ruth Levine Ekhaus

Trial Began:  January 7, 2025
Further Trial:    January 10, 2025

## PROCEEDINGS

Jury Trial held on 1/9/2025. Deposition videos of Dave Rosa and Glenn Vavoso played. Inadvertent testimony shown to jury during Vavoso deposition video. Court granted Defense counsel's request to submit proposal regarding curative jury instruction. See Dkt. No. 412. Defense counsel submitted written proposal. See Dkt. No. 413. Plaintiff to submit response on the docket by no later than 7:30 AM on Friday, 1/10/2025. Witness Jean Sargent sworn in, questioned, and excused. Witness Keith Johnson called to the stand and sworn in, testimony to be continued. Exhibit Nos. 540R, 869, 871 and 1641 admitted. Defendant's motion to strike Jean Sargent's testimony taken under consideration.

See attached trial log.