UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

21-cv-03496-AMO   Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Araceli Martínez-Olguín | Richard McCaulley, Joshua Van Hoven, and Anthony E. Dowell | Kenneth Gallo, Joshua Hill, Paul Brachman, William Michael, and Crystal Lohmann Parker |
| **TRIAL DATE:** | **REPORTERS:** | **CLERK:** |
| January 9, 2025 | Ruth Levine Ekhaus | Alexis Solorzano Rodriguez |

| EXHIBIT NO. | TIME OFFERED | ID | DESCRIPTION |
|---|---|---|---|
| | 8:05 AM | | Court called into session. Objections to exhibits and length of witness testimony discussed. |
| | 8:22 AM | | Court in recess. |
| | 8:34 AM | | Court back in session. |
| | 8:39 AM | | Jury brought into courtroom. |
| | 8:41 AM | | Plaintiff's counsel presented video deposition of Dave Rosa. |
| | 8:48 AM | | Plaintiff's counsel presented video deposition of Glenn Vavoso. |
| | 9:26 AM | | Jury excused for recess. Inadvertent evidence shown to jury in video deposition discussed. |
| | 9:28 AM | | Court in recess. |
| | 9:46 AM | | Court back in session. Court to consider Defendant's proposal regarding further jury instructions. |
| | 9:55 AM | | Court in recess. |
| | 9:58 AM | | Court back in session. Jury brought back into courtroom. |
| | 9:59 AM | | Plaintiff's counsel continued video deposition of Glenn Vavoso. |
| | 10:23 AM | | Witness Ms. Jean Sargent called to the stand and sworn in. Plaintiff's counsel, Joshua Van Hoven began direct examination. |

1

| | | | |
|---|---|---|---|
| 540R | 10:40 AM | 2016-11 - Document - Intuitive "da Vinci Xi Surgical System Instruments and Accessories User Manual (PN 551457-10 Rev. B) | Admitted and published to the jury. |
| | 11:08 AM | | Jury excused for break. Court in recess. |
| | 11:23 AM | | Court back in session. Jury brought back into courtroom. Plaintiff's counsel, Joshua Van Hoven, continued direct examination of Jean Sargent. |
| 869 | 11:41 AM | 2019-09-15 - Document - Amendment to September 1, 2016 Agreement No. MS4788 | Admitted and published to the jury. |
| | 12:21 PM | | Jury excused for lunch break. Court granted Defense counsel's request to submit proposal regarding curative jury instruction. See Dkt. No. 412. Defense counsel submitted written proposal. See Dkt. No. 413. Plaintiff to submit response on the docket by no later than 7:30 AM on Friday, 1/10/2025. |
| | 12:28 PM | | Court in recess for lunch. |
| | 1:03 PM | | Court back in session. Jury brought into the courtroom. Defense counsel, Crystal Parker, began cross examination of Jean Sargent. |
| 871 | 1:29 PM | 08/27/2019 Presentation - SIS & Vizient "da Vinci EndoWrist Service Program" | Admitted and published to the jury. |
| 1641 | 1:58 PM | Summary of SIS's Vizient-member Customers. | Admitted and published to the jury. |
| | 2:03 PM | | Plaintiff's counsel, Joshua Van Hoven, began re-direct examination of Jean Sargent. |
| | 2:13 PM | | Defense counsel, Crystal Parker, began re-cross examination of Jean Sargent. |
| | 2:15 PM | | Jean Sargent excused from the witness stand. |
| | 2:17 PM | | Witness Mr. Keith Johnson called to the stand and sworn in. Plaintiff's counsel, Richard McCaulley, began direct examination. |

2

|  | 2:31 PM |  | Jury excused for the day. Defendant's motion to strike Jean Sargent's testimony taken under consideration. |
|---|---|---|---|
|  | 2:47 PM |  | Court adjourned for the day. |