UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL MINUTES

| **Date:** January 10, 2025 | **Time in Court:** 5 hours and 15 minutes | **Judge:** ARACELI MARTÍNEZ-OLGUÍN |
|---|---|---|
| **Case No.:** 21-cv-03496-AMO | **Case Name:** Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc. | |

**Attorney for Plaintiff:** Richard McCaulley, Joshua Van Hoven, and Anthony E. Dowell
**Attorney for Defendant:** Kenneth Gallo, Joshua Hill, Paul Brachman, William Michael, and Crystal Lohmann Parker

**Deputy Clerk:** Alexis Solorzano Rodriguez         **Court Reporter:** Ruth Levine Ekhaus

Trial Began:  January 7, 2025
Further Trial:    January 13, 2025

**PROCEEDINGS**

Jury Trial held on 1/10/2025. The Court DENIED Defendant's motion to strike testimony of Jean Sargent. The Court found that Plaintiff had proffered evidence sufficient to establish a foundation for the Rule 803(3) exception to apply, and permitted limited testimony otherwise excluded by the Court's ruling on Intuitive's Motion in Limine #1. Witness Keith Johnson called back to the stand and continued testimony. Exhibit Nos. 1674-R, 1546, 232, 234R, 235, 1557, 137-R, 139, and 1514 admitted. Counsel to submit joint email proposal or competing plans for dealing with deposition testimony and exhibits due by 5:00 PM PST.
See attached trial log.