# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## TRIAL MINUTES

| **Date:** January 13, 2025 | **Time in Court:** 5 hours and 56 minutes | **Judge:** ARACELI MARTÍNEZ-OLGUÍN |
|---|---|---|
| **Case No.:** 21-cv-03496-AMO | **Case Name:** Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc. | |

**Attorney for Plaintiff:** Richard McCaulley, Joshua Van Hoven, and Anthony E. Dowell
**Attorney for Defendant:** Kenneth Gallo, Paul Brachman, William Michael, and Crystal Lohmann Parker

**Deputy Clerk:** Alexis Solorzano Rodriguez     **Court Reporter:** Ruth Levine Ekhaus

Trial Began:  January 7, 2025
Further Trial:   January 14, 2025

## PROCEEDINGS

Jury Trial held on 1/13/2025. Deposition designations and exhibit objections discussed. Plaintiff to continue sending exhibits to Defendant 48 hours in advance. Parties to send objections no later than 8:00 PM the day before to be addressed by the Court the next morning. Witness Keith Johnson questioned and excused. Deposition video of Bob DeSantis and Anthony McGrogan played. Witness Dr. T. Kim Parnell called to the stand and sworn in, testimony to be continued. Exhibit Nos. 475, 783-R, 281, and 572 admitted.
See attached trial log.