UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

21-cv-03496-AMO   Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Araceli Martínez-Olguín | Richard McCaulley, Joshua Van Hoven, and Anthony E. Dowell | Kenneth Gallo, Paul Brachman, William Michael, and Crystal Lohmann Parker |
| **TRIAL DATE:** | **REPORTERS:** | **CLERK:** |
| January 13, 2025 | Ruth Levine Ekhaus | Alexis Solorzano Rodriguez |

| EXHIBIT NO. | TIME OFFERED | ID | DESCRIPTION |
|---|---|---|---|
|  | 7:58 AM |  | Court called into session. Deposition designations and exhibit objections discussed. Plaintiff to continue sending exhibits to Defendant 48 hours in advance. Parties to send objections no later than 8:00 PM the day before to be addressed by the Court the next morning. |
|  | 8:44 AM |  | Court in recess. |
|  | 8:46 AM |  | Court back in session. Jury brought into the courtroom. Witness Keith Johnson called back to the stand. Plaintiff's counsel, Richard McCaulley, continued re-direct examination. |
|  | 8:58 AM |  | Defense counsel, Kenneth Gallo, began re-cross examination of Keith Johnson. Short deposition video of Keith Johnson played. |
|  | 9:17 AM |  | Keith Johnson excused from the witness stand. |
|  | 9:18 AM |  | Court in recess. |
|  | 9:26 AM |  | Court back in session. Jury brought into the courtroom. Plaintiff's counsel presented video deposition of Bob DeSantis. |
|  | 10:10 AM |  | Court in recess. |
|  | 10:17 AM |  | Court back in session. |
|  | 10:19 AM |  | Jury brought back into courtroom. Plaintiff's counsel continued video deposition of Bob DeSantis. |
|  | 10:24 AM |  | Plaintiff's counsel presented video deposition of Anthony McGrogan. |

1

|  | 10:46 AM |  | Witness Dr. Toby Kim Parnell called to the stand and sworn in. Plaintiff's counsel, Joshua Van Hoven began direct examination. |
|---|---|---|---|
| 475 | 11:11 AM | 02/01/2017 Document - Intuitive "ReWrite_LivesPlus5XiSiEquivalence" | Admitted and published to the jury. |
|  | 11:20 AM |  | Jury excused for break. The Court gave rulings to objections regarding deposition designations and exhibits. |
|  | 11:24 AM |  | Court in recess. |
|  | 11:31 AM |  | Court back in session. Jury brought back into courtroom. Plaintiff's counsel, Joshua Van Hoven, continued direct examination of Dr. Toby Kim Parnell. |
|  | 11:36 AM |  | Plaintiff presented demonstrative slides for direct examination of Dr. Parnell |
|  | 12:00 PM |  | Jury excused for lunch. |
|  | 12:02 PM |  | Court in recess for lunch. |
|  | 12:36 PM |  | Court back in session. |
|  | 12:44 PM |  | Court in recess. |
|  | 12:48 PM |  | Court back in session. Jury brought back into courtroom. Plaintiff's counsel, Joshua Van Hoven, continued direct examination of Dr. Toby Kim Parnell. |
| 783-R | 1:05 PM | 2014-10-09 - Document - Rebotix "Product Specification: Rebotix Remanufactured EndoWrist REF420205 Fenestrated Bipolar Forceps (Doc. No. PS-PR420205 Rev. C)" | Admitted and published to the jury. |
|  | 1:34 PM |  | Jury excused for break. |
|  | 1:35 PM |  | Court in recess. |
|  | 1:42 PM |  | Court back in session. Jury brought back into the courtroom. Plaintiff's counsel, Joshua Van Hoven, continued direct examination of Dr. Toby Kim Parnell. |
| 281 | 1:52 PM | 01/29/2019 RMA Analysis for possible life extension (2017-18) | Admitted and published to the jury. |

| 572 | 1:59 PM | 10/15/2009 Document - Intuitive "Reliability/Life Test Report for Mega SutureCut TM Needle Driver P/N 4x0309 (Doc. No. 822505-02R Rev. A)" | Admitted and published to the jury. |
|---|---|---|---|
| | 2:04 PM | | Defense counsel, Crystal Lohmann Parker, began cross-examination of Dr. Toby Kim Parnell. |
| | 2:34 PM | | Jury excused for the day. |
| | 2:41 PM | | Court adjourned for the day. |