# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# TRIAL MINUTES

| **Date:** January 14, 2025 | **Time in Court:** 5 hours and 11 minutes | **Judge:** ARACELI MARTÍNEZ-OLGUÍN |
|---|---|---|
| **Case No.:** 21-cv-03496-AMO | **Case Name:** Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc. | |

**Attorney for Plaintiff:** Richard McCaulley, Joshua Van Hoven, and Anthony E. Dowell
**Attorney for Defendant:** Kenneth Gallo, Paul Brachman, William Michael, and Crystal Lohmann Parker

**Deputy Clerk:** Alexis Solorzano Rodriguez        **Court Reporter:** Ruth Levine Ekhaus

Trial Began:  January 7, 2025
Further Trial:   January 15, 2025

## **PROCEEDINGS**

Jury Trial held on 1/14/2025. Parties to submit deposition designations and exhibit objections for Tuesday, 1/21 due by Friday, 1/17 at 9:00 AM PST. Plaintiff objected to Juror #5 continued service following her absence from trial on 1/13 and her return on 1/14. Following further conversation, Plaintiff withdrew the objection to Juror #5's continued service. The Court will provide Juror #5 the transcript from 1/13/2025 with redactions of anything not properly in front of the jury. Defendant to redact transcript and clean clip report to be provided to Juror #5 for her to take for review on Thursday, 1/16.

Witness Dr. T. Kim Parnell questioned and excused. Deposition video of Grant Duque played. Witness Dr. Russell Lamb called to the stand and sworn in, testimony to continue. Defendant requested an admonition be given to Dr. Lamb regarding not mentioning any previous litigation per prior Court ruling. Counsel to confer regarding remedy for testimony of Dr. Lamb. Timekeeping and Thursday schedule logistics discussed.
Exhibit Nos. 818, 541, 670, 671, 471, 464, 489, 509, 512, 493, 507-R, and 524-R admitted.

See attached trial log.