# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## TRIAL MINUTES

| **Date:** January 6, 2025 | **Time in Court:** 4 hours and 58 minutes | **Judge:** ARACELI MARTÍNEZ-OLGUÍN |
|---|---|---|
| **Case No.:** 21-cv-03496-AMO | **Case Name:** Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc. | |

**Attorney for Plaintiff:** Richard McCaulley, Joshua Van Hoven, and Anthony E. Dowell
**Attorney for Defendant:** Kenneth Gallo, Paul Brachman, William Michael, and Crystal Lohmann Parker

**Deputy Clerk:** Alexis Solorzano Rodriguez          **Court Reporter:** Ruth Levine Ekhaus

Trial Began:  January 7, 2025
Further Trial:    January 16, 2025

## PROCEEDINGS

Jury Trial held on 1/15/2025. Motions to seal documents and exhibit objections discussed. Witness Dr. Russell Lamb questioned and excused. Defendant requested a curative jury instruction regarding the 1/14/25 mention of prior litigation in violation of one of the Court's in limine rulings. Plaintiff objected to the proposed instruction. The Court overruled the objection, granted the request, and read a curative jury instruction regarding Dr. Russell Lamb's testimony. Witness Richard Bero called to the stand and sworn in, testimony to continue. Exhibit Nos. 769, 614-R, and 1497 admitted. Exhibit 1309-R was pre-admitted outside the presence of the jury, but it was not published to the jury. Counsel to confer on a proposal for sealed exhibits/deposition testimony and present it to the Court tomorrow, 1/16/2025.

See attached trial log.