UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

21-cv-03496-AMO    Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Araceli Martínez-Olguín | Richard McCaulley, Joshua Van Hoven, and Anthony E. Dowell | Kenneth Gallo, Paul Brachman, William Michael, and Crystal Lohmann Parker |
| **TRIAL DATE:** January 15, 2025 | **REPORTERS:** Ruth Levine Ekhaus | **CLERK:** Alexis Solorzano Rodriguez |

| EXHIBIT NO. | TIME OFFERED | ID | DESCRIPTION |
|---|---|---|---|
| | 7:59 AM | | Court called into session. Motions to seal documents and exhibit objections discussed. Defendant requested a curative jury instruction regarding the 1/14/25 mention of prior litigation in violation of one of the Court's in limine rulings. Plaintiff objected to the proposed instruction. |
| 1309-R | 8:01 AM | | Pre-admitted outside the presence of the jury, but not published to the jury. |
| | 8:35 AM | | Court in recess. |
| | 8:42 AM | | Court back in session. Jury brought into the courtroom. Witness Dr. Russell Lamb called back to the stand. Defendant's counsel, William Michael, continued cross-examination. |
| | 9:31 AM | | Plaintiff's counsel, Richard McCaulley, began re-direct examination of Dr. Russell Lamb. |
| | 9:38 AM | | Defendant's counsel, William Michael, began re-cross examination of Dr. Russell Lamb. |
| | 9:41 AM | | Jury excused for break. Dr. Russell Lamb excused from the witness stand. Proposed jury instruction from the Court discussed. |
| | 9:44 AM | | Court in recess. |
| | 9:53 AM | | Court back in session. Jury brought back into courtroom. The Court overruled Plaintiff's objection, granted Defendant's request, and read a curative jury instruction regarding Dr. Russell Lamb's testimony. |
| | 9:55 AM | | Witness Mr. Richard Bero called to the stand and sworn in. Plaintiff's counsel, Anthony E. Dowell began direct examination. |

1

| | | | |
|---|---|---|---|
| 769 | 10:27 AM | 01/24/2020 - Email - Subject: Fw: REB MEMORANDUM OF UNDERSTANDING (002) | Att.: "REB MEMORANDUM OF UNDERSTANDING (002).docx" | Admitted and published to the jury. |
| | 10:52 AM | | Court in recess. Jury excused for break. |
| | 11:16 AM | | Court back in session. Jury brought into courtroom. Plaintiff's counsel, Anthony E. Dowell continued direct examination. |
| 614 | 11:24 AM | 2020-09 - Presentation - Intuitive "Gen4 Instrument Refurbishment Pilot" | Admitted and published to the jury. |
| | 11:59 AM | | Defendant's counsel, William Michael began cross-examination of Richard Bero. |
| | 12:18 PM | | Jury excused for lunch. |
| | 12:21 PM | | Court in recess for lunch. |
| | 1:02 PM | | Court back in session. Witness Richard Bero admonished by the Court to make no reference to other lawsuits at request from counsel. |
| | 1:07 PM | | Jury brought into the courtroom. Defendant's counsel, William Michael continued cross-examination of Richard Bero. |
| 1497 | 1:16 PM | 07/11/1905 Collection of SIS Invoices | Admitted and published to the jury. |
| | 1:46 PM | | Court in recess. Jury excused for break. |
| | 1:53 PM | | Court back in session. Jury brought into courtroom. Defendant's counsel, William Michael continued cross-examination of Richard Bero. |
| | 2:31 PM | | Jury excused for the day. Counsel to confer on a proposal for sealed exhibits/deposition testimony and present it to the Court tomorrow, 1/16/2025. |
| | 2:34 PM | | Court adjourned for the day. |