UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# TRIAL MINUTES

| **Date:** January 16, 2025 | **Time in Court:** 3 hours and 12 minutes | **Judge:** ARACELI MARTÍNEZ-OLGUÍN |
|---|---|---|
| **Case No.:** 21-cv-03496-AMO | **Case Name:** Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc. | |

**Attorney for Plaintiff:** Richard McCaulley, Joshua Van Hoven, and Anthony E. Dowell
**Attorney for Defendant:** Kenneth Gallo, Paul Brachman, William Michael, and Crystal Lohmann Parker

**Deputy Clerk:** Alexis Solorzano Rodriguez    **Court Reporter:** Ruth Levine Ekhaus

Trial Began:  January 7, 2025
Further Trial:   January 21, 2025

## PROCEEDINGS

Jury Trial held on 1/16/2025. Plaintiff noted anticipated close of its case-in-chief on 1/21/25. Logistics regarding trial schedule on 1/21 discussed. Defendant to send Plaintiff disclosures regarding its first day of its presentation of evidence by 2:30 PM on 1/17/2025. Deposition designations and objections discussed. Procedure for presentation of sealed deposition designations discussed. Defendant to email courtroom deputy proposed order allowing surgical instruments back into the courtroom on 1/21/25.

Exhibit 1309-R stricken from admitted exhibits record. Witness Richard Bero called back to the stand, questioned, and excused. Witness Kurt Humphrey called to the stand, sworn in, and excused. Deposition videos of Nikola Goodson, Katie Scoville, and Sharathchandra "Shark" Somayaji played for jury. Because Plaintiff concluded the trial day early, they waived the remaining trial time scheduled for 1/16/25.

Defendant previewed that it intended to present a Rule 50 next week after Plaintiff's case-in-chief. Defendant granted leave to file brief no longer than 10 pages to be filed on day of motion, Plaintiff not to file a response unless requested by the Court.

See attached trial log.