UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

21-cv-03496-AMO   Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Araceli Martínez-Olguín | Richard McCaulley, Joshua Van Hoven, and Anthony E. Dowell | Kenneth Gallo, Paul Brachman, William Michael, and Crystal Lohmann Parker |
| **TRIAL DATE:** | **REPORTERS:** | **CLERK:** |
| January 16, 2025 | Ruth Levine Ekhaus | Alexis Solorzano Rodriguez |

| EXHIBIT NO. | TIME OFFERED | ID | DESCRIPTION |
|---|---|---|---|
|  | 7:58 AM |  | Court called into session. Plaintiff noted anticipated close of its case-in-chief on 1/21/25. Logistics regarding trial schedule on 1/21 discussed. Defendant to send Plaintiff disclosures regarding its first day of its presentation of evidence by 2:30 PM on 1/17/2025. Deposition designations and objections discussed. Procedure for presentation of sealed deposition designations discussed. Exhibit 1309-R stricken from admitted exhibits record. |
|  | 8:09 AM |  | Court in recess. |
|  | 8:31 AM |  | Jury brought into the courtroom. Witness Mr. Richard Bero called back to the stand. Defendant's counsel, William Michael continued cross-examination of Richard Bero. |
| 1572 | 8:33 AM | 12/31/2019 SIS's 2019 Income Statement | Admitted and published to the jury. |
| 1573 | 8:34 AM | 12/31/2020 SIS's 2020 Income Statement | Admitted and published to the jury. |
| 1700 | 8:35 AM | Financial Statements and Accountants' Compilation Report SIS as of and for the Years Ended December 31, 2021 and 2020 | Admitted and published to the jury. |
| 1699 | 8:37 AM | Financial Statements and Accountants' Compilation Report SIS as of and for the Years Ended December 31, 2023 and 2022 | Admitted and published to the jury. |

1

|  | 8:41 AM |  | Plaintiff's counsel, Anthony E. Dowell began re-direct examination of Richard Bero. |
|---|---|---|---|
|  | 8:59 AM |  | Defendant's counsel, William Michael began re-cross examination of Richard Bero. |
|  | 9:02 AM |  | Plaintiff's counsel, Anthony E. Dowell began re-direct examination of Richard Bero. |
|  | 9:03 AM |  | Richard Bero excused from the witness stand. Court in recess. |
|  | 9:07 AM |  | Court back in session. Jury brought into the courtroom. |
|  | 9:08 AM |  | Witness Mr. Kurt Humphrey called to the stand and sworn in. Plaintiff's counsel, Anthony E. Dowell began direct examination. |
| 352 | 9:22 AM | 01/01/2024 DS28EC20 20kb1Wire EEPROM Datasheet | Admitted and published to the jury. |
| 879 | 9:24 AM | 2014 - Document - Atmel "CryptoRF EEPROM Memory Full Specification" | Admitted and published to the jury. |
| 651 | 9:28 AM | 2019-11 - Presentation - Intuitive "Instrument Security Analysis" | Admitted and published to the jury. |
| 643 | 9:38 AM | 05/07/2018 - Email - Subject: reprogrammed instruments and Si portfolio | Admitted and published to the jury. |
| 638 | 9:43 AM | 10/21/2019 - Email - Subject: RE: Gamma Compatible RFID | Admitted and published to the jury. |
|  | 9:48 AM |  | Defendant's counsel, Crystal Lohmann Parker began cross-examination of Kurt Humphrey. |
| 573-R | 10:12 AM | 09/29/2011 - Presentation - Orion "IS4000 8mm Base Instruments CDR (PN 819005-03 Rev A)" | Admitted and published to the jury. |
|  | 10:13 AM |  | Jury excused for break. Court in recess. |
|  | 10:24 AM |  | Court back in session. |

2

# TRIAL SHEET, EXHIBIT and WITNESS LIST CONTINUED

| EXHIBIT NO. | TIME OFFERED | ID | DESCRIPTION |
|---|---|---|---|
|  | 10:29 AM |  | Jury brought into the courtroom. Defendant's counsel, Crystal Lohmann Parker continued cross-examination of Kurt Humphrey. |
|  | 10:41 AM |  | Sidebar. |
|  | 10:43 AM |  | Sidebar concluded. Defendant's counsel, Crystal Lohmann Parker continued cross-examination of Kurt Humphrey. |
|  | 10:46 AM |  | Kurt Humphrey excused from the witness stand. |
|  | 10:47 AM |  | Plaintiff's counsel presented video deposition of Nikola Goodson. |
| 553-R | 11:00 AM | 2019-07-29 - Email - Subject: "RE: Collection & Refurbishment Pilot" | Admitted and published to jury during video deposition of Katie Scoville. |
|  | 11:01 AM |  | Plaintiff's counsel presented video deposition of Katie Scoville. |
|  | 11:20 AM |  | Jury excused for break. |
|  | 11:25 AM |  | Court in recess. |
|  | 11:45 AM |  | Court back in session. Jury brought back in courtroom. |
|  | 11:46 AM |  | Plaintiff's counsel presented video deposition of Sharathchandra "Shark" Somayaji. |
| 933-R | 11:47 AM |  | Admitted and published to jury during video deposition of Sharathchandra "Shark" Somayaji. |
| 934 | 11:47 AM |  | Admitted and published to jury during video deposition of Sharathchandra "Shark" Somayaji. |
|  | 11:58 AM |  | Jury admonished by the Court before dismissal for the week. |
|  | 12:00 PM |  | Jury excused for the day and rest of the week. |
|  | 12:01 PM |  | Court in recess. |

3

|  | 12:07 PM |  | Court back in session. Because Plaintiff concluded the trial day early, they waived the remaining trial time scheduled for 1/16/25. Defendant previewed that it intended to present a Rule 50 next week after Plaintiff's case-in-chief. Defendant granted leave to file brief no longer than 10 pages to be filed on day of motion, Plaintiff not to file a response unless requested by the Court. Defendant to email courtroom deputy proposed order allowing surgical instruments back into the courtroom on 1/21/25. |
|  | 12:15 PM |  | Court adjourned for the day. |