# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., | Case No. 3:21-cv-03496-AMO |
| *Plaintiff*, | |
| v. | **[PROPOSED]** ORDER ALLOWING ENTRY OF MEDICAL DEVICE EQUIPMENT INTO THE COURTHOUSE |
| INTUITIVE SURGICAL, INC., | |
| *Defendant*. | The Honorable Araceli Martínez-Olguín |

1          GOOD CAUSE APPEARING, the Court orders the United States Marshals

2    Service and/or Federal Security Services to allow into the Federal Courthouse and into

3    Courtroom 10 on the 19th floor, on January 21, 2025, the items listed below for use at trial.

4          <u>Equipment</u>: Assorted EndoWrist surgical instruments

8    **IT IS SO ORDERED.**

9    Dated:  January 17, 2025        By: _____

10                                HON. ARACELI MARTÍNEZ-OLGUÍN

                                             United States District Judge