- 1 -

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> *Defendant.* | Case No. 3:21-cv-03496-AMO <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW** <br><br> The Honorable Araceli Martínez-Olguín |

- 1 -
[PROPOSED] ORDER RE MOTION FOR JUDGMENT AS A MATTER OF LAW
Case No. 3:21-cv-03496-AMO

Upon consideration of Defendant's Notice of Motion and Motion for Judgment As A Matter of Law, IT IS HEREBY ORDERED that the motion is GRANTED. The Court grants judgment as a matter of law in favor of Intuitive as to:

1. SIS's Counts I–IV;
2. SIS's claims for damages after November 2022.

**IT IS SO ORDERED.**

Dated:                                      By: _____
                                            HON. ARACELI MARTÍNEZ-OLGUÍN
                                            United States District Judge