**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**TRIAL MINUTES**

| **Date:** January 21, 2025 | **Time in Court:** 5 hours and 17 minutes | **Judge:** ARACELI MARTÍNEZ-OLGUÍN |
|---|---|---|
| **Case No.:** 21-cv-03496-AMO | **Case Name:** Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc. | |

**Attorney for Plaintiff:** Richard McCaulley and Joshua Van Hoven
**Attorney for Defendant:** Kenneth Gallo, Paul Brachman, and William Michael

**Deputy Clerk:** Alexis Solorzano Rodriguez          **Court Reporter:** Ruth Levine Ekhaus

Trial Began:  January 7, 2025
Further Trial:     January 22, 2025

**PROCEEDINGS**

Objections to deposition designations discussed. The Court issued rulings on objections as stated on the record. Plaintiff presented video depositions of Daniel Jones, Colin Morales, Ronald Bair, Kevin May, Edward Harrich, Clif Parker, Stan Hamilton, Glenn Papit, and Chris Gibson. Plaintiff rested.

Defendant moved under Fed. R. Civ. P. 50 for judgment as a matter of law following the close of Plaintiff's case-in-chief. The Court heard oral argument from both Defendant and Plaintiff and granted Defendant leave to file a written brief.  The Court took the motion under submission.  As stated earlier in the proceedings, Plaintiff not to file a response unless requested by the Court.

Witness David Rosa called to the stand, sworn in, and questioned, his testimony to continue.

Exhibit Nos. 606, 614-R, 1688, 1698, 769, and 1691 admitted.
Physical Exhibit Nos. 1644.008, 1644.009, and 1644.010 admitted.
Court Exhibit No. 1 – Materials for Juror No. 5 admitted.

See attached trial log.