UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

21-cv-03496-AMO   Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Araceli Martínez-Olguín | Richard McCaulley and Joshua Van Hoven | Kenneth Gallo, Paul Brachman, and William Michael |
| TRIAL DATE: | REPORTERS: | CLERK: |
| January 21, 2025 | Ruth Levine Ekhaus | Alexis Solorzano Rodriguez |

| EXHIBIT NO. | TIME OFFERED | ID | DESCRIPTION |
|---|---|---|---|
|  | 8:03 AM |  | Court called into session. Objections to deposition designations discussed. The Court issued rulings on objections as stated on the record. |
|  | 8:33 AM |  | Court in recess. |
|  | 8:36 AM |  | Court back in session. Jury brought into the courtroom. |
|  | 8:38 AM |  | Court in recess. Jury excused for short break. |
|  | 8:55 AM |  | Court back in session. Jury brought back into the courtroom. Plaintiff's counsel presented video deposition of Daniel Jones. |
| 606 | 9:01 AM | 08/21/2017 Email - Subject: RE: Cost for Setting up "dragon" business and Att.: "US X&Xi Instrument Collection & Cleaning Cost Model 8.21.17.xlsx" | Admitted and published to jury during video deposition of Colin Morales. |
| 614-R | 9:01 AM | 2020-09 - Presentation - Intuitive "Gen4 Instrument Refurbishment Pilot" | Admitted and published to jury during video deposition of Colin Morales. |
|  | 9:01 AM |  | Plaintiff's counsel presented video deposition of Colin Morales. |
|  | 9:27 AM |  | Plaintiff's counsel presented video deposition of Ronald Bair, Jr. |
|  | 9:43 AM |  | Plaintiff's counsel presented video deposition of Kevin May. |

1

| | | | |
|---|---|---|---|
| | 9:57 AM | | Courtroom sealed. |
| | 9:59 AM | | Sidebar. |
| | 10:00 AM | | Sidebar concluded. |
| | 10:02 AM | | Plaintiff's counsel presented sealed portion of video deposition of Kevin May. |
| | 10:06 AM | | Court unsealed and reopened. Court in recess. Jury excused for break. |
| | 10:18 AM | | Court back in session. Materials for Juror No. 5 admitted as Court Exhibit No. 1. |
| | 10:23 AM | | Jury brought back into the courtroom. |
| 1688 | 10:24 AM | Pullman Regional Hospital Website - Da Vinci Surgical Robotics | Admitted and published to jury during video deposition of Edward Harrich. |
| | 10:24 AM | | Plaintiff's counsel presented video deposition of Edward Harrich. |
| | 11:02 AM | | Plaintiff's counsel presented video deposition of Clif Parker. |
| | 11:19 AM | | Courtroom sealed. |
| | 11:20 AM | | Plaintiff's counsel presented sealed portion of video deposition of Clif Parker. |
| | 11:23 AM | | Jury excused for break. Court unsealed and reopened. Court in brief recess. |
| | 11:31 AM | | Court back in session. |
| | 11:34 AM | | Court in recess. |
| | 11:36 AM | | Court back in session. |
| | 11:37 AM | | Jury brought into the courtroom. |
| | 11:39 AM | | Plaintiff's counsel presented video deposition of Stan Hamilton from 2021. |
| | 11:46 AM | | Plaintiff's counsel presented video deposition of Stan Hamilton from 2022. |
| 1698 | 12:02 PM | 11/12/2019 Email chain ending in email from J. Herdman to J. Freehling et al. re Octover Rebotix repair Savings | Admitted and published to jury during video deposition of Glenn Papit. |
| | 12:03 PM | | Plaintiff's counsel presented video deposition of Glenn Papit. |

# TRIAL SHEET, EXHIBIT and WITNESS LIST CONTINUED

| EXHIBIT NO. | TIME OFFERED | ID | DESCRIPTION |
|---|---|---|---|
| | 12:39 PM | | Jury excused for lunch. |
| | 12:44 PM | | Court in recess for lunch. |
| | 1:08 PM | | Court back in session. |
| | 1:13 PM | | Jury brought back into the courtroom. |
| 769 | 1:13 PM | 01/24/2020 - Email - Subject: Fw: REB MEMORANDUM OF UNDERSTANDING (002) \| Att.: "REB MEMORANDUM OF UNDERSTANDING (002).docx" | Admitted and published to jury during video deposition of Chris Gibson. |
| 1691 | 1:13 PM | 02/04/2019 Email chain ending with email from C. Gibson to J. Dulaney re Premier Custom Contract - RFP, with attachment. | Admitted and published to jury during video deposition of Chris Gibson. |
| | 1:13 PM | | Plaintiff's counsel presented video deposition of Chris Gibson. |
| | 1:42 PM | | Plaintiff rested. Jury excused for break. |
| | 1:43 PM | | Defendant moved under Fed. R. Civ. P. 50 for judgment as a matter of law following the close of Plaintiff's case-in-chief. The Court heard oral argument from both Defendant and Plaintiff and granted Defendant leave to file a written brief. The Court took the motion under submission. As stated earlier in the proceedings, Plaintiff not to file a response unless requested by the Court. |
| | 2:00 PM | | Court in recess. |
| | 2:06 PM | | Court back in session. Jury brought back into the courtroom. |
| | 2:07 PM | | Witness Mr. David Rosa called to the stand and sworn in. Defendant's counsel, William Michael began direct examination. |
| 1644.008 | 2:17 PM | Lenny instrument arm and instrument | Physical exhibit admitted and shown to jury. |
| 1644.009 | 2:25 PM | Mona EndoWrist | Physical exhibit admitted and shown to jury. |

3

| | | | |
|---|---|---|---|
| 1644.010 | 2:28 PM | EndoWrist from da Vinci Standard | Physical exhibit admitted and shown to jury. |
| | 2:31 PM | | Jury excused for the day. |
| | 2:32 PM | | Court adjourned for the day. |