UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL MINUTES

| **Date:** January 22, 2025 | **Time in Court:** 5 hours and 12 minutes | **Judge:** ARACELI MARTÍNEZ-OLGUÍN |
|---|---|---|
| **Case No.:** 21-cv-03496-AMO | **Case Name:** Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc. | |

**Attorney for Plaintiff:** Richard McCaulley and Joshua Van Hoven
**Attorney for Defendant:** Kenneth Gallo, Paul Brachman, William Michael, and Joshua Hill

**Deputy Clerk:** Alexis Solorzano Rodriguez        **Court Reporter:** Debra Pas

Trial Began:  January 7, 2025
Further Trial:    January 23, 2025

## PROCEEDINGS

Jury Trial held on 1/22/2025. Deposition designation objections discussed. The Court issued rulings as described on the record. The Court heard additional oral argument from both Defendant and Plaintiff regarding Defendant's motion under Fed. R. Civ. P. 50 for judgment as a matter of law. The Court DENIED Defendant's motion for judgment as a matter of law [426] for reasons stated on the record.

The Court ordered the parties to amend their lists of proposed jury instructions and verdict forms to conform to the evidence presented at trial. Assuming enumeration of the proposed jury instructions as set forth in the parties' joint submission, Dkt. No. 266, each party shall submit a list striking through the proposed instructions that it deems unnecessary for presentation to the jury. In addition, each party shall re-submit its proposed verdict form, also amended to conform to the evidence presented at trial. No further briefing or argument may be submitted. The Court ordered the parties to file their respective submissions on the docket by 1/23/2025 at 5:00 PM PST.

Witness David Rosa called back to the stand, testimony to continue.

Exhibit Nos. 602-R, 1633.003-R, 1634.323, 616-R, 1642, 1585-R, 1632.022-R, 1389, 1323, 1314, 1325, and 1394 admitted.

See attached trial log.