# EXHIBIT 24

to

**Declaration of Kenneth A. Gallo in Support of Defendant's Motion for Reconsideration or, in the Alternative, for Certification of an Interlocutory Appeal**

K143619 - J2
Acknowledgment
Letter

CONFIDENTIAL

REBOTIX077545

| | |
|---|---|
| **From:** | Ryan Burke |
| **To:** | Joe Morrison; Jeff Bua |
| **Subject:** | Fwd: K143619/S2 ACK LETTER |
| **Date:** | Thursday, April 09, 2015 1:01:35 PM |
| **Attachments:** | K143619 S2.pdf |

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: "Sung, Charis *" <Charis.Sung@fda.hhs.gov>
Date: 04/09/2015 12:49 PM (GMT-05:00)
To: Ryan Burke <rburke@ajwtech.com>
Cc: DCCLetters <DCCLetters@fda.hhs.gov>
Subject: K143619/S2 ACK LETTER

CONFIDENTIAL                                                                                                    REBOTIX077546



DEPARTMENT OF HEALTH AND HUMAN SERVICES          Public Health Service

**Acknowledgment Letter**

U.S. Food and Drug Administration
Center for Devices and Radiological Health
Document Control Center WO66-G609
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

04/09/2015

Ryan Burke
Regulatory and Quality Consultant
AJW Technology Consultants, Inc
445 Apollo Beach Blvd
Apollo Beach, FL 33572
United States

Dear Ryan Burke:

The Center for Devices and Radiological Health (CDRH) of the Food and Drug Administration (FDA) has received your submission. This submission has been assigned the unique document control number below. Please refer prominently to this number in all future correspondence that relates to this submission. Failure to do so may result in processing delays. If the 'Applicant' identified below is incorrect, please notify the 510(k) Staff immediately at (301) 796-5640.

    Submission Number: K143619/S002
    Received: 04/09/2015
    Applicant: Rebotix, LLC
    Device: Potts Scissors, Large Needle Driver, Round Tip Scissors, DeBakey Forceps, Long Tip Forceps

We will notify you when the processing of your 510(k) has been completed or if any additional information is required. YOU MAY NOT PLACE THIS DEVICE INTO COMMERCIAL DISTRIBUTION UNTIL YOU RECEIVE A LETTER FROM FDA ALLOWING YOU TO DO SO.

If any additional information is required, we will notify you via an Acceptance Review communication, Additional Information (AI) request, and/or Interactive Review communication. For additional information on these types of communication and their effect on the FDA Review Clock (if any), please refer to the following guidance documents:

    "FDA and Industry Actions on Premarket Notification (510(k)) Submissions: Effect on FDA Review Clock and Goals" at
    http://www.fda.gov/medicaldevices/deviceregulationandguidance/guidancedocuments/ucm089735.htm.

    "Refuse to Accept Policy for 510(k)s" at
    http://www.fda.gov/downloads/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/UCM315014.pdf.

    "Types of Communication During the Review of Medical Device Submissions" at
    http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/ucm341918.htm.

When responding to an information request that stops the FDA Review Clock (e.g., an AI request or refuse to accept (RTA) decision), you must submit your complete response with valid electronic copy (eCopy) to the Document Control Center (DCC) at the above address. An incomplete response or a response sent any other way (e.g., to another address or via email) will **not** be considered an official response and will not restart the FDA Review Clock. For more information about FDA's eCopy program, including the new technical standards for an eCopy, refer to the guidance document, "eCopy Program for Medical Device Submissions" at
http://www.fda.gov/downloads/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/UCM313794.pdf

CONFIDENTIAL                                                                                  REBOTIX077547

To learn more about the overall 510(k) submission process, please refer to our website at
http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/HowtoMarketYourDevice/PremarketSubmissions/PremarketNotification510k/default.htm.

If you have any procedural or policy questions, please refer to our website at
http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm or contact the Division of Industry and Consumer Education (DICE) at its toll-free number (800) 638-2041, (301) 796-7100, or
DICE@fda.hhs.gov.

Sincerely yours,

Marjorie Shulman
Director, 510(k) Program
Premarket Notification (510(k)) Staff
Office of Device Evaluation
Center for Devices and Radiological Health

CONFIDENTIAL                                                                 REBOTIX077548