# EXHIBIT 25

to

# Declaration of Kenneth A. Gallo in Support of Defendant's Motion for Reconsideration or, in the Alternative, for Certification of an Interlocutory Appeal

REBOTIX, LLC

MANAGEMENT REVIEW MEETING

Date: May 4, 2015

Attendees: David Mixner, Jeff Bua, Joe Morrison

For financial and business considerations, Rebotix will not initiate production or ship remanufactured Endowrists until receiving marketing clearance from FDA. The 510 k application is currently under review.

In addition, no product can be shipped until labeling change is completed and approved. Labeling change is initiated per DCN 2015-011.

1. Review of Quality Plan, Quality Policy and Quality Objectives:
   Quality Policy: Quality Policy is approved without change.
   Quality Plan: The 2015 Quality Plan was reviewed and approved.
   Quality Objectives:

   A. 2014 Quality Objectives Review:

      Objective 1 Complete Endowrist Design: Initial Design Complete. Design changes currently under consideration: Update labeling/IFU (DCN 2015-011); Add additional life cycle (DCN 2015-012)

      Objective 2 Complete Endowrist Risk Management: Risk Management for design process complete. Will review and update as applicable for design or process changes.

      Objective 3 Finalize Quality System: Quality system is in place. Prior to initiating production, review post market and administrative processes to ensure properly support planned production activities.

      Objective 4 Develop Production Process: Production process is sufficiently developed for current status of project. Future development will depend on the company's ultimate plans for going to market with product.

      Objective 5 Establish Production and Process Plan: Production and process Planning is sufficiently developed for current status of project. Future development and establishment of specific goals will depend on the company's ultimate plans for going to market with product.

2. Audits:   Internal Audit for Rebotix is scheduled for May 19 & 20, 2015 by AJW Technology Consultants. DQS compliance audit scheduled for June 17, 2015.

HIGHLY CONFIDENTIAL
REBOTIX081742

3. <u>Customer Complaints:</u>  There have been no complaints. Rebotix has not shipped any products. Complaint system has been established as part of quality system. Complaint system review would be part of system review prior to shipping product.

4. <u>Customer and/or Market Feedback:</u> Customers interest is very high based on input to owner David Mixner and marketing team Glenn Papit and Chris Gibson. Multiple customers have expressed interest in exclusive service arrangements or outright purchase of technology. If Rebotix goes into production, Customer satisfaction will be determined by all sources of customer feedback. Rebotix will be pro-active in evaluating its ability to meet customer needs and obtaining customer feedback. Owner David Mixner, Marketing Director Glenn Papit and Client Relations Director-Chris Gibson will maintain regular customer contact. Glenn Papit will provides marketing, direct customer contact, tracks all sales and monthly analysis of total sales by product/customer. Chris Gibson will manage daily customer service and manages customer orders.

5. <u>Corrective and Preventive Action (CAPA):</u>  The CAPA system has been established as part of quality system. One CAPA has been initiated: CPA 2014-001 for training/effectiveness. The corrective and preventive actions have been completed. Effectiveness review due to be completed by May 15, 2015. In addition CAPA CPA 2015-001 is under draft. The CAPA will cover improvements to the interceptor software documentation and is being managed by consultant Jay Schuenke (Horizon Product Development).

6  <u>Product and Process Performance:</u>

   Process Performance: No products are currently in production. Once in production, Rebotix will monitor product performance and has instituted appropriate quality system procedures including: Complaint, Corrective and Preventive Action, Nonconforming Materials, MDR, Product Recall, Feedback, and a Quality Review Board. In addition, Rebotix will track: Complaint rates, remanufacture times, and employee productivity.

   Production/Design Process: Rebotix design team is currently in the process of two design changes:
   - Updating labeling to match those of the OEM (DCN 2015-011)
   - Adding an additional life cycle (11 uses) to the existing remanufacture models (DCN 2015-012).

   Vendor controls are in place with purchasing, vendor approval, incoming inspection, Nonconforming materials and lot control processes in place.

   Vendor part orders for 2014 through April 30 2015 are in the attached vendor PO index. All orders were successfully received with no non-conformances.

HIGHLY CONFIDENTIAL

7. <u>Follow up actions from previous management review meetings:</u> N/A.

8. <u>Recommendations for Improvement:</u> Continue current design activities and quality system development per Quality Plan.

9. <u>Quality Management System Review</u>: Quality System is effective and suitable for company's needs.

   Equipment / Calibrations: Equipment calibration procedure is in place as part of quality system. 2015 calibrations have been performed by PreciseCal Services. Equipment installation and maintenance procedures in place as part of quality system.

   Risk Management: Risk Management has been completed through the initial design process, including process FMEA. Additional Risk Management will be performed as appropriate for any design change. Risk Management procedure has been established as part of the quality system including post market activities.

   <u>Resource Needs:</u>
   <u>-Building:</u> No changes to building currently planned.
   Once remanufacture production commences, needs will be monitored and reviewed as necessary.

   <u>-Equipment:</u> No additional equipment currently needed. Prior to commencement of production, add US cleaner. Once remanufacture production commences, needs will be monitored and reviewed as necessary.

   <u>-Personnel:</u> No additional personnel will be added until FDA approval and pre-production planning.

10. <u>Failure and Trend Analysis:</u> Complaint and Feedback procedures, management review and quality review board are established in quality system. The specific processes for performing and documenting failure and trend analysis are currently under development and will be established as part of pre-production review.

11. <u>Training:</u> Training procedure and documentation system is in place.

**HIGHLY CONFIDENTIAL**                                                                 REBOTIX081744

12. <u>Regulartory Requirements:</u> Regulatory requirements are set forth in QSM with any product specific requirements set forth the applicable product specification.

_____
David Mixner

_____
Jeff Bua

_____
Joe Morrison

HIGHLY CONFIDENTIAL

REBOTIX081745

Vendor PO Index – 2014, Jan-April 2015

| Number | Description | QTY | P.O. | Date | Vendor |
|---|---|---|---|---|---|
| 1 | PR1003-002 Interceptor PCB | 1023 | RP001 | Partial 752 01/13/14 | QCMS |
| 2 | PR1003-002 Interceptor PCB | 1023 | RP079 | 12/01/14 | QCMS |
| 3 | PR1004-002 Loctite 5031 Conformal Coating | 10 | RP021 A | 01/13/2014 | Dist: Hisco Manuf: Loctite |
| 4 | PR1004-002 Loctite 5031 Conformal Coating | 10 | RP112 | 04/10/2015 | Dist: Hisco Manuf: Loctite |
| 5 | PR1045-002 Bipolar Pins | 1000 | RP006 | 02/03/2014 | Swiss Tech |
| 6 | PR1078-002 Banana Plug "Non-Modified" | 100 | RP065 | 06/27/2014 | Dist: Mouser Manuf: Pamona |
| 7 | PR1078-002 Banana Plug "Non-Modified" | 500 | RP088 | 10/29/2014 | Dist: Mouser Manuf: Pamona |
| 8 | PR1081-002 Eyelet Crimp | 1000 | RP084 | 10/01/2014 | Panduit |
| 9 | PR1083-002 Banana Plug "Modified" | 100 | RP067 | 07/08/2014 | Menchen & Associates |
| 10 | PR1083-002 Banana Plug "Modified" | 500 | RP093 | 11/16/2014 | Menchen & Associates |
| 11 | PR1102-002 Torx Screw | 500 | RP012 | 01/06/2014 | McMaster Carr |
| 12 | PR1136-002 Alpha NR-205 Flux | 5 | RP111 | 02/12/2015 | Dist: Hisco Manuf: Alpha |
| 13 | PR1142-002 Cermark LMC-6044P | 1 | RP023 | 02/14/2014 | Dist: Thermark Manuf: Ferro |
| 14 | PR1142-002 Cermark LMC-6044P | 3 | RP078 | 03/26/2014 | Dist: Thermark Manuf: Ferro |
| 15 | PR1145-002 Tip Protector | 50ft | RP016 | 01/29/2014 | Fischer Scientific |
| 16 | PR1145-002 Tip Protector | 100ft | RP082 | 09/30/2014 | Fischer Scientific |
| 17 | PR1166-002 Wax Ribbon | 6 | RP054 | 05/15/2014 | Peripheral Services Inc |
| 18 | PR1167-002 Z-Perform 2000T Labels | 4872 | RP054 | 05/14/2014 | Peripheral Services Inc |
| 19 | PR1173-002 Export only Labels | 1000 | RP098 | 12/15/2014 | GMP Labeling, Inc |

HIGHLY CONFIDENTIAL                                                                                                         REBOTIX081746