# EXHIBIT 35

to

**Declaration of Kenneth A. Gallo in Support of Defendant's Motion for Reconsideration or, in the Alternative, for Certification of an Interlocutory Appeal**

# Filed Under Seal