# EXHIBIT 6

## to

## DECLARATION OF PAUL D. BRACHMAN IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF SIS'S EVIDENTIARY PROFFER REGARDING INTUITIVE'S MOTION IN LIMINE #1

Message
___

| | |
|---|---|
| **From**: | Kirwan, Perry [Perry.Kirwan@bannerhealth.com] |
| **Sent**: | 3/2/2020 3:50:07 PM |
| **To**: | Keith Johnson [krjohnson@sis-usa.com] |
| **Subject**: | RE: intuitive letter on reprocessing |

No I don't.  Allegedly – Dr Patel is supposed to be in this meeting this afternoon so hoping I can get with him afterwards and see if we can breath some action back into this.   I do know one thing – this isn't going to move an inch without him.

---

**From:** Keith Johnson <krjohnson@sis-usa.com>
**Sent:** Monday, March 2, 2020 2:45 PM
**To:** Kirwan, Perry <Perry.Kirwan@bannerhealth.com>
**Subject:** [EXTERNAL] RE: intuitive letter on reprocessing

Do you think our robotic program is dead at Banner?




**Keith Johnson | Executive Vice President**
Sales and Clinical Programs
**Surgical Instrument Service Co., Inc.**
Corp: 800.747.8044 | Cell: 623.687.5056
www.sis-usa.com




-------- Original message --------
From: "Kirwan, Perry" <Perry.Kirwan@bannerhealth.com>
Date: 3/2/20 1:27 PM (GMT-07:00)
To: Keith Johnson <krjohnson@sis-usa.com>
Subject: RE: intuitive letter on reprocessing

Wasn't really looking for a response as much as I wanted to show that Intuitive's general counsel is now in on the act.

We actually have a meeting today with Intuitive regarding the AMP program.   That ought to be entertaining

---

**From:** Keith Johnson <krjohnson@sis-usa.com>
**Sent:** Monday, March 2, 2020 1:12 PM
**To:** Kirwan, Perry <Perry.Kirwan@bannerhealth.com>
**Subject:** [EXTERNAL] Re: intuitive letter on reprocessing

We are not reprocessing.  Repairing, not altering.

Any thoughts from Corporate on this?  Same old crap.  Doesn't mean anything.


Keith Johnson | Executive Vice President
Sales and Clinical Programs
Surgical Instrument Service Co., Inc.
Corp: 800.747.8044 | Cell: 623.687.5056

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                    SIS092152

www.sis-usa.com

**From:** Kirwan, Perry <Perry.Kirwan@bannerhealth.com>
**Sent:** Monday, March 2, 2020 11:26:27 AM
**To:** Keith Johnson <krjohnson@sis-usa.com>
**Subject:** FW: intuitive letter on reprocessing

Check this out – came from Intuitive's legal counsel which is a first compared to letters that I've seen in the past which were from sales people/managers

**From:** Bowen, Doug <Doug.Bowen@bannerhealth.com>
**Sent:** Monday, March 2, 2020 10:32 AM
**To:** Kirwan, Perry <Perry.Kirwan@bannerhealth.com>; Lauder, Gregg <Gregg.Lauder@bannerhealth.com>; Frank, Anthony P <Anthony.Frank@bannerhealth.com>; Groesbeck, John D <John.Groesbeck@bannerhealth.com>; Buehrle, Jeff <Jeff.Buehrle@bannerhealth.com>; Patel, Nirav Y. <Nirav.Patel@bannerhealth.com>
**Subject:** intuitive letter on reprocessing

Letter sent to Jeff with a cc to me.
Intuitive reinforcing their position against reprocessing…
Thx.
db

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      SIS092153