# EXHIBIT A

**MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN, (CSB No. 262815)
E-Mail: josh@mccaulleylawgroup.com
3001Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant,*
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>*Defendant/Counterclaimant.* | Case No. 3:21-cv-03496-AMO<br>Honorable Araceli Martínez-Olguín<br><br>**PLAINTIFF SIS's PROPOSED JURY VERDICT FORM** |

## PLAINTIFF'S PROPOSED VERDICT FORM

Pursuant to the SCHEDULE AND PRETRIAL ORDER entered in this case (Dkt. 235), Plaintiff Surgical Instrument Service Company, Inc. ("SIS) hereby submits its separate proposed verdict form, as permitted by the Court's Order (Dkt. 235 Section II.A.6).

Instructions Concerning Verdict Form

A verdict form has been prepared for your convenience. I will review this form with you now, and afterwards you will take it with you to the jury room.

[Form of verdict read]

In order for you as a jury to answer a question, each juror must agree to the answer. In other words, your answers to each question must be unanimous. Your foreperson will write the unanimous answer of the jury in the space provided after each question, and will date and sign the form of verdict when completed.

Nothing said in the verdict form is mean to suggest what your verdict should be. You alone have the responsibility for deciding the verdict.

Verdict Form

Please answer the following questions in accordance with the Jury Instructions given to you by the Court. Mark your answers by placing an X in the space provided.

**SIS's CLAIMS**

**Tying – Section 1 of the Sherman Act**

1. ~~Has SIS proven, by a preponderance of the evidence and in accordance with the instructions given to you, that Intuitive maintained a *per se* illegal tie of replacement and repair of EndoWrist instruments to the purchase or lease of its da Vinci surgical robots?~~

~~YES_____ NO_____~~

*~~Continue to Question No. 2.~~*

2. Has SIS proven, by a preponderance of the evidence and in accordance with the instructions given to you, that Intuitive unlawfully tied the replacement and repair of EndoWrist Instruments to the purchase or lease of its da Vinci surgical robots under the rule of reason?

2

SIS's PROPOSED JURY VERDICT FORM
3:21-cv-03496-AMO

YES_____ NO_____

*Continue to Question No. 3.*

### Exclusive Dealing – Section 1 of the Sherman Act

3.     Has SIS proven, by a preponderance of the evidence and in accordance with the instructions given to you, that Intuitive's agreements with hospitals substantially foreclosed hospitals from purchasing replacement and repaired EndoWrist Instruments from competing suppliers in a manner that was unreasonable under the rule of reason?

YES_____ NO_____

*Continue to Question No. 4.*

### Monopolization – Section 2 of the Sherman Act

4.     Has SIS proven, by a preponderance of the evidence and in accordance with the instructions given to you, that Intuitive unlawfully acquired or maintained monopoly power in a relevant antitrust market that includes replacement and repaired EndoWrist instruments?

YES_____ NO_____

*Continue to Question No. 5.*

### Attempted Monopolization – Section 2 of the Sherman Act

3

5.    Has SIS proven, by a preponderance of the evidence and in accordance with the instructions given to you, that Intuitive unlawfully attempted to monopolize a relevant antitrust market that includes replacement and repaired EndoWrist instruments?

YES_____ NO_____

***If you answered YES to <u>any</u> preceding Question, continue to Question No. 6.  If you answered NO to <u>all</u> preceding Questions, skip to Question No. 8.***

### **Injury to SIS**

6.    Did any of Intuitive's anti-competitive conduct you found unlawful in the previous questions cause injury to SIS in its business or property?

YES_____ NO_____

***If you answered YES to Question No. 6, continue to Question No. 7.  If you answered NO to Question No. 6, skip to Question No. 8.***

### **Damages for SIS's Claims**

7.    We award SIS the following damages for Intuitive's anti-competitive conduct:

$_____

4

SIS's PROPOSED JURY VERDICT FORM
3:21-cv-03496-AMO

## Intuitive's Counterclaim for Federal Unfair Competition

8.    Has Intuitive proven, by a preponderance of the evidence and in accordance with the instructions given to you, that SIS has engaged in unfair competition and false advertising in violation of federal law.

YES_____ NO_____

*Continue to Question No. 9.*

## Intuitive's Counterclaim for Statutory and Common Law Unfair Competition

If you answered YES to preceding Question No. 8, you must also answer YES to Question No. 9 below.  If you answered NO to preceding Question No. 8, you must also answer NO to Question No. 9 below.

9.    Has Intuitive proven, by a preponderance of  the evidence and in accordance with the instructions given to you, that SIS has engaged in California statutory and common law unfair competition?

YES_____ NO_____

*Continue to Question No. 10.*

5

SIS's PROPOSED JURY VERDICT FORM
3:21-cv-03496-AMO

**<u>Intuitive's Counterclaim for Tortious Interference with Contract</u>**

10.     Has Intuitive proven, by a preponderance of the evidence and in accordance with the

instructions given to you, that SIS intentionally interfered with one or more contracts

between Intuitive and its customers in a manner that was tortious?


        YES_____  NO_____


*If you answered YES to <u>any</u> of Questions No. 8, 9, or 10, continue to Question No. 11.  If you*

*answered NO to <u>all</u> of Questions No. 8, 9, and 10, then do not answer Question No. 11 and sign*

*and date this Verdict Form and inform the Court that the jury has reached a verdict.*


**<u>Damage for Intuitive's Counterclaims</u>**

11.     We award Intuitive the following damages for its counterclaim(s) against SIS:


        $_____


*If you have completed this Question 11 after answering YES to any of Questions 8, 9, or 10,*

*sign and date this Verdict Form and inform the Court that the jury has reached a verdict.*




//
//
//

1

## **CONCLUSION**

2      SIS respectfully submits the above proposed verdict form for consideration by the Court.

3

Dated: October 28, 2024                                    McCAULLEY LAW GROUP LLC

4
                                                                        By: */s/ Joshua Van Hoven*
5
                                                                        JOSHUA V. VAN HOVEN
6
                                                                        E-Mail: josh@mccaulleylawgroup.com
7                                                                       3001 Bishop Dr., Suite 300
                                                                        San Ramon, California 94583
8                                                                       Telephone: 925.302.5941

9                                                                       RICHARD T. MCCAULLEY (pro hac vice)
                                                                        E-Mail: richard@mccaulleylawgroup.com
10                                                                      180 N. Wabash Avenue, Suite 601
                                                                        Chicago, Illinois 60601
11                                                                      Telephone: 312.330.8105

12

13                  Attorneys for SURGICAL INSTRUMENT SERVICE COMPANY, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SIS's PROPOSED JURY VERDICT FORM
3:21-cv-03496-AMO