**MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN, (CSB No. 262815)
E-Mail: josh@mccaulleylawgroup.com
3001Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant,*
SURGICAL INSTRUMENT SERVICE COMPANY, INC.

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>*Defendant/Counterclaimant.* | Case No. 3:21-cv-03496-AMO<br>Honorable Araceli Martínez-Olguín<br><br>**PLAINTIFF'S PROPOSED MODIFICATIONS TO JURY INSTRUCTIONS** |

Pursuant to the Court's request of January 22, 2025 (Dkt. 428), SIS hereby identifies the following jury instructions that are unnecessary for presentation in view of the Court's orders and evidence presented at trial:

- Disputed Instruction 1
- Disputed Instruction 4
- Disputed Instruction 5
- Disputed Instruction 6
- Disputed Instruction 15
- Disputed Instruction 19
- Disputed Instruction 25
- Disputed Instruction 41
- Disputed Instruction 46
- Disputed Instruction 52
- Disputed Instruction 53
- Disputed Instruction 58
- Disputed Instruction 65
- Disputed Instruction 66
- Disputed Instruction 72
- Disputed Instruction 79

Further, Disputed Instructions 31, 50 , and 69 include portions that should be removed in view of the Court's orders and evidence presented at trial.  Exhibit A is attached including the originally filed instructions with changes in strikethrough.

//

//

//

Dated: January 24, 2025

By: */s/ Joshua Van Hoven*
Joshua V. Van Hoven

**MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN (CSB No. 262815)
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941
E-Mail: josh@mccaulleylawgroup.com

RICHARD MCCAULLEY (*pro hac vice*)
E-Mail: 180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105
richard@mccaulleylawgroup.com

*Attorneys for Plaintiff Surgical Instrument Service Company, Inc.*