UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>　　　　Defendant. | Case No.  21-cv-03496-AMO<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

**IT IS SO ORDERED.**

Dated: January 27, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**