UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant. | Case No. 21-cv-03496-AMO <br><br> **ORDER UPDATING JURY INSTRUCTIONS** |

Before the Court is Defendant Intuitive Surgical, Inc.'s ("Intuitive") Objection, ECF 441, to the Court's order explaining its removal of a proposed jury instruction based on the four-part test from *Epic Games, Inc. v. Apple, Inc.*, 67 F.4th 946, 977 (9th Cir. 2023). *See* ECF 440.

The Court **tentatively SUSTAINS** Intuitive's objection and intends to include the Single-Brand Aftermarket jury instruction as No. 16 in the jury charge. The Court will permit Plaintiff to present further argument against inclusion of the instruction at 8:00 a.m. tomorrow, but the parties should prepare their closing arguments as if the Single-Brand Aftermarket instruction will be included in the final charge read to the jury.

**IT IS SO ORDERED.**

Dated: January 27, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**