UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

21-cv-03496-AMO   Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Araceli Martínez-Olguín | Richard McCaulley, Joshua Van Hoven, and Anthony Dowell | Kenneth Gallo, William Michael, and Paul Brachman |
| **TRIAL DATE:** | **REPORTERS:** | **CLERK:** |
| January 28, 2025 | Ruth Levine Ekhaus | Alexis Solorzano Rodriguez |

| EXHIBIT NO. | TIME OFFERED | ID | DESCRIPTION |
|---|---|---|---|
|  | 8:00 AM |  | Court called into session. Counsel presented further argument regarding jury instructions. The Court issued final decision regarding jury instructions. Plaintiff raised motion for interlocutory appeal or motion for judgment as a matter of law pursuant to Rule 54(b). Counsel conferred regarding next steps in the case. |
|  | 8:31 AM |  | Court in recess. |
|  | 9:01 AM |  | Court back in session. |
|  | 9:25 AM |  | Court in recess. |
|  | 9:44 AM |  | Court back in session. |
|  | 9:47 AM |  | Court in recess. |
|  | 10:09 AM |  | Court back in session. |
|  | 10:15 AM |  | Court in recess. |
|  | 10:23 AM |  | Court back in session. |
|  | 10:29 AM |  | Court in recess. |
|  | 11:04 AM |  | Court back in session. Defendant raised motion under Rule 50 for judgment as a matter of law including on the grounds of relevant aftermarket Epic criteria based on the representation from Plaintiff's counsel that there is not evidence in the record which a jury could reasonably conclude in favor of the Plaintiff. The Court GRANTED Defendant's oral motion, with a written order to follow. |
|  | 11:12 AM |  | Jury brought into the courtroom. |
|  | 11:15 AM |  | Jury discharged. |

|  | 11:16 AM |  | Court adjourned. |
|---|---|---|---|