**Pages 1 - 13**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Araceli Martínez-Olguín

SURGICAL INSTRUMENT SERVICE COMPANY, INC., et al.,

Plaintiffs,

VS.

INTUITIVE SURGICAL, INC.,

Defendant.

AND RELATED COUNTERCLAIMS.

**NO. C 21-03496-AMO**

San Francisco, California

**MASTER INDEX**

**APPEARANCES:**

For Plaintiffs:

MCCAULLEY LAW GROUP
180 N. Wabash Avenue - Suite 601
Chicago, Illinois 60601
**BY: RICHARD McCAULLEY JR., ATTORNEY AT LAW**
**ANTHONY E. DOWELL, ATTORNEY AT LAW**

HALEY GUILIANO LLP
111 Market Street - Suite 900
San Jose, California 95113
**BY: JOSHUA V. VAN HOVEN, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By: Ruth Levine Ekhaus, RMR, RDR, FCRR, CCG, CSR 12219
Debra L. Pas, CRR, RMR, RPR, CSR 11916
Official United States Reporters

**APPEARANCES**: **(CONTINUED)**

For Defendant:

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street NW
Washington, D.C. 20006
**BY: KENNETH A. GALLO, ATTORNEY AT LAW**
**PAUL D. BRACHMAN, ATTORNEY AT LAW**

PAUL WEISS RIFKIND WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
**BY: WILLIAM MICHAEL, ATTORNEY AT LAW**
**CRYSTAL L. PARKER, ATTORNEY AT LAW**

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
535 Mission Street - 24th Floor
San Francisco, California 94105
**BY: JOSHUA HILL, JR., ATTORNEY AT LAW**

Also Present: Bobby Cox
Ryan Lee
Greg Posdal
David Rosa

# I N D E X

Monday, January 6, 2025 - Volume 1

Tuesday, January 7, 2025 - Volume 2

Wednesday, January 8, 2025 - Volume 3

Thursday, January 9, 2025 - Volume 4

Friday, January 10, 2025 - Volume 5

Monday, January 13, 2025 - Volume 6

Tuesday, January 14, 2025 - Volume 7

Wednesday, January 15, 2025 - Volume 8

Thursday, January 16, 2025 - Volume 9

Tuesday, January 21, 2025 - Volume 10

Wednesday, January 22, 2025 - Volume 11

Thursday, January 23, 2025 - Volume 12

Friday, January 24, 2025 - Volume 13

Monday, January 27, 2025 - Volume 14

Tuesday, January 28, 2025 - Volume 15


| | PAGE | VOL. |
|---|---|---|
| Jury Voir Dire | 27 | 1 |
| Preliminary Jury Instructions | 190 | 1 |
| Opening Argument by Mr. McCaulley | 235 | 2 |
| Opening Statement by Mr. Gallo | 253 | 2 |
| Plaintiff Rests | 1751 | 10 |
| Defendant Rests | 2451 | 14 |
| Charging Conference | 2466 | 14 |

# I N D E X


| PLAINTIFFS' WITNESSES | PAGE | VOL. |
|---|---|---|
| **MAHAL, AMANDEEP** | | |
| (SWORN) | 293 | 2 |
| Direct Examination by Mr. McCaulley | 293 | 2 |
| Cross-Examination by Mr. Hill | 324 | 2 |
| Redirect Examination by Mr. McCaulley | 373 | 2 |
| **POSDAL, GREG** | | |
| (SWORN) | 375 | 2 |
| Direct Examination by Mr. McCaulley | 375 | 2 |
| **POSDAL, GREG (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 468 | 3 |
| Direct Examination resumed by Mr. McCaulley | 468 | 3 |
| Cross-Examination by Mr. Gallo | 496 | 3 |
| Redirect Examination by Mr. McCaulley | 629 | 3 |
| Recross-Examination by Mr. Gallo | 642 | 3 |
| Further Redirect Examination by Mr. McCaulley | 649 | 3 |
| Further Recross-Examination by Mr. Gallo | 650 | 3 |
| **INACAY, ANTONIO** | | |
| By Video Deposition (not reported) | 654 | 3 |
| **ROSA, DAVE** | | |
| By Video Deposition (not reported) | 695 | 4 |
| **VAVOSO, GLENN** | | |
| By Video Deposition (not reported) | 696 | 4 |
| **SARGENT, JEAN** | | |
| (SWORN) | 705 | 4 |
| Direct Examination by Mr. Van Hoven | 705 | 4 |
| Cross-Examination by Ms. Parker | 770 | 4 |
| Redirect Examination by Mr. Van Hoven | 828 | 4 |
| Recross-Examination by Ms. Parker | 835 | 4 |
| **JOHNSON, KEITH ROBERT** | | |
| (SWORN) | 838 | 4 |
| Direct Examination by Mr. McCaulley | 838 | 4 |
| **JOHNSON, KEITH (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 896 | 5 |
| Direct Examination resumed by Mr. Johnson | 896 | 5 |
| Cross-Examination by Mr. Gallo | 944 | 5 |
| Redirect Examination by Mr. McCaulley | 1036 | 5 |

# I N D E X


| PLAINTIFFS' WITNESSES | PAGE | VOL. |
|---|---|---|
| **JOHNSON, KEITH (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 1101 | 6 |
| Redirect Examination by Mr. McCaulley | 1101 | 6 |
| Cross-Examination by Mr. Gallo | 1109 | 6 |
| **DE SANTIS, ROBERT** | | |
| By Videotape Deposition (not reported) | 1124 | 6 |
| **MCGROGAN, ANTHONY** | | |
| By Videotape Deposition (not reported) | 1126 | 6 |
| **PARNELL, TOBY KIM** | | |
| (SWORN) | 1126 | 6 |
| Direct Examination by Mr. Van Hoven | 1126 | 6 |
| Cross-Examination by Ms. Parker | 1199 | 6 |
| **PARNELL, TOBY KIM (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 1243 | 7 |
| Cross-Examination resumed by Ms. Parker | 1243 | 7 |
| Redirect Examination by Mr. Van Hoven | 1275 | 7 |
| **DUQUE, GRANT** | | |
| By Videotape Deposition (not reported) | 1278 | 7 |
| **LAMB, RUSSELL** | | |
| (SWORN) | 1281 | 7 |
| Direct Examination by Mr. McCaulley | 1282 | 7 |
| Cross-Examination by Mr. Michael | 1347 | 7 |
| **LAMB, RUSSELL (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 1437 | 8 |
| Cross-Examination (Resumed) by Mr. Michael | 1437 | 8 |
| Redirect Examination by Mr. McCaulley | 1470 | 8 |
| Recross-Examination by Mr. Michael | 1474 | 8 |
| **BERO, RICHARD** | | |
| (SWORN) | 1479 | 8 |
| Direct Examination by Mr. Dowell | 1479 | 8 |
| Cross-Examination by Mr. Michael | 1535 | 8 |

**I N D E X**


| PLAINTIFFS' WITNESSES | PAGE | VOL. |
|---|---|---|
| **BERO, RICHARD (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 1615 | 9 |
| Cross-Examination resumed by Mr. Michael | 1615 | 9 |
| Redirect Examination by Mr. Dowell | 1622 | 9 |
| Recross-Examination by Mr. Michael | 1633 | 9 |
| Redirect Examination by Mr. Dowell | 1635 | 9 |
| **HUMPHREY, KURT** | | |
| (SWORN) | 1637 | 9 |
| Direct Examination by Mr. Dowell | 1637 | 9 |
| Cross-Examination by Ms. Parker | 1661 | 9 |
| **GOODSON, NICKOLA** | | |
| By Videotape Deposition (not reported) | 1695 | 9 |
| **SCOVILLE, KATIE** | | |
| By Videotape Deposition (not reported) | 1697 | 9 |
| **SOMAYALI, SHARATHCHANDRA "SHARK"** | | |
| By Videotape Deposition (not reported) | 1700 | 9 |
| **JONES, DANIEL** | | |
| By Videotape Deposition (not reported) | 1731 | 10 |
| **MORALES, COLIN** | | |
| By Videotape Deposition (not reported) | 1732 | 10 |
| **BAIR, RONALD** | | |
| By Videotape Deposition (not reported) | 1732 | 10 |
| **MAY, KEVIN** | | |
| By Videotape Deposition (not reported) | 1733 | 10 |
| **MAY, KEVIN** | | |
| By Videotape Deposition SEALED (not reported) | 1735 | 10 |
| **HARRICH, EDWARD** | | |
| By Videotape Deposition (not reported) | 1740 | 10 |
| **PARKER, CLIFTON** | | |
| By Videotape Deposition (not reported) | 1740 | 10 |
| **PARKER, CLIFTON** | | |
| By SEALEAD Videotape Deposition (not reported) | 1741 | 10 |

# I N D E X


| PLAINTIFFS' WITNESSES | PAGE | VOL. |
|---|---|---|
| **HAMILTON, STANLEY** | | |
| By Videotape Deposition (not reported) | 1745 | 10 |
| **PAPIT, GLENN** | | |
| By Videotape Deposition (not reported) | 1745 | 10 |
| **CHRISTENSEN, GIBSON** | | |
| By Videotape Deposition (not reported) | 1751 | 10 |

| DEFENDANT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **ROSA, DAVID** | | |
| (SWORN) | 1762 | 10 |
| Direct Examination by Mr. Michael | 1763 | 10 |
| **ROSA, DAVID** | | |
| (PREVIOUSLY SWORN) | 1804 | 11 |
| Direct Examination Resumed by Mr. Michael | 1804 | 11 |
| Cross-Examination by Mr. McCaulley | 1948 | 11 |
| **ROSA, DAVID** | | |
| (PREVIOUSLY SWORN) | 2007 | 12 |
| Cross-Examination Resumed by Mr. McCaulley | 2007 | 12 |
| Redirect Examination by Mr. Michael | 2083 | 12 |
| **MENG, MAXWELL** | | |
| (SWORN) | 2112 | 12 |
| Direct Examination by Mr. Hill | 2113 | 12 |
| Cross-Examination by Mr. McCaulley | 2139 | 12 |
| **CURET, MYRIAM** | | |
| (SWORN) | 2142 | 12 |
| Direct Examination by Mr. Hill | 2142 | 12 |
| Cross-Examination by Mr. McCaulley | 2183 | 12 |
| **DUQUE, GRANT** | | |
| (SWORN) | 2189 | 12 |
| Direct Examination by Ms. Parker | 2190 | 12 |

# I N D E X


| DEFENDANT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **DUQUE, GRANT** | | |
| (PREVIOUSLY SWORN) | 2227 | 13 |
| Direct Examination Resumed by Ms. Parker | 2228 | 13 |
| Cross-Examination by Mr. Van Hoven | 2265 | 13 |
| Redirect Examination by Ms. Parker | 2319 | 13 |
| Recross-Examination by r. Van Hoven | 2328 | 13 |
| **SMITH, LOREN** | | |
| (SWORN) | 2329 | 13 |
| Direct Examination by Mr. Michael | 2329 | 13 |
| Cross-Examination by Mr. McCaulley | 2380 | 13 |
| Redirect Examination by Mr. Michael | 2421 | 13 |
| **PLOMIN, PAUL** | | |
| By Videotape Deposition (not reported) | 2450 | 14 |
| **FRANCIS, JOHN** | | |
| By Videotape Deposition (not reported) | 2451 | 14 |


## E X H I B I T S


| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 136 | | 569 | 3 |
| 137R | | 1001 | 5 |
| 139 | | 1003 | 5 |
| 142 | | 419 | 2 |
| 147 | | 475 | 3 |
| 232 | | 986 | 5 |
| 234R | | 988 | 5 |
| 235 | | 994 | 5 |
| TX-237-R | | 2176 | 12 |
| 238 | | 411 | 2 |
| 279 | | 483 | 3 |

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 281 | | 1194 | 6 |
| 282 | | 2297 | 13 |
| 352 | | 1646 | 9 |
| 461 | | 2302 | 13 |
| 463 | | 485 | 3 |
| 464 | | 1290 | 7 |
| TX-465-R | | 2169 | 12 |
| 471 | | 1289 | 7 |
| 475 | | 1138 | 6 |
| 489 | | 1295 | 7 |
| 493 | | 1312 | 7 |
| TX-499-R | | 2170 | 12 |
| 507R | | 1339 | 7 |
| 509 | | 1298 | 7 |
| 512 | | 1307 | 7 |
| 515 | | 2396 | 13 |
| 524R | | 1375 | 7 |
| 536-R | | 2397 | 13 |
| 540R | | 715 | 4 |
| 553R | | 1696 | 9 |
| 560 | | 670 | 3 |
| 572 | | 1197 | 6 |

# E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 573R | | 1679 | 9 |
| 574 | | 2251 | 13 |
| TX-602-R | | 1824 | 11 |
| 606 | | 1732 | 10 |
| 614R | | 1515 | 8 |
| 614R | | 1732 | 10 |
| 616-R | | 1854 | 11 |
| 622 | | 2241 | 13 |
| 638 | | 1658 | 9 |
| 638 | | 1700 | 9 |
| 643 | | 1655 | 9 |
| 650 | | 2305 | 13 |
| 651 | | 1649 | 9 |
| 769 | | 1498 | 8 |
| 769 | | 1751 | 10 |
| 783R | | 1175 | 6 |
| 818 | | 1265 | 7 |
| 861 | | 415 | 2 |
| 869 | | 742 | 4 |
| 871 | | 796 | 4 |
| 879 | | 1647 | 9 |
| 933R | | 1700 | 9 |
| 934 | | 1700 | 9 |

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 942 | | 424 | 2 |
| 943 | | 424 | 2 |
| 1309 (under seal) | | 1416 | 8 |
| TX-1314 | | 1929 | 11 |
| TX-1323 | | 1928 | 11 |
| TX-1325 | | 1932 | 11 |
| TX-1352-R | | 2172 | 12 |
| TX-1385-R | | 2162 | 12 |
| TX-1389 | | 1917 | 11 |
| TX-1394 | | 1940 | 11 |
| 1434 | | 493 | 3 |
| 1438 | | 494 | 3 |
| 1441 | | 344 | 2 |
| 1495 | | 490 | 3 |
| 1497 | | 1557 | 8 |
| 1500 | | 2349 | 13 |
| 1503 | | 495 | 3 |
| 1514 | | 1009 | 5 |
| 1546 | | 979 | 5 |
| 1547 | | 579 | 3 |
| 1548 | | 506 | 3 |
| 1557 | | 1000 | 5 |
| 1566 | | 554 | 3 |

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1572 | | 1616 | 9 |
| 1573 | | 1617 | 9 |
| TX-1585-R | | 1883 | 11 |
| 1612-R | | 2351 | 13 |
| 1632.001-R | | 2344 | 13 |
| TX-1632.022-R | | 1913 | 11 |
| 1633.003-R | | 1843 | 11 |
| TX-1634.323 | | 1850 | 11 |
| 1635.002-R | | 2100 | 12 |
| 1635.003-R | | 2100 | 12 |
| TX-1635.003-R | | 2106 | 12 |
| 1635.012-R | | 2100 | 12 |
| TX-1635.012-R | | 2108 | 12 |
| 1635.014-R | | 2100 | 12 |
| TX-1635.014-R | | 2109 | 12 |
| 1641 | | 824 | 4 |
| TX-1642 | | 1880 | 11 |
| 1643.001 | | 2183 | 12 |
| 1643.002 | | 2183 | 12 |
| 1643.003 | | 2183 | 12 |
| TX-1644.001 | | 2156 | 12 |
| TX-1644.003 | | 2156 | 12 |
| 1644.008 | | 1771 | 10 |

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1644.009 | | 1776 | 10 |
| 1644.010 | | 1778 | 10 |
| 1674 | | 974 | 5 |
| 1691 | | 1751 | 10 |
| 1698 | | 1745 | 10 |
| 1699 | | 1619 | 9 |
| 1700 | | 1618 | 9 |

**E X H I B I T S**

| COURT EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1 | | 1737 | 10 |