# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>*Plaintiff,*<br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>*Defendant.* | Case No. 3:21-cv-03496-AMO<br><br>~~[PROPOSED]~~ **JUDGMENT**<br><br>The Honorable Araceli Martínez-Olguín |

Pursuant to the Court's Order Granting Defendant's Motion for Judgment as a Matter of Law, Dkt. 445, IT IS HEREBY ADJUDGED AND ORDERED that:

1. JUDGMENT is entered under Federal Rule of Civil Procedure 54(b) against Plaintiff Surgical Instrument Service Company, Inc., ("SIS") and in favor of Defendant Intuitive Surgical, Inc. ("Intuitive") on Counts I – IV of SIS's Complaint, Dkt. 1.

2. Intuitive may file a motion for costs and fees within 14 days after entry of this Judgment.

**IT IS SO ORDERED.**

Dated: January 30, 2025          By: *(signature)*
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge