Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

*Attorneys for Defendant and Counter-Claimant*
*Intuitive Surgical, Inc.*

**MCCAULLEY LAW GROUP LLC**
Joshua V. Van Hoven, (CSB No. 261815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

Richard T. McCaulley (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

*Attorneys for Plaintiff and Counter-Defendant*
*Surgical Instrument Service Company, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>　　　　　　*Plaintiff/Counter-Defendant*,<br><br>　　v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>　　　　　*Defendant/Counter-Claimant*. | Case No. 3:21-cv-03496-AMO<br><br>**JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED EXHIBITS**<br><br>The Honorable Araceli Martínez-Olguín |

1    Pursuant to Civil Local Rule 5-1(g)(1)(A), Plaintiff Surgical Instrument Service
2    Company, Inc. ("SIS") and Defendant Intuitive Surgical, Inc. ("Intuitive") (together, the
3    "Parties"), hereby provide this Joint Certification of Counsel Regarding Admitted Exhibits.
4    The Parties certify that the admitted trial exhibits (denoted by "TX" in the table below)
5    attached hereto and electronically uploaded to the online Box location designated by the Court,
6    in accordance with Civil Local Rule 5-1(g)(4), are true and correct copies of the exhibits
7    admitted by the Court and published to the jury in the above-captioned matter.  The Parties
8    certify that, in accordance with Civil Local Rule 5-1(g)(3), the photographs attached hereto as
9    TX1643.001–.003, TX1644.001, TX1644.003, and TX1644.008–.010 are true and correct copies
10   of photographs of physical evidence admitted by the Court and published to the jury.
11   The Parties certify that the court exhibits (denoted by "CX" in the table below) attached
12   hereto are true and correct copies of the materials provided to a juror who was absent for one day
13   of trial (CX001), and transcripts of deposition testimony played during trial but not transcribed
14   by the court reporter (CX002–022).
15   The Parties certify that true and correct copies of the court exhibits and admitted trial
16   exhibits that the court ordered to be sealed, *see* Dkt. 388, will be filed under seal in complete and
17   unredacted forms in a separate docket entry.  CX014 and CX016 are attached hereto with the
18   portions of testimony ordered to be sealed redacted; the unredacted versions will be filed in a
19   separate docket entry.  TX1309-R was ordered to be sealed in its entirety; only a slipsheet for
20   TX1309-R is attached hereto, and the complete version will be filed in a separate docket entry.
21   The complete list of court exhibits and admitted exhibits as certified by the parties and
22   corresponding filing method is as follows:

| Exhibit No. | Description | Filing Method |
|---|---|---|
| CX001 | Materials for Juror 5 | Attached hereto |
| CX002 | Transcript of Deposition Testimony of AJ Inacay Played During Trial | Attached hereto |

| CX003 | Transcript of Deposition Testimony of David Rosa Played During Trial | Attached hereto |
|---|---|---|
| CX004 | Transcript of Deposition Testimony of Glenn Vavoso Played During Trial | Attached hereto |
| CX005 | Transcript of Deposition Testimony of Bob DeSantis Played During Trial | Attached hereto |
| CX006 | Transcript of Deposition Testimony of Anthony McGrogan Played During Trial | Attached hereto |
| CX007 | Transcript of Deposition Testimony of Grant Duque Played During Trial | Attached hereto |
| CX008 | Transcript of Deposition Testimony of Nickola Goodson Played During Trial | Attached hereto |
| CX009 | Transcript of Deposition Testimony of Katie Scoville Played During Trial | Attached hereto |
| CX010 | Transcript of Deposition Testimony of Sharathchandra Somayaji Played During Trial | Attached hereto |
| CX011 | Transcript of Deposition Testimony of Daniel Jones Played During Trial | Attached hereto |
| CX012 | Transcript of Deposition Testimony of Colin Morales Played During Trial | Attached hereto |
| CX013 | Transcript of Deposition Testimony of Ronald Bair Played During Trial | Attached hereto |
| CX014 | Transcript of Deposition Testimony of Kevin May Played During Trial | Attached hereto as a public version with redactions applied to sealed testimony; an unredacted version will be filed under seal separately, *see* Dkt. 388 |
| CX015 | Transcript of Deposition Testimony of Edward Harrich Played During Trial | Attached hereto |

| | | |
|---|---|---|
| CX016 | Transcript of Deposition Testimony of Clif Parker Played During Trial | Attached hereto as a public version with redactions applied to sealed testimony; an unredacted version will be filed under seal separately, *see* Dkt. 388 |
| CX017 | Transcript of Deposition Testimony of Stan Hamilton Played During Trial (from June 4, 2021 Deposition) | Attached hereto |
| CX018 | Transcript of Deposition Testimony of Stan Hamilton Played During Trial (from November 4, 2022 Deposition) | Attached hereto |
| CX019 | Transcript of Deposition Testimony of Glenn Papit Played During Trial | Attached hereto |
| CX020 | Transcript of Deposition Testimony of Chris Gibson Played During Trial | Attached hereto |
| CX021 | Transcript of Deposition Testimony of Paul Plomin Played During Trial | Attached hereto |
| CX022 | Transcript of Deposition Testimony of John Francis Played During Trial | Attached hereto |
| TX0136-R | 09/25/2019 Email chain ending in email from K. Johnson to T. Brooks et al. re UMC Tucson, with attachments. (SIS095115 - SIS095139) | Attached hereto |
| TX0137-R | 06/02/2020 Email from K. Johnson to J. Contreras et al. re Keith J SIS - Vizient presentation, with attachments. (SIS097139 - SIS097187) | Attached hereto |
| TX0139 | 08/02/2019 Email from K. Johnson to B. Paulsen et al. re Keith J SIS - da Vinci endowrist. (SIS096568 - SIS096568) | Attached hereto |
| TX0142 | Da Vinci Customer Refurbish Sheet  (SIS000167 - SIS000167) | Attached hereto |
| TX0147-R | 06/11/2019 Email from G. Posdal to K. Johnson re Rebotix Repair Information, with attachments. (SIS071310  - SIS071332) | Attached hereto |

Case No. 3:21-cv-03496-AMO
JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED EXHIBITS

| | | |
|---|---|---|
| TX0232 | 03/16/2021 Email chain ending with email from K. Johnson to J. Ayers re Keith J SIS - robotic program. (SIS000445 - SIS000448) | Attached hereto |
| TX0234-R | 11/26/2019 Letter from R. Denis and K. Reiter to Dr. E. Pifer, L. Domanico, and J. Friedenberg re "refurbished" EndoWrist instruments. (SIS000202 - SIS000204) | Attached hereto |
| TX0235 | 12/10/2019 Email chain ending with email from K. Blenis to K. Johnson et al. re Marin Health - Patient Safety Implications Letter. (SIS000384 - SIS000386) | Attached hereto |
| TX0237-R | 12/14/2021 da Vinci Xi Reprocessing Instructions Appendices. (Intuitive-02046437 - Intuitive-02046478) | Attached hereto |
| TX0238-R | 09/01/2016 Supplier Services Agreement for Instrument Repair between Vizient Supply, LLC and Surgical Instrument Service Company, Inc. (SIS107399 - SIS107442) | Attached hereto |
| TX0279 | 04/25/2019 EndoWrist Service Procedure, by Greg Fiegel. (REBOTIX162404 - REBOTIX162424) | Attached hereto |
| TX0281 | 01/29/2019 RMA Analysis for possible life extension (2017-18). (Intuitive-00967614 - Intuitive-00967634) | Attached hereto |
| TX0282 | 02/08/2019 Intuitive Presentation titled "Quality Review Board - Base/Core I&A." (Intuitive-00967510 - Intuitive-00967542) | Attached hereto |
| TX0352 | 01/01/2024 DS28EC20 20kb1-Wire EEPROM Datasheet | Attached hereto |
| TX0461 | 2014-05 - Document - Intuitive Surgical, "Endo Wrist/Single-Site Instrument & Accessory Catalog," (Intuitive-00000129 - Intuitive-00000156) | Attached hereto |
| TX0463-R | 2014-04 - Document - Intuitive "Instruments and Accessories User Manual (PN 550675-06 Rev. G)" (Intuitive-00000501 - Intuitive-00000639) | Attached hereto |
| TX0464 | 08/31/2018 Business Alignment Meeting Presentation (Intuitive-00001237 - Intuitive-00001311) | Attached hereto |
| TX0465-R | 09/01/0214  Da vinci Surgical Systems Si User Manual (Intuitive-00002201 - Intuitive-00002501) | Attached hereto |
| TX0471 | 04/02/2019 Email from S. Sathyamurthy to A. Yiu et al. re Throughs on Intelligent Surgery Campaign (Intuitive-00014395 - Intuitive-00014396) | Attached hereto |

| TX0475 | 02/01/2017 Document - Intuitive "ReWrite_LivesPlus5XiSiEquivalence" (Intuitive-00027299 - Intuitive-00027303) | Attached hereto |
|---|---|---|
| TX0489 | 11/26/2019 Email RE: Marin General - reprocessing Si instruments (Intuitive-00049108 - Intuitive-00049112) | Attached hereto |
| TX0493 | 08/15/2019 - Document - Sales, License, and Service Agreement between Intuitive Surgical and Conway Regional Medical Center, Inc. d/b/a Conway Regional Health System (Intuitive-00067540 - Intuitive-00067547) | Attached hereto |
| TX0499-R | 2018-03 - Document - Intuitive "da Vinci Xi Surgical System User Manual (PN 551400-11 Rev. B)" (Intuitive-00096563 - Intuitive-00096864) | Attached hereto |
| TX0507-R | 06/28/2019 - Email - Intuitive internal correspondence regarding Evergreen Hospital "re-chipping" EndoWrists (Intuitive-00106127 - Intuitive-00106128) | Attached hereto |
| TX0509 | 09/14/2019 - Email - Subject: "FW da Vinci EndoWrist Savings Opportunity (MS4788 - Surgical Instrument Repair" at UF Shands (Intuitive-00110252 - Intuitive-00110254) | Attached hereto |
| TX0512 | 02/15/2018 E-mail from Joseph Fridlin RE: Competition Questions for Hospitals (Intuitive-00113020 - Intuitive-00113020) | Attached hereto |
| TX0515 | 01/11/2019 Email RE: introductions/key competitors (Intuitive-00124485 - Intuitive-00124487) | Attached hereto |
| TX0524-R | 05/22/2017 "Unauthorized Instrument Reprogramming Overview" (Intuitive-00194074 - Intuitive-00194089) | Attached hereto |
| TX0536-R | 03/22/2017 "Preparation for Industry Panel Discussion - 'Robotic Surgery: How Big of an Explosion is Coming?'" - (Intuitive-00269124 - Intuitive-00269126) | Attached hereto |
| TX540-R | 2016-11 - Document - Intuitive "da Vinci Xi Surgical System Instruments and Accessories User Manual (PN 551457-10 Rev. B) (Intuitive-00284844 - Intuitive-00284945) | Attached hereto |
| TX0541 | 03/03/2014 Document - Intuitive "IS4000 Basic Instruments Worst Case Instrument Identification and Rationale (Attachment 1 to Doc. No. 861445-02T Rev. E)" (Intuitive-00290826 - Intuitive-00290831) | Attached hereto |

| | | |
|---|---|---|
| TX0553-R | 2019-07-29 - Email - Subject: "RE: Collection & Refurbishment Pilot" (Intuitive-00369327 - Intuitive-00369347) | Attached hereto |
| TX0560-R | 11/11/2019 Powerpoint - Unauthorized Remanufactured Instruments Overview (Intuitive-00439333 - Intuitive-00439355) | Attached hereto |
| TX0572 | 10/15/2009 Document - Intuitive "Reliability/Life Test Report for Mega SutureCut TM Needle Driver P/N 4x0309 (Doc. No. 822505-02R Rev. A)" (Intuitive-00542459 - Intuitive-00542461) | Attached hereto |
| TX0573-R | 09/29/2011 - Presentation - Orion "IS4000 8mm Base Instruments CDR (PN 819005-03 Rev A)" (Intuitive-00542796 - Intuitive-00542919) | Attached hereto |
| TX0574 | 09/26/2013 Document - Intuitive "Protocol 862287-01P for Life Test Verification of IS1200 and IS2000/IS3000 Mega SutureCutTM Needle Driver P/N 420309 and 400309 and Large SutureCutTM Needle Driver P/N 400296 and 420296 (Doc. No. 862287-01P Rev. A)" (Intuitive-00544199 - Intuitive-00544214) | Attached hereto |
| TX0602-R | 1995-10-29 - Draft of 10/29/1995 Intuitive Surgical DevicesTM Business Overview Memorandum (Copy No. 26; Issued to Dave Rosa) (Intuitive-00595673 - Intuitive-00595694) | Attached hereto |
| TX0606 | 08/21/2017  Email - Subject: RE: Cost for Setting up "dragon" business and  Att.: "US X&Xi Instrument Collection & Cleaning Cost Model 8.21.17.xlsx" (Intuitive-00603990 - Intuitive-00603992) | Attached hereto |
| TX0614-R | 2020-09 - Presentation - Intuitive "Gen4 Instrument Refurbishment Pilot" (Intuitive-00626597 - Intuitive-00626616) | Attached hereto |
| TX0616-R | 07/28/2017 Third Party Compatibility List, IS2000, IS3000 1009792-01-B (Intuitive-00645431 - n/a) | Attached hereto |
| TX0622 | 08/05/2021 Document - Intuitive "Manufacturing Process Instructions for General Cable Tensioning Method (Op. No. Dual Jaw 13)" (Intuitive-00705141 - Intuitive-00705142) | Attached hereto |
| TX0638 | 10/21/2019 - Email - Subject: RE: Gamma Compatible RFID (Intuitive-00999771 - Intuitive-00999775) | Attached hereto |

| TX0643 | 05/07/2018 - Email - Subject: reprogrammed instruments and Si portfolio (Intuitive-01019873 - Intuitive-01019873) | Attached hereto |
| --- | --- | --- |
| TX0650 | 06/12/2019 - Email - Subject: "RE: Extended life project" (Intuitive-01085683 - Intuitive-01085685) | Attached hereto |
| TX0651 | 2019-11 - Presentation - Intuitive "Instrument Security Analysis" (Intuitive-01107582 - Intuitive-01107587) | Attached hereto |
| TX0670 | 05/24/2011 - Email - Subject: RE: RFID Tag (Intuitive-02068686 - Intuitive-02068686) | Attached hereto |
| TX0671 | 05/25/2011 - Email - Subject: RE RFID Meeting Action Items (Intuitive-02068695 - Intuitive-02068697) | Attached hereto |
| TX0769 | 01/24/2020 - Email - Subject: Fw: REB MEMORANDUM OF UNDERSTANDING (002) \| Att.: "REB MEMORANDUM OF UNDERSTANDING (002).docx" (REBOTIX067735 - REBOTIX067737) | Attached hereto |
| TX0783-R | 2014-10-09 - Document - Rebotix "Product Specification: Rebotix Remanufactured EndoWrist REF420205 Fenestrated Bipolar Forceps (Doc. No. PS-PR420205 Rev. C)" (REBOTIX120669 - REBOTIX120697) | Attached hereto |
| TX0818 | 01/08/2015 - Document - Rebotix "Design Development Plan "Endowrist" DPPR1001 (DCN. 2014-009 Rev. C)" (REBOTIX133361 - REBOTIX133373) | Attached hereto |
| TX0836 | Rebotix EndoWrist Demonstration Video [Native Document Placeholder] (REBOTIX175327 - REBOTIX175327) | Slipsheet attached hereto, Video uploaded to Box |
| TX0861 | 2019-09-15 - Document - Amendment to September 1, 2016 Agreement No. MS4788 (Vizient & SIS) (SIS000047 - SIS000049) | Attached hereto |
| TX0869 | 2019-09-15 - Document - Amendment to September 1, 2016 Agreement No. MS4788 (Vizient & SIS) (SIS047433 - SIS047435) | Attached hereto |
| TX0871 | 08/27/2019 Presentation - SIS & Vizient "da Vinci EndoWrist Service Program" (SIS106493 - SIS106498) | Attached hereto |
| TX0879 | 2014 - Document - Atmel "CryptoRF EEPROM Memory Full Specification" (SIS357309 - SIS357468) | Attached hereto |

| | | |
|---|---|---|
| TX0933-R | 03/14/2018 Email chain ending in email from S. Somayaji to S. Adhya et al re Cadiere has passed 30 SSUs!!! (Intuitive-00991241 - Intuitive-00991242) | Attached hereto |
| TX0934 | 09/06/2019 Email chain ending in email from S. Somayaji to A. Penfold et al re Ext. Lives Cost Per Instrument Savings Inquiry. (Intuitive-00999076 - Intuitive-00999076) | Attached hereto |
| TX0942-R | 11/26/2019 Letter from Intuitive Surgical to E. Pifer re Marin General Hospital third party "refurbished" EndoWrist instruments. (SIS033232 - SIS033234) | Attached hereto |
| TX0943-R | 02/14/2020 Letter from Intuitive Surgical to J. Buehrle re Banner Health third party "refurbished" EndoWrist instruments. (SIS092308 - SIS092310) | Attached hereto |
| TX1309-R | De Novo Classification Request Versius Surgical System CMR Surgical Limited (CMR-00000001 - CMR-00000169) | Attached hereto as a public slipsheeted version; a complete version will be filed under seal separately, *see* Dkt. 388 |
| TX1314 | 03/02/2020 Phoenixville Hospital ROI for 2019 daVinci (Intuitive-00001639 - Intuitive-00001639) | Attached hereto |
| TX1323 | 03/09/2017 Email from B. Runman to E. Lubbers et. al. re Allina Q1 BAM slides, with attachment. (Intuitive-00033814 - Intuitive-00033872) | Attached hereto |
| TX1325 | 07/09/2019 Email chain ending with email from B. Runman to J. Lowe et al. re Essentia Brainerd - QTI, with attachments. (Intuitive-00038258 - Intuitive-00038297) | Attached hereto |
| TX1352-R | 09/22/2017 da Vinci Xi Instrument Reprocessing Instructions (Intuitive-00512620 - Intuitive-00512739) | Attached hereto |
| TX1385-R | Video: dV - Xi Demonstration - Cholecystectomy (dissection of cystic artery and cystic duct) (Dr. Jerald Wishner, Northern Westchester Hospital Center) (Intuitive-00701338 - Intuitive-00701338) | Slipsheet attached hereto, Video uploaded to Box |
| TX1389 | 04/09/2018 Email from S. Brogna to D. Rosa et al. re Emailing - 4M Roadmap Background Material - 04-07-18 | Attached hereto |

| | | |
|---|---|---|
| | (003).pdf, with attachment. (Intuitive-00767277 - Intuitive-00767329) | |
| TX1394 | 02/18/2020 Value of Avoided Price Increase of Your da Vinci Surgery Program Presentation. (Intuitive-00942905 - Intuitive-00942913) | Attached hereto |
| TX1434-R | 02/13/2015 Rebotix Documentation, "Risk Management Report" by R. Burke (REBOTIX084870_001 - REBOTIX084883_001) | Attached hereto |
| TX1438-R | 02/11/2016 Risk Management Report: Remanufactured Surgical EndoWrists  (REBOTIX133038_001 - REBOTIX133051_001) | Attached hereto |
| TX1441-R | 04/16/2019 Letter from Intuitive to D. Mixner re Tampering with and Reprogramming da Vinci Surgical System Instruments (REBOTIX145274_001 - REBOTIX145279_001) | Attached hereto |
| TX1495-R | 08/22/2019 Email from C. Gibson to G. Posdal re Agreement, with attachment. (SIS000035 - SIS000046) | Attached hereto |
| TX1497 | 07/11/1905 Collection of SIS Invoices (SIS000097 - SIS000112) | Attached hereto |
| TX1500 | 12/10/2019 SIS da Vinci EndoWrist Repairs flyer (SIS001684 - SIS001684) | Attached hereto |
| TX1503 | 09/25/2019 SIS Summary of Quality and Reliability Measures (SIS001703 - SIS001716) | Attached hereto |
| TX1514 | 11/22/2019 Email chain ending with email from K. Johnson to N. Jarquin et al. re Zoom meeting invitation - SIS robotic discussion. (SIS033225 - SIS033228) | Attached hereto |
| TX1546 | 08/26/2019 Email chain ending with email from B. Mirsberger to K. Johnson re Intuitive Si/SIS reprocessed instruments proposal (SIS092201 - SIS092203) | Attached hereto |
| TX1547 | 02/07/2020 Email from S. Knight to T. Ketter et al. re SIS TMC proposal, with attachments. (SIS092272 - SIS092304) | Attached hereto |
| TX1548 | 10/02/2019 Email chain ending with email from D. Perez to K. Johnson re Keith J SIS. (SIS092890 - SIS092892) | Attached hereto |

Case No. 3:21-cv-03496-AMO
JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED EXHIBITS

| | | |
|---|---|---|
| TX1557-R | 07/24/2019 Email from K. Johnson to M. Gender re Keith J SIS - robotic program, with attachments. (SIS096331 - SIS096352) | Attached hereto |
| TX1566-R | 12/07/2021 Email from M. Klenke to K. Posdal et al. re SIS/Yankee Contract and Pricing, with attachments. (SIS127048 - SIS127078) | Attached hereto |
| TX1572 | 12/31/2019 SIS's 2019 Income Statement (SIS320176 - SIS320188) | Attached hereto |
| TX1573 | 12/31/2020 SIS's 2020 Income Statement (SIS320922 - SIS320935) | Attached hereto |
| TX1585-R | 01/01/1998 Intuitive Surgical Form S-1 | Attached hereto |
| TX1612-R | 01/17/2019 Mississippi Board of Trustees of State Institutions of Higher Learning Board Book | Attached hereto |
| TX1632.001-R | 12/31/2000 Intuitive Surgical Form 10-K - FY 2000 | Attached hereto |
| TX1632.022-R | 12/31/2021 Intuitive Surgical Form 10-K - FY 2021 | Attached hereto |
| TX1633.003-R | 02/10/2000 Sales and Service Agreement between Intuitive Surgical and Providence Health System-Oregon dba Providence St. Vincent Medical Center (Intuitive-01281282 - Intuitive-01281308) | Attached hereto |
| TX1634.323 | 04/30/2020 Use, License and Service Agreement between Intuitive Surgical and Marin General Hospital (Intuitive-01889952 - Intuitive-01889962) | Attached hereto |
| TX1635.002-R | 04/21/2017 Letter from Hogan Lovells, on behalf of Intuitive, to Rebotix-Panama. (REBOTIX140044_001 - REBOTIX140053_001) | Attached hereto |
| TX1635.003-R | 05/10/2017 Letter from Hogan Lovells, on behalf of Intuitive, to Rebotix-Panama. (REBOTIX140654_001 - REBOTIX140662_001) | Attached hereto |
| TX1635.012-R | 11/15/2018 Letter from Intuitive to Restore Robotics LLC (Intuitive-00478439 - Intuitive-00478444) | Attached hereto |
| TX1635.014-R | 02/12/2019 Letter from Intuitive to Restore Robotics LLC (Restore-00025577 - Restore-00025584) | Attached hereto |
| TX1641 | Summary of SIS's Vizient-member Customers. | Attached hereto |

| | | |
|---|---|---|
| TX1642 | Summary of Intuitive's R&D investments as reported in Intuitive Form 10-K filings. | Attached hereto |
| TX1643.001 | da Vinci surgeon console | Photograph of physical exhibit attached hereto |
| TX1643.002 | da Vinci vision cart | Photograph of physical exhibit attached hereto |
| TX1643.003 | da Vinci patient cart | Photograph of physical exhibit attached hereto |
| TX1644.001 | EndoWrist instrument – Mega Needle Driver for da Vinci X and XI | Photograph of physical exhibit attached hereto |
| TX1644.003 | EndoWrist instrument – Monopolar Curved Scissors for da Vinci X and XI | Photograph of physical exhibit attached hereto |
| TX1644.008 | Lenny instrument arm and instrument | Photograph of physical exhibit attached hereto |
| TX1644.009 | Mona EndoWrist | Photograph of physical exhibit attached hereto |
| TX1644.010 | EndoWrist from da Vinci Standard | Photograph of physical exhibit attached hereto |
| TX1674-R | 08/09/2019 Email chain ending with email from K. Johnson to B. Mirsberger and S. Vanderzee re Keith J SIS - Thanks, with attachments. (SIS095967 - SIS095992) | Attached hereto |
| TX1688 | Pullman Regional Hospital Website - Da Vinci Surgical Robotics | Attached hereto |
| TX1691 | 02/04/2019 Email chain ending with email from C. Gibson to J. Dulaney re Premier Custom Contract - RFP, with attachment.  (REBOTIX048031 - REBOTIX048036) | Attached hereto |
| TX1698 | 11/12/2019 Email chain ending in email from J. Herdman to J. Freehling et al. re Octover Rebotix repair Savings (REBOTIX065957 - REBOTIX065959) | Attached hereto |

| TX1699 | Financial Statements and Accountants' Compilation Report SIS as of and for the Years Ended December 31, 2023 and 2022 | Attached hereto |
|--------|---|---|
| TX1700 | Financial Statements and Accountants' Compilation Report SIS as of and for the Years Ended December 31, 2021 and 2020 | Attached hereto |

Dated:  February 7, 2025

By: /s/ *Kenneth A. Gallo*
     Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

1

2
Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**

3
415 Mission Street, Suite 5400
San Francisco, California 94105-2533

4
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091

5
Email: swinner@cov.com

6
Kathryn E. Cahoy (SBN 298777)

7
**COVINGTON & BURLINGTON LLP**
3000 El Camino Real

8
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112

9
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

10
Email: kcahoy@cov.com

11
Andrew Lazerow (*pro hac vice*)

12
**COVINGTON & BURLINGTON LLP**
One City Center 850 Tenth Street NW

13
Washington DC 20001-4956
Telephone: (202) 662-6000

14
Facsimile: (202) 662-6291
Email: alazerow@cov.com

15

16
Allen Ruby (SBN 47109)

17
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138

18
Los Gatos, California 95032
Telephone: (408) 477-9690

19
Email: allen@allenruby.com

20
Attorneys for *Defendant*

21
*Intuitive Surgical, Inc.*

22
Dated:  February 7, 2025          By: /s/ *Richard T. McCaulley*

23
                                      Richard T. McCaulley

24
Richard T. McCaulley (*pro hac vice*)

25
**MCCAULLEY LAW GROUP LLC**
E-Mail: 180 N. Wabash Avenue, Suite 601

26
Chicago, Illinois 60601
Telephone: (312) 330-8105

27
richard@mccaulleylawgroup.com

28

- 13 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joshua V. Van Hoven (CSB No. 262815)
**McCaulley Law Group LLC**
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941
E-Mail: josh@mccaulleylawgroup.com

*Attorneys for Plaintiff Surgical Instrument
Service Company, Inc.*

Case No. 3:21-cv-03496-AMO
JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED EXHIBITS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-Filing Attestation**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

Dated:  February 7, 2025                    By:  */s/ Kenneth A. Gallo*
                                                         Kenneth A. Gallo

Case No. 3:21-cv-03496-AMO
JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED EXHIBITS