# Somayaji PA DC MERGED

Designation List Report

Last, First                                    2025-01-07

Documents linked to video:
TX638
TX933
TX934



ID: V5A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COURT EXHIBIT 10**

Case No. 3:21-cv-03496-AMO
Date Entered _____
By _____
Deputy Clerk

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 8:12 - 8:23 | Last, First 2025-01-07 | | 00:00:22 | V5A.1 |
| | 8:12 | THE REPORTER: Could you raise your right | | |
| | 8:13 | hand, please. | | |
| | 8:14 | SHARATHCHANDRA 'SHARK' SOMAYAJI, | | |
| | 8:15 | sworn as a witness, | | |
| | 8:16 | testified as follows: | | |
| | 8:17 | THE REPORTER: Thank you. | | |
| | 8:18 | You may proceed. | | |
| | 8:19 | EXAMINATION BY MR. VAN HOVEN: | | |
| | 8:20 | Q. Good morning, Mr. Somayaji. | | |
| | 8:21 | How are you? | | |
| | 8:22 | A. I am good. | | |
| | 8:23 | You can call me 'Shark,' please. | | |
| 14:06 - 14:20 | Last, First 2025-01-07 | | 00:00:48 | V5A.2 |
| | 14:06 | When did you start with Intuitive? | | |
| | 14:07 | A. I started in August 2010. | | |
| | 14:08 | Q. And that was a -- as a senior | | |
| | 14:09 | manufacturing engineer? | | |
| | 14:10 | A. That is correct. | | |
| | 14:11 | Q. And is your employment based in Sunnyvale? | | |
| | 14:12 | A. That's correct. | | |
| | 14:13 | Q. And what were your responsibilities as a | | |
| | 14:14 | senior manufacturing engineer? | | |
| | 14:15 | A. I was primarily responsible for our core | | |
| | 14:16 | instruments for -- prior to the Xi launch, which | | |
| | 14:17 | is Si 8 millimeter instruments, 5 millimeter | | |
| | 14:18 | instruments. I am a manufacturing engineer, so I | | |
| | 14:19 | am responsible for ensuring that the lines build | | |
| | 14:20 | product properly. | | |
| 14:25 - 15:10 | Last, First 2025-01-07 | | 00:00:28 | V5A.3 |
| | 14:25 | Q. And you were in that role until | | |
| | 15:01 | August 2012? | | |
| | 15:02 | A. That is correct. | | |
| | 15:03 | Q. During the time that you were enrolled as | | |
| | 15:04 | senior manufacturing engineer -- | | |
| | 15:05 | A. Uh-huh. | | |
| | 15:06 | Q. -- did you only work with Si instruments? | | |
| | 15:07 | A. That is correct. | | |
| | 15:08 | Q. And at some point later in time did you | | |
| | 15:09 | work with Xi instruments? | | |

2 / 8

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 15:10  A.  That is correct. | | |
| 19:11 - 19:15 | **Last, First 2025-01-07** | 00:00:12 | **V5A.15** |
| | 19:11  Q.  So you don't really know anything about | | |
| | 19:12        the programming of the Si instruments in your role | | |
| | 19:13        as a mechanic, as a manufacturing engineer during | | |
| | 19:14        that time? | | |
| | 19:15  A.  No. I am a mechanical engineer. | | |
| 23:15 - 23:24 | **Last, First 2025-01-07** | 00:00:36 | **V5A.4** |
| | 23:15  Q.  And in April 2021, you became a senior | | |
| | 23:16        director of manufacturing engineering? | | |
| | 23:17  A.  That is correct. | | |
| | 23:18  Q.  How does that role compare to your | | |
| | 23:19        previous role as director of NPI engineering? | | |
| | 23:20  A.  Let me explain the role. | | |
| | 23:21        As the senior director of manufacturing | | |
| | 23:22        engineering, I am in charge or responsible for our | | |
| | 23:23        entire instruments and accessories manufacturing | | |
| | 23:24        engineering aspects for our Xi and Si portfolio. | | |
| 91:19 - 91:23  🔗 TX933.1 | **Last, First 2025-01-07** | 00:00:21 | **V5A.5** |
| | 91:19  Q.  All right. Mr. Somayaji, I'm going to | | |
| | 91:20        load as Exhibit 216, Tab 23 in your binder. I'll | | |
| | 91:21        represent that this is Intuitive-00991241. | | |
| | 91:22        (Plaintiff's Exhibit No. 216 Marked for | | |
| | 91:23        Identification.) | | |
| 92:14 - 93:08 | **Last, First 2025-01-07** | 00:01:11 | **V5A.6** |
| 🔗 TX933.1.1 | 92:14  Q.  Does this -- this appear to be another | | |
| | 92:15        response to Sumona Adhya's e-mail regarding | | |
| | 92:16        Cadiere has passed 30 SSUs? | | |
| | 92:17  A.  That's correct. | | |
| 🔗 TX933.1.2 | 92:18  Q.  In here, you ask, 'do we need marketing | | |
| | 92:19        buy off or are we set to go?' | | |
| | 92:20        Do you see that? | | |
| | 92:21  A.  That's correct. | | |
| | 92:22  Q.  What is 'marketing'? | | |
| | 92:23  A.  The 'marketing' I'm referring to here is | | |
| 🔗 TX933.1.3 | 92:24        product marketing. There are two names on that | | |
| | 92:25        e-mail, Todd Tourand and Jenacyn Nicholson. They | | |
| | 93:01        were the product marketing managers for single | | |
| | 93:02        port instruments. | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 93:03 | | I'm referring to them. | | |
| | 93:04 | Q. | And so you are referring to whether you | | |
| | 93:05 | | needed buy off from them or whether you could be | | |
| | 93:06 | | set to go based on the engineering results? | | |
| | 93:07 | A. | That is what the e-mail says; that's | | |
| ❌ Clear | 93:08 | | correct. | | |
| 93:12 - 93:25 | **Last, First 2025-01-07** | | | 00:00:42 | **V5A.16** |
| 🔗 TX934.1 | 93:12 | Q. | I'm bringing up Tab 27, which is | | |
| | 93:13 | | Exhibit 217, and I'll represent it is | | |
| | 93:14 | | Intuitive-00999076. | | |
| | 93:15 | A. | That's an e-mail from Shark on | | |
| | 93:16 | | September 6th, 2019? | | |
| | 93:17 | Q. | That's correct. | | |
| | 93:18 | | (Plaintiff's Exhibit No. 217 Marked for | | |
| | 93:19 | | Identification.) | | |
| | 93:20 | | BY MR. VAN HOVEN: | | |
| 🔗 TX934.1.1 | 93:21 | Q. | And you see there's an original e-mail | | |
| | 93:22 | | from Andrew Penfold to yourself? | | |
| | 93:23 | A. | That's correct. | | |
| | 93:24 | | Let me quickly read through it. | | |
| | 93:25 | Q. | Yup. | | |
| 94:01 - 94:04 | **Last, First 2025-01-07** | | | 00:00:13 | **V5A.17** |
| | 94:01 | A. | Yes, I'm ready. | | |
| | 94:02 | Q. | Do you see that there's a reference to | | |
| | 94:03 | | 'extended lives'? | | |
| ❌ Clear | 94:04 | A. | That's correct. I see it. | | |
| 94:05 - 94:14 | **Last, First 2025-01-07** | | | 00:00:29 | **V5A.7** |
| | 94:05 | Q. | Do you recall there being a project to | | |
| | 94:06 | | have extended lives for certain da Vinci | | |
| | 94:07 | | instruments? | | |
| | 94:08 | A. | Yes. | | |
| | 94:09 | Q. | Do you know if extended lives were ever | | |
| | 94:10 | | implemented for Si instruments? | | |
| | 94:11 | A. | Not to my memory. | | |
| | 94:12 | Q. | Were extended lives implemented for some | | |
| | 94:13 | | Xi instruments? | | |
| | 94:14 | A. | That's correct. | | |
| 94:15 - 95:25 | **Last, First 2025-01-07** | | | 00:01:49 | **V5A.18** |
| | 94:15 | Q. | And do you understand that to be what | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 94:16 | | Mr. Penfold is referring to in this e-mail, | | |
| | 94:17 | | extended lives for Xi instruments? | | |
| | 94:18 | A. | That is correct. I was part of a team | | |
| | 94:19 | | that was getting the extended lives for Xi | | |
| | 94:20 | | instruments, and Andrew was asking me questions. | | |
| | 94:21 | Q. | And your role on that team was to provide | | |
| | 94:22 | | manufacturing, engineering input to the extended | | |
| | 94:23 | | lives for Xi instruments project? | | |
| | 94:24 | A. | That's correct. | | |
| TX934.1.3 | 94:25 | Q. | And Mr. Penfold asked if there'd be any | | |
| | 95:01 | | manufacturing cost savings per instrument. | | |
| | 95:02 | | Do you see that? | | |
| | 95:03 | A. | Yes, I do. | | |
| TX934.1.2 | 95:04 | Q. | And you respond that: 'Unfortunately | | |
| | 95:05 | | there will be no savings from materials due to | | |
| | 95:06 | | increased lives.' | | |
| | 95:07 | A. | That is correct. | | |
| | 95:08 | Q. | What was -- what did you mean by 'there | | |
| | 95:09 | | will be no savings from materials' there? | | |
| | 95:10 | A. | Uh-huh. So Andrew is asking, by | | |
| | 95:11 | | increasing the number of lives of instruments, | | |
| | 95:12 | | does that change the cost structure of the | | |
| | 95:13 | | instruments, like does it make it cheaper. | | |
| | 95:14 | | And I said unfortunately, there is no | | |
| | 95:15 | | reduction in the cost of instruments. | | |
| | 95:16 | Q. | Why is that? | | |
| | 95:17 | A. | The way I understand economics or economy | | |
| | 95:18 | | of scale works, so the more you build or the more | | |
| | 95:19 | | you buy, the less it costs -- at least a little | | |
| | 95:20 | | bit, up to a certain -- when you increase the | | |
| | 95:21 | | number of lives of instruments, the total quantity | | |
| | 95:22 | | of instruments I bill will be lower. So all the | | |
| | 95:23 | | materials that are going into the instrument will | | |
| | 95:24 | | actually get more expensive. They will not get | | |
| Clear | 95:25 | | cheaper. | | |
| 98:10 - 98:19 | **Last, First 2025-01-07** | | | 00:00:38 | V5A.8 |
| | 98:10 | Q. | Were there any changes required to the | | |
| | 98:11 | | RFID tag for the extended use program? | | |
| | 98:12 | A. | The same RFID tag was used for extended | | |
| | 98:13 | | use instrument as the pre-extended use instrument. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 98:14  Q. Were there any changes to the data that<br>98:15      was stored into the RFID tags for the extended use<br>98:16      instruments?<br>98:17  A. That is correct.<br>98:18      So the number of lives definitely had to<br>98:19      change as part of the extended life program. | | |
| 102:17 - 103:08 | **Last, First 2025-01-07**<br>102:17  Q. Does the manufacturing cost increase or<br>102:18      change for an extended life instrument?<br>102:19  A. So you'll have to clarify the question<br>102:20      there.<br>102:21  Q. What's unclear?<br>102:22  A. What is manufacturing cost?<br>102:23      Like, I can nerd up for an hour about<br>102:24      manufacturing cost, so...<br>102:25  Q. Sure. Have you heard of the term COGS, or<br>103:01      cost of goods sold?<br>103:02  A. Okay. Good. Cost of goods, like which is<br>103:03      the actual material cost, like the -- this is the<br>103:04      physical component cost for extended life<br>103:05      instrument, I would expect them to be really close<br>103:06      to the non-extended life instrument.<br>103:07  Q. And what about labor costs to manufacture<br>103:08      them? | 00:00:54 | V5A.9 |
| 103:10 - 103:12 | **Last, First 2025-01-07**<br>103:10      THE WITNESS: The labor cost I would say<br>103:11      would be really close to non-extended life<br>103:12      instrument. | 00:00:06 | V5A.10 |
| 108:24 - 109:15 | **Last, First 2025-01-07**<br>108:24  Q. Is the chip of the Si instrument that<br>108:25      includes the use counter different than the chip<br>109:01      of an Xi instrument that includes a use counter?<br>109:02  A. That's correct.<br>109:03  Q. What are those differences?<br>109:04  A. We're getting into more nerding --<br>109:05      nerding.<br>109:06      So, the Si instrument has something called<br>109:07      a Dallas chip, Dallas one-wire chip -- sorry, Kim,<br>109:08      I'll be slow -- have a Dallas one-wire chip. And<br>109:09      they have four mechanical pins called pogo pins. | 00:00:57 | V5A.11 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 109:10 These are pins that move in and out, that make the<br>109:11 connection to the robot. They have a physical<br>109:12 connection. They don't have power source. They<br>109:13 need to talk to the robot to deliver power, and<br>109:14 then they need to communicate to the robot through<br>109:15 the physical mechanical pogo pins. | | |
| 109:19 - 110:03 | **Last, First 2025-01-07**<br>109:19 In case of Xi instruments, we have an RFID<br>109:20 chip which does not have any electrical or<br>109:21 mechanical connection other than it is talking<br>109:22 through RF energy to the robot.<br>109:23 BY MR. VAN HOVEN:<br>109:24 Q. Got it.<br>109:25 And is it your understanding that there's<br>110:01 different encryption used on the Si Dallas chip<br>110:02 versus the Xi RFID chip?<br>110:03 A. That is correct. | 00:00:34 | **V5A.12** |
| 112:19 - 112:23<br>🔗 TX638.1 | **Last, First 2025-01-07**<br>112:19 I'll represent that the label, that the<br>112:20 Bates number is Intuitive-00999771.<br>112:21 This is a somewhat long e-mail.<br>112:22 (Plaintiff's Exhibit No. 220 Marked for<br>112:23 Identification.) | 00:00:13 | **V5A.13** |
| 122:18 - 123:17<br>🔗 TX638.2.2 | **Last, First 2025-01-07**<br>122:18 Q. Do you see the next sentence in the<br>122:19 e-mail chain that you are copied on, starting with<br>122:20 'Not sure...'?<br>122:21 A. 'Not sure...,' correct.<br>122:22 I read that, yes.<br>122:23 Q. Do you see it states that the Microchip<br>122:24 employee 'seemed to be suggesting that there may<br>122:25 be opportunity to hack the chip we use'?<br>123:01 A. Yes.<br>123:02 Q. Do you have an understanding of what it<br>123:03 would be referring to to be hacking the chip you<br>123:04 use?<br>123:05 A. Yes.<br>123:06 Q. What's your understanding?<br>123:07 A. My understanding would be trying to break<br>123:08 into the RFID chip and the encryption. | 00:01:15 | **V5A.14** |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 123:09 | End of the day, these are all encryptions. | | |
| | 123:10 | So encryptions have a computer limit, | | |
| | 123:11 | right? Like, there is processing power that's | | |
| | 123:12 | needed, and you have to try combinations. And I | | |
| | 123:13 | am thinking they are saying there's an opportunity | | |
| | 123:14 | to hack into our RFID chip. Doesn't mean it's | | |
| | 123:15 | done, but that's true for all cryptography, right? | | |
| | 123:16 | Like, any encryption can be end of the day | | |
| Clear | 123:17 | broken. | | |

Documents linked to video:

TX638

TX933

TX934