# May PA DA PC DC PR MERGED

Designation List Report



**May, Kevin** **2022-11-03**




**ID: V1M**



**V1M - May PA DA PC DC PR MERGED**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 10:09 - 10:10 | **May, Kevin 2022-11-03** | | | 00:00:03 | **V1M.1** |
| | 10:09 | | Mr. May, can you hear me? | | |
| | 10:10 | A. | Yes, I can. | | |
| 10:16 - 10:20 | **May, Kevin 2022-11-03** | | | 00:00:10 | **V1M.2** |
| | 10:16 | Q. | Okay. Are you employed? | | |
| | 10:17 | A. | Yes. | | |
| | 10:18 | Q. | By whom? | | |
| | 10:19 | A. | I work for Restore Robotics and Restore | | |
| | 10:20 | | Robotics Repairs. | | |
| 11:03 - 11:15 | **May, Kevin 2022-11-03** | | | 00:00:49 | **V1M.3** |
| | 11:03 | Q. | What do you do as operations manager for | | |
| | 11:04 | | Restore Robotics Repairs? | | |
| | 11:05 | A. | I'm in charge of all the operations, all | | |
| | 11:06 | | the servicing of the devices, setting up the quality | | |
| | 11:07 | | system. I'm the management representative for | | |
| | 11:08 | | quality. Handle all -- all -- all the operations | | |
| | 11:09 | | for -- for the facility, everything that has to do | | |
| | 11:10 | | with service and -- and repair. | | |
| | 11:11 | Q. | You just mentioned that you had some | | |
| | 11:12 | | responsibilities for the -- the products; is that | | |
| | 11:13 | | the term you used? | | |
| | 11:14 | A. | Yes. Also product development and | | |
| | 11:15 | | research and dev- -- and development. | | |
| 11:16 - 11:20 | **May, Kevin 2022-11-03** | | | 00:00:17 | **V1M.4** |
| | 11:16 | Q. | Okay. Does Restore Robotics Repairs have | | |
| | 11:17 | | any products now? | | |
| | 11:18 | A. | Yes. We -- we have -- we have services | | |
| | 11:19 | | that we do. And we're buying and selling | | |
| | 11:20 | | EndoWrists. | | |
| 12:18 - 13:05 | **May, Kevin 2022-11-03** | | | 00:01:00 | **V1M.5** |
| | 12:18 | Q. | And are the services in Las Vegas provided | | |
| | 12:19 | | by employees of Restore Robotics Repairs or by | | |
| | 12:20 | | contractors or by somebody else? | | |
| | 12:21 | A. | By employees and -- I mean, sometimes we | | |
| | 12:22 | | would bring in contractors, but primarily, it's -- | | |
| | 12:23 | | it's -- it's a small operation. | | |
| | 12:24 | Q. | And specifically, what services does | | |
| | 12:25 | | Restore Robotics Repairs provide to customers in Las | | |
| | 13:01 | | Vegas? | | |

V1M - May PA DA PC DC PR MERGED

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 13:02 A. We are buying and selling EndoWrist Si and<br>13:03 Xi. We provide a service that we're calling a<br>13:04 recovery program. And we're doing the R&D and<br>13:05 product development out of there as well, too. | | |
| 16:17 - 16:24 | **May, Kevin 2022-11-03**<br>16:17 Q. Does Restore Robotics Repairs have any<br>16:18 plans in the future to provide services to customers<br>16:19 beyond what is presently offered in Las Vegas?<br>16:20 A. Absolutely.<br>16:21 Q. And then what are those plans?<br>16:22 A. So we are going to be remanufacturing Si<br>16:23 EndoWrist devices. And we're going to be doing that<br>16:24 with -- in Arizona. | 00:00:36 | **V1M.6** |
| 38:02 - 38:20 | **May, Kevin 2022-11-03**<br>38:02 You have studied, have you not, the Xi<br>38:03 product of Intuitive Surgical?<br>38:04 A. Yes.<br>38:05 Q. Does the Xi have what you would call<br>38:06 'security keys'?<br>38:07 A. Yes.<br>38:08 Q. What is a security key?<br>38:09 A. Well, when -- when the instrument is<br>38:10 connected to the robot arm, they communicate<br>38:11 together, and they have security keys so it's a<br>38:12 secure connection. They use those keys so they can<br>38:13 open up and talk to each other.<br>38:14 Q. Mm-hmm.<br>38:15 Have you ever been involved in an effort<br>38:16 to penetrate the security keys in the Xi?<br>38:17 A. Yes.<br>38:18 Q. Did you have permission from Intuitive<br>38:19 Surgical to do that?<br>38:20 A. No. | 00:01:07 | **V1M.7** |
| 38:21 - 38:22 | **May, Kevin 2022-11-03**<br>38:21 Q. Did you do it secretly?<br>38:22 A. I'm not sure. | 00:00:06 | **V1M.8** |
| 38:24 - 39:03 | **May, Kevin 2022-11-03**<br>38:24 THE WITNESS: What you mean by 'secret'?<br>38:25 BY MR. RUBY: | 00:00:12 | **V1M.9** |

**V1M - May PA DA PC DC PR MERGED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 39:01 Q. Well, when you were trying to penetrate<br>39:02 the security keys for the Si -- Xi, excuse me, did<br>39:03 you want anybody to know you were doing that? | | |
| 39:05 - 39:19 | **May, Kevin 2022-11-03** | 00:00:52 | **V1M.10** |
| | 39:05 THE WITNESS: Well, as a business, you<br>39:06 don't discuss with anybody what your R&D efforts<br>39:07 are.<br>39:08 BY MR. RUBY:<br>39:09 Q. Is that a 'no,' you didn't want anybody to<br>39:10 know?<br>39:11 A. That's common practice, correct. We<br>39:12 don't -- we don't discuss our R&D projects with<br>39:13 anybody that's not directly related.<br>39:14 Q. Well, why was penetrating the security<br>39:15 keys on the Xi a matter of a business practice for<br>39:16 Restore Robotics Repairs?<br>39:17 A. In the process to be able to duplicate the<br>39:18 usage counter, those are some of the steps you have<br>39:19 to go through. | | |
| 39:20 - 40:01 | **May, Kevin 2022-11-03** | 00:00:20 | **V1M.11** |
| | 39:20 Q. What -- what is -- strike that.<br>39:21 Does the term 'reverse engineering' have a<br>39:22 meaning to you?<br>39:23 A. Yes.<br>39:24 Q. What -- what do you think it means?<br>39:25 A. You take something that's substantially<br>40:01 equivalent, and then you duplicate it. | | |
| 40:02 - 40:04 | **May, Kevin 2022-11-03** | 00:00:10 | **V1M.12** |
| | 40:02 Q. And have you undertaken any reverse<br>40:03 engineering on the Xi?<br>40:04 A. Yes, we have. | | |
| 40:05 - 40:08 | **May, Kevin 2022-11-03** | 00:00:13 | **V1M.13** |
| | 40:05 Q. Why -- why did you do that?<br>40:06 A. Because we are -- want to be able to reset<br>40:07 the usage counter and remanufacture the devices and<br>40:08 repair them as well. | | |
| 40:11 - 40:20 | **May, Kevin 2022-11-03** | 00:00:27 | **V1M.14** |
| | 40:11 Did Restore Robotics Repairs ever hire<br>40:12 anyone to undertake what you call reverse | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 40:13 engineering on the Xi?<br>40:14 A. Yes.<br>40:15 Q. Who did you hire?<br>40:16 A. Marcus Engineering.<br>40:17 Q. Mm-hmm.<br>40:18 And were they successful?<br>40:19 A. They have been successful in many of the<br>40:20 aspects. Yes. | | |
| 60:09 - 60:13 | **May, Kevin 2022-11-03** | 00:00:25 | **V1M.18** |
| | 60:09 Does Restore Robotics Repairs presently<br>60:10 have a plan for when it intends to begin changing<br>60:11 the usage limitations as part of what you've<br>60:12 described as a repair for Xis?<br>60:13 A. In 2023. | | |
| 60:15 - 60:18 | **May, Kevin 2022-11-03** | 00:00:15 | **V1M.19** |
| | 60:15 Does Restore Robotics Repairs presently<br>60:16 have the technical capability of changing the usage<br>60:17 limitations on EndoWrists for Xis?<br>60:18 A. We do not. | | |
| 60:19 - 60:25 | **May, Kevin 2022-11-03** | 00:00:26 | **V1M.20** |
| | 60:19 Q. And do you expect to have that technical<br>60:20 capability sometime in 2023?<br>60:21 A. Yes.<br>60:22 Q. When in 2023 in your plan will you have<br>60:23 that technical capability?<br>60:24 A. We anticipate between, like, the third and<br>60:25 fourth quarter, 2023. | | |
| 72:09 - 72:09 | **May, Kevin 2022-11-03** | 00:00:04 | **V1M.22** |
| | 72:09 Q. And has -- since February 20th, 2020, (edited) | | |
| 72:10 - 72:17 | **May, Kevin 2022-11-03** | 00:00:36 | **V1M.39** |
| | 72:10 has any entity related to (edited)<br>72:11 Restore reset the use counter for an EndoWrist that<br>72:12 it does not own?<br>72:13 A. No, we have not. I believe we've stopped.<br>72:14 Intuitive had stopped us from repairing anything by<br>72:15 keeping us out of the market. So I believe we --<br>72:16 we'd lost most of our customers by November --<br>72:17 October/November of 2019. | | |
| 72:18 - 72:21 | **May, Kevin 2022-11-03** | 00:00:09 | **V1M.23** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 72:18 Q. Have you ever talked directly to Intuitive | | **V1M.23** |
| | 72:19 about the resetting activities that Restore has | | |
| | 72:20 engaged in? | | |
| | 72:21 A. No. | | |
| 75:17 - 75:18 | **May, Kevin 2022-11-03** | 00:00:04 | **V1M.24** |
| | 75:17 Did that harm cause any delay to Restore's | | |
| | 75:18 business? | | |
| 75:20 - 76:01 | **May, Kevin 2022-11-03** | 00:00:32 | **V1M.25** |
| | 75:20 THE WITNESS: Well, it absolutely caused | | |
| | 75:21 delays and harm to our business. We had been | | |
| | 75:22 counting on the revenues that we were generating | | |
| | 75:23 from the repair business to fund being able to do | | |
| | 75:24 additional R&D efforts, to grow the business, and to | | |
| | 75:25 grow the Xi business and to do the research and | | |
| | 76:01 development for the Xi. | | |
| 97:04 - 97:08 | **May, Kevin 2022-11-03** | 00:00:12 | **V1M.31** |
| | 97:04 BY MR. MAIDA: | | |
| | 97:05 Q. How confident can you -- are you that | | |
| | 97:06 Restore will be able to develop the technology to | | |
| | 97:07 repair X- and Xi-compatible EndoWrists? | | |
| | 97:08 A. Extremely high. | | |
| 112:19 - 112:22 | **May, Kevin 2022-11-03** | 00:00:11 | **V1M.32** |
| | 112:19 Q. Based on your 20 years of experience in | | |
| | 112:20 the industry, do you believe that repairing | | |
| | 112:21 EndoWrists and resetting the counter puts patients | | |
| | 112:22 at risk? | | |
| 112:24 - 113:05 | **May, Kevin 2022-11-03** | 00:00:22 | **V1M.33** |
| | 112:24 THE WITNESS: The risk is no more than the | | |
| | 112:25 original manufacture. The risk is the same as the | | |
| | 113:01 original device. We are not adding any additional | | |
| | 113:02 risk to it, and we've gone to great lengths to -- | | |
| | 113:03 through our testing to demonstrate that it does not | | |
| | 113:04 provide any additional risk than the original | | |
| | 113:05 device. | | |
| 115:03 - 116:05 | **May, Kevin 2022-11-03** | 00:01:33 | **V1M.35** |
| | 115:03 THE WITNESS: 33 years. | | |
| | 115:04 BY MR. McCAULLEY: | | |
| | 115:05 Q. I'm sorry. | | |
| | 115:06 A. But no, it is -- it is the simplest device | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

115:07 we've ever serviced or repaired.
115:08 Q. Can you give me some examples of more
115:09 complicated devices that you service or repair?
115:10 A. Yes. Rigid and flexible endoscopes are
115:11 significantly more difficult. The -- the optical
115:12 properties and the optical alignment and the -- the
115:13 characteristics of a rigid endoscope are more
115:14 complex than this EndoWrist device.
115:15 And then the flexible scope business, as
115:16 you guys know at -- at SIS, is an extremely
115:17 complicated device. It has an integrated camera
115:18 system, integrated with a lumens and working
115:19 channels and fiberoptic illumination, and very
115:20 delicate and intricate articulation.
115:21 And then the lengths are considerable on
115:22 those. They're -- they're up to 6 to 7-foot long.
115:23 They have electronic components that carry a signal
115:24 back from the camera all the way from the distal tip
115:25 that's inside the patient, all the way back to a
116:01 monitor and a camera control unit that's at bedside
116:02 near the patient.
116:03 Flexible scopes are significantly more
116:04 complicated and integrated, and they have much more
116:05 involved articulation properties in them.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 117:08 - 118:08 | **May, Kevin 2022-11-03** | 00:01:59 | **V1M.36** |

117:08 When did Restore Robotics Repair
117:09 [verbatim] begin developing -- begin trying to
117:10 develop a circumvention of the use counter for the
117:11 Xi instruments?
117:12 A. I would say around January 2020. We
117:13 actually made positive efforts in -- in -- in
117:14 tackling that issue. Prior to that, there was much
117:15 discussion about getting into that business. But
117:16 there was a lot of concern because it -- it requires
117:17 a -- a lot of money and resources and time. And we
117:18 were being stopped by Intuitive.
117:19 And so, there was hesitation to be able to
117:20 do that because even if we were successful in that
117:21 endeavor, Intuitive would have stopped us by their
117:22 tied contracts and their cease and desist letters.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 117:23 And we didn't -- we want to spend the time, money,<br>117:24 and effort to create a product and not to be able to<br>117:25 put it in the marketplace.<br>118:01 Q. So starting in -- is it fair to say that<br>118:02 starting in January 2020, Restore undertook efforts<br>118:03 to circumvent the use counter for the Xi instrument?<br>118:04 A. Discussions beforehand, but actual<br>118:05 efforts, yes, around that time.<br>118:06 Q. And sitting here today, when do you expect<br>118:07 those development efforts to -- to be completed?<br>118:08 A. Very first quarter of 2023. | | |
| 134:11 - 134:14 | **May, Kevin 2022-11-03**<br>134:11 For the Xi process that Restore intends to<br>134:12 use to reset the lives of an Xi instrument, does<br>134:13 Restore anticipate that it will be adding a circuit<br>134:14 board? | 00:00:14 | **V1M.37** |
| 134:16 - 134:18 | **May, Kevin 2022-11-03**<br>134:16 THE WITNESS: We will be replacing the<br>134:17 circuit board, so we will be removing the original<br>134:18 and replacing it with ours. | 00:00:07 | **V1M.38** |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

**V1M - May PA DA PC DC PR MERGED**

| DESIGNATION | SOURCE | DURATION | ID |
| --- | --- | --- | --- |



V1M - May PA DA PC DC PR MERGED

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | [redacted] | | |
| | [redacted] | | |
| | [redacted] | | |
| | [redacted] | | |
| | [redacted] | | |
| | [redacted] | | |
| | [redacted] | | |
| | [redacted] | | |
| | [redacted] | | |