# Parker PA DC PR Merged

## Designation List Report

 **In, Mr Clif Parker**                                    **2022-10-25**



**ID: V1M**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COURT EXHIBIT 16**

Case No.  3:21-cv-03496-AMO
Date Entered _____
By_____
Deputy Clerk

**V1M - Parker PA DC PR Merged**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 9:07 - 9:22 | **In, Mr Clif Parker 2022-10-25** | | 00:00:41 | **V1M.1** |
| | 9:07 | Q. Could you please state your full name and | | |
| | 9:08 | your address. | | |
| | 9:09 | A. Clifton Earl Parker, 22018 Panama City | | |
| | 9:10 | Beach, Florida. | | |
| | 9:11 | Q. Is that your home address or your work | | |
| | 9:12 | address? | | |
| | 9:13 | A. Home address. | | |
| | 9:14 | Q. Are you currently employed? | | |
| | 9:15 | A. I am. | | |
| | 9:16 | Q. Where are you employed? | | |
| | 9:17 | A. I have multiple businesses, but primary | | |
| | 9:18 | business is Restore Robotics and Restore Robotics | | |
| | 9:19 | Repairs. | | |
| | 9:20 | Q. And are all of your businesses also | | |
| | 9:21 | located in Panama City area? | | |
| | 9:22 | A. Yes, they are. | | |
| 13:21 - 14:23 | **In, Mr Clif Parker 2022-10-25** | | 00:01:22 | **V1M.2** |
| | 13:21 | You are the CEO of Restore Robotics LLC; | | |
| | 13:22 | is that correct? | | |
| | 13:23 | A. That's correct. | | |
| | 13:24 | Q. And the majority owner? | | |
| | 13:25 | A. Correct. | | |
| | 14:01 | Q. And what is your position with respect to | | |
| | 14:02 | Restore Robotics Repair? | | |
| | 14:03 | A. I'm a 50 percent owner. | | |
| | 14:04 | Q. Who is the other 50 percent? | | |
| | 14:05 | A. Kevin May. | | |
| | 14:06 | Q. And do you have a job title of some kind | | |
| | 14:07 | with Restore Robotics Repair? | | |
| | 14:08 | A. I'm the CEO -- | | |
| | 14:09 | Q. So you're -- | | |
| | 14:10 | A. Actually, that -- let me be more accurate, | | |
| | 14:11 | I personally am not a 50 percent owner, one of my | | |
| | 14:12 | companies, Parker Holding Group, is a 50 percent owner, | | |
| | 14:13 | and Kevin May and Jodi May Trust is the other | | |
| | 14:14 | 50 percent owner. | | |
| | 14:15 | Q. And what's the level of your ownership in | | |
| | 14:16 | Restore Robotics? | | |
| | 14:17 | A. Through Parker Holding Group, it's 52 | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 14:18     percent. | | |
| | 14:19   Q.   Are there any other co-owners of Restore | | |
| | 14:20     Robotics today, other than yourself, Mr. May, and | | |
| | 14:21     Mr. Vautrot, other than, like, through intermediate | | |
| | 14:22     companies -- | | |
| | 14:23   A.   No. | | |
| 31:15 - 32:01 | **In, Mr Clif Parker 2022-10-25** | 00:00:40 | **V1M.3** |
| | 31:15   Q.   Am I correct that as of today you do not | | |
| | 31:16     possess the technology that would be needed to do that | | |
| | 31:17     with the Xi instruments? | | |
| | 31:18   A.   We don't have all of the technology | | |
| | 31:19     completed, it's just I -- we have the ability, but we | | |
| | 31:20     haven't completed all of it, we've -- we've completed | | |
| | 31:21     quite a few functions, but it's not in a commercial | | |
| | 31:22     ready to go form yet. | | |
| | 31:23   Q.   So if somebody brought an Xi instrument to | | |
| | 31:24     you today that had only one life left on it, you would | | |
| | 31:25     not be able to reset it; correct? | | |
| | 32:01   A.   That's correct. | | |
| 88:25 - 89:12 | **In, Mr Clif Parker 2022-10-25** | 00:00:43 | **V1M.25** |
| | 88:25   Q.   When did you begin the effort to find a | | |
| | 89:01     way to reset the usage counter on the X and Si? | | |
| | 89:02   A.   As soon as we had a good understanding of | | |
| | 89:03     how to reset the counter on the Si, we immediately | | |
| | 89:04     started looking at the Xi. | | |
| | 89:05   Q.   Do you know when that was? | | |
| | 89:06   A.   Not exactly, no. It's sometime in 2020, | | |
| | 89:07     but I'm not sure of the dates. | | |
| | 89:08   Q.   So that work has been ongoing ever since | | |
| | 89:09     2020? | | |
| | 89:10   A.   Yes. | | |
| | 89:11   Q.   And it is still not complete; correct? | | |
| | 89:12   A.   Correct. | | |
| 130:02 - 130:23 | **In, Mr Clif Parker 2022-10-25** | 00:01:07 | **V1M.4** |
| | 130:02     Earlier on, Ms. Winner, a couple times, | | |
| | 130:03     referenced the fact that you were -- Restore was not | | |
| | 130:04     utilizing its repair technology since, I believe it was | | |
| | 130:05     late 2019; is that right? | | |
| | 130:06   A.   We were not, we stopped using Rebotix's | | |
| | 130:07     repair technology in October of 2019, and then we've | | |

V1M - Parker PA DC PR Merged

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 130:08    started developing our own December of 2019, January of | | |
| | 130:09    2020. | | |
| | 130:10  Q.  You have not reset any EndoWrists with | | |
| | 130:11    Restore technology since that time; correct? | | |
| | 130:12  A.  Not for hospitals, just for internal | | |
| | 130:13    testing purposes. | | |
| | 130:14  Q.  Why haven't you reset any EndoWrist for | | |
| | 130:15    hospitals in that time frame? | | |
| | 130:16  A.  It's futile. If we do that, then | | |
| | 130:17    Intuitive goes to the hospital and threatens to end | | |
| | 130:18    their contracts, threatens to not sell them | | |
| | 130:19    instruments, not sell them accessories, threatens to | | |
| | 130:20    move their doctors to other hospitals, et cetera. | | |
| | 130:21  Q.  And you say that because that's what | | |
| | 130:22    Intuitive has done in the past? | | |
| | 130:23  A.  Correct. | | |
| 132:24 - 133:01 | **In, Mr Clif Parker 2022-10-25** | 00:00:09 | **V1M.5** |
| | 132:24  Q.  Do you think that Restore's experience in | | |
| | 132:25    repairing Si chips is relevant to getting into the Xi | | |
| | 133:01    business? | | |
| 133:05 - 134:07 | **In, Mr Clif Parker 2022-10-25** | 00:01:58 | **V1M.6** |
| | 133:05    THE WITNESS: Yes. | | |
| | 133:06    BY MR. CORRIGAN: | | |
| | 133:07  Q.  How so? | | |
| | 133:08  A.  Well, the instrument itself is -- I'm | | |
| | 133:09    trying to think of the best way to describe it, it's a | | |
| | 133:10    very mechanical instrument, robotic is a misnomer when | | |
| | 133:11    it comes to the instrument, it's basically your -- your | | |
| | 133:12    typical laparoscopic instrument that has different -- | | |
| | 133:13    different type of end factors, whether that's scissors | | |
| | 133:14    or graspers, what have you, so the very tip end of the | | |
| | 133:15    instrument is just like any other instrument. | | |
| | 133:16    The ability for that instrument to rotate | | |
| | 133:17    is simple gears and pulleys and wires, I mean, there's | | |
| | 133:18    nothing electronic, there's nothing special about that. | | |
| | 133:19    And then when you compare the Si to the Xi | | |
| | 133:20    instruments, if I was to, you know, put a cover on | | |
| | 133:21    the -- the cap that connects to the robot, and you just | | |
| | 133:22    look at the bottom, you know, 7/8ths of the instrument, | | |
| | 133:23    you can't tell the difference from one instrument to | | |

**V1M - Parker PA DC PR Merged**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 133:24    the other, whether it's by look or by material | | |
| | 133:25    analysis, they're the same instrument. | | |
| | 134:01    The only difference between the Si and the | | |
| | 134:02    Xi is that housing, the Xi is rotated 90 degrees. The | | |
| | 134:03    Si instrument connects to the robot with four contact | | |
| | 134:04    pins, whereas the Xi connects via RFID, so the only | | |
| | 134:05    real difference is the difference between four pogo | | |
| | 134:06    connector pins and RFID for communication between the | | |
| | 134:07    counter and the robot arm. | | |
| 141:14 - 141:17 | **In, Mr Clif Parker 2022-10-25** | 00:00:11 | **V1M.7** |
| | 141:14  Q.  How confident are you that, you being | | |
| | 141:15    Restore, and its tech partners will be able to come up | | |
| | 141:16    with the technology to bypass the X and the Xi chip? | | |
| | 141:17  A.  Extremely. | | |
| 141:20 - 141:21 | **In, Mr Clif Parker 2022-10-25** | 00:00:04 | **V1M.8** |
| | 141:20    THE WITNESS:  I'm extremely confident, I'm | | |
| | 141:21    a hundred percent confident. | | |
| 142:13 - 143:02 | **In, Mr Clif Parker 2022-10-25** | 00:01:10 | **V1M.9** |
| | 142:13  Q.  When did Restore first consider repairing | | |
| | 142:14    Xi and X compatible EndoWrists, roughly? | | |
| | 142:15  A.  We were first contacted by Rebotix, or | | |
| | 142:16    Kevin and Rebotix met, and I believe it was -- it was | | |
| | 142:17    April of 2018, and then sometime between April 2018 and | | |
| | 142:18    October '18, we had the discussions with Rebotix to be | | |
| | 142:19    their repair center. | | |
| | 142:20    So we were doing -- we started doing the | | |
| | 142:21    repairs for their customers, our customers, and any | | |
| | 142:22    other distributors starting in October of 2018. | | |
| | 142:23    And then December of 2019, I think, is | | |
| | 142:24    when we undertook our development efforts to develop | | |
| | 142:25    our technology. I think we got our first chips, our | | |
| | 143:01    first boards developed and completed in June -- I | | |
| | 143:02    believe June of 2020. | | |
| 143:18 - 143:20 | **In, Mr Clif Parker 2022-10-25** | 00:00:10 | **V1M.10** |
| | 143:18  Q.  Mr. Parker, when would Restore have begun | | |
| | 143:19    to repair X and Xi compatible EndoWrists in a world | | |
| | 143:20    without Intuitive's anticompetitive behavior? | | |
| 143:23 - 144:04 | **In, Mr Clif Parker 2022-10-25** | 00:00:36 | **V1M.36** |
| | 143:23    THE WITNESS:  So we -- we started in 2020, | | |

**V1M - Parker PA DC PR Merged**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 143:24  I guess we, in a -- in a but-for world, if that's what | | |
| | 143:25  you want to call it, we would have started in 2019, we | | |
| | 144:01  felt that, you know, we would have easily met the -- | | |
| | 144:02  January 2022 as a -- the time frame when we would be | | |
| | 144:03  able to be in the market and have the chip completed | | |
| | 144:04  and ready to go. | | |
| 149:08 - 150:22 | **In, Mr Clif Parker 2022-10-25** | 00:02:07 | **V1M.12** |
| | 149:08  Q.  Now, does Restore have the ability to ramp | | |
| | 149:09     up its repair business due to an increased -- | | |
| | 149:10      increased -- increased business -- | | |
| | 149:11  A.  Absolutely. | | |
| | 149:12  Q.  Let me try that again, I think I can -- I | | |
| | 149:13     think I can do better than that. | | |
| | 149:14     Does Restore have the ability to ramp up | | |
| | 149:15     in the face of increased repair business? | | |
| | 149:16  A.  Absolutely. | | |
| | 149:17  Q.  How so? | | |
| | 149:18  A.  So whether that's individually or through | | |
| | 149:19     partners like Alliance Healthcare, Alliance has been in | | |
| | 149:20     the business of doing remanufacturing of single use | | |
| | 149:21     devices, have done millions and millions of those | | |
| | 149:22     devices, we know how long it takes to do the repair, we | | |
| | 149:23     know the manpower it takes, and it's -- it's not a -- | | |
| | 149:24     it's not a complicated process, and -- and Kevin has | | |
| | 149:25     done the analysis on how many man-hours it takes to do | | |
| | 150:01     X number of EndoWrists, I don't have those numbers off | | |
| | 150:02     the top of my head, but he probably has them committed | | |
| | 150:03     to memory because that's part of what he did, so being | | |
| | 150:04     able to ramp up and do hundreds of instruments a day is | | |
| | 150:05     not an issue. | | |
| | 150:06  Q.  Has Restore ever attempted to repair | | |
| | 150:07     Senhance compatible instruments? | | |
| | 150:08  A.  We have not, no. | | |
| | 150:09  Q.  Has Restore ever attempted to repair Flex | | |
| | 150:10     compatible instruments? | | |
| | 150:11  A.  We have not. | | |
| | 150:12  Q.   Do you have any information on whether | | |
| | 150:13     other independent repair companies have ever tried to | | |
| | 150:14     repair Senhance and/or Flex compatible instruments? | | |
| | 150:15  A.  I am not aware. | | |

**V1M - Parker PA DC PR Merged**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 150:16    I've had conversations with the CEO of | | |
| | 150:17    TransEnterix, the original name, about that, and so I | | |
| | 150:18    do know that they were in discussions with, you know, | | |
| | 150:19    traditional repair companies on the instrument repair | | |
| | 150:20    because I believe their instruments did not have a | | |
| | 150:21    usage counter, and they were in discussion with us | | |
| | 150:22    about doing repairs on the physical robot itself. | | |
| 166:17 - 166:20 | **In, Mr Clif Parker 2022-10-25** | 00:00:08 | **V1M.13** |
| | 166:17    BY MR. CORRIGAN: | | |
| | 166:18  Q.  What was your projection on the number or | | |
| | 166:19    percentage of hospitals that would have been willing to | | |
| | 166:20    use your services to repair EndoWrists? | | |
| 166:22 - 167:04 | **In, Mr Clif Parker 2022-10-25** | 00:00:15 | **V1M.37** |
| | 166:22    THE WITNESS:  70, 80 plus percent that | | |
| | 166:23    was -- | | |
| | 166:24    BY MR. CORRIGAN: | | |
| | 166:25  Q.  What was that base -- I'm sorry, I'm | | |
| | 167:01    sorry, go ahead. | | |
| | 167:02  A.   70 to 80 plus percent is what we were | | |
| | 167:03    actually experiencing, so we -- we didn't see any | | |
| | 167:04    reason for that to change. | | |
| 172:10 - 172:20 | **In, Mr Clif Parker 2022-10-25** | 00:00:44 | **V1M.14** |
| | 172:10    You  mentioned  that  Restore  had  an | | |
| | 172:11    agreement  with  SIS;  is  that  correct? | | |
| | 172:12  A.  That's correct. | | |
| | 172:13  Q.  What was the nature of that agreement, | | |
| | 172:14    generally? | | |
| | 172:15  A.   It was a distribution agreement, so | | |
| | 172:16    basically SIS would represent Restore Robotics -- | | |
| | 172:17    actually, I need to think about that for a second. | | |
| | 172:18    SIS would have the ability to utilize our | | |
| | 172:19    technology in repairing the Xi instruments for them to | | |
| | 172:20    sell those repair services to their hospital customer. | | |
| 174:17 - 174:21 | **In, Mr Clif Parker 2022-10-25** | 00:00:14 | **V1M.15** |
| | 174:17  Q.  I believe you also testified about the | | |
| | 174:18    complexity of repairing an EndoWrist. | | |
| | 174:19    Do you have an opinion as to whether or | | |
| | 174:20    not, with respect to the repair of the device itself, | | |
| | 174:21    SIS was qualified to repair EndoWrists? | | |

**Court Ex. No. 16, Pg. 7 of 11**

**V1M - Parker PA DC PR Merged**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 174:24 - 175:03 | **In, Mr Clif Parker 2022-10-25** | 00:00:19 | **V1M.38** |

174:24    THE WITNESS:  The EndoWrist repair is a
174:25    very simple repair, especially in comparison to the
175:01    other repairs that SIS is involved with, so it's a --
175:02    it's not near as complicated as, for example, a
175:03    flexible end scope.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 176:02 - 176:07 | **In, Mr Clif Parker 2022-10-25** | 00:00:18 | **V1M.26** |

176:02  Q.  First of all, on the question of your
176:03    business with SIS, was SIS -- was your relationship
176:04    with SIS ever involving SIS itself actually doing any
176:05    physical work on the EndoWrists to change the usage
176:06    counters?
176:07  A.  No.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 182:01 - 182:04 | **In, Mr Clif Parker 2022-10-25** | 00:00:11 | **V1M.22** |

182:01  Q.  Did Rebotix ever have the technology, to
182:02    your knowledge, to reset the usage counter on the Xi?
182:03  A.  Not to my knowledge, they had not done
182:04    that yet.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 184:01 - 184:25 | **In, Mr Clif Parker 2022-10-25** | 00:01:30 | **V1M.16** |

184:01  Q.  You were also asked about your ability to
184:02    ramp up your business in -- in resetting EndoWrists,
184:03    and you -- you cited as the main way you do it, the
184:04    Alliance's experience with millions of single use
184:05    devices.
184:06    Do I have that right?
184:07  A.  Well, I mean, that's -- that's not the
184:08    reason that we have the ability to ramp up, but they
184:09    have the -- the ability to ramp up, and we -- when we
184:10    were doing the repairs ourselves, we knew what it took
184:11    to do a certain number of repairs and remanufacturing,
184:12    so we know what it takes to do that, and we've done
184:13    that analysis, both internally and with Alliance and,
184:14    you know, Rick has assured us that volume is not a
184:15    problem, we can handle it.
184:16  Q.  There's no limit on the volume they can
184:17    handle?
184:18  A.  Well, there's a limit, but we know how
184:19    many instruments are being used, and we know the
184:20    potential world of repairs that we could potentially
184:21    do, so it's not like there's going to be, you know,

**V1M - Parker PA DC PR Merged**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 184:22  millions of instruments flowing in every week, | | |
| | 184:23  there's -- there's not that many being used, so if | | |
| | 184:24  it's, you know, hundreds every week, or even a | | |
| | 184:25  thousand, that's -- that's a -- not unmanageable. | | |
| 186:21 - 187:06 | **In, Mr Clif Parker 2022-10-25** | 00:00:27 | **V1M.23** |
| | 186:21  Q.  You were asked whether you'd be concerned | | |
| | 186:22      about Intuitive buying up used EndoWrists to prevent | | |
| | 186:23      your recycling business. | | |
| | 186:24      Do you remember that question? | | |
| | 186:25  A.  Yes. | | |
| | 187:01  Q.  Has Intuitive done that? | | |
| | 187:02  A.  I don't know. | | |
| | 187:03  Q.  Do you have any reason to believe they | | |
| | 187:04      have? | | |
| | 187:05  A.  No, but I -- I just -- I don't know one | | |
| | 187:06      way or the other if they have. | | |
| 190:04 - 190:08 | **In, Mr Clif Parker 2022-10-25** | 00:00:11 | **V1M.27** |
| | 190:04      What I asked you was: If you had reason | | |
| | 190:05      to think that somebody was using one of your products, | | |
| | 190:06      going to do something to one of your products that was | | |
| | 190:07      going to injure somebody, would you try to do something | | |
| | 190:08      about it? | | |
| 190:10 - 190:11 | **In, Mr Clif Parker 2022-10-25** | 00:00:03 | **V1M.28** |
| | 190:10      THE WITNESS:  I would try to do something | | |
| | 190:11      about it, most likely. | | |
| 196:14 - 197:04 | **In, Mr Clif Parker 2022-10-25** | 00:00:47 | **V1M.29** |
| | 196:14  Q.  What would you do if you thought someone | | |
| | 196:15      was using your equipment in a way that you thought was | | |
| | 196:16      going to harm someone? | | |
| | 196:17  A.  Well, I would let the hospital know in | | |
| | 196:18      this situation, because that's their responsibility, | | |
| | 196:19      so -- I don't think I would attack my customer, I think | | |
| | 196:20      I would let someone know that, you know, 'Hey, this is, | | |
| | 196:21      you know, a potential problem,' and let them make that | | |
| | 196:22      determination. | | |
| | 196:23      They're the ones that's ultimately | | |
| | 196:24      responsible for the safety of their patient with their | | |
| | 196:25      equipment. | | |
| | 197:01      So my job would be to notify them, 'Hey, I | | |

**Court Ex. No. 16, Pg. 9 of 11**

**V1M - Parker PA DC PR Merged**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 197:02    think, you know, maybe this is or isn't safe, you need | | |
| | 197:03    to do your own due diligence and -- and make that | | |
| | 197:04    determination.' | | |

**Court Ex. No. 16, Pg. 10 of 11**

**V1M - Parker PA DC PR Merged**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | | | |
| | | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|