## Purpose

The purpose of this document is to provide logic and reasoning to illustrate that prior life testing performed on the Xi 8mm instrument family is adequate to cover the S/Si 8mm family. This coverage allows the S/Si to be included in the Reprocessing Appendices 551620-03.

## Background

Life testing on the Xi 8mm instrument family was performed according to DOP 854021 Rev. I (or higher), which includes the updated Wiebull analysis. Testing performed on S/Si instruments prior to Rev. I did not include this updated analysis, meaning that the number of lives tested were fewer.

**DRIVERS FOR INSTRUMENT LIFE**

In life testing (and in clinical use), instrument end-of-life is gated by cable failures on instruments in both S/Si and Xi platforms. Instrument drive-cable failures can occur when any or all of the following are present:

1) Cable Breakage – A drive-cable breaks, typically at the wrist, and instrument axis ceases to function.
2) Cable Stretch – The drive cable(s) overall stretch results in cable tension becoming so slack that the instrument no longer responds intuitively.
3) Cable Derailment - A drive cable derails, again typically at the wrist, losing its cable tension and the instrument axis ceases to function.

Cable stretch and breakage are adversely affected by increasing tension, increasing translation and decreasing the bend radius. Cable tension is software controlled and will be discussed in detail under the "**APPLIED TORQUE AND RANGE OF MOTION COMPARISON**" section below. Instruments in both the S/Si and Xi platforms typically lose tension as a function of increasing number of lives due to cable stretch. This loss in tension over increasing lives has a positive effect on cable life by reduces the bending stress as it translates through the wrist geometry.

There are other factors which lead to cable wear these include:

1) Temperature cycling – Changes in temperature during reprocessing can cause cables to lengthen and shorten thus affecting the cable tension on the instrument.
2) Chemical exposure – Exposure to mildly alkaline detergents during reprocessing can affect the oxide surfaces of the cables by reducing the effective diameter of each of the individual wires within the cable construction. This can also weaken the cable and lead to stretch.

**INSTRUMENT DESIGN SIMILARITIES**

Instruments for the S/Si and Xi platforms are similar in many regards. The materials used in the distal portion of the S/Si 8mm instruments are identical to those used in the equivalent versions of the Xi 8mm instruments.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 475**

Case No. 3:21-cv-03496-AMO
Date Entered_____
By_____
Deputy Clerk

There are geometric similarities between the S/Si and Xi 8mm instruments as well. The cable paths through the wrists of the instruments, and to the cable attachment points on the various joint output pulleys for yaw, grip, & pitch are designed to be identical.

Although the proximal cable routing through the back-end of the instruments differ between the S/Si and Xi, both use equivalently sized clamping pulley diameters to maintain the same bend radii and input-output gear-ratios; likewise, the idler pulleys are comparably sized so ultimately the cable-path bend radii are the same for Xi and Si.

**APPLIED TORQUE AND RANGE OF MOTION COMPARISON**

Cable tension is generated in the instrument by the application of torque by the system to the input disks. The input disks are mechanically coupled to the clamping pulleys where the cable is wrapped. Since the root diameter of the clamping pulleys in the S/Si and Xi instrument platforms are, by design, the same, the applied system torque limits can be directly compared.

Similarly, the range of motion for both the S/Si and Xi instruments is designed to be identical. A direct comparison of the input signal range (maximum input travel) from the requirements table in 823123 Rev. BS and 823033-40 Rev. BB, Attachment 1 shows identical values for range of motion for Pitch, Yaw, and Grip.

## Justification

The following logic and reasoning demonstrates that life testing Xi 8mm is applicable to instruments on the S/Si platform:

**MATERIAL COMPATIBILITY**

Recent testing of S/Si instruments is archived in 1024209-01R (Bipolar), 860033-01R(Non-Energy), and 862210-04R (Monopolar). Each of these life tests was performed under DOP 854021 Rev. I or higher. The sample size and number of required lives was based on the updated Wiebull analysis. This testing demonstrates that the materials used in S/Si instruments can withstand the chemistry and temperatures experienced over the intended number of lives.

**EQUIVALENT REPROCESSING TEMPERATURES**

There are no differences in the reprocessing temperatures between the S/Si and the Xi instrument platforms.

**EQUIVALENT REPROCESSING CHEMISTRY**

There are no differences in the reprocessing chemistry between the S/Si and the Xi instrument platforms.

**APPLICABLE TESTING**

Table 1 below lists the S/Si 8mm instruments, the corresponding Xi 8mm counterpart and the applicable testing performed. In cases where the S/Si 8mm instrument does not have an Xi counterpart, a footnote provides the justification.

Table 1 - Applicable IS4000 Life Testing

| IS3000 PN | Instrument Name | Equivalent IS4000 PN | IS4000 DHF PN | IS4000 Life test Report(s) |
|---|---|---|---|---|
| 420001 | POTTS SCISSORS | 470001 | 1006233-060 | 862210-01R |
| 420003 | SMALL CLIP APPLIER | 470401 | 1008195-060 | 1062218-01R |
| 420006 | LARGE NEEDLE DRIVER | 470006 | 1005790-060 | 862211-01R |
| 420007 | ROUND TIP SCISSORS | 470007 | 1008191-060 | 862210-03R |
| 420033 | BLACK DIAMOND MICRO FORCEPS | 470033 | 1005791-060 | 862219-01R, 862219-02R |
| 420036 | DeBAKEY FORCEPS | 470036 | 1008194-060 | 862221-01R |
| 420048 | LONG TIP FORCEPS | 470048 | 1006158-060 | 862214-01R, 862215-01R |
| 420049 | CADIERE FORCEPS | 470049 | 1008189-060 | 862221-01R |
| 420093 | PROGRASP FORCEPS | 470093 | 1006189-060 | 862214-01R, 862214-02R |
| 420110 | PRECISE BIPOLAR FORCEPS | N/A | N/A | 1024209-01R |
| 420121 | FINE TISSUE FORCEPS | N/A | N/A | See Note 1 |
| 420157 | SNAP-FIT SCALPEL INSTRUMENT | 470157 | 1004440-060 | 862217-01R |
| 420170 | ENDOPASS DELIVERY INSTRUMENT | N/A | N/A | See Note 2 |
| 420171 | MICRO BIPOLAR FORCEPS | 470171 | 1004856-060 | 1024209-01R, 862210-03R, 862213-01R, 862217-02R |
| 420172 | MARYLAND BIPOLAR FORCEPS | 470172 | 1005038-060 | 1024209-01R, 862210-03R, 862213-01R, 862217-02R |
| 420178 | CURVED SCISSORS | N/A | N/A | See Note 1 |
| 420179 | MONOPOLAR CURVED SCISSORS | 470179 | 1004502-060 | 862210-01R, 862210-03R |
| 420181 | RESANO FORCEPS | 470181 | 1006192-060 | 862214-01R, 862215-01R |
| 420183 | PERMANENT CAUTERY HOOK | 470183 | 1005358-060 | 862217-01R, 862217-02R |
| 420184 | PERMANENT CAUTERY SPATULA | 470184 | 1004855-060 | 862217-01R, 862217-02R |

Attorneys' Eyes Only

Intuitive-00027301

| IS3000 PN | Instrument Name | Equivalent IS4000 PN | IS4000 DHF PN | IS4000 Life test Report(s) |
|---|---|---|---|---|
| 420189 | DOUBLE FENESTRATED GRASPER | N/A | N/A | See Note 1 |
| 420190 | COBRA GRASPER | 470190 | 1008193-060 | 862221-01R |
| 420192 | VALVE HOOK | N/A | N/A | See Note 1 |
| 420194 | MEGA NEEDLE DRIVER | 470194 | 1008190-060 | 862222-01R |
| 420203 | PERICARDIAL DISSECTOR | N/A | N/A | See Note 1 |
| 420204 | ATRIAL RETRACTOR | N/A | N/A | See Note 1 |
| 420205 | FENESTRATED BIPOLAR FORCEPS | 470205 | 1005083-060 | 1024209-01R, 862210-03R, 862213-01R, 862217-02R |
| 420207 | TENACULUM FORCEPS | 470207 | 1006193-060 | 862215-01R |
| 420215 | CARDIAC PROBE GRASPER | 470215 | 1006195-060 | 862214-01R, 862215-01R |
| 420227 | PK DISSECTING FORCEPS | N/A | N/A | See Note 1 |
| 420230 | LARGE CLIP APPLIER | 470230 | 1004512-060 | 862218-01R |
| 420246 | ATRIAL RETRACTOR SHORT RIGHT | 470246 | 1006227-060 | 862214-01R, 862215-01R |
| 420249 | DUAL BLADE RETRACTOR | 470249 | 1006228-060 | 862214-01R, 862215-01R |
| 420275 | HARMONIC ACE CURVED SHEARS | N/A | N/A | See Note 2 |
| 420278 | GRASPING RETRACTOR | N/A | N/A | See Note 1 |
| 420296 | LARGE SUTURECUT NEEDLE DRIVER | 470296 | 1008192-060 | 862212-03R |
| 420309 | MEGA SUTURECUT NEEDLE DRIVER | 470309 | 1006155-060 | 862212-01R, 862212-03R |
| 420318 | SMALL GRASPING RETRACTOR | 470318 | 1006229-060 | 862214-01R, 862215-01R |
| 420327 | MEDIUM-LARGE CLIP APPLIER | 470327 | 1004503-060 | 862218-01R |
| 420344 | CURVED BIPOLAR DISSECTOR | 470344 | 1005789-060 | 1024209-01R, 862210-03R, 862213-01R, 862217-02R |

Notes:
1) Several S/Si 8mm instrument do not have an equivalent Xi 8mm counterpart, however, these instruments are driven with torques lower than those present in the IS4000 8mm Large Clip Applier.  The table below compares the highest value among  Yaw, Grip Open, or Grip Closed torques present in 823123 Rev. BS to that of the IS4000 8mm Large Clip Applier.

| IS3000 PN | Instrument Name | Max Torque (Yaw, Grip Open, Grip Closed) (Nm) | IS4000 Large Clip Applier Max Grip Closed Torque (Nm) |
|---|---|---|---|
| 420121 | FINE TISSUE FORCEPS | 0.20 | 0.90 |
| 420170 | ENDOPASS DELIVERY INSTRUMENT | N/A – No Cables | |
| 420178 | CURVED SCISSORS | 0.20 | |
| 420189 | DOUBLE FENESTRATED GRASPER | 0.48 | |
| 420192 | VALVE HOOK | 0.20 | |
| 420203 | PERICARDIAL DISSECTOR | 0.20 | |
| 420204 | ATRIAL RETRACTOR | 0.48 | |
| 420227 | PK DISSECTING FORCEPS | 0.25 | |
| 420275 | HARMONIC ACE CURVED SHEARS | N/A – No Cables | |
| 420278 | GRASPING RETRACTOR | 0.31 | |

2) The two remaining instrument in the S/Si 8 mm family which were not discussed in this justification are the Endopass Delivery Instrument, PN 420170, and the Harmonic Ace Curved Shears PN 420275. These instruments are simple and robust in design and do not have cables and are therefore less likely to fail due to the increased number of reprocessing cycles.

In summary, because of the similarities in design, materials, reprocessing temperatures, reprocessing chemistry, input drive torque and range of motion, the testing performed on the Xi 8mm instrument family is adequate to cover the S/Si 8mm family. This coverage allows the S/Si to be included in the Reprocessing Appendices 551620-03.

Attorneys' Eyes Only
Intuitive-00027303