**From:** Patrick Swindon [Patrick.Swindon@intusurg.com]
**Sent:** 6/28/2019 9:51:26 AM
**To:** Curt Boeschenstein [Curt.Boeschenstein@intusurg.com]
**CC:** Katie Scoville [Katie.Scoville@intusurg.com]; AJ Inacay [aj.inacay@intusurg.com]
**Subject:** RE: IMG_3219.jpeg
**Attachments:** IMG_3219.jpeg

Curt - Thank you for forwarding this on, very much appreciate the image. AJ is the one this sort of thing should go to as he is managing the unauthorized reprogrammed device response. We do have an updated process for handling these sorts of situations that was developed ███████████████████ which we've been using for a few months now to great success.

AJ has on his to-do list to get on the CSD/CVP calls in the near future to help educate sales leadership of how we handle this and Intuitive's official stance. In the meantime he can reach out to Jarrod directly for this specific situation.

Let me know if you'd like your team educated on this topic as well and we'd be happy to review, maybe best to go over it in the bi-weekly marketing call we already have set up. Thoughts?

All the best,
Patrick


-----Original Message-----
From: Curt Boeschenstein <Curt.Boeschenstein@intusurg.com>
Sent: Friday, June 28, 2019 6:50 AM
To: Patrick Swindon <Patrick.Swindon@intusurg.com>
Cc: Katie Scoville <Katie.Scoville@intusurg.com>
Subject: FW: IMG_3219.jpeg

Hi, Patrick,

Hope all is well.

With AJ Inacay's announcement, is this something we should forward to you or AJ? Looks like this company is collecting instruments for Rebotix?... has the Rebotix letter that we wrote a year or so ago been updated to provide to Jarrod and team?

Let us know best way to address field with unauthorized reprocessing. Thanks,

Curt Boeschenstein
Sr. Director, Product Marketing- Instruments & Accessories

Mobile:   +1 513-368-6307
Direct:   +1 408-523-7537
curt.boeschenstein@intusurg.com

INTUITIVE

1020 Kifer Road
Sunnyvale, CA   94086-5304   USA
intuitive.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 507-R**

Case No. 3:21-cv-03496-AMO
Date Entered _____
By _____
Deputy Clerk

-----Original Message-----
From: Jarrod Bowers <Jarrod.Bowers@intusurg.com>
Sent: Thursday, June 27, 2019 4:04 PM
To: Adam Clark <Adam.Clark@intusurg.com>; Curt Boeschenstein <Curt.Boeschenstein@intusurg.com>; Marc Bland <Marc.Bland@intusurg.com>; Eric Lashinsky <Eric.Lashinsky@intusurg.com>; Katie Scoville <Katie.Scoville@intusurg.com>
Cc: Jeff Menold <Jeff.Menold@intusurg.com>
Subject: IMG_3219.jpeg

ISI Leadership team,
Menold came across this today in Evergreen Hospital in Seattle. It sounds like they have a 3rd party company 're-chipping' the arms and resetting I&A lives to save cost. Not sure who to direct this to, but wanted to get you direction. Please advise best next steps. Thanks!

Jarrod

Attorneys' Eyes Only

Intuitive-00106128

**Trial Ex. No. 507-R, Pg. 2 of 2**