

# IS4000 8mm Base Instruments CDR

September 29, 2011

819005-03 Rev A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 573-R**

Case No. 3:21-cv-03496-AMO
Date Entered_____
By_____
Deputy Clerk

# Agenda

- **Core Team & Design Review Board –** *Scott Harrington*
- **Market & Product Requirements Overview –** *Aaron Carrano*
- **Instrument Design**
    - **Chassis Design –** *Ed Donlon*
    - **Inputs -** *Don Alden*
    - **Friction -** *Ed Donlon*
- *Break! – 11:45am (Get Lunch)*
- **Clinical Performance** *- Maggie Nixon*
- **Instrument Performance -** *Hsien Hsin Liao*
    - **Instrument Hooping performance**
        - **Comparison with IS3000**
        - **Modeling of contributors**
    - **Instrument grip force**

Slide 2                                    ISI Confidential                            INTUITIVE
                                                                                        SURGICAL®

Attorneys' Eyes Only

Intuitive-00542797

# Agenda - Continue

- Instrument Performance - continued
  - Safety and reliability – *Niels Smaby*
    - Simulated Life test and sine to death results
    - Wrist back-drive test results
  - Instrument behaviors - *Niels Smaby*
    - Engage trajectories, Grip cal, Cone limits, tool-data from RFID
- *Break! – 15 Minutes*
- **V&V Outline –** *Craig Tsuji*
- **Manufacturing Overview –** *Louis Spicciati*
- **Current RMA trends –** *Marc Bush (Jeff Rampe)*
- **Project Risks –** *Scott Harrington*
- **Schedule Overview –** *Scott Harrington*

Slide 3                                      ISI Confidential                                      INTUITIVE
                                                                                                    SURGICAL®

Attorneys' Eyes Only                                                                    Intuitive-00542798

# Instruments Core Team

- **Design Engineering:**
  - Mechanical: Greg Dachs, Ed Donlon, Don Alden, Craig Tsuji, Katie Stoy, Andrew Crews
  - Electrical: Gerry Labonville / Brandon Garbus
  - Systems Analysis: Pushkar Hingwe
  - Software: Brent Tokarchuk
- **Project Manager: Scott Harrington**
- **Product Manager: Aaron Carrano**
- **Clinical Development: Maggie Nixon**
- **Customer Service: Jamie Tobin**
- **Instrument Test: Dallan Schowe**
- **Manufacturing: Toni Conway**
- **Manufacturing Engineering: Louis Spicciati / Greg Richmond**
- **New Product Introduction / Mfg. Test: Garry Doran**
- **Supplier Development: Hung Pham**
- ██████████████████
- **System Test: Steve Auer**
- **Technical Publications: John Gutierrez**
- **Purchasing: Chris D'Arienzo / Javed Khan**
- **Quality: Marc Bush**

Slide 4                                    ISI Confidential                              INTUITIVE SURGICAL®

# Instruments Design Review Board

- **Clinical Affairs:** ~~Victor Chen~~ N/A. **No Clinical Trials.** (Post-CDR Update)
- **Clinical Development:** Amy Kerdok
- **Customer Service:** Brett Robinson
- **Mechanical Engineering:** Bill Burbank
- **Electrical Engineering:** Rod Vance
- **Manufacturing Engineering (ME):** Mike Prindiville
- **New Product Introduction:** Bob Sundstrom
- **NPI Purchasing:** David Powers
- **Materials:** John Hill
- **Product Management:** Mike Hanuschik
- **Product Quality:** Krish Krishnanand
- ████████████████
- **Software Engineering:** Greg Toth
- **Supplier Development:** John Dovala
- **Systems Analysis:** David Robinson
- **System Test:** Joe Giallo/Lisa Heaton

Attorneys' Eyes Only



# IS4000 8mm Base Instruments CDR

Market and Product Requirements

819005-03 Rev A

Attorneys' Eyes Only

## What's Covered?

| Covered | Not Covered |
|---|---|
| 8mm architecture | 5mm architecture<br>Advanced Instruments<br>Harmonic ACE<br>Tool Tracking<br>Force Sensing<br>PK Instrument *<br><br>* Working on the PK for Alpha 3.5.  This project will have its own CDR. |

Slide 7                          ISI Confidential                    INTUITIVE
                                                                      SURGICAL®

Attorneys' Eyes Only

Intuitive-00542802



Attorneys' Eyes Only

Intuitive-00542803



Exceptions: full 5mm set.

Attorneys' Eyes Only

# Instrument Availability

**Phase II**

**Strategy**
Complete sets for core

URO  GYN

- Mega™ Needle Driver
- Large SutureCut™ Needle Driver
- Black Diamond Micro Forceps
- Cadiere Forceps
- Cobra Grasper
- Double Fenestrated Grasper
- Long Tip Forceps
- Graptor™ (Grasping Retractor)
- Round Tip Scissors

Slide 10                     ISI Confidential                     INTUITIVE SURGICAL®

Attorneys' Eyes Only                     Intuitive-00542805

**Trial Ex. No. 573-R, Pg. 10 of 124**

# Instrument Availability



**Strategy**
Complete set for cardiac



- Micro Bipolar Forceps
- DeBakey Forceps
- Fine Tissue Forceps
- Pericardial Dissector
- Cardiac Probe Grasper
- Potts Scissors
- Small Clip Applier
- EndoWrist Stabilizer
- Snap-fit™ Instrument

Slide 11                    ISI Confidential                    INTUITIVE SURGICAL®

Attorneys' Eyes Only

Intuitive-00542806



## Instrument Availability

**Strategy**
Discontinue low volume instruments

- PreCise™ Bipolar Forceps
- Thoracic Grasper
- Curved Scissors
- Valve Hook
- Dual Blade Retractor
- EndoPass™ Delivery Instrument

Slide 12                ISI Confidential                INTUITIVE

Attorneys' Eyes Only

Intuitive-00542807



Attorneys' Eyes Only

Intuitive-00542808

# Instrument Types

- Energy Instruments
    - Bipolar Energy
    - Monopolar Energy
    - PK Energy
- Non-energy Instruments



Slide 14                          ISI Confidential                          INTUITIVE
SURGICAL®

Attorneys' Eyes Only

## Flush Ports

- Two ports necessary for cleaning
- Co-located with energy connector for Alpha 3
- Strong <u>desire</u> to move flush ports to rear of housing
  - Minimizes overall length when in the ultrasonic cleaner of instrument and simplifies user experience
- Engineering challenge
  - Additional bends in flush tubing reduces pressure



Slide 15                            ISI Confidential                        INTUITIVE
                                                                             SURGICAL®

Attorneys' Eyes Only

## Opening Jaws

- IS3000 instruments have the ability to open jaws of the instrument by manually rotating protruding drive inputs
- IS4000 instrument drive inputs were modified to improve manual rotation



Slide 16                    ISI Confidential                    INTUITIVE
SURGICAL®

# Emergency Release

- Allen key is used to back drive jaws
  - Same as IS3000



Slide 17                    ISI Confidential                    INTUITIVE
                                                                SURGICAL®

Attorneys' Eyes Only                    Intuitive-00542812

## Labeling

- Instrument name visible from multiple orientations
  - On robot
  - Off robot
    - Central processing
    - Sterile back table
    - Sterilization tray



Slide 18                          ISI Confidential                          INTUITIVE SURGICAL®

Attorneys' Eyes Only

# End of Life Indicator*

- Utilize extra drive input
    - Rotate drive input to indicate instrument is expired
- Benefits
    - Improve OR efficiency
    - Prevent unnecessary reprocessing



*Users attempt to use an expired instrument* <span style="color:red">**1 in 8**</span> *procedures*
*(over 32,000 occurrences since 01/01/11)*

*Identified as a "should" requirement in PRD

ISI Confidential

INTUITIVE
SURGICAL®

Attorneys' Eyes Only

Intuitive-00542814



# IS4000 8mm Base Instruments CDR

Instrument Design

819005-03 Rev A



Attorneys' Eyes Only

Intuitive-00542816

Attorneys' Eyes Only

Intuitive-00542817



Attorneys' Eyes Only

Intuitive-00542818

# RFID & Dallas

- Alpha3 Instruments will support both RFID and Dallas,
- Plan of record is to have RFID

- RFID Tag
  - 13mm Square
  - Likely held in with epoxy for A3
  - Will investigate snap or other retaining feature for A4/Beta

- Dallas Board
  - 4 spring loaded pins located on .180" square pattern
  - Held in place with (2) standard Tinnerman washers



Cavity for tag

Dallas Board

Slide 24                         ISI Confidential                    INTUITIVE SURGICAL®

Attorneys' Eyes Only

Intuitive-00542819



Attorneys' Eyes Only

Intuitive-00542820



Attorneys' Eyes Only

Intuitive-00542821



Attorneys' Eyes Only

Intuitive-00542822

## Cleaning and Sterilization

- Instrument is designed with standard autoclavable materials
- Instruments will be flushed like IS3000 instruments
- Cleaning verification will start with Alpha 3 Instruments



Slide 28     ISI Confidential     INTUITIVE

Attorneys' Eyes Only

Intuitive-00542823

## Magnet (Instrument Presence)

- Use to detect instrument removal
- Instrument will have a magnet similar to IS3000 instruments
- Material is the same, but slightly different geometry (thinner)
- Located under Dallas ID board



Magnet

Slide 29                     ISI Confidential                     INTUITIVE SURGICAL®

Attorneys' Eyes Only

Intuitive-00542824



Attorneys' Eyes Only

Intuitive-00542825

## Friction

- Only variable for friction is backend idler pulleys
  - Pulleys need to be as small as possible for packaging, but this adds friction
- Solution: Minimize shaft size and add low-friction coating to pulley and shaft.



- Pulley and shaft geometry not significantly changed from Alpha 2.
- Theoretical worst-case loading could yield 416 shaft, but no problems have been observed.
  - Higher-strength steel available if necessary.
- DLC coated shafts and TiNi pulleys
  - TiNi has same friction characteristics, increased life.
  - Easier to see cables on TiNi pulleys.





Slide 31                          ISI Confidential                          INTUITIVE
                                                                            SURGICAL®

Update with photo of TiNi.

Attorneys' Eyes Only

Intuitive-00542826

## Seal Compliance

- Alpha 2 design showed relative motion of shaft and clevis during high grip.
  - "Sewing machine" effect in clinical eval
  - Pitch cables entirely slack under grip
- Alpha 2.5 opened up slot and reduced length of turned-down section to ensure no interference between shaft and clevis seal.
  - Uson test performance remained acceptable
  - Potential for rotation of clevis relative to shaft due to wide slots
- Alpha 3 design decreases length of turned-down section, increases depth of slot.
  - Slot width does not change relative to IS3000



Slide 32                    ISI Confidential

Update with photo of TiNi.

Attorneys' Eyes Only

## Cable Tensions - LND

- Pitch: 5lbs on IS3000 -> 7lbs on IS4000
  - Early tests showed pitch cable slackening during moves under heavy grip
  - Increasing tension prevented this and showed an improvement in performance
  - Pitch cable path does not have reversing bend, so life impacts should be small
- Yaw: 5lbs on IS3000 -> 3lbs on IS4000
  - Keeps overall tension on wrist equivalent during un-gripped moves
  - Does not affect yaw stiffness under heavy grip as grip-open cables are always slack

Slide 33                                    ISI Confidential                          INTUITIVE
                                                                                      SURGICAL®

-Note that pitch performance has a large effect on hooping performance due to the long lever arm between the pitch axis and the tip of the instrument.
-Stiffness gets cut in half when one side of the cable loop goes slack. For pitch this is important as we want the stiffness to be high for optimal tracking. For grip it's less important because when grip is closed hard the grip-open cables are always going to be slack, unless the pretension is insane.

Attorneys' Eyes Only                                      Intuitive-00542828



## Instrument Inputs

- Orion carriage has continuous rotation.
  - Can use multiple rotations to drive instrument DOFs (Roll, stapler...)
  - *Do not need to control offsets at manufacture*
- Lower input pulley is integral to input disk.
- Upper input pulley is tensioned relative to the lower pulley

Stainless steel shaft

Aluminum clamping pulley

Ultem input body

Slide 34                     ISI Confidential                     INTUITIVE

Update! (Don Alden) No changes required.  DA 26 Sep.  Add section view

Attorneys' Eyes Only

Intuitive-00542829



Update! (Don Alden) No changes required.  DA 26 Sep.  No changes from PDR.  Does not waste Tungsten.

Attorneys' Eyes Only

# Clamping Pulleys and Shafts

- Bending Stresses:
  - Assume metal post takes all load
  - Larger (0.15" dia) shaft.
  - Assume 49lb load (break strength of cable)
  - Assume plastic adds no strength
  - Maximum von Mises Stress:
    - 68.5ksi → 17-4 PH Stainless Steel (replaces Aluminum)
    - 17-4 PH (H-1150) yield → 126ksi



Worst case pull distance: .44"

Slide 36                    ISI Confidential                    INTUITIVE

Update! (Don Alden)

Attorneys' Eyes Only                    Intuitive-00542831



## Clamping Pulleys and Shafts

- **Stiffness:**
  - Resolve bending and twisting beam into cable pull
  - Assume stainless steel shaft (0.15" OD)

- 49 Lb causes cable deflection of .0035" if routed to top pulley
- Significantly less (.0016") if routed to lower

Grip close cable always goes to lower input

Worst case pull distance: .44"

Slide 37                    ISI Confidential                    INTUITIVE SURGICAL®

Update! (Don Alden)

Attorneys' Eyes Only

Intuitive-00542832



Attorneys' Eyes Only

Intuitive-00542833



## Instrument Cabling

- Routing adds 1.1" (2.75" total) to tungsten length
  - Compensated by using stiffer cable and using solid rod in place of hypo tube.
  - Reliable manufacturing process for rods has not yet been found.
- Fleet angles for jaw closing improve slightly from 3.7° to approximately 3.0 °.

Backend idlers

Slide 39                          ISI Confidential                          INTUITIVE SURGICAL®

Update! (Ed Donlon and Katie Stoy)  Rods are risky.

Attorneys' Eyes Only

# Instrument Roll

- **Increased RoM**
    - Elimination of twist axis allows reduced wrap of rods.
    - Roll ROM of 640° represents an increase over 520° for Gemini.
    - Reducing roll ROM from 640° will improve device life and reduce friction at extreme roll.
- **Two-stage hard stop**
- **Direct drive, 1:1 gearing**
    - Simplifies manufacture
    - Decreases part count
- **Roll gear alignment marks allow fixed roll offset.**




Slide 40                                ISI Confidential                    INTUITIVE
                                                                           SURGICAL®

No change but update image Show 640 deg.  Tornado? Eliminates burden on roll axis

Attorneys' Eyes Only

Intuitive-00542835

# IS4000 8mm Base Instruments CDR

## Clinical Performance



819005-03 Rev A

Attorneys' Eyes Only

Intuitive-00542836

# Alpha2.5 Clinical Performance Testing

Performance tests –

- Instrument Hooping – how much the does the tip deviate when rolling around a fixed point at the tip

- Instrument Power grip – how does the instrument track to bumper position and grasp needles/tissue

- Master Tracking – how well does the instrument track to master inputs (sloppiness)

- Precision suturing – small needles, precise placement and gentle suture interaction

- 'Big bite' suturing – Needle purchase and following with tissue loads, firm suture pulling

Slide 42                                    ISI Confidential                         INTUITIVE
                                                                                      SURGICAL®

Attorneys' Eyes Only                                                    Intuitive-00542837

# Alpha2.5 Testing results

| Performance Variable | | Alpha2 results (March) | | Alpha 2.5 results (September) |
|---|---|---|---|---|
| Instrument Hooping (LND) | 2.5 | Straight: 4 – 7mm diameter<br>Bent: n/a | 4<br><br>3.5 | Straight: 1 – 2mm<br><br>Bent: 4 – 5mm |
| Instrument power Grip | 3 | Grip Cal was off<br>Trouble maintaining needle position in jaw | | When grip cal working, power grip was equivalent to IS3000 |
| Master tracking (inner axes only) | - | | 4<br><br>3.5 | Yaw and pitch<br><br>Grip (due to delay in grip tracking) |
| Fine Suturing | 3 | Some difficulty with tight control of needle tip. | 4 | Comparable time and stitch precision. |
| 'Big bite' suturing | | - | 4 | Needle grip and control was as expected<br>Easily able to follow curve of the needle even with tissue load |

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| unacceptable | worse | nearly acceptable | equal to IS3000 | better than IS3000 |

Slide 43     ISI Confidential     INTUITIVE SURGICAL®

Attorneys' Eyes Only

Intuitive-00542838

# Key Clinical Risks

| Category | Detailed Hazard Identification & Rationale | System Behavior & Mitigation | Applicable Functional Area(s) |
|---|---|---|---|
| Imprecise Manipulator motion | Slack and/or friction in instrument (i.e. EndoWrist, snake wrist, single site, etc.) control could result in imprecise motion of instrument wrist causing tissue injury and/or inability to execute necessary surgical tasks. | Instrument movements are uniform (smooth and consistent) over their range of motion. Any backlash, hysteresis, friction, hooping, etc. shall be negligible. \n\n Life testing shall be performed to ensure intuitive motion is preserved over life of instrument. | I,M,A |
| Uncontrolled tip motion | Unintended system executed retraction of the insertion axis of the USM (i.e. due to a supposed instrument removal) could cause tissue injury if the instrument is still present. | System shall redundantly sense presence of instrument to a USM. Retraction of insertion axis for instrument removal only occurs after deliberate, user initiated event (i.e. both instrument release tabs are pressed). | I,M,A,S,E |
| Non-intuitive | An instrument may break, so that some instrument axes are unable to move as directed by the surgeon. This can cause overall instrument motion to be in an unexpected direction resulting in surgeon confusion and tissue injury. | Instruments shall be designed to withstand typical clinical use and reasonably expected abuse situations throughout the intended life of the instrument. \n\n Surgeons should be trained in recognizing the symptoms of unintuitive motion and what can cause it. | I,U |

Slide 44                                    ISI Confidential                          INTUITIVE SURGICAL®

Attorneys' Eyes Only

Intuitive-00542839

# Key Clinical Risks (con't.)

| Detailed Hazard Identification & Rationale | System Behavior & Mitigation | Applicable Functional Area(s) | Detailed Hazard Identification & Rationale |
|---|---|---|---|
| Loss of functionality | Instrument tip (including grips) does not stop or does not stop in a timely manner under a fault condition resulting in tissue injury. | The USM shall stop as soon as possible in accordance to the detection of a system fault. Regardless of USM position or action prior to the fault, the instrument tip shall coast to stop with little or no trauma to any tissue it contacts thus comparable to or less harmful that a dropped laparoscopic instrument.<br><br>If gripping tissue, a system fault does not release the instrument grips. | M,A,S,E,U |
| Inability to access patient in emergency conversion | An Instrument gripping /clamping/suctioning or otherwise attached to tissue during a system fault could cause patient injury when it is removed. | The system shall provide a mechanism for quickly (~20 sec) releasing the instrument tips from tissue (i.e. grips, suction, clamping, etc.) during system faults or power losses, so that (a) the instrument releases the tissue, and (b) the sterile adapter releases the instrument. | I,U |
| Failure of patient contact components | Broken instruments and accessories may generate parts that are difficult to remove, and could cause injury if sharp or become lost in patient anatomy. Potential to result in conversion to open procedure for removal. | Instrument design shall be robust enough for typical clinical use and prevent particles falling into the patient.<br><br>The User Manual contains appropriate warnings and instructions for safe handling, inspection, set-up & operation. | I,U |

Slide 45    ISI Confidential    INTUITIVE SURGICAL

Attorneys' Eyes Only

Intuitive-00542840



# IS4000 8mm Base Instruments CDR

## Instrument Performance

819005-03 Rev A

Attorneys' Eyes Only

Intuitive-00542841

## Agenda

- Performance
  - Instrument Hooping performance
    - Comparison with IS3000
    - Modeling of contributors
  - Instrument grip force
  - Instrument tip vibrations
    - Impact of torque ripple
- Safety and reliability
  - Post Fault behavior of instrument tip (HFHF)
  - Simulated Life test and sine to death results
  - Wrist back-drive test results
- Instrument behaviors
  - Engage trajectories, Grip cal, Cone limits, tool-data from RFID

INTUITIVE
SURGICAL®

Attorneys' Eyes Only

## Hooping (video from clinical lab)




- 45 deg. Pitch, 45 deg. Yaw
- 45 deg. Pitch

INTUITIVE
SURGICAL®

Attorneys' Eyes Only

Intuitive-00542843

# Hooping

- Definition...
- Tip Motion is measured by a magnetic tracker.
  - Sensor motion is post-processed to get tool tip motion.



49                                    ISI Confidential                                    INTUITIVE
                                                                                          SURGICAL®

mention clinical hooping

Attorneys' Eyes Only                                    Intuitive-00542844

# Hooping Metric



- Hooping Metric:
  - First project the tip motion onto a plane normal to the initial orientation (wrist pitch at 45 deg.), i.e., plane y-z.
  - Next find the convex hull housing the projected tip motion.
  - The maximum interior distance of convex hull is the metric.



50                                   ISI Confidential                    INTUITIVE
                                                                          SURGICAL®

Attorneys' Eyes Only                                    Intuitive-00542845



clinical engineers confirm this with lab sessions.

Attorneys' Eyes Only

Intuitive-00542846

# Source of Hooping Errors

- Want to understand the relative contributions of the following:
  - Measurement Error
    - Uncertainty in magnetic tracker mount position and noise

  - Servo Error
    - Difference between commanded and measured joint positions

  - Carriage and Sterile Adaptor Backlash
    - In a range of 2.5~4.5 degrees (Carriage 1.5~2 deg., Sterile adaptor 1~2.5 deg.)
    - Alpha3 likely has less backlash because ball bearings in the planetary gearbox
    - Actual disc position lags encoder by half backlash

  - Joint Offset
    - Tool "zero" positions not actually zero
    - Wrist pitch can have up to 1.5 deg. offset

  - Instrument Cable Compliance
    - Coupling matrix assumes perfectly stiff instrument cables, which certainly are not
    - Dominant source of hooping error

52                                    ISI Confidential                        I N T U I T I V E
                                                                                  SURGICAL®

Attorneys' Eyes Only                                                    Intuitive-00542847

**Trial Ex. No. 573-R, Pg. 52 of 124**

- A typical symptom: joint hysteresis.
  - Encoder (blue) measures accurate tracking.
  - Magnetic tracker (red) says otherwise.
- A simple cable stretch model can explain this hysteresis...



53     ISI Confidential     INTUITIVE SURGICAL

Attorneys' Eyes Only

Intuitive-00542848

Trial Ex. No. 573-R, Pg. 53 of 124



$$\Delta\theta = \frac{\Delta x}{R} = \frac{T \cdot C}{R} = M \cdot C$$

- $\Delta\theta$ is the disc motion that does NOT contribute to any tool motion.
- Think of an effective disc position that lags the actual position by $\Delta\theta$

ISI Confidential

INTUITIVE
SURGICAL®

Attorneys' Eyes Only

Intuitive-00542849

- Model estimate the "true" joint position accounting for cable compliance.
- Works very well to explain the hysteresis in both wrist pitch and yaw.



55    ISI Confidential    INTUITIVE SURGICAL®

Attorneys' Eyes Only

Intuitive-00542850



# Hooping Error

- Run joint angle trajectories through forward kinematics to "simulate" hooping performance.
- With commanded joint trajectories.
  - Max. Interior Distance: 0.032 mm



56                    ISI Confidential                    INTUITIVE SURGICAL®

Attorneys' Eyes Only

Intuitive-00542851

# Hooping Error

- With measured joint trajectories.
  - Max. Interior Distance: 0.454 mm



57                               ISI Confidential                          INTUITIVE

# Hooping Error

- With measured joint trajectories + backlash model.
  - Max. Interior Distance: 1.194 mm



ISI Confidential

Attorneys' Eyes Only

Intuitive-00542853

# Hooping Error

- With measured joint trajectories + backlash + compliance.
  - Max. Interior Distance: 4.02 mm



 ISI Confidential

INTUITIVE
SURGICAL®

Attorneys' Eyes Only

Intuitive-00542854



# Hooping Error

- With measured joint trajectories + backlash + compliance + 1.5 deg. pitch offset.
  - Max. Interior Distance: 4.385 mm



60                                    ISI Confidential                    INTUITIVE

Attorneys' Eyes Only

Intuitive-00542855



# Hooping Summary

- A typical Orion and Gemini LND at life10:

- Orion hooping performance is comparable to IS3K for LNDs.
- Roughly 1.5 mm un-modeled error remains.

61                              ISI Confidential                    INTUITIVE

3 bar chart

Attorneys' Eyes Only                                                    Intuitive-00542856

# Grip Force Variation

- Want to maintain a constant grip force.
- Grip force measured by a load cell along with a high-bandwidth amplifier.
- Maneuver:
    - Full grip → yaw to a fixed position → stop.

 

62                                    ISI Confidential                          INTUITIVE

Attorneys' Eyes Only

# Typical Grip Variation Graphs

- Look at the difference between initial and ultimate grip force.



Grip force variation

- Model shows (backup slides) grip variation is equal to the drivetrain friction

63      ISI Confidential      INTUITIVE SURGICAL®

Attorneys' Eyes Only

# Orion vs. IS3000

- 3 new Gemini "blue" LNDs and 6 new Orion A2.0 LNDs.
    - On average, the grip force variation is 40% higher on Orion.
    - Alpha3 carriage friction reduction will reduce the variation.



64                                    ISI Confidential                    INTUITIVE

Attorneys' Eyes Only

## Grip Variation Summary

- Observe higher grip variation on Orion LNDs.
- Grip variation is exactly the static drivetrain friction during initial grip.
- Consistent with the higher friction measured on Orion.
- Should improve with lower friction Alpha3 design. Dramatic lower friction in the A3.0 motor/gear box.

65                                    ISI Confidential                          

Attorneys' Eyes Only                                                                    Intuitive-00542860

# Instrument Reliability and Safety

- Reliability
  - Simulated life testing
  - Sine cycling to failure
- Safety
  - Back driving the instrument wrist against holding motor torque

INTUITIVE
SURGICAL®

Attorneys' Eyes Only

# Instrument Reliability, Test Design

- All tests on Production Gemini Instruments and Alpha 2.5 Orion Instruments
- Simulated Life Testing Design(for Large Needle Driver only)
  - Automated Simulated Lives (10 Lives)
  - Includes ultrasonic wash, lube and autoclave for each life.
  - Performance Testing during life span
    - Initial performance (life 0)
    - After first wash/autoclave performance (life 0.5)
    - Then after 1, 5, and 10 lives

INTUITIVE
SURGICAL®

Attorneys' Eyes Only

Intuitive-00542862

# Instrument Reliability, Test Design

- Life Testing Design(for Large Needle Driver only)
  - Simulated Lives
    - 1 Life = From Life Test Protocol for Mega Needle Driver
      - 150 Suture Pulls (more to compensate for no "Tissue Lifts")



INTUITIVE
SURGICAL®

Attorneys' Eyes Only

Intuitive-00542863

# Instrument Reliability, Test Design

- Life Testing Design(for Large Needle Driver only)
    - Simulated Lives
        - 1 Life = From Life Test Protocol for Mega Needle Driver
            - 150 Suture Pulls (more to compensate for no "Tissue Lifts")
            - 30 Needle Throws + Pull Throughs



INTUITIVE
SURGICAL®

Attorneys' Eyes Only

Intuitive-00542864

# Instrument Reliability, Test Design

- **Life Testing Design(for Large Needle Driver only)**
  - **Simulated Lives**
    - 1 Life = From Life Test Protocol for Mega Needle Driver
      - 150 Suture Pulls (more to compensate for no "Tissue Lifts")
      - 30 Needle Throws + Pull Throughs
      - 120 Wrist Circles
      - Differences: Instrument changes not performed, No Dips in Pig Blood.



INTUITIVE
SURGICAL®

Attorneys' Eyes Only

# Instrument Reliability, Test Design

- Life Testing Design(for Large Needle Driver only)
    - Performance Testing during life span
        - Ascension Tracking Measurements
            - Hooping Performance
            - Joint hysteresis
        - Disc Offset Measurement
        - Friction Measurements





INTUITIVE
SURGICAL®

Attorneys' Eyes Only

Intuitive-00542866

# Instrument Reliability, Test Results

- Life Testing Results(for Large Needle Driver only)
  - 6 Orion LND's tested
    - Wrist Pitch Cables Tensioned to 7 lb (vs. 5 lb on Gemini LND)
    - Wrist Yaw Cables Tensioned to 3 lb (vs. 5 lb on Gemini LND)
  - 3 Production LND's tested
  - Failures/Breakages:
    - No Instrument Failures during 10 simulated life test.

INTUITIVE
SURGICAL®

Attorneys' Eyes Only



should stress again that the hooping is good on orion

# Instrument Reliability, Test Results

- Ascension Tracking Measurements: Hooping Performance
  - Orion on par with Production Gemini with less variability



Attorneys' Eyes Only

Intuitive-00542869

# Instrument Reliability, Test Results

- Disk Offset Changes: Group Comparison, Disks 3 and 4 (yaw/grip)
    - Consistently more movement on Orion Disk offsets. (w/ one outlier)



- Grip Cal Compensation should result in no detrimental performance effects.

- Hooping not affected due to symmetry of drift.

INTUITIVE
SURGICAL®

Attorneys' Eyes Only

Intuitive-00542870

# Instrument Reliability, Test Design

- Grip Max and Sine Cycle Yaw until distal cable breakage
  - To test common failure mode at distal idler pulleys.

INTUITIVE
SURGICAL®

Attorneys' Eyes Only

Intuitive-00542871

# Instrument Reliability, Test Results

- Grip Max and Sine Cycle Yaw (discrete cosine trajectory start/stop, check) until distal cable breakage

| Gemini Failures | Orion Failures |
| --- | --- |
| 641 cycles | 660 cycles |
| 605 cycles | 457 cycles |
| 579 cycles | 436 cycles |

Note: The grip torque at the motor for Orion instrument was at 0.18 Nm compared to 0.16 Nm for IS3000. However, the grip force generated was comparable.



Attorneys' Eyes Only

Intuitive-00542872

# Instrument Reliability, Results

- Why do the Orion Instruments break sooner in Max Grip Sine Cycle?
  - Orion Stiffer Drive Train May cause higher wrist yaw peak torques?
  - Gemini back end friction increase during test "protecting" wrist?
  - RISK: Priority for further investigation.
    - Measure grip with grip meter during test.
    - Determine fastest acceleration on WY in following
    - Match Sine or Cos Trajectory to be within reasonable acceleration bounds
    - Tune maximum grip torque on Orion to better match IS3000 grip forces.
    - Sensitivity study (to max grip torque).

INTUITIVE
SURGICAL®

Attorneys' Eyes Only

Intuitive-00542873

# Instrument Safety, Back driving Pitch and Yaw

|  | Pitch back driving result | Yaw back driving result |
|---|---|---|
| IS3000 | Reached ROM limit but did not break against holding torque of 0.4 Nm at the motor. | Yaw cable broke at the wrist beyond 0.35 Nm motor holding torque (tested in increments of 0.05 Nm holding torque at the motor) |
| Orion | Reached ROM limit but did not break against holding torque of 0.45 Nm at the motor. | Yaw cable broke at the wrist beyond 0.35 Nm motor holding torque |



Result of back driving the pitch

Result of back driving the yaw

INTUITIVE
SURGICAL®

Attorneys' Eyes Only

Intuitive-00542874

# Instrument Behaviors and Algorithms

- Instrument engagement behaviors
- Grip Cal
- Cone Limits
- Instrument Data, Disc Offsets, Plug-N-Play

INTUITIVE
SURGICAL®

Attorneys' Eyes Only

Intuitive-00542875



Arbitrary disk offsets on instruments: unable to ensure that we start "on one side" of engagement.
wrist pitch, wrist yaw and grip engage only when roll is stopped or moving slowly (cannula scraping). (+0.5 sec)
roll, an additional full rotation on roll(+ 0.25 sec), followed by second behavior to go to zero roll (+0.5 sec)  (Eliminated by fixed roll disk offset)
120 deg greater ROM on roll. (+0.08 sec)

Attorneys' Eyes Only

Intuitive-00542876

# Carriage and Instrument Behaviors and Algorithms, Grip Cal

- Finds the grip close position
- "Torque Ripple" in Alpha 2 Carriages prevented accurate determination of tool bumper. Tuning deferred to Alpha 3.



Attorneys' Eyes Only

Intuitive-00542877

# Carriage and Instrument Behaviors and Algorithms, Wrist Cone Limits

- To ensure intuitive virtual slave limit feedback to masters, Wrist Cone Limits are now turned on for all Orion Instruments (IS3000 only snake wristed, LND & BD Micro)
  - Results in reduction in wrist range of motion  (inside the joint limits, especially when close to the remote center)
  - Example: Monopolar Spatula instrument
    - Joint signal ranges: WP: 80 deg, WY: 85 deg.
    - At 0.25m insertion, Wrist Cone Limit = ~78 degrees
    - At 0.035m insertion, Wrist Cone Limit = ~65 degrees.
      - Loss of 20 deg of WY motion = loss of ~6mm of reach back
  - Algorithmic fix needed.
    - IS3000 does work well.

INTUITIVE
SURGICAL®

# Carriage and Instrument Behaviors and Algorithms, Instrument Data/RFID Tags

- Header Data (programmed into RFID and tested to work)
  - Tool UID
  - Laser ID/Tool SN (used for energy mapping)
  - Disc Offsets
- Plug-N-Play Data (not yet programmed and tested)
  - Plenty of memory space on the RFID tags.
  - Not believed to be a risk

INTUITIVE
SURGICAL®

Attorneys' Eyes Only

# Orion Instrument RFID Tags
## Testing Summary

- Two different RFID tag companies are developing a RFID tag for ISI
- The next round of autoclave testing will be done in the CT Office and will include cleaning and sterilization cycles that are done in a Pre-Vacuum autoclave and that are not batched
  - This testing will be the most similar to what conditions the parts will see in the field
  - Testing with a read/write every 5 cycles at a nominal read distance
- Each company can provide us with a tag(s) that can fulfill different requirements for Orion

| Company | Protocol: ISO 15693 | Protocol: ISO 14443-B | Preferred Atmel Chip | Autoclaveable | Gamma Stable | Application: Instrument vs. Cannula |
|---|---|---|---|---|---|---|
| RCD Technology | | X | X | X | | Instrument |
| NewAge Industries | X | | | X | X | Both |
| NewAge Industries | | X | X | X | | Instrument |

- Future Testing Plan:
  - 1000 samples received from RCD and are ready to start testing around 10/3/11
  - 1000 samples due from NewAge (ISO 15693) on 11/11/11
  - 1000 samples from NewAge (ISO 14443-B) with preferred Atmel chip is still TBD because of issues for NewAge sourcing chip from Atmel

Slide 85
ISI Confidential

INTUITIVE
SURGICAL®

Attorneys' Eyes Only



# IS4000 8mm Base Instruments CDR

## Verification and Validation Outline

819005-03 Rev A

## Top Level Test Plan

*REQUIRED V/V TESTING FOR IS4000 INSTRUMENTS:*

- **Design Verification –** *One Protocol covering general instrument architecture plus individual protocols for each instrument.*
- **Design/Clinical Validation –** *One Protocol covering general instrument architecture plus individual protocols for each instrument.*
- **Software Compatibility/Validation**
- **Reliability/Life Testing –** *Separated into 6 protocols, based on intended function of the instrument. (1) Monopolar Instruments, (2) Bipolar Instruments, (3) Needle Driver Instruments,(4) Grasper Instruments, (5) Clip Applier Instruments, and (6) Specialty Instruments*
- **Electrical Safety and EMC Testing**
- **Cleaning Validation**
- **Sterilization Validation**
- **Biocompatibility –** *No new materials at this time.*
- **Surgeon Evaluation**
- **Packaging Validation –** *Longer instrument will require new box*
- **Human Factors**

Slide 87                         ISI Confidential                         INTUITIVE SURGICAL®

Attorneys' Eyes Only                         Intuitive-00542882

## Architectural Requirements
## 823033-40 (same format as IS3000 ARD)

Major changes from IS3000 ARD:
- Update Reference section
- Instrument over-all dimensional changes:
  - Width of backend narrower
  - Height of backend larger
  - Length 2" functionally longer past remote center (except for Harmonic Ace)
  - New foot print for Instrument-to-ISA disks
- Adding fifth input
- Requirements for RFID function added
- Established new "datum" to measure length of instrument
  - Was from centerline of distal input disks to distal tip of instrument
  - Now is from bottom of chassis to distal tip of instrument
- Use 5th axis as a end of life indicator

Slide 88                          ISI Confidential                          INTUITIVE
                                                                            SURGICAL®

Update! Craig Tsuji

Attorneys' Eyes Only

Intuitive-00542883

# Functional Requirements
## 823123-40 (same format as IS3000 FRD)

Major changes from IS3000 FRD:
- Increased Roll ROM
- Removed the Clinical Requirements
- Otherwise, document largely remain the same as IS3000 FRD

Slide 89      ISI Confidential      INTUITIVE

Scott H.

Attorneys' Eyes Only

Intuitive-00542884



Attorneys' Eyes Only

Intuitive-00542885

# Part Numbers

- **Planning BOM PB-OR-A3-INST**
  - Distal Assemblies (same as current instruments)
  - 18 instruments
- **Planning BOM PB-INST-A3NEW**
  - Proximal Assembly (common parts)
  - 19 parts
- **Assy BOM**
  - 7 Instruments at -01X

| Number | Description |
|--------|-------------|
| 470006-01X | ASSY,LARGE NEEDLE DRIVER,8MM,IS4000,ENG |
| 470033-01X | ASSY,BLACK DIAMOND MICRO FORCEPS,8MM,IS4000,ENG |
| 470172-01X | ASSY,MARYLAND BIPOLAR FORCEPS,8MM,IS4000,ENG |
| 470179-01X | ASSY,MONOPOLAR CURVED SCISSORS,8MM,IS4000,ENG |
| 470183-01X | ASSY,PERMANENT CAUTERY HOOK,8MM,IS4000,ENG |
| 470189-01X | ASSY,DOUBLE FENESTRATED,8MM,IS4000,ENG |
| 470205-01X | ASSY,FENESTRATED BIPOLAR FORCEPS,8MM,IS4000,ENG |

Slide 91    ISI Confidential    INTUITIVE SURGICAL®

Attorneys' Eyes Only

Intuitive-00542886

# Manufacturing Strategy

## Instrument Front-end VS Instrument Backend

- Leverage current processes where available at front-end:
  - Common grips IS2000 provide volume & cost benefits.
    - Production methods benefit from known, mature processes.
  - Similarities to IS2000 reduce risks at launch.

- Focus on changes at Backend
  - DFM advantages over IS2000
    - No handcrimping of cables, auto tensioning, no re-tensioning required
  - Requires development of new assembly fixtures.
  - RFID requires new "DCP" like programming solution.
  - IPT Tester – new fixture to support 5 axis and process improvements.

Luis S and Greg R

Attorneys' Eyes Only

Intuitive-00542887





Attorneys' Eyes Only

Intuitive-00542889

## Tooling Requirements

- Assembly Tooling
    - **Cable Combs** – Same at IS2000 but longer

    - **MINI-Brick –**
        - Hold / Position Instrument
        - Restrain Input rotation



    - **Bearing presses – install bearings**
    - **Tensioner – set initial Tension**
    - **Snap ring tool**

Slide 95                              ISI Confidential                    INTUITIVE SURGICAL®

Attorneys' Eyes Only

Intuitive-00542890

# Tooling Requirements - cont

- **RFID Programmer**
  - New HW / SW System
  - Hardware to interface to instrument / RFID
  - SW to support required functionality
  - Functionality of current "DCP" –
    - Program and verify instruments
    - Read instrument information for IPT, Marker, and Labeling system.
    - Write and verify process control flags.
    - Maintain security of programming system
  - NEW – Write instrument OFFSETs to RFID Chip
  - NEW - Read Energy Dallas ID and write to RFID Chip

- Resources
  - ME – Mechanical layout
  - TE – HW
  - TE - Diagnostics (SW)

Slide 96                                    ISI Confidential                          INTUITIVE
                                                                                       SURGICAL®

Attorneys' Eyes Only

## Orion IPT

- New HW / SW System
- 5- Axis drive capability
- Functionality of current IS1200/2000 IPT -
  - Read instrument and load test scripts
  - Offset Measurement
  - Range of Motion/Friction
  - Cabling Verification
- NEW – Write OFFSETs to RFID Chip or DCP
- NEW – Automatic Cable Tensioning
  - Consistent cable tensioning
  - Allows use of advanced techniques
- Next Phase is S/W integration by mid/late Oct

- Resources
  - ME – Mechanical layout
  - TE – HW / Controls
  - Test Eng Diagnostics (SW)



Slide 97                    ISI Confidential                    INTUITIVE SURGICAL®

Attorneys' Eyes Only                    Intuitive-00542892

**Trial Ex. No. 573-R, Pg. 97 of 124**

# Production Line Lifecycle Development

Alpha
- Alpha 3 (Q4) – IPT and DCP offline – develop Orion specific line
- Alpha 4 (Q1) – IPT and DCP online – initiate EFT qualification

Beta
- Complete final EFT qual
- Perform process validation

Gamma
- Duplicate Orion line(s) in support of launch volumes
- Launch builds in Sunnyvale

Production
- Demonstrate stability
- Transfer to Mexicali plant  -

Slide 98                              ISI Confidential                    INTUITIVE
                                                                          SURGICAL®

Attorneys' Eyes Only                                          Intuitive-00542893

# Supply Base

- Prime components follow current IS2000/3000
    - Cables / Hypotubes – Baird Industries
    - Grips / Clevis – Britt / Indo-MIM / Remmele
    - Maintubes – Easton
    - Injection Molding – UPG

- New Parts/Suppliers
    - Hypotubes – New process at Baird
    - RFID – New process at RCD and New Age Industries
    - Clamping Pulley – Swiss Precision

Attorneys' Eyes Only

Intuitive-00542894

# Process Validation Plans

- Process Validation to follow standard instrument format
  - Demonstrate EFT functionality and PMC
  - Demonstrate availability of work instructions and trained technicians.
  - Execute three build lots (10 units minimum) for each instrument type.
  - Evaluate In-process Testing results.
    - Gather Variable Data and Assess margin to spec
  - Evaluate product quality against specification.  (PQA functional test)
  - Evaluate Labeling and DHR documentation.

Slide 100                                    ISI Confidential                              INTUITIVE
                                                                                            SURGICAL®

Attorneys' Eyes Only

Intuitive-00542895

## Material Costs



| MATERIAL COST | IS2000 | IS4000 | Com |
|---|---|---|---|
| **LND** | $ 157 | $ 151 | $ 89 |
| **Bipolar** | $ 181 | $ 180 | $ 128 |
| **MCS\*** | $ 270 | $ 269 | $ 135 |

\* MCS includes cost of 1 Tip Cover

- Instrument COGS is driven by Grip and Cable costs.
- Hypotube cost estimate may increase due to process limitations
- IS4000 cost reduction is sensitive to cost of bearings.
- Moderate improvement to standard Labor & O/H by DFM.
- Stored  Offsets to have significant impact on Mfg efficiency (first pass yield)

ISI Confidential

INTUITIVE SURGICAL®

Attorneys' Eyes Only

Intuitive-00542896



Attorneys' Eyes Only

Intuitive-00542897



# Predecessor Instrument RMA

**Instrument FA** (Normalized by Procedure)

| > .0% | > .10% | > .20% | > .30% | > .40% | > .50% |

Complaint: YES

| Failure Analysis | Q3-2010 Proc. 69,818 QTY | % | Q4-2010 Proc. 78,096 QTY | % | Q1-2011 Proc. 81,395 QTY | % | Q2-2011 Proc. 88,436 QTY | % | Trend | Notes | Action Tracking | Owner |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL** | **1398** | **2.01%** | **1301** | **1.67%** | **1343** | **1.65%** | **1402** | **1.59%** | — | | | |
| NTF (No Trouble Found) | 341 | 0.49% | 339 | 0.43% | 390 | 0.48% | 367 | 0.41% | ↓ | IPT under development for RMA team | N/A | GirishS |
| Cables (Broken/Frayed) | 289 | 0.42% | 296 | 0.38% | 299 | 0.37% | 293 | 0.33% | ↓ | | | |
| Scissors (Cutting Performance) | 172 | 0.25% | 138 | 0.18% | 134 | 0.16% | 162 | 0.18% | — | | | |
| Grips (Broken/Bent) | 121 | 0.17% | 102 | 0.13% | 133 | 0.16% | 153 | 0.17% | — | | | |
| Housing (Broken) | 124 | 0.18% | 112 | 0.14% | 126 | 0.15% | 110 | 0.12% | ↓ | Design update (materials) implemented | C45185 | SharkS |
| Energy Pins/Plugs (Damaged) | 41 | 0.06% | 40 | 0.05% | 47 | 0.06% | 64 | 0.07% | ↑ | Design update (loctite/chassis) in-progress | C52176 | LewisI |
| Bipolar Conductor Wire (Broken) | 35 | 0.05% | 41 | 0.05% | 27 | 0.03% | 46 | 0.05% | — | Supplier update (cables) under investigation | C53212 | MikeB |
| Tube Extension (Broken) | 49 | 0.07% | 34 | 0.04% | 45 | 0.06% | 37 | 0.04% | ↓ | Design update (3 to 4 keys) implemented | C43819 | MikeB |
| Harmonic Inserts (Ace/Shears) | 25 | 0.04% | 32 | 0.04% | 14 | 0.02% | 24 | 0.03% | — | Shears (Clamp Arm) Ace (Broke Blade/Self-test) | | |
| Main Tube (Scratches) | 45 | 0.06% | 46 | 0.06% | 29 | 0.04% | 21 | 0.02% | ↓ | | | |
| Luer Plate (Broken) | 36 | 0.05% | 37 | 0.05% | 28 | 0.03% | 19 | 0.02% | ↓ | Design update (-05) implemented | C46402 | SharkS |
| Clamping Pulleys (Loose/Cracked) | 9 | 0.01% | 8 | 0.01% | 8 | 0.01% | 17 | 0.02% | ▲ | Torque specification added to drawings | C52702 | SharkS |
| Hooks & Spats (Broken) | 18 | 0.03% | 22 | 0.03% | 15 | 0.02% | 15 | 0.02% | ↓ | Design update (-06) implemented | CAPA1339 | MikeB |
| Other | 93 | 0.13% | 54 | 0.07% | 48 | 0.06% | 74 | 0.08% | — | | | |

Overall complaint rate stable (flat) - several design improvements shipping to customer base.
Harmonic inserts monitored for Shears vs Ace failure modes and rates.

Slide 103    QRB 2011 Q2    INTUITIVE SURGICAL

Attorneys' Eyes Only

Intuitive-00542898

# Orion Instrument Comparison

| Historical Failures | Orion Mitigations |
|---|---|
| No Trouble Found | No specific mitigations planned |
| Drive Cable failure | Improved Cable tension control |
| Scissor cutting performance | Cut Test Validation |
| Grips Bent/Broken | Life Test Validation |
| Housing Broken | Using Radel material |
| Energy Plugs Damaged | New connector design minimizes the pin exposure |
| Conductor Wire Break | Life Test Validation |
| Tube extension broken | Life Test Validation |
| Harmonic Inserts | N/A for Orion standard instruments |
| Main Tube scratches | Easton Tube material |
| Luer Plate broken | Cleaning and Life Test Validations |
| Clamping Pulleys Loose/cracked | Life Test Validation |
| Hooks-spats (Plastic clevis) | Architectural Requirements for axial load<br>Non-glass-filled Ultem 1000 distal clevis |

Slide 104                    ISI Confidential                    INTUITIVE SURGICAL

Highlight the effective specs.  Drive cable failure and Energy Plugs Damaged

Attorneys' Eyes Only                                              Intuitive-00542899



# IS4000 8mm Base Instruments CDR

Project Risks

819005-03 Rev A

Attorneys' Eyes Only

Intuitive-00542900

# Project (Technical/Schedule) Risks

| Item | Mitigation/Update | Risk |
|---|---|---|
| Excess hooping due to compliance and/or backlash | - See Performance Slide | Low |
| Long instrument - increased potential for capacitive leakage and deflection | Waiting for Alpha 3 build to test this issue<br>Use shorter length | Low |
| Clinical usage of Harmonic Ace (shorter compared to other IS4000 instruments) | Work with Ethicon to develop longer Harmonic Blade Insert<br>Use shorter length | High (if we absolutely need a longer length Harmonic Blade Insert) |
| Increase Roll Angle: Life Impact | Need to evaluate | Medium |

Slide 106                                   ISI Confidential                          INTUITIVE
                                                                                      SURGICAL®

Attorneys' Eyes Only                                                      Intuitive-00542901

# Project (Technical/Schedule) Risks (con't.)

| Item | Mitigation/Update | Risk |
|---|---|---|
| Increase engagement time | Reducing engagement time to 1.2 seconds by eliminating roll disc offset | Low |
| Earlier Failure from sine cycling | More testing/ investigate the root cause | High |
| RFID | Sterilization/life testing<br>Reliability testing<br>Dallas chip as a backup | Medium |
| Hypo-tube manufacturing | Alternate designs are being considered<br>Improve manufacturing process<br>Use IS3000 Hypo-tube | Medium |

Slide 107                    ISI Confidential                    INTUITIVE

Attorneys' Eyes Only                    Intuitive-00542902



# IS4000 8mm Base Instruments CDR

Project Schedule

819005-03 Rev A

Attorneys' Eyes Only

Intuitive-00542903



- Ordered long lead items – still waiting for quotes
  - Ordered machined assembly for end of October delivery (Qty: 12)
- Total ordered quantity: 500 Instruments
  - Quantity needed for testing: 231
  - Initial build quantity: Approx. 100
  - Remaining will be built per demand
- Mini Brick: due on third week of Oct.
- IPT (Phase 1): due on second week of Nov.
- Alpha 4 design will start third week of October
  - Concepts for the end of life indicator (Fifth Input)
  - Industrial Design
  - Harmonic Ace
- Technical reviews: End of November and December
- Alpha 4 design release: End of December

Slide 109                    ISI Confidential                    INTUITIVE SURGICAL

4/12/2021

Scott Harrington



4/12/2021

Scott Harrington

Attorneys' Eyes Only

Intuitive-00542905



4/12/2021

Scott Harrington

Attorneys' Eyes Only

Intuitive-00542906



4/12/2021

Scott Harrington

Attorneys' Only

Intuitive-00542907

## Instrument Action Items from PDR – Resolved

| No. | Issue/Action | Resp. | Target Completion | Final resolution | Closed |
|-----|-------------|-------|-------------------|------------------|--------|
| 1 | Evaluate optimal direction of cautery cord as it comes off the instrument housing | Greg Dachs | CDR | Cautery connector board incorporates the optimal position. CDE provided recommendation after meeting with team to review Projet prototype. | Oct, 2011 |
| 2 | Add 10 – 5mm reducer to Accessory launch deliverables | Joe Orban | CDR | PDR combined Instruments and Accessories. There will be a separate CDR for Accessories and this item will be addressed at that CDR. | N/A for Instruments |

**(Post-CDR Update)**

Slide 113                 ISI Confidential                 INTUITIVE SURGICAL®

Attorneys' Eyes Only

Intuitive-00542908

Questions?
114
ISI Confidential
INTUITIVE
SURGICAL

# Thank You For Your Time! Please sign the attendance sheet

Slide 115     ISI Confidential     INTUITIVE SURGICAL

Attorneys' Eyes Only

Intuitive-00542910



## Backup Slides

116        ISI Confidential

Attorneys' Eyes Only

Intuitive-00542911

# Multi-Dof Model Validation



- **Simultaneously exercising wrist roll, pitch and yaw.**
  - Model gives estimated joint pos., which are run through forward kinematics.
  - Project tip motion on to the "y-z plane".



117                              ISI Confidential                    INTUITIVE

Attorneys' Eyes Only

Intuitive-00542912



- A simple mass-spring model can explain the grip variation in "grip and step yaw"

Reducing friction helps reduce grip force variation seen in "grip and step yaw".

118    ISI Confidential    INTUITIVE

dropped

Attorneys' Eyes Only

Intuitive-00542913



- Equaled friction in the 2 jaws/discs helps maintain a constant grip force.

119                ISI Confidential                INTUITIVE

Attorneys' Eyes Only

- **The simple mass-spring model also says the following:**
  - **It is important to have balanced friction between the 2 yaw jaws.**
    - Easier to achieve on Orion with disc offsets
  - **It is important to maintain a constant grip torque**
    - Remaining torque ripple is why Orion shows larger grip force variation during the "grip and sine yaw" move
  - **"Spring" length relates to spring force**
    - The grip dof position tells us a lot about the grip force variation.



120    ISI Confidential    INTUITIVE SURGICAL

dropped

Attorneys' Eyes Only



Attorneys' Eyes Only

Intuitive-00542916



Attorneys' Eyes Only

Intuitive-00542917

# Instrument Bringup Status

- Significant additional Software/Parameter effort still required.

| EndoWrist Monopolar Cautery Instruments | | MDEF CREATED | PARAMETERS TUNED | SW/TUNING EFFORT |
|---|---|---|---|---|
| 420179 | Hot Shears™ (Monopolar Curved Scissors) | Launch | NO | Large |
| 420183 | Permanent Cautery Hook | Launch | YES | Small |
| 420154 | Permanent Cautery Spatula | Phase 2 | YES | Small |
| **EndoWrist Bipolar Cautery Instruments** | | | | |
| 420172 | Maryland Bipolar Forceps | Launch | YES | Large |
| 420227 | PKB Dissecting Forceps | Launch | NO | Small |
| 420205 | Fenestrated Bipolar Forceps | Launch | YES | Small |
| 420144 | Curved Bipolar Dissector | Launch | NO | Large |
| **Ultrasonic Energy Instruments** | | | | |
| 420275 | Harmonic ACE® Curved Shears 8 mm | Launch | NO | Small |
| **EndoWrist Needle Drivers** | | | | |
| 420006 | Large Needle Driver | Launch | YES | Medium |
| 420194 | Mega™ Needle Driver | Launch | NO | Small |
| 420309 | Mega SutureCut™ Needle Driver | Launch | NO | Medium |

| EndoWrist Graspers | | MDEF CREATED | PARAMETERS TUNED | SW/TUNING EFFORT |
|---|---|---|---|---|
| 420033 | Black Diamond Micro Forceps | Phase 2 | YES | Small |
| 420091 | ProGrasp™ Forceps | Launch | NO | Large |
| 420049 | Cadiere Forceps | Phase 2 | YES | Small |
| 420207 | Tenaculum Forceps | Launch | NO | Small |
| 420036 | DeBakey Forceps | Launch | NO | Small |
| 420189 | Double Fenestrated Grasper | Phase 2 | YES | Small |
| 420xxx | Tip-up Fenestrated Grasper | Launch | NO | Small |
| 420318 | Small Grasper™ (Grasping Retractor) | Launch | NO | Medium |
| **Clip Applier** | | | | |
| 420230 | Large Hem-o-lok® Clip Applier | Launch | YES | Large |
| 420327 | Medium Hem-o-lok® Clip Applier | Launch | NO | Large |
| **Specialty Instruments** | | | | |
| 420204 | Atrial Retractor | Launch | NO | Medium |
| 420246 | Atrial Retractor Short Right | Launch | NO | Medium |
| 420343 | 5 mm Thoracic Grasper | Launch | NO | Large |

INTUITIVE SURGICAL®

Attorneys' Eyes Only

Intuitive-00542918

# Orion Instrument RFID Tags
## Testing Summary

- 6 different RFID tags from 3 different Manufacturers were tested to 301 cleaning cycles
  - 1 cleaning cycle = 15min ultrasonic cleaner, 1 autoclave cycles (no preVacuum) at 132°C for 4min (testing completed at test lab) batched into groups of 5



| Tag Mfger & Type | # of test samples | Failures @ cycle # |
|---|---|---|
| RCD Technology † (Handmade HF 5010 Rev1 tag) | 11 | 56, 196, 224, 245, 273, 273, 273* |
| Syama Tech (7mm Epoxy Autoclave) | 10 | 140, 140, 154, 161, 182, 182, 196, 196, 196, 196 |
| NewAge Industries † (RFID-HT-16mm High Temp Tag) | 10 | Zero Failures! |
| NewAge Industries (Part# NS1 10mm) | 10 | 91, 161, 161, 161, 189, 280, 301 |
| NewAge Industries (CA7991026 -7.5mm PCB Tag) | 3 | 77, 105, 147 |
| Atmel PN:174305 | 10 | 21, 49, 49, 49, 56, 70, 70, 84, 98 |

Slide 124
ISI Confidential

*Failure analysis showed failures were unique to chip used in prototypes
† Continued to next round of prototyping

INTUITIVE SURGICAL®

Attorneys' Eyes Only

Intuitive-00542919