# Gen4 Instrument Refurbishment Pilot

Results and Lessons Learned

September 2020

**INTUITIVE.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 614-R**

Case No. 3:21-cv-03496-AMO
Date Entered_____
By_____
Deputy Clerk

Intuitive-00626597

## Quick History

- **Project Dragon** (2017-2018)
    - Determine if a lower priced instrument offering through reclamation and refurbishment of ISI Core instruments increases procedure volume in cost sensitive regions

- **Refurbishment Pilot** (2019-2020)
    - Collect instruments to test refurbishment process in Sunnyvale on a small scale
    - Develop potential business models (reviewed in 2019 and handed off to IA&E Marketing)



INTUITIVE

Intuitive-00626598



## Scope of the Pilot

Refurbished Instrument Lifecycle

- US only pilot to collect top 6 Xi reusable instruments utilizing an external partner (Stericycle)
  - Monopolar Curved Scissors
  - Maryland Bipolar Forceps
  - Fenestrated Bipolar Forceps
  - Large Needle Driver
  - Prograsp
  - Mega Suturecut Needle Driver

- Test of reclamation and refurbishment process with results feeding financial analysis

- Functional Teams involved:
  - Logistics, Facilities, I&A Manufacturing, I&A New Product Verification, RMA, Svc Mktg

INTUITIVE

3

Confidential

Intuitive-00626599

## Pilot Goals



1) **Understand collections logistic**

2) **Understand customer compliance/collection yield**

3) **Confirm refurbishment yield assumptions**

4) **Understand financial aspects associated with collection and Refurbishment**

INTUITIVE

4

Confidential

Intuitive-00626600



Intuitive-00626601

## Partnership with Stericycle

- **Why work with an external partner?**
  - Time savings
  - Reduce variables
- **Scope of Work**
  - Identify appropriate sized bins and labeled for Intuitive
  - Share customer list allowing Intuitive to target appropriate customers
  - Place bins in hospital where requested by customer (OR, SPD, etc.)
  - Train customers on what to place in the bins
  - Collect bins from customers and ship to Intuitive
- **Costs**
  - $95/bin collected, collection of minimum 2 bins at a time
  - $150/12 bins to ship back to Stericycle
- **Other company considered**
  - Medline Renewal was original target company based on project Dragon

- **Lessons learned**
  - No single collection company will cover all Intuitive customers
  - Several of the market share leaders in collection are potentially adversarial to Intuitive due to 3rd party resale and remanufacturing (Stryker, Medline in US, others OUS)
  - Companies like Stericycle could offer additional services such as sorting at their facilities or ability to bypass interaction with customers (don't necessarily need an Intuitive specific bin)

INTUITIVE

6

Confidential

Intuitive-00626602

**Trial Ex. No. 614-R, Pg. 6 of 20**

## Customer Engagement and Compliance

- **Enrolling hospitals**
  - 17 high volume sites approached to potentially participate
  - 3 sites actually participated to differing levels of compliance (2 additional sites signed NDA's but refused to go beyond that point)
  - For pilot, no financial incentives were given. Those that participated appreciated the idea of being more green
- **Customer compliance**
  - For simplicity, asked customers to place any Xi reusable expired instrument in bin
  - Volume of expired instruments identified from logs did not match what was received
- **Bins from Stericycle facility**
  - Due to lack of volume from customers, also received bins from Stericycle sorting facility.
  - We requested just top 6 instruments from Stericycle but received more. Stericycle felt with training the goal of just the 6 could be met in the future.

- **Lessons learned**
  - Needed to engage elements at customer sites we don't normally deal with (procurement, contracting, waste management)
  - Customers often have specific contracts with reclamation companies/waste companies that are challenging to work around
  - Bin fatigue as often there already are 4+ bins in/around OR

INTUITIVE.

Confidential

Intuitive-00626603

## Yields

**Yields – Collections (target >70%)**

Hospital collections: Expired Inst vs return
- Sutter Sacramento: 63%
- NE GA Med: 57%
- El Camino: 4%

Target 6 vs total returned:
- Hospitals = 186 vs 543 (34%)
- Stericycle = 435 vs 1122 (38%)

**Lessons Learned:**

- Potential for 3rd party collections is more effective/efficient; can up yields with training

INTUITIVE.

Data is as compared to hospital log information



# Refurbishment

INTU TIVE.

Confidential



Major parts scrapped: RFID, Grip & Pitch cables, clamping pulley, hypotube, cover, conductor wire, inputs, flush tube , EOL Flag
Parts retained: main tube, roll input, roll gear, chassis, idler pulley, clevis, grips (non cautery)

Confidential

## Testing Strategy

- **Three Tier Plan:**
    - Tier 1: Prove 10 lives with Standard recipe
    - Tier 2: Test to failure with Standard recipe
    - Tier 3: Test to failure with Ad-Hoc recipe

- **Results:**
    - Tier 1: Demonstrated 10 life compatibility for LND, Prograsp, MSCND, MBP. FBF in process. **MCS not proven**
    - Tier 2: TBD
    - Tier 3: Remove from scope

INTUITIVE.

FBF currently on SSU 12 of 19
MCS failure due to cable breaks cause by a seized distal pully

Confidential

Intuitive-00626607

## Refurbishment Process

- **Standard instrument line**, minimal equipment
    - 1 HIPT
    - No marking

- **Lessons learned:**
    - Build instructions require additional SME training to successfully refurbish first instruments
    - Additional inspection of distal pulleys should be performed if retained as part of refurbishment

INTUITIVE.

# Refurbishment Results: N=10 Lives

**Yields – Refurbishment (target >70%)**

LND: 84% (42 inst)

MCS: 81% (48 Inst)

MSCND: 95% (41 inst)

Maryland: 88% (44 inst)

FBF: 67*% (50 inst)

Prograsp: 96% (50 inst)

**Average**: 85%

*High scrap (~10) due to soiling.

**Scrap Costs (target < 50%)**

** Projected with process improvements

| Refurb costs by instrument type | Scrapped Parts | % of Original BOM cost: |
|---|---|---|
| BPM | $90.65 | 55% |
| FBF | $82.59 | 56% |
| MCS | $150.87 | 68% |
| MSCND | $62.49 | 30% |
| Prograsp | $59.10 | 45% |
| LND | $51.26 | 37% |

| Refurb costs by instrument type | Scrapped Parts | % of Original BOM cost: |
|---|---|---|
| BPM** | $63.50 | 39% |
| FBF** | $56.30 | 38% |
| MCS** | $150.87 | 68% |
| MSCND | $62.49 | 30% |
| Prograsp | $59.10 | 45% |
| LND | $51.26 | 37% |

INTUITIVE.

Confidential



# Financial Results

INTU°TIVE.

Confidential

## Reclamation and Refurbishment Costs (SV Pilot)

| Per Instrument (Current State) | Monopolar Curved Scissors (MCS) | Maryland Bipolar Forceps | Fenestrated Bipolar Forceps (FBF) | Large Needle Driver (LND) | Prograsp | Mega Suturecut Needle Drive (MSCND) |
|---|---|---|---|---|---|---|
| New Build COGS | $206 | $156 | $141 | $136 | $128 | $197 |
| Collection Rate | 40% | 40% | 40% | 40% | 40% | 40% |
| Refurbishment Yield | 81% | 88% | 70% | 84% | 95% | 95% |
| | | | | | | |
| Bin Collection/Handling (Stericycle) | $5.51 | $5.51 | $5.51 | $5.51 | $5.51 | $5.51 |
| Bag & Box for Bin | $0.72 | $0.72 | $0.72 | $0.72 | $0.72 | $0.72 |
| Shipping | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 |
| Sort/Visual/Brush&Flush | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 |
| Washer/Disinfector Consumables | $2.06 | $2.06 | $2.06 | $2.06 | $2.06 | $2.06 |
| Disposal in SH | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 |
| **Total Variable Reclamation Cost** | **$15.19** | **$15.19** | **$15.19** | **$15.19** | **$15.19** | **$15.19** |
| Disassembly Cost SNV ($) | 16.50 | 16.50 | 16.50 | 16.50 | 16.50 | 16.50 |
| Value Harvested per Instrument | $63 | $84 | $62 | $86 | $70 | $138 |
| Mfg Labor per Instrument (SNV) | $83.2 | $83.2 | $83.2 | $83.2 | $83.2 | $83.2 |
| Materials needed for Remanufacture | $141 | $71 | $77 | $48 | $55 | $57 |
| **Total Variable Cost of Remufacture** | **$224.02** | **$154.01** | **$160.24** | **$131.07** | **$138.30** | **$139.71** |
| | | | | | | |
| **Total COGS Refurb (Inc. Disposal)** | **$263.14** | **$190.02** | **$205.51** | **$168.79** | **$171.66** | **$173.06** |
| % Reclamation Cost | 7.1% | 9.1% | 10.6% | 10.7% | 9.3% | 9.2% |
| % Disassembly | 7.7% | 9.9% | 11.5% | 11.6% | 10.1% | 10.0% |
| **Savings vs New Build** | **-$57.45** | **-$33.63** | **-$64.97** | **-$32.42** | **-$43.75** | **$23.76** |

*Return Incentive not included in the above calculations

INTUITIVE.

Intuitive-00626611

# Reclamation and Refurbishment Costs (Future State – 100% SH)

| Per instrument (100% SH Build) | Monopolar Curved Scissors (MCS) | Maryland Bipolar Forceps | Fenestrated Bipolar Forceps (FBF) | Large Needle Driver (LND) | Prograsp | Mega Suturecut Needle Drive (MSCND) |
|---|---|---|---|---|---|---|
| New Build COGS | $206 | $156 | $141 | $136 | $128 | $197 |
| Collection Rate | 40% | 40% | 40% | 40% | 40% | 40% |
| Refurbishment Yield | 90% | 90% | 90% | 85% | 95% | 95% |
| | | | | | | |
| Bin Collection/Handling (Stericycle) | $5.51 | $5.51 | $5.51 | $5.51 | $5.51 | $5.51 |
| Bag & Box for Bin | $0.72 | $0.72 | $0.72 | $0.72 | $0.72 | $0.72 |
| Shipping | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 |
| Sort/Visual/Brush&Flush | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 |
| Washer/Disinfector Consumables | $2.06 | $2.06 | $2.06 | $2.06 | $2.06 | $2.06 |
| Disposal in SH | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 |
| **Total Variable Reclamation Cost** | **$15.19** | **$15.19** | **$15.19** | **$15.19** | **$15.19** | **$15.19** |
| Disassembly Cost SH($) | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 |
| Value Harvested per Instrument | $63 | $84 | $62 | $86 | $70 | $138 |
| Mfg Labor per Instrument (SH) | $33.8 | $33.8 | $33.8 | $33.8 | $33.8 | $33.8 |
| Materials needed for Remanufacture | $141 | $71 | $77 | $48 | $55 | $57 |
| **Total Variable Cost of Remanufacture** | **$174.62** | **$104.61** | **$110.84** | **$81.67** | **$88.90** | **$90.31** |
| | | | | | | |
| **Total COGS Refurb (Inc. Disposal)** | **$198.72** | **$128.71** | **$134.94** | **$107.18** | **$111.73** | **$113.14** |
| % Reclamation Cost | 8.5% | 13.1% | 12.5% | 16.7% | 14.3% | 14.1% |
| % Disassembly | 3.6% | 5.6% | 5.4% | 7.1% | 6.1% | 6.0% |
| **Savings vs New Build** | **$6.57** | **$27.69** | **$5.60** | **$29.19** | **$16.18** | **$83.68** |

*Return Incentive not included in the above calculations
SH Cost assumed at $39/hr

INTUITIVE

Confidential

# Reclamation and Refurbishment Costs (Future State – 100% MX)

| Per instrument (100% MX Build) | Monopolar Curved Scissors (MCS) | Maryland Bipolar Forceps | Fenestrated Bipolar Forceps (FBF) | Large Needle Driver (LND) | Prograsp | Mega Suturecut Needle Drive (MSCND) |
|---|---|---|---|---|---|---|
| New Build COGS | $208 | $156 | $141 | $136 | $128 | $197 |
| Collection Rate | 40% | 40% | 40% | 40% | 40% | 40% |
| Refurbishment Yield | 90% | 90% | 90% | 85% | 95% | 95% |
| | | | | | | |
| Bin Collection/Handling (Stericycle) | $5.51 | $5.51 | $5.51 | $5.51 | $5.51 | $5.51 |
| Bag & Box for Bin | $0.72 | $0.72 | $0.72 | $0.72 | $0.72 | $0.72 |
| Shipping | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 |
| Sort/Visual/Brush&Flush | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 |
| Washer/Disinfector Consumables | $2.06 | $2.06 | $2.06 | $2.06 | $2.06 | $2.06 |
| Disposal in SH | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 |
| **Total Variable Reclamation Cost** | **$15.19** | **$15.19** | **$15.19** | **$15.19** | **$15.19** | **$15.19** |
| Disassembly Cost MX($) | 1.83 | 1.83 | 1.83 | 1.83 | 1.83 | 1.83 |
| Value Harvested per Instrument | $63 | $84 | $62 | $86 | $70 | $138 |
| Mfg Labor per Instrument (MX) | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 |
| Materials needed for Remanufacture | $141 | $71 | $77 | $48 | $55 | $57 |
| **Total Variable Cost of Remanufacture** | **$150.35** | **$80.34** | **$86.57** | **$57.40** | **$64.63** | **$66.04** |
| | | | | | | |
| **Total COGS Refurb (inc. Disposal)** | **$169.26** | **$99.25** | **$105.48** | **$77.43** | **$82.55** | **$83.96** |
| % Reclamation Cost | 10.0% | 17.0% | 16.0% | 23.1% | 19.4% | 19.0% |
| % Disassembly | 1.2% | 2.1% | 1.9% | 2.8% | 2.3% | 2.3% |
| **Savings vs New Build** | **$36.42** | **$57.14** | **$35.05** | **$58.94** | **$45.36** | **$112.86** |

*Return incentive not included in the above calculations
MX cost assumed at $11/hr

INTUITIVE

Confidential

Intuitive-00626613



**Wrap up**

INTU*TIVE.

Confidential

**Trial Ex. No. 614-R, Pg. 18 of 20**

## Next Steps

- **Three Tier Plan:**
    - Tier 2: Test to failure with Standard recipe

- **Define scalability requirements**

- **Timeline:** 6 months

- **Resources:**
    - 0.10 PM
    - 0.10 TE
    - 2 techs
    - $60K expenses

- **Handoff:**
    - Once all above steps are complete, fully handoff to IA&E BU to determine any future of reclamation and/or refurbishment

INTUITIVE.

Intuitive-00626615

Q&A

INTUITIVE.

Confidential

Intuitive-00626616