**Document Produced in Native Format**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 616-R**

Case No.  3:21-cv-03496-AMO
Date Entered _____
By _____
Deputy Clerk

Confidential                                         Intuitive-00645431

Third Party Compatibility List, IS2000, IS3000 1009792-01-B

| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | System S | System Si |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Accessories | Ethicon EndoSurgery | ENDOPATH® XCEL™ (B12LT)* | 12 MM Endoscope cannula | 1032201 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | No | x | x |
| Accessories | Teleflex Medical | ADAPt™ Laparoscopic Port (41210, 41213, 41233) | 12 MM Endoscope cannula | 1032202 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 8/2/2016 | [REDACTED] | x | x |
| Accessories | Teleflex Medical | Weck Vista™ (40591213, 40591213R, 405933L) | 12 MM Endoscope cannula | 1032203 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 8/2/2016 | [REDACTED] | x | x |
| Accessories | Medtronic (Covidien,Autosuture, US Surgical) | VersaStep™ PLUS (VS101012P) | 12 MM Endoscope cannula | 1032204 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | [REDACTED] | x | x |
| Accessories | Medtronic (Covidien,Autosuture, US Surgical) | Bluntport Plus (176626, 179075) | 12 MM Endoscope cannula | 1032205 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | [REDACTED] | x | x |
| Accessories | Medtronic (Covidien,Autosuture, US Surgical) | VersaPort Plus Bladeless (NB12STF) | 12 MM Endoscope cannula | 1032206 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | [REDACTED] | x | x |
| Accessories | Applied Medical | Kii Z-Thread (CTF71, CTR71, CTB71, CTR72) Kii Advanced Fixation (CFF71, CFR71, CFB71) | 12 MM Endoscope cannula | 1032207 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 10/18/2016 | [REDACTED] | x | x |
| Accessories | Conmed (SurgiQuest, Inc.) | 12 mm Access Port with Bladeless Optical Tip Trocar (iAS12-120, iAS12-150) | 12 MM Endoscope cannula | 1032208 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | NA | [REDACTED] | x | x |
| Accessories | Stryker | Passport® Blunt Tip Trocar, 12 x 150 mm, Robotic Camera Port, Stopcock (0260-512-150) | 12 MM Endoscope cannula- discontinued | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | NA. Product is obsolete and Stryker does not offer a replacement | - | - |
| Accessories | Stryker | Passport SmartTip (260-285-100) | 8.5 MM Endoscope cannula- discontinued | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | NA. Product is obsolete and Stryker does not offer a replacement | - | - |
| Accessories | Conmed (SurgiQuest) | 8 mm Access Port with Bladeless Optical Tip Trocar (iAS8-120LP) | 8.5 MM Endoscope cannula | 1032209 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 11/4/2016 | [REDACTED] | x | x |
| Accessories | Teleflex Medical | Weck Hemoclip Small Titanium Ligating Clips (Product Code #523835, 523735) | Instrument Clips | 1032210 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 8/2/2016 | [REDACTED] | x | x |
| Accessories, Si Single-Site, Xi Single-Site | Teleflex Medical | Weck Medium-Large (Green) Hem-o-lok Polymer Clips (Product code #544230) | Instrument Clips | 1032211 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 8/2/2016 | [REDACTED] | x | x |
| Accessories | Teleflex Medical | Weck Large (Purple) Hem-o-lok Polymer Clips (Product code #544240) | Instrument Clips | 1032212 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 8/2/2016 | [REDACTED] | x | x |
| Accessories | Scanlan International | Reliance 25mm Straight Clamps Part # 3795-50, 9999-50 | Instrument Clamps | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | x | x |

| | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | | System | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | S | Si |
| Accessories | Scanlan International | Reliance 25mm Curved Clamps Part # 3795-51 | Instrument Clamps | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | x | x |
| Accessories | Scanlan International | Reliance 7mm Straight Clamps Part # 3795-54 | Instrument Clamps | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | x | x |
| Accessories | BK Medical | ProArt Robotic Transducer 8826 | Drop-in ultrasound probes | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | x | x |
| Accessories | Hitachi Aloka Medical America, Inc. | Robotic Ultrasound Probe UST-5550-R | Drop-in ultrasound probes | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | x | x |
| Accessories | Erbe | ICC 350 | Electrosurgical Units (ESU) | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA; to be removed by ECR | 10/14/2016 | [REDACTED] | | |
| Accessories | Erbe | VIO 300 D | Electrosurgical Units (ESU) | 1032214 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 10/14/2016 | [REDACTED] | | |
| Accessories | ConMed | System 5000 | Electrosurgical Units (ESU) | 1032215 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 7/21/2016 | [REDACTED] | | |
| Accessories | Olympus (Gyrus) | G400 (orange) | Electrosurgical Units (ESU) | 1032216 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | No | | |
| Accessories | Megadyne | Mega Power | Electrosurgical Units (ESU) | 1032217 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | No | | |
| Accessories | Ethicon EndoSurgery | Generator 300 (GEN04) and Handpiece (HP054) | Electrosurgical Units (ESU) | 1032218 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | [REDACTED] | | |
| Accessories | Ethicon EndoSurgery | Generator G11 (GEN11) and Handpiece (HP054) | Electrosurgical Units (ESU) | 1032219 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | [REDACTED] | | |
| Accessories | Medtronic (Covidien, formerly Valleylab) | Force Triad | Electrosurgical Units (ESU) | 1032220 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | No | | |
| Accessories | Medtronic (Covidien, formerly Valleylab) | Force Fx | Electrosurgical Units (ESU) | 1032221 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | No | | |
| Instruments | Baxter- Synovis | PSD4502ETSV Synovis® PSD Gel PN 7300-101023 | FOR SI STAPLER Peri-Strips Dry with Veritas Collagen Matrix Si Stapler Line Reinforcement | 1032222 | 550986 | I&A MANUAL,STAPLER 45 SYSTEM | CA | 8/31/2016 | [REDACTED] | | |
| Instruments | Baxter-Synovis | PSD4506ETSV Synovis® PSD Gel PN 7300-101023 | FOR SI STAPLER Peri-Strips Dry with Veritas Collagen Matrix Si Stapler Line Reinforcement | 1032223 | 550986 | I&A MANUAL,STAPLER 45 SYSTEM | CA | 8/31/2016 | [REDACTED] | | |
| Instruments | Summit Medical | IN8943 | FOR SI STAPLER IN-8943 Sterilization Tray for Si Stapler 45 Motor Pack | NA | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | CA; to be removed by ECR | 7/20/2016 | No | | |

| | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | | System | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | S | Si |
| Instruments | ASP- Aptimax | 99407 & 13836 | FOR SI STAPLER 99407 & 13836 Sterilization Tray & Holders for Si Stapler 45 Motor Pack | NA | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | EC45 | Stapler (Linear Cutter).Ethicon Echelon 45, Regular Length. EC45 | NA | 550675-06 Rev G, procedure guides | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | EC45A | Stapler (Linear Cutter).Ethicon Echelon Flex 45, Regular Length EC45A | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | ECLG45 | Stapler (Linear Cutter).Ethicon Echelon 45, Long Length. ECLG45 | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | EC45AL | Stapler (Linear Cutter).Ethicon Echelon Flex 45, Long Length. EC45AL | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | EC60 | Stapler (Linear Cutter).Ethicon Echelon 60, Regular Length. EC60 | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | EC60A | Stapler (Linear Cutter).Ethicon Echelon Flex 60, Regular Length EC60A | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | LONG60 | Stapler (Linear Cutter).Ethicon Echelon 60, Long Length LONG60 | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | LONG60A | Stapler (Linear Cutter).Ethicon Echelon Flex 60, Long Length LONG60A | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | LTS60A | Stapler (Linear Cutter).Ethicon ENDOPATH ETS60, Long Length LTS60A | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | ETS45 | Stapler (Linear Cutter).Ethicon ENDOPATH ETS45, Straight, Regular Length ETS45 | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | ATS45 | Stapler (Linear Cutter).Ethicon ENDOPATH ETS45, Articulating, Regular Length ATS45 | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | LONG45A | Stapler (Linear Cutter).Ethicon ENDOPATH ETS45, Articulating, Long Length LONG45A | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | ATS45NK | Stapler (Linear Cutter).Ethicon ENDOPATH ETS45, Articulating, Regular Length, No Knife ATS45NK | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| C&S | Medisafe | Si PCF | Washer/Disinfector | 1032213 | 550875, 1007395 | USER MANUAL,REPROCESSING,ENGLISH da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA | 10/3/2006 | NA | | |

| | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | | System | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | S | Si |
| C&S | Medisafe | Niagara Si | Washer/Disinfector | **1032704** | 550875, 552596 | USER MANUAL,REPROCESSING,ENGLISH REPROCESSING INSTRUCTIONS,STAPLER,IS3000, EU | CA | 10/3/2006 | NA | | |
| C&S | Mectra Labs | Electro Lube | Electro Lube | NA | 550875 | USER MANUAL,REPROCESSING,ENGLISH | To be removed by ECR | NA | NA | | |
| C&S | Aesculap | JG-598 | Lubricating Oil | NA | 550875 | USER MANUAL,REPROCESSING,ENGLISH | To be removed by ECR | NA | NA | | |
| C&S | Sterrad | 100s | Low Temp Sterilizer | **1032224** | 550875, 1007395 | USER MANUAL,REPROCESSING,ENGLISH , da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | Justification | NA | [REDACTED] | | |
| C&S | Ruhof | Endozime | Detergent | NA | 550875 | USER MANUAL,REPROCESSING,ENGLISH | To be removed by ECR | NA | NA | | |
| C&S | ASP | Cidex | Disinfection Chemical | **1032705** | 550875 | USER MANUAL,REPROCESSING,ENGLISH | Justification | NA | NA | | |
| C&S | ASP | Cidex OPA | Disinfection Chemical | **1032706** | 550875, 551620 | USER MANUAL,REPROCESSING,ENGLISH APPENDICES,REPROCESSING,OUS ENGLISH | Justification | NA | NA | | |
| C&S | B Braun | Helipur H plus N | Disinfection Chemical | **1032707** | 550875 | USER MANUAL,REPROCESSING,ENGLISH | Justification | NA | NA | | |
| C&S | Schulke & Mayr | Gigasept FF | Disinfection Chemical | **1032708** | 550875 | USER MANUAL,REPROCESSING,ENGLISH | Justification | NA | NA | | |
| C&S | Steris | System 1e | Low Temp Sterilizer | **1032225** | 550875, 551620 | USER MANUAL,REPROCESSING,ENGLISH APPENDICES,REPROCESSING,OUS ENGLISH | CA | 3/24/2010 | NA | | |
| C&S | ASP/Sterrad | 50 | Low Temp Sterilizer | **1032226** | 550875 | USER MANUAL,REPROCESSING,ENGLISH | Justification | NA | [REDACTED] | | |
| C&S | ASP/Sterrad | 200 | Low Temp Sterilizer | **1032227** | 550875 | USER MANUAL,REPROCESSING,ENGLISH | Justification | NA | [REDACTED] | | |
| C&S | ASP/Sterrad | NX | Low Temp Sterilizer | **1032228** | 550875, 552242 | USER MANUAL,REPROCESSING,ENGLISH REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | Justification | NA | [REDACTED] | | |

| | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | | System | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | S | Si |
| C&S | ASP/Sterrad | 100NX | Low Temp Sterilizer | 1032229 | 550875 | USER MANUAL,REPROCESSING,ENGLISH | Justification | NA | [REDACTED] | | |
| Si Single-Site | Summit Medical Tray | IN-8902-G2 | Instrument Tray | 1032712 | P/N 552266-01 Rev. C | INSTRUCTIONS,REPROCESSING,SINGLE-SITE,IS3000 | CA | 7/20/2016 | [REDACTED] | | x |
| C&S | Summit Medical Tray | IN-8901 | Instrument Tray | 1032713 | 552266 | INSTRUCTIONS,REPROCESSING,SINGLE-SITE,IS3000 | CA | 7/20/2016 | [REDACTED] | | |
| C&S | Belimed | WD290 | Washer/Disinfector | 1032715 | 552268, 552596 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,IS3000 REPROCESSING INSTRUCTIONS,STAPLER,IS3000,EU | CA | 5/24/2013 | NA | | |
| C&S | Steris | Caviwave Pro | Ultrasonic Cleaner | 1032886 | 552268, 1007395 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,IS3000 da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA | 3/24/2010 | NA | | |
| C&S | Belimed | UW-565 | Ultrasonic Cleaner | NA | 552268, 1007395 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,IS3000 da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA; to be removed by ECR | 5/24/2013 | NA | | |
| C&S | Borer Chemie AG | Deconex TWIN PH10 / Twinzyme | Detergent | 1032717 | 552268 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,IS3000 REPROCESSING INSTRUCTIONS,STAPLER,IS3000,EU | Justification | NA | NA | | |
| C&S | Dismoclean | Twin Basic/ Twin Zyme | Detergent | 1032719 | 552268, 552596 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,IS3000 REPROCESSING INSTRUCTIONS,STAPLER,IS3000,EU | Justification | NA | NA | | |
| C&S | Belimed | PH10/Beliclean Zyme | Detergent | 1032720 | 552268, 552596 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,IS3000 REPROCESSING INSTRUCTIONS,STAPLER,IS3000,EU | CA | 5/24/2013 | NA | | |
| C&S | Medisafe | 3E-Zyme | Detergent | 1032721 | 552268 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,IS3000 | CA | 10/3/2006 | NA | | |
| C&S | Metrex | CaviWipes | Disinfection Wipes | 1032722 | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | Justification | NA | NA | | |
| C&S | Summit Medical Tray | IN-8945 | Intrument Tray | 1032723 | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | CA | 7/20/2016 | [REDACTED] | | |

Third Party Compatibility List, IS2000, IS3000 1009792-01-B

| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | System S | Si |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C&S | Carefusion | CD5-61B | Instrument Container | 1032724 | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | Justification | NA | NA | | |
| C&S | Summit Medical Tray | IN-8946 | Instrument Tray | 1032725 | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | CA | 7/20/2016 | [REDACTED] | | |
| C&S | Aesculap | JM342 & JM389 | Intrument Container | 1032726 | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | Justification | NA | [REDACTED] | | |
| C&S | Metrex | Environcide | Disinfection Wipes | 1032727 | 550650 | USER MANUAL,SYSTEM,IS3000,P9,ENGLISH | Justification | NA | NA | | |
| C&S | Metrex | Cavicide | Disinfection Wipes | 1032728 | 550650 | USER MANUAL,SYSTEM,IS3000,P9,ENGLISH | Justification | NA | NA | | |
| C&S | Midbrook | Storm | Ultrasonic Cleaner | NA | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | To be removed by ECR | NA | NA | | |
| C&S | Steris | Caviwave Pro CRP1723 | Ultrasonic Basket | NA | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA; to be removed by ECR | 3/24/2010 | NA | | |
| C&S | Medisafe | Si PCF M18960 | Ultrasonic Basket | NA | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA; to be removed by ECR | 10/3/2006 | NA | | |
| C&S | Steris | V-Pro 1 Plus | Low Temp Sterilizer | 1032231 | 552242, 551708-06 OUS manual | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | CA | 3/24/2010 | NA | | |
| C&S | Steris | V-Pro 1 | Low Temp Sterilizer | 1032230 | 552242, 551708-06 OUS manual | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | CA | 3/24/2010 | NA | | |
| C&S | Summit Medical Tray | IN-8937 | Instrument Tray | 1032729 | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA | 7/20/2016 | [REDACTED] | | |
| C&S | Summit Medical Tray | IN-8936 | Instrument Tray | 1032730 | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA | 7/20/2016 | [REDACTED] | | |
| C&S | Summit Medical Tray | IN-8931 | Instrument Tray | 1032731 | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA | 7/20/2016 | [REDACTED] | | |
| C&S | Summit Medical Tray | IN-8939 | Instrument Tray | 1032732 | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA | 7/20/2016 | [REDACTED] | | |
| C&S | ASP | Aptimax Tray 99407 | Instrument Tray | 1032733 | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | Justification | NA | NA | | |
| C&S | Steelco | DS 1000 | Washer/Disinfector | 1032734 | 552596 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000,EU | CA | 5/2/2013 | NA | | |
| C&S | Steelco | DS 600/610 | Washer/Disinfector | 1032735 | 552596 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000,EU | CA | 5/2/2013 | NA | | |
| C&S | Miele | PG 8528 | Washer/Disinfector | 1032736 | 552596 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000,EU | CA | 9/25/2012 | NA | | |

| | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | | System | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | S | Si |
| C&S | Medisafe | EDA Plus | Detergent | 1032738 | 552596 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000,EU | CA | 10/3/2006 | NA | | |
| C&S | ASANUS | CombiBasic Plus / CombiZyme | Detergent | 1032740 | 552596 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000,EU | Justification | NA | NA | | |
| C&S | Dr. Weigert | Neodisher SC | Detergent | 1032741 | 552596 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000,EU | Justification | NA | NA | | |
| C&S | Schulke & Mayr | Thermosept X-tra | Detergent | 1032742 | 552596 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000,EU | Justification | NA | NA | | |
| C&S | Mectra Labs | Electro Lube | Electro Lube | NA | 550874 | USER MANUAL,REPROCESSING,EU ENGLISH | To be removed by ECR | NA | No | | |
| C&S | Miele | G 7836 | Washer/Disinfector | 1032737 | 551620 | APPENDICES,REPROCESSING,OUS ENGLISH | CA | 9/25/2012 | NA | | |
| C&S | Medisafe | Medisafe EDA | Detergent | 1032743 | 552251 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,OUS,IS3000 | CA | 10/3/2006 | NA | | |
| C&S | Getinge | MIS pH-Neutral | Detergent | 1032744 | 551620 | APPENDICES,REPROCESSING,OUS ENGLISH | CA | 7/6/2012 | NA | | |
| C&S | Miele | E 428 | Load Carrier | 1032745 | 551620 | APPENDICES,REPROCESSING,OUS ENGLISH | CA | 9/25/2012 | NA | | |
| C&S | Steris | V-Pro Max | Low Temp Sterilizer | 1032746 | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA | 3/24/2010 | NA | | |
| C&S | Webeco | FA 95 LTSF | Low Temp Sterilizer | 1032747 | 551620 | APPENDICES,REPROCESSING,OUS ENGLISH | Justification | NA | NA | | |
| C&S | Steris | Caviwave CR12 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 3/24/2010 | NA | | |
| C&S | Steris | Caviwave CR2-20 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 3/24/2010 | NA | | |
| C&S | Steris | AMSCO | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 3/24/2010 | NA | | |
| C&S | Steris | Reliance | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 3/24/2010 | NA | | |
| C&S | Getinge | 2460-UC | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 7/6/2012 | NA | | |
| C&S | Ultra Clean | 1101 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 6/10/2014 | NA | | |
| C&S | Ultra Clean | 1150 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 6/10/2014 | NA | | |
| C&S | Ultra Clean | 1500 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 6/10/2014 | NA | | |

| | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | | System | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | S | Si |
| C&S | Ultra Clean | XL 48 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 6/10/2014 | NA | | |
| C&S | Ultra Clean | XL 72 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 6/10/2014 | NA | | |
| C&S | Midbrook | TW-1000 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | NA | | |
| C&S | Midbrook | TW-2000 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | NA | | |
| C&S | Midbrook | TW-4000 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | NA | | |
| C&S | Case Medical | BRS07 | Cleaning Brush | 1032749 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | Justification | NA | NA | | |
| C&S | Case Medical | BRD07 | Cleaning Brush | 1032750 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | Justification | NA | NA | | |
| C&S | Aspen Surgical | 243004BBG | Cleaning Brush | 1032751 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | Justification | NA | NA | | |
| Accessories | Clearify (New Wave Surgical) | D-Help | Endoscope Warmers | 1032232 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | NA | | |
| Accessories | Blue Endo | Blue Heat 8.5mm | Endoscope Warmers | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | NA | | |
| Accessories | Blue Endo | Blue Heat 12mm | Endoscope Warmers | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | No | | |
| Accessories | Kirwan Surgical | Bi Polar 10-5000 | Cautery Cords | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | No | | |
| C&S | Case Medical | CSA015 PentaPrep | Enzymatic Presoak Sprays | 1032234 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | Justification | NA | NA | | |
| Accessories | Valleylab/ Medtronic | Mono Polar E2999 | Cautery Cords | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | NA | | |
| C&S | Ruhof | 345PRP 345XF14 Prepzyme | Enzymatic Presoak Sprays | 1032235 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | Justification | NA | NA | | |
| C&S | Steris | 150377 PRE-Klenz Transport spray gel | Enzymatic Presoak Sprays | 1032236 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA | 3/24/2010 | NA | | |
| C&S | Getinge | 61301604584 Renuzyme Foam | Enzymatic Presoak Sprays | 1032237 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA | 7/6/2012 | NA | | |
| C&S | Ecolab | 6075552 OptiPro Gel Pre-Cleaner | Enzymatic Presoak Sprays | 1032703 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | Justification | NA | NA | | |

| | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | | System | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | S | Si |
| Si Single-Site | Summit Medical Tray | IN-8901 | Instrument Tray | 1032752 | P/N 552266-01 Rev. C | INSTRUCTIONS,REPROCESSING,SINGLE-SITE,IS3000 | CA | 7/20/2016 | [REDACTED] | | x |
| Si Single-Site, Xi Single-Site | Stryker | Strykflow II | Strykflow II Suction Irrigation System | 1032238 | PN 551184-07 Rev. B | USER MANUAL,SINGLE-SITE,ENGLISH,US | CA | 7/21/2016 | [REDACTED] | | x |