HIGHLY CONFIDENTIAL

# Manufacturing Process Instructions

| PROCESS I.D. | OPERATION # |
|---|---|
| CABLE TENSIONING | DUAL JAW 13 |

△ TQC

■ WORK CONTENT

● VERIFY

| FIND | PART # | DESCRIPTION | QTY |
|---|---|---|---|
| EFT | 833325 833800 | Input Nest | - |
| EFT | See BOM | Wrist Nest | - |
| EFT | 833916 | Tensioning Tool, Beam Style | - |
| EFT | 833054 | 40 in/oz Torque Driver | - |
|  |  |  |  |
|  |  |  |  |

| ENGINEER | DATE |
|---|---|
| MPI # 838012 | REV C |
|  | PAGE 1 OF 2 |

## GENERAL CABLE TENSIONING METHOD

1. ■ Install the unit on an input nest with the appropriate wrist nest.

2. △ Verify that each wrist cable is on the correct idler and clamping pulley.

3. △ Verify that each crimp is seated in the clamping pulley counterbore.

4. △ Verify that each roll cable is in the clamping and roll pulley grooves.

5. △ Verify that roll axis is locked at zero and that each roll crimp is seated in the counterbores.

6. ■ Insert the cable tensioning tool into the tensioning hole on a Clamping Pulley. While holding the tensioning tool in one hand, loosen both Screws on the Pulley until the Pulley turns freely on the Input Shaft.



7. ■ Move the tensioning tool towards the crimp until the correct tension is reached (indicated by the marks on the tensioning tool). While holding the correct tension, tighten one screw, then the other.

8. ■ Repeat tensioning process on all clamping pulleys. Tension each cable to the marks specified on page 2.

9. ● Visually verify that each set of upper and lower Clamping Pulleys contact each other--there should be no gap between them.

Case 3:21-cv-03496-AMO    Document 466-63    Filed 02/07/25    Page 1 of 2

Intuitive-00705141

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 622**
Case No. 3:21-cv-03496-AMO
Date Entered _____
By _____
Deputy Clerk

Trial Ex. No. 622, Pg. 1 of 2

HIGHLY CONFIDENTIAL

**INTUITIVE SURGICAL**

*Manufacturing Process Instructions*

| PROCESS I.D. | OPERATION # |
|---|---|
| CABLE TENSIONING | DUAL JAW 13 |

△  TQC

■  WORK CONTENT

●  VERIFY

| FIND | PART # | DESCRIPTION | QTY |
|---|---|---|---|
| A | 330072 | Washer, .095 I.D. X .125 O.D., .010 T. | 6 |
| EFT | 833025 | Input Shaft Swager | - |
| EFT | 833370 | EFT, INPUT SHAFT SWAGE TOOL | - |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| ENGINEER | DATE |
|---|---|
| MPI #  838012 | REV  C |
|  | PAGE  2 OF 2 |

10. ■ Tension **Roll axis** to the **second** (outer) **marks** on every instrument type.



11a. ■ **Scissors and Clip Applier Only**
Tension **Pitch** and **Yaw/Grip** to the **first** (inner) **marks** on the Tensioning Tool

11b. ■ **Graspers (Forceps, Needle Drivers) Only**
Tension **Pitch** and **Yaw/Grip** to the **second** (outer) **marks** on the Tensioning Tool.

12. ■ Clip excess cable flush with the back of each Crimp.



13. ■ Insert two Washers onto the Yaw/Grip Input Shafts and one Washer onto the pitch and roll Input Shafts. Perform swage operation on each Input Shaft.

14. ● Verify visually that the tops of all of the Input Shafts have been mushroomed over.

Intuitive-00705142

Trial Ex. No. 622, Pg. 2 of 2