| | |
|---|---|
| **From**: | Grant Duque [Grant.Duque@intusurg.com] |
| **Sent**: | 6/12/2019 4:45:08 PM |
| **To**: | Nicky Goodson [Nicky.Goodson@intusurg.com] |
| **CC**: | Disha Peswani [Disha.Peswani@intusurg.com]; Tim Limon [Tim.Limon@intusurg.com] |
| **Subject**: | RE: Extended life project |

Ah -- in that case then your original estimate's below are more likely.

My guess:
Prograsp, Cadiere: mid- 20's
MSCND: low 20's
FBF & LND -- high teens

Tim has some estimates as well, based on field data.

-grant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 650**

Case No. 3:21-cv-03496-AMO
Date Entered _____
By _____
Deputy Clerk

_____
**From:** Nicky Goodson <Nicky.Goodson@intusurg.com>
**Sent:** Wednesday, June 12, 2019 2:36 PM
**To:** Grant Duque <Grant.Duque@intusurg.com>
**Cc:** Disha Peswani <Disha.Peswani@intusurg.com>; Tim Limon <Tim.Limon@intusurg.com>
**Subject:** RE: Extended life project

Let me clarify/confirm. I know how many lives we test for life testing, but we typically don't get failures in life testing.

I'm asking how many lives do we anticipate the instruments completely failing. Are those the same as the numbers below?

_____
**From:** Grant Duque <Grant.Duque@intusurg.com>
**Sent:** Wednesday, June 12, 2019 2:20 PM
**To:** Nicky Goodson <Nicky.Goodson@intusurg.com>
**Cc:** Disha Peswani <Disha.Peswani@intusurg.com>; Tim Limon <Tim.Limon@intusurg.com>
**Subject:** RE: Extended life project

Hi Nicky,

Disha already caught me in the aisle.

Cold-graspers:   15 lives
Bipolars:        12 lives
Needle Drivers:  15 lives

The number of life-test lives required to qualify the above depends on the sample size, but if we are using qty22 samples, then the number is 1 to 1 per Tim's Weibull calculation.

-grant

_____
**From:** Nicky Goodson <Nicky.Goodson@intusurg.com>
**Sent:** Wednesday, June 12, 2019 1:33 PM

**To:** Grant Duque <Grant.Duque@intusurg.com>
**Cc:** Disha Peswani <Disha.Peswani@intusurg.com>
**Subject:** RE: Extended life project
**Importance:** High

Grant,

Before I interject, can you confirm my estimates. Based on the instruments does it seem reasonable to expect the following failure points:
Prograsp mid-high 20's
FBF & Cadiere - early 20's
MSCND & LND – high teens

Does that sound right?

---

**From:** Bob Desantis <Bob.DeSantis@intusurg.com>
**Sent:** Wednesday, June 12, 2019 12:21 PM
**To:** Disha Peswani <Disha.Peswani@intusurg.com>; Grant Duque <Grant.Duque@intusurg.com>; Anthony McGrogan <Anthony.McGrogan@intusurg.com>; Nicky Goodson <Nicky.Goodson@intusurg.com>
**Subject:** RE: Extended life project

I don't need to meet, but I am interested in the overall project plan.   When will these tasks be complete?   I assume we're running to failure and will statistically back-in to what our life qualification is?

Bob DeSantis
203.400.7870

---

**From:** Disha Peswani <Disha.Peswani@intusurg.com>
**Sent:** Wednesday, June 12, 2019 2:05 PM
**To:** Bob Desantis <Bob.DeSantis@intusurg.com>; Grant Duque <Grant.Duque@intusurg.com>; Anthony McGrogan <Anthony.McGrogan@intusurg.com>; Nicky Goodson <Nicky.Goodson@intusurg.com>
**Subject:** RE: Extended life project

Hi Bob,

Below is the update on Instrument life extension project. Please let me know if you would like me to set up a meeting to discuss this project.

Project: MCF-19-004- Instrument Life Extension
TLTP: 1059148-01T

| Instrument PN | Instrument Description | Protocol Status | Test instrument procurement | Current Life test status (as of 6/10) | Notes |
|---|---|---|---|---|---|
| | | | | | |

Highly Confidential-AEO                                                                                                                                Intuitive-01085684

| | | | | | |
|---|---|---|---|---|---|
| 470049-06 | Cadiere | Released 862221-02P | Complete & delivered to NPV lab | 6 | SSU Testing started on 20th May |
| 470093-11 | ProGrasp | Released 862214-03P | Complete & delivered to NPV lab | 11 | SSU Testing started on 1st May |
| 470205-17 | FBF | Released 862223-03P | Complete & delivered to NPV lab | 0 | Waiting release of C233503- NPV group found out that testers have been testing 250 tissue lifts instead of 300; This ECO is updating the procedure sequence; ECO to release this week. |
| 470006-12 | LND | On Hold due to Tungsten filament project | On Hold due to Tungsten filament project | 0 | Waiting slack issue resolution |
| 470309-14 | MSCND | | No | 0 | There is a MCF project for MSCND to update to MIM grips; Plan is to test the MIM grip version for life extension; MIM grips version is expected to release in July; |
| 470172-16 | MBF | NA | NA | NA | Covered by FBF |

Thanks,
Disha

_____

**From:** Bob Desantis <Bob.DeSantis@intusurg.com>
**Sent:** Wednesday, June 12, 2019 10:37 AM
**To:** Disha Peswani <Disha.Peswani@intusurg.com>; Grant Duque <Grant.Duque@intusurg.com>; Anthony McGrogan <Anthony.McGrogan@intusurg.com>; Nicky Goodson <Nicky.Goodson@intusurg.com>
**Subject:** Extended life project


Disha, can you provide an update on the Extended Core Instrument life program?
Thanks

_____

Bob DeSantis
GM & SVP Instruments and Accessories

Mobile:  203.400.7870
Bob.DeSantis@intusurg.com

  << OLE Object: Picture (Device Independent Bitmap) >>

1090 Kifer Rd
Sunnyvale, CA 94086-5304 USA
Intuitive.com

Highly Confidential-AEO                                                                                                                           Intuitive-01085685
**Trial Ex. No. 650, Pg. 3 of 3**