

Highly Confidential-AEO     Intuitive-01107582

# Overview

- Concerns
  - Counterfeit instruments
  - Tampering with the use count values / reprocessing
- Security requirements
  - Authentication to recognize and accept only ISI instruments
  - Secure storage, retrieval, and update of the use count values
  - Must function even when the system is offline
- Technology

| Product | Authentication chip | Interface | Counterfeit Auth Key | Use count | Security Level |
|---|---|---|---|---|---|
| Si | Dallas DS2505 (Production year ~1995) | 1-wire | Passcode | OTP | Low |
| X/Xi/SP | Atmel AT88SC6416CRF (Production year ~2004) | RF | Secret Key | OTP | Medium |
| Orion2 | Atmel AT88SC6416CRF (Production year ~2004) | RF | Secret Key | OTP | Medium / High |
| Ion | Maxim Secure Authenticator - DS28E36 (Production year 2017) | 1-wire | PKI / ECC | OTP | High |



Highly Confidential-AEO                              Intuitive-01107583

# Si Instruments

- Authentication scheme
    - System has a Master Key (same key in every da Vinci)
    - Each instrument (Dallas DS2505) is programmed with a unique passcode derived from Master Key and instrument ID
    - During authentication, instrument sends its ID and the passcode to the system
    - System verifies the passcode by computing the expected value from the instrument ID and the Master Key
- Weaknesses
    - Communication channel is not encrypted. Scheme is susceptible to Replay and Man-in-the-Middle
        - -> Capture a pair of (ID, passcode) and replay it on counterfeits
        - -> Tamper with the traffic to send fake use counts
    - Master Key is hardcoded and is not well protected in the system
        - -> Disclosure of Master Key (e.g., reverse engineering, data remanence, internal employees) allows one to easily program vanilla D2505 with right passcodes
    - Key /passcode length is short and brute-force is possible
    - Physical attacks to chips (e.g., UV, gamma) are possible



Contains Master Key (same on every device) — Send ID and passcode / Send use count — Update use count — 1-Wire Dallas — Contains unique passcode

Highly Confidential-AEO                                    Intuitive-01107584

# X/Xi/SP Instruments

- Authentication scheme
  - System has a Master Key (same key in every da Vinci) stored in CryptoCompanion
  - Each instrument (CryptoRF) is programmed with a unique key derived from Master Key and its instrument ID
  - During authentication, system sends a challenge (random number) and CryptoRF computes a response using its unique key
  - System receives the response and invokes CryptoCompanion to verify it using the instrument ID and the challenge.
  - The keys never leave CryptoCompanion or CryptoRF
- Weaknesses
  - Master Key is protected by CryptoCompanion, but _may_ still be susceptible to invasive Physical attacks (microprobing, imaging)
    - -> Disclosure of Master Key allows one to derive the CryptoRF keys
    - -> Atmel reserved a certain ID range for ISI. This provides some assurance, but one could use custom hardware to emulate CryptoRF and use a valid ID within that range
  - UV/gamma attacks to reset use-count, but we use decrement-only
  - There are published Cryptanalysis and side-channel attacks
    - -> Reveals only CryptoRF key. Still need to emulate a Tag to use the right ID
  - Communication channel is encrypted, but _may_ still be susceptible to Replay and Man-in-the-Middle
    - -> Encryption key used for use count and the rest of Cal data is the same. Copy-over from Cal data region.



Highly Confidential-AEO

Intuitive-01107585

Trial Ex. No. 651, Pg. 4 of 6

# Ion Instruments

- Authentication scheme
    - Completely relies on Public Key Cryptography (Elliptic Curve -ECC) with NIST recommended parameters and auth protocol
    - Maxim SecureAuthenticator chips are capable of generating their own keys and perform computations all inside the chip
    - Master key (Certificate Authority) is h/w protected and used only in manufacturing facility
    - During manufacturing, each instrument (SecureAuthenticator) generates a unique ECC key, goes through key verification and testing, and gets an ECC certificate for its key
    - Master key is only used to generate/sign the certificate. System trusts the Master key and thus the certificates signed by it
    - During authentication, the instrument presents its certificate to the system and performs a challenge-response protocol to prove its key
- Weaknesses
    - No weaknesses known
- Strengths
    - Keys are never exposed.
    - Use count is stored in decrement-only OTP
    - SecureAuthenticator employs built-in mitigations against several common attacks



Highly Confidential-AEO
Intuitive-01107586

# Orion2 Instruments

- Authentication scheme

  - Minimum Viable Product: Same as Gen4

  - Proposed (Optional) Mitigations:
    - Hardware mitigation: Use a more advanced authenticator chip (such as 1-Wire DS28E36 in Ion) in addition to Atmel CrytoRF (Gen4)
      - Provides better security compared to what is used in Gen4
      - Dual protection is recommended given the expected product life of 15+ years
      - Impact on the cost basis. DS28E36 is around $2 in bulk. WCM (which also includes Flash memory) is $38.
    - Software mitigations (under investigation/design):
      - Different encryption keys for use count value and cal data
        - May break Gen4 compatibility
      - Use a tool database to blacklist compromised and/or consumed instrument IDs
        - Requires discussions and design of the processes to compile and distribute the data
      - Better protection for the secrets in the system

- Weaknesses
  - MVP: Same as Gen4
  - With additional mitigations: Still vulnerable to key disclosure unless we use a more advanced authenticator
    - Physical attacks on CryptoCompanion (System) to disclose the Master Key

Highly Confidential-AEO                                                                                                                                              Intuitive-01107587