Design Development Plan Rev C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 818

Case No. 3:21-cv-03496-AMO
Date Entered ____________
By ____________
Deputy Clerk

HIGHLY CONFIDENTIAL

REBOTIX133361

Trial Ex. No. 818, Pg. 1 of 13

| | Author | Document Number / Rev | Page |
|---|---|---|---|
| | Joe Morrison | DPPR1001; Rev C | 1 of 11 |

**Title: Design Development Plan "Endowrist"**

*This Document is the Property of Rebotix, LLC*

**Objective:**

Establish method for remanufacturing robotic surgical EndoWrists ("Wrists") originally manufactured by Intuitive Surgical and utilized as an accessory in Intuitive's Da Vinci robotic surgical systems ("Host System"). The objective is to offer users a serviced Wrist and an alternative to purchasing a new OEM Wrist replacement.

Refer to Attachment A for a list of wrists to be remanufactured.

**Goals:**

1. To remanufacture previously used Wrists so that functionality and safety are equivalent to OEM Wrists

2. Remanufactured Wrist to be 100% compatible with Host System.

3. Extend the useful life of the remanufactured Wrist to the original OEM value plus 1. Ex. If the original wrist was rated for 10 uses, the remanufactured wrist would be rated for 10 + 1 or 11 reuses.

**Device Description:**

The subject device(s) consist of a family of endoscopic instruments with either grasping or cutting end effectors to be used with the Intuitive Surgical da Vinci Endoscopic Instrument Control System. These instruments attach to the two instrument manipulator arms on the Intuitive Surgical Endoscopic Instrument Control System. The instruments are re-usable (for a limited number of uses), are provided non-sterile, and must be cleared and sterilized before used (pre-vacuum autoclave). The instruments are programmed for a limited number of uses to ensure reliability and consistent performance.

The instruments attach to a re-usable, sterilizable adaptor on the manipulator arm of the Endoscopic Instrument Control System to provide a barrier between the (sterile) instrument and the (non-sterile) manipulator arm. A mounting surface on the adapter provides a means to secure a sterile drape that covers the arm assembly. This allows instruments to be interchangeable during a procedure,

| | Author | Document Number / Rev | Page |
|---|---|---|---|
| | Joe Morrison | DPPR1001; Rev C | 2 of 11 |

Title: Design Development Plan "Endowrist"

*This Document is the Property of Rebotix, LLC*

without compromising the sterile barrier. When attached to the manipulator, the instrument is inserted through a cannula mounted to the manipulator.

All instruments have articulations at the distal end that are controlled by the surgeon. The instrument is the "wrist" of the system and provides four (4) degrees of freedom (wrist pitch, wrist yaw, roll and grip). These instruments share similar architecture, materials, and manufacturing processes. The primary difference between the instruments is the tip end effector also known as the "tool end".

**Intended Use**

The Surgical Endoscopic Instruments including scissors, scalpels, forceps/pick-ups, needle drivers and electrocautery are intended for endoscopic manipulation of tissue, including: grasping, cutting, blunt and sharp dissection, approximation, ligation, electrocautery and suturing.

HIGHLY CONFIDENTIAL REBOTIX133363

Trial Ex. No. 818, Pg. 3 of 13

| Rebotix your prescription for savings | Author<br>Joe Morrison | Document Number / Rev<br>DPPR1001; Rev C | Page<br>3 of 11 |
|---|---|---|---|
| Title: Design Development Plan "Endowrist" | | | |

*This Document is the Property of Rebotix, LLC*

## Design/Risk Management Team

| Project Manager/Operations: | Joe Morrison |
|---|---|
| R&D Project Manager: | Mathew McGowan |
| Product Supervisor: | Greg Fiegel |
| QA/Manufacturing: | Jeff Bua |
| RA: | AJW Technology Consultants |
| Research & Development/Consulting: | Horizon Product Development, |
| | |
| *Others as Required | |

Required document approval signatures will be: Project Manager / Operations; R&D Project Manager; Product Supervisor; and QA. Operations represents quality system management.

Design review approval signatures will be: Project Manager / Operations; R&D Project Manager; Product Supervisor; QA; Management Sponsor; and independent representative. Operations represents quality system management.

## Project Milestones and Responsibilities

Describe Design Activities (Project Milestones) and define responsibilities for their implementation. Clearly identify the required acceptance criteria (deliverables) for the beginning and end of each phase of the project and identify when Design reviews are required.

The EndoWrist shall be designed per Rebotix's SOP 1005 "Design Control".

## Design and Development Input Phase Deliverables

Risk Management per SOP 1006
  Initial Risk Management Plan

Engineering
  Initial Product Specifications

HIGHLY CONFIDENTIAL REBOTIX133364

Trial Ex. No. 818, Pg. 4 of 13

| Author | Document Number / Rev | Page |
|---|---|---|
| Joe Morrison | DPPR1001; Rev C | 4 of 11 |

Title: Design Development Plan "Endowrist"

*This Document is the Property of Rebotix, LLC*

Design Input Requirements as listed on Project Trace Matrix Form 1005-004 (Input Section).

Project Manager

Design Review Meeting Agenda

Design Review Meeting Minutes per SOP Form 1005-001 Design Review

**Target Completion Date: 05/23/2014**

**Design and Development Input Phase Review Completed On: 05/27/14**

HIGHLY CONFIDENTIAL REBOTIX133365

Trial Ex. No. 818, Pg. 5 of 13

|  | Author<br>Joe Morrison | Document Number / Rev<br>DPPR1001; Rev C | Page<br>5 of 11 |
|---|---|---|---|
| **Title: Design Development Plan "Endowrist"** | | | |

*This Document is the Property of Rebotix, LLC*

**Design and Development Output Phase Deliverables**

Risk Management
- Risk Management Plan (Review)
- Design FMEA (Hazard Analysis)

Engineering
- Review Updated to Product Specifications

Design
- Software Development Plan
- Software Requirements Specification
- Software Design Specification
- Update Project Trace Matrix, Form 1005-004.
- DMRI, Form 1005-002

Project Manager
- Design Review Meeting Agenda
- Design Review Meeting Minutes per Form 1005-001 Design Review

**Target Completion Date: July 21 2014**

**Design and Development Output Phase Review Completed On: 07/21/14**

**Design and Development Output Phase Review II Completed On:** 6/19/15

HIGHLY CONFIDENTIAL REBOTIX133366

Trial Ex. No. 818, Pg. 6 of 13

|  | Author<br>Joe Morrison | Document Number / Rev<br>DPPR1001; Rev C | Page<br>6 of 11 |
|---|---|---|---|
| **Title: Design Development Plan "Endowrist"** | | | |

*This Document is the Property of Rebotix, LLC*

**Verification Phase Design Review Deliverables**

- Risk Management
  - Risk Management Plan (Review)
  - Design FMEA (Review)
- Design
  - Project Trace Matrix Form 1005-004 (Review Updates).
  - Design Verification Plan
  - Design Verification Final Report
  - Software V & V
- Project Manager
  - Design Review Meeting Agenda
  - Design Review Meeting Minutes per Form 1005-001 Design Review

**Target Completion Date: January 12, 2015**

**Design Verification Phase Review Completed On:________________________**

HIGHLY CONFIDENTIAL REBOTIX133367

Trial Ex. No. 818, Pg. 7 of 13

|  | Author<br>Joe Morrison | Document Number / Rev<br>DPPR1001; Rev C | Page<br>7 of 11 |
|---|---|---|---|
| **Title: Design Development Plan "Endowrist"** | | | |

*This Document is the Property of Rebotix, LLC*

**Validation Phase Design Review Deliverables**

- Risk Management
  - Risk Management Plan (Review)
  - Design FMEA (Review)
- Design
  - Project Trace Matrix, Form 1005-004(Review Updates).
  - Design Validation Plan
  - Design Validation Report
- Project Manager
  - Design Review Meeting Agenda
  - Design Review Meeting Minutes per Form 1005-001 Design Review

**Target Completion Date: January 13, 2015**

**Design Validation Phase Review Completed On:____________________**

HIGHLY CONFIDENTIAL REBOTIX133368

Trial Ex. No. 818, Pg. 8 of 13

| | Author | Document Number / Rev | Page |
|---|---|---|---|
| | Joe Morrison | DPPR1001; Rev C | 8 of 11 |

**Title: Design Development Plan "Endowrist"**

*This Document is the Property of Rebotix, LLC*

**Design Transfer Phase Design Review Deliverables**

- Risk Management
  - PFMEA
  - Quality Plan
  - Risk Management Report
- Design
  - Review of Design History File per Form 1005-003 Design Transfer
  - QA / RA Release of Design for Sale
- Project Manager
  - Design Review Meeting Agenda
  - Design Review Meeting Minutes per Form 1005-001 Design Review

**Target Completion Date: January 14, 2015**

**Design Transfer Phase Review Completed On:____________________**

## Team Requirements, Responsibilities and P.O.C.

Summary of interfaces, including points of contact, phone numbers, mailing addresses, E-mail addresses and responsibilities.

| Management Sponsor | David Mixner<br>Rebotix, LLC<br>President<br>539 Pasadena Ave. S<br>Saint Petersburg FL 33710<br>Ph: 727.343.5503<br>Fax: 727.343.4637<br>davidmixner@rebotix.net |
|---|---|

HIGHLY CONFIDENTIAL REBOTIX133369

Trial Ex. No. 818, Pg. 9 of 13

| | Author | Document Number / Rev | Page |
|---|---|---|---|
| | Joe Morrison | DPPR1001; Rev C | 9 of 11 |

**Title: Design Development Plan "Endowrist"**

*This Document is the Property of Rebotix, LLC*

| | |
|---|---|
| Project Manager/Operations | Joe Morrison<br>Rebotix, LLC<br>Operations Manager<br>539 Pasadena Ave. S<br>Saint Petersburg FL 33710<br>Ph: 727.343.5503<br>Fax: 727.343.4637<br>joemorrison@rebotix.net |
| R&D Project Manager | Mathew McGowan<br>Rebotix, LLC<br>R&D Project Manager<br>539 Pasadena Ave. S<br>Saint Petersburg FL 33710<br>Ph: 727.343.5503<br>Fax: 727.343.4637<br>mattmcgowan@rebotix.net |
| Product Supervisor | Greg Fiegel<br>Rebotix, LLC<br>539 Pasadena Ave. S<br>Saint Petersburg FL 33710<br>Ph: 727.343.5503<br>Fax: 727.343.4637<br>gregfiegel@rebotix.net |
| QA / Manufacturing | Jeff Bua<br>Rebotix, LLC<br>Director of Technical Services<br>539 Pasadena Ave. S<br>Saint Petersburg FL 33710<br>Ph: 727.343.5503<br>Fax: 727.343.4637<br>jeffbua@rebotix.net |
| Regulatory | Jon Ward, Ryan Burke<br>AJW Technology Consultants, Inc.<br>President / CEO<br>445 Apollo Beach Blvd.<br>Apollo Beach, FL 33572<br>Ph: 813.645.2855 |

HIGHLY CONFIDENTIAL REBOTIX133370

Trial Ex. No. 818, Pg. 10 of 13

| | Author | Document Number / Rev | Page |
|---|---|---|---|
| | Joe Morrison | DPPR1001; Rev C | 10 of 11 |

**Title: Design Development Plan "Endowrist"**

*This Document is the Property of Rebotix, LLC*

| | |
|---|---|
| | Fax: 813.645.2856<br>wardjp@ajwtech.com |
| Independent Representative | Chris Gibson<br>Rebotix, LLC<br>Materials Manager<br>539 Pasadena Ave. S<br>Saint Petersburg FL 33710<br>Ph: 727.343.5503<br>Fax: 727.343.4637<br>chrisgibson@rebotix.net |
| Electrical Engineer, Consultant | Jay Schuenke<br>Horizon Product Development<br>Principle, Director of Design and Development<br>2873 55th Street North<br>Saint Petersburg FL 33710<br>Ph: 727.871.8011<br>Fax: 866.629.5176<br>jay@horizon-pd.com |

HIGHLY CONFIDENTIAL REBOTIX133371

Trial Ex. No. 818, Pg. 11 of 13

| | Author | Document Number / Rev | Page |
|---|---|---|---|
| | Joe Morrison | DPPR1001; Rev C | 11 of 11 |

**Title: Design Development Plan "Endowrist"**

*This Document is the Property of Rebotix, LLC*

Attachment A: Model List

| REF | DESCRIPTION |
|---|---|
| 420001 | Potts Scissors |
| 420006 | Large Needle Driver |
| 420007 | Round Tip Scissors |
| 420036 | DeBakey Forceps |
| 420048 | Long Tip Forceps |
| 420049 | Cadiere Forceps |
| 420093 | ProGrasp™ Forceps |
| 420110 | PreCise™ Bipolar Forceps |
| 420171 | Micro Bipolar Forceps |
| 420172 | Maryland Bipolar Forceps |
| 420178 | Curved Scissors |
| 420179 | Hot Shears™ (Monopolar Curved Scissors) |
| 420181 | Resano Forceps |
| 420183 | Permanent Cautery Hook |
| 420184 | Permanent Cautery Spatula |
| 420189 | Double Fenestrated Grasper |
| 420190 | Cobra Grasper |
| 420194 | Mega™ Needle Driver |
| 420205 | Fenestrated Bipolar Forceps |
| 420207 | Tenaculum Forceps |
| 420227 | PK® Dissecting Forceps |
| 420296 | Large SutureCut™ Needle Driver |
| 420309 | Mega SutureCut™ Needle Driver |
| 420344 | Curved Bipolar Dissector |

HIGHLY CONFIDENTIAL REBOTIX133372

Trial Ex. No. 818, Pg. 12 of 13

Form 1001-002; Rev A;

DCN 2014-009; Date 05/21/2014

**Title: Document Approval Form**

DOCUMENTATION TYPE: Design Plan

TITLE / DOCUMENT NO / REVISION:

Design Development Plan "Endowrist", DPPR1001, Rev C

-Changes: Changed to add reference to Outputs Review II meeting; Remove Casica Engineering from Design team as Pete Casica is no longer active on the project; Change target completion dates for remaining design phases.

PREPARED BY: Joe Morrison

DATE: 01/08/2015

APPROVALS

| Department | Name | Signature | Date |
|---|---|---|---|
| Qualtiy Assurance: | Jeff Bua | [signature] | 1/8/15 |
| Operations: | Joe Morrison | [signature] | 01/08/15 |
| Member: | David Mixner | [signature] | 1/8/15 |
| R&D Project Manager: | Mathew McGowan | [signature] | 1/8/15 |
| Product Supervisor: | Greg Fiegel | [signature] | 1/8/15 |