| | |
|---|---|
| **From:** | Shark Somayaji [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3F8F35D9977B4F65AFFD4D5C04D96F44-SHARK SOMAY] |
| **Sent:** | 3/14/2018 5:36:36 PM |
| **To:** | Sumona Adhya [Sumona.Adhya@intusurg.com] |
| **CC:** | Ron Goldman [Ron.Goldman@intusurg.com]; Peter Russo [Peter.Russo@intusurg.com]; Todd Tourand [Todd.Tourand@intusurg.com]; Jenacyn Nicholson [Jenacyn.Nicholson@intusurg.com] |
| **Subject:** | RE: Cadiere has passed 30 SSUs!!! |

I also want to confirm that we can program LND's to 22 lives, Cadiere to 22 lives?.. do we need marketing buy off or are we set to go ?

Shark Somayaji
Director, NPI Engineering
Intuitive Surgical, Inc. | 1090 Kifer Road Sunnyvale, CA 94086
Direct: 408-523-8885 | Cell: 408-718-6404 | Email:shark.somayaji@intusurg.com

---

**From:** Sumona Adhya
**Sent:** Wednesday, March 14, 2018 3:31 PM
**To:** Sam Crews <Sam.Crews@intusurg.com>; Chris Anderson <Chris.Anderson@intusurg.com>; Thomas Cooper <Tom.Cooper@intusurg.com>; Bill Park <Bill.Park@intusurg.com>; Jordan Klein <Jordan.Klein@intusurg.com>; Geoff Willis <Geoff.Willis@intusurg.com>; Ron Goldman <Ron.Goldman@intusurg.com>; Brian Crews <Brian.Crews@intusurg.com>; Anthony McGrogan <Anthony.McGrogan@intusurg.com>; Usha Tadimeti <Usha.tadimeti@intusurg.com>; Veronica Thralls <Veronica.thralls@intusurg.com>; Cara Motooka <Cara.motooka@intusurg.com>; Paul Floyd <Paul.floyd@intusurg.com>; Nickolas Butler <Nickolas.Butler@intusurg.com>; Peter Russo <Peter.Russo@intusurg.com>; Phil Trenholme <Phil.Trenholme@intusurg.com>; Shark Somayaji <Shark.Somayaji@intusurg.com>; Andrew Cosgarea <Andrew.Cosgarea@intusurg.com>; Todd Tourand <Todd.Tourand@intusurg.com>; Jenacyn Nicholson <Jenacyn.nicholson@intusurg.com>; Kenny Reyes <Kenny.Reyes@intusurg.com>; Joseph Fridlin <Joseph.Fridlin@intusurg.com>; Ryan Shaw <Ryan.Shaw@intusurg.com>; Melanie Demers <Melanie.Demers@intusurg.com>; Elaine Lee <Elaine.Lee@intusurg.com>
**Cc:** Fernando Toledano <Fernando.Toledano@intusurg.com>; Brian Crews <Brian.Crews@intusurg.com>; Keenan O'flaherty <Keenan.oflaherty@intusurg.com>; John Gossett <John.Gossett@intusurg.com>; Richard Garrett <Richard.Garrett@intusurg.com>; Kenya Cardenas <Kenya.Cardenas@intusurg.com>; Harry Delacruz <Harry.Delacruz@intusurg.com>
**Subject:** Cadiere has passed 30 SSUs!!!

Hello all,

I wanted to inform the team that the low cap grip rod Cadiere has officially passed its final performance measurement post SSU 30! A big congrats to the NPV team for all of their hard work with life testing SSUs and the instrument team for creating and manufacturing a robust design to get our SP instruments to 20+ lives! We still have some ongoing monopolar instrument testing, but this is a major accomplishment for the Ducati program.

The completion of this testing now clears the pathway for updating our documentation and finalizing our number of programed lives for PPQ for the 5 instruments below.

Cadiere – 22 lives
Needle Driver – 22 lives
Clip Applier – 150 fires
Maryland Bipolar – 20 lives
Fenestrated Bipolar – 20 lives

Below is a list of some of the documentation that I am aware of that will need updating.

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 933-R**

Case No. 3:21-cv-03496-AMO
Date Entered_____
By_____
Deputy Clerk

- **Jenacyn/Joe F.** – Update marketing forecast and pricing
- **Bill Park** – Update parameter matrix
- **Melanie Demers** – Update user manuals
- **Elaine** – Create ▮ for increased number of lives and minor design changes for instruments
- **Peter Russo** – Update manufacturing documents that are needed

Please let me know if there are other documents that will need updating to reflect our final number of lives for launch.

Thanks,

Sumona Adhya
Senior Project Manager | Intuitive Surgical, Inc.
Direct: +1 408 523 2060
sumona.adhya@intusurg.com | www.intuitivesurgical.com

Highly Confidential-AEO

Intuitive-00991242

**Trial Ex. No. 933-R, Pg. 2 of 2**