| | |
|---|---|
| From: | Shark Somayaji [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3F8F35D9977B4F65AFFD4D5C04D96F44-SHARK SOMAY] |
| Sent: | 9/6/2019 6:39:36 PM |
| To: | Andrew Penfold [Andrew.Penfold@intusurg.com] |
| CC: | Todd Tourand [Todd.Tourand@intusurg.com] |
| Subject: | RE: Ext. Lives Cost Per Instrument Savings Inquiry |

Hi Andrew,

Unfortunately there will be no savings from materials due to increase lives ---

Regards
shark

_____

**From:** Andrew Penfold <Andrew.Penfold@intusurg.com>
**Sent:** Friday, September 06, 2019 2:37 PM
**To:** Shark Somayaji <Shark.Somayaji@intusurg.com>
**Cc:** Todd Tourand <Todd.Tourand@intusurg.com>
**Subject:** Ext. Lives Cost Per Instrument Savings Inquiry

Hi Shark,

Do we expect to realize any manufacturing cost savings per instrument from the extended lives effort?  For example, in material buys and/or in production hours required to produce forecasted lots?

It maybe too early to tell/ calculate but wanted to touch base anyways as we are mocking up pricing scenarios of extended lives instruments.

Best Regards,
Andrew

Andrew Penfold
Sr. Product Mgr - Upstream

Mobile:   1 860 460 4198
Direct:    1 408 523 5652
Email     Andrew.Penfold@intusurg.com

<< OLE Object: Picture (Device Independent Bitmap) >>

1020 Kifer Rd
Sunnyvale, CA 94086-5304 USA
Intuitive.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 934**

Case No. 3:21-cv-03496-AMO
Date Entered_____
By_____
Deputy Clerk

Highly Confidential-AEO                                    Intuitive-00999076
Trial Ex. No. 934, Pg. 1 of 1