# TX1309-R

Filed Under Seal