

**Trial Ex. No. 1644.008, Pg. 1 of 1**