

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 1644.009

Case No.  3:21-cv-03496-AMO
Date Entered _____
By _____
Deputy Clerk