

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 1644.010**

Case No.   3:21-cv-03496-AMO
Date Entered _____
By _____
Deputy Clerk

**Trial Ex. No. 1644.010, Pg. 1 of 1**