| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 10/2021) | **BILL OF COSTS** *Please follow the instructions on page 3 when completing this form.* | | **COURT USE ONLY** OBJECTION DEADLINE: OBJECTION FILED: YES ☐   NO ☐ |
|---|---|---|---|
| 1. CASE NAME Surgical Instrument Service Company, Inc., v. Intuitive Surgical, Inc. | 2. CASE NUMBER 3:21-cv-03496-AMO | 3. DATE JUDGMENT ENTERED 1/30/2025 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Surgical Instrument Service Company, Inc. |
| 5. NAME OF CLAIMING PARTY Intuitive Surgical, Inc. | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Kenneth A. Gallo | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                   (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason Code/Notes |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | -- | | | | |
| Service of Process, Civil LR 54-3(a)(2) | -- | | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $14,621.58 | Ex. 1 to the Brachman Declaration (invoice from Ruth Levine Ekhaus, RMR, RDR, FCRR, CCG, CSR, Official Court Reporter) | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | -- | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | -- | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $200,311.20 | Ex. 2 to the Brachman Declaration (invoices from Veritext Legal Solutions and TSG Reporting Inc.) Ex. 3 to the Brachman Declaration (Dkt. 95 (September 14, 2022 Joint Stipulation and Order Regarding Deposition Protocol)) Ex. 4 to the Brachman Declaration (Dkt. 278-3 (October 28, 2024 Joint Proposed Final Pretrial Order, Appendix E, Parties' Witness Lists)) | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | $6,921.35 | Ex. 2 to the Brachman Declaration (invoices from Veritext Legal Solutions and TSG Reporting Inc.) Ex. 3 to the Brachman Declaration (Dkt. 95 (September 14, 2022 Joint Stipulation and Order Regarding Deposition Protocol)) | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Ex. 4 to the Brachman Declaration (Dkt. 278-3 (October 28, 2024 Joint Proposed Final Pretrial Order, Appendix E, Parties' Witness Lists)) | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | -- | | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | -- | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | $38,665.00 | Ex. 5 to the Brachman Declaration (Dkt. 86 (April 4, 2022 Stipulated ESI Order)) <br> Ex. 6 to the Brachman Declaration (October 8, 2019 Agreed Protocol For Production of Hard-Copy Documents and Electronically Stored Information, Dkt. 35 in *Restore Robotics LLC* v. *Intuitive Surgical, Inc.*, No. 5:19-cv-55-TKW-MJF (N.D. Fla.)) <br> Ex. 7 to the Brachman Declaration (February 24, 2021 Agreed Protocol for Production of Hard-Copy Documents and Electronically Stored Information in *Rebotix Repair LLC* v. *Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW (M.D. Fla.)) <br> Ex. 8 to the Brachman Declaration (billing entries from Consilio LLC (formerly, Legility LLC)) | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | $10,905.95 | Ex. 9 to the Brachman Declaration (Dkt. 235 (June 11, 2024 Schedule and Pretrial Order)) <br> Ex. 10 to the Brachman Declaration (invoice from Paul, Weiss, Rifkind, Wharton & Garrison LLP) | | | |
| Visual aids, Civil LR 54(d)(5) | $248,868.25 | Ex. 11 to the Brachman Declaration (invoices from Impact Trial Consulting LLC) <br> Ex. 12 to the Brachman Declaration (invoices from Fulcrum Legal Graphics) | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $4,645.24 | Exs. 13-16 to the Brachman Declaration (invoices from the Hyatt Regency, San Francisco, Downtown SOMA) <br> Ex. 17 to the Brachman Declaration (invoices from United Airlines) | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | -- | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Court-appointed experts, 28 USC § 1920(6) | -- | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | -- | | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | -- | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | -- | | | | |
| TOTAL AMOUNT | $524,938.57 | | $ 0.00 | $ 0.00 | |

| |
|---|
| 9. ADDITIONAL COMMENTS, NOTES, ETC: |

| | |
|---|---|
| 10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.<br>**Name of Attorney/Claiming Party**:  Kenneth A. Gallo | 11. Costs are taxed in the amount of _____ and included in the judgment.<br><br>Mark B. Busby<br>Clerk of Court |
| **SIGNATURE**: /s/ Kenneth A. Gallo                    **DATE**: 02/13/2025 | **BY**:                              Deputy Clerk                    **DATE**: |

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME, CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| David Rosa, San Jose, California | 4 | $160 | 4 | $936.85 | -- | -- | $1,096.85 |
| Myriam Curet, Los Altos Hills, California | 4 | $160 | 4 | $1,036.00 | -- | -- | $1,196.00 |
| Maxwell Meng, San Francisco, California | 1 | $40 | -- | -- | -- | -- | $40 |
| Grant Duque, Campbell, California | 2 | $80 | 2 | $493.21 | -- | -- | $573.21 |
| Loren Smith, Lititz, Pennsylvania | 4 | $160 | 4 | $468.43 | $1,110.75 | $1,110.75 | $1,739.18 |
| | | | | | TOTAL WITNESS FEES/EXPENSES | | $4,645.24 |