# Appendix A
Deposition Costs

| Exhibit | Deposition | Item | Cost | |
|---|---|---|---|---|
| 2.001 | **Ronald Arkin**<br>June 9, 2021 fact deposition in *Restore Robotics LLC v. Intuitive Surgical, Inc.*, Case No. 5:19-cv-55-TKW-MJF (N.D. Fla.) (the "*Restore* action")[1]<br><br>Ronald Arkin was included on Intuitive's trial witness list. Dkt. 278-3. | Transcript Services – Original Transcript(s) | $ | 558.75 |
| | | Transcript – Supplemental Surcharges | $ | 61.00 |
| | | Exhibits | $ | 23.45 |
| | | Exhibits – Color | $ | 0.70 |
| | | Video – Initial Services | $ | 295.00 |
| | | Video – Additional Hours | $ | 375.00 |
| | | Video - Digitizing & Transcript Synchronization | $ | 380.00 |
| | | Video – Exhibits – Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video – Electronic Access | $ | 85.00 |
| | | Total for the deposition | $ | 1,928.90 |
| 2.002 | **Ronald Bair**<br>May 1, 2023 fact deposition in this action<br><br>Ronald Bair was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services | $ | 534.10 |
| | | Exhibits | $ | 4.20 |
| | | Total for the deposition | $ | 538.30 |
| 2.003 | **Ronald Bair**<br>May 24, 2021 fact deposition in *Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW (M.D. Fla.) (the "*Rebotix* action")[2]<br><br>Ronald Bair was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Certified Transcript | $ | 589.95 |
| | | Exhibit Processing - Scanned & Hyperlinked - B&W | $ | 84.20 |
| | | Exhibit Processing - Scanned & Hyperlinked - Color | $ | 50.00 |
| | | Video Sync / Tape | $ | 285.00 |
| | | Total for the deposition | $ | 1,009.15 |

---

[1]    Per the Joint Stipulation and Order Regarding Deposition Protocol, "[a]ll parties may use depositions taken in *Restore Robotics LLC v. Intuitive Surgical, Inc.*, No. 5:19-cv-55-TKW-MJF (N.D. Fla.) and *Rebotix Repair LLC v. Intuitive Surgical*, Inc., No. 8:20-cv-02274-VMC-TGW (M.D. Fla.) as if they were taken in the N.D. Cal. Cases." Dkt. 95, § I.A.4.

[2]    See *supra* note 1.

| | | | | |
|---|---|---|---|---|
| 2.004 | **Ronald Bair**<br>May 24, 2021 fact deposition in the *Restore* action<br><br>Ronald Bair was included on SIS and Intuitive's trial witness lists.  Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 192.15 |
| | | Exhibits | $ | 3.50 |
| | | Video - Digitizing & Transcript Synchronization | $ | 190.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access | $ | 85.00 |
| | | Total for the deposition | $ | 620.65 |
| 2.005 | **Greta Valentine Bernier**<br>November 7, 2022 fact deposition in this action<br><br>Greta Valentine Bernier was included on SIS and Intuitive's trial witness lists.  Dkt. 278-3. | Video - Initial Services | $ | 525.00 |
| | | Video - Additional Hours | $ | 840.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Transcript - Supplemental Surcharges | $ | 43.80 |
| | | Exhibits | $ | 12.35 |
| | | Total for the deposition | $ | 1,499.15 |
| 2.006 | **Richard Bero**<br>March 8, 2023 expert deposition in this action<br><br>Richard Bero was included on SIS's trial witness list.  Dkt. 278-3. | Video - Initial Services | $ | 525.00 |
| | | Video - Additional Hours | $ | 1,470.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Transcript Services - Original Transcript(s) | $ | 1,751.40 |
| | | Transcript - Supplemental Surcharges | $ | 333.60 |
| | | Exhibits | $ | 288.60 |
| | | Total for the deposition | $ | 4,446.60 |
| 2.007 | **John Bomalaski**<br>October 8, 2021 expert deposition in the *Rebotix* action<br><br>John Bomalaski was included on SIS's trial witness list.  Dkt. 278-3. | Certified Transcript | $ | 665.85 |
| | | Exhibit Processing - Scanned & Hyperlinked - B&W | $ | 5.80 |
| | | Exhibit Processing - Scanned & Hyperlinked - Color | $ | 11.00 |
| | | Video Sync / Tape | $ | 380.00 |
| | | Total for the deposition | $ | 1,062.65 |
| 2.008 | **Michael Burke**<br>September 27, 2022 fact deposition in this action<br><br>Michael Burke was included on SIS's and Intuitive's trial witness lists.  Dkt. 278-3. | Video - Digitizing & Transcript Synchronization | $ | 700.00 |
| | | Video – Electronic Access | $ | 78.00 |
| | | Video Services | $ | 1,180.00 |
| | | Transcript Services - Original Transcript(s) | $ | 1,134.00 |
| | | Transcript - Supplemental Surcharges | $ | 216.00 |
| | | Exhibits | $ | 133.25 |
| | | Total for the deposition | $ | 3,441.25 |

| | | | | |
|---|---|---|---|---|
| 2.009 | **Rafal Chudzik**<br>June 7, 2021 fact deposition in the *Restore* action[3]<br><br>Rafal Chudzik was included on Intuitive's trial witness list. Dkt. 278-3. | Transcript Services – Original Transcript(s) | $ | 547.50 |
| | | Transcript – Supplemental Surcharges | $ | 59.50 |
| | | Exhibits | $ | 58.45 |
| | | Exhibits – Color | $ | 1.05 |
| | | Video - Digitizing & Transcript Synchronization | $ | 285.00 |
| | | Video – Exhibits – Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video – Initial Services | $ | 147.50 |
| | | Video – Additional Hours | $ | 312.50 |
| | | Video – Extended Hours | $ | 87.50 |
| | | Video - Electronic Access | $ | 42.50 |
| | | Total for the deposition | $ | 1,691.50 |
| 2.010 | **Ted Claiborne**<br>November 21, 2022 fact deposition in this action<br><br>Ted Claiborne was included on SIS's trial witness list. Dkt. 278-3. | Video - Digitizing & Transcript Synchronization | $ | 310.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Video – Electronic Access | $ | 88.00 |
| | | Transcript Services - Certified Transcript | $ | 314.50 |
| | | Transcript - Supplemental Surcharges | $ | 48.10 |
| | | Exhibits | $ | 37.70 |
| | | Total for the deposition | $ | 956.30 |
| 2.011 | **John Joseph Colletti, Jr.**<br>May 07, 2021 fact deposition in the *Restore* action[4]<br><br>John Joseph Colletti, Jr. was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 363.75 |
| | | Transcript - Supplemental Surcharges | $ | 48.50 |
| | | Exhibits | $ | 36.40 |
| | | Video - Additional Hours | $ | 435.00 |
| | | Video - Digitizing & Transcript Synchronization | $ | 285.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access[5] | $ | 42.50 |
| | | Total for the deposition | $ | 1,361.15 |
| 2.012 | **Myriam Curet**<br>May 07, 2021 fact deposition in the *Rebotix* action<br><br>Myriam Curet was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Certified Transcript | $ | 690.00 |
| | | Exhibit Processing - Scanned & Hyperlinked - B&W | $ | 4.80 |
| | | Exhibit Processing - Scanned & Hyperlinked - Color | $ | 105.00 |
| | | Video Sync / Tape | $ | 380.00 |
| | | Total for the deposition | $ | 1,179.80 |

---

[3]     Line item costs for "Video - Initial Services", "Video - Additional Hours", "Video - Extended Hours", "Video - Electronic Access" listed on these invoices were incurred in connection with the deposition of Mr. Chudzik and the deposition of Ricardo Ferreira, which occurred on the same day.  These costs have been split between the two depositions.

[4]     These invoices note "John 'Jake' Joseph Colletti, Jr. costs split between parties."  The vendor has confirmed that costs included in these invoices reflect Intuitive's portion of the split costs.

[5]     This line item cost was incurred in connection with two depositions: the deposition of Mr. Colletti and the deposition of Myriam Curet, which occurred on the same day.  This cost has been split between the two depositions.

| | | | | |
|---|---|---|---|---|
| 2.011 | **Myriam Curet**<br>May 07, 2021 fact deposition in the *Restore* action<br><br>Myriam Curet McAdams was included on SIS and Intuitive's trial witness lists.  Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 141.75 |
| | | Exhibits | $ | 5.25 |
| | | Video - Digitizing & Transcript Synchronization | $ | 95.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access[6] | $ | 42.50 |
| | | Total for the deposition | $ | 434.50 |
| 2.013 | **Bob DeSantis**<br>May 27, 2021 fact deposition in the *Rebotix* action<br><br>Bob DeSantis was included on SIS and Intuitive's trial witness lists.  Dkt. 278-3. | Certified Transcript | $ | 976.35 |
| | | Exhibit Processing - Scanned & Hyperlinked - B&W | $ | 89.60 |
| | | Exhibit Processing - Scanned & Hyperlinked - Color | $ | 50.00 |
| | | Video Sync / Tape | $ | 665.00 |
| | | Total for the deposition | $ | 1,780.95 |
| 2.014 | **Bob DeSantis**<br>May 20, 2021 fact deposition in the *Restore* action<br><br>Bob DeSantis was included on SIS and Intuitive's trial witness lists.   Dkt. 278-3. | Video - Digitizing & Transcript Synchronization | $ | 285.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access | $ | 85.00 |
| | | Transcript Services - Certified Transcript | $ | 324.45 |
| | | Exhibits | $ | 68.95 |
| | | Exhibits - Color | $ | 10.85 |
| | | Total for the deposition | $ | 924.25 |
| 2.015 | **Eugene Otto Dickens**<br>May 27, 2021 fact deposition in the *Restore* action[7]<br><br>Eugene Otto Dickens was included on SIS's trial witness list.  Dkt. 278-3. | Video - Additional Hours | $ | 187.50 |
| | | Video - Digitizing & Transcript Synchronization | $ | 190.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access[8] | $ | 42.50 |
| | | Transcript Services - Original Transcript(s) | $ | 168.75 |
| | | Transcript - Supplemental Surcharges | $ | 32.40 |
| | | Exhibits | $ | 1.75 |
| | | Total for the deposition | $ | 772.90 |

---

[6]    This line item cost was incurred in connection with two depositions: the deposition of Dr. Curet and the deposition of John Joseph Colletti, Jr., which occurred on the same day.  This cost has been split between the two depositions.

[7]    The first of the two invoices for this deposition indicates that delivery of the video recording was "Expedited," but the vendor has confirmed that the video recording was billed at the rate for regular delivery.  The second of the two invoices for this deposition indicates that the transcript was delivered on an expedited basis.  Intuitive is not seeking the line item cost for that expediting ("Transcript - Fee for Daily").

The invoices for this deposition note that "costs [were] split between parties."  The vendor has confirmed that costs included in these invoices reflect Intuitive's portion of the split costs.

[8]    This line item listed on this invoice was incurred in connection with the deposition of Dr. Dickens and another deposition that occurred on the same day, for which Intuitive is not seeking costs.  Intuitive is only seeking half of the $85.00 line item cost.

| | | | | |
|---|---|---|---|---|
| 2.016 | **Stacey Donovan**<br>May 27, 2021 fact deposition in the *Rebotix* action<br><br>Stacey Donovan was included on SIS's and Intuitive's trial witness lists. Dkt. 278-3. | Video Sync / Tape | $ | 400.00 |
| | | Videographer - Set Up & 1st Hour of Job | $ | 315.00 |
| | | Videographer - Additional Hours | $ | 460.00 |
| | | Video Sync / Tape | $ | 380.00 |
| | | Total for the deposition | $ | 1,555.00 |
| 2.017 | **Grant Duque**<br>November 8, 2022 Rule 30(b)(1) deposition in this action<br><br>Grant Duque was included on SIS's and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 947.75 |
| | | Transcript - Supplemental Surcharges | $ | 144.95 |
| | | Exhibits | $ | 21.50 |
| | | Video - Digitizing & Transcript Synchronization | $ | 775.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Video - Electronic Access | $ | 88.00 |
| | | Total for the deposition | $ | 2,135.20 |
| 2.017 | **Grant Duque**<br>November 8, 2022 Rule 30(b)(6) fact deposition in this action<br><br>Grant Duque was included on SIS's and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 412.25 |
| | | Transcript - Supplemental Surcharges | $ | 126.10 |
| | | Exhibits | $ | 56.75 |
| | | Video - Digitizing & Transcript Synchronization | $ | 495.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Video - Electronic Access | $ | 88.00 |
| | | Total for the deposition | $ | 1,336.10 |
| 2.018 | **Mark Early**<br>October 6, 2022 fact deposition in this action | Video Services | $ | 2,520.00 |
| | | Video – Electronic Access | $ | 78.00 |
| | | Transcript Services - Original Transcript(s) | $ | 1,896.30 |
| | | Surcharge - Extended Hours | $ | 287.50 |
| | | Transcript - Supplemental Surcharges | $ | 180.60 |
| | | Exhibits | $ | 139.75 |
| | | Total for the deposition | $ | 5,102.15 |
| 2.019 | **Ricardo Estape**<br>October 22, 2022 fact deposition in this action<br><br>Ricardo Estape was included on SIS's and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 718.20 |
| | | Transcript - Supplemental Surcharges | $ | 68.40 |
| | | Exhibits | $ | 37.05 |
| | | Video - Digitizing & Transcript Synchronization | $ | 350.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Video - Initial Services | $ | 495.00 |
| | | Video - Additional Hours | $ | 198.00 |
| | | Total for the deposition | $ | 1,944.65 |

| | | | | |
|---|---|---|---|---|
| 2.020 | **David Fabricant** November 8, 2022 fact deposition in this action<br><br>David Fabricant was included on SIS's and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 805.85 |
| | | Transcript - Supplemental Surcharges | $ | 295.10 |
| | | Exhibits | $ | 34.45 |
| | | Total for the deposition | $ | 1,135.40 |
| 2.021 | **Ricardo Ferreira** November 10, 2022 fact deposition in this action<br><br>Ricardo Ferreira was included on Intuitive's trial witness list. Dkt. 278-3. | Video – Initial Services | $ | 525.00 |
| | | Video – Additional Hours | $ | 1,260.00 |
| | | Video – Extended Hours | $ | 630.00 |
| | | Video – Electronic Access | $ | 78.00 |
| | | Transcript Services – Original Transcript(s) | $ | 1,625.40 |
| | | Transcript – Supplemental Surcharges | $ | 154.80 |
| | | Exhibits | $ | 139.75 |
| | | Surcharge – Extended Hours | $ | 230.00 |
| | | Total for the deposition | $ | 4,642.95 |
| 2.009 | **Ricardo Ferreira** June 7, 2021 fact deposition in the *Restore* action[9]<br><br>Ricardo Ferreira was included on Intuitive's trial witness list. Dkt. 278-3. | Transcript Services – Original Transcript(s) | $ | 468.75 |
| | | Transcript – Supplemental Surcharges | $ | 51.50 |
| | | Exhibits | $ | 8.40 |
| | | Video – Initial Services | $ | 147.50 |
| | | Video – Additional Hours | $ | 312.50 |
| | | Video – Extended Hours | $ | 87.50 |
| | | Video - Electronic Access | $ | 42.50 |
| | | Video - Digitizing & Transcript Synchronization | $ | 285.00 |
| | | Video – Exhibits – Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Total for the deposition | $ | 1,553.65 |
| 2.022 | **Christy Foreman** March 13, 2023 expert deposition in this action<br><br>Christy Foreman was included on Intuitive's trial witness list. Dkt. 278-3. | Certified Transcript - Minimum Charge for Transcript Services | $ | 275.00 |
| | | Exhibits | $ | 71.50 |
| | | Total for the deposition | $ | 346.50 |
| 2.023 | **John Francis** October 14, 2022 fact deposition in this action<br><br>John Francis was included on SIS's and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 575.30 |
| | | Transcript - Supplemental Surcharges | $ | 109.20 |
| | | Exhibits | $ | 3.90 |
| | | Video - Initial Services | $ | 495.00 |
| | | Video - Additional Hours | $ | 198.00 |
| | | Surcharge - Extended Hours | $ | 75.00 |
| | | Video - Extended Hours | $ | 350.00 |
| | | Total for the deposition | $ | 1,806.40 |
| 2.024 | | Transcript Services - Certified Transcript | $ | 978.75 |

---

[9]     Line item costs for "Video - Initial Services", "Video - Additional Hours", "Video - Extended Hours", "Video - Electronic Access" listed on these invoices were incurred in connection with the deposition of Mr. Ferreira and the deposition of Rafal Chudzik, which occurred on the same day. These costs have been split between the two depositions.

| | | | | |
|---|---|---|---|---|
| | **Chris Gibson**<br>June 22, 2021 fact deposition in the *Rebotix* action[10]<br><br>Chris Gibson was included on SIS's and Intuitive's trial witness lists. Dkt. 278-3. | Transcript - Supplemental Surcharges | $ | 110.00 |
| | | Exhibits | $ | 63.70 |
| | | Video - Initial Services | $ | 295.00 |
| | | Video - Additional Hours | $ | 750.00 |
| | | Video - Digitizing & Transcript Synchronization | $ | 665.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access | $ | 85.00 |
| | | Total for the deposition | $ | 3,097.45 |
| 2.025 | **Jose Carlos Gonzalez**<br>October 17, 2022, Rule 30(b)(1) fact deposition in this action<br><br>Jose Carlos Gonzalez was included on SIS's and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services – Original Transcript(s) | $ | 598.50 |
| | | Transcript - Supplemental Surcharges | $ | 57.00 |
| | | Exhibits | $ | 8.45 |
| | | Video - Digitizing & Transcript Synchronization | $ | 350.00 |
| | | Video - Additional Hours | $ | 594.00 |
| | | Total for the deposition | $ | 1,607.95 |
| 2.025 | **Jose Carlos Gonzalez**<br>October 17, 2022, Rule 30(b)(6) fact deposition in this action<br><br>Jose Carlos Gonzalez was included on SIS's and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services – Original Transcript(s) | $ | 781.20 |
| | | Transcript - Supplemental Surcharges | $ | 74.40 |
| | | Exhibits | $ | 39.65 |
| | | Video - Initial Services | $ | 495.00 |
| | | Video - Additional Hours | $ | 198.00 |
| | | Video - Digitizing & Transcript Synchronization | $ | 350.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Surcharge - Video Proceeding | $ | 131.40 |
| | | Total for the deposition | $ | 2,147.65 |
| 2.026 | **Nickola "Nicky" Goodson**<br>November 16, 2022, Rule 30(b)(6) fact deposition in this action<br><br>Nicky Goodson was included on SIS's trial witness lists. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 223.65 |
| | | Transcript - Supplemental Surcharges | $ | 40.95 |
| | | Exhibits | $ | 7.15 |
| | | Video - Digitizing & Transcript Synchronization | $ | 310.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Video - Electronic Access | $ | 88.00 |
| | | Total for the deposition | $ | 827.75 |
| 2.027 | **Nickola "Nicky" Goodson**<br>October 27, 2022, Rule 30(b)(1) and 30(1)(6) fact deposition in this action<br><br>Nicky Goodson was included on SIS's trial witness lists. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 1,288.00 |
| | | Transcript - Supplemental Surcharges | $ | 209.30 |
| | | Exhibits | $ | 228.80 |
| | | Video - Digitizing & Transcript Synchronization | $ | 1,085.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Video - Electronic Access | $ | 88.00 |
| | | Total for the deposition | $ | 3,057.10 |

---

[10]    The first of the two invoices for this deposition indicates that delivery of the video recording was "Expedited," but the vendor has confirmed that the video recording was billed at the rate for regular delivery. The second of the two invoices for this deposition indicates that the transcript was delivered on an expedited basis. Intuitive is not seeking the line item cost for that expediting ("Transcript - Fee for Daily").

| | | | | |
|---|---|---|---|---|
| 2.028 | **Jason Goodwin** March 6, 2023 expert deposition in this action Jason Goodwin was included on Intuitive's trial witness list. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 651.30 |
| | | Transcript - Supplemental Surcharges | $ | 18.85 |
| | | Total for the deposition | $ | 670.15 |
| 2.029 | **West Gordon** May 13, 2021 fact deposition in the *Restore* action West Gordon was included on Intuitive's trial witness list. Dkt. 278-3. | Transcript Services - Original Transcript(s) | $ | 1,278.75 |
| | | Transcript - Supplemental Surcharges | $ | 146.50 |
| | | Exhibits | $ | 69.30 |
| | | Exhibits – Color | $ | 2.10 |
| | | Video - Initial Services | $ | 295.00 |
| | | Video - Additional Hours | $ | 875.00 |
| | | Video - Digitizing & Transcript Synchronization | $ | 570.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access | $ | 85.00 |
| | | Total for the deposition | $ | 3,471.65 |
| 2.030 | **Stan Hamilton** November 4, 2022 fact deposition in this action Stan Hamilton was included on SIS's and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 607.75 |
| | | Transcript - Supplemental Surcharges | $ | 92.95 |
| | | Exhibits | $ | 3.25 |
| | | Video - Digitizing & Transcript Synchronization | $ | 465.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Video - Electronic Access | $ | 88.00 |
| | | Total for the deposition | $ | 1,414.95 |
| 2.031 | **Stan Hamilton** June 4, 2021 fact deposition in the *Rebotix* action Stan Hamilton was included on SIS's and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services – Original Transcript(s) | $ | 1,083.75 |
| | | Transcript - Supplemental Surcharges | $ | 119.50 |
| | | Exhibits | $ | 33.95 |
| | | Exhibits - Color | $ | 3.15 |
| | | Video - Initial Services | $ | 295.00 |
| | | Video - Additional Hours | $ | 750.00 |
| | | Video - Extended Hours | $ | 350.00 |
| | | Surcharge - Extended Hours | $ | 82.50 |
| | | Video - Digitizing & Transcript Synchronization | $ | 665.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access | $ | 85.00 |
| | | Total for the deposition | $ | 3,617.85 |
| 2.032 | **Edward W. Harrich** May 24, 2021 fact deposition in the *Rebotix* action Edward W. Harrich was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Certified Transcript | $ | 669.30 |
| | | Exhibit Processing - Scanned & Hyperlinked - B&W | $ | 6.40 |
| | | Exhibit Processing - Scanned & Hyperlinked - Color | $ | 1.00 |
| | | Video Sync / Tape | $ | 570.00 |
| | | Total for the deposition | $ | 1,246.70 |

| | | | | |
|---|---|---|---|---|
| 2.033 | **Sherry Harvey**<br>May 14, 2021 fact deposition in the *Restore* action[11]<br><br>Sherry Harvey was included on SIS's trial witness lists.  Dkt. 278-3. | Transcript Services – Original Transcript(s) | $ | 472.50 |
| | | Transcript - Supplemental Surcharges | $ | 63.00 |
| | | Transcript Services - Certified Transcript | $ | 132.30 |
| | | Exhibits | $ | 21.70 |
| | | Exhibits - Color | $ | 0.70 |
| | | Video - Initial Services | $ | 221.25 |
| | | Video - Additional Hours | $ | 375.00 |
| | | Video - Digitizing & Transcript Synchronization | $ | 380.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access | $ | 85.00 |
| | | Total for the deposition | $ | 1,901.45 |
| 2.034 | **Robert Howe**<br>February 24, 2023 expert deposition in this action<br><br>Robert Howe was included on Intuitive's trial witness list.  Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 935.00 |
| | | Transcript - Supplemental Surcharges | $ | 286.00 |
| | | Exhibits | $ | 285.75 |
| | | Total for the deposition | $ | 1,506.75 |
| 2.035 | **Kurt Humphrey**<br>March 15, 2023 expert deposition in this action<br><br>Kurt Humphrey was included on SIS's trial witness lists.  Dkt. 278-3. | Transcript Services – Original Transcript(s)[12] | $ | 1,215.90 |
| | | Transcript - Supplemental Surcharges | $ | 23.16 |
| | | Exhibits | $ | 300.95 |
| | | Video - Additional Hours | $ | 1,470.00 |
| | | Video - Initial Services | $ | 525.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Total for the deposition | $ | 3,613.01 |
| 2.036 | **Antonio (AJ) Inacay**<br>June 08, 2021 fact deposition in the *Rebotix* action<br><br>Antonio (AJ) Inacay was included on SIS's trial witness list.  Dkt. 278-3. | Certified Transcript | $ | 589.95 |
| | | Exhibit Processing - Scanned & Hyperlinked - B&W | $ | 3.40 |
| | | Exhibit Processing - Scanned & Hyperlinked - Color | $ | 30.00 |
| | | Video Sync / Tape | $ | 380.00 |
| | | Total for the deposition | $ | 1,003.35 |

---

[11]    These invoices note that "Charges [were] split for this deposition per agreement of counsel" and "Videographer charges [were] split for this deposition per agreement of counsel."  The vendor has confirmed that costs included in the invoices reflect Intuitive's portion of the split costs.

[12]    This line item cost has been discounted from $2,431.80, as shown in the invoice, to $1,215.90, to remove costs for expedited delivery, by applying the rate for regular delivery, $6.30 per page, rather than the rate for expedited, $12.60 per page.

| | | | | |
|---|---|---|---|---|
| 2.037 | **Keith Robert Johnson** October 27, 2022 Rule 30(b)(1) fact deposition in this action[13]  Keith Robert Johnson was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Video Services | $ | 555.00 |
| | | Transcript Services - Original Transcript(s) | $ | 554.40 |
| | | Exhibits | $ | 4.55 |
| | | Video - Electronic Access | $ | 39.00 |
| | | Surcharge – Video Proceeding | $ | 77.30 |
| | | Total for the deposition | $ | 1,230.25 |
| 2.037 | **Keith Robert Johnson** October 27, 2022 Rule 30(b)(6) fact deposition in this action[14]  Keith Robert Johnson was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Video Services | $ | 1,320.00 |
| | | Transcript Services - Original Transcript(s) | $ | 963.90 |
| | | Exhibits | $ | 53.95 |
| | | Video - Electronic Access | $ | 39.00 |
| | | Surcharge – Video Proceeding | $ | 77.30 |
| | | Total for the deposition | $ | 2,454.15 |
| 2.038 | **Mark Johnson** June 04, 2021 fact deposition in the *Rebotix* action  Mark Johnson was included on SIS's trial witness list. Dkt. 278-3. | Certified Transcript | $ | 472.65 |
| | | Exhibit Processing - Scanned & Hyperlinked - B&W | $ | 459.00 |
| | | Video Sync / Tape | $ | 285.00 |
| | | Total for the deposition | $ | 1,216.65 |
| 2.039 | **Mark Johnson** April 29, 2021 fact deposition in the *Restore* action  Mark Johnson was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Video - Digitizing & Transcript Synchronization | $ | 190.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access | $ | 85.00 |
| | | Transcript Services - Certified Transcript | $ | 236.25 |
| | | Exhibits | $ | 68.25 |
| | | Total for the deposition | $ | 729.50 |
| 2.040 | **Dan Jones** November 10, 2022 fact deposition in this action  Dan Jones was included on SIS's trial witness list. Dkt. 278-3. | Video - Digitizing & Transcript Synchronization | $ | 465.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Video - Electronic Access | $ | 88.00 |
| | | Transcript Services - Certified Transcript | $ | 552.50 |
| | | Transcript - Supplemental Surcharges | $ | 84.50 |
| | | Exhibits | $ | 37.70 |
| | | Total for the deposition | $ | 1,385.70 |

---

[13]   Line item costs for "Video - Electronic Access", "Surcharge - Video Proceeding", listed on these invoices were incurred in connection with Mr. Johnson's Rule 30(b)(1) and 30(b)(6) depositions, which occurred on the same day.  These costs have been split between the two depositions.

[14]   Line item costs for "Video - Electronic Access", "Surcharge - Video Proceeding", listed on these invoices were incurred in connection with Mr. Johnson's Rule 30(b)(1) and 30(b)(6) depositions, which occurred on the same day.  These costs have been split between the two depositions.

| | | | | |
|---|---|---|---|---|
| 2.041 | **Russell Lamb**<br>March 20, 2023 expert deposition in this action<br><br>Russell Lamb was included on SIS's trial witness list.  Dkt. 278-3. | Video - Digitizing & Transcript Synchronization | $ | 350.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Video - Initial Services | $ | 525.00 |
| | | Video - Additional Hours | $ | 420.00 |
| | | Transcript Services - Original Transcript(s) | $ | 888.30 |
| | | Transcript - Supplemental Surcharges | $ | 169.20 |
| | | Exhibits | $ | 86.45 |
| | | Total for the deposition | $ | 2,516.95 |
| 2.042 | **Mario Lowe**<br>November 3, 2022 Rule 30(b)(1) fact deposition in this action<br><br>Mario Lowe was included on SIS's trial witness list.  Dkt. 278-3. | Video - Digitizing & Transcript Synchronization | $ | 155.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Transcript Services - Certified Transcript(s) | $ | 123.25 |
| | | Video - Electronic Access[15] | $ | 44.00 |
| | | Transcript - Supplemental Surcharges | $ | 18.85 |
| | | Total for the deposition | $ | 499.10 |
| 2.042 | **Mario Lowe**<br>November 3, 2022 Rule 30(b)(6) fact deposition in this action<br><br>Mario Lowe was included on SIS's trial witness list.  Dkt. 278-3. | Video - Digitizing & Transcript Synchronization | $ | 155.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Transcript Services - Certified Transcript(s) | $ | 263.50 |
| | | Exhibits | $ | 7.80 |
| | | Video - Electronic Access[16] | $ | 44.00 |
| | | Transcript - Supplemental Surcharges | $ | 40.30 |
| | | Total for the deposition | $ | 668.60 |
| 2.043 | **Mario Lowe**<br>May 5, 2021 fact deposition in the *Restore* action<br><br>Mario Lowe was included on SIS's trial witness list.  Dkt. 278-3. | Video - Digitizing & Transcript Synchronization | $ | 95.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Transcript Services - Certified Transcript | $ | 91.35 |
| | | Video - Electronic Access[17] | $ | 28.33 |
| | | Exhibits | $ | 3.50 |
| | | Total for the deposition | $ | 368.18 |

---

[15]    This line item listed on this invoice was incurred in connection with Mr. Lowe's Rule 30(b)(1) and 30(b)(6) depositions, which occurred on the same day.  This cost has been split between the two depositions.

[16]    This line item listed on this invoice was incurred in connection with Mr. Lowe's Rule 30(b)(1) and 30(b)(6) depositions, which occurred on the same day.  This cost has been split between the two depositions.

[17]    This line item listed on this invoice was incurred in connection with the deposition of Mr. Lowe and two other depositions that occurred on the same day, for which Intuitive is not seeking costs.  Intuitive is only seeking a third of the $85.00 line item cost.

| | | | | |
|---|---|---|---|---|
| 2.044 | **Michael Madewell** June 11, 2021 fact deposition in the *Restore* action[18] Michael Madewell was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Video - Initial Services | $ | 250.75 |
| | | Video - Additional Hours | $ | 318.75 |
| | | Video - Extended Hours | $ | 148.75 |
| | | Video - Digitizing & Transcript Synchronization | $ | 380.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access | $ | 85.00 |
| | | Transcript Services - Original Transcript(s) | $ | 697.50 |
| | | Transcript Services - Certified Transcript | $ | 100.80 |
| | | Surcharge - Extended Hours | $ | 23.38 |
| | | Transcript - Supplemental Surcharges | $ | 78.50 |
| | | Exhibits | $ | 24.85 |
| | | Exhibits - Color | $ | 0.70 |
| | | Total for the deposition | $ | 2,258.98 |
| 2.045 | **Amandeep Mahal** March 14, 2023 expert deposition in this action Amandeep Mahal was included on SIS's trial witness list. Dkt. 278-3. | Video - Digitizing & Transcript Synchronization | $ | 700.00 |
| | | Video - Initial Services | $ | 525.00 |
| | | Video - Additional Hours | $ | 630.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Transcript Services - Certified Transcript | $ | 635.70 |
| | | Video - Extended Hours | $ | 315.00 |
| | | Exhibits | $ | 52.00 |
| | | Total for the deposition | $ | 2,935.70 |
| 2.046 | **Paul Martin** March 16, 2023 expert deposition in this action Paul Martin was included on Intuitive's trial witness list. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 1,021.80 |
| | | Exhibits | $ | 192.40 |
| | | Total for the deposition | $ | 1,214.20 |
| 2.047 | **Dipen Maun** November 8, 2022 fact deposition in this action Dipen Maun was included on Intuitive's trial witness list. Dkt. 278-3. | Transcript - Supplemental Surcharges | $ | 42.60 |
| | | Minimum Charge for Services Rendered | $ | 495.00 |
| | | Exhibits | $ | 11.70 |
| | | Video - Initial Services | $ | 525.00 |
| | | Video - Additional Hours | $ | 420.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Total for the deposition | $ | 1,572.30 |

---

[18]    The first of the two invoices for this deposition indicates that delivery of the video recording was "Expedited,", but the vendor has confirmed that the video recording was billed at the rate for regular delivery. The second of the two invoices for this deposition indicates that the transcript was delivered on an expedited basis. Intuitive is not seeking the line item cost for that expediting ("Transcript - Fee for Daily").

Additionally, the invoices for this deposition note that "costs [were] split between parties." The vendor has confirmed that costs included in these invoices reflect Intuitive's portion of the split costs.

| | | | | |
|---|---|---|---|---|
| 2.048 | **Kevin May**<br>November 3, 2022 fact deposition in this action<br><br>Kevin May was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Video - Digitizing & Transcript Synchronization | $ | 700.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Video - Initial Services | $ | 525.00 |
| | | Video - Extended Hours | $ | 630.00 |
| | | Video - Additional Hours | $ | 630.00 |
| | | Transcript Services - Original Transcript(s) | $ | 1,190.70 |
| | | Transcript - Supplemental Surcharges | $ | 113.40 |
| | | Surcharge Extended Hours | $ | 230.00 |
| | | Exhibits | $ | 37.05 |
| | | Total for the deposition | $ | 4,134.15 |
| 2.049 | **Kevin May**<br>June 8, 2021 fact deposition in the *Restore* action<br><br>Kevin May was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Video - Additional Hours | $ | 375.00 |
| | | Video - Digitizing & Transcript Synchronization | $ | 285.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access[19] | $ | 42.50 |
| | | Transcript Services - Original Transcript(s) | $ | 363.75 |
| | | Transcript - Supplemental Surcharges | $ | 38.50 |
| | | Exhibits | $ | 36.75 |
| | | Total for the deposition | $ | 1,291.50 |
| 2.050 | **Kevin May**<br>May 6, 2021 fact deposition in the *Restore* action<br><br>Kevin May was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Original Transcript(s) | $ | 1,016.25 |
| | | Surcharge - Extended Hours | $ | 110.00 |
| | | Transcript - Supplemental Surcharges | $ | 113.50 |
| | | Exhibits | $ | 81.90 |
| | | Video - Initial Services | $ | 295.00 |
| | | Video - Additional Hours | $ | 750.00 |
| | | Video - Extended Hours | $ | 350.00 |
| | | Video - Digitizing & Transcript Synchronization | $ | 760.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access | $ | 85.00 |
| | | Total for the deposition | $ | 3,711.65 |

---

[19] This line item cost listed on this invoice was incurred in connection with the deposition of Mr. May and another deposition that occurred on the same day, for which Intuitive is not seeking costs. Intuitive is only seeking half of the $85.00 line item cost.

| | | | | |
|---|---|---|---|---|
| 2.051 | **Tyler McDonald**<br>May 21, 2021 fact deposition in the *Restore* action[20]<br><br>Tyler McDonald was included on SIS and Intuitive's trial witness lists.  Dkt. 278-3. | Video - Initial Services | $ | 197.65 |
| | | Video - Additional Hours | $ | 251.25 |
| | | Video - Digitizing & Transcript Synchronization | $ | 380.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access[21] | $ | 42.50 |
| | | Transcript Services - Original Transcript(s) | $ | 337.50 |
| | | Transcript Services - Certified Transcript | $ | 138.60 |
| | | Transcript - Supplemental Surcharges | $ | 36.50 |
| | | Exhibits | $ | 18.20 |
| | | Total for the deposition | $ | 1,552.20 |
| 2.052 | **Anthony McGrogan**<br>June 07, 2021 fact deposition in the *Rebotix* action<br><br>Anthony McGrogan was included on SIS and Intuitive's trial witness lists.  Dkt. 278-3. | Certified Transcript | $ | 296.70 |
| | | Exhibit Processing - Scanned & Hyperlinked - B&W | $ | 7.60 |
| | | Video Sync / Tape | $ | 95.00 |
| | | Total for the deposition | $ | 399.30 |
| 2.053 | **Maxwell Meng**<br>March 07, 2023 expert deposition in this action<br><br>Maxwell Meng was included on SIS and Intuitive's trial witness lists.  Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 390.00 |
| | | Exhibits | $ | 118.95 |
| | | Video - Digitizing & Transcript Synchronization | $ | 350.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Total for the deposition | $ | 936.95 |
| 2.054 | **David Mixner**<br>June 10, 2021 fact deposition in the *Rebotix* action[22]<br><br>David Mixner was included on SIS and Intuitive's trial witness lists.  Dkt. 278-3. | Transcript Services - Original Transcript(s) | $ | 641.25 |
| | | Transcript - Supplemental Surcharges | $ | 71.00 |
| | | Exhibits | $ | 79.10 |
| | | Video - Initial Services | $ | 295.00 |
| | | Video - Additional Hours | $ | 750.00 |
| | | Video - Digitizing & Transcript Synchronization | $ | 475.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access | $ | 85.00 |
| | | Total for the deposition | $ | 2,546.35 |

---

[20]    These invoices notes that "costs [were] split between parties."  The vendor has confirmed that costs included in these invoices reflect Intuitive's portion of the split costs.

[21]    This line item listed on this invoice was incurred in connection with the deposition of Mr. McDonald and another deposition that occurred on the same day, for which Intuitive is not seeking costs.  Intuitive is only seeking half of the $85.00 line item cost.

[22]    The first of the three invoices for this deposition indicates that delivery of the video recording was "Expedited," but the vendor has confirmed that the video recording was billed at the rate for regular delivery.

| | | | | |
|---|---|---|---|---:|
| 2.055 | **Catherine Mohr** November 9, 2022 fact deposition in this action | Transcript Services - Certified Transcript | $ | 799.00 |
| | | Transcript - Supplemental Surcharges | $ | 244.40 |
| | | Exhibits | $ | 66.95 |
| | | Total for the deposition | $ | 1,110.35 |
| 2.056 | **Marshall Mohr** November 07, 2022 fact deposition in this action  Marshall Mohr was included on SIS's trial witness lists. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 391.00 |
| | | Transcript - Supplemental Surcharges | $ | 59.80 |
| | | Exhibits | $ | 213.20 |
| | | Video - Digitizing & Transcript Synchronization | $ | 310.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Video - Electronic Access | $ | 88.00 |
| | | Total for the deposition | $ | 1,220.00 |
| 2.057 | **Colin Morales** November 01, 2022 Rule 30(b)(1) fact deposition in this action  Colin Morales was included on SIS's trial witness lists. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 1,385.50 |
| | | Transcript - Supplemental Surcharges | $ | 211.90 |
| | | Exhibits | $ | 109.20 |
| | | Video - Digitizing & Transcript Synchronization | $ | 930.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Video - Electronic Access[23] | $ | 44.00 |
| | | Total for the deposition | $ | 2,838.60 |
| 2.057 | **Colin Morales** November 01, 2022 Rule 30(b)(6) fact deposition in this action  Colin Morales was included on SIS's trial witness lists. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 399.50 |
| | | Transcript - Supplemental Surcharges | $ | 61.10 |
| | | Exhibits | $ | 53.95 |
| | | Video - Digitizing & Transcript Synchronization | $ | 310.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Video - Electronic Access[24] | $ | 44.00 |
| | | Total for the deposition | $ | 1,026.55 |
| 2.058 | **Joe Morrison** June 14, 2021 fact deposition in this action[25]  Joe Morrison was included on Intuitive's trial witness list. Dkt. 278-3. | Video – Initial Services | $ | 295.00 |
| | | Video – Additional Hours | $ | 750.00 |
| | | Video – Extended Hours | $ | 175.00 |
| | | Video - Digitizing & Transcript Synchronization | $ | 665.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Transcript Services - Original Transcript(s) | $ | 862.50 |
| | | Transcript - Supplemental Surcharges | $ | 96.00 |
| | | Exhibits | $ | 64.75 |
| | | Video – Electronic Access | $ | 85.00 |
| | | Total for the deposition | $ | 3,143.25 |

---

[23]    This line item listed on this invoice was incurred in connection with Mr. Morales' Rule 30(b)(1) and 30(b)(6) depositions, which occurred on the same day.  This cost has been split between the two depositions.

[24]    This line item listed on this invoice was incurred in connection with Mr. Morales' Rule 30(b)(1) and 30(b)(6) depositions, which occurred on the same day.  This cost has been split between the two depositions.

[25]    The first of the two invoices for this deposition indicates that delivery of the video recording was expedited, but the vendor has confirmed that the video recording was billed at the rate for regular delivery.  The second of the two invoices for this deposition indicates that the transcript was delivered on an expedited basis.  Intuitive is not seeking the line item cost for that expediting ("Transcript - Fee for Daily").

| | | | | |
|---|---|---|---|---:|
| 2.059 | **Margaret Marie Nixon** October 07, 2022 fact deposition in this action<br><br>Margaret Marie Nixon was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 867.00 |
| | | Transcript - Supplemental Surcharges | $ | 132.60 |
| | | Exhibits | $ | 106.60 |
| | | Video - Digitizing & Transcript Synchronization | $ | 775.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Video - Electronic Access | $ | 88.00 |
| | | Total for the deposition | $ | 2,127.20 |
| 2.060 | **Elizabeth Nolan** November 10, 2022 fact deposition in this action[26]<br><br>Elizabeth Nolan was included on Intuitive's trial witness list. Dkt. 278-3. | Video - Initial Services | $ | 525.00 |
| | | Video - Electronic Access | $ | 39.00 |
| | | Transcript Services - Original Transcript(s) | $ | 680.40 |
| | | Exhibits | $ | 29.25 |
| | | Surcharge - Video Proceeding | $ | 53.10 |
| | | Total for the deposition | $ | 1,326.75 |
| 2.061 | **Bob Overmars** June 15, 2021 fact deposition in the *Rebotix* action[27]<br><br>Bob Overmars was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Original Transcript(s) | $ | 603.75 |
| | | Transcript - Supplemental Surcharges | $ | 67.50 |
| | | Exhibits | $ | 11.55 |
| | | Exhibits - Color | $ | 9.45 |
| | | Video - Initial Services | $ | 295.00 |
| | | Video - Additional Hours | $ | 375.00 |
| | | Video - Digitizing & Transcript Synchronization | $ | 380.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access | $ | 85.00 |
| | | Total for the deposition | $ | 1,977.25 |
| 2.062 | **Glenn Papit** June 02, 2021 Rule 30(b)(6) fact deposition in the *Rebotix* action<br><br>Glenn Papit was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Original Transcript(s) | $ | 1,260.00 |
| | | Surcharge - Extended Hours | $ | 110.00 |
| | | Surcharge - Extended Hours | $ | 110.00 |
| | | Transcript - Supplemental Surcharges | $ | 254.70 |
| | | Exhibits | $ | 72.80 |
| | | Video - Initial Services | $ | 295.00 |
| | | Video - Additional Hours | $ | 750.00 |
| | | Video - Extended Hours | $ | 350.00 |
| | | Video - Digitizing & Transcript Synchronization | $ | 760.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access | $ | 85.00 |
| | | Total for the deposition | $ | 4,197.50 |

---

[26]   Line item costs for "Video - Electronic Access" and "Surcharge - Video Proceeding" listed on this invoice were incurred in connection with the deposition of Ms. Nolan and the deposition of Todd Thomas, which occurred on the same day. These costs have been split between the two depositions.

[27]   One of the invoices for this deposition indicates that delivery of the video recording was "Expedited," but the vendor has confirmed that the video recording was billed at the rate for regular delivery. Another invoice for this deposition indicates that the transcript was delivered on an expedited basis. Intuitive is not seeking the line item cost for that expediting ("Transcript - Fee for Daily").

| | | | | |
|---|---|---|---|---|
| 2.063 | **Clif Parker**<br>October 25, 2022 fact deposition in this action<br><br>Clif Parker was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services – Original Transcript(s) | $ | 1,606.50 |
| | | Transcript – Supplemental Surcharges | $ | 153.00 |
| | | Exhibits | $ | 113.75 |
| | | Video Services | $ | 2,070.00 |
| | | Surcharge – Extended Hours | $ | 230.00 |
| | | Video – Electronic Access | $ | 78.00 |
| | | Total for the deposition | $ | 4,251.25 |
| 2.064 | **Clif Parker**<br>May 4, 2021 fact deposition in the *Restore* action<br><br>Clifton Earl Parker was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services – Original Transcript(s) | $ | 1,155.00 |
| | | Exhibits | $ | 13.65 |
| | | Exhibits – Color | $ | 3.85 |
| | | Video – Initial Services | $ | 295.00 |
| | | Video – Additional Hours | $ | 1,125.00 |
| | | Video – Digitizing & Transcript Synchronization | $ | 760.00 |
| | | Video – Exhibits – Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video – Electronic Access | $ | 85.00 |
| | | Total for the deposition | $ | 3,587.50 |
| 2.065 | **T. Kim Parnell**<br>March 10, 2023 expert deposition in this action<br><br>T. Kim Parnell was included on SIS's trial witness list. Dkt. 278-3. | Transcript Services – Original Transcript(s)[28] | $ | 2,041.20 |
| | | Transcript – Supplemental Surcharges | $ | 388.80 |
| | | Exhibits | $ | 440.70 |
| | | Video – Initial Services | $ | 525.00 |
| | | Video – Additional Hours | $ | 1,470.00 |
| | | Video – Digitizing & Transcript Synchronization | $ | 1,050.00 |
| | | Video – Electronic Access | $ | 78.00 |
| | | Total for the deposition | $ | 5,993.70 |
| 2.066 | **Gayle Perry**<br>October 20, 2022 fact deposition in this action | Transcript Services - Certified Transcript | $ | 692.75 |
| | | Transcript - Supplemental Surcharges | $ | 105.95 |
| | | Exhibits | $ | 81.25 |
| | | Total for the deposition | $ | 879.95 |
| 2.067 | **Disha Peswani**<br>October 6, 2022 fact deposition in this action<br><br>Disha Peswani was included on SIS's trial witness list. Dkt. 278-3. | Exhibits | $ | 79.95 |
| | | Video – Digitizing & Transcript Synchronization | $ | 930.00 |
| | | Video – Exhibits – Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Video – Electronic Access | $ | 88.00 |
| | | Total for the deposition | $ | 1,255.95 |
| 2.068 | **Philips J. Phillips**<br>March 10, 2023 expert deposition in this action<br><br>Philip J. Phillips was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Original Transcript(s) | $ | 3,320.10 |
| | | Transcript – Supplemental Surcharges | $ | 632.40 |
| | | Exhibits | $ | 284.05 |
| | | Video – Initial Services | $ | 525.00 |
| | | Video – Additional Hours | $ | 1,680.00 |
| | | Video – Electronic Access | $ | 78.00 |
| | | Total for the deposition | $ | 6,519.55 |

---

[28]    This line item cost has been discounted from $4,082.40, as shown in the invoice, to $2,041.20, to remove costs for expedited delivery, by applying the rate for regular delivery, $6.30 per page, rather than the rate for expedited, $12.60 per page.

| | | | | |
|---|---|---|---|---|
| 2.069 | **Paul Plomin**<br>November 8, 2022 fact deposition in this action<br><br>Paul Plomin was included on Intuitive's trial witness list. Dkt. 278-3. | Transcript Services - Original Transcript(s) | $ | 787.50 |
| | | Transcript - Supplemental Surcharges | $ | 75.00 |
| | | Exhibits | $ | 13.00 |
| | | Video – Initial Services | $ | 525.00 |
| | | Video – Additional Hours | $ | 420.00 |
| | | Video – Electronic Access | $ | 78.00 |
| | | Total for the deposition | $ | 1,898.50 |
| 2.070 | **Todd Pope**<br>April 30, 2021 fact deposition in the *Restore* action[29]<br><br>Todd Pope was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Original Transcript(s) | $ | 296.25 |
| | | Transcript Services – Certified Transcript | $ | 148.05 |
| | | Exhibits | $ | 12.95 |
| | | Exhibits – Color | $ | 65.45 |
| | | Video – Initial Services | $ | 185.85 |
| | | Video – Additional Hours | $ | 157.50 |
| | | Video – Digitizing & Transcript Synchronization | $ | 285.00 |
| | | Video – Exhibits – Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video – Electronic Access | $ | 85.00 |
| | | Total for the deposition | $ | 1,386.05 |
| 2.071 | **Greg Posdal**<br>November 1, 2022 Rule 30(b)(1) fact deposition in this action<br><br>Greg Posdal was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Original Transcript(s) | $ | 844.20 |
| | | Transcript - Supplemental Surcharges[30] | $ | 69.90 |
| | | Exhibits | $ | 3.25 |
| | | Video - Digitizing & Transcript Synchronization | $ | 525.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Video - Additional Hours | $ | 1,050.00 |
| | | Total for the deposition | $ | 2,570.35 |
| 2.071 | **Greg Posdal**<br>November 1, 2022 Rule 30(b)(6) fact deposition in this action<br><br>Greg Posdal was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Original Transcript(s) | $ | 623.70 |
| | | Transcript - Supplemental Surcharges[31] | $ | 69.90 |
| | | Exhibits | $ | 20.15 |
| | | Video - Digitizing & Transcript Synchronization | $ | 350.00 |
| | | Video - Initial Services Hours | $ | 525.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Total for the deposition | $ | 1,666.75 |
| 2.072 | **Greg Posdal**<br>May 10, 2021 fact deposition in the *Restore* action<br><br>Greg Posdal was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 305.55 |
| | | Exhibits | $ | 8.75 |
| | | Exhibits - Color | $ | 2.45 |
| | | Video - Digitizing & Transcript Synchronization | $ | 190.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video - Electronic Access | $ | 85.00 |
| | | Total for the deposition | $ | 741.75 |

---

[29]    These invoices note that "costs [were] split between parties." The vendor has confirmed that costs included in these invoices reflect Intuitive's portion of the split costs.

[30]    This line item listed on this invoice was incurred in connection with Mr. Posdal's Rule 30(b)(1) and 30(b)(6) depositions, which occurred on the same day. This cost has been split between the two depositions.

[31]    This line item listed on this invoice was incurred in connection with Mr. Posdal's Rule 30(b)(1) and 30(b)(6) depositions, which occurred on the same day. This cost has been split between the two depositions.

| | | | | |
|---|---|---|---|---|
| 2.073 | **Shreya Purohit** October 12, 2022 fact deposition in this action | Transcript Services - Certified Transcript | $ | 756.50 |
| | | Transcript - Supplemental Surcharges | $ | 115.70 |
| | | Exhibits | $ | 445.00 |
| | | Total for the deposition | $ | 1,317.20 |
| 2.074 | **David Rosa** May 1, 2023 fact deposition in this action<br><br>David Rosa was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services | $ | 1,087.80 |
| | | Exhibits | $ | 44.10 |
| | | Video – Digitizing & Transcript Synchronization | $ | 620.00 |
| | | Video – Electronic Access | $ | 88.00 |
| | | Total for the deposition | $ | 1,839.90 |
| 2.075 | **David Rosa** May 19, 2021 fact deposition in the *Restore* action<br><br>David Rosa was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services – Certified Transcript | $ | 321.30 |
| | | Exhibits | $ | 20.30 |
| | | Video – Digitizing & Transcript Synchronization | $ | 285.00 |
| | | Video – Exhibits – Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video – Electronic Access | $ | 85.00 |
| | | Total for the deposition | $ | 861.60 |
| 2.076 | **Eugene Rubach** March 8, 2023 expert deposition in *In Re: da Vinci Surgical Robot Antitrust Litigation*, Case No. 3:21-cv-03825-AMO (N.D. Cal.)<br><br>Eugene Rubach was included on SIS's trial witness list. Dkt. 278-3. | Video – Initial Services | $ | 525.00 |
| | | Video – Additional Hours | $ | 840.00 |
| | | Video - Digitizing & Transcript Synchronization | $ | 700.00 |
| | | Video – Electronic Access | $ | 78.00 |
| | | Total for the deposition | $ | 2,143.00 |
| 2.077 | **John Sampson** November 3, 2022 fact deposition in this action | Transcript Services - Original Transcript(s) | $ | 819.00 |
| | | Surcharge - Extended Hours | $ | 115.00 |
| | | Transcript - Supplemental Surcharges | $ | 78.00 |
| | | Exhibits | $ | 39.00 |
| | | Video - Initial Services | $ | 525.00 |
| | | Video - Additional Hours | $ | 420.00 |
| | | Video - Extended Hours | $ | 315.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Total for the deposition | $ | 2,389.00 |
| 2.078 | **Jean Sargent** March 6, 2023 expert deposition in this action<br><br>Jean Sargent was included on SIS's trial witness list. Dkt. 278-3. | Transcript Services – Original Transcripts | $ | 2,576.70 |
| | | Transcript – Supplemental Surcharges | $ | 490.80 |
| | | Exhibits | $ | 164.45 |
| | | Video – Initial Services | $ | 525.00 |
| | | Video – Additional Hours | $ | 1,470.00 |
| | | Video – Electronic Access | $ | 78.00 |
| | | Total for the deposition | $ | 5,304.95 |
| 2.079 | **Judith Schimmel** November 16, 2022 fact deposition in this action | Video – Initial Services | $ | 525.00 |
| | | Video – Additional Hours | $ | 840.00 |
| | | Video – Electronic Access | $ | 78.00 |
| | | Transcript – Supplemental Surcharges | $ | 45.60 |

| | | | | |
|---|---|---|---|---|
| | Judith Schimmel was included on Intuitive and SIS's trial witness lists. Dkt. 278-3. | Minimum Charge for Services Rendered | $ | 495.00 |
| | | Exhibits | $ | 9.10 |
| | | Video – Digitizing & Transcript Synchronization | $ | 350.00 |
| | | Total for the deposition | $ | 2,342.70 |
| 2.080 | **Judith Schimmel** September 22, 2022 fact deposition in this action  Judith Schimmel was included on Intuitive and SIS's trial witness lists. Dkt. 278-3. | Video – Electronic Access | $ | 78.00 |
| | | Video Services | $ | 1,740.00 |
| | | Surcharge – Extended Hours | $ | 230.00 |
| | | Transcript Services – Original Transcript(s) | $ | 1,241.10 |
| | | Transcript – Supplemental Surcharges | $ | 118.20 |
| | | Exhibits | $ | 122.85 |
| | | Video – Digitizing & Transcript Synchronization | $ | 700.00 |
| | | Total for the deposition | $ | 4,230.15 |
| 2.081 | **Katie Scoville** May 28, 2021 fact deposition in the *Restore* action  Katie Scoville was included on SIS's trial witness list. Dkt. 278-3. | Transcript Services – Certified Transcript | | 135.45 |
| | | Exhibits | | 7.00 |
| | | Exhibits - Color | | 40.95 |
| | | Video – Digitizing & Transcript Synchronization | | 95.00 |
| | | Video – Exhibits – Linked (LEF, PTX, XMEF, SBF) | | 150.00 |
| | | Video – Electronic Access | | 85.00 |
| | | Total for the deposition | $ | 513.40 |
| 2.082 | **Katie Scoville** May 26, 2021 fact deposition in the *Rebotix* action[32]  Katie Scoville was included on SIS's trial witness list. Dkt. 278-3. | Certified Transcript | | 514.05 |
| | | Exhibit Processing - Scanned & Hyperlinked - B&W | | 63.20 |
| | | Video Sync / Tape | | 285.00 |
| | | Total for the deposition | $ | 862.25 |

---

[32] The first of the two invoices for this deposition indicates that delivery of the video recording was expedited, but the vendor has confirmed that the video recording was billed at the rate for regular delivery. The second of the two invoices for this deposition indicates that the transcript was delivered on an expedited basis. Intuitive is not seeking the line item cost for that expediting ("Transcript - Fee for Daily").

| | | | | |
|---|---|---|---|---|
| 2.083 | **Ryan Shaw**<br>October 19, 2022 fact deposition in this action<br><br>Ryan Shaw was included on SIS's trial witness list. Dkt. 278-3. | Transcript Services – Certified Transcript | $ | 1,360.00 |
| | | Transcript – Supplemental Surcharges | $ | 208.00 |
| | | Exhibits | $ | 209.30 |
| | | Video – Digitizing & Transcript Synchronization | $ | 1,085.00 |
| | | Video – Exhibits Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Video – Electronic Access | $ | 88.00 |
| | | Total for the deposition | $ | 3,108.30 |
| 2.084 | **Ryan Shaw**<br>May 17, 2021 fact deposition in the *Restore* action<br><br>Ryan Shaw was included on SIS's trial witness list. Dkt. 278-3. | Video – Digitizing & Transcript Synchronization | $ | 190.00 |
| | | Video – Exhibits Linked (LEF, PTZ, XMEF, SBF) | $ | 150.00 |
| | | Video – Electronic Access | $ | 85.00 |
| | | Transcript Services – Certified Transcript | $ | 179.55 |
| | | Exhibits | $ | 29.75 |
| | | Total for the deposition | $ | 634.30 |
| 2.085 | **Michael Shepherd**<br>November 4, 2022 fact deposition in this action<br><br>Michael Shepherd was included on Intuitive's trial witness list. Dkt. 278-3. | Video - Initial Services | $ | 525.00 |
| | | Video - Additional Hours | $ | 1,050.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Transcript Services - Original Transcript(s) | $ | 592.20 |
| | | Transcript - Supplemental Surcharges | $ | 56.40 |
| | | Waiting Time of Service Professional | $ | 190.00 |
| | | Exhibits | $ | 43.55 |
| | | Video - Digitizing & Transcript Synchronization | $ | 350.00 |
| | | Total for the deposition | $ | 2,885.15 |
| 2.086 | **Loren Smith,** March 22, 2023<br>In this action<br><br>Loren Smith was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Certified Transcript(s) | $ | 351.00 |
| | | Total for the deposition | $ | 351.00 |
| 2.087 | **Sharathchandra Somayaji**<br>November 4, 2022 fact deposition in this action<br><br>Sharathchandra Somayaji was included on SIS's trial witness list. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 799.00 |
| | | Transcript - Supplemental Surcharges | $ | 122.20 |
| | | Exhibits | $ | 49.40 |
| | | Video - Digitizing & Transcript Synchronization | $ | 620.00 |
| | | Video - Electronic Access | $ | 88.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Total for the deposition | $ | 1,836.60 |

| | | | | |
|---|---|---|---|---|
| 2.088 | **Sandra Sosa-Guerrero** September 23, 2022 fact deposition in this action<br><br>Sandra Sosa-Guerrero was included on SIS's trial witness list. Dkt. 278-3. | Transcript Services - Original Transcript(s) | $ | 2,034.90 |
| | | Transcript - Supplemental Surcharges | $ | 193.80 |
| | | Exhibits | $ | 197.60 |
| | | Video Services | $ | 2,085.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Total for the deposition | $ | 4,589.30 |
| 2.089 | **Richard Teal** November 18, 2022 fact deposition in this action<br><br>Richard Teal was included on SIS and Intuitive's trial witness list. Dkt. 278-3. | Transcript Services - Original Transcript (s) | $ | 579.60 |
| | | Transcript Supplemental Surcharges | $ | 55.20 |
| | | Exhibits | $ | 46.15 |
| | | Video - Initial Services | $ | 525.00 |
| | | Video - Additional Hours | $ | 210.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Total for the deposition | $ | 1,493.95 |
| 2.060 | **Todd Thomas** November 10, 2022 fact deposition in this action[33]<br><br>Todd Thomas was included on SIS and Intuitive's trial witness list. Dkt. 278-3. | Minimum Charge for Services Rendered | $ | 495.00 |
| | | Exhibits | $ | 4.55 |
| | | Surcharge - Video Proceeding | $ | 53.10 |
| | | Video - Additional Hours | $ | 1,050.00 |
| | | Video - Electronic Access | $ | 39.00 |
| | | Total for the deposition | $ | 1,641.65 |
| 2.090 | **Todd William Tourand** November 4, 2022 fact deposition in this action<br><br>Todd William Tourand was included on SIS's trial witness list. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 905.25 |
| | | Transcript Supplemental Surcharges | $ | 138.45 |
| | | Exhibits | $ | 92.30 |
| | | Video - Digitizing & Transcript Synchronization | $ | 930.00 |
| | | Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Video - Electronic Access | $ | 88.00 |
| | | Total for the deposition | $ | 2,312.00 |
| 2.091 | **Glenn Vavoso** May 14, 2021 fact deposition in the *Rebotix* action[34]<br><br>Glenn Vavoso was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Certified Transcript | $ | 322.92 |
| | | Exhibit Processing - Scanned & Hyperlinked - B&W | $ | 21.22 |
| | | Exhibit Processing - Scanned & Hyperlinked - Color | $ | 6.57 |
| | | Video Sync / Tape | $ | 380.00 |
| | | Total for the deposition | $ | 730.71 |

---

[33]    Line item costs for "Video - Electronic Access" and "Surcharge - Video Proceeding" listed on these invoices were incurred in connection with the deposition of Mr. Thomas and the deposition of Elizabeth Nolan, which occurred on the same day. These costs have been split between the two depositions.

[34]    The line item costs in this invoice have been discounted to reflect the note that a "50% discount in remote real-time fees applied in the agreed upon credit of $2,919.10."

| | | | | |
|---|---|---|---|---|
| 2.092 | **John Wagner**<br>October 11, 2022 fact deposition in this action<br><br>John Wagner was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Original Transcript(s) | $ | 1,190.70 |
| | | Transcript - Supplemental Surcharges | $ | 113.40 |
| | | Exhibits | $ | 142.35 |
| | | Video - Initial Services Hours | $ | 525.00 |
| | | Video - Additional Hours | $ | 840.00 |
| | | Video - Electronic Access | $ | 78.00 |
| | | Total for the deposition | $ | 2,889.45 |
| 2.093 | **Karen F. Waninger**<br>October 6, 2022 fact deposition in this action<br><br>Karen Waninger was included on SIS and Intuitive's trial witness lists. Dkt. 278-3. | Transcript Services - Original Transcript(s) | $ | 718.20 |
| | | Transcript - Supplemental Surcharges | $ | 68.40 |
| | | Exhibits | $ | 87.10 |
| | | Video Services | $ | 1,620.00 |
| | | Video – Electronic Access | $ | 78.00 |
| | | Total for the deposition | $ | 2,571.70 |
| 2.094 | **Imron Zafar**<br>November 1, 2022 fact deposition in this action<br><br>Imron Zafar was included on SIS's trial witness list. Dkt. 278-3. | Transcript Services - Certified Transcript | $ | 1,202.75 |
| | | Transcript - Supplemental Surcharges | $ | 367.90 |
| | | Exhibits | $ | 61.75 |
| | | Video - Digitizing & Transcript Synchronization | $ | 775.00 |
| | | Video – Electronic Access | $ | 88.00 |
| | | Video – Exhibits – Linked (LEF, PTZ, XMEF, SBF) | $ | 158.00 |
| | | Total for the deposition | $ | 2,653.40 |