# EXHIBIT 1

to

# DECLARATION OF PAUL D. BRACHMAN IN SUPPORT OF DEFENDANT'S BILL OF COSTS

| ST44 Rev. 10/23 Derived from AO44 Rev. 10/23 | UNITED STATES DISTRICT COURT Northern District of California |
|---|---|

### INVOICE 202500007

| | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| William Michael<br>Paul Weiss Rifkind Wharton & Garrison (NY)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3648<br>wmichael@paulweiss.com | Ruth Levine Ekhaus, RMR, RDR, FCRR, CCG, CSR<br>Official Court Reporter<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>(415) 336-5223<br>ruth_ekhaus@cand.uscourts.gov |

| __ CRIMINAL   X CIVIL | DATE ORDERED: 01-29-2025 | DATE DELIVERED: 01-29-2025 |
|---|---|---|

**In the matter of:** 21-cv-03496-AMO, SIS v Intuitive Surgical

Daily delivery of PDF/ASCII formats, rough draft, and 2 realtime feeds of jury trial proceedings heard before the Honorable Araceli Martinez-Olguin on 1/6-10, 13-16, 21, 22/2025, Volumes 1 through 15, plus master trial index pursuant to order at Docket No. 344 for Official Reporters Ruth Levine Ekhaus and Debra L. Pas. (Split with plaintiffs) (Discount $512.55 - no rough first day.)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | 6 | 4.40 | 26.40 | | | | | | | 26.40 |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | 2591 | 4.38 | 11348.58 | 2591 | 1.45 | 3756.95 | | | | 15105.53 |
| 2-Hour | | | | | | | | | | |
| Realtime | 2591 | 3.70 | 9586.70 | 5183 | 2.55 | 13216.65 | | | | 22803.35 |
| Misc. | 1/2 master index page | | | | | | | | Misc. Charges | 2.20 |
| | | | | | | | | | **Subtotal** | 37937.48 |
| | | | | | | | | Less Discount for Late Delivery | | 512.55 |
| | | | | | | | | Tax (If Applicable) | | |
| **Date:** 01-07-2025 | | **Check:** 172336 | | | | | | Less Amount of Deposit | | 27180.00 |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 10244.93 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Ruth Levine Ekhaus | DATE: 01-29-2025 |
|---|---|

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR