# EXHIBIT 10

to

**DECLARATION OF PAUL D. BRACHMAN IN SUPPORT OF DEFENDANT'S BILL OF COSTS**

Intuitive Surgical, Inc.  
1020 Kifer Road  
Sunnyvale, CA 94086

NEW YORK         January 22, 2025

PLEASE SEND YOUR REMITTANCE TO  
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP  
1285 AVENUE OF THE AMERICAS  
NEW YORK, NEW YORK 10019-6064

*Ref:* 1492084A

IN ACCOUNT WITH

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

FOR PROFESSIONAL SERVICES rendered through December 31, 2024 in connection with Intuitive Surgical, Inc. - Antitrust Trial.

| | |
|---|---:|
| Duplicating Expenses for Court Exhibit Binders | $ 10,905.95 |
|   2,435 tabs @ $0.17 ea. | 413.95 |
|   52,460 pages printed @ $0.20 pp | 10,492.00 |
| **Total Amount Due:** | **$ 10,905.95** |

1