# EXHIBIT 16

to

# DECLARATION OF PAUL D. BRACHMAN IN SUPPORT OF DEFENDANT'S BILL OF COSTS





Bank Details:
Bank of America

Date: 1/31/2025
Booking # 32748409/32748422
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Guest Stay: Jan 6 - Jan 30, 2025

To:    Paul, Weiss, Rifkind, Wharton, Garrison LLP
       Guest: Loren Smith

| Hotel Contact | Title | |
|---|---|---|
| Angelina He | Events Manager | |

| Item # | Description | Amount DUE |
|---|---|---|
| 001 | 20 Sleeping Room @ $199 | $ 3,980.00 |
| 002 | 4 Sleeping Rooms @ $1200 | $ 4,800.00 |
| 003 | Sleeping Room Tax: 17.695% | $ 1,553.62 |
| | **Total Room Revenue** | **$ 10,333.62** |

*Thank you for your business!*
Make check payable to:

Hyatt Regency San Francisco Downtown SOMA
Attn: Felix Situhardja, Accounting Dept.
50 Third Street
San Francisco, CA  94103

Hyatt Regency San Francisco Downtown SOMA, 50 Third Street, San Francisco, CA 94103
415-974-8704 **telephone**    415-543-2413 **facsimile**    felix.situhardja@hyatt.com  **email**

| Charge Date | Room Number | First Name | Last Name | Charge Description | Reference | Amount |
|---|---|---|---|---|---|---|
| 06-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Witness Tbd 1 Of Room #1519 | 199 |
| 07-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Witness Tbd 1 Of Room #1519 | 199 |
| 08-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Witness Tbd 1 Of Room #1519 | 199 |
| 09-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 10-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 11-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 12-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 1200 |
| 13-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 1200 |
| 14-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 1200 |
| 15-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 1200 |
| 16-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 17-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 18-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 19-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 20-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 21-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 22-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 23-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 24-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 25-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 26-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 27-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 28-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |
| 29-Jan-2025 | 1519 | Loren | Smith | Group Room | [NA Room] Routed From Smith Loren Of Room #1519 | 199 |