1 **MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN, (CSB No. 262815)
2 E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
3 San Ramon, California 94583
Telephone: 925.302.5941
4
RICHARD T. MCCAULLEY (*pro hac vice*)
5 E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
6 Chicago, Illinois 60601
Telephone: 312.330.8105
7
*Attorneys for Plaintiff and Counter-Defendant,*
8 SURGICAL INSTRUMENT SERVICE COMPANY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC. | Case No. 3:21-cv-03496-AMO |
| *Plaintiff/Counter-Defendant,* | **NOTICE OF APPEAL** |
| v. | |
| INTUITIVE SURGICAL, INC., | |
| *Defendant/Counterclaimant.* | Complaint Filed May 10, 2021 |

NOTICE OF APPEAL
3:21-cv-03496-AMO

# NOTICE OF APPEAL

Notice is hereby given that Surgical Instrument Service Company, Inc., Plaintiff and Counter-Defendant in the above-named case, appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered on January 30, 2025 (ECF No. 462), and all orders leading to or producing that judgment, including but not limited to: the Court's Order granting Defendant's oral Rule 50 motion and issuing a final decision regarding jury instructions (ECF No. 446) and the Order Granting Defendant's Motion for Judgment as a Matter of Law (ECF No. 445) each entered on January 28, 2025; the Order Updating Jury Instructions (ECF No. 444) entered on January 27, 2025; and the Tentative Jury Charge (ECF No. 437) entered on January 25, 2025.

Dated: February 27, 2025

McCAULLEY LAW GROUP LLC
By: /s/ Richard T. McCaulley

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: 312.330.8105

JOSHUA V. VAN HOVEN (CSB 262815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: 925.302.5941

Attorneys for *SURGICAL INSTRUMENT SERVICE COMPANY, INC.*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Surgical Instrument Service Company, Inc.

Name(s) of counsel (if any):

> Joshua V. Van Hoven

Address: 3001 Bishop Drive, Suite 300, San Ramon, California 94583

Telephone number(s): (925) 302-5941

Email(s): josh@vanhovenpc.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Surgical Instrument Service Company, Inc.

Name(s) of counsel (if any):
Richard T. McCaulley

Address: 180 N. Wabash Avenue, Suite 601, Chicago, Illinois 60601
Telephone number(s): (312) 330-8105
Email(s): richard@mccaulleylawgroup.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⊙ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　　2　　　　　　　　　　　　　*New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Intuitive Surgical, Inc.

Name(s) of counsel (if any):

Kenneth A. Gallo

Address: 2001 K Street, NW, Washington, DC 20006-1047

Telephone number(s): (202) 223-7300

Email(s): kgallo@paulweiss.com

Name(s) of party/parties:

Intuitive Surgical, Inc.

Name(s) of counsel (if any):

Paul D. Brachman

Address: 2001 K Street, NW, Washington, DC 20006-1047

Telephone number(s): (202) 223-7300

Email(s): pbrachman@paulweiss.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    2                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Intuitive Surgical, Inc.

Name(s) of counsel (if any):

William B. Michael

Address: 1285 Avenue of the Americas, New York, New York 10019-6064

Telephone number(s): (212) 373-3000

Email(s): wmichael@paulweiss.com

Name(s) of party/parties:

Intuitive Surgical, Inc.

Name(s) of counsel (if any):

Crystal L. Parker

Address: 1285 Avenue of the Americas, New York, New York 10019-6064

Telephone number(s): (212) 373-3000

Email(s): cparker@paulweiss.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Intuitive Surgical, Inc.

Name(s) of counsel (if any):

Daniel A. Crane

Address: 1285 Avenue of the Americas, New York, New York 10019-6064

Telephone number(s): (212) 373-3000

Email(s): dcrane@paulweiss.com

Name(s) of party/parties:

Intuitive Surgical, Inc.

Name(s) of counsel (if any):

Joshua Hill Jr.

Address: 535 Mission Street, 24th Floor, San Francisco, California 94105

Telephone number(s): (628) 432-5100

Email(s): jhill@paulweiss.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    2                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Intuitive Surgical, Inc.

Name(s) of counsel (if any):

Sonya D. Winner

Address: 415 Mission Street, Suite 5400, San Francisco, California 94105-2533

Telephone number(s): (415) 591-6000

Email(s): swinner@cov.com

Name(s) of party/parties:

Intuitive Surgical, Inc.

Name(s) of counsel (if any):

Kathryn E. Cahoy

Address: 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, California 94306-2112

Telephone number(s): (650) 632-4700

Email(s): kcahoy@cov.com

*Feedback or questions about this form? Email us at <u>forms@ca9.uscourts.gov</u>*

**Form 6**                                              2                                           *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Intuitive Surgical, Inc.

Name(s) of counsel (if any):

Andrew D. Lazerow

Address: One City Center, 850 Tenth Street NW, Washington, DC 20001-4956

Telephone number(s): (202) 662-6000

Email(s): alazerow@cov.com

Name(s) of party/parties:

Intuitive Surgical, Inc.

Name(s) of counsel (if any):

Allen Ruby

Address: 15559 Union Ave. #138, Los Gatos, California 95032

Telephone number(s): (408) 477-9690

Email(s): allen@allenruby.com

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6     2     New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:
Intuitive Surgical, Inc.

Name(s) of counsel (if any):
Ashley E. Bass

Address: One City Center, 850 10th St NW, Washington, DC 20001

Telephone number(s): (202) 662-6000

Email(s): abass@cov.com

Name(s) of party/parties:
Intuitive Surgical, Inc.

Name(s) of counsel (if any):
Isaac D. Chaput

Address: Salesforce Tower, 415 Mission Street, Suite 5400, San Francisco, California 94105

Telephone number(s): (415) 591-6000

Email(s): ichaput@cov.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties: Intuitive Surgical, Inc.

Name(s) of counsel (if any): Cortlin H. Lannin

Address: Salesforce Tower, 415 Mission Street, Suite 5400, San Francisco, California 94105

Telephone number(s): (415) 591-7078

Email(s): clannin@cov.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at <u>forms@ca9.uscourts.gov</u>*

**Form 6**                                       *2*                               *New 12/01/2018*