UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SURGICAL INSTRUMENT SERVICE COMPANY, INC.,

Plaintiff-ctr-defendant - Appellant,

v.

INTUITIVE SURGICAL, INC.,

Defendant-ctr-claimant - Appellee.

No. 25-1372

D.C. No.
3:21-cv-03496-AMO

Northern District of California,
San Francisco

MANDATE

The judgment of this Court, entered August 13, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT